67th AsMSIGAITFS A

# 67TH ASMS CONFERENCE ON MASS SPECTROMETRY AND ALLIED TOPICS    JUNE 2 - 6, 2019, ATLANTA, GEORGIA

Welcome to the 67th ASMS Conference on Mass Spectrometry and Allied Topics. Conference program activities and exhibit booths are in the Georgia World Congress Center. Corporate Member hospitality suites are located in the Omni CNN Hotel.

## SPONSORS

ASMS gratefully acknowledges the support of the following.

# Waters

## THE SCIENCE OF WHAT'S POSSIBLE.®

*Mobile App + Internet Stations*

## CONFERENCE SPONSORS

 Agilent

 BRUKER

 MERCK
INVENTING FOR LIFE

ThermoFisher
SCIENTIFIC

 SHIMADZU
Excellence in Science

## CONTRIBUTORS

MassTech Inc.

Microsaic Systems plc

OMNI Lab Solutions

SCIEX

Spectroswiss

Synpeptide Co., Ltd.

Teledyne SP Devices

Zef Scientific, Inc.

## TABLE OF CONTENTS

PROGRAM HIGHLIGHTS.......................................... 2
GENERAL INFORMATION......................................... 3
HOTELS .............................................................. 6
ASMS BOARD OF DIRECTORS .............................. 7
INTEREST GROUPS AND COMMITTEES.................. 8
AWARDS.............................................................. 9
FLOOR PLANS AND MAPS..................................... 12
CORPORATE MEMBER HIGHLIGHTS................... 16
CORPORATE MEMBER LISTING ......................... 17
PROGRAM ACKNOWLEDGEMENTS ...................... 22
PROGRAM OVERVIEW ......................................... 23

*Titles in the following sections are provided by authors. The complete abstracts are available online at www.asms.org*

SUNDAY ............................................................. 28
MONDAY ORAL SESSIONS .................................. 28
MONDAY WORKSHOPS......................................... 35
TUESDAY ORAL SESSIONS.................................. 39
TUESDAY WORKSHOPS........................................ 45
WEDNESDAY ORAL SESSIONS ........................... 49
WEDNESDAY WORKSHOPS .................................. 55
THURSDAY ORAL SESSIONS ............................... 58
POSTER OVERVIEW ............................................ 66
MONDAY POSTERS ............................................. 68
TUESDAY POSTERS............................................. 106
WEDNESDAY POSTERS........................................ 144
THURSDAY POSTERS .......................................... 180
INDEX OF AUTHORS ........................................... 217



# PROGRAM HIGHLIGHTS

**REGISTRATION,** is open 10:00 am - 8:00 pm on Sunday and 7:30 am - 5:00 pm Monday - Thursday, Building B Main Lobby

**ATTENTION UNDERGRADUATE STUDENTS AND FIRST TIME (AT ASMS) GRADUATE STUDENTS**
4:00 - 4:45 pm, Sunday, B302-305, Level Three
**Plan Your Strategy: What to See and Do at ASMS**

## TUTORIALS

**SUNDAY TUTORIAL SESSION I, 5:00 - 6:30 PM**
Murphy Ballroom, Level Five

 

5:00 - 5:45 pm
**Lipidomics**

**Stephen Blanksby**
*Queensland Univ. of Technology*
**& Gavin Reid**
*University of Melbourne*



5:45 - 6:30 pm
**Targeted Imaging**

**Enrico Davoli**
*Mario Negri Institute*

**SUNDAY TUTORIAL SESSION II, 5:00 - 6:30 PM**
B302-305, Level Three



5:00 - 5:45 pm
**Native Mass Spectrometry**

**Michal Sharon**
*Weizmann Institute*



5:45 - 6:30 pm
**Data Independent Acquisition**

**Birgit Schilliing**
*The Buck Institute*

## PLENARY SESSIONS

**SUNDAY CONFERENCE OPENING, 6:45 - 7:45 PM**
Murphy Ballroom, Level Five



**Welcome**

**Susan Richardson**
*University of South Carolina*
ASMS Vice President for Programs



**Transitioning the World Energy for All Purposes to Stable Electricity Powered by 100% Wind, Water, and Sunlight**

**Mark Z. Jacobson**
*Stanford University*

**SUNDAY WELCOME RECEPTION, 7:45 - 9:00 PM**
Poster/Exhibit Hall, Hall B-2 & B-3, Level One.
Conference name badge is required.

**MONDAY AWARD LECTURE, 4:45 - 5:30 PM**
Murphy Ballroom, Level Five



**John B. Fenn Award for a Distinguished Contribution in Mass Spectrometry**

**John R. Yates**
*The Scripps Research Institute*

**TUESDAY AWARD LECTURE, 4:45 - 5:30 PM**
Murphy Ballroom, Level Five



**Biemann Medal**

**Sarah Trimpin**
*Wayne State University*

**THURSDAY PLENARY SESSION, 4:45 - 5:30 PM**
Murphy Ballroom, Level Five



**Chemistry of Food and Soft Drinks**

**Lilly D'Angelo**
*Global Food & Beverage Technology Associates*

**THURSDAY CLOSING EVENT AT THE GEORGIA AQUARIUM, 6:30 - 9:30 PM, $40/PERSON**



*Tickets must be purchased in advance by Monday 12 noon.* Join us for an enchanting evening at the Georgia Aquarium. Dinner buffets close at 8:00 pm, dessert available until close. Ticket includes aquarium entry for our private event, dinner buffet and one drink ticket for soda, beer, or wine. Cash bars available until close



**ORAL SESSIONS** are 8:30 - 10:30 am and 2:30 - 4:30 pm Monday through Thursday.

**Building B – Level Five**
Session A (MOA, TOA, WOA, ThOA)..... Murphy Ballroom
**Building B – Level Four**
Session B (MOB, TOB, WOB, ThOB) ................B401-402
Session C (MOC, TOC, WOC, ThOC) ...............B405-407
**Building B – Level Three**
Session D (MOD, TOD, WOD, ThOD) ...............B302-305
Session E (MOE, TOE, WOE, ThOE) ...............B308-309
Session F (MOF, TOF, WOF, ThOF)..................B312-314
**Building A – Level Four**
Session G (MOG, TOG, WOG, ThOG) ............ Auditorium
Session H (MOH, TOH, WOH, ThOH) ...............A411-412

**ORAL PRESENTATIONS** are projected from ASMS computers running Microsoft Office. Speakers are required to use the ASMS computers for their presentations.

**SPEAKERS** must load presentations at least one day prior to their talks. The speaker ready room is B301, Building B, Level Three. The room is open with a technician according to this schedule:
**Sunday:** 10:00 am - 8:00 pm
**Monday through Thursday:** 7:30 am - 2:00 pm

**POSTERS AND EXHIBIT BOOTHS** are in the Poster/Exhibit Hall. The Hall is open:
Sunday Welcome Reception ....7:45 pm - 9:00 pm
Monday - Wednesday ..............7:00 am - 8:00 pm
Thursday ................................7:00 am - 2:30 pm

**POSTER SET-UP** is 7:00 - 8:00 am on the day scheduled. **Refer to the poster numbers in this final program for board assignments.** A counter for poster supplies is near the main entrance to the Hall.

**HISTORY POSTERS** are on display all week in Building B, Main Lobby.

**POSTER SESSIONS** are 10:30 am - 2:30 pm, Monday through Thursday.

**POSTER AUTHORS** must be present at posters on scheduled days at these times. The following was new in 2018 (and may be new to some presenters for 2019) and allows for a one-hour non-overlapping lunch break. All presenters are now scheduled for 3 hours (authors welcome to attend the full four hours).

**Odd-number posters present:**
10:30 - 11:30 am PLUS 12:30 - 2:30 pm

**Even-number posters present:**
10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm

**Poster Pick-Me-Up Snacks served at 1:30 pm.**

Presenters who must leave a poster unattended should post a return time. Presenters should wear "Poster Presenter" badges which are available at the poster supply counter.

Posters should be removed between 7:00 - 8:00 pm on Monday, Tuesday and Wednesday. Thursday posters should be removed between 2:30 - 3:00 pm.

**LUNCH CONCESSIONS** in the Poster/Exhibit hall offer a variety of options to dine and network while taking a break from posters. Concessions are open 11:00 am - 2:00 pm, Monday through Thursday.

**EXHIBITORS** must staff exhibit booths as follows:
Sunday Reception ................................ 7:45 pm - 9:00 pm
Monday - Thursday ............................ 10:30 am - 2:30 pm

**WORKSHOPS** are 5:45 - 7:00 pm on Monday, Tuesday, and Wednesday. Light refreshments are provided on Level Three of Building A.

**DINNER BREAK 7:00 - 8:00 PM** is time for a breath of fresh air before the opening of hospitality suites at 8:00 pm.

**SPECIAL PROGRAM FOR UNDERGRADUATE STUDENTS**
- **Sunday, 7:30 - 9:00 pm, Poster competition**, Poster/ Exhibit Hall

- **Monday, 11:30 am - 1:00 pm, Meet the Experts.** Lunch tables reserved for undergraduate students in the Poster/ Exhibit Hall. Free vouchers for lunch will be provided at the tables. Arrive promptly at 11:30 am to obtain your voucher.

**FREE WIFI ACCESS AND INTERNET STATIONS** are available throughout the convention center.

**CONFERENCE PROCEEDINGS** will be published online. Submission to the proceedings does not constitute publication and does not jeopardize the rights of authors to publish contents of their submissions. **Speaker slides will be printed to PDF and used as proceedings submission for speakers who fail to submit on their own.**

**WEBCASTING** includes tutorial lectures, plenary lectures, and oral sessions. Webcasts will be available to conference attendees for four months after the conference. ASMS does not retain rights to material included in webcasts.

**CORPORATE HOSPITALITY SUITES** may open 8:00 – 11:00 pm, Monday through Wednesday. Suites are located in the **Omni CNN Hotel.**

**CAREER CENTER** is located in B211-212. The Career Center is open to all conference attendees. Applicants and employers must enter resumes and employment opportunities online. There are computers in the center for searching the database of candidates and positions. Interview booths are available for onsite reservations (one-day advance reservation is recommended.)
Sunday ..........................................7:45 - 9:00 pm
Monday - Wednesday ..............7:30 am - 5:00 pm
Thursday ..................................7:30 am - 2:30 pm

**GUEST REGISTRATION** ($10) includes designated name badge and entrance to the Sunday evening welcome reception. The badge does not gain entrance to oral sessions or the Poster/ Exhibit Hall.

**GENDER NEUTRAL RESTROOMS** are designated in Building A and B, level three.

**MAMAVA/LACTATION PODS AND MOTHER'S LOUNGE**
The center is equipped with two Mamava (lactation) pods, one in Building A (outside room A411) and one in Building B (across from B405). These pods are free for attendees to use. Meeting room B201 is also available for mothers to use.

Case 2:22-cv-01213-TAD-KDM Document 343-3 Filed 10/26/23 Page 5 of 298 PageID #: 26170


## Don't Miss these Resources in the Poster/Exhibit Hall



**Bioinformatics Hub**

- Learn from experts – designated times to come, ask questions, and get advice.
- Designated programs and debates to illuminate specific topics and tools.
- Look for schedule details on the hub's wiki (linked to www.asms.org) and entry sign at the conference.



Meet with representatives from various funding agencies. Appointment sign up sheets will be posted on 'office' entry sign. Attendees are encourage to take advantage of this valuable resource while at the conference.

## CONFERENCE REGULATIONS

Please review these policies which are intended to assure the comfort and privacy of all conference participants.

**Name badge is required** for all conference sessions, including the Poster/Exhibit Hall and Career Center, and off site events such as the hospitality suites and closing event (ticket required).

**No smoking** is permitted in the convention center.

**All devices** must be silenced and screens darkened in oral sessions.

**No photography** or recording is allowed in oral sessions or in the Poster/Exhibit Hall.

**Parents.** Planned conference sessions and hospitality suites may not be appropriate for children. Please respect the interests of your colleagues by allowing them to attend activities without disruption and without concern for the safety of children. Strollers, child backpack carriers or similar devices are permitted in the poster hall, and parents/caregivers are asked to keep in mind safety and well-being of children and conference attendees, taking care to avoid crowded spaces. Strollers are prohibited in the hospitality suites.

**Material presented or displayed** at the ASMS Conference, including but not limited to orals, posters, workshops, exhibit booths and hospitality suites, is the intellectual property of the presenter and may not be recorded, photographed, quoted, disseminated or transmitted by summary in any form without express written authority of the author.

**The placement of advertising** in the meeting area is prohibited. There are poster boards and tables in the Poster/Exhibit Hall for approved announcements.

**Hardware, accessories or any items for sale** may be displayed only in corporate exhibit booths and hospitality suites.

**Designated publisher tables** in the conference registration area are for the display of books and journals and must be reserved in advance.

**There are tables in the registration area for authors** who wish to display their books. Authors may use a table to promote their books, sign copies, and speak with members. Table space must be reserved at conference registration.

**No organized activities (even off-site)** other than those approved by ASMS are allowed during the conference week (5:00 pm on Sunday through 6:00 pm on Thursday).

**Corporate hospitality suites** may be used during the daytime hours of 8:00 am - 8:00 pm for one-on-one and small group meetings (no more than 25 persons per organization) by appointment only (no walk-ins). No music, programs, seminars, or refreshments may be included in these private, business meetings.

**Corporate or institutional logos** on slides or posters may appear only one time in the presentation.



**HISTORY COMMITTEE NEWS**

# 2019 CONFERENCE HISTORY POSTER DISPLAY

Similar to previous years, the History Committee will again display a selection of posters that describe the historical development of our field and our Society with focus on key figures, pioneering instrument designs, and innovative applications of technology. We'll also continue the Vendor History theme initiated in 2018. This year's display will include vendor-created posters from last year plus two new ones: a second contribution from Waters highlighting the development of their quadrupole mass analyzers through the line of companies VG/Fisons/Micromass/Waters and one from Agilent describing quadrupole instrument development



at Hewlett-Packard/Agilent. Finally, we'll celebrate ASMS's 60th birthday by re-displaying the anniversary decade posters for the years 1953-1992 and extending the series with two new additions: the 1993-2002 decade, "Biology Meets Mass Spectrometry," and the succeeding 2003-2012 decade, "The Era of 'Omics." Plan to spend some time with us at the History Poster Display in the main lobby/registration area!




# NEW MEMBERS OF THE HISTORY COMMITTEE

The History Committee welcomed two new members in 2018: Phil Price, a long-time ASTM E-14 and ASMS member whose work for the Society actively shaped the history of Standards and Nomenclature, and Glen Jackson, ASMS member since 2001 and a Fellow of the American Academy of Forensic Sciences who has written extensively on the history of Forensics Mass Spectrometry.

*New History Committee members Phil Price (left) and Glen Jackson (right)*

# HISTORIC INSTRUMENT REPLICAS

The Replica Display has a new home! After an 18-month stay at the University of Illinois at Chicago, jointly hosted by Professors Stephanie Cologna and Laura Sanchez, the Replica Display has moved to the University of Texas at Austin under the auspices of Professor Livia Eberlin. Read about the genesis of the Replica project, follow the display's itinerary, and learn how to add your institution to the list of future venues on its newly-created webpage (https://www.asms.org/about/history/historical-instruments-replica).



*Replica with Cologna group at UIC*

# IN MEMORIAM

The ASMS website now contains links to JASMS articles that celebrate the lives of deceased ASMS members. Check out https://www.asms.org/publications/journal-of-the-american-society-for-mass-spectrometry-group/obituaries-from-jasms for remembrances of scientists whose work was seminal to the development of our field.

# SCIENCE HISTORY INSTITUTE

ASMS continues to partner with the Science History Institute (formerly Chemical Heritage Foundation) to preserve the Society's history. As Oral Histories of ASMS members are completed and published, links to the full interviews are added to the History web page. Soon to come at https://www.asms.org/about/history/oral-history-project: Ron Macfarlane, David Sparkman and Jack Watson! The Institute also provides archival storage for ASMS ephemera, both for the Society and for its members. If you have documents of historical importance you'd like to donate – like meeting programs, instrument manuals, photographs or other artifacts – please contact ASMS Archivist/Historian Jane Gale (jane.pjgale@gmail.com).

## CONFERENCE HOTELS

| ① | AC Hotel by Marriott Downtown | Tel. (404) 524-5555 |
| ② | Aloft Atlanta Downtown | Tel. (678) 515-0300 |
| ③ | Atlanta Marriott Marquis | Tel. (404) 521-0000 |
| ④ | Embassy Suites Atlanta | Tel. (404) 223-2300 |
| ⑤ | Omni Atlanta Hotel at CNN Center | Tel. (404) 659-0000 |
| ⑥ | Westin Peachtree Plaza | Tel. (404) 659-1400 |





## ASMS BOARD OF DIRECTORS



*President*
**Richard A. Yost**
University of Florida
Gainesville, FL



*Past President*
**Vicki H. Wysocki**
The Ohio State University
Columbus, OH



*Vice President for Programs*
**Susan D. Richardson**
University of South Carolina
Columbia, SC



*Vice President for Arrangements*
**Susan E. Abbatiello**
Northeastern University
Boston, MA



*Treasurer*
**Kevin Bateman**
Merck & Co
Westpoint, PA



*Secretary*
**Chris Hendrickson**
NHMFL, Florida State University
Tallahassee, FL



*Member at Large for Education*
**Erin Baker**
North Carolina State University
Raleigh, NC



*Member at Large for Publications*
**Amanda B. Hummon**
The Ohio State University
Columbus, OH



*Member at Large for Digital Communications*
**Alexey Nesvizhskii**
University of Michigan
Ann Arbor, MI

**CONGRATULATIONS**
to these members who were elected to the ASMS Board

*Vice President for Arrangements*



**Robert L. Hettich**
Oak Ridge National Laboratory
Oakridge, TN

*Secretary*



**Michelle Reyzer**
Vanderbilt University
Nashville, TN

*Member at Large for Publications*



**Leslie M. Hicks**
University of North Carolina
Chapel Hill, NC

**STAFF**
Judith A. Sjoberg, *Executive Director*
Jennifer Watson
Miquela Sena, Brent Watson, Doug Prout



## INTEREST GROUP COORDINATORS

| | |
|---|---|
| *Analytical Laboratory Managers* | Samuel Macintosh<br>David Quilici |
| *Bioinformatics for MS* | Isabel Bludau<br>William Noble |
| *Biotherapeutics* | Andrew W. Dawdy<br>Hao Zhang |
| *Career Development* | Lucinda Hittle<br>Charles Veltri |
| *Clinical Chemistry* | Don Chace<br>Candice Ulmer |
| *Data Independent Acquisition* | Hannes Röst<br>Birgit Schilling |
| *Drug Metabolism & Pharmacokinetics* | Jonathan Josephs<br>Brian Rago |
| *Energy, Petroleum & Biofuels* | Marianny Y. Combariza<br>Amy McKenna |
| *Environmental Applications* | Imma Ferrer<br>Andrew Ottens |
| *Exposomics* | Silvia Balbo<br>Jarod Grossman |
| *Flavor, Fragrance and Foodstuff* | Melanie Downs<br>James Redwine |
| *Forensics & Homeland Security* | Brittany Casey<br>Chris Mulligan |
| *FTMS* | Melinda McFarland<br>Matthew B. Renfrow |
| *Fundamentals* | Christian Bleiholder<br>Alexandre Shvartsburg |
| *H/D Exchange, Covalent Labeling & Cross Linking* | Jim Bruce<br>Kasper D. Rand |
| *Imaging MS* | Peggi Angel<br>Martina Marchetti-Deschmann |
| *Ion Mobility MS* | Brian Clowers<br>Valerie Gabelica |
| *Ion Trap MS* | Glen Jackson<br>Desmond Kaplan |
| *LC/MS Related Topics* | Eric Soderblom<br>Will Thompson |
| *Lipids & Lipodomics* | John A. Bowden<br>Kim Ekroos |
| *Metabolomics* | Gary Patti<br>Jon Sobus |
| *Metal Ion Coordination Chemistry* | Franklin Leach<br>Nicolas Polfer |
| *Oligonucleaotides & Nucleic Acids* | Samuel Wainhaus<br>Laixin Wang |
| *Pharmaceuticals* | Andrew W. Dawdy<br>Richard Rogers |
| *Photoionization MS* | Sven Ehlert<br>Matthias Lorenz<br>Eleanor Riches |
| *Polymeric Materials* | Jessica Hoskins<br>Christina Mastromatteo |
| *Regulated Bioanalysis* | Fabio Garofolo<br>Jian Wang |
| *Top-Down Proteomics* | Frederik Lermyte<br>Nicholas Young |
| *Undergraduate Research in MS* | Jay G. Forsythe<br>Christine Hughey |
| *Young Mass Spectrometrists* | Veronica Anania<br>Sharon Pitteri |

## COMMITTEES

| | |
|---|---|
| *Asilomar Conference (ACMS)* | David Arnott, Chair<br>Benjamin Garcia<br>Wendy Zhong<br>Vicki Wysocki (ASMS Board Rep.) |
| *Corporate Liaison* | Susan E. Abbatiello, Chair<br>Lauryn Bailey, SCIEX<br>Martin Eysberg, Antec<br>Donna Hollinshead<br>Carla Marshall-Waggett, New Objective<br>Bez Moghadam, Thermo Scientific<br>Lance Nicolaysen, Waters |
| *Digital Communications* | Alexey Nesvizhskii, Chair<br>Stephanie Cologna<br>Desmond Kaplan<br>Brendan MacLean<br>Stacy Sherrod |
| *Diversity* | Livia Eberlin<br>Fernandez Lima Francisco<br>Lisa Jones<br>Scott McLuckey<br>Jessica Prenni<br>Vicki Wysocki (ASMS Board Rep.) |
| *Education* | Erin Baker, Chair<br>Peggi Angel<br>Matt Crowe<br>Sarah Robinson<br>Laura Sanchez |
| *History* | P. Jane Gale, Chair<br>Miriam ElNaggar<br>Glen Jackson<br>Phil Price<br>Ken Tomer<br>Michael Grayson, *ex-officio* |
| *Nominating* | Scott McLuckey, Chair<br>Lucinda Hittle<br>Hee-Yong Kim<br>Sharon Pitteri |
| *Publications* | Amanda B. Hummon, Chair<br>Theodore Alexandrov<br>Peter Nemes<br>Olga Ovchinnikova<br>Candice Ulmer<br>Joseph Loo, *ex officio* |
| *Sanibel Conference* | Melinda McFarland, Chair<br>Leslie Hicks<br>Shi Stone<br>Kevin Bateman (ASMS Board Rep.) |



## ASMS AWARDS

### JOHN B. FENN AWARD FOR A DISTINGUISHED CONTRIBUTION IN MASS SPECTROMETRY
**2019 Recipient: John R. Yates III**
**Award Lecture: 4:45 PM, Monday, Murphy Ballroom, Building B, Level 5**



The ASMS Award for Distinguished Contribution in Mass Spectrometry honors the memory of John B. Fenn who shared the 2002 Nobel Prize for the development of electrospray ionization. John joined ASMS in 1986 and remained an active member until his passing in 2010. The award is conferred at the ASMS Annual Conference with the presentation of a $10,000 cash award, a recognition plaque, and the award lecture.

**Dr. John R. Yates III** is the recipient of the 2019 ASMS John B. Fenn Award for a Distinguished Contribution in Mass Spectrometry, for development of automated, large-scale interpretation of peptide tandem mass spectral data. Dr. Yates' SEQUEST algorithm laid a critical foundation for the field of proteomics and has enhanced the accuracy and effectiveness of mass spectrometry to understand important biological and clinical questions.

Subsequent software developments continue to empower molecular and cellular biology research, including peptide and protein quantitation, identification of posttranslational modifications, and the use of DNA sequences to enable proteogenomic methods. Dr. Yates also enabled large-scale studies to identify the components of protein complexes in single celled organisms and mammalian cells. Proteomics is now practiced by thousands of researchers all over the world to study proteins in almost every organelle in prokaryotic and eukaryotic cells. The comprehensive analysis of cells and tissues is now routinely used to understand differences between normal and disease states.

Dr. Yates is Professor, Department of Molecular Medicine, The Scripps Research Institute.

### AL YERGEY MS SCIENTIST AWARD
**2019 Recipient: Jeffery Shabanowitz**
**Award presentation: 4:45 PM, Monday, Murphy Ballroom, Building B, Level 5**



The Al Yergey Mass Spectrometry Scientist Award is sponsored by ASMS to recognize dedication and significant contributions to mass spectrometry-based science by "unsung heroes." This award is named in memory of Al Yergey a well-respected scientist who was known as a dedicated mentor.

**Dr. Jeffrey Shabanowitz** is the inaugural recipient of the Al Yergey MS Scientist Award. For more than forty years Dr. Shabanowitz has worked with Professor Donald Hunt at the University of Virginia, where he co-authored more than 330 peer-reviewed scientific papers and is co-inventor on ten issued patents. He played a major role in development of peptide sequence analysis by tandem mass spectrometry. The methods and instrumentation he helped to develop underpin the field of proteomics, and have led to major breakthroughs, especially in immunology and epigenetics research. He has also been a valued mentor to dozens of graduate students, postdocs, and visiting scientists. Dr. Shabanowitz is Principal Scientist in the Hunt Laboratory at the University of Virginia

### BIEMANN MEDAL
**2019 Recipient: Sarah Trimpin**
**Award Lecture: 4:45 PM, Tuesday, Murphy Ballroom, Building B, Level 5**



The Biemann Medal is awarded to an individual early in his or her career to recognize significant achievement in basic or applied mass spectrometry. The Medal is conferred at the ASMS Annual Conference with the presentation of a $5,000 cash award, a recognition plaque, and the award lecture.

**Dr. Sarah Trimpin** is the recipient of the 2019 Biemann Medal for discovery and development of novel ionization processes. Dr. Trimpin's unusual observation of highly charged protein ions in an atmospheric pressure MALDI experiment led to her discovery that ionization occurs simply by passing compounds through the inlet of a mass spectrometer. She demonstrated that this simple approach achieves sensitivity comparable with, and frequently better than, electrospray or MALDI.

Through fundamental studies, Dr. Trimpin discovered solid matrices that produce highly charged ions upon laser ablation using MALDI ion sources. Even more astonishing is her discovery of matrix compounds that spontaneously produce multiply charged ions when exposed to vacuum (termed matrix-assisted ionization, MAI). No heat, nebulizing gases, laser, or voltage is required and exceptionally low chemical background is achieved for a variety of compounds, including proteins at least as large as bovine serum albumin (66 kDa). She has now discovered more than forty matrices that spontaneously produce analyte ions. Her work has been recognized by numerous awards and has led to commercialization.

Dr. Trimpin is Professor of Chemistry at Wayne State University.

## ASMS AWARDS

### 2019 RESEARCH AWARDS
#### Award Presentations: 4:45 pm, Tuesday, Murphy Ballroom, Building B, Level 5

Research awards promote the research of academic scientists within the first four years of joining the tenure track or research faculty of a North American University at the time the award is conferred. The awards, in the amount of $35,000 each, are fully supported by Bruker, Thermo Fisher Scientific, and Waters Corporation.

*Sponsored by*
**BRUKER**

*Sponsored by*
**THERMO FISHER SCIENTIFIC**

*Sponsored by*
**WATERS CORPORATION**







**James F. Davies**
*University of California, Riverside*

**Nicolas L. Young**
*Baylor College of Medicine*

**Eleanor Browne**
*University of Colorado, Boulder*

### 2019 PRIMARILY UNDERGRADUATE INSTITUTION RESEARCH AWARD
#### Award Presentations: 4:45 pm, Tuesday, Murphy Ballroom, Building B, Level 5

#### Sponsored by Agilent Technologies

This award promotes academic research in mass spectrometry by faculty members and their students at primarily undergraduate institutions (PUIs). The award of $20,000 is made to the recipient's institution on behalf of the recipient's research.



**Callie Cole**
*Fort Lewis College*

### RON HITES AWARD FOR OUTSTANDING RESEARCH PUBLICATION IN *JASMS*
#### Award Presentations: ASMS Meeting, 4:45 pm, Wednesday, B302-305, Level 3



The Ron Hites Award recognizes an outstanding publication of original research based on innovative aspects, technical and presentation quality, and likely stimulation of future research or applications. The award is named to honor Professor Ron Hites of Indiana University, who led the creation of *JASMS* in 1988 while president of ASMS. The award includes $2,000 and certificates.

The 2019 Ron Hites Award recognizes Dr. Julia Laskin, Purdue University and her co-authors for their paper **Towards High-Resolution Tissue Imaging Using Nanospray Desorption Electrospray Ionization Mass Spectrometry Coupled to Shear Force Microscopy**; Son N. Nguyen, Ryan L. Sontag, James P. Carson, Richard A. Corley, Charles Ansong, and Julia Laskin; *J. Am. Soc. Mass Spectrom.* (2018) 29:316Y322.



## ASMS AWARDS

### 2019 POSTDOCTORAL CAREER DEVELOPMENT AWARDS
**AWARD PRESENTATIONS: ASMS MEETING, 4:45 PM, WEDNESDAY, B302-305, LEVEL 3**

Up to five awards in the amount of $5,000 each are intended to promote the professional career development of postdoctoral fellows in the field of mass spectrometry. Activities funded by these awards include conference and workshop attendance, travel to other mass spectrometry laboratories, purchase of books and/or software. The awards are open to ASMS members who are postdoctoral fellows within three years of completing a Ph.D. or equivalent degree. Applicants must be currently appointed as a postdoctoral fellow in North America (e.g., in academia, industry, a government or national laboratory or at a research institute). Details and an application are posted to asms.org.

    

**Christopher Ashwood**
*Medical College of Wisconsin*

**Josue Baeza**
*University of Pennsylvania*

**Gongyu Li**
*University of Wisconsin-Madison*

**Jared Kafader**
*Northwestern University*

**Nicholas Riley**
*Stanford University*

### 2019 STUDENT TRAVEL AWARDS
**AWARD PRESENTATIONS: ASMS MEETING, 4:45 PM, WEDNESDAY, B302-305, LEVEL 3**

ASMS supports up to twenty awards of $1,000 for graduate students and ten awards of $500 for undergraduates. Applications and details for these awards are posted to asms.org.

#### GRADUATE STUDENT AWARDS
**Molly Blevins,** *University of Texas at Austin*
**Wanying Cao,** *University of Nebraska-Lincoln*
**Ming Cheng,** *Washington University in St.Louis*
**Sean Cleary,** *University of Oregon*
**Mariel Coradin,** *University of Pennsylvania*
**Kellen DeLaney,** *University of Wisconsin-Madison*
**Kristen Fowble,** *University at Albany-SUNY*
**Naren Gajenthra Kumar,** *Virginia Commonwealth University*
**Praveen Kumar,** *University of Minnesota*
**Ting-Hao Kuo,** *National Taiwan University*
**Chenxi Liu,** *University of Arizona*
**Elijah McCool,** *Michigan State University*
**Sibylle Pfammatter,** *IRIC-Université de Montréal*
**Jaqueline A. Picache,** *Vanderbilt University*
**Erika Portero,** *University of Maryland, College Park*
**Marta Sans Escofet,** *University of Texas at Austin*
**Leah Schaffer,** *University of Wisconsin-Madison*
**Savannah Snyder,** *The University of Akron*
**Yang Tang,** *Boston University*
**Trisha Tucholski,** *University of Wisconsin - Madison*

#### UNDERGRADUATE STUDENT AWARDS
**Shelby Beasley,** *University of Oklahoma*
**Alisha Birk,** *Stanford University*
**Cameron Davis,** *National High Magnetic Field Laboratory*
**Richard Dilworth,** *University of Florida*
**Anna Iacovino,** *Duquesne University*
**Kaylie Kirkwood,** *North Carolina State University*
**Abigail Lemmon,** *University of Pennsylvania*
**Javier Moreno,** *Florida International University*
**Amanda Wong,** *Saint Mary's College of California*
**Emily Ziperman,** *Baylor University*



## GEORGIA WORLD CONGRESS CENTER

**BUILDING B**
**LEVEL 4 CONCOURSE**
MEETING ROOMS B401 – B411

B401-402
**Session B**

B405-407
**Session C**

History
Posters

➤ **Registration**

**BUILDING A**
**LEVEL 4 CONCOURSE**
MEETING ROOMS A402 – A412

Auditorium
**Session G**

A402-A410
Breakfast Seminars
Evening Workshops

A411-412
**Session H**



## GEORGIA WORLD CONGRESS CENTER



**Thomas B. Murphy Ballroom**
**BUILDING B**
**Level 5 Concourse**



B302-305
**Session D**
**Tutorial Session II**
**ASMS Meeting**

B308-309
**Session E**

**BUILDING B**
**LEVEL 3 CONCOURSE**
MEETING ROOMS B301 – B319

B312-314
**Session F**

B301
**Speaker Ready Room**

Down to:
**B200 Meeting Rooms**
**Career Center**
**Exhibits / Posters**

**BUILDING A**
**LEVEL 3 CONCOURSE**
MEETING ROOMS A301 – A316



A301-A316
**Breakfast Seminars**
**Evening Workshops**

**POSTER / EXHIBIT HALL**





**HOSPITALITY SUITES • OMNI CNN CENTER HOTEL**

# NORTH TOWER



NORTH TOWER | M4

SCIEX
Grand Ballroom ABC

Bruker
Grand Ballroom D

Agilent
Grand Ballroom E



Walkway to Georgia
World Congress Center

NORTH TOWER | M2

JEOL
Magnolia

Genedata
Cypress

PreOmics
Sycamore

Leybold USA
Juniper

Thermo Fisher
Scientific
International
Ballroom ABCD

Shimadzu
International
Ballroom E

Waters
International
Ballroom F



NORTH TOWER | M3

Evosep
Walnut

Teledyne
SP Devices
Hazelnut

Veritomyx
Chestnut



NORTH TOWER | M1

Waters Corp.
Redwood

PerkinElmer
Dogwood AB

Peak Scientific
Cottonwood AB

## ELEVATORS
🔳 Guest Room
Elevators
(North Tower M1, M4,
N6-28)

🔳 Meeting Room
Elevators (North
Tower M1-M4)

## LANDMARKS
⬤ Skybridge

🔳 Walkway to Georgia
World Congress
Center and College
Football Hall of Fame

🔳 RESTROOMS



## CORPORATE MEMBER HIGHLIGHTS

### HOSPITALITY SUITES 2019

In Atlanta hospitality suites will continue to embrace the back to basics atmosphere to allow attendees to learn more about the latest and greatest products and services of our Corporate Members while enjoying some fun, food and drink – *and conversation.*

Conference name badges are required for access to all conference activities including hospitality suites.

### MEDIA EVENTS (PRESS CONFERENCES)

The following media events are scheduled **Monday, June 3** in the Omni CNN Center Hotel. All press are invited to attend these events.

| | | |
|---|---|---|
| 8:00 – 9:00 am | Shimadzu Scientific Instruments | International Ballroom E |
| 9:30 – 10:30 am | Bruker Daltonics | Grand Ballroom D |
| 11:00 am – 12:00 pm | SCIEX | Grand Ballroom ABC |
| 1:30 – 2:30 pm | Agilent | Grand Ballroom E |
| 3:00 – 4:00 pm | Thermo Fisher Scientific | International Ballroom ABCD |
| 4:30 – 5:30 pm | Waters Corporation | International Ballroom F |

### BREAKFAST SEMINARS

Breakfast seminars are hosted by Corporate Members at either the Convention Center or the Omni Hotel at CNN Center (inside hospitality suites). Pre-registration (RSVP) is recommended because room set-up and catering are arranged in advance. Please look for Breakfast Seminars page on www.asms.org and in the mobile app to find online registration links.

**MONDAY BREAKFASTS**

| CONVENTION CENTER *All breakfast seminars begin at 7:00 am* | |
|---|---|
| Advanced Chemistry Development (ACD/Labs) | Room A313 |
| Bruker Daltonics | Room A302 |
| LECO Corporation | Room A314 |
| MassTech Inc. | Room A315 |
| Matrix Science | Room A410 |
| Pressure BioSciences Inc. | Room A312 |
| SCIEX (3) | Rooms A404-405, A406-407, A408 |
| Shimadzu Scientific Instruments | Room A305 |
| Waters Corporation | Room A402-403 |
| **OMNI HOTEL AT CNN CENTER** | |
| Agilent Technologies | Grand Ballroom E |
| Thermo Fisher Scientific | International Ballroom ABCD |
| Waters Corporation | International Ballroom F |

**TUESDAY BREAKFASTS**

| CONVENTION CENTER *All breakfast seminars begin at 7:00 am* | |
|---|---|
| Biognosys | Room A312 |
| Biotage | Room A316 |
| Bruker Daltonics | Room A302 |
| Evosep | Room A311 |
| Genedata | Room A315 |
| LECO Corporation | Room A314 |
| Matrix Science | Room A410 |
| New Objective Inc. | Room A313 |
| SCIEX (3) | Rooms A404-405, A406-407, A408 |
| Shimadzu Scientific Instruments | Room A305 |
| Waters Corporation | Room A402-403 |
| **OMNI HOTEL AT CNN CENTER** | |
| Agilent Technologies | Grand Ballroom E |
| Thermo Fisher Scientific | International Ballroom ABCD |
| Waters Corporation | International Ballroom F |

**WEDNESDAY BREAKFASTS**

| CONVENTION CENTER *All breakfast seminars begin at 7:00 am* | |
|---|---|
| Avanti Polar Lipids | Room A410 |
| Bruker Daltonics | Room A302 |
| LECO Corporation | Room A314 |
| MassTech Inc. | Room A315 |
| New Objective Inc. | Room A313 |
| SCIEX (3) | Rooms A404-405, A406-407, A408 |
| Shimadzu Scientific Instruments | Room A305 |
| **OMNI HOTEL AT CNN CENTER** | |
| Agilent Technologies | Grand Ballroom E |
| Thermo Fisher Scientific | International Ballroom ABCD |
| Waters Corporation | International Ballroom F |

**THURSDAY BREAKFASTS**

| CONVENTION CENTER *All breakfast seminars begin at 7:00 am* | |
|---|---|
| MassTech Inc. | Room A315 |
| SCIEX (3) | Rooms A404-405, A406-407, A408 |
| Shimadzu Scientific Instruments | Room A305 |
| Thermo Fisher Scientific | Room A302 |





## ASMS CORPORATE MEMBERS

| Corporate Member | Exhibit Booth | Corporate Poster or Publisher Tabletop | Hospitality Suite at at Omni Hotel at CNN Center | Breakfast Seminar |
|---|---|---|---|---|
| 908 Devices | 802 | Corporate Poster | | |
| AcroMass Technologies, Inc. | 724 | | | |
| ACS Publications | 919 | | | |
| Adaptas Solutions | 216 | Corporate Poster | | |
| Advanced Chemistry Development (ACD/Labs) | 316 | Corporate Poster | | Conv Ctr Room A313: Mon 6/3 |
| Advion | 718 | | | |
| Agilent Technologies | 400 | Corporate Poster | Grand Ballroom E | Omni Grand Ballroom E: Mon-Wed (6/3-6/5); |
| AIM Research Company | 224 | | | |
| Alliance Pharma | 202 | | | |
| Analytical Sales and Services, Inc. | 302 | Corporate Poster | | |
| Analytical Scientific Instruments US Inc. | 318 | | | |
| Antec Scientific | 505 | Corporate Poster | | |
| APEX - Alberta Precision Exchange | 222 | | | |
| Apricot Designs | 522 | Corporate Poster | | |
| ASTA | 617 | Corporate Poster | | |
| Avanti Polar Lipids, Inc. | 199 | | | Conv Ctr Room A410: Wed 6/5 |
| Baran Bioscience, LLC | | Corporate Poster | | |
| BaySpec, Inc. | 220 | | | |
| Beckman Coulter | 818 | | | |
| BGI | 703 | | | |
| Bioanalysis Zone | 219 | | | |
| BioChromato | 208 | Corporate Poster | | |
| Biocrates Life Sciences AG | 706 | | | |
| Biognosys | 517 | | | Conv Ctr Room A312: Tue 6/4 |
| Bioinformatics Solutions Inc. | 409 | Corporate Poster | | |
| Biotage | 526 | | | Conv Ctr Room A316: Tues 6/4 |
| Biotech Support Group | 719 | | | |
| Bruker Daltonics | 515 | Corporate Poster | Grand Ballroom D | Conv Ctr Room A302: Mon-Wed (6/3-6/5) |
| Cambridge Isotope Laboratories, Inc. | 502 | | | |
| Cayman Chemical Company | 710 | Corporate Poster | | |
| Cerno Bioscience | 909 | | | |
| ChemoPower Technology | 819 | | | |
| Coann Technologies | 423 | | | |
| Compare Networks | | Publisher's Tabletop | | |
| CovalX | 299 | | | |
| CSS Analytical Co. Inc | | | | |
| CTC Analytics AG | 519 | | | |
| Ebara Technologies | 419 | Corporate Poster | | |
| Edwards Vacuum | 705 | | | |
| El-Mul Technologies | 301 | | | |



## ASMS CORPORATE MEMBERS

| Corporate Member | Exhibit Booth | Corporate Poster or Publisher Tabletop | Hospitality Suite at at Omni Hotel at CNN Center | Breakfast Seminar |
|---|---|---|---|---|
| e-MSion, Inc. | 424 | | | |
| Entech Instruments | 826 | | | |
| ESI Source Solutions | 116 | | | |
| Evosep | 518 | | Walnut | Conv Ctr Room A311: Tue 6/4 |
| Extrel CMS | 325 | | | |
| Fasmatech | 717 | | | |
| F-DGSi | 803 | | | |
| Fossil Ion Technology | 704 | Corporate Poster | | |
| Genedata | 510 | Corporate Poster | Cypress | Conv Ctr Room A315: Tue 6/4 |
| Genetic Engineering & Biotechnology News | | Publisher's Tabletop | | |
| GenNext Technologies, Inc. | 816 | | | |
| Genovis Inc | 323 | Corporate Poster | | |
| GenTech Scientific, Inc. | 317 | | | |
| GERSTEL, Inc. | 716 | | | |
| GL Sciences | 215 | | | |
| Grenova | 509 | | | |
| Hamamatsu Corporation | 110 | Corporate Poster | | |
| Hamilton Company | 307 | Corporate Poster | | |
| Harris Corporation | 604 | Corporate Poster | | |
| HILICON AB | | Corporate Poster | | |
| HTX Technologies, LLC | 404 | | | |
| HVM Technology, Inc. | 622 | | | |
| IDEX Health & Science | 402 | Corporate Poster | | |
| IMCS | 305 | | | |
| Imtakt USA | 406 | | | |
| Institute for Systems Biology | 118 | | | |
| Intavis, Inc | 722 | | | |
| INTEGRA Biosciences | 610 | | | |
| International Ceramic Engineering | 217 | | | |
| International Equipment Trading Ltd | 602 | | | |
| International Labmate Ltd. | | Publisher's Tabletop | | |
| Ion Opticks Pty Ltd | 524 | | | |
| IonBench | 226 | | | |
| IONICON | 799 | Corporate Poster | | |
| Ionoptika Ltd. | 707 | | | |
| Ionsense Inc. | 506 | Corporate Poster | | |
| IONTOF GmbH | 425 | | | |
| IP2 | 801 | | | |
| IROA Technologies LLC | 223 | | | |
| IsoSciences | 421 | | | |
| JASMS | 915 | | | |
| JEOL USA, Inc. | 200 | | Magnolia | |

## ASMS CORPORATE MEMBERS

| Corporate Member | Exhibit Booth | Corporate Poster or Publisher Tabletop | Hospitality Suite at at Omni Hotel at CNN Center | Breakfast Seminar |
|---|---|---|---|---|
| JG Finneran Associates, Inc. | 310 | | | |
| Kashiyama USA | 804 | | | |
| Kura Biotech Inc. | 620 | Corporate Poster | | |
| Lab Tech Support | 322 | | | |
| Larodan AB | 221 | | | |
| LCGC/Spectroscopy | 702 | | | |
| LECO Corporation | 401 | Corporate Poster | | Conv Ctr Room A314: Mon-Wed (6/3-6/5) |
| Leybold USA | 403 | | Juniper | |
| Linden CMS GmbH | 721 | | | |
| LNI Swissgas | 806 | Corporate Poster | | |
| MAC-MOD Analytical | 720 | | | |
| MasCom Technologies | 615 | | | |
| MassTech Inc. | 624 | | | Conv Ctr Room A315: Mon 6/3, Wed-Thurs (6/5-6/6) |
| MathSpec, Inc. | | Corporate Poster | | |
| Matrix Science | 523 | | | Conv Ctr Room A410: Mon-Tue (6/3-6/4) |
| Matsusada Precision Inc | 815 | | | |
| McKinley Scientific | 605 | | | |
| MDC Vacuum Products LLC | 203 | | | |
| Merck - DUE | | | | |
| MetaSci Inc. | 817 | | | |
| Microsaic Systems plc | 618 | Corporate Poster | | |
| Moeller Medical GmbH | 810 | | | |
| Mott Corporation | 405 | Corporate Poster | | |
| MPF Products Inc | 410 | | | |
| MRM Proteomics | 124 | | | |
| MS Bioworks | 319 | | | |
| MS Ekspert | 306 | | | |
| MS Noise | 626 | | | |
| MSTM, LLC | 601 | | | |
| Nacalai USA | 422 | Corporate Poster | | |
| National Institute of Standards and Technology (NIST) | 616 | | | |
| Nest Group, Inc., The | | Corporate Poster | | |
| New England Biolabs | 901 | | | |
| New England Peptide Inc. | 417 | | | |
| New Objective Inc. | 324 | | | Conv Ctr Room A313: Tue-Wed (6/4-6/5) |
| Newomics Inc. | 606 | | | |
| Novatia LLC | | Corporate Poster | | |
| Omics Informatics LLC | 321 | | | |
| Omni International | 415 | | | |
| OMNI Lab Solutions | 418 | Corporate Poster | | |



| Corporate Member | Exhibit Booth | Corporate Poster or Publisher Tabletop | Hospitality Suite at at Omni Hotel at CNN Center | Breakfast Seminar |
|---|---|---|---|---|
| Opentrons | 905 | | | |
| Optimize Technologies | 700 | Corporate Poster | | |
| Parker Hannifin | 805 | | | |
| Peak Scientific | 699 | Corporate Poster | Cottonwood AB | |
| PerkinElmer, Inc. | 899 | | Dogwood AB | |
| Pfeiffer Vacuum | 599 | Corporate Poster | | |
| Pharmafluidics | 303 | Corporate Poster | | |
| Phenomenex | 508 | | | |
| Phoenix S&T, Inc. | 503 | | | |
| PHOTONIS | 609 | Corporate Poster | | |
| Phytronix Technologies | 300 | | | |
| Polymer Factory | 520 | Corporate Poster | | |
| PreOmics GmbH | 407 | | Sycamore | |
| Pressure BioSciences Inc. | 823 | | | Conv Ctr Room A312: Mon 6/3 |
| Prolab Instruments GmbH | 709 | Corporate Poster | | |
| Promega Corporation | 315 | | | |
| PROMISE Advanced Proteomics | 201 | Corporate Poster | | |
| Protein Metrics Inc. | 416 | | | |
| Proteome Software Inc. | 725 | | | |
| PURSPEC Technologies Inc. | 218 | | | |
| Rapid Novor Inc. | 723 | Corporate Poster | | |
| Ray Biotech | 625 | | | |
| Regeneron Pharmaceuticals | 102 | | | |
| Regis Technologies | 808 | | | |
| Restek Corporation | 210 | | | |
| ReSyn Biosciences | 623 | Corporate Poster | | |
| SamIn Science Co. Ltd. | 309 | | | |
| Sciencix | 106 | | | |
| SCIEX | 500 | | Grand Ballroom ABC & Oak Room | Conv Ctr Room A404-405: Mon-Thurs (6/3-6/6); Conv Ctr Room A406-407: Mon-Thurs (6/3-6/6); Conv Ctr Room A408: Mon-Thurs (6/3-6/6) |
| Shimadzu Scientific Instruments, Inc. | 499 | Corporate Poster | International Ballroom E | Conv Ctr Room A305: Mon-Thurs (6/3-6/6) |
| Shodex, Showa Denko America | 304 | | | |
| Sierra Analytics, Inc. | 206 | Corporate Poster | | |
| Silantes GmbH | 608 | | | |
| SoCal Bioinformatics, Inc. | 715 | | | |
| Sound Analytics | 701 | | | |
| Spark Holland | 603 | | | |
| SpectralWorks | 504 | Corporate Poster | | |
| Spectroswiss | 516 | | | |
| Spellman High Voltage Electronics Corp. | 420 | | | |

# ASMS CORPORATE MEMBERS

| Corporate Member | Exhibit Booth | Corporate Poster or Publisher Tabletop | Hospitality Suite at at Omni Hotel at CNN Center | Breakfast Seminar |
|---|---|---|---|---|
| SPEX SamplePrep LLC | 308 | | | |
| SunChrom GmbH | 209 | | | |
| Synpeptide Co., Ltd. | 607 | | | |
| Tecan | 800 | | | |
| Teledyne SP Devices | | Corporate Poster | Hazelnut | |
| Teledyne Tekmar | 320 | | | |
| The Analytical Scientist | | Publisher's Tabletop | | |
| Thermo Fisher Scientific | 600 | | International Ballroom ABCD | Omni International Ballroom ABCD: Mon-Wed (6/3-6/5); Conv Ctr Room A302: Thurs 6/6 |
| Tosoh Bioscience LLC | 326 | | | |
| Trajan Scientific and Medical | 100 | Corporate Poster | | |
| Veritomyx | 809 | | Chestnut | |
| VICI Valco Instruments | 204 | Corporate Poster | | |
| VRS Recruitment | 501 | | | |
| Waters Corporation | 399 | Corporate Poster | International Ballroom F & Redwood | Omni International Ballroom F: Mon-Wed (6/3-6/5); Conv Ctr Room A402-403: Mon-Tue (6/3-6/4) |
| XP Power LLC | 205 | | | |
| Xtreme Power | 521 | | | |
| Zef Scientific, Inc. | 621 | | | |
| Zhejiang Haochuang Biotech Co. Ltd. | 619 | | | |





# PROGRAM ACKNOWLEDGEMENTS

## VICE PRESIDENT FOR PROGRAMS



**Susan Richardson**
University of South Carolina
*Vice President for Programs*

## STUDENT ASSISTANTS

Graduate students assist with many aspects of the conference, including registration, oral and poster sessions, and the employment center. The students each receive a stipend to help with their conference travel expenses.

## PROGRAM COMMITTEE

| | | | |
|---|---|---|---|
| Jon Amster | George R. Dubay | Kimberly Kew | Fredric Rosu |
| Erin Baker | Brandie Ehrmann | Ben Major | Robert Sheridan |
| Carol Haney Ball | Lorne Fell | Aurelie Marcotte | Christopher Shuford |
| Thomas C. Beaty | Lee Ferguson | Mehdi Moini | Brigitte Simons |
| Matthew Campbell | Michael C. Fitzgerald | Ganesh Moorthy | Erik Soderblom |
| Xian Chen | Jeff Gilbert | Arthur Moseley | Jeff Spraggins |
| David Crizer | Gary L. Glish | David Muddiman | J. Will Thompson |
| Allison S. Danell | Russell Grant | Ron Orlando | Nelson Vinueza |
| Leesa Deterding | Laura Herring | Charles Parker | Olga Vitek |
| James Dodds | Leslie M. Hicks | Hannes Röst | Qibin Zhang |
| Richard Drake | | | |

## SESSION CHAIRS

| | | | |
|---|---|---|---|
| Susan Abbatiello | Edwin De Pauw | Susana Kimura | Mary Rodgers |
| Satoko Akashi | Travis Falconer | Caroline Koester | Richard Rogers |
| Lissa Anderson | Francisco Fernandez-Lima | Albert Lebedev | Suraj Saraswat |
| Peggi Angel | Neha Garg | Xing-fang Li | Stacy Sherrod |
| Julie Arslanoglu | Rainey Garland | Cheryl Lichti | Jon Sobus |
| Dhanashri Bagal | Rita Grandori | Essylit Louarn | Florian Stengel |
| Yu Bai | Miklos Guttman | Yiqi R. Luo | David Stranz |
| Erin Baker | Kicki Hakansson | Martina Marchetti-Deschmann | Michael Sussman |
| Justin Benesch | Jack Henion | Julien Marcoux | Shujuan Tao |
| Angela Calderon | Jason Hogan | Ewy Mathe | Stefan Tenzer |
| Emmanuelle Claude | Anna Ivanova | Amy McKenna | David Touboul |
| Michelle Colgrave | Caroline Johnson | Asher Newsome | Elizabeth Want |
| Stephanie Cologna | Christiane Jones | Christine O'Donnell Fisher | Bernd Wollscheid |
| Helen Cooper | Uwe Karst | Ron Orlando | Christopher Yu |
| Erik Cressman | Ryan Kelly | Pierangela Palma | Naiyu Zheng |
| Uliana Danilenko | Hendrik Kersten | Nichole Reisdorph | Chengli Zu |

## WORKSHOP ORGANIZERS

| | | | |
|---|---|---|---|
| Sue Abbatiello | Kim Ekroos | Martina Marchetti-Deschmann | Douglas Sheeley |
| Jeff Agar | Marc Engel | Michael Marty | Bindesh Shrestha |
| Veronica Anania | Kym Faull | Christina Mastromatteo | David Shteynberg |
| Christopher Anderson | Francisco Fernandez-Lima | Ewy Mathe | Alexandre Shvartsburg |
| Lissa Anderson | Gregory Fisher | Amy McKenna | Kevin Smith |
| Peggi Angel | Michael Ford | Yehia Mechref | Jon Sobus |
| Erin Baker | Jay Forsythe | Luis Mendoza | Erik Soderblom |
| Silvia Balbo | Fabio Garofolo | Mehdi Moini | Sylwia Stopka |
| Nuno Bandeira | Chris Gill | Christopher Mulligan | Dian Su |
| Ryan Benz | Timothy Griffin | William Noble | Liangliang Sun |
| Christian Bleiholder | Jarod Grossman | Magnus Palmblad | Aaron Teitelbaum |
| Isabell Bludau | Robert Hettich | Gary Patti | Will Thompson |
| John Bowden | Lucinda Hittle | Janusz Pawliszyn | Jakub Ujma |
| Cory Broeckling | Jessica Hoskins | Chris Petucci | Candice Ulmer |
| Jim Bruce | Chrisi Hughey | Sharon Pitteri | Gyorgy Vas |
| Iain Campuzano | Glen Jackson | David Quilici | Charles Veltri |
| Brittany Casey | Pratik Jagtap | Brian Rago | Juan Antonio Vizcaino |
| Donald Chace | Jeff Jones | Kasper Rand | Jian Wang |
| Brian Clowers | Jonathan Josephs | James Redwine | Mingxun Wang |
| Marianny Combariza | Desmond Kaplan | Matthew Renfrow | Benedikt Warth |
| Kate Comstock | Michael Knierman | Eleanor Riches | Ian Webb |
| Kelsey Cook | Franklin E. Leach III | Richard Rogers | Si Wu |
| Andrew Dawdy | Frederik Lermyte | Markus Roggen | Nicolas Young |
| Eric Deustch | Xiaowen Liu | Hannes Röst | Hao Zhang |
| Melanie Downs | Joe Loo | Anumita Saha | |
| Giles Edwards | Matthias Lorenz | Birgit Schilling | |
| Sven Ehlert | Samuel Mackintosh | Salvatore Sechi | |



# PROGRAM OVERVIEW

## SATURDAY

| 9:00 AM - 4:30 PM | SHORT COURSES |
|---|---|
| 2:00 - 5:00 PM | REGISTRATION, Building B Main Lobby |

## SUNDAY

| 9:00 AM - 4:30 PM | SHORT COURSES |
|---|---|
| 10:00 AM - 8:00 PM | REGISTRATION, Building B Main Lobby |
| 4:00 - 4:45 PM | ATTENTION: FIRST-TIME GRADUATE STUDENTS AND UNDERGRADUATE STUDENTS<br>Plan your Strategy: What to See and Do at ASMS, B302-305, Level Three |
| 5:00 - 6:30 PM | **TUTORIAL SESSION I**, Murphy Ballroom, Bldg. B, Level Five<br><br>5:00 - 5:45 pm            5:45 - 6:30 pm<br>Lipidomics             Targeted Imaging<br><br>Stephen Blanksby, *Queensland U. of Technology*   Enrico Davoli<br>& Gavin Reid, *University of Melbourne*   *Mario Negri Institute* |

**TUTORIAL SESSION II**, B302-305, Level Three
5:00 - 5:45 pm      5:45 - 6:30 pm
Native Mass Spectrometry      Data Independent Acquisition

Michal Sharon      Birgit Schilling
*Weizmann Institute*      *The Buck Institute*

| 6:45 - 7:45 PM | **CONFERENCE OPENING**, Murphy Ballroom, Bldg. B, Level Five<br>Susan Richardson, *University of South Carolina*<br>ASMS Vice President for Programs<br><br>7:00 - 7:45 pm<br>**Transitioning the World Energy for All Purposes to Stable Electricity<br>Powered by 100% Wind, Water, and Sunlight**<br><br>**Mark Z. Jacobson**<br>*Stanford University* |
|---|---|
| 7:45 - 9:00 PM | **WELCOME RECEPTION IN THE POSTER/EXHIBIT HALL**<br>Undergraduate Student Poster Competition |

## MONDAY

| | |
|---|---|
| **7:00 AM** | **CORPORATE BREAKFAST SEMINARS,** Convention Center and Omni CNN Center Hotel |
| **7:30 AM - 5:00 PM** | **REGISTRATION,** Building B Main Lobby |
| **8:30 - 10:30 AM** | **ORAL SESSIONS**<br>MOA am: Cannabis Testing, *Murphy Ballroom, Bldg. B, Level Five*<br>MOB am: Glycopeptides and Glycoproteins, *B401-402*<br>MOC am: Membrane Protein MS, *B405-407*<br>MOD am: Imaging: Instrumentation & Method Development, *B302-305*<br>MOE am: Lipidomics: Targeted and Untargeted, *B308-309*<br>MOF am: Fundamentals: Ion Mobility and MS (In Memory of Al Yergey), *B312-314*<br>MOG am: Instrumentation: Portable and Transportable Mass Spectrometers, *Auditorium, Bldg. A*<br>MOH am: Biomarkers: Qualitative Analysis, *A411-412* |
| **10:30 AM - 2:30 PM** | **POSTER SESSION AND EXHIBITS,** Monday Posters, Poster/Exhibit Hall ground level<br>**Odd-number posters present:** 10:30 - 11:30 am PLUS 12:30 – 2:30 pm<br>**Even-number posters present:** 10:30 am - 12:30 pm PLUS 1:30 – 2:30 pm<br>11:30 am - 1:00 pm:  **Undergraduate students** look for reserved tables and free lunch vouchers to *Meet the Experts* |
| **2:30 - 4:30 PM** | **ORAL SESSIONS**<br>MOA pm: Informatics: Multiomics Integration and Applications, *Murphy Ballroom, Bldg. B*<br>MOB pm: Homeland Security: Chemical/Biological Defense, *B401-402*<br>MOC pm: Food Safety & Chemistry: Foodomics, Allergens, Bacteria, Foods, and Supplements, *B405-407*<br>MOD pm: Therapeutic Proteins, Antibodies, and Antibody/Drug Conjugates, *B302-305*<br>MOE pm: Lipidomics: New MS Technologies and Applications  , *B308-309*<br>MOF pm: Biomarkers: Quantitative Analysis, *B312-314*<br>MOG pm: Instrumentation: New Developments in Ionization and Sampling, *Auditorium, Bldg. A*<br>MOH pm: Art, Archaeology, and Paleontology, *A411-412* |
| **4:45 - 5:30 PM** | **AWARD LECTURE,** Murphy Ballroom, Bldg. B, Level Five<br><br>**Award for a Distinguished Contribution in Mass Spectrometry**<br><br>**John R. Yates III**<br>*The Scripps Research Institute* |
| **5:45 - 7:00 PM** | **WORKSHOPS**   There are light refreshments in Building A foyers, 5:30 - 5:45 pm.<br>01. High Spatial Resolution 2D and 3D Mass Spectrometry Analysis: Current Trends, *A402-403*<br>02. Enhancing MS-Based Glycomics and Glycoproteomics Toolbox: Round-table Discussion, *A404-405*<br>03. MassIVE Translation of Public Mass Spectrometry Big Data into Reusable Community Resources, *A406-407*<br>04. Mass Spectrometry in the Developing World: Supporting Education and Research, *A408*<br>05. Ion Trap Mass Spectrometry: Latest Trends (Ion Trap MS Interest Group), *A410*<br>06. FAIMS/DIMS/DMS Technology and its Impact on Current Day MS Analyses, *A307*<br>07. Food Safety and Quality Applications: Tools for Putting MS Methods into Practice (Flavor Frangrance & Foodstuff Interest Group), *A309*<br>08. Automation for Proteomics Sample Preparation, *A311*<br>09. MS Software: Peak Picking - Paramount Practices and Perilous Pitfalls, *A312*<br>10. Solid Phase Microextraction Approaches Applied with Mass Spectrometry Techniques, *A313*<br>11. LC-MS Jeopardy - I'll Take Increasing Throughput for $200 (LCMS & Related Topics Interest Group), *A315*<br>12. LC-MS Jeopardy - I'll Take Increasing Throughput for $200 (LCMS & Related Topics Interest Group), *A315*<br>13. Art and Cultural Heritage: Mass Spec Applications, *A316*<br>14. Photoionization (APPI/PI) - Bridging the Gap between Academic and Industrial Research (Photoionization MS Interest Group), *A303*<br>15. MS-Based Multi-Attribute Method (MAM): The Future of Biotherapeutic Development Analytics (Biotherapeutics Interest Group), *A302*<br>16. MS Career Options: How to Kick Start Your Career (Young Mass Spectrometrists Interest Group), *A301*<br>17. Membrane Proteins, Nanodiscs, and Beyond: MS Analysis in Academia and Industry, *A305*<br>18. Energy, Petroleum, and Biofuels MS: Targeted Analysis, Fingerprinting and Speciation in Complex Mixtures (Energy Petroleum & Biofuels Interest Group), *A304* |
| **7:00 - 8:00 PM** | **DINNER BREAK** |
| **AFTER 8:00 PM** | **CORPORATE HOSPITALITY SUITES,** Omni CNN Center Hotel |

## PROGRAM OVERVIEW



## TUESDAY

| 7:00 AM | CORPORATE BREAKFAST SEMINARS, Convention Center and Omni CNN Center Hotel |
|---|---|
| 7:30 AM - 5:00 PM | REGISTRATION, Building B Main Lobby |
| 8:30 - 10:30 AM | ORAL SESSIONS<br>TOA am: Informatics: Innovations, *Murphy Ballroom, Bldg. B, Level Five*<br>TOB am: Fundamentals: Photoionization and Photodissociation, *B401-402*<br>TOC am: Native MS in Structural Biology, *B405-407*<br>TOD am: Imaging: Pharmaceuticals, Metabolites, and Lipids, *B302-305*<br>TOE am: Environmental: Emerging Contaminants (In Honor of Ron Hites), *B308-309*<br>TOF am: Protein-Ligand Interactions, *B312-314*<br>TOG am: MS in the QC Lab, *Auditorium, Bldg. A*<br>TOH am: Nucleic Acids and Oligonucleotides, *A411-412* |
| 10:30 AM - 2:30 PM | POSTER SESSION AND EXHIBITS, Tuesday Posters, Poster/Exhibit Hall ground level<br>Odd-number posters present: 10:30 - 11:30 am PLUS 12:30 – 2:30 pm<br>Even-number posters present: 10:30 am - 12:30 pm PLUS 1:30 – 2:30 pm |
| 2:30 - 4:30 PM | ORAL SESSIONS<br>TOA pm: Informatics: Data-Independent Acquisition, *Murphy Ballroom, Bldg. B, Level Five*<br>TOB pm: GC/MS, GCxGC/MS, GC-MS/MS, and GC/HRMS, *B401-402*<br>TOC pm: Top Down Protein Analysis, *B405-407*<br>TOD pm: Drug Target Identification by MS, *B302-305*<br>TOE pm: Food Safety & Chemistry: Innovations, *B308-309*<br>TOF pm: Cancer Research, *B312-314*<br>TOG pm: Instrumentation: Innovative Separations Approaches Coupled to MS, *Auditorium, Bldg. A*<br>TOH pm: Energy, Petroleum, and Biofuels: Instrumentation and Applications, *A411-412* |
| 4:45 - 5:30 PM | AWARD LECTURE, Murphy Ballroom, Bldg. B, Level Five<br><br>**Biemann Medal**<br><br>**Sarah Trimpin**<br>*Wayne State University* |
| 5:45 - 7:00 PM | WORKSHOPS  There are light refreshments in Building A foyers, 5:30 - 5:45 pm.<br>01.  Top Down Proteomics: Advancing Widespread Adoption and Expanding Applications (Top-Down Proteomics Interest Group), *A402-403*<br>02.  Networking for Scientists: Celebrating Women Mass Spectrometrists (Year 2), *A404-405*<br>03.  Say No to Drugs: Forensic Applications Outside of Traditional Illicit Drug Analysis (Forensics & Homeland Security Interest Group), *A406-407*<br>04.  Proteoform Identification and Quantification Using Toppic Suite, *A408*<br>05.  Protein Biomarkers Method Development & Validation by LCMS, HRMS and Hybrid LBA/LCMS: Recent Advancements (Regulated Bioanalysis Interest Group), *A410*<br>06.  Improving Scientific Writing Skills, *A307*<br>07.  Metal Ions and Non-Threshold Ion Activation in Biomolecules (Metal Ion Coordination Chemistry Interest Group), *A309*<br>08.  Protein Imaging - Are We There? Are All Issues Solved? (Imaging MS Interest Group), *A311*<br>09.  Metabolomics: Points of Agreement and Disagreement (Metabolomics Interest Group), *A312*<br>10.  Environmental MS: Detection of Emerging Contaminants (Environmental Applications Interest Group), *A313*<br>11.  Visualization, Comparison and Accessibility of Large Data Sets (Analytical Lab Managers Interest Group), *A314*<br>12.  Advances in Polymer Mass  Spectrometry - Architecture (Polymeric Materials Interest Group), *A315*<br>13.  (Emotional) Intelligence Gathering (Career Development Interest Group), *A316*<br>14.  MS in Extractable and Leachable Analysis, *A303*<br>15.  HDX, Covalent Labeling & Cross-Linking: Status of Community-Initiatives and New Developments and Applications (HDX Covalent Labeling & Cross Linking Interest Group), *A302*<br>16.  Lipidomics: Path to Clinical Utility (Lipids & Lipodomics Interest Group), *A301*<br>17.  Data Independent Acquisition: Expanding the Scope of DIA Strategies for Quantitative Mass Spectrometry (Data Independent Acquisition Interest Group), *A305*<br>18.  Trans-Proteomic Pipeline: Recent Advances and Future Directions, *A304* |
| 7:00 - 8:00 PM | DINNER BREAK |
| AFTER 8:00 PM | CORPORATE HOSPITALITY SUITES, Omni CNN Center Hotel |



**PROGRAM OVERVIEW**

## WEDNESDAY

| | |
|---|---|
| **7:00 AM** | **CORPORATE BREAKFAST SEMINARS,** Convention Center and Omni CNN Center Hotel |
| **7:30 AM - 5:00 PM** | **REGISTRATION,** Building B Main Lobby |
| **8:30 - 10:30 AM** | **ORAL SESSIONS**<br>WOA am: Metabolomics: New Technologies and Applications, *Murphy Ballroom, Bldg. B, Level Five*<br>WOB am: Carbohydrates, *B401-402*<br>WOC am: Fundamentals for Everyone:  Peptides and Proteins, *B405-407*<br>WOD am: Microdosing and Microsampling: Analytical Challenges, *B302-305*<br>WOE am: Environmental: Innovative Approaches and Instrumentation, *B308-309*<br>WOF am: Ion Mobility: New Developments & Applications, *B312-314*<br>WOG am: Fundamentals for Everyone:  Structural elucidation, *Auditorium, Bldg. A*<br>WOH am: Synthetic Polymers, *A411-412* |
| **10:30 AM - 2:30 PM** | **POSTER SESSION AND EXHIBITS,** Wednesday Posters, Poster/Exhibit Hall ground level<br>**Odd-number posters present:** 10:30 - 11:30 am PLUS 12:30 – 2:30 pm<br>**Even-number posters present:** 10:30 am - 12:30 pm PLUS 1:30 – 2:30 pm |
| **2:30 - 4:30 PM** | **ORAL SESSIONS**<br>WOA pm: Metabolomics: Untargeted Profiling, *Murphy Ballroom, Bldg. B, Level Five*<br>WOB pm: Hydrogen-Deuterium Exchange MS: Innovations, *B401-402*<br>WOC pm: Forensics: Innovations and Applications, *B405-407*<br>WOD pm: Endogenous Protein Biomarkers in Drug Discovery and Development:  Quantitative Analysis, *B302-305*<br>WOE pm: Clinical Analysis: MS in the Operating Room, *B308-309*<br>WOF pm: Ion Mobility: Small Molecules, Pharmaceuticals, and DMPK, *B312-314*<br>WOG pm: Instrumentation: Ambient Ionization & Applications, *Auditorium, Bldg. A*<br>WOH pm: Fundamentals:  DDA and DIA LC-MS, *A411-412* |
| **4:45 - 5:30 PM** | **ASMS MEETING,** B302-305, Level Three: Awards, board reports, wine, beer, soft drinks - and more! |
| **5:45 - 7:00 PM** | **WORKSHOPS**   There are light refreshments in Building A foyers, 5:30 - 5:45 pm.<br>01.   MS-Based Interactomics: Computational Resources and Tools for Studying the Physical Interactome (Bioinformatics MS Interest Group), *A402-403*<br>02.   IMS: When Chromatography Just Won't Do (Ion Mobility MS Interest Group), *A404-405*<br>03.   Clinical Applications: Standardization and Harmonization Efforts (Clinical Chemistry Interest Group), *A406-407*<br>04.   Exposomics Workshop (Exposomics Interest Group), *A408*<br>05.   MS-Based Process Analytical Technology (PAT): Testing & Control of CQAs (Pharmaceuticals Interest Group), *A410*<br>06.   Endogenous Biomarkers: Measurement to Predict in vivo Drug-Drug Interactions (DMPK Interest Group), *A307*<br>07.   The NIH and NSF Review and Funding Process, *A309*<br>08.   Why You Should Submit Your Best Manuscripts to JASMS (and Introducing a New Publisher), *A311*<br>09.   Metaproteomics for the Masses: Solutions, Opportunities and Challenges, *A312*<br>10.   Bridging the Gap between Computational Biology and Biology: Matchmaking Session, *A313*<br>11.   Ambient Ionization: Where We Stand Now and Go from Here, *A314*<br>12.   The Proteomics Standards Initiative and ProteomeXchange: Supporting Open Data Practices in Proteomics, *A315*<br>13.   Fundamentals: Structural Elucidation of Proteins (Fundamentals Interest Group), *A316*<br>14.   Education: Teaching MS at the Undergraduate Level (Undergraduate Research in MS Interest Group), *A303*<br>15.   New Ion Manipulations Prior to FT-MS (FTMS Interest Group), *A302*<br>16.   Cannabis and Hemp Testing Requirements: How to Leverage with Mass Spectrometry, *A301*<br>17.   Getting Started with R for Mass Spectrometry Data Analysis, *A305*<br>18.   Career and Collaboration Opportunities in China, *A304* |
| **7:00 - 8:00 PM** | **DINNER BREAK** |
| **AFTER 8:00 PM** | **CORPORATE HOSPITALITY SUITES,** Omni CNN Center Hotel |



## PROGRAM OVERVIEW

### THURSDAY

| | |
|---|---|
| **7:00 AM** | **CORPORATE BREAKFAST SEMINARS,** Convention Center |
| **7:30 AM - 5:00 PM** | **REGISTRATION,** Building B Main Lobby |
| **8:30 - 10:30 AM** | **ORAL SESSIONS**<br>ThOA am: Informatics: Metabolomics, *Murphy Ballroom, Bldg. B, Level Five*<br>ThOB am: Fundamentals: Ion Spectroscopy, *B401-402*<br>ThOC am: Post-Translational Modifications: Qualitative and Quantitative Analysis, *B405-407*<br>ThOD am: Drug Discovery and Development:  Quantitative Analysis, *B302-305*<br>ThOE am: Supramolecular and Macromolecular Complexes, *B308-309*<br>ThOF am: Clinical Analysis Using MS, *B312-314*<br>ThOG am: Informatics: Stable Isotope Labeling in MS: Applications, *Auditorium, Bldg. A*<br>ThOH am: Exposomics, Toxicology, and Human Health, *A411-412* |
| **10:30 AM - 2:30 PM** | **POSTER SESSION AND EXHIBITS,** Thursday Posters, Poster/Exhibit Hall ground level<br>**Odd-number posters present:** 10:30 - 11:30 am PLUS 12:30 – 2:30 pm<br>**Even-number posters present:** 10:30 am - 12:30 pm PLUS 1:30 – 2:30 pm |
| **2:30 - 4:30 PM** | **ORAL SESSIONS**<br>ThOA pm: Informatics: Peptide and Protein Identification, Proteomics, *Murphy Ballroom, Bldg. B*<br>ThOB pm: Microorganisms and the Microbiome, *B401-402*<br>ThOC pm: Quantitative Proteomics in Systems Biology, *B405-407*<br>ThOD pm: Covalent Labeling and Chemical Crosslinking, *B302-305*<br>ThOE pm: Plant "omics", *B308-309*<br>ThOF pm: Ion Mobility: Structure, *B312-314*<br>ThOG pm: Instrumentation: Innovations in Mass Analyzers, *Auditorium, Bldg. A*<br>ThOH pm: Fundamentals: Ion Activation and Dissociation, *A411-412* |
| **4:45 - 5:30 PM** | **PLENARY LECTURE,** Murphy Ballroom, Bldg. B, Level Five<br><br>**Chemistry of Food and Soft Drinks**<br><br>**Lilly D'Angelo**<br>*Global Food & Beverage Technology Associates* |
| **6:30 - 9:00 PM** | **CLOSING EVENT**<br><br>**Georgia Aquarium.** *Tickets ($40) must be purchased in advance by Monday 12 noon.* Join us for an enchanting evening at the Georgia Aquarium. Dinner buffets close at 8:00 pm, dessert available until close. Ticket includes aquarium entry for our private event, dinner buffet and one drink ticket for soda, beer, or wine. Cash bars available until close |

## SUNDAY EVENING, 4:00 - 9:00 PM

**4:00-4:45 pm Sunday**
**Attention First-time Graduate Students and Undergrads**
**Plan your Strategy: What to See and Do at ASMS**
**B302-305 Level Three**

**5:00-6:30 pm Sunday**
**TUTORIAL SESSION I**
**Presiding: Susan Richardson (University of South Carolina)**
**Murphy Ballroom, Bldg B, Level Five**

 

5:00-5:45 pm
**Lipidomics**

**Stephen Blanksby**
*Queensland University of Technology*
**& Gavin Reid**
*University of Melbourne*



5:45-6:30 pm
**Targeted Imaging**

**Enrico Davoli**
*Mario Negri Institute*

**5:00-6:30 pm Sunday**
**TUTORIAL SESSION II**
**Presiding: Erin Baker (North Carolina State University)**
**B302-305 Level 3**



5:00-5:45 pm
**Native Mass Spectrometry**

**Michal Sharon**
*Weizmann Institute*



5:45-6:30 pm
**Data Independent Acquisition**

**Birgit Schilling**
*The Buck Institute*

**6:45- 7:45 pm Sunday**
**CONFERENCE OPENING**
**Presiding: Susan Richardson (University of South Carolina)**
**Murphy Ballroom, Bldg B, Level Five**

**Welcome, Susan Richardson** *University of South Carolina*
ASMS Vice President for Programs



7:00-7:45 pm
**Transitioning the World Energy for All Purposes to Stable Electricity Powered by 100% Wind, Water, and Sunlight**

**Mark Z. Jacobson**
*Stanford University*

**7:45-9:00 pm Sunday**
**WELCOME RECEPTION**
**Poster/Exhibit Hall (Level One)**
**Conference name badge is required.**



## MONDAY MORNING ORAL SESSIONS

**From 7:00 am Monday**
**CORPORATE BREAKFAST SEMINARS**
**CONVENTION CENTER AND OMNI CNN CENTER HOTEL**
See page 16 for detailed schedule. Reservation or RSVP required.

**8:30 - 10:30 am Monday**
**CANNABIS TESTING**
Session Chair: Jack Henion (Advion, Inc.)
Murphy Ballroom, Bldg B, Level 5

MOA am 08:30 **Future Opportunities and Challenges in Mass Spectrometry Based Cannabis Analytical QC Testing and Research;** Scott Kuzdzal, Ph.D.[1]; Andrew P. Fornadel, Ph.D.[1]; Jeff H. Dahl, Ph.D.[1]; Bob H. Clifford, Ph.D.[1]; Nicole H. Lock[1]; [1]*Shimadzu Scientific Instruments, Inc., Columbia, MD*

MOA am 08:50 **Novel HR-ESI-LC/MS and SHS-GC-MS/MS Methods for Comprehensive Metabolic Profiling of Phytocannabinoids and Terpenoids in Cannabis;** Paula Berman[1]; Anna Shapira[1]; Ben Yellin[1]; Gil Lewitus[1]; David Meiri[1]; [1]*Technion - Israel Institute of Technology, Haifa, Israel*

MOA am 09:10 **Pesticide Residue Detection in Cannabis and Products using Liquid Chromatography-Mass Spectrometry/Mass Spectrometry (LC-MS/MS);** Caley B Craven[1]; Ping Jiang[1]; Charles A. Lucy[1]; Xing-Fang Li[1]; [1]*University of Alberta, Edmonton, Alberta*

MOA am 09:30 **Cannabis Testing: Development, Validation, and Implementation of a Patient-centric Microsampling Assay for Analysis of Cannabinoids in Human Whole Blood;** Ganesh Moorthy; *The Children's Hospital of Philadelphia, Philadelphia, PA*



**MONDAY MORNING ORAL SESSIONS**

MOA am 09:50    **The Use of Mass Spectrometry for Quality Control and Understanding the Complex Chemistry of Cannabis and Its Therapeutic Effects;** Kaveh Kahen; *Sigma Analytical Services, Toronto, ON*

MOA am 10:10    **Specializing Cannabis Cultivation Quality Control with a Mobile Mass Spectrometry Lab;** Brigitte Simons[1]; Afsoon Pajand Birjandi[1]; Hesham Ghobarah[2]; Ping Jiang[3]; Hubert Marceau[4]; Alexis St-Gelais[4]; Tariq Akhtar[5]; Xing-Fang Li[3]; *[1]Molecular Science Corp., Toronto, ON; [2]Deep Dive Research Inc., Toronto, ON; [3]University of Alberta, Edmonton, AB; [4]Laboratoire PhytoChemia, Chicoutimi, QC; [5]University of Guelph, Guelph, ON*

**8:30 - 10:30 am Monday**
**GLYCOPEPTIDES AND GLYCOPROTEINS**
Session Chair: Shujuan McDonald (Pfizer Inc.)
B401-402

MOB am 08:30    **Cost-Benefit Analysis of Stepped-Energy Collisional Dissociation and Electron Transfer Dissociation Approaches for Intact Glycopeptide Characterization;** Nicholas M Riley[1]; Stacy A Malaker[1]; Marc D Driessen[1]; Carolyn R Bertozzi[1]; *[1]Stanford University, Stanford, CA*

MOB am 08:50    **Finding the Sweetspot of Prostate-Specific Antigen;** Guinevere S.M. Lageveen-Kammeijer[1]; Alan B. Moran[1]; Jan Nouta[1]; Elena Dominguez-Vega[1]; Manfred Wuhrer[1]; *[1]Leiden University Medical Center (LUMC), Leiden, Netherlands*

MOB am 09:10    **Advanced Data Acquisition and Processing Approach Increases Glycopeptide Identifications and Improves Confidence of Assignment;** Kevin Brown Chandler[1]; Deborah R Leon[1]; Catherine E Costello[1]; *[1]Department of Biochemistry, Boston University School of Medicine, Boston, MA*

MOB am 09:30    **Large Scale Human Glycoproteomics: Insights into Data Analysis;** Kathleen T. Grassmyer[1]; Christopher J. Brown[1]; Matthew L. MacDonald[2]; David E. Clemmer[1]; Jonathan C. Trinidad[1]; *[1]Indiana University Bloomington, Bloomington, IN; [2]University of Pittsburgh School of Medicine, Pittsburgh, PA*

MOB am 09:50    **Absolute Quantitation of the N-Linked Glycoforms of a Biotherapeutic IgG in Complex Mixtures by HILIC-MRM with an Isotopically Labeled Standard;** Ron Orlando[1, 3]; Marla Popov[2]; Stuart Haslam[3]; Tyler Fletcher[1]; *[1]University of Georgia, Athens, GA; [2]Glycoscientific LLC, Athens, GA; [3]Imperial College, London, United Kingdom*

MOB am 10:10    **Native Mass Spectrometry Analysis of Glycoprotein-Protein/Ligand Interactions;** Di Wu[1]; Carol V. Robinson[1]; *[1]University of Oxford, Oxford, United Kingdom*

**8:30 - 10:30 am Monday**
**MEMBRANE PROTEIN MS**
Session Chair: Julien Marcoux (CNRS)
B405-407

MOC am 08:30    **Lipid-Composition Alters Protein Dynamics of Aquaporin Z Nanodisc;** Xin Shan Lim[1]; Xin-Xiang Lim[1]; Lili Wang[1]; Qingsong Lin[1]; Ganesh S Anand[1]; *[1]National University of Singapore, Singapore*

MOC am 08:50    **Detergent- and Chemical-Free Native Mass Spectrometry Reveals the Membrane Protein Complex Ensemble of Whole Membrane Fractions;** Dror Shlomo Chorev[1]; Haiping Tang[1]; Tom Durrant[1]; Siyun Chen[1]; Carol V. Robinson[1]; *[1]University of Oxford, Oxford, United Kingdom*

MOC am 09:10    **Revealing the Structural and Functional Environment of Sialylated Proteins on Cell**

Surfaces by Quantitative Oxidation Mapping; Qiongyu Li[1]; Yixuan (Axe) Xie[1]; Gege Xu[1]; Carlito B Lebrilla[1]; *[1]University of California, Davis, CA*

MOC am 09:30    **Localization and Activity of the Metal Centers of Membrane Complexes Using Micelles and Nanodiscs Coupled with Native Top-Down Mass Spectrometry;** Luis F. Schachner[1]; Soo Y Roo[1]; Christopher W Koo[1]; Amy C Rosenzweig[1]; Neil L Kelleher[1]; *[1]Northwestern University, Evanston, IL*

MOC am 09:50    **CellSurfer: An N-Glycoprotein-specific Analysis Platform for Semi-automated, Quantitative Discovery of Cell Surface Proteins;** Amanda Rae Buchberger[1]; Linda Berg Luecke[1]; Rachel A. Jones Lipinski[1]; Ranjuna Weerasekera[1]; Matthew Waas[1]; Rebekah L. Gundry[1]; *[1]Medical College of Wisconsin, Milwaukee, WI*

MOC am 10:10    **Cytochrome P450s Captured within Lipid Nanodiscs Reveal Ligand-dependent Shifts in Gas-phase Stability;** Kristine F Parson[1]; Colleen M. Riordan[1]; Kathrine Gentry[1]; Carlo Barnaba[1, 2]; Ayyalusamy Ramamoorthy[1]; Ryan C. Bailey[1]; Brandon T. Ruotolo[1]; *[1]University of Michigan, Ann Arbor, MI; [2]Michigan State University, East Lansing, MI*

**8:30 - 10:30 am Monday**
**IMAGING: INSTRUMENTATION & METHOD DEVELOPMENT**
Session Chair: Martina Marchetti-Deschmann (TU Wien)
B302-305

MOD am 08:30    **SPICIng up your MALDI Image: Enhanced Ion Yields for Numerous Classes of Lipids via Single-Photon-Induced Chemical Ionization;** Christoph H. M. Bookmeyer[1]; Jens Soltwisch[1, 2]; Ulrich Röhling[3]; Klaus Dreisewerd[1, 2]; *[1]Institute for Hygiene, University of Münster, Münster, Germany; [2]Interdisciplinary Center for Clinical Research (IZKF), University of Münster, Münster, Germany; [3]Institute of Medical Physics and Biophysics, University of Münster, Münster, Germany*

MOD am 08:50    **Identification of Phosphatidylcholine Lipids in Imaging Mass Spectrometry Using Gas-Phase Charge Inversion Ion/Ion Reactions Enabled on an FT-ICR Mass Spectrometer;** Jonathan T Specker[1]; Steve L. Van Orden[2]; Boone M. Prentice[1]; *[1]Department of Chemistry, University of Florida, Gainesville, FL; [2]Bruker Daltonics Inc., Billerica, MA*

MOD am 09:10    **Breast Cancer Tumor and Necrosis Associated Peptide and Glycan Co-Localizations in FFPE Tissues by MALDI-FTICR Imaging Mass Spectrometry;** Danielle A Scott[1]; Laura Spruill[1]; Peggi Angel[1]; Richard Drake[1]; *[1]Medical University of South Carolina, Charleston, SC*

MOD am 09:30    **An Integrated Microfluidic Device for High-Resolution Nano-DESI Mass Spectrometry Imaging of Tissue Sections;** Xiangtang Li[1]; Ruichuan Yin[1]; Julia Laskin[1]; *[1]Purdue University, West Lafayette, IN*

MOD am 09:50    **LADI of All Trades: Imaging of Small-Molecule Spatial Distributions in Complex Matrices by a Novel Ambient Ionization Imaging Technique;** Kristen L Fowble[1]; Rabi A Musah[1]; *[1]University at Albany-SUNY, Albany, NY*

MOD am 10:10    **Revealing Isobaric and Isomeric Substructure in Tissue: Advanced Multivariate Analysis for Ion Mobility Imaging Mass Spectrometry;** Raf Van de Plas[1, 2, 3]; Lukasz Migas[1]; Nathan Heath Patterson[2, 3]; Katerina V. Djambazova[2, 4]; Richard M. Caprioli[2, 3, 4, 5, 6]; Jeffrey M. Spraggins[2, 3, 4]; *[1]Delft Center for Systems and Control, Delft University of Technology, Delft, Netherlands; [2]Mass Spectrometry Research Center,*

**MONDAY MORNING ORAL SESSIONS**

Vanderbilt University, Nashville, TN; [3]Department of Biochemistry, Vanderbilt University, Nashville, TN; [4]Department of Chemistry, Vanderbilt University, Nashville, TN; [5]Department of Pharmacology, Vanderbilt University, Nashville, TN; [6]Department of Medicine, Vanderbilt University, Nashville, TN

**8:30 - 10:30 am Monday**
**LIPIDOMICS: TARGETED AND UNTARGETED**
Session Chair: Peggi Angel
(Medical University of South Carolina)
B308-309

MOE am 08:30   **A 'Systems-omics' Strategy to Uncover the Role of Brain Tissue Derived Exosomal Lipids in Alzheimer's Disease**; Huaqi (Kate) Su[1, 2]; Kevin J. Barnham[1, 2]; Laura J. Vella[1]; Gavin E Reid[2]; [1]Florey Institute of Neuroscience and Mental Health, Parkville, Australia; [2]University of Melbourne, Parkville, Australia

MOE am 08:50   **Comprehensive Phospholipid Analysis Reveals Alternations in Extracellular Vesicles during Immune Responses**; Wenpeng Zhang[1, 2]; Ying Zhang[3]; Jiaqi Liang[1]; Bing Shang[1]; Hang Yin[3]; Yu Xia[1, 2]; [1]Department of Chemistry, Tsinghua University, Beijing, China; [2]Department of Chemistry, Purdue University, West Lafayette, IN; [3]School of Pharmaceutical Sciences, Tsinghua University, Beijing, China

MOE am 09:10   **Localizing the Inflammatory Lipid Response to Structurally Engineered Lipopolysaccharide in Mouse Lung**; Alison J Scott[1, 2]; Shane R. Ellis[2]; Courtney E. Chandler[1]; Sung Hwan Yoon[3]; Benjamin L Oyler[1]; David Robinson Goodlett[1]; Ron M. A. Heeren[2]; Robert K. Ernst[1]; [1]University of Maryland, Baltimore, Baltimore, MD; [2]Maastricht Multimodal Molecular Imaging (M4I) Institute, Division of Imaging Mass Spectrometry, Maastricht, Netherlands; [3]University of Maryland Baltimore, Baltimore, MD; [4]Center for Food Safety and Applied Nutrition, FDA, Silver Spring, MD

MOE am 09:30   **Next-Generation Imaging Technologies for 3-D Multimodal Lipid Atlases**; Jeffrey M Spraggins[1, 2, 3]; Nathan Heath Patterson[1, 2]; David M. Anderson[1, 2]; Jamie Allen[1, 2]; William J. Perry[1, 2]; Martin Dufresne[1, 2]; Lukasz Migas[4]; Danielle Gutierrez[1, 2]; Eric P. Skaar[5]; Richard M. Caprioli[1, 2, 3]; [1]Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN; [2]Vanderbilt University Department of Biochemistry, Nashville, TN; [3]Vanderbilt University Department of Chemistry, Nashville, TN; [4]Delft Center for Systems and Control, Delft University of Technology, Delft, Netherlands; [5]Vanderbilt University Medical Center Department of Pathology, Microbiology and Immunology, Nashville, TN

MOE am 09:50   **Integrated Multidimensional Liquid Chromatography-Ion Mobility-Tandem Mass Spectrometry (LC-IM-MS/MS) Workflow for High Confidence Annotations in Global Untargeted Lipidomics**; Bailey S. Rose[1]; Simona G. Codreanu[1]; Jody C. May[1]; Stacy D. Sherrod[1]; John A. McLean[1]; [1]Vanderbilt University, Nashville, TN

MOE am 10:10   **In-Depth Lipidomic Profiling of the Australian Imaging Biomarker and Lifestyle Flagship Study of Aging**; Kevin Huynh[1]; Wei Ling Florence Lim[2, 3]; Corey Giles[4]; Kaushala S Jayawardana[4]; Pratishtha Chatterjee[2, 5, 6]; Natalie A Mellett[4]; Ian Martins[2, 3]; Simon M Laws[3, 7, 8]; Ashley I Bush[9]; Christopher C Rowe[9, 10]; Victor L Villemagne[9, 10, 11]; David Ames[12]; Colin L Masters[9]; Brian G Drew[1];

Ralph N Martins[2, 3, 5, 6, 13, 14]; Peter J Meikle[1, 15]; [1]Baker Heart and Diabetes Institute, Melbourne, Australia; [2]School of Medical and Health Sciences, Edith Cowan University, Perth, Australia; [3]Cooperative Research Centre (CRC) for Mental Health, Perth, Australia; [4]Baker Heart and Diabetes Institute, Melbourne, Australia; [5]Department of Biomedical Sciences, Macquarie University, Sydney, Australia; [6]KaRa Institute of Neurological Disease, Sydney, Macquarie Park, Sydney, Australia; [7]Collaborative Genomics Group, School of Medical and Health Sciences, Edith Cowan University, Perth, Australia; [8]School of Pharmacy and Biomedical Sciences, Faculty of Health Sciences, Curtin Health Innovation, Perth, Australia; [9]Florey Department, University of Melbourne, Melbourne, Australia; [10]Department of Nuclear Medicine and Centre for PET, Austin Health, Melbourne, Australia; [11]Department of Medicine, Austin Health, The University of Melbourne, Melbourne, Australia; [12]National Ageing Research Institute, Parkville, Victoria, Australia; [13]School of Psychiatry and Clinical Neurosciences, The University of Western Australia, Perth, Australia; [14]Australian Alzheimer's Research Foundation, Nedlands, Perth, Australia; [15]Monash University, Melbourne, Australia

**8:30 - 10:30 am Monday**
**FUNDAMENTALS: ION MOBILITY AND MS**
**(IN MEMORY OF AL YERGEY)**
Session Chair: Stephanie Cologna
(University of Illinois at Chicago)
B312-314

MOF am 08:30   **Ultrahigh Resolution Ion Mobility Separations of Isotopologues and Isotopomers in Multi-Pass Traveling Wave-Based Structures Lossless Ion Manipulations (SLIM)**; Roza Wojcik[1]; Gabe Nagy[1]; Isaac K Attah[1]; Sandilya V.B. Garimella[1]; Yehia M Ibrahim[1]; Richard D. Smith[1]; [1]PNNL, Richland, WA

MOF am 08:50   **Fundamental Principles and Experimental Performance of a Novel Counter Flow Ion Mobility Device: U-Shaped Mobility Analyzer**; Keke Wang[1]; Qiao Jin[1]; Xu Zhou[1]; Lin Liu[1]; Kent J. Gillig[2]; Xiaoqiang Zhang[1]; Lei Wang[3]; Yilong Guo[3]; Wenjian Sun[1]; [1]Shimadzu Research laboratory (Shanghai) Co. Ltd., Shanghai, China; [2]Genomics Research Center, Academia Sinica, Taipei, Taiwan; [3]Shanghai Institute of Organic Chemistry, Chinese Academy of Science, Shanghai, China

MOF am 09:10   **Maximizing Signal to Noise Ratio for Voltage Sweep Multiplexing-Ion Mobility-Ion Trap Mass Spectrometry**; Tobias Reinecke[1]; Pearl Kwantwi-Barima[1]; Brian H. Clowers[1]; [1]Department of Chemistry, Washington State University, Pullman, WA

MOF am 09:30   **Collision Cross Sections of Phosphoric Acid Cluster Anions and their Use as Calibrants for Traveling Wave Ion Mobility**; Valentina Calabrese[1]; Helene Lavanant[1]; Frédéric Rosu[2]; Valérie Gabelica[3]; Carlos Afonso[1]; [1]Normandie Univ, INSA Rouen, UNIROUEN, CNRS, COBRA, Rouen, France; [2]CNRS, UMS 3033, Institut Européen de Chimie et Biologie (IECB), Pessac, France; [3]University of Bordeaux, INSERM and CNRS, ARNA Laboratory, IECB, Bordeaux, France

MOF am 09:50   **Combining Direct Metalation and Collision-Induced Unfolding Reveals Structure Changes of Metallothioneins During Ag+ Metalation**; Shiyu Dong[1]; David H. Russell[1]; [1]Texas A&M University, College Station, TX


## MONDAY MORNING ORAL SESSIONS

**MOF am 10:10**  **Advanced Temporal Multiplexing and Peak Deconvolution for Improved Sensitivity and Resolution in Ion Mobility-Mass Spectrometry Analysis;** Jody C. May[1]; Richard Knochenmuss[2]; John C. Fjeldsted[3]; John A. McLean[1]; [1]Vanderbilt University, Nashville, TN; [2]RKResearch, Seftigen, Switzerland; [3]Agilent Technologies, Santa Clara, CA

### 8:30 - 10:30 am Monday
### INSTRUMENTATION: PORTABLE AND TRANSPORTABLE MASS SPECTROMETERS
Session Chair: Essyllt Louarn (Université Paris-Sud)
Auditorium, Bldg A

**MOG am 08:30**  **Miniature OzID Mass Spectrometer for Clinical Lipid Analysis;** Xinwei Liu[1]; Wenbo Cao[2]; Xiaoxiao Ma[2]; Wenpeng Zhang[3]; Stephen J. Blanksby[1]; Yu Xia[3, 5]; Zheng Ouyang[3, 6]; [1]State Key Laboratory of Precision Measurement Technology and Instruments, Department of Precision Instruments, Tsinghua University, Beijing, China; [2]State Key Laboratory of Precision Measurement Technology and Instruments, Tsinghua University, Bejing, China; [3]Department of Chemistry, Purdue University, West Lafayette, IN 47907; [4]Central Analytical Research Facility, Queensland University of Technology, Brisbane, Australia; [5]Department of Chemistry, Tsinghua University, Beijing, China; [6]State Key Laboratory of Precision Measurement Technology and Instruments, Department of Precision Instruments, Tsinghua University, Beijing, China

**MOG am 08:50**  **MS2field: Automated Real-Time Water Quality Screening with a Transportable LC-HRMS;** Michael Stravs[1]; Nicole Zehethofer[2]; Reto Bolliger[3]; Guenter Boehm[3]; Thomas Moehring[3]; Heinz Singer[1]; Christian Stamm[1]; Christoph Ort[1]; [1]Eawag, Duebendorf, Switzerland; [2]Thermo Fisher Scientific, Bremen, Germany; [3]CTC Analytics AG, Zwingen, Switzerland

**MOG am 09:10**  **Pulse-sampling Assisted Flash Heating Desorption Miniature Ion Trap Mass Spectrometry with Photoionization for Sensitivity and On-Site Identification of Illegal Drugs;** Keyong Hou[1]; shuang Wang[1]; Weimin Wang[1]; Haiyang Li[1]; [1]Dalian Institute of Chemical Physics, Chinese Academy of Science, Dalian, China

**MOG am 09:30**  **Development and Validation of a Simple Headspace Needle-Trap Method for Quantitative Estimation of Butylated Hydroxyltoluene from Cosmetic by Hand-Portable GC/MS;** Chiranjit Ghosh[1]; Jonathan Grandy[1]; Varoon Singh[1]; Janusz Pawliszyn[1]; [1]University of Waterloo, Waterloo, ON

**MOG am 09:50**  **Designing a Magnetic Sector for a Cycloidal Mass Analyzer in a Miniature Mass Spectrometer;** Kathleen L Horvath[1]; Tanouir Aloui[1]; Raul Vyas[1]; Maria Luisa Sartorelli[1]; Yuriy Zhilichev[2]; Roger P Sperline[3]; M Bonner Denton[3]; Patrick Keelan[4]; David Koester[1]; Jeffrey T Glass[1]; Jason J Amsden[1]; Jesko A von Windheim[1]; [1]Duke University, Durham, NC; [2]Independent, Durham, NC; [3]University of Arizona, Tucson, AZ; [4]PFT Technology, Long Island, NY

**MOG am 10:10**  **Demonstration and Verification of the Pyrolysis and Derivatization GCMS Capabilities of the Mars Organic Molecule Analyzer (MOMA) Mass Spectrometer;** Desmond A. Kaplan[1, 2]; Melissa Guzman[3]; Fabien Stalport[4]; Noel Grande[4]; Cyril Szopa[3, 6]; Caroline Freissinet[4]; Arnaud Buch[7]; Andrej Grubisic[2]; Ryan M. Danell[2, 8]; Friso Van Amerom[9]; Xiang Li[2, 10]; Stephanie A.

Getty[2]; William B. Brinckerhoff[2]; Paul R. Mahaffy[2]; [1]KapScience LLC, Tewksbury, MA; [2]NASA Goddard Space Flight Center, Greenbelt, MD; [3]LATMOS/IPSL, Université Versailles St Quentin, UPMC Université Paris 06, CNRS, Guyancourt, France; [4]Laboratoire Interuniversitaire des Systèmes Atmosphériques (LISA), Paris, France; [5]Institut Universitaire de France, Paris, France; [6]LATMOS/IPSL, UVSQ Université Paris-Saclay, Paris, France; [7]CentraleSupelec, Paris, France; [8]Danell Consulting, Inc., Winterville, NC; [9]Mini-Mass Consulting, Inc, Hyattsville, MD; [10]University of Maryland, College Park, MD

### 8:30 - 10:30 am Monday
### BIOMARKERS: QUALITATIVE ANALYSIS
Session Chair: Jason Hogan (Bristol-Myers Squibb)
A411-412

**MOH am 08:30**  **Proteomic Assessment of Synapses with Rich Associated Clinical Data Highlight Potential Targets for Mediating Alzheimer's Pathology and Cognitive Decline;** Becky C Carlyle[1, 2]; Savannah E. Kandigian[1]; Bianca A. Trombetta[1]; Wilhelm Haas[1, 2]; Steven E. Arnold[1, 2]; [1]Massachusetts General Hospital, Charlestown, MA; [2]Harvard Medical School, Boston, MA

**MOH am 08:50**  **Proteome Profiling of Multiple Sclerosis Cerebrospinal Fluid by Data Independent Acquisition Reveals Disease Biomarkers;** David R. Spiciarich[1]; Christopher T. Harp[1]; Ann E. Herman[1]; W. Rodney Mathews[1]; Veronica G. Anania[1]; [1]Genentech, Inc., South San Francisco, CA

**MOH am 09:10**  **Urine Metabolomics of Children with Autism Spectrum Disorder (ASD) Treated with Sulforaphane;** Roshanak Aslebagh[1]; Kanwaljit Singh[2]; Michelle L. Dubuke[1]; Andrew W. Zimmerman[2]; Scott A. Shaffer[1]; [1]Department of Biochemistry and Molecular Pharmacology, University of Massachusetts Medical School, Worcester, MA; [2]Department of Pediatrics (Neurology), University of Massachusetts Medical School, Worcester, MA

**MOH am 09:30**  **Unraveling a Complex Antiprotein Profile in Multiple Myeloma with Middle-Down *de novo* Sequencing and Native Mass Spectrometry;** Valerie J Winton[1, 2]; W Ian Deighan[3]; Lissa C. Anderson[1]; Rafael D. Melani[1, 2]; Luis F. Schachner[1]; Feargal P McNicholl[3]; John P. McGee[1]; Romain Huguet[5]; Philip M Remes[5]; Christopher Mullen[5]; Paul M Thomas[1, 2]; Neil L Kelleher[1, 2]; [1]Northwestern University, Evanston, IL; [2]Proteomics Center of Excellence, Northwestern University, Chicago, IL; [3]Altnagelvin Hospital, Londonderry, United Kingdom; [4]National High Magnetic Field Laboratory, Tallahassee, FL; [5]Thermo Fisher Scientific, San Jose, CA

**MOH am 09:50**  **Proteogenomic Analyses of Peptide Ancestry Informative Markers in Uterine Neoplasms from Women of European, African and Asian Descent;** Nicholas W Bateman[1, 2]; Brian Hood[1]; Christopher Tarney[1]; Michael Kessler[2]; Zhou Ming[4]; Alexander Wong[1]; Anthony R Soltis[5]; Xijun Zhang[5]; Clifton Dalgard[5]; Mathew Wilkerson[5]; Kathleen Darcy[1, 2]; Yovanni Casablanca[1, 2]; George Larry Maxwell[1, 2, 4]; Timothy O'Connor[3]; Thomas P. Conrads[1, 2, 4]; [1]Gynecologic Cancer Center of Excellence, Annandale, VA; [2]John P. Murtha Cancer Center, Bethesda, MD; [3]Institute for Genome Sciences and the Department of Medicine University of Maryland


School of Medicine, Baltimore, MD; [4]Inova Schar Cancer Institute, Annandale, VA; [5]The American Genome Center, Uniformed Services University, Bethesda, MD

MOH am 10:10 **BloodKB: An Open Community-Scale Knowledge Base for Blood-Related Proteome and Peptidome Diversity;** Benjamin Pullman[1]; Julie S Wertz[1]; Nuno Bandeira[1]; [1]University of California, San Diego, La Jolla, CA

**10:30 am-2:30 pm Monday**
**MONDAY POSTER SESSION**
Poster/Exhibit Hall ground level
*Lunch concessions are open 11:00 am - 2:00 pm*

**Odd-number posters present:**
10:30 am - 11:30 am PLUS 12:30- 2:30 pm

**Even-number posters present:**
10:30 am - 12:30 pm PLUS 1:30- 2:30 pm
Poster Pick-Me-Up Snacks served at 1:30 pm

**11:30 am - 1:00 pm**
**Undergraduate Students**
"Meet the Experts" at tables reserved for you.

# MONDAY AFTERNOON ORAL SESSIONS

**2:30 - 4:30 pm Monday**
**INFORMATICS: MULTIOMICS INTEGRATION AND APPLICATIONS**
Session Chair: Ewy Mathe (Ohio State University Medical Center)
Murphy Ballroom, Bldg B, Level 5

MOA pm 02:30 **ProteomicsDB: A Big-Data, Multi-Omics, Multi-Organism Resource for Life Science Research;** Patroklos Samaras[1]; Tobias Schmidt[1]; Pia Bothe[1]; Martin Frejno[1]; Siegfried Gessulat[1, 2]; Jana Zecha[1]; Anna Jarzab[1]; Maria Reinecke[1]; Julia Mergner[1]; Piero Giansanti[1]; Johannes Rank[3]; Harald Kienegger[3]; Helmut Krcmar[3]; Hans-Christian Ehrlich[2]; Stephan Aiche[2]; Bernhard Kuster[1, 4]; Mathias Wilhelm[1]; [1]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany; [2]SAP SE, Potsdam, Germany; [3]Chair for Information Systems, Technical University of Munich, Munich, Germany; [4]Bavarian Center for Biomolecular Mass Spectrometry, Freising, Germany

MOA pm 02:50 **Cognitive Re-Analysis of Metabolomics Data Reveals Newly-Associated Metabolite Biological Functions and Mechanistic Predictions of Activity;** Erica Majumder[1]; Elizabeth M Billings[1]; H. Paul Benton[1]; Richard L Martin[2]; Amelia Palermo[1]; Carlos Guijas[1]; Markus M Rinschen[1]; Xavier Domingo-Almenara[1]; J. Rafael Montenegro-Burke[1]; Gary Siuzdak[1]; [1]The Scripps Research Institute, La Jolla, CA; [2]IBM Watson Health, Cambridge, MA

MOA pm 03:10 **Data Integration of Proteomics and Metabolomics from Sugarcane Leaves upon Water Deficit;** Ilara Gabriela Frasson Budzinski[1]; Fabricio Edgar de Moraes[1]; Thais Regiani Cataldi[1]; Livia Maria Franceschini[1]; Carlos Alberto Labate[1]; [1]ESALQ, Piracicaba, Brazil

MOA pm 03:30 **Linking Cell Lines to Proteotypes: A Proteome-Level Analysis of Protein Interactions, Expression Levels, and Post-Translational Modifications;** Edward L. Huttlin[1]; Raphael J Bruckner[1]; Jose Navarrete-Perea[1]; David Nusinow[1]; Brandon M. Gassaway[1]; Fana Gebreab[1]; Kurt Baltier[1]; Melanie Gygi[1]; Laura Pontano Vaites[1]; Joao A. Paulo[1]; J. Wade Harper[1]; Steve Gygi[1]; [1]Harvard Medical School, Boston, MA

MOA pm 03:50 **A Web-based Platform for Data Exploration and Its Application to Multi-omic Profiling of a Large CRISPR Knockout Collection;** Dain Ryan Brademan[1]; Evgenia Shishkova[1]; Jarred Rensvold[2]; Paul D Hutchins[1]; Sean Peters[1]; Adam Jochem[2]; Alexander S. Hebert[1]; Nicholas W Kwiecien[1]; Ian J Miller[1]; Michael S Westphall[1]; David J Pagliarini[2]; Joshua J Coon[2, 3, 4, 5]; [1]University of Wisconsin - Madison, Madison, WI; [2]Morgridge Institute for Research, Madison, WI; [3]Genome Center of Wisconsin, Madison, WI; [4]Department of Chemistry, University of Wisconsin, Madison, WI; [5]Department of Biomolecular Chemistry, University of Wisconsin-Madison, Madison, WI

MOA pm 04:10 **More Than Just a List: An Accessible and Flexible Informatics Environment for Proteogenomic Data Processing, Interpretation and Hypothesis-Generation;** Timothy J. Griffin[1]; Praveen Kumar[1, 2]; James E. Johnson[3]; Thomas McGowan[3]; Ray W. Sajulga[1]; Subina Mehta[1]; Pratik D. Jagtap[1]; [1]University of Minnesota, Minneapolis, MN; [2]Bioinformatic and Computational Biology Program, University of Minnesota, Rochester, MN; [3]Minnesota Supercomputing Institute, University of Minnesota, Minneapolis, MN

**2:30 - 4:30 pm Monday**
**HOMELAND SECURITY: CHEMICAL/BIOLOGICAL DEFENSE**
Session Chair: Carolyn Koester
(Lawrence Livermore National Laboratory)
B401-402

MOB pm 02:30 **Infrared Thermal Desorption DART-MS of Trace Explosive Fuel-Oxidizer Mixtures: Powders, Propellants, and Pyrotechnics;** Thomas P. Forbes[1]; Jennifer R. Verkouteren[1]; Edward Sisco[1]; Matthew Staymates[1]; [1]National Institute of Standards and Technology, Gaithersburg, MD

MOB pm 02:50 **Screening of Chemical Warfare Agent Simulants and Hydrolysis Products in Soil Using Paper Spray Mass Spectrometry;** Sarah Dowling[1]; Trevor Glaros[2]; Nicholas Manicke[1]; [1]IUPUI, Indianapolis, IN; [2]ECBC, Aberdeen Proving Ground, MD

MOB pm 03:10 **Traceable Opioid Material Kits for Mass Spectrometric Opioid Detection in U.S. Laboratories;** Mike A Mojica[1]; Melissa Carter[1]; Samantha L Isenberg[1]; Cody I Sheppard[1]; Elizabeth I. Hamelin[1]; Rebecca L. Shaner[1]; Craig Seymour[1]; Rudolph C. Johnson[1]; [1]CDC, Atlanta, GA

MOB pm 03:30 **Mass Spectrometric Detection and Characterization of Botulinum Neurotoxins;** Suzanne R. Kalb[1]; John R. Barr[1]; [1]CDC, Atlanta, GA

MOB pm 03:50 **Fast and Efficient Immuno-MALDI Proteomics for Reliable Quantification of Abrin Toxin in Complex Food Matrices;** Sandrine Livet[1]; Sylvia Worbs[2]; Eva Hansbauer[2]; Hervé Volland[3]; Stéphanie


Simon[3]; Christophe Junot[4]; François Fenaille[1]; Brigitte Dorner[2]; Francois Becher[1]; [1]CEA Saclay, Service de Pharmacologie et Immunoanalyse (SPI) - Laboratoire d'Etude du Métabolisme des Médicaments, Gif-Sur-Yvette, France; [2]Robert Koch Institute, Biological Toxins - Centre for Biological Threats and Special Pathogens, Berlin, Germany; [3]CEA Saclay, Service de Pharmacologie et Immunoanalyse (SPI) - Laboratoire d'Etude et de Recherche en Immunoanalyse, Gif Sur Yvette, France; [4]CEA Saclay, Service de Pharmacologie et Immunoanalyse (SPI), Gif Sur Yvette, France

MOB pm 04:10   **Highly Accurate Classification of Biological Spores by Culture Medium for Forensic Attribution Using Multiple Chemical Signature Types and Machine Learning;** Paul J. Ippoliti[1]; Michael Crenshaw[1]; Michael Sworin[1]; Frances E. Nargi[1]; Tara L. Boettcher[1]; Matthew E. Walsh[1]; Amanda M. Casale[1]; Jason J. Han[1]; Joshua R. Dettman[1]; [1]MIT Lincoln Laboratory, Lexington, MA

**2:30 - 4:30 pm Monday**
**FOOD SAFETY & CHEMISTRY: FOODOMICS, ALLERGENS, BACTERIA, FOODS, AND SUPPLEMENTS**
Session Chair: Michelle Colgrave (CSIRO)
B405-407

MOC pm 02:30   **Towards a Proper Drop Time for Coffee Beans during Roasting with Maximized Antioxidant Capacity Using Photoionization Mass Spectrometry;** Jan Heide[1]; Hendryk Czech[1]; Patrick Martens[1]; Michael Wendler[1]; Sven Ehlert[1]; Andreas Walte[2]; Ralf Zimmermann[1]; [1]University of Rostock, Rostock, Germany; [2]Photonion GmbH, Schwerin, Germany

MOC pm 02:50   **A PRM-based MS Method for Detection of Milk-Derived Ingredients from a Processed Food Matrix;** Bini Ramachandran[1]; Shyamali Jayasena[1]; Charles T Yang[2]; Melanie Downs[1]; [1]Food Allergen Research and Resource Program, University of Nebraska, Lincoln, NE; [2]Thermo Fisher Scientific, San Jose, CA

MOC pm 03:10   **Development of an Encyclopedia of Food Carbohydrates: A Rapid-Throughput LC-MS Based Approach to Global Carbohydrate Analysis of 1000 Foods;** Matthew Amicucci[1]; Eshani Nandita[1]; Ace G. Galermo[2]; Thai-Thanh T Vo[2]; Megan Lee[2]; Carlito B Lebrilla[2]; Yiyun Liu[2]; [1]University of California Davis, CA; [2]University of California, Davis, CA

MOC pm 03:30   **A Novel Dereplication Strategy for Comprehensive Studying the Unique Composition of Saponins in Taiwan Quinoa Using High-Resolution Mass Spectrometry;** Hong-jhang Chen[1]; Gui-ru Xie[1]; [1]National Taiwan University, Taipei, Taiwan

MOC pm 03:50   **A Novel, Step-Wise Nutrimetabolomics Approach Reveals Small Molecule-Associated Changes in a DASH-Diet Study;** Nichole Reisdorph[1]; Minghua Tang[1]; Audrey Hendricks[1]; Katrina Doenges[1]; Richard Reisdorph[1]; Brian Tooker[1]; Kevin Quinn[1]; Wayne Campbell[2]; Nancy Krebs[1]; [1]University of Colorado Anschutz Medical Campus, Aurora, CO; [2]Purdue University, West Lafayette, IN

MOC pm 04:10   **Fast Profiling and Classification of Wines and Wine Quality via SAWN-MS;** Alina Astefanei[1]; Roselina Medico[1]; Lauren Endriatno[1]; Petra Jansen[1]; Garry Corthals[1]; [1]University of Amsterdam, Amsterdam, Netherlands

**2:30 - 4:30 pm Monday**
**THERAPEUTIC PROTEINS, ANTIBODIES, AND ANTIBODY/DRUG CONJUGATES**
Session Chair: Dhanashri Bagal (Amgen)
B302-305

MOD pm 02:30   **Characterizing and Quantitating Biotransformation of Larger Atypical Antibody Therapeutics Using Affinity Capture and SampleStream™ for Intact Protein Mass Spectrometry;** John C. Tran[1]; Hae-Min Park[2]; Wenjing Li[1]; Neha Srikumar[1]; Cong Wu[1]; Phillip Y. Chu[1]; William S. Sawyer[1]; Yichin Liu[1]; Philip D. Compton[3]; [1]Genentech, South San Francisco, CA; [2]Proteomics Center of Excellence, Northwestern University, Chicago, IL; [3]Integrated Protein Technologies, Inc., Evanston, IL

MOD pm 02:50   **Discovery of Bioactive Proteins Derived from Scorpion Venom using Two Dimensional Mass Spectrometry;** Meng Li[1]; Pui Yiu Lam[1]; Peng Chen[2]; Remy Gavard[1]; Kung Ching Cookson Chiu[1]; Qiong Wu[2]; Christopher A. Wootton[1]; Mark P. Barrow[1]; Hongzheng Fu[2]; Peter B. O'Connor[1]; [1]University of Warwick, Coventry, United Kingdom; [2]Peking University, Beijing, China

MOD pm 03:10   **Intact Protein Mass Spectrometry Guiding Cell Line Development for Tri-specific Antibodies;** Fateme Tousi[1]; Yan Jiang[1]; Susan Elliott[1]; Anthony Paiva[1]; Karen Albee[1]; Karen Lee[1]; [1]Sanofi, Framingham, MA

MOD pm 03:30   **Cation-Exchange Chromatography – Mass Spectrometry and Top-Down Analysis of Therapeutic Proteins;** Rachel Liuqing Shi[1]; Gang Xiao[1]; Thomas M Dillon[1]; Margaret S Ricci[1]; Pavel V. Bondarenko[1]; [1]Amgen, Inc., Thousand Oaks, CA

MOD pm 03:50   **Direct Determination of Antibody Chain Pairing by Top-Down Mass Spectrometry Using Electron Capture Dissociation and Ultraviolet Photodissociation;** Weijing Liu[1]; Neha Malhan[1]; Yury V. Vasil'ev[2,3]; Joseph S. Beckman[2,3]; Valery G. Voinov[2,3]; Jared B. Shaw[1]; [1]Environmental Molecular Sciences Laboratory, Pacific Northwest National Laboratory, Richland, WA; [2]e-Msion Inc., Corvallis, OR; [3]Linus Pauling Institute, Oregon State University, Corvallis, OR

MOD pm 04:10   **Collision Induced Unfolding Enables the Rapid Analysis of Stressed Monoclonal Antibodies and Biosimilars;** Daniel D Vallejo[1]; Daniel A. Polasky[1]; Jukyung Kang[2]; Kathryn D. Kulju[1]; Alexander Benet[2]; Ruwan T Kurulugama[3]; John C. Fjeldsted[3]; Anna Schwendeman[2]; Brandon T. Ruotolo[1]; [1]University of Michigan, Ann Arbor, MI; [2]Department of Pharmaceutical Science, University of Michigan, Ann Arbor, MI; [3]Agilent Technologies, Inc., Santa Clara, CA

**2:30 - 4:30 pm Monday**
**LIPIDOMICS: NEW MS TECHNOLOGIES AND APPLICATIONS**
Session Chair: Christina Jones (NIST)
B308-309

MOE pm 02:30   **Quantitative Lipidomics Profiling Reveals Metabolic Subphenotypes in a Cross-Sectional Human Cohort;** Daniel Hornburg[1]; Kevin Contrepois[2]; Sara Ahadi[2]; Kegan Moneghetti[3]; Si Wu[2]; Ming-Shian Tsai[2]; Eric Wei[2]; Jeniffer Quijada[2]; Francois Haddad[2]; Michael Snyder[2]; [1]Stanford, Palo Alto, CA; [2]Stanford University, Stanford, CA; [3]Stanford University, Palo Alto, CA

MOE pm 02:50   **Genome-Guided Lipid Identification - A Novel Aid for Hopeless Cases;** Vanessa Linke[1]; Ian J Miller[1,2]; Dain Ryan Brademan[1]; Paul D Hutchins[1]; Edna A Trujillo[1]; Thiru R Reddy[3]; Jason D Russell[3]; Kathryn


L. Schueler[1]; Donald S Stapleton[1]; Mary E Rabaglia[1]; Mark P Keller[1]; Daniel M Gatti[4]; Greg Keele[4]; Duy Pham[4]; Gary A Churchill[4]; Alan D Attie[1]; Joshua J Coon[2, 3, 5, 6]; [1]University of Wisconsin, Madison, WI; [2]Genome Center of Wisconsin, Madison, WI; [3]Morgridge Institute for Research, Madison, WI; [4]The Jackson Laboratory, Bar Harbor, ME; [5]Department of Chemistry, University of Wisconsin, Madison, WI 53706; [6]Department of Biomolecular Chemistry, University of Wisconsin-Madison, WI

MOE pm 03:10    **Rapid and Simple Differentiation of Lipid Regioisomers in Complex Biological Samples;** Johan Lillja[1]; Kyle D. Duncan[1]; Pontus Gieselsson[2]; Fredrik Palm[1]; Ingela Lanekoff[1]; [1]Uppsala University, Uppsala, Sweden; [2]Lund University, Lund, Sweden

MOE pm 03:30    **Conformational Lipid Atlas for High Confidence Lipidomics;** Katrina L. Leaptrot[1]; Jody C. May[1]; James N. Dodds[2]; John A. McLean[1]; [1]Vanderbilt, Nashville, TN; [2]North Carolina State University, Raleigh, NC

MOE pm 03:50    **A Novel Solid Phase Sample Preparation Method for Lipidomic Analysis of Plasma Samples;** James A. Apffel[1]; Limian Zhao[2]; Mark Sartain[1]; [1]Agilent Laboratories, Santa Clara, CA; [2]Agilent Technologies, Wilmington, DE

MOE pm 04:10    **Laser-Ablation Rapid Evaporative Ionization Mass Spectrometry (LA-REIMS) for Fast Lipidomic Analysis of Genetically Modified CHO Cells in Ambient Conditions;** Stefania Maneta-Stavrakaki[1]; Alvaro Perdones-Montero[1]; Simon Cameron[1]; Julia Abda[1]; Yuen-Ting Chim[2]; Paloma Diaz-Fernandez[2]; Zoltán Takáts[1]; [1]Imperial College London, London, United Kingdom; [2]GSK, Stevenage, United Kingdom

### 2:30 - 4:30 pm Monday
### BIOMARKERS: QUANTITATIVE ANALYSIS
Session Chair: Suraj Saraswat (ARUP Lab)
B312-314

MOF pm 02:30    **Targeted Metabolomic Analysis of Urine for Validating Diagnostic Biomarkers of Asthma and COPD;** Mona M. Khamis[1]; Hanan Awad[1]; Darryl J Adamko[2]; Nancy Klemm[3]; Teagan Holt[1]; Mays Al-Dulaymi[4]; Anas El-Aneed[1]; [1]College of Pharmacy and Nutrition, University of Saskatchewan, Saskatoon, Saskatchewan; [2]Department of Pediatrics, College of Medicine, Saskatoon, Saskatchewan; [3]Brandenburg University of Technology Cottbus-Senftenberg, Senftenberg, Germany; [4]Department of Pediatrics, College of Medicine, Saskatoon, Saskatchewan

MOF pm 02:50    **Development and Quantitative Characterization of a Reproducible Method for Proteomic Analysis of Circulating Extracellular Vesicles;** Patrick Vanderboom[1]; Gregory N Ruegsegger[1]; Katherine A Klaus[1]; Dawn M Morse[1]; Surendra Dasari[1]; Ian R Lanza[1]; Sreekumaran Nair[1]; [1]Mayo Clinic, Rochester, MN

MOF pm 03:10    **The Role of Mass Spectrometry in Newborn Screening for Krabbe Disease;** Sara E Smith[1]; Jim DiPerna[1]; Melissa Longua[1]; Erica L Fox[1]; [1]PerkinElmer Genomics, Pittsburgh, PA

MOF pm 03:30    **An Innovative Multi Point Internal Calibrator (MPIC) Isotopic Dilution Strategy for Biomarker Quantitation by LC-MS/MS;** Shaoxia Yu[1]; Guowen Liu[1]; Thomas Roddy[1]; Max Lein[1]; Dongwei Zhu[1]; Rohini Narayanaswamy[1]; Unnati Kapadnis[1]; Hua Yang[1]; Jose Castro-Perez[1]; [1]Agios Pharmaceuticals, Cambridge, MA

MOF pm 03:50    **SASP Atlas: A Database of Senescent Cell Secretomes;** Nathan Basisty[1]; Abhijit Kale[1]; Okhee Jeon[1]; Chisaka Kuehnemann[1]; Therese Payne[1]; Chirag Rao[1]; Anja Holtz[1]; Samah Shah[1]; Judith Campisi[1, 2]; Birgit Schilling[1]; [1]The Buck Institute for Research on Aging, Novato, CA; [2]Lawrence Berkeley Laboratory, Berkeley, CA

MOF pm 04:10    **One Injection Does It All: Small Molecule Drug Pharmacokinetics (PK), Drug Metabolites, and Pharmacodynamics (PD) Biomarkers;** Steven Gernhardt[1]; Brendan Tierney[2]; Gang Xing[3]; Amit Kalgutkar[3]; Christopher Holliman[2]; Ragu Ramanathan[2]; [1]Pfizer, Groton, CT; [2]Pfizer Inc., Groton, CT; [3]Pfizer WRD, Cambridge, MA

### 2:30 - 4:30 pm Monday
### INSTRUMENTATION: NEW DEVELOPMENTS IN IONIZATION AND SAMPLING
Session Chair: Emmanuelle Claude (Waters Corporation)
Auditorium, Bldg A

MOG pm 02:30    **iTrEnDI on Biomolecules and Beyond: Enhancing MS-Based Quantitative Analyses Using New in Situdiazoalkane Chemistry;** Samuel W Shields[1]; Peter Pallister[1]; Christian Rosales[1]; Carlos R Canez[1, 2]; Karl V Wasslen[1]; John Rivada[1]; Chelsey Aulenback[1]; Joshua Roberts[1]; Fraser Colquhoun[1]; Jeff Manthorpe[1]; Jeffrey C. Smith[1]; [1]Carleton University, Ottawa, ON; [2]University of Alberta, Edmonton, AB

MOG pm 02:50    **Integration of a Picodroplet Microfluidic Chip with Mass Spectrometry - A Step towards High Throughput Directed Evolution Screening;** Emily E. Kempa[1]; Clive A. Smith[2]; Xin Li[2]; Perdita E. Barran[1]; [1]The University of Manchester, Manchester, United Kingdom; [2]Sphere Fluidics Limited, Cambridge, United Kingdom

MOG pm 03:10    **Deep-ultraviolet Laser Ablation Sampling for Mass Spectrometry;** Remilekun O. Lawal[1]; Fabrizio Donnarumma[1]; Kermit K. Murray[1]; [1]Louisiana State University, Baton Rouge, LA

MOG pm 03:30    **Direct Thermal Analysis Methods as Sample Introduction for High-Resolution Mass Spectrometry – Molecular Level Description of Heavy Petroleum Fractions;** Christopher Paul Rüger[1, 2, 3]; Uwe Käfer[2, 4]; Johann Le Maître[3, 5]; Anika Neumann[1, 2]; Oscar Lacroix Andrivet[3]; Marie Hubert-Roux[3]; Benoit Paupy[6]; Sabrina Marceau[5]; Thomas Gröger[4]; Martin Sklorz[2, 4]; Carlos Afonso[3]; Pierre Giusti[5]; Ralf Zimmermann[1, 2, 4]; [1]University of Rostock, Institute of Chemistry, Division of Analytical and Technical Chemistry, Rostock, Germany; [2]Joint Mass Spectrometry Centre, University of Rostock, Rostock, Germany; [3]Normandy University, COBRA laboratory, Mont Saint Aignan, France; [4]Joint Mass Spectrometry Centre, Comprehensive Molecular Analytics, Helmholtz Zentrum München, Neuherberg, Germany; [5]Total Research & Technology Gonfreville, Harfleur, France

MOG pm 03:50    **More Inclusive Ionization Demonstrated for Direct Bacteria Differentiation by Combining Automated ESI, MAI, and SAI Methods;** Charles N McEwen[1]; Darrell Marshall[2]; Santosh Karki[2, 3]; Milan Pophristic[2]; Khoa Hoang[1]; Sarah Trimpin[3]; Adetoun Adeniji-Adele[1]; John W Tornsho[1]; [1]Univ. of the Sciences, Philadelphia, PA; [2]MSTM, LLC, Newark, DE; [3]Wayne State University, Detroit, MI

MOG pm 04:10    **T-MALDI-2-Orbitrap MS: Sensitive Ion Imaging with Sub-Micrometer Resolution and ppm Mass Accuracy;** Marcel Niehaus[1]; Jens Soltwisch[1, 2]; Mikhail Belov[3]; Klaus Dreisewerd[1, 2]; [1]Institute of



**MONDAY AFTERNOON ORAL SESSIONS AND**
**5:45 - 7:00 PM MONDAY WORKSHOPS**

Hygiene, University of Münster, Münster, Germany; [2]Interdisciplinary Center for Clinical Research (IZKF), University of Münster, Münster, Germany; [3]Spectroglyph, LLC, Kennewick, WA

**2:30 - 4:30 pm Monday**
**ART, ARCHAEOLOGY, AND PALEONTOLOGY**
Session Chair: Julie Arslanoglu
(The Metropolitan Museum of Art)
A411-412

MOH pm 02:30 **New Molecular Evidence of Restoration Treatments Applied to Historic Coptic Manuscripts Using Protein Crosslinking and Top Down Proteomics;** Francesca Galluzzi[1,2]; Catherine M. Rawlins[1,2]; Stéphane Claverol[2]; Federica Pozzi[3]; Maria Fredericks[4]; Franck Trujillo[4]; Caroline Tokarski[1,2]; [1]Institute of Chemistry and Biology of Membrane and NanoObjects, UMR CNRS 5248, Bordeaux, France; [2]Proteome Platform, Center of Functional Genomics of Bordeaux, University of Bordeaux, Bordeaux, France; [3]Department of Scientific Research, The Metropolitan Museum of Art, New York, NY; [4]Thaw Conservation Center, The Morgan Library & Museum, New York, NY

MOH pm 02:50 **A Minimally Invasive and Portable Tool for MS Identification of Proteins in Ancient Paintings;** Georgia Ntasi[1]; Paola Cicatiello[1]; Gennaro Marino[1,2]; Paola Giardina[1]; Leila Birolo[1]; [1]Dept. Chemical Sciences, University of Naples Federico II, Naples, Italy, Naples, Italy; [2]BIOGEM Institute, Ariano Irpino (AV), Italy, Ariano Irpino (AV), Italy

MOH pm 03:10 **Early Pleistocene (1.8 million years old) Enamel Proteome Sequences Resolve Stephanorhinusphylogeny;** Enrico Cappellini[1]; Frido Welker[1]; Jazmin Ramos Madrigal[1]; Diana Samodova[2]; Patrick L. Ruether[2]; Jesper V. Olsen[2]; David Lordkipanidze[3]; Eske Willerslev[1]; [1]Natural History Museum of Denmark, Copenhagen, Denmark; [2]NNF Center for Protein Research University of Copenhagen, Copenhagen, Denmark; [3]Georgian National Museum, Tbilisi, Georgia

MOH pm 03:30 **Single-Pot Solid-Phase-Enhanced Sample Preparation (SP3) for Bone Paleoproteomics;** Timothy Cleland; Museum Conservation Institute, Smithsonian Institution, Suitland, MD

MOH pm 03:50 **DeamiDATE 1.0: Site-Specific Deamidation as a Tool to Assess Authenticity of Members of Ancient Proteomes;** Abigail Ramsøe[1,2]; Vivian van Heekeren[1]; Ian Barnes[2]; Camilla Speller[3]; Matthew J Collins[4,5]; [1]BioArCh, Department of Archaeology, University of York, York, United Kingdom; [2]Department of Earth Sciences, Natural History Museum, London, United Kingdom; [3]Department of Anthropology, University of British Columbia, Vancouver, BC; [4]EvoGenomics Section, Natural History Museum of Denmark, University of Copenhagen, Copenhagen, Denmark; [5]McDonald Institute for Archaeological Research, Downing St, Cambridge, United Kingdom

MOH pm 04:10 **A Proteomic Workflow to Extract, Concentrate, Digest, and Enrich Peptides from Fossils with High Humic Content for Mass Spectrometry Analyses;** Elena R. Schroeter[1]; Kevin Blackburn[2]; Michael B. Goshe[1]; Mary H. Schweitzer[1]; [1]North Carolina State University, Raleigh, NC; [2]Waters Corporation, Milford, MA

**4:45-5:30 pm Monday**
**AWARD LECTURE**
Richard A. Yost (University of Florida), presiding
Murphy Ballroom, Bldg B, Level 5

**Presentation of the Al Yergey MS Scientist Award**
Jeffrey Shabanowitz, University of Virginia



**John B. Fenn Award for a Distinguished Contribution in Mass Spectrometry**
**John R. Yates III**
The Scripps Research Center

---

**5:45 - 7:00 PM  MONDAY WORKSHOPS**

There will be light refreshments in Building A foyers. All workshops are in Building A.

**01 High Spatial Resolution 2D and 3D Mass Spectrometry Analysis: Current Trends**
Presiding: Francisco Fernandez-Lima, Christopher Anderson, Gregory Fisher
A402-403

Advances on 2D and 3D Mass Spectrometry analysis currently drive research in biological, biomedical, materials, environmental and forensic sciences. With the development of new and the incorporation of hyphenated techniques during 2D and 3D MS analysis, the MS community needs to further develop universal analysis and data processing protocols; definitions; reference guidelines; standard reference materials; and inter-laboratory comparisons.

In this third workshop, we will provide a short overview of the state of the art from experts in the field and provide ample time for discussion focused on the definitions of and protocols for testing performance metrics; strategies for sample preparation; data analysis, data processing and data reporting workflows.

A preliminary list of topics will include:
i) Fundamentals of high spatial resolution in 2D and 3D MS analysis (tutorial)
ii) Overview of current and new imaging modalities: challenges and perspectives
iii) Influence of instrument settings and use of standards for 2D and 3D MS imaging
iv) 2D and 3D MS imaging data in public repositories: vendor and user's perspectives

The workshop encourages the participation and presentations of new investigators, postdocs and graduate students. A combination of short presentations (2-3 slides/group) from representatives of the 2D and 3D MS imaging techniques, with a balance between academic, national laboratories and industrial researchers will be followed by an open discussion forum. One of the goals of this workshop is to gather researchers and enable the discussion towards the development of an interest group within the ASMS community to address these new scientific challenges.



# 5:45 - 7:00 PM MONDAY WORKSHOPS

There will be light refreshments in Building A foyers. All workshops are in Building A.

### 02 Enhancing MS-Based Glycomics and Glycoproteomics Toolbox: Round-table Discussion
**Presiding: Yehia Mechref**
A404-405

Glycosylation is a prevalent posttranslational modification of proteins in mammalian cells. Many proteins act through oligosaccharide recognition. Glycosylation of proteins is one of the most common protein posttranslational modifications. The glycans of the membrane or secreted glycoproteins are responsible for modulating and controlling many of the biological roles of these glycoproteins, including cell signaling, adhesion, and communication. Protein folding, stability, and localization are dependent on protein glycosylation. A correlation between changes in the glycans of glycoproteins and many mammalian diseases, such as hereditary disorders, immune deficiencies, cardiovascular disease, and cancer has been, suggested. This and the biological roles of glycans have created a demand for reliable glycomics and glycoproteomics strategies, permitting sensitive monitoring of glycans in biological systems. Mass spectrometry-based glycomics and glycoproteomics methods, glycan and glycoproteins standards and bioinformatics tools are continuously being introduced. However, glycomics and glycoproteomics strategies are far from being routing or automated as proteomics strategies. This workshop will focus on discussing and highlighting what needs to be done to attain complete automation of glycomics and glycoproteomics analyses. The workshop will have a roundtable format and will not include any presentations. The workshop will be addressing questions to be solicited from glycomics and glycoproteomics experts in advance of the meeting, including but not limited to, what is hindering the automation of glycome and glycoproteome analysis, why are glycomics and glycoproteomics strategies not as routinely used as proteomics strategies, how can we overcome the lack of reliable standards, and why a uniform bioinformatics tools are lacking.

### 03 MassIVE Translation of Public Mass Spectrometry Big Data into Reusable Community Resources
**Presiding: Nuno Bandeira, Mingxun Wang**
A406-407

The productive reutilization of the very large volumes of public proteomics and metabolomics mass spectrometry data continues to be hindered by significant challenges in the limited findability, accessibility and integration of datasets and reanalysis results. This workshop will focus on approaches addressing these challenges by i) systematically reanalyzing public data using open-source advanced algorithms, ii) reorganizing reanalysis results into open community-scale knowledge bases, and iii) integrating global results into freely-accessible data analysis workflows available free of charge to all research labs.

This workshop is designed to be highly interactive and will aim to inform as well as to promote discussion about ways in which public mass spectrometry big data can be made most useful for the community as a whole.

### 04 Mass Spectrometry in the Developing World: Supporting Education and Research
**Presiding: Kym Faull, Giles Edwards**
A408

This will be a follow-up to the workshops on the same topic presented at the 2017 and 2018 Indianapolis and San Diego ASMS meetings. The point will be to report on progress and interest during the preceding 12 months. Students in developing nations learn about mass spectrometry from text books. They rarely if ever get to actually see one, and never get to use them. Old but working instruments that are replaced with new versions could be made available to Universities and research organizations in developing countries to be used for research and teaching purposes. This would entail shipping, installation, training and maintenance which would all require funding and support. Some aspects of maintenance and training could probably be handled remotely via email, Skype, etc. This would be a noble aspiration for ASMS to embrace. It would improve our relations with the developing

world and perhaps provide an example for other organizations (e.g. the NMR Society, etc) to follow. The Presiders will begin with a brief description of their personal experiences that stimulated them to organize this workshop. There is a need to formulate a plan of action that will assist with moving this initiative forward in the USA. There is a lot of interest but a way of cutting through the various layers of red tape that is currently impeding the mission is needed. All those interested are invited to join in a friendly and constructive discussion on this topic.

### 05 Ion Trap Mass Spectrometry: Latest Trends (Ion Trap MS Interest Group)
**Presiding: Glen Jackson, Desmond Kaplan**
A410

The Ion Trap Interest Group Meeting will cover the latest trends in instrumentation and applications in ion trap mass spectrometry. Instrumentation topics will cover some of the latest developments in instrument design, miniaturization, hybrid instruments and scanning methods. Applications will cover some of the latest trends in MSn, ion/molecule and ion/ion reaction methods. The workshop will consist of lightning-fast talks to introduce the topics and extended question and answer sessions to discuss, among other details, the limitations to commercialization of new advances.

### 06 FAIMS/DIMS/DMS Technology and its Impact on Current Day MS Analyses
**Presiding: Sue Abbatiello**
A307

The goal of this workshop is to provide a forum for people interested in High-field Asymmetric Waveform Ion Mobility Spectrometry (FAIMS) and Differential Ion Mobility Spectrometry (DIMS or DMS). We will go over the basics and fundamentals of how FAIMS/DIMS/DMS works, differences in hardware, the effects of different parameters on performance, and how it is different than Drift-Tube Ion Mobility (DT-IMS). Examples of applications benefiting from FAIMS/DIMS/DMS will be discussed, and attendees are invited to bring their questions and experiences of success, uncertainty, and even bad luck, to share with the community. Discussion will be led by several subject matter experts.

### 07 Food Safety and Quality Applications: Tools for Putting MS Methods into Practice (Flavor Fragrance & Foodstuff Interest Group)
**Presiding: Melanie Downs, James Redwine**
A309

Mass spectrometry can be used to solve a number of different types of food safety and quality issues, but validation and implementation of methods across diverse food products and individual scenarios can be challenging. This workshop will discuss tools currently available and in development for food safety and quality MS analysis applications, including reference materials, method validation schemes, and other resources. The format of the workshop will include brief introductory presentations from selected resource developers and users, followed by a panel discussion moderated by the interest group co-chairs.

### 08 Automation for Proteomics Sample Preparation
**Presiding: Michael Ford, Michael Knierman**
A311

The performance of modern mass spectrometers and liquid chromatography systems is enabling proteomics experiments with previously unobtainable throughput and sensitivity. The analysis of cohorts of 50 or more samples, with acquisition timelines of a week or so, is now routine in many labs. Combined with robust sample preparation workflows and turnkey data processing proteomics is delivering on the promise and approaching a new level of usefulness. Assay and sample type aside it is fair to say, for proteomics experiments, the bottleneck is still instrument time. That said sample preparation is a significant use of human resources and with the scale of experiments expanding so too is the associated time and investment in labor. A practical solution to ease the growing sample preparation burden is automation.

**5:45 - 7:00 PM MONDAY WORKSHOPS**



ATLANTA

**There will be light refreshments in Building A foyers. All workshops are in Building A.**

Automated sample preparation solutions are not new to the field of proteomics, look back ten years or so and 2D gel spot picking and in-gel digestion robots were common. Presently, and looking ahead, however the requirements of the field have changed; solution digestion, target enrichment at the protein and proteome level and sample clean-up are a few of the time-consuming tasks that would benefit from automation. Vendors have stepped up to deliver automation solutions such as the Agilent AssayMap, ThermoFisher KingFisher and more recent low cost OpenTrons OT2. This workshop is an opportunity to get together with like-minded scientists and discuss the emerging role of automation in sample preparation for proteomics experiments and to share practical experience with automation.

**09 MS Software: Peak Picking - Paramount Practises and Perilous Pitfalls**
**Presiding: Magnus Palmblad, Jeff Agar**
**A312**

The MS Software workshop is aimed at anyone who either writes MS software or is interested in learning how to. In this workshop, we will discuss the state of the art in peak picking, existing solutions, and common pitfalls.

Peak picking is a vital step in the interpretation of mass spectrometry data. Peak picking algorithms and their parameters influence your abundance accuracy, your false negative (missed peaks) and false positive (noise peaks erroneously detected that go on to be assigned) rates, and can even affect your mass accuracy. Peak shapes and the concept of spectral accuracy can be used to detect chimeric, unresolved, peaks and to help define instrument performance.

Peak picking, in the simplest sense, is the process of determining the mass-to-charge ratio (m/z) and abundance of peaks in mass spectra. When MS is hyphenated with other separation techniques, peak picking can be done on multidimensional data including tandem m/z, retention time or mobility. For the purposes of the discussion in this workshop, we will focus on the one-dimensional case of peaks in a mass spectrum.

When planning this year's workshop, we polled a number of stakeholders in the community. Peak picking was the most popular topic among those suggested. Learning from the feedback from the 2018 workshop, we will allocate most of the time to discussions and have only a short introduction to the topic. We will also discuss reference datasets with ground truth suitable for evaluating peak picking algorithms.

**10 Solid Phase Microextraction Approaches Applied with Mass Spectrometry Techniques**
**Presiding: Janusz Pawliszyn**
**A313**

The workshop is targeted at both new and current solid phase microextraction (SPME) users. The primary goal of this workshop is to provide interested participants with deeper insight into the main principles of this technique, which will ultimately enhance the productivity and quality of the analytical results. This workshop will be of interest to analytical and clinical chemists, laboratory supervisors, scientists and industry regulators in the environmental, food and beverage, pharmaceutical, clinical, forensic, cosmetic, and industrial hygiene fields. High throughput capabilities of the technology will be emphasized in the discussions including direct coupling to mass spectrometry via direct analysis in real time (DART), coated blade spray (CBS), microfluidic open interface (MOI) and others. The unique features of in vivo SPME sampling technologies will be of particular interest to researchers in biomedical, neurobiological and life sciences.

Agenda/Speakers
- Introduction to SPME and Bio-SPME; Janusz Pawliszyn (University of Waterloo)
- Ambient Ionization and SPME: A Perfect Complement; Robert B. (Chip) Cody (JEOL USA, Inc.)

- Rapid Determination of β-agonists in Animal Urine by Coated Blade Spray - Mass Spectrometry; Marco Blokland (RIKILT Wageningen University)
- Coated Blade Spray - Mass Spectrometry (CBS-MS) for Clinical Toxicology Testing in Urine; Shirin Hooshfar (University of California, San Francisco)
- In vivo SPME of Eicosanoids in Brain; Dajana Vuckovic (Concordia University)
- Determination of Cannabinoids using SPME Coupled to MS/LEI via MOI Interface; Achille Cappiello (University of Urbino)

**12 LC-MS Jeopardy - I'll Take Increasing Throughput for $200 (LCMS & Related Topics Interest Group)**
**Presiding: Erik Soderblom, Will Thompson**
**A315**

Need a break from formal talks? Already an expert in LC-MS and want to impress your friends? Not an expert and want to learn something about LC-MS? Just like games where you win "cash"? Well, this workshop is for you! Although the Jeopardy board has been cleared and refreshed from last year, the LC-MS and Related Topics Interest Group Workshop will remain focused on audience-driven discussions around various aspects of Proteomics, Pharmacokinetics, Metabolomics, Laboratory Automation, and Increasing Sample Throughput, all in a "Jeopardy" format! Early rounds will provide an opportunity to share, learn about, and discuss new and emerging strategies and applications in these various areas. Later rounds will be specific scenarios or analytical problems which are in need of solutions! Not only will creative, insightful, and thought provoking considerations be discussed, but will earn you and your team ASMS Jeopardy Cash (redeemable for free beers at ASMS Hospitality Suites).

**13 Art and Cultural Heritage: Mass Spec Applications**
**Presiding: Mehdi Moini**
**A316**

The purpose of this workshop is to discuss the application of MS to art and cultural heritage objects, as well as natural history specimens. This will be an interactive workshop in which various subjects relevant to museums' specimens will be discussed in a casual, dialog format. A preliminary list of topics include: 1) Analysis of paint, coating and binders; textiles; bone and tissue; ink and paper. 2) Mechanism of aging and degradation of art and natural history objects. 3) Dating. 4) Impact of radiation on museums' specimens. 5) Fossilomics and ancient DNA. 6) Forensic archeology. 7) Species identification of proteinaceous materials used in work of art and natural history. 8) Identification of forgery.

**14 Photoionization (APPI/PI) - Bridging the Gap between Academic and Industrial Research (Photoionization MS Interest Group)**
**Presiding: Sven Ehlert, Eleanor Riches, Matthias Lorenz**
**A303**

Photoionization is a powerful tool for soft ionization mass spectrometry (PI-MS) in research and routine analytical applications. After concentrating on the fundamentals of atmospheric pressure (APPI) and vacuum (SPI and REMPI) photoionization for mass spectrometry in the last year's workshop, we want to turn our view to the future of photoionization and discuss with the attendees challenges, ideas and new approaches. One or two key thought leaders will address the topic to stimulate discussion. The focus will be on the interface between academic and industrial research - what are the specific needs, capabilities and perspectives to bridge the gap with (AP)PI MS?
As a result of last year's workshop survey, we put the focus of this workshop on the discussion between participants. If it is appropriate and there is sufficient time, there will also be the chance for attendees to share novel and exciting developments with the PI community. Furthermore, we want to give attendees with different experience levels the opportunity to get in contact to discuss challenges as well as ask questions to the experts and more experienced users.


**There will be light refreshments in Building A foyers. All workshops are in Building A.**

Together with the attendees, we want to reveal the advantages, capabilities and diversity of photoionization mass spectrometry to support its dissemination into laboratories worldwide.

### 15 MS-Based Multi-Attribute Method (MAM): The Future of Biotherapeutic Development Analytics
### (Biotherapeutics Interest Group)
### Presiding: Andrew Dawdy, Hao Zhang
### A302

Join our panel of experts to discuss the future of MAM, an emerging mass spectrometry-based methodology with the potential to significantly transform standard analytical practice for biotherapeutic development across the biopharma industry. In the development of biotherapeutics, a thorough understanding of a molecule's product quality attributes (PQAs) and their effect on its structure and function is essential for ensuring safety and efficacy of the clinical trial material. Numerous routine chromatographic and electrophoretic assays, intended for batch release, are used to characterize and monitor the PQAs that contribute to product-related heterogeneity such as N-glycosylation, charge isoforms, oxidation, fragmentation, and aggregation. However, execution of multiple routine methods for batch release, stability time-points, and process/formulation development support becomes time and resource intensive, and often provides an indirect measure of biologically-relevant PQAs. Recently, a liquid chromatography-mass spectrometry-based multi-attribute method (MAM) has arisen (Rogers et al., AAPS J, 2017) as an improved means for detecting, identifying, and quantitating a multitude of PQAs in an automated fashion by a single assay. In its short public lifespan, MAM's popularity has exploded as evidenced by the formation of an industry-wide MAM Consortium, assessment of its suitability by the FDA, and the rapid growth in MAM-centric products from numerous vendors. MAM is poised to revolutionize the biopharmaceutical industry if fully embraced and adopted. This workshop will provide a forum to discuss the status of MAM and address existing challenges. Topics may include sample preparation, instrumentation, software/data processing, hotspot characterization, new peak detection, regulatory acceptance, qualification and validation, and more.

### 16 MS Career Options: How to Kick Start Your Career
### (Young Mass Spectrometrists Interest Group)
### Presiding: Veronica Anania, Sharon Pitteri
### A301

This workshop features a panel discussion on professional development in the area of mass spectrometry. Topics will be focused on career planning and management, fundamental training, industrial internship, job search tools and interview strategies. The panel, consisting of representatives from industrial and academic organizations, will share their knowledge and practices on career prospects.

### 17 Membrane Proteins, Nanodiscs, and Beyond: MS Analysis in Academia and Industry
### Presiding: Iain Campuzano, Michael Marty
### A305

Membrane proteins make up over 50% of possible "druggable" targets, making them very attractive targets for academic and industrial research. Membrane proteins are inherently insoluble in aqueous solvents and require the presence of lipid or detergent to remain soluble, which makes their analysis by many biophysical techniques such as native mass spectrometry (MS) and x-ray crystallography very challenging. However, over the past 10 to 15 years, researches have begun to overcome such hurdles and are now producing native intact mass spectra for membrane protein complexes of ion channels, membrane bounds receptor molecules, transporters, and fully assembled lipoprotein nanodiscs.
Most of this pioneering work has been focused on native MS in the academic environment. Native MS analysis of membrane proteins within the pharmaceutical industry is still in its infancy compared to established structural biology techniques such as x-ray diffraction and cryo-EM.

Within this workshop, we will discuss MS experiments for characterizing intact membrane proteins under denaturing and native conditions, focusing on current protocols used within both academia and industry for native MS analysis of membrane protein solubilized in "MS-friendly" detergents. We will also discuss how these techniques can be used to support the structural biology and drug discovery efforts within the pharmaceutical industry.

The workshop will be a panel discussion format where general and detailed topics can be discussed.
A preliminary list of discussion topics will include:
- MS determination of membrane proteins using denaturing LC and MS conditions
- Membrane protein purification and detergent screening for optimal MS analysis
- Native MS instrumentation and analysis of membrane proteins
- New frontiers in membrane mimetics: nanodiscs and beyond
- The industrial perspective on membrane protein MS

### 18 Energy, Petroleum, and Biofuels MS: Targeted Analysis, Fingerprinting and Speciation in Complex Mixtures
### (Energy Petroleum & Biofuels Interest Group)
### Presiding: Marianny Combariza, Amy McKenna
### A304

Fossil- and bio- fuels are complex mixtures containing thousands of compounds with different molecular compositions; which in turn determine macroscopic properties. In petroleum chemistry, for instance, low MW components of low and medium polarity are well studied and understood. However, trace amounts of heavier and polar components, less known compositionally, are usually very reactive and responsible for many problems. For instance, asphaltenes, naphthenic acids and metal complexes can cause aggregate formation, corrosion and catalyst poisoning, during transport, storage and refining of petroleum. Yet, due to lower ionization efficiencies than their low MW counterparts, these compounds remain undetected in direct infusion MS analysis of the whole oil.

Correlating compositional data to macroscopic behavior is paramount to future energy research, with HRMS playing a vital role at providing molecular information. Complex organic mixture analysis by MS has prompted development of novel ionization sources and techniques, off- and on-line chromatographic methods, and data processing algorithms. Despite many efforts to overcome the limitation of ion suppression in these polydisperse systems, compound classes present in low concentration still remain undetected. Often, these species are responsible for performance issues of final products derived from the raw feeds. Therefore, targeted analysis, fingerprinting and selective speciation of chemical functional groups is emerging as the next big advancement in MS of complex mixtures. In this workshop, practitioners from these areas will present the development and applicability of their strategies of analysis, and will participate in a panel discussion with the audience.

Topics: Selective ionization, selective fractionation, derivatization, structure-related separation.



## TUESDAY MORNING ORAL SESSIONS

From 7:00 am Tuesday
**CORPORATE BREAKFAST SEMINARS**
CONVENTION CENTER AND OMNI CNN CENTER HOTEL
See page 16 for detailed schedule. Reservation or RSVP required.

**8:30 - 10:30 pm Tuesday**
**INFORMATICS: INNOVATIONS**
Session Chair: David Stranz (Sierra Analytics, Inc.)
Murphy Ballroom, Bldg B, Level 5

**TOA am 08:30** **Differential Mass Spectra (ΔS) and Differential Ion Currents (ΔIC) for Smarter Mass Spectrometer Operation and Data Interpretation;** Changtong Hao[1]; Thomas Lee Collier[1,2]; Lawrence Klecha[1]; Simon Prosser[1]; Daniel Eikel[1]; [1]Advion Inc., Ithaca, NY; [2]Harvard Medical School, Boston, MA

**TOA am 08:50** **XNet: A Bayesian Approach to Extracted Ion Chromatogram Clustering for Precursor Mass Spectrometry Data;** Mathew M Gutierrez[1]; Kyle Handy[1]; Rob Smith[1]; [1]University of Montana Missoula, MT

**TOA am 09:10** **KairosMS: Processing of Complex Mixture Data Analyzed by Hyphenated Ultrahigh Resolution Mass Spectrometry;** Remy Gavard[1]; Hugh E. Jones[1]; Diana Catalina Palacio Lozano[1]; Mary J. Thomas[1]; David Rossell[1,2]; Simon E. F. Spencer[1]; Mark P. Barrow[1]; [1]University of Warwick, Coventry, United Kingdom; [2]Universitat Pompeu Fabra, Barcelona, Spain

**TOA am 09:30** **Zero-Knowledge de novo and the Alphabet Projection of Spectra;** Patrick Kreitzberg[1]; Marshall Bern[2]; Oliver Serang[1]; [1]University of Montana, Missoula, MT; [2]Protein Metrics Inc., San Carlos, CA

**TOA am 09:50** **Fast and Accurate Estimation of Relative Molecule Abundance and Resolution of Overlapping Isotopic Envelopes Using Optimal Transport Theory;** Michal Aleksander Ciach[1,2]; Grzegorz Skoraczyński[1]; Szymon Majewski[3]; Błażej Miasojedow[1]; Michał Piotr Startek[1]; Dirk Valkenborg[2,4,5]; Anna Gambin[1]; [1]Faculty of Mathematics, Informatics and Mechanics, University of Warsaw, Warsaw, Poland; [2]Centre for Statistics, Hasselt University, Diepenbeek, Belgium; [3]Mathematical Institute of the Polish Academy of Sciences, Warsaw, Poland; [4]UA-VITO Center for Proteomics, University of Antwerp, Antwerp, Belgium; [5]Applied Bio and Molecular Systems, Flemish Institute for Technological Research (VITO), Mol, Belgium

**TOA am 10:10** **ab initio Prediction of Peptide Tandem Mass Spectra;** Kaiyuan Liu[1]; Sujun Li[1]; Lei Wang[1]; Yuzhen Ye[1]; Haixu Tang[1]; [1]Indiana University, Bloomington, IN

**8:30 - 10:30 pm Tuesday**
**FUNDAMENTALS: PHOTOIONIZATION AND PHOTODISSOCIATION**
Session Chair: Hendrik Kersten (University of Wuppertal)
B401-402

**TOB am 08:30** **APPI-MS Analysis of Endohedral Fullerenes;** Julie Herniman[1]; G. John Langley[1]; Sally Bloodworth[1]; Richard J Whitby[1]; Gabriela Sitinova[1]; [1]University of Southampton, Southampton, United Kingdom

**TOB am 08:50** **Right-Angle Ion Mirror-Prism (RAIMP): First Experiments with the Novel Time-of-Flight Mass Analyzer;** Igor V. Veryovkin[1]; Raveendra C. Wickramasinghe[1]; Igor L. Bolotin[1]; Jason M. Gross[1]; C. Emil Tripa[1]; Luke Hanley[1]; [1]University of Illinois at Chicago (UIC), Chicago, IL

**TOB am 09:10** **Improved Top-Down de novo Sequencing of Denatured and Native Proteins Using Hybrid Ion Activation Methods;** Weijing Liu[1]; Kira Vyatkina[2]; Jared B. Shaw[1]; [1]Pacific Northwest National Laboratory, Richland, WA; [2]St. Petersburg Academic University, St. Petersburg, Russia

**TOB am 09:30** **Peptide and protein fragmentation using 193 nm UVPD on a Q-IM-TOF platform;** Alyssa Q. Stiving[1,2]; Sophie R. Harvey[1,2]; Benjamin J. Jones[2,3]; Bruno Bellina[4]; Perdita E. Barran[5]; Jeffery M. Brown[6]; Vicki H. Wysocki[2,3]; [1]The Ohio State University, Columbus, OH; [2]Resource for Native Mass Spectrometry Guided Structural Biology, The Ohio State University, Columbus, OH; [3]The Ohio State University, Columbus, OH; [4]Manchester Institute of Biotechnology, University of Manchester, United Kingdom; [5]Manchester Institute of Biotechnology, University of Manchester, United Kingdom; [6]Waters Corporation, Wilmslow, United Kingdom

**TOB am 09:50** **Enhanced Characterization of Membrane Protein Complexes Using Ultraviolet Photodissociation;** Sarah N Sipe[1]; John W Patrick[2]; Arthur Laganowsky[2]; Jennifer S Brodbelt[1]; [1]Department of Chemistry, University of Texas, Austin, TX; [2]Department of Chemistry, Texas A&M University, College Station, TX

**TOB am 10:10** **Chiral Analysis Base on Mass Spectrometry and Photodissociation Spectroscopy in the Gas Phase: from IR to UV;** Xianglei Kong; Nankai University, Tianjin, China

**8:30 - 10:30 pm Tuesday**
**NATIVE MS IN STRUCTURAL BIOLOGY**
Session Chair: Rita Grandori (University of Milano-Bicocca)
B405-407

**TOC am 08:30** **Native MS-Based Platform for Screening Optimal Conditions in Preparing Intact Macromolecular Assemblies for cryo-EM Analysis;** Paul Dominic B. Olinares[1]; Courtney Chiu[2]; Jin Young Kang[2]; Eliza Llewellyn[2]; James Chen[2]; Ruth Saecker[2]; Elizabeth Campbell[2]; Seth Darst[2]; Brian T. Chait[1]; [1]Laboratory of Mass Spectrometry & Gaseous Ion Chemistry, The Rockefeller University, New York, NY; [2]Laboratory of Molecular Biophysics, The Rockefeller University, New York, NY

**TOC am 08:50** **Exploring the Structure and Specificity of Antimicrobial Peptides in Lipid Nanodiscs by Native MS;** Larry Walker[1]; Elaine Marzluff[2]; Marius Kostelic[1]; Julia Townsend[1]; Michael Thomas Marty[1]; [1]University of Arizona, Tucson, AZ; [2]Grinnell College, Grinnell, IA

**TOC am 09:10** **Interaction of Metals with Amyloid Beta and Alpha-Synuclein Studied by Native FTICR-MS with Advanced Dissociation Methods;** Frederik Lermyte[1]; Francesca Bellingeri[1]; James Everett[2]; Jake Brooks[1]; Yuko P. Y. Lam[1]; Christopher A. Wootton[1]; Mark P. Barrow[1]; Peter J. Sadler[1]; Neil D. Telling[2]; Joanna F. Collingwood[1]; Peter B. O'Connor[1]; [1]University of Warwick, Coventry, United Kingdom; [2]Keele University, Stoke-on-Trent, United Kingdom

**TOC am 09:30** **Development of High Throughput Online Native LC/MS;** Chris Nortcliffe[1]; Esme Candish[2]; Sibylle Heidelberger[3]; Ferran Sanchez[4]; Sean McCarthy[3]; [1]AB Sciex UK Ltd, Warrington, United Kingdom; [2]Sciex, Framingham, MA; [3]SCIEX, Warrington, United Kingdom; [4]SCIEX, Darmstadt, Germany


**TOC am 09:50 Analysis of Diubiquitin Chains by Variable-Temperature Electrospray Ionization Provides Evidence for Seven Non-Native Solution States and Stabilities;** Lucas W. Henderson[1]; Tarick J. El-Baba[1]; Shannon A. Raab[1]; Christopher J. Brown[1]; Daniel W. Woodall[1]; David E. Clemmer[1]; [1]Department of Chemistry, Indiana University, Bloomington, IN

**TOC am 10:10 Multistage Native MS Enables Direct Identification of Unknown Ligands Bound to Protein Assemblies;** Joseph F. Gault[1]; Idlir Liko[2]; Michael Landreh[3]; Hsin-Yung Yen[2]; Denis Shutin[1]; Rosa Viner[4]; Romain Huguet[4]; Christopher Mullen[4]; John E. P. Syka[4]; Jesse D Canterbury[4]; Philip M Remes[4]; Graeme McAlister[4]; Carol V. Robinson[1]; [1]Oxford University, Oxford, United Kingdom; [2]OMass Therapeutics, Oxford, United Kingdom; [3]Karolinska Institutet, Stockholm, Sweden; [4]Thermo Fisher Scientific, San Jose, CA

### 8:30 - 10:30 pm Tuesday
### IMAGING: PHARMACEUTICALS, METABOLITES, AND LIPIDS
Session Chair: Uwe Karst (University of Münster)
B302-305

**TOD am 08:30 High-Performance MS Strategies Provide Detailed Insights into Neglected Tropical Diseases and Infection Mechanisms;** Bernhard Spengler[1]; Stefanie Gerbig[1]; Patrik Kadesch[1]; Parviz Ghezellou[1]; Simone Häberlein[2]; Christoph G. Grevelding[2]; Katja Becker[3]; Anja Taubert[2]; Carlos Hermosilla[2]; [1]Analytical Chemistry, Giessen, Germany; [2]Institute of Parasitology, Giessen, Germany; [3]Biochemistry and Molecular Biology, Giessen, Germany

**TOD am 08:50 MALDI Mass Spectrometry Imaging of Alzheimer's Disease Human Brain Tissue Reveals Distributions of Functionally Important Metabolites;** Abby S. Gelb[1,2]; Nivedita Bhattacharya[2]; Weiming Xia[1,2]; Catherine E. Costello[2]; [1]Edith Nourse Rogers Memorial Veterans Hospital, Geriatric Research Education & Clinical Center, Bedford, MA; [2]Boston University School of Medicine, Boston, MA

**TOD am 09:10 Lessons Learned from Mice and Cheese: Investigating Diffusion Processes by MALDI MS Imaging;** Julia Kokesch-Himmelreich[1]; Alan M. Race[1]; Axel Treu[1]; Claus Schlicht[2]; Ulrich Busch[2]; Kerstin Walter[3]; Christoph Hölscher[3]; Andreas Römpp[1]; [1]University of Bayreuth, Bayreuth, Germany; [2]Bavarian Health and Food Safety Authority, Oberschleißheim, Germany; [3]Research Center Borstel, Borstel, Germany

**TOD am 09:30 Simultaneous Lipids/Metabolites Imaging (1 µm Resolution) of Traumatic Brain Injury Tissue Using Gas Cluster Ion Beam Secondary Ion Mass Spectrometry (GCIB-SIMS);** Hua Tian[1]; Louis J. Sparvero[2,3]; Andrew A. Amoscato[2,4]; Valerian E. Kagan[2,4,5]; Hülya Bayır[2,4,6]; John C. Vickerman[7]; Peter J. Cumpson[8]; Nicholas Winograd[1]; [1]Department of Chemistry, Pennsylvania State University, University Park, PA; [2]Department of Environmental and Occupational Health, University of Pittsburgh, Pittsburgh, PA; [3]Center for Free Radical and Antioxidant Health, Pittsburgh, PA; [4]Center for Free Radical and Antioxidant Health, University of Pittsburgh, Pittsburgh, PA; [5]Departments of Chemistry, Pharmacology and Chemical Biology, Radiation Oncology, University of Pittsburgh, Pittsburgh, PA; [6]Department of Critical

Care Medicine, and Safar Center for Resuscitation Research, University of Pittsburgh, Pittsburgh, PA; [7]School of Chemical Engineering and Analytical Science, The University of Manchester, Manchester, United Kingdom; [8]Mark Wainwright Analytical Centre, he University of New South Wales, Sydney, Australia

**TOD am 09:50 Dual Mode Mass Spectrometry Imaging to Probe the Inflammatory Properties of Nanoparticle Stabilized Capsules;** Kristen Sikora[1]; Joseph M Hardie[1]; Vincent M Rotello[1]; Richard W. Vachet[1]; [1]University of Massachusetts, Amherst, MA

**TOD am 10:10 Correlated Chemical Mapping of Multiple Compounds and Metabolites in Rat Tissues;** Gary J Van Berkel[1]; Thomas R. Covey[2]; Chang Liu[2]; Bryce Young[2]; Robert Johnson[3]; Christopher DeBenedetto[3]; Danielle Diaz[3]; Adam Bentley[3]; James Glick[3]; Jimmy Flarakos[3]; [1]Gary Van Berkel LLC, Oak Ridge, Tennessee; [2]SCIEX, Concord, ON; [3]Novartis Institutes for BioMedical Research, East Hanover, NJ

### 8:30 - 10:30 pm Tuesday
### ENVIRONMENTAL: EMERGING CONTAMINANTS
### (IN HONOR OF RON HITES)
Session Chair: Susana Y. Kimura (University of Calgary)
B308-309

**TOE am 08:30 Nontargeted Identification of Antioxidants in the Environment;** Ronald A. Hites[1]; Yan Wu[1]; Marta Venier[1]; [1]Indiana University, Bloomington, IN

**TOE am 08:50 Stable Isotopic Labeling and Nontargeted Identification of ng/L Amino-Contaminants in Water;** Zhongshan Liu[1]; Guang Huang[1]; Ping Jiang[1]; Lindsay Jmaiff Blackstock[1]; Xing-Fang Li[1]; [1]University of Alberta, Edmonton, AB

**TOE am 09:10 Organic Pollutants in the Snow of Franz Joseph Land. Expedition 2017;** Dmitrii Mazur[1,2]; Dmitrii Kosyakov[2]; Aleksandr Kozhevnikov[2]; Thomas Latkin[2]; Evgeniy Varakin[2]; Oleg Khoroshev[2]; Albert T Lebedev[1]; [1]Moscow State University, Moscow, Russia; [2]Lomonosov Northern (Arctic) Federal University, Centre of collective usage "Arctica", Arkhangelsk, Russia

**TOE am 09:30 Design and Initial Findings of EPA's Non-Targeted Analysis Collaborative Trial (ENTACT);** Jon R Sobus[1]; Elin Ulrich[2]; Jarod Grossman[3, 4]; Alex Chao[3]; Randolph Singh[5, 6]; Christopher Grulke[7]; Ann Richard[7]; Andrew McEachran[8]; Seth Newton[2]; Mark Strynar[2]; Kamel Mansouri[5, 8]; Antony Williams[7]; [1]US EPA, Research Triangle Park, NC; [2]US EPA, National Exposure Research Laboratory, Research Triangle Park, NC; [3]Student Contractor, US EPA, Research Triangle Park, NC; [4]Agilent Technologies, Inc., Santa Clara, CA; [5]ORISE Participant, US EPA, Research Triangle Park, NC; [6]University of Luxembourg - Luxembourg Centre for Systems Biomedicine (LCSB), Luxembourg City, Luxembourg; [7]US EPA, National Center for Computational Toxicology, Research Triangle Park, NC; [8]Integrated Laboratory Systems, Inc., Contractor to National Toxicology Program, National Institute of Environmental Health Sciences, Morrisville, NC

**TOE am 09:50 Multidimensional Fractionation and Molecular Characterization of Lingering Oil Compounds in Coastal Sediments: A Nine Year Evolution;** Amy McKenna[1]; Huan Chen[1]; Cameron C. Davis[1]; Donald F Smith[1]; Sydney Niles[1,3]; Chad R. Weisbrod[1]; Gregory T. Blakney[1]; Aixin Hou[3]; Qianxin Lin[3]; Ryan P. Rodgers[1,2]; [1]National High Magnetic Field

## TUESDAY MORNING ORAL SESSIONS

Laboratory, Florida State University, Tallahassee, FL; [2]Florida State University, Tallahassee, FL; [3]Louisiana State University, Baton Rouge, LA

**TOE am 10:10** Advancing a Full Picture on Water-Soluble Synthetic Polymers in Wastewater- Different Ionization Strategies for Homologue Series Detection; Teresa Mairinger[1]; Martin Loos[2]; Juliane Hollender[1, 3]; [1]EAWAG: Swiss Federal Institute of Aquatic Science and Technology, Dübendorf, Switzerland; [2]Iooscomputing, Zurich, Switzerland; [3]Institute of Biogeochemistry and Pollutant Dynamics, ETH Zurich, Zurich, Switzerland

### 8:30 - 10:30 pm Tuesday
### PROTEIN-LIGAND INTERACTIONS
**Session Chair: Justin Benesch (University of Oxford)**
### B312-314

**TOF am 08:30** Semi-Tryptic Peptide Enrichment Strategy for Protein-Ligand Interaction Analysis on the Proteomic Scale Using Limited Proteolysis; Michael C. Fitzgerald[1]; Renza Ma[1]; Do-Yeon Kwon[1]; Tesia Stevenson[1]; Hyeri Park[1]; Jiyong Hong[1]; [1]Duke University, Durham, NC

**TOF am 08:50** Interactions between Integrin and Ligands: Conformational Changes upon Binding to RDG-type receptors; Roxana E. Iacob[1]; Yang Su[2]; Timothy A. Springer[2]; John R. Engen[1]; [1]Northeastern University, Boston, MA; [2]Harvard Medical School, Boston, MA; [3]Harvard Medical School, Boston, MA

**TOF am 09:10** A Single Experiment (LITPOMS) Reveals Composite Conformational Changes, Order of Binding, and Affinities for Calcium Binding to Calmodulin; Roger (Xiaoran) Liu[1]; Mengru Zhang[1]; Don L. Rempel[1]; Michael L. Gross[1]; [1]Washington University, St. Louis, MO

**TOF am 09:30** Ion Mobility-Mass Spectrometry of Peptidomimetic-Aβ Complexes: Towards Generalized Amyloid Inhibitors; Yilin Han[1]; Neha Jain[2]; Varun V. Gadkari[3]; Elizabeth Gichana[3]; Fredrick Almqvist[4]; Magdalena I. Ivanova[3]; Matthew T. Chapman[3]; Brandon T. Ruotolo[3]; [1]University of Michigan, Ann Arbor, MI; [2]Ahmedabad University, Ahmedabad, India; [3]University of Michigan, Ann Arbor, MI; [4]Umeå University, Umeå, Sweden

**TOF am 09:50** Combining Native Mass Spectrometry with Ion Mobility and Top-Down Approaches Provides Unique Insights into the Dynamics of Protein-RNA Interactions; Rebecca J. D'Esposito[1]; Alice Sosic[1]; Daniele Fabris[1]; [1]The RNA Institute, University at Albany, Albany, NY

**TOF am 10:10** Quantifying Soluble Protein Interactions with Glycolipids in Model Membranes; Ling Han[1]; Michele Richards[1]; Elena N Kitova[1]; John Klassen[1]; [1]University of Alberta, Edmonton, AB

### 8:30 - 10:30 pm Tuesday
### MS IN THE QC LAB
**Session Chair: Richard Rogers (Just Biotherapeutics)**
### Auditorium, Bldg A

**TOG am 08:30** A Software Tool for Automated, Fast, Flexible and Comprehensive Quality Control Analysis of Shotgun Proteomics Raw-Files; Christian D. Kelstrup[1]; Martin Rykaer[1]; Jeppe Madsen[1]; Jesper V. Olsen[1]; [1]CPR, University of Copenhagen, Copenhagen N, Denmark

**TOG am 08:50** QC Benchmarker: A Streamlined Web Application to Comprehensively Evaluate Instrument Performance and Direct Troubleshooting; Benjamin Neely[1]; Magnus

Palmblad[2]; [1]National Institute of Standards and Technology, Charleston, SC; [2]Leiden University Medical Center, Center for Proteomics and Metabolomics, Leiden, Netherlands

**TOG am 09:10** Multi-Attribute Method Evaluation of the High Resolution X500B Quadrupole Time-of-Flight System; Monica Sadek[1]; Frank Macchi[1]; Chengfeng Ren[1]; Benjamin Moore[1]; [1]Genentech, Inc., South San Francisco, CA

**TOG am 09:30** Meeting the Challenges of Implementing Accurate-Mass Mass Spectrometry for Biotherapeutic Development in Regulated/Non-Regulated Environments; Henry Shion[1]; Mellisa Ly[2]; Nilini Ranbaduge[1]; Ximo Zhang[1]; Yun Adelyunas[1]; Jonathan Pugh[3]; Robert Lewis[3]; Jill Lord[3]; Mark Halifax[3]; Nick Tomczyk[3]; Ying-Qing Yu[1]; Jason Rouse[2]; Weibin Chen[1]; [1]Waters Corporation, Milford, MA; [2]Pfizer, Andover, MA; [3]Waters Corporation, Wilmslow, United Kingdom

**TOG am 09:50** Understanding Biotherapeutic Product Quality Attributes through a Multi-Attribute Method (MAM) Lab-of-the-Future; Andrew William Dawdy[1]; Kristin Boggio[2]; Keith Lutke[1]; Anastasiya Manuilov[2]; Tiffany Medwid[1]; Halyna Narepekha[1]; Wenqin Ni[2]; Nataliya Parahuz[1]; Himakshi Patel[2]; Thomas Powers[1]; David Ripley[2]; Amy Schmidt[2]; Justin Sperry[1]; Matthew Thompson[2]; Joshua Woods[1]; Ying Zhang[2]; Richard Cornell[2]; Sonia Taktak[2]; Carly Daniels[1]; Keith Johnson[2]; Olga Friese[1]; Jason Rouse[2]; [1]Pfizer, Chesterfield, MO; [2]Pfizer, Andover, MA

**TOG am 10:10** Strategies and Practices for Implementing Multi-Attribute Method (MAM) in GMP Environment; Da Ren; Amgen Inc., Thousand Oaks, CA

### 8:30 - 10:30 pm Tuesday
### NUCLEIC ACIDS AND OLIGONUCLEOTIDES
**Session Chair: Satoko Akashi (Yokohama City University)**
### A411-412

**TOH am 08:30** Nucleic Acids Biophysics by In-Solution HDX/Native MS; Eric Largy[1]; Laura Fricot[1]; Anaïs Ferrer[1]; Valérie Gabelica[1]; [1]Université de Bordeaux, INSERM U1212, CNRS UMR 5320, IECB, Pessac, France

**TOH am 08:50** Duplex and Triplex siRNA-mAb Conjugate Product Confirmation for Pharma: Positive or Negative Native nESI MS; Iain D G Campuzano[1]; Carter Lantz[2]; Chawita Netirojjanakul[3]; Sara C Humphreys[1]; Mai B Thayer[1]; Joseph A Loo[2]; [1]Amgen Inc., Thousand Oaks, CA; [2]UCLA, Los Angeles, CA; [3]Amgen, Inc., Thousand Oaks, CA; [4]Amgen, South San Francisco

**TOH am 09:10** Combining Different Solution Denaturation Techniques to Expand the Limits of Top-Down Analysis of Large Ribonucleic Acids; Will McIntyre[1]; Thomas Kenderdine[1]; Botros Toro[1]; Ryan Treen[1]; Alice Sosic[1]; Daniele Fabris[1]; [1]SUNY Albany, NY

**TOH am 09:30** Using Nucleic Acid Stable Isotope Labeling Mass Spectrometry (NAIL-MS) to Unlock the Mysteries Surrounding RNA Modifications; Kayla Borland[1]; Felix Hagelskamp[1]; Valentin Reichle[1]; Matthias Heiss[1]; Stefanie Kellner[1]; [1]Ludwig-Maximilians-University, Munich, Germany

**TOH am 09:50** The Landscape of Post-Transcriptional Modifications in Human tRNA; Hendrik Weisser[1]; Jack Rogan[1]; Byron Andrews[1]; [1]STORM Therapeutics Limited, Cambridge, United Kingdom

## TUESDAY MORNING AND AFTERNOON ORAL SESSIONS

**TOH am 10:10**  **The Role of Bioanalytical Assays in Supporting the Development of a siRNA Nanoparticle Drug;** Uma Kavita[1]; Neil Mathias[1]; Fulya Akpinar[1]; Giridhar S. Tirucherai[1]; Renuka C. Pillutla[1]; Qin C. Ji[1]; [1]Bristol-Myers Squibb Co., Princeton, NJ



**10:30 am - 2:30 pm Tuesday**
**TUESDAY POSTER SESSION**
**Poster/Exhibit Hall ground level**
*Lunch concessions are open 11:00 am - 2:00 pm*

**Odd-number posters present:**
10:30 am - 11:30 am PLUS 12:30 - 2:30 pm

**Even-number posters present:**
10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm

**Poster Pick-Me-Up Snacks served at 1:30 pm**

## TUESDAY AFTERNOON ORAL SESSIONS

**2:30 - 4:30 pm Tuesday**
**INFORMATICS: DATA-INDEPENDENT ACQUISITION**
Session Chair: Bernd Wollscheid (Institute of Molecular Systems Biology, ETH Zürich)
Murphy Ballroom, Bldg B, Level 5

**TOA pm 02:30**  **Mobi-DIK (Ion Mobility DIA Analysis Kit): Targeted Analysis Software for diaPASEF Data Improves Proteome Coverage;** Annie Ha[1]; Max Frank[1]; Florian Meier[2]; Andreas-David Brunner[2]; Stephanie Kaspar-Schönefeld[3]; Scarlet Koch[3]; Markus Lubeck[3]; Oliver Raether[3]; Ben C Collins[4]; Ruedi Aebersold[4]; Matthias Mann[2, 5]; Hannes Röst[1]; [1]Donnelly Centre for Cell and Molecular Research, University of Toronto, Toronto, ON; [2]Max Planck Institute of Biochemistry, Martinsried, Germany; [3]Bruker Daltonik GmbH, Bremen, Germany; [4]ETH Zurich, Zurich, Switzerland; [5]NNF Center for Protein Research University of Copenhagen, Copenhagen, Denmark

**TOA pm 02:50**  **"Library-Free" DIA Analysis: Using Proteome-Wide in-silico Generated Spectral Libraries by Prosit for DIA Data Analysis;** Tobias Schmidt[1]; Daniel P Zolg[1]; Siegfried Gessulat[1, 2]; Oliver M. Bernhardt[3]; Tejas Gandhi[3]; Patroklos Samaras[1]; Martin Frejno[1]; Hans-Christian Ehrlich[2]; Lukas Reiter[3]; Bernhard Kuster[1]; Mathias Wilhelm[1]; [1]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany; [2]SAP SE, Potsdam, Germany; [3]Biognosys, Schlieren, Switzerland

**TOA pm 03:10**  **Increasing the Dynamic Range of Data Independent Acquisition (DIA) by Fusing BoxCar MS1 With Segmented MS2;** Florian Meier[1]; Roland Bruderer[3]; Oliver M. Bernhardt[3]; Tabiwang N. Arrey[3]; Tejas Gandhi[3]; Yue Xuan[3]; Oliver Lange[3]; Alexander Makarov[3]; Alexander Harder[3]; Lukas Reiter[2]; Matthias Mann[1]; [1]Max Planck Institute of Biochemistry, Martinsried, Germany; [2]Biognosys AG, Schlieren, Switzerland; [3]Thermo Fisher Scientific, Bremen, Germany; [4]Thermo Fisher Scientific, Bremen, Germany

**TOA pm 03:30**  **Avant-Garde: Your DIA Data Sommelier to Assess and Improve Quantitative Suitability in Large Datasets;** Sebastian Vaca[1]; Karen E. Christianson[1]; Nicholas Schulman[1]; Karsten Krug[1]; Katherine C. DeRuff[1]; Ryan Peckner[1]; Malvina Papanastasiou[1]; Michael J. MacCoss[2]; Jacob D. Jaffe[1]; Steven A. Carr[1]; [1]Broad Institute of MIT and Harvard, Cambridge, [2]University of Washington, Seattle, WA

**TOA pm 03:50**  **ISObaric Modification Extraction and Resolvement (ISOMER);** Zuofei Yuan[1]; Simone Sidoli[1]; Katarzyna Kulej[1, 2]; Benjamin A. Garcia[1]; [1]University of Pennsylvania, Philadelphia, PA; [2]The Children's Hospital of Philadelphia, Philadelphia, PA

**TOA pm 04:10**  **An Open Searching Strategy for Identification and Quantification of Expressed Variants in Serum and Plasma;** Matthew Foster[1]; Emily Ko[1]; J. Will Thompson[1]; Sunil Suchindran[1]; Sarah Rains[1]; Rose Asrican[1]; L. Gayani Tillekeratne[1]; Matthew Rubach[1]; Thomas Burke[1]; Elizabeth Petzold[1]; Christopher Woods[1]; M. Arthur Moseley[1]; [1]Duke University, Durham, NC

**2:30 - 4:30 pm Tuesday**
**GC/MS, GCXGC/MS, GC-MS/MS, AND GC/HRMS**
Session Chair: David Touboul (CNRS-ICSN)
B401-402

**TOB pm 02:30**  **Enantiomeric Profiling of Terpenes in Plant Material Using Gas Chromatography-Mass Spectrometry;** Seamus Riordan-short[1]; Don Nguyen[1]; Thu-Thuy Dang[1]; Rob O'Brien[1]; Matthew Noestheden[1]; [1]Supra R&D, Kelowna, BC

**TOB pm 02:50**  **Evaluating the Volatile Constituents of Different Cannabis Varieties using Solventless Sample Preparation and Orbitrap Based MS Detection;** Gvorgy Vas; VasAnalytical, Flemington, NJ

**TOB pm 03:10**  **Covalent Adduct Chemical Ionization (CACI-) MS/MS for Assignment of Double Bond Position without Standards on a Shimadzu Triple Quadrupole MS;** Tom Brenna[1]; Hui Gyu Park[1]; Zhen Wang[1]; Dong Hao Wang[1]; Riki Kitano[2]; [1]University of Texas, Austin, TX; [2]Shimadzu Scientific Instruments, Inc., Columbia, MD

**TOB pm 03:30**  **Extending the Range of Compounds Amenable for GC-MS Analysis with Cold EI – Recent Applications;** Aviv Amirav[1]; Alexander B. Fialkov[1]; Ksenia Kladchenko[1]; Tal Alon[1]; [1]Tel-Aviv University, Tel-Aviv, Israel

**TOB pm 03:50**  **Large Scale Breath Monitoring for Asthma Phenotyping;** Jean-François Focant[1]; Delphine Zanella[1]; Pierre-Hugues Stefanuto[1]; Florence Schleich[2]; Renaud Louis[2]; [1]Liège University, Liège, Belgium; [2]Liège University Hospital, Liège, Belgium



**TOB pm 04:10** GNPS GC Enables Automated Processing, Annotation and Visualization of Large Scale GC-MS Metabolomics Datasets; Alexander Aksenov[1]; Ivan Laponogov[2]; Mingxun Wang[3]; Dennis Veselkov[4]; Zheng Zhang[3]; Louis Felix Nothias[3]; Alexey Melnik[3]; Pieter Dorrestein[3]; Kirill Veselkov[2]; [1]UCSD, La Jolla, CA; [2]Imperial College London, London, United Kingdom; [3]University of California San Diego, La Jolla, CA; [4]Intelligify Limited, London, United Kingdom

**2:30 - 4:30 pm Tuesday**
**TOP DOWN PROTEIN ANALYSIS**
**Session Chair: Ryan Kelly (Brigham Young University)**
**B405-407**

**TOC pm 02:30** Large-Scale Top-Down Proteomics Across Two-Dozen Cell Types from Human Blood and Bone Marrow; Rafael D Melani[1]; Robert V Gerbasi[1]; Jacek W Sikora[1]; Josiah E Hutton[1]; Jeannie M Camarillo[1]; Timothy Toby[1]; Kristina Srzentić[1]; Richard D Leduc[1]; Ryan T Fellers[1]; Joseph B Greer[1]; Andy I Kokaji[2]; Lissa C Anderson[3]; Christopher L. Hendrickson[3]; Paul M Thomas[1]; Neil L Kelleher[1]; [1]Northwestern University, Evanston, IL; [2]STEMCELL Technologies Inc., Vancouver, BC; [3]NHMFL-FSU, Tallahassee, FL

**TOC pm 02:50** Direct Mass Spectrometry Analysis of Protein Complexes and Intact Proteins Up to 70 kDa from Tissue; Helen Cooper[1]; Rian Griffiths[1]; Albert Konijnenberg[2]; Rosa Viner[3]; [1]University of Birmingham, Birmingham, United Kingdom; [2]Thermo Fisher Scientific, Eindhoven, Netherlands; [3]Thermo Fisher Scientific, San Jose, CA

**TOC pm 03:10** Advancing High-Throughput Top-Down Analysis of Proteoforms up to 60 kDa using a Modified Orbitrap Tribrid Mass Spectrometer; Michael W. Senko[1]; Romain Huguet[1]; Kristina Srzentić[2]; Vlad Zabrouskov[1]; Jesse D. Canterbury[1]; Christopher Mullen[1]; John E. P. Syka[1]; Luca Fornelli[3]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Cambridge, MA; [3]University of Oklahoma, Norman, OK

**TOC pm 03:30** Capillary Zone Electrophoresis-Tandem Mass Spectrometry with Activated Ion Electron Transfer Dissociation and Ultraviolet Photodissociation for Large-Scale Top-Down Proteomics; Eli McCool[1]; Jean Lodge[2]; Yansheng Liu[3]; Joshua J Coon[2]; Liangliang Sun[1]; [1]Michigan State University, East Lansing; [2]University of Wisconsin, Madison, WI; [3]Yale University School of Medicine, West Haven, CT

**TOC pm 03:50** Extending the Upper Mass Range Available to Top-Down Proteomics with 21 T-FTICR MS; Lissa C. Anderson[1]; Chad R. Weisbrod[1]; David S. Butcher[1]; Christopher L. Hendrickson[1]; [1]NHMFL-FSU, Tallahassee, FL

**TOC pm 04:10** The Use of Top-Down Sequencing in the Evaluation of Enzyme Specificity of Streptococcal Cysteine Protease SpeB on Human IgG2; Anja Resemann[1]; Waltraud Evers[1]; Robert Kane[2]; Fredrik Olsson[3]; Guillaume Tremintin[4]; Lars Vorwerg[1]; Detlev Suckau[1]; [1]Bruker Daltonics, Bremen, Germany; [2]Bruker Daltonics Inc., Billerica, MA; [3]Genovis AB, Lund, Sweden; [4]Bruker Scientific, San Jose, CA

**2:30 - 4:30 pm Tuesday**
**DRUG TARGET IDENTIFICATION BY MS**
**Session Chair: Angela I. Calderon (Auburn University)**
**B302-305**

**TOD pm 02:30** Proteome Wide Unbiased Target Identification for Radiation Mitigating Drug Candidate Using Thermal Proteome Profiling; Kate Liu[1]; Constance Yuen[1]; William H. McBride[1]; Robert Damoiseaux[1]; Julian P. Whitelegge[1]; Joseph A. Loo[1]; [1]UCLA, Los Angeles, CA

**TOD pm 02:50** Development of a Novel Drug Target Identification Platform Based on Size (DTIPS); Yanting Guo[1]; Zhe Wang[1]; Dahang Yu[1]; Kellye A Cupp-Sutton[1]; Si Wu[1]; [1]University of Oklahoma, Norman, OK

**TOD pm 03:10** The Good, the Bad and the Ugly - Thermal Stability Changes for Targets, Off-Targets and Non-Targets of Small Molecule Drugs; Alexey Chernobrovkin[1]; Cindy Caceres Körner[1]; Tomas Friman[1]; Johan Lengqvist[1]; Maria Thaslrup[2]; Matilda Degn Vinther[2]; Daniel Martinez Molina[1]; [1]Pelago Bioscience AB, Solna, Sweden; [2]Rigshospitalet, Copenhagen, Denmark

**TOD pm 03:30** Integrative Mass Spectrometry and RNA-Sequencing Identifies DLK1 as a Candidate Immunotherapeutic Target in Neuroblastoma; Amber K. Weiner[1,2]; Alexander B. Radaoui[2]; Simone Sidoli[1]; Karina L. Conkrite[2]; Zalman Vaksman[2]; Komal S. Rathi[2]; Pichal Raman[2]; Jo Lynne Harenza-Rokita[2]; Dan Martinez[2]; Tricia Bhatti[2]; Matthew Tsang[2]; Bruce Pawel[2]; Benjamin A. Garcia[1]; John M. Maris[1,2]; Sharon J. Diskin[1,2]; [1]University of Pennsylvania, Philadelphia, PA; [2]Children's Hospital of Philadelphia, Philadelphia, PA

**TOD pm 03:50** Mechanism and Dynamics of SAMT Analog Inactivation of HIV-1 Gag Polyprotein; Lisa M. Miller Jenkins[1]; Elliott L. Paine[1]; Lalit Deshmukh[2, 3]; Herman Nikolayevskiy[2]; Gaelyn C. Lyons[1]; John M. Louis[2]; Robert J. Gorelick[4]; David E. Ott[4]; G. Marius Clore[2]; Daniel H. Appella[2]; [1]National Cancer Institute, Bethesda, MD; [2]National Institute of Diabetes and Digestive and Kidney Diseases, Bethesda, MD; [3]University of California San Diego, La Jolla, CA; [4]Frederick Nat'l Lab for Cancer Research, Frederick, MD

**TOD pm 04:10** Illuminating the Druggable Proteome: Deconvolution of Drug Action by Multi-Omics, Thermal Profiling and High-Content Screening; Doug Chapnick[1]; Christopher Ebmeier[1]; Kerri Ball[1]; Stephen Coleman[1]; Jeremy Jacobsen[1]; Kristofor Webb[1]; Travis Nemkov[2]; Xuedong Liu[1]; Michael Stowell[1]; Angelo D'Alessandro[2]; William Old[1]; [1]University of Colorado Boulder, Boulder, CO; [2]University of Colorado, Denver - Anschutz, Aurora, CO

**2:30 - 4:30 pm Tuesday**
**FOOD SAFETY & CHEMISTRY: INNOVATIONS**
**Session Chair: Christine Fisher (US Food & Drug Administration)**
**B308-309**

**TOE pm 02:30** Sensitive Multi-Mycotoxin Biomonitoring in Breast Milk by LC-MS/MS; Dominik Braun[1]; Maximilian Eiser[1]; Doris Marko[1]; Benedikt Warth[1]; [1]University of Vienna, Faculty of Chemistry, Department of Food Chemistry and Toxicology, Vienna, Austria

**TOE pm 02:50** Formation of Toxic Iodinated Disinfection Byproducts during the Cooking of Pasta with Iodized Table Salt; Huiyu Dong[1,2]; Ilona Nordhorn[1]; Karsten Lamann[1]; Danielle C. Westerman[1]; Hannah K Liberatore[1]; Susan D. Richardson[1]; [1]University of



South Carolina, Columbia, SC; [2]Research Center for Eco-Environmental Sciences, Chinese Academy of Sciences, Beijing, China

**TOE pm 03:10  Rapid Retrospective Assessment of Exposure of Cattle to Pesticides, Growth Promotors, Antibiotics by Use of In-House Developed Software Tools;** Marco Blokland[1]; Arjen Lommen[1]; Robin Wegh[1]; Frederike van Tricht[1]; Hans Mol[1]; Michel W.F. Nielen[1]; [1]RIKILT, Wageningen, Netherlands

**TOE pm 03:30  Utilization of the MasSpec Pen for Rapid and Direct Investigation of Meat Fraud;** Abigail Galmaitan[1]; Jialing Zhang[1]; John Q. Lin[1]; Livia S Eberlin[1]; [1]University of Texas, Department of Chemistry, Austin, TX

**TOE pm 03:50  Ambient Ionization Coupled with a Miniature Mass Spectrometer for Rapid Analysis of Adulterated Additives in Food;** Xianshuang Meng[1]; Qiang Ma[1]; [1]Chinese Academy of Inspection and Quarantine, Beijing, China

**TOE pm 04:10  Innovations in Food Safety Assessment of Genetically Modified Crops – the Deregulation of a Sustainable Source of Omega-3 Oils;** Michelle Colgrave; CSIRO, St Lucia, Australia

### 2:30 - 4:30 pm Tuesday
### CANCER RESEARCH
Session Chair: Erik Cressman (MD Anderson)
B312-314

**TOF pm 02:30  Proteomic Profiling of Cancer Cell Exosomes;** Kelly Servage[1]; Karoliina Stefanius[1]; Kim Orth[1]; [1]UT Southwestern Medical Center, Dallas, TX

**TOF pm 02:50  MALDI Detection of Exosomes for Cancer Studies;** Hubert H. Girault[1]; Yingdi Zhu[1]; [1]Ecole Polytechnique Fédérale de Lausanne (EPFL), Sion, Switzerland

**TOF pm 03:10  Live Single Cell Mass Spectrometry Reveals Cancer-Specific Metabolic Profiles of Circulating Tumor Cells;** Yasmine Abouleila[1]; Kaoru Onidani[2]; Ahmed Ali[1]; Eiso Hiyama[3]; Yoshihiro Shimizu[1]; Kazafumi Honda[2]; [1]RIKEN, Osaka, Japan; [2]National Cancer Institute, Tokyo, Japan; [3]Hiroshima University, Hiroshima, Japan

**TOF pm 03:30  Tumor and CD8 T Cells Metabolism and Consumption in the Tumor Microenvironment;** Lauranne Poncelet[1,2]; Rima Alt-Belkacem[1]; Pierre Levy[3]; Maarten Ligtenberg[3]; Daniel Peeper[3]; Jonathan Stauber[1]; [1]Imabiotech, Loos, France; [2]Université de Lille, Lille, France; [3]Netherlands Cancer Insitute, Molecular oncology and Immunology department, Amsterdam, Netherlands; [4]ImaBiotech Corp, Boston, MA

**TOF pm 03:50  Multisite Multimodal Mass Spectrometry Imaging of Organoids, Cell Extracts, and GEMMs to Explore Metabolic Changes in Colorectal Cancer Mutants;** Chelsea J Nikula[1]; Rory T. Steven[1]; Alex Dexter[1]; Efstathios A. Elia[1]; Teresa I. Murta[1]; Bin Yan[1]; Andrew D. Campbell[2]; Arafath K. Najumudeen[2]; Gregory Hamm[3]; David Gay[2]; Lucas Zeiger[2]; Aurelien Tripp[4]; Vincen Wu[5]; James S. McKenzie[5]; Paolo Inglese[5]; Jean-Luc Vorng[5]; Seyma Turkseven[5]; Simon Cameron[5]; Stefania Maneta-Stavrakaki[5]; Spencer A. Thomas[1]; Adam J. Taylor[1]; Ala Al-Afeef[1]; Tingting Fu[1]; Kenneth N. Robinson[1]; Weiwei Zhou[1]; Xavier Loizeau[1]; Ian S. Gilmore[1]; Richard J.A. Goodwin[3]; George Poulogiannis[4]; Zoltan Takats[5]; Owen J. Sansom[2]; Josephine Bunch[1,5]; [1]National Physical Laboratory,

London, United Kingdom; [2]Cancer Research UK Beatson Institute, Department of Invasion and Metastasis, University of Glasgow, United Kingdom; [3]AstraZeneca, iMED, United Kingdom; [4]Institute of Cancer Research, Division of Cancer Biology, United Kingdom; [5]Imperial College London, Department of Surgery and Cancer, United Kingdom

**TOF pm 04:10  Interim Proteomic Analysis of Ovarian Cancer by the US Cancer Moonshot's Applied Proteogenomic Organizational Learning and Outcomes (APOLLO) Program;** Nicholas Bateman[1,2]; Kathleen Darcy[1,2]; Emmanuel Petricoin[3]; Brian Hood[1]; Ming Zhao[4]; Kelly Conrads[1]; Christopher Tarney[1]; Christine Rojas[1]; Guisong Wang[1]; Craig Shriver[2]; Yovanni Casablanca[1,2]; George Larry Maxwell[1,2,4]; Thomas P. Conrads[1,2,4]; [1]Gynecologic Cancer Center of Excellence, Annandale, VA; [2]John P. Murtha Cancer Center, Bethesda, MD; [3]Center for Applied Proteogenomics, George Mason University, Manassas, VA; [4]Inova Schar Cancer Institute, Annandale, VA

### 2:30 - 4:30 pm Tuesday
### INSTRUMENTATION: INNOVATIVE SEPARATIONS APPROACHES COUPLED TO MS
Session Chair: Xing-Fang Li (University of Alberta)
Auditorium, Bldg A

**TOG pm 02:30  The N-glycome Development Plan during Vertebrate Embryogenesis;** Yanyan Qu[1]; Zhenbin Zhang[1]; Michael Westphall[2]; Paul Huber[1]; Josh Coon[2]; Norman Dovichi[1]; [1]University of Notre Dame, Notre Dame, IN; [2]University of Wisconsin, Madison, WI

**TOG pm 02:50  Novel Capillary Columns for Bottom-Up and Top-Down Strategies Based Proteome Analysis;** Yu Liang[1]; Yutong Jing[2]; Lihua Zhang[1]; Yukui Zhang[1]; Ying Ge[2]; [1]Dalian Institute of Chemical Physics, Chinese Academy of Sciences, Dalian, China; [2]University of Wisconsin, Madison, WI

**TOG pm 03:10  Improved Sensitivity for Single Cell Proteomics Using micro-Chip Pillar Arrays;** Karl Mechtler[1]; Claudia Ctortecka[1,2]; Jeff Op Beck[3]; Paul Jacobs[3]; Gert Van Raemdonck[3]; Gabriela Krssakova[1,2]; Johannes Stadlmann[1,2]; [1]Research Institute of Molecular Pathology (IMP), Vienna, Austria; [2]IMBA Institute of Molecular Biotechnology of the Austrian Academy of Sciences,, Vienna, Austria; [3]PharmaFluidics, Ghent, Belgium

**TOG pm 03:30  Comprehensive Target and Non-Target Analysis of Unregulated Disinfection Byproducts with High Resolution Mass Spectrometry in Drinking Water;** Susana Y Kimura Hara[1]; Amy A. Cuthbertson[2]; Raphael Acabaya[1,3]; Cassiana Montagner Raimundo[3]; Susan D. Richardson[2]; [1]University of Calgary, Calgary, AB; [2]University of South Carolina, Columbia, SC; [3]Campinas University, Campinas, Brazil

**TOG pm 03:50  Coupling Advanced Chromatographic Methods for Analysis of Petroleum Products and Asphaltenes with On-line Detection by 21 T FT-ICR MS;** Jonathan Putman[1,2]; Donald F Smith[1]; Chad R. Weisbrod[1]; Steven M Rowland[1]; Martha L. Chacón-Patiño[1]; Yuri E. Corilo[1]; Greg T. Blakney[1]; Christopher L. Hendrickson[1,2]; Ryan P. Rodgers[1,2]; Alan G. Marshall[1,2]; [1]National High Magnetic Field Laboratory, Florida State University, Tallahassee, FL; [2]Department of Chemistry and Biochemistry, Florida State University, Tallahassee, FL

Case 5:22-cv-01213-TAD-KDM   Document 348-3   Filed 10/26/23   Page 46 of 298 PageID #: 28220


TOG pm 04:10 **High-Throughput Analysis of Phospholipid Isomers by Online Photochemical Derivatization and RPLC-MS;** Wenpeng Zhang[1,3]; Bing Shang[1,3]; Qinhua Chen[3]; Zheng Ouyang[4]; Yu Xia[1,2]; [1]Department of Chemistry, Tsinghua University, Beijing, China; [2]Department of Chemistry, Purdue University, West Lafayette, IN 47907; [3]Affiliated Dongfeng Hospital, Hubei University of Medicine, Shiyan, China; [4]State Key Laboratory of Precision Measurement Technology and Instruments, Department of Precision Instruments, Tsinghua University, Beijing, China

2:30 - 4:30 pm Tuesday
**ENERGY, PETROLEUM, AND BIOFUELS: INSTRUMENTATION AND APPLICATIONS**
Session Chair: Amy McKenna
(National High Magnetic Field Laboratory)
A411-412

TOH pm 02:30 **Pseudo-Quantitative Approach for Molecular Nitrogen Compounds Analysis in Gas Oils and Vacuum Gas Oils Using FT-ICR/MS, GCxGC-NCD and GCxGC/HRMS;** Julie Guillemant[1]; Florian Albrieux[1]; Luis Pereira de Oliveira[1]; Marion Lacoue-Nègre[1]; Ludovic Duponchel[2]; Jean-François Joly[1]; [1]Institut Francais du Petrole et Energies Nouvelles, Solaize, France; [2]LASIR, Lille, France

TOH pm 02:50 **Extending the Application Range of a GCxGC High-Resolution TOF-MS platform for Fuel Analysis by Hyphenation to Thermal Analysis Techniques;** Uwe Kaefer[1,2]; Christopher Paul Rüger[2]; Thomas Gröger[1]; Mohammad Saraji-Bozorgzad[3]; Thomas Wilharm[4]; Ralf Zimmermann[1,2]; [1]Joint Mass Spectrometry Centre, Comprehensive Molecular Analytics, Helmholtz Zentrum München, Neuherberg, Germany; [2]Joint Mass Spectrometry Centre, Chair of Analytical Chemistry, University of Rostock, Rostock, Germany; [3]Photonion GmbH, Schwerin, Germany; [4]ASG Analytik-Service Gesellschaft mbH, Neusäss, Germany

TOH pm 03:10 **Case Studies in Oil Spill Forensics: Finding Petroleum Biomarkers with GCxGC-TOFMS;** Christina Kelly[1]; Joseph E Binkley[1]; Lorne M Fell[1]; Robert K Nelson[2]; Christopher M Reddy[2]; [1]LECO Corporation, Saint Joseph, MI; [2]Woods Hole Oceanographic Institution, Woods Hole, MA

TOH pm 03:30 **Structural Analysis of Compounds Refractory to the Hydrodenitrogenation Process of Heavy Oil Fractions by Ion Mobility Coupled with Mass Spectrometry;** Johann Le Maître[1,3]; Marie Hubert-Roux[1]; Benoit Paupy[2]; Sabrina Marceau[2]; Christopher Rüger[1]; Carlos Afonso[1]; Pierre Giusti[2]; [1]Normandy University, COBRA laboratory, Mont Saint Aignan, France; [2]Total Research & Technology Gonfreville, Harfleur, France

TOH pm 03:50 **Obtaining Tandem Mass Spectra of Individual Crude Oil Compounds within Narrow m/z Windows Using Cyclic Ion Mobility Mass Spectrometry;** Eunji Cho[1]; Eleanor Riches[2]; Martin Palmer[2]; Kevin Giles[2]; Jakub Ujma[2]; Yunju Cho[3]; Sunghwan Kim[1,3]; [1]Kyungpook National University, Daegu, South Korea; [2]Waters Corporation, Wilmslow, United Kingdom; [3]Green-Nano Materials Research Center, Daegu, South Korea

TOH pm 04:10 **Recent Developments in Petroleum Characterization by Advanced Chromatography and Mass Spectrometry;** Kuangnan Qian; ExxonMobil Research Engineering, Annandale, NJ

4:45-5:30 pm Tuesday
**BIEMANN MEDAL LECTURE**
Richard A. Yost (University of Florida), presiding
Murphy Ballroom, Bldg B, Level 5

**Presentation of Research Award at Primarily Undergraduate Institution (PUI)**
- Award sponsored by Agilent Technologies presented by Bryan Miller to Callie Cole (Fort Lewis College)

**Presentation of the Research Awards**
- Award sponsored by Bruker presented by Rohan A. Thakur to James F. Davies (University of California, Riverside).
- Award sponsored by Thermo Scientific presented by Iain Mylchreest to Nicolas L. Young (Baylor College of Medicine).
- Award sponsored by Waters Corporation presented by Lance Nicolaysen to Eleanor Browne (University of Colorado, Boulder)



**Biemann Medal**

**Sarah Trimpin**
Wayne State University

**5:45 - 7:00 PM TUESDAY WORKSHOPS**

There will be light refreshments in Building A foyers. All workshops are in Building A.

**01 Top Down Proteomics: Advancing Widespread Adoption and Expanding Applications**
(Top-Down Proteomics Interest Group)
Presiding: Nicolas Young, Frederik Lermyte
A402-403

Top-down protein mass spectrometry allows comprehensive characterization of proteoforms from complex mixtures and avoids many of the pitfalls associated with traditional bottom-up workflows. While the top-down approach is conceptually simple, a number of significant technical challenges must be overcome in order to successfully perform a top-down experiment. This combination of utility and difficulty has led to the creation and rapid expansion of the multinational Consortium for Top-Down Proteomics in 2012. In this workshop, we will bring together experienced and novice top-down mass spectrometry users in order to promote the development and democratization of these methods. The primary emphasis will be open discussion and debate. The selected topics and formal introductions will serve primarily to educate and provide greater accessibility to novice participants and induce discourse from a wide range of voices. We will discuss the following topics: Introduction to top-down proteomics and practical implementation in your laboratory; community initiatives and standardization; metrics for identification and accurate quantitation in biomedical research; and native mass spectrometry and native top-down proteomics. Each topic will be introduced by a 5-minute lightning talk, followed by approximately 10 minutes of audience discussion and debate. Thus, the majority of the workshop will be audience participation and a lively discussion amongst attendees. Contact workshop chairs if you are interested in presenting an introduction to spark the discussion of a topic.

**02 Networking for Scientists: Celebrating Women Mass Spectrometrists (Year 2)**
Presiding: Erin Baker, Anumita Saha
A404-405

In our second year of the Celebrating Women Mass Spectrometrists Workshop, we will utilize feedback from last year to refine our workshop. Due to the desire for more networking, this year we will start with a



**5:45 – 7:00 PM TUESDAY WORKSHOPS**

**There will be light refreshments in Building A foyers. All workshops are in Building A.**

panel of ~6 women mass spectrometrists who have excelled in diverse careers in academia, industry and government. The session will kick off with panelists introducing themselves and giving a brief summary of their career paths. Then we will allow questions from the audience until there is ~30 min left in the workshop. At this time, the panelists will disperse in the room for one-on-one interaction with the audience. We feel this will give anyone who would like to attend, the chance to meet these women and ask them specific questions about their career paths in a social and non-threatening environment.

**03 Say No to Drugs: Forensic Applications Outside of Traditional Illicit Drug Analysis**
**(Forensics & Homeland Security Interest Group)**
**Presiding: Christopher Mulligan, Brittany Casey**
**A406–407**
As almost any chemical species could be potential evidence and/or a threat, given that it was involved in or alludes to criminal activities, the fields of forensic science and homeland security are some of the most demanding and comprehensive. To further complicate the issue, the large breadth of chemical targets can be found in various states of matter, as residues on many different substrates, or in the presence of complex chemical/biological matrices. Thus, forensic and security science has matured concurrently with advancements in analytical chemistry, and almost all processing of chemical substances incorporates some aspect of instrumental analysis.

Of the commonly-utilized instrumentation in these areas, mass spectrometry has a prominent role and is considered to be a "gold standard" technique (in the form of GC/MS) for illicit substance analysis. While much emphasis and effort (as evidenced by the recent Census of Publicly Funded Forensic Crime Laboratories by the Bureau of Justice Statistics) goes towards illicit drugs, the sensitivity and selectivity of MS-based methods are employed in many other areas of interest. This year, the workshop will move away from abused drugs to highlight other application areas of critical importance to forensic science and homeland security, such as chemical threats/CWAs, explosives/ firearms, toxicology, etc. Through discussions with a panel of scientists from the federal, private and academic sectors, the audience will gain insight into how researchers employ MS strategies in these important areas.

**04 Proteoform Identification and Quantification Using Toppic Suite**
**Presiding: Xiaowen Liu, Si Wu, Liangliang Sun**
**A408**
Top down mass spectrometry (MS) has gained increasing attention in the past decade because of its capability to sequence whole proteoforms with post-translational modifications (PTMs) and other alterations. Although many computational methods have been developed for top-down MS data analysis, it is still challenging for MS labs to efficiently identify and quantify proteoforms because of the complexity of the data and methods. TopPIC suite is an open source software package that is routinely used for proteoform identification and characterization by top-down MS. In this workshop, we will present the computational methods of the tools in TopPIC suite for spectral deconvolution and the identification of proteoforms with unknown alterations and those with multiple variable PTMS, and demonstrate new functions such as proteoform quantification and data visualization. We will give tutorials on applying the tools to various research problems ranging from phosphorylated proteoform identification to native proteomics. We will discuss with users and collect their feedback and suggestions for further improvement of the tools.

**05 Protein Biomarkers Method Development & Validation by LCMS, HRMS and Hybrid LBA/LCMS: Recent Advancements**
**(Regulated Bioanalysis Interest Group)**
**Presiding: Jian Wang, Dian Su, Fabio Garofolo**
**A410**
The 2019 Regulated Bioanalysis Interest Group (RBIG) Workshop is focused on recent advancements in protein biomarkers method development strategies  and regulated Biomarker Assays Validation (BAV) by LCMS, HRMS and hybrid LBA/LCMS. This workshop will develop further mass spectrometry community discussions and consensus on the recently published recommendations on this topic including:

- Neubert, Song, Lee et al. - 2017 White Paper in Bioanalysis - https://www.future-science.com/doi/pdf/10.4155/bio-2017-4973
- Neubert, Olah, Lee et al. - 2018 White Paper in Bioanalysis - https://www.future-science.com/doi/pdf/10.4155/bio-2018-0285
- "[...]Accessibility and innovative integration of advanced technologies have accelerated the development of hybrid LBA/LCMS, which has become an important bioanalytical platform to verify novel targets in discovery and confirm promising targets and biomarkers in early clinical development [...] Protein immunoaffinity techniques linked to MS (hybrid LBA/LCMS) have solidified their impact in translational research and in clinical analysis[...] This technique has been on an incredible journey in recent years that enabled growing adaptation through its use by an increasing number of practitioners and experts due to improved assay sensitivity and throughput, new reagents for capture approaches and automation of key steps, to name a few factors [...] Bioanalysts have advanced the ability from measuring soluble proteins to target engagement, moved from plasma to tissues including small biopsies, from soluble proteins to structural and membrane bound proteins and from concentration analysis to measuring protein synthesis rates." - excerpts from Bioanalysis (2017) 9(23) 1902-1903

Invited experts in this field will informally provide a wide range of perspectives on biomarkers method development and BAV by mass spectrometric techniques to stimulate an interactive & all-inclusive discussion with the audience

**06 Improving Scientific Writing Skills**
**Presiding: Chris Petucci**
**A307**
"The difference between the almost right word and the right word is really a large matter. It's the difference between the lightning bug and the lightning (Mark Twain)." A scientist's ability to clearly communicate ideas in written form has a major impact on his or her scientific reputation, obtaining grants, and publishing manuscripts. This workshop will be a hands-on session that includes essential grammar for scientists, writing grammatically correct sentences, and principles of logical paragraph development. At the conclusion of this workshop, you will have an increased knowledge of vital writing skills to prepare high quality manuscripts and other documents.

**07 Metal Ions and Non-Threshold Ion Activation in Biomolecules**
**(Metal Ion Coordination Chemistry Interest Group)**
**Presiding: Franklin E. Leach III**
**A309**
Biomolecular ions can interact with metal species in a variety of ways ranging from cofactors in metalloproteins to exchange with acidic protons.  These interactions lead to structural changes that can be deduced by mass spectrometry and can affect the utility of specific MS/MS approaches to provide sufficient structural information.  The workshop will focus on the application of non-threshold ion activation approaches (ExD, UVPD, CTD, etc.) to determine structure in biomolecules that interact with metal ions.  Short presentations (~8-10 mins) from the community that demonstrate a fundamental understanding or unique application of these MS/MS approaches in



## 5:45 – 7:00 PM TUESDAY WORKSHOPS

**There will be light refreshments in Building A foyers. All workshops are in Building A.**

metal ion systems will be given followed by time for discussion along with a series of lightning talks for any late breaking presentations of interest.

### 08 Protein Imaging - Are We There? Are All Issues Solved?
(Imaging MS Interest Group)
**Presiding: Martina Marchetti-Deschmann, Peggi Angel**
**A311**

MS Imaging allows to obtain detailed images of the spatial distribution of proteins in tissue and has tremendously progressed over the years. In this workshop experts will shortly introduce the participants to state-of-the-art protein imaging, covering aspects of specificity, dynamic range, protein identification and data interpretation. The speakers will foster discussions about potentials and limitations of protein imaging. This workshop is addressing everyone in the field, from beginners to experts and also those who are just interested in the method.

We moreover strongly encourage students and early stage researchers to give a short presentation (5 min/2-3 slides) on their perspectives of protein imaging, including insights or any challenges and limitations they face in this area. If you are interested in participating or have any questions, please contact us via email: martina.marchetti-deschmann@tuwien.ac.at; angelp@musc.edu

### 09 Metabolomics: Points of Agreement and Disagreement
(Metabolomics Interest Group)
**Presiding: Gary Patti, Jon Sobus**
**A312**

The field of metabolomics emerged nearly twenty years ago, and targeted methods to measure metabolites were in place decades before. Given the tens of thousands of studies that are now available on metabolite profiling, there has been increasing clarity on best practices to quantitate small molecules with mass spectrometry. The purpose of this workshop is to review such analytical procedures, while also discussing practices in which disagreement persists. Moderators will first present themes from the literature representing perspectives they feel are widely shared by many researchers in the community. This will include sample preparation, metabolite extraction, and data processing steps. Focus will be dedicated to analytical strategies that may not have been agreed upon 10-15 years ago, but where progress has been made towards consensus. To contrast generally shared perspectives, moderators will also present views where varying opinions still exist among the community. Some examples may include: (i) what experimental data should constitute various confidence levels when identifying a metabolite? (ii) what are the minimal requirements for data sharing? (iii) how should databases be organized? Critical to the workshop will be the participation of the audience, whose input will help reflect the broader opinion of the community. At the end of the workshop, we hope participants will have a clearer sense of some basic ideas where there is general agreement and disagreement in the field of metabolomics.

### 10 Environmental MS: Detection of Emerging Contaminants
(Environmental Applications Interest Group)
**Presiding: Chris Gill**
**A313**

New classes of compounds and contaminants emerge every decade, encouraging analytical scientists to come up with state-of-the-art methodologies for their analysis. New instrumentation in mass spectrometry is driving the field of unequivocal identification (accurate mass techniques) and lower detection limits (super sensitive instrumentation). This workshop will be focused broadly on discussing the best techniques and analytical approaches, including sample preparation, for the determination of important emerging contaminants that require generation of new methods, such as nanoparticles, microplastics and perfluorinated compounds (PFOS/PFOA). Presentations will be limited to briefly introduce the topic to prioritize active discussion among environmental scientists.

### 11 Visualization, Comparison and Accessibility of Large Data Sets
(Analytical Lab Managers Interest Group)
**Presiding: David Quilici, Samuel Mackintosh**
**A314**

Analytical laboratories face significant challenges related to the analysis and storage of large data sets on behalf of principal investigators, many of whom have little experience with data analysis themselves. These investigators need to be able to understand what they are looking at, search their data easily, and extract useful information. In addition, analytical labs have the responsibility to maintain consistent standards for data analysis and to store and share large data sets appropriately and economically. The 2019 ASMS Analytical Lab Managers Workshop will focus on potential solutions to some of these challenges. Specifically, the workshop will cover data visualization techniques, standards for data normalization and comparison, and approaches to data storage and sharing. Three fifteen-minute presentations will be given, with each talk followed by a ten-minute discussion period.

### 12 Advances in Polymer Mass Spectrometry - Architecture
(Polymeric Materials Interest Group)
**Presiding: Christina Mastromatteo, Jessica Hoskins**
**A315**

This year's meeting will consist of three distinct sections; a workshop, student poster elevator talks, and an open forum.

To start with, we will have two short tutorials on analysis of polymer architecture:
- KMD applications to polymer analysis
- Hydrogel crosslinking studied by mass spectrometry

Secondly, we will host a series of short Polymer Section poster presentations (3-5 min each) by any students / presenters regarding their upcoming posters. This will provide each presenter an opportunity to promote their work externally to a professional scientific audience in their specialized field.

There will then be an open forum, in which attendees are invited to ask about any particular issues or questions that they would like to ask for help with. In addition, input will be sought for future Workshop topics.

### 13 (Emotional) Intelligence Gathering
(Career Development Interest Group)
**Presiding: Lucinda Hittle, Charles Veltri**
**A316**

Have you ever wondered how to improve your ability to think on your feet, resolve conflicts with others, and manage your emotions more effectively? Emotional intelligence may be one of the most underestimated elements of a successful career. This workshop will take participants through a brief assessment of their emotional intelligence quotient (EQ) then break out into small group discussions facilitated by veteran scientists across diverse sectors including industry, government and non-profit agencies, and academia. The goals of this workshop will be to foster relationships across the society that span the boundaries of geography, age, level of experience, and academic training as well as enabling networking and small group discussions. No experience required, but imagination and an open mind are pre-requisites!

### 14 MS in Extractable and Leachable Analysis
**Presiding: Kate Comstock, Gyorgy Vas**
**A303**

Mass spectrometry plays an essential role in extractable and leachable (E&L) analysis. Complete E&L profiles require GC-MS, LC-MS, and ICP-MS analysis. The advancements in mass spectrometry instrumentation and new techniques provide new and much-needed tools for confident and comprehensive E&L profiling.



**5:45 - 7:00 PM TUESDAY WORKSHOPS**

There will be light refreshments in Building A foyers. All workshops are in Building A.

Currently, the increasing demands for E&L analysis are driven by growth in medical devices, single-use systems (SUS), continuous processing in bioproduction, etc. The variation in materials, applications, and interactions with contact media of these products pose new challenges for E&L analysis. Furthermore, the existing E&L regulations are lacking in clarification of acceptance for these new products.

There are many techniques and new developments for E&L analysis in terms of sample preparations, chromatographic separations, and data acquisitions by various mass spectrometry instruments. In addition, the data processing and interpretation often are rate-limiting factors, and there is an urgent need for efficient, easy-to-use data processing software, E&L database and spectral libraries, and result reports generator.

This workshop will provide a venue for E&L analysis scientists to discuss all the above issues, exchange practices, also present problems and challenges concerning mass spectrometry instrumentation, methodologies, and data processing. Through this workshop, E&L scientists will have direct open discussion and information exchange, establish and expand networks. It will promote good science and advancement of mass spectrometer's usage in E&L analysis.

**15 HDX, Covalent Labeling & Cross-Linking: Status of Community-Initiatives and New Developments and Applications (HDX Covalent Labeling & Cross Linking Interest Group)**
**Presiding: Kasper Rand, Jim Bruce**
Recent innovations in MS instrumentation, sample preparation strategies, cross-linking and chemical labeling reagents, and bioinformatics tools have significantly facilitated the developments and applications of HDX, covalent labeling and cross-linking approaches in protein structural and interaction analysis. In order to allow robust data evaluation and result comparison among experiments and across laboratories, data acquisition, analysis and interpretation need to be standardized. Since the last workshop, community-wide efforts have focused on these topics and in the first part of the workshop, one panelist from each community will present current status and highlights from this work for the benefit of beginners and experts alike. In addition, interactive discussions among audience members will be stimulated by the panelists, regarding to future perspectives for other topics that need to be harmonized within each fields. The second part of the workshop will focus on most recent technical developments or new areas of application within HDX/XL/CL-MS. Exciting and promising new developments will be highlighted by 5 min talks from invited members of the community, with a focus on current applicability and limitations. The invited speakers will form a panel for this second part of the workshop and there will be ample time for questions and answers including an opportunity for novices/students to contribute anonymous questions on fundamentals.

**16 Lipidomics: Path to Clinical Utility**
**(Lipids & Lipodomics Interest Group)**
**Presiding: John Bowden, Kim Ekroos,**
**A301**
The field of lipidomics is rapidly evolving, driven by high expectation in its ability to afford new opportunities for studying lipids in health and disease and in many other fields of research. As such, in this lipidomics workshop, we aim to discuss the current status of lipidomics in the clinical arena. The workshop will be designed to stimulate discussion on several key questions, including: what are the current roadblocks preventing the universal adaptation of lipidomics in the clinical setting, which lipids/disease states already show clinical promise and which should we be focusing on next, and moving forward within the clinic, how much effort should be placed on those lipids that are historically difficult to measure but might have clinical promise? At present, the field is currently challenged by large disparities in methodologies and technologies and in how users apply them, resulting in an increasing number of publications of varying quality. Two potential reasons for

this are the lack of a common language and the lack of community-accepted best practice guidelines, both stalling the future development and true utilization of lipidomics in clinical research and diagnostics. This workshop will review the current challenges and discuss strategies moving forward, including the community-wide harmonization (and standardization) of lipidomics. A group of experts will share their experience and answer any questions, and views from the audience will be discussed.

**17 Data Independent Acquisition: Expanding the Scope of DIA Strategies for Quantitative Mass Spectrometry**
**(Data Independent Acquisition Interest Group)**
**Presiding: Hannes Röst, Birgit Schilling**
**A305**
In quantitative proteomics, the fundamental aim is to accurately identify and quantify analytes across various conditions. Data independent acquisition (DIA) has recently emerged as a promising method to accurately quantify analytes in complex samples, allowing consistent detection and quantification of thousands of proteins across large sample cohorts. Utilizing MS2-based quantification (as in SRM/PRM) in high throughput workflows (as in DDA) has led to impressive results with highly consistent and accurate quantitative data matrices suitable for systems biology, systems medicine and personalized medicine applications. However, most current methods focus on accurate protein quantification using a label-free approach. However, the DIA approach can readily be applied to other MS-based questions and can be beneficial if high-quality fragment ion data is essential for correct analyte characterization. This workshop will discuss novel technological and software innovations in the field of DIA: How can novel advances in computer science (deep learning) advance the field of DIA and which novel analysis methods do they make available? What specific challenges await when expanding the scope of DIA beyond unmodified peptides (PTMs, SAV, lipids, small molecules)? How can ion mobility be integrated with DIA? How can very short gradients be exploited in DIA? This workshop will focus on existing and emerging approaches using novel technology and software in DIA and discuss some unique challenges, and opportunities, of translating the recently developed DIA approaches (such as targeted extraction) to these fields.

**18 Trans-Proteomic Pipeline: Recent Advances and Future Directions**
**Presiding: Luis Mendoza, David Shteynberg, Eric Deutsch**
**A304**
The workshop will begin with a brief overview of the Trans-Proteomic Pipeline (TPP) and its newest features and capabilities. We will then focus on four individual topics, fostering a discussion with workshop participants on the current strengths, weaknesses, and future directions for the TPP. The workshop will enable participants to describe challenges in proteomic data analysis and help drive directions in software approaches through needs of the community. The topic leads for discussion are: proteogenomics & PEFF applications, analyzing PTMs with PTMProphet, cross-linking analysis with Kojak 2.0, and deploying the TPP using Docker containers & cloud computing platforms. Each topic will be introduced with a brief summary of features and ideas. Then feedback and discussion by the workshop participants will be promoted.





**From 7:00 am Wednesday**
**CORPORATE BREAKFAST SEMINARS**
**CONVENTION CENTER AND OMNI CNN CENTER HOTEL**
*See page 16 for detailed schedule. Reservation or RSVP required.*

**8:30 - 10:30 am Wednesday**
**METABOLOMICS: NEW TECHNOLOGIES AND APPLICATIONS**
Session Chair: Nichole Reisdorph (University of Colorado
Anschutz Medical Campus)
Murphy Ballroom, Bldg B, Level 5

**WOA am 08:30** Uncovering the Role of Autophagy Impairment
on Dysregulated Lipid Metabolism in Skeletal
Muscle Aging through Multi-Platform
Metabolomics Analysis; Christian Toonstra[1]; Zoe
Maxwell[1]; Heather Brown[1]; Michelle Kuhns[1]; Edgar
Arriaga[1]; [1]University of Minnesota, Minneapolis, MN

**WOA am 08:50** Metabolically Labeled Ribonucleotides Enable
Multiplexed Quantitative Analysis of the Effects
of Stress and Viral Infection by High Resolution
Mass Spectrometry; Thomas J Kenderdine[1]; Reza
Nemati[2]; Rachel Netzband[1,3]; Molly FitzGibbon[4];
Will McIntyre[1]; Cara T. Pager[1,3]; Julia Fabris[1,3];
[1]SUNY Albany, Albany, NY; [2]Biogen, Cambridge,
MA; [3]The RNA Institute, University at Albany, Albany,
NY; [4]University of California, San Diego, CA

**WOA am 09:10** Native ESI-MS Based Metabolomics Enables
the Search for Metal-Binding Molecules; Allegra
Aron[1,2]; Daniel Petras[2,3,4]; Julia M Gauglitz[1,
2]; Hui Zhi[5]; Manuela Raffatellu[2,5,6]; Pieter C.
Dorrestein[1,3]; [1]University of California San Diego,
Collaborative Mass Spectrometry Innovation Center,
La Jolla, CA; [2]University of California San Diego,
Center for Microbiome Innovation, La Jolla, CA;
[3]University of California San Diego, Collaborative
Mass Spectrometry Innovation Center, La Jolla,
CA; [4]University of California San Diego, Scripps
Institution of Oceanography, La Jolla, CA; [5]University
of California San Diego Division of Host–Microbe
Systems & Therapeutics, Department of Pediatrics,
La Jolla, CA; [6]Chiba University–University
of California San Diego Center for Mucosal
Immunology, Allergy, and Vaccines (CU-UCSD
cMAV), La Jolla, CA

**WOA am 09:30** Creation and Annotation of a Recurrent Spectral
Library of Cho Cell Metabolites and Media
Components; Kelly H. Telu[1]; Ramesh Marupaka[1];
Nirina R. Andriamaharavo[1]; Yamil Simón-Manso[1];
Yuxue Liang[1]; Yuri A. Mirokhin[1]; Xinjian Yan[1]; Tallat H.
Bukhari[1]; Stephen E. Stein[1]; [1]NIST, Gaithersburg, MD

**WOA am 09:50** Quantitative Sub-Cellular acyl-CoA Analysis
Using SILEC Internal Standards; Sophie Trefely[1];
Katharina Huber[2]; Joyce Liu[2]; Mary Doan[3]; Helen
Jiang[3]; Jay Singh[3]; Kenneth C Bedi[2]; J. Eduardo
Rame[2]; Kathryn E. Wellen[2]; Nathaniel W Snyder[3];
[1]University of Pennsylvania, Philadelphia, PA;
[2]University of Pennsylvania, Philadephia, PA;
[3]Drexel University, Philadelphia, PA

**WOA am 10:10** Chemical Isotope Labeling LC-MS for Studying
the Metabolic Response of Single Cells to Heat
Shock; Wan Chan[1]; Michael C. Schultz[1]; Liang Li[1];
[1]University of Alberta, Edmonton

**8:30 - 10:30 am Wednesday**
**CARBOHYDRATES**
Session Chair: Ron Orlando (University of Georgia)
B401-402

**WOB am 08:30** CUPRA-ZYME: A Novel ESI-MS Method for
Measuring Carbohydrate-Active Enzyme
Activities and Profiling their Substrate

Specificities; Zhixiong Li[1]; Pavel I Kitov[1];
Erick Bolivar[1]; Elena N Kitova[1]; John Klassen[1];
[1]Department of Chemistry, University of Alberta,
Edmonton, AB

**WOB am 08:50** Analysis of N-Glycans Released from
Monoclonal Antibodies by Combining Ultra
High-Resolution Ion Mobility Spectrometry and
Cryogenic Ion Spectroscopy; Natalia Yalovenko[1];
Ahmed Ben faleh[1]; Stephan Warnke[1]; Thomas R.
Rizzo[1]; [1]Ecole Polytechnique Fédérale de Lausanne,
Lausanne, Switzerland

**WOB am 09:10** Dissecting Fragment Ion Structures of
Protonated Oligosaccharides by MSn, Ion
Mobility Spectrometry, and Gas-Phase Hydrogen/
Deuterium Exchange Mass Spectrometry;
Abhigya Mookherjee[1]; Sanjit Singh Uppal[1]; Miklos
Guttman[1]; [1]University of Washington, Seattle, WA

**WOB am 09:30** A Simplified Approach to N-Glycan Profiling
of Cultured Cells Using MALDI Imaging Mass
Spectrometry; Janet Saunders[1]; Cassandra L. Clift[1];
Anand S. Mehta[1]; Richard R. Drake[1]; Peggi Angel[1];
[1]Medical University of South Carolina, Charleston, SC

**WOB am 09:50** Comparison of Charge Transfer Dissociation
(CTD) and Electron Detachment Dissociation
(EDD) for the Structural Analysis of
Glycosaminoglycans; Lauren Pepi[1]; Zachary J
Sasiene[2]; Praneeth M Mendis[2]; Glen P Jackson[2,
3]; I. Jonathan Amster[1]; [1]University of Georgia,
Athens, GA; [2]West Virginia University.C. Eugene
Bennett Department of Chemistry, Morgantown, WV;
[3]Department of Forensic and Investigative Science,
West Virginia University, Morgantown, WV

**WOB am 10:10** NanoPGC-LC–EED-MS/MS Analysis of N-linked
Glycans in Human Serum; Yang Tang[1]; Juan
Wei[1]; Catherine E. Costello[1]; Cheng Lin[1]; [1]Boston
University, Boston, MA

**8:30 - 10:30 am Wednesday**
**FUNDAMENTALS FOR EVERYONE: PEPTIDES AND PROTEINS**
Session Chair: Cheryl Lichti (Washington University in St. Louis)
B405-407

**WOC am 08:30** Robust Methods for Endogenous Proteoform
Characterization by Immunoprecipitation and
Subsequent Targeted Top-Down Proteomic
Analysis; Caroline DeHart[1]; Luca Fornelli[2]; Lauren
M Adams[3]; Jacek W Sikora[1]; Vincent Gerbasi[1]; Ryan
T Fellers[1]; Richard D Leduc[1]; Paul M Thomas[1];
Philip D. Compton[1]; Neil L Kelleher[1]; [1]Proteomics
Center of Excellence, Northwestern University,
Evanston, IL; [2]University of Oklahoma, Norman, OK;
[3]Northwestern University, Evanston, IL

**WOC am 08:50** Ion Mobility Separations of Proteins at
Extreme Fields with Dipole Alignment Tunable
by Changing the Gas Pressure; Alexandre
A. Shvartsburg[1]; Roch Andrzejewski[2]; Andrew
Entwistle[2]; Roger Giles[2]; [1]Wichita State University,
Wichita, KS; [2]Shimadzu Corporation, Manchester,
United Kingdom

**WOC am 09:10** Nanodroplet Sample Processing, Ultra-Low-
Flow nanoLC and Next-Generation Tribrid MS
Enable In-Depth, Label-Free Profiling of Single
Mammalian Cells; Yongzheng Cong[1]; Ying Zhu[2];
Yiran Liang[1]; Maowei Dou[2]; Greg Foster[3]; Daniel
Lopez-Ferrer[3]; Yufeng Shen[4]; Ryan T. Kelly[1,2];
[1]Brigham Young University, Provo, UT; [2]Pacific
Northwest National Laboratory, Richland, WA;
[3]Thermo Fisher Scientific, San Jose, CA; [4]CoAnn
Technologies, LLC, Richland, WA



**WEDNESDAY MORNING ORAL SESSIONS**

**WOC am 09:30** **FAIMS Enables Increased Proteome Coverage on a Q Exactive Platform with Short LC Gradients;** Dorte Breinholdt Bekker-Jensen[1]; Patrick L. Ruether[2]; Christian D. Kelstrup[2]; Jesper V. Olsen[2]; [1]University of Copenhagen, NNF CPR, Copenhagen N, Denmark; [2]University of Copenhagen NNF CPR, Copenhagen N, Denmark

**WOC am 09:50** **Multimodal Approaches for Non-targeted Discovery of Endogenous D-amino Acid Containing Peptides;** David H. Mast[1]; James W. Checco[1]; Elena V. Romanova[1]; Jonathan V. Sweedler[1]; [1]University of Illinois at Urbana Champaign, Urbana, IL

**WOC am 10:10** **Two Dimensional Mass Spectrometry (2DMS) – the Next Dimension in Proteomics;** Pui Yiu Lam[1]; Christopher A. Wootton[1]; Kung Ching Cookson Chiu[1]; Tomos E. Morgan[1]; Remy Gavard[1]; Meng Li[1]; Mark P. Barrow[1]; Peter B. O'Connor[1]; [1]University of Warwick, Coventry, United Kingdom

8:30 - 10:30 am Wednesday
**MICRODOSING AND MICROSAMPLING: ANALYTICAL CHALLENGES**
Session Chair: Uliana Danilenko (CDC)
B302-305

**WOD am 08:30** **Rapid, Untargeted Metabolomic Profiling of Single Cells in Their Native Environment Using Single-Cell Printer-Liquid Vortex Capture-Mass Spectrometry;** John F. Cahill[1]; Julian Riba[2, 3]; Vilmos Kertesz[1]; [1]Oak Ridge National Laboratory, Oak Ridge, TN; [2]University of Freiburg, 79110, Germany; [3]Cytena GmbH, 79108, Germany

**WOD am 08:50** **"Dip and Go": High-Throughput Direct Bioassays by Inductive nESI;** Zhenwei Wei[1]; Zhuoer Xie[1]; Reshma Kuvelkar[2]; Vinit Shah[2]; Kevin P. Bateman[2]; David G. McLaren[2]; Graham R. Cooks[1]; [1]Purdue University, West Lafayette, IN; [2]Merck & Co. Inc., Kenilworth, NJ

**WOD am 09:10** **High Speed System for Analysis of Biological Samples that Corrects for ESI Ionization Suppression in Real Time;** Thomas R. Covey[1]; Peter Kovarik[1]; Chang Liu[1]; [1]SCIEX, Concord, ON

**WOD am 09:30** **On-Line Spatially Resolved Surfaces Sampling Capillary Electrophoresis Mass Spectrometry;** Ingela Lanekoff[1]; Kyle D Duncan[1]; [1]Uppsala University, Uppsala, Sweden

**WOD am 09:50** **Inter-Laboratory Validation of Solid-Phase Microextraction-Based Protocol for Untargeted Profiling of Lipids in Rat Brain;** Mariola Olkowicz[1]; Cian Monnin[2]; Nathaly Reyes-Garcés[1, 3]; Sofia Lendor[1]; Ezel Bojaci[1, 4]; Miao Yu[1, 5]; German Augusto Gomez-Rios[1, 3]; Clement Hamani[6]; Barbara Bojko[1, 7]; Dajana Vuckovic[2]; Janusz Pawliszyn[1]; [1]University of Waterloo, Waterloo, ON; [2]Concordia University, Montreal, Qc; [3]Restek Corporation, Bellefonte, PA; [4]Department of Chemistry, Middle East Technical University, Ankara, Turkey; [5]Icahn School of Medicine at Mount Sinai, New York, NY; [6]Sunnybrook Health Sciences Centre, Toronto, ON; [7]Nicolaus Copernicus University, Torun, Poland

**WOD am 10:10** **Controlling Variance for Self-collected Plasma; Anatomy, Analysis and Accuracy;** Russell Grant[1]; Bradley Collier[1]; Jennifer Pollock[1]; Julia Hannon[1]; Matthew Crawford[1]; [1]Labcorp., Burlington, NC

8:30 - 10:30 am Wednesday
**ENVIRONMENTAL: INNOVATIVE APPROACHES AND INSTRUMENTATION**
Session Chair: Pierangela Palma (University of Urbino)
B308-309

**WOE am 08:30** **Mass Spectrometry of Single Picoliter Droplets to Explore the Chemistry of Atmospheric Aerosol;** James F Davies[1]; UC Riverside, Riverside, CA

**WOE am 08:50** **Byproducts Formation in a VOC Air Cleaning System: Real-Time Analysis Using a Compact FTICR in a Model Plasma Reactor;** Sébastien Thomas[1]; Nicole Blin-Simiand[2]; Joel Lemaire[3]; Michel Héninger[3]; Hélène Mestdagh[3]; Lionel Magne[2]; Stéphane Pasquiers[2]; Essyllt Louarn[4]; [1]CSNSM – CSNCM - UMR8609 -- Univ. Paris-Sud, CNRS, Univ. Paris-Saclay, Orsay, France; [2]LPGP - UMR8578 - Univ. Paris-Sud, CNRS, Univ. Paris-Saclay, Orsay, France; [3]LCP - UMR8000 - Univ. Paris-Sud, CNRS, Univ. Paris-Saclay - Orsay, Orsay, France; [4]LCP - UMR8000 - Univ. Paris-Sud, CNRS, Univ. Paris-Saclay, Orsay, France

**WOE am 09:10** **MALDI-TOF Imaging and LC-HRMS: New tools for Degradation Studies of Polymer Probes Exposed to Different Waste Water Environments;** Damia Barcelo[1]; Antoni Ginebreda[1]; Maria Vila Costa[1]; Bozo Zonja[1]; Nicola Montemurro[1]; A Martinez Varela[1]; Sandra Perez[1]; Daniel Rivas[1]; [1]IDAEA-CSIC, Barcelona, Spain

**WOE am 09:30** **Iodinated X-ray Contrast Media as a Source of Iodine for the Formation of Iodinated DBPs upon Chlorination during Wastewater Treatment;** Caroline O. Granger[1]; Hannah K. Liberatore[1]; Susan D. Richardson[1]; Mark Ferrey[2]; [1]University of South Carolina, Columbia, SC; [2]Minnesota Pollution Control Agency, St. Paul, Minnesota

**WOE am 09:50** **Dissolved Organic Matter Molecular Composition to Optical Properties Relations as Determined by Ultra-High Resolution Mass-Spectrometry;** Alexander Zherebker[1]; Evgeny Shirshin[2]; Oleg Kharybin[1]; Irina Perminova[2]; Eugene (evgeny) Nikolaev[1]; [1]Skolkovo institute of science and technology, Moscow Region, Russian Federation; [2]Moscow State University, Moscow, Russian Federation

**WOE am 10:10** **Chemical or Electron Ionization? The Application of GC×GC HRT in Environmental Research with Source-Specific Molecular Markers;** Ulrich M Hanke[1]; Robert K Nelson[1]; Christina Kelly[2]; Bruno Glaser[3]; Christopher M Reddy[1]; [1]Woods Hole Oceanographic Institution, Woods Hole, MA; [2]LECO Corporation, St Joseph, MI; [3]Martin-Luther-University Halle-Wittenberg, Halle / Saale, Germany

8:30 - 10:30 am Wednesday
**ION MOBILITY: NEW DEVELOPMENTS & APPLICATIONS**
Session Chair: Helen Cooper (University of Birmingham)
B312-314

**WOF am 08:30** **Segmented Ion Fractionation and High Field Asymmetric Waveform Ion Mobility Spectrometry Expands Proteome Coverage to Uncover Sequence Variants;** Eric Bonneil[1]; Sibylle Pfammatter[1, 2]; Pierre Thibault[1, 2]; [1]IRIC-Université de Montréal, Montréal, QC; [2]Department of Chemistry, Université de Montréal, Montréal, QC

**WOF am 08:50** **A Novel Cyclic Ion Mobility Enabled Method for Data Enrichment, Selectivity and Sensitivity Enhancement in MS/MS Experiments;** Eleanor Riches[1]; Martin Palmer[1]; Jakub Ujma[1]; Kevin Giles[1];



Sunghwan Kim[2]; [1]*Waters Corporation, Wilmslow, United Kingdom;* [2]*Kyungpook National University, Daegu, South Korea*

**WOF am 09:10**  **A Drift-Tube Ion Mobility-Mass Spectrometer for Native Mass Spectrometry: High Resolution Ion Mobility, Collision Induced Unfolding, and Electron Capture Dissociation;** Varun Gadkari[1]; Ruwan T Kurulugama[2]; John C. Fjeldsted[2]; Brandon T. Ruotolo[1]; [1]*University of Michigan, Ann Arbor, MI;* [2]*Agilent Technologies, Inc., Santa Clara, CA*

**WOF am 09:30**  **Top-Down Sequencing of Mobility-Selected Glycoprotein Complexes Using Tandem Trapped Ion Mobility Spectrometry – Mass Spectrometry (Tandem-TIMS/MS);** Fanny C Liu[1]; Mark E. Ridgeway[2]; Melvin A. Park[2]; Christian Bleinholder[1]; [1]*Florida State University, Tallahassee, FL;* [2]*Bruker Daltonics Inc., Billerica, MA*

**WOF am 09:50**  **Trapped Ion Mobility Mass Spectrometry as a Tool for Neuropeptidome Analysis;** Geert Baggerman[1,2]; Kristina Marx[3]; Harshavardhan Budamgunta[2]; Gerben Menschaert[4]; Kurt Boonen[2-5]; [1]*Vito, Mol, Belgium;* [2]*Uantwerpen, Antwerpen, Belgium;* [3]*Bruker Daltonik GmbH, Bremen, Germany;* [4]*UGent, Gent, Belgium;* [5]*Vito, Mol, Belgium*

**WOF am 10:10**  **Broad Targeted Phosphoproteomics analysis Using Structures for Lossless Ion Manipulations (SLIM) Ion Mobility-MS;** Yi-Ting Wang[1]; Gabe Nagy[1]; Adam Hollerbach[1]; Chia-Feng Tsai[1]; Karin Rodland[1]; Tujin Shi[1]; Richard Smith[1]; Tao Liu[1]; [1]*Biological Science Division, Pacific Northwest National Laboratory, Richland, WA*

**8:30 - 10:30 am Wednesday**
**FUNDAMENTALS FOR EVERYONE: STRUCTURAL ELUCIDATION**
Session Chair: Albert T. Lebedev (Moscow State University)
Auditorium, Bldg A

**WOG am 08:30**  **Structural Elucidation of Metabolites Using Accurately Computed Fragmentation Patterns and Searches in Databases of 2D Molecular Structures;** Bela Paizs[1,2]; Zoltan Takats[2,3]; [1]*Bangor University, Bangor, United Kingdom;* [2]*deshape ltd, Bangor, United Kingdom;* [3]*Imperial College, London, United Kingdom*

**WOG am 08:50**  **Gas-Phase Ion/Ion Chemistry for the Detailed Structural Analysis and Relative Quantitation of Unsaturated Lipids;** Caitlin E. Randolph[1]; David J. Foreman[1]; Stephen J. Blanksby[2]; Scott A McLuckey[1]; [1]*Purdue University, West Lafayette, IN;* [2]*Central Analytical Research Facility, Institute for Future Environments, Queensland University of Technology, Brisbane, Australia*

**WOG am 09:10**  **IRMPD Ion Spectroscopy and Ion-Molecule Reactions as Structure Elucidation Tools for Peptide Radical Ions;** Victor Ryzhov; *Northern Illinois University, Dekalb, IL*

**WOG am 09:30**  **Characterization of Small Molecule Unknowns Using the AcquireX Data Acquisition Strategy;** Seema Sharma[1]; Stephanie N. Samra[1]; Caroline Ding[1]; Kate J. Comstock[1]; Reiko Kiyonami[1]; Scott M. Peterman[1]; Graeme McAlister[1]; Mark Sanders[1]; Vlad Zabrouskov[1]; [1]*Thermo Fisher Scientific, San Jose, CA*

**WOG am 09:50**  **Cationized Glycan Fragmentation Chemistry;** Benjamin Bythell[1]; *Univ. of Missouri-St. Louis, St. Louis, MO*

**WOG am 10:10**  **Comparative Study of 'Ortho–' and 'Para–' Effects in EI Spectra Of Silyl, Acyl, Mesyl and Tosyl Derivatives of tert-Butylphenols /**

Thiophenols; Anzor Mikaia[1]; Nino Todua[1,2]; Levan Megutnishvili[1]; [1]*National Institute of Standards and Technology, Gaithersburg, MD;* [2]*Strativia, Largo, MD*

**8:30 - 10:30 am Wednesday**
**SYNTHETIC POLYMERS**
Session Chair: Rainey Patterson Garland
(Eastman Chemical Co.)
A411-412

**WOH am 08:30**  **High-Throughput Screening of Polysorbates by High Resolution Mass Spectrometry with Rapid H/D Exchange;** Kui Yang[1]; Asha Hewarathna[1]; Ilan Geerlof-Vidavsky[1]; Connie Ruzicka[1]; David Keire[1]; [1]*FDA, St. Louis, MO*

**WOH am 08:50**  **Analysis of Biocompatible Synthetic Polymers with Electron Capture Dissociation and Two-Dimensional Mass Spectrometry;** Tomos E. Morgan[1]; Sean H. Ellacott[1]; Andrew Kerr[1]; Christopher A. Wootton[1]; Bryan P. Marzullo[1]; Maria van Agthoven[1]; Mark P. Barrow[1]; Anthony W. T. Bristow[2]; Sebastien Perrier[1]; Peter B. O'Connor[1]; [1]*University of Warwick, Coventry, United Kingdom;* [2]*AstraZeneca, Macclesfield, United Kingdom*

**WOH am 09:10**  **Probing the Reaction Mechanisms of Troger's Base Polymers of Intrinsic Microporosity;** Anthony P. Gies[1]; Robert E. Hefner[1]; Nathan J. Rau[1]; Praveenkumar Boopalachandran[1]; [1]*The Dow Chemical Company, Lake Jackson, TX*

**WOH am 09:30**  **Secured Communications with Sequence-Controlled Synthetic Polymers: Decoding by Tandem Mass Spectrometry, Decrypting by Ion Mobility Spectrometry;** Jean-Arthur Amalian[1]; Gianni Cavallo[1]; Abdelaziz Al Ouahabi[2]; Jean-François Lutz[2]; Laurence Charles[1]; [1]*Aix-Marseille University, Marseille Cedex 20, France;* [2]*Institut Charles Sadron, University of Strasbourg, Strasbourg, France*

**WOH am 09:50**  **Determination of Gas Phase Ion Structures of Polar Homopolymers through Ultra-High Resolution Ion Mobility Spectrometry-Mass Spectrometry;** Xi Chen[1,2]; Shannon A. Raab[3]; Timothy Poe[1]; David E. Clemmer[3]; Carlos Larriba Andaluz[1]; [1]*IUPUI, Indianapolis, IN;* [2]*Purdue University, West Lafayette, IN;* [3]*Indiana University, Bloomington, IN*

**WOH am 10:10**  **Charge Detection Mass Spectrometry with an Orbitrap Analyzer;** Jared O. Kafader[1]; Rafael D. Melani[1]; Bryan P. Early[1]; Kenneth R. Durbin[1]; Neil L. Kelleher[1]; Philip D. Compton[1]; Steven C. Beu[2]; Deven L. Shinholt[3]; Joshua T. Maze[3]; Alexander A. Makarov[4]; Vlad Zabrouskov[5]; Michael W. Senko[5]; [1]*Northwestern University, Evanston, IL;* [2]*S.C. Beu Consulting, Austin, TX;* [3]*Thermo Fisher Scientific, Austin, TX;* [4]*Thermo Fisher Scientific, Bremen, Germany;* [5]*Thermo Fisher Scientific, San Jose, CA*

**10:30 am - 2:30 pm Wednesday**
**WEDNESDAY POSTER SESSION**
Poster/Exhibit Hall ground level
*Lunch concessions are open 11:00 am - 2:00 pm*

**Odd-number posters present:**
10:30 am - 11:30 am PLUS 12:30 - 2:30 pm

**Even-number posters present:**
10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm

**Poster Pick-Me-Up Snacks served at 1:30 pm**



## WEDNESDAY AFTERNOON ORAL SESSIONS

**2:30 - 4:30 pm Wednesday**
**METABOLOMICS: UNTARGETED PROFILING**
Session Chair: Elizabeth J. Want (Imperial College)
Murphy Ballroom, Bldg B, Level 5

WOA pm 02:30   **Determining the Metabolic Fate of Nitrogen Oxide Species Using Isotopic Tracing and High Resolution Mass Spectrometry;** Steven Mullett[1]; Stacy L. Wendell[2]; [1]University Of Pittsburgh, Pittsburgh; [2]University of Pittsburgh, Pittsburg, PA

WOA pm 02:50   **Single-Cell Metabolomic Analysis of Metastatic and Non-Metastatic Cell Line Pairs Using Mass Spectrometry;** Shelby R Beasley[1]; Mei Sun[1]; Zhibo Yang[1]; [1]University of Oklahoma, Norman, OK

WOA pm 03:10   **Enhancing Untargeted Metabolomics with Fast-Scanning Field Asymmetric Waveform Ion Mobility Spectrometry;** James Reynolds[1]; Katarzyna Szykula[1]; Colin Creaser[1]; [1]Loughborough University, Loughborough, United Kingdom

WOA pm 03:30   **Development of Advanced Processing Workflow for Untargeted Volatilomics By GCxGC-TOFMS;** Pierre-Hugues Stefanuto[1]; Delphine Zanella[1]; Maurine Fucito[1]; Florence Schleich[2]; Renaud Louis[2]; Jean-François Focant[1]; [1]Liège University, Liege, Belgium; [2]Liège University Hospital, Liège, Belgium

WOA pm 03:50   **MetaboPique: A High-Throughput Computational Workflow for Validating, Annotating, and Organizing Small Molecule MS/MS Spectra Derived from Biological Samples;** Tytus D Mak[1]; Concepcion A Remoroza[1]; Meghan C Burke[1]; Kelly H Telu[1]; Stephen E Stein[1]; [1]National Institute of Standards and Technology, Gaithersburg, MD

WOA pm 04:10   **A High-Throughput Method for Obtaining Microbial Exometabolomics Data Using a 3D Printed Platform;** Caroline Birer[1]; Rosalie K. Chu[2]; Christopher Anderton[2]; Erik S. Wright[1]; [1]Department of Biomedical Informatics, University of Pittsburgh, Pittsburgh, PA; [2]Environmental Molecular Sciences Laboratory, Pacific Northwest National Laboratory, Richland, WA

**2:30 - 4:30 pm Wednesday**
**HYDROGEN-DEUTERIUM EXCHANGE MS: INNOVATIONS**
Session Chair: Miklos Guttman (University of Washington)
B401-402

WOB pm 02:30   **Advanced Statistical Methods for Analysis of HX-MS Data in Higher-Order Structural Comparability and Similarity Contexts Using Hybrid Significance Criteria;** Tyler S Hageman[1]; David Weis[1]; [1]University of Kansas, Lawrence, KS

WOB pm 02:50   **New insights into Differences in Intrinsic HDX Rates at Different pH and Temperature;** Jun Zhang[1]; Devrishi Goswami[2]; zhoangqi Zhang[2]; [1]Amgen, Inc, Thousand Oaks, CA; [2]Amgen, Inc., Thousand Oaks, CA

WOB pm 03:10   **Synergistic Structural Information about Stressed Therapeutic Antibodies from Hydrogen Deuterium Exchange and Covalent Labeling Mass Spectrometry;** Catherine Tremblay[1]; Patanachai Limpikirati[1]; Richard W. Vachet[1]; [1]University of Massachusetts-Amherst, Amherst, MA

WOB pm 03:30   **Hydrogen-Deuterium Exchange Mass Spectrometry Reveals the Mechanism of Multidrug Resistance in the Efflux Pump AcrB;** Argyris Politis[1]; Zainab Ahdash[1]; Eamonn Reading[1]; Xuan Wang Kan[2]; Elizabeth Grimsey[2]; Laura J. V. Piddock[2]; [1]King's College London, London, United Kingdom; [2]University of Birmingham, Birmingham, United Kingdom

WOB pm 03:50   **Rapid Solution-Phase HDX for Small Molecule Identification;** Sandra N Majuta[1]; Chong Li[1]; Kinkini Jayasundara[1]; Ahmad Kiani Karanji[1]; Kushani Attanayake[1]; Nandhini Ranganathan[1]; Peng Li[1]; Stephen Valentine[1]; [1]West Virginia University,C. Eugene Bennett Department of Chemistry, Morgantown, WV

WOB pm 04:10   **New Electrochemical Cell for Superior On-line Reduction of Disulfide Bonds in MS Proteomics;** Jean-Pierre Chervet[1]; Pablo Sanz de la Torre[1]; Hendrik Jan Brouwer[1]; Martin Eysberg[2]; [1]Antec Scientific, Zoeterwoude, Netherlands; [2]Antec Scientific, Boston, MA

**2:30 - 4:30 pm Wednesday**
**FORENSICS: INNOVATIONS AND APPLICATIONS**
Session Chair: Travis M. Falconer
(US Food & Drug Administration)
B405-407

WOC pm 02:30   **Rapid and Sensitive Detection of Organic Explosives with PS (Paper Spray) and SAWN Surface Acoustic Wave Nebulization) Ambient Ionization Mass Spectrometry;** Lauren Pintabona[1]; Alina Astefanei[1]; Arian C. Van Asten[1]; Garry L. Corthals[1]; [1]University of Amsterdam, Amsterdam, Netherlands

WOC pm 02:50   **Proteomic Profiling of Single Hairs Recovered after an Explosion for Protein-Based Human Identification;** Fanny Chu[1, 2]; Katelyn E. Mason[1]; Deon S. Anex[1]; A. Daniel Jones[2]; Bradley Hart[1]; [1]Lawrence Livermore National Laboratory, Livermore, CA; [2]Michigan State University, East Lansing, MI

WOC pm 03:10   **Carrion Insect Species Identification From Multi-species Mixtures of Larvae Using Multi-label Classification of DART-HRMS Data for Postmortem Interval Determination;** Rabi A. Musah[1]; Samira Beyramysoltan[1]; Justine E. Giffen[1]; Jennifer Y. Rosati[2]; Monica Ventura[1]; [1]University at Albany-SUNY, Albany, NY; [2]John Jay College of Criminal Justice, New York City, NY

WOC pm 03:30   **Towards On-Site Drug Evidence Confirmation via Surface-Enhanced Raman Spectroscopy and Paper Spray Ionization Employed on Portable Instrumentation;** William L. Fatigante[1]; Ashley R. Stelmack[1]; Daniel Burr[1]; John Harms[1]; Jeremy D. Driskell[1]; Jun-Hyun Kim[1]; Jamie R Wieland[1]; Christopher Mulligan[2]; [1]Illinois state university, Normal, IL; [2]Illinois State University, Normal, IL.

WOC pm 03:50   **ASAP Mass Spectrometry for the Real-Time Identification of Psychoactive Drugs Supplied by the Public as Part of a Harm-Reduction Service;** Christopher A Whitmore[1, 2]; Guy Jones[2, 3]; Fiona Measham[1, 2]; Jackie Mosely[1, 2]; [1]Durham University, Durham, United Kingdom; [2]The Loop, Manchester, United Kingdom; [3]Reagent Tests, Cambridge, United Kingdom

WOC pm 04:10   **Mass Spectrometry-Derived Information Concerning Atypical Findings Critical to Sports Drug Testing: 19-Norandrosterone and AICAR;** Mario Thevis[1]; Frank Huelsemann[1]; Thomas Piper[1]; [1]German Sport University, Cologne, Germany



Case 3:23-cv-01213-TAD-KDM Document 348-3 Filed 10/26/23 Page 54 of 298 PageID #: 26238



**2:30 - 4:30 pm Wednesday**
**ENDOGENOUS PROTEIN BIOMARKERS IN DRUG DISCOVERY**
**AND DEVELOPMENT: QUANTITATIVE ANALYSIS**
**Session Chair: Naiyu Zheng (Bristol-Myers Squibb Company)**
**B302-305**

WOD pm 02:30 **A Sensitive LC-HRMS Method for the Quantitation of Dystrophin Protein in Human Muscle Tissue;** Kevork Mekhssian[1]; Hélène Montpetit[1]; Romain Beauvois[1]; Hironori Osaki[2]; Anahita Keyhani[1]; [1]Altasciences, Laval , QC; [2]NS Pharma, Paramus, NJ

WOD pm 02:50 **IL2 Receptor α/β/γ Turnover Kinetic Measurement** *In vitro* **by Serial Immuno Affinity(IA) Capture and Targeted LC/MS Method;** Xiaomeng Shen[1]; Kevin Cook[1]; Yun Ling[1]; Dan A Rock[1]; Brooke Rock[1]; [1]Amgen, South San Francisco, CA

WOD pm 03:10 **Interrogation of the Tumor Microenvironment: LCMS-based Quantitation of Target, Drug, and Relevant Biomarkers for Drug Discovery;** Petia Shipkova[1]; Yongxin Zhu[1]; Jacob Zalaznick[1]; Bogdan Sleczka[1]; Matthew Mazur[1]; Karen Parrish[1]; Zheng Yang[1]; Timothy Olah[1]; [1]Bristol Myers Squibb, Princeton, NJ

WOD pm 03:30 **Proteomic Analysis Revealed Targeting Crosstalk of Histone H3K27me and H3K27ac as a Therapeutic Strategy for EZH2-Aberrant Solid Tumors;** Minjia Tan[1]; Min Zhang[2]; Xun Huang[2]; Juan Yan[2]; Zhiwei Liu[2]; Linhui Zhai[2]; Jian Ding[2]; Meiyu Geng[2]; [1]Shanghai Institute of Materia Medica, Shanghai, China; [2]Shanghai Institute of Materia Medica, Shanghai, China

WOD pm 03:50 **Absolute Quantitation of Cellular Retinol Binding Protein, Type 1 in Cancer-Relevant Cell Lines** *via* **In-Gel Digestion;** Stephanie Zalesak[1]; Wenjing Li[1]; Jianshi Yu[1]; Maureen Kane[1]; [1]University of Maryland, Baltimore- School of Pharmacy, Baltimore, MD

WOD pm 04:10 **Concentration Measurements of 220 Endogenous Proteins in Capillary Blood Using Dried Blood Spots, as Determined by MRM with Peptide Standards;** Azad Eshghi[1]; Adam J. Pistawka[1]; Jun Liu[3]; Michael Chen[4]; Nicholas J. T. Sinclair[1]; Darryl B. Hardie[1]; Monica Elliott[1]; Lei Chen[1]; Rachael Newman[1]; Christoph H. Borchers[1, 2, 5, 6]; [1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [3]Department of Pathology and Laboratory Medicine, University of British Columbia, Vancouver, BC; [4]Island Medical Program, Department of Pathology and Laboratory Medicine, University of British Columbia, Vancouver, BC; [5]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [6]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

**2:30 - 4:30 pm Wednesday**
**CLINICAL ANALYSIS: MS IN THE OPERATING ROOM**
**Session Chair: Y. Ruben Luo (UCSF)**
**B308-309**

WOE pm 02:30 *In vivo* **and Intraoperative Tissue Analysis and Diagnosis Using the MassSpec Pen;** Jialing Zhang[1]; Marta Sans[1]; Christopher Pirko[2]; Rachel J. DeHoog[1]; Kyana Garza[1]; Clara L. Feider[1]; Mary King[1]; Alena Bensussan[1]; John Q. Lin[1]; Michael Keating[1]; Timothy Hooper[1]; Wendong Yu[3]; Chandandeep Nagi[2]; Sadhna Dhingra[2]; George Van Burren[2]; Stacey Carter[2]; William Fisher[2]; Omar Barakat[2]; Raymon Grogan[2]; Thomas E. Milner[3]; James Suliburk[2]; Livia S. Eberlin[1]; [1]University of Texas, Department of Chemistry, Austin, TX; [2]Baylor College of Medicine, Houston, TX; [3]University of Texas, Austin, TX

WOE pm 02:50 *In vivo* **Tissue Classification Using Surgical Robotics and Rapid Evaporative Ionisation Mass Spectrometry – towards the Chemically Aware Surgical Robot;** Eftychios Manoli[1]; Burak Temelkuran[1]; Julia Balog[2]; Steven Pringle[2]; Jagtar Dhanda[3]; Ara Darzi[1]; Neil Tolley[1]; Zoltan Takats[1]; [1]Imperial College London, London, United Kingdom; [2]Waters Corporation, Wilmslow, United Kingdom; [3]Queen Victoria Hospital, East Grinstead, UK, East Grinstead, United Kingdom

WOE pm 03:10 **Moving Forward into** *in vivo* **Intraoperative Diagnostic Using Water-Assisted Laser Desorption/Ionization Mass Spectrometry;** Philippe Saudemont[1]; Nina Ogrinc[1]; Yves-Marie Robin[2]; Benoit Fatou[1, 3]; Cristian Focsa[3]; Michael Ziskind[3]; Dominique Tiemy[4]; Zoltan Takats[5]; Michel Salzet[1]; Isabelle Fournier[1]; [1]PRISM Inserm U1192 - University of Lille, Villeneuve D'ascq Cedex, France; [2]Pathology Department, Centre Oscar Lambret, Lille, France; [3]University of Lille, CNRS UMR 8523 PhLAM, Villeneuve d'Ascq, France; [4]OCR, Villeneuve d'Ascq, France; [5]Imperial College London, Department of Surgery and Cancer, United Kingdom

WOE pm 03:30 **Infrared Laser Based Real-Time,** *in vivo* **Tissue Identification in Veterinary Surgery Using Laser-Assisted Rapid Evaporative Ionization Mass Spectrometry;** Viktoria Varga[1]; Steven D Pringle[2]; Gabriel Stefan Horkovitcs-Kovats[3]; Julia Balog[3]; [1]Waters Research Center Kft., Budapest, Hungary; [2]Waters Corporation, Wilmslow, United Kingdom; [3]Waters Research Center, Budapest, Hungary

WOE pm 03:50 **Implementation of Ambient MS-Based Tissue Profiling for Assistance on Neurosurgery Operations of Brain Cancer;** Igor Popov[1]; Anatoly Sorokin[1, 2]; Vsevolod Shurkhay[3]; Vasiliy Eliferov[1]; Evgeny Zhvansky[1]; Stanislav Pekov[1, 4]; Alexander Potapov[3]; Eugene (evgeny) Nikolaev[5]; [1]Moscow Institute of Physics and Technology (State University), Dolgoprudny, Russia; [2]Institute of Cell Biophysics RAS, Pushchino, Russia; [3]N. N. Burdenko Scientific Research Neurosurgery Institute, Moscow, Russia; [4]Institute for Energy Problems of Chemical Physics RAS, Moscow, Russia; [5]Skolkovo institute of science and technology, Moscow Region, Russian Federation

WOE pm 04:10 **Qualitative Classification of Tissue Amyloidosis and Subtyping by Mass Spectrometry;** Srinivas V.s Chakravartula[1]; Adolfo Firpo Betancourt[2]; Damodara Rao Mendu[3]; Tin Htwe Thin[2]; Salem Fadi[3]; Michael Donovan[3]; Carlos Cordon Cardo[2]; [1]Mount Sinai Hospital, New York City, New York; [2]Icahn School of Medicine at Mount Sinai, New York, NY; [3]Mount Sinai Hospital, New York City, NY

**2:30 - 4:30 pm Wednesday**
**ION MOBILITY: SMALL MOLECULES, PHARMACEUTICALS, AND DMPK**
**Session Chair: Erin Baker (North Carolina State University)**
**B312-314**

WOF pm 02:30 **Clinical Metabolomics Study Uncovers the Outcome of Radiation Therapy in Cancer Patients;** Nicholas B. Vera[1, 2]; Evan Pannkuk[3];



# WEDNESDAY AFTERNOON ORAL SESSIONS

Evagelia C Laiakis[3]; Albert J Fornace[3]; Stephen L. Coy[2]; Michelle Clasquin[1]; Paul Vouros[2]; [1]Pfizer, Internal Medicine Research Unit, Cambridge, MA, 02139; [2]Department of Chemistry and Chemical Biology, Northeastern University, Boston, MA 02115; [3]Georgetown University, Washington, DC

**WOF pm 02:50** **Characterization of Gas-Phase Structures of Drug Metabolites Using Ion Mobility-Mass Spectrometry;** Dylan H. Ross[1]; Ryan P. Seguin[1]; Libin Xu[1]; [1]University of Washington, Seattle, WA

**WOF pm 03:10** **DMS Separation, IR Identification, and Quantification of Amino Acids and Related Compounds in Plasma Samples;** Francis Berthias[1]; Yali Wang[1]; Eskander Alhajji[1]; Jean-François Benoist[2]; Philippe Maitre[1]; [1]Université Paris-Sud, Orsay, France; [2]Hôpital Robert Debré, Paris, France; [3]Université Paris Sud, Orsay, France

**WOF pm 03:30** **Rapid Detection of Fentanyl Analogs Using GC-APCI-TIMS-TOF MS;** Elisa N Shoff[1, 2]; Cesar E Ramirez[1]; Francisco A. Fernandez-Lima[1]; [1]Department of Chemistry and Biochemistry, Florida International University, Miami, FL; [2]Miami-Dade Medical Examiner Department, Miami, FL

**WOF pm 03:50** **Development of Ion Mobility-Mass Spectrometry Methods and Collision Cross Section Database for Improved Identification of Microbiome-Derived Metabolites;** Matthew Glover[1]; Omari Jones-Nelson[1]; Taylor Cohen[1]; Wen Yu[1]; Paul Warrener[1]; Bret Sellman[1]; Sonja Hess[1]; [1]MedImmune, Gaithersburg, MD

**WOF pm 04:10** **Imaging Mass Spectrometry Including Ion Mobility Separation Sheds Light on Bacterial Responses to Different Cultivation Conditions;** Francesca Brescia[1, 2]; Samuele Zoratto[3]; Gerardo Puopolo[2]; Ilaria Pertot[2]; Martina Marchetti-deschmann[3]; [1]Department of Sustainable Ecosystems & Bioresources, Research and Innovation Centre, Fondazione Edmund Mach, San Michele all'Adige, Italy; [2]Department of Agricultural, Food, Environmental and Animal Sciences, University of Udine, Udine, Italy; [3]Institute of Chemical Technologies and Analytics, TU Wien, Vienna, Austria

## 2:30 - 4:30 pm Wednesday
### INSTRUMENTATION: AMBIENT IONIZATION AND APPLICATIONS
Session Chair: G. Asher Newsome (Smithsonian Institution)
Auditorium, Bldg A

**WOG pm 02:30** **First implementation of Rapid Evaporative Ionisation Mass Spectrometry (REIMS) for the At-Line Screening of Boar Carcasses in the Slaughter House;** Lieselot Y Hemeryck[1]; Sara L Stead[2]; Anneleen Decloedt[1]; Steve Huysman[1]; Julia balog[3]; Margot DeSpiegeleer[1]; Steven D Pringle[2]; aurelien boland[4]; Lynn Vanhaecke[1]; [1]Ghent University, Ghent, Belgium; [2]Waters Corporation, Wilmslow, United Kingdom; [3]Waters Research Centre, Budapest, Hungary; [4]Waters Benelux, Brussels, Belgium

**WOG pm 02:50** **A Single-Cell Look at Biological Nitrogen Fixation: Rapid Determination of Metabolite Formulas from Isotopic Fine Structures in Heterogeneous Cell Populations;** Laith Z Samarah[1]; Rikkita Khattar[1]; Tina H Tran[1]; Sylwia A Stopka[1]; Dusan Velickovic[2]; Christopher R Anderton[2]; Jared B. Shaw[2]; Nikola Tolic[2]; David W Koppenaal[2]; Ljiljana Pasa-Tolic[2]; Beverly J Agtuca[3]; Gary Stacey[3]; Akos Vertes[1]; [1]The George Washington University, Washington, DC; [2]Pacific Northwest National Laboratory, Richland, WA; [3]University of Missouri, Columbia, MO

**WOG pm 03:10** **MicroArray Droplet Ionization for Spatially Controlled Imaging of Lipids and Metabolites in Biological Samples;** Marta Sans[1]; Anna Krieger[1]; Bryan Wygant[1]; Kyana Garza[1]; C. Buddie Mullins[1, 2]; Livia S. Eberlin[1]; [1]University of Texas, Austin, TX; [2]McKetta Department of Chemical Engineering, The University of Texas, Austin, TX

**WOG pm 03:30** **Charge Production by Sublimation of Organic Compounds in Matrix Assisted Ionization;** Bijay Banstola[1]; Kermit K. Murray[1]; [1]Louisiana State University, Baton Rouge, LA

**WOG pm 03:50** **Understanding the Implications of Confined DART-MS: Considerations and Strategies for Optimization;** Edward Sisco[1]; Thomas P. Forbes[2]; Matthew Staymates[2]; [1]National Institute of Standards and Technology, Gaithersburg, MD; [2]National Institute of Standards and Technology, Gaithersburg, MD

**WOG pm 04:10** **Ion Focusing and Transport in Air Using Conductive 3D-Printed Electrodes;** Kiran Iyer[1]; Brett M Marsh[1]; Grace Olivia Capek[1]; Shane Tichy[2]; Graham R. Cooks[1]; [1]Purdue University, West Lafayette, IN; [2]Agilent Laboratories, Santa Clara, CA

## 2:30 - 4:30 pm Wednesday
### FUNDAMENTALS: DDA AND DIA LC-MS
Session Chair: Stefan Tenzer (University Medical Center Mainz)
A411-412

**WOH 02:30** **diaPASEF: Toward the Ideal Mass Analyzer with Data-Independent Acquisition and Parallel Accumulation – Serial Fragmentation;** Florian Meier[1]; Andreas-David Brunner[1]; Max Frank[2]; Annie Ha[2]; Eugenia Voytik[1]; Stephanie Kaspar-Schönefeld[3]; Markus Lubeck[3]; Heiner Koch[3]; Scarlet Koch[3]; Oliver Raether[3]; Ben C Collins[4]; Ruedi Aebersold[4, 5]; Hannes Röst[2]; Matthias Mann[1, 6]; [1]Max-Planck-Institute of Biochemistry, Martinsried, Germany; [2]Donnelly Centre for Cellular and Biomolecular Research, University of Toronto, Toronto, ON; [3]Bruker Daltonik GmbH, Bremen, Germany; [4]ETH Zurich, Zurich, Switzerland; [5]University of Zurich, Zurich, Switzerland; [6]University of Copenhagen, Copenhagen, Denmark

**WOH 02:50** **Combining Drift Tube Ion Mobility and Quadrupole Selectivities for Data Independent Workflows for Metabolomics;** Tim Causon[1]; Max Feuerstein[1]; Ruwan T. Kurulugama[2]; George Stafford[2]; John C. Fjeldsted[2]; Stephan Hann[1]; [1]Institute of Analytical Chemistry, Department of Chemistry, University of Natural Resources and Life Sciences (BOKU), Vienna, Austria; [2]Agilent Technologies, Inc., Santa Clara, CA

**WOH 03:10** **Improving Quantification Using MS1 and MS2 Information in Data Independent Acquisition;** Roland Bruderer[1]; Ting Huang[2]; Jan Muntel[1]; Oliver M. Bernhardt[1]; Olga Vitek[2]; Lukas Reiter[1]; [1]Biognosys, Schlieren, Switzerland; [2]Khoury College of Computer and Information Sciences, Boston, MA

**WOH 03:30** **TKO-iQC: A Platform for Tracking Instrument Performance and Evaluating Interference in Isobaric Tag-based Workflows;** Joao A Paulo[1]; Jose Navarrete-Perea[1]; Steven P Gygi[1]; [1]Harvard Medical School, Boston, MA

**WOH 03:50** **Using an External Reference Material to Harmonize and Calibrate Quantitative Mass Spectrometry Data at Scale;** Lindsay Pino[1]; Brian C Searle[2]; Han-Yin Yang[1]; Andrew N Hoofnagle[3]; William Stafford Noble[1]; Michael J MacCoss[1]; [1]University of Washington, Genome Sciences, Seattle, WA; [2]Institute for Systems Biology, Seattle, WA; [3]University of Washington, Seattle, WA



WOH pm 04:10 **Defying Gravity in Orbitrap Mass Spectrometry;** Jan-Peter Hauschild[1]; Amelia Peterson[1]; Erik Couzijn[1]; Eduard Denisov[1]; Denis Chernyshev[1]; Christian Hock[1]; Hamish Stewart[1]; Ralf Hartmer[1]; Christian Thoeing[1]; Oliver Lange[1]; Mathias Mueller[1]; Arne Kreutzmann[1]; Wilko Balschun[1]; Aivaras Venckus[1]; Alexander Kholomeev[1]; Gregor Quiring[1]; Frank Czemper[1]; Tabiwang N. Arrey[1]; Kerstin Strupat[1]; Julia Kraegenbring[1]; Markus Kellmann[1]; Alexander Harder[1]; Alexander Makarov[1]; [1]Thermo Fisher Scientific (Bremen) GmbH, Bremen, Germany

**4:45-5:30 pm Wednesday**
**ASMS MEETING**
**Richard A. Yost** (University of Florida), presiding
Enjoy a beverage and hear the latest ASMS news.
**B302-305**

## 5:45 – 7:00 PM WEDNESDAY WORKSHOPS

**There will be light refreshments in Building A foyers. All workshops are in Building A.**

**01 MS-Based Interactomics: Computational Resources and Tools for Studying the Physical Interactome (Bioinformatics MS Interest Group)**
**Presiding: Isabell Bludau, William Noble**
**A402-403**

The large variety of molecular functions in living systems are frequently not performed by single molecules, but are a result of the interplay between different molecular entities. Proteins, metabolites, lipids, RNA and DNA molecules interact among themselves and with each other to give rise to a large variety of functional modules inside the cell. Studying the quantity, subunit composition and topology of these modules and their dynamic change upon perturbations is therefore of fundamental interest for biology. In this workshop, we aim to introduce and discuss various strategies to analyze the physical interactome of biological molecules. We will specifically focus on available resources and software tools for (a) the in silico prediction of interactions, (b) the computational analysis of large-scale interactomics datasets (including AP-MS, cross-linking MS, protein correlation profiling, LiP-MS, etc.) and (c) the integration of data generated by multiple orthogonal strategies. We will invite leading experts in the field to present an overview of available databases and software tools as well as to provide general guidelines on their usability for different applications. Finally, we will discuss recent developments and future perspectives in the area of MS-based interactomics.

**02 IMS: When Chromatography Just Won't Do (Ion Mobility MS Interest Group)**
**Presiding: Brian Clowers, Jakub Ujma, Ian Webb**
**A404-405**

Fundamental measurements of gas-phase ion properties serve as the foundation describing ion mobility (IM); this property is often exploited for analytical benefits. With historical names such as Plasma Chromatography and Gaseous Electrophoresis, ion mobility techniques often have logical analogues to more traditional chromatographic techniques. Until recently, the major differentiator between IM separations and contemporary chromatographic techniques was the speed of analysis.

Advances in ion confinement and manipulation (e.g. ion funnels, T-wave, and SLIM technologies) allowed increases in the separation path lengths, thus significant enhancements in resolving power (Rp) have been achieved; often at a cost of increased separation time scales. Improvements in Rp can also be achieved by increasing the strength of the applied electric field. This, in principle offers increased Rp and reduced separation time scale, but several practicalities have to be considered. As the separating power of ion mobility techniques increases, the additional pressures are placed on the mass spectrometry systems used for detection. More specifically, as peak widths narrow in the temporal domain, minimizing peak broadening in the IM-MS transfer region (equivalent to extra-column broadening in

chromatography) becomes paramount as well as compatibility of MS analyser/detector with the high fidelity ion mobility distributions.

To provide the community with a contemporary view of ion mobility-mass spectrometry techniques this forum will highlight the emergent, fast approaches to enhance separation selectivity of gas-phase ions. This workshop will cover methods hyphenated with IM, in particular those benefiting from the speed of IM separation. Finally, this workshop aims to promote discussion about the role of ion mobility techniques in tandem with chromatographic techniques and in some cases serve as a rapid replacement for front end separations prior to mass analysis.

**03 Clinical Applications: Standardization and Harmonization Efforts (Clinical Chemistry Interest Group)**
**Presiding: Candice Ulmer, Donald Chace**
**A406-407**

With the advent of novel mass spectrometric reference measurement procedures and improved clinical analyzers for clinical diagnostics, standardized results have become a necessity in the clinical setting to ensure accuracy/reliability in laboratory measurements, consistent disease diagnosis, and appropriate treatment for patients. Standardization ensures that laboratory testing is accurate, reliable, and precise across methods and over time. In addition, standardization is important in the clinical setting as many clinical/public health decisions are made and evidence-based patient guidelines written using laboratory measurements. Comparable measurements are needed between multiple assays, including those performed on clinical analyzers and mass spectrometers to allow for the generation of analyte-specific reference values. As a means to harmonize immunoassays and mass spectrometric procedures, reference materials and international standards are needed for method calibration purposes and conversion values. This workshop will [1] highlight the need for harmonized results, [2] introduce ongoing standardization efforts within clinical chemistry, and [3] discuss opportunities to create and engage in commutability studies, certification programs, and clinical-based interlaboratory studies.

**04 Exposomics Workshop (Exposomics Interest Group)**
**Presiding: Jarod Grossman, Silvia Balbo, Benedikt Warth**
**A408**

This workshop will have a panel consisting of thought leaders in different scientific fields of the exposome space. They will discuss their work and challenges they have overcome and encountered in their research.

Global interest in the exposome is growing and this expansion can be seen in the increased number of exposome publications in peer reviewed journals since 2010. There are many funded research endeavors designed to 'explore the exposome.' In the EU, HEALS,

# 5:45 - 7:00 PM WEDNESDAY WORKSHOPS

**There will be light refreshments in Building A foyers. All workshops are in Building A.**

HELIX and EXPoSOMICS are all underway. PI's represent Imperial College, London, Aristotle University of Thessaloniki and CREAL in Barcelona. The Phenome Center has been established at Imperial College, London. In the US, NIEHS has funded HERCULES at Emory University and US EPA and CDC both define the exposome as a critical entity required to better understand the non-genetic contribution to chronic disease. Moreover, major US and Canadian Universities including Harvard, University of Pennsylvania, Stanford, University of Alberta and those mentioned above are engaged in exposome research. In Japan, NIES is conducting a prospective mother / child cohort, with more than 300,000 participants, to measure the exposome and in China, several University's are moving away from measuring pollutants in air and water, and into the exposome paradigm.

## 05 MS-Based Process Analytical Technology (PAT): Testing & Control of CQAs
### (Pharmaceuticals Interest Group)
**Presiding: Andrew Dawdy, Richard Rogers**
**A410**

One major goal of biotherapeutic process development (PD) is to produce the same high quality product in every experiment regardless of scale. To achieve this goal, PD scientists need to employ process analytical technologies (PAT) that can provide data on the upstream process (e.g. temperature, pH, glucose, amino acids, cell viability, and metabolites), downstream process (e.g. process-related impurities and host-cell impurities) and product quality attributes of the final product (e.g. charge isoforms, aggregates, and glycoforms). Mass spectrometry is an extremely valuable tool for characterizing bulk drug substance to identify critical quality attributes that affect the safety and efficacy of the product. However, MS-based PAT may also be used to characterize in-process molecules and study other upstream and downstream parameters that dictate the attributes of the final product. This workshop will be an interactive discussion amongst a panel of experts and the workshop attendees on the current state of mass spectrometry-based PATs and how they are improving PD. Topics may include application of MS for real-time (on-line / at-line) analysis of in-process materials, quality by design (QbD), continuous biomanufacturing, automated sample handling / preparation, automated data processing (e.g. intact deconvolution), novel technologies for MS-based charge isoform characterization, application of proteomics or metabolomics to support process development, and others. Please join us to ask questions, share your knowledge and experience, and discuss the future of MS-based PAT for the development of biotherapeutics.

## 06 Endogenous Biomarkers: Measurement to Predict in vivo Drug-Drug Interactions
### (DMPK Interest Group)
**Presiding: Jonathan Josephs, Brian Rago, Aaron Teitelbaum**
**A307**

Current in vitro models at assessing drug-drug interaction (DDI) liability of a new chemical entity (NCE), though the gold standard in drug discovery, struggle with a high false-positive rate (~30%). The ability to interrogate a validated transporter biomarker, in early clinical studies, such as first-in-human (FIH) studies, would help assess DDI liability, complement the existing agency DDI risk assessment approaches, help confirm or dispute in vitro data and potentially reduce the number of dedicated DDI clinical evaluations. This could result in earlier discharging of DDI risk and lead to significant resource and time savings.

Endogenous biomarkers of CYP and transporter activity have emerged recently as a growing area of interest for biomarker research and may provide insights into the potential for clinical DDIs without the need to conduct a specific clinical trail with a probe substrate. In addition to the traditional CYP enzymes considered, Transporters include OATP1B1/1B3, OCT1, OAT2, NTCP, OCT2, MATE1 and MATE2K. Recently, publications have explored coproporphyrin isomers (CP-I and CP-III), bile acids (BAs), and N1-methylnicotinamide as potential OATP1B1/3 and renal OCT2 transporter biomarkers, respectively.

Additionally, thiamine and 6β-hydroxycortisol have been proposed as possible endogenous probes for hepatic OCT1 and renal OAT3, respectively. Creatinine has been proposed as a biomarker for OCT2, MATE1 and MATE2K inhibition.

While using traditional triple quadrupole based assays for biomarker quantitation has been well demonstrated for a number of these biomarkers. Using UHPLC-HRMS to interrogate potential biomarkers has several advantages: targeted quantitation, multiplexing of biomarkers, and also post-acquisition data mining of novel biomarkers.

## 07 The NIH and NSF Review and Funding Process
**Presiding: Salvatore Sechi, Kelsey Cook, Douglas Sheeley**
**A309**

Many ASMS members and conference participants are supported by the National Institutes of Health or the National Science Foundation. During this workshop the general funding and review process of grant applications/proposals will be presented. Issues like identifying the best contacts, writing an effective application/proposal, and responding to the reviewers' criticisms will be discussed. Speakers will explore these issues from the perspectives of the applicant, reviewer, and administrator, with some emphasis on new investigators and training opportunities. Tips on grant writing and insights into the review process will be presented. Substantial time will be allotted for discussion and questions. NIH and NSF staff will also be available for individual discussions with investigators during scheduled "Office Hours" in the poster exhibit hall.

## 08 Why You Should Submit Your Best Manuscripts to *JASMS*
**Presiding: Joe Loo, *JASMS* Editor-in-Chief**
**A311**

The *Journal of the American Society for Mass Spectrometry (JASMS)* was started in 1990, and it remains a premier science journal that covers all aspects of mass spectrometry, including fundamental subjects (e.g., properties of gas-phase ions, instrumentation design, etc) and applications of mass spectrometry in all fields (including chemistry, biology, physics, geology, environmental science, and life sciences). But the scientific publishing industry has undergone dramatic changes since 1990, and journals must keep pace with these changes in order to remain competitive. The Workshop will discuss the current "nuts and bolts" of the operation of JASMS, how manuscripts are handled, how the journal can grow to best serve the needs of the mass spectrometry scientific community and the members of ASMS, and why all members should consider submitting their best work to the Society's journal. Members from the JASMS Editorial Staff and the ASMS Publications Committee will spur lively discussions.

## 09 Metaproteomics for the Masses: Solutions, Opportunities and Challenges
**Presiding: Pratik Jagtap, Timothy Griffin, Robert Hettich**
**A312**

Metaproteomics, which characterizes the protein complement of a microbiome, enables researchers to understand the network and functional roles of the expressed microbial proteins in an ecosystem, thereby opening new avenues to characterize a variety of eukaryotic (human, plant) and environmental (soil, ocean) systems. As a complement to nucleic-acid based metagenomics (which provide detailed taxonomic information about microbial composition), metaproteomics research provides information about the metabolic activities and mechanism of microbial interactions with the host or environment. However, as compared to single-organism proteomics, mass spectrometry-based metaproteomics research poses additional challenges in data acquisition, database searching, and information extraction from these very complex peptide mixtures. Moreover, advanced bioinformatics approaches are needed to properly assign peptides to appropriate proteins and functional groups, as well as handle quantitative and multi-replicate analyses.



**5:45 - 7:00 PM WEDNESDAY WORKSHOPS**

There will be light refreshments in Building A foyers. All workshops are in Building A.

Metaproteomics research experts will discuss the current status of metaproteomics research, and highlight solutions and opportunities in the emerging field. In particular, advanced data acquisition strategies and database searching methods for peptide matching and metaprotein inference will be discussed. Experts will also participate in an informal discussion on multi-omic studies (metagenomics, metatranscriptomics, metaproteomics, and metabolomics) and quantitative and statistical analysis of multi-replicate samples.

**10 Bridging the Gap between Computational Biology and Biology: Matchmaking Session**
**Presiding: Ewy Mathe, Corey Broeckling**
**A313**
Nowadays, science is conducted collaboratively and most often requires experts in bench (e.g. chemistry, biology) and computational sciences. The goal of this workshop is to promote conversations between computational biology, chemistry, and biology experts and to help bridge the communication gap between the fields. While bench scientists seek help with analysis of their data, computational biologists are hungry for data to test out their solutions to data analysis problems. The aim of this workshop is thus discuss methods to bridge the language and culture gap between computational biology and biology. A secondary aim is to help researchers find each other in this large conference setting.

The session will be split into three parts: 1) brief introduction; 2) all participants share their work in 3-5 minutes; 2) informal, small group discussions (led by moderators), where tool developers/analysis experts interact with bench scientists/novice researchers to identify common interests and foster future conversations/collaborations. Topics will include broad aspects of metabolomics analysis, from data preprocessing, to statistical analyses and data interpretation.

**11 Ambient Ionization: Where We Stand Now and Go from Here**
**Presiding: Bindesh Shrestha, Sylwia Stopka**
**A314**
After the introduction of desorption electrospray ionization (DESI) in the mid-2000s, dozens of new ambient mass spectrometry ionization source have been introduced. These ambient ionization tools are capable of direct analysis of samples in real time, require minimal sample perturbation, and analysis is performed under native conditions. The workshop will begin with a brief introduction that addresses the current state of ambient ionization techniques, followed by brief short presentations on variations of ambient ionization methods. These brief presentations will have a maximum of four slides, consisting of introduction (slide 1), a unique or high impact application (slide 2), limitations of the technique (slide 3), and future direction and discussions (slide 4). The brief presentations will be followed by an open discussion forum focused on current challenges related to ambient ionization and its future direction. The workshop aims to encourage the participation and presentations of new investigators, postdocs, and graduate students with a balanced perspective from academia, national lab, and industry. One of the goals of the workshop will be to gather scientists interested in ambient ionization technology and start the discussion towards forming an ambient ionization interest group to address these new scientific challenges.

**12 The Proteomics Standards Initiative and ProteomeXchange: Supporting Open Data Practises in Proteomics**
**Presiding: Juan Antonio Vizcaino, Eric Deustch, Nuno Bandeira**
**A315**
The Proteomics Standards Initiative (PSI, http://www.psidev.info) and ProteomeXchange (http://www.proteomexchange.org) are two highly collaborative projects that are open to the contribution and ideas from everyone in the community. Since 2002, the mission of the PSI is the development and promotion of open data standards and the related software in the proteomics field. Additionally, the PSI is increasingly involved in the development of data standards for metabolomics. In a parallel effort, since 2012, the ProteomeXchange Consortium is

standardising the submission and dissemination of public proteomics data between the main proteomics data repositories, currently including the resources PRIDE, PeptideAtlas, MassIVE, jPOST, iProx and Panorama Public.

We will briefly showcase our most successful projects and highlight some of our ongoing activities, fostering discussion among participants about what future directions in both initiatives would most benefit the community. Please attend if you want your voice to be heard!

**13 Fundamentals: Structural Elucidation of Proteins (Fundamentals Interest Group)**
**Presiding: Christian Bleiholder, Alexandre Shvartsburg**
**A316**
Elucidation of molecular structure has been a key goal of mass spectrometry since its origins, normally achieved using tandem mass spectrometry (MS/MS) via collision-induced dissociation (CID). With the emergence of biological MS, that direction has extended to proteins and their assemblies. The major new challenges faced by structural MS in this context have been (1) critical higher-level structure (beyond primary) and connectivity of post-translational modifications not amenable to standard MS/MS approaches and (2) for primary structure, the molecular size and complexity resulting in numerous competing fragmentation pathways and thus spectral congestion. These issues have motivated the invention of novel structural tools - both expanding the MS/MS capability (via new activation and fragmentation techniques resulting in more informative products) and complementary methods based on ion mobility for overall morphology characterization and/or spectroscopy for more targeted local probes. The central path forward appears to be combining orthogonal approaches in hyphenated instrumentation to provide specific and redundant independent constraints, and developing and validating the structure-property computational models to extract the utmost information from available rich experimental data.

We will discuss the latest instrumental and methodological advances in the area across the leading approaches, highlighting their limitations that one must appreciate for successful outcomes.

Topics and tentative speakers:
- Primary structure (bottom-up and top-down): Alan Marshall
- Primary structure (top-down and complex-top-down): Neil Kelleher
- Native MS (activation methods and H/D exchange)
- Theory and ion mobility: David Russell
- Spectroscopy: Jennifer Brodbelt

**14 Education: Teaching MS at the Undergraduate Level (Undergraduate Research in MS Interest Group)**
**Presiding: Chrisi Hughey, Jay Forsythe**
**A303**
This workshop will provide an overview of resources available to current and/or future instructors who teach mass spectrometry at the undergraduate level. Attendees are encouraged to bring and share mass spectrometry-related materials that they have developed for lecture and/or the laboratory. We will also discuss the successes and challenges of teaching mass spectrometry at the undergraduate level. The goal of the workshop is to build a community of instructors and an online repository of instructional resources through ASMS and/or the Analytical Sciences Digital Library (ASDL). If you have materials you would like to share, please email hugheyca@jmu.edu.

**15 New Ion Manipulations Prior to FT-MS (FTMS Interest Group)**
**Presiding: Matthew Renfrow, Lissa Anderson,**
**A302**
The efficiency of ion trapping and transferring prior to FT-MS detection has continued to improve and the sophistication of ion manipulations and separations prior to high resolution detection continue to increase.

## 5:45 - 7:00 PM WEDNESDAY WORKSHOPS AND
## THURSDAY MORNING ORAL SESSIONS

**There will be light refreshments in Building A foyers. All workshops are in Building A.**

This year's FT-MS workshop will focus on new ion manipulations prior to FT-MS and what new type of FT-MS-based analysis and experimentation these developments will allow. This includes, but is not limited to, proton transfer reactions, parallel ion parking, ion mobility separations, and other novel additions to the FT-MS field. Experts from academia and industry will be available to help answer questions. The goal is to give users a preview of what future directions ions be moving as the field of FT-MS continues to expand.

### 16 Cannabis and Hemp Testing Requirements: How to Leverage with Mass Spectrometry
**Presiding: Marc Engel, Markus Roggen, Kevin Smith**
**A301**

This workshop will discuss the challenges associated with testing cannabis and cannabis concentrate (edibles, extracts, tincture etc) samples; in addition, Mass Spectrometry techniques suitable for quantifying cannabis will be presented in detail to emphasize their merit for each chemistry group (pesticides, mycotoxins, heavy metals, terpenes etc). Industry thought leaders from the US and Canada will present their latest findings on sample preparation, instrumentation configuration, and data processing specifics to quantitate cannabis and cannabis extract samples in a high throughput environment. Group discussions will also include identifying mass spectrometry topics and research opportunities within cannabis & hemp science that can support this rapidly expanding scientific landscape.

### 17 Getting Started with R for Mass Spectrometry Data Analysis
**Presiding: Ryan Benz, Jeff Jones**
**A305**

This workshop, targeted at beginner and aspiring R users, will introduce the R programming language and the ways it can be used for mass spectrometry data analysis (and data analysis in general). The workshop will start with a gentle introduction to R and the basics of using RStudio, followed by essential data manipulation and analysis strategies using base R and tidyverse packages. Finally, analysis examples utilizing various mass spectrometry specific R packages will be presented. The goal of this workshop is to help new R users get over some of the initial roadblocks beginners often face and to kickstart their efforts toward learning how to use R effectively for data analysis tasks. Bring your laptop to follow along with the examples. Preparatory material for the workshop will be provided at: https://github.com/ZenBrayn/asms-2019-r-workshop

### 18. Career and Collaboration Opportunities in China
**Presiding: Jun Qu, Andy Tao**
**A304**

Recent economic development in China has created numerous job opportunities for postdoctoral fellows and graduate students with training in mass spectrometry. The overall objective of this workshop is to provide information to those individuals with interest in seeking academic or industrial positions in China. We plan to invite 6-7 mass spectrometrists from academia, pharmaceutical companies, and instrument vendors in China as panel members for this workshop. These individuals will share with the participating graduate students and postdocs about their experiences and perspectives in finding jobs, establishing an independent research program in universities, opportunities available to mass spectrometrists, and developing international collaborations in China. We believe that the workshop will benefit young and next-generation scientists in mass spectrometry by providing a unique perspective of job and research opportunities in China and assisting with their career development. The workshop will be mixed with panelist presentations and Q/A session with the participating students and postdocs.

## THURSDAY MORNING ORAL SESSIONS

**From 7:00 am Thursday**
**CORPORATE BREAKFAST SEMINARS**
**CONVENTION CENTER ONLY**
*See page 16 for detailed schedule. Reservation or RSVP required.*

**8:30 - 10:30 am Thursday**
**INFORMATICS: METABOLOMICS**
**Session Chair: Caroline Johnson (Yale School of Public Health)**
**Murphy Ballroom, Bldg B, Level 5**

ThOA am 08:30 **OpenSWATH Enables Automated Data Processing for Data-Independent Acquisition in Metabolomics;** Oliver Alka[1]; Michael Witting[2, 3]; Karin Kleigrewe[4]; Oliver Kohlbacher[1, 5, 6, 7]; Hannes L. Röst[8]; [1]Applied Bioinformatics, Department of Computer Science, University of Tübingen, Tübingen, Germany; [2]Helmholtz Zentrum München, Research Unit Analytical BioGeoChemistry (BCG), Neuherberg, Germany; [3]School of Life Sciences Weihenstephan, Technical University of Munich, Freising, Germany; [4]Bavarian Center for Biomolecular Mass Spectrometry (BayBioMS), Technical University of Munich, Freising, Afghanistan; [5]Quantitative Biology Center, University of Tübingen, Tübingen, Germany; [6]Biomolecular Interactions, Max Planck Institute for Developmental Biology, Tübingen, Germany; [7]Institute for Translational Bioinformatics, University Hospital Tübingen, Tübingen, Germany; [8]Donnelly Centre for Cellular and Biomolecular Research, University of Toronto, Toronto, ON

ThOA am 08:50 **Development of a Unified Collision Cross Section Compendium for Compound Annotation and Chemical Class Prediction;** Jaqueline A. Picache[1]; Bailey S. Rose[1]; Andrzej Balinski[1]; Katrina L. Leaptrot[1]; Stacy D. Sherrod[1]; Jody C. May[1]; John A. McLean[1]; [1]Vanderbilt University, Nashville, TN

ThOA am 09:10 **Lipid Annotator: A Rapid, Accurate, and User-Friendly Software for Comprehensive LC-HRMS/MS Lipidomics;** Jeremy Koelmel[1]; Xiangdong Li[2]; Sarah Stow[2]; Mark Sartain[2]; Adithya Murali[2]; Robin H.J Kemperman[1]; Richard A Yost[1]; Timothy J. Garrett[1]; Norton Kitagawa[1]; [1]University of Florida, Gainesville, FL; [2]Agilent Technologies, Santa Clara, CA

ThOA am 09:30 **Extracting Molecular Knowledge from METASPACE, a Community Knowledge Base of Spatial Metabolomes;** Theodore Alexandrov[1, 2]; Katja Ovchinnikova[1]; Andrew Palmer[1]; Vitaly Kovalev[1]; Lachlan Stuart[1]; Artem Tarasov[1]; Renat Nigmetzianov[1]; Dominik Fay[1]; [1]Structural and Computational Biology Unit, European Molecular Biology Laboratory, Heidelberg, Germany; [2]Skaggs School of Pharmacy and Pharmaceutical Sciences, University of California San Diego, La Jolla, CA

ThOA am 09:50 **Improved Interpretation of Metabolomics Data Integrated with other Omics Data: Linear Modeling and Comprehensive Pathway Analysis Approaches;** Jalal K. Siddiqui[1]; Shunchao Wang[1]; Rohith Vanam[1]; Andrew Patt[1]; Joseph McElroy[1]; Ewy Mathe[2]; [1]The Ohio State University, Columbus, OH; [2]Ohio State University Medical Center, Columbus, OH



**ThOA am 10:10** **Improving Annotation Propagation on Molecular Networks through Random Walks: Introducing ChemWalker;** Ricardo Silva[1,2]; Pieter Dorrestein[3]; [1]University of California, San Diego, CA; [2]NPPNS, Department of Physics and Chemistry, School of Pharmaceutical Sciences of Ribeirão Preto, University of São Paulo, Ribeirão Preto, Brazil; [3]University of California San Diego, La Jolla, CA

**8:30 - 10:30 am Thursday**
**FUNDAMENTALS: ION SPECTROSCOPY**
**Session Chair: Mary T. Rodgers (Wayne State University)**
**B401-402**

**ThOB am 08:30** **Integration of High-Resolution Mass Spectrometry with Cryogenic Ion Vibrational Spectroscopy;** Evan H Perez[1]; Fabian Menges[1]; Sean Edington[1]; Chinh Duong[1]; Nan Yang[1]; Mark Johnson[1]; [1]Yale University, New Haven, CT

**ThOB am 08:50** **Comparing Ultrahigh-Resolution Ion-Mobility Spectrometry and IR-IR Double Resonance Spectroscopy for Isomer-Resolved Spectra of Oligosaccharides;** Robert Pellegrinelli[1]; Stephan Warnke[1]; Ahmed Ben faleh[1]; Yalovenko Natalia[1]; Thomas R. Rizzo[1]; [1]Ecole Polytechnique Fédérale de Lausanne, Lausanne, Switzerland

**ThOB am 09:10** **Two-Color IRMPD Applied on Cryogenically Cooled Peptides: Comparisons to Traditional IRMPD and IR-UV Double Resonance Techniques;** Christopher P. Harrilal[1]; Timothy S. Zwier[1]; Scott A. Mcluckey[1]; [1]Purdue University, West Lafayette, IN

**ThOB am 09:30** **Circular Dichroism Mass Spectrometry of Biomolecular Ions;** Steven Daly[1]; Frédéric Rosu[2]; Valérie Gabelica[1]; [1]Université de Bordeaux, INSERM U1212, CNRS UMR 5320, IECB, Pessac, France; [2]Université de Bordeaux, CNRS UMS3033, IECB, Pessac, France

**ThOB am 09:50** **Gas-Phase Fluorescence from Trapped Biomolecular Ions: Instrumentation and Photophysical Studies;** Prince Tiwari[1]; Jonas B Metternich[1]; Martin F Czar[1]; Renato Zenobi[1]; [1]ETH Zurich, Switzerland

**ThOB am 10:10** **Structures of Hydrogen-Rich DNA Tetranucleotide Cation Radicals toward Achieving Atomic-Resolution by UV/Vis Action Spectroscopy;** Shu R. Huang[1]; Yue Liu[1]; Yang Liu[1]; Frantisek Turecek[1]; [1]University of Washington, Seattle, WA

**8:30 - 10:30 am Thursday**
**POST-TRANSLATIONAL MODIFICATIONS: QUALITATIVE & QUANTITATIVE ANALYSIS**
**Session Chair: Kristina Hakansson (University of Michigan)**
**B405-407**

**ThOC am 08:30** **Strategies for High Throughput MS Analysis of Acid-Labile Phosphorylation;** Gemma Hardman[1]; Simon Perkins[1]; Philip Brownridge[1]; Andrew Jones[1]; Claire Eyers[1]; [1]University of Liverpool, Liverpool, United Kingdom

**ThOC am 08:50** **Mass Spectrometry-Based Large-Scale and Precise Identification of Citrullinated Proteins from Complex Biological Samples;** Yatao Shi[1]; Zihui Li[2]; Xudong Shi[3]; Bin Wang[4]; Lingjun Li[2,4]; [1]University of Wisconsin, Madison, WI; [2]Department of Chemistry, University of Wisconsin, Madison, WI; [3]Department of Surgery, School of Medicine and Public Health, University of Wisconsin, Madison, WI; [4]School of Pharmacy, University of Wisconsin, Madison, WI

**ThOC am 09:10** **ProteomeTools: Exploiting the Largest Collection of Synthetic Peptides Carrying Biologically Relevant Post-Translational Modifications for Proteome Research;** Daniel P Zolg[1]; Mathias Wilhelm[1]; Siegfried Gessulat[1,2]; Tobias Schmidt[1]; Michael Graber[1,3]; Jana Zecha[1]; Johannes Zerweck[4]; Tobias Knaute[4]; Hans-Christian Ehrlich[2]; Stephan Aiche[2]; Bernard Delanghe[5]; Andreas Huhmer[6]; Karsten Schnatbaum[4]; Ulf Reimer[4]; Bernhard Kuster[1,7,8]; [1]Technical University of Munich, Freising, Germany; [2]SAP SE, Potsdam, Germany; [3]Ludwig-Maximilians-University Munich, Munich, Germany; [4]JPT Peptide Technologies GmbH, Berlin, Germany; [5]Thermo Fisher Scientific, Bremen, Germany; [6]Thermo Fisher Scientific, San Jose, CA; [7]Bavarian Center for Biomolecular Mass Spectrometry, Freising, Germany; [8]Center for Integrated Protein Science Munich, Freising, Germany

**ThOC am 09:30** **Critical Insight on Protein Oxidation Mapping by LC-MS/MS: Identification, Quantification, Artifacts, and Implications;** Qian Dong[1]; Yuxue Liang[1]; Xinjian Yan[1]; Stephen E. Stein[1]; [1]NIST, Gaithersburg, MD

**ThOC am 09:50** **Integration of Lysine Modification Changes and Bioenergetic Phenotypes in Mouse Models of Cardiac Mitochondrial Protein Hyperacylation;** Paul A. Grimsrud[1]; Michael T. Davidson[1]; Kelsey H. Fisher-Wellman[2]; James A. Draper[1]; Ling Lai[3]; Matthew D. Hirschey[1]; Timothy R. Koves[1]; Daniel P. Kelly[3]; Deborah M. Muoio[1]; [1]Duke University School of Medicine, Durham, NC; [2]East Carolina University Brody School of Medicine, Greenville, NC; [3]Perelman School of Medicine - University of Pennsylvania, Philadelphia, PA

**ThOC am 10:10** **Coupling Fluorescent-Activated Cell Sorting with LC-MRM-MS to Characterize Epi-Proteomic Signatures from Human Blood Cells;** Jeannie M Camarillo[1]; Suchitra Swaminathan[1]; Nebiyu A Abshiru[1]; Juliette A Morris[1]; Madeline A Zoltek[1]; Jacek W Sikora[2]; Paul M Thomas[2]; Neil L Kelleher[2]; [1]Northwestern University, Chicago, IL; [2]Northwestern University, Evanston, IL.

**8:30 - 10:30 am Thursday**
**DRUG DISCOVERY AND DEVELOPMENT : QUANTITATIVE ANALYSIS**
**Session Chair: Christopher Yu (Genentech)**
**B302-305**

**ThOD am 08:30** **Utility of a Novel Acoustic Mist Ionization Front End in Early Drug Discovery: Delivery of a HTP Biochemical Screen;** Arsenly M Belov[1]; Carl A Machutta[1]; Guofeng Zhang[1]; Joseph Kozole[1]; Jeffrey W Gross[1]; Melanie V Leveridge[1]; Luke Ghislain[2]; Sammy S Datwani[2]; Roland S Annan[1]; [1]GlaxoSmithKline, Collegeville, PA; [2]Labcyte Inc., San Jose, CA

**ThOD am 08:50** **Quantitative Interactomics as a Tool for Drug Development;** James Bruce[1]; Juan D. Chavez[1]; Andrew Keller[1]; Jared P. Mohr[1]; Martin Mathay[1]; [1]University of Washington, Genome Sciences, Seattle, WA

**ThOD am 09:10** **Overcoming ADA Interference by Using a Hybrid LC/MS/MS Method to Quantify a Therapeutic Protein in Human Plasma;** Jia Guo[1]; Dylan Sorensen[2]; Chad Christianson[3]; Tara O'Brien[3]; Leonor Newquist[1]; Kevin Kuang[1]; Ben Badillo[1]; Ryan Boyer[1]; Stephen Zoog[1]; Huiyu Zhou[1]; [1]BioMarin Pharmaceutical Inc., Novato, CA; [2]Amgen, South San Francisco; [3]Alturas Analytics, Moscow, ID


**ThOD am 09:30** Quantification of Convoluted Antibody and Antibody-Drug-Conjugate Modifications at the Intact and Middle-Down Level *via* ETD Fragments and Isotopically-Labeled Standards; Joseph D Eschweiler[1]; Guillaume Tremintin[2]; Reika Campbell[1]; Julie L Heflin[1]; [1]AbbVie Inc., North Chicago, IL; [2]Bruker Scientific, San Jose, CA

**ThOD am 09:50** Benchmarking of HR/AM Instruments for Monitoring and Accurately Quantifying Trace-Level Host Cell Proteins Impurities in Therapeutic Proteins; Joanna Bons[1]; Nicolas Pythoud[1]; Sarah Cianférani[1]; Christine Carapito[1]; [1]Laboratoire de Spectrométrie de Masse BioOrganique, Université de Strasbourg, CNRS, IPHC UMR 7178, Strasbourg, France

**ThOD am 10:10** Analysis and Characterization of Adeno Associated Virus by Charge Detection Mass Spectrometry; Nicholas A. Lyktey[1]; Zachary C. Elmore[2]; Eric Walton[2]; Aravind Asokan[2]; Martin F. Jarrold[1]; [1]Indiana University, Blocmington, IN; [2]Duke University, Durham, NC; [3]Duke University School of Medicine, Durham, NC

**8:30 - 10:30 am Thursday**
**SUPRAMOLECULAR AND MACROMOLECULAR COMPLEXES**
Session Chair: Stacy D. Sherrod (Vanderbilt University)
**B308-309**

**ThOE am 08:30** Using Supramolecular Protein-Polymer Complexes to Probe Surface-Accessible Protein Residues; Benqian Wei[1]; Selim Gerislioglu[2]; Jonathan P Williams[3]; Chrys Wesdemiotis[1]; [1]The University of Akron, Akron, OH; [2]PPG, Allison Park, PA 15101; [3]Waters corporation, Wilmslow, United Kingdom

**ThOE am 08:50** Data Integration and Mass Spectrometry for Solving Structures of Intrinsically Disordered Regions of Nuclear Receptors; Mark Chance[1]; Janna Kiselar[1]; Sichun Yang[1]; [1]Case Western Reserve University, Cleveland, OH

**ThOE am 09:10** Relative Stabilities of Lipoprotein Subpopulations Determined by Charge Detection Mass Spectrometry; Corinne A. Lutomski[1]; Tarick J. El-Baba[1]; David E. Clemmer[1]; Martin F. Jarrold[1]; [1]Indiana University, Bloomington, IN

**ThOE am 09:30** Probing Gas-Phase Unfolding Mechanism of Multimeric Protein Complexes by Native Top-Down Mass Spectrometry Using Electron Capture Dissociation and Ultraviolet Photodissociation; Mowei Zhou[1]; Weijing Liu[1]; Ljiljana Pasa-Tolic[1]; Jared B. Shaw[1]; [1]Pacific Northwest National Laboratory, Richland, WA

**ThOE am 09:50** Identification and Quantitation of Heterodimer Species in Co-Formulated Protein Drugs by LC-MS-Based Approaches; Tao Xing[1]; Yuetian Yan[1]; Shunhai wang[1]; Thomas J. Daly[1]; Ning li[1]; [1]Regeneron Pharmaceuticals Inc., Tarrytown, NY

**ThOE am 10:10** Towards a Comprehensive Landscape of 60S Ribosomal Biogenesis; Carolin Sailer[1]; Jasmin Jansen[1]; Axel Reiser[2]; Jan Erzberger[3]; Florian Stengel[1]; [1]University of Konstanz, Konstanz, Germany; [2]University of Stuttgart, Stuttgart, Germany; [3]UT Southwestern Medical Center, Dallas, TX

**8:30 - 10:30 am Thursday**
**CLINICAL ANALYSIS USING MS**
Session Chair: Yu Bai (Peking University)
**B312-314**

**ThOF am 08:30** Development of Robust Spatial Metabolomics Tools for Cross-Site Analyses of Human Biopsies for Kidney Precision Medicine;

Dusan Velickovic[1]; Guanshi Zhang[2]; Arunima Bhattacharjee[1]; Jennifer Kyle[1]; Ryan Sontag[1]; Ljiljana Pasa-Tolic[1]; Theodore Alexandrov[3]; Kumar Sharma[2]; Christopher Anderton[1]; [1]Pacific Northwest National Laboratory, Richland, WA; [2]University of Texas Health-San Antonio, San Antonio, TX; [3]European Molecular Biology Laboratory, Heidelberg, Germany

**ThOF am 08:50** Quantitation of Cannabinoids in Breath Samples Using a Novel Derivatization LC-MS Assay with Ultrahigh Sensitivity; Yiqi Ruben Luo[1]; Cassandra Yun[1]; Kara L Lynch[1]; [1]University of California, San Francisco, CA

**ThOF am 09:10** Development of Automated, Multiplexed PI3K p110α, PTEN, and AKT 1+2 Assays for Tumor-Tissue Samples Using Immuno-MALDI Mass Spectrometry (iMALDI); Bjorn Frohlich[1]; Robert Popp[1]; Rene Zahedi[2]; Andre LeBlanc[2]; Yassene Mohammed[1, 3]; Adriana Aguilar-Mahecha[4]; Oliver Poetz[5]; Mark Basik[6]; Gerald Batist[6]; Christoph H. Borchers[1, 2, 6, 7]; [1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [3]Center for Proteomics and Metabolomics, Leiden University Medical Center, Leiden, Netherlands; [4]Segal Cancer Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, Montreal, QC; [5]NMI Natural and Medical Sciences Institute at the University of Tuebingen, Tuebingen, Germany; [6]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC; [7]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC

**ThOF am 09:30** Paper Spray Ionization-Mass Spectrometry (PSI-MS) for the Simultaneous Quantification of Five Tri-azole Anti-fungal Agents from Plasma Samples; Lindsey M Kirkpatrick[1, 2]; Christine L Skaggs[3]; Greta J Ren[3]; Nicholas E Manicke[4]; [1]Indiana University School of Medicine, Pediatric Infectious Disease, Indianapolis, IN; [2]James Whitcomb Riley Hospital for Children, Indianapolis, Indiana; [3]Department of Chemistry and Chemical Biology, Indiana University-Purdue University Indianapolis, Indianapolis, IN; [4]Department of Chemistry and Chemical Biology, Forensic and Investigative Sciences Program, Indiana University-Purdue University Indianapolis, Indianapolis, IN

**ThOF am 09:50** Molecular Analysis of Endometriosis to Aid in Surgical Resection Using the Laparoscopic MasSpec Pen; Clara Feider[1]; Jialing Zhang[1]; John Q. Lin[1]; Marta Sans[1]; Suzanne Ledet[2]; Katherine Sebastian[2]; Michael T. Breen[2]; Livia S. Eberlin[1]; [1]The University of Texas, Austin, TX; [2]Seton Medical Center, Austin, TX; [3]Dell Medical School at The University of Texas, Austin, TX

**ThOF am 10:10** Quality Control Considerations for Targeted MRM on Dried Blood Microsamples for Early Prediction of Cardiac Events; Kelly Njine Mouapi[1]; Irene Van Den Broek[1]; Mitra Mastali[1]; Qin Fu[1]; Vidya Venkatraman[1]; Noel Bairey Merz[2]; Brennan Spiegel[3]; Jennifer Van Eyk[1, 2]; [1]Advanced Clinical Biosystems Research Institute, The Smidt Heart Institute, Cedars-Sinai Medical Center, Los Angeles, CA; [2]Barbra Streisand Women's Heart Center, The Smidt Heart Institute, Cedars-Sinai Medical Center, Los Angeles, CA; [3]Cedars Sinai Center for Outcomes Research and Education (CS-CORE), Cedars-Sinai Medical Center, Los Angeles, CA



# THURSDAY MORNING ORAL SESSIONS

**8:30 - 10:30 am Thursday**
**STABLE ISOTOPE LABELING IN MS: APPLICATIONS**
Session Chair: Chengli Zu (Corteva Agriscience)
Auditorium, Bldg A

**ThOG am 08:30**  Probing Metabolic Pathways during Early Embryonic Development Using Stable Isotope Labeling and Single-Cell Mass Spectrometry; Erika Portero[1]; Aleena J Andrews[1]; Peter Nemes[1]; [1]University of Maryland, College Park, MD

**ThOG am 08:50**  A Boosting to Amplify Signal with Isobaric Labeling (BASIL) Strategy for Comprehensive Quantitative Phosphoproteomic Characterization of Small Populations of Cells; Chia-Feng Tsai[1]; Lian Yi[1]; Ercument Dirice[2]; Adam C. Swensen[1]; Jing Chen[3]; Marina A. Gritsenko[1]; Rosalie K. Chu[4]; Paul D. Piehowski[1]; Richard D. Smith[1,4]; Karin D. Rodland[1]; Clayton E. Mathews[3]; Rohit N. Kulkarni[2]; Wei-Jun Qian[1]; Tao Liu[1]; [1]Biological Sciences Division, Pacific Northwest National Laboratory, Richland, WA; [2]Section of Islet Cell Biology and Regenerative Medicine, Joslin Diabetes Center and Harvard Medical School, Boston, MA; [3]Department of Pathology, Immunology, and Laboratory Medicine, University of Florida, Gainesville, FL; [4]Environmental Molecular Sciences Laboratory, Pacific Northwest National Laboratory, Richland, WA

**ThOG am 09:10**  Quantitative Analysis of the Fetal Tissue Translatome by Mass Spectrometry Reveals Temporal and Tissue-Specific Regulatory Networks in utero; Josue Baeza[1]; Coons E Barbara[2]; William Peranteau[2]; Benjamin A. Garcia[1]; [1]University of Pennsylvania, Philadelphia, PA; [2]Children's Hospital of Philadelphia, Philadelphia, PA

**ThOG am 09:30**  Spatial Isotope Tracer Metabolomics to Study 13C Labeled Metabolite Distribution in 3D Tumor Spheroid Cell Culture; Prasad Phapale[1]; Mariia Naumenko[1,2]; Karin Mitosch[1,3]; Theodore Alexandrov[1,2,4]; [1]EMBL, Heidelberg, Heidelberg, Germany; [2]Metabolomics Core Facility, European Molecular Biology Laboratory, Heidelberg, Germany; [3]Genome Biology Unit, European Molecular Biology Laboratory, Heidelberg, Germany, Heidelberg, Germany; [4]UCSD, San Diego, CA

**ThOG am 09:50**  DIA and DDA MS for Profiling the Cancer Borealis Neuropeptidome and Peptidomic Changes Resulting from Food Intake; Kellen DeLaney[1]; Lingjun Li[1]; [1]University of Wisconsin, Madison, WI

**ThOG am 10:10**  Determining the Metabolic Fate of Monosaccharides in the Glycocalyx through Stable Isotope Labeling; Maurice Wong[1]; Gege Xu[1]; Mariana Barboza[1]; Carlito Lebrilla[1]; [1]University of California, Davis, CA

**8:30 - 10:30 am Thursday**
**EXPOSOMICS, TOXICOLOGY, AND HUMAN HEALTH**
Session Chair: Jon R. Sobus (US EPA)
A411-412

**ThOH am 08:30**  Wastewater Impacts on Drinking Water: Hospital and Energy-Related Wastes and the Formation of Higher-Toxicity Disinfection By-Products; Hannah Liberatore[1]; Danielle C. Westerman[1]; Caroline O. Granger[1]; Amy A. Cuthbertson[1]; Joshua M. Allen[1]; Michael J Plewa[2]; Elizabeth D Wagner[2]; Kelly D Good[3]; Amy McKenna[4]; Chad R. Weisbrod[4]; Jerry A. Zweigenbaum[5]; Jeanne M. VanBriesen[3]; Susan D. Richardson[1]; [1]University of South Carolina, Columbia, SC; [2]University of Illinois Urbana-Champaign, Urbana, IL; [3]Carnegie Mellon University, Pittsburgh, PA; [4]National High Magnetic Field Laboratory, Tallahassee, FL; [5]Agilent Technologies, Inc., Wilmington, DE

**ThOH am 08:50**  In vitro Hepatic Clearance of Per- and Polyfluoroalkyl Substances (PFAS); David M. Crizer[1]; Tahja M. Harris[1]; Paul E. Dunlap[1]; Julie R. Rice[1]; Stephen S. Ferguson[1]; Michael J. DeVito[1]; [1]National Toxicology Program/NIEHS/NIH, Research Triangle Park, NC

**ThOH am 09:10**  HRMS-Based Metabolomics Strategy for Comprehensively Screening Biomarkers of Phthalate Exposure and their Applications; Jing-fang Hsu[1]; Chia-Lung Shih[2]; Pao-Chi Liao[2]; [1]National Health Research Institutes, Miaoli County, Taiwan; [2]National Cheng Kung University, Tainan, Taiwan

**ThOH am 09:30**  An Algorithm (wSIM-CITY) for Gas Phase Fractionated (GPF) MS/MS2 Data Independent Acquisition (DIA) and Application to Neutral Loss DNA Adductomics.; Scott J Walmsley[1,2]; Jinshu Guo[1,3]; Peter W. Villalta[1]; Robert Turesky[1,3]; Jinhua Wang[1,2]; [1]Masonic Cancer Center, University of Minnesota, Minneapolis, MN; [2]Institute for Health Informatics, University of Minnesota, Minneapolis, MN; [3]Dept. of Medicinal Chemistry, College of Pharmacy, Minneapolis, MN

**ThOH am 09:50**  Signatures of Ambient Exposure to Benzene and Other Air Pollutants in the Human Serum Albumin Cys34 Adductome; Joshua W Smith[1]; Robert N O'Meally[1]; Thomas W Kensler[1,2]; Robert N Cole[1]; John D Groopman[1]; [1]Johns Hopkins University, Baltimore, MD; [2]Fred Hutchinson Cancer Research Center, Seattle, WA

**ThOH am 10:10**  Multi-omics Investigation Reveals Benzalkonium Chloride Disinfectants Alter Sterol and Lipid Homeostasis in the Mouse Neonatal Brain; Josi M. Herron[1]; Kelly M. Hines[1]; Hideaki Tomita[1]; Ryan P. Seguin[1]; Julia Y. Cui[1]; Libin Xu[1]; [1]University of Washington, Seattle, WA

**10:30 am - 2:30 pm Thursday**
**THURSDAY POSTER SESSION**
Poster/Exhibit Hall ground level
Lunch concessions are open 11:00 am - 2:00 pm

Odd-number posters present:
10:30 am - 11:30 am PLUS 12:30 - 2:30 pm

Even-number posters present:
10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm

Poster Pick-Me-Up Snacks served at 1:30 pm





2:30 - 4:30 pm Thursday
**INFORMATICS: PEPTIDE AND PROTEIN IDENTIFICATION, PROTEOMICS**
Session Chair: Anna Ivanova (Emory University)
Murphy Ballroom, Bldg B, Level 5

**ThOA pm 02:30** From Single Software Tools to Fully Reproducible Workflows for the Analysis of Protein Mass Spectrometry Data; Johannes Griss[1, 2]; Goran Vinterhalter[3]; Iustinian Olaru[4]; Veit Schwämmle[4]; [1]Medical University of Vienna, Vienna, Austria; [2]EMBL-EBI, Hinxton, United Kingdom; [3]University of Belgrade, Belgrade, Serbia; [4]University of Southern Denmark, Odense, Denmark

**ThOA pm 02:50** A Novel Computational Approach for Simultaneous Identification of Protein-RNA and Protein-DNA Interactions from XL-MS Data; Timo Sachsenberg[1]; Alexandra Stützer[3]; Aleksandar Chernev[2]; Eugen Netz[3]; Tjeerd Dijkstra[4]; Henning Urlaub[2, 5]; Oliver Kohlbacher[1, 6, 7, 8]; [1]University of Tübingen, Tübingen, Germany; [2]Max Planck Institute for biophysical chemistry, Göttingen, Germany; [3]Max Planck Institute for Developmental Biology, Tuebingen, Germany; [4]Max Planck Institute for Developmental Biology, Tuebingen, Germany; [5]University Medical Center Goettingen (UMG), Goettingen, Germany; [6]Biomolecular Interactions, Max Planck Institute for Developmental Biology, Tübingen, Germany; [7]Institute for Translational Bioinformatics, University Hospital Tübingen, Tübingen, Germany; [8]Quantitative Biology Center, University of Tübingen, Tübingen, Germany

**ThOA pm 03:10** PRISM: Pattern-Based, Assumption-Free Protein Identification; Joris Van Houtven[1, 2, 3]; Kurt Boonen[1, 3]; Geert Baggerman[1, 3]; Kris Laukens[4, 5]; Jef Hooyberghs[1, 6]; Dirk Valkenborg[2, 3]; [1]Flemish Institute for Technological Research (VITO), Mol, Belgium; [2]University of Hasselt, Diepenbeek, Belgium; [3]Centre for Proteomics, University of Antwerp, Antwerp, Belgium; [4]biomedical informatics network Antwerpen (biomina), University of Antwerp, Antwerp, Belgium; [5]Dept. Mathematics & Computer Science, University of Antwerp, Antwerp, Belgium; [6]Theoretical Physics, Hasselt University, Diepenbeek, Belgium

**ThOA pm 03:30** A "Divide and Conquer" Approach to Address Peptide-Spectrum Matching Challenges of Large Sequence Databases in Next-Generation Proteomic Applications; Praveen Kumar[1, 2]; James E. Johnson[3]; Thomas McGowan[3]; Subina Mehta[2]; Ray Sajulga[2]; Shane Hubler[1]; Caleb Easterly[2]; Matthew C. Chambers[5]; Pratik Jagtap[2]; Timothy J. Griffin[2]; [1]Bioinformatics and Computational Biology, University of Minnesota-Rochester, Rochester, MN; [2]Biochemistry, Molecular Biology, and Biophysics, University of Minnesota, Minneapolis, MN; [3]Minnesota Supercomputing Institute, University of Minnesota, Minneapolis, MN; [4]Rhapsody Data, LLC., Madison, WI; [5]Vanderbilt University, Nashville, TN

**ThOA pm 03:50** Proteomic Data Commons (PDC): A Node in the NCI Cancer Research Data Commons; Paul A Rudnick[1]; Ratna R. Thangudu[2]; Michael Holck[2]; Deepak Singhal[2]; Karen A. Ketchum[2]; Nathan J. Edwards[3]; Christopher R. Kinsinger[4]; Izumi Hinkson[4]; Lei Ma[2]; Maya Zuhl[2]; Yi Xin[2]; Padmini Chilappagari[2]; Anand Basu[2]; Michael J MacCoss[6]; [1]Spectragen Informatics, Bainbridge Island, WA; [2]ESAC, Inc., Rockville, MD; [3]Georgetown University Medical Center, Washington, DC; [4]National Cancer Institute, Bethesda, MD; [5]National Cancer Institute @ Frederick, Frederick, MD; [6]University of Washington, Genome Sciences, Seattle, WA

**ThOA pm 04:10** Detection of Cancer Mutations in Proteomics Data with a Cloud Search Engine; Conor Jenkins[1]; Megan Rigby[2]; Amol Prakash[3]; Benjamin Orsburn[3]; [1]Hood College Bioinformatics Program, Frederick, MD; [2]National Cancer Institute @ Frederick, Frederick, MD; [3]Optys Tech Corporation, Shrewsbury, MA

2:30 - 4:30 pm Thursday
**MICROORGANISMS AND THE MICROBIOME**
Session Chair: Neha Garg (Georgia Institute of Technology)
B401-402

**ThOB pm 02:30** Identification of Individual Bacteria in Polymicrobial Samples *via* Membrane Glycolipids; David R. Goodlett[1]; Alison J. Scott[1]; Sung Hwan Yoon[1]; So Hung Ryu[2]; Dusan Velickovic[3]; Rene Boiteau[4]; Robert K. Ernst[1]; Ljiljana Pasa-Tolic[3]; [1]University of Maryland, Baltimore, MD; [2]University of Nevada, Reno, NV; [3]Pacific Northwest National Laboratory, Richland, WA; [4]Oregon State University, Crovalis, OR

**ThOB pm 02:50** Approaches to Accurate Chemical Constitutional Analysis in Untargeted Microbial Natural Products Research; Roger Linington; Simon Fraser University, Burnaby, BC

**ThOB pm 03:10** Evaluation of a Biofilm Inhibitor Using Imaging Mass Spectrometry Raises Questions about Potential Therapeutic Strategies; Alanna R Condren[1]; Lisa Kahl[2]; Manuel Banzhaf[3]; Lars Dietrich[2]; Laura Sanchez[1]; [1]University of Illinois, Chicago, IL; [2]Columbia University, New York, NY; [3]University of Birmingham, Birmingham, United Kingdom

**ThOB pm 03:30** Metabolomics Activity Screening Identifies Immunomodulating Host-Microbiome Metabolites in Inflammatory Bowel Disease ; J. Rafael Montenegro-Burke[1]; Bernard P. C. Kok[1]; Carlos Guijas[1]; Enrique Saez[1]; Dennis Wolan[1]; Gary Siuzdak[1]; [1]The Scripps Research Institute, La Jolla

**ThOB pm 03:50** LC-MS/MS-based Metabolomics Reveals Inhibition Effect of Gut Microbiota-Derived Metabolites on Lipid Accumulation in Hepatocytes; Qiang Lyu[1]; Hsin-Bei Tsou[1]; Hsin-Yuan Chang[1]; Yin-Hsuan Huang[1]; Hsiao-Li Chuang[2]; Cheng-Chih Hsu[1]; [1]National Taiwan University, Taipei, Taiwan; [2]National Laboratory Animal Center, Taipei, Taiwan

**ThOB pm 04:10** Discovering Small Molecule Products of Biosynthetic Gene Clusters by Integrating Metagenomics and Mass Spectrometry; Liu Cao[1]; Egor Shcherbin[2]; Hosein Mohimani[1]; [1]Computational Biology Department, School of Computer Science, Carnegie Mellon University, Pittsburgh, PA; [2]National Research University Higher School of Economics, St. Petersburg, Russia

2:30 - 4:30 pm Thursday
**QUANTITATIVE PROTEOMICS IN SYSTEMS BIOLOGY**
Session Chair: Susan E. Abbatiello (Northeastern University)
B405-407

**ThOC pm 02:30** Profiling the HSP90 Clientele in EGFR Mutant Cancer Cells; Jason Liang[1]; Trent Hinkle[1]; Erik Verschueren[1]; Shiva Malek[2]; Donald S. Kirkpatrick[1]; [1]Department of Microchemistry, Proteomics and Lipidomics, Genentech Inc., South San Francisco, CA; [2]Department of Discovery Oncology, Genentech Inc., South San Francisco, CA



# THURSDAY AFTERNOON ORAL SESSIONS

**ThOC pm 02:50 Investigating the Role of Histone H2A Proteolysis during Stem Cell Differentiation and Its Consequence in Nucleosome Stability;** <u>Mariel Coradin</u>[1]; Kelly R. Karch[1]; Simone Sidoli[1]; Benjamin A. Garcia[1]; [1]University of Pennsylvania, Philadelphia, PA

**ThOC pm 03:10 Quantitative Time-Course Profiling of Sorafenib-Treated Hepatocellular Carcinoma (HCC) Cells Through Phosphoproteome Analysis;** <u>Emily Werth</u>[1]; Presha Rajbhandari[1]; Brent R Stockwell[1]; Lewis M. Brown[1]; [1]Columbia University, New York, NY

**ThOC pm 03:30 A Versatile Lentiviral Delivery Toolkit for Proximity-dependent Biotinylation in Diverse Cell Types;** Payman Samavarchi-Tehrani[1]; Hala Abdouni[1]; Reuben Samson[1]; <u>Cassandra Wong</u>[1]; Anne-Claude Gingras[1,2]; [1]Lunenfeld-Tanenbaum Research Institute, Sinai Health System, Toronto, ON; [2]University of Toronto, Toronto, ON

**ThOC pm 03:50 Proteomic Analysis of Sorted Mouse Embryonic Stem Cells to Decipher Sub-populations;** <u>Molly P. Lowndes</u>[1,2]; Joshua M. Brickman[1]; Michael L. Nielsen[1]; [1]Novo Nordisk Foundation Center for Protein Research, Faculty of Health and Medical Sciences, University of Copenhagen, Copenhagen, Denmark; [2]Novo Nordisk Foundation Center for Stem Cell Biology, Faculty of Health and Medical Sciences, University of Copenhagen, Copenhagen, Denmark

**ThOC pm 04:10 Illuminating the Dark Kinome: Defining Kinase-Substrate Relationships using Targeted Protein Degradation and Phosphoproteomics;** Rufus Hards[1]; Ian LaCroix[1]; Arminja N Kettenbach[1]; Andrew Holland[2]; <u>Scott A. Gerber</u>[1]; [1]Geisel School of Medicine at Dartmouth, Lebanon, NH; [2]Johns Hopkins, Baltimore, MD

## 2:30 – 4:30 pm Thursday
### COVALENT LABELING AND CHEMICAL CROSSLINKING
Session Chair: Florian Stengel (University of Konstanz)
B302-305

**ThOD pm 02:30 PhoX - an IMAC-enrichable Crosslinking Reagent;** <u>Barbara A. Steigenberger</u>[1,2]; Roland J. Pieters[3]; Albert J.R. Heck[1,2]; Richard A. Scheltema[1,2]; [1]Biomolecular Mass Spectrometry and Proteomics, Bijvoet Center for Biomolecular Research and Utrecht Institute of Pharmaceutical Sciences, Utrecht University, Utrecht, Netherlands; [2]Netherlands Proteomics Center, Utrecht, Netherlands; [3]Department of Chemical Biology & Drug Discovery, Utrecht University, Utrecht, Netherlands

**ThOD pm 02:50 Developing Cross-linking Mass Spectrometry (XL-MS) to Delineate Protein Interaction Landscapes in Living Cells;** <u>Andrew Wheat</u>[1]; Clinton Yu[1]; Xiaorong Wang[1]; Lan Huang[1]; [1]University of California, Irvine, CA

**ThOD pm 03:10 Chemical Cross-Linking and Covalent Labelling Provide Insights into the Protein Organisation of Synaptic Vesicle Membranes;** Sabine Wittig[1]; Marie Barth[1]; Marcelo Ganzella[2]; Julia Preobraschenski[2]; Susann Kostmann[1]; Angel Perez-Lara[2]; Reinhard Jahn[2]; <u>Carla Schmidt</u>[1]; [1]HALOmem, Martin Luther University Halle-Wittenberg, Halle / Saale, Germany; [2]MPI for Biophysical Chemistry, Department of Neurobiology, Göttingen, Germany

**ThOD pm 03:30 Chemical Protein-RNA Cross-linking Coupled with Mass Spectrometry – from Proteins to Cells;** <u>Alexander Wulf</u>[1]; Luisa M Welp[1]; Seychelle Vos[1]; Sven Johansson[2]; Timo Sachsenberg[3]; Ralf Ficner[2]; Oliver Kohlbacher[3]; Patrick Cramer[1]; Henning Urlaub[1,4]; [1]Max Planck Institute for biophysical chemistry, Göttingen, Germany; [2]University of Goettingen, Institute for Microbiology and Genetics, Goettingen, Germany; [3]University of Tubingen, Tubingen, Germany; [4]University Medical Center Goettingen (UMG), Goettingen, Germany

**ThOD pm 03:50 Structure Determination of Neurodegenerative Disease-Related Misfolded Protein Aggregates by Short-Distance Crosslinking Constraint-Guided Discrete Molecular Dynamics (CL-DMD);** <u>Evgeniy V. Petrotchenko</u>[1]; Jason J. Serpa[2]; Konstantin I. Popov[3]; Nikolay V. Dokholyan[4]; Christoph H. Borchers[1,2,6,8]; [1]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [2]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [3]Department of Biochemistry and Biophysics, University of North Carolina, Chapel Hill, NC; [4]Departments of Pharmacology, and Biochemistry and Molecular Biology, Pennsylvania State College of Medicine, Hershey, PA; [5]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [6]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

**ThOD pm 04:10 Multidimensional Cross-Linking with a Tetra-Reactive Cross-Linker;** <u>Jared P. Mohr</u>[1]; Juan D. Chavez[1]; James E. Bruce[1]; [1]University of Washington, Genome Sciences, Seattle, WA

## 2:30 – 4:30 pm Thursday
### PLANT "OMICS"
Session Chair: Michael R. Sussman (University of Wisconsin)
B308-309

**ThOE pm 02:30 Elucidation of Molecular Switches Regulating Plant C3 to CAM Transition Using Integrative Transcriptomics, Proteomics and Metabolomics;** <u>Sixue Chen</u>; University of Florida, Gainesville, FL

**ThOE pm 02:50 Digging Deep into the Transcriptome, Proteome and Phosphoproteome of Arabidopsis thaliana;** Julia Mergner[1]; <u>Martin Heinrich Frejno</u>[1]; Markus List[1]; Maxim Messerer[2]; Daniel Lang[2]; Stefan Altmann[2]; Philipp Cyprys[3]; Toby Mathieson[4]; Klaus Mayer[2]; Pascal Falter-Braun[2]; Stefanie Sprunck[3]; Jan Baumbach[1]; Claus Schwechheimer[1]; Bernhard Kuster[1]; [1]Technical University of Munich, Freising, Germany; [2]Helmholtz Center Munich, Neuherberg, Germany; [3]University of Regensburg, Regensburg, Germany; [4]Cellzome, a GSK company, Heidelberg, Germany

**ThOE pm 03:10 Automated High-throughput Metabolic Analysis of Single Cells by Fiber Based Laser Ablation Electrospray Ionization Mass Spectrometry;** <u>Sylwia Stopka</u>[1]; Ellen A Wood[1]; Rikkita Khattar[1]; Beverly J Agtuca[2]; Christopher R Anderton[3]; David W Koppenaal[3]; Ljiljana Pasa-Tolic[3]; Gary Stacey[2]; Akos Vertes[1]; [1]The George Washington University, Washington, DC; [2]University of Missouri, Columbia, MO; [3]Pacific Northwest National Laboratory, Richland, WA

**ThOE pm 03:30 Establishing and Applying Mass Spectrometric Tools to Measure Levels and 13C-Labeling Kinetics of Metabolites in Camelina sativa Leaves and Seeds;** <u>Yuan Xu</u>[1]; Bibin Paulose[1]; Hesham Abdullah[1]; Danny Schnell[1]; Yair Shachar-Hill[1]; [1]Michigan State University, East Lansing, MI

# THURSDAY AFTERNOON ORAL SESSIONS

**ThOE pm 03:50** **Comparing Proteomic Changes during PAMP Responses and MKP1-Requiring Genetic Pathways;** Laura A Greeley[1]; Gabrielle Rupp[1]; Scott C Peck[1]; [1]University of Missouri, Columbia, MO

**ThOE pm 04:10** **Novel Bioactive Cyclotide Scaffolds in *Viola inconspicua*;** Nicole C Parsley[1]; Patric W Sadecki[1]; Conrad J Hartmann[1]; Leslie M Hicks[1]; [1]UNC Chapel Hill, Durham, NC

## 2:30 - 4:30 pm Thursday
### ION MOBILITY: STRUCTURE
**Session Chair: Francisco Fernandez Lima (Florida International University)**
**B312-314**

**ThOF pm 02:30** **Mechanism of Amyloid Assembly: Prion-like Cross Talk between Disease Agents of Alzheimer's, Amyotrophic Lateral Sclerosis(ALS) and Type 2 Diabetes;** Shruti Arya[1]; Veronica Laos[1]; Michael T Bowers[1]; [1]University of California, Santa Barbara, CA

**ThOF pm 02:50** **Ion Mobility Spectrometry-Mass Spectrometry Reveals Subtle Differences in Structure and Stability in Wild-Type Versus Point-Mutated Variants of Chymotrypsin Inhibitor 2;** Shannon A. Raab[1]; Tarick J. El-Baba[1]; Daniel W. Woodall[1]; Wen Liu[2]; Yang Liu[2]; Arthur Laganowsky[2]; David H. Russell[2]; David E. Clemmer[1]; [1]Indiana University, Bloomington, IN; [2]Texas A&M University, College Station, TX

**ThOF pm 03:10** **Combining Solution Thermal Melting with IMS-MS Analysis to Investigate the Stability Effects of Ligand Interactions in Nucleic Acid Complexes;** Rebecca J. D'Esposito[1, 2]; Daniele Fabris[1, 2]; [1]University at Albany, Albany, NY; [2]The RNA Institute, University at Albany, Albany, NY

**ThOF pm 03:30** **ESI/ESI Ion/Ion Reactions in the Traveling Wave Trap of an Ion Mobility/Mass Spectrometer for Gas-Phase Structure and Sequencing;** Veronica V. Carvalho[1]; Lyndon E. L. Keeling[1]; Rebecca L. Cain[1]; Griffin W. Dowell[1]; Prabhnoor S. Nagry[1]; Lindsay J. Morrison[2]; Jeffery M. Brown[3]; Ian K. Webb[1]; [1]Indiana University Purdue University Indianapolis, Indianapolis, IN; [2]Waters Corporation, Beverly, MA; [3]Waters Corporation, Wilmslow, United Kingdom

**ThOF pm 03:50** **Delineation of Structural Isomers by Isotopic Shifts in High-Field Ion Mobility Spectra: Element-Specific Multidimensional Fingerprints;** Pratima Pathak[1]; Matthew A. Baird[1]; Gordon A. Anderson[2]; Alexandre A. Shvartsburg[1]; [1]Wichita State University, Wichita, KS; [2]GAA Custom Engineering, LLC, Benton City, WA

**ThOF pm 04:10** **Towards Deciphering Tertiary Structures of Protein Glycoforms Using Tandem Trapped Ion Mobility Spectrometry-Mass Spectrometry;** Mengqi Chai[1]; Tyler C Cropley[1]; Fanny C Liu[1]; Christian Bleiholder[1]; [1]Florida State University, Tallahassee, FL.

## 2:30 - 4:30 pm Thursday
### INSTRUMENTATION: INNOVATIONS IN MASS ANALYZERS
**Session Chair: Lissa Anderson (NHMFL-FSU)**
**Auditorium, Bldg A**

**ThOG pm 02:30** **Initial Experimental Characterization of the New Type of FT-Mass Spectrometer Based on Multielectrode Harmonized Kingdon Traps with Different Ion Sources;** Eugene (evgeny) Nikolaev[1]; Oleg Kharybin[1]; Gleb Vladimirov[1]; [1]Skolkovo Institute of Science and Technology, Moscow Region, Russian Federation

**ThOG pm 02:50** **A Tandem Multi-Quadrupole Ion Trap (MultiQ-IT) Electrospray Interface for an Orbitrap Mass Spectrometer;** Andrew N. Krutchinsky[1]; Kelly R. Molloy[1]; Brian T. Chait[1]; [1]The Rockefeller University, New York, NY

**ThOG pm 03:10** **Implementation of Ion-Ion Proton Transfer (IIPT) Reactions on a Modified Orbitrap Tribrid Mass Spectrometer with Increased Ion-Ion Reaction Capacity;** Christopher Mullen[1]; John E.P. Syka[1]; Lee Early[1]; Romain Huguet[1]; Jeffrey Shabanowitz[2]; Donald F. Hunt[2]; [1]Thermo Fisher Scientific, San Jose, CA; [2]University of Virginia, Charlottesville, VA

**ThOG pm 03:30** **Mirror Switching for Ion Isolation in a Fourier Transform Electrostatic Ion Trap Mass Spectrometer;** Joshua Johnson[1]; Gregory S. Eakins[1]; Scott A McLuckey[1]; [1]Purdue University, West Lafayette, IN

**ThOG pm 03:50** **Digital Mass Filter Analysis Provides New Ways of Enhancing Sensitivity and Resolution;** Bojana Opacic[1]; Adam P. Huntley[1]; Peter T. A. Reilly[1]; [1]Washington State University, Pullman, WA

**ThOG pm 04:10** **Nanomechanical Resonators based Charge Independent MS of Synthetic and Natural Nanoparticles in the 10-100 MDa Mass Range;** Christophe Masselon[1]; Shawn Fostner[2]; Sergio Dominguez-Medina[1]; Martial Defoort[2]; Emeline Verhnes[3]; Szu-Hsueh Lai[1]; Bogdan Vysotskyi[2]; Kavya Clement[1]; Thomas Alava[2]; Mohammad Abdul Halim[1]; Pascale Boulanger[3]; Sebastien Hentz[2]; [1]Univ. Grenoble Alpes, CEA, Inserm, BIG-BGE, 38000 Grenoble, France; [2]Univ. Grenoble Alpes, CEA, LETI, 38000 Grenoble, France; [3]Univ Paris Sud, Univ. Paris Saclay, CEA, CNRS, I2BC, 91198 Gif sur Yvette, France

## 2:30 - 4:30 pm Thursday
### FUNDAMENTALS: ION ACTIVATION AND DISSOCIATION
**Session Chair: Edwin De Pauw (University of Liege)**
**A411-412**

**ThOH pm 02:30** **Proton Transfer Reactions and Parallel Ion Parking for Intact Protein Analysis on a 21 T FT-ICR Mass Spectrometer;** Chad R. Weisbrod[1]; Lissa C. Anderson[1]; Jeffrey Shabanowitz[2]; Donald F. Hunt[2]; Christopher L. Hendrickson[3]; [1]National High Magnetic Field Laboratory, Tallahassee, FL; [2]University of Virginia, Charlottesville, VA; [3]National High Magnetic Field Laboratory, Florida State University, Tallahassee, FL

**ThOH pm 02:50** **Combining Ion Mobility Mass Spectrometry with Photoactivation – Lighting the Way to Conformer Analysis;** Rachelle L Black[1]; Alina Theisen[2]; Lennart Remakers[1]; Lukasz Migas[1]; Jeffery M Brown[3]; Bruno Bellina[1]; Perdita Barran[1]; [1]Manchester Institute of Biotechnology, University of Manchester, United Kingdom; [2]University of Warwick, Coventry, United Kingdom; [3]Waters Corporation, Wilmslow, United Kingdom

**ThOH pm 03:10** **Characterization of Native Proteins with Activation Electron Transfer Dissociation (AI-ETD);** Jean M Lodge[1]; Dain Ryan Brademan[2]; Michael S Westphall[3]; Joshua J Coon[2, 3, 4, 5]; [1]University of Wisconsin, Madison, WI; [2]Department of Chemistry, University of Wisconsin, Madison, WI; [3]Genome Center of Wisconsin, Madison, WI; [4]Department of Biomolecular Chemistry, University of Wisconsin-Madison, Madison, WI; [5]Morgridge Institute for Research, Madison, WI

# THURSDAY AFTERNOON ORAL SESSIONS

**ThOH pm 03:30** **Understanding Ionization and Fragmentation within the Solution Cathode Glow Discharge Ionization Source** *via* **Thermometer Molecule Analysis;** Courtney Walton[1]; Brian T. Molnar[1]; Judy Wu[1]; Jacob T. Shelley[1]; *[1]Rensselaer Polytechnic Institute, Troy, NY*

**ThOH pm 03:50** **Structures, Binding Energetics, and Dissociation Dynamics of Imidazolium-Based Ionic Liquid Clusters;** Mary T Rodgers[1]; Harrison Roy[2]; *[1]Wayne State University, Detroit, MI; [2]Wayne State University, Detroit, MI*

**ThOH pm 04:10** **A Novel Radical Ion Dissociation Technique for MS Characterization of RNA;** Giovanni Calderisi[1]; Kathrin Breuker[1]; *[1]University of Innsbruck, Innsbruck, Austria*



6:30-9:30 pm Thursday
**CLOSING EVENT**
**Georgia Aquarium**
Advance purchase ticket is required ($40).
Tickets available for purchase through Monday
at 12pm noon only.

---

4:45-5:30 pm Thursday
**PLENARY LECTURE**
Presiding: Susan Richardson (University of South Carolina)
Murphy Ballroom, Bldg B, Level Five



**Chemistry of Food and Soft Drinks**

**Lilly D'Angelo**
Global Food & Beverage Technology Associates





**Poster Presentation Schedule**
Odd-number posters present: 10:30 am - 11:30 am PLUS 12:30 – 2:30 pm
Even-number posters present: 10:30 am - 12:30 pm PLUS 1:30 – 2:30 pm

| MONDAY POSTERS | TUESDAY POSTERS |
|---|---|
| Set up all Monday posters<br>7:00 - 8:00 am | Set up all Tuesday posters<br>7:00 - 8:00 am |
| **Odd-numbered posters present**<br>10:30 - 11:30 am PLUS 12:30 - 2:30 pm | **Odd-numbered posters present**<br>10:30 - 11:30 am PLUS 12:30 - 2:30 pm |
| **Even-numbered posters present**<br>10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm | **Even-numbered posters present**<br>10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm |
| Remove all Monday posters<br>7:00 - 8:00 pm | Remove all Tuesday posters<br>7:00 - 8:00 pm |

Biomarkers: Quantitative Analysis I ..............................001-032
Biomolecular Structure Analysis:
    Chemical Crosslinking and Covalent Labeling I ...............033-060
Clinical Analysis I...........................................061-083
Drug Metabolism: Qualitative & High
    Throughput Analysis ......................................084-098
Drug and Metabolite Analysis: Novel Approaches for
    Dried Biological Samples .................................099-103
Energy: Biofuels and Algae ...................................104-113
Environmental: Exposomics ...................................114-130
Environmental: General I .....................................131-161
Epigenetic Modifications......................................162-174
Food Safety I ................................................175-200
Forensics I ..................................................201-229
Fundamentals: Ion Activation/Dissociation ....................230-255
Fundamentals: Ion Molecule, Ion/Ion, Ion/Electron
    Interactions..............................................256-263
Fundamentals: Ion Spectroscopy ..............................264-275
Fundamentals: Metal Ion Cationization, Metal-Ligand
    Interactions, Catalysis ..................................276-282
Fundamentals: Molecular Modeling / Quantum
    Mechanical Calculations ..................................283-291
H/D Exchange: Hardware, Software
    and Methodology...........................................292-309
High Mass Accuracy/High Performance MS: Applications
    and Instrumentation.......................................310-331
Imaging MS: Computational Methods and Analysis ...............332-342
Imaging MS: Instrumentation..................................343-359
Informatics: Algorithms and Statistical Advances I ...........360-382
Informatics: Peptide ID and Quantification....................383-422
Informatics: Workflow and Data Management.....................423-445
Instrumentation: New Developments in Ionization
    and Sampling I ...........................................446-469
Instrumentation: New Developments in
    Mass Analyzers ...........................................470-494
Lipids: Profile Analysis......................................495-529
Lipids: Targeted and Quantitative Analysis....................530-558
Metabolomics: Identification of Unknown
    Metabolites ..............................................559-576
Peptides: Sequence Analysis ..................................577-584
Peptidomics..................................................585-598
Phosphopeptides: Enrichment Methods...........................599-603
Plant "omics"................................................604-626
Polymers.....................................................627-639
Protein Therapeutics: Quantitative Analysis I ................640-659
Protein Therapeutics: Structural Characterization I...........660-678
Proteomics: Clinical Applications.............................679-712
Proteomics: Quantitative I ...................................713-736
Proteomics: Tissue ..........................................737-768
Proteomics: Top Down  Analysis I .............................769-787

Antibodies & Antibody Drug Conjugates I.......................001-022
Art, Archaeology & Paleontology ..............................023-036
Biomarkers: Discovery I ......................................037-068
Biomarkers: Quantitative Analysis II..........................069-099
Clinical Analysis II..........................................100-123
Disease Biomarkers I..........................................124-141
Energy: Hydrocarbon and Petrochemical.........................142-159
Environmental: General II.....................................160-191
Environmental: Pharmaceuticals and Pesticides.................192-212
Food Safety II ...............................................213-242
Forensics II .................................................243-269
Fundamentals: Ion Structure/Energetics .......................270-287
Fundamentals: Ionization Mechanisms ..........................288-297
GC/MS: Instrumentation and Applications I.....................298-318
H/D Exchange: Protein Structure/Function......................319-343
Imaging MS: Method Development I .............................344-364
Imaging MS: Pharmaceutical Applications .......................365-379
Imaging MS: Sample Preparation...............................380-387
Imaging MS: Small Molecules ..................................388-407
Imaging MS: Software .........................................408-415
Informatics: Multiomics Integration ..........................416-440
Instrumentation: Mini/Portable/Fieldable MS...................441-457
Instrumentation: New Developments in Ion
    Detection.................................................458-496
Ion Mobility: Applications I ..................................497-519
Ion Mobility: FAIMS/DMS.......................................520-529
Metabolomics: General I.......................................530-549
Metabolomics: Untargeted Metabolite Profiling.................550-568
Phosphopeptides: Quantitative Analysis .......................569-579
Protein Therapeutics: Quantitative Analysis II ...............580-605
Protein Therapeutics: Structural Characterization II..........606-625
Proteins: PTMs I.............................................626-646
Proteomics: Infectious Diseases ..............................647-657
Proteomics: Intact Proteins...................................658-666
Proteomics: New Approaches I .................................667-694
Proteomics: Quantitative II ..................................695-717
Proteomics: Top Down  Analysis II ............................718-737
Small Molecules: Qualitative Analysis ........................738-756
Systems Biology..............................................757-780



# POSTER OVERVIEW

## Poster Presentation Schedule
**Odd-number posters present:** 10:30 am - 11:30 am PLUS 12:30 – 2:30 pm
**Even-number posters present:** 10:30 am - 12:30 pm PLUS 1:30 – 2:30 pm

### WEDNESDAY POSTERS

Set up all Wednesday posters
7:00 - 8:00 am

**Odd-numbered posters present**
10:30 - 11:30 am PLUS 12:30 - 2:30 pm

**Even-numbered posters present**
10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm

Remove all Wednesday posters
7:00 - 8:00 pm

### THURSDAY POSTERS

Set up all Thursday posters
7:00 - 8:00 am

**Odd-numbered posters present**
10:30 - 11:30 am PLUS 12:30 - 2:30 pm

**Even-numbered posters present**
10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm

Remove all Thursday posters
2:30 - 3:00 pm

**WEDNESDAY**

Ambient Ionization: Applications I ................................001-031
Antibodies & Antibody Drug Conjugates II............................032-064
Biomarkers: Discovery II..............................................065-095
Biomarkers: Quantitative Analysis III................................096-126
Biomolecular Structure Analysis: Chemical
    Crosslinking and Covalent Labeling II .................127-153
Cannabis ..............................................................154-179
Carbohydrates I .......................................................180-205
Clinical Analysis III .................................................206-234
Drug Discovery/DMPK/ADME I ............................................235-254
Food "omics" MS Characterization of Food
    and Nutritional Supplements ..........................255-275
Food Safety III .......................................................276-303
Fundamentals: Photodissociation.......................................304-306
GC/MS: Instrumentation and Applications II............................307-329
Glycoproteins I .......................................................330-350
Homeland Security .....................................................351-360
Imaging MS: Disease Markers I .........................................361-379
Informatics: Algorithms and Statistical Advances II ..................380-402
Informatics: Metabolomics .............................................403-431
Instrumentation: General ..............................................432-452
Instrumentation: New Concepts .........................................453-478
Ion Mobility: Applications II .........................................479-500
LC/MS: Chromatography and Software I...................................501-517
LC/MS: Sample Preparation I............................................518-542
Lipids: General .......................................................543-564
Metabolomics: Targeted and Quantitative Analysis .....................565-597
Metabolomics: Untargeted Metabolite Profiling II .....................598-623
Nucleic Acids and Oligonucleotides I..................................624-641
Peptides: PTM Identification ..........................................642-675
Peptides: Targeted and Quantitative Analysis .........................676-703
Proteins: Complexes/Non-covalent Interactions I.......................704-720
Proteomics: Quantitative III ..........................................721-744
Small Molecules: Quantitative Analysis ...............................745-769
Toxicology.............................................................770-789

**THURSDAY**

Ambient Ionization: Applications II...................................001-032
Ambient Ionization: Fundamentals
    and Instrumentation...................................033-059
Carbohydrates II ......................................................060-085
Data-Dependent Acquisition ............................................086-092
Data-Independent Acquisition..........................................093-111
Disease Biomarkers II .................................................112-130
Drug Discovery/DMPK/ADME II ...........................................131-152
Drug Metabolism: Quantitative Analysis................................153-159
Elemental Analysis: ICP/MS ............................................160-175
Elemental Analysis: Isotope Ratio MS..................................176
Exposomics Methodologies and Research
    Results ..............................................177-181
Food "omics" MS Characterization of Food
    and Nutritional Supplements II .......................182-203
Glycoproteins II......................................................204-224
Imaging MS: Disease Markers II .......................................225-242
Imaging MS: Method Development II .....................................243-263
Informatics: General, SRM, and DIA....................................264-272
Ion Mobility: Applications III .......................................273-294
Ion Mobility: Fundamentals............................................295-320
Isotope Labeling and Fluxomics Applications...........................321-331
LC/MS: Chromatography and Software II.................................332-352
LC/MS: Sample Preparation II..........................................353-377
Lipids: ID and Structural Analysis....................................378-404
MALDI: Applications ...................................................405-417
MALDI: Fundamentals and Instrumentation...............................418-421
MALDI: Sample Preparation.............................................422-430
Metabolomics: Clinical Applications...................................431-449
Metabolomics: General II..............................................450-478
Metabolomics: Sample Preparation......................................479-482
Metabolomics: Untargeted Metabolite
    Profiling III ........................................483-512
Microorganisms: Identification and
    Characterization .....................................513-540
Nanomaterials.........................................................541-548
Nanoscale and Microfluidic Separations and MS ........................549-566
Natural Products......................................................567-589
Nucleic Acids and Oligonucleotides II.................................590-611
Peptides: Fragmentation Mechanisms....................................612-617
Proteins: Complexes/Non-covalent Interactions II......................618-635
Proteins: Conformation Analysis and
    Structural Biology ...................................636-653
Proteins: General and Membrane .......................................654-673
Proteins: PTMs II.....................................................674-697
Proteomics: New Approaches II ........................................698-724
Proteomics: Quantitative IV ..........................................725-749
Small Molecules: Quantitative Analysis II.............................750-777


Set up all Monday posters
7:00 - 8:00 am

**Odd-numbered posters present**
10:30 - 11:30 am PLUS 12:30 - 2:30 pm

**Even-numbered posters present**
10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm

Remove all Monday posters
7:00 - 8:00 pm

Biomarkers: Quantitative Analysis I .................................001-032
Biomolecular Structure Analysis:
Chemical Crosslinking and Covalent Labeling I ...............033-060
Clinical Analysis I .......................................................061-083
Drug Metabolism: Qualitative & High Throughput
    Analysis ...............................................................084-098
Drug and Metabolite Analysis: Novel Approaches for
    Dried Biological Samples .......................................099-103
Energy: Biofuels and Algae ..........................................104-113
Environmental: Exposomics ..........................................114-130
Environmental: General I ..............................................131-161
Epigenetic Modifications................................................162-174
Food Safety I .............................................................175-200
Forensics I .................................................................201-229
Fundamentals: Ion Activation/Dissociation ....................230-255
Fundamentals: Ion Molecule, Ion/Ion, Ion/Electron
    Interactions ..........................................................256-263
Fundamentals: Ion Spectroscopy ..................................264-275
Fundamentals: Metal Ion Cationization, Metal-Ligand
    Interactions, Catalysis ...........................................276-282
Fundamentals: Molecular Modeling / Quantum
    Mechanical Calculations.........................................283-291
H/D Exchange: Hardware, Software and Methodology ....292-309
High Mass Accuracy/High Performance MS: Applications
    and Instrumentation...............................................310-331
Imaging MS: Computational Methods and Analysis .........332-342
Imaging MS: Instrumentation.........................................343-359
Informatics: Algorithms and Statistical Advances I ..........360-382
Informatics: Peptide ID and Quantification .....................383-422
Informatics: Workflow and Data Management..................423-445
Instrumentation: New Developments in Ionization
    and Sampling I ......................................................446-469
Instrumentation: New Developments in Mass Analyzers .470-494
Lipids: Profile Analysis.................................................495-529
Lipids: Targeted and Quantitative Analysis.....................530-558
Metabolomics: Identification of Unknown Metabolites......559-576
Peptides: Sequence Analysis ........................................577-584
Peptidomics ...............................................................585-598
Phosphopeptides: Enrichment Methods..........................599-603
Plant "omics" .............................................................604-626
Polymers ...................................................................627-639
Protein Therapeutics: Quantitative Analysis I..................640-659
Protein Therapeutics: Structural Characterization I..........660-678
Proteomics: Clinical Applications...................................679-712
Proteomics: Quantitative I ............................................713-736
Proteomics: Tissue ......................................................737-768
Proteomics: Top Down  Analysis I .................................769-787

## BIOMARKERS: QUANTITATIVE ANALYSIS I
### 001-032

**MP 001** **Method Development and Validation of 20 Amino Acids in Human Plasma Utilizing UPLC-MS/MS Methodology;** <u>Mackenzie Bentley</u>[1]; Dawn Dufield[1]; Marsha Luna[1]; Kimberly Jackson[1]; Brady Roberts[1]; [1]KCAS Bioanalytical and Biomarker Services, Shawnee, KS

**MP 002** **Determination of Vitamin A, 25-Hydroxyvitamin D2/D3 and Vitamin E in Human Serum by UPLC-MS/MS;** <u>Liang Sun</u>[1]; Changkun Li[1]; Yueqi Li[1]; Taohong Huang[2]; [1]Shimadzu (China) Co.,LTD. Beijing Branch, Beijing, China; [2]Shimadzu (China) Co., LTD. Shanghai Branch, Shanghai, China

**MP 003** **Bioanalytical Approaches to Quantify "Free", "Drug-bound" and "Total" Interleukin-8 in Tissue Using Immuno-Capture Liquid Chromatography-Mass Spectrometry;** <u>Yue Zhao</u>[1]; Huidong Gu[1]; Dmitry Ostanin[1]; Kezi Unsal-Kacmaz[1]; Katarzyna Urbanska[1]; Jianing Zeng[1]; Yan Zhang[1]; Renuka Pillutla[1]; [1]Bristol-Myers Squibb Co., Princeton, NJ

**MP 004** **Quality Assessment of Oocytes for in vitro Fertilization Using Target Metabolomics Approach;** <u>Ju Wang</u>[1]; Yan Ren[2]; Wei Zheng[3]; Liang Hu[3]; Siqi Liu[2]; [1]University of Chinese Academy of Sciences, ShenZhen, China; [2]BGI-Shenzhen, Shenzhen, China; [3]Reproductive and Genetic Hospital of Citic-Xiangya, Changsha, China

**MP 005** **Development of a Reference Measurement Procedure for Intact PTH and Peptides for the Improved Diagnosis, Treatment, and Prevention of CKD-MBD;** <u>Candice Z. Ulmer</u>[1]; Hubert W Vesper[2]; [1]Centers for Disease Control and Prevention, Atlanta, GA; [2]Centers for Disease Control and Prevention, Atlanta, GA

**MP 006** **Novel Highly-Specific ID-UHPLC-MS/MS Method for the Measurement of Steroid Hormones and their Conjugates in Human Serum;** <u>Lumi Duke</u>[1]; Paul H Kim[2]; Julianne Cook Botelho[3]; Candice Ulmer[4]; Hubert W Vesper[4]; [1]CDC Atlanta, Atlanta, GA; [2]Battelle Memorial Institute, Atlanta, GA; [3]Centers for Disease Control and Prevention, Atlanta, GA; [4]Centers for Disease Control and Prevention, Atlanta, GA

**MP 007** **Systems-Wide Analysis of CD44 Knock-Down by In-Depth Quantitative Proteomics in Different Subtypes of Breast Cancer Cells;** <u>Hyeyoon Kim</u>[1,2]; Jung Hun Lee[1]; Joseph Injae Wang[1]; Han Suk Ryu[2]; Dohyun Han[1]; [1]Proteomics core facility, Biomedical Research Institute, Seoul National University Hospital, Seoul, South Korea; [2]Department of Pathology, Seoul National University Hospital, Seoul National University College of Medicine, Seoul, South Korea

**MP 008** **In-Depth Determination of Single Amino Acid Variants in CD24+ Subpopulation of Pancreatic Cancer by nano LC-MS/MS;** Jianhui Zhu[1]; Zhijing Tan[1]; Xinpei Yi[2]; Jie Zhang[1]; <u>David M. Lubman</u>[1]; [1]University of Michigan Medical Center, Ann Arbor, MI; [2]Academy of Mathematics and Systems Science, Chinese Academy of Sciences, Beijing, China

**MP 009** **Rapid Quantitative Analytical Method Development and Validation for Insulin-Like Growth Factor-1 Doping Test Using UPLC-Q-Exactive Orbitrap Mass Spectrometry;** Changmin Sung[1]; Minyoung Kim[1]; Oh-seung Kwon[1]; <u>Hophil Min</u>[1]; [1]Korea Institute of Science and Technology, Seoul, South Korea

**MP 010** **Fast nano LC Separations for High Throughput Body Fluid Analysis with a TIMS Equipped QTOF and 4D Feature Alignment;** Thomas Kosinski[1]; Scarlet Koch[1]; Christian Meier-Credo[1]; Christoph Gebhardt[1]; <u>Heiner Koch</u>[1]; [1]Bruker Daltonik GmbH, Bremen, Germany

**MP 011** **Quantification of Human ACTH with 25 pg/mL LLOQ in Plasma by an LC-MS/MS Method;** <u>Baichen Zhang</u>[1]; Tian-Sheng Lu[1]; Jinshui Chen[1]; Guangchun Zhou[1]; Elise



Snider[1]; Matthew Allen[1]; Yong-Xi Li[1]; [1]Medpace Bioanalytical Laboratories, Cincinnati, OH

**MP 012 Integrative Proteomics Links CSF Biomarkers to Pathological Networks in the Alzheimer's Disease Brain;** Lenora Higginbotham[1]; Lingyan Ping[1]; Eric B. Dammer[1]; Duc M. Duong[1]; Maotian Zhou[1]; Thomas S Wingo[1]; Erik C.B. Johnson[1]; James J. Lah[1]; Allan I. Levey[1]; Nicholas T. Seyfried[1]; [1]Emory University, Atlanta, GA

**MP 013 Catch them Sleeping: Quick and Routine Quantification of Melatonin in Plasma with Ultivo LC/TQ;** Mark Sartain[1]; Aaron Boice[1]; [1]Agilent Technologies, Santa Clara, CA

**MP 014 High-Sensitivity and High-Resolution Top-Down LC/MS/MS Analysis of Cardiac Troponin Proteoforms;** Timothy N. Tiambeng[1]; Yanlong Zhu[1]; Yutong Jin[1]; Ziqing Lin[1]; Bifan Chen[1]; Song Jin[1]; Ying Ge[1]; [1]University of Wisconsin Madison, Madison, WI

**MP 015 Absolute Quantitation of Non-Human Glycan (Neu5Gc) for Gastric Cancer Screening;** Nari Seo[1, 2]; Myung Jin Oh[1, 2]; Jaekyoung Ko[1, 2]; Yoon Jin Choi[3]; Dong Ho Lee[4]; Hyun Joo An[1, 2]; [1]Chungnam national university, Daejeon, South Korea; [2]Asia-Pacific Glycomics Reference Site, Daejeon, South Korea; [3]Department of Gastroenterology, , Korea University Guro Hospital, Seoul, South Korea; [4]Department of Internal Medicine, Seoul National University Bundang Hospital, Seongnam-si, South Korea

**MP 016 Analytical Method for Quantifying Long-Term Exposure to Acrylamide, Glycidamide, Ethylene Oxide and Acrylonitrile Using High Performance Liquid Chromatography-Tandem Mass Spectrometry;** Liqun Wang[1]; Carmencita Aurora Gostilean[1]; Tasia Nabors[1]; Chui Y. Tse[1]; Hubert W. Vesper[1]; [1]Centers for Disease Control and Prevention, Atlanta, Georgia

**MP 017 Development of a Multiplexed Quantitative Peptide Immunoaffinity LC-MS/MS Assay for the Detection of FFPE Protein Biomarkers;** Carlos A Morales Betanzos[1]; Pamela Whalen[2]; Nagappan Mathialagan[3]; Eric L Powell[2]; Mireia Fernandez Ocana[1]; [1]Pfizer, Andover, MA; [2]Pfizer WRD, La Jolla, California; [3]Pfizer, Groton, CT

**MP 018 Optimization and Validation of an LC-MS/MS Method for Peripheral Serotonin as a Pharmacodynamic Biomarker of Treatment with Tryptophan Hydroxylase Inhibitors;** Katelyn Reighard Crizer[1]; François Viel[2]; François Samson Thibault[2]; Michelle Palacios[1]; Stephan A. Wring[1]; [1]Alavant Sciences, Durham, NC; [2]Syneos Health Clinique, Quebec City, PQ

**MP 019 Development and Comparison of Two High Throughput LC-MS Methods for the Accurate Quantification of IGF1 in Human Serum;** Pegah Jalili[1]; Yue Lu[1]; Judy Cao[1]; Uma Sreenivasan[2]; Kevin Ray[1]; [1]MilliporeSigma, St. Louis, MO; [2]MilliporeSigma, Round Rock, TX

**MP 020 A Systematic Evaluation of Increasing Laser Shots to Enhance the Information Content of the MALDI Analysis of Biological Fluids;** Senait G. Asmellash[1]; Maxim Tsypin[1]; Krista Meyer[1]; Brandon Touchet[1]; Heinrich Roder[1]; [1]Biodesix, Boulder, CO

**MP 021 Reducing the Need for Surrogate Matrix or Surrogate Analyte in Biomarker Assays;** Guille Metzler[1]; Richard King[1]; Carmen Fernandez-Metzler[1]; Susan Crathern[1]; [1]PharmaCadence Analytical Services, Hatfield, PA

**MP 022 Mass Spectrometry-Based Quantification of Tau in Human Cerebrospinal Fluid Using a Complementary Tryptic Peptide Standard;** Maotian Zhou[1]; Duc M Duong[2]; Jingting Dai[2]; James J. Lah[2]; Allan I. Levey[2]; Nicholas Seyfried[2]; [1]Emory University, atlanta, GA; [2]Emory University, Atlanta, GA

**MP 023 Quantification of Specific Organophosphorous Pesticides, Synthetic Pyrethroids, and 2,4-Dichlorophenoxyacetic Acid by LC-MS/MS;** Dickson Wambua[1]; Isuru Vidanage[1]; William Roman[1]; Antonia M.

Calafat[1]; Maria Ospina[1]; [1]Centers for Disease Control and Prevention, Atlanta, Georgia

**MP 024 Development of a High-Throughput Top-Down-Proteomic Technology to Study the Associations between Apolipoprotein A-I Proteoforms and HDL Function;** Henrique Dos Santos Seckler[1]; John T Wilkins[1]; Jonathan Scott Rink[2]; Luca Fornelli[3]; Richard D Leduc[1]; Allan D. Sniderman[4]; Colby Shad Thaxton[2]; Donald Lloyd-Jones[2]; Philip D. Compton[1]; Neil L Kelleher[1]; [1]Northwestern University, Evanston, IL; [2]Northwestern University, Chicago, IL; [3]University of Oklahoma, Norman, OK; [4]McGill Centre for Translational Research in cancer, Segal Cancer Centre / Lady Davis Institute, Jewish General Hospital, Montreal, QC

**MP 025 An Improved IonStar Proteomics Strategy Outperforms Spectronaut in Reliable Quantitative Analysis of Large Biological Cohorts;** Xue Wang[1]; jun qu[2]; [1]University at Buffalo, Buffalo, NY; [2]University at Buffalo, SUNY, Buffalo, NY

**MP 026 Use of Mass Spectrometry to Evaluate the Exposure to di-2-ethylhexyl terephthalate in the U.S. General Population from the NHANES 2015–2016;** Manori Silva[1]; Lee-Yang Wong[1]; Ella Samandar[1]; James L Preau[1]; Lily T Jia[1]; Antonia M. Calafat[1]; [1]Centers for Disease Control and Prevention, Atlanta, Georgia

**MP 027 Quantification of Plasma Glucosylsphingosine in Patients with Gaucher Disease Using UPLC-MS/MS;** Haoyue Zhang[1]; Sarah P. Young[1, 2]; James Beasley[1]; Patricia Mccaw[1]; Deeksha Bali[1, 2]; Priya Kishnani[2]; Ashlee Stiles[1, 2]; [1]Biochemical Genetics Laboratory, Duke University Health System, Durham, NC; [2]Division of Medical Genetics, Department of Pediatrics, Duke University School of Medicine, Durham, NC

**MP 028 Fully Automated Quantitative Assessment of Methylmalonic Acid on Blood Cards Using Direct Isotope Dilution Mass Spectrometry;** Jeremiah C. Jamrom[1]; Logan Miller[1, 2]; Scott Faber[1]; John Kern[1]; Matt Pamuku[3]; Skip Kingston[1]; Fred D. Foster[4]; [1]Duquesne University, Pittsburgh, PA; [2]Shimadzu Scientific Instruments, Inc., Columbia, Maryland; [3]Applied Isotope Technologies, Pittsburgh, PA; [4]Gerstel, Inc., Linthicum, MD

**MP 029 Advanced Mass Spectrometry Strategies for the Discovery of New Biomarkers in Acute Myeloid Leukemia;** Sibylle Pfammatter[1, 2, 3]; Eric Bonneil[1, 2]; Marie Eve Bordeleau[1, 2]; Eric Audemard[1, 2]; Louis Theret[1, 2]; Isabel Boivin[1, 2]; Sebastien Lemieux[1, 2, 4]; Philippe P. Roux[1, 2, 5]; Josée Hébert[1, 2, 6, 7]; Guy Sauvageau[1, 2, 8]; Pierre Thibault[1, 2, 3]; [1]The Leucegene project at Institute for Research in Immunology and Cancer, Université de Montréal, Montréal, Québec; [2]Institute for Research in Immunology and Cancer, Université de Montréal, Montréal, Québec; [3]Department of Chemistry, Université de Montréal, Montréal, Québec; [4]Department of Computer Science and Operations Research, Université de Montréal, Montréal, Québec; [5]Department of Pathology and Cell Biology, Université de Montréal, Montréal, Québec; [6]Department of Medicine, Faculty of Medicine, Université de Montréal, Montréal, Québec; [7]Division of Hematology-Oncology and Leukemia Cell Bank of Quebec, Maisonneuve-Rosemont Hospital, Montréal, Québec

**MP 030 HPLC-MS/MS Method for Measuring 15 Urinary Biomarkers of Exposure to Organophosphate Flame Retardants, Plasticizers, and Pesticides;** Nayana K. Jayatilaka[1]; Paula Restrepo[1]; Zachary Davis[1]; Meghan Vidal[1]; Antonia M. Calafat[1]; Maria Ospina[1]; [1]Centers for Disease Control and Prevention, Atlanta, GA

**MP 031 Selected Reaction Monitoring (SRM)-Based Rapid Measurement of GABA in Complex Clinical Samples;** Sigmund J Haidacher[1, 2]; Kathleen M Hoch[1, 2]; Qinglong Wu[1, 2]; Jasmohan S Bajaj[3]; Tor C Savidge[1, 2]; Anthony M Haag[1, 2];

Case 3:22-cv-01213-TAD-KDM   Document 243-3   Filed 10/26/23   Page 71 of 298 PageID #: 20245



[1]Baylor College of Medicine, Houston, TX; [2]Texas Children's Hospital, Houston, Texas; [3]Virginia Commonwealth University, Richmond, VA

MP 032 **Short Chain Fatty-Acids Analysis in brain by GC/MS to Determine Effect of Bioactive Food in Mouse Model of Alzheimer's Disease;** Eleazar Rojas Santiago[1]; Tauqeerunnisa Syedaa[2]; Daniel Cuervo-Zanatlaa[2]; Claudia Perez Cruz[2]; [1]Agilent Technologies, Mexico, Mexico; [2]CINVESTAV, CDMX, Mexico

**BIOMOLECULAR STRUCTURE ANALYSIS: CHEMICAL CROSSLINKING AND COVALENT LABELING I 033-060**

MP 033 **Protein Tertiary Structure Prediction Based on Statistical Strategies to Incorporate Cross-Linking/Mass Spectrometry Constraints;** Allan Jhonathan Ramos Ferrari[1]; Guilherme Fahur Bottino[1]; Leandro Martínez[1]; Fabio Cesar Gozzo[1]; [1]University of Campinas, Campinas, Brazil

MP 034 **Development of a Capillary LC Method for Co-Elution of Isomeric Peptide Oxidation Products;** Niloofar Abolhasani Khaje[1]; Joshua S Sharp[1]; [1]University of Mississippi, University, MS

MP 035 **Development of a Fast Photochemical Oxidation of Proteins (FPOP)-Based Protein Folding Study;** Luciano H Di Stefano[1]; Danté T Johnson[1]; Lisa M Jones[1]; [1]University of Maryland Baltimore, Baltimore, MD

MP 036 **Characterization of the IL-7/IL-7Rα Binding Interface in Solution with Docking Guided by Mass Spectrometry-Based Cross-linking and Hydrogen Deuterium Exchange Data;** Mengru Mira Zhang[1]; Guodong Chen[2]; Brett R Beno[2]; Richard Y-C Huang[2]; Jagat Adhikari[1]; Ekaterina Deyanova[2]; Jing Li[2]; Michael Gross[1]; [1]Washington University, St. Louis, MO; [2]Bristol-Myers Squibb, Princeton, NJ

MP 037 **Alpha-Synuclein Oligomers Modelled Using Crosslinking and Discrete Molecular Dynamics Simulations and Validated with Multiple Structural Proteomics Techniques;** Nicholas I Brodie[1]; Venkat R. Chirasani[3]; Andrew G. Cairns[4]; Fredrick Almqvist[4]; Evgeniy V. Petrotchenko[5]; Nikolay V. Dokholyan[3]; Christoph H. Borchers[1, 2, 5, 6]; [1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [3]Departments of Pharmacology, and Biochemistry and Molecular Biology, Pennsylvania State College of Medicine, Hershey, PA; [4]Department of Chemistry, Umeå University, Umeå, Sweden; [5]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [6]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

MP 038 **Observing Gleevec's Drug Engagement in TNBC-AA and TNBC-EA Using In-Cell Fast Photochemical Oxidation of Proteins;** Emily E Chea[1]; Lisa M Jones[2]; [1]University of Maryland, Baltimore, Baltimore; [2]University of Maryland Baltimore, Baltimore, MD

MP 039 **Normalizing Covalent Labeling Reactivity to Obtain Better Constraints for Computational Protein Structure Prediction;** Xiao Pan[1]; Richard W. Vachet[1]; [1]University of Massachusetts, Amherst, MA

MP 040 **MaXLinker: An Innovative "MS3-centric" Proteome-Wide Cross-Link Search Engine with High Sensitivity and Specificity;** Kumar Yugandhar[1, 2]; Ting-Yi Wang[1, 2]; Alden King-Yung Leung[1, 2]; Michael Charles Lanz[2, 3]; Ievgen Motorykin[4]; Jin Liang[1, 2]; Elnur Elyar Shayhidin[1, 2]; Marcus Bustamante Smolka[2, 3]; Sheng Zhang[4]; Haiyuan Yu[1, 2]; [1]Department of Biological Statistics and Computational Biology, Cornell University, Ithaca, NY; [2]Weill Institute for Cell and Molecular Biology, Cornell University, Ithaca, NY; [3]Department of Molecular Biology and Genetics, Cornell University, Ithaca, NY; [4]Mass Spectrometry and Proteomics Facility, Institute of Biotechnology, Cornell University, Ithaca, NY

MP 041 **High-Resolution Hydroxyl Radical Protein Footprinting Introduction and Workflow;** John Schenkel, Jr.[1]; Janna Kiselar[1, 2]; Mark Chance[1, 2]; [1]NeoProteomics, Inc., Cleveland, OH; [2]Case Western Reserve University, Cleveland, OH

MP 042 **Design, Synthesis and Application of Novel Sulfoxide-Based, Click-Chemistry Enrichable Cleavable Cross-Linkers for Protein-Protein Interaction Analysis;** Michael Stadlmeier[1]; Leander Runtsch[1]; Martin Wühr[2]; Thomas Carell[1]; [1]LMU Munich, Munich, Germany; [2]Princeton University, Princeton, NJ

MP 043 **The Interactome of Mitochondria in Baker's Yeast: A Snapshot Taken by Cross-Linking Mass Spectrometry;** Andreas Linden[1, 3]; Ralf Pflanz[1]; Iwan Parfentev[1]; Bettina Homberg[2]; Markus Deckers[2]; Peter Rehling[2]; Henning Urlaub[1, 3]; [1]Max Planck Institute for Biophysical Chemistry, Goettingen, Germany; [2]University Medical Center Goettingen (UMG), Goettingen, Germany; [3]Max Planck Institute for Biophysical Chemistry, Goettingen, Germany

MP 044 **Kojak 2.0: New Features for the Analysis of Cross-Linked Proteins;** Michael R. Hoopmann[1]; Alex Zelter[2]; Michael Riffle[2]; Jimmy K Eng[2]; Trisha N Davis[2]; Robert L Moritz[1]; [1]Institute for Systems Biology, Seattle, WA; [2]University of Washington, Seattle, WA

MP 045 **Systems Structural Biology of the Heart: Impact of Lysine Acetylation on Protein Conformations and Interactions;** Juan Chavez[1]; Matthew A Walker[1]; Arianne Caudal[1]; Bo Zhou[1]; Andrew Keller[1]; Rong Tian[1]; James E. Bruce[1]; [1]University of Washington, Seattle, WA

MP 046 **Structural Interrogation of Phosphorylation-Dependent Proteasome Dynamics Using a Multifaceted Cross-Linking and Targeted Quantitation-Based Approach;** Clinton Yu[1]; Lan Huang[1]; Xiaorong Wang[1]; [1]University of California, Irvine, CA

MP 047 **Determination of the Yield of Copper-Catalyzed Click Reaction on Individual Newly Synthesized Proteins with Azidonorleucine Inside Live Cells;** Chengzhi Cai[1]; Guoting Qin[1]; Rufeng Li[1]; [1]University of Houston, Houston, TX

MP 048 **Tyrosine-Specific Nitration of Influenza Hemagglutinin Proteins by Selective Covalent Labeling and Mass Spectrometry;** Carrie L. Pierce[1]; Jonathan L. Bundy[1]; Jakub Baudys[1]; Tracie L. Williams[1]; Dongxia Wang[1]; Maria I. Solano[1]; John R. Barr[1]; [1]Centers for Disease Control and Prevention, Atlanta, Georgia 30341

MP 049 **Acquisition Mode Characterization for the Quantitative and Qualitative Analysis of Cross-Linked Peptides by Targeted and Untargeted LC-IM-MS;** Hannah Britt[1]; Suniya Khatun[1]; Abubakar Hatimy[1]; Jonathan P Williams[2]; Chris Hughes[2]; Tristan Cragnolini[1]; Nathanael Page[2]; Konstantinos Thalassinos[1]; Johannes PC Vissers[2]; [1]UCL, London, United Kingdom; [2]Waters Corporation, Wilmslow, United Kingdom; [3]LGC Group, Teddington, United Kingdom

MP 050 **Tools for Atomic-Resolution Protein Structure Determination in Cells: CID-Cleavable Photo-Amino Acids and Purification of Crosslinked Peptides of Any Origin;** Bjorn-Erik Wulff[1]; Joshua E. Elias[1]; Pehr Harbury[1]; [1]Stanford University, Stanford, CA

MP 051 **Monitoring the Aggregation-Induced Conformational Conversion of α-Synuclein Protein by Fast Photochemical Oxidation of Proteins (FPOP);** Prashant N. Jethva[1]; Jing Yan[1]; Eva Illes-Toth[2]; Michael L. Gross[1]; [1]Department of Chemistry, Washington University, St. Louis, MO; [2]School of Biosciences, University of Birmingham, Birmingham, United Kingdom


**MP 052** Next Generation Dual Cleavable Cross-Linking Strategies for High Confidence Identification of Cross-Linked Peptides; Jayanta Kishor Chakrabarty[1]; Fang Zixiang[1]; Abu Hena M. Kamal[1]; Saiful M. Chowdhury[1]; [1]University of Texas, Arlington, TX

**MP 053** Determination of Ligand and pH-Induced Conformational Changes in the Cation-Independent Mannose-6-Phosphate Transferase by Fast Photochemical Oxidation of Proteins; Sandeep K. Misra[1]; Linda J. Olson[2]; Nancy M. Dahms[3]; Joshua S. Sharp[1]; [1]University of Mississippi, University, MS; [2]Medical College of Wisconsin, Milwaukee, MI; [3]Medical College of Wisconsin, Milwaukee, WI

**MP 054** Describing the Interaction XcpU and XcpW from the Pseudomonas aeruginosa Type II Secretion Machinery Using Cross Linking – Mass Spectrometry; Badreddine Douzi[1]; Geneviève Ball[1]; Cristian A Escobar Bravo[2]; Edwin De Pauw[3]; Katrina Forest[2]; Romé Voulhoux[1]; Loic Quinton[3]; [1]CNRS, Aix-Marseille Université, IMM, Laboratoire de Chimie Bactérienne UMR7283, Marseille, France; [2]Department of Bacteriology, University of Wisconsin-Madison, WI, 53706, USA, Madison, WI; [3]Laboratoire de Spectrométrie de Masse - MolSys Research Unit - Liège Université, Liège, Belgium

**MP 055** Accelerated Biomolecular Cross-Linking by Contained-Electrospray Ionization for Rapid Detection by Mass Spectrometry; Benjamin J. Burris[1]; Abraham K. Badu-Tawiah[1]; [1]The Ohio State University, Columbus, OH

**MP 056** Novel Methods for Chemical Crosslinking Based Protein Complex Analysis; Qun Zhao[1]; Yuxin An[1]; Lili Zhao[2]; Lihua Zhang[2]; Yukui Zhang[2]; [1]Dalian Institute of Chemical Physics, Chinese Academy of Science, Dalian, China; [2]Dalian Institute of Chemical Physics, Chinese Academy of Sciences, Dalian, China

**MP 057** Application of Phenyl-based Columns in Improving the Identification of Inter-crosslinked Peptides; Zixiang Fang[1]; Yehia Z. Baghdady[1]; Kevin A Schug[1]; Saiful M. Chowdhury[1]; [1]University of Texas Arlington, Arlington

**MP 058** Energy Barriers to the Pre-amyloid Structural Change of β-2-microglobulin in the Presence of the Amyloidogenic Variant ΔN6 or Amyloid Inhibitors; Blaise G. Arden[1]; Richard W. Vachet[1]; [1]University of Massachusetts, Amherst, MA

**MP 059** OpenPepXL: Sensitive, Comprehensive Identification and Quantification of Protein-Protein Cross-Links; Eugen Netz[1]; Tjeerd M.H. Dijkstra[1]; Timo Sachsenberg[2]; Oliver Kohlbacher[1,2,3,4]; [1]Biomolecular Interactions group, Max Planck Institute for Developmental Biology, Tuebingen, Germany; [2]Applied Bioinformatics group, University of Tuebingen, Tuebingen, Germany; [3]Quantitative Biology Center (QBiC), University of Tuebingen, Tuebingen, Germany; [4]Institute for Translational Bioinformatics, University Hospital Tuebingen, Tuebingen, Germany

**MP 060** XiView: A common platform for the Downstream Analysis of Crosslinking Mass Spectrometry data; Martin J Graham[1,2]; Colin Combe[1,2]; Lars Kolbowski[3]; Juri Rappsilber[1,2,3]; [1]Wellcome Centre for Cell Biology, Edinburgh, United Kingdom; [2]University of Edinburgh, Edinburgh, United Kingdom; [3]Technische Universität Berlin, Berlin, Germany

## CLINICAL ANALYSIS I
### 061-083

**MP 061** Reducing the Global Burden of Infectious Diseases through Precision Infection Management (PIM); Ian Lewis[1]; Fiona Clement[1]; Deirdre L Church[2]; Ashlee Earl[3]; Yonatan Grad[4]; Christopher Naugler[2]; Sergei Noskov[1]; [1]University of Calgary, Calgary, AB; [2]Calgary Laboratory Services, Calgary, AB; [3]Broad Institute of MIT and Harvard, Cambridge, MA; [4]Harvard T.H. Chan School of Public Health, Boston, MA

**MP 062** Interference from Sulfonated Metabolites in the Analysis of β-Lapachone in Clinical Human-Plasma Samples Using Liquid Chromatography-Mass Spectrometry; Seungil Cho[1]; Bo Kyung Kim[1]; Mi-ri Gwon[1]; Young-ran Yoon[1]; [1]Kyungpook National University, Daegu, South Korea

**MP 063** Characterization of an Amphetamine Interference from Gabapentin in an LC-HRMS Confirmation Assay; Ana Celia Grenier[1]; Teresa Pekol[1]; Dana Schubring[1]; Charlene Johnson[1]; Lawrence J Andrade[1]; Robin Hyland[1]; [1]Dominion Diagnostics, North Kingstown, RI

**MP 064** Ambient Mass Spectrometry Immunoassays for the Ultra-Sensitive Biomarker Detection and Tissue Glycan Imaging; Yu Bai[1]; Shuting Xu[1]; Wen Ma[1]; Huwei Liu[2]; [1]College of Chemistry, Peking University, Beijing, China; [2]Peking University, Beijing, China

**MP 065** Dried Blood Spheroids for Stabilizing Acylcarnitines in Micro-liter Blood Samples Stored under Ambient Conditions; Benji Frey[1]; Deidre E. Damon[1]; Abraham K. Badu-Tawiah[1]; [1]The Ohio State University, Columbus, OH

**MP 066** Quantification of 11-plex LSD Enzyme Activity Using LC-MS/MS; Ryuichi Mashima[1]; Torayuki Okuyama[1]; Mari Ohira[1]; [1]National Center for Child Health and Development, Setagaya-Ku, Japan

**MP 067** A Comparison of Tenofovir Diphosphate and Emtricitabine Triphosphate Concentrations Collected in Whole Blood by a Microsampler or Dried Blood Spot; Amanda P Schauer[1]; Craig Sykes[1]; Jason R Pirone[1]; Nicole White[1]; Hannah Bryan[1]; Angela DM Kashuba[1]; [1]University of North Carolina, Chapel Hill, NC

**MP 068** A Sensitive and Robust HPLC – MS/MS (MRM) Method for the Quantitation of Hepcidin in Human Serum; Jun Liu[1]; Michael Chen[2]; [1]University of British Columbia, Vancouver, BC; [2]Island Medical Program, Department of Pathology and Laboratory Medicine, University of British Columbia, Vancouver, BC

**MP 069** Lipid and Apolipoprotein Changes in Response to Inflammation with Type 2 Diabetes; Bryan Parks[1]; Zsuzsanna Kuklenyik[2]; John R Barr[2]; [1]Centers for Disease Control and Prevention, Atlanta, GA; [2]Centers for Disease Control and Prevention, Atlanta, Georgia

**MP 070** Simultaneous Determination of Eight Antiepileptic Drugs and an Active Metabolite in Human Plasma by LC-MS/MS; Tian Liu[1]; Raghavendhar R Kotha[1]; Stephanie Zalesak[1]; Jace W Jones[1]; James E Polli[1]; Maureen A Kane[1]; [1]Department of Pharmaceutical Sciences, University of Maryland School of Pharmacy, Baltimore, MD

**MP 071** Fully Automated LC-MS/MS Analysis of Anticoagulants Using a Stable Isotope Labelled Internal Standards; Toshikazu Minohata[1,2]; Yuki Uno[2]; Sigrid Baumgarten[3]; Stéphane Moreau[3]; Fanny Dayot[1]; Jean-François Hoeffler[1]; [1]Alsachim SAS, Illkirch, France; [2]Shimadzu Corporation, Kyoto, Japan; [3]Shimadzu Europa GmbH, Duisburg, Germany

**MP 072** Sensitive Cortisol Analysis Using a Single Hair with Nanoflow UPLC- MS3 Tandem Mass Spectrometry; Chih-Wei Chang[1,2]; Linjer Chen[1]; Li-Jung Ma[1]; Pin-Hsuan Wang[1]; Yet-Ran Chen[2]; Pao-Chi Liao[1]; [1]Department of Occupational and Environmental Health, Medical College, National Cheng Kung University, Tainan, Taiwan; [2]Agriculture Biotechnology Research Center, Academia Sinica, Taipei, Taiwan

**MP 073** A Two-Minute Liquid Chromatography/Ion Mobility Mass Spectrometry Method for Quantitation of 25-Hydroxyvitamin D without Interference from 3-epi-25-Hydroxyvitamin D; Nicholas Oranzi[1]; Jiajun Lei[1]; Timothy J. Garrett[1]; Richard A Yost[1]; [1]University of Florida, Gainesville, FL



MP 074 **A High-Performance Liquid Chromatography Tandem Mass Spectrometry Method for the Determination of Superwarfarin Rodenticides in Human Plasma;** Daniel Nosal[1]; Douglas L Feinstein[2]; Richard B. van Breemen[3]; [1]Oregon State University - Linus Pauling Institute, Corvallis, OR; [2]University of Illinois at Chicago, Department of Anesthesiology, Chicago, IL; [3]Linus Pauling Institute, Oregon State University, Corvallis, OR

MP 075 **Assessing Isolate-Specific Antimicrobial Resistance Patterns of Klebsiella pneumoniae;** Thomas D. Horvath[1, 2]; Sibel Ak[1, 2]; Sigmund J. Haidacher[1, 2]; Kathleen Hoch[1, 2]; Tor C. Savidge[1, 2]; Anthony M. Haag[1, 2]; [1]Department of Pathology and Immunology, Baylor College of Medicine, Houston, TX; [2]Microbiome Center, Texas Children's Hospital, Houston, TX

MP 076 **Mass spectrometry shows limitations of lectin-based approaches to quantify galactose-deficient IgA1 in circulation of IgA nephropathy patients and controls;** Olivier M. Lardinois[1]; Patrick H. Nachman[2]; Jason G. Williams[1]; Leesa J Deterding[1]; [1]Mass Spectrometry Research and Support Group, National Institute of Environmental Health Sciences (NIEHS), Research Triangle Park, NC; [2]Division of Renal Diseases and Hypertension, University of Minnesota, Minneapolis, MN

MP 077 **Elucidating Multi-Omic Molecular Signatures of End-Term Preeclampsia and Gestational Diabetes Mellitus;** Melanie T. Odenkirk[1]; Kristin E. Burnum-Johnson[2]; Brandie D. Taylor[3]; Kelly G. Stratton[2]; Marina A. Gritsenko[2]; Lisa M. Bramer[2]; Bobbie-Jo Webb-Robertson[2]; Jennifer Kyle[2]; Kent J. Bloodsworth[2]; Karl K Weitz[2]; Erin S Baker[1]; [1]Department of Chemistry, North Carolina State University, Raleigh, NC; [2]Biological Sciences Division, Pacific Northwest National Laboratory, Richland, WA; [3]College of Public Health, Temple University, Philadelphia, PA 19122

MP 078 **Development of a Quantitative Method for the Measurement of Free Oligosaccharides in Plasma and Urine from Patients with Aspartylglucosaminuria;** Beniam Berhane[1]; Tim Wood[1]; Laura Pollard[1]; [1]Greenwood Genetic Center, Greenwood, SC

MP 079 **Discovery of Tumor-Specific Antigens for Leukemia Immunotherapy Using a Novel Proteogenomic Approach;** Sibylle Pfammatter[1]; Eric Bonneil[1]; Joel Lanoix[1]; Krystel Vincent[1]; Chantal Durette[1]; Jean-Philippe Laverdure[1]; Mathieu Courcelles[1]; Marie-Pierre Hardy[1]; Sebastien Lemieux[1]; Claude Perreault[1]; Pierre Thibault[1]; [1]Université de Montréal, Montréal, Québec

MP 080 **Pharmacokinetic Interactions of a Red Clover Botanical Dietary Supplement with Drug Metabolism in Peri- and Post-menopausal Women;** Jaewoo Choi[1]; Luying Chen[2, 3]; Scott W. Leonard[1]; Suzanne Banuvar[3]; Elena Barengolts[3]; Marlos Viana[3]; Richard B. van Breemen[2, 3]; [1]Linus Pauling Institute, Oregon State University, Corvallis, Oregon; [2]Linus Pauling Institute, College of Pharmacy, Oregon State University, Corvallis, OR; [3]UIC/NIH Center for Botanical Dietary Supplements Research, Chicago, IL

MP 081 **An Efficient MS Method for Screening 20 Genotypes of Human Papillomavirus;** Yun Zhao[1]; Shanyun Lin[1]; Panhong Liu[1]; Xuehui Tang[1]; Zhe Ren[1]; Yan Ren[1]; Siqi Liu[1]; [1]BGI-Shenzhen, Shenzhen, China

MP 082 **Development of Glycosaminoglycan Assays for Mucopolysaccharidoses Using LC-MS/MS;** Takanari Hattori[1]; Tetsuo Iida[1]; Jun Watanabe[1]; Misa Tanaka[2]; Hironori Kobayashi[3]; Shunji Tomatsu[4]; [1]Shimadzu Corporation, Kyoto, Japan; [2]MS specialite, Yokohama, Japan; [3]Department of Pediatrics, Shimane University Faculty of Medicine, Izumo, Japan; [4]Nemours/Alfred I. duPont Hospital for Children, Wilmington, Delaware

MP 083 **A Rapid LC-MS/MS Method to Measure Simultaneously IDUA, IDS, NAGLU, GALNS and ASRB Enzymes Activities in Dried Blood Spots;** Misa Tanaka[1]; Jun Watanabe[2]; Tetsuo Iida[2]; Hironori Kobayashi[3]; [1]MS specialite, Yokohama, Japan; [2]Shimadzu Corporation, Kyoto, Japan; [3]Department of Pediatrics, Shimane University Faculty of Medicine, Izumo, Japan

## DRUG METABOLISM: QUALITATIVE AND HIGH THROUGHPUT ANALYSIS
### 084-098

MP 084 **Efficient and Comprehensive Metabolite Identification by Utilizing Automatic Background Exclusion and Specific Filtering Features of Orbitrap ID-X Tribrid Mass Spectrometer;** Kai Wang[1]; Sven Hackbusch[2]; Kate J. Comstock[2]; Kevin Coe[1]; [1]Janssen R&D, San Diego, CA; [2]Thermo Fisher Scientific, San Jose, CA

MP 085 **A New Strategy Optimized for Metabolite Profiling on a Tribrid Mass Spectrometer Platform;** Qian Ruan[1]; Kenneth P. Matuszak[2]; Kate J. Comstock[3]; [1]Bristol-Myers Squibb, Princeton, NJ; [2]ThermoFisher Scientific, Bannockburn, IL; [3]ThermoFisher Scientific, San Jose, CA

MP 086 **Application of Novel Background Exclusive DDA for Automated and Sensitive MS/MS Acquisition of Unknown Herbal Medicine Components in Biological Samples;** Tingting Cai[1]; Chunyan Zhu[2]; Ying Jin[2]; Jiayun Chen[2]; Guoqiang Liu[3]; Niusheng Xu[3]; Caisheng Wu[2]; Mingshe Zhu[4]; [1]WuXi AppTec, Nanjing, China; [2]Xiamen University, Xiamen, China; [3]Thermo Fisher Scientific, Shanghai, China; [4]MassDefect Technologies, Princeton, NJ

MP 087 **Highly Accurate Detection and Identification Methodology of Xenobiotic Metabolites Using Stable Isotope Labeling, LC/HRMS/MS Analysis, and Data Mining Techniques;** Masatomo Takahashi[1]; Yoshihiro Izumi[1]; Fukumatsu Iwahashi[2]; Yasumune Nakayama[3]; Mitsuhiko Iwakoshi[2]; Motonoa Nakao[1]; Seiji Yamato[2]; Eiichiro Fukusaki[4]; Takeshi Bamba[1]; [1]Medical Institute of Bioregulation, Kyushu University, Fukuoka, Japan; [2]Sumitomo Chemical Co., Ltd., Takarazuka, Japan; [3]Graduate School of Biotechnology and Life Science, Sojo University, Kumamoto, Japan; [4]Graduate School of Engineering, Osaka University, Suita, Japan

MP 088 **Integrating Discovery-Stage Metabolite Analysis into High-Throughput Microsomal Clearance Pipelines;** Elyse Freiberger[1]; David Wagner[1]; [1]AbbVie Inc., North Chicago, IL

MP 089 **in vitro Metabolic Studies of SARMs RAD-140 and S-23 in Horse Using Ultra-High Performance Liquid Chromatography–High Resolution Mass Spectrometry;** Yat Ming So[1]; Timmy Lai Sheung Choi[1]; Gary Ngai Wa Leung[1]; Pauly Kit Sze Chan[1]; Ming Yip Lau[1]; Emmie Ngai Man Ho[1]; [1]Racing Laboratory, The Hong Kong Jockey Club, Hong Kong, Hong Kong

MP 090 **Investigating Clozapine-Related Protein Binding in vitro by LC-MS/MS;** Timon Geib[1]; Lekha Sleno[1]; [1]UQAM, Montreal, QC

MP 091 **Involvement of Olmutinib Reactive Metabolites on its Severe Toxic Reactions: Potential Answers by Mass Spectrometry;** Adnan A Kadi[1]; Mohamed W. Attwa[1, 2]; Ali S. Abdelhameed[1]; [1]College of Pharmacy, King Saud University, Riyadh, SA, Riyadh, Saudi Arabia; [2]Students' University Hospital, Mansoura, Egypt

MP 092 **Balancing Quality and Quantity in Quan/Qual LC-HRMS Analysis;** Anne-Charlotte Dubbelman[1]; Filip Cuyckens[2]; Lieve Dillen[2]; Rob J. Vreeken[1, 2]; Thomas Hankemeier[1]; [1]Leiden University, Leiden, Netherlands; [2]Janssen R&D, Beerse, Belgium

MP 093 **Metabolism Study of Simvastatin in Rat Tissues Using MALDI Orbitrap Mass Spectrometry;** Wencui Yin[1]; Adnan A Kadi[1]; Alwabli Reem[1]; Rahman M A f m[1]; [1]King Saud University, Riyadh, Saudi Arabia



**MP 094** Ultraviolet Photodissociation Enables Confirmation of Site Specific Glucuronidation on Small Molecule Metabolites; Joe R. Cannon[1]; Zhoupeng Zhang[1]; Joshua Nicklay[2]; Romain Huguet[2]; Scott M. Peterman[2]; Nichoals Duczak[2]; **Mark Cancilla**[1]; [1]Merck & Co., Inc., West Point, PA; [2]Thermo Fisher Scientific, San Jose, CA

**MP 095** Quantitative Analysis of Hair Samples for Methotrexate (MTX) and Metabolite Using High-Performance Liquid Chromatography-Tandem Mass Spectrometry (LC-MS/MS) Detection; Yeongsuk Yoo[1]; Sang Kwang Lee[2]; Kun Cho[3]; [1]Korean Basic Science Institute, Cheong-ju, South Korea; [2]Eulji Medi-Bio research institute, Daejeon, South Korea; [3]Korea Basic Science Institute, Seoul, South Korea

**MP 096** High Throughput Drug Accumulation Assay and Impact on Metabolome of Drug-Resistant Bacteria; Vincent Bonifay[1]; Inga V. Leus[2]; Brinda Chandar[2]; Helen I. Zgurskaya[2]; [1]University of Oklahoma, Norman, OK; [2]University of Oklahoma, Norman, OK

**MP 097** Improving Peptide Catabolism Interpretation Using Ion Mobility Data and Server-Based Data Review with HELM Integration; Mark D Wrona[1]; Gordon Murray[2]; Russell Mortishire-Smith[3]; Yun W Aleiyunas[1]; Antoni Riera[4]; Tatiana Radchenko[4]; Anna Escola[4]; Ismael Zamora[5]; Jayne Kirk[1]; [1]Waters Corporation, Milford, MA; [2]Waters Corporation, Beverly, MA; [3]Waters Corporation, Wilmslow, United Kingdom; [4]Institute for Research in Biomedicine (IRB Barcelona), The Barcelona Institute of Science and Technology, Barcelona, Spain; [5]Lead Molecular Design, S.L., Sant Cugat Del Valles, Spain

**MP 098** EI-MAVEN : First in Class Mass Spectrometry Data Processing Engine for Metabolomics; Shefali Lathwal[1]; Shubhra Agrawal[1]; Raghav Sehgal[1]; Surbhi Poddar[1]; Rishabh Gupta[1]; Saiful Khan[1]; Sahil Kumar[1]; Sabu George[1]; Swetabh Pathak[1]; Abhishek Jha[2]; [1]Elucidata, Delhi, India; [2]Elucidata, Cambridge, MA

## DRUG AND METABOLITE ANALYSIS: NOVEL APPROACHES FOR DRIED BIOLOGICAL SAMPLES
### 099-103

**MP 099** Fully Automated Forensic Screening of Dried Bloodspots with MRM Spectrum Mode; Davor Fielitz[1]; Stefan Gaugler[2]; Jana Rykl[2]; Maha Khalid Almazraoua[4]; Matthias Grill[5]; Vicente L. Cebolla[6]; Asem Quanair[7]; [1]Shimadzu Deutschland GmbH, Berlin, Germany; [2]CAMAG, Muttenz, Switzerland; [3]Shimadzu Switzerland, Reinach, Switzerland; [4]The Regional Poison Control Center, Dammam, Saudi Arabia; [5]Lipomed, Arlesheim, Switzerland; [6]Instituto de Carboquimica, Zaragoza, Spain; [7]Analytica One, Al-Hidd, Bahrain

**MP 100** Probing Protein-Ligand Interactions by Native LESA Mass Spectrometry; Eva Illes-Toth[1]; Helen J. Cooper[1]; [1]University of Birmingham, Birmingham, United Kingdom

**MP 101** Incorporating Novel Synthetic DBS Substrates into a Blood Microsampling Device for Multi-Omics Analyses; Kyle Bachus[1]; Lada Staskova[2,3]; Jeff Craig[3,4]; Robert Shellie[5]; Ricardo Neto[6]; Dario Arrua[6]; Emily F Hilder[6]; Andrew Gooley[1]; Wei Boon Hon[1]; [1]Trajan Scientific and Medical, Ringwood, Australia; [2]RMIT University, Melbourne, Australia; [3]Centre for Molecular and Medical Research, School of Medicine, Faculty of Health Deakin University, Geelong, Australia; [4]Murdoch Children's Research Institute, The Royal Children's Hospital, Parkville, Australia; [5]Centre for Advanced Sensory Science (CASS), School of Exercise and Nutrition Sciences, Deakin University, Melbourne, Australia; [6]Future Industries Institute, University of South Australia, Mawson Lakes Campus, Adelaide, Australia

**MP 102** Organic Synthesis Reaction Monitoring of a Fentanyl Synthesis Using a Microporous Polyolefin Silica Substrate for Paper Spray Mass Spectrometry; Thomas D Kiselak[1]; Imesha W. DeSilva[2]; Anika Claassen[2]; Guido F. Verbeck[2]; [1]University of North Texas, Roanoke, TX; [2]University of North Texas, Denton, TX

**MP 103** Enabling Patient Centricity in Clinical Development through at Home Sample Collection; Melanie Anderson[1]; Daniel Dreyer[1]; Lingling Xue[1]; Marissa Dockendorf[1]; Kevin P. Bateman[1]; [1]Merck & Co., West Point, PA

## ENERGY: BIOFUELS AND ALGAE
### 104-113

**MP 104** Application of Thin-Layer Chromatography to Deep Investigation of Maltenes and Asphaltenes Compound Classes by Ultra-High Resolution Mass-Spectrometry; Alexander Zherebker[1]; Yury kostyukevich[1]; Oleg Kharybin[1]; Gleb Vladimirov[1]; Eugene (evgeny) Nikolaev[1]; [1]Skolkovo institute of science and technology, Moscow Region, Russian Federation

**MP 105** Comprehensive Analysis of Isoprenoid Pathway Intermediates and Associated Metabolites by HILIC-QTOF LC/MS; Edward Baidoo[1]; Yuqin Dai[2]; Veronica Teixeira Benites[1]; [1]Joint BioEnergy Institute/LBNL., Emeryville, CA; [2]Agilent Technologies, Santa Clara, CA

**MP 106** Structure Dependent Electrospray Ionization Response ofb-O-4 lignin compounds; Shardrack O. Asare[1]; Bert C. Lynn[1]; [1]University of Kentucky, Lexington, KY

**MP 107** Insight into Biomass Pyrolysis from Molecular Beam Mass Spectrometry; Steven M Rowland[1]; Anne K Starace[1]; Kristen Hietala[1]; Daniel L Carpenter[1]; [1]National Renewable Energy Lab, Golden, CO

**MP 108** Detailed Chemical Composition of an Oak Biocrude and Its Hydrotreated Product Determined by Positive Atmospheric Pressure Photoionization FT-ICR Mass Spectrometry; Alan G. Marshall[1]; Rebecca L. Ware[2]; Ryan P. Rodgers[2]; Ofei D Mante[3]; David C Dayton[3]; Sylvain Verdier[4]; Steven M Rowland[2]; [1]NHMFL, Florida State Univ., Tallahassee, FL; [2]National High Magnetic Field Laboratory, Florida State University, Tallahassee, FL; [3]RTI International, Research Triangle Park, NC; [4]Haldor Topsoe A/S, Lyngby, Denmark

**MP 109** Coupling LC-MS/MS-Based Proteomics and Targeted Metabolite Analysis Reveals Novel Enzymatic Solutions for Lignin Utilization and Valorization in Novosphingobium aromaticivorans; Richard J. Giannone[1,2]; David C Garcia[3,4]; Gerald N Presley[2,3]; Jacob H Cecil[3]; Joshua K Michener[2,3]; [1]Chemical Sciences Division, Oak Ridge National Laboratory, Oak Ridge, TN; [2]Center for Bioenergy Innovation, Oak Ridge National Laboratory, Oak Ridge, TN; [3]Biosciences Division, Oak Ridge National Laboratory, Oak Ridge, TN; [4]The Bredesen Center for Interdisciplinary Research and Graduate Education, University of Tennessee, Knoxville, TN

**MP 110** High-Resolution Mass Spectrometry (FT-ICR) Analysis of Milled Wood Lignins; Evan Terrell[1]; Vincent Carré[2]; Frédéric Aubriet[2]; Anthony Dufour[3]; Manuel Garcia-Perez[1]; [1]Washington State University, Pullman, WA; [2]Université de Lorraine, ICPM, Metz, France; [3]Université de Lorraine, LRGP, CNRS, Nancy, France

**MP 111** Application of Gas Chromatography - Mass Spectrometry for the Analysis of Structural Isomers of Lignin Dimers; Poorya Kamali[1]; Bert C. Lynn[1]; [1]Department of Chemistry, University of Kentucky, Lexington, KY

**MP 112** Using SPME-GC-MS for Chemical Profiling of Volatile Organic Compounds Emitted as Early Biomarkers of Algal Pond Crashes; Kristen L. Reese[1,2]; Carolyn L. Fisher[1]; Matthew W. Moorman[4]; A. Daniel Jones[2]; Matthias Frank[1]; Todd W. Lane[3]; [1]Lawrence Livermore National Laboratory, Livermore, CA; [2]Michigan State University, East Lansing, MI; [3]Sandia National Laboratory, Livermore, CA; [4]Sandia National Laboratory, Albuquerque, NM



**MP 113** Data Mining and Machine Learning Strategies for Non-Targeted Interpretation of High-Resolution Mass Spectrometry Data from Complex Biofuel Samples; Sasa Bjelic; Paul Scherrer Instut, Villigen PSI, Switzerland

**ENVIRONMENTAL: EXPOSOMICS**
**114-130**

**MP 114** Identification of Transformation Products and Disinfection By-Products in Wastewater Impacted Drinking Water; Danielle C. Westerman[1]; Hannah K Liberatore[1]; Kristin H Cochran[1]; Cassiana Montagner[2]; Michael J Plewa[3]; Leslie H Cizmas[4]; Jeanne VanBriesen[5]; Dionysios Dionysiou[6]; Ying Huang[6]; Daniel Schlenk[7]; Keith Loftin[8]; Tarun Anumol[9]; Susan D. Richardson[1]; [1]University of South Carolina, Columbia, SC; [2]University of Campinas, Campinas, Brazil; [3]University of Illinois Urbana-Champaign, Urbana-Champaign, IL; [4]Texas A&M University, College Station, TX; [5]Carnegie Mellon University, Pittsburgh, PA; [6]University of Cincinnati, Cincinnati, OH; [7]University of California Riverside, Riverside, CA; [8]U.S. Geological Survey, Lawrence, KS; [9]Agilent Technologies, Wilmington, DE

**MP 115** Per- and Polyfluoroalkyl Substances (PFAS) Analysis in Human Serum and Plasma by Ultra-Performance Liquid Chromatography - Tandem Mass Spectrometry (UPLC-MS/MS); M Abdul Mottaleb[1,3]; Michael Petriello[1,2]; Jennifer Miller[3]; Susan S Smyth[1,2]; Debra K Moser[3]; Andrew J Morris[1,3]; [1]Division of Cardiovascular Medicine, University of Kentucky, Lexington, KY; [2]Lexington Veterans Affairs Medical Center, Lexington, KY; [3]College of Nursing, University of Kentucky, Lexington, KY

**MP 116** Determination of Novel Dihydroxylated Polybrominated Diphenyl Ethers in Sea Fish by Gas Chromatography - Tandem Mass Spectrometry; Mengtao Zhang[1]; Jianghong Shi[2]; Zongwei Cai[1]; [1]Hong Kong Baptist University, Hong Kong, China; [2]Southern University of Science and Technology, Shenzhen, China

**MP 117** Discovery of Novel N-(4-hydroxybenzyl)valine Hemoglobin Adducts in Human Blood.; Amanda Degner[1,2]; Henrik Carlsson[3]; Isabella Karlsson[3]; Johan Eriksson[3]; Andrew Rajczewski[1,2]; Suresh Pujari[1,2]; Margareta Törnqvist[3]; Natalia Tretyakova[1,2]; [1]University of Minnesota, Minneapolis, MN; [2]Masonic Cancer Center, U of MN, Minneapolis; [3]Stockholm University, Stockholm, Sweden

**MP 118** Quantification of Persistent Organic Pollutants in Human Blood Using Stir Bar Sorptive Extraction, GC/MS/MS, and Isotope Dilution Mass Spectrometry; Weier Hao[1]; Ashley Dillard[1]; Anthony Macherone[2]; Jack Stuff[3]; Scott Faber[4]; Skip Kingston[1]; Matt Pamuku[5]; [1]Duquesne University, Pittsburgh, PA; [2]Agilent Technologies, Inc., Wilmington, DE; [3]Gerstel, Inc., Linthicum, MD; [4]The Children's Institute of Pittsburgh, Pittsburgh, PA; [5]Applied Isotope Technologies, Pittsburgh, PA

**MP 119** GC-MS-Based Workflow for Discovery and Characterization of Biomarkers of Exposure to Greenness in Human Urine; Zhengzhi Xie[1]; Rachel Keith[1]; Aruni Bhatnagar[1]; Pawel Lorkiewicz[1]; [1]University of Louisville, Louisville, KY

**MP 120** Neutral Loss and Product Ion Filtering to Screen Exposure Biomarkers to Common and Novel Phthalates: Application to a Standards Mixture ; Syam S. Andra[1]; Georgia Dolios[1]; Divya Pulivarthi[1]; Dhavalkumar Patel[2]; Emily A Spear[3]; Lauren Petrick[1]; Manish Arora[1]; Annemarie Stroustrup[3]; [1]Department of Environmental Medicine and Public Health, Icahn School of Medicine at Mount Sinai, New York City, NY; [2]School of Pharmacy, Texas Tech University Health Sciences Center, Amarillo, Texas; [3]Department of Pediatrics, Icahn School of Medicine at Mount Sinai, New York City, NY

**MP 121** IR-MALDESI Mass Spectrometry Imaging of Rat Placenta Tissue after Exposure to Flame Retardants; Crystal L Pace[1]; Måns Ekelöf[1]; Brian Horman[2]; Heather Patisaul[2,3]; Heather Stapleton[4]; David C Muddiman[1,3,5]; [1]FTMS Laboratory for Human Health Research, Department of Chemistry, North Carolina State University, Raleigh, NC; [2]Department of Biological Sciences, North Carolina State University, Raleigh, NC; [3]Center for Human Health and the Environment, North Carolina State University, Raleigh, NC; [4]Nicholas School of the Environment, Duke University, Durham, NC; [5]Molecular Education, Technology, and Research Innovation Center (METRIC), North Carolina State University, Raleigh, NC

**MP 122** A Novel Use of Isotopomers for in situ Calibration; Anthony Qualley[1,2]; Geoffrey Hughes[1,2]; Thomas Malloy IV[3]; Ted Piatkowski[3]; Benjamin A Clapp[2]; N. Mitchell Rubenstein[2]; [1]UES, Inc., Dayton, OH; [2]USAF-AFRL, WPAFB, OH; [3]Batelle, Columbus, OH

**MP 123** Characterization of Arsenic Metabolites and Protein-Binding Using Chromatography Coupled to Multiple Mass Spectrometry Techniques; Hanyong Peng[1]; Bin Hu[2]; Qingqing Liu[1]; Xiufen Lu[1]; Xiaowen Yan[1]; X. Chris Le[3]; [1]University of Alberta, Edmonton; [2]Wuhan University, Wuhan, China; [3]University of Alberta, Edmonton, AB

**MP 124** In vitro Metabolism of Bisphenol A and Five Analogs by LC-HRMS/MS; Ons Ousji[1]; Leanne Ohlund[1]; Lekha Sleno[1]; [1]UQAM, Montreal, QC

**MP 125** Extractables and Leachables Analysis Using a Quadrupole Time of Flight Mass Spectrometer Using SWATH Acquisition; Rolf Kern[1]; Patricia Sun[2]; Alex Liu[2]; [1]SCIEX, Redwood Shores, CA; [2]Sciex, Framingham, MA

**MP 126** Electrochemical Simulation of Triclosan Metabolism and Toxicological Evaluation; Hendrik Jan Brouwer[1]; Jean-Pierre Chervet[1]; Linyan Zhu[2]; Stephan Küppers[3]; [1]Antec Scientific, Zoeterwoude, Netherlands; [2]Maryland Institute for Applied Environmental Health, University of Maryland, 4200 Valley Drive, College Park, MD 20742; [3]Research Center Jülich, Department of Analytics, Jülich, Germany

**MP 127** Rapid Assessment of Isomeric Diversity in Perfluoroalkyl Substances (PFAS) by Ion Mobility Spectrometry-Mass Spectrometry (IMS-MS); James Dodds[1]; John C. Fjeldsted[2]; Erin S Baker[1]; [1]North Carolina State University, Raleigh, NC; [2]Agilent Technologies, Inc., Santa Clara, CA

**MP 128** Tracking Microcystin Oxidation Product Formation by Liquid Chromatography/High Resolution Mass Spectrometry (LC/HRMS) and Implications for Process Monitoring and Treatment; Judy Westrick[1]; Johnna A Birbeck[1]; Nicholas Peraino[1]; David C Szlag[2]; [1]Wayne State University, Detroit, MI; [2]Oakland University, Rochester, MI

**MP 129** Detection of Endocrine Disrupting Chemicals (EDCs) and Pharmaceuticals and Personal Care Products (PPCPs) in Environmental Waters Using Online Concentration LC-MS/MS; Johnna A Birbeck[1]; Judy Westrick[1]; Cassandra L Ward[1]; Diana McKenzie[2]; [1]Wayne State University, Detroit, MI; [2]Bay Mills Community College, Brimley, MI

**MP 130** Improving Non-Target Identification of Organic Contaminants by Probabilistic Ranking of Putative Structure Assignments by HR/AM MS(/MS) and Computational Mass Spectrometry; Gordon Getzinger[1]; P. Lee Ferguson[1]; [1]Duke University, Durham, NC

**ENVIRONMENTAL: GENERAL I**
**131-175**

**MP 131** Polymerization in Place: Decreasing the Mobility of Halogenated Contaminants by Biotic and Abiotic Pathways; Fan Wang[1]; Shay Frankenfield[1]; Thomas M. Makris[1]; John L. Ferry[1]; [1]University of South Carolina, Columbia, SC



## MONDAY POSTERS

**MP 132** Determination of Pharmaceuticals in Wastewater Using Online Extraction by LC-MS/MS; Blanca Silva[1]; Cesar Augusto Marasco Junior[2]; Paulo Clairmont Feitosa de Lima Gomes[2]; [1]Unesp, Araraquara, Brazil; [2]Unesp, Araraquara, Brazil

**MP 133** Comprehensive Quantification of 30 Disinfection Byproducts Employing a Gas Chromatograph – Triple Quadrupole Mass Spectrometer (GC-QQQ) from Disinfected Wastewater Effluents; Susana Y Kimura Hara[1]; Alejandro Ortega-Hernanzdez[1]; [1]University of Calgary, Calgary, AB

**MP 134** The PFAS Conundrum: Mass Spectrometry Solutions for Addressing it; Ruth Marfil-Vega[1]; Brahm Prakash[2]; Gerard Byrne[2]; Tairo Ogura[3]; Yuka Fujito[3]; [1]Shimadzu Scientific Instruments, Columbia, MD; [2]Shimadzu Scientific Instruments, Inc., Columbia, Maryland; [3]Shimadzu corp., Kyoto, Japan

**MP 135** A Comparison of Electrospray Ionization (ESI) and Paper Spray (PS) Ionization for the Analysis of Polyfluoroalkyl Substances (PFAS); Tavleen K. Kochar[1]; Megan R. Ogorchock[1]; Gary L. Glish[1]; [1]University of North Carolina, Chapel Hill, NC

**MP 136** Investigating Degradation of Fluorinated Compounds in Water Using LC-Plasma Assisted Reaction Chemical Ionization-MS; Kunyu Zheng[1]; Joseph Lesniewski[1]; Samuel White[1]; Kaveh Jorabchi[1]; [1]Georgetown University, Washington, DC

**MP 137** The Removal of Microcystins from Water Using Treated Rice Husk; Dilrukshika S. W. Palagama[1]; Amila M. Devasurendra[1]; David Baliu-Rodriguez[1]; Jon R. Kirchhoff[1]; Dragan Isailovic[1]; [1]The University of Toledo, Toledo, OH

**MP 138** Unraveling Carbon Flow within Microbial Communities Using Stable Isotope Probing Multi-Omic Techniques; Mary S Lipton[1]; Marina A. Gritsenko[1]; Samuel O. Purvine[1]; Amy A. Boaro[1]; Megan K. Nims[1]; Alexandra Cory[2]; Krystin Riha[1]; Thomas O. Metz[1]; Young-Mo Kim[1]; William C. Nelson[1]; James J. Moran[1]; [1]Pacific Northwest National Laboratory, Richland, WA; [2]Florida State University, Tallahassee, FL

**MP 139** Analysis of Dioxins Utilizing Time-of-Flight for Low Level Quantitation; Tim Conjelko[1]; Courtney Milner[1]; Jeff Hollis[1]; Matthew Curtis[1]; [1]Agilent Technologies, Inc., Santa Clara, CA

**MP 140** Standard Reference Materials for Measurements of Emerging Contaminants; Kevin M. Huncik[1]; Jessica L. Reiner[2]; John R. Kucklick[2]; [1]National Institute of Standards and Technology, Charleston, SC; [2]NIST, Charleston, SC

**MP 141** Mass Spectrometry-Based Investigations of Phytoremediation and Tertiary Water Treatment in the Sewanee Constructed Research Wetland; Jacqueline N. Langmo[1]; Anthony Wright[1]; Tanisha Ghosh[1]; W. Matthew Henderson[2]; Donovan Godbee[1]; Devon Boullion[1]; Scott Torreano[3]; Deborah Mcgrath[3]; Marsha C. Black[1]; Franklin E. Leach III[1]; [1]University of Georgia, Athens, GA; [2]Environmental Protection Agency, Athens, GA; [3]The University of the South, Sewanee, TN

**MP 142** Legacy and Emerging Perfluorinated Alkyl Substances in Water: Developing an SPE Method for LC-MS/ MS Analysis; Kari Organtini[1]; Kenneth Rosnack[1]; Doug Stevens[1]; Euan Ross[2]; Steven Lai[3]; [1]Waters Corporation, Milford, MA; [2]Waters Corporation, Wilmslow, United Kingdom; [3]Waters Corporation, Beverly, MA

**MP 143** Short Chain Chlorinated Paraffins (SCCPs) Analysis Using Negative Chemical Ionization (CI) and Low Energy EI by High-Resolution GC/Q-TOF; Sofia Nieto[1]; Matthew Curtis[1]; Nathan Eno[1]; Courtney Milner[1]; Pierre Dumas[2]; [1]Agilent Technologies, Inc., Santa Clara, CA; [2]Institut Nacional de Santé Publique du Québec (INSPQ), Québec, QC

**MP 144** Analysis of the Wastewater Effluent Samples to Identify Toxic Chemicals Using High-Resolution GC/Q-TOF; Sofia Nieto[1]; Kai Chen[1]; Courtney Milner[1]; Thomas Young[2]; [1]Agilent Technologies, Inc., Santa Clara, CA; [2]University of California, Davis, Davis, CA

**MP 145** Direct Analysis of Per- and Polyfluoroalkyl Substances (PFAS) in Ground, Surface and Waste Water by LC-MS/ MS; Cristina C. Jacob[1]; Claudia P.B. Martins[1]; Michael Volny[1]; Alan R. Atkins[2]; Richard F. Jack[3]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Hemel Hempstead, UK, Hemel Hempstead, United Kingdom; [3]Thermo Fisher Scientific, Sunnyvale, California

**MP 146** Trace Level Determination of Aniline Compounds in Water by Direct Aqueous Injection-UHPLC-MS/MS; Mingli Zhu[1]; Weifeng Zhang[1]; Lizhong Yang[2]; Xiangdong Zhou[2]; Chengyuan Cai[3]; Feng Qin[4]; [1]Guangzhou Agricultural Products Quantity and Safety Supervisory Institute, Guangzhou, China; [2]PerkinElmer Management(Shanghai) Co.,Ltd., Shanghai, China; [3]Perkinelmer Management (Shanghai) Co., Ltd., Shanghai, China; [4]PerkinElmer, Inc.,, Woodbridge, ON

**MP 147** Semi-Automated Cleanup of Persistent Organic Pollutants in Environmental Samples - Complete Separation of PCDD/Fs and PCBs for Extracts in Toluene; Hamid Shirkhan[1]; Rudolf Addink[1]; [1]Toxic Report, Watertown, MA

**MP 148** How is β-Cyclocitral Formed in SPME GC/MS of a Cyanobacterium?; Ryuji Yamashita[1]; Keisuke Kanei[1]; Eri Yamauchi[1]; Koji Tomita[2]; Kiyomi Tsuji[3]; Ken-ichi Harada[1]; [1]Meijo University, Nagoya, Japan; [2]Aichi Prefectural Institute of Public Health, Nagoya, Japan; [3]Kanagawa Prefectural Institute of Public Health, Chigasaki, Japan

**MP 149** Poisoned Honey and Water: An Investigation into the Detection of Pesticides with a Novel Approach to SPE; Matthew Diplock[1]; Raquel Gonzalez de Vega[1]; Andrew Minet[2]; Philip Doble[3]; [1]University of Technology Sydney, Sydney, Australia; [2]Eprep Pty Ltd, Mulgrave, Australia; [3]University of Technology Sydney, Sydney, Australia

**MP 150** Analysis of Soil Extracts for Degradation Products of the Insensitive Munition DNAN via GC/MS-MS; Jeffrey Michael McGuire[1]; Mark Haley[1]; Michael Simini[1]; Roman Kuperman[1]; [1]U.S. Army RDECOM Chemical & Biological Center, Aberdeen Proving Ground, MD

**MP 151** Consequential Effects of Five Bisphenols Contaminated Microplastic Through Water and Simulated Intestinal Fluids: Implications for Human Health; Pengfei Wu[1]; Yuanyuan Tang[2]; Hangbiao Jin[3]; Zongwei Cai[1]; [1]HongKong Baptist University, HongKong, China; [2]Southern University of Science and Technology, Shenzhen, China; [3]Zhejiang University of Technology, Hangzhou, China

**MP 152** Device and Application of Real-Time VOCs Analysis in Air Based on ESI Mass Spectrometry; Jiancheng Yu[1]; Junliang Zhang[1]; Keqi Tang[1]; [1]Ningbo University, Ningbo, China

**MP 153** Elucidating the Kinetics of Xanthates Decomposition in Mining Waters by Headspace Gas Chromatography-Mass Spectrometry; Kingsley Donkor[1]; Adrian Batista[1]; William Primrose[1]; [1]Thompson Rivers University, Kamloops, BC

**MP 154** Aromatic Core Structure and Heteroatom Chemical Functionality Drive the Transformation of Petroleum into Water-Soluble Organic Matter; Sydney F Niles[1, 2]; Martha L Chacón-Patiño[1]; Huan Chen[1]; Steven M Rowland[1]; Donald F Smith[1]; Christopher L. Hendrickson[1,2]; Alan G. Marshall[1,2]; Ryan P. Rodgers[1,2]; [1]National High Magnetic Field Laboratory, Tallahassee, FL; [2]Florida State University, Tallahassee, FL


**MP 155** Development of Analysis and Purification Methods for Monitoring Dioxins in Sanitary Napkins; Young Sang Kwon[1]; Sung-Gil Choi[1]; Seung-Min Lee[1]; Dong Yeol Lee[2]; Sang Gon Kim[2]; Jong-Su Seo[1]; [1]Korea Institute of Toxicology, Munsan-eup, Jinju, South Korea; [2]Gyeongnam Oriental Anti-aging Institute, Sancheong-gun, South Korea

**MP 156** Optimizing Extraction and Ionization Method for High Resolution Mass Spectrometry Analysis of Organic Compound; Sung June Kim[1]; Sunghwan Kim[1]; [1]Kyungpook National University, Daegu, South Korea

**MP 157** Rapid Non-Targeted Screening of Aqueous Environmental Samples Using Auto MS/MS; Imma Ferrer[1]; Daniel L Sweeney[2]; E. Michael Thurman[1]; Jerry A. Zweigenbaum[3]; [1]University of Colorado Boulder, Boulder, CO; [2]MathSpec, Inc., Arlington Heights, IL; [3]Agilent Technologies, Wilmington, DE

**MP 158** Analysis of Perfluorinated Compounds in Drinking and Waste Water Using Sequential/Parallel Automated Solid Phase Extraction Using EPA Method 537.1; Matthew Falkenstein[1]; Tom Hall[1]; [1]Fluid Management Systems, Watertown, MA

**MP 159** Performance Trade-offs to Consider when Implementing the High Efficiency, Small Form Factor Ions Sources; Christopher M Rattray[1]; Julie Kowalski[2]; [1]Restek Corporation, Bellefonte, PA; [2]Trace Analytics, Spokane, WA

**MP 160** Electron Ionization Mass Spectrometry as Detection System for Supercritical Fluid Chromatography to Increase Identification Power of Semi-Volatile Compounds; Francesca Rigano[1]; Roberta La Tella[1]; Paola Dugo[1,2,3]; Luigi Mondello[1,2,3]; [1]Chromaleont SrL, Messina, Italy; [2]University of Messina, Messina, Italy; [3]University Campus Bio-Medico of Rome, Rome, Italy

**MP 161** Analysis and Quantitation of Polyfluorinated Alkyl Substances (PFAS) in EPA Method 537.1 Using High Resolution Accurate Mass Spectrometry; Brahm Prakash[1]; Christopher Gilles[1]; Evelyn Wang[1]; Jerry Byrne II[1]; Yuka Fujito[1]; William Lipps[2]; [1]Shimadzu Scientific Instruments, Inc., Columbia, Maryland; [2]Eurofins Eaton Analytical, 750 Royal Oaks Drive, Monrovia, CA

**EPIGENETIC MODIFICATIONS**
162-174

**MP 162** Monitoring Histone Methyltransferase Activity in Microalgal Extracts by Calorimetric and Mass Spectrometric Approaches; Amanda L. Wong[1]; Fabiola Zaragoza[1]; Isabella Aguilar[1]; Anthony T. Iavarone[2]; Gary H. Karpen[3]; James J Pesavento[1]; [1]Saint Mary's College of California, Moraga, CA; [2]QB3/Chemistry Mass Spectrometry Facility, Berkeley, CA; [3]Lawrence Berkeley Laboratory, Berkeley, CA

**MP 163** Approaching Translational Proteomics: Accurate Quantification of >200 Histone Modifications at a Rate of 50 Samples Per Hour; Simone Sidoli[1]; Yekaterina Kori[1]; Mariana Lopes[2]; Zuo-Fei Yuan[1]; Hee Jong Kim[1]; Katarzyna Kulej[1]; Kevin A. Janssen[1]; Laura M. Agosto[1]; Julia P.C. Cunha[2]; Andrew J. Andrews[3]; Benjamin A. Garcia[1]; [1]University of Pennsylvania, Philadelphia, PA; [2]Instituto Butantan, Sao Paulo, Brazil; [3]Fox Chase Cancer Center, Philadelphia, PA

**MP 164** Dynamics of Histone H3.3K27me3 in Pluripotency and Differentiation of Embryonic Stem Cells Revealed by Stable Isotope Labeling Mass Spectrometry; Yekaterina Kori[1]; Simone Sidoli[1]; Zuo-Fei Yuan[2]; Benjamin A. Garcia[1]; [1]University of Pennsylvania, Philadelphia, PA; [2]University of Pennsylvania, Philadelphia, PA

**MP 165** Combining Bioorthogonal Chemistry and Proteomic Profiling to Study the PTM-Specific Interactome of Linker Histone H1; Eva Hoellmueller[1,2,3]; Martin Scheffner[1,2]; Andreas Marx[1,3]; Florian Stengel[1,2]; [1]Konstanz

Research School Chemical Biology, Konstanz, Germany; [2]Department of Biology, University of Konstanz, Konstanz, Germany; [3]Department of Chemistry, University of Konstanz, Konstanz, Germany

**MP 166** Enhanced Detection of 5-methyl-2'-deoxycytidine, 5-hydroxymethyl-2'-deoxycytidine, 5-methylcytidine and 5-hydroxymethylcytidine in Human Urine Using HILIC-MS/MS; Cheng Guo; Zhejiang University, Hangzhou, China

**MP 167** Integrated Epigenome and Proteome Remodeling Caused by Novel Germline Histone H3.3 Mutations during Neurodevelopment; Khadija D Wilson[1]; Geoffrey P. Dann[1]; Elizabeth J. Bhoj[2]; Hakon H Hakonarson[2]; Benjamin A. Garcia[1]; [1]University of Pennsylvania, Philadelphia, PA; [2]Children's Hospital of Philadelphia, Philadelphia, PA

**MP 168** Epiproteomic Analysis of Archival Formalin-Fixed Paraffin-Embedded Tumor Tissue for Interrogating Oncogenic Mechanisms in Rare Sarcomas; Dylan Marchione[1]; Ilyana Ilieva[1]; Benjamin A Garcia[1]; John B Wojcik[1]; [1]The University of Pennsylvania, Philadelphia, PA

**MP 169** Epigenetics of Alzheimer's disease: Global Chromatin Profiling for Monitoring Histone Post-Translational Modifications in Induced Pluripotent Stem Cell Models; James Mullahoo[1]; Shawn Egri[1]; Tak Ko[2]; Katherine C. DeRuff[1]; Deborah Dele-Oni[1]; Xiaodong Lu[1]; Malvina Papanastasiou[1]; Jennie Young[2]; Li-Huei Tsai[2]; Jacob D. Jaffe[1]; [1]Broad Institute, Cambridge, MA; [2]Massachusetts Institute of Technology, Cambridge, MA

**MP 170** Inhibition of Kinases Reveals Distant Links between Signaling Pathways and the Histone Code; Kevin A. Janssen[1]; Laura M. Agosto[1]; Benjamin A. Garcia[1]; [1]Perelman School of Medicine - University of Pennsylvania, Philadelphia, PA

**MP 171** Use of Microwave-Assisted Acid Hydrolysis for Analysis of Histone Modifications; Shekufeh Zareian[1]; Michael J Sweredoski[1]; Annie Moradian[1]; Spiros D Garbis[1]; [1]Caltech, Pasadena, CA

**MP 172** Proteomic Profiling of Histone Modification Readers Using Self-assembled Multivalent Photoaffinity Peptide Probes; Kai Zhang[1]; Guijin Zhai[1]; Xue Bai[1]; Shanshan Tian[1]; [1]Tianjin Medical University, Tianjin, China

**MP 173** Investigation into Altered 5-hmdC Levels in Cancer Cells; Jiekai Yin[1]; Yang Yu[1]; Yinsheng Wang[1]; [1]University of California, Riverside, Riverside, CA

**MP 174** Novel UHPLC-MRM-MS Approach Allows for Absolute Quantification of Histone PTMs in as Little as 20 Minutes; Joseph Cesare[1]; Zuofei Yuan[1]; Steven Zhao[1]; Peder Lund[1]; Josue Baeza[1]; Yekaterina Kori[1]; Simone Sidoli[1]; Hee Jong Kim[1]; Hyoungjoo Lee[1]; Kathryn E. Wellen[1]; Benjamin A. Garcia[1]; [1]University of Pennsylvania, Philadephia, PA

**FOOD SAFETY I**
175-200

**MP 175** Screening of Pesticide Residues in Food by Using High-Throughput GC-MS/MS System with Fast GC Condition; Junkei Kou[1]; Kiyotaka Konuma[1]; Kouji Okuda[2]; Kazuaki Murayama[1]; Yoshihisa Ueda[1]; [1]JEOL Ltd, Akishima, Japan; [2]JEOL USA, Inc., Peabody, MA

**MP 176** Quantitation of Multi Residues Antibiotics in Milk Using LC-MS/MS; Chandrasekar Madhappan[1]; Dilip Reddy[1]; Manoj G. Pillai[1]; Jianru Stahl-Zeng[2]; [1]SCIEX, Gurgaon, India; [2]SCIEX, Darmstadt, Germany

**MP 177** Screening of Multiclass Illegal Adulterants in Supplements and Spices via Extracted Common Ion Chromatograms and Neutral Loss Scan by UHPLC-Q/TOF-MS; Jisu Hur[1]; Beom-Hee Kim[1]; Ki Jung Paeng[2]; Jongki Hong[1]; [1]Kyung Hee University, Seoul, South Korea; [2]Yonsei university, wonju, South Korea



**MP 178 Fast and Simltuaneous LC/MS/MS Analysis for Veterinary Drugs in Meat Combined with STQ method;** Natsuyo Asano[1]; Eishi Imoto[1]; Mami Okamoto[1]; Mikie Shima[2]; Jun Watanabe[1]; [1]Shimadzu corp., Kyoto, Japan; [2]AiSTI Science Co., Ltd., Wakayama, Japan

**MP 179 Rapid Authentication of Fish Species Using Peptide Probes Isolated in the ProTrap XG;** Alan A. Doucette[1]; Jessica L. Nickerson[1]; Katie Halliday[1]; Joshua Turner[1]; [1]Department of Chemistry, Dalhousie University, Halifax, NS

**MP 180 Supercritical Fluid Chromatography Coupled to Tandem Mass Spectrometry for the Analysis of Pesticide Residues in Dried Spices;** Víctor Cutillas[1]; María Murcia-Morales[1]; María del Mar Gómez-Ramos[1]; Ann-Christin Niehoff[2]; Stephane Moreau[2]; Amadeo R. Fernández-Alba[1]; [1]European Union Reference Laboratory for Pesticide Residues in Fruits & Vegetables. University of Almeria, Agrifood Campus of International Excellence (ceiA3) Department of Hydrogeology and Analytical Chemistry, Almería, Spain; [2]Shimadzu Europa GmbH, Duisburg, Germany

**MP 181 EU Compliant Routine Quantitative Dioxin, Dioxin-Like PCB and Marker PCB Analysis by GC-MS/MS Using an Advanced Electron Ionisation Source;** Dominic Roberts[1]; Alexander Schachtele[2]; Richard Law[3]; Tim Anderson[4]; Adam Ladak[4]; Cristian Cojocariu[1]; [1]Thermo Fisher Scientific, Runcorn, United Kingdom; [2]European Union Reference Laboratory for Halogenated POPs in feed and food, Freiburg, Germany; [3]Thermo Fisher Scientific, Tudor Road, United Kingdom; [4]Thermo Fisher Scientific, Austin, TX

**MP 182 Comprehensive Identification of Migrating Compounds from Plastic Food Packaging Materials Using High Resolution Accurate Mass Spectrometry;** María José Gómez Ramos[1]; Anna Bauer[2]; Ana Lozano[2]; Amadeo R. Fernández-Alba[1]; [1]University of Almeria, Almeria, Spain; [2]University of Almeria, Almeria, Spain

**MP 183 Developing a Robust LC-MS/MS Method for the Determination of Anionic Polar Pesticides in a Range of Food Stuffs without Derivatization;** Dimple Shah[1]; Benjamine Wuyts[2]; Euan Ross[2]; Simon Hird[2]; Keil Brinster[1]; Kenneth Rosnack[1]; Tammy Hicks[1]; [1]Waters Corporation, Milford, MA; [2]Waters Corporation, Wilmslow, United Kingdom

**MP 184 A New Automated Approach for the Determination of Mycotoxins in Cereals Using Online SPE-LC-MS/MS;** Peter Ringeling[1]; Boris Bartolec[1]; Cornelis Tump[1]; Gertjan Merjenburgh[1]; Florian Van der Hoeven[1]; Jamie Foss[2]; [1]Spark Holland, Emmen, Netherlands; [2]PerkinElmer, Shelton, Connecticut

**MP 185 Multiresidue Analysis of Pesticides in Turmeric (Curcuma longa) Powder by GCMS/MS Using QuEChERS' Extraction Method;** Sunil Singh[1]; Durvesh Sawant[2,3]; Sanket Anand Chiplunkar[2]; Nitish Suryawanshi[2]; Saiyendra Thakur[1]; Prashant Hase[2]; Aseem Wagle[2]; Dheeraj Handique[2]; Jitendra Kelkar[2]; Pratap Rasam[2]; Ajit Datar[2]; [1]Shimadzu Analytical (India) Pvt. Ltd., New Delhi, India; [2]Shimadzu Analytical (India) Pvt. Ltd., Mumbai, India; [3]Ramnarain Ruia College, Mumbai, India

**MP 186 Determination of Coumarin in Electronic Cigarette Liquids by UHPLC Coupled with Isotope Dilution Tandem Mass Spectrometry;** Jingcun Wu[1]; Erasmus Cudjoe[1]; Xia Geng[2]; Joshua Ye[3]; Feng Qin[1]; [1]PerkinElmer Inc., Woodbridge, ON; [2]PerkinElmer Management(Shanghai)Co.,Ltd., Shanghai, China; [3]Perkin Elmer Canada, Woodbridge, ON

**MP 187 Application of a Novel Background Exclusion Data-Dependent Acquisition Method to Retrospective Analysis of Target Pesticides and Unknown Xenobiotics in Food;** Chunyan Zhu[1]; Guo-yin Lai[2]; Ying Jin[1]; Guoqiang Liu[3]; Niusheng Xu[3]; Caisheng Wu[1]; Mingshe Zhu[4]; [1]Xiamen

University, Xiamen, China; [2]Xiamen Customs, Xiamen, China; [3]Thermo Fisher Scientific, Shanghai, China; [4]MassDefect Technologies, Princeton, NJ

**MP 188 High Throughput Target and Suspect Pesticide Analysis Using a New LC/Q-TOF Screener Software;** Karen E Yannell[1]; Kai Chen[2]; [1]Agilent Technologies, Santa Clara, CA; [2]Agilent Technologies, Inc., Santa Clara, CA

**MP 189 Up in Vape: What is in my E-Juice Other than Nicotine, Propylene Glycol, and Glycerin;** Ron Honnold[1]; Matthew Curtis[1]; [1]Agilent Technologies, Inc., Santa Clara, CA

**MP 190 Analysis of Patulin in Fruit Juices and Extracts Using Liquid Chromatography Triple Quadrupole Mass Spectrometry;** Claudia P.B. Martins[1]; Cristina C. Jacob[1]; Michael Volny[1]; Mary L. Blackburn[1]; [1]Thermo Fisher Scientific, San Jose, CA

**MP 191 A Fast, Sensitive and Comprehensive Assay to Quantify Pesticide Residues in Dietary Supplements Using GC/MS/MS Coupled with QuEChERS Extraction Method;** Aihua Liu[1]; Abhijit Ghosh[1]; Spencer Carter[1]; [1]Dyad Labs, Salt Lake City, UT

**MP 192 Quantitative Analysis of Aminoglycoside Veterinary Drugs in Solid Milk Products by LC-MS/MS;** Benjamin L. Oyler[1]; James B. Wittenberg[2]; Christine H. Parker[1]; [1]FDA, College Park, MD; [2]Alcohol and Tobacco Tax and Trade Bureau, Beltsville, MD

**MP 193 Decomposition and Species Identification in Salmon by High-Resolution Mass Spectrometry with Multivariate Analysis;** Randy Self[1]; Michael McLendon[1]; Christopher Lock[1]; [1]U.S. FDA, Bothell, WA

**MP 194 High Throughput Determination of Multi-Class Toxic Alkaloids in Food by High Performance Liquid Chromatography-Tandem Mass Spectrometry;** Guoying Lai[1]; Lijian Wu[1]; Dunming Xu[1]; Zhigang Zhang[1]; Meiling Lu[2]; [1]Technique Center of Xiamen Customs, Xiamen, China; [2]Agilent Technologies (China) Limited, Beijing, China

**MP 195 Development and Validation of a New Sensitive and Rapid UPLC-MS-MS Method to Determine Acrylamide in Coffee;** Yilong Zheng[1]; Zhitian Zhang[1]; Jillian O'connell[1]; Junsuo Li[1]; [1]Intertek, Champaign, IL

**MP 196 Characterization of Farmer's Cheese with LC-MS/(MS) for Authenticity Purposes;** Henk W. Gerritsen[1]; Robert Jan A.N. Lamers[2]; Martin Alewijn[1]; Marco H. Blokland[1]; Monique G.E.G. Bremer[1]; Ioana M. Barbu[1]; [1]RIKILT Wageningen UR, Wageningen, Netherlands; [2]Abundnz B.V., Woerden, Netherlands

**MP 197 Analysis of Odor Components in Fish by Shimadzu Off-Flavor System;** yong wang[1]; Jun Fan[2]; [1]Shimadzu (China) Co.,Ltd. Beijing Branch, Beijing, China; [2]Shimadzu (China) Co., Ltd. Shenghai Branch, Shanghai, China

**MP 198 Off-Flavor System of Shimadzu Analyzes the Odor Components in Edible Oil;** Liu Xiaohua; Shimadzu (China) Co., Ltd.,, Guangzhou, China

**MP 199 Discrimination of Soybean Oil and Olive Oil by Benchtop Linear MALDI-TOF;** Dun Junling; Shimadzu (China) Co., Ltd., Shanghai, China

**MP 200 Toxin Profiling in Fish Samples from the Indian Ocean Implicated in Ciguatera-Like Poisoning;** Ann Abraham[1]; Katherine Baltzer[1]; Kathleen El Said[1]; Kyle Andrews[1]; [1]Division of Seafood Science and Technology, FDA, Dauphin Island, AL

## FORENSICS I
### 201-229

**MP 201 A High Profile: Detection and Identification of Synthetically-derived Psychoactive Material through Sorbent-Facilitated Headspace Mass Spectral Analysis and Chemometrics;** Meghan G. Fogerty[1]; Rabi A. Musah[1]; [1]University at Albany-SUNY, Albany, NY


**MP 202** Investigation of Early Death-Induced Changes in Rat Brain by SPME-HPLC-HRMS: *in vivo* Versus Post Mortem Comparative Study; Sofia Lendor[1]; Mariola Olkowicz[1]; Ezel Boyaci[1]; Miao Yu[1]; Mustansir Diwan[2]; Nathaly Reyes-Garcés[1]; German Augusto Gómez Ríos[1]; Clement Hamani[2]; Janusz Pawliszyn[1]; [1]Department of Chemistry, University of Waterloo, Waterloo, ON; [2]Neuroimaging Research Section, Centre for Addiction and Mental Health, Toronto, ON

**MP 203** Fast Screening of Explosives by Direct Analysis in Real Time Mass Spectrometry; Mengliang Zhang[1]; Virginia L Benefield[1]; Jared Frazier[1]; [1]Middle Tennessee State University, Murfreesboro, TN

**MP 204** Assessing Peptide Profiling Reproducibility of Single Source Human Head Hair ; Maria Lawas[1]; Katherine F. Jones[1]; Katelyn E. Mason[2]; Deon S. Anex[2]; Traci L. Carlson[1]; Luisa V. Forger[1]; Brian A. Eckenrode[1]; Bradley Hart[2]; Joseph Donfack[3]; [1]Counterterrorism and Forensic Science Research Unit, Visiting Scientist Program, Federal Bureau of Investigation Laboratory Division, Quantico, VA; [2]Forensic Science Center, Lawrence Livermore National Laboratory, Livermore, CA; [3]Counterterrorism and Forensic Science Research Unit, Federal Bureau of Investigation Laboratory Division, Quantico, VA

**MP 205** Analytical Separation of Isomeric U-Series Compounds Using Liquid Chromatography Tandem Mass Spectrometry; Melissa F. Fogarty[1]; Amanda L.A. Mohr[2]; Francis X. Diamond[3]; Barry K Logan[2, 3]; [1]Center for Forensic Science Research and Education, Willow Grove, PA; [2]CFSRE, Willow Grove, PA; [3]NMS Labs, Willow Grove, PA

**MP 206** Liquid Chromatography-High-Resolution Mass Spectrometry for the Determination of Cannabinoids, Cannabinoid-Metabolites, and Amphetamine-Type Stimulants in Human Hair; Sunjoo Kim[1]; Yongho Shin[1]; Won-gu Choi[1]; Hye Suk Lee[1]; [1]The Catholic University of Korea, Buchen, South Korea

**MP 207** Comparing the Efficiencies of Common Extraction Methods For Explosive Residues Off Various Surfaces Using Gas Chromatography/Mass Spectrometry; Shannon Lamy[1]; Alyssa Marsico[1]; [1]University of New Haven, West Haven, CT

**MP 208** On-Site Identification of Forensic Evidence by Novel Coiled Micro-Extraction Sampling Device for Portable GC/MS Instrumentation; Zachary E Lawton[1]; Leah Rynearson[2]; Marisa San Antonio[2]; Sara M Davis[2]; Sarah Goda[2]; Meghann McMahon[3]; Pauline Leary[4]; Koby Kizzire[2]; Brooke Kammrath[2]; [1]PerkinElmer, Shelton, CT; [2]University of New Haven, West Haven, CT; [3]Wisconsin State Police, Milwaukee, WI; [4]Federal Resources, Stevensville, MD

**MP 209** High Resolution Designer Drug Screening Using a High-Sensitivity Q-TOF Mass Spectrometer and an Extended Tandem Mass Spectrum Library; Jeff Dahl[1]; Rachel Lieberman[2]; Joseph Kahl[3]; Alex Giachetti[3]; [1]Shimadzu, Columbia, MD; [2]Shimadzu Scientific Instruments, Inc., Columbia, MD; [3]Miami-Dade Medical Examiner Department, Miami, FL

**MP 210** Identification of Human Haemoglobin Variants through Advanced Forensic Mass Spectrometry of Blood; Cameron Heaton[1]; Laura Cole[1]; Richard R McColm[2]; Jason Eyre[3]; Simona Francese[1]; [1]BMRC, Sheffield Hallam University, Sheffield, United Kingdom; [2]DSTL, Porton Down, Salisbury, United Kingdom; [3]BMS Haemolysis Lab, Haematology Department, Sheffield Teaching Hospital, Sheffield, United Kingdom

**MP 211** An Automated Ignitable Liquid Analysis Workflow for Forensic Laboratories; Troy J Ernst[1]; Scott J Campbell[2]; John H Moncur[2]; [1]Michigan State Police - Grand Rapids Laboratory, Grand Rapids, MI; [2]SpectralWorks Limited, Runcorn, United Kingdom

**MP 212** Peptide Spectral Libraries for Purified Ricin and Forensically Relevant Castor Seed Extracts; Isabelle G. O'Bryon[1]; Abigail E. Tucker[1]; Brooke L.D. Kaiser[1]; Eric Merkley[1]; Karen L. Wahl[1]; [1]Pacific Northwest National Laboratory, Richland, WA

**MP 213** A method for Simultaneous Targeted and Non-Targeted LC-HRMS/MS Drug Screening in Forensic Toxicology; Jason E Schaff[1]; Preston C Lowe[1]; Madeline A Montgomery[1]; Cynthia L Morris-Kukoski[1]; [1]FBI Laboratory Chem Unit, Quantico, VA

**MP 214** Use of Image Quality Scores to Determine Fingerprint Age in MALDI imaging; Madison L Thomas[1]; Paige Hinners[1]; Young Jin Lee[1]; [1]Iowa State University, Ames, IA

**MP 215** Thread Spray Mass Spectrometry for Direct Analysis of Hemoglobin in Whole Blood; Sierra Jackson[1]; Abraham K. Badu-Tawiah[1]; [1]The Ohio State University, Columbus, OH

**MP 216** Rapid and Quantifiable Screening Method for 64 Drugs in Human Blood by Direct Probe Ionization/Tandem Mass Spectrometry (DPIMS); Tasuku Murata[1]; Shinji Funatsu[1]; Koretsugu Ogata[1]; Hitoshi Tsuchihashi[2]; Yumi Hayashi[3, 4]; Kei Zaitsu[2, 4]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Department of Legal Medicine and Bioethics, Nagoya University Graduate School of Medicine, Nagoya, Japan; [3]In Vivo Real-Time Omics Laboratory, Institute for Advanced Research, Nagoya University, Nagoya, Japan; [4]Pathophysiological Laboratory Sciences, Department of Radiological and Medical Laboratory Sciences, Nagoya University Graduate School of Medicine, Nagoya, Japan

**MP 217** Automated immunoaffinity purification of large peptides followed by LC-MS(/MS) analysis; Monica Mazzarino[1]; Filippo Martinelli[1]; Marta Senofonte[1]; Xavier de la Torre[1]; Francesco Botrè[1, 2]; [1]Antidoping laboratory, Rome, Italy; [2]Department of Experimental Medicine, "Sapienza" University of Rome, Rome, Italy

**MP 218** Use of IRMPD Spectroscopy to Characterize Derivatives of Aldehydes Considered Emerging Explosive Threat Compounds; Connor J Graca[1]; Luke Metzler[1]; Theodore Corcovilos[1]; Giel Berden[2]; Jonathan Martens[2]; Jos Oomens[2, 3]; Michael Van Stipdonk[1]; [1]Duquesne University, Pittsburgh, PA; [2]Radboud University Nijmegen, Institute for Molecules and Materials, FELIX Facility, Nijmegen, Netherlands; [3]University of Amsterdam, Amsterdam, Netherlands

**MP 219** Q-Exactive Parameter Optimization for Maximum Signal Intensity when Using LDTD; Sarah Demers[1]; Serge Auger[1]; Jean Lacoursière[1]; Pierre Picard[1]; [1]Phytronix Technologies, Quebec, QC

**MP 220** Evaluation of Micro Volume Sample Preparation Technology Newly Designed for Forensic Toxicology with High Resolution Accurate Mass Spectrometry; Eishi Imoto[1]; Yujin Natori[2]; Jun Watanabe[1]; Hitoshi Tsuchihashi[2]; Kei Zaitsu[2]; Ichiro Hirano[1]; [1]Shimadzu corp., Kyoto, Japan; [2]Department of Legal Medicine & Bioethics, Nagoya University Graduate School of Medicine, Nagoya, Japan

**MP 221** Counterfeit Medicines Identification: A Comparison of Simplified APCI and EI Based MS Methods; Sangeeta Tanna[1]; Rachel Armitage[1]; John Ogwu[1]; Graham Lawson[1]; [1]De Montfort University, Leicester, United Kingdom

**MP 222** Analysis of Cosmetic Products for Evidentiary Value *via* Paper Spray and Paper Cone Spray Ionization-Mass Spectrometry; Abigail M. Poehls[1]; Shahnaz Mukta[1]; Christopher C. Mulligan[1]; [1]Illinois State University, Normal, IL

**MP 223** Rapid Profiling of Authentic Forensic Evidence via Paper Cone Spray Ionization Employed on Portable MS Instrumentation; Ashley R. Stelmack[1]; William L. Fatigante[1]; Shahnaz Mukta[1]; Christopher C. Mulligan[2]; [1]Illinois state university, Normal, IL; [2]Illinois State University, Normal, IL



**MONDAY POSTERS**

**MP 224**  **The Performance of Nanoparticle-Modified Paper Substrates Employed as Surface Transfer Swabs for Combined SERS and PSI-MS Investigation;** Trevor J. McDaniel[1]; Noah W. McClurg[1]; William L. Fatigante[1]; Jun-Hyun Kim[1]; Jeremy D. Driskell[1]; Christopher Mulligan[2]; [1]Illinois state university, Normal, IL; [2]Illinois State University, Normal, IL

**MP 225**  **Electron Ionization (EI) Fragmentation Studies of Reduced Bipyridyl Herbicides: Towards a Reliable Quantitative Approach for Postmortem Samples;** Carlos González[1]; Marielos Arias[1]; Diego Arias[1]; [1]Sección de Toxicología, Departamento de Ciencias Forenses, San Joaquin de Flores, Costa Rica

**MP 226**  **Chemical Differentiation of CITES-Protected Dalbergia Timber Using DART/QToF and TSP/GC/MS;** Dayue Shang[1]; Pamela Brunswick[1]; Jeffrey Yan[1]; Joy Bruno[1]; Philip Evans[2]; Graham Van Aggelen[1]; Marcus Kim[3]; [1]Environment and Climate Change Canada, North Vancouver, BC; [2]University of British Columbia, Vancouver, BC; [3]Agilent Technologies, Inc., Wilmington, DE

**MP 227**  **Simultaneous Analysis of 260 Pesticides in Human Urine Using Scaled-Down QuEChERS Approach and Tandem Mass Spectrometry;** Yongho Shin[1]; Sunjoo Kim[1]; Won-gu Choi[1]; Hye Suk Lee[1]; [1]The catholic university of korea, Buchen, South Korea

**MP 228**  **Application for Forensic Analysis: Discrimination of Fibers Using Trace Organic Additive and Pyrolyzate Marker;** Chikako Takei[1]; Kenichi Yoshizawa[1]; Shinji Azuma[2]; [1]BioChromato, Inc., Fujisawa, Japan; [2]BioChromato USA, San Diego, California

**MP 229**  **Fragmentation Pathways of α-pyrrolidinophenone Derivative Synthetic Cathinones;** Jay Tyler Davidson[1]; Zachary J. Sasiene[2]; Younis Abiedalla[3]; C. Randall Clark[3]; Glen P. Jackson[1, 2]; [1]Department of Forensic and Investigative Science, West Virginia University, Morgantown, WV; [2]C. Eugene Bennett Department of Chemistry, West Virginia University, Morgantown, West Virginia; [3]Department of Drug Discovery and Development, Harrison School of Pharmacy, Auburn University, Auburn, AL

**FUNDAMENTALS: ION ACTIVATION/DISSOCIATION**
**230-255**

**MP 230**  **Peptide Sequence Influence on the Differentiation of Valine and Norvaline by Hot Electron Capture Dissociation;** Wendy Zhong[1]; Zhidan Liang[2]; Xiang Yu[3]; [1]Merck, Rahway, NJ; [2]Amgen Inc., Boston, MA; [3]Merck & Co., West Point, PA

**MP 231**  **Analysis of Phenetole in its First Excited State and Ionic Ground State: Effects of the Side Chain;** Niklas Helle[1]; Tassilo Muskat[1]; Jurgen Grotemeyer[1]; [1]Christian-Albrechts-Univ, Kiel, Germany

**MP 232**  **Surface-Induced Dissociation of Protein Complexes in an FT-ICR Mass Spectrometer: Experimental and Simulated Performance;** Dalton Snyder[1, 2]; Jing Yan[3]; Vicki Wysocki[1, 2]; [1]The Ohio State University, Columbus, OH; [2]Resource for Native Mass Spectrometry Guided Structural Biology, Columbus, OH; [3]Washington University, St. Louis

**MP 233**  **Gas-Phase Dissociation of Imidazolium and Benzimidazolium Cations: Effects of Substituent Identity;** Maleesha De Silva[1]; Amanda Patrick[1]; [1]Mississippi State University, Starkville, MS

**MP 234**  **High Energy Collision-Induced Dissociation of Biological Peptides;** Xinyao Jing[1]; Carolyn J Cassady[1]; [1]The University of Alabama, Tuscaloosa, AL

**MP 235**  **Comparison of Reagent Gas for Charge Transfer Dissociation (CTD) Mass Spectrometry of Peptides and Oligosaccharides;** Zachary J. Sasiene[1]; Praneeth M. Mendis[1]; Glen P. Jackson[1, 2]; [1]C. Eugene Bennett Department of Chemistry, West Virginia University, Morgantown, WV; [2]Department of Forensic and Investigative Science, West Virginia University, Morgantown, WV

**MP 236**  **Gas Phase Reactions of Heptamethine Cyanine Dyes Using Femtosecond-Laser-Pulse Induced Photodissociation and Collision-Induced Dissociation;** Elena Mitrofanov[1]; Tassilo Muskat[1]; Jurgen Grotemeyer[1]; [1]Christian-Albrechts-Univ, Kiel, Germany

**MP 237**  **Structural Characterization of Intact Proteins Using Electron Capture Dissociation within an Ion Mobility Enabled TOF;** Jonathan P. Williams[1]; Lindsay J. Morrison[2]; Chris Hughes[3]; Jeffery M. Brown[3]; Joseph S. Beckman[4]; Valery G. Voinov[4]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]Waters Corporation, Beverly, MA; [3]Waters Corporation, Wilmslow, United Kingdom; [4]e-Msion Inc., Corvallis, OR

**MP 238**  **A Comparison of Negative Ion Radical-Driven Dissociation and Collision-Induced Dissociation on Acidic Peptides;** Can Cui[1]; Chelsea L. Mcmillen[1]; Carolyn J. Cassady[1]; [1]The University of Alabama, Tuscaloosa, AL

**MP 239**  **Multiple-Stage Tandem Mass Spectrometry of Peptide Radical Ions in the Omnitrap Platform;** Mariangela Kosmopoulou[1]; Dimitris Papanastasiou[1]; Roman Zubarev[2]; [1]Fasmatech, Athens, Greece; [2]Karolinska Institutet, Stockholm, Sweden

**MP 240**  **Oligosaccharides – Suppression of Metal-Salt Induced Adducts Using Electrospray-Ionization and SORI-CID Fragmentation;** Volker Iwan[1]; Tassilo Muskat[1]; Jurgen Grotemeyer[1]; [1]Christian-Albrechts-Univ, Kiel, Germany

**MP 241**  **Formation of Non-Zwitterionic π-Centered Glycylglycyltryptophan Radical Cations during the Gas-Phase Dissociation of Zwitterionic Copper(II)–GXW Complexes: Structural,Mechanistic, and Photodissociation Spectroscopic Inves;** Yinan Li[1]; mengzhu li[1]; Chi Kit Andy Siu[2]; Jonathan Martens[3]; Jos Oomens[3]; Keung Ivan Chu[1]; [1]Department of Chemistry, The University of Hong Kong, Hong Kong, Hong Kong; [2]Department of Chemistry, City University of Hong Kong, Hong Kong, Hong Kong; [3]FELIX Laboratory, Institute for Molecules and Materials, Nijmegen, Netherlands

**MP 242**  **Isomeric α-Carbon– and π–Centered Glycylglycyltryptophan Radical Cations and their Dissociation Product Ions: Structural, Energetic, Mechanistic, and Spectroscopic Investigations;** Mengzhu Li[1]; Yinan Li[1]; Chi Kit Andy Siu[2]; Jonathan Martens[3]; Jos Oomens[3]; Keung Ivan Chu[2]; [1]Department of Chemistry, The University of Hong Kong, Hong Kong, Hong Kong; [2]Department of Chemistry, City University of Hong Kong, Hong Kong, Hong Kong; [3]FELIX Laboratory, Institute for Molecules and Materials, Nijmegen, Netherlands

**MP 243**  **Understanding the Perplexing and Interesting Pathways of Peptoid Fragmentation;** Yadwinder Singh Mann[1]; Yuntao Zhang[1]; Jianhua Ren[1]; [1]University of the Pacific, Stockton, CA

**MP 244**  **Accelerating Ion-Molecule Reactions Using Supplemental RF-Activation in a Linear Ion Trap;** Berwyck L. J. Poad[1]; Reuben S. Young[1]; David L. Marshall[1]; Stephen J Blanksby[1]; [1]Queensland University of Technology, Brisbane, Australia

**MP 245**  **The HDX Approach to Evidence the Stepwise Character of Controlled Enantioselective Reduction of Copper (II) Complexes with Polar Amino-Acids, Application;** Ekaterina Dariy[1]; Annelaure Damont[2]; Denis Lesage[3]; Sandra Alves[3]; Alain Perret[1]; Yves Gimbert[3]; François Fenaille[2]; Jean-Claude Tabet[2, 3]; [1]Génomique métabolique, Genoscope, Institut François Jacob, CEA, CNRS, Univ Evry, Université Paris-Saclay, Evry, France; [2]SPI, LEMM, CEA, INRA, Université Paris Saclay, Gif-sur-Yvette, France;



[3]CNRS, Institut Parisien de Chimie Moléculaire, Sorbonne Universite, IPCM, Paris, France; [4]Universite Grenoble Alpes and CNRS, DCM (UMR 5250), Grenoble, France

MP 246 **Novel Cα-Cβ Cleavage of N-terminal Phenylalanine Residues of Tyrosine-Containing Peptide Radical Cations: Structural, Mechanistic, and Photodissociation Spectroscopic Ivestigations;** Wai Kit Tang[1]; Xiaoyan Mu[2]; Naiping Dong[2]; Jonathan Martens[3]; Daniel Michael Spencer[2]; Mengzhu Li[2]; Jos Oomens[3]; Chi Kit Andy Siu[1]; Ivan K. Chu[4]; [1]Department of Chemistry, City University of Hong Kong, Hong Kong, Hong Kong; [2]Department of Chemistry, University of Hong Kong, Hong Kong, Hong Kong; [3]FELIX Laboratory, Institute for Molecules and Materials, Nijmegen, Netherlands; [4]University of Hong Kong, Hong Kong, Hong Kong

MP 247 **Hydrogen Atom Attachment to the Histidine and Tryptophan Containing Peptides in Gas-Phase;** Daiki Asakawa[1]; Hidenori Takahashi[2]; Shinichi Iwamoto[2]; Koichi Tanaka[2]; [1]AIST, Tsukuba, Japan; [2]Shimadzu corp., Kyoto, Japan

MP 248 **Trends from >10,000 Assigned Fragment Ions in Native Top-Down Mass Spectrometry;** Ashley Ives[1]; Henrique Seckler[1]; Ryan T Fellers[1]; Luis F. Schachner[2]; Steven Matthew Patrie[1]; Neil L Kelleher[1]; [1]Northwestern University, Evanston, IL; [2]Northwestern University, Evanston, IL

MP 249 **Charge Carrier and Charge State Effects in Free Radical Initiated Peptide Sequencing (FRIPS);** Eunju Jang[1]; Gabriela Grigorean[1]; Nicholas B. Borotto[1]; Kristina Hakansson[1]; [1]University of Michigan, Ann Arbor, MI

MP 250 **Implementation and Characterization of an RF Ion Funnel-Based Surface-Induced Dissociation (SID) Device on a Q-IM-TOF Platform;** Benjamin J Jones[1, 2]; Alyssa Q. Stiving[1, 2]; Joshua D. Gilbert[1]; Zachary L. VanAernum[1, 2]; Sophie R. Harvey[1, 2]; [1]The Ohio State University, Columbus, OH; [2]Resource for Native Mass Spectrometry Guided Structural Biology, The Ohio State University, Columbus, OH

MP 251 **Evidence for Reversible Internal Hydride/Deuteride Transfers from Sodiated Deprotonated Fructose-6-Phosphate and Arginine Complex with Solvated Salt Structure;** Ekaterina Dariy[1]; Sandra Alves[2]; Yves Gimbert[3]; Alain Perret[1]; François Fenaille[4]; Jean-Claude Tabet[2, 4]; [1]Génomique métabolique, Genoscope, Institut François Jacob, CEA, CNRS, Univ Evry, Université Paris-Saclay, Evry, France; [2]CNRS, Institut Parisien de Chimie Moléculaire, Sorbonne Universite, IPCM, Paris, France; [3]Université Grenoble Alpes and CNRS, DCM (UMR 5250), Grenoble, France; [4]SPI, LEMM, CEA, INRA, Université Paris Saclay, Gif-sur-Yvette, France

MP 252 **An Orthoester Derivatization Strategy for the Structure Elucidation of Vicinal Diols;** Renzo A Samame[1]; Chengli Zu[1]; Daniel Knueppel[1]; Jeffery Gilbert[1]; [1]Corteva Agriscience, Indianapolis, IN

MP 253 **Collision-Induced Dissociation of Proton-Bound Base Pairs of 1-Methylcytosine with N-Methylguanines;** Sang Yun Han[1]; Jeong Ju Park[1]; [1]Gachon University, Seongnam, South Korea

MP 254 **Dissociation Studies of Astrobiologically Relevant Nucleobase Anions;** Alexandra A Dobbs[1]; Bryan E Metz[1]; Diego T Novoa[1]; Aaron R Wegener[2]; Callie A Cole[1]; [1]Fort Lewis College, Durango, CO; [2]Texas A&M University, College Station, TX

MP 255 **Fragmentation of Deprotonated 7- & 9-Methylguanine in an Astrochemical Context;** Diego T. Novoa[1]; Aaron R. Wegener[1, 2]; Alexandra A. Dobbs[1]; Callie A. Cole[1]; [1]Fort Lewis College, Durango, CO; [2]Texas A&M University, College Station, TX

## FUNDAMENTALS: ION MOLECULE, ION/ION, ION/ELECTRON INTERACTIONS
### 256-263

MP 256 **An In-Vitro Study of Aromatic Stacking of Drug Molecules;** Ludovic Muller[1]; Shelley N. Jackson[1]; Amina S. Woods[1]; [1]NIH/NIDA-IRP, Baltimore, MD

MP 257 **A Gas-phase Reactivity Study of Distonic Phenylcarbenes;** Erlu Feng[1]; Zaikuan Yu[1]; Jacob Milton[1]; Thinh Hoang[1]; Hilkka Kenttämaa[1]; [1]Purdue University, West Lafayette, IN

MP 258 **Surface Interaction of Selected Transition Metals and Semiconductors with H2 Plasma Generated Species;** Joshua Rieger[1]; Kai Kroll[1]; Hendrik Kersten[1]; Thorsten Benter[1]; [1]University of Wuppertal, Wuppertal, Germany

MP 259 **Charge Inversion of Protein Cations via Gas-Phase Ion/Ion Reactions with Hyaluronic Acid Anions;** Hsi-Chun Chao[1]; Mack Shih[1]; Abdirahman M. Abdillahi[1]; Scott A McLuckey[1]; [1]Purdue University, West Lafayette, IN

MP 260 **Extracting Mass Information from Large Biomolecules via Ion-Ion Reaction Chemistry;** Abdirahman M Abdillahi[1]; Nan Wang[1]; David J. Foreman[1]; Hsi-Chun Chao[1]; Kenneth W Lee[1]; Scott A McLuckey[1]; [1]Purdue University, West Lafayette, IN

MP 261 **Characterization of Activated Ion-Electron Transfer Dissociation (AI-ETD) Reaction Kinetics;** Trenton M Peters-clarke[1]; Benton J Anderson[1]; Jean M Lodge[2]; Dain R Brademan[1]; Kevin L Schauer[2, 3]; Michael S Westphall[2]; Joshua J Coon[1, 2, 4, 5]; [1]Department of Chemistry, University of Wisconsin-Madison, Madison, WI 53706; [2]Genome Center of Wisconsin, Madison, WI; [3]Thermo Fisher Scientific, West Palm Beach, FL; [4]Department of Biomolecular Chemistry, University of Wisconsin-Madison, Madison, WI; [5]Morgridge Institute for Research, Madison, WI

MP 262 **Gas-phase Photodissociative Crosslinking of Diazirine-Modified Adrenaline with the Binding Motif of beta-2 Adrenergic Receptor;** Yang Liu[1]; Shu R. Huang[1]; Frantisek Turecek[1]; [1]University of Washington, Seattle, WA

MP 263 **Thermochemistry of the Ion-Molecule Reactions of Uranium Fluoride Species by Guided Ion Beam Tandem Mass Spectrometry;** Amanda Bubas[1]; Cameron J. Owen[1]; Peter B. Armentrout[1]; [1]University of Utah, Salt Lake City, UT

## FUNDAMENTALS: ION SPECTROSCOPY
### 264-275

MP 264 **Investigating Conformational Effects of DNA-drug Interactions by Gas-phase Förster Resonance Energy Transfer;** JoAnn C Chen[1]; Stephen V Sciuto[1]; Rebecca A Jockusch[1]; [1]University of Toronto, Toronto, ON

MP 265 **Utility of Infrared Photodissociation Spectroscopy on Identifying Post-Translational Modifications;** Laura Bailey[1]; Larry F. Tesler[1]; Nicolas C. Polfer[1]; [1]University of Florida, Gainesville, FL

MP 266 **Nucleophilic Substitution in the Gas Phase by an Unlikely Nucleophile, Cl-, following Anion Attachment;** Gabriel Gaiffe[1, 2]; Maxime C. Bridoux[2]; Jane S. Murray[3]; Peter Politzer[3]; Philippe Maître[4]; Richard B. Cole[1]; [1]Sorbonne Université, Faculté des Sciences et Ingénierie, Paris, France; [2]Commissariat à l'Energie Atomique – DAM, Bruyères-le-Châtel, France; [3]University of New Orleans, Department of Chemistry, New Orleans, Louisiana; [4]Université Paris-Sud, Laboratoire de Chimie Physique, Orsay, France

MP 267 **Combining Ultrahigh-Resolution Ion-Mobility Spectrometry with Cryogenic IR Spectroscopy for the Analysis of Glycan Mixtures;** Ahmed Faleh[1]; Stephan Warnke[1]; Thomas R. Rizzo[1]; [1]EPFL, Lausanne, Switzerland

MP 268 **An IRMPD Spectroscopic and Computational Study of Gaseous Protonated and Metal Cationized Guanine-Cytosine Base Pairs and Guanine-Containing Mismatches;** Ruodi Cheng[1]; Jonathan Martens[2];

Case 3:22-cv-01213-TAD-KDM   Document 143-3   Filed 10/26/23   Page 82 of 298 PageID #: 20250



Estelle Loire[3]; Travis Fridgen[4]; [1]Memorial University of Newfoundland, ST JOHN'S, NL; [2]Radboud University Nijmegen, Institute for Molecules and Materials, FELIX Facility, Nijmegen, Netherlands; [3]Universite Paris Sud, Orsay, France; [4]Memorial University of Newfoundland, St. John's, NL

**MP 269** **Shining Light on Gas-Phase Ions to Study Solvent Effects: Spectral Switching in a Model Dye**; Iden Djavani-Tabrizi[1]; Rebecca A Jockusch[1]; [1]Department of Chemistry, University of Toronto, Toronto, ON

**MP 270** **Automated UV Action Spectroscopy on a Modified 3D Ion Trap MS for Structural Analysis of DNA Cation-Radicals**; Andy Dang[1]; James Gladden[1]; Yue Liu[1]; Brandon Mozzone[1]; Frantisek Turecek[1]; [1]University of Washington, Seattle, WA

**MP 271** **Proton and Radical Transfers in Hydrogen-Rich DNA Tetranucleotide Cation Radicals: An Experimental and Computational Study**; Yue Liu[1]; Shu R Huang[1]; Yang Liu[1]; Frantisek Turecek[1]; [1]University of Washington, Seattle, WA

**MP 272** **Measurement of the Asymmetric $UO_2^{2+}$ Stretching Frequency for [UVIO2(X)3]- (X = F, Cl, Br and I) Species Using IRMPD Spectroscopy**; Irena Tatosian[1]; Luke Metzler[1]; Connor J Graca[1]; Theodore Corcovilos[1]; Jonathan Martens[2]; Giel Berden[2]; Jos Oomens[2]; Michael Van Stipdonk[1]; [1]Duquesne University, Pittsburgh, PA; [2]Radboud University Nijmegen, Institute for Molecules and Materials, FELIX Facility, Nijmegen, Netherlands

**MP 273** **Raman Spectroscopy of Solutes in Nano-electrospray Ionization (nESI) Spray Plumes and Neutral Droplets**; Brett Michael Marsh[1]; Denilson de Oliveira[1]; Kiran Iyer[1]; Grace Olivia Capek[1]; Dor Ben-Amotz[1]; R. Graham Cooks[1]; [1]Purdue University, West Lafayette, IN

**MP 274** **The Insecticide Imidacloprid and some its Fragmentation Products: An IRMPD Spectroscopic and Computational Study**; Kelsey J Menard[1]; Jonathan Martens[2]; Travis Fridgen[1]; [1]Memorial University of Newfoundland, St. John's, NL; [2]FELIX Laboratory, Institute for Molecules and Materials, Nijmegen, Netherlands

**MP 275** **Characterizing Single-TurnAlpha Helices via Cold Ion Spectroscopy of Model Compounds**; John Lawler[1]; Tim Hill[2]; David Fairlie[2]; Scott A McLuckey[1]; Timothy S. Zwier[1]; [1]Purdue University, West Lafayette, IN; [2]University of Queensland, St. Lucia, Australia

**FUNDAMENTALS: METAL ION CATIONIZATION, METAL-LIGAND INTERACTIONS, CATALYSIS**
**276-282**

**MP 276** **Detection of Key Reaction Intermediates in Cobalt-Catalyzed Electrochemical CO2 Reduction Using Electrochemical Mass Spectrometry**; Hetong Qi[1, 2]; Katherine Walker[3]; Qi Wang[4]; Brian Hivick[2]; Yi Cai[2]; Richard N Zare[3]; Hao Chen[4]; [1]Xi'an Jiaotong University, Xi'an, China; [2]Ohio University, Athens, OH; [3]Stanford University, Stanford, CA; [4]New Jersey Institute of Technology, Newark, NJ

**MP 277** **Investigation of the C-H Activation Reactivity of Graphene-Supported Single-Atom Catalyst Models in the Gas Phase**; Michael Borrome[1]; Scott Gronert[1, 2]; [1]Virginia Commonwealth University, Richmond, VA; [2]University of Wisconsin-Milwaukee, Milwaukee, WI 53211

**MP 278** **Mechanistic Study of C-H Activation of Alcohols and Ethers by a Cationic Iridium(III) Dichloride Phenanthroline Complex**; Rozalie Corea[1]; Scott Gronert[1, 2]; [1]Virginia Commonwealth University, Richmond, VA; [2]University of Wisconsin-Milwaukee, Milwaukee, WI

**MP 279** **Using the Phenanthroline as the Chelator to Develop a Method for Fast-Screening of Metal Ions by ESI Mass Spectrometry**; Pai-Chi Syue[1]; Kuok-Fai Li[1]; Bo-Yi Zhang[1]; Hui-Ling Chiang[1]; Ching-yi Lien[1]; Kuo-Lung Ku[1]; [1]National Chiayi University, Chiayi City, Taiwan

**MP 280** **Utilization of Gas-Phase Tranistion Metal Oxide Complexes LMO+ in Oxidation of Organic Compounds**; Nikko Sideris[1]; Richard A. j. O'hair[2]; Victor Ryzhov[1]; [1]Northern Illinois University, Dekalb, IL; [2]University of Melbourne, Melbourne, Australia

**MP 281** **Decarboxylative Coupling Reactions Catalyzed by First-Row Transition Metal Complexes with Crown Ether**; Elettra L. Piacentino[1]; Fotis Pappas Pappas[2]; Kostantinos Pappas[2]; Michael Lesslie[3]; Thomas M. Gilbert[3]; Richard A. J. O'hair[3]; Victor Ryzhov[3]; [1]Northern Illinois University, Dekalb; [2]Northern Illinois University, DeKalb, IL; [3]University of Melbourne, Melbourne, Australia

**MP 282** **Gas-Phase Study of C-N Coupling Reactions Catlayzed by Transition Metal Complexes**; Kevin E Parker[1]; Victor Ryzhov[2]; [1]Northern Illinois University, DeKalb, IL; [2]Northern Illinois University, Dekalb, IL.

**FUNDAMENTALS: MOLECULAR MODELING/QUANTUM MECHANICAL CALCULATIONS**
**283-291**

**MP 283** **Comparing Theoretical and Experimental Collisional Cross Sections of Carbohydrates to Determine Density Functional Theory Calculation Accuracy**; Emily D. Ziperman[1]; Emvia I. Calixte[1]; Meg E. McCutcheon[1]; Srinivas Pulipaka[1]; Elyssia S. Gallagher[1]; [1]Baylor University, Waco, TX

**MP 284** **Quasi-Harmonic Approximation for the Thermochemical Stability of Small Proton Bound Clusters – A Theoretical Study**; Alexander Haack[1]; Walter Wissdorf[1]; Hendrik Kersten[1]; Thorsten Benter[1]; [1]University of Wuppertal, Wuppertal, Germany

**MP 285** **A Novel Concept of Ionisation Site Induced Fragmentation in Positive Ion ESI of C-O Bonds of Ether or Ester Groups**; Maria Ashe[1]; Mansoor Saeed[2]; Peter Howe[2]; Chris K. Skylaris[1]; G. John Langley[1]; [1]The University of Southampton, Southampton, United Kingdom; [2]Syngenta Jealott's Hill International Research Centre, Bracknell, United Kingdom

**MP 286** **Transfer of FeIII from Catechol to Enterobactin Complexes: an Empirical and Theoretical Study**; Daryl Giblin[1]; Lindsey Steinberg[2]; Jan R Crowley[2]; Michael L. Gross[3]; Jeffrey P Henderson[2]; [1]Washington University, St Louis, MO; [2]Washington University, School of Medicine, St. Louis, MO; [3]Washington University, St. Louis, MO

**MP 287** **Enhanced Protonation of Amino Acids and Dipeptides Using Cr(III): Developing the Basis for Proteomics Studies**; Rudradatt Persaud[1]; Carolyn J Cassady[1]; David A. Dixon[1]; [1]The University of Alabama, Tuscaloosa, AL

**MP 288** **Computational Prediction of Gas-Phase Acidities for Small Acidic Peptides and their Amides**; Ashley S. McNeill[1]; Can Cui[1]; Justin M Adam[1]; William C Jackson[1]; Michael A Raddatz[1]; Carolyn J Cassady[1]; David A Dixon[1]; [1]The University of Alabama, Tuscaloosa, AL

**MP 289** **M06-2X and G3(MP2) Proton Affinity Estimation for Organo-Phosphorus Compounds**; Howard G Mayes[1]; Jordan M Rabus[1]; Benjamin J Bythell[1]; [1]University of Missouri, St. Louis, MO

**MP 290** **MD Simulations on Gaseous Protein Ions Using Solution Force Fields: Is there a Problem?**; Justin H. Lee[1]; Lars Konermann[2]; [1]University of Western Ontario, London, ON; [2]University of Western Ontario, London , ON

**MP 291** **Supercharging Mechanism for Unfolded Proteins: Insights from MD Simulations and MS/MS**; Insa Peters[1]; Haidy Metwally[1]; Lars Konermann[2]; [1]University of Western Ontario, London , ON ; [2]Univ. of Western Ontario, London, ON



**MONDAY POSTERS**

## H/D EXCHANGE: HARDWARE, SOFTWARE AND METHODOLOGY
### 292-309

**MP 292** **Thin Film Dialysis HX-MS Reveals Protein Interfaces during Reversible Self-Association of Monoclonal Antibodies at High Concentration;** Mihiri Weerasinghe[1]; Yangjie Wei[2]; Reza Esfandiary[3]; C. Russell Middaugh[2]; David D Weis[1,4]; [1]Department of Chemistry, University of Kansas, Lawrence, Kansas (KS); [2]Department of Pharmaceutical Chemistry, University of Kansas, Lawrence, KS; [3]Department of Formulation Sciences, MedImmune LLC, Gaithersburg, MD; [4]Department of Pharmaceutical Chemistry, University of Kansas, Lawrence, KS

**MP 293** **Which Spectra Should We Pick? Limitations of the Extracted Ion Chromatogram in HDX-LC-MS Analysis;** Jeff Morrow; Sierra Analytics, Modesto, CA

**MP 294** **A Comparison between Two Automated HDXMS Systems, as Applied to Epitope Mapping;** Aik Roy Heng[1]; Deepa Balasubramaniam[1]; Jonathan Fitchett[1]; Ruben Haro[2]; Michael J. Chalmers[3]; [1]Lilly Biotechnology Center, San Diego, CA; [2]Discovery Automation, Centro de Investigación, Alcobendas, Spain; [3]Lilly Research Laboratories, Eli Lilly and Company, Indianapolis, IN

**MP 295** **An Algorithm forCalculation of the Protein Fraction Synthetic Rate Using 2 Time Points;** Sergei Ilchenko[1]; Andrew Haddad[1]; Kwangwon Lee[1]; Probodh Sadana[1]; Rovshan Sadygov[2]; Takhar Kasumov[1]; [1]Northeast Ohio Medical University, Rootstown, OH; [2]University of Texas Medical branch, Galverston, TX

**MP 296** **Single-Residue Resolution of HX-MS Obtained Using ExD in a Q-ToF;** Joseph C. Meeuwsen[1,2]; Yury V. Vasil'ev[1,2]; Valery G. Voinov[1,2]; Nathan I. Lopez[1,2]; Joseph S. Beckman[1,2]; [1]e-MSion, Inc., Corvallis, OR; [2]Oregon State University, Corvallis, OR

**MP 297** **Sparse Representation for Hydrogen Exchange Mass Spectrometry (HX-MS) Data Using LASSO Optimization;** Yuqi Shi[1]; Jarod Hart[1]; David D Weis[1]; [1]University of Kansas, Lawrence, KS

**MP 298** **HDX-MS as a Tool for Probing Conformational Stability in Industrial Applications;** Daniel W Pedersen[1,2]; Jeppe C Mouritsen[1]; Christian I Jørgensen[1]; Thomas J D Jørgensen[2]; [1]Novozymes A/S, Bagsværd, Denmark; [2]University of Southern Denmark, Odense, Denmark

**MP 299** **Optimization of a Low-temperature LC-MS system for Hydrogen/Deuterium Exchange Mass Spectrometry;** Mulin Fang[1]; Zhe Wang[1]; Jiwon Kang[1]; Kellye A Cupp-Sutton[1]; Christina Bourne[1]; Si Wu[1]; [1]University of Oklahoma, Norman

**MP 300** **Integrated Software Platform for Analyzing Hydrogen-Deuterium Exchange and Oxidative Footprinting Data for Solvent Accessibility;** Wilfred Tang[1]; Marshall Bern[1]; Rose D Lawler[1]; Yong J. Kil[1]; Eric Carlson[1]; Saketh Chemuru[1]; Nicole D Wagner[2]; Liuqing Shi[2]; Henry Rohrs[2]; Daisy W. Leung[2]; Michael L Gross[2]; [1]Protein Metrics Inc., Cupertino, CA; [2]Washington University, St.louis, MO

**MP 301** **An Integrated, Dual-Proteolysis, -30 oC HPLC Platform for Hydrogen-Deuterium Exchange Mass Spectrometry with Minimized H for D Back-exchange;** Jeffrey W Hudgens[1,2]; Kyle W. Anderson[1,2]; Ioannis Karageorgos[1,2]; [1]National Institute of Standards and Technology, Rockville, MD; [2]Institute for Bioscience and Biotechnology Research, Rockville, MD

**MP 302** **Refinement of an Algorithm for High-Resolution HDX-MS Data Analysis Combined with HaDeX;** Dominik Cysewski[1]; Weronika Puchala[1]; Aleksandra Badaczewska-Dawid[1]; Katarzyna Dabrowska[1]; Michal Kistowski[1]; Michal Burdukiewicz[2]; Michal Dadlez[1]; [1]Institute of Biochemistry and Biophysics, Polish Academy of Sciences, Warsaw, Poland; [2]Warsaw University of Technology, Warsaw, Poland

**MP 303** **deMix: Automated HDX-MS Data Analysis Reveals Conformational Isomer Proteins;** Seungjin Na[1]; Jae-Jin Lee[2]; Jong Wha J. Joo[3]; Kong-Joo Lee[2]; Eunok Paek[1]; [1]Hanyang University, Seoul, South Korea; [2]Ewha Womans University, Seoul, South Korea; [3]Dongguk University-Seoul, Seoul, South Korea

**MP 304** **Characterization of Conformational Differences between Coexisting Protein States Using Differential Hydrogen/Deuterium Exchange during Proteoform Separation;** Yue Shen[1]; Xiuxiu Zhao[1]; Guanbo Wang[1]; David D. Y. Chen[2]; [1]Nanjing Normal University, Nanjing, China; [2]University of British Columbia, Vancouver, BC

**MP 305** **SelexION® Differential Mobility Hardware Enables Facile, Tunable Gas-Phase Hydrogen-Deuterium Exchange for Small Molecules and Proteins;** Brendon Seale[1,2]; Yves Le blanc[2]; [1]York University, Toronto, ON; [2]SCIEX, Concord, ON

**MP 306** **Can Spray Solvent Conductivity Modify the Exchange Time for In-Electrospray H/D Exchange of Carbohydrate-Metal Adducts?** Tara Livanage[1]; Alexis N. Edwards[1]; Elyssia S. Gallagher[1]; [1]Baylor University, Waco, TX

**MP 307** **Characterization of Intra-Column Processes in Cross-Path Reactive Chromatography (XP-RC) Using Hydrogen/Deuterium Exchange and MS Detection;** Miaowei Xu[1]; Cedric E. Bobst[1]; Igor A. Kaltashov[1]; [1]University of Massachusetts, Amherst, MA

**MP 308** **Hydrogen/Deuterium Exchange Coupled to MS/MS to Elucidate Site-Specific Labeling of Carbohydrates;** H. Jamie Kim[1]; Elyssia S. Gallagher[1]; [1]Baylor University, Waco, TX; [2]Baylor Univeristy, Waco, TX

**MP 309** **20S Proteasome Complex Structure Conformation and Dynamics Study by Hydrogen Deuterium Exchange Mass Spectrometry;** Shaunak Payal[1]; Terry Zhang[2]; Rosa Viner[3]; Albert Konijnenberg[4]; David C Schriemer[1]; Andreas Huhmer[3]; [1]University of Calgary, Calgary, AB; [2]ThermoFisher, San Jose, CA; [3]Thermo Fisher Scientific, San Jose, CA; [4]Thermo Fisher Scientific, Eindhoven, Netherlands

## HIGH MASS ACCURACY/HIGH PERFORMANCE MS: APPLICATIONS AND INSTRUMENTATION
### 310-331

**MP 310** **New Developments in the Modeling of Ion Fragmentation by MS Interpreter Software;** Alexey V. Mayorov[1]; Yuri A. Mirokhin[1]; Dmitrii V. Tchekhovskoi[1]; Stephen E. Stein[1]; [1]NIST, Gaithersburg, MD

**MP 311** **LC/GC Technical Replicates Data Multiplexing Leverages FTMS Applications;** Konstantin O. Nagornov[1]; Anton N. Kozhinov[1]; Florian Albrieux[2]; Carole Reymond[2]; Markus Zennegg[3]; Davide Bleiner[3]; Natalia Gasilova[4]; Laure Menin[4]; Yury O. Tsybin[1]; [1]Spectroswiss, Lausanne, Switzerland; [2]IFP Energies nouvelles, Solaize, France; [3]Swiss Federal Laboratories for Materials & Technology (EMPA), Dübendorf, Switzerland; [4]Ecole Polytechnique Fédérale de Lausanne, Sion, Switzerland; [5]Ecole Polytechnique Fédérale de Lausanne, Lausanne, Switzerland

**MP 312** **High Accuracy Self-Calibration Method for High Resolution Mass Spectra;** Boris Kozlov[1]; Vasily Makarov[2]; Jeffery M. Brown[1]; Keith Richardson[1]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]MS Consulting, Bar, Montenegro

**MP 313** **Investigation of Human Embryo Culture Media Using a Quadrupole Time-Of-Flight (Q-TOF) Mass Spectrometer;** Helen Hao[1]; Evelyn H Wang[2]; Jerry Byrne II[2]; Jennifer Davis[2]; Katie Pryor[2]; Christopher Gilles[2]; [1]Shimadzu Scientific Instruments, Inc., Columbia, MD; [2]Shimadzu Scientific Instruments, Inc., Columbia, Maryland



**MP 314** A Chroma Change Study of Acid-Blue 9 Dye with PA12 Powder by UPLC-PDA-HRMSn; Stone Ouyang[1]; Mark Kowalski[1]; Ali Emamjomeh[1]; Jesiska Tandy[1]; [1]Hewlett-Packard Company, San Diego, CA

**MP 315** Qualitative Characterization and Quantitative Assessment of Monoclonal Antibodies Using Protein Metrics and nSMOLTM coupled with the Shimadzu LC-MS 9030 Q-ToF; Vikki Johnson[1]; Stephen Kurzyneic[2]; [1]Shimadzu Scientific Instruments, Carlsbad, CA; [2]Shimadzu Scientific Instruments, Inc., Columbia, Maryland

**MP 316** Quantitation of 4,4'-Methylenedianiline and Characterization of Unknown Leachables in Simulated Sweat Migrations Using Liquid Chromatography Quadrupole-TOF Mass Spectrometry; Noelle Elliott[1]; Marshall Henry[1]; Kate Willis[1]; [1]Intertek, Allentown, PA

**MP 317** FTMS Isotopic Simulator: a Like-for-Like Comparison of Experimental and Theoretical Mass Spectra; Natalia Gasilova[1]; Konstantin O. Nagornov[2]; Anton N. Kozhinov[2]; Laure Menin[3]; Yury Tsybin[2]; [1]EPFL Valais, Sion, Switzerland; [2]Spectroswiss Sàrl, Lausanne, Switzerland; [3]EPFL, Lausanne, Switzerland

**MP 318** High Resolution Quadrupole Mass Spectrometry Analysis for Fusion Reactor and Plasma Facing Materials; Gregory Thiel[1]; Luke Kephart[1]; Jian Wei[1]; [1]Extrel CMS, Pittsburgh, PA

**MP 319** Evaluation of Orbitrap and Time-of-Flight Mass Analyzers for High-Throughput Metabolomics; Michelle Reid[1]; Tobias Fuhrer[1]; Nicola Zamboni[1]; [1]ETH Zurich, Zurich, Switzerland

**MP 320** Extractables & Leachables Analysis Using the Hi-Resolution Accurate Mass GC/QTOF; Thomas S Talwar[1]; Matthew Curtis[2]; [1]Agilent Technologies, Inc., Wilmington, DE; [2]Agilent Technologies, Inc., Santa Clara, CA

**MP 321** Molecular Structure Study of Polyether Polyols by UPLC-QTOF MS; Junyan Liu; Sinopec Shanghai Research Institute of Petrochemical Technology, Shanghai, China

**MP 322** Simultaneous Profile and Determination of Statin Composition in Various Media and Biological Matrices by Accurate Mass and High Resolution LC-QTOF-MS; Wei Chen[1]; Patrick Lin[1]; Bih Hsu[1]; Zicheng Yang[2]; Xuejun Peng[2]; Guillaume Tremintin[2]; [1]Pharmout Laboratory, Fremont, CA; [2]Bruker Daltonics, San Jose, CA

**MP 323** Critical Comparison of Fourier Transform Mass Spectrometry Platforms for Metabolite Elemental Formula Elucidation Purposes; Danning Huang[1]; Marcos Bouza Areces[1]; David Gaul[1]; Arthur S. Edison[2]; Facundo M. Fernandez[1]; [1]Georgia Institute of Technology, Atlanta, GA; [2]University of Georgia, Athens, GA

**MP 324** Sensitive Perfluoroalkyl Substance (PFAS) Screening Using High Resolution Accurate Mass Spectral Library; Gerard Byrne[1]; Brahm Prakash[1]; Evelyn Wang[1]; Christopher Gilles[1]; [1]Shimadzu Scientific Instruments, Inc., Columbia, MD

**MP 325** Untargeted Metabolomics and 13C-Labeling in Tissue Culture for Identifying Unknown Human Biotransformation Products of Xenobiotics; Mira Flasch[1]; Christoph Bueschl[2]; Lydia Woelfingseder[1]; Rainer Schuhmacher[2]; Doris Marko[1]; Benedikt Warth[1, 3, 4]; [1]University of Vienna, Faculty of Chemistry, Department of Food Chemistry and Toxicology, Vienna, Austria; [2]University of Natural Resources and Life Sciences, Department of Agrobiotechnology, Center for Analytical Chemistry, IFA-Tulln, Vienna, Austria; [3]Research Network Chemistry Meets Microbiology, University of Vienna, Vienna, Austria; [4]Vienna Metabolomics Center (VIME), Vienna, Austria

**MP 326** Facile Generation of Absorption-Mode Mass Spectra on FT-ICR MS Instruments; Anton N. Kozhinov[1]; Konstantin O. Nagornov[1]; Yury O. Tsybin[1]; [1]Spectroswiss, Lausanne, Switzerland

**MP 327** Using TOF-MS to Improve Quality in High Throughput Laboratories; Lucas Marshall, MS[1]; Jason Hull, MS[1]; Rebecca Heltsley, PhD[1]; [1]Aegis Sciences Corporation, Nashville, TN

**MP 328** Developments in Orbitrap Mass Spectrometry on a Modified Tribrid Mass Spectrometer; Jesse D. Canterbury[1]; Graeme McAlister[1]; Michael W. Senko[1]; Romain Huguet[1]; Aaron Robitaille[1]; Arne Kreutzmann[2]; Daniel Mourad[2]; Konstantin Aizikov[2]; Dmitry Grinfeld[2]; Alexander Makarov[2]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Bremen, Germany

**MP 329** Targeted Screening of Coumarins and Furanocoumarins in Essential Oils Utilizing Accurate Mass on a High-Resolution Quadrupole Time-of-Flight Mass Spectrometer; Jennifer C Davis[1]; Evelyn H Wang[1]; Katie Pryor[1]; Gerard Byrne[1]; Evelyn Wang[1]; Christopher Gilles[1]; [1]Shimadzu Scientific Instruments, Inc., Columbia, Maryland

**MP 330** Suspect Screening for Antimicrobials and Other Micropollutants in Wastewater and Surface Waters from Asia using High Resolution Mass Spectrometry; Diana Aga[1]; Luisa Angeles[1]; [1]University at Buffalo, Buffalo, NY

**MP 331** Advanced Proteomics Quality Control Samples for Assessing Reversed-Phase Liquid Chromatography Tandem Mass Spectrometry Performance Metrics; Jaclyn Gowen Kalmar[1]; Michael S. Bereman[1]; David C Muddiman[1]; [1]North Carolina State University, Raleigh, NC

**IMAGING MS: COMPUTATIONAL METHODS AND ANALYSIS**
**332-342**

**MP 332** Co-registration and Analysis of MALDI and Confocal Fluorescence Images of Stem Cell Colonies via Multivariate Regression; Arina A Nikitina[1]; Danning Huang[2]; Sarah Seals[2]; Li Li[2]; Melissa Kemp[3]; Facundo M Fernandez[2]; [1]School of Biological Sciences, Georgia Institute of Technology, Atlanta, GA; [2]School of Chemistry and Biochemistry, Georgia Institute of Technology, Atlanta, GA; [3]The Wallace H. Coulter Department of Biomedical Engineering, Georgia Institute of Technology and Emory University, Atlanta, GA

**MP 333** Dissimilarity Metrics Mapping Algorithm for Assist Region Detection in Mass Spectrometry Imaging; Evgeny Zhvansky[1]; Anatoly Sorokin[1, 2]; Daniil Ivanov[1]; Vasiliy Eliferov[1]; Anna Bugrova[3]; Stanislav Pekov[1, 4]; Igor Popov[1, 5]; Eugene (evgeny) Nikolaev[1]; [1]Moscow Institute of Physics and Technology (State University), Dolgoprudny, Russia; [2]Institute of Cell Biophysics RAS, Pushchino, Russia; [3]Institute of Biochemical Physics RAS, Moscow, Russia; [4]Institute for Energy Problems of Chemical Physics RAS, Moscow, Russia; [5]Skolkovo institute of science and technology, Moscow Region, Russian Federation

**MP 334** Automatic Identification of Suborgan Regions in MS Imaging; Laura Castellanos-García[1]; Richard W. Vachet[1]; [1]University of Massachusetts, Amherst, MA

**MP 335** Development and Benchmarking of Automated, Computational Registration of Microscopy and MALDI Imaging Mass Spectrometry Datasets; Heath Patterson[1]; Michael D. Tuck[2]; Martin Dufresne[2, 3]; Richard M. Caprioli[2, 3, 4]; [1]Vanderbilt University, Nashville, TN; [2]Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN; [3]Department of Biochemistry, Vanderbilt University, Nashville, TN; [4]Department of Chemistry, Vanderbilt University, Nashville, TN

**MP 336** Automated MS Imaging Data Processing Pipeline for Routine and Creative Data Explorations: from Data Acquisition to Archiving; Teresa Murta[1]; Spencer A. Thomas[1]; Alex Dexter[1]; Ala Al-Afeef[1]; Adam J. Taylor[1]; Bin Yan[1]; Chelsea J. Nikula[1]; Efstathios Elia[1]; Kenneth N. Robinson[1]; Rory T. Steven[1]; Tingting Fu[1]; Weiwei Zhou[1];



Xavier Loizeau[1]; Josephine Bunch[1, 2]; [1]National Physical Laboratory, London, United Kingdom; [2]Imperial College, London, United Kingdom

MP 337 **Fully Automated Mass Alignment and Recalibration of MALDI TOF Imaging Data from N-Linked Glycans;** Tobias Boskamp[1, 2]; Alyson Black[3]; Anand Mehta[3]; Richard Drake[3]; Yujin Hoshida[4]; Dennis Trede[1]; Peter Maass[1, 5]; [1]SCiLS, Bremen, Germany; [2]University of Bremen, Bremen, Germany; [3]Medical University of South Carolina, Charleston, SC; [4]University of Texas Southwestern Medical Center, Dallas, TX

MP 338 **An Ion Mobility Quadrupole Time of Flight Mass Spectrometry Imaging Workflow;** Daniela Mesa Sanchez[1]; Stephen Creger[1]; Ruwan T Kurulugama[2]; John C. Fjeldsted[2]; Julia Laskin[1]; [1]Purdue University, West Lafayette, IN; [2]Agilent Technologies, Inc., Santa Clara, CA

MP 339 **Co-Registered Matrix-Assisted Laser Desorption/Ionization Mass Spectrometry and Time-of-Flight Secondary Ion Mass Spectrometry Data for Visualizing Sub-cellular Brain Signaling Pathways;** Steven T King[1]; Matthias Lorenz[1]; Nikolay Borodinov[1]; Junghoon Chae[1]; Chad A Steed[1]; Anton V. Ievlev[1]; Olga S Ovchinnikova[1]; [1]Oak Ridge National Laboratory, Oak Ridge, TN

MP 340 **Optimized Data Analysis Pipeline for MALDI Imaging Based Tumor Typing from FFPE Tissue Samples Evaluated on Six Benchmark Classification Tasks;** Delf Lachmund[1]; Jonathan von Schroeder[1]; Tobias Boskamp[1, 2]; Lena Hauberg-Lotte[1]; Jan H. Kobarg[2]; Sören-Oliver Deininger[3]; Katharina Kriegsmann[4]; Mark Kriegsmann[4]; Rita Casadonte[5]; Jörg Kriegsmann[5]; Peter Maass[1, 2]; [1]University of Bremen, Bremen, Germany; [2]SCiLS, Bremen, Germany; [3]Bruker Daltonik GmbH, Bremen, Germany; [4]University of Heidelberg, Heidelberg, Germany; [5]Proteopath, Trier, Germany

MP 341 **Co-Registered MALDI and ToF-SIMS Data for Visualizing Sub-cellular Signaling Pathways in the Brain;** Matthias Lorenz[1]; Stephen T. King[1]; Chad A. Steed[1]; Junghoon Chae[1]; Anton V. Ievlev[1]; Olga S. Ovchinnikova[1]; [1]Oak Ridge National Laboratory, Oak Ridge, TN

MP 342 **Unsupervised Segmentation of Mass Spectrometric Ion Images Characterizes Morphology of Tissues;** Dan Guo[1]; Kylie Bemis[1]; Catherine Rawlins[1]; Jeffery Agar[1]; Olga Vitek[1]; [1]Northeastern University, Boston, MA

### IMAGING MS: INSTRUMENTATION
### 343-359

MP 343 **High Efficiency Miniature Imaging Mass Spectrometer;** Xiangyu Guo[1]; Wenbo Cao[1]; Xiaoxiao Ma[1]; Xinwei Liu[1]; Zheng Ouyang[1, 2]; [1]State Key Laboratory of Precision Measurement Technology and Instruments, Department of Precision Instrument, Tsinghua University, Beijing, China; [2]Weldon School of Biomedical Engineering and Department of Chemistry, Purdue University, West Lafayette, IN

MP 344 **21 T MALDI FT-ICR Mass Spectrometry for High Performance Molecular Imaging;** Donald F. Smith[1]; Andrew P. Bowman[2]; Shane R. Ellis[2]; Greg T. Blakney[1]; Ron M. A. Heeren[2]; Christopher L. Hendrickson[1, 3]; [1]National High Magnetic Field Laboratory, Florida State University, Tallahassee, FL; [2]Maastricht Multimodal Molecular Imaging (M4I) Institute, Division of Imaging Mass Spectrometry, Maastricht, Netherlands; [3]Department of Chemistry and Biochemistry, Florida State University, Tallahassee, FL

MP 345 **Observation on Regeneration Behavior of Zebrafish Caudal Fin Using High-Spatial Resolution Mass Spectrometric Imaging;** Jae Young Kim[1]; Sun Young Lee[1]; Ji-Won Park[2]; Dong-Kwon Lim[3]; Dae Won Moon[1]; [1]Daegu Gyeongbuk Institute of Science and Technology, Daegu, South Korea; [2]Chungnam National University, Daejeon, South Korea; [3]Korea University, Seoul, South Korea

MP 346 **Optimized Rapid Matrix Sublimation Device for MALDI Mass Spectrometry Imaging;** Vasily Eliferov[1]; Daniil Ivanov[1]; Andrey Shivalin[1]; Igor Popov[1, 3]; Eugene (Evgeny) Nikolaev[3]; [1]Moscow Institute of Physics and Technology (State University), Dolgoprudny, Russia; [2]Institute of Biochemical Physics RAS, Moscow, Russia; [3]Skolkovo institute of science and technology, Moscow Region, Russian Federation

MP 347 **Upgrade of an LTQ-Orbitrap XL MALDI Source for High Spatial Resolution in Image Experiments;** Raul Montero[1]; Lucía Martín-Saiz[1]; Jone Garate[1]; Beatriz Abad-García[1]; Jose A Fernandez[2]; [1]University of the Basque Country, Leioa, Spain; [2]Universidad del Pais Vasco, Leioa, Spain

MP 348 **Characteristics of MALDI-Imaging on a New Dual Ion Source QTOF with TIMS Separation;** Arne Fuetterer[1]; Juergen Suetering[1]; Janina Oetjen[1]; Niels Goedecke[1]; Stephanie Kaspar-Schoenefeld[1]; Scarlet Koch[1]; Shannonn Cornett[2]; Alice Ly[1]; Jens Fuchser[1]; Lucy Woods[1]; Oliver Raether[1]; Jens Hoehndorf[1]; [1]Bruker Daltonik GmbH, Bremen, Germany; [2]Bruker Daltonics Inc., Billerica, MA

MP 349 **Atmospheric Pressure Mass Spectrometry Imaging with Post-Ionisation;** Rory Thomas Steven[1]; Kenneth N. Robinson[1]; Alex Dexter[1]; Michael Shaw[1]; Teresa Murta[1]; Bin Yan[1]; Weiwei Zhou[1]; Ian S Gilmore[1]; Zoltan Takats[2]; Josephine Bunch[1, 2]; [1]National Physical Laboratory, London, United Kingdom; [2]Imperial College London, London, United Kingdom

MP 350 **High-Resolution Ion Microscope Imaging over Broad Mass Ranges Using a Reflectron;** Michael Burt[1]; Robert Burleigh[1]; Ang Guo[1]; Fei Gao[1]; Natasha Smith[1]; Mark Brouard[1]; [1]University of Oxford, Oxford, United Kingdom

MP 351 **Gas-Phase Charge Inversion Ion/Ion Reactions on an FT-ICR Mass Spectrometer for Fatty Acids Identification in Imaging Mass Spectrometry;** Julia R Bonney[1]; Xizheng Diao[1]; Steve L. Van Orden[2]; Boone M. Prentice[1]; [1]University of Florida Department of Chemistry, Gainesville, FL; [2]Bruker Daltonics Inc., Billerica, MA

MP 352 **Co-Registered, Cellular-Resolution Mass Spectrometry and Fluorescence Imaging for the Multi-Omic Typing of Rare Cell Types;** Eric C. Spivey[1, 2]; Josiah C. McMillen[1, 3]; David M. Anderson[1]; Daniel J. Ryan[1, 3]; Jeffrey M. Spraggins[1, 3, 4]; John P. Wikswo[2, 5, 6]; Richard M. Caprioli[1, 3, 4]; Jeremy L. Norris[1, 4]; [1]Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN; [2]Vanderbilt University Department of Biomedical Engineering, Nashville, TN; [3]Vanderbilt University Department of Chemistry, Nashville, TN; [4]Vanderbilt University Department of Biochemistry, Nashville, TN; [5]Vanderbilt Institute for Integrative Biosystems Research and Education, Nashville, TN; [6]Vanderbilt University Department of Physics, Nashville, TN

MP 353 **MALDI Spatial Resolution Improvement Using MALDI-2 Post-Ionization;** Josiah C. McMillen[1, 2]; Eric C. Spivey[2, 3]; Daniel J. Ryan[1, 2]; Jeffrey M. Spraggins[1, 2, 4]; Richard M. Caprioli[1, 2, 4, 5, 6]; [1]Department of Chemistry, Vanderbilt University, Nashville, TN; [2]Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN; [3]Department of Biomedical Engineering, Vanderbilt University, Nashville, TN; [4]Department of Biochemistry, Vanderbilt University, Nashville, TN; [5]Department of Pharmacology, Vanderbilt University, Nashville, TN; [6]Department of Medicine, Vanderbilt University, Nashville, TN

MP 354 **Sub-Cellular Chemical and Functionals Imaging AFM-MS and Analysis of Biological Tissues;** Ryan Wagner[1]; Matthias Lorenz[2]; Olga S Ovchinnikova[3]; Roger Proksch[1]; [1]Oxford Instruments, Santa Barbara, CA; [2]University of Tennessee / Oak Ridge National Laboratory, Oak Ridge, TN; [3]Oak Ridge National Laboratory, Oak Ridge, TN

MP 355 **Characterization of a Prototype MALDI timsTOF Pro for High-Performance Imaging Mass Spectrometry;** Katerina V Djambazova[1, 2]; Lukasz Migas[3]; Nathan Heath Patterson[2,


[4]; Raf Van de Plas[3]; Richard M. Caprioli[1, 2, 4, 5, 6]; Jeffrey M. Spraggins[1, 2, 4]; [1]Department of Chemistry, Vanderbilt University, Nashville, TN; [2]Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN; [3]Delft Center for Systems and Control, Delft University of Technology, Delft, Netherlands; [4]Department of Biochemistry, Vanderbilt University, Nashville, TN; [5]Department of Medicine, Vanderbilt University, Nashville, TN; [6]Department of Pharmacology, Vanderbilt University, Nashville, TN

MP 356 **Development of High Spatial Resolution and High Speed Projection-type Imaging Mass Spectrometer**; Jun Aoki[1]; Michisato Toyoda[1]; [1]Osaka University, Toyonaka, Japan

MP 357 **Coupling IR-MALDESI and Ion Mobility-Mass Spectrometry for Rapid Isomer Distinction in Imaging Experiments**; Måns Ekelöf[1]; James N. Dodds[1]; Jeffrey G. Manni[2]; Kenneth P. Garrard[1]; Sitora Khodjaniyazova[1]; Erin S Baker[1]; David C. Muddiman[1]; [1]North Carolina State University, Raleigh, NC; [2]JGM Associates, Burlington, MA

MP 358 **Understanding the Role of Electrospray Solvent Composition on the Ionization of Diverse Chemical Classes by IR-MALDESI MSI**; Måns Ekelöf[1]; David C Muddiman[1, 2]; Michael C. Bagley[1]; Liana Gouveia[1]; [1]North Carolina State University, Raleigh, NC; [2]Molecular Education, Technology, and Research Innovation Center (METRIC), North Carolina State University, Raleigh, NC

MP 359 **RastirX: A Versatile Platform for Imaging Arbitrary Spatial Patterns**; Kenneth P. Garrard[1, 2]; Måns Ekelöf[1]; Sitora Khodjaniyazova[1]; Michael C. Bagley[1]; David C. Muddiman[1, 3]; Elias P. Rosen[4]; William M. Gilliland, Jr.[4]; Angela D. M. Kashuba[4]; [1]FTMS Laboratory for Human Health Research, Department of Chemistry, North Carolina State University, Raleigh, NC; [2]Precision Engineering Consortium, North Carolina State University, Raleigh, NC; [3]Molecular Education, Technology, and Research Innovation Center (METRIC), North Carolina State University, Raleigh, NC; [4]Division of Pharmacotherapy and Experimental Therapeutics, University of North Carolina at Chapel Hill, Chapel Hill, NC

## INFORMATICS: ALGORITHMS AND STATISTICAL ADVANCES I
360-382

MP 360 **A Quantitative Evaluation of Ion Chromatogram Extraction Algorithms**; Annika Tostengard[1]; Robert Smith[2]; [1]The University of Montana, Missoula, MT; [2]University of Montana Missoula, Missoula, MT

MP 361 **LipidAnalyst: A Deep Neural Network Approach for Standardized and Comprehensive Lipidomic Analysis**; Naren Gajenthra Kumar[1]; Aliakbar Panahi[2]; Joseph J Nalluri[3]; Dayanjan S Wijesinghe[2]; [1]Department of Microbiology and Immunology, Virginia Commonwealth University, Richmond, VA; [2]Department of Pharmacotherapy and Outcomes Sciences, Virginia Commonwealth University, Richmond, VA; [3]Department of Radiation Oncology, Virginia Commonwealth University, Richmond, VA

MP 362 **AP3: An Advanced Proteotypic Peptide Predictor for Targeted Proteomics by Integrating Peptide Digestion Probability**; Zhiqiang Gao[1]; Cheng Chang[2, 3]; Yan Fu[1]; [1]NCMIS, RCSDS, Academy of Mathematics and Systems Science, Chinese Academy of Sciences, Beijing, China; [2]Beijing Institute of Lifeomics, Beijing, China; [3]Beijing Proteome Research Center, Beijing, China

MP 363 **Focus on the Spectra that Matter by Clustering of Quantification Data in Shotgun Proteomics**; Matthew The[1]; Lukas Käll[1]; [1]Royal Institute of Technology, Stockholm, Sweden

MP 364 **Predicting Optimal Values of Parameters for Peak Deconvolution Using a Convolutional Neural Network**; Yuichiro Fujita[1]; Akira Noda[1]; Yohei Yamada[1]; Katsuyuki Taneda[1]; Junko Iida[1, 2]; Shigeki Kajihara[1]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Osaka University Shimadzu Analytical Innovation Research Laboratory, Suita, Japan

MP 365 **Simulated Impacts of Mass Resolving Power on the Resulting Mass Error Distribution in Mass Spectrometry Analysis**; Melaine O Couch[1]; Martha L. Chacón-Patiño[1]; Christopher L. Hendrickson[1, 2]; Yuri E. Corilo[1]; [1]National High Magnetic Field Laboratory, Florida State University, Tallahassee, FL; [2]Department of Chemistry and Biochemistry, Florida State University, Tallahassee, FL

MP 366 **Predicting Ion Mobility Collision Cross Sections by Combining Conventional and Data Driven Modelling**; Robbin Bouwmeester[1]; Lennart Martens[1, 2]; Sven Degroeve[1]; Keith Richardson[3]; Johannes PC Vissers[3]; [1]VIB-UGent Center for Medical Biotechnology, Ghent, Belgium; [2]Department of Biochemistry, Ghent University, Ghent, Belgium; [3]Waters Corporation, Wilmslow, United Kingdom

MP 367 **A New Spectral Baseline Subtraction Algorithm for Reducing Artefacts in Protein Deconvolution**; Lyle Burton[1]; Xu Guo[1]; Gordana Ivosev[1]; Ron Bonner[2]; [1]SCIEX, Concord, ON; [2]Ron Bonner Consulting, Newmarket, ON

MP 368 **Toffee: A Highly Compressed, Efficient, File Format for DIA-MS**; David Clarke[1]; Akila Seneviratne[1]; Brett Tully[1]; [1]ProCan, Children's Medical Research Institute, The University of Sydney, Westmead, Australia

MP 369 **Increased Peptide Detection Accuracy in DIA-MS via Chemical and Random Additive Noise Elimination (Crane)**; Akila J Seneviratne[1]; Brett Tully[1]; [1]ProCan, Children's Medical Research Institute, The University of Sydney, Westmead, Australia

MP 370 **Exploring DIA Proteomics Spectra with Tensor-based Deconvolution**; Filip Buric[1]; Aleksej Zelezniak[1, 2]; [1]Chalmers University of Technology, Gothenburg, Sweden; [2]Science for Life Laboratory, KTH - Royal Institute of Technology, Stockholm, Sweden

MP 371 **Repeat-Preserving Decoy Database for False Discovery Rate Estimation in Peptide Identification**; Johra Muhammad Moosa[1]; Shenheng Guan[1, 2]; Michael F. Moran[2, 3]; Bin Ma[1]; [1]David R. Cheriton School of Computer Science, University of Waterloo, Waterloo, ON; [2]Program in Cell Biology and SPARC BioCentre, Hospital for Sick Children, Toronto, ON; [3]Department of Molecular Genetics, University of Toronto, Toronto, ON

MP 372 **MS-PROTINI: A Protein-Protein Interaction-Assisted Algorithm for the Confidence Assessment of Peptide and Protein Identifications in Mass Spectrometry-Based Proteomics**; Francesca A. Barry[1]; Zhibin Ning[1]; Daniel Figeys[1]; Mathieu Lavallée-adam[1]; [1]University of Ottawa, Ottawa, ON

MP 373 **Peptide Migration Time Prediction in Capillary Zone Electrophoresis Mass Spectrometry Using a Convolutional Neural Network Model**; Wenrong Chen[1]; Liangliang Sun[2]; Xiaowen Liu[1, 3]; [1]Department of BioHealth Informatics, Indiana University-Purdue University Indianapolis, Indianapolis, Indiana; [2]Department of Chemistry, Michigan State University, East Lansing, 48824; [3]Center for Computational Biology and Bioinformatics, Indiana University School of Medicine, Indianapolis, IN

MP 374 **A Novel Algorithm for Automating Fragment Ion Structure Assignment Using High Mass Accuracy MS/MS data**; Neil Loftus[1]; Kirsten Hobby[1]; Alan Barnes[1]; [1]Shimadzu Corporation, Manchester, United Kingdom

MP 375 **Factor Analysis Identifies Biologically Meaningful Proteoform Families of Human ApoA-I**; Richard LeDuc[1]; Henrique Seckler[2]; John T Wilkins[2]; Ryan T Fellers[2]; Joseph B Greer[2]; Paul M Thomas[2]; Neil L Kelleher[2]; [1]Northwestern



University, Bloomington, IN; [2]Proteomics Center of Excellence, Northwestern University, Chicago, IL

**MP 376  GPU-Based Signal Processing Optimization for 1&2D FT-ICR Mass Spectrometer Data;** Marc Haegelin[1]; Fabrice Bray[1]; Anne Jeannin-Girardon[2]; Pierre Collet[2]; Christian Rolando[1]; [1]Université de Lille, Vilieneuve d'Ascq, France; [2]Université de Strasbourg, Strasbourg, France

**MP 377  Masstodon: A Tool for in Depth Analysis of your Mass Spectrum;** Mateusz Krzysztof Lacki[1]; Frederik Lermyte[2, 3, 4]; Błażej Miasojedow[5]; Michal Piotr Startek[5]; Stefan Tenzer[1]; Frank Sobott[2, 6, 7]; Dirk Valkenborg[3, 8, 9]; Anna Gambin[5]; [1]University Medical Center Mainz, Mainz, Germany; [2]Biomolecular and Analytical Mass Spectrometry group, University of Antwerp, Belgium; [3]Centre for Proteomics (University of Antwerp/VITO (Belgium)), Antwerpen, Belgium; [4]School of Engineering, University of Warwick, Coventry, United Kingdom; [5]University of Warsaw, Warsaw, Poland; [6]Astbury Centre for Structural Molecular Biology, University of Leeds, United Kingdom; [7]School of Molecular and Cellular Biology, University of Leeds, United Kingdom; [8]Flemish Institute for Technological Research (VITO), Mol, Belgium; [9]Interuniversity Institute for Biostatistics ans Statistical Bioinformatics, Hasselt, Belgium

**MP 378  Using Isotopic Cluster, Neutral Loss and Adduct Analyses to Improve Component Detection in LC HRAM MS Experiment;** Juraj Lutisan[1]; Michal Gramblička[1]; Žofia Lutišanová[1]; Robert Mistrik[1]; Xiaojie C. Ding[2]; Vladimir Pätoprstý[3]; [1]HighChem, Bratislava, Slovakia; [2]Thermo Fisher Scientific, San Jose, CA; [3]Slovak Academy of Sciences, Bratislava, Slovakia

**MP 379  Automated Predicting Fragmentation Scheme for Molecules during Collision-Induced Dissociation;** Grzegorz Skoraczynski[1]; Michal Ciach[1, 2]; Michal Startek[1]; Anna Gambin[1]; [1]Faculty of Mathematics, Informatics and Mechanics, University of Warsaw, Warsaw, Poland; [2]Centrum voor Statistiek, Hasselt University, Diepenbeek, Belgium

**MP 380  An Efficient Method for Cosine Similarity Threshold Search Using a Peak Indexing Strategy;** Jonghun Park[1]; Yuliang Li[1]; Jianguo Wang[1]; Benjamin Pullman[1]; Yannis Papakonstantinou[1]; Nuno Bandeira[1]; [1]UC San Diego, La Jolla, CA

**MP 381  Bioinformatics Optimization Approaches for the Label-Free Quantitation of Ubiquitinated Peptides in Bottom-Up MS-Based Proteomics;** Arzu Tugce Guler[1]; Karen A. Sap[1]; Aleksandra Bury[1]; Karel Bezstarosti[2]; Jeroen A. A. Demmers[2]; Eric A. Reits[1]; [1]Amsterdam UMC, Amsterdam, Netherlands; [2]Erasmus MC, Rotterdam, Netherlands

**MP 382  Using Generalized Chemical Artificial Intelligence to Calculate Molecular Properties, Including GC Retention Indices;** Lewis Geer[1]; Stephen E. Stein[1]; William E. Wallace[1]; [1]NIST, Gaithersburg, MD

**INFORMATICS: PEPTIDE ID AND QUANTIFICATION**
**383-422**

**MP 383  Prosit: Investigating Vast and Complex Peptide Spaces by Boosting Identification Confidence through Highly-Accurate Fragment Intensity Predictions;** Siegfried Gessulat[1, 2]; Tobias Schmidt[1]; Daniel P Zolg[1]; Julia Rechenberger[1]; Patroklos Samaras[1]; Steven Verbruggen[3, 4]; Bernard Delanghe[5]; Andreas Huhmer[6]; Karsten Schnatbaum[7]; Ulf Reimer[7]; Hans-Christian Ehrlich[2]; Stephan Aiche[2]; Gerben Menschaert[3, 4]; Bernhard Kuster[1, 8, 9]; Mathias Wilhelm[1]; [1]Technical University of Munich, Freising, Germany; [2]SAP SE, Potsdam, Germany; [3]Ghent University, Ghent, Belgium; [4]BioBix Lab, Ghent, Belgium; [5]Thermo Fisher Scientific, Bremen, Germany; [6]Thermo Fisher Scientific, San Jose, CA; [7]JPT Peptide Technologies GmbH, Berlin, Germany; [8]Bavarian Center for Biomolecular

Mass Spectrometry, Freising, Germany; [9]Center for Integrated Protein Science Munich, Freising, Germany

**MP 384  Improved Algorithms for Identifying Phosphopeptides in Peptide Tandem Mass Spectral Libraries;** Sergey Sheetlin[1]; Dmitrii V. Tchekhovskoi[1]; Zheng Zhang[1]; Stephen E. Stein[1]; [1]NIST, Gaithersburg, MD

**MP 385  The Mouse Quantitative Proteomics Knowledge Base: CPTAC-Validated Quantitative Targeted Proteomics Assays for Discovery in Mouse Models;** Yassene Mohammed[1, 2]; Pallab Bhowmick[1]; Sarah A. Michaud[1]; Helena Pětrošová[1]; Christoph H. Borchers[1, 3, 4, 5]; [1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]Center for Proteomics and Metabolomics, Leiden University Medical Center, Leiden, Netherlands; [3]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [4]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [5]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

**MP 386  Targeted Proteomics Assays for FDA-Approved Protein Biomarkers;** Yassene Mohammed[1, 2]; Simon Roome[1]; Pallab Bhowmick[1]; Christoph H. Borchers[1, 3, 4, 5]; [1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]Center for Proteomics and Metabolomics, Leiden University Medical Center, Leiden, Netherlands; [3]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [4]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [5]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

**MP 387  Peak Finding and Quantification Improvements in Skyline;** Nicholas Shulman[1]; Brian C Searle[2, 3]; Micheal J MacCoss[1]; Brendan X MacLean[1]; [1]University of Washington, Seattle, WA; [2]Systems Biology, Seattle, WA; [3]Proteome Software, Portland, OR

**MP 388  Bonfire Search Engine for Precursor-Independent Identification of Peptides with Exact or Open Modification to Uncover the "Dark Proteome";** Wen Yu[1]; Raghothama Chaerkady[1]; Xiaotao Qu[1]; Sonja Hess[1]; David A Fenstermacher[1]; [1]MedImmune, Gaithersburg, MD

**MP 389  ImmuNOVO: A Software Tool for Constrained *de novo* Sequencing of Neo-Epitope Peptides from Immunopeptidomics;** Sujun Li[1]; Haixu Tang[2]; [1]Indiana University, Bloomington, IN; [2]Indiana University Bloomington, Bloomington, IN

**MP 390  Extremely Efficient Open Modification Spectral Library Searching Using Spectrum Hashing and GPUs Allows Large-Scale PTM Profiling;** Wout Bittremieux[1, 2]; Kris Laukens[2]; William Stafford Noble[1]; [1]University of Washington, Seattle, WA; [2]University Of Antwerp, Antwerp, Belgium

**MP 391  Improving Peptide Identification by Library Search from Chimeric Spectra;** Wenjiu Zhang[1]; Zhewei Liang[1]; Xin Chen[1]; Lei Xin[1]; Baozhen Shan[1]; [1]Bioinformatics Solutions Inc., Waterloo, ON

**MP 392  A New Feature-Based Workflow Unifies DDA and DIA Data Analysis;** Wen Zhang[1]; Weiping Sun[1]; Ziaur Rahman[1]; Yi Liu[1]; Lei Xin[1]; [1]Bioinformatics Solutions Inc., Waterloo, ON

**MP 393  Identification of Inconsistent Peptide Recovery and Aberrant Peptide Termini as Sources of Sample Variability in Patient-derived Tumor Samples;** Meghan Burke[1]; Zheng Zhang[1]; Yuri A. Mirokhin[1]; Dmitrii V. Tchekhovskoi[1]; Stephen E. Stein[1]; [1]National Institute of Standards and Technology, Gaithersburg, MD



# MONDAY POSTERS

**MP 394** **Robust Cross-Linked Peptide Detection Using Pretrained Neural Networks;** William E Fondrie[1]; William Stafford Noble[1]; [1]The University of Washington, Seattle, WA

**MP 395** **Validation of Peptide Identification Using Housekeeping Genes as Positives in Supervised Learning;** Honglan Li[1]; Seungjin Na[1]; Gyu-Baek Hwang[2]; Eunok Paek[1]; [1]Hanyang University, Seoul, South Korea; [2]Soongsil University, Seoul, South Korea

**MP 396** **Ion Mobility Enhanced Matching between LC-MS Runs and Collisional Cross Section Prediction Improve Identification and Quantification in MaxQuant;** Nikita Prianichnikov[1]; Favio Salinas Soto[1]; Heiner Koch[2]; Scarlet Koch[2]; Markus Lubeck[2]; Sven Brehmer[2]; Juergen Cox[1]; [1]Max Planck Institute of Biochemistry, Martinsried, Germany; [2]Bruker Daltonik GmbH, Bremen, Germany

**MP 397** **phosMS-GF+: Database Dependent Search Engine for Improved Phosphopeptide Identifications;** Daniela M Schlatzer[1]; Sean Maxwell[2]; Mark R. Chance[1]; [1]Center for Proteomics and Bioinformatics, CWRU, Cleveland, Ohio; [2]Case Western Reserve University, Cleveland, OH

**MP 398** **Automating Distributed Analysis of Large MS/MS Datasets;** Julie S Wertz[1]; Jeremy Carver[1]; Nuno Bandeira[1]; [1]University of California San Diego, La Jolla, CA

**MP 399** **Indexed Retention Time (iRT) Prediction of Peptides by Deep Learning;** Shenheng Guan[1, 2]; Jia Rong Wu[1]; Michael F. Moran[2, 3]; Bin Ma[1]; [1]University of Waterloo, Waterloo, ON; [2]SPARC BioCentre, Hospital for Sick Children, Toronto, Ontario; [3]University of Toronto, Toronto, Ontario

**MP 400** **Improved Label-Free Quantification with MaxQuant through more Robust Feature Alignment;** Mai Sun[1]; Xuemei Zeng[1]; Nathan A. Yates[1, 2]; [1]Biomedical Mass Spectrometry Center, University of Pittsburgh Schools of the Health Sciences, Pittsburgh, PA; [2]Department of Cell Biology, University of Pittsburgh School of Medicine, Pittsburgh, PA

**MP 401** **Bolt: A New Age Peptide Search Engine for Comprehensive MS/MS Sequencing through Vast Protein Databases in Minutes;** Arnol Prakash[1]; Swetaketu Majumder[1]; Shadab Ahmad[1]; Conor Jenkins[2]; Benjamin Orsburn[3]; [1]Optys Tech Corporation, Shrewsbury, MA; [2]Hood College Bioinformatics Program, Frederick, MD; [3]National Cancer Institute @ Frederick, Frederick, MD

**MP 402** **Comparison of Open-Search Tools;** Fengchao Yu[1]; Guo-Ci Teo[1]; Andy T. Kong[1]; Felipe V. Leprevost[1]; Hui-Yin Chang[1]; Alexey I. Nesvizhskii[1]; [1]University of Michigan, Ann Arbor, MI

**MP 403** **METATRYP 2.0: Improvements in METATRYP Software for Metaproteomic Least Common Ancestor Analyses within the Ocean Protein Portal;** David Gaylord[1]; Jaclyn Saunders[1]; Noelle Held[1]; Nick Symmonds[1]; Adam Shepherd[1]; Michael Chagnon[2]; Danie Kinkade[1]; Tom Delmont[3]; A. Murat Eren[3]; Chris Dupont[4]; Mak Saito[1]; [1]Woods Hole Oceanographic Institution, Wood Hole, MA; [2]RPS Ocean Science, South Kingston, RI; [3]University of Chicago, Chicago, IL; [4]J. Craig Venter Institute, La Jolla, CA

**MP 404** **Exploring Phosphopeptide Variability across Search Engines and Parameters;** Bhoomi Bhatt[1]; Alexander Saltzman[1]; Mei Leng[1]; Antrix Jain[1]; Anna Malovannaya[1]; [1]Baylor College of Medicine, Houston, Texas

**MP 405** **Shifted Ions Searching and Other Improvements in the MSFragger Database Search Engine;** Guo Ci Teo[1]; Andy T. Kong[1]; Hui-Yin Chang[1]; Felipe Da Veiga Leprevost[1]; Dmitry Avtonomov[1]; Alexey I. Nesvizhskii[1]; [1]University of Michigan, Ann Arbor, MI

**MP 406** **Prediction of z+1 Hydrogen Rearrangement in ETD Spectra;** Jia R Wu[1]; Bin ma[1]; Shenheng Guan[1]; [1]University of Waterloo, Waterloo, ON

**MP 407** **Open Modification Analysis of Keratin Proteins in Hair and Skin Samples;** Brett S Phinney[1]; Michelle R Salemi[1]; Glendon J Parker[2]; Zachary C Goecker[2]; Robert H Rice[2];

[1]Proteomics Core Facility, UC Davis Genome Center, University of California, Davis, Davis, CA; [2]Department of Environmental Toxicology, University of California, Davis, CA, Davis, CA

**MP 408** **The Sushi Proteome Project towards Unveiling Dietary Metaproteomes without Genomic Information;** Hiroshi Nishida[1]; Akiyasu C. Yoshizawa[1]; Tsuyoshi Tabata[1]; Naoyuki Sugiyama[1]; Shujiro Okuda[2]; Yasushi Ishihama[1]; [1]Graduate School of Pharmaceutical Sciences Kyoto University, Kyoto, Japan; [2]Niigata University Graduate School of Medical and Dental Sciences, Niigata, Japan

**MP 409** **Development of Custom Peptide MS/MS Analysis Software for Use in a Regulated Environment;** Roger E Moore[1]; Denise A Keen[1]; Gabriel B Gugiu[1]; [1]City of Hope, Duarte, CA

**MP 410** **The Curation of Transcriptomic Data for Use as a Proxy Protein Database for Unsequenced Tree Nuts;** Cary Pirone-davies[1]; Melinda A. McFarland[1]; Christine H. Parker[1]; Timothy R. Croley[1]; [1]U.S. Food and Drug Administration, College Park, MD

**MP 411** **Parametric Model Selection Methods for Estimating Target and Decoy Distributions Using Mass Spectrum Characteristics;** Benjamin A. Stark[1]; Robert Smith[1]; [1]University of Montana, Missoula, MT

**MP 412** **MetaMorpheus Multi-Protease Parsimony Significantly Improves Protein Inference in Bottom-Up Proteomics;** Rachel M. Miller[1]; Robert J. Millikin[1]; Connor V. Hoffmann[1]; Stefan K. Solntsev[1]; Gloria M. Sheynkman[2]; Michael R. Shortreed[1]; Lloyd M. Smith[1]; [1]University of Wisconsin, Madison, WI; [2]Dana-Farber Cancer Institute, Boston, MA

**MP 413** **A Novel LC-MS Deep Learning Based Cancer Detection Program and Improvements with Retention Time Correction;** Yuichi Kokabu[1]; Yukihiro Fukamachi[1]; Yoriko Takahashi[1]; Yasuto Yokoi[1]; Masaya Ono[2]; [1]MITSUI KNOWLEDGE INDUSTRY CO., LTD., Minato-ku, Japan; [2]National Cancer Center Research Institute, Chuo-ku, Japan

**MP 414** **Optimizing the Isolation Width in Orbitrap Instruments to Maximize the Number of Label-Free Quantified Peptides and Protein;** Carmen Paschke[1]; Waqas Nasir[1]; Kai Fritzemeier[1]; Rosa Rakownikow Jersie-Christensen[1]; Tabiwang N. Arrey[1]; David Horn[2]; Martin Zeller[1]; Romain Huguet[2]; Bernard Delanghe[3]; [1]Thermo Fisher Scientific, Bremen, Germany; [2]ThermoFisher, San Jose, CA; [3]Thermo Fisher Scientific (Bremen) GmbH, Bremen, Germany

**MP 415** **An Automated Data Analysis Workflow for Intact and Sub-Unit Mass Analysis of Protein Reagents Using Different Mass Spectrometry Platforms;** Dylan Sorensen[1]; Han-Yin Yang[1]; St. John Skilton[2]; Eric Carlson[2]; Dhanashri Bagal[1]; [1]Amgen, South San Francisco, CA; [2]Protein Metrics Inc., Cupertino, CA

**MP 416** **FragPipe: A Fast Proteomics Pipeline with MSFragger Search Engine at Heart;** Dmitry Avtonomov[1]; Andy T. Kong[1]; Felipe V. Leprevost[1]; Guo-Ci Teo[1]; Hui-Yin Chang[1]; Alexey I. Nesvizhskii[1]; [1]University of Michigan, Ann Arbor, MI

**MP 417** **End-to-End Integration of Known Variants and Modifications from PEFF into the Trans-Proteomic Pipeline for Enriched MS/MS Sequence Determination;** Luis Mendoza[1]; Eric W Deutsch[1]; Jimmy K Eng[2]; Robert L Moritz[1]; [1]Institute for Systems Biology, Seattle, WA; [2]University of Washington, Seattle, WA

**MP 418** **TOMAHTO - An API-enhanced, TMT-based, Targeted Protein Assay with Real-time Instrument Control;** Qing Yu[1]; Devin K Schweppe[1]; Jose Navarrete-Perea[1]; Christopher M. Rose[2]; Bhavin Patel[3]; John C Rogers[3]; Steven P Gygi[1]; [1]Harvard Medical School, Boston, MA; [2]Genentech, South San Francisco, CA; [3]ThermoFisher Scientific, Rockford, IL


**MP 419** Model-Free SILAC Quantitation Yields Robust Reproducible Results; David Chiang[1]; Patrick Chu[1]; [1]Sage-N Research, Inc., Milpitas, CA

**MP 420** gpGrouper: A Gene-Centric Peptide Grouping Procedure Accurately Distributes Shared Peptides Across Gene Products and Species; Alexander Saltzman[1]; Bhoomi Bhatt[1]; Mei Leng[1]; Anna Malovannaya[1]; [1]Baylor College of Medicine, Houston, TX

**MP 421** Assessing the validity of protein inference on a large environmental metaproteomic dataset - ProteOMZ Expedition of the Central Pacific Ocean; Jaclyn K. Saunders[1]; Matthew McIlvin[1]; Dawn Moran[1]; Noelle Held[1]; Chris Dupont[2]; Alyson Santoro[3]; Mak Saito[1]; [1]Woods Hole Oceanographic Institution, Woods Hole, MA; [2]J. Craig Venter Institute, La Jolla, CA; [3]University of California, Santa Barbara, Santa Barbara, CA

**MP 422** Propagating Uncertainty in Protein-Level Quantifications is Key to Robust Downstream Analysis of Bottom-Up Proteomics Data; Alexander Phillips[1]; Ranjeet S Bhamber[2]; Anna Tierney[2]; Martin Rusilowicz[3]; Simon Maskell[1]; Simon Hubbard[3]; Andrew R Jones[1]; Richard Unwin[3]; Andrew W Dowsey[2]; [1]University of Liverpool, Liverpool, United Kingdom; [2]University of Bristol, Bristol, United Kingdom; [3]University of Manchester, Manchester, United Kingdom

## INFORMATICS: WORKFLOW AND DATA MANAGEMENT
### 423-445

**MP 423** Automated Software for Enhanced Ion Mobility-Mass Spectrometry Analyses with Structures for Lossless Ion Manipulations; Aivett Bilbao[1]; Joon-Yong Lee[1]; Bryson C. Gibbons[1]; Gabe Nagy[1]; Matthew E. Monroe[1]; Thomas O. Metz[1]; John C. Fjeldsted[2]; Yehia M. Ibrahim[1]; Richard D. Smith[1]; [1]Biological Sciences Division, Pacific Northwest National Laboratory, Richland, WA; [2]Agilent Technologies, Santa Clara, CA

**MP 424** New Data Container Construct for Automated Processing of LC/UV/MS Data to Support High Throughput Chemistry; Richard Lee[1]; Andrey Paramonov[1]; [1]ACD/Labs, Toronto, ON

**MP 425** The Web-Based Application for Exploring Isoform Specific Protein Expression Patterns in Mass Spectrometry Proteomics Data Repositories; Han-Yin Yang[1]; Bradford W. Gibson[1]; [1]Amgen Inc., South San Francisco, CA

**MP 426** Systematic Evaluation of Cross-linked Peptide Search Engines; Zhen-lin Chen[1]; Jia-Ming Meng[1]; Yong Cao[2]; Ji-Li Yin[1]; Run-Qian Fang[1]; Sheng-Bo Fan[1]; Chao Liu[1]; Wen-Feng Zeng[1]; Yue-He Ding[2]; Dan Tan[2]; Long Wu[1]; Wen-Jing Zhou[1]; Hao Chi[1]; Rui-Xiang Sun[1]; Meng-Qiu Dong[2]; Si-Min He[1]; [1]Institute of Computing Technology, Chinese Academy of Sciences, Beijing, China; [2]National Institute of Biological Sciences, Beijing, China

**MP 427** Populating a Vacuum Ultraviolet Spectroscopy Library Using Tandem GC/VUV-MS and Chemometric Deconvolution of Real-World Sample Data; Shubhneet Warar[1]; Ian G. M. Anthony[2]; Christina A. Gaw[2]; Touradj Solouki[2]; [1]Baylor Univeristy, Waco, TX; [2]Baylor University, Waco, TX

**MP 428** triMS5 – A Novel Data Format for LC-IMS-MS Data Sets Providing Scalable Representation for Sparse Profile Data; Jennifer Leclaire[1]; Thomas Kemmer[1]; Andreas Hildebrandt[1]; Stefan Tenzer[2]; [1]University of Mainz, Mainz, Germany; [2]University Medical Center Mainz, Mainz, Germany

**MP 429** A Platform Approach to Managing Developability and Manufacturability Assessments of Biotherapeutics; Albert Van Wyk[1]; Joe Shambaugh[2]; John McCarter[2]; Aude Tartiere[3]; Christopher Smith[3]; Amanda Fitzgerald[3]; Cassandra Wigmore[3]; Peter Haberl[4]; [1]Genedata Ltd, Cambridge, United Kingdom; [2]Genedata, Inc., Lexington, MA; [3]Genedata, Inc., San Francisco, CA; [4]Genedata AG, Basel, Switzerland; [5]Genedata GmbH, Munich, Germany

**MP 430** Customizable Quality Control Metrics and Notifications with Panorama, AutoQC, and Skyline; Josh Eckels[1]; Vagisha Sharma[2]; Marty Pradere[1]; Ankur Juneja[1]; Angelica Omaiye[1]; Cory Nathe[1]; Sweta Jewargikar[1]; Michael J MacCoss[2]; Brendan X MacLean[2]; [1]LabKey, San Diego, CA; [2]University of Washington, Seattle, WA

**MP 431** ASMS 2019 Abstract - Audit Logs to Enforce Document Integrity in Skyline and Panorama; Tobias Rohde[1]; Rita Chupalov[1]; Nicholas Shulman[1]; Josh Eckels[2]; Brian S Pratt[1]; Michael J MacCoss[1]; Brendan X MacLean[1]; [1]University of Washington, Seattle, WA; [2]LabKey, San Diego, CA

**MP 432** MZView: Web-based Free Software for LC-MS Data Visualization; Lin Wu[1]; Bin Ma[1]; [1]University of Waterloo, Waterloo, ON

**MP 433** On-Demand Construction of HRAM MSn Spectral Libraries: Where Acquisition Meets Curation; Jakub Mezey[1]; Samuel Benković[1]; Melissa Montoya[2]; Tim Stratton[2]; Robert Mistrik[1]; Michal Raab[1]; [1]HighChem, Bratislava, Slovakia; [2]Thermo Fisher Scientific, Austin, Texas

**MP 434** Implementing a Generic Scripting Node to a Standard Proteomics Workflow Processing Software; Frank Berg[1]; Kai Fritzemeier[1]; Carmen Paschke[1]; Torsten Ueckert[1]; David Horn[2]; Bernard Delanghe[1]; [1]Thermo Fisher Scientific, Bremen, Germany; [2]ThermoFisher, San Jose, CA

**MP 435** Simple Interface Web Application for Biomaker Validation; Jaenyeon Kim[1]; Hyunsoo Kim[2]; Injoon Yeo[3]; Areum Sohn[2]; Youngsoo Kim[2,3,4]; [1]Seoul National University, Seoul, South Korea; [2]Seoul National University College of Medicine, Seoul, South Korea; [3]Seoul national university, Seoul, South Korea; [4]Seoul National University Hospital, Seoul, South Korea

**MP 436** mzMLb: A PSI Standards Compatible Binary Mass Spectrometry Data Format for Efficient Read/Write Speed and Storage Space Requirements; Ranjeet S Bhamber[1]; Andris Jankevics[2]; Andy Jones[3]; Andrew Dowsey[1]; [1]University of Bristol, Bristol, United Kingdom; [2]University of Birmingham, Birmingham, United Kingdom; [3]University of Liverpool, Liverpool, United Kingdom

**MP 437** The implementation of MSFragger and Philosopher/ PeptideProphet nodes in Proteome Discoverer; Hui-Yin Chang[1]; Andy T. Kong[1]; Felipe V. Leprevost[1]; Guo Ci Teo[1]; Venkatesha Basrur[1]; Alexey I. Nesvizhskii[1]; [1]University of Michigan, Ann Arbor, MI

**MP 438** Proteomics Standards Initiative Extended FASTA Format (PEFF); Pierre-Alain Binz[1]; Jim Shofstahl[2]; Juan Antonio Vizcaíno[3]; Harald Barsnes[4]; Robert Chalkley[5]; Gerben Menschaert[6]; Emanuele Alpi[3]; Karl Clauser[7]; Jimmy K Eng[8]; Lydie Lane[9]; Sean seymour[10]; Gerhard Mayer[11]; Martin Eisenacher[11]; Yasset Perez-Riverol[3]; Eugene Kapp[12]; Luis Mendoza[13]; Peter R. Baker[5]; Eric Deutsch[13]; [1]CHUV Centre Hospitalier Universitaire Vaudois, Lausanne, Switzerland; [2]Thermo Fisher Scientific, San Jose, California; [3]EMBL-EBI, Hinxton, United Kingdom; [4]University of Bergen, Bergen, Norway; [5]UCSF, San Francisco, CA; [6]Ghent University, Gent, Belgium; [7]Broad Institute of MIT and Harvard, Cambridge; [8]University of Washington, Seattle, WA; [9]SIB Swiss Institute of Bioinformatics, Geneva, Switzerland; [10]Seymour Data Science, San Francisco, California; [11]Ruhr University Bochum, Bochum, Germany; [12]University of Melbourne, Melbourne, Australia; [13]Institute for Systems Biology, Seattle, WA



**MP 439** **Proteomics Standards Initiative (PSI) Universal Spectrum Identifier (USI);** Eric Deutsch[1]; Juan Antonio Vizcaino[2]; Yasset Perez-Riverol[2]; Jeremy Carver[3]; Benjamin Pullman[3]; Shin Kawano[4]; Zhi Sun[1]; Luis Mendoza[1]; Pierre-Alain Binz[5]; Gerben Menschaert[6]; Nuno Bandeira[3]; [1]Institute for Systems Biology, Seattle, WA; [2]EMBL-EBI, Hinxton, United Kingdom; [3]UCSD, La Jolla, CA; [4]Database Center for Life Science, Kashiwa, Japan; [5]CHUV Centre Hospitalier Universitaire Vaudois, Lausanne, Switzerland; [6]Ghent University, Gent, Belgium

**MP 440** **Repository Scale MS1 Data Processing and Analysis Across Different LC-MS Methods;** Christine M Aceves[1]; Alan K Jarmusch[1]; Mingxun Wang[1]; Fernando Vargas[1]; Pieter Dorrestein[1]; [1]Skaggs School of Pharmacy and Pharmaceutical Sciences, University of California San Diego, La Jolla, CA

**MP 441** **Panorama Public: ProteomeXchange and Cloud Storage Integration;** Vagisha Sharma[1]; Brian Connolly[1]; Josh Eckels[2]; Dave Bradlee[2]; Angelica Omaiye[2]; Trey Chadick[2]; Michael J MacCoss[1]; Brendan X MacLean[1]; [1]University of Washington, Seattle, WA; [2]LabKey, San Diego, CA

**MP 442** **ProteinExplorer: A Repository-Scale Resource for Exploration of Protein Detection in Public Mass Spectrometry Data Sets;** Benjamin Pullman[1]; Julie S Wertz[1]; Jeremy Carver[1]; Nuno Bandeira[1]; [1]UC San Diego, La Jolla, CA

**MP 443** **proteoQ: An R Package for Versatile Integration of Bioinformatics with Multiplex, High-precision Proteomics;** Qiang Zhang[1]; R Reid Townsend[2]; [1]Washington University School of Medicine, St. Louis, MO; [2]Washington University, School of Medicine, St. Louis, MO

**MP 444** **LipidXplorer Web: An Online Tool for Simplified and Streamlined Lipid Identification by Shotgun Lipidomics;** Eduardo Jacobo Miranda Ackerman[1]; Nils Hoffmann[2]; Oskar Knittelfelder[1]; Kai Schuhmann[1]; Robert Ahrends[2]; Andrej Shevchenko[1]; [1]Max Plank Institute for Molecular Cell Biology and Genetics, Dresden, Germany; [2]Leibniz-Institut für Analytische Wissenschaften – ISAS – e.V., Dortmund, Germany

**MP 445** **MassIVE: Converting Terabytes of Raw Public Data into Reusable Community Knowledge;** Jeremy Carver[1]; Mingxun Wang[1]; Benjamin Pullman[1]; Julie S Wertz[1]; Nuno Bandeira[1]; [1]UCSD, La Jolla, CA

**INSTRUMENTATION: NEW DEVELOPMENTS IN IONIZATION AND SAMPLING I**
**446-469**

**MP 446** **Small Molecule Detection from Biofluids using an Automated Plate-Based Paper Spray System;** Nicholas Manicke[1]; Greta J. Ren[1]; Cornelia Boeser[2]; Neloni Wijeratne[2]; [1]IUPUI Department of Chemistry & Chemical Biology, Indianapolis, IN; [2]ThermoFisher, San Jose, CA

**MP 447** **Analysis of PFASs in Environmental Waters by DART-MS with Coated Dip-it Sampling in Minutes;** Robert Cody[1]; Simin D. Maleknia[2]; [1]JEOL USA, Inc., Peabody, MA; [2]University of Technology Sydney, Sydney, Australia

**MP 448** **Vapor Assisted Ionization Enhancement in An Enclosed Nano-ESI Source;** Yixin Zhu[1]; Georgia Dolios[3]; Fangjun Wang[3]; Rong Wang[2]; Kai Tang[1]; [1]Zhejiang Haochuang Biotech Co. Ltd., Hengzhou, China; [2]Icahn School of Medicine at Mount Sinai, New York, NY; [3]Dalian Institute of Chemical Physics, Chinese Academy of Sciences, Dalian, China

**MP 449** **Enhancement of Molecular Coverage by Solvent Gradient Electrospray Ionization Using Theta-Glass Capillary Emitters with Laser Ablation Mass Spectrometry;** Sara K Mattson[1]; Sylwia A Stopka[1]; Akos Vertes[1]; [1]George Washington University, Washington, DC

**MP 450** **Modelling and Experimental Progress towards the Fabrication of Robust Constant-Bore Emitters and their Evaluation on a Novel Electrospray Test Device;** Kyle Bachus[1]; Joe Giddings[2]; Herbert Foo[1]; Heike Ebendorff-Heidepriem[2, 3]; Yvonne Stokes[2]; Andrew A Gooley[1]; [1]Trajan Scientific and Medical, Ringwood, Australia; [2]University of Adelaide, Adelaide, Australia; [3]Institute for Photonics and Advanced Sensing, Adelaide, Australia

**MP 451** **Evaluation of Bare and Modified Copper Surfaces as Spray Initiators for Ambient Ionization;** Michael C. Godwin[1]; William D. Hoffmann[1]; [1]Texas State University, San Marcos, TX

**MP 452** **Intra-well Imaging of Fluid Meniscus and Mass Spectra via Acoustic Mist Ionization Mass Spectrometry;** Eric Hall[1]; Lucien Ghislain[1]; Yi-wen Huang[1]; Sammy S Datwani[1]; [1]Labcyte Inc., San Jose, CA

**MP 453** **Development of Novel Ion Source in a Portable Mass Spectrometer;** Yi-Shin Chen[1]; I-Chung Lu[1]; [1]Department of Chemistry, National Chung Hsing University, Taichung City, Taiwan

**MP 454** **Acoustic-Droplet-Ejection to the Open-Port Probe Sampling Interface of MS (ADE-OPP-MS) - the Automated High-Throughput Bioanalysis Platform for Drug Discovery;** Chang Liu[1]; Hui Zhang[2]; Wenyi Hua[2]; Jianhua Liu[2]; David M Cox[1]; Thomas R. Covey[1]; [1]SCIEX, Concord, ON; [2]Pfizer Inc., Groton, CT

**MP 455** **Direct Coupling of Magnetic Nanoparticles and Enhancement of Blade Spray Ionization Mass Spectrometry for Quantitation of Analytes in Complex Matrices;** Varoon Singh[1]; German Augusto Gomez Rios[1, 2]; Milaan Thirukumaran[1]; Daniel Rickert[1]; Janusz Pawliszyn[3]; [1]University of Waterloo, Waterloo, ON; [2]Restek Corporation, Bellefonte, PA; [3]University of Waterloo, Waterloo, ON

**MP 456** **Comparison of Electrospray and Impactor Ionization (Unispray) Tandem Mass Spectrometry for the Analysis of Newborn Screening Biomakers;** Gyliann M Pena[1]; Timothy Lim[1]; Joanne Mei[1]; Konstantinos Petritis[1]; [1]CDC, Atlanta, GA

**MP 457** **Establishing Better Laboratory Protocols for Desorption Ionization Using through Hole Alumina Membrane (DIUTHAME);** Yasuhide Naito[1]; Masahiro Kotani[2]; Miu Takimoto[2]; Takayuki Ohmura[2]; [1]GPI, Hamamatsu, Japan; [2]Hamamatsu Photonics K.K., Iwata, Japan

**MP 458** **Large-Area Triboelectric Nanogenerator Nanoelectrospray Ionization;** Marcos Bouza Areces[1, 2]; Yafeng Li[1]; Changsheng Wu[1]; Zhong Lin Wang[1, 3]; Facundo M. Fernandez[1, 2]; [1]Georgia Institute of Technology, Atlanta, GA; [2]Center for Chemical Evolution, Atlanta, GA; [3]Beijing Institute of Nanoenergy and Nanosystems, Chinese Academy of Sciences, Beijing, China

**MP 459** **Routine Absorption Mode FTMS Data Display with an Ethoxylated Anionic Detergent as a Dual-Role (Mass and Phase) Calibrant;** Daniel Cole[1]; Peifeng Hu[1]; [1]Baxter Healthcare, Round Lake, IL

**MP 460** **Surface Effects in Droplet Chemistry Revealed by Transmission-Mode Liquid Desorption Electrospray Ionization;** Taghi Sahraeian[1]; Dmytro Kulyk[1]; Abraham K. Badu-Tawiah[1]; [1]The Ohio State University, Columbus, OH

**MP 461** **Liquid Injection Field Desorption Ionization in a Host EI/CI Source of a Time-of-Flight Mass Spectrometer;** Mathias Linden[1]; H. Bernhard Linden[1]; Jürgen H. Gross[2]; [1]Linden CMS GmbH, Weyhe, Germany; [2]Institute of Organic Chemistry - Heidelberg University, Heidelberg, Germany

**MP 462** **Development of Vibrating Sharp-Edge Spray Ionization (VSSI) for Voltage-Free Mass Spectrometry Analysis;** Peng Li[1]; Xiaojun Li[2]; Nandhini Ranganathan[2]; Chong Li[2]; Stephen Valentine[2]; [1]West Virginia University, Morgantown; [2]West Virginia University. C. Eugene Bennett Department of Chemistry, Morgantown, WV



**MP 463** **Open Port Probe for Rapid Analysis of Biological Samples: Application to Drug Discovery;** Stefan Thibodeaux; *Novartis, Cambridge, MA*

**MP 464** **Next Generation Sample Introduction for High-Throughput Mass Spectrometry: Acoustic Droplet Ejection with an Open Port Probe;** Lucien Ghislain[1]; Chang Liu[2]; Hui Zhang[3]; Jianjua Liu[4]; Wenyi Hua[3]; Timothy Foley[3]; Don W. Arnold[5]; Thomas R. Covey[5]; Sammy S. Datwani[6]; [1]Labcyte Inc, San Jose, CA; [2]SCIEX, Concord, ON; [3]Pfizer, Groton, CT; [4]Pfizer Inc., Groton, CT; [5]SCIEX, Redwood Shores, CA; [6]Labcyte Inc., San Jose, CA

**MP 465** **All in One Paper-Based Sample Preparation Integrated with Instant Immunocapture for Targeted Protein Analysis;** Øystein Skjærvø[1]; Trine Grønhaug Halvorsen[1]; Léon Reubsaet[1]; [1]University of Oslo, Oslo, Norway

**MP 466** **Spray-Capillary: An Electrohydrodynamic Spray-Assisted Device for Quantitative Ultra-Low Volume Extraction;** Lushuang Huang[1]; Zhe Wang[1]; Si Wu[1]; [1]University of Oklahoma, Norman, OK

**MP 467** **Regeneration of Dormant Soil Communities by Hydration: A New Platform for Assessing Soil Activity by Direct Real-Time Mass Spectrometry;** Karl Weitz[1]; Montana L. Smith[1]; Sheryl L. Bell[1]; Liljiana Paša-Tolić[1]; Kirsten S Hofmockel[1]; Nicole M. Lock[2]; Malak M. Tfaily[1-3]; Rosalie K. Chu[1]; Mary S. Lipton[1]; [1]Battelle Pacific Northwest National Laboratories, Richland; [2]Shimadzu Scientific Instruments, Inc., Columbia, Maryland; [3]University of Arizona, Tucson, AZ

**MP 468** **A Microdroplet-Catalyzed Bignellireaction: Acceleration, Mechanisms and Separation of Isomers Using IMS-MS.;** Navneet sahota[1]; Deyaa I. AbuSalim[1]; Melinda L. Wang[1]; Tarick J. El-Baba[1]; Silas P. Cook[1]; David E. Clemmer[1]; [1]Indiana University, Bloomington, IN

**MP 469** **Development of a 70kV Water Cluster Source for High-Resolution 3D Bio-Imaging;** Allen Bellew[1]; Sadia   Sheraz née Rabbani[2]; Hua Tian[3]; Paul Blenkinsopp[1];   Peter J Cumpson[4]; Nicholas Winograd[5]; [1]Ionoptika Limited, Chandler's Ford, United Kingdom; [2]Manchester Institute of Biotechnology, University of Manchester, United Kingdom; [3]Department of Chemistry, Pennsylvania State University, PA; [4]School of Mechanical and Systems Engineering, Newcastle University, United Kingdom; [5]Department of Chemistry, Pennsylvania State University, University Park, PA

**INSTRUMENTATION: NEW DEVELOPMENTS IN MASS ANALYZERS**
470-494

**MP 470** **Enrichment of Xenon Gas for Targeted Isotope Ratio Mass Spectrometry Utilizing a Digital Ion Trap;** Timothy Vazquez[1]; Colette Taylor[1]; Sean Williams[1]; Emily Smith[1]; Theresa Evans-Nguyen[1]; [1]University of South Florida, Tampa, FL

**MP 471** **Back to Initial Ideas. Harmonized Kingdon Traps with Wire Internal Electrodes;** Eugene (evgeny) Nikolaev[1]; Oleg Kharybin[1]; Gleb Vladimirov[1]; Petr Borisovets[1]; Anton Lioznov[1]; Anastasia Fursova[1]; [1]Skolkovo institute of science and technology, Moscow Region, Russian Federation

**MP 472** **Analytical Solution for the Electric Field Inside Dynamically Harmonized FT-ICR Cell;** Anton Lioznov[1]; Goekhan Baykut[2]; Eugene (evgeny) Nikolaev[1]; [1]Skolkovo institute of science and technology, Moscow Region, Russian Federation; [2]Bruker Daltonik GmbH, Bremen, Germany

**MP 473** **A Novel Ion Guide Achieving High Transmission Efficiency under a Strong Gas Flow;** Masayuki Sugiyama[1]; Hideki Hasegawa[1]; Yuichiro Hashimoto[2]; [1]Hitachi, Ltd., Tokyo, Japan; [2]Hitachi high-technologies corporation, Hitachinaka, Japan

**MP 474** **Charge Detection Mass Spectrometry of Microparticles Using Printed Circuit Board Electrode Arrays;** Elaura Gustafson[1]; Halle V. Murray[1]; Yixin Song[1]; Jace Rozsa[1]; Shiuh-hua Chiang[1]; Aaron R. Hawkins[1]; Daniel E. Austin[1]; [1]Brigham Young University, Provo, UT

**MP 475** **Optimization of the Ions Trajectories in a Dynamically Harmonized Fourier-Transform Ion Cyclotron Resonance Cell Using a Design of Experiments Strategy;** Julien Maillard[1, 2]; Justine Ferey[1]; Isabelle Schmitz-Afonso[1]; Soumeya Bekri[3]; Thomas Gautier[2]; Nathalie Carrasco[2]; Carlos Afonso[1]; Abdellah Tebani[3]; [1]Université de Rouen, Laboratoire COBRA UMR 6014 & FR 3038, IRCOF, Mont St Aignan Cedex, France; [2]LATMOS/IPSL, Université Versailles St Quentin, UPMC Université Paris 06, CNRS, Guyancourt, France; [3]Department of Metabolic Biochemistry, Rouen University Hospital, Rouen, France

**MP 476** **Simulation of a Quadrupole Mass Filter Employing a Digital Waveform and Discontinuous Ion Introduction to Obtain High Resolution and Transmission;** David Langridge[1]; Martin Green[1]; Benjamin Jeffrey[2]; Robert Appleby[2]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]University of Manchester, Manchester, United Kingdom

**MP 477** **Evaluation of Two-Dimensional Mass Spectrometry Scans Using a Linear Ion Trap;** Lucas Szalwinski[1]; Dalton Snyder[2]; Zachary St. John[3]; Graham R. Cooks[1]; [1]Purdue University, West Lafayette, IN; [2]Resource for Native Mass Spectrometry Guided Structural Biology, Columbus, OH; [3]The College of New Jersey Department of Chemistry, Ewing Township, New Jersey

**MP 478** **Application of CAN bus in Mass Spectrometer Design;** Ming Li[1]; Kai Li[1]; Xingbin Tang[1]; [1]NCS Testing Technology Co., Ltd, Beijing, China

**MP 479** **Improvement of Electron Capture Efficiency in an RF Ion Trap by optimized Design of Magnetic Field;** Keqin Chen[1]; Goran Ristic[1]; Pavel Ryumin[1]; Bill Loyd[1]; Takashi Baba[1]; [1]SCIEX, Concord, ON

**MP 480** **Advancement and Applications of Harmonic FTICR-MS Signals for Proteome Research;** Sung-Gun Park[1]; Jared P. Mohr[1]; Gordon Anderson[2]; James E. Bruce[1]; [1]University of Washington, Seattle, WA; [2]GAA Custom Engineering, LLC, Benton, WA

**MP 481** **Detection of Bacteria Growth by ESI Ion Trap Mass Spectrometer;** Chun-Jen Hsiao[1]; Jung-Lee Lin[1]; Abdil Özdemir[2]; Chung-Hsuan Chen[1]; [1]Genomics Research Center Academia Sinica, Taipei, Taiwan; [2]Department of Chemistry, Faculty of Arts and Sciences, Sakarya University, Esentepe, Turkey

**MP 482** **Characterization of Digital Mass Analysis in a Linear Trap without Resonant Ejection;** Margaret E. Reece[1]; Adam P. Huntley[1]; Peter T. A. Reilly[1]; [1]Washington State University, Pullman, WA

**MP 483** **Methods to improve the Extraction Efficiency and Resolution of the Mass Selective Axial Ejection from a Linear Quadrupole Ion Trap;** Mircea Guna[1]; SCIEX, Concord, ON

**MP 484** **Design and Performance Improvement of an Ion Cooling Cell for a Quadrupole Mass Spectrometer;** Tsung-Chi Chen[1]; Eric C. Hemenway[1]; Paul H. Gregory[1]; Raman Mathur[1]; Hans Schweingruber[1]; Oleg Silivra[1]; Viatcheslav V. Kovtoun[1]; Michael Ugarov[1]; Jae C. Schwartz[1]; Alan E. Schoen[1]; [1]ThermoFisher, San Jose, CA

**MP 485** **Improving the Coded Aperture Imaging in a Coded-Aperture Cycloidal Mass Spectrometer;** Raul Vyas[1]; Philip J. Herr[1]; Kathleen L Horvath[1]; Tanouir Aloui[1]; Matthew P. Kirley[1]; Charles B. Parker[1]; Adam D. Keil[2]; James B. Carlson[3]; Roger P. Sperline[4]; M Bonner Denton[4]; Brian R. Stoner[1]; Michael E. Gehm[1]; Jeffrey T Glass[1]; Jason J Amsden[1]; [1]Duke University, Durham, NC; [2]Broadway



Analytical, LLC, Monmouth, IL; [3]RTI International, Research Triangle Park, NC; [4]University of Arizona, Tucson, AZ

**MP 486** **A Method to Determine the Mathematical Form of a Toroidal Trap Potential Starting with a Trap Geometry in SIMION® 8.1.;** Robert H. Jackson[1]; Stephen A. Lammert[2]; Atanu K. Mohanty[3]; Xiao Wang[4]; [1]Instrumental Design Physics, Littleton, MA; [2]PerkinElmer Inc., American Fork, UT; [3]Indian Institute of Science, Bangalore, India; [4]PerkinElmer, American Fork, UT

**MP 487** **Increasing the Mass Range of Ion-Ion Reactions in a Quadrupole Ion Trap with Waveform Switching;** Kenneth W Lee[1]; Gregory S. Eakins[1]; Mark S. Carlsen[1]; Scott A. Mcluckey[1]; [1]Purdue University, West Lafayette, IN

**MP 488** **Portable Ion Trap Mass Spectrometer with Paper Spray Ionization and Comprehensive Scan Modes for V-series Chemical Warfare Agent Identification;** Paul S Demond[1]; Dalton Snyder[2]; Ethan M McBride[3]; Carmany Daniel[1]; Elizabeth S Dhummakupt[3]; Phillip M Mach[3]; R. Graham Cooks[2]; Trevor Glaros[3]; [1]Excet, Inc., Springfield, VA; [2]Purdue University, West Lafayette, IN; [3]ECBC, Aberdeen Proving Ground, Maryland

**MP 489** **Design and Performance of a Rotating Wall Analyzer for High-Throughput Ion Soft Landing;** Pei Su[1]; Hang Hu[1]; Don Gunaratne[2]; Julia Laskin[1]; [1]Purdue University, West Lafayette, IN; [2]Pacific Northwest National Laboratory, Richland, WA

**MP 490** **Theoretical and Experimental Validation of High-Resolution Linear Time-of-Flight Mass Spectrometry;** Sheng-Wei Wu[1, 2]; Yu-Meng Ou[1, 2]; Yi-Hong Cai[1]; Chih-Hao Hsiao[1]; Cheng-Kai Jan[1]; Yi-Sheng Wang[1]; [1]Academia Sinica, Taipei City, Taiwan; [2]National Taiwan University, Taipei, Taiwan

**MP 491** **Recent Development in Improving the Precision of Quantitative Analysis for Linear Ion Trap(LIT) and LIT-Orbitrap Tandem Mass Spectrometry;** Linfan Li[1]; Taoqing Wang[2]; Anyin Li[2]; Jae C Schwartz[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]University of New Hampshire, Durham, NH

**MP 492** **Application of a Triple Quadrupole MS with Acquisition Speed Improvements for Pesticide Analysis;** Harald Oser[1]; Michael Ugarov[2]; Qingyu Song[3]; Michael Konicek[1]; Claudia P.B. Martins[4]; Neloni Wijeratne[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, San Jose, California; [3]ThermoFisher Scientific, San Jose, CA; [4]ThermoFisher, San Jose, CA

**MP 493** **Negative Ions Detection with a Spaceflight-Designed Orbitrap-Based Mass Analyzer;** Barnabé Cherville[1]; Christelle Briois[1]; Laurent Thirkell[1]; Bertrand Gaubicher[1]; Fabrice Colin[1]; [1]Laboratoire de Physique et de Chimie de l'Environnement et de l'Espace, Orléans, France

**MP 494** **High Throughput Charge Detection Mass Spectrometry;** Daniel Botamanenko[1]; Aaron R. Todd[1]; Martin F Jarrold[1]; [1]Indiana University, Bloomington, IN

## LIPIDS: PROFILE ANALYSIS
### 495-529

**MP 495** **Quantitative Macrolipidomics of Human Whole Blood for the Discovery of Novel Biomarkers of omega-3 Polyunsaturate;** Juan Aristizabal-Henao[1]; Ningombam Sanjib Meitei[2]; Anja Pia Biltoft-Jensen[3]; Ken D. Stark[1]; [1]University of Waterloo, Waterloo, ON; [2]PREMIER Biosoft, Palo Alto, CA; [3]Denmark Technical University, Lyngby, Denmark

**MP 496** **Untargeted Lipidomics Reveals Glycerolipid Compositional Changes in Fasted, Cold-Exposed MCAD KO Mice;** wenxuan zhang; University Medical center Groningen, Groningen, Netherlands

**MP 497** **A Rapid Ion Mobility Enabled LC-MS Plasma Lipid Profiling Assay for Breast Cancer Biomarker Discovery;** Adam M King[1]; Jimmy Yuk[2]; Robert D Trengove[3]; Lauren G Mullin[2]; Paul D Rainville[2]; Giorgis Isaac[2]; Robert S Plumb[2]; Lee A Gethings[4]; Ian D Wilson[5]; [1]Waters corporation, Wilmslow, United Kingdom; [2]Waters Corporation, Milford, MA; [3]Murdoch University, Perth, Australia; [4]Waters Corporation, Wilmslow, United Kingdom; [5]Imperial College, London, United Kingdom

**MP 498** **AcquireX Workflow Evaluation for Deciphering Lipidome Analysis of Lipids from Whole Insects Using Chromatography Based Methods with High-Resolution Orbitrap MSn;** Daniel Gachotte[1]; Yelena A Adelfinskaya[1]; Jeffrey Gilbert[1]; Reiko Kiyonami[2]; David Peake[2]; Yokoi Yasuto[3]; [1]Corteva Agriscience, Indianapolis, IN; [2]Thermo Fisher Scientific, San Jose, CA; [3]Mitsui Knowledge Industry, Tokyo, Japan

**MP 499** **Red Blood Cell Membrane Fatty Acids in U. S. Blood Donors;** Carissa D. Powers[1]; David C. Scully[2]; Rosemary L. Schleicher[1]; [1]Centers for Disease Control and Prevention, Atlanta, GA; [2]CDC Foundation, Atlanta, GA

**MP 500** **Tracking the Incorporation of Host Serum Lipids into the Membrane Lipids of _Staphylococcus aureus_ with HILIC-IM-MS;** Kelly M. Hines[1]; Gloria Alvarado[2]; Craig Gatto[3]; Antje Pokorny[3]; Brian J. Wilkinson[3]; Libin Xu[1]; [1]University of Washington, Seattle, WA; [2]Illinois state university, Normal, IL; [3]University of North Carolina Wilmington, Wilmington, NC

**MP 501** **Lipid Pool Coupling Analysis Based on Tandem Mass Spectrometric Data;** Jakob Koch[1]; Gregor Oemer[2]; Katrin Watschinger[3]; Sabrina Sailer[3]; Herbert Lindner[4]; Johannes Zschocke[2]; Markus A. Keller[2]; [1]Division of Human Genetics, Medical Unversity of Innsbruck, Innsbruck, Austria; [2]Division of Human Genetics, Medical Unversity of Innsbruck, Innsbruck, Austria; [3]Division of Biological Chemistry, Biocenter, Medical University of Innsbruck, Innsbruck, Austria; [4]Division of Clinical Biochemistry, Biocenter, Medical University of Innsbruck, Innsbruck, Austria

**MP 502** **The Age of Dermal Fibroblasts in the Tumor Microenvironment Mediate Melanoma Cell Lipid Remodeling;** Aaron R. Goldman[1]; Gretchen M. Alicea[1, 2]; Delaine M. Zayas-Bazán[1, 3]; Hsin-Yao Tang[1]; Ashani T. Weeraratna[1]; David W. Speicher[1]; [1]The Wistar Institute, Philadelphia, PA; [2]University of the Sciences, Philadelphia, PA; [3]University of Pennsylvania, Philadephia, PA

**MP 503** **Unconventional Synthesis of F-Series Prostaglandins from Lysate of _C. elegans_ and their Identification by LC-MS/MS;** Ekta Tiwary[1]; Muhan Hu[1]; Landon S. Wilson[1]; Taylor F. Berryhill[1]; Michael A Miller[1]; Jeevan Prasain[1]; [1]University of Alabama at Birmingham, Birmingham, AL

**MP 504** **Sphingolipid Phenotype of Adipocyte APP-Overexpressing Mice by LC/MS/MS and SCF/MS/MS;** Yu An[1]; Sarah Olive[2]; Benjamin Figard[2]; Philipp E. Scherer[1]; Ruth Gordillo[1]; [1]UTSouthwestern Medical Center, Dallas, TX; [2]Shimadzu Scientific Instruments, Inc., Columbia, MD

**MP 505** **A New Lipidomics Software Workflow Demonstrates Disrupted Lipogenesis Induced with Drug Treatment in Leukemia Cells;** Mark Sartain[1]; Genevieve Van de Bittner[1]; Xiangdong Li[1]; Jeremy Koelmel[2]; Adithya Murali[1]; Sarah Stow[1]; [1]Agilent Technologies, Santa Clara, CA; [2]Department of Chemistry, University of Florida, Gainesville, FL

**MP 506** **Desorption Electrospray Ionization Coupled to High Field Asymmetric Ion Mobility Mass Spectrometry Imaging for Investigating Cardiolipin Aberrations in Brain Cancer;** Anna C Krieger[1]; Clara Feider[1]; J. Clay Goodman[2]; Livia S. Eberlin[1]; [1]The University of Texas at Austin, Austin, TX; [2]Departments of Pathology & Immunology and Neurology, Houston, TX

**MP 507** **Lipid Profiling of Malaria Samples Using Orbitrap Velos Pro Mass Spectrometer with SimLipid Software;** Ningombam Sanjib Meitei[1, 2]; Himani Gupta[2]; Fatima


Rahlouni[3]; David J. Sullivan[4]; Vladimir Shulaev[3]; [1]PREMIER Biosoft, Palo Alto,, CA; [2]PREMIER Biosoft, Indore, India; [3]University of North Texas, Denton, TX; [4]Bloomberg School of Public Health, Johns Hopkins University, Baltimore, MD

**MP 508 Lipidomics Reveals Site-Specific and Circulatory Lipid Profile Dysregulation in Low Carbohydrate/High Protein Diet when Compared to Western Diet;** Shama Naz[1, 2]; Lise Cougnaud[1, 3]; Fabiana A. Marques[1, 4]; Heng Jiang[5]; Olivia H. Koury[6]; Mathilde Triquigneaux[1]; Andreas Bergdahl[6]; Dajana Vuckovic[1, 2]; [1]Department of Chemistry and Biochemistry, Concordia University, Montréal, QC; [2]The Centre for Biological Applications of Mass Spectrometry (CBAMS), Concordia University, Montréal, QC; [3]Department of Pharmaceutical Science, University of Bordeaux, Bordeaux, France; [4]Institute of Chemistry, University of Sao Carlos, São Carlos, Brazil; [5]The Centre for Biological Applications of Mass Spectrometry (CBAMS),Concordia University, Montréal, QC; [6]Department of Health, Kinesiology and Applied Physiology, Concordia University, Montréal, QC

**MP 509 A Comprehensive Profiling Method for Regulatory Lipid Mediators Using UPLC TimsTOF;** Jun Yang[1]; Xuejun Peng[2]; Debin Wan[1]; Bruce D Hammock[1]; [1]Department of Entomology and Nematology, University of California, Davis, Davis, CA; [2]Bruker Daltonics Inc., San Jose, CA

**MP 510 MRM-Profiling as an Analytical Strategy to Perform the Analysis of Lipids in Extracellular Vesicles;** Madison E. Edwards[1]; Thomas De Luca[2]; Christina R. Ferreira[1]; Tiago J. P. Sobreira[1]; Eric A. Benson[2]; R. Graham Cooks[1]; [1]Purdue University, West Lafayette, IN; [2]Indiana University School of Medicine, Indianapolis, Indiana

**MP 511 Untargeted Lipidomic Profiling of Bis(monoacylglycero) phosphate Lipids in Cancer Cells and Tumor Tissues Point to Transformation Specific Regulation of Acyl Chains;** Megan Showalter[1]; Anastasia Berg[2]; Michael Sa[1]; Hiroshi Tsugawa[3]; Tobias Kind[1]; Kermit Carraway, III[2]; Oliver Fiehn[1]; [1]UC Davis West Coast Metabolomics Center, Davis, CA; [2]Department of Biochemistry and Molecular Medicine UC Davis, Sacramento, CA; [3]RIKEN Center for Sustainable Resource Science, Wako, Japan

**MP 512 Lipids is the Promising Biomarker to Classify HCC Cell Lines' Subtype Using SALDI-MS;** Tao Wang[1]; Jianmin Wu[1]; [1]Zhejiang University, Hangzhou, China

**MP 513 Comprehensive LC-MS Lipidomic Analysis of Viral and Plasma Lipid Alterations in SIV-Infected Rhesus Macaques Treated with and without Antiretroviral Agents;** Yong Jiang[1]; Sijia Tao[1]; Christina Gavegnano[1]; Ruby R Kleinbard[1]; Raymond F Schinazi[1]; [1]Center for AIDS Research, Department of Pediatrics, Emory University, Atlanta, GA

**MP 514 Lipidomic Analysis of IKE-Induced Ferroptosis in Lymphoma Mouse Model;** Fereshteh Zandkarimi[1, 2]; Yan Zhang[3]; Hui Tan[3]; Jacob D. Daniels[4]; Hengrui Liu[3]; Lewis M. Brown[1, 2]; Brent R Stockwell[1, 3]; [1]Department of Biological Sciences, Columbia University, New York, NY; [2]Quantitative Proteomics and Metabolomics Center, New York, NY; [3]Department of Chemistry, Columbia University, New york, NY; [4]Department of Pharmacology,Columbia University Medical Center, New York, NY

**MP 515 Stools Lipid Profiling by HILIC LC-MS/MS – A Step Forward to a Non-Invasive Diagnostic of Diseases;** Justine Hustin[1]; Raphaël La Rocca[1]; Johann Far[1]; Delphine Debois[2]; Edwin De Pauw[1]; Gauthier Eppe[1]; Loïc Quinton[1]; [1]University of Liege, MS Lab - GIGA, MolSys Research Unit, Liege, Belgium; [2]ZenTech S.A., Liege, Belgium

**MP 516 Untargeted Lipidomics Analysis Reveals Effect of Abomasal Omega-3 Fatty Acid Infusion on Bovine Lipidome;** William Myers[1]; Eduardo Rico[1]; Joseph W McFadden[1]; Maria Elena Diaz Rubio[1]; Sheng Zhang[1]; [1]Cornell University, Ithaca, NY

**MP 517 Quantitative Analysis of Phospholipids and Triacylglycerol Lipids by Multiple Reaction Monitoring Profiling (MRM-Profiling);** Zhuoer Xie[1]; Christina R. Ferreira[1]; Alessandra A. Vireque[2]; Tiago J. P. Sobreira[1]; R. Graham Cooks[1]; [1]Purdue University, West Lafayette, IN; [2]Invitra, Assisted Reproductive Technologies Ltd., Ribeirão Preto, Brazil

**MP 518 Separating and Profiling Phosphatidylcholines and Triglycerides from Single Lipid Droplet in HepG2 Cells by In-Tip Solvent Microextraction Mass Spectrometry;** Yaoyao Zhao[1]; Hitoshi Chiba[2]; Shu-Ping Hui[3]; [1]Hokkaido University, Sapporo, Japan; [2]Sapporo University of Health Sciences, Sapporo, Japan; [3]Hokkaido University, Sapporo, Japan

**MP 519 Lipidomic Profiling of Pancreatic Cancer Extracellular Vesicles Reveals Unique Signatures;** Shivani Bansal[1]; Charles P. Hinzman[1]; Michael Girgis[1]; Giorgis Isaac[2]; Nyasha Munjoma[2]; Amrita K. Cheema[1]; [1]Georgetown University Medical Center, Washington, DC; [2]Waters Corporation, Milford, MA

**MP 520 Novel Findings in HILIC Based LC-MS/MS Methods for Targeted Lipidomics Profiling;** Goncalo Vale[1]; Sarah Martin[2]; Mackenzie Pearson[3]; Jeffery G. McDonald[1]; [1]UT Southwestern, Dallas, TX; [2]Agios Pharmaceuticals, Cambridge, MA; [3]Sciex, Redwood City, CA

**MP 521 Development and Deployment of a Lipidomics Platform for the Characterization of Lipid Composition Differences in Strains of Bacillus subtilis;** David Reeves[1, 2]; Suresh Poudel[3]; Robert L. Hettich[1, 3]; [1]University of Tennessee, Knoxville, TN; [2]Oak Ridge National Laboratory, Oak Ridge, TN; [3]Oak Ridge National Laboratory, Oak Ridge, Tennessee

**MP 522 Separation and Detection Method for the Profiling of Glycosphingolipids Using Liquid Chromatography Fluorescence Mass Spectrometry (LC-FLD-MS);** Bela Reiz[1]; Radhika Chakraberty[1, 2]; Randy M. Whittal[1]; Christopher W. Cairo[1, 2]; [1]Department of Chemistry, University of Alberta, Edmonton, Alberta; [2]Alberta Glycomics Centre, Edmonton, Alberta

**MP 523 Combination of Distinctive Features Allows Rapid and Reliable Brain Tumor Tissue Identification;** Anatoly Sorokin[1, 2]; Stanislav Pekov[1, 3]; Vsevolod Shurkhay[1, 4]; Vasiliy Eliferov[1]; Konstantin Bocharov[1]; Veronika Storozhilova[1]; Igor Popov[1, 3]; Alexander Potapov[4]; Eugene (evgeny) Nikolaev[5]; [1]Moscow Institute of Physics and Technology (State University), Dolgoprudny, Russia; [2]Institute of Cell Biophysics RAS, Pushchino, Russia; [3]Institute for Energy Problems of Chemical Physics RAS, Moscow, Russia; [4]N. N. Burdenko Scientific Research Neurosurgery Institute, Moscow, Russia; [5]Skolkovo institute of science and technology, Moscow Region, Russian Federation

**MP 524 Mapping the Lipid Transducers of Exercise in Rats and Human Subjects;** David Gaul[1]; Sam Moore[1]; Alexandra Coomes[2]; Collin Douglas[3]; Karyn Esser[2]; Neil Johannsen[3]; Kate Early[4]; [1]Georgia Institute of Technology, Atlanta, GA; [2]University of Florida, Gainesville, FL; [3]Louisiana State University, Baton Rouge, LA; [4]Columbus State University, Columbus, GA

**MP 525 Development of Phospholipids Profiling of Mouse Tissues by PRM and Quantitative MS1 Multiplexing;** Xiaorong Fu[1]; Goncalo Vale[1]; Jeffrey G. McDonald[1]; Matthew Mitsche[1]; [1]UT Southwestern Medical Center, dallas, Texas; [2]University of Texas Southwestern Medical Center, dallas, Texas

**MP 526 S6K2 Inhibition Causes Lipid Remodeling and Reduced Growth in NRAS Mutant Melanoma Cells;** Delaine M. Zayas-Bazán[1, 2]; Aaron R. Goldman[2]; Yun Hao[2, 3]; Hsin-Yi Chen[2]; Jessie Villanueva[2]; David W. Speicher[2]; [1]University of Pennsylvania, PA, PA; [2]The Wistar Institute, Philadelphia, PA; [3]University of Pennsylvania, Philadelphia



**MONDAY POSTERS**

MP 527    **Rapid and Sensitive Characterization of FAHFA Lipids Using an Untargeted Lipidomics Approach;** Tong Shen[1]; Bryan Roberts[1]; Oliver Fiehn[1]; [1]UC Davis West Coast Metabolomics Center, Davis, CA

MP 528    **Mapping the Algal Lipidome to Expand the Biofuel and Bioproduct Portfolio;** Peter V. Shanta[1]; Steven M. Rowland[1]; Stefanie Van Wychen[1]; Tao Dong[1]; Lieve M. Laurens[1]; [1]National Renewable Energy Laboratory, Golden, CO

MP 529    **Effects of Various Temperature Related Storage Conditions on Human Plasma and Serum Lipid Profile;** Greg B Reis[1]; Jon Rees[1]; Zsuzsanna Kuklenyik[1]; [1]Centers for Disease Control and Prevention, Atlanta, Georgia

## LIPIDS: TARGETED AND QUANTITATIVE ANALYSIS
530-558

MP 530    **MSI and LC-MS Reveals Alterations of Phosphoinositides in Niemann-Pick Disease, Type C1;** Koralege Praneeth Chandimal Pathmasiri[1]; Melissa R Pergande[1]; Fernando Tobias[1]; Stephanie M Cologna[1]; [1]University of Illinois at Chicago, Chicago, IL

MP 531    **Mass Spectrometric Assessment on the Biological Fate of Gemini Surfactants Used as Gene Delivery Agents;** Wei Jin[1]; Mays Al-Dulaymi[1]; Randy Purves[2]; Ildiko Badea[1]; Anas El-Aneed[1]; [1]University of Saskatchewan, Saskatoon, SK; [2]Centre for Veterinary Drug Residues, Canadian Food Inspection Agency, Saskatoon, SK

MP 532    **Ion Suppressing Contaminants Generated by Multiple Injections from the Same Sample Vial Negatively Impact Reverse Phase Based-Lipidomics Experiments;** Peter Benke[1]; Bo Burla[1]; Kim Ekroos[2]; Markus R Wenk[1]; Federico Torta[1]; [1]National University of Singapore, Singapore, Singapore; [2]Lipidomics Consulting Ltd, Esbo, Finland

MP 533    **High-Throughput, Comprehensive Lipid/Protein Composition and Particle Number Analysis of Lipoproteins in Normal and Dyslipidemic Patients;** John R. Barr[1]; Michael Stephen Gardner[1]; Zsuzsanna Kuklenyik[1]; David Schieltz[1]; Antony Lehtikoski[2]; Jennifer Kusovschi[1]; Jon Rees[1]; Christopher Toth[1]; Michael S. Andrews[1]; Bryan M. Parks[1]; James L Pirkle[1]; [1]CDC, Atlanta, GA; [2]Battelle Memorial Institute at the Centers for Disease Control and Prevention, Atlanta, GA

MP 534    **High-Throughput Targeted Lipidomics Analysis of Dihydroceramide Desaturase-1 (DES1) Knockout Mice;** Mackenzie Pearson[1]; Santosh Kapil[1]; Trevor S Tippets[2]; Scott A Summers[2]; [1]Sciex, Redwood City, CA; [2]University of Utah, Salt Lake City, UT

MP 535    **An Inhibitor of iPLA2γ, R-BEL, Prevents Lipid Mediator Generation in the Ileum and Leads to Radiomitigation after Total Body Irradiation.;** Vladimir Tyurin[1]; Yulia Tyurina[1]; Andrew Amoscato[1]; Louis J. Sparovero[1]; Michael Epperly[1]; Claudette St. Croix[1]; Alan Watson[1]; Simon Watkins[1]; Joel Greenberger[1]; Hülya Bayır[1]; Valerian Kagan[1]; [1]University of Pittsburgh, Pittsburgh, PA

MP 536    **P. aeruginosa Lipoxygenase (pLoxA) Generates Ferroptotic Cell Death Signals in Host Human Bronchial Epithelial Cells: LC/MS Study.;** Yulia Tyurina[1]; Dar Haider[1]; Vladimir Tyurin[1]; Andrew Amoscato[1]; Joseph Joseph[1]; Rama Mallampalli[2]; Hülya Bayır[1]; Valerian Kagan[1]; [1]University of Pittsburgh, Pittsburgh, PA; [2]The Ohio State University, Columbus, OH

MP 537    **A Rapid Quantitative Method for Analysis of Oxidation Products of Cholesteryl Linoleate, Total Cholesteryl Esters, and Free Cholesterol by LC-APCI-MS/MS;** Michael Gardner[1]; Jon Rees[2]; Gregory Reis[2]; Lisa G. McWilliams[2]; Zsuzsanna Kuklenyik[2]; John R. Barr[2]; [1]Centers for Disease Control and Prevention, Atlanta, GA; [2]Centers for Disease Control and Prevention, Atlanta, Ga

MP 538    **Improved High-Throughput Targeted Lipidomic Analysis with sMRM Pro Builder;** Santosh Kapil Kumar Gorti[1]; Mackenzie Pearson[2]; Sean seymour[3]; Christie Hunter[4]; Paul Baker[4]; [1]SCIEX, Framingham, MA; [2]Sciex, Framingham, MA; [3]Seymour Data Science, San Francisco, California; [4]Sciex, Redwood City, CA

MP 539    **Enhanced Quantification of LPA 18:1 in Plasma with Differential Mobility Separation Technology;** Cyrus Papan[1]; Joerg Dojahn[1]; Sean Wu[2]; [1]SCIEX, Darmstadt, Germany; [2]Sciex, Framingham, MA

MP 540    **Quantifying the Lipidome for Respiratory Disease: A Rapid and Comprehensive HILIC-Based Targeted Approach;** Giorgis Isaac[1]; Nyasha Munjoma[2]; Lee A Gethings[1]; Robert S Plumb[1]; [1]Waters Corporation, Milford, MA; [2]Waters Corporation, Wilmslow, United Kingdom

MP 541    **Identification and quantitation of Lysophosphatidic Acid Regioisomeric Species in Mouse Plasma;** Juan Aristizabal-Henao[1]; Maria Fernanda Fernandes[1]; Robin E Duncan[1]; Ken D. Stark[1]; [1]University of Waterloo, Waterloo, ON

MP 542    **Combinatorial Chemistry to Synthesize Glycerolipidomic Mixtures with an Arbitrary Number of Components of Known Concentration;** Tom Brenna[1]; Dong Hao Park[1]; [1]University of Texas at Austin, Austin, TX

MP 543    **Semi-targeted Profiling of Fatty Acids Using Picolylamide Derivatization and C30 Reverse Phase Chromatography Coupled with High Resolution Tandem Mass Spectrometry;** Lucas Veillon[1]; Marc O. Warmoes[1]; Philip L Lorenzi[1]; John N Weinstein[1]; [1]MD Anderson Cancer Center, Houston, TX

MP 544    **Ganglioside Lipidomics in Human Dried Blood Spots Utilizing micro-LC/MS and MS/MS;** Asoka Ranasinghe[1]; Celia D'Arienzo[2]; Timothy Olah[2]; [1]Bristol-Myers Squibb Company, Princeton, NJ; [2]Bristol-Myers Squibb Co., Princeton, NJ

MP 545    **Dual Mass Spectrometry as a Tool to Improve Annotation and Quantification in Targeted Plasma Lipidomics;** Liang Gao[1]; Amaury Cazenave-Gassiol[2]; Bo Burla[1]; Markus R Wenk[3]; Federico Torta[3]; [1]Singapore Lipidomics Incubator (SLING), Life Sciences Institute, National University of Singapore, Singapore, Singapore; [2]Department of Biochemistry, Yong Loo Lin School of Medicine, National University of Singapore, Singapore, Singapore; [3]Department of Biochemistry, Yong Loo Lin School of Medicine, National University of Singapore, Singapore, Singapore

MP 546    **Comprehensive Metabolic Profiling of Eicosanoids and Related Fatty Acids of Serum or Plasma by a Widely Targeted LC-MS/MS;** Masaki Yamada[1]; Huan Lin[1]; Takanari Hattori[1]; [1]Shimadzu corp., Kyoto, Japan

MP 547    **FIA-HRMS-Based Lipidomics Method: Comparing Measured Lipid Concentration Calculated Using Parent Molecular Ion Abundance Versus Sum of Product Ions Abundances;** Alexander Triebl[1]; Federico Torta[1]; Himani Gupta[2]; Ningombam Sanjib Meitei[2, 3]; Rupanjan Goswami[2]; [1]Singapore Lipidomics Incubator (SLING), Department of Biochemistry, YLL School of Medicine, National University of Singapore, Singapore; [2]PREMIER Biosoft, Indore, India; [3]PREMIER Biosoft, Palo Alto, CA

MP 548    **Alteration of Lipidome Due to Vitamin B12 Deficiency;** Akash Kumar Bhaskar[1, 2]; Khusbhoo Adlakha[1]; Salwa Naushin[1, 2]; Arjun Ray[1]; Praveen Singh[1, 2]; Monu Kumar[1]; Akanksha Singh[3]; Dipankar Malakar[3]; Christie Hunter[4]; Shantanu Sengupta[1, 2]; [1]CSIR-Institute of Genomics and Integrative Biology, New Delhi, India; [2]Academy of Scientific & Innovative Research, New Delhi, India; [3]SCIEX, Gurgaon, India; [4]Sciex, Redwood City, CA

MP 549    **Analysis of Fatty Acids in GEMM Lymphatic Tumors with Mass Spectrometry: GC-MS Versus LC-MS;** Min Liu[1]; Jayden Cline[1]; Kristen E.N. Scott[1]; David C. Koomen[1]; John M. Koomen[1]; John L. Cleveland[1]; [1]Moffitt Cancer Center, Tampa, FL


**MP 550** Steroid Analysis in Human Plasma: Comparative Evaluation of Sorbent-Based Platforms for Phospholipid Removal; Karolina M. Krasinska[1]; Allis S. Chien[1]; [1]SUMS, Stanford University, Stanford, CA

**MP 551** Fast Supercritical Fluid Chromatography Separation and Shotgun Lipidomics with High Resolution Mass Spectrometry for the Study of Breast Cancer Metastasis; Sheher Mohsin[1]; Ningombam Sanjib Meitei[2]; Peter Siegel[3]; Daina Avizonis[4]; Gaelle Bridon[5]; [1]Agilent Technologies, Schaumburg, IL; [2]PREMIER Biosoft, Indore, India; [3]Goodman Cancer Research Centre, Montreal, QC; [4]Goodman Cancer Research Centre, Quebec, Montreal, Canada; [5]Agilent Technologies, Inc., Wilmington, DE

**MP 552** Analysis, Re-Analysis, and Quantitative Comparison of Lipidomics Using 13C-Labeled Cultures for Internal Standardization.; Peining Xu[1]; Joyce Liu[2]; Sophie Trefely[1, 2]; Clementina Mesaros[3]; Kathryn E. Wellen[2]; Nathaniel W Snyder[1]; [1]Drexel University, Philadelphia, PA; [2]University of Pennsylvania, Philadelphia, PA; [3]University of Pennsylvania, Philadelphia, PA

**MP 553** Stable Isotope Labeling to Study Synaptamide Biosynthesis in Neuronal Cell Culture; Karl R Kevala[1]; Michel Lagarde[2]; Arthur Spector[1]; Hee-Yong Kim[1]; [1]NIAAA/NIH, Rockville, MD; [2]Universite de Lyon, INSA, Lyon, France

**MP 554** in vivo Measurement of Oxylipins in Rat Brain Using Solid-Phase Microextraction and LC-MS; Alexander Napylov[1]; Nathaly Reyes Garces[2]; Mariola Olkowicz[2]; Sofia Lendor[2]; Ezel Boyaci[2]; German Gomez-Rios[2]; Cian Monnin[1]; Mustansir Diwan[3]; Barbara Bojko[2]; Clement Hamani[3]; Janusz Pawliszyn[2]; Dajana Vuckovic[1]; [1]Concordia University, Montreal, Qc; [2]University of Waterloo, Waterloo; [3]Sunnybrook Health Sciences Centre, Toronto, ON; [4]Concordia University, Montreal, QC

**MP 555** A Comparative Lipidomic Analysis between 2D and 3D Cell Culture of Adipocytes Derived from Mouse Primary Cell; Jonghyun Kim[1]; Kyoung-Jin Choi[2]; Sung Bum Park[2]; Yoon-Ju Na[3]; Ki Young Kim[2]; Tae-Young Kim[1]; [1]Gwangju Institute of Science & Technology, Gwangju, South Korea; [2]Therapeutics & Biotechnology Division, Korea Research Institute of Chemical Technology, Daejeon, South Korea; [3]Department of New Drug Discovery and Development, Chungnam National University, Daejeon, South Korea

**MP 556** Comparison of Various Orthogonal Instrumental Approaches to Lipidomics Analysis in Human Blood; Ken Riedl[1]; Ella Lin[1]; Kiran Boyinepally[1]; Ewy Mathe[1]; [1]The Ohio State University, Columbus, OH

**MP 557** Machine Learning Perspectives on Region of Interest Identification and Analysis in DESI Spectrometry; Austin Ahlstrom[1]; John C Price[2]; [1]Brigham Young University, Provo, UT; [2]Brigham Young University, Provo, Utah

**MP 558** Stable Isotope Labeling by Permethylation and Reversed-Phase LC/MS for Relative Quantification of Intact Neutral Glycolipids in Mammalian Cells; Rodell Barrientos[1, 2]; Qibin Zhang[1, 2]; [1]Department of Chemistry and Biochemistry, University of North Carolina at Greensboro, Greensboro, NC; [2]UNCG Center for Translational Biomedical Research, Kannapolis, NC

## METABOLOMICS: IDENTIFICATION OF UNKNOWN METABOLITES
### 559-576

**MP 559** THE SPECTRUM FACTORY: A New Workflow for the Creation of Libraries of Unknown Mass Spectra from Known Precursor Compounds; John M. Halket[1]; Anna M. Caldwell[2]; W. Gary Mallard[3]; Stephen E. Stein[3]; [1]King's College London, London, United Kingdom; [2]King's College London, London, United Kingdom; [3]NIST, Gaithersburg, MD

**MP 560** Using Stable Isotope Labeling to Facilitate Unknown Metabolite Identification: A Case Study of Yeast Gene YNL010W; Wenyun Lu[1]; Yifan Xu[1]; Joshua D. Rabinowitz[1]; [1]Princeton University, Princeton, NJ; [2]DuPont Industrial Biosciences, Wilmington, DE

**MP 561** Novel Deep Annotation Strategies for Non-Targeted Plant Metabolomics Based on High Resolution Mass Spectrometry; Zaifang Li[1]; chunxia Zhao[1]; Xiuqiong Zhang[1]; Yueyi Xia[1]; Hua Zhang[1]; Xin Lu[1]; Guowang Xu[1]; [1]CAS Key Laboratory of Separation Science for Analytical Chemistry, Dalian Institute of Chemical Physics, Chinese Academy of Sciences, Dalian, China

**MP 562** Identification of Metabolites from Averrhoa camambola L. Bark by Combination of Paper Spray & Electrospray Ionization Mass Spectrometry; Syful Islam[1]; Md Badrul Alam[2]; Arif Ahmed[2]; Sunghwan Kim[2]; [1]Department of Chemistry, Kyungpook National University, Daegu, South Korea; [2]Kyungpook National University, Daegu, South Korea

**MP 563** Discovery of Unknown Metabolic Interactions of Microbiota & Human Host – Combining Novel Metabolomics and Chemical Biology Methodologies; Daniel Globisch[1, 2]; Louis P. Conway[1]; Mario S. P. Correia[1]; Caroline Ballet[1]; Neeraj Garg[1]; [1]Uppsala University, Uppsala, Sweden; [2]SciLifeLab, Uppsala, Sweden

**MP 564** Detecting Low Abundant Endogenous Cardiac Steroids from Biological Fluids Using Structure-Based MSn Approach On an OrbitrapTMTribridTM MS; Reiko Kiyonami[1]; Michael Harrington[2]; Alfred Fonteh[2]; Roger Biringer[3]; Andreas Huhmer[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Huntington Medical Research Institutes, Pasadena, CA; [3]LECOM Bradenton, Bradenton, FL

**MP 565** Magnetic Resonance Mass Spectrometry Profiling of Myxobacterial Extracts – Higher Resolution, Deeper Insights?; Chantal Bader[1]; Patrick Haack[1]; Fabian Panter[1]; Matthias Witt[2]; Daniel Krug[1]; Rolf Müller[1]; [1]Helmholtz-Institute for pharmaceutical research Saarland (HIPS), Saarbrücken, Germany; [2]Bruker Daltonik GmbH, Bremen, Germany

**MP 566** Development of a Caenorhabditis elegans Reference Material for Long-Term LCMS Metabolomics Quality Control and Unknown Compound Identification; Goncalo J. Gouveia[1]; Brianna M Garcia[2]; Emerson Ferreira Queiroz[3]; Franklin E. Leach III[4]; David L. Blum[1]; Jean-Luc Wolfender[3]; Lauren M. McIntyre[5]; I. Jonathan Amster[2]; Arthur S. Edison[1]; [1]Department of Biochemistry and Molecular Biology, University of Georgia, Athens, GA; [2]Department of Chemistry, University of Georgia, Athens, GA; [3]School of Pharmaceutical Sciences, University of Geneva, Geneve, Switzerland; [4]Department of Environmental Health Science, University of Georgia, Athens, GA; [5]Department of Molecular Genetics and Microbiology, University of Florida, Gainsville, FL

**MP 567** Novel Psychoactive Substances Detection Using a Novel Multi-Aspect Workflow Solutions; Melissa Montoya[1]; Tim Stratton[1]; [1]Thermo Fisher Scientific, Austin, Texas

**MP 568** Electrochemical Simulation of Phase I Metabolism of Three Novel Cardiovascular Drugs Using UHPLC-MS/MS; Martin Eysberg[1]; Malgorzata Szultka-Młyńska[2]; Jean-Pierre Chervet[1]; [1]Antec Scientific, Boston, MA 02108; [2]Department of Environmental Chemistry and Bioanalytics, Nicolaus Copernicus University, Torun, Poland; [3]Antec Scientific, Zoeterwoude, Netherlands

**MP 569** Enabling Rapid and High-Confidence Metabolite Identification Using HILIC-QTOF Based MS/MS-RT library; Shuang Zhao[1]; Wan Chan[1]; Ulrike Schweiger-Hufnagel[2]; Aiko Barsch[2]; Liang Li[1]; [1]University of Alberta, Edmonton, AB; [2]Bruker Daltonik GmbH, Bremen, Germany


**MP 570** A Complete Workflow for Improved Untargeted Metabolome Annotation and Identification Using Ultra High-Resolution Accurate Mass and LC-MSn Orbitrap-Based Mass Spectrometry; David A. Peake[1]; Reiko Kiyonami[1]; Ioanna Ntai[1]; Amanda Souza[1]; Ralf Tautenhahn[1]; [1]Thermo Fisher Scientific, San Jose, CA

**MP 571** Mass Spectrometry for Identification of Metabolites Secreted by Methamphetamine Treated Human Primary Macrophages; Katarzyna Lech[1]; Katarzyna Pawlak[1,2]; Akou Vei[1]; Emma Harwood[1]; Spencer Marshall Jaquet[1]; Brenda Morsey[1]; Howard S. Fox[1]; Pawel Ciborowski[1]; [1]University of Nebraska Medical Center, Omaha, NE; [2]Faculty of Chemistry, Warsaw University of Technology, Warsaw, Poland

**MP 572** A Method of Calculating Retention Index of the Second Dimension Separation in Comprehensive Two-Dimensional Gas Chromatography Mass Spectrometry; Md Aminul Islam Prodhan[1]; Ahmed A Sleman[1]; Xinmin Yin[1]; Pawel Lorkiewicz[1]; Seongho Kim[2]; Craig McClain[1]; Xiang Zhang[1]; [1]University of Louisville, Louisville, KY; [2]Wayne State University, Detroit, MI

**MP 573** Off-line fractionation of Complex Samples to Improve Depth-of-Coverage and Aid Compound Identification in Metabolomics; Charles R Evans[1]; Brady G Anderson[1]; Maureen T Kachman[1]; [1]University of Michigan, Ann Arbor, MI

**MP 574** Comparison of Different Compound Spectral Libraries with DDA and DIA Analyzed Extracted Plasma for Metabolite Identification; Robert Proos[1]; Khatereh Motamedchaboki[2]; Anthony Romanelli[1]; [1]Sciex, Framingham, MA; [2]Sciex, Redwood City, CA

**MP 575** IROA Approach Enabling Detection of Metabolites Whose Production is Initiated or Ceased in Response to Treatment; Amy L. Lane[1]; Felice de Jong[2]; Chris Beecher[2]; [1]University of North Florida, Jacksonville, FL; [2]IROA Technologies LLC, Bolton, MA

**MP 576** CHO Cell Culture Media Profiling and Unknown Identification by Liquid Chromatography and Accurate Mass High Resolution Mass Spectrometry; Richard Rogers[1]; Xuejun Peng[2]; Guillaume Tremintin[2]; [1]Just Biotherapeutics, Seattle, WA; [2]Bruker Daltonics, San Jose, CA

## PEPTIDES: SEQUENCE ANALYSIS
### 577-584

**MP 577** Applications of a Novel Hydrolysis System for Deconvolution of Cyclotides on a Bead and Super Rapid Amino Acid Analyses; Kiyoshi Nokihara[1]; Yuki Tominaga[1]; Takeshi Kasama[1]; Haruyuki Fujino[1]; Atsushi Kitagawa[1]; [1]HiPep Laboratories, Kyoto, Japan

**MP 578** Electron Transfer Dissociation of Highly Acidic peptides Following Enhanced Protonation Using Chromium(III) with Electrospray Ionization; Surakshya Thapa[1]; Carolyn J. Cassady[1]; [1]University of Alabama, Tuscaloosa, AL

**MP 579** Proteogenomics-Assisted Identification of Novel Variants Peptides after p53 Loss in Wild-Type p53 Harboring Human Melanoma Cell Lines; Satya Saxena[1, 2]; Mohd M Khan[3]; Jakub Faktor[4]; Nathan P Manes[5]; Sachin Kote[3]; Georges Bedran[4]; Javier Alfaro[4]; Aleksandra Nita-lazar[5]; Borek Vojtesek[4]; Theodore Hupp[2,6]; David R. Goodlett[2,3]; [1]Deurion LLC, Seattle, WA; [2]International Centre for Cancer Vaccine Science, University of Gdansk, Gdansk, Poland; [3]University of Maryland, Baltimore, MD; [4]RECAMO, Brno, Czech Republic; [5]NIH/NIAID, Bethesda, MD; [6]University of Edinburgh, Edinburgh, United Kingdom

**MP 580** Analysis Platform for accurate amino acid sequencing combining with a benchtop MALDI-TOF MS and N-/C-terminal sequencing; Nanami Sakashita[1]; Tomoko Kuriki[1]; Brian J. Field[2]; Yuzo Yamazaki[1]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Shimadzu Scientific Instruments, Inc., Columbia, MD

**MP 581** Advances in Structural Elucidation Techniques for the Characterization of Cystine-Knot Peptides; Sarah J Robinson[1,2]; Christopher M Crittenden[1]; [1]Small Molecule Pharmaceutical Sciences, Genentech Inc., South San Francisco, CA; [2]Discovery Chemistry, Genentech Inc., South San Francisco, CA

**MP 582** Characterization of Five Commonly Used Chymotrypsins; Yunyun Zhu[1]; Alexander S. Herbert[2, 3, 4]; Joshua J Coon[2,3,4,6]; [1]University of Wisconsin-Madison, Madison, WI; [2]Genome Center of Wisconsin, Madison, WI; [3]Department of Biomolecular Chemistry, University of Wisconsin-Madison, Madison, WI; [4]Department of Biochemistry, University of Wisconsin,, Madison, WI; [5]Department of Chemistry, University of Wisconsin, Madison, WI

**MP 583** Structural Characterization of Cyclic Peptides Using a Quadrupole Time-of-Flight Mass Spectrometer; Toshiya Matsubara[1]; Yusuke Inohana[1]; Ichiro Hirano[1]; [1]Shimadzu Corporation, Kyoto, Japan

**MP 584** Investigating the Cleavage Capability of the Proteases LysN, LysArginase and Chymotrypsin in Complex, Biotinylated Samples; Peter Schein[1]; Volkmar Gieselmann[1]; Marc Sylvester[1]; [1]Institute of Biochemistry and Molecular Biology, Rheinische Friedrich-Wilhelms University of Bonn, Bonn, Germany

## PEPTIDOMICS
### 585-598

**MP 585** Multiplex Dimethylated Leucine (DiLeu) Isobaric Tags to Probe Neuropeptidomic Response to Copper Toxicity in the Blue Crab, Callinectes sapidus; Chris Sauer[1]; Lingjun Li[1]; [1]University of Wisconsin-Madison, Madison, WI

**MP 586** Single Amino Acid Variant Discovery in 9 Panc-1 Cells; Zhijing Tan[1]; Xinpei Yi[2]; Nicholas J. Carruthers[3]; Paul M. Stemmer[3]; David M. Lubman[4]; [1]University of Michiagan, Ann Arbor, MI; [2]University of Chinese Academy of Sciences, Beijing, China; [3]Wayne State University, Detroit, Michigan; [4]University of Michigan, Ann Arbor, MI

**MP 587** Capillary Zone Electrophoresis-Tandem Mass Spectrometry for Large-Scale Phosphoproteomics with over 11,000 Phosphopeptides IDs from the Colon Carcinoma HCT116 Cell Line; Daoyang Chen[1]; Katelyn R. Ludwig[2]; Oleg V. Krokhin[3]; Vic Spicer[3]; Zhichang Yang[1]; Xiaojing Shen[1]; Amanda B. Hummon[4]; Liangliang Sun[1]; [1]Department of Chemistry, Michigan State University, East Lansing, MI; [2]Department of Chemistry and Biochemistry, University of Notre Dame, Notre Dame, IN; [3]Manitoba Centre for Proteomics and Systems Biology, University of Manitoba, Winnipeg, Manitoba; [4]Department of Chemistry and Biochemistry, Comprehensive Cancer Center, The Ohio State University, Columbus, OH

**MP 588** Single Cell MALDI MS Neuropeptidomics of the Aplysia Californica; Peter Andersen[1]; Thanh Do[2]; Stanislav S Rubakhin[1]; Jonathan V. Sweedler[1]; [1]University of Illinois at Urbana Champaign, Urbana, IL; [2]University of Tennessee, Knoxville, TN

**MP 589** Increasing the Analysis Depth of the HLA-Associated Peptide Repertoire by LC-MS/MS; Chris D McGann[1]; Scott P Goulding[1]; Lia R Serrano[1]; Michael R Nelson[1]; Aman Makaju[2]; Jennifer G Abelin[1]; Terri A Addona[1]; [1]Neon Therapeutics, Cambridge, MA; [2]Thermo Fisher Scientific, San Jose, CA

**MP 590** Detection of Ultra-Low Abundance Epitopes by Parallel Reaction Monitoring (PRM); Jonas Förster[1,2]; Nitya Mohan[1,2]; Rebecca Köhler[1,3]; Mogjib Salek[1,3]; Angelika B. Riemer[1,3]; [1]German Cancer Research Center (DKFZ), Heidelberg, Germany; [2]Faculty of Biosciences, Heidelberg University, Heidelberg, Germany, Heidelberg, Germany; [3]Molecular Vaccine Design, German Center for Infection


*Research (DZIF), partner site Heidelberg, Heidelberg, Germany, Heidelberg, Germany*

**MP 591 A Mass Spectrometry Based Platform for Differential Diagnostics of Hypertensive Pregnancy Complications via Urine Peptidome Profiling;** Alexey Kononikhin[1, 2, 3]; Victoria Sergeeva[3, 4]; Natalia Starodubtseva[1, 2]; Maria Indeykina[2, 4]; Anna Bugrova[1, 4]; Natalia V. Zakharova[1]; Vitaly Chagovets[1]; Igor Popov[1, 2]; Vladimir Frankevich[1]; Eugene (evgeny) Nikolaev[5]; [1]V. I. Kulakov National Medical Research Center for Obstetrics, Gynecology and Perinatology, Ministry of Healthcare of the Russian Federation, Moscow, Russia; [2]Moscow Institute of Physics and Technology (State University), Dolgoprudny, Russia; [3]V.L. Talrose Institute for Energy Problems of Chemical Physics, Russian Academy of Sciences, Moscow, Russia; [4]Emanuel Institute for Biochemical Physics, Russian Academy of Sciences, Moscow, Russia; [5]Skolkovo Institute of science and technology, Moscow Region, Russian Federation

**MP 592 Enhanced Detection of Short and Hydrophilic Peptides Fraction Using Porous Graphitic Carbon;** Susy Piovesana[1]; Carmela Maria Carmela Maria Montone[2]; Chiara Cavaliere[2]; Giorgia La Barbera[2]; Aldo Laganà[2]; Anna Laura Capriotti[2]; Carlo Crescenzi[3]; [1]Department of Chemistry, Università di Roma "La Sapienza", Rome, Italy; [2]Department of Chemistry, Università di Roma "La Sapienza", Rome, Italy; [3]Salerno University, Fisciano (SA), Italy

**MP 593 Intraspecific Comparison of the Venom Peptidome of Conus purpurascens;** Meghan K. Grandal[1, 2]; Mickelene F. Hoggard[1]; Frank Marí[1]; [1]National Institute of Standards and Technology, Charleston, SC; [2]Medical University of South Carolina, Charleston, SC

**MP 594 Optimized Mild Acid Elution and Sample Clean-Up of MHC Immunopeptides with Trapped Ion Mobility Spectrometry(tims)-TOF;** Teesha C Luehr[1]; Queenie Chan[1]; Leonard J Foster[1]; [1]University of British Columbia, Vancouver, BC

**MP 595 Quantitative Analysis of the Isoforms of the Master Iron Regulator Hepcidin in a Clinically Actionable Time Frame;** Robert Trengove[1, 2]; Garth Maker[3, 4]; [1]Murdoch University, Murdoch, Australia; [2]Australian National Phenome Centre, Murdoch University, Perth, Australia; [3]Murdoch University, Perth, Australia; [4]Medical, Molecular and Forensic Sciences, Murdoch University, Murdoch, Australia

**MP 596 Mass Spectrometry Based Immunopeptidomics - Accelerating the Development of Personalized Cancer Immunotherapy;** Michal Bassani-stemberg[1, 2]; Markus Müller[3]; Florian Huber[1, 2]; Brian Stevenson[3]; Julien Racle[4]; Justine Michaux[1, 2]; Chloe Chong[1, 2]; David Gfeller[4, 5]; George Coukos[1, 2]; [1]Department of Oncology, University Hospital of Lausanne, Lausanne, Switzerland; [2]Ludwig Institute for Cancer Research, Lausanne, Switzerland; [3]Vital IT, Swiss Institute of Bioinformatics, Lausanne, Switzerland; [4]Department of Oncology, University of Lausanne, Lausanne, Switzerland; [5]Swiss Institute of Bioinformatics, Lausanne, Switzerland

**MP 597 Characterization of Human Pancreatic Islet Peptidome Using Parallel Accumulation-Serial Fragmentation (PASEF) and Trapped Ion Mobility Spectrometry;** Elena V. Romanova[1]; Stanislav S Rubakhin[1]; David H. Mast[1]; Jonathan V. Sweedler[1]; [1]University of Illinois at Urbana-Champaign, Urbana, IL

**MP 598 Enrichment of Zinc Finger Proteins by IMAC;** Stephanie Miller Lehman[1]; Josue Baeza[1]; Geoffrey P. Dann[1]; Benjamin A Garcia[1]; [1]University of Pennsylvania, Philadelphia, PA

**PHOSPHOPEPTIDES: ENRICHMENT METHODS**
599-603

**MP 599 A Novel Automated and Highly Selective Phosphopeptide Enrichment Strategy for Successful Phosphopeptide Identification and Phosphosite Localization;** Shuai Wu[1]; Kenneth Newton[1]; Linfeng Wu[1]; Jordy J. Hsiao[1]; Valery G. Voinov[2, 3]; Joseph S. Beckman[2, 3]; [1]Agilent Technologies, Santa Clara, CA; [2]e-Msion Inc., Corvallis, OR; [3]Oregon State University, Corvallis, OR

**MP 600 A Scalable Phosphopeptide Enrichment Strategy for Multiplexed Quantitative Phosphoproteomics;** Alison Erickson[1]; Brian Erickson[1]; Craig Braun[1]; Ryan Kunz[1]; [1]IQ Proteomics LLC, Cambridge, MA

**MP 601 Large Scale EasyPepTM MS Sample Preparation for Phosphopeptide Enrichment Workflows;** Amarjeet Flora[1]; Ryan D. Bomgarden[1]; Sergei Snovida[1]; Ashok Salunkhe[1]; John C. Rogers[1]; [1]Thermo Fisher Scientific, Rockford, IL

**MP 602 Development of Fully Automated and High-Throughput Workflow for Phosphoproteomics;** Stoyan Stoychev[1, 2]; Ireshyn Govender[1]; Previn Naciker[1]; Sindisiwe Buthelezi[1]; Sipho Mamputha[1]; Isak Gerber[1, 2]; Justin Jordaan[2]; [1]CSIR, Pretoria, South Africa; [2]ReSyn BioSciences, Pretoria, South Africa

**MP 603 Using Quantitative Phosphoproteomics to Understand Key Phosphorylation Signaling Pathways in HCT116 Cells after Chemotherapy Drug Treatment;** Brian T Mullis[1]; Lim Andrew Lee[2]; Rebekah J Woolsey[3]; David R Quilici[3]; Qian Wang[1]; [1]University of South Carolina, Columbia, SC; [2]Integrated Micro-Chromatography Systems, Irmo, SC; [3]Mitch Hitchcock, Ph.D. Nevada Proteomics Center, Reno, NV

**PLANT "OMICS"**
604-626

**MP 604 Discovering Putative Mode of Action of Plant Protection Genes Using Metabolomics;** Jan Hazebroek[1]; Teresa Harp[1]; Chris Vlahakis[1]; Leandro Perugini[1]; Girma Tabor[1]; [1]Corteva Agriscience, Johnston, IA

**MP 605 Drought Metabolomics of Susceptible and Tolerant Soybean Cultivars;** Kevin J. Zemaitis[1]; Philip Lindhorst[1]; Troy D. Wood[1]; [1]University at Buffalo, Buffalo, NY

**MP 606 Application of Data-Independent Acquisition Approach to Study the Proteome Dynamics of Plant Pathogenesis Responses;** Kai-ting Fan[1]; Kuo-Hsin Wang[1]; Wei-Hung Chang[1]; Jhih-Ci Yang Yang[1, 2]; Ching-Fang Yeh[1]; Kai-Tan Cheng[1]; Sheng-Chi Hung[1, 3]; Yet-Ran Chen[1]; [1]Agricultural Biotechnology Research Center, Academia Sinica, Taipei, Taiwan; [2]National Chiao Tung University, Hsinchu, Taiwan; [3]Institute of Biotechnology, National Taiwan University, Taipei, Taiwan

**MP 607 Using SWATH-MS to Understand Global Proteome Changes in Barley Lines with Reduced Storage Protein Synthesis;** Utpal Bose[1]; Keren Byrne[1]; Malcolm J. Blundell[2]; Crispin A. Howitt[2]; Michelle L. Colgrave[1]; [1]Agriculture and Food, CSIRO, St Lucia, Australia; [2]Agriculture and Food, CSIRO, Canberra, Australia

**MP 608 Dynamic Proteome Response of Different Rice Varieties to Drought Stress;** Sara Hamzelou[1]; Dana Pascovici[1]; Mehdi Mirzaei[1]; Ardeshir Amirkhani[1]; Matthew J. McKay[1]; Brian J. Atwell[1]; Paul A. Haynes[1]; [1]Macquarie University, North Ryde, Australia

**MP 609 Simple and High-Throughput Method for Plant Metabolites by PESI/MS/MS: First Application to Plant Metabolite Analysis and Agricultural Industry;** Ryota Harada[1]; Moeko Taki[1]; Yumi Hayashi[2, 3]; Kei Zaitsu[2]; Katsuhiro Shiratake[1]; [1]Laboratory of Horticultural Science, Graduate School of Bioagricultural Sciences, Nagoya University, Nagoya, Japan; [2]In Vivo Real-Time Omics Laboratory, Institute for Advanced Research, Nagoya*

University, Nagoya, Japan; [3]Pathophysiological Laboratory Sciences, Department of Radiological and Medical Laboratory Sciences, Nagoya University Graduate School of Medicine, Nagoya, Japan

MP 610 **Dissection of Flag Leaf Metabolic Shifts and Relationship with Those Occurring Simultaneously in Developing Seed by Application of Non-Targeted Metabolomics**; Chaoyang Hu[1]; Jianxin Shi[2]; Yue Song[3]; Shan-an Chan[4]; [1]Ningbo University, Ningbo, China; [2]Shanghai Jiao Tong University, Shanghai, China; [3]Agilent Technologies, Shanghai, China; [4]Agilent Technologies, Taipei, Taiwan

MP 611 **Metabolic Disturbance in the Beet Necrotic Yellow Vein Virus/Sugar Beet Pathosystem**; Fabio C. Chaves[1]; Kimberly M. Webb[2]; William M. Wintermantel[3]; Lisa M Wolfe[1]; Linxing Yao[1]; Corey D. Broeckling[1]; [1]Proteomics and Metabolomics Facility of Colorado State University, Fort Collins, CO; [2]USDA-ARS, Soil Management and Sugar Beet Research Unit, Fort Collins, CO; [3]USDA-ARS, Crop Improvement and Protection Research Unit, Salinas, CA

MP 612 **Phosphoproteomics Reveals the Downstream Phosphorylation Signaling Targets of the Lectin Receptor-Like Kinase PtLecRLK1 Involved in Plant / Mycorrhizal symbiosis**; Him K Shrestha[1]; Paul Abraham[2]; Jin-Gui Chen[2]; Robert L. Hettich[2]; [1]University of Tennessee, Knoxville, TN; [2]Oak Ridge National Laboratory, Oak Ridge, TN

MP 613 **A Quantitative Strategy for Deep Coverage of the Algal Phosphoproteome**; Megan M. Ford[1]; Emily G. Werth[1]; Leslie M. Hicks[1]; [1]University of North Carolina, Chapel Hill, NC

MP 614 **Characterization and Identification of Di-Isodityrosine and Pulcherosine Cross-linkages Occurring in the Plant Cell Wall Extensin Scaffold**; Lawrie Gainey[1]; Steven D. Hartson[1]; Michelle English[2]; Marshall Bern[2]; Andrew J. Mort[1]; [1]Oklahoma State University, Stillwater, OK; [2]Protein Metrics Inc., San Carlos, CA

MP 615 **Enhancement of Nodule-Specific Cysteine-Rich Peptide Detection in Medicago truncatula by MALDI-MSI through Inclusion of a Simple Wash**; Caitlin Keller[1]; Nhu Q. Vu[1]; Bailey Kleven[1]; Sanhita Chakraborty[1]; Junko Maeda[1]; Dhileepkumar Jayaraman[1]; Michael R. Sussman[1]; Jean-Michel Ané[1]; Lingjun Li[1]; [1]University of Wisconsin-Madison, Madison, WI

MP 616 **Elucidating Protein-Protein Interactions in Chlamydomonas reinhardtii Using Immunoprecipitation and Liquid Chromatography-Mass Spectrometry**; Anthony A Iannetta[1]; Leslie M Hicks[1]; [1]University of North Carolina, Chapel Hill, NC

MP 617 **Development and Characterization of IR-MALDESI Specifically for Mass Spectrometry Imaging of Plants**; Michael C Bagley[1]; Rika S Judd[1]; Anna N Stepanova[1]; Yogini S Jaiswal[2]; Måns Ekelöf[1]; Kenneth P Garrard[1]; Leonard L Williams[2]; Jose M Alonso[1]; De-Yu Xie[1]; David C Muddiman[1,3]; [1]North Carolina State University, Raleigh, NC; [2]Center for Excellence in Post Harvest Technologies, North Carolina Agricultural and Technical State University, The North Carolina Research Campus, Kannapolis, North Carolina; [3]Molecular Education, Technology, and Research Innovation Center (METRIC), North Carolina State University, Raleigh, NC

MP 618 **Proteoform Profiling of Canadian Breadwheat Glutenins Reveals Unexpected C-Terminal Tyrosine Truncation in Low Molecular Weight Glutenins**; Ray Bacala[1,2]; Katherine Cordova[1]; Helene Perreault[2]; Dave Hatcher[1]; [1]Canadian Grain Commission, Winnipeg, MB; [2]Department of Chemistry, University of Manitoba, Winnipeg, MB

MP 619 **The Metabolome of Early Season Sorghum Plant Tissue is Predictive of End of Season Biomass**; Amy M Sheflin[1]; Stephen Kresovich[2]; Ismail Dweikat[3]; Ellen Marsh[3]; Daniel Schachtman[3]; Jessica Prenni[1]; [1]Colorado State University, Fort Collins, CO; [2]Clemson University, Clemson, SC; [3]University of Nebraska Lincoln, Lincoln, NE

MP 620 **Proteomic Analysis of Translational Control of Gene Expression under Light Treatment in Arabidopsis thaliana**; Yixiang Zhang[1,2]; Xuhong Yu[3]; Scott D. Michaels[3]; Jonathan C. Trinidad[1,2]; [1]Department of Chemistry, Indiana University, Bloomington, IN; [2]Laboratory for Biological Mass Spectrometry, Indiana University, Bloomington, IN; [3]Department of Biology, Indiana University, Bloomington, IN

MP 621 **Regulation at the Plant-Microbe Interface: Discovery and Characterization of Signaling Polypeptides Using High-Performance Tandem Mass Spectrometry**; Paul E. Abraham[1]; Suresh Poudel[1]; Anna Matthiadis[1]; Udaya Kalluri[1]; Robert L. Hettich[1]; [1]Oak Ridge National Laboratory, Oak Ridge, TN

MP 622 **Profiling of Histone Acetylation and Methylation Marks Associated with Embryo and Aleurone Tissue-Specific Epigenetic Regulation of Seed Dormancy in Wheat**; Michelle Rampitsch[1]; Mei Huang[1]; Yao Zhen[1]; Nataša Radovanovic[1]; Wayne Xu[1]; Christof Rampitsch[1]; Natalia V. Bykova[1]; [1]Agriculture and Agri-Food Canada, Morden, Manitoba

MP 623 **Metabolome-Based Genome Wide Association Profiling of Innate Immunity in Rice**; Joshua Blakeslee[1]; Pengfei Bai[2]; Yun Li[1]; Matthew Bernier[2]; Guo-Liang Wang[2]; [1]The Ohio State University, Wooster, OH; [2]The Ohio State University, Columbus, OH

MP 624 **Molecular and Microbial Responses to Drought in Field-Grown Sorghum**; Kim K. Hixson[1]; Kristin M. Engbrecht[1]; Daniel J. Orton[1]; Kent J. Bloodsworth[1]; Aivett Bilbao[1]; Joon-Yong Lee[1]; Young-Mo Kim[1]; Jamie R. Nunez[1]; Bryan A. Stanfill[1]; Erika M. Zink[1]; Karl K. Weitz[1]; Ling Xu[2,3]; Pubudu P. Handakumbura[1]; Mary A. Madera[2]; Julie A. Sievert[4]; Joy Hollingsworth[4]; Ronald J. Moore[1]; Ryan S. Renslow[1]; Thomas O. Metz[1]; Ljiljana Pasa-Tolic[1]; Robert Hutmacher[5]; Jeffery A. Dahlberg[4]; Devin Coleman-Derr[2,3]; Peggy G. Lemaux[2]; Christer Jansson[1]; [1]Pacific Northwest National Laboratory, Richland, WA; [2]University of California, Berkeley, Berkeley, CA; [3]US Department of Agriculture-Agricultural Research Service, Albany, CA; [4]Kearney Agricultural Research & Extension Center, Parlier, CA; [5]Westside Research & Extension Center, University of California, Davis, Five Points, CA

MP 625 **Utilization of Substructure Identification through MSn Analysis for Unknown Structure Determination Assisted with in silico Fragmentation Prediction**; Tim Stratton; Thermo Fisher Scientific, San Jose, CA

MP 626 **Spatial Distribution Mapping of Molecules in the Grains of Different Rice Landraces, Using Desorption Electrospray Ionization Mass Spectrometry**; Arunan Suganya[1]; Debal Deb[2]; Thalappil Pradeep[1]; [1]Indian Institute of Technology - Madras, Chennai, India; [2]Centre for Interdisciplinary Studies, Barrackpore, Kolkata 700 123, India

## POLYMERS
### 627-639

MP 627 **Gaseous Polylactide Ions Retain Structural Memory of How They Were Produced by ESI: An Ion Mobility Spectrometry/Molecular Dynamics Simulation Study**; Quentin Duez[1,2]; Haidy Metwally[2]; Sébastien Hoyas[1]; Vincent Lemaur[1]; Jérôme Cornil[1]; Pascal Gerbaux[1]; Lars Konermann[2]; Julien De Winter[1]; [1]University of Mons, Mons, Belgium; [2]University of Western Ontario, London , ON

MP 628 **Analysis of an Ethoxylated Capyrilic/Capric Polyglyceride Surfactant Mixture via Liquid Chromatography Coupled to Ion Mobility Mass Spectrometry**; Jason Michael O'neill[1]; Chrys Wesdemiotis[1]; [1]The University of Akron Chemistry Department, Akron, OH



**MP 629 A Mass Spectrometry Imaging Method for Visualizing Synthetic Polymers Combining with Kendrick Mass Defect Analysis;** Takaya Satoh[1]; Sayaka Nakamura[2]; Thierry Fouquet[2]; Hiroaki Sato[2]; Yoshihisa Ueda[3]; Mike H. Frey[4]; [1]JEOL Ltd. MSBU Application division Group1, Akishima, Tokyo, Japan; [2]Research Institute for Sustainable Chemistry, National Institute of Advanced Industrial Science and Technology, Tsukuba, Japan; [3]JEOL Ltd. MSBU,, Akishima, Japan; [4]JEOL USA, Inc., Peabody, MA

**MP 630 Molecular Coding/Decoding of Oligomer Sequences via Advanced Polymer Chromatography – Ion Mobility Separation - Mass Spectrometry Hyphenation;** Marie-Theres Picker[1]; Chiel Mertens[2]; Filip Du Prez[2]; Dirk Kuckling[1]; [1]Paderborn University, Paderborn, Germany; [2]Ghent University, Ghent, Belgium

**MP 631 Characterization of MQ Silicone Resins by GPC-MALDI-MS;** Tianlan Zhang[1]; Wei Gao[1]; Donald Eldred[2]; Tom Bekemeier[2]; [1]The Dow Chemical Co, Collegeville, PA; [2]Dow Chemical Company, Auburn, MI

**MP 632 Molecular Characterization of Oligomeric Pyrolysis Compounds of Ethyl Acrylate-Butyl Acrylate Copolymer Using Thermal Desorption/Pyrolysis DART-MS;** Chikako Takei[1]; Kenichi Yoshizawa[1]; Sayaka Nakamura[2]; Hiroaki Sato[2]; Hajime Ohtani[3]; [1]BioChromato, Inc., Fujisawa, Japan; [2]National Institute of Advanced Industrial Science and Technology, Tsukuba, Japan; [3]Nagoya Institute of Technology, Nagoya, Japan

**MP 633 Structural Elucidation of Multiply Charged Gaseous Organosilicon Cations via Solution Phase Additives;** Tanya Habitz[1]; Ron Tecklenburg[1]; John Stutzman[1]; [1]The Dow Chemical Company, Midland, MI

**MP 634 Optimizing the Performance of Organic Memory Devices – A Complementary Multi-Technique Analytical Approach;** Lothar Veith[1]; Minye Jin[1]; Hans Joachim Räder[1]; Jasper Michels[1]; Rüdiger Berger[1]; Paul Blom[1]; Tanja Weil[1]; [1]Max Planck Institute for Polymer Research, Mainz, Germany

**MP 635 A Study on Matrix Preparation towards MALDI-Imaging of Synthetic Polymer Samples;** Toshiji Kudo[1]; Takashi Nirasawa[2]; Shigeru Sakamoto[1]; [1]Bruker Japan K.K., Yokohama, Japan; [2]Bruker Japan K.K., Yokohama, Japan

**MP 636 A High Performance Liquid Chromatography/Mass Spectrometry (LC/MS) Method for the Characterization of Stressed Polysorbate 20 and 80;** Paul W. Brown[1]; Yan He[1]; Olga Friese[2]; Jason Rouse[3]; [1]Pfizer, Wildwood, MO; [2]Pfizr, Wildwood, MO; [3]Pfizer, Andover, MA

**MP 637 Chemical Depolymerization and Analysis of Synthetic and Natural Insoluble Polymers by 1D and 2D High Resolution FT-ICR Mass Spectrometry;** Ziad Mahmoud[1]; Sergui Mansour[1]; Fabrice Bray[1]; Laëtitia Chausset-Boissarie[1]; Christian Rolando[2]; [1]Université de Lille, Villeneuve d'Ascq, France; [2]Univ. de Lille, Sciences et Technologies, Villeneuve D'ascq, France

**MP 638 Determination of the Detailed Electron Impact Fragmentation Pathways for Mercaptopropyl and Chloropropyl Containing Silane Coupling Agents and Siloxane Polymers;** Ron Tecklenburg[1]; Tanya Habitz[1]; [1]The Dow Chemical Company, Midland, MI

**MP 639 ケンドリック: "Kendo" Open File for the Advanced Kendrick Mass Defect Analysis of Mass Spectra From Polymeric Materials;** Thierry Nicolas Jean Fouquet[1]; Sayaka Nakamura[1]; Robert Cody[2]; Hiroaki Sato[1]; [1]National Institute of Advanced Industrial Science and Technology (AIST), Tsukuba, Japan; [2]JEOL USA, Inc., Peabody, MA

## PROTEIN THERAPEUTICS: QUANTITATIVE ANALYSIS I
### 640-659

**MP 640 Effect of Amino Acid Supplementation on Host Cell Protein Profile for Recombinant *Pramlintide concatemer* Production in *E. coli*;** Rohan Shah[1]; Saurabh Nagpal[2]; Anurag Rathore[1]; Jashwant Kumar[1]; [1]Indian Institute of Technology, delhi, India; [2]Agilent Technologies, Gurgaon, India

**MP 641 Compiling a Method Toolbox to Improve Detection of Host Cell Proteins;** Martha Stapels[1]; Helena Awad[1]; Michelle Busch[1]; Joanne Cotton[1]; Fateme Tousi[1]; [1]Sanofi, Framingham, MA

**MP 642 Monitoring of Non-Human Glycan Motif in Biotherapeutics for Immunogenicity Prediction;** Unyong Kim[1]; Myung Jin Oh[2, 3]; Nari Seo[2, 3]; Hyun Joo An[2, 3]; [1]GLYCAN Co., Ltd., Seongnam, South Korea; [2]Asia-Pacific Glycomics Reference Site, Daejeon, South Korea; [3]Chungnam National University, Daejeon, South Korea

**MP 643 Quantitative Analysis of Intact Monoclonal Antibodies from Mouse Serum Using LC/MS and CE/MS Techniques;** David Wong[1]; Omar S. Barnaby[2]; Mei Han[3]; Yanan Yang[1]; Christopher A. James[1]; [1]Agilent Technologies, Inc., Santa Clara, CA; [2]Amgen, Inc., Thousand Oaks, CA; [3]Amgen Inc., South San Francisco, CA; [4]Amgen, Inc., Thousand Oaks, CA

**MP 644 Spatially-Resolved, 3D-Printed Micro-Sampling Coupled to Sensitive Nano-LC-MS to Quantify the Absolute Levels of Heterogeneous Distribution of mAb/Targets in Tissues;** Ming Zhang[1]; Bo An[1]; Jun Qu[1]; [1]SUNY at Buffalo, Buffalo, NY

**MP 645 Characterization of Commercial Vaccines by Charge Detection Mass Spectrometry;** Kevin Bond[1]; Che-Yen (Joe) Wang[2]; Martin F Jarrold[1]; [1]Indiana University Bloomington, Bloomington, IN; [2]Indiana University, Bloomington, IN

**MP 646 High-Resolution Isolation LC/SRM-MS Enabled Improved Selectivity via the Isolated Isotopic Precursor/Product Transitions;** Shihan Huo[1]; Jie Pu[1]; Ming Zhang[1, 2]; Xiaoyu Zhu[1]; Jun Qu[1,2]; [1]University at Buffalo, Buffalo, NY; [2]New York State Center of Excellence in Bioinformatics & Life Sciences, Buffalo, NY

**MP 647 A Peptide Mapping Based Quality-by-Design Study of Biopharmaceuticals Oxidation during Formulation Development;** Bo Zhai[1]; Danika Rodrigues[2]; Dwaine Banlon[2]; Andrew D Mahan[1]; Stuart Ember[2]; Jeffrey Brelsford[1]; Santosh Thakkar[2]; Hirsh Nanda[1]; [1]Janssen Research & Development, Cell & Developability Sciences, Spring House, PA; [2]Janssen Research & Development, Large Molecule Drug Product Development, Malvern, PA; [3]Janssen Research & Development, Manufacturing and Applied Statistics, Spring House, PA

**MP 648 A Generic Anti-Peptide Capture Coupled to LC/MS MRM for Low Level Pharmacokinetic Measurements of Therapeutic Proteins;** Bao-Jen Shyong[1]; Weixun Wang[2]; Huaibing He[2]; Bernard Choi[2]; Lucinda Hittle[2]; Kevin Bateman[1]; Daniel Spellman[1]; [1]Merck & Co., Inc., West Point, PA; [2]Merck & Co., Inc., Rahway, NJ

**MP 649 Comparison of Methods for Plate-Based Capture and Quantification of Monoclonal Antibodies by LC-MS;** Nicolas Caffarelli[1]; Yue Lu[1]; Pegah Jalili[1]; Thomas Juehne[1]; Jeffrey Turner[1]; Kevin Ray[1]; [1]MilliporeSigma, St. Louis, MO

**MP 650 Engineering the XS® Pichia Expression System to Reduce Host Cell Protein Impurities in Biopharmaceuticals Production;** Sylwia Jozwiak[1]; Katrien Claes[2]; Christoph Kiziak[2]; James Graham[1]; [1]Research and Development, Pharma&Biotech, Lonza Biologics plc, Slough, United Kingdom; [2]Research and Development Microbial, Pharma&Biotech, Lonza AG, Visp, Switzerland



MP 651 **A High-Resolution Multi-Attribute Method for Product Characterization, Process Characterization, and Quality Control of Therapeutic Proteins;** Xiaoyan Guan[1]; Le Zhang[1]; Da Ren[1]; Tamer Eris[1]; [1]Amgen, Thousand Oaks, CA

MP 652 **The Development of a Point-of-Need Miniaturized ESI-MS for Upstream Bioprocessing Applications;** Richard W Mosley[1]; Alex I McIntosh[1]; [1]Microsaic Systems, Woking, United Kingdom

MP 653 **Evaluation of nSMOL Methodology for the Analysis of the mAb Bevacizumab in Human Plasma by LC-MS/MS;** Mike Buonarati[1]; Stephen Kurzyniec[2]; Vikki Johnson[2]; Reed Lyon[1]; Laurence M. Brill[1]; Dale Schoener[1]; [1]Intertek Pharmaceutical Services, San Diego, CA; [2]Shimadzu Scientific Instruments, Inc, Carlsbad, CA

MP 654 **Comprehensive and Streamlined Approach for Host Cell Protein Identification and Quantification;** Sean McCarthy[1]; Zoe Zhang[2]; Lei Xiong[2]; Elliott Jones[2]; [1]SCIEX, Framingham, MA; [2]Sciex, Redwood City, CA

MP 655 **Tandem Quadrupole MS for the Quantification of Monoclonal Antibody Subunit Light Chains in Plasma;** Caitlin M Dunning[1]; Mary E Lame[1]; Yun W Alelyunas[1]; Mark D Wrona[1]; [1]Waters Corporation, Milford, MA

MP 656 **Comparison of Sample Preparation Methods for Hybrid Ligand Binding Assay-Liquid Chromatography Tandem Mass Spectrometry;** Maria-Christina S Malinao[1]; Chad Eichman[1]; Brian Rivera[1]; [1]Phenomenex, Torrance, CA

MP 657 **An Improved Immunoaffinity LC-MS/MS Workflow for the Quantitation of IgG's during Preclinical PK Studies;** Michael M. Rosenblatt[1]; Iyndsey Jager[1]; Nidhi Nath[1]; Marjeta Urh[1]; [1]Promega Corporation, Madison, WI

MP 658 **Ultra-sensitive Quantification of Monoclonal antibodies and ADCs in Mouse Plasma using Trap-Elute MicroLC-MS/MS method;** Lei Xiong[1]; Ji Jiang[1]; Remco van Soest[1]; [1]Sciex, Redwood City, CA

MP 659 **Efficient Data Processing Workflows for In-Depth, MS-Based Glycoanalysis of Biopharmaceuticals;** Aude Tartiere[1]; Albert Van Wyk[2]; Joe Shambaugh[3]; John McCarter[3]; Cassandra Wigmore[4]; Peter Haberl[5]; [1]Genedata, Inc., San Francisco, CA; [2]Genedata Ltd, Cambridge, United Kingdom; [3]Genedata Inc, Lexington, MA, USA, Lexington, MA; [4]Genedata AG, Basel, Switzerland, Basel, Switzerland; [5]Genedata GmbH, Munich, Germany, Munich, Germany

**PROTEIN THERAPEUTICS:
STRUCTURAL CHARACTERIZATION I
660-678**

MP 660 **Isotopically Resolved Analysis of Protein Subunits Using High Resolution Accurate Mass;** Sean McCarthy[1]; Melanie Juba[3]; Zoe Zhang[3]; [1]SCIEX, Framingham, MA; [3]Sciex, Framingham, MA; [3]Sciex, Redwood City, CA

MP 661 **Laser-Free FPOP Hydroxyl Radical Protein Foot-Printing with In-Line Radical Dosimetry for Biopharmaceutical Higher Order Structural Analys;** Scot R Weinberger[1]; Ron C. Orlando[1,2]; Joshua S Sharp[1,3]; [1]GenNext Technologies, Inc., Montara, CA; [2]University of Georgia, Athens, GA; [3]University of Mississippi, University, MS

MP 662 **Mass Spectrometric Characterization of Acidic Species Generated in Cell Culture and Stability Studies of Monoclonal Antibodies;** Ioannis A Papayannopoulos[1]; Shannon Renn-Bingham[1]; [1]Celldex Therapeutics, Fall River, MA

MP 663 **Mapping Glycation Sites of an Antitumor Tn-BSA Neoglycoconjugate by Mass Spectrometry;** Simin Tavangari[1]; Rene Roy[1]; Alexandra M Furtos[2]; [1]Universite du Quebec a Montreal, Montreal, Québec; [2]University of Montreal, Montreal, QC

MP 664 **A Single Injection LC-MS Analysis Scheme for Simultaneous Analysis of Biotherapeutics and Host-Cell Impurities via Online Digestion LC-MS/MS;** Joshua Emory[1]; Brian Feild[1]; Harsha P. Gunawardena[2]; Esme Candish[2]; Fan Zhang[3]; Elliott Jones[3]; [1]Biogen, Cambridge, MA; [2]Sciex, Framingham, MA; [3]Sciex, Redwood City, CA

MP 665 **On-Line Aggregate and Fragment Analysis of Therapeutic Monoclonal Antibodies Using Native Size Exclusion Chromatography Mass Spectrometry;** Chongfeng Xu[1]; Zoran Sosic[1]; Sean McCarthy[2]; Esme Candish[2]; Fan Zhang[3]; Elliott Jones[3]; [1]Biogen, Cambridge, MA; [2]Sciex, Framingham, MA; [3]Sciex, Redwood City, CA

MP 666 **Hydroxyl Radical Protein Footprinting Reveals Buffer Effects in Adalimumab Biosimilar Aggregation and Heat Shock Tolerance;** Joshua S. Sharp[1]; Sandeep K. Misra[1]; Scot R Weinberger[2]; Ron C. Orlando[2,3]; [1]University of Mississippi, University, MS; [2]GenNext Technologies, Inc., Montara, CA; [3]University of Georgia, Athens, GA

MP 667 **CESI-MS: A Useful Tool to Analyze the Charge Variants and Disulfide Structural Heterogeneity of IgG2;** Prashant Dour[1]; Faraz Rashid[1]; Dipankar Malakar[1]; Manoj Pillai[1]; [1]SCIEX INDIA, Gurugram, India

MP 668 **Structural Study of a PEGylated Therapeutic Protein by MALDI-ISD and ESI-QTOF;** Sergei Dikler[1]; Anjali Alving[1]; [1]Bruker Scientific, Billerica, MA

MP 669 **Automated Chemical Footprinting Enables Monitoring of Conformational Change of Protein Therapeutics;** Sonya Entova[1]; Nina Chen[1]; Mohammed Sahar[1]; Alla Polozova[1]; Hao Zhang[1]; [1]Amgen Inc., Cambridge, MA

MP 670 **Time-resolved Deconvolution for Automated, In-depth Characterization of an IgG-type Monoclonal Antibody by Intact Mass Analysis;** Peter Haberl[1]; John McCarter[2]; Aude Tartiere[3]; Albert Van Wyk[4]; Cassandra Wigmore[5]; Joe Shambaugh[2]; [1]Genedata GmbH, Munich, Germany; [2]Genedata, Inc., Lexington, MA; [3]Genedata, Inc., San Francisco, CA; [4]Genedata Ltd, Cambridge, United Kingdom; [5]Genedata AG, Basel, Switzerland

MP 671 **Improving Sequence Coverage of Hydrophobic Regions of Bispecific Antibody Cancer Therapeutics with Top-Down Mass Spectrometry and Enzymatic Digestion;** Jennifer Lippens[1]; Burton Lee[1]; Andrew Dykstra[1]; Tawnya Flick[1]; [1]Amgen, Inc., Thousand Oaks, CA

MP 672 **A Workflow-Driven Platform Solution for MAM-Based Critical Quality Attribute Monitoring of Biotherapeutics in Process Development and QC;** Nilini Ranbaduge[1]; Henry Shion[1]; Ying Qing Yu[1]; Min Du[1]; Weibin Chen[1]; [1]Waters Corporation, Milford, MA

MP 673 **Characterization and Relative Quantitation of Sequence Variants in Protein Therapeutics by Liquid Chromatography Tandem Mass Spectrometry;** Scott Ugrin[1]; Colin G. Barry[1]; Michelle English[2]; [1]Alliance Pharma, Malvern, PA; [2]Protein Metrics Inc., San Carlos, CA

MP 674 **High-Throughput Analysis of Antibody Charge Heterogeneity by Native Microfluidic Capillary Electrophoresis- Mass Spectrometry;** Hongxia (jessica) Wang[1]; Haibo Qiu[1]; Jikang Wu[1]; Thomas Daly[1]; Ning Li[1]; [1]Regeneron Pharmaceuticals Inc., Tarrytown, NY

MP 675 **Streamlining mAb Characterization with a PASEF Based Disulfide Analysis Workflow;** Stuart Pengelley[1]; Waltraud Evers[1]; K. Ilker Sen[2]; Guillaume Tremintin[3]; Eric Carlson[2]; Detlev Suckau[1]; Anja Resemann[1]; Marshall Bern[2]; [1]Bruker Daltonik GmbH, Bremen, Germany; [2]Protein Metrics Inc., Cupertino, CA; [3]Bruker Daltonics Inc., Billerica, MA 01821

MP 676 **Improved Middle-Down Characterization of Antibodies Using Multiple Ion Activation Techniques and Proton Transfer Reaction on a Modified Orbitrap Mass Spectrometer;** Romain Huguet[1]; Kristina Srzentic[2]; John E. P. Syka[1]; Christopher Mullen[1]; Joshua A Silveira[1]; Jennifer Sutton[1]; Luca Fornelli[3]; [1]Thermo Fisher Scientific, San Jose,


CA; [2]Thermo Fisher Scientific, Cambridge, MA; [3]University of Oklahoma, Health and Science Center, Norman, OK

MP 677 **Optimization of Capillary Nondenaturing Size Exclusion Chromatography of Proteins Coupled to a Multinozzle Electrospray Source;** Theresa McLaughlin[1]; Yue Ju[2]; Pan Mao[3]; Guillaume Tremintin[4]; Allis S. Chien[1]; Mel Park[4]; [1]Stanford University, Stanford, CA; [2]Bruker Daltonics Inc., Billerica, MA 01821; [3]Newomics Inc., Berkeley, CA; [4]Bruker Daltonics Inc., Billerica, MA

MP 678 **Data Independent Top-down Mass Spectrometry Facilitated by a New MSE Processing Tool;** Lindsay J Morrison[1]; Barbara J Sulivan[1]; [1]Waters Corporation, Beverly, MA

## PROTEOMICS: CLINICAL APPLICATIONS
### 679-712

MP 679 **Composition and Particle Size Characterization of ApoL1 Containing Molecular Assemblies in Human Plasma in Relation to Kidney Filtration Rate;** Michael Andrews[1]; Andrew N Hoofnagle[2]; Yulanda Williamson[1]; David Schieltz[1]; Zsuzsanna Kuklenyik[1]; John R Barr[1]; [1]Centers for Disease Control and Prevention, Chamblee, GA; [2]University of Washington, Seattle, WA

MP 680 **The Investigation of High Intensity Interval Training on Left Ventricular Fibrosis in Cardiac Patients by Proteomics;** Meng-chu Liu[1]; Pang-Hung Hsu[1]; Chih-Chin Hsu[2]; [1]Department of Bioscience and Biotechnology, National Taiwan Ocean University, Keelung City, Taiwan; [2]Department of Physical Medicine and Rehabilitation, Keelung Chang Gung Memorial Hospital, Keelung City, Taiwan

MP 681 **Total Solubilization of FFPE Samples for One Pot High Throughput, High Yield Clinical Proteomics;** John P. Wilson[1]; Ilyana Ilieva[2]; Darryl J Pappin[1,3]; John B. Wojcik[2]; [1]ProtiFi, LLC, Farmingdale, NY; [2]University of Pennsylvania, Philadelphia, PA; [3]Cold Spring Harbor laboratory, Cold Spring Harbor, NY

MP 682 **Identification of Aggressive Prostate Cancers: In-depth Proteomics of Tissues and Urines;** Andrew Maclin[1]; Amanda Khoo[2]; Katharina Fritsch[2]; Ankit Sinha[2]; Vladimir Ignatchenko[1]; Joseph J. Otto[3]; Lydia Y. Liu[2]; Vincent Huang[2]; Julie Livingstone[4]; Danny Vesprini[5]; Julius O. Nyalwidhe[3]; O. John Semmes[3]; Paul C. Boutros[6]; Stanley Liu[5]; Thomas Kislinger[1]; [1]Princess Margaret Cancer Centre, Toronto, ON; [2]University of Toronto, Toronto, ON; [3]Eastern Virginia Medical School, Norfolk, VA; [4]Ontario Institute for Cancer Research, Toronto, ON; [5]Sunnybrook Health Sciences Centre, Toronto, ON; [6]UCLA, Los Angeles, CA

MP 683 **Identifying Quantitative Protein Changes in the Iris of Glaucoma Patients Using Label Free Proteomics;** Craig P Dufresne[1]; Richard D Semba[2]; Pingbo Zhang[2]; Min Zhu[2]; Jiang Qian[3]; Tianshun Gao[2]; Ibrahim AlJadaan[4]; Sami AlShahwan[4]; Ohood Owaidha[4]; Randy Craven[2]; Deepak Edward[2,4]; Alka Mahale[4]; [1]Thermo Fisher Scientific, West Palm Beach, FL; [2]Johns Hopkins University, Baltimore, MD; [3]National Institute on Aging, National Institutes of Health, Baltimore, MD; [4]King Khaled Eye Specialist Hospital, Riyadh, Saudi Arabia

MP 684 **Protein Signatures for Diagnosis of Ovarian Cancer in a Murine Model;** Melissa M Galey[1]; Alexandria N Young[1]; Valentina Petukhova[1]; Jian Wang[2]; Mingxun Wang[2]; Joanna E Burdette[1]; Laura M Sanchez[1]; [1]University of Illinois at Chicago, Chicago, IL; [2]Ometa Labs, San Diego, CA

MP 685 **Application of Plasma Proteomics in Alzheimer's Disease;** Mostafa J Khan[1]; Renã A.S. Robinson[1]; [1]Vanderbilt University, Nashville, TN

MP 686 **Using iTRAQ-labeling nanoLC-MS/MS Proteomic Approaches to Discovery Urinary Protein Biomarkers of Urothelial Carcinoma;** Chao-Jung Chen[1]; Chieh Yang[2];

Che-Yi Chou[1,3]; Chiu-Ching Huang[4,5]; [1]China Medical University, Taichung, Taiwan; [2]China Medical University Hospital, Taichung, Taiwan; [3]Asia University Hospital, Taichung, Taiwan; [4]China Medical University Hospital, Taichung, Taiwan; [5]China Medical University, Taichung City, Taiwan

MP 687 **Proteomics Analysis of Acid Bone Lysate Using Micro Pillar Arrayed Columns;** Goran Mitulovic[1]; Franz Josef Strauss[2,3]; Alexandra Stähli[2,4]; Lucian Beer[2]; Valentina Gilmozzi[2]; Nina Haspel[2]; Gerhild Schwab[2]; Rainhard Gruber[2]; [1]Medical University of Vienna, KIMCL, Vienna, Austria; [2]Medical University of Vienna, Vienna, Austria; [3]University of Chile, Santiago, Chile; [4]University of Bern, Bern, Switzerland

MP 688 **Optimized Sample Preparation for the Assessment of Formalin-Fixed and Paraffin Embedded (FFPE) Tissue Specimen for Mass-Spectrometry Based Proteogenomics;** Georgia Mitsa[1]; Adriana Aguilar[2]; Mark Basik[2]; Sonia del Rincon[2]; Rene Zahedi[1]; Christoph H. Borchers[1,3,4,5]; [1]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [2]Segal Cancer Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, Montreal, QC; [3]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC; [4]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [5]Department of Biochemistry and Microbiology, University of Victoria, BC

MP 689 **Proteomic Analysis of Dpy19l2-Deficient Human Globozoospermia Reveals Multiple Molecular Defects;** Xuejiang Guo[1]; Yueshuai Guo[1]; Daozhen Chen[2]; Xiaoyu Yang[1]; [1]Nanjing Medical University, Nanjing, China; [2]Wuxi Maternal and Child Health Care Hospital Affiliated to Nanjing Medical University, Wuxi, China

MP 690 **Mass Spectrometry-Based Proteomes of Paired Human Cerebrospinal Fluid and Plasma in Relation to the Blood-Brain Barrier;** Loïc Dayon[1]; Ornella Cominetti[1]; Jérôme Wojcik[2]; Antonio Núñez Galindo[1]; Aikaterini Oikonomidi[3]; Hugues Henry[4]; Eugenia Migliavacca[1]; Martin Kussmann[1,5]; Gene L. Bowman[1,6,7]; Julius Popp[3,8]; [1]Nestlé Institute of Health Sciences, Nestlé Research, Lausanne, Switzerland; [2]Precision for Medicine, Geneva, Switzerland; [3]CHUV, Old Age Psychiatry, Department of Psychiatry, Lausanne, Switzerland; [4]CHUV, Department of Laboratories, Lausanne, Switzerland; [5]Frontiers Media S.A., Lausanne, Switzerland; [6]Marcus Institute for Aging Research, Hebrew Senior Life, Boston, MA; [7]Department of Medicine, Beth Israel Deaconess Medical Center and Harvard Medical School, Boston, MA; [8]HUG, Geriatric Psychiatry, Department of Mental Health and Psychiatry, Geneva, Switzerland

MP 691 **Proteomic Characterisation of Chronic Lymphocytic Leukaemia Identifies Putative Subtype-Independent Clinical Targets and Dysregulation of the Spliceosome;** Harvey Johnston[1,2]; Matthew J Carter[2]; Marta Larrayoz[2]; James Clarke[3]; Spiros D Garbis[3]; David Oscier[2]; Jonathan C Strefford[2]; Andrew J Steele[2]; Renata Walewska[2]; Mark S Cragg[2]; [1]UCL, London, United Kingdom; [2]University of Southampton, Southampton, United Kingdom

MP 692 **Proteomic Characterization of Microneedle-Extracted Dermal Interstitial Fluid;** Gabrielle Rizzo[1]; Bao Q. Tran[2]; Phillip Miller[3]; C Nicole Rosenzweig[4]; Ronen Polsky[3]; Trevor Glaros[4]; Phillip Mach[5]; [1]Excet, Inc., Springfield, VA; [2]20th CBRNE Command, APG, MD; [3]Sandia National Laboratory, Albuquerque, NM; [4]ECBC, Aberdeen Proving Ground, MD; [5]US Army ECBC, Aberdeen Proving Ground, MD

67th ASMS | GA | TFS z



**MONDAY POSTERS**

**MP 693** **MiCIdGUI: A User Friendly Graphical Interface for MiCId a Tool for Microorganism Classification and Identification;** <u>Gelio Alves</u>[1]; Aleksey Ogurtsov[1]; Oleg Obolensky[1]; Yi-Kuo Yu[1]; [1]National Center for Biotechnology Information, NLM, Bethesda, MD

**MP 694** **MHCquant: Automated and Reproducible Data Analysis for Immunopeptidomics;** <u>Leon Bichmann</u>[1]; Annika Nelde[2, 3]; Michael Ghosh[2]; Timo Sachsenberg[1]; Christopher Mohr[1]; Alexander Peltzer[1]; Leon Kuchenbecker[1]; Juliane S. Walz[3]; Stefan Stevanović[2, 5]; Hans-Georg Rammensee[2, 5]; Oliver Kohlbacher[1, 4, 6, 7]; [1]Applied Bioinformatics, Department of Computer Science, University of Tübingen, Tübingen, Germany; [2]Institute for Cell Biology, Department of Immunology, University of Tübingen, Tübingen, Germany; [3]Department of Hematology and Oncology, University of Tübingen, Tübingen, Germany; [4]Quantitative Biology Center, University of Tübingen, Tübingen, Germany; [5]German Cancer Consortium (DKTK), DKFZ partner site, Tübingen, Germany; [6]Biomolecular Interactions, Max Planck Institute for Developmental Biology, Tübingen, Germany; [7]Institute for Translational Bioinformatics, University Hospital Tübingen, Tübingen, Germany

**MP 695** **Evaluation of Instrumental Variability Utilizing 2D LC-MS/MS Proteomic HeLa Standard Data to Enhance Quality Control Metrics in Clinical Proteomics;** <u>Richard M. Searfoss</u>[1]; Punit Shah[1]; Kennedy Ofori-Mensa[1]; Kiki Panagopoulos[1]; Rangaprasad Sarangarajan[1]; Niven R. Narain[1]; Michael A. Kiebish[1]; [1]BERG, LLC, Framingham, MA

**MP 696** **Plasma-Based Protein Panel Can Predict Risk of Acute Graft-Versus-Host Disease and Non-Relapse Mortality in Patients Undergoing Allogeneic Hematopoietic Stemcell Transplantation;** <u>Kisoon Dan</u>[1]; Junghoon Shin[2]; Dohyun Han[1]; Ji-Won Kim[3]; Kyungkon Kim[4]; Sang Hoon Song[2]; Inho Kim[2]; [1]Proteomics Core Facility, Biomedical Research Institute, Seoul National University Hospital, Seoul, South Korea; [2]Department of Internal Medicine, Seoul National University Hospital, Seoul, South Korea; [3]Department of Internal Medicine, Seoul National University Bundang Hospital, Seongnam, South Korea; [4]Department of Convergence Medicine, Asan Institute for Life Sciences, Asan Medical Center, Seoul, South Korea

**MP 697** **Proteomic Analysis of Liver Tissue Reveals Chronic Low Level Oxidative Stress in a Mouse Model of Primary Hyperoxaluria Type 1;** <u>Brianna E Buchalski</u>[1]; John Knight[1]; Ross Holmes[2]; James A Mobley[3]; [1]University of Alabama at Birmingham, Birmingham, Alabama; [2]University of Alabama at Birmingham, AL; [3]University of Alabama at Birmingham, AL

**MP 698** **Profiling of Advanced Glycation End Products (AGE) PTM on Antigen Processing Machinery and MHC-II Molecules in Diabetes and T2DM Syndrome;** <u>Cristina C Clement</u>[1]; Pia Negroni[2]; Kateryna Morozova[1]; Lawrence Stern[2]; Laura Santambrogio[1]; [1]Albert Einstein College of Medicine, Bronx, NY; [2]University of Massachusetts Medical School, Worcester, MA

**MP 699** **Parallelizable Quantitative Characterization of Proteome and Targeted Metabolome from Laser Capture Microdissected Tissue Cells;** Shichen Shen[1]; Jun Li[3]; <u>Min Ma</u>[2]; Sailee Rasam[1]; Xiaotao Duan[3]; Jun Qu[1]; [1]University at Buffalo, Buffalo, NY; [2]Roswell Park Comprehensive Cancer Center, Buffalo, NY; [3]Beijing Institute of Pharmacology and Toxicology, Beijing, China

**MP 700** **Kinome Profiling Identifies Drug Resistance Pathways in Hepatocellular Carcinoma;** Martin Golkowski[1]; Ho-Tak Lau[1]; Marina Chan[2]; Heidi Kenerson[3]; Venkata Narayana Vidadala[4]; Anna Shoemaker[1]; Dustin J Maly[4]; Raymond S Yeung[3]; Taranjit S Gujral[2]; <u>Shao-En Ong</u>[1]; [1]Department of Pharmacology, University of Washington, Seattle, WA; [2]Human Biology Division, Fred Hutchinson Cancer Research Center, Seattle, WA; [3]Department of Surgery, University of Washington, Seattle, WA; [4]Department of Chemistry, University of Washington, Seattle, WA

**MP 701** **Contraceptive Pills Alter Proteome of Erythrocytes and Induce Redox Damages;** Laurence Servais[1]; Clovis Wouters[1]; France Baumans[1]; Dominique Baiwir[2]; Irina Lobysheva[3]; Flavia Dei Zotti[3]; Edwin De Pauw[1]; Gauthier Eppe[1]; Jean-Luc Balligand[3]; <u>Gabriel Mazzucchelli</u>[1, 2]; [1]University of Liege, Mass Spectrometry Laboratory, MolSys Research Unit, Liege, Belgium; [2]University of Liège, GIGA Proteomics Facility, Liege, Belgium; [3]Institute for Experimental and Clinical Research (IREC) and Pole of Pharmacology and Therapeutics (FATH)/UCL, Brussels, Belgium

**MP 702** **A Fast Sample Processing Strategy for Deep Urine Label-Free Quantification Proteomic Analysis;** <u>Pamela S Cantrell</u>[1]; Xuemei Zeng[1]; Nathan A Yates[1, 2]; [1]Biomedical Mass Spectrometry Center, University of Pittsburgh Schools of the Health Sciences, Pittsburgh, PA; [2]Department of Cell Biology, University of Pittsburgh School of Medicine, Pittsburgh, PA

**MP 703** **Method Development for the Identification of Proteins in Fingertip Smears by Using MALDI-MS;** <u>Cristina Russo</u>[1]; Laura Cole[1]; Lynda Wyld[2]; Simona Francese[1]; [1]Sheffield Hallam University, Sheffield, United Kingdom; [2]The University of Sheffield, Sheffield, United Kingdom

**MP 704** **Carbonylated Proteome Signatures Caused by Stress during Development of Human Pregnancy in GARBH-Ini cohort;** Abhishek Kumar Singh[1]; <u>Amit Kumar Dey</u>[1]; Pallavi Kshetrapal Kshetrapal[2]; Nitya Wadhwa[2]; Shinjini Bhatnagar[2]; Arindam Maitra[3]; Dipankar Malakar[4]; Faraz Rashid[4]; Manoj Pillai[4]; Dinakar M Salunke[5]; Tushar Kanti Maiti[1]; [1]Regional Centre for Biotechnology, Faridabad, India; [2]Translational Health Science and Technology Institute, Faridabad, India; [3]National Institute of Biomedical genomics, Kalyani, India; [4]SCIEX INDIA, Gurugram, India; [5]International Centre for Genetic Engineering and Biotechnology, Delhi, India

**MP 705** **Quantitative Mass Spectrometry-Based Global Proteome and Phosphoproteome Analyses of Thymic Epithelial Tumors (TET);** <u>Xu Zhang</u>[1]; Fatos Kirkali[1]; Yue Qi[1]; Ting Huang[2]; Tapan Maity[1]; Khoa Dang Nguyen[1]; David S. Schrump[3]; Olga Vitek[2]; Arun Rajan[1]; Udayan Guha[1]; [1]Thoracic and GI Malignancies Branch, Center for Cancer Research, NCI, NIH, Bethesda, MD; [2]Khoury College of Computer Sciences, Northeastern University, Boston, MA; [3]Thoracic Surgery Branch, Center for Cancer Research, NCI, NIH, Bethesda, MD

**MP 706** **Serum Multi-omics Revealed the Effect of Sport Activity;** <u>Marcello Manfredi</u>[1]; Elisa Robotti[1]; Elettra Barberis[1]; Maria Teresa Valenti[2]; Emilio Marengo[1]; [1]University of Piemonte Orientale, Alessandria, Italy; [2]University of Verona, Verona, Italy

**MP 707** **Proteogenomics Identifies Common Drugable Pathways in Undifferentiated Pleiomorphic Sarcoma;** <u>Marcos Y Mayordomo</u>[1, 2]; Javier A Alfaro[2]; Georges Bedran[1, 2]; Nathan a Grimes[3]; Larry Hayward[1]; Jakub Factor[1]; Rob O'Neill[4]; Borek Vojtesek[5]; Helen Creedon[1]; Satya Saxena[6]; Katy Teo[1]; Val Brunton[1]; Donald Salter[1]; Ted Hupp[1, 2]; Javier A Alfaro[1, 2]; [1]University of Edinburgh, Edinburgh, United Kingdom; [2]University of Gdansk, Gdansk, Poland; [3]University of Edinburgh, Edinburgh, United Kingdom; [4]University of Cambridge, Cambridge, United Kingdom; [5]Masaryk Memorial Cancer Institute, Oncology, Czech Republic; [6]University of Baltimore, Baltimore, MD

**MP 708** **Identifying Breast Cancer Vulnerabilities by Mapping Interactome Dysregulations in Primary Tumor Samples;** <u>Johannes Kreuzer</u>[1]; Robert Morris[1]; Ridwan Ahmad[1]; Cyril H. Benes[1]; Dennis C. Sgroi[1]; Wilhelm Haas[1]; [1]Massachusetts General Hospital and Harvard Medical School, Charlestown, MA

**MP 709 A Fully GLP Compliant Multiplexed Protein Quantification MRM Assay Panel;** Paul-Gerhard Lassahn[1]; Claudia Escher[1]; Tobias Treiber[2]; Alexandre Kornfeld[1]; Jakob Vowinckel[2]; Gregor Schütze[1]; [1]SYNLAB Analytics & Services Switzerland AG, Birsfelden, Switzerland; [2]Biognosys AG, Schlieren, Switzerland

**MP 710 Evaluation of Different Sample Preparation Workflows for Reproducible, Quantitative, and In-Depth Analysis of Urine Proteomics;** Hua Ding[1]; Hossein Fazelinia[1]; Lynn A. Spruce[1]; Dana A. Weiss[1]; Stephen A. Zderic[1]; Steven H. Seeholzer[1]; [1]Children's Hospital of Philadelphia, Philadelphia, PA

**MP 711 Biomarker Discovery in Serum and Plasma Using Protein Profiling by MALDI-TOF Mass Spectrometry;** Eric Weaver[1]; Robert English[2]; Matthew Texter[2]; Ryan Walsh[2]; [1]University of Texas, Arlington, Arlington, TX; [2]Shimadzu Scientific Instruments, Inc., Columbia, Maryland

**MP 712 Providing Absolute Certainty without Absolute Quantity;** Meghan Bradley[1]; Christopher M. Shuford[1]; Patricia L. Holland[1]; Michael Levandoski[1]; Russell P. Grant[1]; [1]LabCorp, Burlington, NC

## PROTEOMICS: QUANTITATIVE I
713-736

**MP 713 MS-Based Deep Proteome Profiling of AD Related Mouse Model Defective in RNA Splicing;** Mingming Niu[1]; Ping-Chung Chen[2]; Yun Jiao[2]; Hong Wang[2]; Junmin Peng[2]; [1]St Jude Children's Research Hospital, memphis, TN; [2]St Jude Children's Research Hospital, Memphis, TN

**MP 714 Docosahexaenoic Acid Attenuates Metabolic Dysfunctions Induced by Lipopolysaccharide in BV-2 Microglial Cells;** Bo Yang[1, 2]; Runting Li[1]; Brian P. Mooney[1, 2]; Kevin L. Fritsche[1]; David Q. Beversdorf[1]; Grace Y. Sun[1]; C. Michael Greenlief[1, 3]; [1]University of Missouri, Columbia, MO; [2]Charles W. Gehrke Proteomics Center, Columbia, MO

**MP 715 Comparison of Quantitative LC/MS/MS Plant Protein Assay Design and Impact on Precision of Results;** Kristi Harkins[1]; Danielle Baker[1]; Michaela Owens[1]; [1]DowDuPont, Johnston, IA

**MP 716 Increasing the Breadth and Depth of Multiplexed Quantitation Using Advanced Instrumentation and Methods;** Devin Schweppe[1]; Qing Yu[1]; Aaron Robitaille[2]; Graeme McAlister[2]; Derek J Bailey[2]; Jose Navarrete-Perea[1]; Joao A. Paulo[1]; Romain Huguet[2]; Steven Gygi[1]; [1]Harvard Medical School, Boston, MA; [2]ThermoFisher, San Jose, CA

**MP 717 Quantitative Proteomic Analysis of Cell Cycle Regulation in Golgi-Matrix Assembly and Disassembly;** Hye Kyong Kweon[1]; Shijiao Huang[1]; Yanzhuang Wang[1]; Philip C. Andrews[1]; [1]University of Michigan, Ann Arbor, MI

**MP 718 Systematic Investigation of Protein Dynamics to Unveil Their Degradation Pathways in Human Cells;** Ming Tong[1]; Ronghu Wu[1]; [1]Georgia Institute of Technology, Atlanta, GA

**MP 719 Developing Mass Spectrometry Based Proteomic Methods to Identify and Quantify Protein Carbonylation in Plants;** Georgiana H Charlton[1]; Cleidiane G Zampronio[1]; John Sinclair[2]; Peter Kilby[2]; Alex Jones[1]; [1]University of Warwick, Coventry, United Kingdom; [2]Syngenta Jealott's Hill International Research Centre, Bracknell, United Kingdom

**MP 720 Surpassing 10,000 Proteins Quantified in Human Tissue by Augmenting Single Shot Data-Independent Acquisition (DIA) with Hybrid Libraries;** Jan Muntel[1]; Tejas Gandhi[1]; Lynn Verbeke[1]; Oliver M. Bernhardt[1]; Roland Bruderer[1]; Lukas Reiter[1]; [1]Biognosys AG, Schlieren, Switzerland

**MP 721 Dynamic Proteome Changes during Macrophage Polarization Induced by Mouse Colon Cancer Cell-Derived Exosomes;** Yifan Tan[1]; Lei Sun[2]; Meishuang Yan[3]; Yang Li[3]; Lin Wu[2]; Yan Ren[1]; Xiaomin Lou[2]; Siqi Liu[1]; [1]BGI-

Shenzhen, Shenzhen, China; [2]Beijing Institute of Genomics, Beijing, China; [3]Beijing Protein Innovation, Beijing, China

**MP 722 Proteome-Wide Differences in Turnover Rates Among Rodents are Correlated to Their Lifespans and Energetic Demands;** Kyle Swovick[1]; Kevin A Welle[1]; Jennifer R Hryhorenko[1]; Andrei Seluanov[1]; Vera Gorbunova[1]; Sina Ghaemmaghami[1]; [1]University of Rochester, Rochester, NY

**MP 723 Absolute and Multiplex Protein Quantification Using Cell-Free Protein Synthesis and Mass Spectrometry;** Keiko Masuda[1]; Keiko Kasahara[2]; Ryohei Narumi[2]; Yoshihiro Shimizu[3]; [1]RIKEN, Suita, Japan; [2]National Institutes of Biomedical Innovation, Health and Nutrition, Ibaraki, Japan; [3]RIKEN, Suita, Osaka, Japan

**MP 724 A Novel Microduplication of ARID1B: Clinical, Genetic and Proteomic Findings;** Kathleen C Lundberg[1]; Nicholas Szoko[2]; Daniela M. Schlatzer[1]; Marvin Natowicz[2]; [1]Case Western Reserve University, Cleveland, OH; [2]Cleveland Clinic, Cleveland, OH

**MP 725 Global Proteomics Analysis to Decipher Common Proteostatic Stress Rescue Pathways of the Antioxidants Tempol and MitoTEMPO;** Silas D Wood[1]; Maggie PY Lam[1]; [1]Department of Medicine, Division of Cardiology, Consortium for Fibrosis Research and Translation, Anschutz Medical Campus, Aurora, CO

**MP 726 Histone H3K56-acetylation is Epigenetic Barrier for Embryonic Stem Cell Differentiation into Trophoblasts;** Jennifer Nance[1]; Feixia Chu[1]; Thomas Fazzio[2]; Taylor Hickman[1]; Amanda Chasse[1]; [1]University of New Hampshire, Durham, NH; [2]University of Massachusetts Medical School, Worcester, MA

**MP 727 Increasing Protein Overlap between Multiple Isobaric Mass Tag Experiments with Comprehensive Precursor Ion Inclusion;** Simion Kreimer[1]; Robert N. Cole[1]; [1]Johns Hopkins, Baltimore, MD

**MP 728 Protein Assisted Digestion Improves Sensitivity of Immunocapture-MRM Method to Quantify Stool Biomarker of Colorectal Cancer;** Rebecca Bearden[1]; Baochuan Guo[1]; [1]Cleveland State University, Cleveland, OH

**MP 729 In vivo Protein Turnover Rates in Mouse and Human Tissues;** Brian L. Frey[1]; Zach Rolfs[1]; Xudong Shi[1]; Yoshitaka Kawai[1]; Bruce A. Buchholz[2]; Lloyd M. Smith[1]; Nathan V. Welham[1]; [1]University of Wisconsin - Madison, Madison, WI; [2]Lawrence Livermore National Laboratory, Livermore, CA

**MP 730 Characterization of the Ubiquitination Signaling on Hypoxia-Inducible Factor with Quantitative Chemical Proteomics Analysis;** Yunan Li[1]; Ang Luo[1]; Luke Erber[1]; Yue Chen[1]; [1]University of Minnesota at Twin Cities, Minneapolis, MN

**MP 731 Identification and Characterizations of O2- and O4-Alkylthymidine DNA-Binding Proteins;** Xiaomei He[1]; Pengcheng Wang[1]; Hong Wang[1]; [1]University of California, Riverside, Riverside, CA

**MP 732 Evaluation of the Accuracy of Synchronous Precursor Selection (SPS) in Public Datasets;** Conor Jenkins[1, 2]; Aimee Rinas[1]; Benjamin Orsburn[1]; [1]Think20 Labs, Columbia, MD; [2]Hood College Bioinformatics Program, Frederick, MD; [3]AIT BioSciences, Indianapolis, IN

**MP 733 Applications of Mass Spectrometry Targeted Assays for Quantitative Analysis of Cancer Signaling Proteins;** Penny Jensen[1]; Bhavin Patel[1]; Leigh A Foster[1]; Aaron S. Gajadhar[2]; Sebastien Gallien[3]; Jonathan R Krieger[4]; Jiefei Tong[5]; Michael F. Moran[4]; Rosa Viner[2]; Andreas Huhmer[2]; Kay Opperman[1]; John C Rogers[1]; [1]Thermo Fisher Scientific, Rockford, IL; [2]Thermo Fisher Scientific, San Jose, CA; [3]Thermo Fisher Scientific, Precision Medicine Science Center, Cambridge, MA; [4]SPARC BioCentre, Hospital for Sick Children, Toronto, Ontario; [5]Program in Cell Biology, The Hospital for Sick Children, Toronto, Ontario



**MP 734** **A Modified Orbitrap™ Tribrid Mass Spectrometer with Real-Time Search and Advanced Spectral Processing Enhances Multiplexed Proteome Coverage and Quantification Accuracy;** Aaron M Robitaille[1]; Romain Huguet[1]; Derek J Bailey[1]; Graeme McAlister[1]; Arne Kreutzmann[2]; Daniel Mourad[2]; Daniel Lopez-Ferrer[1]; Andreas Huhmer[1]; Vlad Zabrouskov[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Bremen, Germany

**MP 735** **Improved Identification, Quantification Accuracy, and Workflow Efficiency Using a Modified Quadrupole Orbitrap™ Mass Spectrometer and Tandem Mass Tags™ (TMT™) Approach;** Aaron Robitaille[1]; Tabiwang N. Arrey[2]; Markus Kellmann[2]; Arne Kreutzmann[2]; Daniel Mourad[2]; Daniel Lopez-Ferrer[1]; Andreas Huhmer[1]; Alexander Harder[2]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Bremen, Germany

**MP 736** **Strategies for Sample Normalization Post-Acquisition for Tandem Mass Tag (TMTTM) Quantitative Workflow;** Pedro Navarro[1]; Fernando J García Marqués[2]; Woong Kim[3]; Greg Foster[2]; Sharon J. Pitteri[2]; Daniel Lopez-Ferrer[3]; [1]Thermo Fisher Scientific, Bremen, Germany; [2]Stanford University School of Medicine, Canary Center at Stanford for Cancer Early Detection, Palo Alto, CA; [3]Thermo Fisher Scientific, San Jose, CA

## PROTEOMICS: TISSUE
### 737-768

**MP 737** **Top-down Mass Spectrometry Characterization of Phospholamban Proteoforms in Cardiac Tissue Enabled by A Novel Photo-cleavable Surfactant;** Austin Carr[1]; Kyle Brown[1]; Song Jin[1]; Ying Ge[1,2,3,4]; [1]Department of Chemistry, University of Wisconsin-Madison, Madison, WI 53706; [2]Department of Cell and Regenerative Biology, University of Wisconsin-Madison, Madison, WI; [3]Molecular and Cellular Pharmacology Program, University of Wisconsin, Madison, WI; [4]Human Proteomics Program, School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI

**MP 738** **BirA* Mice Enable Cell Type Specific Proteomics in vivo;** Shiva Ahmadi[1,2]; Elham Pourbarkhordariesfandabadi[1,2]; Angela Egert[2]; Martin Breitbach[2]; Caroline Geissen[2]; Michael Hesse[2]; Kenichi Kimura[2]; Bernd K Fleischmann[2]; Hubert Schorle[2]; Volkmar Gieselmann[1,2]; Dominic Winter[1,2]; [1]IBMB Bonn, Bonn, Germany; [2]University of Bonn, Bonn, Germany

**MP 739** **Identification Commutability in Proteomics and Metabolomics Utilizing Human Tissue Reference Materials;** Clay Davis[1]; Benjamin Neely[1]; Tracey Schock[1]; Lisa Kilpatrick[2]; Debra Ellisor[1]; Rebecca Pugh[1]; [1]NIST, Charleston, SC; [2]NIST, Gaithersburg, MD

**MP 740** **Alterations in Extracellular Matrix Composition during Aging and Photoaging of the Skin;** Maxwell Mccabe[1]; Kirk Hansen[1]; Ryan Hill[1]; Gary Fisher[2]; Taihao Quan[2]; [1]University of Colorado Anschutz Medical Campus, Aurora, CO; [2]University of Michigan, Ann Arbor, MI

**MP 741** **Proteomic Profiling of Mitochondrial Complexomes; Naked Mole Rat Versus Mouse;** Satomi Miwa[1]; Andrew J Porter[1]; Graham Smith[1]; Achim Treumann[1]; Pawel Palmowski[1]; Andrei Seluanov[2]; Vera Gorbunova[2]; Thomas Von Zglinicki[1]; [1]Newcastle University, Newcastle Upon Tyne, United Kingdom; [2]Rochester Institute of Technology, Rochester, NY

**MP 742** **Proteomics on Immune Competent Mouse Models Reveals Differences in Immunogenicity;** Fang Wang[1]; Wenyan Zhong[1]; Edward Rosfjord, [1]; Xiaoran S. Yang[1]; Luanna Lemon[1]; Jeremy S. Myers[1]; [1]Pfizer WRD, Pearl River, NY

**MP 743** **A Proteomic Investigation of Changes in the Collagen Types Present in the Anterior Cruciate Ligament during Post-Natal Growth;** Jeffrey R. Enders[1,2]; Stephanie G. Cone[1]; Matthew B. Fisher[1]; [1]North Carolina State University, Raleigh, NC; [2]Molecular Education, Technology, and Research Innovation Center (METRIC), North Carolina State University, Raleigh, NC

**MP 744** **Body-Wide Proteome Dynamics in the Understanding and Assessment of Multiorgan Drug Response;** Bingyun Sun; Simon Fraser University, Burnaby, BC

**MP 745** **Bone Proteomics: Enhancing Homogenization of Bone Samples for Increased Proteome Depth;** Rowan Matney[1]; Kratika Singhal[1]; Fang Liu[1]; Ryan D. Leib[1]; Allis S. Chien[1]; [1]Stanford University Mass Spectrometry, Stanford, CA

**MP 746** **Elucidating Alternative Biological Pathways with Tailored Enrichment Strategies from Clinical Tissue Samples;** Kratika Singhal[1]; Rowan Matney[1]; Fang Liu[1]; Ryan Leib[1]; Allis Chien[1]; [1]Stanford University Mass Spectrometry, Stanford, CA

**MP 747** **Distinct Blubber Proteome Responses to Single and Repeated ACTH Challenges in a Marine Mammal;** Jared Deyarmin[1]; Molly McCormley[1]; Cory Champagne[3]; Alicia Stephan[1]; Laura Pujade Busqueta[1]; Dorian Houser[2]; Daniel Crocker[3]; Jane Khudyakov[1,2]; [1]University of the Pacific, Stockton, CA; [2]National Marine Mammal Foundation, San Diego, CA; [3]Sonoma State University, Rohnert Park, CA

**MP 748** **Identification of Estradiol-Regulated Protein Networks and Associated Biological Processes in the Rat Retina by Label-Free Quantitative Proteomics;** Laszlo Prokai[1]; Khadiza Zaman[1]; Fatima Rahlouni[1]; Vien Nguyen[1]; Vladimir Shulaev[2]; Katalin Prokai-Tatrai[1]; [1]University of North Texas Health Science Center, Fort Worth, TX; [2]University of North Texas, Denton, TX

**MP 749** **A Novel Proteomic Method Defines Extracellular Matrix Proteins and Their Post-Translational Modifications from Formalin-Fixed, Paraffin-Embedded Specimens of Heart Valve Disease;** Cassandra L Clift[1]; Susana Comte-Walters[1]; Lauren E Ball[1]; David Bichell[2]; Yan Ru Su[3]; Anand Mehta[1]; Richard R Drake[1]; Peggi M. Angel[1]; [1]Department of Cell and Molecular Pharmacology and Experimental Therapeutics, Medical University of South Carolina, Charleston, SC; [2]Division of Pediatric Cardiac Surgery, Vanderbilt University Medical Center, Nashville, TN; [3]Department of Cardiovascular Medicine, Vanderbilt University Medical Center, Nashville, TN

**MP 750** **Comprehensive Proteomic Analysis of Gray and White Matter from Human Post-Mortem Brain Tissue;** Duc M Duong[1,2]; Luming Yin[1,2]; James J. Lah[2,3]; Allan I. Levey[2,3]; Nicholas T. Seyfried[1,2]; [1]Department of Biochemistry, Emory University, Atlanta, GA; [2]Center for Neurodegenerative Diseases, Emory School of Medicine, Atlanta, GA; [3]Department of Neurology, Emory University, Atlanta, GA

**MP 751** **Proteomic Analysis of Extracellular Matrix Dynamics during Mouse Forelimb Development;** Kathryn R Jacobson[1]; Sarah L Lipp[1]; Alex R. Ocken[1]; Tamara L. Kinzer-Ursem[1]; Sarah Calve[1]; [1]Purdue University, West Lafayette, IN

**MP 752** **Extensive Intratumor Proteogenomic Heterogeneity Revealed by Multiregion Sampling in a High-Grade Serous Ovarian Tumor Specimen;** Thomas P. Conrads[1,2]; Allison L. Hunt[1]; Guisong Wang[2]; Julie Oliver[2]; Dave Mitchell[2]; Glenn Gist[2]; Brian Hood[2]; Ming Zhou[1]; Brian Blanton[2]; Kelly Conrads[2]; Chad Hamilton[2]; Kathleen Darcy[2]; Craig Shriver[3]; Yovanni Casablanca[2]; George Larry Maxwell[2]; Nicholas W. Bateman[2]; [1]Inova Schar Cancer Institute, Annandale, VA; [2]Gynecologic Cancer Center of Excellence, Annandale, VA; [3]John P. Murtha Cancer Center, Bethesda, MD


**MP 753** MMP-28 Alters Immunometabolic and Bioenergetic Profile of Activated Macrophages; <u>Dorota Tokmina-Roszyk</u>[1,2]; Lillian Onwuha-Ekpete[1,2]; Mohammed Refai[3]; Monika Tokmina-Lukaszewska[3]; Brian Bothner[3]; Gregg Fields[1,2]; [1]Florida Atlantic University, Jupiter, FL; [2]The Scripps Research Institute, Jupiter, FL; [3]Montana State University, Bozeman, MT

**MP 754** Proteomic Analysis of Human Glioblastoma Formalin-Fixed Paraffin-Embedded Tissues; Naomi Uwugiaren[1]; Jakub Faktor[2]; David R Goodlett[1,3]; Fiona Lickiss[1,4]; Sofian Al Shboul[4]; Paul M Brennan[5]; Borek Vojtesek[2]; Theodore R Hupp[1,4]; <u>Irena Dapic</u>[1]; [1]International Centre for Cancer Vaccine Science, University of Gdansk, Gdansk, Poland; [2]RECAMO, Brno, Czech Republic; [3]University of Maryland, Baltimore, MD; [4]CRUK, University of Edinburgh, Edinburgh, United Kingdom; [5]Centre for Clinical Brain Sciences, University of Edinburgh, Edinburgh, United Kingdom

**MP 755** A Global, Multi-Regional Proteomic Map of the Human Cerebral Cortex; <u>Zhengguang Guo</u>[1]; Chen Shao[2]; Yang Zhang[3]; Wenying Qiu[4]; Wenting Li[4]; Qian Yang[4]; Yin Huang[2]; Yuepan Dong[2]; Haidan Sun[5]; Xiaoping Xiao[5]; Wei Sun[5]; Chao Ma[4]; Liwei Zhang[3]; [1]Peking Union Medicine College, Beijing, China; [2]Beijing Proteome Research Center, National Center for Protein Sciences(Beijing), Beijing Institute of Lifeomics, Beijing, China; [3]Beijing Tiantan Hospital, Capital Medical University, Beijing, China; [4]Institute of Basic Medical Sciences, Neuroscience Center, Chinese Academy of Medical Sciences, School of Basic Medicine, Peking Union Medical College, Beijing, China; [5]Institute of Basic Medical Sciences, Chinese Academy of Medical Sciences/School of Basic Medicine, Peking Union Medical College, Beijing, China

**MP 756** Identification and Validation of Synapse-Loss Regulating Phosphorylation Events in Schizophrenia; Megan Garver[1]; Ying Ding[2]; Robert Sweet[1]; Nathan A Yates[3]; <u>Matthew L MacDonald</u>[1]; [1]UPMC, Pittsburgh, PA; [2]Department of Biostatistics, University of Pittsburgh, Pittsburgh, Pennsylvania; [3]BioMS Center, University of Pittsburgh, Pittsburgh, Pennsylvania

**MP 757** Quantitative proteomics Analysis of Placenta from Zika Virus Infected Women; <u>Gabriel Borges Vélez</u>[1]; Julio Rosado Philippi[2]; Abiel Roche Lima[1]; Kelvin Carrasquillo Carrión[1]; Yadira M Cantres Rosario[1]; María S Correa Rivas[3]; Loyda M Meléndez[4]; [1]University of Puerto Rico Medical Sciences Campus, San Juan, Puerto Rico; [2]University of Puerto Rico Rio Piedras Campus, San Juan, PR; [3]University of Puerto Rico Medical Sciences Campus, Quebradillas, PR; [4]University of Puerto Rico Medical Sciences Campus, San Juan, PR

**MP 758** Quantitative Proteogenomic Analysis of Inflamed Colon Tissue in Mice Reveals an Increase in Non-Canonical Protein Variants; <u>Andrew T. Rajczewski</u>[1]; Qiyuan Han[1]; Subina Mehta[1]; Praveen Kumar[1]; Pratik D Jagtap[1]; Natalia Tretyakova[1]; Timothy J. Griffin[1]; [1]University of Minnesota, Minneapolis, MN

**MP 759** Interactome of the PIF Peptide (Preimplantation Factor) in Uterine Environment from Different Mammals – Proteomic Studies; <u>Anna Fel</u>[1]; Paulina Czaplewska[1]; Katarzyna Macur[1]; Marcel Thiel[1]; Stanislaw Oldziej[1]; [1]University of Gdansk, Gdansk, Poland

**MP 760** KIT Restriction of Skin Proteome Analyzed with MALDI-Imaging Mass Spectrometry and Shotgun Proteomics on c-Kitmutant Mice; <u>Mayuka Kosugi</u>[1]; Masaya Ikegawa[2,3]; Nobuto Kakuda[2]; Takashi Nirasawa[4]; Ryo Kajita[4]; Kazuo Kinoshita[5]; Yuki Kuzuhara[1]; [1]Doshisha University, Kyotanabe City, Kyoto, Japan; [2]Graduate School, Major of Medical Life Systems, Doshisha University, Kyotanabe City, Japan; [3]Department of Medical Life Systems, Doshisha University, Kyotanabe City, Japan; [4]Bruker Japan K.K.,

Yokohama, Japan; [5]Shiga Medical Center Research Institute, Moriyama, Japan

**MP 761** A Label-free Quantification Approach to Identify Differentially Expressed Proteins between Wild Type and Transgenic Alzheimer Rat Brains; <u>Pritha Bagchi</u>[1]; Eric B. Dammer[1]; Geng M. Wang[1]; Robert M. Cohen[2]; Nicholas T. Seyfried[1,3]; [1]Emory Integrated Proteomics Core, Emory University, Atlanta, GA; [2]Department of Psychiatry and Behavioral Sciences, Emory University, Atlanta, GA; [3]Department of Biochemistry, Emory University, Atlanta, GA

**MP 762** Fast and Sensitive Quantitative Proteomic Analysis of Formalin-Fixed Paraffin-Embedded Tissue Using a Trapped Ion Mobility Q-TOF; Matthew Willetts[1]; Shourjo Ghose[2]; <u>Christopher Swift</u>[3]; Gary Kruppa[2]; John P Shapiro[3]; Brad H Rovin[3]; Matthias Kretzler[4]; Jeff Hodgin[4]; [1]Bruker, Billerica, MA; [2]Bruker Scientific, Billerica, MA; [3]The Ohio State University, Columbus, OH; [4]University of Michigan Medical School, Ann Arbor, MI

**MP 763** Comparison of S-Trap, iST and Conventional Digestion Methods for Serum Proteomics; Benjamin Neely[1,2]; Alison Bland[2,3]; <u>Michael Janech</u>[2,3]; [1]Marine Biochemical Sciences Group, National Institute of Standards and Technology, NIST Charleston, SC; [2]Hollings Marine Laboratory, Charleston, SC; [3]College of Charleston, Charleston, SC

**MP 764** Quantitative Proteome and Neuropeptide Profiling in Female Pregnant Mice with Neuropathic Pain by High-Resolution Mass Spectrometry; Madeleine Parent-Vachon[1]; Pascal Vachon[1]; <u>Francis Beaudry</u>[1]; [1]Universite de Montreal, St-Hyacinthe, QC

**MP 765** Cellular Precision for Infrared Laser Ablation Tissue Microproteomics; <u>Chao Dong</u>[1]; Fabrizio Donnarumma[1]; Kelin Wang[1]; Kermit K. Murray[1]; [1]Louisiana State University, Baton Rouge, LA

**MP 766** Quantitative Proteomics of Tuberculosis Lung FFPE Tissue by SWATH Analysis; <u>Amon Suzuki</u>[1]; Yasuhiro Hirano[1]; Mina Kawamura[1]; Akihiro Ishizu[2]; Susumu Y. Imanishi[1]; [1]Meijo University, Nagoya, Japan; [2]Hokkaido University, Sapporo, Japan

**MP 767** MS-Based Strategies Reveal Extracellular Matrix Alterations and N-Glycan Spatial Distribution Changes with the Progression of Ovarian Cancer; <u>Zihui Li</u>[1]; Yatao Shi[2]; Fengfei Ma[2]; Kristal L. Gant[3]; Manish S. Patankar[3]; Lingjun Li[1,2]; [1]Department of Chemistry, University of Wisconsin-Madison, Madison, WI; [2]School of Pharmacy, University of Wisconsin-Madison, Madison, WI; [3]Department of Obstetrics and Gynecology, University of Wisconsin-Madison, Madison, WI

**MP 768** Latest developments of Liquid Extraction Surface Analysis Mass Spectrometry for Top-Down and Bottom-Up Investigation of Protein Biomarkers in Renal Fibrosis; <u>Emma K Sisley</u>[1]; Francisco Fernandez-Lima[2]; Tim Johnson[3]; Peter Hall[3]; Iain B Styles[1]; Helen J Cooper[1]; [1]University of Birmingham, Birmingham, United Kingdom; [2]Florida International University, Miami, FL; [3]UCB Pharma LTD, Slough, United Kingdom

**PROTEOMICS: TOP DOWN ANALYSIS I**
**769-787**

**MP 769** Large-Scale Qualitative and Quantitative Top-Down Proteomics Using Capillary Zone Electrophoresis-Electrospray Ionization-Tandem Mass Spectrometry with Nanograms of Proteome Samples; <u>Rachele Lubeckyj</u>[1]; Abdul Rehman Bashara[2]; Xiaojing Shen[3]; Xiaowen Liu[2,4]; Liangliang Sun[1]; [1]Michigan State University, East Lansing, MI; [2]Indiana University-Purdue University Indianapolis, Indianapolis, Indiana; [3]Michigan State University, East Lansing; [4]Indiana University School of Medicine, Indianapolis, Indiana



**MP 770**   **Top-down Analysis of β-lactoglobulin Involving Disulfide Bond Cleavages;** Jianzhong Chen; *University of Alabama at Birmingham, Birmingham, AL*

**MP 771**   **Valet Parking for Protein Ion Charge State Concentration: Ion/Molecule Reactions in Linear Ion Traps;** David Foreman[1]; Jay Bhanot[1]; Kenneth W Lee[1]; Scott A McLuckey[1]; *[1]Purdue University, West Lafayette, IN*

**MP 772**   **Single Muscle Fiber Proteomics Enabled by High Sensitivity Top-Down Mass Spectrometry;** Jake A. Melby[1]; Yutong Jin[1]; Trisha Tucholski[1]; Yanlong Zhu[1]; Ziqing Lin[1]; Gary Diffee[1]; Ying Ge[1]; *[1]University of Wisconsin, Madison, Madison, WI*

**MP 773**   **Improved Top-Down Search Accuracy and Sensitivity using MetaMorpheus and a Novel Algorithm for Monoisotopic Mass Determination;** Robert Millikin[1]; Leah V. Schaffer[1]; Michael R. Shortreed[1]; Lloyd M. Smith[1]; *[1]University of Wisconsin Madison, Madison, WI*

**MP 774**   **Top-Down Proteomics Applied to Human CSF;** Marina Gay[1]; Ester Sánchez-Jiménez[1]; Laura Villarreal[1]; Mar Vilanova[1]; Romain Huguet[2]; Gianluca Arauz-Garofalo[1]; Antonio Lorenzo[1]; Mirela Díaz-Lobo[1]; Daniel López-Ferrer[2]; Marta Vilaseca[1]; *[1]Institute for Research in Biomedicine (IRB Barcelona), The Barcelona Institute of Science and Technology (BIST), Barcelona, Spain; [2]ThermoFisher, San Jose, CA*

**MP 775**   **Deciphering the Tubulin Code with Top-Down Proteomics;** Mathieu Dupré[1]; Thibault Chaze[1]; Elise Warter[2]; Serge Bonnefoy[2]; Jujimon A.s[3]; Philippe Bastin[2]; Carsten Janke[3]; Mariette Matondo[1]; Julia Chamot-Rooke[1]; *[1]Mass Spectrometry for Biology Unit, Institut Pasteur, CNRS USR2000, Paris, France; [2]Trypanosome Cell Biology Unit, Institut Pasteur, INSERM U1201, Paris, France; [3]Regulation of Microtubule Dynamics and Functions Unit, Institut Curie, CNRS UMR3348, Orsay, France*

**MP 776**   **Extending the Mass Range for Native Top-Down Mass Spectrometry by UVPD;** Jean-Francois Greisch[1, 2]; Sem Tamara[1,2]; Albert J.R. Heck[1,2]; *[1]Biomolecular Mass Spectrometry and Proteomics, Bijvoet Center for Biomolecular Research and Utrecht Institute of Pharmaceutical Sciences, Utrecht University, Utrecht, Netherlands; [2]Netherlands Proteomics Center, Utrecht, Netherlands*

**MP 777**   **Controlling False-Discovery Rate for Top Down Proteomics Data Using UVPD Fragmentation;** Ken Durbin[1]; Luca Fornelli[2, 3]; Joseph Greer[1]; Ryan Fellers[1]; Mick Greer[5]; David Horn[5]; Neil L Kelleher[4]; *[1]Proteinaceous, Evanston, IL; [2]University of Oklahoma, Norman, OK; [3]Northwestern University, Evanston, IL; [4]Proteinaceous, Inc., Evanston, IL; [5]Thermo Fisher Scientific, Austin, TX; [6]Thermo Fisher Scientific, San Jose, CA*

**MP 778**   **Precise Characterization and Comparison of KRAS Oncoproteoforms across Three Cancer Contexts;** Lauren Adams[1]; Caroline J DeHart[1]; Lissa C Anderson[2]; Luca Fornelli[3]; Christopher L. Hendrickson[2]; Neil L Kelleher[1]; *[1]Northwestern University, Evanston, IL; [2]National High Magnetic Field Laboratory, Tallahassee, FL; [3]University of Oklahoma, Norman, OK*

**MP 779**   **Large Scale Informatics for Interrogating Proteoforms in Human Blood Cells with Top Down Proteomics;** Joseph B Greer[1]; Ryan T Fellers[1]; Richard D Leduc[1]; Bryan P Early[1]; Josiah E Hutton[1]; Rafael D Melani[1]; Jacek W Sikora[1]; R Vince Gerbasi[1]; Jeannie M Camarillo[1]; Paul M Thomas[1]; Neil L Kelleher[1]; *[1]Northwestern University, Evanston, IL*

**MP 780**   **High-Field Asymmetric Ion Mobility Spectrometry of Heterogeneous Proteoform Populations from Primary Human Leukocytes;** Robert V Gerbasi[1]; Susan E Abbatiello[2]; Rafael D. Melani[1]; Michael W. Belford[3]; Scott M. Peterman[3]; Romain Huguet[3]; Philip D. Compton[1]; Paul M Thomas[1]; Neil L Kelleher[1]; *[1]Northwestern University,*

*Evanston, IL; [2]Northeastern University, Boston, MA 02115; [3]Thermo Fisher Scientific, San Jose, CA*

**MP 781**   **Identification of Lactobacillus and Saccharomyces at Species Level in Industrial Ethanol Production Using Spectral Signatures by MALDI-TOF MS;** Juliana Guimarães Fonseca; *ESALQ/ USP, Piracicaba, Brazil*

**MP 782**   **Middle Down Approach for the Characterization of Monoclonal Antibodies after Ides Digestion and ETD Fragmentation;** John L. Snyder[1]; Colin M Wynne[1]; Michelle English[2]; Marshall Bern[2]; *[1]Eurofins Lancaster Laboratories, Inc., Lancaster, PA; [2]Protein Metrics Inc., San Carlos, CA*

**MP 783**   **Profiling Combinatorial Posttranslational Modifications in Seminal Plasma from Dairy Bulls via Sheathless Capillary Zone Electrophoresis – Top-Down Mass Spectrometry;** Fabio P. Gomes[1]; Jolene K. Diedrich[1]; Anthony J. Saviola[1]; Abdullah Kaya[2]; Erdogan Memili[3]; Arlindo A. Moura[4]; John R. Yates, III[1]; *[1]The Scripps Research Institute, La Jolla, CA; [2]Selcuk University, Selçuklu, Turkey; [3]The Mississippi State University, Starkville, MS; [4]The Federal University of Ceara, Fortaleza, Brazil*

**MP 784**   **Dipolar DC Induced Collisional Activation of Non-Dissociated Electron-Transfer Products;** Sarju Adhikari[1]; Mack Shih[1]; Eric T Dziekonski[2]; Frank A Londry[2]; Scott A McLuckey[1]; *[1]Purdue University, West Lafayette, IN; [2]SCIEX, Concord, ON*

**MP 785**   **Enhancing Top-Down Proteomics Data Analysis by Combining Deconvolution Results using Ensemble Methods;** Molly Wetzel[1]; Daniel Belongia[2]; Yutong Jin[3]; Zhijie Wu[3]; Irene M. Ong[2, 4, 5]; Sean J McIlwain[3, 4]; Ying Ge[1, 2, 6, 7]; *[1]Department of Cell and Regenerative Biology, University of Wisconsin-Madison, Madison, WI; [2]School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI; [3]Department of Chemistry, University of Wisconsin-Madison, Madison, WI; [4]Department of Biostatistics and Medical Informatics, University of Wisconsin - Madison, Madison, WI; [5]Department of Obstetrics & Gynecology, University of Wisconsin - Madison, Madison, WI; [6]Department of Chemistry, University of Wisconsin-Madison, Madison, WI 53706; [7]Human Proteomics Program, School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI*

**MP 786**   **Charge Deconvolution of Dissociation Spectra of Protein Complexes;** Marshall W. Bern[1]; Yong J. Kil[1]; Jing Yan[2]; Zachary L VanAernum[2]; Vicki H Wysocki[2]; *[1]Protein Metrics, San Carlos, CA; [2]The Ohio State University, Columbus, OH*

**MP 787**   **Investigation into Data-Independent Acquisition in Orbitrap and TOF platform for Topdown Proteomics Using Intact and Byonic software;** Victoria Sanchez[1]; Elisabeth Weyher[1]; K. Ilker Sen[2]; Marshall W. Bern[2]; Nagarjuna Nagaraj[1]; *[1]Max Planck Institute of Biochemistry, Martinsried, Germany; [2]Protein Metrics Inc., Cupertino, CA*



Set up all Tuesday posters
7:00 - 8:00 am
**Odd-numbered posters present**
10:30 - 11:30 am PLUS 12:30 - 2:30 pm
**Even-numbered posters present**
10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm
Remove all Tuesday posters
7:00 - 8:00 pm

Antibodies & Antibody Drug Conjugates I ....................001-022
Art, Archaeology & Paleontology....................................023-036
Biomarkers: Discovery I ................................................037-068
Biomarkers: Quantitative Analysis II..............................069-099
Clinical Analysis II.........................................................100-123
Disease Biomarkers I ....................................................124-141
Energy: Hydrocarbon and Petrochemical ......................142-159
Environmental: General II...............................................160-191
Environmental: Pharmaceuticals and Pesticides ...........192-212
Food Safety II ................................................................213-242
Forensics II ...................................................................243-269
Fundamentals: Ion Structure/Energetics .......................270-287
Fundamentals: Ionization Mechanisms ..........................288-297
GC/MS: Instrumentation and Applications I ...................298-318
H/D Exchange: Protein Structure/Function ....................319-343
Imaging MS: Method Development I ...............................344-364
Imaging MS: Pharmaceutical Applications .....................365-379
Imaging MS: Sample Preparation ..................................380-387
Imaging MS: Small Molecules .......................................388-407
Imaging MS: Software....................................................408-415
Informatics: Multiomics Integration ...............................416-440
Instrumentation: Mini/Portable/Fieldable MS................441-457
Instrumentation: New Developments in Ion Detection .....458-496
Ion Mobility: Applications I ............................................497-519
Ion Mobility: FAIMS/DMS ..............................................520-529
Metabolomics: General I ...............................................530-549
Metabolomics: Untargeted Metabolite Profiling..............550-568
Phosphopeptides: Quantitative Analysis ........................569-579
Protein Therapeutics: Quantitative Analysis II................580-605
Protein Therapeutics: Structural Characterization II........606-625
Proteins: PTMs I ...........................................................626-646
Proteomics: Infectious Diseases ...................................647-657
Proteomics: Intact Proteins ...........................................658-666
Proteomics: New Approaches I ......................................667-694
Proteomics: Quantitative II ............................................695-717
Proteomics: Top Down  Analysis II .................................718-737
Small Molecules: Qualitative Analysis ...........................738-756
Systems Biology ............................................................757-780

**ANTIBODIES & ANTIBODY DRUG CONJUGATES I**
**001-022**

TP 001 **Evaluating the Performance of an Orbitrap Tribrid at 8000 m/z;** John P. McGee[1]; Rafael Melani[1]; Mike Senko[2]; Vlad Zabrouskov[2]; Philip Remes[2]; Graeme McAlister[2]; Christopher Mullen[2]; Jesse Canterbury[2]; Michael Goodwin[2]; Romain Huguet[2]; Lee Early[2]; Neil L. Kelleher[1]; Philip D. Compton[1]; [1]Northwestern University, Evanston, IL; [2]Thermo Fisher Scientific, San Jose, CA

TP 002 **Analysis of Therapeutic Monoclonal Antibodies Using Volatile pH Gradient Cation Exchange Chromatography Directly Coupled to Native Mass Spectrometry;** Julia Baek[1]; Rosa Viner[2]; Terry Zhang[2]; James Ngai[3]; Eugen Damoc[4]; Shanhua Lin[5]; [1]Thermo Fisher Scientific, Sunnyvale, California; [2]Thermo Fisher Scientific, San Jose, California; [3]Thermo Fisher Scientific, Sunnyvale; [4]Thermo Fisher Scientific, Bremen, Germany; [5]Thermo Fisher Scientific, Sunnyvale, CA

TP 003 **Online IEX-MS Characterization and Monitoring of mAb Charge Heterogeneity Using an Optimized Cation Exchange Resin and Compact TOF Mass Spectrometer;** Samantha Ippoliti[1]; Qi Wang[1]; Ying Qing Yu[1]; Matthew A. Lauber[1]; Henry Shion[1]; [1]Waters Corporation, Milford, MA

TP 004 **Optimizing MS/MS Acquisition to Generate a Comprehensive Multi-Attribute Method Data Archive of the NISTmAb;** Michael E. Pettit[1]; John E. Schiel[1]; [1]National Institute of Standards and Technology, Gaithersburg, MD

TP 005 **A Novel Approach to Stability Characterization of ADC Payload Related Degradation through Assessment of Capped Drug-Linker ADC Surrogates;** Michael Lesslie[1]; Beijing Huang[1]; Gilbert Mbah[1]; Brittney Mills[1]; Jianwen Xu[2]; [1]AbbVie Inc., North Chicago, IL; [2]AbbVie Inc., Worcester, MA

TP 006 **Improve Sensitivity and Mass Accuracy in IEC-MS Analysis of Antibody Charge Variants;** Kyoung-Soon Choi[1]; Zhongping Liao[1]; Jason X. Tang[1]; [1]Eli Lilly & Company, Indianapolis, IN

TP 007 **Coupling Mixed-Mode Size Exclusion Chromatography with Native Mass Spectrometry for the Analysis of Intact Monoclonal Antibodies;** Yuetian Yan[1]; Tao Xing[1]; Shunhai Wang[1]; Ning Li[1]; Thomas J. Daly[1]; [1]Regeneron, Tarrytown, NY

TP 008 **Development and Qualification of a Difluoroacetic acid (DFA)-Based Subunit LC-MS Method for ADC Characterization;** Jacquelynn Smith[1]; Jennifer Nguyen[2]; Olga Friese[1]; Jason Rouse[3]; Matthew A. Lauber[2]; [1]Pfizer, Chesterfield, MO; [2]Waters Corporation, Milford, MA; [3]Pfizer, Andover, MA

TP 009 **Application of Wildcard Search Approach in Sequence Variant Analysis;** Yutian Gan; Genentech, Inc., South San Francisco, CA

TP 010 **EThcD Spectrum with Deep Novo Enables the Discrimination of Leucine and Isoleucine;** Yi Liu[1]; Wen Zhang[1]; Rui Qiao[2]; Ngoc Hieu Tran[2]; Lei Xin[1]; [1]Bioinformatics Solutions Inc., Waterloo, ON; [2]University of Waterloo, Waterloo, ON

TP 011 **A Simple Approach for Improved LC-MS Analysis of Protein Biopharmaceuticals via Modification of Desolvation Gas;** Shunhai Wang[1]; Tao Xing[1]; Anita P Liu[1]; Zehong He[1]; Yuetian Yan[1]; Thomas J Daly[1]; Ning Li[1]; [1]Regeneron Pharmaceuticals Inc., Tarrytown, NY

TP 012 **Characterization of Cetuximab using pH Gradient Cation Exchange and Microchip Electrophoresis Coupled to Native Orbitrap Mass Spectrometry;** Florian Fuessl[1]; Craig Jakes[1]; Sara Carillo[1]; Ashley Bell[2]; Erin A. Redman[2]; Ken Cook[3]; Jonathan Bones[1]; [1]The National Institute for Bioprocessing Research & Training, Dublin, Ireland; [2]908 Devices, Boston, MA; [3]Thermo Fisher Scientific, Hemel Hempstead, UK, Hemel Hempstead, United Kingdom



## TUESDAY POSTERS

**TP 013   Analysis of Monoclonal Antibodies using SEC-MS in Native and Denaturing States to Identify Aggregation during DuoBody Formation;** Elsa Gorre[1]; Rajiv Rao[2]; Rebecca Smith[2]; Andrew Mahan[1]; Harsha Gunawardena[1]; Hirsh Nanda[1]; [1]Janssen Research and Development, Spring House, PA; [2]Janssen Research & Development, Large Molecule Drug Product Development, Malvern, PA

**TP 014   Structural Characterizations of Intact Monoclonal Antibodies by Native MS;** Angela Criscuolo[1, 2]; Tabiwang N. Arrey[2]; Eugen Damoc[2]; Thomas Moehring[2]; Catharina Crone[2]; Markus Kellmann[2]; [1]Leipzig University, Leipzig, Germany; [2]Thermo Fisher Scientific (Bremen) GmbH, Bremen, Germany

**TP 015   Automated Comprehensive Characterization and Quantification of Low-Abundance Sequence Variants in a Standard Monoclonal Antibody;** Joe Shambaugh[1]; Aude Tartiere[2]; Albert Van Wyk[3]; John McCarter[1]; Cassandra Wigmore[6]; Peter Haberl[6]; [1]Genedata Inc, Lexington, MA; [2]Genedata, Inc., San Francisco, CA; [3]Genedata Ltd, Cambridge, United Kingdom; [4]Genedata, Inc., Lexington, MA; [5]Genedata AG, Basel, Switzerland; [6]Genedata GmbH, Munich, Germany

**TP 016   Using Cation Exchange Chromatography and Online Mass Spectrometry (CEX-MS) for Assignment of ICIEF Charge Variants;** Kevin Ray[1]; Ben Cutak[1]; Shreya Ahuja[1]; [1]MilliporeSigma, St. Louis, MO

**TP 017   Characterization of BiTE® Antibody Constructs by Hydrophilic Interaction Chromatography Coupled to Mass Spectrometry;** Yang Stella Song[1]; Amy Huang[1]; John Harrahy[1]; [1]Amgen Inc., Cambridge, MA

**TP 018   Native Top-Down Analysis of Intact Antibodies Using Multiple Dissociation Techniques on a Tribrid Quadrupole Orbitrap Linear Ion Trap Mass Spectrometer;** Eugen Damoc[1]; Kristina Srzentić[2]; Romain Huguet[3]; Graeme McAlister[3]; Christopher Mullen[3]; Philip M Remes[3]; Jesse D Canterbury[3]; Mike Senko[3]; Vlad Zabrouskov[3]; [1]Thermo Fisher Scientific, Bremen, Germany; [2]Thermo Fisher Scientific, Cambridge, Massachusetts; [3]Thermo Fisher Scientific, San Jose, California

**TP 019   Process Monitoring of Monoclonal Antibodies at Intact and Subunits Levels using a Single Quadrupole LC/MS for Quality Control;** Linfeng Wu[1]; Lisa Zang[1]; Guannan Li[1]; [1]Agilent Technologies, Santa Clara, CA

**TP 020   The Impact of Using Different Protease Combinations for "de novo" Protein Sequencing;** Thierry Le Bihan[1]; Paul Taylor[1]; Zac McDonald[1]; Qixin Liu[1]; Jianqiao Shen[1]; Kathleen Gorospe[1]; Xin Xu[1]; Chris Hosfield[2]; Bin Ma[1, 3]; [1]Rapid Novor Inc, Kitchener; [2]Promega Corporation, Madison, WI; [3]University of Waterloo, Waterloo

**TP 021   Improving Assignment of Sequence Variants Using Machine Learning;** Sibylle Heidelberger[1]; Lyle Burton[2]; Sean L. Seymour[3]; [1]AB Sciex UK Ltd, Warrington, United Kingdom; [2]SCIEX, Concord, ON; [3]Seymour Data Science, San Francisco, CA

**TP 022   Isotope Selection in Label-Free Quantification and its Effects in Biopharmaceutical Characterization;** David Mahon[1]; K. Ilker Sen[2]; Yong J. Kil[2]; Promod Mehndiratta[1]; [1]Celgene, Summit, NJ; [2]Protein Metrics Inc., Cupertino, CA

### ART, ARCHAEOLOGY & PALEONTOLOGY
### 023-036

**TP 023   What Sherlock Sorely Missed: The EVA Technology for Cultural Heritage Exploration;** Gleb Zilberstein[1]; Alfonsina D'Amato[2]; Piergiorgio Righetti[3]; [1]Spectrophon Ltd., Rehovot, Israel; [2]Università degli Studi di Milano, Dept. Pharmaceutical Sciences, Milano, Italy; [3]Politecnico di Milano, Dept. of Chemistry, Milano, Italy

**TP 024   Multiple Techniques Confirm Collagen Remnants in Fossil Bone;** Brian Thomas[1]; Robert Layfield[2]; Lynn Smith[3];

Barry Shaw[2]; Stephen Taylor[4]; [1]University of Liverpool, Glenn Heights, TX; [2]University of Nottingham, Nottingham, United Kingdom; [3]Norton Priory, Runcorn, United Kingdom; [4]Mass Spectrometry Group, University of Liverpool, Liverpool, United Kingdom

**TP 025   Palaeoproteomics on Paintings: Tandem Mass Spectrometry Unravels the History of Artistic Materials through Post-Translational Modifications;** Fabiana Di Gianvincenzo[1]; Meaghan Mackie[1, 2]; Patrick Rüther[2]; Diana Samodova[2]; David Peggie[3]; Jesper V. Olsen[2]; Enrico Cappellini[1]; [1]Department of Biology, University of Copenhagen, Copenhagen, Denmark; [2]NNF Center for Protein Research University of Copenhagen, Copenhagen, Denmark; [3]National Gallery of London, London, United Kingdom

**TP 026   Identification of Animal Species by Mass Spectrometry of Collagen Extracted from Neolithic and Paleolithic Bones and Teeth;** Takashi Nakazawa[1]; Momoko Osawa[1]; Kana Matsuo[1]; Mako Inuzuka[1]; Yuki Ito[1]; Kazuki Kawahara[2]; Yuichi Naito[3]; Seiji Kadowaki[3]; Yoshihiro Nishiaki[4]; [1]Nara Women's University, Nara, Japan; [2]Osaka University, Suita, Japan; [3]Nagoya University, Nagoya, Japan; [4]The University of Tokyo, Bunkyo, Japan

**TP 027   Species Identification of Materials Used in Cultural Heritage Objects from Kevin in the British Museum's Collection Using 'ZooMS' Methodology;** Michael Douglas Nairn[1]; Chris Mussell[2]; Amber Lincoln[2]; [1]Shimadzu, Manchester, UK, Manchester, United Kingdom; [2]The British Museum, London, United Kingdom

**TP 028   GrandPep, a Novel Software for Computational Reconstruction of Ancient Protein Sequences;** Petra Gutenbrunner[1]; Frido Welker[2]; Jazmin Ramos Madrigal[2]; Enrico Cappellini[2]; Juergen Cox[1]; [1]Max-Planck Institute of Biochemistry, Planegg, Germany; [2]Department of Biology, University of Copenhagen, Copenhagen, Denmark

**TP 029   Effects of Preparation Methods, Environmental Factors, and Scientific Analysis on Aging of Historical Silk, Parchment, and Bone at Molecular Levels;** Mehdi Moini; George Washington University, Washington, VA

**TP 030   Revealing the Past through Non-invasive Metabolomics and Proteomics;** Elettra Barberis[1]; Marcello Manfredi[2]; Pier Giorgio Righetti[3]; Gleb Zilberstein[4]; Bianucci Raffaella[5]; Emilio Marengo[1]; [1]University of Piemonte Orientale - Department of Sciences and Technological Innovation, Alessandria, Italy; [2]University of Piemonte Orientale, Alessandria, Italy; [3]Politecnico di Milano, Dept. of Chemistry, Milano, Italy; [4]Spectrophon Ltd¡, Rehovot, Israel; [5]University of Turin, Torino, Italy

**TP 031   Microwave-Assisted Acid Hydrolysis for Whole Bone Proteomics and Paleoproteomics;** Caitlin Colleary[1]; Timothy P Cleland[1]; [1]Smithsonian Museum Conservation Institute, Suitland, MD

**TP 032   Archival Proteins: Biomolecular Evidence of Parchment Production Methods;** Carla L Soto Quintana[1]; Sarah Fiddyment[1]; Matthew J Collins[2, 3]; [1]University of York, York, United Kingdom; [2]University of Copenhagen, Copenhagen, Denmark; [3]University of Cambridge, Cambridge, United Kingdom

**TP 033   Robust Proteomics Workflow for the Identification and Classification of Paleontological Bones;** Fabrice Bray[1]; Stéphanie Flament[1]; Patrick Auguste[1]; Christian Rolando[1]; [1]Université de Lille, Villeneuve d'Ascq, France

**TP 034   Digging Deeper into Ancient Proteomes — Improved Sampling and Instrumentation Allow for an Unprecedented View of the Archaeological Protein Record;** Patrick L. Ruether[1]; Alberto J. Taurozzi[2]; Dorte B. Bekker-Jensen[1]; Tanveer S. Batth[1]; Tabiwang N. Arrey[3]; Alexander Harder[3]; Christian D. Kelstrup[1]; Enrico Cappellini[2]; Jesper V. Olsen[1]; [1]NNF Center for Protein

Research University of Copenhagen, Copenhagen, Denmark; [2]Natural History Museum of Denmark, Copenhagen, Denmark; [3]Thermo Fisher Scientific, Bremen, Germany

TP 035 **Multidisciplinary Approach to Understanding Preservation and Decomposition at Vindolanda, Roman Fort, UK**; gillian Taylor[1]; Hrafnhildur Helga Halldórsdóttir[1]; Rhys Williams[1]; Caroline Orr[1]; Andrew Birley[2]; [1]Teesside University, Middlesbrough, United Kingdom; [2]Vindolanda, Bardon Mill, United Kingdom

TP 036 **Adapting Historic Architecture and Engineering Documentation Protocols to the Virtual Preservation of Historically Important Analytical Instruments**; Frances R. Gale[1]; P. Jane Gale[2]; Michael A Grayson[3]; [1]University of Texas at Austin School of Architecture (ret), Austin, TX; [2]ASMS Archivist/Historian, Southborough, MA; [3]ASMS Archivist/Historian (ret), St. Louis, MO

### BIOMARKERS: DISCOVERY I
037-068

TP 037 **Coccidioidomycosis Detection Using Targeted Plasma and Urine Metabolic Profiling**; Paniz Jasbi[1]; Natalie M. Mitchell[2]; Xiaojian Shi[1]; Thomas E. Grys[3]; Yiping Wei[1]; Li Liu[2, 4]; Douglas F. Lake[2]; Haiwei Gu[1]; [1]Arizona State University, Phoenix, AZ; [2]Arizona State University, Tempe, AZ; [3]Mayo Clinic, Phoenix, AZ; [4]Mayo Clinic, Scottsdale, AZ

TP 038 **Quantitative Serum Proteomics Uncovers Biomarkers for the Prediction of Staphylococcus aureusbacteremia Patient Outcomes and Highlights Dysregulated Host Defense Networks**; Jacob Wozniak[1]; Warren Rose[2]; George Sakoulas[1]; David J Gonzalez[1]; [1]UCSD, San Diego, CA; [2]University of Wisconsin, Madison, Madison, WI

TP 039 **Proteomic and Lipidomic Analysis Reveals Altered Fatty Acid Metabolism in the Liver of the Symptomatic Niemann-Pick, Type C1 Mouse Model**; Melissa R. Pergande[1]; Jonathon Hanek[1]; Estefania Zárate[1]; Sheher Banu Mohsin[2]; Carol Haney-Ball[3]; Stephanie M Cologna[1]; [1]University of Illinois at Chicago, Chicago, IL; [2]Agilent Technologies, Wood Dale, IL; [3]Agilent Technologies, Cary, NC

TP 040 **Epitope Structures of Aptamer Complexes of the Multi-domain Protein C-Met Revealed by Proteolytic Affinity-Mass Spectrometry**; Michael Przybylski[1]; Loredana Lupu[2]; Pascal Wiegand[2]; Nico Hüttmann[2]; Stephan Rawer[2]; Wolfgang Kleinekofort[2, 3]; Irina Shchugoreva[1]; Anna S. Kichkailo[5]; Felix N. Tomilin[4]; Alexander Lazarev[6]; Maxim V. Berezovski[7]; [1]Steinbeis Centre Biopolymer Analysis and Biomedical Mass Spectrometry, Ruesselsheim, Germany; [2]Steinbeis Centre Biopolymer Analysis and Biomedical Mass Spectrometry, Ruesselsheim, Germany; [3]Rhein Main University, Rüsselsheim, Germany; [4]Kirensky Institute of Physics, Russian Academy of Sciences, Krasnoyarsk, Russia; [5]Krasnoyarsk State Medical University, Krasnoyarsk, Russia; [6]Pressure Biosciences Inc., South Easton, MA; [7]University of Ottawa, Dept. Chemistry, Ottawa, Quebec

TP 041 **Novel S-Nitrosylated Proteolytic Peptides Derived from Postsynaptic Proteins for Alzheimer's Disease**; George Anis Sarkis[1]; John S. Wishnok[1]; Steven R Tannenbaum[1]; [1]Massachusetts Institute of Technology, Cambridge, MA

TP 042 **High-Throughput Screening of Antimicrobial Resistance by MALDI-High Resolution Mass Spectrometry of Bacterial Cell Cultures**; Evan Larson[1]; Andrew Petersen[1]; Bryan Bellaire[1]; Young Jin Lee[1]; [1]Iowa State University, Ames, IA

TP 043 **Targeted Metabolomics Profile Sow Milk Components by LC-MS/MS**; Shen Allison[1]; Qisheng Zhong[2]; [1]Shimadzu Global COE, Shimadzu (China) Co., Ltd., China, Guangzhou, China; [2]Shimadzu Global COE, Shimadzu (China) Co., Ltd., China, Guangzhou, China

TP 044 **Colorectal Cancer Patient-Derived Serum Exosomes Promote Cancer Cell Migration**; Hye Ryeon Jung[1]; Yu-Ri Seo[1]; Jeehee Park[1]; Eugene C. Yi[1]; [1]Department of Molecular Medicine and Biopharmaceutical Sciences, Graduate School of Convergence Science and Technology, Seoul National University, Seoul, South Korea

TP 045 **Identification of Novel Serum Protein Biomarkers for ALS Diagnosis and Progression**; Szymon Filip[1]; Tori Sosnowski[1]; Halil Idrisoglu[2]; Hande Ozdinler[3, 4]; Young Ah Goo[1]; [1]Proteomics Center of Excellence, Northwestern University, Chicago, IL; [2]Istanbul University, Istanbul, Turkey; [3]Department of Neurology, Northwestern University, Feinberg School of Medicine, Chicago, IL; [4]Les Turner ALS Center at Northwestern University, Chicago, IL

TP 046 **Identifying Peptide Signatures in Longitudinally Collected CSF Associated with Progression of ALS Using DIA Mass Spectrometry**; Allyson L Mellinger[1]; Jeffrey R. Enders[2]; Michael S. Bereman[1, 3, 4]; [1]Department of Chemistry, North Carolina State University, Raleigh, NC; [2]Molecular Education, Technology, and Research Innovation Center, Raleigh, NC; [3]Center for Human Health and the Environment, North Carolina State University, Raleigh, NC; [4]Department of Biological Sciences, North Carolina State University, Raleigh, NC

TP 047 **Lipid Biomarker Identification for Preterm Birth and Miscarriage via Deuterium Oxide Labeling for Global Omics Relative Quantification**; Byoungsook Goh[1]; Ji-Yeon Park[2]; Joo-Hee Choi[2]; Jong-Hwan Park[2]; Tae-Young Kim[1, 3]; [1]Department of Chemistry, Gwangju Institute of Science and Technology, Gwangju, South Korea; [2]Laboratory Animal Medicine, College of Veterinary Medicine and BK 21 PLUS Project Team, Chonnam National University, Gwangju, South Korea; [3]School of Earth Sciences and Environmental Engineering, Gwangju Institute of Science and Technology, Gwangju, South Korea

TP 048 **An Integrated System for Sequential Isolation of Circulating Tumor Cells and Exosomes for Proteomic Analysis from the Same Blood Sample**; Jie Zhang[1]; Jianhui Zhu[1]; Zhijing Tan[1]; Mingrui An[1]; Yingfeng Zhang[1]; Neehar D. Parikh[1]; David M. Lubman[1]; [1]University of Michigan Medical Center, Ann Arbor, MI

TP 049 **Screening of Site-Specific Glycopeptides in Serum Haptoglobin as Novel Biomarkers for Non-Alcoholic Steatohepatitis Using EThcD-MS/MS**; Jianhui Zhu[1]; Jie Zhang[1]; Zhengwei Chen[2]; Gabriela Grigorean[3]; Lingjun Li[2]; David M. Lubman[1]; [1]University of Michigan Medical Center, Ann Arbor, MI; [2]University of Wisconsin-Madison, Madison, WI; [3]University of Michigan, Ann Arbor, MI

TP 050 **Systematic Proteomic Analysis of the Interaction between UPR and LPS regulated Phosphorylation Establishes Novel Connections to Innate Immunity**; Min Ma[1]; Yatao Shi[1]; Yusi Cui[1]; Junfeng Huang[1]; Yiping Liu[1]; Judith A Smith[1]; Lingjun Li[1]; [1]University of Wiscision-madison, WI

TP 051 **Establishment of Q-markers of Niaoduqing Granule by High Resolution Mass Spectrum Analysis and Network Pharmacology Study**; Yi-Sheng Xu[1]; Yuanyuan Xie[2]; [1]waters cooperation, Shanghai, China; [2]Tsinghua University, Beijing, China

TP 052 **Effects of Daily Vinegar Ingestion on Insulin Sensitivity, Visceral Fat, Body Weight and the Metabolome in Healthy Adults**; Paniz Jasbi[1]; Olivia Baker[2]; Xiaojian Shi[1]; Lisa Gonzalez[2]; Summer Anderson[2]; Xinchen Wang[1]; Haiwei Gu[1]; Carol S. Johnston[2]; [1]Arizona State University, Scottsdale, AZ; [2]Arizona State University, Phoenix, AZ

TP 053 **Lipidomics of Parkinson's Disease: Towards More Accurate Diagnosis Methods through Omics Technologies**; Adriana Zardini Buzatto[1]; Barinder Bajwa[1]; Jaspaul Tatlay[1]; Roger A Dixon[1]; Richard Camicioli[1]; Liang Li[1]; [1]University of Alberta, Edmonton, AB



# TUESDAY POSTERS

**TP 054** **Ovarian Cancer Detection Using Plasma Metabolic Profiling;** <u>Yiping Wei</u>[1]; Paniz Jasbi[1]; Xiaojian Shi[1]; Haiwei Gu[1]; [1]*Arizona State University, Scottsdale, AZ*

**TP 055** **Mapping and Sequencing of Gangliosides in Human Cerebellum at Different Developmental Stages by Orbitrap Multistage Mass Spectrometry;** <u>Raluca Ica</u>[1]; Mirela Sarbu[1]; Alina Petrut[1]; Cristian VA Munteanu[2]; Andrei J Petrescu[2]; Radu Albulescu[3]; Alina D. D Zamfir[1]; [1]*National Institute for Research and Development in Electrochemistry and Condensed Matter, Timisoara, Romania, Timisoara, Romania;* [2]*Institute of Biochemistry of the Romanian Academy, Bucharest, Romania;* [3]*National Institute for Chemical - Pharmaceutical Research and Development, Bucharest, Romania*

**TP 056** **Lipidomics of Alzheimer's Disease and Cerebral Amyloid Angiopathy: Identification of Potential Biomarkers in Human Plasma by UHPLC-MS;** <u>Barinder Bajwa</u>[1]; Adriana Zardini Buzatto[1]; Roger A Dixon[1]; Richard Camicioli[1]; Eric E Smith[2]; Liang Li[1]; [1]*University of Alberta, Edmonton, AB;* [2]*University of Calgary, Calgary, AB*

**TP 057** **Tyrosine Aminoacyl-tRNA Synthetase Sensitize Breast Cancer to the Combined Chemotherapeutic Regimen;** <u>Ji hye Moon</u>[1]; Dohyun Han[1]; Hyeyoon Kim[1]; Han Suk Ryu[1]; [1]*Seoul National University Hospital, Seoul, South Korea*

**TP 058** **Development and Technical Validation of a Data-Independent Acquisition Approach for Analysis of Human Alzheimer's Disease Cerebrospinal Fluid;** <u>Shannon N. Leslie</u>[1]; Rashaun S. Wilson[2]; Pia W. Kivisakk[3]; Savannah E. Kandigian[3]; Bianca A. Trombetta[3]; Becky C. Carlyle[3]; Steven E. Arnold[3]; Angus C. Nairn[1]; [1]*Yale University, New Haven;* [2]*Yale University Keck MS & Proteomics Core, New Haven, CT;* [3]*Massachusetts General Hospital, Boston, Massachusetts*

**TP 059** **Scalable and Automated Plasma Workflow Based on the Thermo Scientific Q Exactive HF-X MS platform;** <u>Jing Wang</u>[1]; Sarah Trusiak[1]; Ryan D. Bomgarden[2]; Sergei Snovida[3]; Emily I. Chen[1]; [1]*Thermofisher Scientific Precision Medicine Science Center, Cambridge, MA;* [2]*ThermoFisher Scientific, Rockford, IL;* [3]*Thermo Fisher Scientific, Rockford, IL*

**TP 060** **Proteomic Characterization of the Warburg Effects in Clear Cell Renal Cell Carcinoma;** <u>Yuling Chen</u>[1]; Yang Lv[2]; Songfeng Wu[3]; Jiatong Xu[1]; Di Wu[2]; Haiteng Deng[1]; [1]*Tsinghua University, Beijing, China;* [2]*Center of Nephrology, the General Hospital of the PLA, Beijing, China;* [3]*Academy of Military Medical SciencesCountermeasures, Beijing, China*

**TP 061** **Development of an LC-MRM-MS assay for Analysis of Prostate-Specific Antigen Including its Major Glyco-Proteoforms;** <u>Yuri E.M. van der Burgt</u>[1]; Kasper Siliakus[1]; Guinevere S.M. Lageveen-Kammeijer[1]; Manfred Wuhrer[1]; L. Renee Ruhaak[1]; Christa M. Cobbaert[1]; [1]*Leiden University Medical Center, Leiden, Netherlands*

**TP 062** **A Highly Sensitive FFPE Tissue Workflow by Coupling the Micro Pillar Array Column (µPACTM) with High Resolution Mass Spectrometry;** Antonius Koller[1]; Sarah Trusiak[2]; Xinyu Zhang[2]; Alexander R Ivanov[1]; <u>Emily I. Chen</u>[2]; [1]*Northeastern University, Boston, MA;* [2]*Thermo Fisher Precision Medicine Science Center, Cambridge, MA,*

**TP 063** **A Quantitative Proteomics Platform for Identifying Potential Biomarkers for Controlling Krypton Misuse in Horseracing;** <u>Kin-Sing Wong</u>[1]; Hiu Wing Cheung[1]; Timmy L.S. Choi[1]; Wai Him Kwok[1]; Terence S.M. Wan[1]; Jenny K.Y. Wong[1]; Peter Curl[2]; Stewart C. Mechie[2]; Anil Prabhu[2]; Emmie N.M. Ho[1]; [1]*Racing Laboratory, The Hong Kong Jockey Club, Hong Kong, Hong Kong;* [2]*Department of Veterinary Regulation & Biosecurity Policy, The Hong Kong Jockey Club, Hong Kong, Hong Kong*

**TP 064** **Mass Spectrometric Analysis of Sebum Contents for Classification of Parkinson's Disease;** <u>Drupad Trivedi</u>[1]; Eleanor Sinclair[1]; Depanjan Sarkar[1]; Joy Milne[1]; Monty Silverdale[1]; Tilo Kunath[2]; Roy Goodacre[3]; Perdita Barran[1]; [1]*University of Manchester, Manchester, United Kingdom;* [2]*University of Edinburgh, Edinburgh, United Kingdom;* [3]*University of Liverpool, Liverpool, United Kingdom*

**TP 065** **Proteomics Comparative Study of Exosome Subpopulations;** <u>Yingfeng Zhang</u>[1]; Jianhui Zhu[2]; Zhijing Tan[2]; David M. Lubman[3]; [1]*University of Michigan, ANN ARBOR, MI;* [2]*University of Michigan, Ann Arbor, Michigan;* [3]*University of Michigan, Ann Arbor, MI*

**TP 066** **Protein Identification - the Translational Research Study of HBx Genes Related to Hepatocellular Carcinoma;** <u>Ming-Hui Yang</u>[1]; Yi-Ming Arthur Chen[2]; Yi-Chia Lee[2]; Yu-Chang Tyan[3]; [1]*National Health Research Institutes, Zhunan, Taiwan;* [2]*Taipei Medical University, Taipei, Taiwan;* [3]*Kaohsiung Medical University, Kaohsiung, Taiwan*

**TP 067** **Use of untargeted metabolomics approach using label free LC-DIA-MS method to identify putative biomarkers involved in spontaneous pre-term birth (sp-PTB);** <u>Shirish Yakkundi</u>[1]; James Langridge[2]; Lee A Gethings[2]; [1]*INFANT Centre, University College Cork, Cork, Ireland;* [2]*Waters Corporation, Wilmslow, United Kingdom*

**TP 068** **Development of a Simple and Robust LC-MS/MS Method for the Quantification of the Renal Failure Biomarker Symmetric Dimethyl Arginine (SDMA);** <u>Brittany J Perley</u>[1]; Alyssa Kabat[1]; Jem Sibbick[1]; Rachel Van Heest[1]; Sean Maki[1]; Katherine Henry[1]; Steven Wiltshire[1]; Allysen Meymaris[1]; [1]*Charles River Laboratories, Worcester, MA*

## BIOMARKERS: QUANTITATIVE ANALYSIS II
### 069-099

**TP 069** **Evaluation on LC-MS/MS Assay Using Anti-Peptide Immunocapture to Quantify PD-L1 As a Clinical Biomarker in FFPE Tissues for Immuno-Therapy Development;** <u>Naiyu Zheng</u>[1]; Kristin Taylor[1]; Huidong Gu[1]; Rasa Santockyte[1]; Xi-Tao Wang[1]; Yan J. Zhang[1]; Renuka Pillutla[1]; Jianing Zeng[1]; [1]*Bristol-Myers Squibb Company, Princeton, NJ*

**TP 070** **Multiple Reaction Monitoring (MRM) and Parallel Reaction Monitoring (PRM) to Identify Biomarkers Predictive of Clinical Response to Tocilizumab (anti-IL-6) Treatment;** <u>Jin woo Jung</u>[1]; Byoung-Kyu Cho[1]; Kang Hyun Kim[1]; Yeong Wook Song[1,2]; Eugene C. Yi[1]; [1]*Department of Molecular Medicine and Biopharmaceutical Sciences, Graduate School of Convergence Science and Technology, Seoul National University, Seoul, South Korea;* [2]*Division of Rheumatology, Department of Internal Medicine, College of Medicine, Seoul National University, Seoul, South Korea*

**TP 071** **Simultaneous Quantitation of Epinephrine and Norepinephrine as Cardiovascular Biomarkers in Rodent Species Plasma Utilizing a Non-Derivatized UHPLC-MS/MS Assay;** <u>Craig Titsch</u>[1]; Enzo Kandoussi[1]; Jianing Zeng[1]; Glen Banks[2]; Gayani Fernando[2]; Yan J. Zhang[1]; Renuka Pillutla[1]; Naiyu Zheng[1]; [1]*Bristol-Myers Squibb Co., Lawrenceville, NJ;* [2]*Bristol-Myers Squibb Co., Hopewell, NJ*

**TP 072** **In-Sample Calibration Curve Using Multiple Isotopologue Reaction Monitoring of a SIL-Analyte for Instant LC-MS/MS Analysis of Biomarker and Quantitative Proteomics;** <u>Huidong Gu</u>[1]; Yue Zhao[1]; Marissa DeMichele[1]; Naiyu Zheng[1]; Yan J. Zhang[1]; Renuka Pillutla[1]; Jianing Zeng[1]; [1]*Bristol-Myers Squibb, Princeton, NJ*

**TP 073** **Quantification of Soluble MERTK in Serum Using Affinity Enrichment-Liquid Chromatography Mass Spectrometry;** <u>Yongxin Zhu</u>[1]; Petia Shipkova[2]; Thomas Spires[2]; Karen Augustine[2]; Timothy Olah[2]; [1]*Bristol-Myers*



**TP 074** Optimized high-throughput proteomic sample preparation in 96-well plate format for identifying serum Biomarkers of alpha-Dystroglycanopathy; <u>Mahmud Hossain</u>[1]; Monica Lane[1]; Hongge Wang[1]; Jun Luo[1]; Bailin Zhang[1]; [1]Sanofi Genzyme, Framingham, MA

**TP 075** Urinary Mercapturic Acids of Volatile Organic Compounds and Oxidative/Nitrosative Stress Markers in Workers of the Semiconductor Industry; <u>Hsin-Chang Chen</u>[1]; Chen-Hsien Lee[2]; Kai-Chieh Yang[1]; Wei-Lun Su[1]; Tzu-Sheng Fang[1]; Yi-Chen Sun[1]; [1]Institute of Food Safety and Health, National Taiwan University, Taipei, Taiwan; [2]Institute of Labor, Occupational Safety and Health, Ministry of Labor, New Taipei City, Taiwan

**TP 076** Multiplexed Detection of Biomolecules with High Sensitivity and Specificity Using Surface Mass Spectrometry; Hee-Kyung Na[1, 2]; Hyun Kyong Shon[1]; Sunho Joh[1,3]; Jeong-Hee Moon[4]; Hye Young Son[5]; Yong-Min Huh[5]; <u>Tae Geol Lee</u>[1]; [1]KRISS, Daejeon, South Korea; [2]Seoul national university, Seoul, South Korea; [3]Department of Nano Science, University of Science and Technology, Daejeon, South Korea; [4]KRIBB, Daejeon, South Korea; [5]Department of Radiology, College of Medicine, Yonsei University, Seoul, South Korea

**TP 077** Resolution and Quantitative Analysis of Human Urinary Isomeric Mercapturic Acids Derived from Crotonaldehyde, 2-Methylacrolein, and Methylvinyl Ketone; <u>Menglan Chen</u>[1]; Steven Carmella[2]; Stephen S Hecht[2]; [1]Masonic Cancer Center, U of MN, Minneapolis; [2]University of Minnesota, Minneapolis, MN

**TP 078** Development of an Automated Sample Preparation Platform for cPILOT; <u>Albert Arul</u>[1]; Renã A.S. Robinson[1]; [1]Vanderbilt University, Nashville, TN

**TP 079** Effect of Maternal Urinary and Placenta Melamine Levels during Pregnancy on Neonatal Birth Weight by Isotope Dilution LC-MS/MS; <u>Sih-Syuan Li</u>[1]; Chung-Yi Huang[1]; Yung-Hung Chen[2]; Chia-Fang Wu[1]; [1]Research Center for Environmental Medicine, Kaohsiung Medical University, Kaohsiung, Taiwan; [2]Department of Gynecology and Obstetrics, Kaohsiung Medical University Hospital, Kaohsiung Medical University, Kaohsiung, Taiwan

**TP 080** Measurement of Cyclooxygenase Inhibition and Selectivity in Human Whole Blood Assay Using LC-MS/MS; <u>Yifan Shi</u>[1]; Heather Murrey[1]; Kay Ahn[1]; Naidong Weng[1]; Shefali Patel[1]; [1]Janssen, Spring House, PA

**TP 081** Highly Sensitive Immuno-MRM Assay for Quantitation of PTEN in Both FFPE and Fresh Frozen Tissue; <u>Sahar Ibrahim</u>[1]; Rene Zahedi[2]; Naciba Benlimame[3]; Adriana Aguilar[1]; Mark Basik[5, 6]; Gerald Batist[6, 7, 8, 9, 10]; Christoph H. Borchers[2, 11, 12, 13]; [1]Department of Experimental Medicine, McGill University, Montreal, Québec; [2]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [3]Research Pathology Facility, Lady Davis Institute, Jewish General Hospital, McGill University, Montreal, QC; [4]Cancer Genomics and Translational Research Laboratory, Segal Cancer centre, Lady Davis Institute, McGill university, Montreal, QC; [5]Department of Medicine, Division of Experimental Medicine, McGill University, Montreal, QC; [6]Department of Oncology, McGill University, Montreal, QC; [7]Departments of Medicine and Oncology, McGill University, Montreal, QC; [8]Dept. of Oncology, Sir Mortimer B. Davis-Jewish General Hospital, Montreal, QC; [9]Segal Cancer Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, Montreal, QC; [10]McGill Centre for Translational Research in Cancer, Segal Cancer Centre / Lady Davis Institute, Jewish General Hospital, Montreal, QC; [11]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [12]Department of

Biochemistry and Microbiology, University of Victoria, Victoria, BC; [13]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

**TP 082** Rapid Profiling and Quantification of 17 Bile Acids in Human Plasma by LC-MS/MS; <u>Dan Li</u>[1]; Frances Carroll[1]; Shun-Hsin Liang[1]; Ravali Alagandula[1]; Justin Steimling[1]; Sue Steinike[1]; Paul Connolly[1]; [1]Restek, Bellefonte, PA

**TP 083** Immunoaffinity LCMS Assay for Measuring Soluble B-Cell Maturation Antigenin Multiple Myeloma Patients; <u>Ying Zhang</u>[1]; John K Meissen[1]; Kyle Wald[1]; Angela Stauffer[2]; Michael Hall[2]; Matthew Blatnik[1]; [1]Pfizer Inc., Groton, CT; [2]Pfizer WRD, La Jolla, CA

**TP 084** Development of LC-MS/MS Assays to Measure Thyroid Hormones in Rat Serum; <u>Hua Wang</u>[1]; Seth R Bell[1]; Junhong Guo[1]; Jeroen Kooistra[1]; Pragati S Coder[1]; Liam B Moran[1]; Elizabeth A Groeber[1]; [1]Charles River Laboratories, Ashland, OH

**TP 085** Quantification of EDB+FN Levels in PDX Tumor and PDX FFPE Samples Using LC-MS/MS Methods; <u>Fengping Li</u>[1]; Bing Kuang[2]; Andrea Hooper[3]; Jonathon Golas[3]; Chao-Pei Betty Chang[3]; Mauricio Leal[3]; Hendrik Neubert[1]; Lindsay King[1]; [1]Pfizer, Andover, MA; [2]Pfizer WRD, La Jolla, California; [3]Pfizer WRD, Pearl River, New York

**TP 086** Determining Isocyanate Exposure in Human Urine by LC-MRM; <u>Maggy Lepine</u>[1, 2]; Lekha Sleno[1]; Jacques Lesage[1]; Sebastien Gagne[2]; [1]UQAM, Montreal, QC; [2]IRRST, Montreal, QC

**TP 087** Multiplexed Quantitative Glycoproteomic and Proteomic Analyses of Cerebrospinal Fluid in Alzheimer's Disease; <u>Xiaofang Zhong</u>[1]; Zhengwei Chen[1]; Qinying Yu[1]; Henrik Zetterberg[2]; Cynthia Carlsson[1]; Ozioma Okonkwo[1]; Lingjun Li[1]; [1]University of Wisconsin-Madison, Madison, WI; [2]University of Gothenburg, Gothenburg, Sweden

**TP 088** Quantification of Jag1 Protein in Agarose Inflated Lung Airway Samples by Immuno Affinity Enrichment and LC-MS/MS analysis; <u>Omar S. Barnaby</u>[1]; Joon Nam[2]; Deanna Mohn[1]; Brian Bennet[2]; Jonathan Phillips[2]; Christopher A. James[1]; [1]Amgen, Inc., Thousand Oaks, CA; [2]Amgen, Inc., Thousand Oaks, CA

**TP 089** LC-MS/MSAnalysis of Arachidonic Acid as a Biomarker in Human Plasma for Clinical Studies; <u>Tian-Sheng Lu</u>[1]; Elise Snider[1]; Nicole Greer[1]; Joshua Froning[1]; Yong-Xi Li[1]; [1]Medpace Bioanalytical Laboratories, Cincinnati, OH

**TP 090** Developing Protein Biomarker MRM Methods as an Alternative Indicator of Prohibited Substance Abuse in Equine Athletes; <u>Sophie Bromilow</u>[1]; Heather Knych[1]; Ben Moeller[1]; Rick Arthur[1]; Claudia P.B. Martins[2]; David Horohov[3]; Scott Stanley[1]; [1]K.L. Maddy Equine Analytical Chemistry Laboratory, Davis, CA; [2]ThermoFisher, San Jose, CA; [3]Gluck Equine Research Centre, Lexington, KY

**TP 091** Metabolic Reprogramming in Prostate Cancer Cell Lines in Response to Tyrosine Kinase Inhibition; <u>Robert Sprung</u>[1]; Surbhi Chouhan[1]; Petra Erdmann-Gilmore[1]; Qiang Zhang[1]; Rose Connors[1]; Yiling Mi[1]; Nupam Mahajan[1]; Reid Townsend[1]; [1]Washington University, School of Medicine, St. Louis, MO

**TP 092** Quantitative Measurement of 7-Ketocholesterol and Cholestane-3β,5α,6β-triol as Biomarkers in Human Serum Using LC-MS/MS; Aiping Zhu[1]; Idana Santiago[1]; Yu Zhang[1]; <u>Yong-Xi Li</u>[1]; [1]Medpace Bioanalytical Laboratories, Cincinnati, OH

**TP 093** Dried Blood Spots from Frozen Whole Blood Provide an Option to Analyze Parkinson's Disease Cohorts for Activity of Lysosomal Enzymes; <u>Pavlina Wolf</u>[1]; Roy Alcalay[2]; Karolina Helesicova[1]; Ruby Chiang[1]; Emma-Jane Turton[1]; Michael Pauciulo[3]; William Nichols[3]; Wendy Chung[4]; Pablo Sardi[1]; Kate Zhang[1]; Petra Oliva[1]; [1]Sanofi, Framingham, MA; [2]Columbia University Medical Center, Neurological Institute, New York, NY; [3]Division of Human Genetics, Cincinnati Children's Hospital Medical Center



and the Department of Pediatrics, University of Cincinnati College of Medicine, Cincinnati, OH; [4]Department of Pediatrics and Medicine, Columbia University Medical Center, New York, NY

**TP 094** **LC-MS/MS Assay for Non-Invasive Detection of Prostaglandins and Leukotrienes in Urine;** Xiongfei Wu[1]; Hanjiao Song[1]; Weiqun Cao[1]; Lili Xing[1]; Xin Zhang[1]; Yi Tao[1]; [1]WuXi AppTec, Shanghai, China

**TP 095** **Multiplexed Quantification of Sepsis Prognosis Candidate Biomarkers Spanning a Wide Dynamic Range of Plasma Concentrations (ng/ml to mg/ml);** Christelle Dubois[1]; Didier Payen[2]; Stéphanie Simon[1]; François Fenaille[1]; Christophe Junot[1]; Nathalie Morel[1]; Francois Becher[1]; [1]CEA Saclay, DRF, Institut Joliot, Service de Pharmacologie et d'Immunoanalyse- CEA-INRA UMR 0496, Laboratoire d'Etude du Métabolisme des Médicaments, Gif-sur-Yvette, France; [2]Department of Anesthesiology and Critical Care, Lariboisière Hospital, University of Paris Denis Diderot 7, Paris, France

**TP 096** **Metaproteomics of the Human Intestinal Microbiota in Physiological and Pathological Conditions;** celine Henry[1]; Ariane Bassignani[2, 3]; Olivier Langella[4]; Véronique Monnet[2]; Catherine Juste[5]; the ProteoCardis Consortium[1, 2, 4, 5, 6, 7]; [1]PAPPSO, Micalis Institute, INRA, AgroParisTech, Université Paris-Saclay, Jouy en Josas, France; [2]Micalis Institute, INRA, AgroParisTech, Université Paris-Saclay, Jouy en Josas, France; [3]US1367 MetaGenoPolis, INRA, Jouy en Josas, France; [4]PAPPSO, GQE Le Moulon, INRA, Univ. Paris-Sud, CNRS, AgroParisTech, Universite Paris-Saclay, Gif Sur Yvette, France; [5]Institut National de la Recherche Agronomique, MalAGE, INRA, Université, Paris-Saclay, Jouy en Josas, France; [6]Institute of Cardiometabolism and Nutrition, ICAN, Assistance Publique Hôpitaux de Paris and Inserm/Sorbonne University team NutriOmics,, Pitié-Salpêtrière Hospital,, Paris, France; [7]Laboratoire de Spectrométrie de Masse BioOrganique, Université de Strasbourg, CNRS, IPHC, UMR 7178, Strasbourg, France

**TP 097** **Liquid-Chromatography coupled to Tandem Mass Spectrometry for 28 Bile Acids Profiling in Serum or Liver Samples;** Yoshihiro Izumi[1]; Mikael Levi[2]; Jun Watanabe[2]; Takeshi Bamba[1]; [1]National University Corporation Kyushu University, Research Center for Transomics Medecine, Fukuoka, Japan; [2]Shimadzu Corporation, Kyoto, Japan

**TP 098** **Characterization of Patient-Derived Colorectal Cancer Cells Using the Proteome and Phosphoproteome Information;** Ryohei Narumi[1]; Keiko Kasahara[1]; Bo Gong[2]; Yuki Shimizu[2]; Ryohei Katayama[2]; Satoshi Nagayama[3]; Jun Adachi[1]; Takeshi Tomonaga[1]; [1]NIBIOHN, Ibaraki-city, Japan; [2]JFCR, Koto-ku, Japan

**TP 099** **Plasma Proteome Profiling Discovers Novel Proteins Associated with Non-Alcoholic Fatty Liver Disease;** Lili Niu[1, 2]; Rajat Gupta[1]; Philipp E. Geyer[1, 2]; Nicolai J. Wewer Albrechtsen[1, 2]; Lise L. Gluud[3]; Alberto Santos[1]; Sophia Doll[1, 2]; Jens J. Holst[3]; Filip K. Knop[3]; Tina Vilsbøll[3]; Anders Junker[3]; Stephan Sachs[4]; Kerstin Stemmer[4]; Timo D. Müller[4]; Matthias H. Tschöp[4]; Susanna M. Hofmann[5]; Matthias Mann[1, 2]; [1]The Novo Nordisk Foundation center for Protein Research, Copenhagen, Denmark; [2]Max Planck Institute of Biochemistry, Martinsried, Germany; [3]Faculty of Health and Medical Sciences, University of Copenhagen, Copenhagen, Denmark; [4]Helmholtz Diabetes Center at Helmholtz Centre Munich & Division of Metabolic Diseases, munich, Germany; [5]Helmholtz Diabetes Center at Helmholtz Zentrum München, Munich, Germany

**CLINICAL ANALYSIS II**
**100-123**

**TP 100** **A LC-MS Method for the Measurement of about 250 Compounds of Interest in Toxicology with a Fully-Automated Sample Preparation;** Tiphaine Robin[1]; Alan Barnes[2]; Neil Loftus[2]; Sylvain Dulaurent[1]; Pierre Marquet[1]; Souleiman El Balkhi[1]; Franck Saint-Marcoux[1]; [1]CHU Limoges, Limoges, France; [2]Shimadzu Corporation, Manchester, United Kingdom

**TP 101** **Clinical Diagnosis of Congenital Disorders of Glycosylation (CDGs) by Flow Injection Analysis Electrospray Ionization Time-of-Flight Mass Spectrometry (FIA-ESI-TOF-MS);** Caroline M. Watson[1]; Patricia L. Hall[1]; S. Caleb Jerris[1]; [1]EGL Genetics, Tucker, GA

**TP 102** **Transition Ratios for the Product-Ion-Poor: Activation Energy Modulation in the Absence of Distinct Neutral Losses;** Brian Rappold; LabCorp, Raleigh, NC

**TP 103** **Induced In-Source Fragmentation for the Quantitation of Inulin by ESI-MS/MS to Assess Renal Function;** Oscar Ekpenyong[1]; Ken Lin[1]; Lufei Hu[1]; Maribel Beaumont[1]; [1]Merck & Co., Inc., South San Francisco, CA

**TP 104** **Clinical Diagnostics of Lysosomal Storage Diseases in DBS Using New Standards by MRM-MS;** Brindusa Alina Petre[1, 2, 3]; Laura Ion[1, 2]; Cristina Dimitriu[1]; Stefan Maeser[2]; Wolfgang Kleinekofort[2]; Cosmin Bulei[1]; Michael Przybylski[2]; [1]Al. I. Cuza University of Iasi, Iasi, Romania; [2]Steinbeis Centre Biopolymer Analysis and Biomedical Mass Spectrometry, Ruesselsheim, Germany; [3]TRANSCEND - Regional Institute of Oncology, Iasi, Romania; [4]Grigore T. Popa University of Medicine and Pharmacy, Department of Biochemistry, Iasi, Romania

**TP 105** **A UHPLC-MS/MS Method for the Separation and Low-Level Determination of Catecholamines and Metanephrines in Urine Using a Novel C18-Based Column;** Geoffrey Faden[1]; Alan P Mckeown[2]; [1]MACMOD Analytical Inc., Chadds Ford, PA; [2]Advanced Chromatography Technologies Ltd, Aberdeen, United Kingdom

**TP 106** **Irradiative Sterilization Effects on Clinical Specimens Prior to Mass Spectrometric Analyses;** Samantha L Isenberg[1]; Melissa D Carter[2]; Jonathan L Moon[2]; Sarah Laughlin[2]; Marla Petway[2]; Mike A Mojica[2]; Cody I Sheppard[2]; Alexis K Gursky[2]; Dennis A Bagarozzi Jr.[2]; James L Pirkle[2]; Rudolph C. Johnson[2]; [1]Centers for Disease Control and Prevention, Atlanta, GA; [2]Centers for Disease Control and Prevention, Atlanta, Georgia

**TP 107** **Analysis of Drugs in Whole Blood by PaperSpray-FAIMS-MS/MS;** Rae Ana Snyder[1]; Cornelia Boeser[1]; Neloni Wijeratne[1]; Mary L. Blackburn[1]; [1]Thermo Fisher Scientific, San Jose, CA

**TP 108** **Rapid, Direct and Quantitative Urine Analysis for Common and Emerging Drugs of Abuse by Paper Spray Mass Spectrometry (PS-MS);** Scott A. Borden[1, 2]; Jan Palaty[3]; Erik T. Krogh[1, 2]; Christopher G. Gill[1, 2, 4, 5]; [1]Appl. Env. Res. Labs. (AERL), Vancouver Island University, Chemistry Department, Nanaimo, BC; [2]University of Victoria, Chemistry Department, Victoria, BC; [3]Lifelabs Medical Laboratories, Burnaby, BC; [4]Simon Fraser University, Chemistry Department, Burnaby, BC; [5]University of Washington, DEOHS, Seattle, WA

**TP 109** **Evaluation and Quantitation of Nineteen Bile Acids in Human Plasma by LC-MS Analyses;** Hongyi Cai[1]; Peter J. Walter[1]; Mayte Gonzalez[1, 2]; [1]NIH, Bethesda, MD; [2]Schreiner University, Kerrville, TX

**TP 110** **Desorption Electrospray Ionization Mass Spectrometry as a Tool for Diagnosis of Thyroid Nodules from Fine Needle Aspiration Biopsies;** Rachel J DeHoog[1]; Jialing Zhang[1]; Elizabeth Alore[2]; John Lin[1]; Spencer Woody[1]; Wendong Yu[2]; Christopher Almendariz[1]; Monica Lin[1]; Christopher Pirko[2]; Anton F Engelsman[3]; Stan B Sidhu[3];


Robert Tibshirani[4]; James Suliburk[2]; Livia S Eberlin[1]; [1]University of Texas at Austin, Austin, TX; [2]Baylor College of Medicine, Houston, TX; [3]University of Sydney, Sydney, Australia; [4]Stanford University, Stanford, CA

**TP 111** **High Throughput Analysis of Serum for PFAS Compounds by Reversed Phase High Performance Liquid Chromatography Tandem Mass Spectrometry;** Jessica M. Morrison[1]; Michael C. Stagliano[1]; Timothy A. Karrer[1]; Matthew J. Geiger[1]; [1]MI Dept of Health & Human Services, Lansing, MI

**TP 112** **Molecular Detection of Pancreatic Ductal Adenocarcinoma in Pancreatic and Bile Duct Tissues Using the MasSpec Pen;** Mary King[1]; Jialing Zhang[1]; John Q. Lin[1]; Sadhna Dhingra[2]; Wendong Yu[2]; George van Buren[2]; William E. Fisher[2]; James Suliburk[3]; Livia S Eberlin[1]; [1]University of Texas at Austin, Department of Chemistry, Austin, TX; [2]Department of Pathology and Immunology, Baylor College of Medicine, Houston, TX; [3]Department of Surgery, Baylor College of Medicine, Houston, TX

**TP 113** **Application of Mass-Spectrometry for Thalassemia Screening;** Weining Zhao[1]; Rong Wang[1]; Liang lin[1]; [1]BGI-Shenzhen, Beishan Industrial Zone 11th Building, Yantian District, Shenzhen City, China

**TP 114** **Library Build and Patient Assays from 4- & 15-micron Kidney Biopsies;** Wouter Knol[1]; Petra Jansen[1]; Jesper Kers[1, 2]; Garry Corthals[1]; [1]University of Amsterdam, Amsterdam, Netherlands; [2]Amsterdam UMC, Amsterdam, Netherlands

**TP 115** **Revealing Proteomic Subgroups with Clinical Classification and Prognostic Prediction in Pancreatic Ductal Adenocarcinoma Using MRM-MS;** Minsoo Son[1]; Yoseop Kim[1]; Jinyoung Jang[2]; Youngsoo Kim[1]; [1]Department of Biomedical Engineering, Seoul National University College of Medicine, Jongro-gu, South Korea; [2]Department of surgery, Seoul National University College of Medicine, Jongro-gu, South Korea

**TP 116** **Liberate, Equilibrate and Automate; Immunosuppressant Analysis in Whole Blood;** Stacy Dee[1]; Julia Hannon[1]; Matthew Crawford[1]; Russell Grant[1]; [1]LabCorp, Burlington, NC

**TP 117** **An integrated Pipeline from SWATH Acquisition to MRMHR Workflow Facilitates Identification and Verification of Prostate Diagnostic Markers;** Rui Sun[1]; Christie Hunter[2]; Chen Chen[3]; Xue Cai[1]; Qiushi Zhang[1]; Bo Wang[4]; Xiaoyan Yu[5]; Huanhuan Gao[1]; Xiaodong Teng[4]; Lirong Chen[5]; Ruedi Aebersold[6]; Yi Zhu[1]; Tiannan Guo[1]; [1]School of Life Sciences, Westlake University, Hangzhou, China; [2]Sciex, Redwood City, CA; [3]Sciex, Shanghai, China; [4]Department of Pathology, The First Affiliated Hospital of College of Medicine, Zhejiang University, Hangzhou, China; [5]Department of Pathology, The Second Affiliated Hospital, Zhejiang University School of Medicine, Hangzhou, China; [6]Department of Biology, Institute of Molecular Systems Biology, ETH Zurich, Switzerland, Switzerland

**TP 118** **Bioanalytical Method for Quantification of Polymyxin B1, Polymyxin B2, Polymyxin B3 and Isoleucine-Polymyxin B1 in Human Plasma;** Peiling Hou[1]; Shu Qing Chan[*2]; Jie Xing[3]; [1]Application Development & Support Centre, Shimadzu (Asia Pacific) Pte Ltd., 79 Science Park Drive #02-01/08, Singapore; [2]School of Chemical and Life Sciences, Singapore Polytechnic, 500 Dover Road, Singapore; [3]Application Development & Support Centre, Shimadzu (Asia Pacific) Pte Ltd, 79 Science Park Drive #02-01/08, Singapore

**TP 119** **Quantitation of Insulin-Like Growth Factor-1 in Serum by MRM-LC-MS/MS;** Yihan Li[1]; Ji Jiang[1]; Lei Xiong[1]; Xiang He[1]; [1]SCIEX, Redwood Shores, CA

**TP 120** **A New Approach without Renal Biopsy for Ankylosing Spondylitis with IgA Nephropathy Diagnosis by Glycan Analysis;** Hui-Ling Chiang[1, 2]; Pai-Chi Syue[1]; Ching-Yi Lien[1];

Ning-Sheng Lai[2]; Kuo-Lung Ku[1]; [1]National Chiayi University, Chiayi City, Taiwan; [2]Dalin Buddhist Tzu Chi Hospital, Dalin Town, Taiwan

**TP 121** **Measurement of Free Drug Concentration from Biological Tissue by Solid-phase Microextraction: In-Silico and Experimental Study;** Mohammad Maududul Huq[1]; Marcos Tascon[2]; Emir Nazdrajić[1]; Anna Roszkowska[3]; Janusz Pawliszyn[1]; [1]University of Waterloo, Waterloo, ON; [2]Instituto de Investigación e Ingeniería Ambiental (3iA), Universidad Nacional de San Martín (UNSAM), Buenos Aires, Argentina; [3]Department of Pharmaceutical Chemistry, Medical Uni-versity of Gdańsk, Gdańsk, Poland

**TP 122** **Identification of Circulating Fragments of Human Pancreatic Polypeptide Following Antibody Capture and Liquid Chromatography High Resolution Accurate Mass-Tandem Mass Spectrometry;** Anthony Maus[1]; Robert Taylor[1]; Ravinder Singh[1]; Stefan Grebe[1]; [1]Mayo Clinic, Rochester, MN

**TP 123** **High-Sensitivity Analysis of Aldosterone in Low-Volume Serum Samples Using Micro-Flow LC-MS/MS for Clinical Research;** Mikael Levi[1]; Jun Watanabe[2]; [1]SHIMADZU Corporation, Kyoto, Japan; [2]Shimadzu Corpration, Kyoto, Japan

**DISEASE BIOMARKERS I**
**124-141**

**TP 124** **Immunopeptide Characterization Enhanced with Positive and Negative Mode 193 nm UVPD;** Eleanor C Watts[1]; Melanie J Patterson[2]; Gregory K Potts[2]; Alayna George Thompson[2]; Damien B Ready[2]; Jennifer S Brodbelt[1]; [1]University of Texas at Austin, Austin, TX; [2]AbbVie Inc., North Chicago, IL

**TP 125** **Analysis of Ischemic Brain Proteome in Mice in Identifying Clusterin as a Serum Biomarker for Severity of Acute Ischemic Stroke;** Zezong Gu[1]; Hailong Song[1]; Chenghan Wu[2]; Jiankun Cui[1]; [1]University of Missouri School of Medicine Pathalog, Columbia, MO; [2]The Second Affiliated Clinical College, Fujian University of Traditional Chinese Medicine, Fuzhou, China

**TP 126** **Urine from the Patients with Vesicoureteral Reflux Reveals Changes in Host and Bacterial Metabolism after Urinary Tract Infection;** Dijana Vitko[1]; Kohei Hasegawa[2]; Joseph W. McQuaid[3]; Kylie H. Davis[1]; Maggie R. Leary[1]; Shannon E. DiMartino[1]; Jonathan M. Mansbach[1]; Richard S. Lee[1]; [1]Boston Children's Hospital, Boston; [2]Massachusetts General Hospital, Boston, Massachusetts; [3]University of Massachusetts Medical School, Worcester, MA

**TP 127** **Ganglioside Biomarker Discovery and Characterization in Neuro Developmental Diseases by High Resolution Multistage Mass Spectrometry;** Mirela Sarbu[1]; Raluca Ica[1]; Cristian VA Munteanu[2]; Alina Petrut[1]; Alina D Zamfir[1]; [1]National Institute for Research and Development in Electrochemistry and Condensed Matter, Timisoara, Romania; [2]Institute of Biochemistry of the Romanian Academy, Bucharest, Romania

**TP 128** **Novel Stationary Phase Aids in the Fight Against Cardiovascular Disease;** Robert Puryear; Imtakt USA, Portland, OR

**TP 129** **Identification, Validation, and Quantitation of a Clinically Relevant PSA Variant in Post-DRE Urines by Targeted Mass Spectrometry;** Joseph J. Otto[1]; Vanessa L. Correll[1]; Hampus Engstroem[1]; Brian P. Main[1]; Brandi Weaver[2]; Teresa Johnson-Pais[2]; Li Fang Yang[1, 3]; Paul C. Boutros[4]; Thomas Kislinger[5]; Robin J. Leach[2, 6]; O. John Semmes[1, 3]; Julius O. Nyalwidhe[1, 3]; [1]Leroy T. Canoles Jr. Cancer Research Center, Eastern Virginia Medical School, Norfolk, VA; [2]Department of Urology, The University of Texas Health San Antonio, San Antonio, TX; [3]Department of Microbiology and Molecular Cell Biology, Eastern Virginia Medical School, Norfolk, VA; [4]University of California Los Angeles,



Los Angeles, CA; [5]University of Toronto, Toronto, ON; [6]Department of Cell Systems and Anatomy, The University of Texas Health San Antonio, San Antonio, TX

TP 130 **Proteomic Insights into the Molecular Mechanisms of Breast Cancer Metastasis**; Shreya Ahuja[1]; Iulia M. Lazar[1]; [1]Virginia Tech, Blacksburg, VA

TP 131 **Proteomic Analysis of the HBP-Induced TIFA Interactome**; Tong-You Wade Wei[1]; Chi-Chi Chou[1]; Wan-Jyun Lin[1]; Pei-Yu Wu[1]; Ming-Daw Tsai[1]; [1]Academia Sinica, Taipei, Taiwan

TP 132 **Analysis of Metabolome and Lipidome Reveals the Metabolic Changes in Hypothermia Treatment of Cardiac Arrest Patients**; Daniel Contaifer Jr.[1]; Naren Gajenthra Kumar[2]; Joshua Morriss[1]; Dayanjan S Wijesinghe[1]; [1]Department of Pharmacotherapy and Outcomes Sciences, Virginia Commonwealth University, Richmond, VA; [2]Department of Microbiology and Immunology, Virginia Commonwealth University, Richmond, VA

TP 133 **Investigation of AD and MCI Associated Changes in Blood Plasma Proteome by High Resolution Mass Spectrometry**; Natalia V. Zakharova[1,2]; Anna Bugrova[1]; Maria Indeykina[1,2]; Alexander Brzhozovskiy[3,4]; Yana B. Fedorova[5]; Svetlana I. Gavrilova[5]; Igor Popov[2]; Alexey Kononikhin[2,3]; Eugene (evgeny) Nikolaev[4]; [1]Emanuel Institute for Biochemical Physics, Russian Academy of Sciences, Moscow, Russia; [2]Moscow Institute of Physics and Technology (State University), Dolgoprudny, Russia; [3]V.L. Talrose Institute for Energy Problems of Chemical Physics, Russian Academy of Sciences, Moscow, Russia; [4]Skolkovo institute of science and technology, Moscow Region, Russian Federation; [5]Mental Health Research Center, Russian Academy of Science, Moscow, Russia

TP 134 **Detection of Anthrax Toxins in Terminal Organ Tissues by Mass Spectrometry**; Maribel Gallegos Candela[1]; Anne E Boyer[1]; Adrian R. Woolfitt[1]; Renato C. Lins[2]; Maria I. Solano[1]; John R. Barr[1]; [1]Center for Disease Control, Atlanta, GA; [2]Battelle Integrated Science Solutions, Atlanta, GA

TP 135 **Analysis of Human Skin Wound Healing Process Using 2D-TOF-SIMS**; Anthony Castellanos[1]; Ivan Jozic[2]; Francisco A. Fernandez-Lima[3,4]; [1]Florida International University, Miami, FL; [2]Dr. Phillip Frost Department of Dermatology & Cutaneous Surgery, University of Miami Miller School of Medicine, Miami, FL; [3]Department of Chemistry and Biochemistry, Florida International University, Miami, FL; [4]Biomolecular Sciences Institute, Florida International University, Miami, FL

TP 136 **Global Protein Expression Alterations Linked to TDP-43 Dysregulation of Cryptic Exon Expression**; Shivangi Awasthi[1]; Rachel Korn[1]; Robert E. Drolet[1]; Jonathan P. Ling[2]; Philip C. Wong[2]; Sophie P. Batteur[1]; Sean M. Smith[1]; Nathan G. Hatcher[1]; [1]Merck & Co. Inc., Kenilworth, New Jersey; [2]Departments of Pathology and Neuroscience, The Johns Hopkins University School of Medicine, Baltimore, MD

TP 137 **Prediction of ZIKV Infection in Mosquitoes by MS Analysis of RNA Modification Biomarkers**; Rachel Netzband[1,2]; Will McIntyre[1,2]; Gaston Bonenfant[1,2]; Sean Bialosuknia[3]; Alexander Ciota[3]; Cara T. Pager[1,2]; Daniele Fabris[1,2]; [1]University at Albany, Albany, NY; [2]The RNA Institute, University at Albany, Albany, NY; [3]Wadsworth Center, Department of Health, Albany, NY

TP 138 **Quantification of Full Length and Activated Anthrax Protective Antigen by Immunocapture and Isotope Dilution Mass Spectrometry**; Maria I. Solano[1]; Adrian R. Woolfitt[1]; Anne E. Boyer[1]; Renato C. Lins[2]; Maribel Gallegos-Candela[1]; Hercules Moura[1]; Carrie L. Pierce[1]; John R. Barr[1]; [1]Centers for Disease Control and Prevention, Atlanta, GA; [2]Battelle Memorial Institute at the Centers for Disease Control and Prevention, Atlanta, GA

TP 139 **Integrating Spectral Library Search and Database Search to Improve Endogenous Peptide Identification**; Lei Xin[1]; Xin Chen[1]; Zhewei Liang[1]; Wenju Zhang[1]; Baozhen Shan[1]; [1]Bioinformatics Solutions Inc., Waterloo, ON

TP 140 **Is NAP Treatment a Solution for Neuroprotection in ADNP Mutation Syndrome?**; Ming-Hui Yang[1]; Yi-Chia Lee[2]; Hsin-Yi Wu[3]; Ko-Chin Chen[4]; Yi-Ming Arthur Chen[5]; Yu-Chang Tyan[2]; [1]National Health Research Institutes, Zhunan, Taiwan; [2]Kaohsiung Medical University, Kaohsiung, Taiwan; [3]National Taiwan University, Taipei, Taiwan; [4]Changhua Christian Hospital, Changhua, Taiwan; [5]Taipei Medical University, Taipei, Taiwan

TP 141 **Proteomic Profiling in Hematopoietic Tissues of Jak2 Conditional Knock-Out Mice**; Jin Koh[1]; Sung Park[1]; Mi-Jeong Yoo[1]; Sixue Chen[1]; Peter Sayeski[1]; [1]University of Florida, Gainesville, FL

### ENERGY: HYDROCARBON AND PETROCHEMICAL 142-159

TP 142 **Novel Fractionation Techniques Applied to Oil-Contaminated Residues Characterized by FT-ICR Mass Spectrometry Reveal the Complexity of Ox Transformation Products**; Cameron C. Davis[1]; Amy Mckenna M. Mckenna[2]; Huan Chen[2]; Ryan P. Rodgers[2,3]; Sydney Niles[2,3]; Martha Chacón-Patiño[2]; Qianxin Lin[4]; Aixin Hou[5]; [1]National High Magnetic Field Laboratory, Tallahassee, FL; [2]National High Magnetic Field Laboratory, Florida State University, Tallahassee, FL; [3]Department of Chemistry and Biochemistry, Florida State University, Tallahassee, FL; [4]Department of Oceanography and Coastal Sciences, College of the Coast and Environment, Louisiana State University, Baton Rouge, LA; [5]Department of Environmental Sciences, College of the Coast and Environment, Louisiana State University, Baton Rouge, LA

TP 143 **Fourier Transform Ion Cyclotron Resonance Mass Spectrometry Reveals the Role of Heteroatoms in Asphaltene Chemistry**; Martha Liliana Chacón-Patiño[1]; Donald F. Smith[1]; Sydney F Niles[1]; Jonathan C. Putman[1]; Amy M. McKenna[1]; Yuri E. Corilo[1]; Christopher L. Hendrickson[1]; Alan G. Marshall[1]; Ryan P. Rodgers[1]; [1]National High Magnetic Field Laboratory, Florida State University, Tallahassee, FL

TP 144 **UPLC-MS/MS Determination of Hexahydro-1,3,5-tris(2-hydroxyethyl)-s-triazine and its Reaction Products in Extra Heavy Crude Oil**; Lun-yi Zang[1]; Martin Harper[2,3]; [1]CDC/NIOSH/HELD, Morgantown, WV; [2]Zefon International, Inc., Ocala, FL; [3]Department of Environmental Engineering Sciences, University of Florida, Gainesville, FL

TP 145 **Application of Molecular Characterization for fluorine Polymers Using Thermal Desorption/Pyrolysis DART-MS**; Chikako Takei[1]; Kenichi Yoshizawa[1]; Derek Gonzales[2]; Sayaka Nakamura[3]; Hiroaki Sato[3]; [1]BioChromato, Inc., Fujisawa, Japan; [2]BioChromato USA, San Diego, California; [3]National Institute of Advanced Industrial Science and Technology, Tsukuba, Japan

TP 146 **Speciation of Asphaltenes Using Mass-Deficient Tagging Mass Spectrometry and Metal-Reduced Nuclear Magnetic Resonance Spectroscopy**; Ian Anthony[1]; Michael T. Spiegel[1]; Annie Arvidson[1]; Shubhneet Warar[1]; Touradj Solouki[1]; [1]Baylor University, Waco, TX

TP 147 **Inductively Coupled Plasma-Mass Spectrometry Characterization of Asphaltene Metals Pre- and Post-Cleanup for Enhanced Nuclear Magnetic Resonance Spectroscopy Results**; Annie E. Arvidson[1]; Ian G. M. Anthony[1]; Michael T. Spiegel[1]; Shubhneet Warar[1]; Patrick J. Farmer[1]; Touradj Solouki[1]; [1]Baylor University, Waco, TX

TP 148 **Structural Comparison of Nickel and Vanadyl Porphyrins from Natural Seeps and the 1.1-Billion-Year-Old Shale Oil**; Huan Chen[1]; Martha L. Chacón-Patiño[1];


Chad Weisbrod[1]; Gregory T. Blakney[1]; Jochen Brocks[2]; Nur Gueneli[2]; Nao Ohkouchi[3]; Chris J. Boreham[4]; Jérémie Beghine[5]; David Valentine[6]; Matthias Kellermann[6]; Ryan P. Rodgers[1]; Amy McKenna[1]; [1]National High Magnetic Field Laboratory, Tallahassee, FL; [2]Australian National University, Canberra, Australia; [3]Japan Agency for Marine–Earth Science and Technology, Yokosuka, Japan; [4]Geoscience Australia, Symonston, Australia; [5]University of Liège, Liège, Belgium; [6]University of California, Santa Barbara, CA

**TP 149** Increasing Analytical Separation of Polycyclic Aromatic Hydrocarbons from Crude Oils Using GC-TIMS-MS; Clement Ajibade Olanrewaju[1]; Cesar E. Ramirez[2]; Francisco Fernandez-Lima Fernandez Lima[3]; [1]Department of Chemistry and Biochemistry, Florida International University, Miami, FL; [2]Advance Mass Spectrometry Facility, Department of Chemistry and Biochemistry, Florida International University. Miami Florida, Miami, FL; [3]Department of Chemistry and Biochemistry, Florida International University, Mimai, FL

**TP 150** CID Fragmentation Studies of Asphaltenes at Different Precipitation Times Using Magnetic Resonance Mass Spectrometry (MRMS); Matthias Witt[1]; Michael L. Easterling[2]; Estrella Rogel[3]; [1]Bruker Daltonik GmbH, Bremen, Germany; [2]Bruker Daltonics Inc., Billerica, MA; [3]Chevron, Richmond, CA

**TP 151** Analysis of Jet Fuel Thermal Oxidative Deposits by Pyrolysis Gas Chromatography/Mass Spectrometry; Krege Matthew Christison[1, 2]; Michael Browne[2]; Tommy Nguyen[2]; O. David Sparkman[2]; [1]Chevron, Richmond, CA; [2]University of the Pacific, Stockton

**TP 152** Evaluation of Time Effects on Precipitated Asphaltene Characteristics Using APPI and LDI coupled to Magnetic Resonance Mass Spectrometry (MRMS); Estrella Rogel[1]; Matthias Witt[2]; Michael Moir[1]; [1]Chevron, Richmond, CA; [2]Bruker Daltonik GmbH, Bremen, Germany

**TP 153** Electron-Transfer Ionization in MALDI-MS for the Direct Targeted Analysis of Metalloporphyrins in Complex Mixtures; Juan Ramirez[1]; Cristian Blanco-Tirado[1]; Pierre Giusti[2]; Carlos Afonso[3]; Marianny Y. Combariza[1]; [1]Universidad Industrial de Santander, Bucaramanga, Colombia; [2]Total Research & Technology Gonfreville, Harfleur, France; [3]University of Rouen, Mont Saint Aignan, France

**TP 154** New Insights in Crude Oil Using MS, NMR, and EPR; Michael T. Spiegel[1]; Ian G. M. Anthony[1]; Shubhneet Warar[1]; Annie Arvidson[1]; Anish Sasmal[1]; Touradj Solouki[1]; Patrick J. Farmer[1]; [1]Baylor University, Waco, TX

**TP 155** (+/-) ESI FT MS Analysis of Crude Oils from the Volga-Ural Region; Vlad Lobodin[1]; Dmitrii Mazur[2]; Roman Borisov[3]; [1]MAXIKAT, INC, Tallahassee, FL; [2]The Department of Chemistry, Moscow State University, Moscow, Russia; [3]A.V. Topchiev Institute of Petrochemical Synthesis, Moscow, Russia

**TP 156** Fast, Robust, 'Dilute and Shoot' Screening of Adulterated Low Taxation Fuels; G. John Langley[1, 2]; Julie M. Herniman[1]; James Barker[2, 3]; [1]University of Southampton, Southampton, United Kingdom; [2]Energy Institute, London, United Kingdom; [3]Innospec Inc., Ellesmere Port, United Kingdom

**TP 157** Development of Predictive Methods of Sulfur Content in Hydropyrolysis Oil Products by Elemental Sulfur Analysis of Crude Oil Feedstocks; Kyle L. Wilhelm[1]; Drew Stolpman[2]; Zhao Wang[1]; Bill Hockaday[1]; Touradj Solouki[1]; [1]Baylor University, Waco, TX; [2]Baylor Univeristy, Waco, TX

**TP 158** Hydrocarbons High Mass Profiling of Crude and Commercial Oils Using LDTD-HRMS Technology; Jonathan Rochon[1]; Pier-Luc Plante[1]; Serge Auger[2]; Jean Lacoursière[2]; Pierre Picard[2]; [1]Université Laval, Québec, QC; [2]Phytronix Technologies, Inc., Quebec, QC

**TP 159** Development of Quantitative Isotope Labeling IC-MS/MS method for Phosphonate Scale Inhibitors Analysis; Lei (Lyla) Cheng[1]; Christopher Durnell[1]; Robert Pultz[1]; Manojkumar Bhandari[1]; Christine Kerr[1]; Emerilis Casado-Rivera[1]; [1]Nalco Champion, Sugar Land, TX

**ENVIRONMENTAL: GENERAL II**
**160-191**

**TP 160** Simultaneous Detection of 12 Microcystins, Nodularin, Cylindrospermopsin, and Anatoxin-a; Matthew Prescott[1]; Yingbo C. Guo[1]; Ali Haghani[2]; Andrew Eaton[2]; [1]Metropolitan Water District of Southern California, La Verne, CA; [2]Eurofins Eaton Analytical, 750 Royal Oaks Drive, Monrovia, CA

**TP 161** Analysis of Drinking Water for Determination of Volatile Organic Components (VOC's) Using Dynamic Headspace Gas Chromatography Mass Spectrometry; Sanket Anand Chiplunkar[1]; Dheeraj Handique[1]; Prashant Hase[1]; Durvesh Sawant[1]; Nitish Suryawanshi[1]; Aseem Wagle[1]; Pratap Rasam[1]; Jitendra Kelkar[1]; Ajit Datar[1]; Satyendra Thakur[2]; Sunil Singh[2]; [1]Shimadzu Analytical (India) Pvt. Ltd., Mumbai, India; [2]Shimadzu Analytical (India) Pvt. Ltd., New Delhi, India

**TP 162** Trace Analysis of PFAS in Environmental and Serum Samples by Micro-SPE; Andrew Minett[1]; Mohammad Talebi[2]; Thomas Lockwood[3]; [1]EPREP, Mulgrave, Australia; [2]Envirolab, Sydney, Australia; [3]University of Technology Sydney, Sydney, Australia

**TP 163** Structural Elucidation of the Direct Photolysis Transformation Products of a Halogenated Estrogen; Keeton T. Nance[1]; Carolyn P. Hutchinson[1]; David R. Griffith[1]; [1]Willamette University, Salem, OR

**TP 164** Developing an Untargeted High-resolution Mass Spectrometry Method for the Detection and Identification of Glucuronide Biotransformation Products in Environmentally Exposed Fish; Marina Evich[1]; Jonathan Mosley[2]; Ioanna Ntai[3]; Drew Ekman[2]; Timothy Collette[2]; [1]ORISE Fellow, US EPA, Athens, GA; [2]US EPA, Athens, GA; [3]ThermoFisher Scientific, San Jose, CA

**TP 165** A Novel Mass Spectrometric Method to Measure Siloxanes; Eleanor Browne[1]; Mitchell Alton[1]; [1]University of Colorado Boulder, Boulder, CO

**TP 166** Improved Non-Target Screening Based Identification of Organic Micropollutants in Water Samples; Andrea Mizzi Brunner[1]; Seema Sharma[2]; Christian Panse[3]; Romain Huguet[2]; Dennis Vughs[1]; Vlad Zabrouskov[2]; Annemieke Kolkman[1]; [1]KWR Watercycle Research Institute, Nieuwegein, Netherlands; [2]Thermo Fisher Scientific, San Jose, Ca, 95134; [3]Functional Genomics Center Zurich, Zurich, Switzerland

**TP 167** You Can Only See What You Can Ionize: A Comparison of Ionization Techniques for Dissolved Organic Matter Mass Spectrometric Characterization; Juliana R. Laszakovits[1]; Allison A MacKay[1]; [1]The Ohio State University, Columbus, OH

**TP 168** Toxin Identification and Correlation to Biological Endpoints Using Multivariate Data Analysis: An LC-HRMS Top-Down Approach to Discerning Differential Toxicological Responses; Raegyn B. Taylor[1]; Jonathan M. Bobbitt[1]; Bridgett N. Hill[1]; Amanda S. Hering[1]; Bryan W. Brooks[1]; Kevin Chambliss[1]; [1]Baylor University, Waco, TX

**TP 169** Gestational Exposure to Benzotraizoles and Benzothiazoles in Relation to Birth Weight: A Repeated Measures Study; Yanqiu Zhou[1]; Zongwei Cai[2]; [1]Hong Kong Baptist University, Hong Kong, Hong Kong; [2]Hong Kong Baptist University, Hong Kong, China

**TP 170** A Direct Inject Approach for Analysis of Legacy and Emerging Perfluoroalkyl Substances in Environmental Water and Soil Samples; Kari Organtini[1]; Kenneth Rosnack[1]; Doug Stevens[1]; Aurelie Marcotte[1]; [1]Waters Corporation, Milford, MA

ATLANTA

**TP 171** Ultrafast Trace Quantitation of PFAS in Drinking and Environmental Waters Using an Automated Sample Preparation and LC-MS/MS System; Nigel Grieves[1]; David Humberstone[1]; Cindy Si Ni Lee[2]; Atsuhiko Toyama[2]; [1]Shimadzu Scientific Instruments Oceania, Sydney, Australia; [2]Shimadzu (Asia Pacific) Pte Ltd, Singapore, Singapore

**TP 172** Drinking Water Safety and Sustainability: Using Mass Spectrometry to Identify Chemical Drivers of Toxicity; Joshua M. Allen[1]; Michael J. Plewa[2]; Jia Ai[3]; Carrie Guo[3]; Amy A. Cuthbertson[1]; Hannah K. Liberatore[1]; Tiffany Lee[3]; Raha Shirkhani[3]; Stuart W. Krasner[3]; Susan D. Richardson[1]; [1]University of South Carolina, Columbia, SC; [2]University of Illinois at Urbana Champaign, Urbana, IL; [3]Metropolitan Water District of Southern California, La Verne, CA

**TP 173** Fast Semi-Automated Extractable Petroleum Hydrocarbons Fractionation and Cleanup; Tom Hall[1]; Ruud Addink[1]; [1]Fluid Management Systems, Watertown, MA

**TP 174** Understanding the Structural Complexity of Dissolved Organic Matter: Isomeric Diversity; Dennys Leyva[1]; Lilian V. Tose[1]; Jacob Porter[1]; Jeremy Wolff[2]; Rudolf Jaffé[3]; Francisco A. Fernandez-Lima[1,4]; [1]Department of Chemistry and Biochemistry, Florida International University, Miami, FL; [2]Bruker Daltonics Inc., Billerica, MA; [3]Southeast Environmental Research Center, Florida International University,, Miami, FL; [4]Biomolecular Sciences Institute, Florida International University, Miami, FL

**TP 175** Detection and Quantification of Nine Haloacetic Acids with Ion Chromatography Mass Spectrometry; Phuc Nguyen[1]; David Clases[1]; David Bishop[1]; Philip Doble[1]; [1]University of Technology Sydney, Sydney, Australia

**TP 176** Chemicals in Textiles: A Source of Environmental Pollution and Human Exposure?; Francesco Iadaresta[1]; Carlo Crescenzi[2]; Conny Ostman[3]; [1]stockholm university, stockholm, Sweden; [2]University of Salerno, Salerno, Italy; [3]Stockholm University, Stockholm, Sweden

**TP 177** Integrated Use of QTOF and Q-Exactive Orbitrap Mass Spectrometry for Suspect and Non-Target Screening of Emerging Pollutants in Wastewater; Hailemariam A Assress[1]; Hlengilizwe H. Nyoni[1]; Bhekie B. Mamba[1]; Titus TAM Msagati[1]; [1]University Of South Africa(UNISA), Johannesburg, South Africa

**TP 178** High-Throughput Determination of Seventeen Cyanotoxins and Suspect Screening of Other Cyanopeptides by SPE-UHPLC-HRMS in Canadian Lakes; Audrey Roy-Lachapelle[1]; Sung Vo Duy[2]; Dinh Quoc Tuc[2]; Gabriel Munoz[2]; Sébastien Sauvé[2]; Christian Gagnon[1]; [1]Environment and Climate Change Canada, Montréal, QC; [2]University of Montreal, Montreal, QC

**TP 179** Arsenic and Thioarsenic Speciation Using Ion Chromatography Mass Spectrometry; Tisa Campbell[1]; Jianye Zhang[1]; [1]Voorhees College, Denmark, SC

**TP 180** Direct Photolysis Transformation Products from Brominated Estrogens in Treated Wastewater Effluent; Carolyn P. Hutchinson[1]; Keeton T. Nance[1]; David R. Griffith[1]; [1]Willamette University, Salem, OR

**TP 181** Photolysis of Emerging Contaminants Absorbed on Plastic Debris in an Aqueous Environment; Xiolmara Martinez[1]; Daryl Giblin[2]; Angeline Alag[1]; Kathryn Renyer[1]; Michael L Gross[2]; M. Paul Chiarelli[1]; [1]Loyola University, Chicago, IL; [2]Washington University, St. Louis, MO

**TP 182** High Throughput Analysis of Deer Tissue for Perfluorinated Compounds by Reversed Phase High Performance Liquid Chromatography Tandem Mass Spectrometry; Michael C. Stagliano[1]; Jessica M. Morrison[1]; Timothy A. Karrer[1]; Matthew J. Geiger[1]; [1]MI Dept of Health & Human Services, Lansing, MI

**TP 183** A New Method for a Systematic Analysis of Siderophores in Soils; Vineeta Rai[1]; Oliver Baars[1]; [1]North Carolina State University, Raleigh, NC

**TP 184** A Single Analytical Method for the Determination of Legacy and Emerging Per- and Poly Fluoroalkyl Substances (PFAS) in Aqueous Matrices; Timothy Coggan[1]; Tarun Anumol[2]; Bradley Clarke[1]; [1]RMIT University, Melbourne, Australia; [2]Agilent Technologies, Wilmington, DE

**TP 185** Moving Beyond Monitoring Legacy Per and Polyfluoroalkyl Substances (PFAS): Screening Strategies for the Growing List; James S Pyke[1]; Tarun Anumol[2]; Jerry A. Zweigenbaum[2]; [1]Agilent Technologies, Inc., Santa Clara, CA; [2]Agilent Technologies, Inc., Wilmington, DE

**TP 186** Identification and Quantification of Microcystins in Western Lake Erie during 2016 and 2017 Harmful Algal Blooms; Dilrukshika S W Palagama[1]; David Baliu-Rodriguez[1]; Brenda K Snyder[1]; Jennifer A Thornburg[1]; Thomas B Bridgeman[1]; Dragan Isailovic[1]; [1]University of Toledo, Toledo, OH

**TP 187** Fast Semivolatiles Method by GC/MS/MS that Meets EPA 8720D/E Requirements; Melissa Churley[1]; Bruce Quimby[2]; Anastasia Andrianova[2]; [1]Agilent, Santa Clara, CA; [2]Agilent, Wilmington, DE

**TP 188** Determination of 8 Nitrosamines in Water by Liquid Chromatography Coupled to Tandem Mass Spectrometry; Wei Du[1]; Xiaorong Ran[1]; [1]Agilent Technologies(China) Co. Ltd., Beijing, China

**TP 189** Automated Liquid-Liquid Extraction for Environmental Analysis; Masoomeh Tehranirokh[1,2]; Marcel Van de Bronk[2]; Andrew Gooley[1,2]; Peter Smith[2]; Zhengshan Dai[5]; Kyle Bachus[2]; Simon Mills[4]; Robert Shellie[5]; [1]ARC Training Centre for Portable Analytical Separation Technologies (ASTech), Hobart, Australia; [2]Trajan Scientific and Medical, Ringwood, Australia; [3]Trajan Scientific and Medical, Morrisville, NC; [4]Envirolab, Sydney, Australia; [5]Centre for Advanced Sensory Science (CASS), School of Exercise and Nutrition Sciences, Deakin University, Melbourne, Australia

**TP 190** Differential Expression of Inflammatory Proteins in New Male and Female Swine Confinement Workers; Brooke Thompson[1]; Paulos Chumala[1]; David Schneberger[1]; Shelley Kirychuk[1]; George S. Katselis[1]; [1]University of Saskatchewan, Saskatoon, SK

**TP 191** Methods for Metaproteomic Analysis of the Ocean; Matthew McIlvin[1]; Mak Saito[2]; [1]Woods Hole Oceanographic Inst., Woods Hole, MA; [2]Woods Hole Oceanographic Institution, Woods Hole, MA

## ENVIRONMENTAL: PHARMACEUTICALS AND PESTICIDES
### 192-212

**TP 192** Quantitation and Localization of Endocrine Disruptor Compounds Accumulation in Fathead Minnows by Complementary Mass Spectrometry Analyses; Rachel Davis[1]; Sarah Rizzo[1]; Jackson Hoang[1]; Bobbi J Potter[1]; Kevin R Tucker[1]; [1]Southern Illinois University Edwardsville, Edwardsville, IL

**TP 193** Micropollutant Removal during Wastewater Treatment: Evaluation of the Process Effectiveness Using High Resolution Accurate Mass LC-MS/MS; Madhuri Damaraju[1]; Keerthi Katam[1]; Lokesh Kumar Akula[1]; Prasanth Joseph[2]; Saikat Banerjee[2]; Debraj Bhattacharyya[1]; [1]Indian institute of Technology, Hyderabad, India; [2]Agilent Technologies, Whitefield, Bangaluru, India

**TP 194** Quantification of Azithromycin in Sheep Tissue Samples Using LCMSMS; Chander Mani[1]; T.s. Lohith[2]; Saikat Banerjee[1]; Samir Vyas[1]; S.m. Byregowda[2]; K.


Sripad[2]; [1]Agilent Technologies, Gurgaon, India; [2]Institute of Animal Health and Veterinary Biologicals, Bengaluru, India

**TP 195    Developing Methods to Assess the Environmental Impact of Pesticides and Pharmaceuticals on Aquatic Fauna Using Targeted and Untargeted HRAM Q-TOF;** Christopher Tilman[1]; Thomas H Miller[2]; Keng Tiong Ng[2]; Nicholas R Bury[3,4]; Leon P Barron[2]; Alan Barnes[5]; Neil Loftus[5]; [1]Shimadzu UK Limited, Milton Keynes, United Kingdom; [2]Department of Analytical, Environmental & Forensic Sciences, School of Population Health & Environmental Sciences, Faculty of Life Sciences and Medicine, King's College London, United Kingdom; [3]School of Science, Technology and Engineering, University of Suffolk, James Hehir Building, University Avenue, Ipswich, United Kingdom; [4]Division of Diabetes and Nutritional Sciences, Faculty of Life Sciences and Medicine, King's College London, Franklin Wilkins Building, United Kingdom; [5]Shimadzu Corporation, Manchester, United Kingdom

**TP 196    An LC-MS/MS Study of the Kinetics of Atrazine Decomposition Catalyzed by Interactions with Soil;** Heather Gamble[1]; Donald S Gamble[2]; Jincun Wu[1]; Mitesh Patel[1]; [1]PerkinElmer Inc., Woodbridge, ON; [2]St. Mary's University, Halifax, NS; [3]PerkinElmer Inc., Bolton, ON

**TP 197    ESS-MAT: A New Approach for Simultaneous Analysis of Organophosphate Pesticides and their Degradation Products On Agricultural Products;** noam Kirshenbaum[1]; Tamara Polubesova[1]; Benny Chefetz[1]; [1]Department of Soil and Water Sciences The Robert H. Smith Faculty of Agriculture, Food and Environment The Hebrew University of Jerusalem, Rehovot, Israel

**TP 198    Identification and Quantification of Degradation Products in Amoxicillin and Sertraline Stored Aboard the International Space Station;** Virginia K James[1]; Wendy Cory[1]; [1]College of Charleston, Charleston, SC

**TP 199    Combination of Targeted and Non-Targeted Workflows for the Identification of Pollutants in River Water Using a Passive Sampling Method;** Melanie Schumacher[1]; Bob Galvin[2]; Carsten Baessmann[3]; [1]Natural Resources Wales, Swansea University, Swansea, United Kingdom; [2]Bruker UK Ltd., Coventry, United Kingdom; [3]Bruker Daltonik GmbH, Bremen, Germany

**TP 200    Trace determination of Octyl & Nonyl-phenols and Ethoxylates and Bisphenol A Using On-Line SPE and Q Exactive Focus Orbitrap LCMSMS;** Nevillee Llewellyn[1]; James Thomas[2]; Olaf Scheibner[3]; Ed George[4]; [1]ThermoFisherScientific, Hemel Hempstead, United Kingdom; [2]Scottish Environment Protection Agency, Glasgow, United Kingdom; [3]Thermo Fisher Scientific (Bremen), Bremen, Germany; [4]Thermo Fisher Scientific, San Jose, CA

**TP 201    Simultaneous Targeted Quantification and Suspect Screening of Environmental Contaminates in Sewage Sludge by High Resolution LC-QTOF;** James S Pyke[1]; Gabrielle Black[2]; Kai Chen[1]; Tarun Anumol[3]; Thomas M Young[2]; [1]Agilent Technologies, Inc., Santa Clara, CA; [2]University of California, Davis, Davis, CA; [3]Agilent Technologies, Inc., Wilmington, DE

**TP 202    Fast Creatinine Determination in Wastewater by Liquid Chromatography-Mass Spectrometry;** Lisa Wanders[1]; Matthew Obusek[1]; [1]Thomson Instrument Co, Oceanside, CA

**TP 203    Use of Triple Quadrupole Mass Spectrometry to Characterize Antibiotics in Cow Manure;** Andrea Yarberry[1]; Clifford Rice[1]; Carlton Pointexter[2]; Stephanie Lansing[2]; [1]United States Department of Agriculture, Beltsville, Maryland; [2]University of Maryland, College Park, Maryland

**TP 204    Estrogen Monitoring in River Waters at Low Part Per Trillion Levels by Online SPE-UHPLC-MS/MS;** Jason Weisenseel[1]; Jamie Foss[1]; Wilhad Reuter[1]; [1]PerkinElmer, Shelton, CT

**TP 205    Analysis of Pharmaceuticals and Personal Care Products (PPCPs) in Drinking Water at Low Part Per Trillion Levels by Online SPE-UHPLC-MS/MS;** Jamie Foss[1]; Wilhad Reuter[1]; [1]PerkinElmer, Shelton, CT

**TP 206    Reliable Determination of Sulfonamides in Environmental Water Matrices Using UHPLC-MS/MS;** Xiulan Zhang[1]; Chaofei Zhu[1]; Jing Guo[1]; Meiling Lu[2]; Liang Dong[1]; Yeru Huang[1]; [1]National Center for Environmental Analysis and Measurement, Beijing, China; [2]Agilent Technologies (China) Limited, Beijing, China

**TP 207    Exploring the Physicochemical Properties of Pesticides Using Differential Mobility Spectrometry and Machine Learning-Based Modelling;** J. Larry Campbell[1]; J. C. Yves Le Blanc[1]; Brendon Seale[1,2]; Zack Bowman[3]; Jeff Crouse[3]; Ce Zhou[3]; W. Scott Hopkins[3]; [1]SCIEX, Concord, ON; [2]York University, Toronto, ON; [3]University of Waterloo, Waterloo, ON

**TP 208    Orbitrap Assessment of Targeted and Non-Targeted Pharmaceuticals and Personal Care Products in Wastewater Effluents and their Impact on River Water;** Vimbai Mhuka[1]; simiso Dube[2]; Mathew M Nindi[1]; [1]UNISA, Florida Park, Roodepoort, South Africa; [2]UNISA, Florida Park, Roodepoort, South Africa

**TP 209    Qualitative and Quantitative in vitro Fish Metabolism Study for Environmental Safety Assessment of Xenobiotics using LC-HRMS;** Vivek Badwaik[1]; Mingming Ma[1]; Xiao Zhou[1]; Mercedes Biven[1]; Jeremy McFadden[1]; Guomin Shan[1]; Yelena A Adelfinskaya[1]; [1]Corteva Agriscience, Indianapolis, IN

**TP 210    Application of UPLC-MS/MS for Determination of Synthetic Organic Dyes and their Metabolites;** Angelika Tkaczyk[1]; Kamila Mitrowska[1]; Andrzej Posyniak[1]; [1]National Veterinary Research Institute (PIWet), Pulawy, Poland

**TP 211    Ultra-Fast Screening of Glyphosate, Glufosinate and AMPA in Surface Water by LDTD-QqQMS;** Cassandra Guérette[1]; Serge Auger[2]; Pierre Picard[2]; Pedro A. Segura[1]; [1]Universite de Sherbrooke, Sherbrooke, Quebec; [2]Phytronix Technologies, Inc., Quebec, QC

**TP 212    Analysis of Semi-Volatile Organics in Drinking Water with Semi-Automated Solid Phase Extraction Using EPA Method 525.3;** Rashid Juma[1]; Rudolf Addink[1]; [1]Toxic Report, Watertown, MA

**FOOD SAFETY II**
**213-242**

**TP 213    A High Resolution Mass Spectrometry (HRMS) Method for More 1000 Pesticides and Other Poisons: Methods and Madness;** Marc E. Engel[1]; Harrison Ansley[1]; Walter Hammack[1]; [1]FDACS, Tallahassee, FL

**TP 214    Investigation of Gluten Protein Degradation throughout Brewing Using N-Terminal Labeling Mass Spectrometry Analysis;** Wanying Cao[1]; Joseph Baumert[1]; Melanie Downs[1]; [1]University of Nebraska, Lincoln, Lincoln, Nebraska

**TP 215    Determination of Polar Pesticides in Grapes Using a Compact Ion Chromatography System Coupled with Tandem Mass Spectrometry;** Beibei Huang[1]; Jeffrey Rohrer[1]; [1]Thermo Fisher Scientific, Sunnyvale

**TP 216    Highly Sensitive Direct Analysis of Glyphosate, Glufosinate and AMPA in the Beverages by LC-MS / MS;** Manami Kobayashi[1]; Miho Kawashima[2]; Yusuke Inohana[2]; Nozomi Maeshima[1]; Junichi Masuda[1]; Yoshihiro Hayakawa[2]; [1]Shimadzu Corporation, Hadano, Japan; [2]Shimadzu Corporation, Kyoto, Japan

**TP 217    Analysis of Benzo[a]pyrene in Tobacco and Related Products by Ultra High-Performance Liquid Chromatography - Tandem Mass Spectrometry;** Xia Geng[1]; Jingcun Wu[2]; Lizhong Yang[3]; Feng Qin[2];



[1]PerkinElmer Management(Shanghai)Co.,Ltd., Shanghai, China; [2]PerkinElmer Inc., Woodbridge, Ontario; [3]Perkinelmer Management (Shanghai) Co., Ltd., Shanghai, China

**TP 218** Quantitation of Heterocyclic Amines in Non-Meat Products and their Cancer Risks as Exposed; Tzu-Sheng Fang[1]; Wei-Lun Su[1]; Yi-Chen Sun[1]; Hsin-Chang Cheng[1]; [1]Institute of Food Safety and Health, National Taiwan University, Taipei, Taiwan

**TP 219** Fatty Acid Composition Analysis for Glycerides in Edible Oils Using Thermal Desorption/Pyrolysis DART-QTOFMS; Kenichi Yoshizawa[1]; Chikako Takei[1]; Michael Churchill[2]; [1]BioChromato, Inc., Fujisawa, Japan; [2]BioChromato USA, San Diego, California

**TP 220** Quantitation of Process-Induced Nitrogen Compounds in Foods Using QuEChERS Coupled with UPLC-MS/MS; Wei Lun Su[1]; Hsin-Chang Chen[1]; [1]Institute of Food Safety and Health, National Taiwan University, Taipei, Taiwan

**TP 221** Determination of Pyrrolizidine Alkaloids in Plant Material Using SFC-MS/MS; Anja Gruening[1]; Gesa J. Schad[1]; Jan Stenzler[2]; [1]Shimadzu Europa GmbH, Duisburg, Germany; [2]Shimadzu Deutschland GmbH, Duisburg, Germany

**TP 222** Distribution of Heterocyclic Amines in Fried and Braised Plant Protein Foods; Kai-Chieh Yang[1]; Yi-Chen Sun[1]; Wei Lun Su[1]; Hsin-Chang Chen[1]; [1]Institute of Food Safety and Health, National Taiwan University, Taipei, Taiwan

**TP 223** Recent Trends in PDE-5 Inhibitors in Consumer Products; Flavia Morales-garcia[1]; Sara E. Kem[1]; Valerie M. Toomey[1]; Melanie N. Parsons[1]; [1]US FDA Forensic Chemistry Center, Cincinnati, OH

**TP 224** Development of a PRM Assay for Detection of Walnut and Hazelnut in Foods; Justin Marsh[1]; Charles Yang[2]; Melanie Downs[1]; Philip Johnson[1]; [1]University of Nebraska Lincoln, Lincoln, NE; [2]Thermo Fisher Scientific, San Jose, CA

**TP 225** Determination of Total Avilamycin Residues in Beef by LC-MS/MS; Lusha Xu[1]; haijuan an[1]; [1]Shimadzu (Shanghai) Global Laboratory Consumables Co., Ltd. Beijing Branch, Beijing, China

**TP 226** The Evaluation of Malachite Green and its Metabolites in Sediments of Aquaculture Environmentin Taiwan; Lai-Chuan Chang[1]; Tzong-Shean Chin[2]; [1]Biotech Total Solutions Co., Ltd., New Taipei City, Taiwan; [2]National Chia Yi University Taiwan, Chia Yi City, Taiwan

**TP 227** Simultaneous Determination of 130 Veterinary Drug in Pork Using Ultra Performance Liquid Chromatograph-Tandem Mass Spectrometry; Zhao Liu; Shimadzu (China) Co.,Ltd., Shanghai, China

**TP 228** Determination of 113 Pesticide Residues in Tea by LC-MS/MS; Chenyuan Zhang[1]; Haijuan An[2]; Jian Kang[3]; [1]Shimadzu (Shanghai) Global Laboratory Consumables Co., Ltd., Shanghai, China; [2]Shimadzu (Shanghai) Global Laboratory Consumables Co., Ltd. Beijing Branch, Beijing, China; [3]Shimadzu (Shanghai) Global Laboratory Consumables Co., Ltd., Shanghai, China

**TP 229** Separation and Quantification of N-Acetyl-Cysteine and Glutathione by Isotopic Iodoacetamide Modification and HILIC Coupled with Tandem Mass Spectrometry; Shih-shin Liang; Kaohsiung Medical University, Kaohsiung, Taiwan

**TP 230** Rapid Screening and Quantitative Analysis of Pesticides in Vegetables by Liquid Chromatography Tandem Quadrupole Time of Flight Mass Spectrometry; Biao Ren; Shimadzu(China)Co.,LTD.Beijing Branch, Beijing, China

**TP 231** Simultaneous Determination of Tebufenozide and Indoxacarb in Animal Products Using Liquid-Liquid Extraction Method Coupled with Liquid Chromatography-Tandem Mass Spectrometry; Kyung-Hee Yoo[1]; Da-Hee Park[1]; Seong-Kwan Kim[1]; Ho-Chul Shin[1]; [1]Konkuk university, Seoul, South Korea

**TP 232** Simultaneous Detection of Eight Prohibited Flavor Compounds in Foodstuffs Using Gas Chromatography–Tandem Mass Spectrometry; Feng Zhang[1]; Feng Feng[1]; [1]Institute of Food Safety, Chinese Academy of Inspection and Quarantine, Beijing, China

**TP 233** The Best Out of Three Worlds – Pesticide Analysis in Honey by Hyphenation of TLC, HPLC and MS; Anita Piper[1]; Markus Burholt[1]; Michaela Oberle[1]; Stephan Altmaier[1]; Michael Schulz[1]; [1]Merck KGaA, Darmstadt, Germany

**TP 234** Extractables and Leachables Analysis of Common Household Food Storage Products Using a Quadrupole Time-of-Flight (Q-TOF) Mass Spectrometer; Evelyn H. Wang[1]; Helen Hao[1]; Gerard Byrne[1]; Jennifer Davis[1]; Katie Pryor[1]; Christopher Gilles[1]; [1]Shimadzu Scientific Instruments, Inc., Columbia, MD

**TP 235** Pesticide Residue Analyses of QuEChERS Extracts of Different Food Matrices Using an Online Robotic SPE Clean-up Procedure Coupled to LC-MS/MS; Michael Hudson; Thermo Fisher Scientific, San Jose, CA

**TP 236** Simultaneous Analysis of Multiple Food Allergen and its Detection from Processed Food; Tairo Ogura[1]; Yuka Fujito[2]; Toshiya Matsubara[1]; Ichiro Hirano[1]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Shimadzu Scientific Instruments, Inc., Columbia, MD

**TP 237** A Multiresidue Method for Quantitation and Screening of Pesticide Residues in Baby Food Using LC-MS/MS; Anastasia Kalli[1]; Charles Yang[1]; Ed George[1]; Dipankar Ghosh[2]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, San Jose, CA

**TP 238** A Multiresidue Method for Pesticide Analysis Using an Orbitrap Tribrid Mass Spectrometer and Automatic Background Exclusion; Anastasia Kalli[1]; Dipankar Ghosh[1]; Seema Sharma[1]; [1]Thermo Fisher Scientific, San Jose, CA

**TP 239** Targeted Screening and Quantitation of Pesticide Residues in Green Tea Using a Quadrupole Time-of-Flight Mass Spectrometer; Toshiya Matsubara[1]; Huan Lin[1]; Natsuyo Asano[1]; Mikie Shima[2]; [1]Shimadzu Corporation, Kyoto, Japan; [2]AiSTI Science Co., Ltd., Wakayama, Japan

**TP 240** Simultaneous Determination of Pesticide Residues in Vegetable Extract by Liquid Chromatograph Tandem Mass Spectrometry for High Recovery Rate; Nozomi Maeshima[1]; Manami Kobayashi[1]; Masuda Junichi[1]; [1]Shimadzu Corporation, Hadano, Japan

**TP 241** New Workflow for Contaminants Screening in Strawberries Using High-Resolution GC/Q-TOF and Expanded Accurate Mass Library of Pesticides and Environmental Pollutants; Sofia Nieto[1]; Anastasia Andrianova[2]; Jessica Westland[2]; Kai Chen[1]; Vadim Kalmeyer[1]; Yoshimasa Tsunoi[1]; Li Sun[1]; Lei Tao[1]; Bruce Quimby[2]; Courtney Milner[1]; [1]Agilent Technologies, Inc., Santa Clara, CA; [2]Agilent Technologies, Inc., Wilmington, DE

**TP 242** Development and Validation of LC-MS/MS Method for Determination of Lipophilic and Hydrophilic Marine Toxins; Renat Selimov[1]; Ayshat Botasheva[1]; Elizaveta Goncharova[1, 2]; Denis Nekrasov[1]; Pavel Metalnikov[1]; Alexandre Komarov[1]; [1]VGNKI, Moscow, Russian Federation; [2]Moscow State University, Moscow, Russian Federation

**FORENSICS II**
**243-269**

**TP 243** Novel Opioid Trends and Retrospective Datamining for Emerging Opioids Using High Resolution Mass Spectrometry; Amanda L.A. Mohr[1]; Mellissa F. Fogarty[1]; Judith Rodriguez Salas[1]; Barry K. Logan[1, 2]; [1]CFSRE, Willow Grove, PA; [2]NMS Labs, Willow Grove, PA



TP 244 **Determination of Bloodstain Deposition Time Using Metabolomic Analysis;** Hyebin Choi[1]; Ae Eun Seok[2]; Jiyeoug Lee[2]; You-rim Lee[1]; Arum Park[2]; Sora Mun[1]; Yoo-jin Lee[1]; Hyo-jin Kim[1]; Hee-gyoo Kang[1,2]; [1]*Department of Senior Healthcare, BK21 Plus Program, Graduate School, Eulji University, Daejeon, South Korea;* [2]*Department of Biomedical Laboratory Science, College of Health Sciences, Eulji University, Seongnam-si, South Korea*

TP 245 **BAC Analysis Utilizing GCMS and FID Combined with Fully Automated Sample Prep Perfomed but Robotic Sampler;** Alan Owens[1]; Rachel Lieberman[2]; Francis Welch[2]; Andy Sandy[2]; [1]*Shimadzu Scientific Instruments, Columbia, MD;* [2]*Shimadzu Scientific Instruments, Inc., Columbia, MD*

TP 246 **Time of Flight Secondary Ion Mass Spectrometry (TOF-SIMS) Imaging of Illicit Narcotics;** Greg Gillen[1]; Shin Muramoto[2]; Jennifer R. Verkouteren[2]; Edward Sisco[2]; [1]*National Institute of Standards and Technolgoy, Gaithersburg, MD;* [2]*NIST, Gaithersburg, MD*

TP 247 **Identifying Suspect Relevance to a Crime Scene Based on Fingerprint Age Biomarkers Using MALDI Imaging;** Paige Hinners[1]; Madison Thomas[1]; Young Jin Lee[1]; [1]*Iowa State University, Ames, IA*

TP 248 **Implementation of an Online μSPE - The Final Step Towards Fully Automated LC-MS Urine Screening in Forensic Toxicology;** Michaela Schmidt[1,2]; Marina Schumacher[1]; Birgit Schneider[3]; Laura M. Huppertz[2]; Jürgen Kempf[2]; [1]*Faculty Medical and Life Sciences, Furtwangen University,, Schwenningen, Germany;* [2]*Institute of Forensic Medicine, Medical Center – University of Freiburg, Freiburg, Germany;* [3]*Bruker Daltonik GmbH, Bremen, Germany*

TP 249 **Targeted Screening for Drugs of Abuse in Postmortem Blood using LC-MS/MS;** Dina Swanson[1]; Theresa Evans-Nguyen[1]; [1]*University of South Florida, Tampa, FL*

TP 250 **High-Spatial Resolution Matrix Assisted Laser Desorption/Ionization Mass Spectrometry Imaging of Human Hair Cross-Sections;** Emily C King[1]; Young-Jin Lee[1]; [1]*Iowa State University, Ames, IA*

TP 251 **Method Validation of Drugs of Abuse Using Microchip Capillary Electrophoresis/Mass Spectrometry;** Christopher Nicholson[1]; Sabra Botch-Jones[2]; Scott Miller[1]; Adi Kulkarni[1]; [1]*908 Devices, Boston, MA;* [2]*Boston University School of Medicine, Boston, MA*

TP 252 **Novel Platform for Online Sample Preparation and LC-MS/MS Analysis of Drugs in Biological Matrices;** Sarah Olive[1]; Joshua Emory[1]; Aria McCall[2]; Ruth Gordillo[3]; Robert English[1]; Rachel Lieberman[1]; Brian Feild[1]; Benjamin Figard[1]; [1]*Shimadzu Scientific Instruments, Inc., Columbia, Maryland;* [2]*Tarrant County Medical Examiner's Office, Fort Worth, Texas;* [3]*University of Texas Southwestern Medical School, Dallas, Texas*

TP 253 **A New Method for Species Identification Using Mass Spectrometry and Machine Learning;** Heyi Yang[1]; Erin Butler[1]; Jennifer Teubl[1]; Samantha Monier[1]; David Fenyo[2]; Donald Siegel[1]; [1]*Office of Chief Med Exam, New York, NY;* [2]*NYU Medical Center, New York, NY*

TP 254 **Sensitive and Reliable Method for Identification of Genetically Variant Peptides in Human Hair;** Zheng Zhang[1]; Meghan C. Burke[1]; William E. Wallace[1]; Yuxue Liang[1]; Sergey L. Sheetlin[1]; Yuri A. Mirokhin[1]; Dmitrii V. Tchekhovskoi[1]; Stephen E. Stein[1]; [1]*NIST, Gaithersburg, MD*

TP 255 **Analysis of Drugs and their Metabolites in Human Hair by Online SFE-SFC-MS/MS;** Takahiro Goda[1]; Junichi Masuda[1]; Manami Kobayashi[1]; Maiko Kawamura[2]; Ruri Kikura-Hanajiri[2]; [1]*Shimadzu Corporation, Hadano, Japan;* [2]*National Institute of Health Sciences, Kawasaki, Japan*

TP 256 **Development of a Screening Method for Illicit Drugs in Hair Using LDTD-MS/MS at 8 Seconds Per Sample;** Sandra Imrazene[1]; Serge Auger[1]; Pier-Luc Plante[2]; Jean Lacoursière[1]; Pierre Picard[1]; [1]*Phytronix Technologies, Quebec, QC;* [2]*Université Laval, Quebec, Quebec*

TP 257 **Analysis of Synthetic Fentanyl Opioids in Serum Using Captiva EMR-Lipid Sample Preparation by LC-QTOF;** Julie Cichelli; *Agilent Technologies, West Chester, PA*

TP 258 **Methamphetamine Impurity Profiling with GC×GC-TOFMS in Korea;** Beom Jun Ko[1]; Jin Young Kim[1]; Dong Won Shin[1]; [1]*Supreme Prosecutors' Office, Seoul, South Korea*

TP 259 **Screening, Quantification and Confirmation of Fentanyl Metabolite, N-[1-(2-phenethyl-4-piperidinyl)maloanilinic Acid, in Equine Urine for Doping Control Analysis by LC-MS/MS;** Youwen You[1]; Rachel M Proctor[1]; Fuyu Guan[1]; Jaclyn R Missanelli[1]; Xiaoqing Li[1]; Mary A Robinson[1]; [1]*University of Pennsylvania, Philadelphia, PA*

TP 260 **Mass Spectrometry-Based Detection of Genetically Variable Peptides:  An Alternative to DNA Typing;** Andrew J Reed[1]; Maryam Baniasad[2]; Stella M Lai[3]; Liwen Zhang[3]; Florian Busch[3]; Vicki H. Wysocki[3]; Myles W Gardner[4]; F. Curtis Hewitt[4]; Michael A. Freitas[3]; [1]*Campus Chemical Instrument Center, Ohio State University, Columbus, OH;* [2]*The Ohio State University, Columbus;* [3]*The Ohio State University, Columbus, OH;* [4]*Signature Science, LLC, Austin, TX*

TP 261 **Sub-minute Analysis for Samples of Forensic Applications;** Luis Cuadra-Rodriguez[1]; Melissa Churley[1]; Lakshmi Krishnan[1]; Courtney Milner[1]; [1]*Agilent Technologies, Inc., Santa Clara, CA*

TP 262 **Identification of Genetically Variable Peptides from Human Skin Samples for Human Forensic Investigation;** Myles W. Gardner[1]; F. Curtis Hewitt[1]; Michael A. Freitas[2]; August E. Woerner[3]; Liwen Zhang[2]; Maryam Baniasad[2]; Kathleen Q. Schulte[1]; Alan R. Smith[1]; Danielle S. LeSassier[1]; Clifton J. Krueger[1]; Nicolette C. Albright[1]; Katharina L. Weber[1]; Tara E. Manley[1]; Leah W. Allen[1]; Megan E. Powals[1]; Benjamin C. Ludolph[1]; [1]*Signature Science, LLC, Austin, TX;* [2]*The Ohio State University, Columbus, OH;* [3]*Center for Human Identification, University of North Texas Health Science Center, Fort Worth, TX*

TP 263 **Development of Fiber Spray Ionization Mass Spectrometry (FSI-MS) for Direct Analysis of Drugs in Forensic Samples: A Comparison with PSI-MS;** João Francisco Allochio Filho[1,4]; Nayara Araujo dos Santos[2]; Hanna Leijoto de Oliveira[3]; Keyller Bastos Borges[3]; Valdemar Lacerda Júnior[2]; Wanderson Romão[2,4]; [1]*Federal Institute of Espírito Santo, São Mateus, Brazil;* [2]*Petroleomic and Forensic Chemistry Laboratory, Department of Chemistry, Federal University of Espirito Santo, Vitória, Brazil;* [3]*Federal University of São João del-Rei, Department of Natural Sciences, São João del-Rei, Brazil;* [4]*Federal Institute of Espírito Santo, Vila Velha, Brazil*

TP 264 **Proteomics Can Infer DNA Genotype from a Single Human Hair in Forensic Science;** Glendon Parker[1]; Zachary Goecker[2]; Jennifer Milan[2]; Christina De Leon[2]; Rachel Franklin[2]; Michelle Salemi[2]; Bailey Wills[3]; Brett Phinney[2]; Susan Walsh[3]; Robert Rice[2]; [1]*University of California Davis, Davis, CA;* [2]*University of California, Davis, Davis, CA;* [3]*Indiana University-Purdue University Indianapolis, Indianapolis, Indiana*

TP 265 **Determination of Health Status by MALDI-MSI of Latent Fingerprints;** Kelly O'neill[1]; Paige Hinners[1]; Young-Jin Lee[1]; [1]*Iowa State University, Ames, IA*

TP 266 **Forensic Sampling Using Nanoparticle Extraction and Capture;** Jamira A Stephenson[1]; Fabrizio Donnaruma[1]; Kermit K Murray[1]; [1]*Louisiana State University, Baton Rouge, LA*

TP 267 **Rapid In-Situ Analysis of Volatile Organic Compounds from Biological Samples of Forensic Interest;** Stephanie Rankin-Turner; *Loughborough University, Loughborough, United Kingdom*



ATLANTA

**TP 268** Modelling Retention Behavior on Analysis of Psychoactive Compounds in Hallucinogenic Mushrooms by HILIC-MS; Wen Jiang[1]; Norbert Rácz[2]; Júlia Nagy[3]; Tibor Veress[3]; [1]HILICON AB, Umea, Sweden; [2]Department of Inorganic and Analytical Chemistry, Budapest University of Technology and Economics, Budapest, Hungary; [3]Department of Drug and Arson Investigation, Hungarian Institute for Forensic Sciences, Budapest, Hungary

**TP 269** Utility of High Resolution Mass Spectrometry (HRMS) for the Discovery of Emerging Synthetic Cannabinoids and their Metabolites in Forensic Casework; Alex Krotulski[1]; Amanda LA Mohr[1]; Barry K Logan[1, 2]; [1]Center for Forensic Science Research and Education, Willow Grove, PA; [2]NMS Labs, Willow Grove, PA

### FUNDAMENTALS: ION STRUCTURE/ENERGETICS
### 270-287

**TP 270** Mechanism and Energetics of the Hydration of Th+ to Form Th(OD)3+: Guided Ion Beam and Theoretical Studies; Peter B. Armentrout[1]; Arjun Kafle[1]; Richard M Cox[2]; [1]University of Utah, Salt Lake City, UT; [2]Pacific Northwest National Laboratory, Richland, WA

**TP 271** "Understanding" Adduct Ion Molecular Structures and Stability in the Gas-Phase, Improving the Separation Power in Ion Mobility Spectrometry; A View; Maarten Honing[1]; Darya Hadavi[2]; Jonah Norbury[1]; Marina Borzova[1]; Erik Lange van[1]; [1]Maastricht Multimodal Molecular Imaging (M4I) Institute, Division of Imaging Mass Spectrometry, Maastricht, Netherlands; [2]Maastricht Multimodal Molecular Imaging (M4I) Institute, Division of Imaging Mass Spectrometry, Maastricht, Netherlands

**TP 272** Systematic Alteration of Gas-Phase Acidities and Conformations with Insertion of a D-Amino Acid in Oligopeptides; Yuntao Zhang[1]; Joshua S. Ho[1]; Jianhua Ren[1]; [1]University of the Pacific, Stockton, CA

**TP 273** Conformations and Energetics of B- and Y-Ions in Peptoid Fragmentation; Joshua S. Ho[1]; Yuntao Zhang[1]; Jianhua Ren[1]; [1]University of the Pacific, Stockton, CA

**TP 274** Reaction Rate Acceleration in Microdroplets Calculated Using Quantum Mechanical Modeling; Namita Narendra[1]; Jinying Wang[1]; James Charles[1]; Tillmann Kubis[1, 2, 3]; Xingshuo Chen[4]; R. Graham Cooks[4]; [1]School of Electrical and Computer Engineering, Purdue University, West Lafayette, IN; [2]Center for Predictive Materials and Devices, Purdue University, West Lafayette, IN 47906; [3]Network for Computational Nanotehnology, Purdue University, West Lafayette, IN; [4]Department of Chemistry, Purdue University, West Lafayette, IN

**TP 275** Solely Concentrating on the Negative Aspects of Life; Jordan Rabus[1]; Philippe Maitre[2]; Benjamin J Bythell[3]; [1]University of Missouri, Saint Louis, MO; [2]Laboratoire de Chimie Physique (UMR8000), CNRS, Univ. Paris-Sud, Université Paris-Saclay, Orsay, France; [3]University of Missouri, St. Louis, MO

**TP 276** Characterization of Precursor and Product Ions from Copper (II) Cationized, N-terminally Modified Glycine-Glycine Using Infrared Multiple-Photon Photodissociation Spectroscopy; Susan Kline[1]; Amanda Bubas[1]; Luke J. Metzler[1]; Connor Graca[1]; Theodore Corcovilos[2]; Jonathan Martens[3]; Giel Berden[3]; Jos Oomens[3]; Michael J. Van Stipdonk[1]; [1]Department of Chemistry and Biochemistry, Duquesne University, Pittsburgh, PA; [2]Department of Physics, Duquesne University, Pittsburgh, PA; [3]Radboud University Nijmegen, Institute for Molecules and Materials, FELIX Facility, Nijmegen, Netherlands

**TP 277** Spectral Derivatives. Exploring and Exploiting the Collision Energy Dependence of Tandem Mass Spectra; Yamil Simon; NIST, Gaithersburg, MD

**TP 278** Computational Analysis of Tandem-Trapped Ion Mobility / Mass Spectrometry Measurements Relates Identity of Proteoforms to their Tertiary and Quaternary Structures; Christian Bleiholder[1]; Fanny C Liu[1]; Tyler C Cropley[1]; Mengqi Chai[1]; [1]Florida State University, Tallahassee, FL

**TP 279** Dissociation Chemistry In Model Crude Oil Components; Maha Abutokaikah[1]; Giri R Gnawali[1]; Joseph W Frye[1]; Curtis M Stump[1]; John Tschampel[1]; Christopher D Spilling[1]; Benjamin J Bythell[1]; [1]University of Missouri, St. Louis, MO

**TP 280** Structure and Reactivity of Anionic Uranyl Complexes with Acetate and Halide Ligands; Anna Iacovino[1]; Irena Tatosian[1]; Luke Metzler[1]; Theodore Corcovilos[1]; Giel Berden[2]; Jonathan Martens[2]; Jos Oomens[2]; Michael Van Stipdonk[1]; [1]Duquesne University, Pittsburgh, PA; [2]Radboud University Nijmegen, Institute for Molecules and Materials, FELIX Facility, Nijmegen, Netherlands

**TP 281** Experimental and Computational Investigation of the Hydrolysis of Gas-phase [UVIO2(R)]+, R=CH3, CH2CH3, CH=CH2 and C6H5; Michael J. Van Stipdonk[1]; Irena Tatosian[1]; Amanda Bubas[1]; Anna Iacovino[1]; Susan Kline[1]; Luke Metzler[1]; [1]Department of Chemistry and Biochemistry, Duquesne University, Pittsburgh, PA

**TP 282** Probing the Intrinsic Conformation of Anionic Uranyl Complexes Using IRMPD Spectroscopy and Quantum Chemical Calculations; Scott D. Rissler[1]; Michael J. Van Stipdonk[1]; Luke Metzler[1]; Connor J Graca[1]; Irena Tatosian[1]; Amanda Bubas[2]; [1]Department of Chemistry and Biochemistry, Duquesne University, Pittsburgh, PA; [2]University of Utah, Salt Lake City, UT

**TP 283** MultiCRAFTI: Relative Collision Cross Sections Through FTICR Methods without Need for Accurate Pressure Measurements or Single-Collision Dephasing Conditions; Brigham Pope[1]; Daniel Joaquin[1]; Jacob Hickey[1]; David Dearden[1]; [1]Brigham Young University, Provo, UT

**TP 284** Dependence of CRAFTI cross-sections on ion-neutral center-of-mass kinetic energy and ion dissociation energy; Andrew J. Arslanian[1]; Noah Mismash[1]; Jacob Shaner[1]; Tina H. M. Farzan[1]; Jamir Shrestha[1]; David V. Dearden[1]; [1]Brigham Young University, Provo, UT

**TP 285** Determining Topologies of Alkylammonium Complexes of Cucurbit[6]uril Using multiCRAFTI Techniques in an FTICR Mass Spectrometer; Jamir Shrestha[1]; Zixuan Feng[1, 2]; Mariah Pay[1]; Andrew J. Arslanian[1]; Tina H. M. Farzan[1]; Brigham Pope[1]; Jiewen Shen[1]; David V. Dearden[1]; [1]Brigham Young University, Provo, UT; [2]Colorado State University, Fort Collins, CO

**TP 286** Structures and Characteristics of Cucurbit[5]uril-Halide Inclusion Complexes Capped by Alkali Metal Cations via CRAFTI Collision Cross Sections; Jiewen Shen[1]; Tina H. M. Farzan[1]; David V. Dearden[1]; [1]Brigham Young University, Provo, UT

**TP 287** The Effects of Neutral Guest in Cucurbit[5]uril Complexes Containing Various Metals on Its CRAFTI Collision Cross Sections; Tina H. M. Farzan[1]; Joseph W. Wilson[1]; Sam Hickenlooper[1, 2]; Andrew J. Arslanian[1]; David V. Dearden[1]; [1]Brigham Young University, Provo, UT; [2]University of Utah, Salt Lake City, UT

### FUNDAMENTALS: IONIZATION MECHANISMS
### 288-297

**TP 288** Spatial Mapping of Ion Distributions in Pneumatically Assisted Electrosprays; Patrick Brophy[1]; Thomas McDonald[1]; Jim Murphy[1]; [1]Waters Corporation, Milford, MA

**TP 289** Elucidating H/D-Exchange Mechanism of Active Hydrogen in PAH Compounds; Arif Ahmed[1]; Syful Islam[1]; Sunghwan Kim[1]; [1]Kyungpook National University, Daegu, South Korea



**TP 290** Simulation of Charged Nanodroplets in MS-Transfer-Stage Ion-Guides; Clara Markert[1]; Walter Wissdorf[1]; Hendrik Kersten[1]; Thorsten Benter[1]; [1]Bergische Universität Wuppertal, Wuppertal, Germany

**TP 291** Investigating the Mechanism of Multivalent Cation-Induced Protein Supercharging through MD Simulations and Native MS Experiments; Leanne Martin[1]; Haidy Metwally[1]; Lars Konermann[1]; [1]University of Western Ontario, London , ON

**TP 292** Insights into Ion Release from VSSI Droplets Obtained with Molecular Dynamics Simulations; Kinkini Udara Jayasundara[1]; Nandhini Ranganathan[1]; Chong Li[1]; Ahmad Kiani Karanji[1]; Peng Li[1]; Stephen Valentine[1]; [1]West Virginia University.C. Eugene Bennett Department of Chemistry, Morgantown, WV

**TP 293** The Role of Trace Constituents for the Sustained Operation of Corona Discharges in APCI; Florian Stappert[1]; Steffen Braekling[1]; Hendrik Kersten[1]; Thorsten Benter[1]; [1]University of Wuppertal, Wuppertal, Germany

**TP 294** Systematic Investigations of Electron Ionization Fragmentation Patterns of Selected MOCVD Precursors: Source Temperature and Electron Energy Dependence; Yessica Brachthäuser[1]; Joshua Rieger[2]; Markus Langner[2]; Alexander Laue[1]; Hin Yiu Chung[1]; Thorsten Benter[2]; [1]Zeiss SMT GmbH, Oberkochen, Germany; [2]University of Wuppertal, Wuppertal, Germany

**TP 295** The Mechanism of Carbohydrate Ionization to Form Metal-Ion Adducts from Nanosized Droplets during Electrospray; Emvia I Calixte[1]; Tara Liyanage[1]; H. Jamie Kim[1]; Emily D. Ziperman[1]; Amanda J Pearson[1]; Elyssia S. Gallagher[1]; [1]Baylor University, Waco, TX

**TP 296** Characterization of Ion-Molecule Reactions within Quadrupole Ion Trap Mass Analyzers by Chemical Modification of the Collision Gas; Christine Polaczek[1]; Marco Thinius[2]; Hendrik Kersten[2]; Thorsten Benter[2]; [1]University of Wuppertal, Wuppertal, Germany; [2]University of Wuppertal, Wuppertal, Germany

**TP 297** Numerical Study of Fluid Atomization in a High-Velocity Spray; Wei Wang[1, 2]; Steve Bajic[1]; Benzi John[2]; David R. Emerson[2]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]Daresbury Laboratory, Science and Technology Facilities Council, Warrington, United Kingdom

## GC/MS: INSTRUMENTATION AND APPLICATIONS I
298-318

**TP 298** Comprehensive Machine Learning Prediction of GC/MS Pesticide Recovery Based on the Molecular Fingerprinting for Food QA/QC; Takeshi Serino[1, 2]; Sadao Nakamura[1]; Yoshizumi Takigawa[1]; Norton Kitagawa[3]; Shigehiko Kanaya[2]; [1]Agilent Technologies, Hachioji City, Japan; [2]Nara Institute of Science and Technology, Ikoma city, Japan; [3]Agilent Technologies, Santa Clara, CA

**TP 299** A Simple VOC Capturing Method Coupled with GC-MS; Takeshi Furuhashi[1]; Shigenori Ota[2]; [1]Anicom Specialty Medicinal Institute Inc, Tokyo, Japan; [2]GL science Inc, Iruma city, Saitama prefecture, Japan

**TP 300** Tuning the Molecular Ion Abundance in Electron Ionization Mass Spectra and its Effects on Sample Identification; Ksenia Kladchenko[1]; Alexander B. Fialkov[1]; Tal Alon[1]; Aviv Amirav[1]; [1]Tel-Aviv University, Tel-Aviv, Israel

**TP 301** Complementary Techniques in the Environmental GC-MS Analysis; Albert T Lebedev[1]; Viatcheslau Artaev[2]; Dmitrii Mazur[1]; Georgii Tikhonov[1]; [1]Moscow State University, Moscow, Russian Federation; [2]LECO Corporation, St Joseph, MI

**TP 302** Rapid Quantitative Analysis of Melamine in Semi-Solid Food; Michael D Browne[1]; Tommy Nguyen[1]; Krege Christison[1]; Itsuko Iwai[2]; O. David Sparkman[1]; [1]University of the Pacific, Stockton, CA; [2]Diablo Analytical, Antioch, CA

**TP 303** Comprehensive Determination of 209 Polychlorinated Biphenyls Using Two-Dimesional Gas Chromatrgraphy Triple Quadrupole Mass Spectrometry; Yun Zou[1]; Shizhen Zhao[2]; Gan Zhang[2]; Satoshi Yamaki[1]; Yuki Hashi[3]; Naoki Hamada[1]; [1]Shimadzu(China)Co.,LTD.Beijing Branch, Beijing, China; [2]Guangzhou Institute of Geochemistry, Chinese Academy of Sciences, Guangzhou, China; [3]Shimadzu (China) Co., LTD., SHANGHAI, China

**TP 304** Evaluation of Matrix Effect on Pesticides in Vegetables by GC-MS/MS; Ge Yin[1]; Jun Fan[2]; [1]Shimadzu China, Shanghai, China; [2]Shimadzu (China) Co., LTD., Shanghai, China

**TP 305** An Optimization Tool for MS Signal Acquisition in GC Triple Quadrupole Mass Spectrometry; Anastasia Andrianova[1]; Melissa Churley[2]; [1]Agilent Technologies, Wilmington, DE; [2]Agilent Technologies, Santa Clara, CA

**TP 306** Volatile Profile Comparison of Flavored and Non-Flavored Vodkas by Purge & Trap Thermal Desorption GC/MS; Ron Shomo; Adaptas Solutions, ringoes, NJ

**TP 307** Open Characterization of Vaping Liquids (e-liquids); Ivana Kosarac[1]; Xinghua Fan[1]; Cariton Kubwabo[1]; Wei He[1]; Jun Man[1]; Trevor K. Mischki[1]; [1]Health Canada, Ottawa, ON

**TP 308** Flow modulated GCxGC coupled to TOFMS for Non-Target Profiling of Food, Flavor, and Fragrance Samples; Elizabeth Humiston-Fulmer[1]; Lorne Fell[1]; Joesph E Binkley[1]; [1]LECO Corporation, St Joseph, MI

**TP 309** Tandem Ionisation for Improved Characterisation of Fragranced Products; Pete Grosshans[1]; Laura McGregor[1]; Nick Bukowski[1]; Gerhard Horner[2]; [1]SepSolve Analytical, Peterborough, United Kingdom; [2]Five Technologies, Munich, Germany

**TP 310** Coupling Comprehensive Two-Dimensional Gas Chromatography with an Orbitrap MS for Enhanced Separation and Identification; Xin Zheng[1]; Jason Cole[2]; [1]Thermo Fisher Scientific, Austin, TX; [2]Thermo Fisher Scientific, Ausitn, TX

**TP 311** Qualitative and Quantitative Analysis of Electronic Cigarette Liquids Using Gas Chromatography – Orbitrap Mass Spectrometry; Jane A Cooper[1]; Chris Allen[2]; Cristian I Cojocariu[1]; Brody Guckenberger[3]; [1]Thermo Fisher Scientific, Runcorn, United Kingdom; [2]Broughton, Skipton, United Kingdom; [3]Thermo Fisher Scientific, Austin, TX

**TP 312** Non-Targeted Analysis of Natural Waters with GC-QTOFMS – Addressing Critical Methodological and Data-Evaluation Challenges; Christina Troyer[1]; Sebastian Handl[1]; Zora Jandric[1]; Kaan Kutlucinar[1]; Tuba Recber[1]; Ernest Mayr[1]; Roza Allabashi[1]; Reinhard Perfler[1]; Stephan Hann[1]; [1]University of Natural Resources and Life Sciences (BOKU), Vienna, Austria

**TP 313** Novel GC-MS Ionization Technique to Identify Unknown Compounds; Riki Kitano[1]; Masato Takakura[2]; Akira Aono[2]; Kouki Tanaka[2]; [1]Shimadzu Scientific Instruments, Inc., Columbia, Maryland; [2]Shimadzu Corporation, Kyoto, Japan

**TP 314** Humans Smell to their Skin Microbiome and Microbes Smell Like What They Eat; Mabel Cristina Gonzalez[1]; Chiara Carazzone[1]; Adriana Marcela Celis[1]; Jorge Alberto Molina[1]; [1]Universidad de los Andes, Bogota, Colombia

**TP 315** Highly Sensitive TOF Mass Spectrometer coupled with a New User Friendly Flow Modulator for GCxGC-MS Analysis of Complex Mixtures; David Jesse Borton[1]; Jonelle Shiel[1]; Mark Merrick[1]; Viatcheslav Artaev[1]; John V Seeley[2]; [1]LECO Corporation, Saint Joseph, MI; [2]Oakland University, Rochester, MI

**TP 316** Confident Confirmation of Steroids in Urine by Gas Chromatography-Advanced Electron Ionization (AEI)-Triple Quadrupole Mass Spectrometry; Gustavo de Albuquerque Cavalcanti[1]; Amit C Gujar[1]; Henrique Marcelo Gualberto Pereira[3]; Francisco Radler de Aquino Neto[4];



Monica Costa Padilha[6, 8]; [1]Federal University of Rio de Janeiro - UFRJ- Brazilian Doping Control Laboratory -LBCD, Rio de Janeiro, Brazil; [2]Thermo Fisher Scientific, Austin, TX; [3]Federal University of Rio de Janeiro - UFRJ - Brazilian Doping Control Laboratory -LBCD, Rio de Janeiro, Brazil; [4]Federal University of Rio de Janeiro - UFRJ- Brazilian Doping Control Laboratory - LBCD, LADETEC, Rio de Janeiro, Brazil; [5]Federal University of Rio de Janeiro - UFRJ- Brazilian Doping Control Laboratory -LBCD,, Rio de Janeiro, Brazil; [6]Federal University of Rio de Janeiro - UFRJ- Research Laboratory of Anabolic Agents, LAPAA, Rio de Janeiro, Rio de Janeiro, Brazil, Rio de Janeiro, Brazil

**TP 317**  **Molecular-Ion Detection and Fragmentation Mechanisms of a Common Extractable 1,4,7-Trioxacyclotridecane-8,13-dione by GC/HRMS in Electron Ionization and Chemical Ionization Modes;** Chongming Lu[1]; Dujuan Lu[1]; Danny Hower[1]; Xiaoteng Gong[1]; [1]SGS North America Inc., Fairfield, NJ

**TP 318**  **Analysis of Polychlorinated Dibenzo-p-dioxins, Furans and Biphenyls in Drinking Water with Semi-Automated Solid Phase Extraction Using EPA Method 1613;** Rudolf Addink[1]; Tom Hall[1]; [1]Toxic Report, Watertown, MA

## H/D EXCHANGE: PROTEIN STRUCTURE/FUNCTION
### 319-343

**TP 319**  **Epitope Mapping of Antibodies against Cobrotoxin and Cardiotoxin III by Hydrogen/Deuterium Exchange Mass Spectrometry;** Wei-Ya Chen[1]; Wang-Chou Sung[2]; Sung-Fang Chen[1]; [1]National Taiwan Normal University, Taipei, Taiwan; [2]National Health Research Institutes, Zhunan, Taiwan

**TP 320**  **Hydrogen Deuterium-Exchange Mass Spectrometry to Measure Nucleosome Dynamics;** Abigail A. Lemmon[1]; Geoffrey P. Dann[1]; Kelly R. Karch[1]; Benjamin A. Garcia[1]; [1]University of Pennsylvania, Philadelphia, PA

**TP 321**  **Conformational Changes of BtuF upon Binding to Vitamin B12 Revealed by Hydrogen Deuterium Exchange Nanospray Mass Spectrometry;** Lijun Zhou; Nanjing University of science and technology, Nanjing, China

**TP 322**  **Active Site Single Point Mutations Modulates the Dynamic Properties of Human Monoacylglycerol Lipase: A Hydrogen Deuterium Exchange Mass Spectrometry Study;** Ioannis Karageorgos[1]; Sergiy Tyukhtenko[2]; Kyle Anderson[1]; Girija Rajarshi[2]; Nikolai Znonok[2]; Alexandros Makriyannis[2]; Jeffrey Hudgens[1]; [1]NIST, Rockville, MD; [2]Northeastern University, Boston, MA

**TP 323**  **Integrating HDX-MS and Native MS into Structure-Based Drug Discovery;** Liliana Pedro[1]; Dayana Argoti[1]; Weiping Jia[1]; Patrick Rudewicz[1]; [1]Novartis Institutes for Biomedical Research, Emeryville, CA

**TP 324**  **Hydrogen-Deuterium eXchange Coupled to Mass Spectrometry Highlights a Reciprocal Crosstalk between the Inner and Outer Rings of the 20S Proteasome;** Jean Lesne[1]; Julien Parra[1]; Dusan Zivkovic[1]; Thomas Menneteau[1]; Mathieu Chavent[1]; Marie Locard-Paulet[1]; Marie-Pierre Bousquet-Dubouch[1]; Odile Burlet-Schiltz[1]; Julien Marcoux[1]; [1]Institut de Pharmacologie et de Biologie Structurale, Université de Toulouse, CNRS, UPS, Toulouse, France

**TP 325**  **Temperature and Mutation-Dependent Study of a Model TIM Barrel Domain-Containing Enzyme Performed Using Hydrogen/Deuterium Exchange Mass Spectrometry;** Anthony T. Iavarone[1]; Emily J. Thompson[1]; Judith P. Klinman[1]; [1]UC Berkeley, Berkeley, CA

**TP 326**  **Analysis of Oxidatively Damaged Proteins by H/D Exchange Mass Spectrometry;** Vincent A Saullo[1]; Lars Konermann[2]; [1]University of Western Ontario, London, ON; [2]University of Western Ontario, London , ON

**TP 327**  **Connecting Ligand-Induced Dynamics to Potency: Analyzing Anti-Cancer Rexinoids by Hydrogen Deuterium Exchange Mass Spectrometry;** Nathalia Melo[1]; Alla Klyuyeva[1]; Olga V Bellaeva[1]; Natalia Kedishvili[1]; Matthew Renfrow[1]; Peter Prevelige[1]; Venkatram Atigadda[1]; Donald Muccio[1]; [1]University of Alabama at Birmingham, Birmingham, AL

**TP 328**  **HDX-MS Unravels Allosteric Mechanisms that Sequentially Unlock the Sec Translocase for Bacterial Protein Secretion;** Srinath Krishnamurthy[1]; Nikolaos Eleftheriadis[1]; Malvina Papanastasiou[2]; Athina Portaliou[1]; Spyridoula Karamanou[1]; Giorgos Gouridis[1]; Anastassios Economou[1]; [1]Rega Institute, Dept of Microbiology and Immunology, KU Leuven, Leuven, Belgium; [2]Broad Institute, Cambridge, MA

**TP 329**  **Probing Histone Tail Interactions in Mononucleosomes by HX-ETD-Orbitrap-MS;** Malvina Papanastasiou[1]; Terry Zhang[2]; James Mullahoo[1]; Samuel A. Myers[1]; Steven A. Carr[1]; Jacob D. Jaffe[1]; [1]Broad Institute, Cambridge, MA; [2]Thermo Fisher Scientific, San Jose, CA

**TP 330**  **Pulsed Unfolding, HDX, and Digestion of APOE Proteins by Mass Spectrometry Provides Insight into Forcing the Folded Monomeric Species;** Elizabeth T Schaper Bergman[1]; Michael L Gross[1, 2]; [1]Washington University, St. Louis, MO; [2]Washington University School of Medicine, St. Louis, MO

**TP 331**  **Covariation Analysis Reveals Functional Regions of RORγ with Concerted Motions;** Tim Strutzenberg; The Scripps Research Institute, Palm Beach Gardens, FL

**TP 332**  **Conformational Preferences for the Tec-Family Tyrosine Kinase BTK in Binding to the HIV-1 Accessory Protein Nef;** Thomas E. Wales[1]; Raji E. Joseph[2]; Shoucheng Du[3]; Thomas E. Smithgall[3]; Amy H. Andreotti[2]; John R. Engen[1]; [1]Northeastern University, Boston, MA; [2]Iowa State University, Ames, IA; [3]University of Pittsburgh School of Medicine, Pittsburgh, PA

**TP 333**  **Uncovering Differential Effects of IgG Subclasses on Whole DENV Particles with Hydrogen-Deuterium Exchange Mass Spectrometry;** Xin-Xiang Lim[1]; Ganesh S. Anand[1]; [1]National University of Singapore, Singapore, Singapore

**TP 334**  **A Bacterial Flavin-Dependent Oxidoreductase that Undergoes Conformational Changes to Capture Carbon Dioxide;** Jenna Mattice[1]; Bennett Streit[1]; Luke Berry[1]; John Peters[2]; Jennifer DuBois[1]; Brian Bothner[1]; [1]Montana State University, Bozeman, MT; [2]Washington State University, Pullman, WA

**TP 335**  **Revealing the Impact of Biological Substrate and Drug Ligands on the Conformational Dynamics of the Human Serotonin Transporter Using HDX-MS;** Ingvar R. Möller[1]; Marika Slivacka[1]; Anne Kathrine Nielsen[2]; Søren G.F. Rasmussen[3]; Ulrik Gether[3]; Claus J. Loland[3]; Kasper D. Rand[1]; [1]Protein Analysis Group, Department of Pharmacy, University of Copenhagen, Copenhagen, Denmark; [2]Laboratory for Membrane Protein Dynamics, Department of Neuroscience, University of Copenhagen, Copenhagen, Denmark; [3]Department of Neuroscience, University of Copenhagen, Copenhagen, Denmark

**TP 336**  **Probing Protein Ligand Interactions through an Offline MALDI-MS based Hydrogen Deuterium Exchange Study;** Laxmi Sinduri Vuppala[1]; Theresa Evans-Nguyen[1]; Ioannis Gelis[1]; John M. Koomen[1, 2]; [1]University of South Florida, Tampa, FL; [2]Moffitt Cancer Center & Research Institute, Tampa, FL

**TP 337**  **HDX-MS Reveals Allosteric Changes in Subtilisin Serine Protease Upon Inhibitor Binding;** Daniel W Pedersen[1, 2]; Jeppe C Mouritsen[1]; Stuart Pengelley[3]; Detlev Suckau[3]; Thomas J D Jørgensen[2]; Christian I Jørgensen[1]; [1]Novozymes A/S, Bagsværd, Denmark; [2]University of



²Department of Chemistry and Biochemistry, University of Notre Dame, Notre Dame, Indiana; ³Department of Chemistry, University of North Carolina at Chapel Hill, Chapel Hill, NC

**TP 338** Probing Copper Binding in Orange Carotenoid Protein by Using H/DX and Native Mass Spectrometry; <u>Haijun Liu</u>¹; Ming Cheng²; Jing Yan¹; Chunyang Guo¹; Andy Xu¹; Michael L Gross¹; Robert E Blankenship¹; ¹Washington University, St.louis, MO; ²Washington University, St Louis, MO

**TP 339** Thermodynamic Insight for the Formulation Optimization of a Therapeutic Antibody by HDX-MS Analysis and nanoDSF; <u>Yoshitomo Hamuro</u>¹; Mehabaw Derebe¹; Jennifer F. Nemeth-Seay¹; ¹Janssen Research and Development, Spring House, PA

**TP 340** Gas-Phase Hydrogen Deuterium Exchange Coupled with Dissociation of Enkephalin Variants to Investigate Exchange Mechanism; <u>Cynthia M Suarez</u>¹; Rebecca A Jockusch¹; ¹University of Toronto, Toronto, ON

**TP 341** Discovery and Characterization of a Synthetic Antigen Binding Fragment (sFab) Inhibiting Marburg Viral RNA Synthesis Incorporating HDX-MS Analyses; <u>Nicole D. Wagner</u>¹; Parmeshwar Amatya²; Gang Chen³; Priya Luthra⁴; Liuqing Shi¹; Alevtina Pavlenco³; Dominika Borek³; Henry Rohrs¹; Christopher F. Basler⁴; Gaya Amarasinghe²; Sachdev Sidhu³; Michael L Gross¹; Daisy Leung²; ¹Washington University, St. Louis, MO; ²Washington University School of Medicine, St. Louis, MO; ³University of Toronto, Toronto, Ontario; ⁴Georgia State University, Atlanta, GA; ⁵UT Southwestern Medical Center, Dallas, TX

**TP 342** Higher-Order Structural Analysis of Pro-Survival BAG-1S through HDX-MS; Ozge Tatli¹,²; Miray Turk¹; <u>Gizem Dinler Doganav</u>¹; ¹Istanbul Technical University, Istanbul, Turkey; ²Istanbul Medeniyet University, Istanbul, Turkey

**TP 343** Cyclic AMP-PKA Signalosome Dynamics by HDXMS and Fluorescence Polarization Reveals Regulatory AMP Oscillations; <u>Nikhil K Tulsian</u>¹,²; Abhijeet Ghode¹; Ganesh S Anand¹; ¹Dept. of Biological Sciences, National University of Singapore, Singapore, Singapore; ²Dept. of Biochemistry, National University of Singapore, Singapore

## IMAGING MS: METHOD DEVELOPMENT I
### 344-364

**TP 344** Chemical Imaging of Evolving Flow Patterns Through a Porous Membrane Flow Cell via Liquid Extraction-Mass Spectrometry; <u>Vilmos Kertesz</u>¹; John F. Cahill¹; Scott T. Retterer¹; ¹Oak Ridge National Laboratory, Oak Ridge, TN

**TP 345** Development and Application of Ambient Mass Spectrometry Images for Dermal Melamine Exposures in Melamine Tableware Manufacturing Workers; <u>Yu-Ming Hsu</u>¹; Jentaie Shiea¹,²; Ming-Tsang Wu¹,³,⁴; ¹Research Center for Environmental Medicine, Kaohsiung Medical University, Kaohsiung, Taiwan; ²Department of Chemistry, National Sun Yat-sen University, Kaohsiung, Taiwan; ³Department of Public Health, College of Health Sciences, Kaohsiung Medical University, Kaohsiung, Taiwan; ⁴Department of Family Medicine, Kaohsiung Medical University Hospital, Kaohsiung Medical University, Kaohsiung, Taiwan

**TP 346** Investigation of Chemical Complexity and Cellular Heterogeneity of Human Pancreatic Islets Using Cross-Platform Mass Spectrometric Approach; <u>Stanislav Rubakhin</u>¹; Elena V. Romanova²; Jonathan V. Sweedler²; ¹Beckman Institute, UIUC, Urbana, IL; ²University of Illinois at Urbana-Champaign, Urbana, IL

**TP 347** Developing a Drug Screening Platform: MALDI-Mass Spectrometry Imaging of Paper-Based Cultures; <u>Fernando Tobias</u>¹; Gabriel J. LaBonia²; Julie McIntosh³; Matthew R. Lockett³; Amanda B. Hummon¹; ¹Department of Chemistry and Biochemistry, Comprehensive Cancer Center, The Ohio State University, Columbus, Ohio;

²Department of Chemistry and Biochemistry, University of Notre Dame, Notre Dame, Indiana; ³Department of Chemistry, University of North Carolina at Chapel Hill, Chapel Hill, NC

**TP 348** Optimisation of a Bottom-Up Strategy to Detect Biopharmaceuticals in 3D Tumour Models Using MALDI-MSI; <u>Lucy E Flint</u>¹; Neil A Cross¹; Laura M Cole¹; David P Smith¹; Malcolm R Clench¹; ¹Sheffield Hallam University, Sheffield, United Kingdom

**TP 349** Utilizing Formalin Fixation for Enhancing Detection of Neuropeptides from the Crustacean Brain by MALDI-MS Imaging; <u>Nhu Q. Vu</u>¹; Amanda R. Buchberger¹; Jillian Johnson¹; Lingjun Li¹; ¹University of Wisconsin - Madison, Madison, WI

**TP 350** Identifying Biomarkers by High Throughput Screening on FFPE Breast Cancer TMAs Using DESI-MSI; <u>Ólöf Gerdur Ísberg</u>¹; Dipa Gurung¹; James McKenzie¹; Hiromi Kudo¹; Jon G Jonasson²; Sigridur Klara Bodvarsdottir³; Margret Thorsteinsdottir³; Zoltan Takats¹; ¹Imperial College, London, United Kingdom; ²Landspitali, University Hospital, Reykjavik, Iceland; ³University of Iceland, Reykjavik, Iceland

**TP 351** Click Chemistry Driven Fluorophore Addition Allows for Spatial Identification of Liposomal Drug Delivery System Components by MALDI-MSI and Fluorescence Microscopy; <u>William Andrews</u>; University of Notre Dame, Notre Dame; The Ohio State University, Columbus, OH

**TP 352** Mass Spectrometry Imaging of the in situ Drug Release from Nanocarriers; Jinjuan Xue¹; Huihui Liu¹; <u>Suming Chen</u>²; Caiqiao Xiong¹; Lingpeng Zhan¹; Jie Sun¹; Zongxiu Nie¹; ¹Institute of Chemistry, Chinese Academy of Sciences, Beijing, China; ²Wuhan University, Wuhan, China

**TP 353** A Tool to Visualize Soil Microbial Community Dynamics Using Mass Spectrometry Imaging and Confocal Microscopy; <u>Arunima Bhattacharjee</u>¹; Thomas W Wietsma¹; Dusan Velickovic¹; Sheryl L Bell¹; Janet K Jansson¹; Kirsten S Hofmockel¹; Christopher R Anderton¹; ¹Pacific Northwest National Laboratory, Richland, WA

**TP 354** An Elegant Approach for Broad Molecular Imaging of the Root-Soil Interface via Indirect MALDI-FTICR-MSI; <u>Dusan Velickovic</u>¹; Vivian Lin¹; Albert Rivas¹; Christopher Anderton¹; James Moran¹; ¹Biological Sciences Division, Pacific Northwest National Laboratory, Richland, WA

**TP 355** The Combination of DIUTHAME-IMS/FT-ICR Conserves High Mass Accuracy and Resolution over the DIUTHAME-IMS/TOFMS in the Laser Desorption/Ionization Imaging Mass Spectrometry; <u>Hasan Md. Mahmudul</u>¹; Yasuhide Naito²; Masahiro Kotani²; Takayuki Ohmura³; Mamun Md. Al¹; Shumpei Sato¹; Ariful Islam¹; A s m Waliullah¹; Takashi K Ito¹; Mitsutoshi Setou¹,⁴,⁵; ¹International Mass Imaging Center and Department of Cellular and Molecular Anatomy, Hamamatsu University School of Medicine, Hamamatsu, Japan; ²The Graduate School for the Creation of New Photonics Industries, Hamamatsu, Japan; ³Hamamatsu Photonics K.K., Iwata, Japan; ⁴Preeminent Medical Photonics Education & Research Center, Hamamatsu, Japan; ⁵Department of Anatomy, The University of Hong Kong, Pokfulam, China

**TP 356** Combination of the low Vacuum MALDI-Orbitrap Imaging with the Hydrogen/Deuterium Exchange Approach; <u>Gleb Vladimirov</u>¹; Yury kostyukevich¹; Eugene (evgeny) Nikolaev²; ¹Skolkovo Institute of Science and Technology, Skolkovo, Russian Federation; ²Skolkovo institute of science and technology, Moscow Region, Russian Federation

**TP 357** Direct Atmospheric Pressure Laser Desorption Ionization for Mass Spectrometry Imaging; <u>Jing Yang</u>¹; Wenpeng Zhang¹,²; Wenbo Cao¹; Xiaoxiao Ma¹; Zheng Ouyang¹; ¹State Key Laboratory of Precision Measurement Technology and Instruments, Department

Case 3:22-cv-01213-TAD-KDM Document 313-3 Filed 10/26/23 Page 125 of 298 PageID #: 21269



of Precision Instruments, Tsinghua University, Beijing, China; [2]Department of Chemistry, Purdue University, West Lafayette, IN

**TP 358** Unsaturated Lipid Isomer Distribution Analysis by MALDI MS Imaging with m-CPBA Epoxidation and CID-MS/MS; Meng Xu[1]; Yu Feng[2]; Lingjun Li[1,2]; [1]Department of Chemistry, University of Wisconsin-Madison, Madison, WI 53706; [2]School of Pharmacy, University of Wisconsin-Madison, Madison, WI

**TP 359** Development of Blotting Method Using DIUTHAME for Imaging MS; Masahiro Kotani[1]; Takayuki Ohmura[1]; Akira Tashiro[1]; Hirofumi Enomoto[2]; Yasuhide Naito[3]; [1]Hamamatsu Photonics K.K., Iwata, Japan; [2]Teikyo University, Utsunomiya, Japan; [3]The Graduate School for the Creation of New Photonics Industries, Hamamatsu, Japan

**TP 360** Brimstone Chemistry under Laser Light Assists Mass Spectrometric Detection and Imaging the Distribution of Arsenic in Minerals; Zhaoyu Zheng[1]; Swapnil Lal[2]; Athula Attygalle[1]; [1]Stevens Institute of Technology, Weehawken, NJ; [3]Montgomery High School, Skillman, NJ

**TP 361** Optimizing the Mass Accuracy for Automated Analysis of MALDI Images; Sophie Rappe[1]; Mathieu Tiquet[1]; Raphaël La Rocca[1]; Johann Far[1]; Loïc Quinton[1]; Gauthier Eppe[1]; Edwin A De Pauw[1]; [1]Mass Spectrometry Laboratory, MolSys Research Unit, University of Liege, Liege, Belgium

**TP 362** Optimizing Tissue Ablation for Mass Spectrometry Imaging Using Light Scattering; Achala P Deenamulla Kankanamalage[1]; Fabrizio Donnaruma[1]; Kermit K Murray[1]; [1]Louisiana State University, Baton Rouge, LA

**TP 363** Pulsed Cold Plasma for Post Ionization in MALDI-MS imaging; Jens Soltwisch[1,3]; Ulrich Röhling[3]; Klaus Dreisewerd[1,3]; [1]Institute for Hygiene, University of Münster, Münster, Germany; [2]Interdisciplinary Center for Clinical Research (IZKF), University of Münster, Münster, Germany; [3]Institute of Medical Physics and Biophysics, University of Münster, Münster, Germany

**TP 364** Improving the Mass Range and Field of View in Ion Microscope Imaging Mass Spectrometry; Natasha M Smith[1]; Fei Gao[1]; Ang Guo[1]; Michael Burt[1]; Robert Burleigh[1]; Mark Brouard[1]; [1]University of Oxford, Oxford, United Kingdom

### IMAGING MS: PHARMACEUTICAL APPLICATIONS
### 365-379

**TP 365** Implementing Multi-modal Imaging Platform for Tissue Distribution, Metabolite Profiling and Quantification of Peptide Therapeutics; Bingming Chen[1]; Marissa Vavrek[1]; Wendy Zhong[2]; Richard Gundersdorf[1]; Bernard Choi[2]; Scott Fauty[1]; Mark Cancilla[1]; [1]Merck & Co., Inc., West Point, PA; [2]Merck & Co., Inc., Rahway, NJ

**TP 366** Quantitative Mass Spectrometry Imaging of Diclofenac and its Metabolites in Tissues Using Nanospray Desorption Electrospray Ionization Mass Spectrometry; Hilary Brown[1]; Bingming Chen[2]; Mark Cancilla[2]; Elizabeth Pierson[3]; Marissa Vavrek[2]; Wendy Zhong[3]; Julia Laskin[1]; [1]Purdue University, West Lafayette, IN; [2]Merck & Co., Inc., West Point, PA; [3]Merck & Co., Inc., Rahway, NJ

**TP 367** Investigation of Drug Localization in the Intestinal Tract Using Imaging Mass Spectrometry; Kerri Grove[1]; Shaila Hoque[1]; Suresh Lakshminarayana[1]; Ying-Bo Chen[1]; Imad Hanna[2]; Joe Young[1]; Ujjini Manjunatha[1]; Patrick Rudewicz[1]; [1]Novartis Institutes for BioMedical Research, Emeryville, CA; [2]Novartis, Cambridge, MA

**TP 368** Measurement of Temporal Changes in the Distribution of Imiquimod Administrated Transdermally to Mouse Skin Tissue Using Imaging Mass Spectrometry; Yuki Fukui[1]; Hisanao Hazama[1]; Taiki Yamasaki[1]; Sayami Ito[1]; Naoki Okada[1]; Kunio Awazu[1]; [1]Osaka University, Suita, Japan

**TP 369** The Spheroid Microarray: Pushing in vitro Drug Penetration Towards High-Throughput Technologies; Jillian Johnson[1]; Lingjun Li[1]; [1]University of Wisconsin-Madison, Madison, WI

**TP 370** Mouse Brain Drug Exposure by Imaging Mass Spectrometry and its Correlation to Whole Brain Pharmacodynamic Parameters; John Bowling[1]; Alireza Abdolvahabi[1]; Xiang Fu[1]; Lei Yang[1]; Zoran Rankovic[1]; [1]St. Jude Children's Research Hospital, Memphis, TN

**TP 371** Metabolomic Studies of Amyloid Plaques in Mouse Brain with Alzheimer Disease Using Mass Spectrometry Imaging Strengthened by Image Fusion; Xiang Tian[1]; Zhu Zou[1]; Boer Xie[2]; Junmin Peng[2]; Zhibo Yang[1]; [1]University of Oklahoma, Norman, OK; [2]St.Jude Children's Research Hospital, Memphis, TN

**TP 372** Development of a Detection Method for Antisense Oligonucleotides in Mouse Livers and Kidneys by MALDI Imaging Mass Spectrometry; Hiroyuki Yokoi[1, 2]; Yuuya Kasahara[3]; Satoshi Obika[2, 3]; Takefumi Doi[2]; Haruhiko Kamada[3]; [1]Otsuka Pharmaceutical Co., Ltd, Tokushima, Afghanistan; [2]Graduate School and School of Pharmaceutical Sciences, Osaka University, Osaka, Japan; [3]National Institute of Biomedical Innovation, Health and Nutrition, Osaka, Japan

**TP 373** Comparative Study of Pancreatic Insulin and N-Glycans between Lean and Obese Zucker Rats by MALDI Imaging Mass Spectrometry; Bin Wang[1]; Yatao Shi[1]; Zihui Li[2]; Xudong Shi[3]; Nannan Tao[4]; Lingjun Li[1,2]; [1]School of Pharmacy, University of Wisconsin-Madison, Madison, WI 53705; [2]Department of Chemistry, University of Wisconsin-Madison, Madison, WI; [3]Department of Surgery, School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI; [4]Bruker Scientific, LLC, San Jose, CA

**TP 374** MALDI-Ion Mobility Mass Spectrometry Imaging for Paclitaxel Nanomedicine Distribution in Solid Tumor Tissue; Bo Wen[1]; Hebao Yuan[1]; Lipeng Dai[1]; Krishani Rajanayake[1]; Miao He[1]; Manjunath Pai[1]; Duxin Sun[1]; [1]University of Michigan, Ann Arbor, MI

**TP 375** Different MALDI Mass Spectrometry Imaging Applications on a Prototype MALDI-Q-TOF Instrument; Janina Oetjen[1]; Alice Ly[1]; Arne Fuetterer[1]; Juergen Suetering[1]; Niels Goedecke[1]; Richard R Drake[2]; Anand Mehta[2]; Michael Becker[1]; Rita Casadonte[4]; Jörg Kriegsmann[4]; Jens Fuchser[1]; Lucy Woods[1]; Oliver Raether[1]; Jens Hoehndorf[1]; Shannon Cornett[5]; [1]Bruker Daltonik GmbH, Bremen, Germany; [2]Medical University of South Carolina, Charleston, SC; [3]Boehringer Ingelheim Pharma GmbH & Co. KG, Department of Drug Discovery Sciences, Biberach an der Riss, Germany; [4]Proteopath, Trier, Germany; [5]Bruker Daltonics Inc., Billerica, MA

**TP 376** ToF-SIMS Depth Profiling of Oral Drug Delivery Films for 3D Visualization and Quantification of Active Pharmaceutical Particles; Shin Muramoto[1]; Greg Gillen[2]; Cayla Collett[2]; [1], Gaithersburg, MD; [2]National Institute of Standards and Technology, Gaithersburg, MD

**TP 377** in-situ Drug Release Monitoring Using Quantitative 3D Mass Spectrometry Imaging for a Drug Delivery Stent Formulation Optimization; Lauranne Poncelet[1, 2]; Rima Ait-Belkacem[1]; Justine Mougin[2]; Mickael Maton[2]; Dyhia Kersani[2]; Bernard Martel[2]; Stephanie Degoutin[2]; Feng Chai[2]; Nicolas Blanchemain[2]; Jonathan Stauber[3]; [1]Imabiotech, Loos, France; [2]Université de Lille, Lille, France; [3]ImaBiotech Corp, Boston, MA

**TP 378** Gadolinium Deposition from MRI Contrast Agents in the Human Body Unraveled by MS Imaging and Speciation Analysis; Uwe Karst; University of Münster, Münster, Germany

**TP 379** **MALDI Imaging Studies of Cisplatin Distribution in Mouse Brain Sections;** Hay-Yan J Wang[1, 2]; Yi-Feng Dai[2]; Hung-Wei Yang[3]; Chiung-Yin Huang[4]; Kuo-Chen Wei[4]; [1]Department of Biological Sciences, National Sun Yat-sen University, Kaohsiung, Taiwan; [2]Doctoral Degree Program in Marine Biotechnology, National Sun Yat-sen University and Academia Sinica, Kaohsiung, Taiwan; [3]Institute of Medical Science and Technology, National Sun Yat-sen University, Kaohsiung, Taiwan; [4]Department of Neurosurgery, Linko Chang Gung Memorial Hospital, Taoyuan City, Taiwan

## IMAGING MS: SAMPLE PREPARATION
### 380-387

**TP 380** **Keeping the Shape of Plant Tissue for Visualizing Metabolite Features of Imaging Mass Spectrometry in *Asparagus officinalis*;** Ryo Nakabayashi[1]; Kei Hashimoto[1]; Kiminori Toyooka[1]; Tetsuya Mori[1]; Takashi Nirasawa[2]; Kazuki Saito[1, 3]; [1]RIKEN Center for Sustainable Resource Science, Yokohama, Japan; [2]Bruker Japan K. K., Yokohama, Japan; [3]Chiba University, Chuo-ku, Japan

**TP 381** **Creating Normalcy Classifications in Human Kidney Tissue *via* LC-MS/MS Proteomic Analysis for 3-D Molecular Imaging;** Jamie Allen[1, 2]; Danielle Gutierrez[1, 2]; Maya Brewer[3]; Nathan Heath Patterson[1, 2]; Raf Van de Plas[1, 2, 4]; Mark Decaestecker[3]; Raymond C Harris[3]; Agnes B Fogo[5]; Richard M. Caprioli[1, 2, 6]; Jeffrey Spraggins[1, 2, 6]; [1]Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN; [2]Vanderbilt University Department of Biochemistry, Nashville, TN; [3]Vanderbilt University Medical Center, Department of Medicine, Nashville, TN; [4]Delft University of Technology, Delft, Netherlands; [5]Vanderbilt University Medical Center Department of Pathology, Microbiology and Immunology, Nashville, TN; [6]Vanderbilt University Department of Chemistry, Nashville, TN

**TP 382** **Understanding and Decreasing Visceral Fat Delocalisation in Imaging Mass Spectrometry;** Frédéric Fournelle[1]; Ethan Yang[1]; Martin Dufresne[2]; Pierre Chaurand[1]; [1]University of Montreal, Montreal, QC; [2]Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN

**TP 383** **Comprehensive Evaluation of Zinc Oxide Nanoparticles as Matrix for MALDI MS Tissue Imaging of Metabolites;** Chaochao Chen[1]; Ken K.-C. Yeung[1]; [1]University of Western Ontario, London , ON

**TP 384** **Development of Sample Preparation Method to Improve Sensitivity and Reproducibility of Mass Spectrometry Imaging of Endogenous Metabolites;** Tomomi Morikawa-Ichinose[1]; Yoshinori Fujimura[1]; Fusa Murayama[1]; Yuzo Yamazaki[2]; Takushi Yamamoto[2]; Hiroyuki Wariishi[1]; Daisuke Miura[1, 3]; [1]Kyushu University, Fukuoka, Japan; [2]Shimadzu corp., Kyoto, Japan; [3]National Institute of Advanced Industrial Science and Technology, Ibaraki, Japan

**TP 385** **MALDI Imaging of Ocular Lens Cytoskeletal Proteins;** Zhen Wang[1]; Daniel J Ryan[1]; Kevin L Schey[1]; [1]Vanderbilt University, Nashville, TN

**TP 386** **Combining Mass Spectrometry Imaging and Top-Down Proteomics to Predict Immunotherapy Response in Non-Small-Cell Lung Cancer (NSCLC) Patients;** Eline Berghmans[1, 2]; Karin Schildermans[1, 2]; Kurt Boonen[1, 2]; Patrick Pauwels[3]; Geert Baggerman[1, 2]; [1]Centre for Proteomics (University of Antwerp/VITO (Belgium)), Antwerpen, Belgium; [2]Unit Enviromental Risk & Health, VITO, Mol, Belgium; [3]Department of Pathology, Antwerp University Hospital, Edegem, Belgium

**TP 387** **Biomarker Discovery for Radiation-Induced Lung Injury by Matrix Assisted Laser Desorption/Ionization-Mass Spectrometry Imaging (MALDI-MSI) Using Formalin-Fixed Paraffin-Embedded Tissues;** Ning Pan Bernhardt[1]; Maureen A Kane[1]; [1]University of Maryland Baltimore School of Pharmacy, Baltimore, MD

## IMAGING MS: SMALL MOLECULES
### 388-407

**TP 388** **Spatial Lipidomics Reveals Altered Lipid Profiles in Glomeruli of Human Diabetic Kidney;** Guanshi Zhang[1, 2]; Dušan Veličković[3]; Viktor Drel[1, 2]; Sanjay Jain[4]; Shweta Bansal[1, 2]; Manjeri A. Venkatachalam[1]; Hongping Ye[1]; Madesh Muniswamy[1]; Xianlin Han[1]; Ljiljana Paša-Tolić[3]; Theodore Alexandrov[5, 6]; Christopher Anderton[3]; Kumar Sharma[1, 2]; [1]University of Texas Health-San Antonio, San Antonio, TX; [2]South Texas Veterans Health Care System, San Antonio, TX; [3]Pacific Northwest National Laboratory, Richland, WA; [4]Washington University, St. Louis, MO; [5]European Molecular Biology Laboratory, Heidelberg, Germany; [6]University of California San Diego, La Jolla, CA

**TP 389** **Development of Bimetallic Nanoparticles for Surface-Assisted Laser Desorption/Ionisation Mass Spectrometry Imaging of Small Molecules;** Alexandre Verdin[1]; Cédric Malherbe[1]; Virginie Bertrand[1]; Edwin De Pauw[1]; Gauthier Eppe[1]; [1]University of Liege, MS Lab - GIGA, MolSys Research Unit, Liege, Belgium

**TP 390** **A Combination of Unroofing and Chemical Fixation Enable TOF-SIMS to Observe the Intracellular Fatty Acid Distribution;** Makoto Horikawa[1, 2]; Shiro Takei[3]; Chi Zhang[1]; Setou Mitsutoshi[1, 2]; [1]Department of Cellular & Molecular Anatomy, Hamamatsu University School of Medicine, Hamamatsu, Japan; [2]International Mass Imaging Center, Hamamatsu University School of Medicine, Hamamatsu, Japan; [3]Department of Environmental Biology, College of Bioscience and Biotechnology, Chubu University, Kasugai, Japan

**TP 391** **Subcellular Imaging of Cardiolipin and Phosphatidylethanolamine Using GCIB-ToF-SIMS;** L.J. Sparvero[1, 2]; Hua Tian[3]; Andrew Amoscato[1, 2]; Simon Watkins[4]; Nicholas Winograd[3]; Valerian Kagan[1, 2, 5, 6]; Hülya Bayır[1, 2, 7]; [1]University of Pittsburgh -- EOH Department, Pittsburgh, PA; [2]Center for Free Radical and Antioxidant Health, Pittsburgh, PA; [3]Pennsylvania State University -- Chemistry Department, University Park, PA; [4]University of Pittsburgh -- Departments of Cell Biology and Immunology, Pittsburgh, PA; [5]University of Pittsburgh, Departments of Chemistry, Pharmacology and Chemical Biology, Radiation Oncology, Pittsburgh, PA; [6]Lab of Navigational Redox Lipidomics,IM Sechenov Moscow State Medical University, Moscow, Russia; [7]University of Pittsburgh -- Department of Critical Care Medicine and Safar Center for Resuscitation Research, Pittsburgh, PA

**TP 392** **High Speed, High Lateral Resolution Lipid Imaging in a MALDI-Q-TOF;** Janina Oetjen[1]; Arne Fuetterer[1]; Juergen Suetering[1]; Niels Goedecke[1]; Sören-Oliver Deininger[1]; Lucy Woods[1]; Oliver Raether[1]; Jens Hoehndorf[1]; Shannon Cornett[2]; Jens Fuchser[1]; Nikolas Kessler[1]; Heiko Neuweger[1]; Alice Ly[1]; [1]Bruker Daltonik GmbH, Bremen, Germany; [2]Bruker Dalronics Inc., Billerica, MA

**TP 393** **Embryo Transfer Change the Spatiotemporal Lipid Signaling during the Early Stage Embryogenesis;** Stefania Gitta[1]; Janos Schmidt[1]; Laszlo Mark[1]; [1]Institute of Biochemistry and Medical Chemistry, University of Pecs, Pecs, Hungary

**TP 394** **Mapping Lipids in Whole-Body Zebrafish Sections Using IR-MALDESI;** Whitney L Stutts[1]; Megan M Knuth[1]; Måns Ekelöf[1]; Debabrata Mahapatra[1]; Seth W Kullman[1]; David C Muddiman[1]; [1]North Carolina State University, Raleigh, NC

**TP 395** **Imaging of Cuttlefish Skin Chromatophores Using a Combination of High Resolution 3D-LDI-MS-Imaging and LC-UV-MS;** Jakob Meier-Credo[1, 2]; Jessica S. Eberle[2]; Marcel A. Lauterbach[2]; Sam Reiter[2]; Gilles Laurent[2]; Julian D. Langer[1, 2]; [1]MPI for Biophysics, Frankfurt Am Main, Germany; [2]Max Planck Institute for Brain Research, Frankfurt am Main, Germany

TP 396    **Spatial Distribution of Endogenous Molecules in Coffee Bean by Atmospheric Pressure Matrix-Assisted Laser Desorption/Ionization Mass Spectrometry Imaging;** Honggang Nie[1]; Chenglong Dong[2]; Yehua Han[2]; Huwei Liu[1]; [1]Beijing National Laboratory for Molecular Sciences, Peking University, Beijing, China; [2]State Key Laboratory of Heavy Oil Processing, China University of Petroleum, Beijing, China

TP 397    **Mass Spectrometry Imaging of Dichloroacetate for Evaluating the Effects of Thermoembolization *in-vivo* with CT Correlation;** Dodge Baluya[1]; Chunxiao Guo[1]; Elizabeth Whitley[1]; Erik Cressman[1]; [1]UT MD Anderson, Houston, TX

TP 398    **MALDI Imaging of Anti Tuberculosis Drugs with High Mass and Spatial Resolution in Mouse Model Tissue;** Axel Treu[1]; Julia Kokesch-Himmelreich[1]; Kerstin Walter[2]; Christoph Hölscher[2]; Andreas Römpp[1]; [1]University of Bayreuth, Bayreuth, Germany; [2]Research Center Borstel, Borstel, Germany

TP 399    **Multimodal Analysis through Mass Spectrometry Imaging and Multi-energy Tomography Using Cesium as an Integrative Marker;** Dodge Baluya[1]; Emily A. Thompson[1]; Megan C. Jacobsen[1]; Rick R. Layman[1]; Elizabeth Whitley[1]; Erik Cressman[1]; [1]MD Anderson Cancer Center, Houston, TX

TP 400    **High-Resolution Nano-DESI Mass Spectrometry Imaging for Skeletal Muscle Fiber Analysis;** Daisy M Unsihuay Vila[1]; Feng Yue[2]; Jiamin Qiu[2]; Shihuan Kuang[2]; Ruichuan Yin[1]; Julia Laskin[1]; [1]Department of Chemistry, Purdue University, West Lafayette, IN 47907; [2]Department of Animal Sciences, Purdue University, 901W State Street, West lafayette, IN

TP 401    **Quantitative Mass Spectrometry Imaging of Eicosanoids Provides Novel Biological Insights into Premature Birth;** Kyle D. Duncan[1]; Wenbo Deng[2]; Xiaofei Sun[2]; Lisa M. Bramer[3]; Bobbie-jo M. Webb-robertson[3]; Jennifer Kyle[3]; Erin S. Baker[4]; Kristin E. Burnum-Johnson[3]; Sudhansu K. Dey[2]; Ingela Lanekoff[1]; [1]Uppsala University, Uppsala, Sweden; [2]Division of Reproductive Sciences, Cincinnati Children's Hospital Medical Center, Cincinnati, OH; [3]Biological Sciences Division, Pacific Northwest National Laboratory, Richland, WA; [4]Department of Chemistry, North Carolina State University, Raleigh, NC

TP 402    **Quantitative Imaging Mass Spectrometry of Endogenous Metabolites Using In-Line Internal Standards and Stable Isotope Labeled Mimetic Model;** Bindesh Shrestha[1]; Khaja Muneeruddin[2]; Scott A Shaffer[2]; [1]Waters Corp., Beverly, MA; [2]University of Massachusetts Medical School, Worcester, MA

TP 403    **MALDI Imaging Mass Spectrometry as a Tool to Evaluate Levels of ATP and its Metabolites in Mouse Tumor Models;** Stephanie Dala[1]; Cristine Quiason-Huynh[2]; [1]Genentech, South San Francisco, CA; [2]Genentech, Inc., South San Francisco, CA

TP 404    **Prospect of Using Small Molecules Based High-resolution DESI-QTOF-MS Imaging as a Direct Analysis Method of Classifying CNS Tumors in Diagnostics;** Lei Wang[1]; Xu Ma[1]; Chunyan Lan[1,2]; Hainan Li[3]; Linbo Cai[3]; Xiaofei Jia[4]; Huiqin Zhong[4]; [1]National Center for Human Genetic Resources, National Research Institute for Health and Family Planning, Beijing, China; [2]Peking Union Medical College Graduate School, Beijing, China; [3]Guang Dong San Jiu Brain Hospital, Guangzhou, China; [4]Waters Technologies (Shanghai) Co., Ltd, Shanghai, China

TP 405    **Visualization of the Distribution of Small Molecule in Pig-to-Nonhuman Primate Islet Xenotransplantation Model by MALDI-MRMS Imaging;** Jong Bok Seo[1]; Eui-Gil Jung[1]; Hee-Jung Kim[1]; Shin Kwon Kang[2]; JinNyoung Choi[2]; [1]Korea Basic Science Institute, Seoul, South Korea; [2]Bruker Korea Co., Ltd, Seongnam-si, South Korea

TP 406    **Imaging of Neurotransmitters Using AuNPs with Laser-Desorption Ionization Mass Spectrometry;** Nolan K McLaughlin[1]; Kate Stumpo[1]; [1]University of Scranton, Scranton, PA

TP 407    **Rearrangement of TMS and t-BDMS of Halogenated Saturated Aliphatic Alcohols in EI Mass Spectra;** Quan-long Pu[1]; Yufang Zheng[1]; Stephen stein[1]; [1]NIST, Gaithersburg, MD

## IMAGING MS: SOFTWARE
### 408-415

TP 408    **Next-Generation Software for Visualization and Computational Analysis of High-performance Ion Mobility Molecular Imaging Data;** Lukasz Migas[1]; Jeffrey M. Spraggins[2,3]; Richard M. Caprioli[2,3]; Perdita E. Barran[4,5]; Ron Van de Plas[1,3]; [1]Delft University of Technology, Delft, Netherlands; [2]Vanderbilt University, Nashville, TN; [3]Vanderbilt Mass Spectrometry Research Center and Department of Biochemistry, Nashville, TN; [4]University of Manchester, Manchester, United Kingdom; [5]Manchester Institute of Biotechnology, University of Manchester, United Kingdom

TP 409    **Automatic Molecular Annotation of Mass Spectrometry Imaging Data;** Jan H. Kobarg[1]; Nikolas Kessler[2]; Wiebke Timm[2]; Janina Oetjen[2]; Klaus Steinhorst[1]; Stefan Schiffler[1]; Shannon Cornett[3]; Aiko Barsch[2]; Heiko Neuweger[2]; Alice Ly[2]; Dennis Trede[1]; [1]SCiLS, Bremen, Germany; [2]Bruker Daltonik GmbH, Bremen, Germany; [3]Bruker Daltonics Inc., Billerica, MA

TP 410    **Artificial Intelligence to Support Mass Spectrometry Imaging Analysis in Drug Discovery;** Ait-Belkacem Rima[1]; Fabien Pamelard[1]; Laurianne Poncelet[1]; Beuque Manon[1]; Gael Picard de Muller[1]; David Bonnel[1]; Jonathan Stauber[2]; [1]Imabiotech, Loos, France; [2]ImaBiotech Corp, Boston, MA01821

TP 411    **R/Python Application Programming Interface for MSI Statistical Analysis: Tumor Micro Environment Case Study;** Rima Ait-Belkacem[1]; Fabien Pamelard[1]; Gael Picard de Muller[1]; Laurianne Poncelet[1]; David Bonnel[1]; Jonathan Stauber[2]; [1]Imabiotech, Loos, France; [2]ImaBiotech Corp, Boston, MA01821

TP 412    **Reliable and Common Quantitative Color Scale to Evaluate at the Same Time Different Molecular Images in QMSI;** Rima Ait-Belkacem[1]; Fabien Pamelard[1]; Jordan Lerach[2]; Raphael Legouffe[1]; David Bonnel[1]; Jonathan Stauber[2]; [1]Imabiotech, Loos, France; [2]ImaBiotech Corp, Boston, MA01821

TP 413    **Longitudinal Quality Study of MSI PLatform for Pre-Clinical and Clinical Studies;** Rima Ait-Belkacem[1]; Fabien Pamelard[1]; Gael Picard de Muller[1]; Laurianne Poncelet[1]; David Bonnel[1]; Jonathan Stauber[2]; [1]Imabiotech, Loos, France; [2]ImaBiotech Corp, Boston, MA01821

TP 414    **A Proposed Software Method of Automatic Tissue Region Selection for Mass-Spectrometry Imaging Acquisition and Data Analysis;** Lei Wang[1]; Chunyan Lan[1,2]; Xu Ma[1]; [1]National Center for Human Genetic Resources, National Research Institute for Health and Family Planning, Beijing, China; [2]Peking Union Medical College Graduate School, Beijing, China

TP 415    **"Data Station One": An Open Source, Modular Platform for Custom Imaging Mass Spectrometer Systems;** Matthew Brantley[1]; Touradj Solouki[1]; [1]Baylor University, Waco, TX


**INFORMATICS: MULTIOMICS INTEGRATION**
**416-440**

**TP 416  Mass-Spectrometry-Based Omics Technology to Reveal the Effect of Herbal Decoction in Cultured Osteoblasts;** Kwan Kin Leung[1]; Wong Tin Yan[2]; Yu Xiao Dan[1]; Leung Ka Wing[1]; Dong Tina Tingxia[1]; Lam Henry Hei Ning[2]; Tsim Karl Wah Keung[1]; [1]Division of Life Science, Center for Chinese Medicine,Hong Kong university of science and technology, Sai Kung, China; [2]Department of Chemical & Biological Engineering,Hong Kong university of science and technology, Sai Kung, China

**TP 417  LC-MS Based Multi-Omics Study on the Impact of Cysteine Feed on CHO Bioprocess mAb Titer, Specific Productivity and Product Quality;** Amr S Ali[1,2]; Alan Gilbert[1]; Rashmi Kshirsagar[1]; Alexander R Ivanov[2]; Li Zang[1]; Barry L Karger[2]; [1]Biogen, Cambridge, MA; [2]Northeastern University, Boston, MA

**TP 418  Global High Resolution Mapping of Organellar Proteomic and Transcriptomic Correlation Profiles;** Mohamed A.W. Elzek[1]; Eneko Villanueva[1]; Tom S Smith[1]; Rayner Queiroz[1]; Kathryn Lilley[1]; [1]University of Cambridge, Cambridge, United Kingdom

**TP 419  MMCA: A Web-Based Server for Microbiome and Metabolome Correlation Analysis;** Yan Ni[1]; Mingming Su[2]; Yongqiong Deng[3]; Tianlu Chen[4]; Xiaojiao Zheng[4]; Wei Jia[5]; [1]The Children's Hospital, Zhejiang University School of Medicine, Hangzhou, China; [2]Metabo-Profile biotechnology, Shanghai Co., Ltd., Shanghai, China; [3]Department of dermatology & STD, the Affiliated Hospital of Southwest Medical University, Luzhou, China; [4]Shanghai Jiao Tong University Affiliated Sixth People's Hospital, Shanghai, China; [5]University of hawaii Cancer Center, Honolulu, Hawaii

**TP 420  Development of a Fast Open Source Proteogenomics Pipeline – ProteoAnnotator2;** Da Qi[1]; Andrew R. Jones[2]; Jeyan Thiyagalingam[2]; Fawaz Ghali[3]; [1]BGI-Shenzhen, Shenzhen, China; [2]University of Liverpool, Liverpool, United Kingdom; [3]Manchester Metropolitan University, Manchester, United Kingdom

**TP 421  Multi-omic Dissection of Oncogenically Active Epiproteomes Identifies Drivers of Invasive Breast Tumors;** John A Wrobel[1]; Ling Xie[1]; Li Wang[1]; Jian Jin[2]; Xian Chen[1]; [1]University of North Carolina, Chapel Hill, NC; [2]Icahn School of Medicine at Mount Sinai, New York, NY

**TP 422  PROTEOFORMER: Novel Developments in the Ribosome Profiling-Assisted Proteogenomic Hunt for New Proteoforms;** Steven Verbruggen[1]; Wim Van Criekinge[1]; Siegfried Gessulat[2]; Bernhard Kuster[2]; Mathias Wilhem[2]; Petra Van Damme[3, 4]; Gerben Menschaert[1]; [1]Ghent University, BioBix, Lab of Bioinformatics and Computational Genomics, Department of Mathematical Modelling, Statistics and Bioinformatics, Ghent, Belgium, Gent, Belgium; [2]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany; [3]Department of Biochemistry, Faculty of Health Sciences, Ghent University, Ghent, Belgium, Gent, Belgium; [4]VIB-UGent Center for Medical Biotechnology, Ghent, Belgium, Gent, Belgium

**TP 423  A Mass Spectrometry Approach to Investigate the Role of EZH2 in Chromatin Remodeling, Cell Proliferation and Tumorigenesis;** Miranda L. Gardner[1]; Michael A. Freitas[1]; [1]The Ohio State University, Columbus, OH

**TP 424  Omni-MS: A Method for Concurrent LC-MS Analysis of Electrolytes, Small Molecules, Lipids, Proteins, Nucleic Acids, and Polysaccharides;** Austin Quach[1]; Brett Lomenick[1]; Alex J. Yoon[1]; Whitaker Cohn[1]; Julian P. Whitelegge[1]; Kym F. Faull[1]; [1]University of California Los Angeles, Los Angeles, CA

**TP 425  Phosphoproteomics Data Combined with Transcriptomics and Epigenomics Helps to Identify New Drug Targets against Methotrexate Resistance of Colon Cancer;** Alexander Kel[1]; Philip Stegmaier[1]; Olga Kel-Margoulis[1]; [1]geneXplain GmbH, Wolfenbuettel, Germany

**TP 426  Integrative Personalized Omics Profiling in Response to Acute Exercise in Healthy and Prediabetic Individuals;** Kevin Contrepois[1]; Kegan Moneghetti[2]; Si Wu[2]; Sara Ahadi[2]; Daniel Hornburg[2]; Eric Wey[2]; Ming-Shian Tsai[2]; Jeffrey W Christle[2]; Francois Haddad[2]; Michael Snyder[2]; [1]Stanford University, Stanford; [2]Stanford University, Palo Alto, CA

**TP 427  An Integrated Experimental and Computational Approach for the Characterization of Proteins of Unknown Function (PUFs) in Clostridium thermocellum DSM 1313;** Suresh Poudel[1]; Alex Cope[1, 2]; Kaela O'Dell[1, 3]; Adam M Guss[2]; Robert L. Hettich[2, 4]; [1]University of Tennessee, Knoxville, TN; [2]Oak Ridge National Laboratory, Oak Ridge, TN; [3]Oak Ridge National Laboratory, Oak Ridge, Tennessee; [4]University of Tennessee, Knoxville, Knoxville, TN

**TP 428  Conotoxin Exploitation from Conus betulinus Using an Integrated Approach of Transcriptomic and Peptidomics;** He yanbin[1]; Lin zhilong[1]; Luo Xing[1]; Ren zhe[1]; Roy Bhaskar[1]; Qi Da[1]; Liu Siqi[1]; [1]BGI-Shenzhen, Shenzhen, China

**TP 429  Meta-analysis of Public Proteomics Datasets Supports the Evaluation of Cancer Cell Lines as Tumour Models and Improves Drug Sensitivity Prediction;** Andrew F Jarnuczak[1]; Hanna Najgebauer[1]; Mitra P Barzine[1]; Deepti Jaiswal Kundu[1]; Fatemeh Zamanzad Ghavidel[2]; Yasset Perez-Riverol[1]; Irene Papatheodorou[1]; Alvis Brazma[1]; Juan Antonio Vizcaíno[1]; [1]EMBL-EBI, Cambridge, United Kingdom; [2]University of Bergen, Bergen, Norway

**TP 430  DeepRibo: Precise Gene Annotation of Prokaryotes Using Deep Learning and Ribosome Profiling Data, Validated with Mass Spectrometry Data;** Jim Clauwaert[1]; Gerben Menschaert[2]; Willem Waegeman[1]; [1]KERMIT, Department of Data Analysis and Mathematical Modelling, Ghent University, Gent, Belgium; [2]BioBix, Lab of Bioinformatics and Computational Genomics, Department of Mathematical Modelling, Statistics and Bioinformatics, GENT, Belgium

**TP 431  Proteogenomics Pipeline for Discovery of Genetically Variable Peptides in Humans;** Myles W. Gardner[1]; August E. Woerner[2]; Michael A. Freitas[3]; Nicolette C. Albright[1]; Alan R. Smith[1]; F. Curtis Hewitt[1]; [1]Signature Science, LLC, Austin, TX; [2]Center for Human Identification, University of North Texas Health Science Center, Fort Worth, TX; [3]The Ohio State University, Columbus, OH

**TP 432  A Multi-Omics Approach to Linking Proteomic Profiles and Metabolomic Phenotypes Provides Insight into Colorectal Cancer Cell Metabolism;** Peter Doubleday[1]; Ioanna Ntai[2]; Luca Fornelli[1]; Emily Boja[4]; Henry Rodriguez[4]; Neil L Kelleher[1]; [1]Northwestern University, Evanston; [2]Thermo Fisher Scientific, San Jose, CA; [3]The University of Oklahoma, Norman, OK; [4]Office of Cancer Clinical Proteomics Research, NIH, Bethesda, MD

**TP 433  Non-Ribosomal Peptide Antibiotic Discovery in Microbial Communities via Integration of Computational Metagenomics and Mass Spectrometry;** Bahar Behsaz[1]; Alexey Gurevich[3]; Rob Knight[3]; Pieter Dorrestein[1]; Pavel A. Pevzner[3]; Hosein Mohimani[4]; [1]University of California San Diego, La Jolla, CA; [2]St. Petersburg State University, St. Petersburg, Russia; [3]University of California, San Diego, La Jolla, CA; [4]Carnegie Mellon University, Pittsburgh, PA

**TP 434  Evaluating Machine Learning Methods Capable of Handling Missing Values for Protein Biomarker Studies;** David Nusinow[1]; John Szpyt[1]; Steven P Gygi[1]; [1]Harvard Medical School, Boston, MA



**TUESDAY POSTERS**

**TP 435  imetaQuantome Workflow: An Integrated Metaproteomics Workflow for Interactive, Statistical and Functional Microbiome Analysis;** Subina Mehta[1]; Ray Sajulga[1]; Caleb W Easterly[1]; Francesco Delogu[2]; Benoit J Kunath[2]; Praveen Kumar[1]; Marie Crane[1]; Emma Leith[1]; James E. Johnson[1]; Thomas McGowan[1]; Joel Rudney[1]; Phil B Pope[2]; Magnus Ø Arntzen[2]; Timothy J. Griffin[1]; Pratik D Jagtap[1]; [1]University of Minnesota, Minneapolis, MN; [2]NMBU - Norwegian University of Life Sciences, Ås, Norway; [3]Macalester College, Saint Paul, MN

**TP 436  Integration of Metabolomic and Lipidomic Workflows for Studying Clinical and Biological Systems;** Adriana Zardini Buzatto[1]; Shuang Zhao[1]; Ulrike Schweiger Hufnagel[2]; Aiko Barsch[2]; Liang Li[1]; [1]University of Alberta, Edmonton, AB; [2]Bruker Daltonik GmbH, Bremen, Germany

**TP 437  pmartR: Software for Quality Control and Statistics Robust to Missing Data for Mass Spectrometry-Based Biological Data;** Lisa Bramer[1]; Kelly G. Stratton[1]; Bobbie-jo M. Webb-robertson[1]; Lee Ann McCue[1]; Bryan Stanfill[1]; Daniel Claborne[1]; Allison M. Thompson[1]; Iobani Godinez[1]; [1]Pacific Northwest National Laboratory, Richland, WA

**TP 438  Metaproteomics Powered By Metatranscriptomics:Towards a Multi-Omic Functional Microbiome Analysis;** Pratik Dilip Jagtap[1]; Praveen Kumar[1]; Francesco Delogu[2]; Benoit J Kunath[2]; Sujun Li[3]; Marie Crane[4]; Subina Mehta[1]; Ray Sajulga[1]; Emma Leith[1]; James E. Johnson[5]; Yuzhen Ye[3]; Berenice Batut[6]; Haixu Tang[3]; Phil B Pope[2]; Magnus Ø Arntzen[2]; Timothy Griffin[1]; [1]University of Minnesota, Minneapolis, MN; [2]Faculty of Chemistry, Biotechnology and Food Science, NMBU, As, Norway; [3]School of Informatics, Computing, and Engineering, Indiana University, Bloomington, IN; [4]Macalester College, Saint Paul, MN; [5]Minnesota Supercomputing Institute, University of Minnesota, Minneapolis, MN; [6]Bioinformatics Group, University of Freiburg, Freiburg, Germany

**TP 439  Integrated Omics Analysis Across 32 Human Tissues;** Lihua Jiang[1]; Meng Wang[1]; Shin Lin[3]; Ruiqi Jian[2]; Joanne Chan[2]; Xiao Li[2]; Huaying Fang[2]; Hua Tang[2]; Michael Snyder[2]; [1]Stanford University, Stanford, CA; [2]Stanford University, Palo Alto, CA; [3]University of Washington, Seattle, WA

**TP 440  SysMet: A Tool for Integrative Systems Metabolomics;** Mohammad R Nezami Ranjbar[1]; Ziling Fan[1]; Yan Gao[1]; Habtom W Ressom[1]; [1]OmicsCraft LLC, Washington, DC

**INSTRUMENTATION: MINI/PORTABLE/FIELDABLE MS 441-457**

**TP 441  A Mini Quadrupole Mass Spectrometer with a Continuous Atmospheric Pressure Interface;** Ranran Liu; Institute of Atmospheric Physics, Chinese Academy of Sciences, Beijing, China

**TP 442  MOMA Mass Spectrometer Laser Desorption Ionization Investigation of Spiked Mineral Samples for ExoMars Mission Planning;** Friso h.w. Van amerom[1]; Marco Castillo[2]; Xiang Li[2]; Ryan Danell[3]; Desmond Kaplan[4]; Eric I. Lyness[5]; Stephanie A. Getty[6]; Andrej Grubisic[6]; William B. Brinckerhoff[6]; Paul R. Mahaffy[6]; [1]Mini-Mass Consulting, Inc, Hyattsville, MD; [2]University of Maryland, Baltimore, MD; [3]Danell Consulting, Inc., Winterville, NC; [4]Kapscience, LLC, Tewksbury, MA; [5]Microtel-LLC, Greenbelt, MD; [6]NASA Goddard Space Flight Center, Greenbelt, MD

**TP 443  Development of the Advanced Resolution Organic Molecular Analyzer (AROMA);** Adrian Southard[1]; Emanuel Hernandez[2]; Ryan Danell[3]; Cynthia Gundersen[4]; Lars Hovnand[5]; Andrej Grubisic[6]; Ricardo Arevalo[6]; [1]Universities Space Research Association, Greenbelt, MD; [2]NASA Goddard Space Flight Center, Greenbelt, MD; [3]Danell Consulting, Inc., Winterville, NC; [4]ADNET System, Inc.,

Bethesda, MD; [5]Linear labs, Washington, DC; [6]University of Maryland, College Park, MD

**TP 444  Calibration Drift and Maintaining Requirements in Harsh Environmental Conditions with the Mars Organic Molecule Analyzer (MOMA) Mass Spectrometer;** Ryan M. Danell[1]; Andrej Grubisic[2]; Veronica Pinnick[2]; Desmond A. Kaplan[3]; Friso Van Amerom[4]; Stephanie A. Getty[2]; William B. Brinckerhoff[2]; [1]Danell Consulting, Inc., Winterville, NC; [2]NASA Goddard Space Flight Center, Greenbelt, MD; [3]KapScience LLC, Tewksbury, MA; [4]Mini-Mass Consulting, Inc, Hyattsville, MD

**TP 445  A Handheld Mass Spectrometer for In-Field and POC Analysis;** Bin Jiao[1]; Xinwei Liu[1]; Jiexun Bu[2]; Ningxi Li[1]; Zheng Ouyang[1]; [1]State Key Laboratory of Precision Measurement Technology and Instruments, Department of Precision Instrument, Tsinghua University, Beijing, China; [2]PURSPEC Technologies Inc., Beijing, China

**TP 446  Development of a Miniature GC-MS Instrument for Fieldable Applications;** Vladimir M. Doroshenko[1]; Victor Laiko[1]; Eugene Moskovets[1]; Konstantin Novoselov[1]; Tzu-Hsuan Chang[2]; Daniel Struk[2]; Jean-Marie D. Dimandja[2]; Milad Navaei[2]; Peter J. Hesketh[2]; [1]MassTech, Inc., Columbia, MD; [2]Georgia Institute of Technology, Atlanta, GA

**TP 447  3D Real Time Monitoring of Unintended Concentration of H2/Air in FCV Applications;** Takashi Nohmi[1, 2]; Toshio Mogi[2]; [1]HysafeNohmi, Setagaya-Ku, Japan; [2]The University of Tokyo, Bunkyo, Japan

**TP 448  The Development of Miniature MALDI Digital Ion Trap Mass Spectrometer;** Kosuke Hosoi[1]; Masaji Furuta[1]; Hidehara Shichi[1]; Shosei Yamauchi[1]; Kiyoshi Watanabe[1]; Makoto Hazama[1]; Kei Kodera[1]; Shinichi Iwamoto[1]; Koichi Tanaka[1]; [1]Shimadzu Corporation, Kyoto, Japan

**TP 449  The Effects of Electrode Misalignment on the Performance of a Linear Wire Ion Trap;** Radhya W. Gamage[1]; Daniel E. Austin[1]; [1]Brigham Young University, Provo, UT

**TP 450  Profiling Agrochemical Residues in Produce via Paper Cone Spray Ionization and Portable Instrumentation;** Alyssa J. Gasa[1]; Makoy R. Overfelt[1]; Christopher Mulligan[2]; [1]Illinois state university, Normal, IL; [2]Illinois State University, Normal, IL

**TP 451  Method to Improve the Higher Pressure Operation Characteristics of Microchannel Plate Detectors, and Its Effect on Performance of Miniature MS;** Masahiro Hayashi; Hamamatsu Photonics K.K., Iwata, Japan

**TP 452  Microscale Linear Ion Trap Mass Spectrometer;** Trevor Decker[1]; Yajun Zheng[1]; Aaron Ruben[1]; Xiao Wang[3]; Stephen Lammert[3]; Aaron Hawkins[1]; Daniel Austin[1]; [1]Brigham Young University, Provo, UT; [2]Xi'an Shiyou University, Xi'an, China; [3]PerkinElmer Health Sciences Inc., American Fork, UT

**TP 453  Development of a Flexible GC Transfer Line for a Field-Deployable GC-EI/MS;** Steffen Bräkling[1]; Kai Kroll[1]; Hendrik Kersten[1]; Thorsten Benter[1]; [1]University of Wuppertal, Wuppertal, Germany

**TP 454  Development of Micro-Time-of-Flight Mass Spectrometer for in situ Gas Analysis;** Alex Sonnette[1]; Frederic Progent[2]; Jerome Tupinier[2]; Pierre-Etienne Buthier[2]; Jean-Christophe Lictevout[2]; Sébastien Vigne[2]; Thomas Alava[3]; [1]CEA, Arpajon, France; [2]CEA, Arpajon, France; [3]CEA, Grenoble, France

**TP 455  A Mixed Computational Fluid Dynamics and Direct Simulation Monte Carlo model of the Intermediate Pressure Regions of a Miniature ESI-MS;** Edward Crichton[1]; Rantej S Kler[1]; Richard W Moseley[1]; [1]Microsaic Systems, Woking, United Kingdom

**TP 456  Evaluation of a Portable GC-MS Equipped with a Planar-LTM Column for Chemical and Riot Control Agent Screening Applications;** Zachary E Lawton[1]; Thomas Saul[2]; Evan Durnal[3]; Sara Paalhar[3]; Becky Stilley[3]; Nathan



Doll[b]; [1]PerkinElmer, Shelton, CT, [2]Smiths Detection, Edgewood, MD; [3]MRIGlobal, Kansas City, MO

**TP 457  Fieldable Atmospheric Pressure Ion Mobility Linear Ion Trap Mass Spectrometer for On-site Chemical Identification;** Greg Brabeck[1]; Mark Osgood[1]; Tomás F Gutierrez[1]; Eugenie Hainsworth[1]; Marina Loginowski[1]; Ching Wu[1]; [1]Excellims Corporation, Acton, Massachusetts

## INSTRUMENTATION: NEW DEVELOPMENTS IN ION DETECTION
### 458-496

**TP 458  Development of MCP+AD Detector for Q-TOF Called MIGHTION with a Large 42 mm Effective Area and Bipolar Ion Detection;** Hiroshi Kobayashi[1]; Sayaka Takatsuka[1]; [1]HAMAMATSU PHOTONICS K.K., Iwata, Japan

**TP 459  Development of Lead-Free Channel Electron Multiplier Named CERARION that Achieves Over 100 uA DC Output;** Takeshi Endo[1]; Hiroshi Kobayashi[1]; Kengo Watase[1]; hayato inoue[1]; [1]HAMAMATSU PHOTONICS K.K., Iwata, Japan

**TP 460  Peak Amplitude vs. Peak Area: Which Better Measures Charge in CDMS?;** Jiuzhi Gao[1]; Daniel E. Austin[1]; [1]Brigham Young University, Provo, UT

**TP 461  Deconvolution of Complex Protein Mixtures Using Orbitrap-Based Charge Detection Mass Spectrometry;** Jared O. Kafader[1]; Rafael D. Melani[1]; Bryan P. Early[1]; Kenneth R. Durbin[1]; Benjamin Soye[1]; Mike W. Senko[2]; Vlad Zambouskov[3]; Alexander A Makarov[3]; Joshua T. Maze[4]; Deven L. Shinholt[4]; Steven Beu[5]; Neil S Kelleher[1]; Philip D. Compton[1]; [1]Northwestern University, Evanston, IL; [2]Thermo Fisher Scientific, San Jose, CA; [3]Thermo Fisher Scientific, Bremen, Germany; [4]Thermo Fisher Scientific, Austin, TX; [5]S.C. Beu Consulting, Austin, TX

**TP 462  Development of an α-particle and TOF Ion Detector for Precise Measurements of Atomic Mass of Superheavy Nuclei;** Toby Shanley[1]; Wayne Sheils[1]; Michiharu Wada[2]; Toshitaka Niwase[2, 3]; Yair Benari[1]; Hermann Wollnik[4]; Peter Schury[2]; [1]ETP Ion Detect, Sydney, Australia; [2]KEK, High Energy Research Accelerator Organisation, Hirasawa, Japan; [3]Kyushu University, Fukuoka, Japan; [4]New Mexico State University, Las Cruces, NM

**TP 463  Sub-Nanosecond, Stable and Long-Lifetime Detector for TOF Applications;** Jonathan Garel[1]; Semyon Shofman[1]; Amit Weingarten[1]; Sasha kadyshevitch[1]; Eli Cheifetz[1]; [1]El-Mul Technologies, Rehovot, Israel

**TP 464  Negative Electron Affinity Material for Increased Ion Detection Sensitivity in Electron Multipliers;** Toby Shanley[1]; Wayne Sheils[1]; [1]ETP Ion Detect, Sydney, Australia

**TP 465  Paper Spray Ionization Mass Spectrometry of Sebum Samples: A Step Towards Rapid, Early Diagnosis of Parkinson's Disease;** Depanjan Sarkar[1]; Drupad Trivedi[1]; Caitlin Walton-Doyle[1]; Joy Milne[1]; Eleanor Sinclair[1]; Monty Silverdale[1]; Perdita Barran[1]; [1]University of Manchester, Manchester, United Kingdom

**TP 466  Charge-Sensing Particle Detector (CSPD): A Sensitivity-Enhanced Faraday Cup;** Szu-Wei Chou[1]; Yi-Kun Lee[2]; Yi-Teng Hsiao[2]; Liang-Chun Fan[2]; Chun-Yen Cheng[2]; [1]AcroMass technologies, Inc., Taipei, Taiwan; [2]AcroMass Technologies, Inc., Hsinchu, Taiwan

**TP 467  Enhanced Charge Detection Mass Spectrometry Precision with a Low-Noise Amplifier Without a Feedback Resistor;** Aaron R Todd[1]; Andrew W Alexander[1]; Martin F Jarrold[1]; [1]Indiana University, Bloomington, IN

**TP 468  Tantalum-Based Superconducting Tunnel Junction Cryodetection Mass Spectrometry;** Logan Plath[1]; Mohammad A. Halim[1]; Stephan Friedrich[2]; Francisco Ponce[3]; Jack Harris[4]; Robin Cantor[4]; Mark E. Bier[1]; [1]Carnegie Mellon University, Pittsburgh, PA; [2]Lawrence Livermore National Laboratory, Livermore, CA; [3]Stanford

University, Palo Alto, CA; [4]XIA LLC, Hayward, CA; [5]STAR Cryoelectronics, Santa Fe, NM

**TP 469  Atomic Layer Coating Enabled Performance Improvements of Channel Electron Multipliers (CEM);** Matthew Breuer[1]; Paula Holmes, Dr. [1]; [1]Photonis USA, Sturbridge, MA

**TP 470  Multiplexing in Charge Detection Mass Spectrometry: Rapid Measurement of Large Native Proteins and Macromolecular Complexes;** Conner C Harper[1]; Andrew G. Elliott[1]; Evan R. Williams[1]; [1]University of California, Berkeley, Berkeley, CA

**TP 471  Generation of Electrosprayed Ions for Fundamental Studies Using a Linear Ion Trap Coupled to a Superconducting Tunnel Junction Cryodetector;** Mohammad Abdul Halim[1]; Logan Plath[1]; Jonathan Shulgach[1]; Mark E. Bier[1]; [1]Carnegie Mellon University, Pittsburgh, PA

**TP 472  Distance-of-Flight Mass Spectrometry Using a Semiconductor Ion Detector Array;** Steven Ray[1]; University at Buffalo, SUNY, Buffalo, NY

**TP 473  High-Pressure Solid-State Ion Detector with 10-uV/e- Gain and 180-e- Noise;** Yixin Song[1]; Justin Chu[1]; Joan Magalhaes[1]; Jacob Nowjack[1]; Jace Rozsa[1]; Eric Swindlehurst[1]; Sanjiv Pant[1]; Kent Layton[1, 2]; Steve Lammert[3]; Xiao Wang[3]; Edgar Lee[3]; Nathan Porter[3]; Milton Lee[1]; Aaron Hawkins[1]; Shiuh-hua Wood Chiang[1]; [1]Brigham Young University, Provo, UT; [2]ON Semiconductor, Lindon, UT; [3]PerkinElmer Health Sciences Inc., American Fork, UT

**TP 474  Electron Ionization LC-MS with Supersonic Molecular Beams - Drug Impurities Analysis and Combination with GC-MS in One System;** Svetlana Tsizin[1]; Tal Alon[1]; Alexander B. Fialkov[1]; Aviv Amirav[1]; [1]Tel-Aviv University, Tel-Aviv, Israel

**TP 475  The Use of a Cooled Inlet System to Enable the Measurement of Negatively Charged Compounds Using CIMS;** Alan T. Taylor[1]; C. Logan Mackay[1]; M. J. Cowley[1]; N. McKeown[1]; [1]University of Edinburgh, Edinburgh, United Kingdom

**TP 476  Development of a GC-APCI Interface for an Orbitrap MS;** Joshua B Powers[1]; Shawn R Campagna[1]; [1]University of Tennessee, Knoxville, TN

**TP 477  Mechanospray Ionization (MSI) of Macromolecules Produces Lower Average Charge States and Lower Internal Energy Ions than ESI;** Liam Dugan[1]; Mark E. Bier[1]; [1]Carnegie Mellon University, Pittsburgh, PA

**TP 478  Combined Atomic and Molecular (CAM) Ionization Source with an Orbitrap 1M: Elemental, Isotopic, and Molecular MS at Resolution of >1.5M;** R. Kenneth Marcus[1]; Edward D Hoegg[2]; David W Koppenaal[2]; Joanna Szpunar[3]; Simon Godin[3]; Ryszard Lobinski[3]; [1]Clemson University, Clemson, SC; [2]Pacific Northwest National Laboratory, Richland, WA; [3]CNRS, InInstitute of Analytical Sciences and Physical Chemistry for the Environment and Materials, Pau, France

**TP 479  Liquid Sampling – Atmospheric Pressure Glow Discharge (LS-APGD) Interfaced with a Compact (Quadrupole) Mass Spectrometer for Analysis of Diverse Samples;** Tyler Williams[1]; R. Kenneth Marcus[1]; [1]Clemson University, Clemson, SC

**TP 480  Direct Analysis of Contaminants in Soil, Aqueous, and Biological Samples Using Membrane Introduction Tandem Mass Spectrometry with Liquid Electron Ionization;** Gregory W. Vandergrift[1, 2]; Joseph Monaghan[1]; Erik T. Krogh[1, 2]; Christopher G. Gill[1, 2, 3, 4]; [1]Appl. Env. Res. Labs. (AERL), Vancouver Island University, Chemistry Department, Nanaimo, BC; [2]University of Victoria, Chemistry Department, Victoria, BC; [3]Simon Fraser University, Chemistry Department, Burnaby, BC; [4]University of Wasington, DEOHS, Seattle, WA



**TP 481 Single-Cell Analysis by Mass Spectrometry Using Electro-Migration and Electroporation;** Zishuai Li[1]; Zhengmao Wang[2,3]; Xiaoxiao Ma[4]; Junmin Pan[2,3]; Zheng Ouyang[4,5]; [1]State Key Laboratory of Precision Measurement Technology and Instruments, Department of Precision Instrument, Tsinghua University, Beijing, China; [2]Laboratory for Marine Biology and Biotechnology, Qingdao National Laboratory for Marine Science and Technology, Qingdao, China; [3]MOE Key Laboratory of Protein Sciences, Tsinghua-Peking Center for Life Sciences, School of Life Sciences, Tsinghua University, Beijing, China; [4]State Key Laboratory of Precision Measurement Technology and Instruments, Department of Precision Instruments, Tsinghua University, Beijing, China; [5]Weldon School of Biomedical Engineering, Purdue University, West Lafayette, ILLINOIS

**TP 482 Microfluidic Open Interface with Liquid Electron Ionization Mass Spectrometry: Rapid Measurement of THC and Other Cannabinoids in Different Matrices;** Pierangela Palma[1]; Veronica Termopoli[1]; Giorgio Famiglini[1]; Greta Giacomelli[1]; Achille Cappiello[1]; Emir Nazdrajić[2]; Janusz Pawliszyn[2]; [1]University of Urbino, Urbino, Italy; [2]University of Waterloo, Waterloo, ON

**TP 483 Static Membrane Extraction Mass Spectrometry for Space Applications;** R. Timothy Short[1]; Strawn K. Toler[1]; Jennifer C. Stern[2]; Charles A. Malespin[2]; Brian M. Leiter[3]; [1]SRI International, St Petersburg, FL; [2]NASA Goddard Space Flight Center, Greenbelt, MD; [3]ADNET System, Inc., Bethesda, MD

**TP 484 Simulation of Isotherm HiKE-IMS – MS Transfer Stage;** Robin Hillen[1]; Walter Wissdorf[1]; Maria Allers[2]; Hendrik Kersten[1]; Stefan Zimmermann[2]; Thorsten Benter[1]; [1]Bergische Universität Wuppertal, Wuppertal, Germany; [2]Leibniz Universität Hannover, Hannover, Germany

**TP 485 Microflow LC-Nanospray ESI-MS;** Daojing Wang[1]; Pan Mao[1]; Yuchao Chen[1]; [1]Newomics Inc., Berkeley, CA

**TP 486 A Novel Method for NH4+ Reagent Ion Production in PTR-MS and its Applications;** Christian Lindinger[1]; Eugen Hartungen[1]; Rene Gutmann[1]; Alfons Jordan[1]; Lukas Märk[1]; Philipp Sulzer[1]; [1]IONICON Analytik GmbH., Innsbruck, Austria

**TP 487 Optimized Nanoflow ESI Source to Eliminate the Need for Tuning;** Yang Kang[1]; Bradley B. Schneider[1]; Leigh Bedford[1]; Thomas R. Covey[1]; [1]SCIEX, Concord, ON

**TP 488 High-Throughput, Low-Cost Reaction Screening Apparatus Using a Modified 3D Printer;** Robert Schrader[1]; Stephen T Ayrton[1]; R. Graham Cooks[1]; [1]Purdue University, West Lafayette, IN

**TP 489 Development of a Novel Tantalum Cathode for Determing Trace Elements in Soils by Glow Discharge Mass Spectrometry;** Rong Qian[1]; Shangjun Zhuo[1]; Jiangli Dong[1]; [1]Shanghai Institute of Ceramics, Chinese Academy of Sciences, Shanghai, China

**TP 490 Efficient Ionization of Challenging Pesticides Using Liquid Chromatography/Mass Spectrometry and Dielectric Barrier Discharge Ionization (DBDI);** Juan F Garcia-Reyes[1]; Julio César Benítez-Villalba[2]; Miriam Beneito-Cambra[1]; Bienvenida Gilbert-López[1]; Antonio Molina-Díaz[1]; Sebastian Brandt[3]; Joachim Franzke[3]; [1]University of Jaen, Jaen, Spain; [2]Universidad Nacional de Asuncion, Facultad de Ciencias Exactas y Naturales, San Lorenzo, Paraguay; [3]Leibniz-Institut für Analytische Wissenschaften – ISAS – e.V., Dortmund, Germany

**TP 491 Microsampling with Cotton Threads and Direct Analysis via Ambient Mass Spectrometry;** Devin Swiner[1]; Sierra Jackson[1]; George R. Durisek[1]; Bridget K. Walsh[1]; Yaman Kouatli[1]; Abraham K. Badu-Tawiah[1]; [1]The Ohio State University, Columbus, OH

**TP 492 Characterization and Development of a Reagent Cation Source for NETD;** Steven J Kregel[1]; Benton J Anderson[2]; Michael S Westphall[1]; Joshua J Coon[1,2,3,4]; [1]Department of

Biomolecular Chemistry, University of Wisconsin-Madison, Madison, WI; [2]Department of Chemistry, University of Wisconsin-Madison, Madison, WI; [3]Morgridge Institute for Research, Madison, WI; [4]Genome Center of Wisconsin, Madison, WI

**TP 493 Resolving Elemental Isobaric Interferences with the Liquid Sampling-Atmospheric Pressure Glow Discharge / Orbitrap System for High Precision Isotope Ratio Measurements;** Edward D Hoegg[1,2]; David W Koppenaal[2]; Simon Godin[3]; Joanna Szpunar[3]; Ryszard Lobinski[3]; R. Kenneth Marcus[1]; [1]Clemson University, Clemson, SC; [2]Pacific Northwest National Laboratory, Richland, WA; [3]CNRS, InInstitute of Analytical Sciences and Physical Chemistry for the Environment and Materials, Pau, France

**TP 494 An Integrated Electrocatalytic nESI-MS Platform for Direct Analysis of C=C Isomers in Fatty Acids Derived from Complex Biofluids;** Kavyasree Chintalapudi[1]; Abraham K. Badu-Tawiah[1]; [1]The Ohio State University, Columbus, OH

**TP 495 Quantitative Analysis of Anticancer Drugs in Live Single Suspension Cells: From Cell Lines to Patient Samples;** Shawna Standke[1]; Ryan Bensen[1]; Devon Colby[1]; Anh Le[1]; Naga Rama Kothapalli[1]; Jonathan E. E. Heinlen[2]; Anthony Burgett[1]; Zhibo Yang[1]; [1]University of Oklahoma, Norman, OK; [2]University of Oklahoma, Health and Science Center, Oklahoma City, OK

**TP 496 Direct Analysis of Complex Mixtures by Non-contact Nano-Electrospray Mass Spectrometry Coupled with Simultaneous Atmospheric Pressure Chemical Ionization;** Dmytro S Kulyk[1]; Abraham K. Badu-Tawiah[1]; [1]OSU, Columbus, OH

**ION MOBILITY: APPLICATIONS I**
**497-519**

**TP 497 Probing the Conformational Adaptations of Thermoresponsive Polymers by Ion-Mobility Mass Spectrometry;** Savannah Snyder[1]; Megan A Cruz[2]; Abraham Joy[2]; Chrys Wesdemiotis[1]; [1]The University of Akron Chemistry Department, Akron, OH; [2]The University of Akron, Akron

**TP 498 Ergodic and Non-Ergodic Mobility Selected Fragmentation of Isomeric Model Peptides;** Noa deHaseth[1]; Jacob Porter[1]; Francisco Fernandez-Lima[2]; [1]University of Florida, Gainesville, FL; [2]Florida International University, Miami, FL

**TP 499 Demonstration of the Unique Capabilities of Cyclic Ion Mobility High Resolution Mass Spectrometry to Resolve Stereoisomeric and Regioisomeric Saponin Ions;** Emmanuel Colson[1]; Corentin Decroo[1]; Julien De Winter[1]; Dale Cooper-Shepherd[2]; Martin Palmer[2]; Jan Claereboudt[2]; Pascal Gerbaux[1]; [1]University of Mons, Mons, Belgium; [2]Waters Corporation, Cheshire, United Kingdom

**TP 500 Comparing Solution Phase and Gas Phase Protein Stability Using Collisional Induced Unfolding;** Lucienne Nouchikian[1,2]; Derek J Wilson[1,2]; [1]York University, Toronto, ON; [2]Center for Research in Mass Spectrometry, Toronto, Canada

**TP 501 Analysis of Specific Metal Binding to Alpha-Synuclein with Collisional Induced Unfolding;** Neil R. Quebbemann[1]; Joseph A. Loo[1]; [1]University of California Los Angeles, Los Angeles, CA

**TP 502 Utilization of Enhanced Shape Selective Information Obtained from a Cyclic Ion Mobility-Enabled –Mass Spectrometer for the Characterisation of Complex Mixtures;** Javeria Mehboob[1]; James Scrivens[1]; Gillian Taylor[1]; Safwan Akram[1]; Martin Palmer[2]; Jakub Ujma[2]; Kevin Giles[2]; Jonathan P Williams[2]; David Portwood[3]; Pablo Navarro[3]; [1]Teesside University, Middlesbrough, United Kingdom; [2]Waters Corportaion, Cheshire, United Kingdom; [3]Syngenta Jealott's Hill International Research Centre, Bracknell, United Kingdom

**TUESDAY POSTERS**

**TP 503**  Pursuit of Bottom-Up, Middle-Down, and Top-Down Glycoconjugate Analysis Enabled Through Online CE-ESI-IMS; Daniel Delafield[1]; Gongyu Li[2]; Lingjun Li[3]; [1]University of Wisconsin Madison, Madison, WI; [2]University of Wisconsin - Madison, Madison, WI; [3]University of Wisconsin, Madison, Madison, WI

**TP 504**  Following Conformational Changes in Knot Proteins with nESI-TIMS-MS: Solution vs Gas Phase; Jean R. N. Haler[1]; Kevin Jeanne Dit Fouque[1]; Juan Camilo Molano-Arevalo[1]; Fenfei Leng[1]; Francisco A. Fernandez-Lima[1]; [1]Florida International University, Miami, FL

**TP 505**  An Investigation into the use of Cyclic Ion Mobility for the Separation of Biopharmaceutical Peptide and Protein Modifications; Jim Langridge[1]; Henry Shion[2]; Martin Palmer[3]; Weibin chen[3]; Dale A Cooper-Shepherd[3]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]Waters Corporation, Milford, MA; [3]Waters Corporation, Wilmslow, United Kingdom

**TP 506**  Fast Collision Induced Unfolding Coupled to Droplet Microfluidic-Based Sample Introduction for High-Throughput Protein Structural Analysis and Drug Discovery; Cara I. D'Amico[1]; Daniel A. Polasky[1]; Sugyan M. Dixit[1]; Robert T. Kennedy[1]; Brandon T. Ruotolo[1]; [1]University of Michigan, Ann Arbor, MI

**TP 507**  Structural Characterization of Carbohydrates Oligosaccharide using Tandem Trapped Ion Mobility Spectrometry–Mass Spectrometry; Jusung Lee[1]; Christian Bleiholder[1]; [1]Florida State University, Tallahassee, FL

**TP 508**  Direct Identification of Endogenous Ligands Bound to Specific Protein Conformations Using Multistage Gas Phase Separation on a Cyclic-Mobility Mass Spectrometer; Idlir Liko[1]; Joseph F Gault[2]; Martin Palmer[3]; Dale A Cooper-Shepherd[3]; Jakub Ujma[3]; Carol V. Robinson[2]; [1]OMass Therapeutics, Oxford, United Kingdom; [2]Oxford University, Oxford, United Kingdom; [3]Waters Corporation, Wilmslow, United Kingdom

**TP 509**  Analysis of Lipid Signaling Class Analytes Using a Travelling Wave Cyclic Ion Mobility Separator; Mike McCullagh[1]; Martin Palmer[1]; Emma Marsden-Edwards[1]; James I Langridge[1]; Johannes PC Vissers[1]; [1]Waters Corporation, Wilmslow, United Kingdom

**TP 510**  Separation of Asp/IsoAsp Isobaric Peptides Using Trapped Ion Mobility Spectrometry (TIMS); Anjali Alving[1]; Shourjo Ghose[1]; Leah (Hanliu) Wang[2]; Olga Friese[2]; [1]Bruker Scientific, Billerica, MA; [2]Pfizer, Chesterfield, MO

**TP 511**  Fast Identification and Simultaneous Separation of Electrochemically Generated Isomeric Xenobiotic Phase-I Metabolites by means of Trapped Ion Mobility-Mass Spectrometry; Jens Fangmeyer[1]; Simon Gereon Scheeren[1]; Robin Schmid[1]; Uwe Karst[1]; [1]University of Muenster, Institute of Inorganic and Analytical Chemistry, Muenster, Germany

**TP 512**  All Ion Unfolding/Fragmentation (AIU/AIF): A Modified Native Ion Mobility–Mass Spectrometry (IM-MS) Approach for Diagnostic Glycoprotein Analysis; Ashley Phetsanthad[1]; Gongyu Li[2]; Lingjun Li[1,2]; [1]Department of Chemistry, University of Wisconsin-Madison, Madison, WI; [2]School of Pharmacy, University of Wisconsin-Madison, Madison, WI

**TP 513**  The Performance of a New Ion Mobility Spectrometer Designed to Measure Singly-charged Protein Ions; W Henry Benner[1]; Ben Aguilar[1]; [1]Ion Dx, Monterey, CA

**TP 514**  Short nanoLC Gradients Optimize Throughput on a tims Equipped QTOF for Deep Proteome Measurements; Thomas Kosinski[1]; Scarlet Koch[1]; Thorsten Lederthell[1]; Christian Meier-Credo[1]; Christoph Gebhardt[1]; Gary Kruppa[2]; Heiner Koch[1]; [1]Bruker Daltonik GmbH, Bremen, Germany; [2]Bruker Daltonics Inc., Billerica, MA

**TP 515**  A Non Targeted Approach to the Development of a Food Additive CCS Screening Library and its Application; Mike McCullagh[1]; Mike Wilson[1]; Severine Goscinny[2]; Kenneth Rosnack[3]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]Sciensano, Brussels, Belgium; [3]Waters Corporation, Milford, MA

**TP 516**  Investigations into Cross-Platform and Long-Term Robustness of a CCS Metric; David Douce[1]; Mike McCullagh[2]; Michelle Wood[2]; Nayan Mistry[2]; Severine Goscinny[3]; Peter Dalsgaard[4]; [1]Waters (MS Technologies), Wilmslow, United Kingdom; [2]Waters Corporation, Wilmslow, United Kingdom; [3]Sciensano, 14, rue Juliette Wytsman,, Belgium; [4]Department of Forensic Medicine, University of Copenhagen,, Copenhagen, Denmark

**TP 517**  Effects of Osmolytes on Conformations of Model Proteins as Studied by IM-MS; Christopher Mallis[1]; David H. Russell[1]; [1]Texas A&M University, College Station, TX

**TP 518**  Ion Mobility-Accelerated Peptide Separation in Time and Space to Unveil Human Proteomes; Yasushi Ishihama[1]; Kosuke Ogata[1]; Ryo Kajita[1]; Heiner Koch[3]; Koshi Imami[1]; Naoyuki Sugiyama[1]; [1]Kyoto University, Kyoto, Japan; [2]Bruker Japan K.K., Yokohama, Japan; [3]Bruker Daltonik GmbH, Bremen, Germany

**TP 519**  "Zero Charge Selection" Ion Mobility-Mass Spectrometry Reveals the Effect of Sialylation on Glycoprotein Structures; Gongyu Li[1]; Lingjun Li[2]; [1]University of Wisconsin-Madison, Madison, WI; [2]University of Wisconsin, Madison, Madison, WI

ION MOBILITY: FAIMS/DMS
520-529

**TP 520**  Simplifying uranium isotope ratio (IR) analysis with nanospray differential mobility spectrometry- mass spectrometry (DMS-MS); Ifeoluwa Ayodeji[1]; Theresa Evans-Nguyen[2]; [1]University of South Florida, Tampa, FL; [2]University of Florida, Tampa, FL

**TP 521**  Chemical Kinetics and Ion Transport Simulations: Cluster Dynamics in Differential Ion Mobility Spectrometry; Walter Wissdorf[1]; Duygu Erdogdu[1]; Florian Stappert[1]; Hendrik Kersten[1]; Thorsten Benter[1]; [1]University of Wuppertal, Wuppertal, Germany

**TP 522**  Validated FIA-FAIMS SRM MS Approaches for Vicine and Convicine Quantification from Faba Beans and Implications for Molecular Marker Analysis; Haixia Zhang[1]; Randall W Purves[1]; Rob Stonehouse[1]; Pete M. P. Iannetta[2]; Jodi Souter[3]; Thomas D. Warkentin[1]; Albert Vandenberg[1]; [1]University of Saskatchewan, Saskatoon, SK; [2]The James Hutton Institute, Dundee, United Kingdom; [3]Hemp Genetics International, Saskatoon, SK

**TP 523**  FAIMS Separation of Fentanyl-Related Compounds Using Vapor Modification; Nathan a Grimes[1]; Ifeoluwa Ayodeji[2]; Theresa Evans-Nguyen[1]; [1]University of South Florida, Tampa; [2]University of South Florida, Tampa, FL

**TP 524**  LC-ultra FAIMS-MS Separation of Opioid Isomers Using Solvent Vapor Addition; Kevin Davis[1]; Michael Wei[1]; Robin H.J. Kemperman[1]; Timothy J. Garrett[2]; Richard A Yost[1]; [1]Department of Chemistry, University of Florida, Gainesville, FL; [2]Department of Pathology, Immunology, and Laboratory Medicine, University of Florida, Gainesville, FL

**TP 525**  Affecting FAIMS Separation with Trace Levels of Gas Modifiers; Michael Belford[1]; Michael Wei[2]; Eloy R. Wouters[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]University of Florida, Gainesville, FL

**TP 526**  Developing the Research to Routine Workflows with FAIMS: Automating Large-Scale SRM Method Creation for Routine Plasma Proteomics Screening; Scott Peterman[1]; Kerry Hassell[2]; Mary L. Blackburn[3]; Romain Huguet[3]; Michael Volny[3]; Michael Belford[3]; Satendra Prasad[3]; [1]Thermo Fisher Scientific, Grimes, IA; [2]Thermo


Fisher Scientific, Somerset, NJ; [3]Thermo Fisher Scientific, San Jose, CA 95134

**TP 527 FAIMS Pro™ Interface Coupled to Triple Quadrupole Mass Spectrometry for Quantification of Peptides in Complex Matrices;** Michael Volny[1]; Claudia P.B. Martins[1]; Mary L. Blackburn[1]; Michael W. Belford[1]; [1]Thermo Fisher Scientific, San Jose, CA

**TP 528 – Lifting the Albumin Curtain to Increase Plasma Proteome Profiling: Incorporating Differential Ion Mobility for Increased Protein Coverage;** Scott Peterman[1]; Romain Huguet[2]; Michael Belford[2]; Satendra Prasad[2]; Susan E. Abbatiello[3]; [1]Thermo Fisher Scientific, Grimes, IA; [2]Thermo Fisher Scientific, San Jose, CA 95134; [3]Northeastern University, Boston, MA

**TP 529 Influence of Electrospray and Nanoelectrospray on Lithiated Monosaccharide Homodimer Structures Monitored by Differential Ion Mobility Spectrometry-Mass Spectrometry;** Tiffany L Crawford[1]; Gary L. Glish[1]; [1]University of North Carolina at Chapel Hill, Chapel Hill, NC

## METABOLOMICS: GENERAL I
### 530-549

**TP 530 Development of a Dansyl Labeled Dipeptide Standard Library for Dipeptide Identification Using Dansylation LC-MS Metabolomics Platform;** Kamran Mammadli[1]; Yunong Li[1]; Erik Cardona Gomez[1]; Liang Li[1]; [1]University of Alberta, Edmonton, AB

**TP 531 Analysis of Neurotransmitters during Rodent Nervous System Development Using Capillary Electrophoresis-Mass Spectrometry;** Shannon Murphy[1]; Amanda C Weiss[1]; Jennifer W Mitchell[1]; Stanislav S Rubakhin[1]; Martha U Gillette[1]; Jonathan V. Sweedler[1]; [1]University of Illinois at Urbana Champaign, Urbana, IL

**TP 532 MIDAS: A Targeted Approach for the Systematic Discovery of Protein-Metabolite Interactions;** Kevin G. Hicks[1]; Aubrie Blevins[1]; Sean R. Hackett[2]; James E. Cox[1, 3]; Jared Rutter[1]; [1]University of Utah School of Medicine, Department of Biochemistry, Salt Lake City, Utah; [2]Calico Life Sciences, South San Francisco, CA; [3]University of Utah Mass Spectrometry & Proteomics Core, Salt Lake City, UT

**TP 533 High-Throughput Metabolite Profiling of Cell Media for Improved Antibody Production Utilizing a Dual Separation/Mass Spectrometry System with Intelligent MSn Acquisition;** Joanna Ntai[1]; Anson Pierce[2]; Paul Gulde[2]; Martin Samonig[3]; John Brann[4]; Christopher Elicone[4]; Amanda Souza[1]; Ralf Tautenhahn[1]; Daniel Lopez Ferrer[1]; Andreas Huhmer[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Grand Island, NY; [3]Thermo Fisher Scientific, Germering, Germany; [4]Thermo Fisher Scientific, Franklin, MA

**TP 534 Metabolomics Uncovers Metabolic Pathways Affected by Glyceryl Trinitrate Treatment: Much More than a Prodrug of Nitric Oxide;** Jan F. Stevens[1]; Elizabeth R. Axton[1]; Jaewoo Choi[2]; [1]Department of Pharmaceutical Sciences, Linus Pauling Institute, Oregon State University, Corvallis, Oregon; [2]Linus Pauling Institute, Oregon State University, Corvallis, OR

**TP 535 Unraveling the Effects of Alternaria Toxins on the Rat Metabolome;** Vincent Lüttig[1]; Hannes Puntscher[1]; Mira Flasch[1]; Harald Höger[2]; Doris Marko[1]; Benedikt Warth[1, 3, 4]; [1]University of Vienna, Faculty of Chemistry, Department of Food Chemistry and Toxicology, Vienna, Austria; [2]Medical University of Vienna, Core Center of Biomedical Research, Austria, Vienna, Austria; [3]Research Network Chemistry Meets Microbiology, University of Vienna, Vienna, Austria; [4]Vienna Metabolomics Center (VIME), Vienna, Austria

**TP 536 Age Association Analysis between Tricarboxylic Acid Metabolites and Neurocognitive Impairment in Persons Living with HIV;** Sausan Azzam[1]; Corrilynn Hileman[2]; Daniela Schlatzer[1]; Mark R. Chance[1]; Katherine Tassiopoulos[3]; Robert Kalayjian[2]; [1]Case Western Reserve University, Cleveland, OH; [2]MetroHealth Med Ctr, Cleveland, OH; [3]Harvard T.H. Chan School of Public Health, Boston, MA

**TP 537 Development of LC-MS/MS Based Genome-wide Metabolomics for Bacteria;** Vanessa Phelan[1]; Manuel Banzhaf[2]; Alison Waller[3]; [1]University of Colorado, Denver - Anschutz, Aurora, CO; [2]University of Birmingham, Birmingham, United Kingdom; [3]Brock University, St. Catharines, ON

**TP 538 Comprehensive Discrimination of Triterpenoids in Three Momordica Species Using Targeted LC-MS/MS Based Metabolomics;** Joydeb Chanda[1]; Akanksha Singh[2]; Sayan Biswas[1]; Pulok K Mukherjee[1]; Dipankar Malakar[2]; Manoj Pillai[2]; [1]School of Natural Product Studies, Jadavpur University, Kolkata, India; [2]SCIEX, Gurgaon, India

**TP 539 A New HILIC LC/Q-TOF Metabolomics Method with Biologically Important Isomer Separation and Broad Coverage of Metabolite Classes;** Yuqin Dai[1]; Jordy J. Hsiao[1]; [1]Agilent Technologies, Santa Clara, CA

**TP 540 Development of More Reproducible and Sensitive Polar Metabolomics Methods;** Sara Violante[1]; Hardik Shah[1]; Yuqin Dai[2]; Steven M Fischer[2]; Justin R Cross[1]; [1]Memorial Sloan Kettering Cancer Center, New York, NY; [2]Agilent Technologies, Inc., Santa Clara, CA

**TP 541 Metabolomics for Environmental Monitoring: Developing Tools for Monitoring the Remediation Activity of Microbial Consortia;** Shawn R. Campagna[1]; Amanda L. May[1]; Yongchao Xie[1]; Mandy Michaelsen[2]; Frank Loeffler[1, 3]; [1]University of Tennessee, Knoxville, TN; [2]US Army Corps of Engineers, Seattle, Washington; [3]Oak Ridge National Laboratory, Oak Ridge, TN

**TP 542 DNA Adductome and Oxidative Stress-Related Metabolome Changes by the Cooked Meat Carcinogen 2-Amino-1-methyl-6-phenylimidazo[4,5-b]pyridine in Human Prostate Cells;** Jingshu Guo[1]; Medjda Bellamri[1]; Scott Walmsley[1]; Christina Brown[1]; Haoqing Chen[1]; Peter W. Villalta[1]; Robert Turesky[1]; [1]University of Minnesota, Minneapolis, MN

**TP 543 A Nontargeted Multi-Omics Workflow for Meconium Analysis Using Ultra High-Pressure Liquid Chromatography Coupled to High Resolution Mass Spectrometry (UHPLC-HRMS);** Atiye Ahmadireskety[1]; Josef Neu[2]; Richard A Yost[1, 3]; John A. Bowden[4]; [1]University of Florida Department of Chemistry, Gainesville, FL; [2]University of florida, Department of Pediatrics, College of Medicine, Gainesville, FL, United States, Gainesville, FL; [3]University of Florida Department of Pathology, Immunology, and Laboratory Medicine, Gainesville, FL; [4]University of Florida, College of Veterinary Medicine, Department of Physiological Sciences, Gainesville, Fl, United States, Gainesville, FL

**TP 544 Hydrolysis of Sulfated Steroids, Toxic Endobiotics and Xenobiotics Using Purified Arylsulfatase for Quantitation of Sulfated and Unconjugated Compounds;** Pongkwan Sitasuwan[1]; L. Andrew Lee[1]; [1]IMCS, Irmo, SC

**TP 545 Volatile Metabolites Monitoring of Gut Microbiota Using Secondary Electrospray Based Mass Spectrometry Techniques- a Tale of Two Approaches;** Haorong Li[1]; Mengyang Xu[1]; Jiangjiang (Chris) Zhu[2]; [1]Miami University, Oxford, OH; [2]The Ohio State University, Columbus, OH

**TP 546 Revealing the Changes in Pulmonary Arterial Smooth Muscle Cells in Patient by Using Multi-Omics Approach;** Dan Li[1, 2, 3]; Songjie Chen[4]; Marlene Rabinovitch[1, 2, 3]; Michael Snyder[4]; [1]Department of Pediatrics, Stanford University School of Medicine, Stanford, CA; [2]Stanford Cardiovascular Institute, Stanford University, Stanford, CA; [3]Vera Moulton


*Wall Center for Pulmonary Vascular Diseases, Stanford University School of Medicine, Stanford, CA; [4]Department of Genetics, Stanford University School of Medicine, Stanford, CA*

**TP 547   Development and Systematic Evaluation of Orthogonal LC-MS Platforms for Metabolomics Workflows;** Jim Blasberg[1]; Kevin Ray[1]; Zhiyun Cao[1]; Ben Cutak[1]; Mark Angeles[1]; [1]MilliporeSigma, St Louis, MO

**TP 548   Investigation of Metabolite Modifications during Sample Preparation in Chemical Isotope Labeling LC-MS;** Yunong Li[1]; Kamran Mammadli[1]; Erik Cardona Gomez[1]; Liang Li[1]; [1]University of Alberta, Edmonton, AB

**TP 549   Metabolomics Approach to Assess Tissue-Specific Metabolic Alterations in Resuscitated Rats after Prolonged Cardiac Arrest;** Muhammad Shoaib[1]; Jaewoo Choi[2]; Tai Yin[1]; Lance B Becker[1]; Junhwan Kim[1]; [1]Feinstein Institute for Medical Research, Manhasset, NY; [2]Linus Pauling Institute, Oregon State University, Corvallis, OR

### METABOLOMICS: UNTARGETED METABOLITE PROFILING
### 550-568

**TP 550   Identification of Type 2 Diabetes Metabolic Biomarkers Based on Chemical Isotope Labeling LC-MS;** Xinyun Gu[1]; Ahmad Aljadaa[2]; Anas Abdel Rahman[2, 3, 4]; Liang Li[1]; [1]University of Alberta, Edmonton, AB; [2]College of Medicine, Al Faisal University, Riyadh, Saudi Arabia; [3]King Faisal Specialist Hospital and Research Center, King Faisal Specialist Hospital and Research Center, Saudi Arabia; [4]Memorial University of Newfoundland, St. John's, NL

**TP 551   Metabolomics Profiling of 5XFAD Mice Model Using Optimized Label-free Untargeted Metabolomics Pipeline;** Boer Xie[1]; Haiyan Tan[2]; Junmin Peng[2]; [1]St.Jude Children's Research Hospital, Memphis, TN; [2]St Jude Children's Research Hospital, Memphis, TN

**TP 552   Fast Detection of Pesticides and Drugs Removed from Waste Water by Plants Using Flow Injection Analysis Magnetic Resonance Mass Spectrometry;** Claire Villette[1]; Matthias Witt[2]; Aiko Barsch[2]; Louis Maljers[3]; Dimitri Heintz[4]; [1]University of Strassbourg, Strassbourg, France; [2]Bruker Daltonik GmbH, Bremen, Germany; [3]Bruker Daltonics Inc., Billerica, MA; [4]University of Strasbourg, Strasbourg, France

**TP 553   Identification of Antifungal Natural Products in Scab Resistant Pecan Trees;** Zhenlian Lei[1]; Clayton D. Kranawetter[1]; Barbara Sumner[1]; Andrew L. Thomas[1]; Santosh Kumar[1]; Lloyd W. Sumner[1]; [1]University of Missouri, Columbia, MO

**TP 554   High-resolution Mass Spectrometry for Monitoring Physiological Impacts and Biotransformation Products in Fish Exposed to Wastewater Effluent;** Jonathan Mosley[1]; Marina Evich[2]; Ioanna Ntai[3]; Drew Ekman[1]; Jenna Cavallin[4]; Daniel Villeneuve[4]; Gerald Ankley[4]; Timothy Collette[1]; [1]US EPA, Athens, GA; [2]ORISE Fellow, US EPA, Athens, GA; [3]Thermo Fisher Scientific, San Jose, California; [4]US EPA, Duluth, MN

**TP 555   Profiling Weaning Piglet Serum Metabolomic Affected by Acute Exposure of High Concentrations Atmospheric Hydrogen Sulfide;** Zhen Liu[1]; Qingshi Meng[1]; Qixiang Miao[1]; Yanjiao Xie[1]; Hongfu Zhang[1]; Xiangfang Tang[1]; [1]Institute of Animal Science, Chinese Academy of Agricultural Sciences, Beijing, China

**TP 556   Metabolomic Profiling of Potential Bioactive Minor Compounds in Amazonian Vegetable Oils and Butters by UHPLC-MSE;** Maíra Fasciotti[1]; Michael Murgu[2]; Thays V. C. Monteiro[1]; Simone C. Chiapetta[3]; Alessandra Sussulini[4]; Marcos N. Eberlin[4]; Valnei S. Cunha[1]; [1]INMETRO, Duque De Caxias, Brazil; [2]Waters Corporation, Barueri, Brazil; [3]National Institute of Technology, Rio de Janeiro, Brazil; [4]University of Campinas, Campinas, Brazil

**TP 557   Ethanol-Induced Metabolomic Differences in Mice Using HRAM Q-TOF Analysis;** Stephane Moreau[1]; Georgios Theodoridis[2]; Helen G. Gika[3]; Christina Virgiliou[2]; Olga Deda[3]; Ian D Wilson[4]; Neil J Loftus[5]; [1]Shimadzu Europa GmbH, Duisburg, Germany; [2]Chem and BIOMIC_AUTh, Aristotle University, Thessaloniki, Greece; [3]Medicine and BIOMIC_AUTh, Aristotle University, Thessaloniki, Greece; [4]Imperial College London, Department of Surgery and Cancer, United Kingdom; [5]Shimadzu MS/BU, Manchester, United Kingdom

**TP 558   Fast Profiling of Tryptophan Metabolites in a Gut Microbiome Study Using Wide Isolation Strategies for UHPLC-HRMS/MS;** Vanessa Y. Rubio[1]; Joy G. Cagmat[1]; Gary P. Wang[1]; Richard A Yost[1]; Timothy J Garrett[1]; [1]University of Florida, Gainesville, FL

**TP 559   Metabolomics of *Fusarium verticillioides* / Maize Interaction;** Mark Busman[1]; USDA, ARS, NCAUR, BFP, Peoria, IL

**TP 560   Improved Metabolite Identification in a Single Injection with SWATH® Acquisition for Untargeted Metabolomics Workflow;** Robert Proos[1]; Khatereh Motamedchaboki[2]; [1]Sciex, Framingham, MA; [2]Sciex, Redwood City, CA

**TP 561   A Collisional Cross Section Database for Diverse Small Molecules: Improving Annotation of Metabolomics Data;** Corey D Broeckling[1]; Jessica E. Prenni[1]; Robert S Plumb[2]; Giorgis Isaac[2]; Johannes PC Vissers[3]; [1]Colorado State University, Fort Collins, CO; [2]Waters Corporation, Milford, MA; [3]Waters Corporation, Wilmslow, United Kingdom

**TP 562   Volatile Interactions between *Solanum licopersicum* and *Phytophthora infestans*;** Lida Garzón; Universidad de los Andes, Bogotá D.C, Colombia

**TP 563   Metabolomics Study of Human Blood Plasma Using 95% 13C Internal Standard with Liquid Chromatography and Ion Mobility-Mass Spectrometry;** Robin H.J. Kemperman[1]; Chris W.W. Beecher[2]; Timothy J. Garrett[1]; Richard A Yost[1]; [1]University of Florida, Gainesville, FL; [2]IROA Technologies LLC, Bolton, MA

**TP 564   Multi-omic Discovery of Metabolic Rewiring in Triple-negative Breast Cancer Following Mitochondrial Folate Transport Ablation: Strategy to Reveal Drug-targetable Synthetic Lethalities;** Qiuying Chen[1]; Joshua B Zuk[1]; miller A Christine[2]; Steven M Fischer[2]; Steven Gross[1]; [1]Weill Medical College of Cornell, New York, NY; [2]Agilent Technologies, Inc., Santa Clara, CA

**TP 565   Metabolomics Rosetta Stone: Testing Strategies for Harmonization of Untargeted Metabolomics Data Across Multiple Analytical Platforms;** Ken Liu[1]; Vilinh Tran[1]; Chunyu Ma[1]; Karan Uppal[1]; Dean Jones[1]; [1]Emory School of Medicine, Atlanta, GA

**TP 566   High-Performance Chemical Isotope Labeling LC-MS for Discovery of Metabolite Biomarkers of Rheumatoid Arthritis;** Xiaohang Wang[1]; Walter P. Maksymowych[1]; Liang Li[1]; [1]University of Alberta, Edmonton, AB

**TP 567   Metabolomics Data in the XCMS Cloud: a Resource for Meta Analysis and Systems Biology;** Amelia Palermo[1]; Tao Huan[2]; Duane Rinehart[1]; Markus M Rinschen[1]; Paul H Benton[1]; Eoin Fahy[3]; Shuzhao Li[4]; Shankar Subramaniam[3]; Gary Siuzdak[1, 5]; [1]The Scripps Center for Metabolomics, The Scripps Research Institute, La Jolla, CA; [2]Department of Chemistry, University of British Columbia, Vancouver, BC; [3]Department of Bioengineering, University of California San Diego, La Jolla, CA; [4]Department of Medicine, School of Medicine, Emory University, Atlanta, GE; [5]Department of Chemistry, Molecular and Computational Biology, The Scripps Research Institute, La Jolla, CA

**TP 568   Metabolomics Characterization of Cell Culture Media by Ultra High Resolution LC-QTOF-MS Analysis;** Xuejun Peng[1]; Guillaume Tremintin[1]; Anjali Alving[2]; Heiko


Neuweger[3]; Aiko Barsch[3]; Nikolas Kessler[3]; [1]Bruker Daltonics Inc., San Jose, CA; [2]Bruker Daltonics Inc., Billerica, MA; [3]Bruker Daltonik GmbH, Bremen, Germany

## PHOSPHOPEPTIDES: QUANTITATIVE ANALYSIS
### 569-579

**TP 569** Global Quantification of Proteome and Phosphoproteome Revealed Novel Cellular Signaling Mechanisms Responsive to Hypoxia and Iron Deficiency; Luke Erber[1]; Yao Gong[1]; Maolin Tu[1]; Phu Tran[1]; Yue Chen[1]; [1]University of Minnesota, Minneapolis, MN

**TP 570** Combining the TMT Calibrator Approach and Immunoaffinity Enrichment for Phosphotyrosine Profiling To Reduce Sample Input Requirements; Bin Fang[1]; Victoria Izumi[1]; Lily Remsing Rix[1]; Eric Haura[1]; Uwe Rix[1]; Ian Pike[2]; John Koomen[1]; [1]H. Lee Moffitt Cancer Center, Tampa, FL; [2]Proteome Sciences plc, London, United Kingdom

**TP 571** Analyzing the Neuronal Phosphoproteome: A Systematic Comparison of Fusion Lumos and timsTOF Pro data; Kristina Desch[1]; Thomas Kosinski[2]; Scarlet Koch[2]; Heiner Koch[2]; Erin M. Schuman[1]; Julian Langer[1,3]; [1]Max Planck Institute for Brain Research, Frankfurt am Main, Germany; [2]Bruker Daltonik GmbH, Bremen, Germany; [3]MPI for Biophysics, Frankfurt Am Main, Germany

**TP 572** Phosphoproteomics with LC-FAIMS Separations Coupled to a Modified Tribrid Orbitrap Mass Spectrometer; Alexander S. Hebert[1]; Romain Huguet[2]; Graeme C. McAlister[2]; Derek J. Bailey[3]; Michael W. Belford[3]; Michael S Westphall[1]; Joshua J. Coon[1,4,5,6]; [1]Genome Center of Wisconsin, Madison, WI; [2]Thermo Fisher Scientific, San Jose, California; [3]Thermo Fisher Scientific, San Jose, CA; [4]Department of Biomolecular Chemistry, University of Wisconsin-Madison, Madison, WI; [5]Department of Chemistry, University of Wisconsin-Madison, Madison, WI; [6]Morgridge Institute for Research, Madison, WI

**TP 573** Quantitative, Comprehensive Multi-Pathway Signaling Analysis Using an Optimized Phosphopeptide Enrichment Method Combined with an Internal Standard Triggered Targeted MS Assay; Bhavin Patel[1]; Penny Jensen[1]; Aaron S. Gajadhar[2]; Sebastien Gallien[3]; Jae Choi[1]; Romain Huguet[2]; Graeme McAlister[2]; Derek Bailey[2]; Shannon Eliuk[2]; Markus Kellmann[4]; Tabiwang N. Arrey[4]; Alexander Harder[4]; Andreas Huhmer[2]; Kay Opperman[1]; John C Rogers[1]; [1]Thermo Fisher Scientific, Rockford, IL; [2]Thermo Fisher Scientific, San Jose, CA; [3]Thermo Fisher Scientific, Precision Medicine Science Center, Cambridge, MA; [4]Thermo Fisher Scientific, Bremen, Germany

**TP 574** Optimization and Implementation of a TMT-based Quantitative Phosphoproteomics Workflow to Identify MELK Substrates; Joshua Beri[1,2]; Ian M McDonald[2]; Alex Prevatte[1,2]; Dennis Goldfarb[1,3]; Lee M Graves[1,2,3]; Laura E Herring[1,2]; [1]UNC Proteomics Core Facility, Chapel hill, NC; [2]UNC Department of Pharmacology, University of north Carolina at Chapel Hill, Chapel Hill, North Carolina; [3]Lineberger Comprehensive Cancer Center, University of North Carolina at Chapel Hill, Chapel Hill, NC

**TP 575** Evaluation of Spatiotemporal Influences of Interleukin Family- IL-1: Interleukin-33 (IL-33) on Cellular Signal Transduction Pathways; Rex D a b[1]; Sneha M Pinto[1]; T. S Keshava Prasad[1]; [1]Yenepoya University, Mangalore, India

**TP 576** Proteomic and Phosphoproteomic Network Analysis in Alzheimer's Disease; Lingyan Ping[1,2]; Eric B Dammer[1,2]; Duc M Duong[2,3]; Marla Gearing[2]; James J. Lah[2,4]; Allan I. Levey[2,4]; Nicholas T. Seyfried[1,2,4]; [1]Department of Biochemistry, Emory University, Atlanta, GA; [2]Center for Neurodegenerative Diseases, Emory School of Medicine, Atlanta, GA; [3]Department of Biochemistry, Emory University, Atlanta, Georgia; [4]Department of Neurology, Emory University, Atlanta, GA

**TP 577** Tandem Mass Tags (TMT) in Global Quantitative Phosphorylation Analysis; Ling Li[1]; Dongmei Zhang[1]; Belinda Willard[1]; [1]Cleveland Clinic, Cleveland, OH

**TP 578** Phosphoproteomics-Based Molecular Subtyping and Kinase Candidate Nomination for Individual Patients of Diffuse-Type Gastric Cancer; Mengsha Tong[1]; Chunyu Yu[2]; Jinwen Shi[1]; Yi Wang[1]; Tingting Li[2]; Jun Qin[1]; [1]State Key Laboratory of Proteomics, Joint Laboratory of Gastrointestinal Oncology, Beijing Proteome Research Center, National Center for Protein Sciences, Beijing, China; [2]2. Department of Biomedical Informatics, School of Basic Medical Sciences, Peking University Health Science Center, Beijing, China

**TP 579** Real-Time, High Density Monitoring of pTyr Signaling Targets in Human Tumors Using Heavy Peptide Triggered Targeted Quantitation; Aaron S Gajadhar[1]; Lauren E Stopfer[2]; Cameron T Flower[2]; Forest M White[2]; Bhavin Patel[3]; Sebastien Gallien[4]; Romain Huguet[1]; Graeme McAlister[1]; Derek Bailey[1]; Shannon Eliuk[1]; Markus Kellmann[5]; Tabiwang N. Arrey[5]; Alexander Harder[5]; Daniel Lopez Ferrer[1]; Andreas Huhmer[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Department of Biological Engineering, Koch Institute for Integrative Cancer Research, Center for Precision Cancer Medicine, Massachusetts Institute of Technology, Cambridge, MA; [3]Thermo Fisher Scientific, Rockford, IL; [4]Thermo Fisher Scientific, Paris, France; [5]Thermo Fisher Scientific, Bremen, Germany

## PROTEIN THERAPEUTICS: QUANTITATIVE ANALYSIS II
### 580-605

**TP 580** Benchmarking Host Cell Protein Quantification: Label-free vs. a Labeled Global Standard; Harsha Gunawardena[1]; Jeffrey Brelsford[1]; Melissa Smith[1]; Kevin D. Smith[2]; Hirsh Nanda[2]; [1]Janssen Research & Development, Spring House, PA; [2]Janssen Research and Development, Spring House, PA

**TP 581** Quantitation of Host Cell Contaminants in Biotherapeutic IgG using LC-ToF-MRM with SILAC Labeled Reference Standards; Tyler Fletcher[1]; Marla Popov[2]; Stuart Haslam[3]; Ron Orlando[1,2]; [1]University of Georgia, Athens, GA; [2]Glycoscientific LLC, Athens, GA; [3]Imperial College, London, United Kingdom

**TP 582** Immunocapture-LC/MS and LBA-Based Assays as Complementary and Orthogonal Tools for Developing Fusion Protein Therapeutics; Susan Chen[1]; Takeda Pharmaceuticals, Inc., Cambridge, MA

**TP 583** Validation of Amino Acid-Based Isotope Dilution LC-MS/MS Quantification of Insulin Standard Solution Using Sulfur-Based Isotope Dilution ICP/MS; Hwijin Kim[1,2]; Ji-Seon Jeong[1,2]; Thi Thanh Huong Tran[1,2]; Youngran Lim[2]; Sung Woo Heo[2]; Yong-Hyeon Yim[1,2]; [1]University of Science and Technology (UST), Daejeon, South Korea; [2]KRISS, Daejeon, South Korea

**TP 584** Impact of Endogenous Biotin on Streptavidin Based Hybrid LBA-LC/MS Assays for Biotherapeutics; Eric Ma[1]; Moucun Yuan[1]; William R Mylott Jr[1]; [1]PPD, Richmond, VA

**TP 585** Biotransformation of Challenging New Modalities – Characterization and Quantitation of Antibody Variant Fragmentation using Affinity Capture Coupled to LC-MS or CE-LIF; Cong Wu[1]; William Sawyer[1]; Phillip Chu[1]; Neha Srikumar[2]; Nga Tang[1]; Pamela Chan[1]; Gloria Meng[1]; Brian Roper[1]; Thomas Niedringhaus[3]; John Tran[1]; [1]Biochemical and Cellular Pharmacology, Genentech, Inc., South San Francisco, CA; [2]University of Pennsylvania, Philadephia, PA; [3]Protein Analytical Chemistry, Genentech, Inc., South San Francisco, CA

**TP 586** Multi Attribute Monitoring in Therapeutic Glycoprotein Process Development: Benchmark of Different Sample Preparation, Mass Spectrometry Platform and Data


**TP 587** SI-traceable quantification of an anti-CD20 monoclonal antibody by Isotope Dilution Mass Spectrometry (IDMS); Wei Mi[1]; Zhishang Hu[1]; Yan Chen[2]; [1]National institute of metrology,China, Beijing, China; [2]Hunan normal university, Changsha, China

**TP 588** Introducing MA-APT: a Multi Attribute-Process Analytical Technology to Monitor Protein Quality/ Quantity and Process Characteristics during Biopharma Production; Jérôme Haustant[1]; Sandrine Fisch[1]; Jérémy Peyrol[1]; Emilie Navarro[1]; Vivien Le Bras[1]; Cédric Mesmin[1]; [1]Merck Biodevelopment, Martillac, France

**TP 589** Employing the MS-based Multi-Attribute Method (MAM) for Automated Quality Monitoring of Biotherapeutics; John N McCarter[1]; Joe Shambaugh[2]; Aude Tartiere[3]; Albert Van Wyk[1]; Cassandra Wigmore[6]; Peter Haberl[6]; [1]Genedata, Inc., Lexington, MA; [2]Genedata Inc, Lexington, MA, USA, Lexington, Massachusetts; [3]Genedata, San Francisco, CA; [4]Genedata Ltd, Cambridge, UK, Cambridge, United Kingdom; [5]Genedata AG, Basel, Switzerland, Basel, Switzerland; [6]Genedata GmbH, Munich, Germany, Munich, Germany

**TP 590** Ultra-Sensitive Intact Monoclonal Antibody Quantification Using Automated Sample Preparation Platform and High-Resolution Mass Spectrometer; Xi Qiu[1]; Wendi Hale[1]; David Wong[2]; [1]Agilent Technologies, Wilmington, DE; [2]Agilent Technologies, Santa Clara, CA

**TP 591** A High Resolution Accurate Mass Multi-Attribute Method for Critical Quality Attribute Monitoring and New Peak Detection; Haichuan Liu[1]; John Rontree[1]; [1]Thermo Fisher Scientific, San Jose, CA

**TP 592** Monitoring Multiple Attributes of Biotherapeutics at Peptide Level Using a Single Quadrupole LC/MS for Quality Control; Linfeng Wu[1]; Lisa Zang[1]; Guannan Li[1]; [1]Agilent Technologies, Santa Clara, CA

**TP 593** Comparison between Magnetic Bead and Membrane Immunoaffinity Purification Methods for the Measurement of Monoclonal Antibody in Rat Serum; Zhiyu Li[1]; Zhiren Yu[1]; Feifei Cui[1]; Weiqun Cao[1]; Lili Xing[1]; Xin Zhang[1]; Yi Tao[1]; [1]WuXi AppTec, Shanghai, China

**TP 594** Mass Spectrometric Evaluation of Host Cell Protein Patterns in Biopharmaceutical Products; Daniel Michael Waldera-Lupa[1]; Thomas Flad[1]; Andreas Dittmar[1]; Heiner Falkenberg[1]; Roland Moussa[1]; [1]Protagen Protein Services, Dortmund, Germany

**TP 595** Pre-Clinical Estimation of Cetuximab Using Nano-Surface and Molecular Orientation Limited (nSMOL) Proteolysis and LC-MS/MS; Deepti Bhandarkar[1]; Rashi Kochhar[1]; Shailendra Rane[1]; Shailesh Damale[1]; Ashutosh Shelar[1]; Purushottam Sutar[1]; Anant Lohar[1]; Bhaumik Trivedi[1]; Navin Devadiga[1]; Ajit Datar[1]; Pratap Rasam[1]; Jitendra Kelkar[1]; [1]Shimadzu Analytical (India) Pvt. Ltd., Mumbai, India

**TP 596** Quantitation of a PEGylated Human Parathyroid Hormone (1-34) Analog in Rat Plasma Using a Hybrid Immunoaffinity Bottom-Up LC-MS/MS Assay; Jean-Nicholas Mess[1]; Jean-Francois Dupuis[1]; Kevork Mekhssian[1]; Erik Wagner[1]; Amy Wang[2]; Xin Xu[2]; Karim Berrada[1]; Max Moore[1]; Anahita Keyhani[1]; [1]Altasciences, Laval , QC; [2]National Center for Advancing Translational Sciences, NIH, Rockville, MD; [3]Frederick National Laboratory for Cancer Research - Leidos Biomedical Research, Frederick, MD

**TP 597** Investigation of Tissue Distributions of Therapeutic Monoclonal Antibody with Cassette Dosing Strategy and Novel LC/MS Based Method; Jie Pu[1]; Shihan Huo[1]; Chao Xue[1]; Ming Zhang[1,2]; Jun Qu[1,2]; [1]SUNY, at Buffalo, Buffalo, NY; [2]New York State Center of Excellence in Bioinformatics & Life Sciences, Buffalo, New York

**TP 598** Quantitation of CHO Media Nutrients and Metabolites in under 180 seconds by an Integrated CE-MS Analyzer; Kenion H. Blakeman[1]; Ji Young Anderson[1]; Colin M. Gavin[1]; Drew Blouch[1]; Christopher D. Brown[1]; Glenn A. Harris[1]; [1]908 Devices, Inc., Boston, MA

**TP 599** Application of Top Down Degradomics to Guide Development of Stable Antibody Variants; Phillip Chu[1]; christopher Davies[2]; Cong Wu[2]; Tangsheng Yi[2]; James Koerber[2]; John C. Tran[2]; [1]Genentech Inc., South San Francisco, CA; [2]Genentech, South San Francisco, CA

**TP 600** Rapid, Sensitive, and Routine Intact mAb Quantification using a Compact ToF HRMS Platform; Yun Alelyunas[1]; Henry Shion[1]; Mark D Wrona[1]; Weibin Chen[1]; [1]Waters Corporation, Milford, MA

**TP 601** Comprehensive Characterization of Antibody Drug Conjugates Enabled by Top-down and Middle-down Mass Spectrometry Strategies; Eli J Larson[1]; Bifan Chen[1]; Ziqing Lin[2, 3]; Yanlong Zhu[2,3]; Yutong Jin[1]; Qingge Xu[2, 3]; Cexiong Fu[4]; Zhaorui Zhang[4]; Qunying Zhang[4]; Wayne A Pritts[4]; Ying Ge[1, 2, 3]; [1]Department of Chemistry, University of Wisconsin-Madison, Madison, WI 53706; [2]Department of Cell and Regenerative Biology, University of Wisconsin-Madison, Madison, WI; [3]Human Proteomics Program, School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI; [4]Process Analytical Chemistry, AbbVie Inc., North Chicago, IL

**TP 602** Evaluating Stability of Human Monoclonal Antibody in Rat Cell Cultures Using a Surrogate Peptide LC-MS/ MS Approach; Nadya Galeva[1]; Reed Murbach[1]; Krystal Gilligan[1]; Kevin Westland[1]; Seema Muranjan[1]; [1]Sekisui XenoTech, LLC, Kansas City, KS

**TP 603** An Integrated LC-MS Platform for Monitoring Quality Attributes of Biotherapeutic Products; Chengfeng Ren[1]; Frank Macchi[1]; Monica Sadek[2]; Benjamin Moore[2]; [1]Genentech, South San Francisco, CA; [2]Genentech Inc., South San Francisco, CA

**TP 604** Non-Labelling Approach for Absolute Quantitation of Total Biotherapeutics and Simultaneous Detection of Blood Volume in Tissues Using LC/MS; Miho Ayabe[1]; Naoaki Murao[2]; Masaki Ishigai[3]; Hiroyuki Tsunoda[1]; [1]Chugai Pharmaceutical Co., Ltd., Kamakura, Japan; [2]Chugai Pharmaceutical Co., Ltd., Gotemba, Japan; [3]Chugai Pharmaceutical Co., Ltd., Chuo-ku, Japan

**TP 605** Limited Tryptic Digestion-Isotope Dilution Mass Spectrometry (LTD-IDMS):  An Alternative Potency Assay to Single Radial Immunodiffusion (SRID) for Influenza Vaccines; Tracie Williams[1]; Hans C Cooper[1]; John R Barr[1]; [1]Centers for Disease Control and Prevention, Atlanta, GA

## PROTEIN THERAPEUTICS: STRUCTURAL CHARACTERIZATION II
606-625

**TP 606** Taking Charge Variant Analysis to the Next Level: Targeted and Automated Charge Variant-Coupled Native Mass Spectrometry (CV-MS); Mauro Sassi[1]; Mara Rossi[1]; Angelo Palmese[1]; [1]Merck KGaA, Guidonia Montecolo, Italy

**TP 607** NanoFlow LCMS and Dedicated Bioinformatics Software for Rapid Semi-Automated Biotherapeutics PTM Quantitation; Tun Liu[1]; Jennifer Nemeth-Seay[2]; Michael Merriman[3]; Sean McCarthy[3]; [1]Janssen Research & Development, Spring House, PA; [2]Janssen Research and Development, Spring House, PA; [3]Sciex, Framingham, MA

**TP 608** Characterization of Protein Therapeutics  Using ZipChip Microfluidic Capillary Electrophoresis-Mass Spectrometry; Ekaterina G. Deyanova[1]; Richard Huang[1]; Pradyot Nandi[1]; Priyanka Madla[1]; Guodong Chen[1]; [1]Bristol-Myers Squibb Company, Princeton, NJ

Case 1:22-cv-01619-TAD-KDM Document 343-3 Filed 10/26/23 Page 137 of 298 PageID #: 25011



**TP 609**    **Using Hydrogen Exchange-Mass Spectrometry (HX-MS) to Identify Agitation-Induced Unfolding Events Causing Aggregation in Monoclonal Antibodies (mAbs);** Chamalee D Gamage[1]; David D. Weis[1]; Benjamin Walters[2]; [1]University of Kansas, Lawrence, KS; [2]Genentech, Inc., South San Francisco, CA

**TP 610**    **Analysis of Aggregation-Prone Full-Length Antibodies Using FPOP-LC-MS/MS;** Owen Cornwell[1]; Nicholas J Bond[2]; Sheena E Radford[1]; Alison E Ashcroft[1]; [1]University of Leeds, Leeds, United Kingdom; [2]MedImmune, Cambridge, United Kingdom

**TP 611**    **Assessing the Protein A Binding Affinity of Monoclonal Antibody Variants Using Protein A Chromatography Coupled to Native Mass Spectrometry;** Victoria C. Cotham[1]; Shunhai Wang[1]; Thomas J. Daly[1]; Ning Li[1]; [1]Regeneron Pharmaceuticals Inc., Tarrytown, NY

**TP 612**    **An Efficient LC/MS Workflow for Identification and Monitoring of Host Cell Proteins for Assisting Monoclonal Antibody Purification;** Catalin Doneanu[1]; Malcolm Anderson[2]; Alex Xenopoulos[3]; Romas Skudas[4]; Ying Qing Yu[1]; Asish Chakraborty[1]; Weibin Chen[1]; [1]Waters Corporation, Milford, MA; [2]Waters Corporation, Wilmslow, United Kingdom; [3]EMD Millipore Corporation, Bedford, MA; [4]Merck KGaA, Darmstadt, Germany

**TP 613**    **A Specific and Sensitive LC-MS/MS PRM Method to Quantify C-Terminal Lysine Clipping in Monoclonal Antibodies;** Lei Wang[1]; Mei M Zhu[1]; Charles Nwosu[1]; Anne Kowal[1]; [1]Takeda Pharmaceuticals, Inc., Cambridge, MA

**TP 614**    **A Comprehensive Physicochemical Characterization of an Original and Biosimilar Tenecteplase by Mass Spectrometry Methods;** Maksim Degterev[1]; Maxim Smolov[1]; Alexander Vishnevskiy[1]; Rakhim Shukurov[1]; [1]IBC Generium, Vol'ginskiy, Russian Federation

**TP 615**    **Primary Structures of Intact DTPA-Coupled Recombinant Epidermal Growth Factors can be Evaluated via MS-Based Chemical Formula Verification;** Yen-chun Huang[1]; Yu-Hsuan Lin[1]; Ya-Fen Chen[2]; C Allen Chang[3]; Yeou-Guang Tsay[1,4]; [1]Institute of biochemistry and molecular biology, National Yang-Ming University, Taipei, Taiwan; [2]Sunjet Co., Ltd., Taipei, Taiwan; [3]Department of Biomedical Imaging and Radiological Sciences, National Yang-Ming University, Taipei, Taiwan; [4]Proteomics Research Center, National Yang-Ming University, Taipei, Taiwan

**TP 616**    **Identifying Early Production Truncated Drug Candidates by Top-Down Mass Spectrometry;** Zhe Zhang; Novartis, Cambridge, MA

**TP 617**    **Rapid Critical Quality Attribute Assessment of Biotherapeutic Proteins Using an Automated Top-Down Sequencing LC-MS Workflow;** Matthew Maust[1]; Li Cui[1]; Greg Kilby[1]; Juan Aon[1]; Keegan Orzechowski[1]; Wilfred Tang[2]; Michelle English[2]; Marshall Bern[2]; [1]GlaxoSmithKline, Collegeville, PA; [2]Protein Metrics Inc., Cupertino, CA

**TP 618**    **Characterization of Peptide with Disulfide Bond Linkage on LC Time Scale with Differential Mobility and ECD Fragmentation;** Suya Liu[1]; Yves Le blanc[2]; Doug Simmons[1]; Pavel Ryumin[1]; Takashi Baba[1]; [1]SCIEX, Concord, ON; [2]SCIEX, Concord, On, ON

**TP 619**    **Advancements in Native Analysis by Microchip Capillary Electrophoresis-ESI-MS;** J. Scott Mellors[1]; Ashley Bell[2]; Erin A. Redman[1]; [1]908 Devices, Inc., Carrboro, NC; [2]908 Devices, Boston, MA

**TP 620**    **Novel Analytical Paradigm for Accurate Characterization and Routine Monitoring of Deamidation and Succinimide Intermediate in Biotherapeutic Proteins;** Sergei Saveliev[1]; Mingyan Cao[2]; Sri Hari Raju Mulagapati[2]; Bhargavi Vemulapati[2]; Jihong Wang[2]; Alan Hunter[2]; Marjeta Urh[1]; Dengfeng Liu[2]; [1]Promega Corporation, Madison, WI; [2]MedImmune, Gaithersburg, MD

**TP 621**    **Structural Characterization of Peptide-Loaded Major Histocompatibility Complexes (pMHC) through Top Down Native Mass Spectrometry;** Dhanashri Bagal[1]; Songyu Wang[1]; Bradford W. Gibson[2]; [1]Amgen, South San Francisco, CA; [2]Amgen, South San Francisco, CA

**TP 622**    **Analysis of Antibody Subunits by ETD Parallel Ion Parking on a Chromatographic Timescale;** Joshua D. Hinkle[1]; Emily Zahn[1]; Robert D'Ippolito[1]; Elizabeth Duselis[1]; Dina L. Bai[1]; Jeffrey Shabanowitz[1]; Donald F. Hunt[1]; [1]University of Virginia, Charlottesville, VA

**TP 623**    **High Resolution Separations for Detailed LC/MS Analysis of mAb Disulfide Variants;** Barry Boyes[1]; William E Miles[2]; Ben Libert[1]; [1]Advanced Materials Technology Inc,, Wilmington, DE; [2]Advanced Materials Technology, Wilmington, DE

**TP 624**    **Ultra-Comprehensive Antibody Fc-Fusion Protein Characterization Using a Tribrid Orbitrap Mass Spectrometer Modified for PTR and Extended Mass Range Applications;** Aaron O Bailey[1]; Yi Zeng[1]; Joshua Silveira[2]; Kristina Srzentić[2]; Christopher Mullen[2]; John E. P. Syka[2]; Romain Huguet[2]; Siqi Liu[3]; Guanghui Han[1]; [1]BGI Americas, San Jose, CA; [2]Thermo Fisher Scientific, San Jose, CA; [3]BGI-Shenzhen, Shenzhen, China

**TP 625**    **Not All IgG1 Monoclonal Antibody Disulfide Bonds Are Created Equal;** Andrew Dykstra[1]; Neeraj Agrawal[1]; [1]Amgen, Thousand Oaks, CA

### PROTEINS: PTMS I
### 626-646

**TP 626**    **Protein Phosphorylation Landscape of Mouse Spermatids During Spermiogenesis;** Yan Li[1]; Yiwei Cheng[1]; Tianyu Zhu[1]; Hao Zhang[1]; Hui Zhu[1]; Xuejiang Guo[1]; [1]Nanjing Medical University, Nanjing, China

**TP 627**    **Identification and Validation of Calcineurin Interactors;** Brooke Brauer[1]; Sarah Sheftic[2]; Isha Nasa[1]; Thomas Moon[2]; Rebecca Page[2]; Wolfgang Peti[2]; Arminja N Kettenbach[1]; [1]Dartmouth College, Hanover, NH; [2]University of Arizona, Tucson, AZ

**TP 628**    **A Quantitative Chemical Proteomic Analysis of Cysteine Reactivity;** Evan W. McConnell[1]; Leslie M. Hicks[1]; [1]UNC, Chapel Hill, NC

**TP 629**    **Proximity-Dependent Identification of in vivo Putative Substrates of Protein Kinases;** Tomoya Niinae[1]; Koshi Imami[1]; Chia-Feng Tsai[2]; Naoyuki Sugiyama[1]; Yasushi Ishihama[1]; [1]Graduate School of Pharmaceutical Sciences, Kyoto University, Kyoto, Japan; [2]PNNL, Richland, WA

**TP 630**    **High Sensitivity PTM Characterization in Cell Lysates Using Trapped Ion Mobility;** Matthew Willetts[1]; Shourjo Ghose[1]; Gary Kruppa[1]; Matthew P Stokes[2]; Charles Farnsworth[2]; Kimberly Lee[2]; [1]Bruker Scientific, Billerica, MA; [2]Cell Signaling Technology, Danvers, MA

**TP 631**    **Phosphoproteomic Analyses of Multiple Species of Snakes Provides Insight into the Regulation of Intestinal Function and Regeneration;** Abu Hena M Kamal[1]; Blair Perry[1]; Todd Castoe[1]; Stephen M. Secor[2]; Saiful M. Chowdhury[1]; [1]University of Texas at Arlington, Arlington, TX; [2]University of Alabama, Tuscaloosa, AL

**TP 632**    **Proteomics of Diatoms: Discovery of Polyamine Modifications in Biosilica-Associated Proteins;** Alexander Milentyev[1]; Christoph Heintze[2]; Nicole Poulsen[2]; Nils Kroeger[2]; Matthias Wilm[3]; Andrej Shevchenko[1]; [1]Max Planck Institute of Molecular Cell Biology and Genetics (MPI-CBG), Dresden, Germany; [2]Center for Molecular and Cellular Bioengineering (CMCB), Dresden, Germany; [3]Conway Institute of Biomolecular and Biomedical Research, Dublin, Ireland; [4]Max Planck Institute of Molecular Cell Biology and Genetics, Dresden, Germany

**TP 633** Creating a Functional Map of the Human Phospho-Proteome Using a "Big Data" Approach; David Ochoa[1]; Andrew F. Jarnuczak[1]; Pedro Beltrao[1]; Juan Antonio Vizcaino[1]; [1]EMBL-EBI, Hinxton, United Kingdom

**TP 634** Determining the Phosphorylation Dynamics in Human Spliceosome; Kuan-Ting Pan[1]; Ivan Silbern[1]; Majety Naga Leelaram[1]; Olexandr Dybkov[1]; Reinhard Luehrmann[1]; Henning Urlaub[1,2]; [1]Max-Planck Inst for Biophysical Chemistry, Goettingen, Germany; [2]University Medical Center Goettingen (UMG), Goettingen, Germany

**TP 635** Comprehensive Characterization of Biotherapeutic Degradation in vivo Using a Modified Orbitrap Tribrid with Extended Mass Range; Kristina Srzentic[1]; Romain Huguet[2]; Luca Fornelli[3]; [1]Thermo Fisher Scientific, Cambridge, MA; [2]Thermo Fisher Scientific, San Jose, CA; [3]University of Oklahoma, Norman, OK

**TP 636** Combined GluC-Based Middle-Down and Top-Down Proteomics of Histone H4 in a Single Analysis; Matthew Holt[1]; Tao Wang[1]; Nicolas L Young[1]; [1]Baylor College of Medicine, Houston, TX

**TP 637** An Integrated Intact Mass and Bottom-Up Approach to Characterization of New Biologics; Hirsh Nanda[1]; Bo Zhai[1]; Andrew D Mahan[1]; Harsha P. Gunawardena[1]; Andrew C Nichols[2]; Jing Li[2]; Yong J. Kil[2]; Marshall Bern[2]; Eric Carlson[2]; [1]Janssen Research & Development, Cell & Developability Sciences, Spring House, PA; [2]Protein Metrics Inc., San Carlos, CA

**TP 638** Characterization of S-Nitrosylation in Aged Rabbit Using Oxidized Cysteine-Selective cPILOT; Katarena Ford; Vanderbilt University, Nashville, TN

**TP 639** Bothrops Snake Venoms: Glycoproteomic Analysis and the Role of Sialic Acid in Toxin Function.; Carolina Brás Costa[1,2]; Débora Andrade Silva[1,2]; Daniela Cajado Carvalho[1]; Solange Maria de Toledo Serrano[1]; [1]Butantan Institute, São Paulo, Brazil; [2]Chemistry Institute -USP, São Paulo, Brazil

**TP 640** Minimizing Deamidation During the Trypsin Digestion of Proteins; Paul R Collop[1]; Ron Orlando[2]; [1]University of Georgia, Athens; [2]University of Georgia, Athens, GA

**TP 641** A Rapid and Robust Protocol for Disulfide Bond Identification and Validation Using Pepsin/Trypsin Digestion and Spectrum Identification Machine; Chuanlong Cui[1]; Tong Liu[1]; Annie Beuve[1]; Hong Li[1]; [1]Rutgers New Jersey Medical School, Newark, NJ

**TP 642** Analysis of Histones from HEK293 Cells Using a QTOF with Trapped Ion Mobility and PASEF Workflows; Shourjo Ghose[1]; Matthew Willetts[1]; Miranda Gardner[2]; Michael Freitas[2]; Gary Kruppa[1]; [1]Bruker Scientific, Billerica, MA; [2]The Ohio State University, Columbus, OH

**TP 643** Quantitative Proteomics Reveals Differential Huntingtin Ubiquitination and Global Proteome Changes in a Mice Model for Huntington's Disease; Karen A Sap[1]; Arzu Tugce Guler[1]; Aleksandra Bury[1]; Karel Bezstarosti[2]; Jeroen A.A. Demmers[2]; Eric A. Reits[1]; [1]Amsterdam UMC, Amsterdam, Netherlands; [2]Erasmus MC, Rotterdam, Netherlands

**TP 644** The Invisible Link – Connecting Autophagy and Alzheimer's Disease; Tyler R Lambeth[1]; Dylan L. Riggs[2]; Ryan R. Julian[2]; [1]University of California-Riverside, Riverside, CA; [2]University of California, Riverside, Riverside, CA

**TP 645** Orthogonal Approaches for Released N-Glycan Characterization and Quantification; Sean McCarthy[1]; Zoe Zhang[2]; Elliott Jones[2]; [1]SCIEX, Framingham, MA; [2]Sciex, Redwood City, CA

**TP 646** oxSWATH: An Integrative Method for a Comprehensive Redox-Centered Analysis Combined with a Generic Differential Proteomics Screening; Bruno Manadas[1]; Matilde Melo[1]; Liliana R Loureiro[1]; Mário Grãos[1]; Pedro Castanheira[2]; Sandra I. Anjo[1]; [1]Center for Neuroscience and Cell Biology, Cantanhede, Portugal; [2]Biocant, Cantanede, Portugal

PROTEOMICS: INFECTIOUS DISEASES
647-657

**TP 647** Bacterial Identification Using Machine Learning Defined Peptide Signatures and its Validation by a Targeted Proteomics Approach under Routine Conditions; Clarisse Gotti-Barban[1]; Florence Roux-Dalvai[1]; Mickael Leclercq[1]; Frédéric Fournier[1]; Marie-Claude Hélie[2]; Judith Marcoux[1]; Isabelle Kelly[1]; Tabiwang N. Arrey[3]; Cristina C. Jacob[4]; Claire Dauly[3]; Claudia P.B. Martins[4]; Julie Bestman-Smith[5]; Maurice Boissinot[2]; Michel G. Bergeron[2]; Arnaud Droit[1]; [1]Proteomics Platform, CHU de Québec Research Centre, Laval University, Québec, QC; [2]Infectiology Research Centre, CHU de Québec, Laval University, Québec, QC; [3]Thermo Fisher Scientific, Bremen, Germany; [4]Thermo Fisher Scientific, San Jose, CA; [5]Enfant-Jésus Hospital, CHU de Québec, Laval University, Québec, QC

**TP 648** Dynamic Bovine Milk Proteome Alterations during Staphylococcus aureus Infection in Subclinical and Clinical Mastitis; Kiran Ambatipudi[1]; Sudipa Maity[1]; Debiprasanna Das[2]; [1]Indian Institute of Technology Roorkee, Roorkee, India; [2]College of Veterinary Science and Animal Husbandry, Bhubaneswar, India

**TP 649** Identifying the Molecular Mechanisms of Sex-Specific Severity of the Middle East Respiratory Syndrome Coronavirus (MERS-CoV) Using Proteomics; Natarajan Bhanu[1]; Simone Sidoli[1]; Ranran Wu[1]; Neeltje van Doremalen[2]; Vincent Munster[2]; Angela Rasmussen[3]; Benjamin A. Garcia[4]; [1]University of Pennsylvania, Philadelphia, PA; [2]National Institutes of Health, Rocky Mountain Laboratories, Hamilton, MT; [3]Columbia University Mailman School of Public Health, New York City, NY; [4]University of Pennsylvania, Philadephia, PA

**TP 650** Quantitative Proteomics Analyses of Neuronal Cells Exposed to HIV-1 Infected MDM Supernatants with High Cathepsin B Secretion; Camille N. Zenon[1]; Estheisy Roman[2]; Abiel Roche Lima[1]; Kelvin Carrasquillo Carrión[1]; Yadira M Cantres Rosario[1]; Loyda M. Melendez[1]; [1]University of Puerto Rico Medical Sciences Campus, San Juan, PR; [2]Universidad del Este, Carolina, Puerto Rico

**TP 651** Dynamic Proteomic Profiling of the Salmonella-Host Interplay Reveals New Modes of Action for Known and Novel Virulence Factors; Jennifer Geddes-McAlister[1]; Stefanie Vogt[2]; Jennifer Rowland[2]; Sarah Woodward[2]; Baerbel Raupach[3]; Brett Finlay[2]; Felix Meissner[4]; [1]University of Guelph, GUELPH, ON; [2]University of British Columbia, Vancouver, BC; [3]Max Planck Institute for Infectious Biology, Berlin, Germany; [4]Max Planck Institute of Biochemistry, Martinsried, Germany

**TP 652** New Insights in Formaldehyde-Induced Detoxification of the Tetanus Toxin: Chemical Modification Stoichiometry and Characterization of Intra- and Inter-Molecular Cross-Links; Nour AL Turihi[1,2]; Sébastien Peronin[2]; Arnaud Salvador[1]; Fabien Barbirato[3]; Vincent Colombie[3]; Céline Rocca[3]; Catherine Jourdat[3]; Thierry Eynard[3]; Jérôme Lemoine[1]; [1]Institut des Sciences Analytiques, UMR 5280 CNRS Université Lyon 1, Université de Lyon, Villeurbanne, France; [2]MTech, Sanofi Pasteur, Neuville-sur-Saône, France; [3]Sanofi Pasteur, Marcy l'Etoile, France

**TP 653** Analysis of Staphylococcus aureus Infections through Spatially Targeted Micro-Proteomics; Daniel Ryan[1,2]; Nathan H. Patterson[2,3]; James E. Cassat[4,5,6,7]; Eric P. Skaar[1,7,8]; Richard M. Caprioli[1,2,3,9,10]; Jeffrey M. Spraggins[1,2,3]; [1]Department of Chemistry, Vanderbilt University, Nashville, TN; [2]Mass Spectrometry Research

**TUESDAY POSTERS**



Center, Vanderbilt University, Nashville, TN; [3]Department of Biochemistry, Vanderbilt University, Nashville, TN; [4]Department of Pathology, Microbiology and Immunology, Vanderbilt University School of Medicine, Nashville, TN; [5]Department of Pediatrics, Vanderbilt University Medical Center, Nashville, TN; [6]Vanderbilt Center for Bone Biology, Vanderbilt University Medical Center, Nashville, TN; [7]Vanderbilt Institute for Infection, Immunology, and Inflammation, Vanderbilt University Medical Center, Nashville, TN; [8]United States Department of Veterans Affairs, Tennessee Valley Healthcare System, Nashville, TN; [9]Department of Pharmacology, Vanderbilt University, Nashville, TN; [10]Department of Medicine, Vanderbilt University, Nashville, TN

TP 654 **Challenges in Clinical Metaproteomics Highlighted by the Analysis of Acute Leukemia Patients with Gut Colonization by Multidrug-Resistant *Entero bacteriaceae*;** Julia Rechenberger[1]; Patroklos Samaras[1]; Anna Jarzab[1]; Juergen Behr[2]; Martin Frejno[1]; Ana Djukovic[3]; Jaime Sanz[4, 5]; Eva M. González-Barberá[4]; Miguel Salavert[4]; Jose Luis López-Hontangas[4]; Karina B. Xavier[6]; Laurent Debrauwer[7, 8]; Jean-Marc Rolain[9]; Miguel Sanz[4, 5]; Marc Garcia-Garcera[10]; Mathias Wilhelm[1]; Carles Ubeda[3, 11]; Bernhard Kuster[1, 2]; [1]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany; [2]Bavarian Center for Biomolecular Mass Spectrometry, Freising, Germany; [3]Centro Superior de Investigación en Salud Pública-FISABIO, Valencia, Spain; [4]Hospital Universitari i Politècnic La Fe, Valencia, Spain; [5]CIBERONC, Instituto Carlos III, Madrid, Spain; [6]Instituto Gulbenkian de Ciência, Oeiras, Portugal; [7]Toxalim, Université de Toulouse, INRA, INP-ENVT, INP-EI-Purpan, Université de Toulouse 3 Paul Sabatier, Toulouse, France; [8]Axiom Platform, UMR 1331 Toxalim, MetaToul-MetaboHUB, National Infrastructure of Metabolomics and Fluxomics, Toulouse, France; [9]Aix Marseille Univ, IRD, APHM, MEPHI, IHU-Méditerranée Infection, Marseille, France; [10]Department of Fundamental Microbiology, University of Lausanne, Lausanne, Switzerland; [11]Centers of Biomedical Research Network (CIBER) in Epidemiology and Public Health, Madrid, Spain

TP 655 **Analysis of Zika Viral Polyprotein N- and O-glycosylation Using a Novel Lectin-chemoenzymatic Enrichment;** Shuang Yang[1]; Felipe Assis[1]; Wells W. Wu[1]; Johnathan Sjögren[2]; Lisa Parsons[1]; Helén Nyhlén[2]; Philip Onigman[3]; Rong-Fong Shen[1]; Maria Rios[1]; John F. Cipollo[1]; [1]CBER, FDA, Silver Springs, MD; [2]Genovis AB, Lund, Sweden; [3]Genovis Inc., Cambridge, MA

TP 656 **Comprehensive Analysis of the Human Cytomegalovirus Interactome to Identify Key Hubs of Protein Degradation;** Luis Nobre[1]; Katie Nightingale[1]; Benjamin J Ravenhill[1]; Robin Antrobus[1]; Gavin W.G. Wilkinson[2]; Richard J Stanton[2]; Edward L Huttlin[3]; Michael Weekes[1]; [1]University of Cambridge, Cambridge, United Kingdom; [2]University of Cardiff, Cardiff, United Kingdom; [3]Harvard Medical School, Boston, MA

TP 657 **Scalable Proteomic Analysis of Microbes (SPAM): A New Weapon in the Global Fight Against Antimicrobial Resistance;** Annegret Ulke-Lemee[1]; Thomas Rydzak[1]; Laurent Brechenmacher[1]; Soren Wacker[1]; Troy Feener[1]; Mario E. Valdes-Tresanco[1]; Tara Winstone[2]; Sergei Y. Noskov[1]; Deirdre Church[2]; Ian A. Lewis[1]; [1]University of Calgary, Calgary, AB; [2]Calgary Laboratory Services, Calgary, AB

**PROTEOMICS: INTACT PROTEINS**
**658-666**

TP 658 **Multiple Ion Chromatogram (MIC) for Direct Quantification of Intact Proteins Using Q-TOF Mass Spectrometry;** Yonghai Lu[1]; Jie Xing[1]; Djohan Kesuma[1]; Zhaoqi Zhan[1]; [1]Shimadzu Asia Pacific, Singapore, Singapore

TP 659 **Impaired Degradation Dynamics of Synaptic Vesicle Machinery in APPKI Mice;** Nalini R Rao[1]; Ewa Bomba-warczak[1]; Timothy Hark[1]; Jeffrey N. Savas[1]; [1]Northwestern University, Chicago, IL

TP 660 **Mass Spectrometry in the Development of Better Coagulation Tests: Quantitation and Proteoform Characterization of Antithrombin;** Renee Ruhaak[1]; Fred P.H.T.M. Romijn[1]; Mervin Pieterse[1]; Jan Nouta[1]; Nico Smit[1]; Elena Dominguez-Vega[1]; Yuri E.M. van der Burgt[1]; Manfred Wuhrer[1]; Christa M. Cobbaert[1]; [1]LUMC, Leiden, Netherlands

TP 661 **The Strange Case of "Picket Fence" Peaks: A Study in the Complexity of MS/MS Spectra of Protein Ions;** John E. P. Syka[1]; Joshua D. Hinkle[2]; Christopher Mullen[1]; Robert D'Ippolito[2]; Romain Huguet[1]; Lissa C. Anderson[3]; Jeffrey Shabanowitz[2]; Donald F. Hunt[2]; [1]Thermo Fisher Scientific, San Jose, CA; [2]University of Virginia, Charlottesville, VA; [3]NHMFL, Florida State Univ., Tallahassee, FL

TP 662 **A Direct Computational Approach to the Analysis of Multiply Charged Biomolecules and Their Modifications with Electrospray Mass Spectrometry;** Ning Zhang[1]; Shundi Shi[2]; Shenglong Zhang[1]; David Good[2]; Don Kuehl[4]; Yongdong Wang[4]; [1]Department of Life Sciences, New York Institute of Technology, New York, NY; [2]Department of Chemical Engineering, Columbia University, New York, NY; [3]Covance Laboratories Inc., Madison, WI; [4]Cerno Bioscience, Norwalk, CT

TP 663 **Top-down Proteomics and Metabolomics based Profiling and Characterization of Collagen by LC-QTOF-MS;** Tao Jiang[1]; Todd Osiek[1]; Xuejun Peng[2]; [1]Mallinckrodt, Hazelwood, MO; [2]Bruker Daltonics Inc., San Jose, CA

TP 664 **Liquid Chromatography – Triple Quadrupole Mass Spectrometry for Top-Down Quantitative Analysis of Low Abundance Intact Proteins from Biological Samples;** Katarina Marakova[1]; Joshua Lee Isaacs[2]; Alex J Rai[3]; Kevin A Schug[2]; [1]Comenius University in Bratislava, Bratislava, Slovakia; [2]The University of Texas at Arlington, Arlington, TX; [3]Columbia University, New York, NY

TP 665 **1400 Proteoforms Identified from Five Micrograms of Escherichia coli Proteins Using Online 2D pH RP/RPLC Top-Down Mass Spectrometry;** Zhe Wang[1]; Dahang Yu[1]; Xiaowen Liu[2]; Kenneth Smith[3]; Si Wu[1]; [1]University of Oklahoma, Norman, OK; [2]IUPUI, Indianapolis, IN; [3]Oklahoma Medical Research Foundation, Oklahoma City, OK

TP 666 **"Intact Proteomictrum" from Intact-Protein List between 10kDa to 200kDa in Eukaryotic Cell with in Trap-MALDI Mass Spectrometer;** Shih-Chieh Yang[1]; Szu-Wei Chou[1]; Yi-Teng Hsiao[1]; pin-duo lee[1]; [1]AcroMass technologies, Inc., Taipei, Taiwan

**PROTEOMICS: NEW APPROACHES I**
**667-694**

TP 667 **Toward Robust and High-Throughput Single Cell Proteomics Based on TMT Based Nanodroplet Sample Processing and Ultrasensitive LC-MS;** Maowei Dou[1]; Geremy C. Clair[1]; William B. Chrisler[1]; Kerui Xu[1]; Ryan L. Sontag[1]; Rui Zhao[1]; Ronald J. Moore[1]; Derek Bailey[2]; Greg A. Foster[2]; Daniel Lopez-Ferrer[2]; Richard D. Smith[1]; Wei-Jun Qian[1]; Ryan T. Kelly[1, 3]; Charles K. Ansong[1]; Ying Zhu[1]; [1]Pacific Northwest National Laboratory, Richland, WA; [2]Thermo Fisher Scientific, San Jose, CA; [3]Brigham Young University, Provo, UT

TP 668 **Application of Probabilistic Information Retrieval for Ultra Rapid Peptide Sequencing Utilizing Comprehensive Protein Isoform Databases;** Jeffrey J. Jones[1]; Ryan Benz[1]; [1]SoCal Bioinformatics Inc., Montrose, CA

TP 669 **Extremely Long-Lived Mitochondrial Proteins in Neuronal Health and Aging;** Ewa Bomba-warczak[1]; Jeffrey N. Savas[1]; [1]Northwestern University, Chicago, IL



**TP 670**  **Single Cell Proteomic Analysis Using PASEF;** Catherine C L Wong; *Center for Precision Medicine Multiomics Research, Peking University, Beijing, China*

**TP 671**  **Enriching Low Abundance APEX2 Biotin Modifications from Complex Mixtures;** Morgan Hepburn[1]; Frances Snider[1]; James D McGhee[1]; David C Schriemer[1]; [1]*University of Calgary, Calgary, AB*

**TP 672**  **Spatiotemporally-Precise Proximity Proteomics Reveals Nuclear Lamina-Peripheral Chromatin Interactome *in vivo*;** Xi Zhang[1]; Kanishk Abhinav[2]; Tess Branon[3]; Alice Ting[3]; John R. Yates, III[2]; Larry Gerace[2]; [1]*Scripps, La Jolla; [2]Scripps Research, La Jolla, CA; [3]Stanford University, Stanford, CA*

**TP 673**  **Ultra-Fast Proteomics Enabled by Scanning SWATH and High-Flow Chromatography;** Christoph B Messner[1]; Vadim Demichev[2, 3]; Spyros Vernardis[3]; Nic Bloomfield[4]; Gordana Ivosev[4]; Fras Wasim[4]; Stephen Tate[4]; Kathryn Lilley[2]; Markus Ralser[3, 5]; [1]*Francis Crick Institute, London, United Kingdom; [2]Department of Biochemistry, University of Cambridge, Cambridge, United Kingdom; [3]The Francis Crick Institute, London, United Kingdom; [4]SCIEX, Concord, ON; [5]Charité, Berlin, Germany*

**TP 674**  **Proteomic Analysis of *Rhizopus microsporus* IOC4686 Fungus Isolated from Mining Environment: Screening for Protein Biomarkers Induced by Copper;** Meriellen Dias[1]; Thalles Jocelino Gomes de Lacerda[2]; Lidiane Maria Andrade[1]; Claudio Augusto Oller do Nascimento[1]; Enrique Eduardo Rozas Sanchez[1]; Maria Anita Mendes[1]; [1]*Dempster MS Lab- Poli-USP, Sao Paulo, Brazil; [2]Federal University of São Paulo, Sao Paulo-SP, Brazil*

**TP 675**  ***Chlorella vulgaris* Microalgae: Proteomic Changes Due to Copper;** Lidiane Maria de Andrade[1]; Meriellen Dias[2]; Cristiano José de Andrade[3]; Maria Anita Mendes[2]; Jorge Alberto Soares Tenório[4]; Claudio Augusto Oller Nascimento[2]; [1]*Dempster MS Lab- Poli-USP, São Paulo, Brazil; [2]Dempster MS Lab- Poli-USP, Sao Paulo, Brazil; [3]LiEB – Integrated Laboratory of Biological Engineering - Department of Chemical Engineering and Food Engineering - Federal University of Santa Catarina (UFSC), Florianópolis, Brazil; [4]LAREX-Laboratory of Recycling, Waste Treatment and Extraction-Poli-USP, São Paulo, Brazil*

**TP 676**  **Novel Functional Proteomic Approach to Dissect G9a Interactomes Associated with Breast Tumorigenesis;** Adil Muneer[1]; Ling Xie[1]; Li Wang[1]; Jin Jian[2]; Xian Chen[1, 3]; [1]*Department of Biochemistry & Biophysics, University of North Carolina at Chapel Hill, Chapel Hill, NC; [2]Department of Pharmacological Sciences and Oncological Sciences, Icahn School of Medicine at Mount Sinai, New York City, NY; [3]Lineberger Comprehensive Cancer Center, University of North Carolina at Chapel Hill, Chapel Hill, NC*

**TP 677**  **Comparison and Optimization of Exosome Digestion and Fractionation Methods for Discovery Proteomic Analysis;** Elizabeth Nunn[1]; Nancy Sharkawy[1]; Amy-Joan L. Ham[1]; [1]*Belmont University, Nashville, TN*

**TP 678**  **Moving Towards Single-Cell Proteomics on a TIMS-qTOF Mass Spectrometer with PASEF;** Andreas-David Brunner[1]; Florian Meier[1]; Markus Lubeck[2]; Niels Goedecke[2]; Heiner Koch[2]; Scarlet Koch[2]; Oliver Raether[2]; Matthias Mann[1]; [1]*Max-Planck Institute of Biochemistry, Planegg, Germany; [2]Bruker Daltonik GmbH, Bremen, Germany*

**TP 679**  **Cysteine Directed Proteolysis for Middle Down Proteomics;** Joe R. Cannon[1]; J. Wade Harper[2]; Mark Cancilla[1]; [1]*Merck & Co., Inc., West Point, PA; [2]Harvard Medical School, Boston, MA*

**TP 680**  **Proteomic Characterization of RAS-Signaling;** German Monogarov[1]; Audrey Bettourn[2]; Yael Aylon[2]; Moshe Oren[2]; Jeroen Krijgsveld[1]; [1]*German Cancer Research Center (DKFZ), Heidelberg, Germany; [2]Weizmann Institute of Science, Rehovot, Israel*

**TP 681**  **Microflow DIA Using 15min Gradients Analyzes 40 Tumor Proteomes per Day and Effectively Detects Promising Protein Biomarkers;** Rui Sun[1]; Christie Hunter[2]; Chen Chen[3]; Huanhuan Gao[1]; Xue Cai[1]; Qiushi Zhang[1]; Bo Wang[1]; Xiaoyan Yu[4]; Xiaodong Teng[4]; Lirong Chen[5]; Ruedi Aebersold[6]; Yi Zhu[1]; Tiannan Guo[1]; [1]*School of Life Sciences, Westlake University, 18 Shilongshan Road, Hangzhou 310024, Zhejiang Province, China, Hang Zhou, China; [2]Sciex, Redwood City, CA; [3]Sciex, Shanghai, China; [4]Department of Pathology, The First Affiliated Hospital of College of Medicine, Zhejiang University, Hangzhou, China; [5]Department of Pathology, The Second Affiliated Hospital, Zhejiang University School of Medicine, Hangzhou, China; [6]Department of Biology, Institute of Molecular Systems Biology, ETH Zurich, Switzerland, Switzerland*

**TP 682**  **A Novel Strategy Enabled by a Photo-Cleavable Surfactant for Extracellular Matrix Proteomics;** Samantha J Knott[1]; Kyle Brown[1]; Bifan Chen[1]; Ying Ge[1, 2, 3]; [1]*The University of Wisconsin Madison's Department of Chemistry, Madison, WI; [2]The University of Wisconsin Madison's Department of Cell and Regenerative Biology, Madison, WI; [3]The University of Wisconsin Madison's Human Proteomics Training Program, Madison, WI*

**TP 683**  **Comprehensive Evaluation of Shotgun Proteomics Using Thermo Scientific Orbitrap Fusion Lumos Mass Spectrometer with FAIMS Pro Interface;** Yue Zhou[1]; Min Huang[1]; Xiangyun Yang[1]; Mo Hu[1]; Jing Li[1]; [1]*Thermo Fisher Scientific, Shanghai, China*

**TP 684**  **New Insights on Marfan Syndrome from Comparative N-Terminomics of Human Marfan and Non-Diseased Aortas;** Daniel Martin[1]; Frank Cikach[1]; Emidio Germano[1]; Eric Roselli[1]; Suneel Apte[1]; [1]*Cleveland Clinic, Cleveland, OH*

**TP 685**  **Enhancing the Isolation of DNA-Binding Protein from Yeast for High Confidence Interactome Analysis;** Ali Shariat-Panahi[1]; Aditya Mojumdar[1]; Jennifer A. Cobb[1]; David C. Schriemer[1]; [1]*Department of Biochemistry and Molecular Biology, University of Calgary, Calgary, AB*

**TP 686**  **Effects of Different Tissue Preserving Methods on Proteomic Results;** Ruiqi Jian[1]; Lihua Jiang[1]; Huaying Fang[1]; Meng Wang[1]; Joanne Chan[1]; Hua Tang[1]; Mike Snyder[1]; [1]*Stanford University School of Medicine, Palo Alto, CA*

**TP 687**  **Plasma Proteomics Goes High Throughput;** Raphael A Heilig[1]; Thomas Kosinski[2]; Yuxin Mi[3]; Katie L Burnham[3]; Julian C Knight[3]; Heiner Koch[2]; Roman Fischer[1]; [1]*Target Discovery Institute, Nuffield Department of Medicine, University of Oxford, Oxford, United Kingdom; [2]Bruker Daltonik GmbH, Bremen, Germany; [3]Wellcome Centre for Human Genetics, University of Oxford, Oxford, United Kingdom*

**TP 688**  **Large Scale Un-Depleted Human Serum Proteome Profiling and Targeted LC-MS/MS Evaluation toward Biomarker Discovery for Alzheimer's Disease;** Kaushik Kumar Dev[1]; Hong Wang[1]; Mingming Niu[1]; Xusheng Wang[1]; yuxin Li[1]; Ji-Hoon cho[1]; Haiyan Tan[1]; Ashutosh Mishra[1]; Anthony High[1]; Thomas G Beach[3]; Junmin Peng[1]; [1]*St Jude Children's Research Hospital, memphis, TN; [2]St Jude Children's Research Hospital, Memphis, TN; [3]Banner Sun Health Research Institute, Sun City, AZ*

**TP 689**  **The Ultra-Soft Picosecond-Infrared Laser - Multi-Tool for Sampling Tissues for Mass Spectrometric Omics;** Hartmut Schluter[1]; Marcel Kwiatkowski[2]; Marcus Wurlitzer[1]; Andrey Krutilin[1, 3]; Frederik Busse[3]; Sascha Epp[3]; Nils-Owe Hansen[3]; Wesley Robertson[3, 4]; Dwayne R.J. Miller[3]; [1]*UKE - Mass Spec Proteomics, Hamburg, Germany; [2]University of Groningen Faculty of Mathematics & Natural Sciences Pharmacokinetics, Toxicology and Targeting, Groningen, Netherlands; [3]Max Planck Institute for the Structure & Dynamics of Matter, Atomically Resolved*


Dynamics Division, Hamburg, Germany; [4]Georgia Institute of Technology, Georgia Tech Research Institute, Quantum Systems Division, Atlanta, GA 30318

**TP 690  A Novel, Small Molecule-Based Method for Tunable Cell-Surface Proximity Labeling to Enable Mapping of Immunomodulatory Receptor Protein Interactions;** Rob Oslund[1]; Niyi Fadeyi[1]; Tamara Reyes Robles[1]; Cory White[1]; Jake Tomlinson[1]; Kelly Crotty[1]; David H. Perlman[1]; Lee Roberts[1]; Grazia Piizzi[1]; Erik Hett[1]; [1]Merck Exploratory Sciences Center, Cambridge, MA

**TP 691  A Labeling Enrichment Method Based on Synergistic and Reversible Covalent Interactions for Selene Protein Analysis;** Qingshi Meng[1]; Hongfu zhang[1]; Xiaohui feng[1]; [1]Institute of Animal Sciences, CAAS, Beijing, China

**TP 692  Enhancing the Sensitivity of Microflow-Based Bottom-Up Proteomic Analyses by the Post-Column Addition of Organic Solvent Modifiers;** Ute Distler[1]; Mateusz Krzysztof Łącki[1]; Markus Wanninger[2]; Stefan Tenzer[1]; [1]University Medical Center Mainz, Mainz, Germany; [2]Waters Corporation, Milford, MA

**TP 693  Combined Use of SAXS and LC-QTOF-MS in Structural Elucidation of Complex Biomolecules;** Hlengilizwe Nyoni[1]; Bhekie B. Mamba[1]; Titus TAM Msagati[1]; [1]University of South Africa, Johannesburg, South Africa

**TP 694  Utilizing Metabolic Isotope Labels to monitor protein and Lipid Metabolism to Integrate Alzheimer's Risk Factors into a Cohesive Model;** Joseph Creery[1]; Russell Denton[1]; Isabella James[1]; Kyle J Cutler[1]; John Price[2]; [1]Brigham Young University, Provo, UT; [2⁴], Provo, UT

**PROTEOMICS: QUANTITATIVE II**
**695-717**

**TP 695  Understanding the Underlying Biological Pathways Affected by Treatment of Triple Negative Breast Cancer with Novel Natural Product Derivatives;** Alisha Birk[1]; Catherine C. Going[1]; Dhanir Tailor[2]; Vineet Kumar[2]; Abel Bermudez[1]; Fernando Garcia-Marqués[1]; Mallesh Pandrala[2]; Angel Resendez[2]; Meghan A. Rice[1]; Tanya Stoyanova[1, 3]; Sanjay V. Malhotra[1, 2, 3]; Sharon J. Pitteri[1, 3]; [1]Department of Radiology, Canary Center at Stanford for Cancer Early Detection, Stanford University School of Medicine, Palo Alto, CA; [2]Department of Radiation Oncology, Stanford University School of Medicine, Palo Alto, CA; [3]Stanford Cancer Institute, Stanford University School of Medicine, Stanford, CA

**TP 696  Block Design Enables Highly Reproducible Label-Free Quantitative Proteomics to Profile Cell Responses to Engineered Nanomaterials;** Tong Zhang[1]; Matthew J Gaffrey[1]; Becky M Hess[1]; Karl K Weitz[1]; Ronald J. Moore[1]; Brian D Thrall[1]; Wei-Jun Qian[1]; [1]Pacific Northwest National Laboratory, Richland, WA

**TP 697  Arc-Negative Extracellular Vesicles Promote Bidirectional Synaptic Communication through CaMKII;** Yi-Zhi Wang[1]; Samuel N. Smukowski[1]; Claire Piochon[1]; Ewa Bomba-warczak[1]; Qionger He[1]; Stacy A. Marshall[1]; Elizabeth T. Bartom[1]; Ali Shilatifard[1]; Anis Contractor[1]; Jeffrey N. Savas[1]; [1]Northwestern University, Chicago, IL

**TP 698  Multiplex TMT Based Protein Quantification on timsTOF Pro with Parallel Accumulation and Serial Fragmentation Method;** Pei Liu[1]; Brian P. Mooney[1]; Michael Sussman[2]; C. Michael Greenlief[1]; [1]University of Missouri, Columbia, MO; [2]University of Wisconsin-Madison, Madison, WI

**TP 699  Quantitative Proteomics: A New Tool for Understanding the Complexity of a Fermentation Media and the Upstream Process of Bacterial Vaccine;** Sébastien Peronin[1]; Julia Novion-Ducassou[1]; Thierry Eynard[1]; [1]Sanofi Pasteur, Neuville-sur-Saône, France

**TP 700  Dawn to Sunset Fasting for Four Weeks Has A Unique Proteomic Signature in Healthy Subjects;** Antrix Jain[1]; Sung Yun Jung[1]; Mustafa Abdulsada[1]; Antone Opekun[1]; Anna Malovannaya[1]; Prasun Jalal[1]; Ayse Mindikoglu[1]; [1]Baylor College of Medicine, Houston, TX

**TP 701  Determining and Characterizing Substrates of Impaired Protein Degradation in Models of Alzheimer's Disease;** Timothy Hark[1]; Ewa Bomba-Warczak[1]; Samuel N. Smukowski[1]; Laith Ali[1]; Jeffrey N. Savas[1]; [1]Northwestern University, Chicago, IL

**TP 702  Bayesian Confidence Intervals for Multiplexed Proteomics Integrate Ion Statistics with Peptide Quantification Concordance;** Leonid Peshkin[1]; Meera Gupta[2]; Lillia Ryazanova[2]; Martin Wuhr[2]; [1]Harvard Medical School, Boston, MA; [2]Princeton University, Princeton, NJ

**TP 703  A Super-Silac Method to Assess Myogenesis in Healthy vs Dystrophin-Deficient Muscle Cells;** Mansi V Goswami[1]; Emily Canessa[1]; Yetrib Hathout[1]; [1]School of Pharmacy and pharmaceutical Sciences, University of Binghamton, Binghamton, NEW YORK

**TP 704  Molecular Phenotypes Identification by Proteomic Profiling in Nemaline Myopathy Using timsTOF Pro Mass Spectrometer;** Liwen Zhang[1]; Sophie R. Harvey[1]; Rebecca A. Slick[2, 3, 4]; Jennifer A. Tinklenberg[2, 3, 4]; Federica Montanaro[5]; Michael W. Lawlor[2, 3]; [1]The Ohio State University, Columbus, OH; [2]Department of Physiology, Medical College of Wisconsin,, Milwaukee, WI; [3]Division of Pediatric Pathology, Department of Pathology and Laboratory Medicine and Neuroscience Research Center Medical College of Wisconsin,, Milwaukee, WI; [4]Clinical and Translational Science Institute of Southeast Wisconsin, Medical College of Wisconsin,, Milwaukee, WI; [5]Institute of Child Health, University College London, London, United Kingdom

**TP 705  Spatially-Resolved Neuroproteomics with IonStar Reveals Differential Landscapes of Signal Transduction Dysregulation in a Rat Ischemic Stroke Model;** Shichen Shen[1]; Min Ma[2]; Ming Zhang[1]; David Poulsen[1]; Jun Qu[1]; [1]University at Buffalo, Buffalo, NY; [2]Roswell Park Comprehensive Cancer Center, Buffalo, NY

**TP 706  Elucidating Novel Mechanisms of Action and Effects on Biological Pathways of Next Generation Anti-Cancer/Bacteria Complexes using UHR-MS/MS;** Kung Ching Cookson Chiu[1]; Yuko P. Y. Lam[1]; Christopher A. Wootton[1]; Hannah Bridgewater[1]; Feng Chen[1]; Mark P. Barrow[1]; John Moat[1]; Peter J. Sadler[1]; Peter B. O'Connor[1]; [1]University of Warwick, Coventry, United Kingdom

**TP 707  Insights into NEDD8 Inhibition on Proteostasis with Multiplexed Proteome Dynamics Profiling and super-Resolution Orbitrap Mass Spectrometry;** Nico Zinn[1]; Konstantin Alzikov[2]; Dmitry Grinfeld[2]; Arne Kreutzmann[2]; Daniel Mourad[2]; Oliver Lange[2]; Maria Fälth-Savitski[1]; Markus Queisser[3]; Alexander Makarov[2]; Marcus Bantscheff[1]; [1]Cellzome, a GSK company, Heidelberg, Germany; [2]Thermo Fisher Scientific, Bremen, Germany; [3]GSK, Stevenage, United Kingdom

**TP 708  Carrier Proteome Effect in Mass Spectrometry Based Approaches to Single Cell Proteomics;** Christopher M. Rose[1]; Atticus McCoy[1]; Donald S. Kirkpatrick[1]; [1]Genentech, Inc., South San Francisco, CA

**TP 709  Intact Glycopeptide Analysis of Triple Negative Breast Cancer Cell Lines Using IsoTaG;** Fernando Garcia-Marques[1]; Catherine C. Going[1]; Abel Bermudez[1]; Marc D Driessen[2]; Alisha Birk[1]; Carolyn R Bertozzi[2]; Christina Woo[3]; Sharon J. Pitteri[1]; [1]Stanford University School of Medicine, Canary Center at Stanford for Cancer Early Detection, Palo Alto, CA; [2]Department of Chemistry and Howard Hughes Medical Institute, Stanford University, Stanford, CA; [3]Department of Chemistry and Chemical Biology, Harvard University, Cambridge, MA

TP 710   **Isobaric Reporter Ion Cascades for High Capacity Multiplexing;** Brian Erickson[1]; Ryan Kunz[1]; Steven P Gygi[2]; Craig Braun[1]; [1]Q Proteomics LLC, Cambridge, MA; [2]Harvard Medical School, Boston, MA

TP 711   **Detection of Peptide Level Changes in Cerebro Spinal Fluid Proteomes of Neurodegenerative Disease by Data-Independent Acquisition;** Deanna Plubell[1]; Eric Huang[1]; Michael S. Bereman[2]; Thomas Montine[3]; Michael J MacCoss[1]; [1]University of Washington, Genome Sciences, Seattle, WA; [2]North Carolina State University, Raleigh, NC; [3]Stanford University, Stanford, CA

TP 712   **Investigation and Characterization of the Jumping Translocation Breakpoint (JTB) Protein Using Mass Spectrometry Based Proteomics;** Madhuri Jayathirtha[1]; Devika Channaveerappa[1]; Kangning Li[1]; Costel C Darie[1]; [1]Clarkson University, Potsdam, NY

TP 713   **Effects to the Human Proteome Due to Legacy Chemical Exposure in the Great Lakes;** Emmalyn J Dupree[1]; Bernard Crimmins[1]; Thomas Holsen[1]; James Pagano[2]; Brooke Thompson[3]; Krista Christensen[3]; Michelle Raymond[3]; Jon Meiman[3]; Costel C Darie[1]; [1]Clarkson University, Potsdam, NY; [2]SUNY Oswego, Oswego, NY; [3]Wisconsin Department of Health Services, Madison, WI

TP 714   **High-Throughput Quantitative Profiling of Small GTPases in Brain Tissues of Alzheimer's Disease Patients;** Ming Huang[1]; Yinsheng Wang[2]; [1]University of California, Riverside, CA; [2]University of California, Riverside, Riverside, CA

TP 715   **Discovery of Novel Guanine-Quadruplex-Unwinding Proteins;** Zi Gao[1]; Lin Li[1]; Preston Williams[1]; Yinsheng Wang[1]; [1]University of California, Riverside, Riverside, CA

TP 716   **Quantitative Profiling of Small GTPases in Secretome of Cultured Human Cancer Cells Using Scheduled MRM Coupled with Stable Isotope-Labeled Peptides;** Tianyu Qi[1]; Ming Huang[1]; Yinsheng Wang[1]; [1]UC Riverside, Riverside, CA

TP 717   **Proteome Quality Control Addressing Qualitative and Quantitative Needs for Trapped Ion Mobility Spectrometry and Parallel Accumulation Serial Fragmentation;** Michael Krawitzky[1]; Chris Adams[1]; Conor Mullens[2]; Shourjo Ghose[2]; Matthew Willetts[2]; Gary Kruppa[2]; [1]Bruker Daltonics Inc., San Jose, CA; [2]Bruker Daltonics Inc., Billerica, MA

**PROTEOMICS: TOP DOWN ANALYSIS II
718-737**

TP 718   **Proteoform Family Identification and Quantification Using Proteoform Suite;** Leah V Schaffer[1]; Michael R Shortreed[1]; Anthony J Cesnik[1]; Jarred W Rensvold[2]; Adam Jochem[2]; Trisha Tucholski[1]; Mark Scalf[1]; Brian L Frey[1]; Ying Ge[1]; David J Pagliarini[1, 2]; Lloyd M Smith[1]; [1]University of Wisconsin - Madison, Madison, WI; [2]Morgridge Institute for Research, Madison, WI

TP 719   **An Iodine-Based N-Terminal Mass Defect Labelling Strategy for Improved de novo Top-Down Protein Sequencing;** Lavrentis Dimitrios Galanopoulos[1]; Lennete Kjaer[1]; Adam Karpinski[2]; Sam Hughes[1]; David J Clarke[1]; [1]University of Edinburgh, Edinburgh, United Kingdom; [2]University of Warsaw, Warsaw, Poland

TP 720   **FLASHDeconv: Ultra-Fast High-Quality Deconvolution Enables Online Processing of Top-Down MS;** Kyowon Jeong[1]; Jihyung Kim[1]; Manasi Gaikwad[2]; Siti Nurul Hidayah[2]; Hartmut Schlüter[2]; Oliver Kohlbacher[1, 3, 4, 5, 6]; [1]Applied Bioinformatics, Department for Computer Science, University of Tübingen, Tübingen, Germany; [2]Mass Spectrometric Proteomics, Institute of Clinical Chemistry and Laboratory Medicine, Campus Forschung, Universitätsklinikum Hamburg-Eppendorf, Hamburg, Germany; [3]Center for Bioinformatics, University of Tübingen, Tübingen, Germany; [4]Center for Quantitative Biology, University of Tübingen, Tübingen, Germany; [5]Biomolecular Interactions, Max Planck Institute for Developmental Biology, Tübingen, Germany; [6]Translational Bioinformatics, University Hospital Tübingen, Tübingen, Germany

TP 721   **Isotope Pattern Matching Software for Mass Analysis of Intact Proteins;** Greg T. Blakney[1]; Lissa C Anderson[1]; Allen G. Marshall[1]; Christopher L. Hendrickson[1, 2]; [1]National High Magnetic Field Laboratory, Florida State University, Tallahassee, FL; [2]Florida State University, Tallahassee, FL

TP 722   **A Fast and High-Throughput Sample Preparation Platform Coupled with Top-Down Mass Spectrometry for Therapeutic Antibody Analysis;** Hae-Min Park[1]; Jared Drader[2]; Valerie J. Winton[1]; Sheri Manalili-Wheeler[2]; Neil L. Kelleher[1]; Philip D. Compton[2]; [1]Northwestern University, Evanston, IL; [2]Integrated Protein Technologies, Inc., Evanston, IL

TP 723   **Comprehensive Characterization of Kinases by Top-Down Mass Spectrometry;** Zhijie Wu[1]; Yutong Jin[1]; Bifan Chen[1]; Ying Ge[1]; [1]University of Wisconsin, Madison, Madison, WI

TP 724   **Early Diagnostics of Clinical Samples by Top-Down Proteomics Using Capillary Electrophoresis-Electrospray Ionization-Mass Spectrometry (CESI-MS);** Amir Prior[1]; David Morgenstern[1]; Alexandra Gabashvili[1]; Dalia Elinger[1]; Hila Wolf-Levy[1]; Moshe E. Gatt[2]; Yishai Levin[1]; [1]Weizmann Institute of Science, Rehovot, Israel; [3]Hadassah-Hebrew University Medical School, Jerusalem, Israel

TP 725   **High-Throughput Top-Down FAIMS Data Analysis with ProSight PD Nodes in the Thermo Scientific Proteome Discoverer Software;** Susan E. Abbatiello[1]; Michael W. Belford[2]; Philip D. Compton[3]; Kenneth R. Durbin[4]; Ryan Fellers[4]; Vincent Gerbasi[3]; Joseph Greer[4]; Mick Greer[4]; David Horn[2]; Romain Huguet[2]; Neil L. Kelleher[3]; Richard LeDuc[4]; Scott M. Peterman[2]; Paul M Thomas[3]; [1]Northeastern University, Boston, MA; [2]Thermo Fisher Scientific, San Jose, CA; [3]Northwestern University, Evanston, IL; [4]Proteinaceous, Inc., Evanston, IL; [5]Thermo Fisher Scientific, Austin, TX

TP 726   **Proteomic Characterization of Truncated Proteoforms in MDSC Extracellular Vesicles;** Dapeng Chen[1]; Fabio P Gomes[1]; Suzanne Ostrand-Rosenberg[2]; Catherine Fenselau[1]; [1]Department of Chemistry and Biochemistry, University of Maryland, College Park, MD; [2]Department of Biological Sciences, University of Maryland Baltimore County, Baltimore, MD

TP 727   **Top Down Quantitation of Oxidative Proteomics;** Surendar Tadi[1]; Joshua S Sharp[2]; [1]University of Mississippi, Oxford, MS; [2]University of Mississippi, University, MS

TP 728   **Native State Chemical Tagging Approaches for the Free Radical-Initiated Sequencing of Intact Protein Complexes;** Carolina Rojas Ramirez[1]; Daniel A. Polasky[1]; Brandon T. Ruotolo[1]; [1]University of Michigan, Ann Arbor, MI

TP 729   **Direct Thermal Proteome Profiling Using Quantitative Top-Down Proteomics;** Kellye A Cupp-Sutton[1]; Zhe Wang[1]; Si Wu[1]; [1]University of Oklahoma, Norman

TP 730   **MASH Explorer, a Universal, Comprehensive, and User-Friendly Software Environment for Top-down Proteomics;** Sean J McIlwain[1]; Zhijie Wu[2]; Kent Wenger[3]; Molly Wetzel[3]; Trisha Tucholski[2]; Xiaowen Liu[4, 5]; Ruixiang Sun[6]; Irene M Ong[1, 7]; Ying Ge[2, 3, 8, 9]; [1]Department of Biostatistics and Medical Informatics, University of Wisconsin, Madison, WI; [2]Department of Chemistry, University of Wisconsin-Madison, Madison, WI 53706; [3]Department of Cell and Regenerative Biology, University of Wisconsin-Madison, Madison, WI; [4]Department of BioHealth Informatics, Indiana University-Purdue



University Indianapolis, Indianapolis, Indiana; [5]Center for Computational Biology and Bioinformatics, Indiana University School of Medicine, Indianapolis, Indiana; [6]Institute of Computing Technology, CAS, Beijing, China; [7]Department of Obstetrics and Gynecology, University of Wisconsin-Madison, Madison, WI; [8]Molecular and Cellular Pharmacology Program, University of Wisconsin, Madison, WI; [9]Human Proteomics Program, School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI

**TP 731** Comparison of ECD versus ETD for Low-Charge State Proteins in Orbitrap and Q-ToF Instruments; Yury V. Vasil'ev[1,2]; Jared B. Shaw[3]; Valery G. Voinov[1,4]; Joseph C. Meeuwsen[5]; Nathan I. Lopez[1,2]; Joseph S. Beckman[2,6]; [1]Linus Pauling Institute, Oregon State University, Corvallis, OR; [2]e-MSion, Inc., Corvallis, OR; [3]Pacific Northwest National Laboratory, Richland, WA; [4]e-Msion Inc., Corvallis, OR; [5]Oregon State University, Crovalis, OR; [6]Linus Pauling Institue, Oregon State University, Corvallis, OR

**TP 732** Targeting a Subset of the Membrane Proteome for Top-Down Mass Spectrometry; the Proteolipids that Extract into Chloroform; Whitaker Cohn[1]; Lucy Gao[1]; Julian Whitelegge[1]; [1]University of California LA, Los Angeles, CA

**TP 733** Deep Intact Proteome Quantification Using Protein-Level Tandem Mass Tag (TMT) Labeling and Online 2D Liquid Chromatography; Dahang Yu[1]; Zhe Wang[1]; Kellye A Cupp-Sutton[1]; Kenneth Smith[2]; Xiaowen Liu[3]; Si Wu[1]; [1]University of Oklahoma, Norman, OK; [2]Oklahoma Medical Research Foundation, Oklahoma City, OK; [3]Indiana University-Purdue University Indianapolis, Indianapolis, IN

**TP 734** Investigating the Stability of Linear Polyacrylamide Coating for Capillary Zone Electrophoresis-Tandem Mass Spectrometry-Based Top-Down Proteomics; Tian Xu; Michigan State University, East Lansing, MI

**TP 735** Top-Down Proteomics in Support of the Industrial Milk Production Process; Catherine Rawlins[1,2]; Stéphane Claverol[2]; Audrey Romelard[2]; Caroline Tokarski[1,2]; [1]Institute of Chemistry and Biology of Membrane and NanoObjects, UMR CNRS 5248, Bordeaux, France; [2]Proteome Platform, Center of Functional Genomics of Bordeaux, University of Bordeaux, Bordeaux, France; [3]Ingredia Dairy Experts, Arras, France

**TP 736** Investigating the Protein Recovery of Membrane-Based Sample Preparation Methods for Top-Down Proteomics; Qianjie Wang; Michigan State University, East Lansing, MI

**TP 737** Top-Down Analysis of Snake Venom Proteoforms through de novo Sequencing; Kira Vyatkina[1]; Daniel Petras[2]; [1]SPb Academic University, St Petersburg, Russian Federation; [2]University of California, San Diego, CA

SMALL MOLECULES: QUALITATIVE ANALYSIS
738-756

**TP 738** Interpretation of Mass Spectrometric Data for Structure Elucidation of a New Endogenous Organosulfur Metabolite; Qibo Zhang[1]; Lisa A. Ford[1]; Anne M. Evans[1]; Douglas R. Toal[1]; [1]Metabolon, Morrisville, NC

**TP 739** Mass Spectroscopic Analysis of Phenol Derivatives by Gibbs Reaction; Sabyasachy Mistry; Purdue University, West Lafayette

**TP 740** An Efficient Approach to Oligomer Screening of Extractables Samples Using Liquid Chromatography Quadrupole Time-of-flight Mass Spectrometry (LC/Q-TOF); Kuang-Wei Yang[1]; Jin Ren[1]; Benben Song[1]; [1]Pall Corporation, Westborough, MA

**TP 741** Pharmaceutical Degradation Product Profiling on an Orbitrap ID-X Tribrid Mass Spectrometry Platform; G. Charles Cheng[1]; Kate J. Comstock[2]; Xiaojie C. Ding[2]; Seema Sharma[2]; [1]Blueprint Medicines, Cambridge, MA; [2]Thermo Fisher Scientific, San Jose, CA

**TP 742** Investigation and Profiling of Organic Solvent Based Lithium Ion Battery Electrolytes and the Decomposition Products; Nan Hu; Agilent Technologies, Beijing, China

**TP 743** An Alternative Screening Protocol for Determining Amines in Industrial Materials Using Combined Flow Injection (FI) Electrospray-TOFMS and Electrospray-TOFMS/MS Methods; Dale A. Willcox[1]; Jenan M. Elias[2]; Kelli Magarelli[1]; Marshall Henry[1]; [1]Intertek Allentown, Allentown, PA; [2]Intertek, Allentown, PA

**TP 744** Identification of Degradation Products of Epirubicin Based on multiple heart-cut2D LC-Q TOF; Yaping Zhang[1]; Hui Ouyang[2]; Congfang Lai[3]; [1]Agilent Technologies, Shanghai, China; [2]Jiangxi University of Traditional Chinese Medicine, Nanchang, China; [3]Agilent Technologies(China) Co. Ltd., Beijing, China

**TP 745** Elucidating Disperse Dye Photodegradation Pathways Using Tandem Mass Spectrometry and Density Functional Theory; Ciera E Cipriani[1]; Erol Yildirim[2]; Cody P Zane[1]; Stephanie E Atkinson[1]; Nelson R Vinueza[1]; Melissa A Pasquinelli[1]; [1]Wilson College of Textiles, North Carolina State University, Raleigh, NC; [2]Institute of High Performance Computing, Agency for Science, Technology and Research, Singapore

**TP 746** Simplified Approach for Structural Elucidation and Quantitation for Pharmaceutical API and Related Impurities Using Q-TOF; Purushottam Janardan Sutar[1]; Shailendra Rane[1]; Shailesh Damale[1]; Rashi Kochhar[1]; Deepti Bhandarkar[1]; Anant Lohar[1]; Ashutosh Shelar[1]; Bhaumik Trivedi[1]; Navin Devadiga[1]; Ajit Datar[1]; Pratap Rasam[1]; Jitendra Kelkar[1]; [1]Shimadzu Analytical (India) Pvt. Ltd., Mumbai, India

**TP 747** So Which Is It? In-Column Thermal Isomerization of Volatile Acid Emitted from Urethane Conformal Coating and Determining Identification Confidence; Curtis D. Mowry[1]; Lance L. Miller[1]; Jessica Roman[1]; Adam S. Pimentel[1]; Raymond Fuentes[1]; Jason R. Brown[1]; [1]Sandia National Laboratories, Albuquerque, NM

**TP 748** Development of LC-MS/MS Method to Detect and Evaluate Clinically Relevant Antibiotics in Human Stool Samples from Patients with Cholera; Laura Bailey[1]; Ashton Marrazzo[1]; Manasi Kamat[1]; Eric J. Nelson[1]; Kari B. Green[1]; [1]University of Florida, Gainesville, FL

**TP 749** Improved Structural Characterisation of Molecules with a Chimeric Collision Cell with both Electron-Based and Collision-Induced Dissociation Capability; Yves Le blanc[1]; Takashi Baba[2]; Pavel Ryumin[2]; Bill Loyd[2]; Eva Duchoslav[2]; [1]SCIEX, Concord, On, ON; [2]SCIEX, Concord, ON

**TP 750** Detection of Reactive Dye from soil via QuEChERS extraction and Quadrupole Time-Of-Flight Mass Spectrometry; Xinyi Sui[1]; Chengcheng Feng[1]; Yufei Chen[2]; Mary Ankeny[3]; Nelson Vinueza[1]; [1]North Carolina State University, Raleigh, NC; [2]Jordi Labs, Mansfield, MA; [3]Cotton Incorporated., Cary, NC

**TP 751** Application of Mass Spectrometry for Studying the Degradation of Amino Acids and Volatile Organic Compounds by Chlorine Dioxide; Ngee Sing Chong[1]; Abdul Hoque[1,2]; Heather Deal[1]; Beng Guat Ooi[1]; [1]Middle Tennessee State University, Murfreesboro, TN; [2]University of Cincinnati, Cincinnati , OH

**TP 752** Identification of Impurities in the Organic Solvents Used in the Semiconductor Field by Using GC-HRTOFMS with EI/FI; Koji Okuda[1]; John Dane[1]; Robert Cody[1]; [1]JEOL USA, Inc., Peabody, MA

**TP 753** Selective Gas-Phase Mass Tagging via Ion/Molecule Reactions Combined with Single Analyzer Neutral Loss Scans to Probe Pharmaceutical Mixtures; Dalton T. Snyder[1]; Lucas J. Szalwinski[1]; Alice Pilo[2]; Nina K. Jarrah[2]; R. Graham Cooks[1]; [1]Purdue University, West Lafayette, IN; [2]Merck & Co., Inc., Rahway, NJ



**TP 754** **Evaluation of Alternate MS/MS Fragmentation Tools, Including UVPD and EID, for the Structural Elucidation of Trace Level Metabolites;** Jeffrey Gilbert[1]; Jesse L Balcer[1]; David G McCaskill[1]; Nick N Wang[1]; Chengli C Zu[1]; Yelena A Adelfinskaya[1]; J.C. Yves Le blanc[2]; *[1]Corteva Agriscience, Indianapolis, IN; [2]SCIEX, Concord, OH*

**TP 755** **A New Electrochemical Route for Carbon-Carbon Bond Formation: Electrochemistry-Assisted Intermolecular [3+2] Annulation of N-cyclopropyl-3, 5-dimethylaniline and Styrene;** Qi Wang[1]; Qile Wang[2]; Nan Zheng[2]; Richard N Zare[3]; Yuexiang Zhang[4]; Hao Chen[1,4]; *[1]New Jersey Institute of Technology, Newark, NJ; [2]University of Arkansas, Fayetteville, AR; [3]Stanford University, Stanford, CA; [4]Ohio University, Athens, OH*

**TP 756** **Building Local Proprietary Libraries with Automated MSn Spectral Tree Curation and New Library Searching Tools;** Xiaojie C. Ding[1]; Kate J. Comstock[2]; Seema Sharma[2]; Mark Sanders[2]; Michal Raab[3]; *[1]Thermo Scientific, San Jose, Ca, CA; [2]Thermo Fisher Scientific, San Jose, CA; [3]HighChem, Bratislava, Slovakia*

**SYSTEMS BIOLOGY**
**757-780**

**TP 757** **Molar Quantification of Metabolic Pathways Elucidates the Mechanism of Metabolic Shift in *Caenorhabditis elegans*;** Bharath Kumar Raghuraman[1]; Sider Penkov[1]; Teymuras V. Kurzchalia[1]; Andrej Shevchenko[1]; *[1]Max Planck Institute of Molecular Cell Biology and Genetics, Dresden, Germany*

**TP 758** **Using Highly-Multiplexed Panels of Quantitative MRM Assays to Establish Normal Tissue Protein Concentrations in Mice;** Sarah Michaud[1]; Helena Pětrošová[1]; Angela Jackson[1]; Andrea L. Palmer[1]; Nicholas J. T. Sinclair[1]; Ann Flenniken[2,3]; Lauryl Nutter[2,4]; Colin McKerlie[2,4]; Milan Ganguly[2,4]; Ingo Feldmann[5]; Olga Shevchuk[5]; Yassene Mohammed[1,6]; David Schibli[1]; Albert Sickmann[5]; Christoph H. Borchers[1,7,8,9]; *[1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]The Centre for Phenogenomics, Toronto, ON; [3]Lunenfeld-Tanenbaum Research Institute, Sinai Health System, Toronto, ON; [4]The Hospital for Sick Children, Toronto, ON; [5]Leibniz-Institut für Analytische Wissenschaften – ISAS – e.V., Dortmund, Germany; [6]Center for Proteomics and Metabolomics, Leiden University Medical Center, Leiden, Netherlands; [7]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [8]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [9]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC*

**TP 759** **Interferon Stimulated Gene 15 Controls Phagosome Maturation;** Frederic Lamoliatte[1]; Tiaan Heunis[1]; Anetta Svitorka Hartlova[1]; Matthias Trost[1]; *[1]ICAMB, Newcastle University, Newcastle Upon Tyne, United Kingdom*

**TP 760** **Multi-Omics Profiling and Customized gRNA Library CRISPR-CAS9 Genomic Screening Identify Cancer Vulnerabilities in Brain Tumors;** Hong Wang[1]; Mingming Niu[2]; Timothy I. Shaw[2]; yuxin Li[2]; Ji-Hoon cho[2]; Anthony High[1]; Vishwajeeth Pagala[2]; Xusheng Wang[2]; Junmin Peng[1]; *[1]St. Jude Children's Research Hospital, Memphis, TN; [2]St.Jude children's Research hospi, Memphis, TN*

**TP 761** **Longitudinal Metaproteomic Characterization Simultaneously Reveals the Presence and Functions of Bacteria and Eukaryotes in the Gut Microbiomes of Preterm Infants;** Samantha L. Peters[1,2]; Patrick T. West[3]; Feiqiao Brian Yu[4]; Brian A. Firek[5]; Michael J. Morowitz[5]; Jillian F. Banfield[6]; Robert L. Hettich[2]; *[1]Oak Ridge National Laboratory, Oak Ridge, Tennessee; [2]University of Tennessee, Knoxville, TN; [3]University of California Berkeley,* Berkeley, California; [4]Chan Zuckerberg Biohub, San Francisco, CA; [5]University of Pittsburgh School of Medicine, Pittsburgh, PA; [6]University of California, Berkley, Berkeley, CA; [7]Oak Ridge National Laboratory, Oak Ridge, TN

**TP 762** **Advancing Insights in Molecular Regulation of *Leishmania donovani* by Integration of Multi-Omics Data.;** Bart Cuypers[1,2]; Malgorzata A. Domagalska[2]; Pieter Meysman[1]; Wout Bittremieux[1,3]; Hideo Imamura[2]; Dirk Valkenborg[4]; Geert Baggerman[1,5]; Inge Mertens[1,5]; Jean-Claude Dujardin[1,2]; Kris Laukens[1]; *[1]University Of Antwerp, Antwerp, Belgium; [2]Institute Of Tropical Medicine, Antwerp, Belgium; [3]University of Washington, Seattle, WA; [4]University of Hasselt, Diepenbeek, Belgium; [5]Vito, Mol, Belgium*

**TP 763** **A Novel HLA-Peptide Profiling Workflow Called MAPTAC (Mono-Allelic-Purification-with-Tagged-Allele-Constructs) Leverages Mass Spectrometry to Improve Neoantigen Prediction;** Daniel Rothenberg[1]; Jennifer Abelin[1]; Dominik Barthelme[1]; Rob C Oslund[1]; Amanda L Creech[1]; Tyler Colson[1]; Scott P Goulding[1]; Lia R Serrano[1]; Chris Mcgann[1]; Ying S Ting[1]; Yusuf Nasrullah[1]; Janani Sridar[1]; Dewi Harjanto[1]; Matt Malloy[1]; Christina Kuksin[1]; Joel Greshock[1]; Terri A Addona[1]; Michael S Rooney[1]; *[1]Neon Therapeutics, Cambridge, MA*

**TP 764** **MS-Based Metaproteomics Reveals Details of Microbiome Adaptation to Increasing Plant Biomass Substrate Loading to Maintain Undiminished Lignocellulose Solubilization;** Payal Chirania[1,2]; Suresh Poudel[2]; Richard J. Giannone[1,2]; Xiaoyu Liang[2]; Evert K. Holwerda[3]; Lee R. Lynd[3]; Robert L. Hettich[1,2]; *[1]University of Tennessee, Knoxville, Knoxville, TN; [2]Oak Ridge National Laboratory, Oak Ridge, TN; [3]Dartmouth College, Hanover, NH*

**TP 765** **Identifying Novel TBK1 Substrates Using an Optimized TMT-Based Phosphoproteomics Method;** Laura E Herring[1]; Smitha M Wilkerson[1]; Lianxin Hu[1]; Dennis Goldfarb[1]; Lee M Graves[1]; Qing Zhang[1]; *[1]UNC-Chapel Hill, Chapel Hill, NC*

**TP 766** **Metagenomic-based Metaproteomic Functional Characterization of the Sargasso Sea in a Three Year Time Series Dataset;** Mak Saito[1]; Brian Searle[2]; Dawn Moran[1]; Jaci Saunders[3]; Noelle Held[3]; Chris Dupont[4]; Rod Johnson[5]; Matthew McIlvin[1]; *[1]Woods Hole Oceanographic Inst., Woods Hole Ma 02543, MA; [2]Institute for Systems Biology, Seattle, Washington; [3]Woods Hole Oceanographic Institution, Woods Hole; [4]J. Craig Venter Institute, La Jolla, CA; [5]Bermuda Institute of Ocean Sciences, St. Georges, Bermuda*

**TP 767** **Single Colony Metaproteomes of a Marine Bacterium: Exploring Heterogeneity in the Natural Environment;** Noelle Held[1,2]; Matthew McIlvin[1]; Eric Webb[3]; Mak Saito[1]; *[1]Woods Hole Oceanographic Institution, Woods Hole; [2]Massachusetts Institute of Technology, Cambridge, MA; [3]University of Southern California, Los Angeles, CA*

**TP 768** **Cellular Dynamics of Protein-Protein Interactions Mediated by Serine Phosphorylation;** Kyle Mohler[1]; Karl Barber[1]; Jack Moen[1]; Svetlana Rogulina[1]; Jesse Rinehart[1]; *[1]Yale University, West Haven, CT*

**TP 769** **Quantitative Protein Expression and Phosphorylation Level Profiling Using 11-plex TMT Reagents: Application to 110 Yeast Kinase and Phosphatase Deletion Strains;** Jiaming Li[1]; Joao A. Paulo[1]; David Nusinow[1]; Edward Huttlin[1]; Steven Gygi[1]; *[1]Harvard Medical School, Boston, MA*

**TP 770** **Targeted Proteomics-Driven Computational Modeling of the Mouse Macrophage Toll-like Receptor Signaling Pathway;** Nathan P Manes[1]; Jessica M Calzola[1]; Pauline R Kaplan[1]; Iain DC Fraser[1]; Ronald N Germain[1]; Martin Meier-Schellersheim[1]; Aleksandra Nita-lazar[1]; *[1]National Institutes of Health, Bethesda, MD*


**TP 771**  **Universal Proteomic Approach of Capturing Novel and Dynamic Trafficking Organelle Assemblies;** <u>Nan Wang</u>[1]; Thomas Lee[1]; Mary Katherine Connacher[1]; Tianjing Hu[1]; Scott Stuart[1]; Natalie Ahn[1]; [1]Department of Biochemistry, University of Colorado, Boulder, CO

**TP 772**  **Investigating Proteome Changes Caused by ABCA7 Missense Variants that Confer Alzheimer's Disease Risk in African Americans;** <u>Tyra M. Avery</u>[1]; Kaitlyn E. Stepler[1]; Prem Prakash[2]; Jamaine S. Davis[2]; Renã A.S. Robinson[1, 3, 4, 5, 6]; [1]Vanderbilt University Department of Chemistry, Nashville, TN; [2]Meharry Medical College Department of Biochemistry and Cancer Biology, Nashville, TN; [3]Vanderbilt University Medical Center Department of Neurology, Nashville, TN; [4]Vanderbilt Memory and Alzheimer's Center Vanderbilt University Medical Center, Nashville, TN; [5]Vanderbilt Institute of Chemical Biology, Nashville, TN; [6]Vanderbilt Brain Institute, Nashville, TN

**TP 773**  **A Peptidogenomics Approach Reveals the Identification of the Canidae hepcidin;** <u>Martin K Mead</u>[1]; Melissa Claus[2, 3]; Ed Litton[4, 5]; Lisa Smart[2, 3]; Anthea Raisis[2, 3]; Gabriele Rossi[2, 3]; Robert D Trengove[1, 6]; Joel P. A. Gummer[1, 6]; [1]Separation Science and Metabolomics Laboratory, Research and Innovation, Murdoch University, Perth, Australia; [2]College of Veterinary Medicine, Murdoch University, Perth, Australia; [3]School of Veterinary Science, Murdoch University, Perth, Australia; [4]Intensive Care Unit, Fiona Stanley Hospital, Perth, Australia; [5]School of Medicine, University of Western Australia, Perth, Australia; [6]Metabolomics Australia, Western Australia Node, Murdoch University, Perth, Australia

**TP 774**  **Proteome-Wide Optimization of Orthogonal Translation Systems;** <u>Jack M Moen</u>[1]; Kyle Mohler[1]; Svetlana Rogulina[1]; Jesse Rinehart[1]; [1]Yale University, West Haven, CT

**TP 775**  **Proteotyping 30 Mouse Knockouts Using Targeted Quantitative Plasma Proteomics with Heavy-Labeled Internal Standards and the Software Tool KOPF Gene;** <u>Yassene Mohammed</u>[1, 2]; Simon Roome[1]; Sarah A. Michaud[1]; Helena Pětrošová[1]; Ann Flenniken[3, 4]; Lauryl Nutter[3, 5]; Colin McKerlie[3, 6]; Milan Ganguly[3, 5]; Christoph H. Borchers[1, 6, 7, 8]; [1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]Center for Proteomics and Metabolomics, Leiden University Medical Center, Leiden, Netherlands; [3]The Centre for Phenogenomics, Toronto, ON; [4]Lunenfeld-Tanenbaum Research Institute, Sinai Health System, Toronto, ON; [5]The Hospital for Sick Children, Toronto, ON; [6]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [7]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [8]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

**TP 776**  **Top-down Proteomics for Deciphering Hypertrophic Cardiomyopathy in a Patient-Specific Engineered Cardiac Tissue Disease Model;** <u>Stanford D. Mitchell</u>[1, 2]; Willem J. de Lange[3]; Jianhua Zhang[4]; Gina Kim[4]; Trisha Tucholski[5]; Timothy J. Kamp[1, 4]; J. Carter Ralphe[3]; Ying Ge[1, 2, 5]; [1]Department of Cell and Regenerative Biology, University of Wisconsin-Madison, Madison, WI; [2]Molecular and Cellular Pharmacology Graduate Training Program, Madison, Wisconsin; [3]Department of Pediatrics, School of Medicine and Public Health, University of Wisconsin-Madison, MADISON, WI; [4]Department of Medicine, School of Medicine and Public Health, University of Wisconsin - Madison, Madison, Wisconsin; [5]Department of Chemistry, University of Wisconsin-Madison, Madison, WI

**TP 777**  **Quantitative Lipidomics and Proteomics Analsyis of HDL Particles from Patient Samples Separated by Preparative Two Dimensional Gel Electrophoresis;** <u>Zsuzsanna Kuklenyik</u>[1]; Katrin Niisuke[2]; Michael Gardner[1]; Antony Lehtikoski[1]; Christopher Toth[1]; John R Barr[1]; Tomas

Vaisar[3, 4]; Bela Asztalos[2]; [1]Centers for Disease Control and Prevention, Atlanta, Georgia; [2]Tufts University, Boston, MA; [3]University of Washington, DEOHS, Seattle, WA; [4]University of Washington, UWMDI, Seattle, WA

**TP 778**  **A Proteogenomic Systems Analysis Reveals Alterations in RNA Binding Proteins and RNA Splicing in Alzheimer's Disease Brain;** <u>Erik C.B. Johnson</u>[1]; Eric B. Dammer[1]; Duc M. Duong[1]; Luming Yin[1]; Madhav Thambisetty[2]; Juan C. Troncoso[3]; James J. Lah[1]; Allan I. Levey[1]; Nicholas T. Seyfried[1]; [1]Emory University, Atlanta, GA; [2]National Institute on Aging, National Institutes of Health, Baltimore, MD; [3]Johns Hopkins University School of Medicine, Baltimore, MD

**TP 779**  **Systematic AP/MS and Genetic Interaction Mapping of the Ras Pathway Reveals New Effectors and Vulnerabilities;** <u>Peter K Jackson</u>[1]; Marcus R Kelly[1]; Kaja Kostyrko[2]; Kyuho Han[1]; Michael Bassik[1]; Alejandro Sweet-Cordero[2]; [1]Stanford University School of Medicine, Stanford, CA; [2]UCSF, San Francisco, CA

**TP 780**  **Integrated Proteome and Phosphoproteome Analysis Suggest a Role of JNK3 in Myelination and Synaptic Function;** Jan-Philip Schülke[1]; Mercedes Priego Luque[2]; Norma Hernandez[2]; Daniel Bader[1]; Barbara Kracher[1]; Sarah Eischenbroich[1]; <u>Uli Ohmayer</u>[1]; Oxana Lavrova[3]; Jim Rosinski[4]; Christoph Schaab[1]; Gerardo A Morfini[2]; Ignacio Munoz-Sanjuan[3]; [1]Evotec (München) GmbH, Martinsried, Germany; [2]University of Illinois at Chicago, Department of Anatomy and Cell Biology, Chicago, IL; [3]CHDI Foundation, Los Angeles, CA; [4]CHDI Foundation, Princeton, NJ





# WEDNESDAY POSTERS

Set up all Wednesday posters
7:00 - 8:00 am
**Odd-numbered posters present**
10:30 - 11:30 am PLUS 12:30 - 2:30 pm
**Even-numbered posters present**
10:30 am - 12:30 pm PLUS 1:30 - 2:30 pm
Remove all Wednesday posters
7:00 - 8:00 pm

Ambient Ionization: Applications I .......................................001-031
Antibodies & Antibody Drug Conjugates II .......................032-064
Biomarkers: Discovery II ..................................................065-095
Biomarkers: Quantitative Analysis III ...............................096-126
Biomolecular Structure Analysis: Chemical
Crosslinking and Covalent Labeling II .............................127-153
Cannabis .........................................................................154-179
Carbohydrates I ...............................................................180-205
Clinical Analysis III ..........................................................206-234
Drug Discovery/DMPK/ADME I .......................................235-254
Food "omics" MS Characterization of Food
and Nutritional Supplements ...........................................255-275
Food Safety III .................................................................276-303
Fundamentals: Photodissociation ....................................304-306
GC/MS: Instrumentation and Applications II .....................307-329
Glycoproteins I ................................................................330-350
Homeland Security ...........................................................351-360
Imaging MS: Disease Markers I .......................................361-379
Informatics: Algorithms and Statistical Advances II ..........380-402
Informatics: Metabolomics ...............................................403-431
Instrumentation: General ..................................................432-452
Instrumentation: New Concepts .......................................453-478
Ion Mobility: Applications II ..............................................479-500
LC/MS: Chromatography and Software I ..........................501-517
LC/MS: Sample Preparation I ...........................................518-542
Lipids: General .................................................................543-564
Metabolomics: Targeted and Quantitative Analysis ..........565-597
Metabolomics: Untargeted Metabolite Profiling II .............598-623
Nucleic Acids and Oligonucleotides I ...............................624-641
Peptides: PTM Identification .............................................642-675
Peptides: Targeted and Quantitative Analysis ..................676-703
Proteins: Complexes/Non-covalent Interactions I .............704-720
Proteomics: Quantitative III .............................................721-744
Small Molecules: Quantitative Analysis ............................745-769
Toxicology ........................................................................770-789

## AMBIENT IONIZATION: APPLICATIONS I
### 001-031

**WP 001** **Open Probe Fast GC-MS and its Recent Real Time Forensic Medical and Food Safety Analysis Applications;** Benjamin Neumark[1]; Uri Keshet[1]; Alexander B. Fialkov[1]; Tal Alon[1]; Aviv Amirav[1]; [1]Tel-Aviv University, Tel-Aviv, Israel

**WP 002** **Open Ambient Ionisation Source Coupled to a Mass Detector for Rapid Detection of Undeclared Active Ingredient(s) in Online Health Supplements;** Chris Henry; Waters Corportaion, Cheshire, United Kingdom

**WP 003** **Protein Screening of Native Brain Sections Using LESA-TIMS-MS;** Yarixa L. Cintron-Diaz[1]; Mario E. Gomez Hernandez[1]; Jennifer Dziedzic[1]; Tomas R. Guilarte[1]; Francisco A. Fernandez-Lima[1]; [1]Florida International University, Miami, FL

**WP 004** **Absolute Quantitation of Tryptophan Metabolites in Brain Tissue Using Paper Spray Ionization-High Resolution Mass Spectrometry;** Richard C Dilworth[1]; Vanessa Y. Rubio[1]; Gary P Wang[1]; Timothy J. Garrett[1]; [1]University of Florida, Gainesville, FL

**WP 005** **Rapid Drug Detection by Ultrasonic Nebulizer Coupled with Atmospheric-Pressure Chemical Ionization for Food-Product Analyses;** Linxia Song[1]; Yi You[2]; Theresa Evans-Nguyen[3]; [1]University of Florida, Tampa, FL; [2]Federal Institute for Materials Research and Testing (BAM), Berlin, Germany; [3]University of South Florida, Tampa, FL

**WP 006** **A Novel Approach to Simultaneous Quantification of Tropane Alkaloids in Plant Tissue (Datura spp.) Using DART-HRMS and PLS Linear Regression;** Samira Beyramysoltan[1]; Rabi A. Musah[1]; [1]Department of Chemistry, State University of New York at Albany, Albany, NY

**WP 007** **A Coated Blade Spray - Mass Spectrometry (CBS-MS) Method for Simultaneous Screening of 68 Drugs and Metabolites in Urine;** Shirin Hooshfar[1]; Simone Tchu[1]; German A. Gómez-Ríos[2, 3]; Daniel A. Rickert[3]; Janusz Pawliszyn[3]; Kara Lynch[1]; [1]University of California, San Francisco (UCSF), San Francisco, CA; [2]Restek Corporation, Bellefonte, PA; [3]University of Waterloo, Waterloo, ON

**WP 008** **Real-Time Analysis of the Metabolic Profile of Microglia Using Liquid Microjunction Surface Sampling Coupled with High-Resolution Mass Spectrometry;** Taylor M. Domenick[1]; Vinata Vedam-Mai[1]; Timothy J. Garrett[1]; Richard A. Yost[1]; [1]University of Florida, Gainesville, FL

**WP 009** **DART-MS: Enabling Safer Reaction Monitoring and Analysis Conditions with In Hood Vaporization;** Brittany Laramee[1]; Frederick Li[1]; Paul Liang[1]; Brian Musselman[1]; [1]IonSense, Inc, Saugus, MA

**WP 010** **High Throughput 96-Pin Solid Phase Microextraction Array for Direct Analysis in Real Time;** Paul Liang[1]; Frederick Li[1]; Brittany Laramee[1]; Brian Musselman[1]; [1]IonSense, Inc, Saugus, MA

**WP 011** **Can Reducing Sample Volume and Desorption Time Lead during Ambient Ionization lead to Improved Drug Detection from Biological Fluids;** Brian D. Musselman[1]; Paul Liang[2]; [1]IonSense, Inc., Saugus, MA; [2]IonSense,Inc., Saugus, MA

**WP 012** **The Eight(y) Million Pound Question: Using DESI Ambient MS Imaging for the Forensic Analysis of Cheque Fraud;** Huiqin Zhong[1]; Zhengwei Jia[1]; Wei Rao[1]; [1]Waters Technologies（Shanghai）Co，Ltd, Shanghai, China

**WP 013** **Rapid Screening of New Synthetic Drugs in Plasma Samples Using Paper Spray Mass Spectrometry with Integrated Solid-Phase Extraction Cartridge;** Greta J. Ren[1]; Brandon J. Bills[1]; Nicholas E. Manicke[1]; [1]IUPUI Department of Chemistry & Chemical Biology, Indianapolis, IN

**WP 014** **Sub-Microliter Metabolomics via Triboelectric Nanogenerator-Induced Nanospray Mass Spectrometry;** Yafeng Li[1]; Marcos Bouza Areces[1]; Changsheng Wu[2]; Danning Huang[1]; Gilad Doron[3]; Johnna S Temenoff[3, 4]; Arlene A. Stecenko[5]; Zhong Lin Wang[2, 6]; Facundo M. Fernandez[1, 7]; [1]School of Chemistry and Biochemistry, Georgia Institute of Technology, Atlanta, GA; [2]School of Materials Science and Engineering, Georgia Institute of Technology, Atlanta, Georgia; [3]W.H. Coulter Department of Biomedical Engineering, Georgia Institute of Technology and Emory University, 315 Ferst Drive, Atlanta, GA 30332,, Atlanta, Georgia; [4]Petit Institute for Bioengineering and Bioscience, Georgia Institute of Technology, Atlanta, Georgia; [5]Emory+Children's Center for Cystic Fibrosis and Airways Disease Research and Department of Pediatrics, Emory University School of Medicine and Children's Healthcare of Atlanta, Atlanta, Georgia; [6]Beijing Institute of Nanoenergy and Nanosystems, Chinese Academy of



*Sciences, Beijing, China; [2]Petit Institute of Bioengineering and Biosciences, Georgia Institute of Technology, Atlanta, Georgia*

**WP 015  Ambient Mass Spectrometry Immunoassays Using Small-Molecule Signal Amplifiers for Zeptomole Protein Detection;** Shuting Xu[1]; Wen Ma[1]; Yu Bai[1]; Huwei Liu[1]; [1]Peking University, Beijing, China

**WP 016  Nitrogen and Ion Source Parameters: Considerations for Nitrogen Direct Analysis in Real Time;** Frederick Li[1]; Paul Liang[1]; Brittany Laramee[1]; Brian Musselman[1]; [1]IonSense,Inc., Saugus, MA

**WP 017  Molecular Level Identification of Soil Organic Matter from Polar Region by solid phase LDI-FTICR-MS;** Seulgidaun Lee[1]; Sunghwan Kim[1]; [1]Kyungpook National University, Daegu, South Korea

**WP 018  Lower Detection Limits for Paper Spray Mass Spectrometry Using on Paper Extraction;** Brandon Bills[1]; Nicholas E. Manicke[1]; [1]IUPUI Department of Chemistry & Chemical Biology, Indianapolis, IN

**WP 019  Rapid Identification of Wuyi Rock Tea Regions using the Direct Analysis in Real Time (DART) MS System with LiveID;** Yuhong Qin[1]; Wei Rao[1]; Huiqin Zhong[1]; Fang Shu[1]; Zhengwei Jia[1]; Defeng Huang[1]; Clara Chen[1]; Kate Yu[1]; [1]Waters Technologies (Shanghai) Co., Ltd, Shanghai, China

**WP 020  Acoustic Mist Ionisation (AMI) a Rapid Approach for the Development of Mass Spectrometry Libraries;** Michael McCullagh[1]; Sara Stead[1]; Gareth Rhys Jones[1]; Michelle Wood[1]; Severine Goscinny[2]; Nayan Mistry[1]; Kenneth Rosnack[3]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]Sciensano, Brussels, Belgium; [3]Waters Corporation, Milford, MA

**WP 021  A Validated Method for Quantification of Mescaline in Recreationally-abused EchinopsisCacti by Direct Analysis in Real Time Mass Spectrometry;** Cameron Longo[1]; Rabi A. Musah[1]; [1]University at Albany - SUNY, Albany, NY

**WP 022  Detection of Organometallic Compounds on a Waters QDa Mass Spectrometer Equipped with a Helium-Plasma-Ionization (HePI) Source;** Athula B. Attygalle[1]; Julius Pavlov[1]; David Douce[2]; Steve Bajic[3]; [1]Stevens Institute of Technology, Hoboken, NJ; [2]Waters corporation, Wilmslow, United Kingdom; [3]Waters Corporation, Wilmslow, United Kingdom

**WP 023  Rapid Quantitative Analysis of Six Anti-arrhythmic Drugs in Human Serum Using Direct Analysis in Real Time Mass Spectrometry;** Yuzhou Gui[1]; Xiaokun Duan[2]; Kerry Song[2]; Jiale Xu[2]; Charles C. Liu[2]; Hong Yan[3]; Youli Lu[1]; Gangyi Liu[1]; [1]Central Laboratory, Shanghai Xuhui Central Hospital/Zhongshan - Xuhui Hospital, Fudan University /Shanghai Clinical Center, Chinese Academy of Sciences, Shanghai, China; [2]ASPEC Technologies Limited, Beijing, China; [3]Shanghai Institute of Medical Genetics, , Shanghai Children's Hospital, Shanghai Jiao Tong University School of Medicine, Shanghai, China

**WP 024  Direct insertion probe and atmospheric pressure ionization coupled to high-resolution mass spectrometry for the description of lignocellulosic biomass;** Clément Castilla[1]; Christopher P. Rüger[1]; Hélène Lavanant[1]; Carlos Afonso[1]; [1]Normandie Univ, INSA Rouen, UNIROUEN, CNRS, COBRA, Rouen, France, Rouen, France

**WP 025  A Prototype Direct Sampling Inlet for the Rapid Analysis of Target Analytes in the Chemical Industry;** Rachel Saniig[1]; David Douce[1]; Jeff Goshawk[1]; Caitlyn Da Costa[1]; Gordon Jones[1]; Eleanor Riches[1]; [1]Waters Corporation, Wilmslow, United Kingdom

**WP 026  Ambient Ionisation Mass Spectrometry: A novel diagnostic tool for debugging electronic circuits;** Barry Smith[1]; Cedric Boisdon[1]; Simon Maher[1]; [1]University of Liverpool, Liverpool, United Kingdom

**WP 027  Wood Discrimination Analyses of Pterocarpus tinctorius and Endangered P. santalinus Using DART-FTICR-MS Coupled with Multivariate Statistics;** Maomao Zhang[1, 2]; Yafang Yin[1, 2]; Wen Zhou[3]; Jiang Zhou[3]; Xiaokun Duan[4]; Charles C. Liu[4]; [1]Department of Wood Anatomy and Utilization, Research Institute of Wood Industry, Chinese Academy of Forestry, Beijing, China; [2]Wood Collections (WOODPEDIA), Chinese Academy of Forestry, Beijing, China; [3]Peking University, Beijing, China; [4]ASPEC Technologies, Beijing, China

**WP 028  Direct Analysis in Real Time Mass Spectrometry and Multivariate Data Analysis for Profiling of Chinese Propolis;** Yilei Huang[1]; Zhongping Huang[1]; Charles C. Liu[2]; Kezhi Jiang[3]; Lili Wang*[1]; Xiaokun Duan[2]; [1]Zhejiang University of Technology, Hangzhou, China; [2]ASPEC Technologies, Beijing, China; [3]Hangzhou Normal University, Hangzhou, China

**WP 029  Intact Metabolomics by PESI/MS/MS and its Application to Metabolic Profiling of Acetaminophen-Induced Acute Hepatic Injury Model Mice;** Tomomi Ohara[1]; Kenta Kondo[1]; Tasuku Murata[2]; Tetsuya Ishikawa[3]; Akira Ishii[1]; Hitoshi Tsuchihashi[1]; Koretsugu Ogata[2]; Yumi Hayashi[3, 4]; Kei Zaitsu[1, 4]; [1]Department of Legal Medicine and Bioethics, Nagoya University Graduate School of Medicine, Nagoya, Japan; [2]Shimadzu Corporation, Kyoto, Japan; [3]Pathophysiological Laboratory Sciences, Department of Radiological and Medical Laboratory Sciences, Nagoya University Graduate School of Medicine, Nagoya, Japan; [4]In Vivo Real-Time Omics Laboratory, Institute for Advanced Research, Nagoya University, Nagoya, Japan

**WP 030  Rapid Analysis of Drugs in Plasma Using Probe Electrospray Ionization Mass Spectrometry;** Hidekazu Saiki[1]; Tasuku Murata[1]; Koretsugu Ogata[1]; Takahiro Inoue[2]; Kenji Nakayama[2]; Koji Shimizu[2]; Osamu Ogawa[2]; [1]Shimadzu corp., Kyoto, Japan; [2]Kyoto University, Kyoto, Japan; [3]Shimadzu Techno-Research, Inc., Kyoto, Japan

**WP 031  Direct Analysis of Cell Wall Lipids from Mycobacteriumvia LESA-MS;** Rian L Griffiths[1]; Luke Alderwick[2]; [1]University of Nottingham, Nottingham, United Kingdom; [2]University of Birmingham, Birmingham, United Kingdom

## ANTIBODIES & ANTIBODY DRUG CONJUGATES II
### 032-064

**WP 032  MALDI-In-Source Decay FT-ICR MS for Top-Down and Middle-Down Characterization of Monoclonal antibodies;** Christoph J. Gstöttner[1]; Yuri E.M. van der Burgt[1]; David P. A Kilgour[2]; Yury Tsybin[3]; Manfred Wuhrer[1]; Simone Nicolardi[1]; [1]Center for Proteomics and Metabolomics, LUMC, Leiden, Netherlands; [2]Department of Chemistry, Nottingham Trent University, Nottingham, United Kingdom; [3]Spectroswiss, Lausanne, Switzerland

**WP 033  A Comparative Study of N-Glycosylation Assays for the Characterization of Fc and Fab N-Glycans on Monoclonal Antibodies;** John F. Kelly[1]; Tammy-Lynn Tremblay[1]; Denis Brochu[1]; Robotham Anna[1]; [1]Human Health Therapeutics, National Research Council of Canada, Ottawa, ON

**WP 034  MS-based Characterization of a Novel Antibody Against Marburg Virus Nucleoprotein;** yanchun Lin[1]; Britney Johnson[2]; Angela Zou[2]; Kathleen C.F. Sheehan[2]; Gaya Amarasinghe[2]; Daisy Leung[2]; Michael L. Gross[1]; [1]Department of Chemistry, Washington University in St Louis, St Louis, MO; [2]Department of Pathology and Immunology, Washington University School of Medicine, St Louis, MO

**WP 035  Rapid Conjugation, Proteolysis and Purification of Antibodies Using High Capacity CapturemTM Membranes;** Christian Hoppmann[1]; Mandy Li[1]; Michael Vierra[1]; Boris Levitan[1]; Gia Jokhadze[1]; Andrew Farmer[1]; [1]Takara Bio USA, Mountain View, CA



**WP 036**   Quantitative MFLC-MS/MS Analysis of the Antibody Drug Conjugate SigmaMAb Extracted from Rat Plasma Using Thermo Scientific MSIA Microcolumns; Chad Christianson[1]; Jennifer Zimmer[1]; Kwasi Antwi[2]; Chris Ross[2]; Shane R Needham[1]; [1]Alturas Analytics, Moscow, ID; [2]Thermo Fisher Scientific, West Palm Beach, FL

**WP 037**   Top-down Proteogenomics Analysis of Serum Autoantibody Repertoire for the Discovery of Biomarker of Systemic Lupus Erythematosus; Zhe Wang[1]; Xiaowen Liu[2]; Kenneth Smith[3]; Si Wu[1]; [1]University of Oklahoma, Norman, OK; [2]Indiana University-Purdue University Indianapolis, Indianapolis, IN; [3]Oklahoma Medical Research Foundation, Oklahoma City, OK

**WP 038**   High Sensitivity Native Analysis of Monoclonal antibodies by Electrokinetically Pumped Sheath-Flow Capillary Zone Electrophoresis-Mass Spectrometry on a Q-TOF Mass Spectrometer; Xiaojing Shen[1]; Zhichang Yang[1]; David Wong[2]; Qiangwei Xia[3]; Liangliang Sun[1]; [1]Michigan State University, East Lansing, MI; [2]Agilent Technologies, Santa Clara, CA; [3]CMP Scientific Corp, New York, NY

**WP 039**   Characterization of Monoclonal Antibody Biosimilar through C-terminal and Disulfide Bond PeptidesSequencing Analysis on Q-TOF Mass Spectrometer; Udi Jumhawan[1]; Zhaoqi Zhan[1]; [1]Shimadzu Asia Pacific, Singapore, Singapore

**WP 040**   Application of a Label-Free and Domain-Specific Free Thiol Method in Monoclonal Antibody Characterization; Yi Pu[1]; Yunqiu Chen[1]; Tai Nguyen[1]; Chong-Feng Xu[1]; Li Zang[1]; Zoran Sosic[1]; Tyler Carlage[1]; [1]Biogen, Cambridge, MA

**WP 041**   Enabling Single-cell Clone Selection for Knob-in-Hole Bispecific Antibodies via Automated Affinity Capture Coupled to High-throughput RapidFire Mass Spectrometry; William Sawyer[1]; Neha Srikumar[2]; Joseph Carver[2]; Phillip Y. Chu[2]; Amy Shen[2]; Ankai Xu[2]; Ambrose Williams[2]; Cong Wu[2]; Yichin Liu[2]; John C. Tran[2]; [1]Genentech, South San Francisco, CA; [2]Genentech, South San Francisco, CA

**WP 042**   Towards Better Characterizing Drug-Antibody Ratios in Antibody-Drug Conjugates with Ion Mobility Separations in Structures for Lossless Ion Manipulations; Gabe Nagy[1]; Isaac K. Attah[1]; Yue-Mei Zhang[2]; James Lanter[2]; Jared B. Shaw[1]; Sandilya V. B. Garimella[1]; Harsha P. Gunawardena[2]; Richard D. Smith[1]; Yehia M. Ibrahim[1]; [1]Pacific Northwest National Laboratory, Richland, WA; [2]Janssen Research and Development, Spring House, PA

**WP 043**   Regulated LCMS bioanalysis of Monoclonal Antibodies in Human Serum for Inflammatory Immune Disease Management Using Novel Fab-Selective nSMOL Chemistry; Noriko Iwamoto[1]; Atsushi Yonezawa[2,3]; Kazuo Matsubara[3]; Takashi Shimada[1,4]; [1]Shimadzu Scientific Instruments, Bothell, WA; [2]Kyoto University, Kyoto, Japan; [3]Kyoto University Hospital, Kyoto, Japan; [4]Shimadzu Corporation, Kyoto, Japan

**WP 044**   A Proteomic Approach to Single Chain Camelid Antibody Discovery; Anand Patel[1]; Natalie Castellana[1]; Thiago Lima[1]; Stefano Bonissone[1]; [1]Digital Proteomics, LLC., San Diego, CA

**WP 045**   Affinity Based LC-MS Method for Improved Determination of HCP-ELISA Reagent Coverage; Christina Seisenberger[1]; Stefanie Wohlrab[1]; [1]Roche Diagnostics GmbH, Penzberg, Germany

**WP 046**   A Large Scale Comparison of MS-based Antibody De Novo Protein Sequencing and Targeted DNA Sequencing; Zac McDonald[1]; Signy Chow[2,3]; Kathleen Gorospe[1]; Xin Xu[1]; Paul Taylor[1]; Qixin Liu[1]; Trevor J Pugh[2]; Suzanne Trudel[2]; Bin Ma[1]; [1]Rapid Novor Inc., Kitchener,

ON; [2]University Health Network/Princess Margaret Hospital, Toronto, ON; [3]Sunnybrook Health Sciences Centre, Toronto, ON; [4]University of Waterloo, Waterloo, ON

**WP 047**   Exploring the Effects of Media on Glycosylation of Biotherapeutics with Reduced Mass and Multi-Attribute Method (MAM) Analysis; Yuko Ogata[1]; Nancy S Nightlinger[1]; Richard S Rogers[1]; [1]Just Biotherapeutics, Seattle, WA

**WP 048**   Monitoring of DAR/ADC attributes for Trastuzumab Emtansine; Sibylle Heidelberger[1]; Ferran Sanchez[2]; [1]AB Sciex UK Ltd, Warrington, United Kingdom; [2]SCIEX, Madrid, Spain

**WP 049**   Rapid and Automated LCMS Characterization of Antibody and Protein Drug Conjugates; Mark E. Hail[1]; Robert Schuster[1]; Kevin McCarl[1]; [1]Novatia LLC, Newtown, PA

**WP 050**   Interactions of Hepatitis B Virus Capsids with Importin β and Anti-viral Drugs Monitored by Charge Detection Mass Spectrometry; Christine Kim[1]; Nicholas A. Lyktey[1]; Adam Zlotnick[1]; Martin F. Jarrold[1]; [1]Indiana University, Bloomington, IN

**WP 051**   In-Depth Characterization of in vivo Biotransformations for Trastuzumab Emtansine by Orbitrap MS; Jintang He[1]; Shang-Fan Yu[1]; Sharon Yee[1]; Surinder Kaur[1]; Keyang Xu[1]; [1]Genentech Inc., South San Francisco, CA

**WP 052**   Characterization of N-Glycan Species of VEGF Decoy Receptor Fusion Protein by Novel HILIC-LC Separation with High Sensitive Mass Spectrometric Characterization; Mihir Mahendra Thakar[1]; Faraz Rasid[2]; Dipankar Malakar[2]; Bobby Virasingh[1]; Manoj Pillai[2]; [1]Phenomenex Instr Pvt Ltd, Hyderabad, India; [2]SCIEX INDIA, GURUGRAM, India

**WP 053**   Affinity Purification of IdeZ Digest for Glycosylation Profile of Immunoglobulins Using a Linear Benchtop MALDI-TOFMS; Yuzo Yamazaki[1]; Shuichi Nakaya[1]; [1]Shimadzu Corporation, Kyoto, Japan

**WP 054**   Investigation of Ocular Tissue Disposition of Antibody-Drug Conjugates Using Novel LC-MS-Based Strategies; Xiaoyu Zhu[1]; Ming Zhang[2]; Jie Pu[1]; Shihan Huo[1]; Chao Xue[1]; Jun Qu[1,2]; [1]University at Buffalo, Buffalo, NY; [2]New York State Center of Excellence in Bioinformatics & Life Sciences, Buffalo, New York

**WP 055**   Strategies for Sample Handling and Characterization of Antibody-Drug Conjugates by Quadrupole Mass Spectrometry; Malin Källsten[1,2]; Matthijs Pijnappel[2]; Rafael Hartmann[1,2]; Fredrik Lehmann[3]; Lucia Kovac[2]; Sara Bergström Lind[1]; Jonas Bergquist[1]; [1]Uppsala University, Uppsala, Sweden; [2]Recipharm OT Chemistry AB, Uppsala, Sweden; [3]Oncopeptides AB, Stockholm, Sweden

**WP 056**   Optimization of a LC/MS Method for Disulfide Characterization and Free Cystine Quantification in Protein Therapeutics; Song Nie[1]; Xin Chen[1]; Jun Lun[1]; [1]Catalent Pharma Solutions, Madison, WI

**WP 057**   A New Preparation Method Enabling Targeted Quantification of Biotherapeutics, Biomarker/Target Levels in FFPE Tissues with High Protein Recovery and Reproducibility; Chao Xue[1]; Jie Pu[1]; Shihan Huo[1]; Xiaoyu Zhu[1]; Ming Zhang[2]; Jun Qu[1,2]; [1]University at Buffalo, Buffalo, NY; [2]New York State Center of Excellence in Bioinformatics & Life Sciences, Buffalo, New York

**WP 058**   Cleavage of Intact Monoclonal Antibodies by Cathepsin L and D Studied by Native Mass Spectrometry; Wilfred Tang[1]; Marshall Bern[1]; Andrew C Nichols[1]; Jing Zhu[2]; Tomislav Caval[2]; Albert J.R. Heck[2]; [1]Protein Metrics Inc., Cupertino, CA; [2]Utrecht University, Utrecht, Netherlands

**WP 059**   High Resolution MS-based Structural Characterization Plays a Key Role in ADC Process Development; Zhiqi Hao[1]; Diana Y. Liu[1]; Qiuting Hong[2,3]; Michael Kim[1]; William Haskins[1,4]; Tomasz Baginski[1]; Yan Chen[1]; [1]Genentech,



South San Francisco, CA; [2]Eurofins Lancaster Laboratories, Inc., Lancaster, PA; [3]Allakos Inc., Redwood City, CA; [4]Gryphon Bio Inc, South San Francisco, CA

WP 060 **Development of a Fully Automated Peptide Mapping Procedure;** Chen Qian[1]; Rob Brian Jimenez[1]; Ben Niu[1]; Methal Albarghouthi[1]; [1]MedImmune, Gaithersburg, MD

WP 061 **Assessment of Anti-drug Antibodies in Cynomolgus Monkey Dosed with an Antibody Drug Conjugate Using Immunocapture-LC/MS;** Luying Chen[1, 2]; Linlin Dong[1]; Nicole Bebrin[1]; Hiroshi Sugimoto[1]; Martin Paton[1]; Dong Wei[1]; Mark Qian[1]; [1]Takeda Pharmaceuticals International, Inc., Cambridge, MA; [2]Linus Pauling Institute, College of Pharmacy, Oregon State University, Corvallis, OR

WP 062 **Antibody Subunit LC-MS Analysis from Pre-Clinical Studies for Biotransformation & Catabolism Determination;** John Kellie; GSK, King Of Prussia, PA

WP 063 **Using Low-Resolution MS for Protein Therapeutic Process Monitoring during Development after One-Time Characterization with High-Resolution MS;** Chien-Hsun Chen[1]; Eike Zimmermann[1]; Kenji Furuya[1]; Scott Corley[1]; [1]Boehringer Ingelheim, Fremont, CA

WP 064 **A novel Immunocapture Middle-Up LC-MS Method to Evaluate the in vivo Stability of Fc Conjugated Antibody Drug Conjugates (ADCs);** Srikanth Kotapali[1]; David Passmore[1]; Qiang Cong[1]; Yam B Poudel[1]; Mei-Chen Sung[1]; Mary Huber[1]; Patrick Holder[1]; Sayumi Yamazoe[1]; Sanjeev Gangwar[1]; Chetana Rao[1]; Vangipuram S. Rangan[1]; Chin Pan[1]; Pina M. Cardarelli[1]; Shrikant Deshpande[1]; Pavel Strop[1]; Gavin Dollinger[1]; Arvind Rajpal[1]; [1]Bristol-Myers Squibb, Redwood City, CA

**BIOMARKERS: DISCOVERY II**
**065-095**

WP 065 **A Flexible Analytical Platform for the Discovery of Biomarkers of Disease;** Laura McGregor[1]; Pete Grosshans[1]; Anthony Buchanan[1]; Bob Green[1]; Nick Bukowski[1]; [1]SepSolve Analytical, Peterborough, United Kingdom

WP 066 **The Discovery of Potential Cancer Biomarkers in Human Plasma Using GC- and GCxGC-TOFMS;** David E Alonso[1]; Habtom Ressom[2]; Cristina Di Poto[2]; Joseph E Binkley[3]; [1]Leco Corporation, St. Joseph, MI; [2]Georgetown University Medical Center, Washington, DC; [3]LECO Corporation, St Joseph, MI

WP 067 **AlbuVoid™ Enrichment & Antibody Depletion - Solving the Challenges of Serum Proteomics;** Matt Kuruc[1]; Swapan Roy[1]; Haiyan Zheng[2, 3]; Amenah Soherwardy[2, 3]; [1]Biotech Support Group LLC, Monmouth Junction, NJ; [2]Rutgers University, New Brunswick, NJ; [3]Rutgers Proteomics Center, Piscataway, NJ

WP 068 **Applications of SurfaceGenie: A Web-Based Tool for Mining Experimental Data for Informative Surface Proteins;** Matthew Waas[1]; Shana T. Snarrenberg[1]; Jack Littrell[1]; Rebekah L. Gundry[1]; [1]Medical College of Wisconsin, Milwaukee, WI

WP 069 **Plasma Proteins as New Biomarkers of Irradiation in Humans;** Ales Tichy[1]; Gabriela Kultova[1, 2]; Helena Rehulkova[1, 2]; Pavel Rehulka[1]; Alena Myslivcova-Fucikova[1, 2]; [1]University of Defence, Hradec Kralove, Czech Republic; [2]University of Hradec Králové, Czech Republic, Hradec Králové, Czech Republic

WP 070 **Global Plasma Proteome Quantification Using Internal Standard Triggered Targeted Analyses;** Sebastien Gallien[1, 2]; Jing Wang[1]; Aaron S. Gajadhar[3]; Bhavin Patel[3]; Markus Kellmann[3]; Tabiwang N. Arrey[3]; Alexander Harder[3]; Romain Huguet[3]; Graeme McAlister[3]; Derek Bailey[3]; Shannon Eliuk[3]; Yue Xuan[3]; Andreas Huhmer[3]; Emily I. Chen[1]; [1]Thermo Fisher Scientific, Precision Medicine Science Center, Cambridge, MA; [2]Thermo Fisher Scientific, Paris, France; [3]Thermo Fisher Scientific, San Jose, CA;

[4]Thermo Fisher Scientific, Rockford, IL; [5]Thermo Fisher Scientific, Bremen, Germany

WP 071 **Modification of Lipid Expression in human Clear Cell Renal Cell Carcinoma;** Lucia Martin-Saiz[1]; Olatz Fresnedo[2]; Jone Garate[1]; Roberto Fernandez[1]; Peio Errarte[3]; Maider Beitia[3]; Gorka Larrinaga[3]; Jon Danel Solano-Iturri[4]; Beatriz Abad[5]; Jose Andrés Fernández[1]; Begoña Ochoa[2]; [1]Dep. of Physical Chemistry, Fac. of Science and Technology, University of the Basque Country (UPV/EHU), Leioa, Spain; [2]Department of Physiology, Fac. of Medicine and Nursing, University of the Basque Country(UPV/EHU), Leioa, Spain; [3]Department of Nursing, Fac. of Medicine and Nursing, University of the Basque Country (UPV/EHU),, Leioa, Spain; [4]Department of Pathology, Cruces University Hospital, Barakaldo, Spain; [5]Liquid Chromatography and lipidomics platform, SGIKER, University of the Basque Country (UPV/EHU), Leioa, Spain

WP 072 **Amniotic Fluid Proteome of Neonates with Congenital Diaphragmatic Hernia;** Sumit Bhutada[1]; Karin Tran-Lundmark[2]; Carmen Mesas-Burgos[2]; Peter Conner[2]; Bjorn Frenckner[2]; Suneel Apte[1]; [1]Cleveland Clinic, Cleveland, OH; [2]Karolinska Institutet, Stockholm, Sweden

WP 073 **Characterizing Glycans and Glycan Isomers Associated with Breast Cancer Tissue Phenotypes;** Sakshi Gautam[1]; Wenjing Peng[1]; Xue Dong[1]; Jingfu Zhao[1]; Yifan Huang[1]; Aiying Yu[1]; jieqiang Zhong[1]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock, TX

WP 074 **Proteomic Profiling and Immunoassay-based Validation of Biomarkers in Human Plasma from Alzheimer's Patients;** Mei Chen[1]; Abby S. Gelb[1]; Weiming Xia[1, 2]; [1]Geriatric Research Education and Clinical Center (GRECC), ENR Memorial Veterans Hospital, Bedford, MA; [2]Boston University School of Medicine, Boston, MA

WP 075 **LC-MS/MS Proteomic: Identification of Candidate Biomarkers of Breast Cancer Subtypes;** Jingfu Zhao[1]; Wenjing Peng[1]; Aiying Yu[1]; Yifan Huang[1]; Xue Dong[1]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock, TX

WP 076 **Proteomic Profiling of Ovarian Cancer Extracellular Vesicles for Biomarker Discovery;** Dylan Z Dieters-Castator[1, 2]; Jiahui Liu[1]; Gilles Lajoie[2]; Lynne-Marie Postovit[1, 2]; [1]University of Alberta, Edmonton, AB; [2]Western University, London, ON

WP 077 **Multiplexed, Quantitative Proteomic Comparison of a Novel Nrf2 Pathway – Targeting Therapeutic Compound in Two Separate, but Complementary, Matrices;** Damon Young[1]; Amanda L. Edwards[1]; Sharon O'Neill[1]; Ashley Nelson[1]; Ankur Thomas[1]; Brian Wipke[1]; Michael Rooney[1]; Omar Mabrouk[1]; Danielle Graham[1]; [1]Biogen, Cambridge, MA

WP 078 **Identifying Novel Upstream Kinases of the Microtubule-Associated Protein Tau Using Fluorescence Complementation Mass Spectrometry (FCMS) in an Alzheimer's-like cell model;** Der-Shyang Kao[1]; Yanyan Du[1]; W. Andy Tao[1]; [1]Purdue University, West lafayette, Indiana; [2]Purdue University, West Lafayette, Indiana

WP 079 **Secretotranscriptomic Identification and Validation of New Prognostic Liquid Biopsy Biomarkers;** J. Astor Ankney[1]; John A. Wrobel[1]; Ling Xie[1]; Xian Chen[1, 2]; [1]Department of Biochemistry and Biophysics, University of North Carolina, Chapel Hill, NC; [2]Lineberger Comprehensive Cancer Center, University of North Carolina at Chapel Hill, Chapel Hill, NC

WP 080 **Region-Specific N-Glycome Mapping of the Human Brain in Alzheimer's Patients by nanoLC chip-Q-TOF MS Analysis;** Jennyfer Tena[1]; Mariana Barboza[1]; Maurice Wong[1]; Carlito B Lebrilla[1]; [1]University of California, Davis, Davis, CA

WP 081 **The Urinary Metabolome and Lipidome of Prostate Cancer;** Iqbal Mahmud[1]; Timothy J Garrett[1]; [1]University of Florida Department of Pathology, Immunology, and Laboratory Medicine, Gainesville, FL



# WEDNESDAY POSTERS

**WP 082 Proteomic Discovery of Potential Biomarkers in Zika Virus Infected Monkeys;** Bao Q. Tran[1]; Gabrielle Rizzo[2]; Michael Ward[3]; Lisa Cazares[3]; Trevor Glaros[4]; [1]*20th CBRNE Command, APG, MD;* [2]*Excet, Inc., Springfield, VA;* [3]*United States Army Medical Research Institute of Infectious Diseases, Fort Detrick, MD;* [4]*ECBC, Aberdeen Proving Ground, Maryland*

**WP 083 Serum Proteomic Profiling for Biomarker Discovery in Ischemic Stroke;** Miji Shin[1]; Jiyeong Lee[2]; Arum Park[2]; Sora Mun[1]; You-rim Lee[1]; Ae Eun Seok[2]; Hyo-jin Kim[1]; Yoo-jin Lee[1]; Hee-gyoo Kang[1,2]; [1]*Department of Senior Healthcare, BK21 Plus Program, Graduate School, Eulji University, Daejeon, South Korea;* [2]*Department of Biomedical Laboratory Science, College of Health Sciences, Eulji University, Seongnam-si, South Korea*

**WP 084 Phosphatidylcholines as a Biomarker Potential Candidate of Multiple Sclerosis;** Fernando Brunale Leite[1]; Danielle Zildeana Furtado[1]; Cleber Nunes Barreto[1]; Erica Souza Silva[1]; Nilson Antonio Assuncao[1]; [1]*Unifesp, São Paulo, Brazil*

**WP 085 Proteome and Phosphoproteome Biomarker Discovery Strategies for Biopsy-Free Bladder Cancer Diagnosis Based on Urinary Extracellular Vesicles;** Xiaofeng Wu[1]; Sebastian Paez[1]; Hristos Kaimakliotis[2]; Anton B. Iliuk[3]; Weiguo Andy Tao[1]; [1]*Purdue University, West Lafayette, IN;* [2]*Indiana University School of Medicine, Indianapolis, Indiana;* [3]*Tymora Analytical Operations, West Lafayette, IN*

**WP 086 Aging Markers and Ageotypes Revealed by Deep Longitudinal Profiling;** Sara Ahadi[1]; Wenyu Zhou[1]; Reza Sailani[1]; Kevin Contrepois[1]; Michael Snyder[1]; [1]*Stanford University School of Medicine, Stanford, CA, 94305*

**WP 087 Deciphering Racial Disparities in Breast Cancer by Novel Extracellular Matrix Proteomic Approaches on Formalin-Fixed, Paraffin-Embedded Clinical Specimens;** Peggi M. Angel[1]; Baylye Boxall[1]; Jennifer R. Bethard[1]; Lauren E. Ball[1]; Jeffrey R. Marks[2]; Richard R. Drake[1]; [1]*Medical University of South Carolina, Charleston, SC;* [2]*Duke University School of Medicine, Durham, NC*

**WP 088 Stability-Based Protein Fractionation of Plasma Reveals Insights into Familial Amyloid Polyneuropathy Treatment with Tafamidis;** Jolene K Diedrich[1]; Chung-Yon Lin[1]; Jeffery W Kelly[1]; John R. Yates, III[1]; [1]*The Scripps Research Institute, La Jolla, CA*

**WP 089 Serum Proteomic Profiling for Biomarker Discovery in Rheumatoid Arthritis;** Sora Mun[1]; Jiyeong Lee[2]; Arum Park[2]; Ae Eun Seok[2]; Hyo-jin Kim[1]; Yoo-jin Lee[1]; Hee-gyoo Kang[1,2]; You-rim Lee[1]; [1]*Department of Senior Healthcare, BK21 Plus Program, Graduate School, Eulji University, Daejeon, South Korea;* [2]*Department of Biomedical Laboratory Science, College of Health Sciences, Eulji University, Seongnam-si, South Korea*

**WP 090 Development of a Bioanalytical Method for the Measurement of Symmetric-Dimethylarginine (SDMA) in Formalin-Fixed Paraffin-Embedded (FFPE) and Frozen Samples by LC/MS/MS;** Max Lein[1]; David Pirman[1]; Gina Lein[2]; Katherine Sellers[1]; Everton Mandley[1]; Taryn Sleger[1]; Katya Marjon[1]; Guowen Liu[1]; Yue Chen[1]; [1]*Agios Pharmaceuticals, Cambridge, MA;* [2]*Sigilon Therapeutics, Cambridge, MA*

**WP 091 UTIDx: 60 Second Assay for Detecting Urinary Tract Infections;** Dominique G Bihan[1]; Spencer D Wildman[1]; Daniel B Gregson[2]; Thomas Rydzak[1]; Ryan A Groves[1]; Carly Y Chan[1]; Deirdre L Church[2]; Ian A Lewis[1]; [1]*University of Calgary, Calgary, AB;* [2]*Calgary Laboratory Services, Alberta Health Services, Calgary, AB*

**WP 092 A Tunable Approach for Median-Polish of Ratio (TAMPOR) across Batches of Proteomics Datasets Deals a Blow to Stubborn Technical Variance;** Eric B Dammer[1,2,3]; Tyler W.A. Bradshaw[4]; Lenora A Higginbotham[3,5]; Lingyan Ping[3,5,6]; Duc M Duong[2,3,6];

James J. Lah[3,5]; Allan I. Levey[3,5]; Scott H Soderling[4]; Nicholas T. Seyfried[2,3,5]; [1]*Emory University, Atlanta, GA;* [2]*Emory Integrated Proteomics Core, Emory University, Atlanta, Georgia;* [3]*Emory School of Medicine, Atlanta, GA;* [4]*Duke University School of Medicine, Durham, NC;* [5]*Emory University - Center of Neurodegenerative Diseases, Atlanta, GA;* [6]*Emory University-Biochemistry, Atlanta, GA*

**WP 093 Metabolomic Approach for the Discovery of Internal Standard Substances of Bloodstain;** Hee-gyoo Kang[1,2]; Yu-rim Lee[1]; Jiyeong Lee[1]; Ae Eun Seok[1]; Arum Park[1]; Sora Mun[1]; Hyojin Kim[1]; Yoo Jin Lee[1]; [1]*Department of Senior Healthcare, BK21 Plus Program, Graduate School, Eulji University, Daejeon, South Korea;* [2]*Department of Biomedical Laboratory Science, College of Health Sciences, Eulji University, Seongnam-si, South Korea*

**WP 094 Lipid Signature to Distinguish between Patient with type II Diabetes and Type II Diabetes with Cardiovascular Disease;** yashwant kumar; *Translational health science and technology institute, Faridabad, India*

**WP 095 Proteomic Analysis of NMuMG Cells Undergoing Epithelial Mesenchymal Transition;** Santanu Palchaudhri[1]; Faraz Rashid[2]; Dipankar Malakar[2]; Manoj G Pillai[2]; [1]*Amity University, Kolkata, India;* [2]*SCIEX, Gurgaon, India*

## BIOMARKERS: QUANTITATIVE ANALYSIS III
## 096-126

**WP 096 A Sensitive and RobustUPLC-MS/MS Methodfor Quantitation of Estrogens and Progestongensin HumanSerum;** Junmei Zhang[1]; Chenxiao Tang[1]; Patrick J. Oberly[1]; Margaret B. Minnigh[1]; Sharon L. Achilles[1,2]; Samuel M. Poloyac[1]; [1]*University of Pittsburgh, Pittsburgh, PA;* [2]*Magee-Womens Research Institute, Pittsburgh, PA*

**WP 097 Identification of Candidate Biomarkers for Head and Neck Cancer Using LC-SRM and Longitudinal Samples from the DOD Serum Repository;** Ju Yeon Lee[1]; Tujin Shi[1]; Vladislav Petyuk[1]; Athena Schepmoes[1]; Thomas Fillmore[1]; Wayne Cardoni[2]; George Coppit[2]; Joseph Goodman[2]; Shiv Srivastava[3]; Craig Shriver[2]; Tao Liu[1]; Karin Rodland[1]; [1]*Pacific Northwest National Laboratory, Richland, WA;* [2]*Walter Reed National Military Medical Center, Bethesda, MD;* [3]*Center for Prostate Disease Research, Bethesda, MD*

**WP 098 Assessment of Food Impact on Serum Bile Acid Changes in a clinical methodology study by LC-MS/ MS Analysis;** Lina Luo[1]; John Pettersen[2]; Michael Aleo[1]; Christopher Holliman[1]; Ragu Ramanathan[1]; [1]*Pfizer WRD, Groton, CT;* [2]*University of Connecticut, Storrs, CT*

**WP 099 TNF-α Regulated Metabolic Reprograming in Breast Cancer Using High-Resolution Proteomics;** Ha Yun Lee[1, 2]; Eugene C. Yi[1,2]; Kritarth Singh[3]; Rajesh Singh[3]; Hanbyeol Kim[4]; [1]*Seoul national university, Seoul, South Korea;* [2]*Department of Molecular Medicine and Biopharmaceutical Sciences, Graduate School of Convergence Science and Technology, Seoul National University, Seoul, South Korea;* [3]*Department of Bio-Chemistry, The M.S. University of Baroda, Vadodara, India;* [4]*Department of Integrated OMICS for Biomedical Science, Graduate School, Yonsei University, seoul, South Korea*

**WP 100 Identification Clostridium chauvoei by MALDI-TOF MS from Paraffin Embedded Sections of Lower Extremity Infections, in Three Diabetes Patients after Amputations;** Barbara Dominiak[1]; Maria Anita Mendes[2,3,4,5]; [1]*Temple University, Philadelphia, PA;* [2]*Dampster Mass Spectrometry Lab, Sao Paulo-SP., Brazil;* [3]*William Oxberry, Brooklyn, New York, SUNY Downstate Medical Center;* [4]*Patrick Chen, Brooklyn, SUNY Downstate Medical Center, New York;* [5]*Ernique ER Sanches, Dampster Mass Spectrometry Lab., Brazil*



## WEDNESDAY POSTERS

**WP 101** Pre-Analytical Variation and Sample Quality Control of Human Blood for Metabolomics; Xinyu Liu; *Dalian Institute OF Chemical Physics, Chinese Academy of Sciences, Dalian, China*

**WP 102** Surface Modification of Gold Nanoparticles and their Applications as Mass Tags for Protein Marker Detection in Laser Ionization Mass Spectrometry; Siu Chung Toby Tam[1]; Yu-Hong Cheng[1]; Kwan-Ming Ng[1]; *[1]The University of Hong Kong, Hong Kong, Hong Kong*

**WP 103** Investigating Phytophthora methylation using Trapped Ion Mobility Spectrometry Mass Spectrometry; Han Chen[1]; Qing Zhang[2]; Heiner Koch[3]; Lucy Woods[4]; Hongyu Ma[1]; *[1]Nanjing Agricultural University, Nanjing, China; [2]Bruker (Beijing) Scientific Technology Co., Ltd, Beijing, China; [3]Bruker Daltonik GmbH, Bremen, Germany; [4]Bruker Daltonics, 28359 Bremen, Germany*

**WP 104** Improvement of Phospho-monoester Lipids LC-MS Detection by Selective Capture using Molecularly Designed Materials; Giuliana Grasso[1]; Carlo Crescenzi[1]; Börje Sellergren[2]; *[1]University of Salerno, Fisciano, Italy; [2]Biofilm Research Center for Biointerfaces, Malmö University, Malmö, Sweden, SE, Sweden*

**WP 105** Proteomic Analysis of Cerebrospinal Fluid in Alzheimer's disease; Justin McKetney[1]; Daniel Panyard[1]; Sterling C Johnson[1]; Cynthia Carlsson[1]; Corinne D Engelman[1]; Joshua J Coon[1]; *[1]University of Wisconsin-Madison, Madison, WI*

**WP 106** Utilizing Blood Cards for Quantitative Assessment of Glutathione as an Important Biomarker Test for Autism Spectrum Disorder and Neurodegenerative Diseases; Ashley Trouten[1]; H. m. Skip Kingston[1]; *[1]Duquesne University, Pittsburgh, PA*

**WP 107** Development of a Quantification Method for Intact Phosphorylated Alpha-Synuclein in Mouse Brain; Jens Fogh[1]; François Fenaille[2]; Line Roerbaek Olsen[1]; Anne-Marie Jacobsen[1]; François Becher[2]; *[1]H. Lundbeck A/S, Valby, Denmark; [2]CEA Saclay, Service de Pharmacologie et Immunoanalyse (SPI) - Laboratoire d'Etude du Métabolisme des Médicaments, Gif-Sur-Yvette, France*

**WP 108** Rapid and Sensitive Derivatization Coupled with Ultra-High Performance Liquid Chromatography-Tandem Mass Spectrometry for Determination of α-Hydroxyglutaric Acid and α-Ketoglutaric Acid; Hongmei Wang[1]; Shuai Li[1]; Sitan Xie[1]; Wuyun Gong[1]; Xiaotong Li[1]; Lili Xing[1]; Xin Zhang[1]; Yi Tao[1]; *[1]WuXi AppTec, Shanghai, China*

**WP 109** Targeted Mass Spectrometry Analysis of Gelsolin Isoforms in Duchenne Muscular Dystrophy; michael Ogundele[1]; Emily Canessa[1]; Alison M Samsel[1]; Mansi V Goswami[1]; Tchilabalo D Alayi[1]; Yetrib Hathout[1]; *[1]University of Binghamton, Binghamton, NY*

**WP 110** Practical Procedure for Selecting an Appropriate Surrogate Matrix for Endogenous Peptide/ Protein Quantitation in Biomatrix via LC-MS/MS; Moucun Yuan[1]; Jinlin Shen[1]; Omnia Ismaiel[1]; Eric Ma[1]; Michael Waldron[1]; William R. Mylott Jr. [1]; *[1]PPD, Richmond, VA*

**WP 111** Development of a CLIA-ready Protein Biomarker Assay Platform for Lung Cancer using LC-MRM Quantification; Sandip Chavan[1]; Kiah Bowers[2]; Lancia Darville[2]; Bin Fang[2]; Sam Massoni[3]; Theresa Boyle[2]; Eric Haura[2]; John M. Koomen[2]; *[1]Moffitt Cancer Center, Tampa, FL; [2]Moffitt Cancer Center & Research Institute, Tampa, FL; [3]New England Peptide, Inc., MA, Gardner, Massachusetts*

**WP 112** Investigation of Plasma N-glycans Alteration in Dementia with Lewy Bodies; Lang Ding[1]; Qi Zhang[2]; He Zhu[1]; Cheng Ma[1]; Lih-Shen Chin[2]; Lian Li[2]; Peng George Wang[1]; *[1]Georgia State University, Atlanta, GA; [2]Emory University, Atlanta, GA*

**WP 113** Between Scylla and Charybdis, A Journey to Find Optimal, Facile, Isotopic Standards for Plasma Biomarker Detection with MRM; Mario M Alba[1]; Kym F Faull[2]; Kian Kani[1]; Alexander J Yoon[2]; Katrin Tiemann[1]; Carolina Garri[1]; Jack A Cipolla[2]; Jonathan E Katz[1]; *[1]Lawrence J. Ellison Institute for Transformative Medicine of USC, Los Angeles, California; [2]Jane and Terry Semel Institute for Neuroscience and Human Behavior and Department of Psychiatry and Biobehavioral Sciences at UCLA, Los Angeles, California*

**WP 114** Simultaneous Quantification of Nine Polyunsaturated Fatty Acids (PUFAs) in Rat Plasma by Reverse Phase LC-MS/MS; Roger Pham[1]; Michelle Chen[2]; Josh Dekeyser[3]; Christopher A. James[2]; Omar S. Barnaby[2]; *[1]Amgen, Inc., Thousand Oaks, CA; [2]Amgen, Inc., Thousand Oaks, CA; [3]Amgen Inc., Boston, MA*

**WP 115** Redox Mass Tag for Absolute Quantitation in Mass Spectrometry; Anyin Li[1]; Ran Qiu[1]; Xing Xu[2]; *[1]University of New Hampshire, Durham, NH; [2]University of New Hampshire, DURHAM, NH*

**WP 116** Development and Validation of an MS/MS Assay for Quantitation of Salivary Free Amino Acids in Volunteers Following Different Diet Regime; Andrew Pinkham[1]; Hongqin Jiao[1,2]; Yanira E. Linberg[1]; Aaron Stairs[1]; Ewa Sokol[1]; *[1]Charles River Laboratories, Worcester, MA; [2]Charles River Laboratories, Shrewsbury, MA*

**WP 117** Protein Signatures of Seminal Plasma from Bulls with Contrasting Frozen-Thawed Sperm Viability; Arlindo A. Moura[1,2]; Fabio F. Gomes[1]; Robin Park[1]; Carolina F. Costa[1]; Abdullah Kaya[3]; Erdogan Memili[4]; John R. Yates, III[1]; *[1]The Scripps Research Institute, La Jolla, CA; [2]Universidade Federal do Ceara, Fortaleza, Brazil; [3]Selcuk University, Selçuklu, Turkey; [4]Mississippi State University, Starkville, Mississippi*

**WP 118** Accelerated Workflow for Targeted SRM Assay Development from DIA Chromatogram Library: Targeted Assay for Parkinson's Disease Markers in Cerebrospinal fluid; Eric L Huang[1]; Deanna Plubell[1]; Sandi Spencer[2]; Thomas Montine[3]; Michael J MacCoss[1]; *[1]University of Washington, Genome Sciences, Seattle, WA; [2]BC Cancer Research Agency, Vancouver, BC; [3]Department of Pathology, Stanford University, Stanford, CA*

**WP 119** Proteomics Analysis of Brain Meningiomas in Pursuit of Novel Biomarkers of the Aggressive Behavior; Garni Barkhoudarian[1]; Julian Whitelegge[3]; Daniel Kelly[1]; Margaret Simonian[3]; *[1]John Wayne Cancer Institute, Providence St John's Health Center, Los Angeles, CA; [2]University of California LA, Los Angeles, CA; [3]University of California Los Angeles, Los Angeles, CA*

**WP 120** Post-Translationally Modified Proteins in Plasma Extracellular Vesicles as Candidate Markers for Breast Cancer Subtypes; Hillary Andaluz Aguilar[1]; I-Hsuan Chen[1]; J. Sebastian Paez[1]; Anton B. Iliuk[2]; Sonia Sugg[3]; Weizhou Zhang[3]; Weiguo Andy Tao[1]; *[1]Purdue University, West Lafayette, IN; [2]Tymora Analytical Operations, West Lafayette, IN; [3]University of Iowa, Iowa City, Iowa*

**WP 121** Multiplexed Measurement of Catecholamines in the Serum and Urine of Non-Human Primates Utilizing Sample Derivatization and UPLC-MS/MS; Kimberly A. Navetta[1]; Rebecca R Ferreira[1]; Mireia Fernandez Ocana[1]; *[1]Pfizer Inc., Andover, MA*

**WP 122** Rapid Diagnosis of Infectious Disease by Quantification of a Circulating Antigen; Jia Fan[1]; Ye Hu[1]; *[1]Arizona State University, Tempe, AZ*

**WP 123** Validating Mass Spectrometry Platforms for Profiling of Aberrant IgA1 O-Glycosylation Implicated in Pathogenesis of IgA Vasculitis with Nephritis; Alyssa L. Hansen[1]; Audra A. Hargett[1]; Ellenore P. Craine[1]; Stacy Hall[1]; Bruce A. Julian[1]; Jan Novak[1]; Matthew B. Renfrow[1]; *[1]University of Alabama at Birmingham, Birmingham, Alabama*


**WP 124** Development of an Automated LC-MS Based Assay Using a SISCAPA Workflow to Enable Quantitation of Peptide Biomarkers of Neurodegeneration; Julie Lee[1]; Paul L Auger[1]; Kristin Wildsmith[1]; [1]Genentech Inc., South San Francisco, CA

**WP 125** Development of a Fit-for-Purpose LC-MRM-MS assay to measure Prion Protein in Cerebrospinal Fluid; Alexandra R Cocco[1]; Eric Kuhn[1]; Lisa Vallabh Minikel[1]; Christina R Hartigan[2]; Sonia M Vallabh[1]; Stuart L Schreiber[1]; Steven A Carr[1]; [1]Broad Institute of MIT and Harvard, Cambridge, MA; [2]Emory University, Atlanta, GA

**WP 126** Developing an Automated Plasma Sample Preparation Method for LC/MS Analysis of Metabolites; Koen Raedschelders[1]; Weston Spivia[1]; Jennifer Van Eyk[1]; [1]Cedars-Sinai Medical Center, Los Angeles, CA

**BIOMOLECULAR STRUCTURE ANALYSIS: CHEMICAL CROSSLINKING AND COVALENT LABELING II**
127-153

**WP 127** Evaluating the Efficiency of DSS Cross-Linking Reaction in Different Conditions and the Correlation between Obtained Distance Constraints and Crystallographic Structure; Bruno C Amaral[1]; Fabio Cesar Gozzo[1]; [1]Dalton Mass Spectrometry Laboratory, Institute of Chemistry, University of Campinas, Campinas, Brazil

**WP 128** Protein Footprinting Method Coupled with Mass Spectrometry for the Structural Analysis of Cystic Fibrosis Transmembrane Conductance Regulator; Zhihui Zhang[1]; Lisa M Jones[2]; [1]University of Maryland, Baltimore, Baltimore, MD; [2]University of Maryland Baltimore, Baltimore, MD

**WP 129** Innovation Assembly, and Optimization of a Novel Pulse-Chase in Cell Footprinting Method for the Study of Protein Folding; Dante T Johnson[1]; Ben Punshon-Smith[2]; Anne Gershenson[3]; Lisa M Jones[1]; [1]University of Maryland Baltimore School of Pharmacy, Baltimore, MD; [2]University of Maryland Baltimore County, Baltimore, MD; [3]University of Massachusetts Amherst, Amherst, MA

**WP 130** Extension of Fast Photochemical Oxidation of Proteins for in vivo Modification in Caenorhabditis elegans; Jessica A Espino[1]; Zhihui Zhang[1]; Lisa M Jones[1]; [1]University of Maryland Baltimore School of Pharmacy, Baltimore, MD

**WP 131** Covalent Labeling is Sensitive to Residue Microenvironment, Providing Improved Structural Analysis of Protein Higher Order Structure; Patanachai Limpikirati[1]; Xiao Pan[1]; Richard W. Vachet[1]; [1]University of Massachusetts Amherst, Amherst, MA

**WP 132** Quantification of Differentially Crosslinked Proteins and Peptides; Billy Samulak; Fitchburg State University, Fitchburg, Massachusetts

**WP 133** A Synthetic Crosslinked Peptide Library for Benchmarking Algorithms Developed for Crosslink Identification; Rebecca Beveridge[1]; Johannes Stadlmann[2]; Karl Mechtler[1, 2]; [1]Research Institute of Molecular Pathology, Vienna, Austria; [2]Institute of Molecular Biotechnology, Vienna, Austria

**WP 134** Monitoring of hSCN Binding-Site Using Multiple MS-Based Methods; Chunyang Guo[1]; Lindsey Steinberg[2]; Ming Cheng[1]; Jing Yan[1]; Jeffrey P Henderson[2]; Michael L Gross[1]; [1]Department of Chemistry, Washington University in St Louis, St Louis, MO; [2]Division of Infectious Diseases, Department of Medicine, Washington University School of Medicine, St Louis, Missouri

**WP 135** On-line Miniaturized Asymmetrical Flow Field-Flow Fractionation Separation with Fast Photochemical Oxidation of Proteins (FPOP); Jong Hee Song[1]; Don L Rempel[1]; Michael L Gross[1]; [1]Washington University in St. Louis, St. Louis

**WP 136** Accommodating Ambiguity in Crosslink Detection for Applications in Integrative Structural Modeling; Andrew RG Michael[1]; Wei Yang[1]; Daniel S Ziemianowicz[1]; David C Schriemer[1]; [1]University of Calgary, Calgary, AB

**WP 137** Developing Tris(hydroxymethyl)aminomethane as an UV-Active Hydroxyl Radical Dosimeter; Addison E Roush[1]; Mohammad Riaz[1]; Sandeep K Misra[1]; Joshua S Sharp[1]; [1]University of Mississippi Department of Biomolecular Sciences, University, MS

**WP 138** In situ Production of Hydroxyl Radicals by Ozone from Laser Photolysis of Solvated Oxygen at Physiological pH for Protein Footprinting; Simin D. Maleknia[1]; Callan Wilcox[2]; Scott Kable[2]; [1]University of Technology Sydney, Sydney, Australia; [2]School of Chemistry, University of New South Wales, Sydney, NSW, Australia

**WP 139** Oxidation Effects on Chymotrypsin Digested HRPF Samples and Observation of Highly Basic Regions; Charles Mobley[1]; Niloofar Abolhasani Khaje[1]; Pradeep Prabhakar[2]; Kelley Moremen[2]; Joshua S. Sharp[1]; [1]University of Mississippi, University, MS; [2]University of Georgia, Athens, GA

**WP 140** Sub-Residue Resolution Footprinting of Ligand-Protein Interactions Enabled by Ion Mobility Mass Spectrometry; Gaoyuan Lu[1]; Nian Wang[1]; Yang Tian[1]; Ning Wan[1]; Yatao Shi[2]; Gongyu Li[2]; Lingjun Li[2]; Haiping Hao[1]; Hui Ye[1]; [1]China Pharmaceutical University, Nanjing, Jiangsu, China; [2]University of Wisconsin - Madison, madison

**WP 141** Uncovering the Molecular Architecture of Human Fibrin Clots by Crosslinking Mass Spectrometry; Oleg Klykov[1, 2]; Carmen van der zwaan[3]; Alexander B. Meijer[3]; Albert J.R. Heck[1, 2]; Richard A. Scheltema[1, 2]; [1]Utrecht University, Utrecht, Netherlands; [2]Netherlands Proteomics Center, Utrecht, Netherlands; [3]Sanquin Research, Amsterdam, Netherlands

**WP 142** Mechanistic Studies of Radical Trifluoromethylation and Its Application for Membrane Protein Labeling and Epitope Mapping; Ming Cheng[1]; Chunyang Guo[1]; George Mathai[2]; Gary Gerstenecker[1]; Don Rempel[1]; Michael L. Gross[1]; [1]Washington University, St.louis, MO; [2]Sacred Heart College, Cochin, India

**WP 143** In-Cell Fast Photochemical Oxidation of HCT116 Spheroids; Raquel Shortt[1]; Jesica Lukowski[2]; Amanda B. Hummon[3]; Lisa M Jones[1]; [1]University of Maryland Baltimore, Baltimore, MD; [2]University of Notre Dame, Notre Dame, IN; [3]The Ohio State University, Columbus, OH

**WP 144** Evaluation of FAIMS Technology for Mass Spec Analysis of Chemical Cross-Linked Peptides; Rosa Viner[1]; Leigh A Foster[2]; Ryan D. Bomgarden[2]; Michael W. Belford[1]; Satendra Prasad[1]; Romain Huguet[1]; Eloy R. Wouters[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]ThermoFisher Scientific, Rockford, IL

**WP 145** Photo Affinity Fragment (PhABit) Screening: A High Throughput Assay Platform and Identification of PhABit Binding Sites; Chad J Quinn[1]; Ken Fantom[2]; Craig Wagner[1]; Emma Grant[2]; Jacob Bush[2]; Chun-wa Chung[2]; Mike Hann[2]; Roland S Annan[1]; Francesca Zappacosta[1]; [1]GSK, Collegeville, PA; [2]GSK, Stevenage, United Kingdom

**WP 146** Mass Spectrometry-Based Protein Footprinting Reveals Conformational Dynamics of the Plasma Membrane Proton Pump; Thao T. Nguyen[1]; Pei Liu[2]; Benjamin Minkoff[1]; Michael Sussman[1]; [1]UW Madison, Madison, WI; [2]University of Missouri, Columbia, MO

**WP 147** Measuring Protein Conformational Change in living Cells by Quantitative, Comprehensive, and Ultra-Sensitive Protein Footprinting; Jenna G. Caldwell[1]; Joshua E. Elias[2]; Pehr A. B. Harbury[2]; [1]Stanford University, Stanford, CA; [2]Stanford University, Palo Alto, CA

**WP 148** Developing an Integrative XL-MS Strategy to Facilitate Structural Modeling of Protein Complexes; Craig B Gutierrez[1]; Ilan Chemmama[2]; Haibin Mao[3]; Clinton Yu[1]; Sara Block[1]; Scott Rychnovsky[1]; Ning Zheng[3]; Andrej Sali[2]; Lan Huang[1]; [1]University of California, Irvine, Irvine, CA;



²University of California at San Francisco, San Francisco, CA; ³University of Washington, Seattle, WA

**WP 149** Novel Reagent Efficiently Esterifies Hydroxyl-Containing Amino Acids and Provides Promise as a Covalent Protein Footprinter; Austin B Moyle[1]; Ming Cheng[1]; Nicole D Wagner[1]; Michael L Gross[1]; [1]Washington University in St. Louis, St. Louis, MO

**WP 150** Specific Identification of Dityrosine cross-linked Peptides using 193 nm Ultraviolet Photodissociation Mass Spectrometry; Soumya Mukherjee[1]; Mengxuan Fang[2]; W. Mei Kok[3]; Eugene Kapp[1]; Craig A. Hutton[2,3]; Gavin Reid[2,3]; Blaine Roberts[1]; [1]The Florey Institute of Neuroscience and Mental Health, The University of Melbourne, Melbourne, Australia; [2]School of Chemistry, Bio21 Molecular Science and Biotechnology Institute, The University of Melbourne, Parkville, 3010, Melbourne, Australia; [3]Department of Biochemistry and Molecular Biology, The University of Melbourne, Parkville, Victoria, 3010, Melbourne, Australia

**WP 151** Assessing the Conformation of Influenza Hemagglutinins Using Covalent Labeling and Intact Mass Spectrometry Approaches; Jonathan Bundy[1]; Carrie L. Pierce[1]; Dongxia Wang[1]; Jakub Baudys[1]; Tracie L Williams[1]; John R. Barr[1]; [1]CDC, Atlanta, GA

**WP 152** Structure-Function Relationship of Cyanobacterial Flavodiiron Proteins Revealed by Combined Approaches of in Solution and Computational Methods; Monika Tokmina-Lukaszewska[1]; Katherine A Brown[2]; Zhanjun Guo[2]; Liam W Scott[1,3]; Carolyn E Lubner[2]; Sharon Smolinski[2]; David W Mulder[2]; Brian Bothner[1]; Paul W King[2]; [1]Montana State University, Bozeman, MT; [2]National Renewable Energy Laboratory, Golden, CO; [3]Indiana University, Bloomington, IN

**WP 153** Measurement of Enthalpies of Ubiquitin Dimerization to Different Dimer Structures; Bingqing Zhao[1]; Colin P. Reilly[1]; James P. Reilly[1]; [1]Indiana University, Bloomington, IN

## CANNABIS
### 154-179

**WP 154** A Multiresidue Approach to Pesticide Screening in Cannabis Using GC-MS/MS; Kari Organtini[1]; Kim Tran[1]; Kenneth Rosnack[1]; Peter Hancock[2]; Naren Meruva[1]; [1]Waters Corporation, Milford, MA; [2]Waters Corporation, Wilmslow, United Kingdom

**WP 155** From Cigarettes to Joints - Puff-by-Puff Resolved Analysis of Smoke Constituents of Cannabis Products Other Smoking Devices Using Photoionization TOF-MS; Sven Ehlert[1]; Jan Heide[2]; Andreas Walte[1]; Mohammad Saraji-Bozorgzad[1]; Matthias Bente v Frowein[1]; Ralf Zimmermann[2]; [1]Photonion GmbH, Schwerin, Germany; [2]University of Rostock, Rostock, Germany

**WP 156** Determination of Pesticides and Mycotoxins in Cannabis Using a Simple Extraction Procedure with dSPE Cleanup and LC-MS/MS; Kim Tran[1]; Marian Twohig[1]; Kari Organtini[1]; Michael S. Young[1]; Naren Meruva[1]; Kenneth Rosnack[1]; Rebecca Stevens[2]; James Roush[2]; Chris Hudalla[2]; Sarah Dowd[3]; Gordon Fujimoto[3]; [1]Waters Corporation, Milford, MA; [2]Proverde Laboratories, Milford, MA; [3]Waters Corporation, Beverly, MA

**WP 157** A Novel LCMSMS Method with Dual ESI and APCI Source for Analysis of Pesticides in Cannabis Flower; Avinash Dalmia[1]; Erasmus Cudjoe[2]; Jacob Jalali[3]; Jingcun Wu[2]; Josh Ye[2]; Heather Gamble[2]; Reza Javahery[2]; Feng Qin[1]; [1]Perkinelmer, Shelton, CT; [2]PerkinElmer, Woodbridge, ON; [3]Perkin Elmer, San Jose, CA

**WP 158** Rapid Multipexed Analysis of Cannabinoids and their Metabolites in Urine Using MassHunter StreamSelect LC-MS System; Andre Szczesniewski[1]; Kevin McCann[1]; [1]Agilent Technologies, Wood Dale, IL

**WP 159** Simplified Sample Preparation for Low Level Determination of Cannabis Use from Hair Samples Prior to LC-MS/MS Analysis; Katie-Jo Teehan[1]; Lee Williams[1]; Rhys Jones[1]; Adam Senior[1]; Helen Lodder[1]; Geoff Davies[1]; Alan Edgington[1]; Steve Jordan[1]; Claire Desbrow[1]; Paul Roberts[1]; [1]Biotage GB Limited, Cardiff, United Kingdom

**WP 160** Quantitation of California Regulated Pesticides in Cannabis Oil by ESI/APCI UHPLC-MS-MS; Jacob Jalali[1]; Avinash Dalmia[2]; Erasmus Cudjoe[3]; Feng Qin[3]; Jingcun wu[3]; Luke Ward[4]; Ben Armestrong[4]; [1]PerkinElmer, San Jose, CA; [2]PerkinElmer, Shelton , CT; [3]PerkinElmer, Woodbridge, ON; [4]Juniper Analytics, Bend, OR

**WP 161** Similarities and Differences in the Fragmentation Pathways of Cannabinoid Ions Generated by Electron Impact, Electrospray Ionization, Atmospheric Pressure Chemical Ionization; Allegra Leghissa[1]; Zacariah L. Hildenbrand[2]; Kevin A Schug[3]; [1]University of Texas, Arlington, Arlington, TX; [2]Inform Environmental LLC., Dallas, Texas; [3]University of Texas Arlington, Arlington

**WP 162** A Draft Map of the Cannabis Proteome; Benjamin Orsburn[1]; Conor Jenkins[1,2]; [1]Think20 Labs, Columbia, MD; [2]Hood College Bioinformatics Program, Frederick, MD

**WP 163** High Throughput Testing of Terpenes in Cannabis Samples by Headspace/Gas Chromatography/Mass Spectrometry; Adam Floyd[1]; Adam Patkin[1]; Lee Marotta[1]; Charlie Schmidt[2]; [1]Perkin Elmer, San Jose, CA; [2]PerkinElmer, San Jose, CA

**WP 164** Streamlining Cannabis Testing using Comprehensive Two-Dimensional Gas Chromatography with Time-of-Flight Mass Spectrometry (GCxGC-TOFMS); Joseph E Binkley[1]; Brad Barrett[2]; David E Alonso[2]; [1]LECO Corporation, St. Joseph, MI; [2]LECO Corporation, St Joseph, MI

**WP 165** Evaluating Cannabinoids and Terpenes in Challenging Matrices Using High-Temperature Headspace-Gas Chromatography-Mass Spectrometry; Don Nguyen[1,2]; Seamus Riordan-Short[1]; Thu-Thuy Dang[2]; Rob O'Brien[1]; Matthew Noestheden[1]; [1]Supra R&D, Kelowna, BC; [2]University of British Columbia, Kelowna, British Columbia

**WP 166** Comprehensive Untargeted Screening and Quantitation of Pesticides in Cannabis Using GCxGC and High Performance Time of Flight Mass Spectrometry; Gail Harkey[1]; Todd Richards[1]; Joseph E Binkley[2]; David E Alonso[1]; Lorne Fell[1]; [1]LECO Corporation, St Joseph, MI; [2]LECO Corporation, St Joseph, MI

**WP 167** Does Your Dog Have Anxiety After a Rough Day at the Lake: Analysis of CBD Extracts for Dog Treats; Matthew Curtis[1]; Mike Adams[2]; Karen Kaikaris[2]; Sarah Aijaz[3]; Sue D'Antonio[1]; Anthony Macherone[1,4]; [1]Agilent Technologies, Inc., Santa Clara, CA; [2]CWC Labs, Cedar Creek, TX; [3]MilliporeSigma, Bellefonte, PA; [4]Johns Hopkins University School of Medicine, Baltimore, MD

**WP 168** Time Saving Sample Prep for the Analysis of 54 Residues in Cannabis Flower by LC-MS/MS; Lisa Wanders; Thomson Instrument Co, Oceanside, CA

**WP 169** MALDI-MS Library of Fingerprint Spectra for Selected Fractions of Cannabis Products; Baylie Gigolyk[1]; Helene Perreault[1]; [1]University of Manitoba, Winnipeg, MB

**WP 170** An Automated LC-MS/MS Workflow for High-Throughput Pesticide Residue Screening in Cannabis Samples; Mahsan Miladi[1]; Tanner Stevenson[1]; [1]Agilent Technologies, Santa Clara, CA

**WP 171** The Analysis of Mycotoxins in CBD Oils by LC-MS/MS; Justin Steimling[1]; Megan Pollock[1]; Ty Kahler[1]; Colton Myers[1]; Ashlee Reese[1]; Susan Steinike[1]; [1]Restek, Bellefonte, PA

**WP 172** Method Development and Validation for Liquid Chromatography/Tandem Mass Spectrometry Determination of Cannabidiol, Tetrahydrocannabinol, and Metabolites in Equine Urine and Plasma; Michael


Hedge[1]; Nathan Mitchell[1]; Scott Stanley[1,2]; Rui Yu[1]; [1]United States Equestrian Federation Equine Drug Testing and Research Laboratory, Lexington, KY; [2]University of Kentucky, Lexington, KY

**WP 173 Screening CBD Oil Pet Supplements for Mycotoxins using LC-MS Quadrupole System with Accurate Mass Calibration;** Sue D'Antonio[1]; Yongdong Wang[2]; Don Kuehl[2]; Anthony Macherone[3,4]; [1]Agilent Technologies, Inc., Santa Clara, CA; [2]Cerno Bioscience LLC, Norwalk, CT; [3]Agilent Technologies, Wilmington, DE; [4]Johns Hopkins University School of Medicine, Baltimore, MD

**WP 174 When Matrix Matched Calibration Systems Don't Admit Truth: Distinguishing Trueness from Accuracy for THC-COOH in Urine;** Matthew T Campbell[1]; Kyle Cahill[1]; Brian Rappold[1]; [1]LabCorp, Research Triangle Park, NC

**WP 175 Solvent-Free Terpene & Cannabinoid Profiling of Cannabis and Cannabis-Infused Consumer Products using Vacuum Assisted Sorbent Extraction (VASE) Thermal Desorption-GC-MS;** Sage J.B. Dunham[1]; Victoria L. Noad[1]; Daniel B. Cardin[1]; [1]Entech Instruments Inc, Simi Valley, CA

**WP 176 Analogue and Digital 1 Hz Infusion SCREENING of Mixtures via IBF Droplets;** Drew Sauter[1]; Ron Shomo[2]; [1]Nanoliter, LLC, Henderson, NV; [2]Scientific Instrument Services, Ringoes, NJ

**WP 177 Liquid Chromatography and Tandem Mass Spectrometry: The Technique for Analyzing Pesticides in Cannabis Flower to Meet Regulatory Requirements in Canada;** Erasmus Cudjoe[1]; Dalmia Avinash[2]; Jacob Jalali[3]; Jingcun Wu[4]; Josh Ye[5]; Feng Qin[5]; [1]PerkinElmer, Canada, Woodbridge, ON; [2]Perkinelmer, Shelton, CT; [3]Perkin Elmer, San Jose, CA; [4]PerkinElmer, Inc.,, Woodbridge, ON; [5]PerkinElmer Inc., Woodbridge, ON

**WP 178 LC-MS/MS Dilute and Shoot Development and Validation for the Quantitation of 11-Nor-9-Carboxy-THC and Cannabidiol in Urine;** Chris Riley[1]; Lawrence J Andrade[1]; [1]Dominion Diagnostics, North Kingstown, RI

**WP 179 GC/MS and HPLC/MS Characterization of the Terpenes, Sesquiterpenes and Cannabinoids in Cannabis and Cannabis Products;** Jodie V Johnson[1]; Kari B. Green[1]; Adam Christensen[2]; Daniel Morgan[2]; [1]Chemistry Dept, University of Florida, Gainesville, FL; [2]Botanica Testing LLC, Gainesville, FL

## CARBOHYDRATES I
### 180-205

**WP 180 Resolving the Isomeric Heterogeneity of the Glycome: Ultrahigh-Resolution Ion Mobility Separations in Structures for Lossless Ion Manipulations;** Gabe Nagy[1]; Isaac K. Attah[1]; Sandilya V. B. Garimella[1]; Yehia M. Ibrahim[1]; Richard D. Smith[1]; [1]Pacific Northwest National Laboratory, Richland, WA

**WP 181 Quantitative Glycomics with Improved Multiplexing Performance by Mass-Defect SUGAR Tags and Both-ends Labeling;** Miyang Li[1]; Yu Feng[2]; Lingjun Li[1,2]; [1]Department of Chemistry, University of Wisconsin, Madison, WI; [2]School of Pharmacy, University of Wisconsin-Madison, Madison, WI

**WP 182 Introduction of a Novel Labelling Strategy to Facilitate LC-MS Analysis of Released N-Glycans;** Phil J Widdowson[1]; Zoltan Szabo[2]; Sheheer Khan[2]; Jonathan Bones[3]; Rowan Moore[4]; [1]Thermo Fisher Scientific, Runcorn, United Kingdom; [2]Thermo Fisher Scientific, Oyster Point, California; [3]National Institute for Bioprocessing Research and Training, Dublin, Ireland; [4]Thermo Fisher Scientific, Hemel Hempstead, United Kingdom

**WP 183 Structural Analysis of Free Oligosaccharides from Bovine Milk with New Mass Spectrometry Method;** Chi-kung Ni[1]; WeiChien Weng[2]; Hsu-Chen Hsu[1]; Shang-Ting Tsai[1]; Chia Yen Liew[1]; Shih-Pei Huang[1]; Yu-Shiang Kuo[1];

[1]Academia Sinica, Taipei, Taiwan; [2]Institute of Atomic and Molecular Sciences, Academia Sinica, Taipei City, Taiwan

**WP 184 Harmonization of Glycan Structure Identification for Translational Human Cardiac Glycomics;** Christopher Ashwood[1]; Matthew Waas[1]; Ranjuna Weerasekera[1]; Rebekah L. Gundry[1]; [1]Medical College of Wisconsin, Milwaukee, WI

**WP 185 Ion Pairing Effects in Carbohydrate Ion-Electron Reactions;** Isaac Aoyekum[1]; Kristina Hakansson[1]; [1]University of Michigan, Ann Arbor, MI

**WP 186 Avian IgY N-linked Glycan Structural Determination Using Ion Trap Mass Spectrometry;** Kate Stumpo[1]; Kevin Kover[1]; Robert Smith[1]; Margret Hatch[2]; David Ashline[3]; Vernon Reinhold[3]; [1]University of Scranton, Scranton, PA; [2]Penn State University - Scranton, Dunmore, PA; [3]University of New Hampshire, Durham, NH

**WP 187 The Quantification of Chondroitin Sulfate in Raw Materials and Dietary Supplements;** Martina Hermannova[1]; Daniela Smejkalova[1]; Tomas Bobula[1]; [1]Contipro a.s., Dolni Dobrouc, Czech Republic

**WP 188 Structural Characterization of Oligosaccharide Mixtures Using Ultra-High Performance Liquid Chromatography (UHPLC) with Charge Transfer Dissociation Mass Spectrometry (CTD-MS);** Praneeth M. Mendis[1]; Zachary J. Sasiene[1]; David Ropartz[2]; Helene Rogniaux[2]; Glen P. Jackson[1,3]; [1]C. Eugene Bennett Department of Chemistry, West Virginia University, Morgantown, WV; [2]INRA UR1268 BIA, Nantes, France; [3]Department of Forensic and Investigative Science, West Virginia University, Morgantown, WV

**WP 189 Characterization of Enoxaparin using LC-MS/MS;** S Sameer Kumar Gantasala[1]; Dilipkumar Reddy Kandula[2]; Sri Rama Krishna Surapureddi[1]; Sreedhar Reddy Sappidi[1]; Manoj Pillai[2]; Shrikrishna Dadke[1]; [1]Vimta Labs Limited, Hyderabad, India; [2]SCIEX INDIA, GURUGRAM, India

**WP 190 Sequencing Heparan Sulfate Using Liquid Chromatography Tandem Mass Spectrometry;** Jiandong Wu[1]; Juan Wei[1]; Pradeep Chopra[2]; Geert-Jan Boons[2,3]; Cheng Lin[1]; Joseph Zaia[1]; [1]Boston University, Boston, MA; [2]University of Georgia, Athens, GA; [3]Utrecht Univeristy, Utrecht, Netherlands

**WP 191 A New Method for the Analysis of Bisecting N-Glycans on the Intact Glycopeptides;** Liuyi Dang[1]; Jiechen Shen[1]; Shisheng Sun[1]; [1]Northwest University, Xi'an, China

**WP 192 New Method for Highly Sensitive Analysis of Complex Oligosaccharides Based on Filter Aided Sample Preparation and Mass Spectrometry;** Amandine Pruvost[1]; Christophe Penverne[1]; Christian Rolando[1]; [1]Université de Lille, Villeneuve d'Ascq, France

**WP 193 Investigating Isoform Structures Found In Enoxaparin Using Negative Electron Transfer Dissociation And Capillary Electrophoresis-Mass Spectrometry;** Morgan Stickney[1]; Patience Sanderson[1]; Franklin E. Leach Iii[1]; Joshua J Coon[2]; Michael S Westphall[2]; Nicholas M Riley[2]; Qiangwei Xia[3]; Robert Linhardt[4]; I. Jonathan Amster[1]; [1]University of Georgia, Athens, GA; [2]University of Wisconsin-Madison, Madison, WI; [3]CMP Scientific Corp, New York, NY; [4]Rensselaer Polytechnic Institute, Troy, NY

**WP 194 A Novel Isobaric Tag Enabled Multiplexed Quantitative Glycomics Analysis for Various Types of N-glycans including Sialic Acid Linkage Isomers;** Qinying Yu[1]; Yu Feng[1]; Lingjun Li[1]; [1]University of Wisconsin Madison, Madison

**WP 195 The Unexpected Dissociation Mechanism of Sodiated N-acetylglucosamine and N-acetylgalactosamine;** Shih-Pei Huang[1]; Shang-Ting Tsai[1]; Hou-Yu Lin[1,2]; Chi-Kung Ni[1]; [1]Institute of Atomic and Molecular Sciences, Academia Sinica, Taipei, Taiwan; [2]Department of Chemistry, National Taiwan University, Taipei, Taiwan



**WP 196**  **Investigation on Isomeric Gangliosides using LC/MS/MS towards Mouse Brain Regional Mapping;** Jua Lee[1]; Jaekyung Yun[1]; Heeyoun Hwang[1]; Hee-sup Shin[2]; Hyun Joo An[1]; [1]Chungnam National University, Daejeon, South Korea; [2]Institute for basic science, Daejeon, South Korea

**WP 197**  **Isomeric Separation of Permethylated Glycans by Extra-Long Reversed-Phase Liquid Chromatography (RPLC)-MS;** Xue Dong[1]; Yifan Huang[1]; Jingfu Zhao[1]; Aiying Yu[1]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock, TX

**WP 198**  **Discrimination of Metal Adducted Sialylated Carbohydrate Isomers by Ion Mobility Spectrometry, Electron Transfer, and Vibrational Activation;** Anna J. Diepenbrock[1]; Eric D. Dodds[1]; [1]University of Nebraska - Lincoln, Lincoln, NE

**WP 199**  **Degradation Pathway of β-Cyclodextrin by Electrospray Ionization Mass Spectrometry and Liquid Chromatography with Evaporative Light Scattering Detection;** Hengwen Zhong[1]; Peter Wang[1]; Tao Jiang[1]; [1]Mallinckrodt, Hazelwood, MO

**WP 200**  **Characterization of Sodium and Lithium Cationized Mono and Disaccharides Using High Resolution IMS and Tandem IMS Techniques;** Paul Scott Soma[1]; Matthew T Campbell[1]; Andrew Baker[2]; Martin Palmer[3]; Dale Cooper-Shepherd[3]; Gary Glish[1]; [1]University of North Carolina, Chapel Hill, NC; [2]Waters Corporation, Pleasanton, CA; [3]Waters, Wilmslow, United Kingdom

**WP 201**  **Determining the Structure of the Glycan Bearing the Bisecting GlcNAc on Human Placenta Membrane Using Mass Spectrometry;** Qiushi Chen[1]; Yuanliang Zhang[1]; Zhilong Lin[1]; Yan Ren[1]; Siqi Liu[1]; [1]BGI-Shenzhen, Beishan Industrial Zone 11th Building, Yantian District, Shenzhen City, China

**WP 202**  **A Facile and Unbiased Method for Comprehensive Glycome Characterization;** Juan Wei[1]; Yang Tang[2]; Pengyu Hong[3]; Catherine E. Costello[1, 2]; Cheng Lin[1]; [1]Department of Biochemistry, Boston University School of Medicine, Boston, MA; [2]Department of Chemistry, Boston University, Boston, MA; [3]Department of Computer Science, Brandeis University, Waltham, MA

**WP 203**  **Isoforms of Carbohydrates Identified by 2D UV-MS of Non-Covalent Complexes with Aromatics;** Oleg V. Boyarkine; EPFL, Lausanne, Switzerland

**WP 204**  **Separation and Identification of Glycan Anomers Using Ultrahigh-Resolution Ion Mobility Spectrometry Combined with Cryogenic IR Spectroscopy;** Stephan Warnke[1]; Ahmed Ben Faleh[1]; Thomas R. Rizzo[1]; [1]Ecole Polytechnique Federale de Lausanne, Lausanne, Switzerland

**WP 205**  **Dual Enzymatic Digestion Enabling Simultaneous Release of Glycans from Glycoproteins and Glycolipids;** Seth D Williamson[1]; Andrew Cho[1]; Jair Montford[1]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock, TX

## CLINICAL ANALYSIS III
### 206-234

**WP 206**  **Noninvasive Analysis and Delivery of Vitamin D3 in the Skin;** Isaac Mall[1]; Marcel Musteata[1]; [1]Albany College of Pharmacy, Albany, NY

**WP 207**  **An Ultra-Sensitive Paper-Based Diagnostic Platform of Detecting Colorectal Cancer via Mass Spectrometry;** Suji Lee[1]; Abraham K. Badu-Tawiah[1]; [1]The Ohio State University, Columbus, OH

**WP 208**  **Rapid, Robust and High-Throughput Proteome Analysis by High-Flow LC-MS/MS;** Yangyang Bian[1]; Runsheng Zheng[1]; Yun-Chien Chang[1]; Jana Zecha[1]; Stephanie Heinzlmeir[1]; Daniel P Zolg[1]; Oleksandr Boichenko[2]; Mike Baynham[3]; Bernhard Kuster[1, 4, 5]; [1]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany; [2]Thermo Fisher Scientific, Germering, Germany; [3]Thermo Fisher Scientific, Runcorn, United Kingdom;

[4]Center for Integrated Protein Science Munich, Freising, Germany; [5]Bavarian Center for Biomolecular Mass Spectrometry, Freising, Germany

**WP 209**  **A High Throughput and High Resolution LC-MS/MS Method to Measure IGF1 in Serum for Clinical Research;** Xiaolei Xie; ThermoFisher Scientific, San Jose, CA

**WP 210**  **Faecal Metabolomics by Conventional UHPLC-HRMS as well as Novel LA-REIMS Reveals Relevant Metabolic Perturbations in Type 2 Diabetes;** Lieven Van Meulebroek[1]; Simon Cameron[2]; Bruno Lapauw[3]; Zoltan Takats[2]; Lynn Vanhaecke[1]; [1]Ghent University, Merelbeke, Belgium; [2]Imperial College, London, United Kingdom; [3]Ghent University Hospital, Ghent, Belgium

**WP 211**  **Clinical Evaluation of Coated Blade Spray Mass Spectrometry for the Concomitant Determination of Four Immunosuppressive Drugs in Whole Human Blood;** Daniel Rickert[1]; German Augusto Gomez-Rios[1, 2]; Emir Nazdrajić[1]; Marcos Tascon[1, 3]; Vathany Kulasingam[4, 5]; Janusz Pawliszyn[1]; [1]University of Waterloo, Waterloo, ON; [2]Restek Corporation, Bellefonte, PA; [3]Instituto de Investigación e Ingeniería Ambiental (3iA), Universidad Nacional de San Martín (UNSAM), San Martín, Argentina; [4]Department of Laboratory Medicine and Pathobiology, University of Toronto, Toronto, Ontario; [5]Department of Clinical Biochemistry, University Health Network, Toronto, Ontario

**WP 212**  **An Approach to Screening Clinical Samples for Novel Fentanyls using High Resolution Tandem Mass Spectrometry;** Kenneth D. Swanson[1]; Rebecca L. Shaner[1]; William A. Bragg[1]; Logan C. Krajewski[2]; Elizabeth I. Hamelin[1]; Melissa D. Carter[1]; Rudolph C. Johnson[1]; [1]Emergency Response Branch, Division of Laboratory Sciences, National Center for Environmental Health, Centers for Disease Control and Prevention, Atlanta, GA; [2]Battelle Memorial Institute at the Centers for Disease Control and Prevention, Atlanta, GA

**WP 213**  **Different Approaches for Vitamin D Determination in Newborns by LC-MS/MS;** Rafal Rola[1, 2]; Konrad Kowalski[2]; Tomasz Bienkowski[2]; Jacek Witwicki[3]; [1]Nicolaus Copernicus University, Torun, Poland; [2]Masdiag Sp. z o.o., Warsaw, Poland; [3]Bielanski Hospital, Warsaw, Poland

**WP 214**  **A Simple Analysis of Catecholamines in Cell Cultures by LC/MS/MS Using an Ion-Pairing Reagent Added to Final Extracts;** Yi Zhao[1]; Peiling Hou[2]; Shu Qing Chan[3]; Weiying Sim[1]; Lisa Helen Ong[1]; Jie Xing[3]; [1]Department of Clinical Research, Singapore General Hospital,, Outram Road, Singapore; [2]Application Development & Support Centre, Shimadzu (Asia Pacific) Pte Ltd, Singapore; [3]School of Chemical and Life Sciences, Singapore Polytechnic, Singapore

**WP 215**  **Application of the HPLC-MS/MS Method in Studying Individual Metabolic Differences of Cyclosporin A in Bone Marrow Transplant Patients;** Wang Lei[1, 2]; Liu hong xing[2, 3, 4]; Liu rui[1]; Yang zi yi[1]; [1]HebeiYanda Lu Daopei Hospital, Langfang, China; [2]Beijing Lu Daopei Hospital, Beijing, China; [3]HebeiYanda Lu Daopei Hospita, Langfang, China; [4]Beijing Lu Daopei Institute of Hematology, Beijing, China

**WP 216**  **Intra-Surgical Diagnosis of IDH Mutation in Human Glioma using a Miniature Mass Spectrometer;** Fan Pu[1]; Clint M Alfaro[1]; Hannah M Brown[1]; Zheng Ouyang[1, 2]; Graham R. Cooks[1]; [1]Department of Chemistry, Purdue University, West Lafayette, IN 47907; [2]Tsinghua University, Beijing, China

**WP 217**  **High-Throughput Analysis of Neuroleptic Drugs in Plasmas using LDTD-MS/MS Technology;** Jacques Corbeil[1, 2]; Serge Auger[3]; Pier-Luc Plante[1, 2]; Jean Lacoursière[3]; Pierre Picard[3]; [1]Université Laval, Quebec, Quebec; [2]Infectiology Research Centre, CHU de Québec, Laval University, Québec, QC; [3]Phytronix Technologies, Quebec, QC


**WP 218** Reliable Quantification of 52 Amino Acids in Human Plasma by LC-MS/MS; Stephanie Samra[1]; Valérie Thibert[2]; Claude Netter[2]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Courtaboeuf, France

**WP 219** High-Sensitivity Analysis of a Steroid Panel Samples using Micro-Flow LC-MS/MS for Clinical Research; Narumi Shirai[1]; Takanari Hattori[2]; Mikael Levi[2]; Shoji F. Nakayama[3]; Shigeru Suzuki[1]; [1]Chubu University, Kasugai, Japan; [2]Shimadzu Corporation, Kyoto, Japan; [3]National Institute for Environmental Studies, Tsukuba, Japan

**WP 220** Using Superficially Porous Phenyl Phase Selectivity for Benzodiazepine Separations; William Long[1]; Carl Griffin[2]; Anne E Mack[2]; Emily Parry[2]; Charles Lofton[2]; [1]Agilent Technologies, Wilmington, DE; [2]Agilent Technologies, Inc., Wilmington, DE

**WP 221** A Systematic Study of Hydrolytic Degradation of Acylcarnitines During Sample Preparation and Analysis in Newborn Screening Using Tandem Mass Spectrometry; Timothy Lim[1]; Donald H Chace[1]; Konstantinos Petritis[1]; [1]Centers for Disease Control and Prevention, Chamblee, GA

**WP 222** Translation of a Top-Down Proteomics IgG Workflow to the Mayo Clinic to Characterize Monoclonal Gammopathies; Ryan T Fellers[1]; Richard D Leduc[1]; Bryan P Early[1]; Rafael D. Melani[1]; Joseph B Greer[1]; Surendra Dasari[2]; Patrick M Vanderboom[2]; Angela Dispenzieri[2]; David L Murray[2]; Paul M Thomas[1]; Neil L Kelleher[1]; [1]Northwestern University, Evanston, IL; [2]Mayo Clinic, Rochester, MN

**WP 223** Isotopic Peak Index: A Novel Nomenclature to Help Simultaneously Detect and Identify 13 IGF-1 Variants during Routine Clinical Analysis; Ievgen Motorykin[1]; Michael P Caulfield[1]; Michael J McPhaul[1]; Zengru Wu[1]; [1]Quest Diagnostics, San Juan Capistrano, CA

**WP 224** Case-Control Study: Expanded Proteomics and Lipidomic Profiling for Early Prediction of Major Adverse Cardiac Events; Qin Fu[1]; Irina Tchernyshyov[1]; Ronald Holewinski[1]; Vidya Venkatraman[1]; David Sarracino[2]; Casey Johnson[1]; Kelly Njine Mouapi[1]; Susan Cheng[3]; Chrisandra Shufelt[3]; Brennan Spiegel[4]; Noel Bairey Merz[3]; Scott Peterman[2]; Jennifer Van Eyk[1]; [1]Advanced Clinical Biosystems Research Institute, The Smidt Heart Institute, Cedars-Sinai Medical Center, Los Angeles, CA 90048, Los Angeles,, CA; [2]Thermo Fisher Scientific, Cambridge, MA; [3]Barbra Streisand Women's Heart Center, The Smidt Heart Institute, Cedars-Sinai Medical Center, Los Angeles, CA; [4]Clinical and Translational Science Institute, Cedars-Sinai Medical Center, Los Angeles, CA

**WP 225** Biomarker Detection Utilizing a Desktop IMS-MS Device with Electrospray Ionization High Resolution Drift Time Ion Mobility-Linear Ion Trap Mass Spectrometer; Julia L. Kaszycki[1]; Gregory F. Brabeck[1]; Aurelio La Rotta[1]; Ching Wu[1]; [1]Excellims Corporation, Acton, MA

**WP 226** The MasSpec Pen for the Rapid Detection of Primary Breast Cancer and Breast Cancer Metastasis; Kyana Y Garza[1]; Jialing Zhang[1]; John Lin[1]; Stacey Carter[2]; James Suliburk[2]; Chandandeep Nagi[2]; Livia S Eberlin[1]; [1]University of Texas at Austin, Department of Chemistry, Austin, TX; [2]Baylor College of Medicine, Houston, TX

**WP 227** Ambient Mass Spectrometry Mapping of Lipid Fingerprints in Healthy and Cancerous Human Colorectal Tissues; Yasmin Shanneik[1]; Emrys A. Jones[2]; Bipasha Chakrabarty[3]; Kaye J. Williams[4]; Omer Aziz[3]; Steven Pringle[2]; Adam W. McMahon[1]; [1]Wolfson molecular imaging centre, The University of manchester, Manchester, United Kingdom; [2]Waters Corporation, Manchester, United Kingdom; [3]The Christie NHS Foundation Trust, Manchester, United Kingdom; [4]The University of Manchester, Division of Pharmacy & Optometry, Manchester, United Kingdom

**WP 228** Quantitative N-Glycan Profiling of Clinical Tissue Samples by On-Line Fluorescence-MS Using a Rapid Labeling Tag; Sarah Totten[1]; Andres Guerrero[2]; John Yan[3]; Aled Jones[3]; James D. Brooks[4]; Abel Bermudez[1]; Sharon J. Pitteri[1]; [1]Stanford University School of Medicine, Canary Center at Stanford for Cancer Early Detection, Palo Alto, CA; [2]ProZyme, A part of Agilent, Hayward, CA; [3]ProZyme, Hayward, CA; [4]Department of Urology, Stanford University School of Medicine, Stanford, California

**WP 229** Development of LC-MS/MS Method for Detection Endogenous Steroids; Konrad Piotr Kowalski[1]; Joanna Waś[2]; Magdalena Niedolistek[2]; [1]Masdiag Sp. z o.o., Warszawa, Poland; [2]Department of Medical Biology, Institute of Cardiology, Warsaw, Poland

**WP 230** Structures for Lossless Ion Manipulations (SLIM)-Mass Spectrometry (MS) for High Resolution Ion Mobility Analysis of Immunosuppressive Drugs; Kelly Wormwood[1]; Laura Maxon[1]; Daniel DeBord[1]; [1]MOBILion Systems Inc., Exton, PA

**WP 231** Method Development and Validation of LC-MS/MS Based Assay for Detection of Carfentanil and Norcarfentanil in Human Urine; Difei Sun[1]; Danijela Konforte[1]; Jan Palaty[2]; [1]Lifelabs Medical Laboratories, Toronto, ON; [2]Lifelabs Medical Laboratories, Burnaby, BC

**WP 232** HarmCheck: Direct Mass Spectrometry Harm Reduction Drug Checking for use in the Opioid Overdose Crisis; Scott A. Borden[1,2]; Jan Palaty[3]; Erik T. Krogh[1,2]; Christopher G. Gill[1,2,4,5]; [1]Appl. Env. Res. Labs. (AERL), Vancouver Island University, Chemistry Department, Nanaimo, BC; [2]University of Victoria, Chemistry Department, Victoria, BC; [3]Lifelabs Medical Laboratories, Burnaby, BC; [4]Simon Fraser University, Chemistry Department, Burnaby, BC; [5]University of Washington, DEOHS, Seattle, WA

**WP 233** Quantitative Proteomic Assessment of Differences and Stability of Human Serum and Plasma Proteins; Sumio Ohtsuki[1]; Madoka Nanbu[1]; Shin Nishiumi[2]; Takashi Kobayashi[2]; Shingo Ito[1]; Takeshi Masuda[1]; Masaru Yoshida[2]; [1]Kumamoto University, Kumamoto, Japan; [2]Kobe University, Kobe, Japan

**WP 234** Probe ElectroSpray Ionization Mass Spectrometry for Cholangiocarcinoma Tumor and Healthy Tissues Rapid Identification; Silvia Giordano[1]; Hidekazu Saiki[2]; Hiroki Nakajima[2]; Matteo Donadon[3]; Matteo Cimino[3]; Cristiana Soldani[3]; Barbara Franceschini[3]; Guido Torzilli[3]; Enrico Davoli[1]; [1]Istituto di Ricerche Farmacologiche Mario Negri IRCCS, Milan, Italy; [2]Shimadzu Corporation, Kyoto, Japan; [3]Humanitas Clinical and Research Center IRCCS, Rozzano, Italy

## DRUG DISCOVERY/DMPK/ADME I
### 235-254

**WP 235** Label-Free Drug Discovery with Mass Spectrometry: High-Throughput Screening of Enzyme Modulators as Anticancer Candidates; Alireza Abdolvahabi[1]; John J. Bowling[1]; Duane G. Currier[1]; Zoran Rankovic[1]; [1]St Jude Children's Research Hospital, Memphis, TN

**WP 236** Drug Discovery Applications of ADE-OPP-MS (Acoustic-Droplet-Ejection coupled Open-Port-Probe Mass Spectrometry) Platform; Hui Zhang[1]; Wenyi Hua[1]; Chang Liu[2]; Jianua Liu[1]; David Cox[2]; Anthony Carlo[1]; Matt Troutman[1]; Tom Covey[2]; [1]Pfizer Inc., Groton, CT; [2]SCIEX, Concord, ON

**WP 237** Acoustic Droplet Ejection (ADE) and Open Port Probe (OPP) Sampling Interface for High Throughput Analysis of ADME Assays; Tom Hollenbeck[1]; John Isbell[1]; Patrick White[1]; Lucas Westling[1]; Ashley Chong[1]; Stefan Thibodeaux[2]; [1]GNF (Novartis), San Diego, CA; [2]Novartis, Cambridge, MA



**WP 238** High-Throughput Analysis of Synthetic Samples from High-Density Microplates with ESI-MS Enabled by the Acoustic-Droplet-Ejection to the Open-Port Probe sampling interface; <u>Wenyi Hua</u>[1]; Chang Liu[2]; Kenneth Dirico[1]; Joseph Tucker[1]; Thomas R. Covey[2]; Hui Zhang[1]; [1]Pfizer Inc., Groton, CT; [2]SCIEX, Concord, ON

**WP 239** Effect of Increased Plate Density on Sensitivity in High-Throughput LDTD-MS; <u>Pierre Picard</u>[1]; Pier-Luc Plante[2]; Sarah Demers[1]; Serge Auger[1]; Jean Lacoursière[1]; [1]Phytronix Technologies, Inc., Quebec, QC; [2]Université Laval, Quebec, Quebec

**WP 240** Enzyme Activity Assay of an Engineered Human Homocyst(e)inase in Mammalian Serum using LC-MS/MS; Dale Schoener[1]; Silvia Ferrati[2]; Forrest Helfrich[1]; Jennifer Zarzoso[1]; Susan Alters[2]; <u>Mike Buonarati</u>[1]; [1]Intertek Pharmaceutical Services, San Diego, CA; [2]Aeglea Biotherapeutics, Austin, TX

**WP 241** Improved Kinome Coverage and Automated Data Analysis Pipeline for Large-Scale Kinase Inhibitor Screens; Maria Reinecke[1,2]; Florian Seefried[1]; Svenja Petzold[1,2]; Tobias Schmidt[1]; Patroklos Samaras[1]; Mathias Wilhelm[1]; <u>Stephanie Heinzlmeir</u>[1]; Benjamin Ruprecht[1]; Guillaume Medard[1]; Bernhard Kuster[1]; [1]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany; [2]German Cancer Consortium (DKTK), DKFZ partner site, Munich, Germany

**WP 242** MS-Based Drug-Screening Platform for in vitro Biomedical Efficiency and in vivo Target Engagement of Covalent Inhibitors against KRAS G12C Mutant; <u>Shujia Dai</u>[1]; Junqing Shen[1]; Gejing Deng[1]; Hong Cheng[1]; Bailin Zhang[1]; [1]Biochemistry & Bioanalytics, Translational Sciences, Sanofi US, Cambridge, MA

**WP 243** Characterization of a Novel BCL6 PROTAC to Provide Molecular Insights by Chemical Biology Approaches; <u>Fiona Pachl</u>[1]; William McCoull[2]; Tony Cheung[3]; Kate Byth[3]; Aarti Kawatkar[1]; Timothy Rasmusson[1]; Paola Castaldi[1]; [1]Discovery Sciences, IMED Biotech Unit, AstraZeneca, Waltham, MA; [2]Chemistry, IMED Biotech Unit, AstraZeneca, Cambridge, United Kingdom; [3]Bioscience, Oncology, IMED Biotech Unit, AstraZeneca, Waltham, MA

**WP 244** Quantifying Heterogeneity in Drug-Uptake, Metabolism and Response in Single-Cells by an Integrated Raman-Spectroscopy and Mass spectrometry Approach; <u>Ahmed Ali</u>[1]; Yasmine Abouleila[1]; Yoshihiro Shimizu[1]; Eiso Hiyama[2]; Arno Germond[1]; Toshio Yanagida[1]; [1]RIKEN, Osaka, Japan; [2]Hiroshima University, Hiroshima, Japan

**WP 245** High Resolution MS for 3D Culture Hepatic in vitro Models Metabolite Identification; Sujoy Lahiri[1]; <u>Kate Comstock</u>[2]; [1]Thermo Fisher Scientific, Frederick, MD; [2]Thermo Fisher Scientific, San Jose, CA

**WP 246** Dual-Stream LC Coupled with 'Plug and Play' Automation for Routine Bioanalysis in Drug Discovery; Emile G Plise[1]; Jonathan Cheong[1]; Katherine Gaffney[1]; Jamie Jorski[1]; Loren Olson[2]; Neal Liddle[2]; Anthony Romanelli[2]; Joseph Janiszewski[3]; Wayne Lootsma[3]; <u>John Janiszewski</u>[4]; [1]Genentech, Inc., South San Francisco, CA; [2]SCIEX, Concord, ON; [3]Sound Analytics, Niantic, CT; [4]J2-Bioanalytical, Westerly, RI

**WP 247** Development and Optimization of an Integrated Trap-and-Elute Microflow LC-MS/MS Platform; <u>Brendon Kapinos</u>[1]; Mary Piotrowski[1]; Hui Zhang[1]; John Janiszewski[2]; Wayne Lootsma[3]; Steve Ainley[3]; [1]Pfizer, Groton, CT; [2]J2-Bioanalytical, Westerly, RI; [3]Sound Analytics, Niantic, CT

**WP 248** Stereoisomer Separation of Drugs and Biomarkers Using Supercritical Fluid Chromatography to Support PK/PD Studies; <u>Fangbiao Li</u>[1]; Bang-lin Wan[2]; Guangping Bi[2]; Rena Zhang[2]; Daniel Spellman[2]; [1]Merck & Co., Inc.,, West Point, PA; [2]Merck & Co., Inc., West Point, PA

**WP 249** LC-MS for Bioanalysis of a Wide Range of Biotherapeutic Modalities; <u>Hao Jiang</u>[1]; Alex Kozhich[1];

Linlin Luo[1]; Wendy Miller[1]; Craig Titsch[1]; Johanna Mora[1]; Gerry Kolaitis[1]; [1]Bristol-Myers Squibb, Princeton, NJ

**WP 250** Ion Mobility-Enabled Metabolite Identification of Tienilic Acid and Tienilic Acid Isomer; Lauren Mullin[1]; Giorgis Isaac[1]; Ian D Wilson[2]; <u>Gordon Murray</u>[3]; Nathan Andersen[1]; Robert S Plumb[1]; [1]Waters Corporation, Milford, MA; [2]Imperial College London, London, SW7 2AZ; [3]Waters Corp., Beverly, MA

**WP 251** Structures for Lossless Ion Manipulations (SLIM)-Mass Spectrometry (MS) for High Resolution and High Throughput Glycan Biomarker Analysis; <u>Kelly Wormwood</u>[1]; Liulin Deng[1]; Daniel DeBord[1]; Laura Maxon[1]; Hirsh Nanda[2]; Jarrat Jordan[2]; Sunil Nagpal[2]; Harsha Gunawardena[2]; [1]MOBILion Systems Inc., Exton, PA; [2]Janssen Research and Development, Spring House, PA

**WP 252** Pharmacokinetic Analysis of an Alzheimer's Disease Therapeutic in Rat Serum via 908devices ZipChip CZE-MS; <u>Zachary Kelley</u>[1]; Mark Lovell[1,2]; Bert C. Lynn[1]; [1]Department of Chemistry, University of Kentucky, Lexington, KY; [2]Sanders-Brown Center on Aging, University of Kentucky, Lexington, KY

**WP 253** Streamlining the Metabolite Identification Workflow in Drug Discovery: Evaluation of Different Fragmentation Techniques and Software for Data Analysis; <u>Catalina Suarez</u>[1]; Qi Wu[1]; Yongying Jiang[1]; [1]MD Anderson Cancer Center, Houston, TX

**WP 254** Evaluation of Microflow LC-MS/MS in a Quantitative Discovery Bioanalysis Setting; <u>Jun Zhang</u>[1]; Wilson Shou[1]; Jonathan Ho[2]; Tairo Ogura[2]; Yohei Arao[2]; Shu Li[1]; Harold Weller[1]; [1]Bristol-Myers Squibb, Hopewell, NJ; [2]Shimadzu Scientific Instruments, Inc., Columbia, MD

### FOOD "OMICS" MS CHARACTERIZATION OF FOOD AND NUTRITIONAL SUPPLEMENTS
### 255-275

**WP 255** Development of a Multiple-Reaction Monitoring (MRM) LC-MS/MS Method for Detection of Microbial Transglutaminase from Streptomyces; <u>Rebekah L Sayers</u>[1]; Jianru Stahl-Zeng[2]; [1]SCIEX, Warrington, United Kingdom; [2]SCIEX, Darmstadt, Germany

**WP 256** Application of REIMS to Describe Genetic, Environmental, and Processing Factors Affecting; <u>Harmonie M Bettenhausen</u>; Colorado State University, Fort Collins, CO

**WP 257** Classification and Visualization of Beer Quality Using GC-MS and GC-FID; <u>Yusuke Takemori</u>[1]; Yui Higashi[1]; Takero Sakai[2]; Ryo Takechi[3]; Motoki Sasaki[4]; Narihiro Suzuki[4]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Shimadzu Corporation, Nakagyo-ku, Japan; [3]Shimadzu Scientific Instruments, Inc., Columbia, Maryland; [4]Ise Kadoya Brewery, Iso, Japan

**WP 258** MALDI-MS Analysis of Phospholipids from Colombian Cacao Beans; <u>Deisy Giraldo Davila</u>[1]; Marianny Y. Combariza[1]; Cristian Blanco-Tirado[1]; [1]Universidad Industrial de Santander, Bucaramanga, Colombia

**WP 259** Non-Targeted Metabolomic Study on Variation of Phenolics in Different Cranberry Cultivars Using UPLC-IM-HRMS; <u>Yifei Wang</u>[1,2]; Nicholi Vorsa[3]; Peter de B. Harrington[2]; Pei Chen[1]; [1]U.S. Department of Agriculture, Agricultural Research Service, Beltsville Human Nutrition Research Center, Food Composition and Methods Development Laboratory, Beltsville, MD; [2]Center for Intelligent Chemical Instrumentation, Department of Chemistry & Biochemistry, Ohio University, Athens, OH; [3]Philip E. Marucci Center for Blueberry and Cranberry Research and Extension, Rutgers University, Chatsworth, NJ

**WP 260** Comparing Chemical Constituency using Data-Driven Botanical Extraction Solvent Assessment by UHPLC-PDA-CAD-HRMS; <u>Christopher J. Pulliam</u>[1]; Vincent P.



Sica[1]; Timothy R. Baker[1]; [1]*The Procter and Gamble Co., Cincinnati, OH*

**WP 261**  **Application of Metabolomics Methods on LC/GQ-QTOF Data to Discriminate Extra Virgin Olive Oils from Different Protected Designations of Origin;** Lucía Olmo-García[1]; Karin Wendt[2]; Nikolas Kessler[2]; Aadil Bajoub[3]; Artem Filipenko[4]; Alberto Fernández-Gutiérrez[1]; Carsten Baessmann[2]; Alegría Carrasco-Pancorbo[1]; [1]*Department of Analytical Chemistry, Faculty of Science, University of Granada, Granada, Spain; [2]Bruker Daltonik GmbH, Bremen, Germany; [3]Department of Basic Sciences, National School of Agriculture, Meknès, Morocco; [4]Bruker Daltonics Inc., Billerica, MA*

**WP 262**  **Phytochemicals and Their Metabolites as the Exposure Biomarkers of Whole Grain Intake;** Shengmin Sang[1]; Yingdong Zhu[1]; Pei Wang[1]; Shuwei Zhang[1]; Yao Tang[1]; [1]*North Carolina A&T State University, Kannapolis, NC*

**WP 263**  **Rapid-Throughput Characterization of Dietary Fiber Supplements Employing UHPLC/QqQ MS;** Thai-Thanh T Vo[1]; Matthew J. Amicucci[2]; Eshani Nandita[2]; Ace G. Galermo[1]; Megan A. Lee[2]; Yiyun Liu[2]; Carlito B. Lebrilla[2]; [1]*University of California Davis, Davis, CA; [2]University of California, Davis, Davis, CA*

**WP 264**  **The Effects of Boiling Time on the Wort Proteome during Beer Production;** Katherine Cordova[1]; Ray Bacala[1]; Marta Izydorczyk[1]; Dave Hatcher[1]; [1]*Canadian Grain Commission, Winnipeg, MB*

**WP 265**  **Lipid Profiling of Beef Muscle Tissues by LC-MS/MS and GC Analysis and Possible Health Benefits of Odd Chain Fatty Acids;** Beate Fuchs[1]; Dirk Dannenberger[1]; [1]*Leibniz-Institut für Nutztierbiologie (FBN), Dummerstorf, Germany*

**WP 266**  **Food Classification and Authenticity Testing Using a New High-Resolution LC/QTOF and Novel Classification Software;** Daniel Cuthbertson[1]; Karen E Yannell[2]; Frank Kuhlmann[2]; [1]*Agilent Technologies, Seattle, WA; [2]Agilent Technologies, Inc., Santa Clara, CA*

**WP 267**  **Effects of Purple Potato Rich Diet on Fecal Metabolome Profiles of Mice as Determined by Untargeted LC-MS/MS Screening;** Lili Mats[1]; Honghui Zhu[1]; Hua Zhang[1]; Rong Cao (Tsao)[1]; [1]*Agriculture and Agrifood Canada, Guelph, ON*

**WP 268**  **Metabolite Fingerprinting and Mapping the Phytonutrients through LCMS and HPTLC Analysis of Rice Varietals, Endogenous to North-East Region of India;** Krishna N Dutta[1]; Akanksha Singh[2]; Paramita Choudhury[1]; Rajlakshmi Devi[1]; Narayan C Talukdar[1]; Suman K Samanta[1]; Dipankar Malakar[2]; Manoj G Pillai[2]; [1]*Life Sciences Division, Institute of Advanced Study in Science and Technology, Guwahati, India; [2]SCIEX, Gurgaon, India*

**WP 269**  **The Selection of Tree Nut Peptide Markers: A Need for Improved Protein Sequences Databases;** Weili Xiong[1]; Melinda A. McFarland[1]; Cary Pirone[1]; Christine H. Parker[1]; [1]*FDA, College Park, MD*

**WP 270**  **Simple, Rapid, Dilute-and-Shoot Analysis of Triacylglycerols in Bovine Milk;** Michael Bukowski[1]; Matthew J. Picklo[1]; [1]*USDA/ARS, Grand Forks, ND*

**WP 271**  **Determination of Endocrine Disrupting Compounds in Lavender and Tea Tree Oils by MIP-SPE and HPLC-HRMS;** Paulina K Piotrowski[1]; Benjamin Place[1]; [1]*NIST, Gaithersburg, MD*

**WP 272**  **Contributing Factors of Fermentation Methods on Volatile Organic Compounds in Cider by Headspace Solid Phase Microextraction-GC-MS Analysis;** Matthew Bingman[1]; Jordanne Pelkey[1]; Claire Stellick[1]; Jared Scott[2,3]; Callie Cole[1]; [1]*Fort Lewis College, Durango, CO; [2]Pome LLC, Hesperus, CO; [3]Fenceline Cidery, Mancos, CO*

**WP 273**  **Evaluation of Trimethylamine in the De-Dimerization of 2-Hydroxy-4-(methylthio)butanoic Acid (HMB) Utilizing GC-MS and TMS- and tBDMS-Derivatization;** Thomas P Mawhinney[1]; Yiyi Li[1]; Deborah L Chance[1]; James K Waters[1]; [1]*University of Missouri, Columbia, MO*

**WP 274**  **In-Depth Profiling of Beetroot Bioactive Compounds by DAD-ESI-LC/MS/MS;** Nebiyu Abshiru[1]; Boris Nemzer[1]; [1]*VDF FutureCeuticals, Inc, Momence, IL*

**WP 275**  **Dereplication of Betalain Derivatives in Different Color of Djulis (Chenopodium formosanum) using UHPLC-DAD-ESI-Orbitrap;** Gui-ru Xie[1]; Hong-Jhang Chen[1]; [1]*National Taiwan University, Taipei, Taiwan*

## FOOD SAFETY III
### 276-303

**WP 276**  **Veterinary Drug Detection in Pork and Milk Using a Small, Innovative Triple Quad with an ESI Ion Source;** Jarod Grossman[1]; Theresa Sosienski[1]; [1]*Agilent Technologies, Santa Clara, CA*

**WP 277**  **Determination of Acrylamide in Coffee by LC-MS/MS;** Jd De-Alwis[1]; Euan Ross[1]; Joanne Williams[1]; Kenneth Rosnack[2]; [1]*Waters, Wilmslow, United Kingdom; [2]Waters Corporation, Milford, MA*

**WP 278**  **Optimized System for Pulsed Injections and Backflushing in GC/MS Analysis of Pesticides with Acetonitrile Solvent;** Anastasia Andrianova[1]; Bruce Quimby[1]; [1]*Agilent Technologies, Wilmington, DE*

**WP 279**  **High-Throughput Online Miro-SPE with LCMS/MS Analysis of Multiple Pesticides Residues in Fruits and Vegetables;** jianzhong li[1]; Ye Kong[1]; Zhe Cao[1]; [1]*No.3,Wang Jing Boi Lu, Beijing, China*

**WP 280**  **Fast Analysis of Multi-Class Pesticides Panel in Wine and Olive Oil Extracts using a Single Run LC-Triple Quadrupole Mass Spectrometry;** Illaria Palini[1]; Silvia Bani[1]; Debora D'Addona[2]; Charles T. Yang[3]; Dipankar Ghosh[3]; [1]*ISVEA, Poggibonsi, Italy; [2]Thermo Fisher Scientific, Milano, Italy; [3]Thermo Fisher Scientific, San Jose, CA*

**WP 281**  **Determination of Glycoalkaloids in Potato by Molecular Imprinted Polymer@Magnetic Nanoparticles Combined with Liquid Chromatography Mass Spectrometry;** Cheng-Hsing Yeh[1]; Chung-Yu Chen[1]; Peipei Qi[2]; Maw-Rong Lee[1]; [1]*National Chung-Hsing University, Taichung, Taiwan; [2]Zhejiang Academy of Agricultural Sciences, Hangzhou, China*

**WP 282**  **Screening and Quantitation of Drugs Illegally Added to Health Foods by UHPLC-hybrid Quadrupole-Orbitrap Mass Spectrometry;** Long Sun[1]; Tao Bo[1]; [1]*Thermo Fisher Scientific, Beijing, China*

**WP 283**  **A Rapid and Original Method for the Determination of Heterocyclic Aromatic Amines in Cooked Meat using QuEChERS Extraction and UHPLC-APCI-MS/MS;** Sylvie Chevolleau[1,2]; Alyssa Bouville[1,2]; Laurent Debrauwer[1,2]; [1]*Axiom Platform, UMR 1331 Toxalim, MetaToul-MetaboHUB, National Infrastructure of Metabolomics and Fluxomics, Toulouse, France; [2]Toxalim, Université de Toulouse, INRA, INP-ENVT, INP-EI-Purpan, Université de Toulouse 3 Paul Sabatier, Toulouse, France*

**WP 284**  **Multi-class Veterinary Drug Screening and Quantitation with a Comprehensive Workflow;** Ed George[1]; Viet Dang[2]; [1]*ThermoFisher Scientific, San Jose, CA; [2]Iowa State University, Ames, IA*

**WP 285**  **Methodology for Detection and Structural Characterization of Phosphodiesterase-5 (PDE-5) Inhibitor Adulterants in an Herbal Coffee Product;** Marian Twohig[1]; Andy Aubin[1]; Sarah Dowd[2]; Gordon Fujimoto[2]; Simon Hird[3]; Kenneth Rosnack[1]; [1]*Waters Corporation, Milford, MA; [2]Waters Corporation, Beverly, MA; [3]Waters Corporation, Wilmslow, United Kingdom*

**WP 286**  **A Quantitative Method to Detect Penicillin in Limited Amounts of Bovine Tissues Using Liquid Chromatography and Tandem Mass Spectrometry (LC/MS/MS);** Linge Li[1]; Karyn D. Howard[1]; Christine Kilonzo[1];



Raoul Gonzales[1]; Michael Myers[1]; [1]FDA/Center for Veterinary Medicine, Office of Research, Laurel, MD 20708

**WP 287** **Optimization of Detection and Separation Conditions in LC-MS/MS Method for Determination of Phenothiazine Dyes in Fish Muscle;** Luiza Kijewska[1]; Kamila Mitrowska[1]; Luigi Giannetti[2]; Bruno Neri[2]; [1]Department of Pharmacology and Toxicology, National Veterinary Research Institute (PIWet), Pulawy, Poland; [2]Istituto Zooprofilattico Sperimentale Regioni Lazio e Toscana Via Appia Nuova, Rome, Italy

**WP 288** **Determination of Glyphosate in Animal Feed Matrices by QuPPe Extraction and LC-MS/MS Detection;** Joanne L Baillie[1]; Fang Shi[1]; [1]Canadian Food Inspection Agency, Calgary, AB

**WP 289** **Sensitive Determination of Polar Anionic Pesticides in Wheat Flour by Stable Isotope Dilution Ion Chromatography–Tandem Mass Spectrometry;** Yingchen Li[1]; Qilei Guo[1]; Tao Bo[1]; [1]Thermo Fisher Scientific, Beijing, China

**WP 290** **Fragmentation Pathways of Synthetic Drugs Added in Health Food Based on Higher Energy Collisional Dissociation in High-Resolution Quadrupole-Orbitrap Mass Spectrometry;** Long Sun[1]; Qilei Guo[1]; Tao Bo[1]; [1]Thermo Fisher Scientific, Beijing, China

**WP 291** **QuEChERS Coupled to Gas Chromatography-Mass Spectrometry for Determination of Leachables of Packaging Material in Beverages;** Ya-Ying Chen[1]; Chung-Yu Chen[1]; Poppy Wulandari Sitanggang[1]; Peipei Qi[2]; Maw-Rong Lee[1]; [1]National Chung-Hsing University, Taichung, Taiwan; [2]Zhejiang Academy of Agricultural Sciences, Hangzhou, China

**WP 292** **Combination of GC/MS/MS and LC/MS/MS to Analyze Multiclass Pesticides in Orange Using One QuEChERS Sample Preparation Method;** zhiming zhang[1]; Ge Meng[1]; Dan-hui Dorothy Yang[2]; Jianzhong Li[3]; Jinlan Sun[3]; Cuiling Wu[3]; [1]Agilent Technologies (Shanghai) Co., Ltd., Shanghai, China; [2]Agilent Technologies, Santa Clara, CA; [3]Agilent Technologies(China) Co. Ltd., Beijing, China

**WP 293** **Analysis of Bifenazate and Derived Metabolite, Bifenazate-Diaen, in Six Livestock Products using Liquid Chromatography-Tandem Mass Spectrometry;** Da-Hee Park[1]; Kyung-Hee Yoo[1]; Seong-Kwan Kim[1]; Ho-Chul Shin[1]; [1]Konkuk university, Seoul, South Korea

**WP 294** **Rapid and Easy Analysis of Tetrodotoxin by Direct Probe Ionization/Tandem Mass Spectrometry (DPiMS);** Tasuku Murata[1]; Koretsugu Ogata[1]; Yuji Nagashima[2]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Food Industry, Department of Food Industry, Niigata Agro-Food University, Niigata, Japan

**WP 295** **Development of a Confirmatory Method for Determination of Xenobiotics in Honey by HPLC-MS/ MS;** Pavel Metalnikov[1]; Ilya Batov[1]; Renat Selimov[1]; Denis Nekrasov[1]; Talyana Sukhova[1]; Alexandre Komarov[1]; [1]VGNKI, Moscow, Russian Federation

**WP 296** **Screening and Low-Level Quantitation of Chloramphenicol (CAP) in Commercial Honey Samples Using Miniaturized LC/MS System;** Vikrant Goel[1]; Saikat Banerjee[2]; Samir Vyas[3]; [1]Agilent Technologies, Gurgaon, India; [2]Agilent Technologies India Pvt Ltd, Hyderbad, India; [3]Agilent Technologies India Pvt Ltd, Mumbai, India

**WP 297** **The Analysis of Chloramphenicol in Milk Using Ultra High Pressure Liquid Chromatography/Compact Mass Spectrometry;** Changtong Hao[1]; Daniel Eikel[1]; Simon Prosser[1]; [1]Advion Inc., Ithaca, NY

**WP 298** **QuEChERS Extracted Pesticide Quantitation by LCMS QTOF using High Resolution Accurate Mass Acquisition Acquired at High Data Acquisition Speed;** Alan Barnes[1]; Steve Williams[2]; Christopher Titman[1]; Neil Loftus[1]; [1]Shimadzu Corporation, Manchester, United Kingdom; [2]Concept Life Sciences, Cambridge, United Kingdom

**WP 299** **High-Throughput Analysis of Indole, Skatole and Androstenone in Pork Fat Using a LDTD-MS/MS System;** Jean Lacoursière[1]; Serge Auger[1]; Sarah Demers[1]; Pierre Picard[1]; [1]Phytronix Technologies, Quebec, QC

**WP 300** **Thyreostatic Drug Analysis in Animal Tissues using LC-SRM and High-Field Asymmetric Waveform Ion Mobility Spectrometry (FAIMS);** Randall W Purves[1, 2]; Kim Souster[1]; Caleb M.E. Fisher[1]; Weitao Wei[1]; Roger Munro[1]; Haixia Zhang[2]; Michael W. Belford[3]; Albert Vandenberg[2]; Bryn O Shurmer[1]; [1]Canadian Food Inspection Agency, Saskatoon, SK; [2]University of Saskatchewan, Saskatoon, SK; [3]Thermo Fisher Scientific, San Jose, CA

**WP 301** **Off-Line Hydrogen Cleaning of GC/MS Ion Source Increases Sample Throughput for Pesticides in Foods;** Jochen Stoeppler[1]; Joerg Riener[2]; Klaus Wilmers[1]; Thorsten Bernsmann[1]; Courtney Milner[3]; [1]Chemisches und Veterinärnuntersuchungsamt Münsterland-Emscher-Lippe (CVUA-MEL), Muenster, Germany; [2]Agilent Technologies, Waldbronn, Germany; [3]Agilent, Santa Clara, CA

**WP 302** **Is Washing and/or Cooking of Vegetables Enough to Minimize the Risk of Population Exposure to Pesticide Residues?;** Joshua Ye[1]; Jingcun Wu[2]; Erasmus Cudjoe[2]; Feng Qin[2]; [1]PerkinElmer Inc., Woodbridge, ON; [2]PerkinElmer, Inc.,, Woodbridge, ON

**WP 303** **Rapid Measurement of Agrochemicals by PaperSpray Mass Spectrometry;** Steven Lawrence Reeber[1]; Neloni R. Wijeratne[1]; Mary L. Blackburn[1]; [1]Thermo Fisher Scientific, San Jose, CA

### FUNDAMENTALS: PHOTODISSOCIATION
### 304-306

**WP 304** **Reduction of Disulfide Bonds Using a High-Powered Femtosecond Laser;** Simon K. Gammelgaard[1, 2]; Steffen B. Petersen[2]; Kim F. Haselmann[1]; Peter Kresten Nielsen[1]; [1]Novo Nordisk A/S, Måløv, Denmark; [2]Aalborg University, Aalborg, Denmark

**WP 305** **Impact of Charge Sites on Fragmentation of Peptides and Proteins: Carbamylation and Guanidination;** Amanda Helms[1]; Jennifer S Brodbelt[1]; [1]University of Texas at Austin, Austin, TX

**WP 306** **GC-MS with Photoionization of Cold Molecules in Supersonic Molecular Beams – Approaching the Softest Ionization Method;** Alexander B. Fialkov[1]; Elias Ikonen[2]; Tiina Laaksonen[2]; Aviv Amirav[1]; [1]Tel-Aviv University, Tel-Aviv, Israel; [2]Neste Oyj, Porvoo, Finland

### GC/MS: INSTRUMENTATION AND APPLICATIONS II
### 307-329

**WP 307** **New Evaluation Methods for Expanding an Electron Ionization Mass Spectral Library;** Weihua Ji[1]; Sanford P. Markey[1]; Gary Mallard[1]; Dmitrii V. Tchekhovskoi[1]; Yuri A. Mirokhin[1]; Oleg V. Toropov[1]; Alexey Mayorov[1]; William E. Wallace[1]; Stephen E. Stein[1]; [1]NIST, Gaithersburg, MD

**WP 308** **Improved Separation and Identification of Essential Oil Constituents in Commercial Products using GCxGC-HR-ToF-MS;** Vimbai Mhuka[1]; Simiso Dube[2]; Mathew M Nindi[2]; [1]UNISA, Florida Park, Roodepoort, South Africa; [2]UNISA, Florida Park, Roodepoort, South Africa

**WP 309** **Rapid "Shotgun" APGC-Ion Mobility Mass Spectrometry for the Analysis of Phytosterols in Honey Bee Dietary Pollen;** Jeffrey T Morre[1]; Priyadarshini Chakrabarti[1]; Diana Oppenheimer[1]; Ramesh R Sagili[1]; Claudia S. Maier[1]; [1]Oregon State University, Corvallis, OR

**WP 310** **Is a Never-Clean Ion Source Possible? Is it Possible to Prove It?;** Lorne Fell[1]; Todd Richards[1]; Joseph E Binkley[1]; [1]LECO Corporation, St Joseph, MI

**WP 311** **Comprehensive Evaluation of NIST Library Search Software;** Arun Moorthy[1]; Anthony J Kearsley[1]; William E. Wallace[1]; Stephen E. Stein[1]; [1]NIST, Gaithersburg, MD


WP 312 Combining Deconvolution, Library Search, and Principal Component Analysis to Detect and Identify Important Flavour and Fragrance Compounds with High-Resolution GC/MS; Jason Cole[1]; John Voss[1]; Xin Zheng[2]; Scott Quarmby[1]; [1]Thermo Fisher Scientific, Ausitn, TX; [2]Thermo Fisher Scientific, Austin, TX

WP 313 Improving GC/MS Library Search on a Single Quadrupole Using Complementary and Orthogonal Metrics Within the Run; Don Kuehl[1]; Stacey Simonoff[1]; Yongdong Wang[1]; [1]Cerno Bioscience, Norwalk, CT

WP 314 Progress in the Development of a Plasma Based CI-Source for GC-MS; Kai Kroll[1]; Hendrik Kersten[1]; Thorsten Benter[1]; [1]University of Wuppertal, Wuppertal, Germany

WP 315 What is Identification?: Comprehensive Characterization of Exposome Samples via GCxGC-High Resolution TOFM; Todd Richards[1]; Joseph E Binkley[1]; David Alonso[1]; Lorne Fell[1]; [1]LECO Corporation, St Joseph, MI

WP 316 Stir Bar Sorptive Extraction-in-port Derivatization-Gas Chromatography-Mass Spectrometry for Determination of Perfluorocarboxylic Acids in Environmental Samples; Chun-Hung Wang[1]; Chung-Yu Chen[1]; Maw-Rong Lee[1]; [1]National Chung-Hsing University, Taichung, Taiwan

WP 317 Comprehensive Analysis of Short-Chained Chlorinated Paraffins and other POPs in Environmental Samples by GCxGC-HR-TOFMS with a Novel Ion Source; Scott Pugh[1]; George Tikhonov[1]; Viatcheslav Artaev[1]; [1]LECO Corporation, St Joseph, MI

WP 318 Determination of Methamphetamines in Human Saliva by GC-MS and Two Step Injection On-Column derivatization; Xiaolei Shi; Shimadzu (China) Co., Ltd., Shanghai Office, Shanghai, China

WP 319 Comparing the Results of Trace Chemical Analyses of ~200 Compounds Using GC-HRMS vs. APGC-QQQ Systems; Daryl Smith[1]; Wendy Zhao[1]; Xiangjun Liao[1]; Sue Quade[1]; Amy Sadler[1]; Valerie Casey[1]; Thea Rawn[1]; [1]Health Canada, Government of Canada, Ottawa, ON

WP 320 Emerging Contaminants in Valparaiso, Chile Rain Water: Changes in Composition and Concentration Levels over Fifteen Years (2003-2017); Olga Polyakova[1]; Viatcheslav Artaev[2]; Victor Vidal[3]; Francisco Cereceda[3]; Katalina Gonzalez Arincibia[3]; Albert Lebedev[1]; [1]Moscow State University, Moscow, Russian Federation; [2]LECO Corporation, St Joseph, MI; [3]Universidad Técnica Federico Santa Maria, Valparaiso, Chile

WP 321 DMEITM Source with a Reaction Cell - A New Advances in Ion Generation for GC-MS/MS; Harikrishnan Sukumar[1]; Heather Gamble[1]; Dante Sanchez[1]; Victor Titov[1]; Anna Komilova[1]; Reza Javahery[1]; [1]PerkinElmer Inc., Woodbridge, ON

WP 322 Vacuum Assisted Sorbent Extraction (VASE) and a Dual-Column Thermal Desorption Approach for GC-MS Analysis of Trace-Level Polycyclic Aromatic Hydrocarbons; Sage J. B. Dunham[1]; Victoria L. Node[1]; Daniel B. Cardin[1]; [1]Entech Instruments Inc, Simi Valley, CA

WP 323 Vacuum Assisted Sorbent Extraction for the Detection of Butyric Acid and other Short-Chain Fatty Acids by Headspace-GCMS-Headspace without Derivatization; Tyler B. Van Ry[1]; Sage J.B. Dunham[2]; Victoria L. Noad[2]; Daniel B. Cardin[2]; James Eric Cox[1]; [1]Department of Biochemistry, University of Utah, Salt Lake City, UT; [2]Entech Insruments, Simi Valley, CA

WP 324 Detection and Quantification of Fragrance Allergens in Complex Matrices Using GC-Orbitrap MS Technology; Richard Law[1]; Xin Zheng[2]; Cristian I Cojocariu[1]; Jason Cole[2]; [1]Thermo Fisher Scientific, Runcorn, United Kingdom; [2]Thermo Fisher Scientific, Ausitn, TX

WP 325 Development of an Integrated Qualitative Analysis Coupled with EI and Soft Ionization Data for GC-HRTOFMS System; Masaaki Ubukata[1]; Kenji Nagatomo[1];

Ayumi Kubo[1]; Takaya Satoh[1]; John Dane[2]; [1]JEOL, Ltd., Tokyo, Japan; [2]JEOL USA, Inc., Peabody, MA

WP 326 Multicomponent Analysis of Metabolites in Chinese Caterpillar Fungus using Gas Chromatography-Triple Quadrupole Mass Spectrometry; Xiaoming Bao[1]; Peng Tan[2]; Jun Fan[3]; Taohong Huang[3]; [1]Shimadzu (China) Co., Ltd, Chengdu, China; [2]Chengdu Institute for Food and Drug Control, Chengdu, China; [3]Shimadzu (China) Co., Ltd, Shanghai, China

WP 327 Workflow Solutions for Direct Insertion, Real-Time Gas Chromatography -Mass Spectrometry; Ken Lynam[1]; Angela Henry[1]; Luis Cuadra-Rodriguez[2]; Wei Song[1]; [1]Agilent Technologies, Wilmington, DE; [2]Agilent Technologies, Santa Clara, CA

WP 328 A Novel Soft Ionization Plasma Source for GC-MS/MS Applications; Mehrnaz Sarrafzadeh[1]; Charles Jolliffe[1]; Dmitry Valyaev[1]; Reza Javahery[1]; [1]PerkinElmer Inc., Woodbridge, ON

WP 329 Dual Mode Ionization Source (DMEI Source); Anna Komilova[1]; Dante Sanchez[1]; Harikrishnan Sukumar[1]; Reza Javahery[1]; Harpreet Singh[1]; [1]PerkinElmer, Inc.,, Woodbridge, ON

GLYCOPROTEINS I
330-350

WP 330 Comparison of the Ionization Efficiency of N-Linked Glycopeptides by Matrix Assisted Laser Desorption Ionization and Electrospray Ionization; Richard J Bell[1]; Eric D Dodds[1]; [1]University of Nebraska - Lincoln, Lincoln, NE

WP 331 Evaluating the Utility of a HILIC Model for Predicting Glycan Retention across Differing Stationary Phases and Tagging Chemistries; Naglaa Sheiba[1]; Mark Han[2]; Ron Orlando[1]; [1]Complex Carbohydrate Research Center, University of Georgia, athens, Georgia; [2]Reference Standards Laboratory, The United States Pharmacopeial Convention, Rockville, Maryland 20852

WP 332 Analysis of Mucin Proteins by Charge Detection Mass Spectrometry; Lauren F Barnes[1]; Benjamin E Draper[1]; Nicholas A Lyktey[1]; Martin F Jarrold[1]; [1]Indiana University, Bloomington, IN

WP 333 N-Linked Glycosylation Site Mapping in Prostate Cancer and Matched Normal Tissue: Defining Alterations in Glycan Microheterogeneity; Sarah Michelle Totten[1]; Abel Bermudez[1]; Sharon J. Pitteri[1]; James D. Brooks[2]; [1]Stanford University School of Medicine, Canary Center at Stanford for Cancer Early Detection, Palo Alto, CA; [2]Stanford University School of Medicine, Stanford, CA, 94305

WP 334 Analysis of O-glycosylated Biopharmaceuticals using an O-glycan dependent Endoprotease and LC-MS; Andreas Nägeli[1]; Philip J. Widdowson[2]; Maria Nordgren[1]; Tom Buchanan[2]; Rolf Lood[1]; Fredrik Leo[1]; Helen Nyhlen[1]; Jonathan Sjögren[1]; Rowan Moore[2]; Fredrik Olsson[1]; [1]Genovis AB, Lund, Sweden; [2]Thermo Fisher Scientific, Runcorn, United Kingdom

WP 335 Detection of Site-Specific N-Glycosylation on the AAV8 Capsid Protein using High-Resolution Mass Spectrometry; Arya Aloor; Georgia State University, Atlanta, GA

WP 336 Modification of Cell Membrane Glycosylation with Inhibitors and Characterization with nanoLC-MS; Qing W Zhou[1]; Yixuan Xie[2]; Qiongyu Li[1]; Maurice Wong[3]; Carlito B Lebrilla[1]; [1]University of California, Davis, Davis, CA; [2]Univerisity of California, Davis, Davis, CA; [3]University of California Davis, Davis, CA

WP 337 Ionic Charge Manipulation using Solution and gas-Phase Chemistry to Facilitate Analysis of Highly Heterogeneous Proteins by ESI-MS; Yang Yang[1]; Chendi Niu[1]; Cedric E. Bobst[1]; Igor A. Kaltashov[1]; [1]Department of Chemistry, University of Massachusetts-Amherst, 240 Thatcher Way, Life Science Laboratories N369, Amherst, MA



**WEDNESDAY POSTERS**

WP 338 **Ion Mobility Collisional-Cross Section Values Facilitate Identification and Quantification of N-Glycan Structure Isomers and Permit Automated Processing of HILIC-UPLC-FLD-TIMS-CID-MS/MS data**; Sven Bahrke[1]; Robert Wilmanowski[1]; Sheira Mujica[2]; Wolfgang Jabs[3]; Stuart Pengelley[3]; Detlev Suckau[3]; [1]Glycotope GmbH, Berlin, Germany; [2]Beuth-Hochschule, Berlin, Germany; [3]Bruker Daltonik GmbH, Bremen, Germany

WP 339 **High Throughput Profiling of Glycans Released from Therapeutic Glycoproteins via micro-Permethylation at the CCRC**; Stephanie A Archer-Hartmann[1]; Asif Shajahan[1]; Nitin Tatyaso Supekar[1]; Christian Heiss[1]; Parstoo Azadi[1]; [1]University of Georgia, Athens, GA

WP 340 **Identification of N-Glycopeptides using Electron Transfer/High-energy Collision Dissociation (EThcD)**; Rui Zhang[1]; Xue Dong[2]; Jianhui Zhu[3]; David M. Lubman[3]; Yehia Mechref[2]; Haixu Tang[1]; [1]Indiana University Bloomington, Bloomington, IN; [2]Texas Tech University, Lubbock, TX; [3]University of Michigan Medical Center, Ann Arbor, MI

WP 341 **Analysis of IgA1 O-Glycosylation in Familial IgA Nephropathy**; Ellenore P. Craine[1]; Audra A. Hargett[2]; Hiroyuki Ueda[2, 3]; Yoshimi Ueda[2,3]; Colin Reily[2]; Zina Moldoveanu[2]; Stacy D. Hall[2]; Dana V. Rizk[2]; Krzysztof Kiryluk[4]; Ali G. Gharavi[4]; Takashi Yokoo[3]; Bruce A. Julian[2]; Matthew Renfrow[2]; Jan Novak[2]; [1]University of Alabama at Birmingham, Birmingham; [2]University of Alabama at Birmingham, Birmingham, Alabama; [3]The Jikei University School of Medicine, Tokyo, Japan; [4]Columbia University College of Physicians and Surgeons, New York, 10032

WP 342 **Characterizing HIV-1 Envelope N-Glycan Shield: A Glycomics and Bioinformatics Method**; Audra Hargett[1]; Qing Wei[1]; Barbora Knoppova[2]; Stacy Hall[1]; Milan Raska[1, 2]; Zina Moldoveanu[1]; Todd Green[1]; Jan Novak[1]; Matthew B. Renfrow[1]; [1]University of Alabama at Birmingham, Birmingham, AL; [2]Palacky University in Olomouc, Olomouc, Czech Republic

WP 343 **Site Specific N-Glycosylation of Afamin Expressed in a Baculoviral System**; Mislav Novokmet[1]; Andreas Naschberger[2]; Stefan Lechner[2]; Bernhard Rupp[2]; Gordan Lauc[1, 3]; [1]Genos, Glycoscience Laboratory, Borongajska cesta 83h, Croatia; [2]Department of Genetic Epidemiology, Medical University Innsbruck, Schöpfstr. 41, Austria; [3]University of Zagreb Faculty of Pharmacy and Biochemistry, A. Kovačića 1, Croatia

WP 344 **Enzyme Toolkit for Selective Enrichment and Analysis of Mucin-Domain Glycoproteins**; Stacy Malaker[1]; Judy Shon[1]; Kayvon Pedram[1]; Nicholas M Riley[1]; Carolyn R Bertozzi[1, 2]; [1]Stanford University, Palo Alto, CA; [2]Howard Hughes Medical Institute, Stanford, CA

WP 345 **Improving the Glycomics Fidelity of Cancer Cells in vitro by using a Physiological Cell Culture Medium**; Junyao Wang[1]; Wenjing Peng[1]; Yehia Mechref[1]; [1]Department of Chemistry and Biochemistry, Texas Tech University, Lubbock, Texas

WP 346 **Glycopeptide Micro-Heterogeniety: A Case Study in Antibody Glycans**; Anand Patel[1]; Stefano Bonissone[1]; Natalie Castellana[1]; [1]Digital Proteomics, LLC., San Diego, CA

WP 347 **Identification of Core-Fucosylated Glycoprotein as Potential Biomarker of Alzheimer's Disease**; Ding Liu[1]; Cheng Ma[1]; Peng George Wang[2]; [1]Georgia state university, Atlanta, GA; [2]Georgia State University, Atlanta, GA

WP 348 **Determination of Human Immunoglobulin Glycoforms by timsTOF Pro Sequencing Analysis**; Kim Alving[1]; Anjali Alving[1]; Aharon Cohen[1]; Bing Wang[1]; [1]Sanofi, Waltham, MA; [2]Bruker Scientific, Billerica, MA

WP 349 **Fast Analysis of Glycans using LC-MS and Proteinase K Digestion**; Suping Zheng[1]; Jie Ding[1]; [1]PPD, Inc., Middleton, WI

WP 350 **Characterizing Intact N-linked Glycoproteins with 2-Dimensional HPLC-MS: A Machine Learning Pipeline for Mapping Glycoproteoforms in Multidimensional Space**; Jiana Duan[1]; Weiwei Rong[1]; Shengkun Dai[1]; Steven Matthew Patrie[1]; [1]Northwestern University, Evanston, IL

## HOMELAND SECURITY
### 351-360

WP 351 **Metabolomics in Nonhuman Primate Models for Radiation Biodosimetry in Emergency Preparedness**; Evan Pannkuk[1]; Evagelia C Laiakis[1]; Kirandeep Gill[1]; Shreyans K Jain[1]; Khyati Y. Mehta[1]; Denise Nishita[2]; Kim Bujold[3]; James Bakke[2]; Janet Gahagen[2]; Simon Authier[3]; Polly Chang[2]; Albert J Fornace[1]; [1]Georgetown University, Washington Dc, DC; [2]SRI International, Menlo Park, CA; [3]CiToxLAB North America, Laval, QC

WP 352 **A Clinical Assay for Botulinum Neurotoxins through Mass Spectrometric Detection**; Kaitlin M Hoyt[1]; Suzanne R Kalb[1]; John R. Barr[1]; Carolina Luquez[1]; Janet K. Dykes[1]; [1]Centers for Disease Control and Prevention, Chamblee, GA

WP 353 **Detection and Analysis of Simulated Chemical Warfare Agents via Portable Mass Spectrometry**; Camila Anguiano Virgen[1]; James D. Fox[2]; Jaime L. Winfield[1]; Kenneth C. Wright[2]; Guido F. Verbeck[1]; [1]University of North Texas, Denton, TX; [2]Inficon, East Syracuse, NY

WP 354 **Validation of an LC-MS/MS Method to Detect Ricin Activity**; Kathryn R. Pigg[1]; Jakub Baudys[1]; Dongxia Wang[1]; Suzanne R. Kalb[1]; John R. Barr[1]; [1]Centers for Disease Control and Prevention, Atlanta, Georgia

WP 355 **Sensitive Detection of Active Ricin by MALDI-TOF Mass Spectrometry through an Improved RNA Substrate**; Dongxia Wang[1]; Jakub Baudys[2]; John R Barr[2]; Suzanne R Kalb[2]; [1]Centers for Disease Control and Prevention (CDC), Atlanta, GA; [2]Centers for Disease Control and Prevention, Atlanta, Georgia 30341

WP 356 **Detection and Identification of Model Peroxide Explosives Using Paper Spray Ionization Combined With Tandem Mass Spectrometry**; Madeleine Wood[1, 2]; Luke Metzler[2]; Theodore Corcovilos[3]; Michael Van Stipdonk[2]; [1]Forensic Science and Law Program, Duquesne University, Pittsburgh, PA; [2]Department of Chemistry and Biochemistry, Duquesne University, Pittsburgh, PA; [3]Department of Physics, Duquesne University, Pittsburgh, PA

WP 357 **Method Development for the Identification of Trichothecenes: Mass Spectral Library Matching and Determination of Unknown Mycotoxins**; Maria C. Prieto Conaway[1]; Mark Dreyer[1]; Todd H. Corzett[1]; Brian P. Mayer[1]; Audrey P. Williams[1]; [1]Lawrence Livermore National Laboratory, Livermore, CA/94550

WP 358 **Detection and Quantitative Analysis of Ricin by Tryptic Digestion and PRM MS Method**; Jakub Baudys[1]; Dongxia Wang[1]; John R. Barr[1]; Suzanne R. Kalb[1]; [1]Centers for Disease Control and Prevention, Atlanta, Georgia

WP 359 **Rapid Identification and Antibiotic Susceptibility Determination for Anthrax (Bacillus anthracis) using Lethal Factor Endopeptidase Activity Coupled with MALDI-MS**; Jon Rees[1]; Yulanda Williamson[1]; Anne E Boyer[1]; Maribel Gallegos-Candela[1]; Renato Lins[2]; John R Barr[1]; [1]CDC, Atlanta, GA; [2]Batelle, Columbus, OH

WP 360 **High-Throughput Screening of Explosive Residues Using a Robust Thermal Extraction Ionization Source (TEIS)**; Pierre Negri[1]; Neil Davenport[2]; Ashley Sage[2]; Peter Luke[3]; Carl Fletcher[3]; [1]SCIEX, Redwood City, CA; [2]SCIEX, Warrington, United Kingdom; [3]Mass Spec Analytical, Bristol, United Kingdom



**IMAGING MS: DISEASE MARKERS I**
**361-379**

**WP 361** Lipid Profiling of Carotid Atherosclerotic Plaque with Mass Spectrometry Imaging; Mirjam Visscher[1]; Astrid M. Moerman[1]; Peter C. Burgers[1]; Heleen M.M. Van Beusekom[1]; Antonius F.W. Van der Steen[1]; Theo M. Luider[1]; Kim Van der Heiden[1]; Gijs Van Soest[1]; [1]Erasmus MC, Rotterdam, Netherlands

**WP 362** A Novel Strategy for Cancer Biomarker Discovery Powered by Lipids Profiling using Imaging MS together with UPLC-QTOF/QQQ Tandem MS; Lei Wang[1]; Xu Ma[1]; Chunyan Lan[1,2]; Hainan Li[3]; Linbo Cai[3]; Xiaofei Jia[4]; Huiqin Zhong[4]; [1]National Center for Human Genetic Resources, National Research Institute for Health and Family Planning, Beijing, China; [2]Peking Union Medical College Graduate School, Beijing, China; [3]Guang Dong San Jiu Brain Hospital, Guangzhou, China; [4]Waters Technologies（Shanghai）Co，Ltd, Shanghai, China

**WP 363** Integrating Ambient Ionization Mass Spectrometry with Machine Learning for Rapid Breast Cancer Diagnosis; Hsin-Hsiang Chung[1]; Ying-Chen Huang[1]; Bo-Rong Chen[2]; Ming-Yang Wang[2]; Cheng-Chih Hsu[1]; [1]Department of Chemistry, National Taiwan University, Taipei, Taiwan; [2]Department of Surgery, National Taiwan University Hospital, Taipei, Taiwan

**WP 364** Discrimination of Human Renal Oncocytoma from Normal Kidney and Renal Cell Cancer Subtypes Using Ambient Ionization Mass Spectrometry Imaging; Jialing Zhang[1]; Shirley Li[1]; Wendong Yu[2]; Livia S Eberlin[1]; [1]University of Texas at Austin, Austin, TX; [2]Baylor College of Medicine, Houston, TX

**WP 365** 3D MALDI Imaging of Traumatic Brain Injury:Unveiling a Link to Parkinson's Disease; Khalil Mallah[1]; Jusal Quanico[1]; Dennis Trede[2]; Firas Kobeissy[3]; Isabelle Fournier[1]; Michel Salzet[1]; [1]PRISM Inserm U1192 - University of Lille, Villeneuve D'ascq Cedex, France; [2]Bruker Daltonik GmbH, Bremen, Germany; [3]epartment of Biochemistry and Molecular Genetics, Faculty of Medicine, American University of Beirut, Beirut, Lebanon

**WP 366** Predicting Lymph Node Metastasis in Endometrial Cancer by Multi-Modal Mass Spectrometry Imaging; Parul Mittal[1]; Mark R Condina[2]; Matthew T Briggs[3]; Alice Ly[4]; Janina Oetjen[4]; Gurjeet Kaur Chatar Singh[5]; Manuela Klingler-Hoffmann[3]; Peter Hoffmann[3]; [1]Adelaide Proteomics Centre, The University of Adelaide, Adelaide, Australia; [2]Future Industries Institute, Adelaide, Australia; [3]Future Industries Institute, Adelaide, Australia; [4]Bruker Daltonik GmbH, Bremen, Germany; [5]Institute for Research in Molecular Medicine, Universiti Sains Malaysia, Minden,, Malaysia

**WP 367** Unraveling Pathogenesis of Renal Amyloidosis with MALDI Imaging Mass Spectrometry and Shotgun Proteomics on paraffin Embedded Renal Biopsy Tissue Section; Yume Mukasa[1]; Yuki Kuzuhara[1]; Megumi Terada[1]; Takashi Nirasawa[2]; Ryo Kajita[2]; Marion Rabant[3]; Jean-Paul Duong Van Huyen[4]; Hatsue Ishibashi-Ueda[5]; Nobuto Kakuda[1]; Masaya Ikegawa[1]; [1]Doshisha university, Kyotanabe City, Japan; [2]Bruker Japan K. K., Yokohama, Japan; [3]Necker-Enfants malads Hospital, Paris, France; [4]Georges-Pambidou European Hospital, Anatomy-Pathology, Paris, France; [5]National Cerebral and Cardiovascular Center Research Institute, Suita, Japan

**WP 368** Lipid Fingerprint Enables Identification of Human Inflammatory Bowel Disease Using Imaging Mass Spectrometry; Simona Salivo[1]; Tom K. Abban[1]; Lucia Martín-Saiz[2]; Albert Maimó-Barceló[3]; Juan Bestard-Escalas[3]; Daniel H. López[3]; Sam Khorrami[3,4]; Marcelo García[3,4]; Gwendolyn Barceló-Coblijn[3]; Matthew E. Openshaw[1]; José A. Fernández[2]; [1]Shimadzu, Manchester, United Kingdom; [2]Dep. of Physical Chemistry, Fac. of Science and Technology, University of the Basque Country (UPV/EHU), Barrio Sarriena, Spain; [3]Institut d'Investigació Sanitària Illes Balears (IdISBa), Palma, Spain; [4]Gastroenterology Unit, Hospital Universitari Son Espases, Palma, Spain

**WP 369** Mass Spectrometric In-Depth Proteome Analysis of the Kidneys from Rat Model of Diabetic Nephropathy; Yuki Kuzuhara[1]; Yume Mukasa[2]; Takashi Nirasawa[3]; Ryo Kajita[3]; Hatsue Ishibashi-Ueda[4]; Nobuto Kakuda[2]; Masaya Ikegawa[1,2]; [1]Graduate School, Major of Medical Life Systems, Doshisha University, Kyotanabe City, Japan; [2]Department of Medical Life Systems, Doshisha University, Kyotanabe City, Japan; [3]Bruker Japan K.K., Yokohama, Japan; [4]National Cerebral and Cardiovascular Center Research Institute, Suita, Japan

**WP 370** MALDI-MSI Investigation of Lipid Alterations in Developing Rat Cerebellum Following Hypoxic/Ischemic Insult; Dominique Figueroa[1]; Maureen A. Kane[1]; [1]University of Maryland Balitmore, Baltimore, MD; [2]University of Maryland, Baltimore, Baltimore, MD

**WP 371** Bisphenol S Exposure Induced the Proliferation of Human Breast Tumor by Disturbing Lipid Metabolism and Protein Profiling; Chao Zhao[1]; Zongwei Cai[1]; [1]Hong Kong Baptist University, HK, China

**WP 372** Laser Desorption Ionization from Silicon Nanopost Arrays for Mass Spectrometry Imaging of Neutral Lipids in Bacterially Infected Human Skin Tissue; Jarod Fincher[1]; Derek Jones[2]; Andrew Korte[1]; Jacqueline Dyer[1]; Paola Parlanti[1]; Anastas Popratiloff[1]; Christine Brantner[1]; Nicholas Morris[3]; Russell Pirlo[4]; Victoria Shanmugam[2]; Akos Vertes[1]; [1]The George Washington University, Washington, DC; [2]The George Washington University, School of Medicine and Health Sciences, Washington, DC; [3]UES, Inc., Dayton, OH; [4]United States Naval Research Laboratory, Washington, DC

**WP 373** Reproducibility of MALDI Imaging Based Tissue Classifications - Results of a Multi-Center Study; Soeren-Oliver Deininger[1]; Rita Casadonte[2]; Petra Wandernoth[2]; Kristina Schwamborn[3]; Christine Bollwein[3]; Christian Marsching[4]; Katharina Kriegsmann[5]; Carsten Hopf[4]; Wilko Weichert[3]; Jörg Kriegsmann[2]; Peter Schirmacher[6]; Mark Kriegsmann[6]; Alice Ly[1]; [1]Bruker Daltonik GmbH, Bremen, Germany; [2]Proteopath, Trier, Germany; [3]Institute of Pathology, Technical University of Munich, Munich, Germany; [4]Center for Biomedical Mass Spectrometry and Optical Spectroscopy (CeMOS), Mannheim University of Applied Sciences, Mannheim, Germany; [5]Department of Hematology, Oncology and Rheumatology, University Hospital Heidelberg, Heidelberg, Germany; [6]Institute of Pathology, University Hospital Heidelberg, Heidelberg, Germany

**WP 374** Metabolomic/Lipidomic DESI Imaging of Different Cell Cultures; Hadeer Mattar[1]; Emrys A. Jones[2]; Emmanuelle Claude[2]; Clare mills[1]; [1]Division of Infection, Immunity & Respiratory Medicine, Manchester Institute of Biotechnology. University of Manchester, Manchester, United Kingdom; [2]Waters Corporation, Wilmslow, United Kingdom

**WP 375** Spatial Information of Metabolites Using Mass Spectrometry Imaging on Breast Needle Biopsy Using DEFFI-MS; Vincen Wu[1]; Paolo Inglese[2]; Hui-Yu Ho[2]; Andreas Dannhorn[3]; Emine Kazanc[2]; Goncalo Correia[2]; James Mckenzie[2]; Stephanie Ling[3]; Evdoxia Karali[4]; Nikolaos Koundouros[4]; Hiromi Kudo[2]; Peter Kreuzaler[5]; Sami Shousha[2]; Ian Gilmore[6]; Mariia Yuneva[5]; Richard Goodwin[3]; Josephine Bunch[6]; George Poulogiannis[4]; Zoltan Takats[2]; [1]Imperial College London, London, United Kingdom; [2]Imperial College, London, United Kingdom; [3]AstraZeneca, iMED, United Kingdom; [4]Institute of Cancer Research, London, United Kingdom; [5]Francis Crick Institute, London, United Kingdom; [6]National Physical Laboratory, London, United Kingdom



## WEDNESDAY POSTERS

WP 376 **Mapping Molecular Interactions in the *Clostridium difficile* Infected Gastrointestinal Tract Using Multimodal Imaging Mass Spectrometry;** Emma R Guiberson[1,2]; Aaron G Wexler[3]; William J. Perry[1,2]; Eric P. Skaar[5]; Richard M. Caprioli[1,2,4,5,6]; Jeffrey M. Spraggins[1,2,4]; [1]*Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN; [2]Department of Chemistry, Vanderbilt University, Nashville, TN; [3]Department of Pathology, Microbiology and Immunology, Vanderbilt University School of Medicine, Nashville, TN; [4]Department of Biochemistry, Vanderbilt University, Nashville, TN; [5]Department of Medicine, Vanderbilt University, Nashville, TN; [6]Department of Pharmacology, Vanderbilt University, Nashville, TN*

WP 377 **Multiple Chemical and Enzymatic Approaches for Comprehensive N-Glycome Determinations of Prostate Cancer Tissues by MALDI-FTICR Imaging Mass Spectrometry;** Connor A West[1]; Fred David[1]; Laura Spruill[1]; Anand Mehta[1]; Richard R Drake[1]; [1]*Medical University of South Carolina, Charleston, SC*

WP 378 **Desorption Electrospray Ionization Mass Spectrometry Imaging of Brain Tissue from a Mouse Model of Smith-Lemli-Opitz Syndrome;** Amy Li[1]; Libin Xu[1]; [1]*University of Washington, Seattle, WA*

WP 379 **A Novel Strategy for the Pathological Study of Alzheimer's Disease Brain with MALDI Imaging Mass Spectrometry with Shotgun Proteomics;** Masaya Ikegawa[1]; Nobuto Kakuda[1]; Tomohiro Miyasaka[1]; Takashi Nirasawa[2]; Ryo Kajita[2]; Shigeo Murayama[3]; Yasuo Ihara[4]; [1]*Doshisha university, Kyotanabe City, Japan; [2]Bruker Japan K.K., Yokohama, Japan; [3]The Brain Bank for Aging Research, Tokyo Metropolitan Geriatric Hospital and Institute of Gerontology, Tokyo, Japan; [4]Graduate School of Brain Science, Doshisha University, Kyotanabe City, Japan*

### INFORMATICS: ALGORITHMS AND STATISTICAL ADVANCES II
380-402

WP 380 **A Ground Truth MS1 Data Set for Quantitative Evaluation of Precursor-Aware Proteomics Mass Spectrometry Data Processing Algorithms;** Jessica Henning[1]; Annika Tostengard[1]; Robert Smith[1]; [1]*University of Montana, Missoula, MT*

WP 381 **EnvCNN: A Convolutional Neural Network Model for Evaluating Isotopomer Envelopes in Top-Down Mass Spectral Deconvolution;** Abdul Rehman Basharat[1]; Zhe Wang[2]; Si Wu[2]; Rachele Lubeckyj[3]; Liangliang Sun[3]; Xiaowen Liu[1,4]; [1]*Department of BioHealth Informatics, Indiana University-Purdue University Indianapolis, Indianapolis, Indiana; [2]Department of Chemistry and Biochemistry, University of Oklahoma, Norman, Oklahoma; [3]Department of Chemistry, Michigan State University, East Lansing, Michigan; [4]Center for Computational Biology and Bioinformatics, Indiana University School of Medicine, Indianapolis, Indiana*

WP 382 **Targeted Database Search Strategies for Ricin Detection: Searching Only for Ricin Peptides;** Andy Lin[1]; Deanna Plubell[1]; Uri Keich[2]; William Stafford Noble[1]; [1]*University of Washington, Seattle, WA; [2]University of Sydney, Australia*

WP 383 **MIND: A Double-Linear Model to Accurately Determine Monoisotopic Precursor Mass in High-Resolution Top-Down Proteomics;** Frederik Lermyte[1]; Piotr Dittwald[2]; Jürgen Claesen[3]; Geert Baggerman[4]; Frank Sobott[5]; Peter B. O'Connor[1]; Kris Laukens[4]; Jef Hooyberghs[4]; Anna Gambin[2]; Dirk Valkenborg[3]; [1]*University of Warwick, Coventry, United Kingdom; [2]University of Warsaw, Warsaw, Poland; [3]Hasselt University, Hasselt, Belgium; [4]University Of Antwerp, Antwerp, Belgium; [5]University of Leeds, Leeds,*

*United Kingdom; [6]Flemish Institute for Technological Research (VITO), Mol, Belgium*

WP 384 **pValid: Validation Beyond the Target-Decoy Approach for Peptide Identification in Shotgun Proteomics;** Wen-Jing Zhou[1]; Hao Yang[1]; Wen-Feng Zeng[1]; Kun Zhang[1]; Hao Chi[1]; Si-Min He[1]; [1]*Institute of Computing Technology, CAS, Beijing, China*

WP 385 **Bayes' Formula and Fisher Information for Automated Analysis of Mass Spectra;** Alex Ulyanenkov[1]; Alexander Mikhalychev[2]; Svetlana Vlasenko[2]; [1]*Atomicus LLC, Seattle, WA; [2]Atomicus OOO, Minsk, Belarus*

WP 386 **MSstatsTMT: Statistical Detection of Differentially Abundant Proteins in Mass Spectrometry Experiments with Isobaric Labeling;** Ting Huang[1]; Meena Choi[1]; Manuel Tzouros[2]; Nikhil Janak Pandya[2]; Balazs Banfai[2]; Tom Dunkley[2]; Olga Vitek[1]; [1]*Northeastern University, Boston, MA 02115; [2]Roche Pharmaceutical Research and Early Development (pRED), Roche Innovation Center Munich, Germany*

WP 387 **Identification of Alternative-Splicing Events Present in Proteins Using Mass Spectrometry and a Custom Sequence Database of Junction-Spanned Peptides;** Bang-Jie Han[1]; Pang-Hung Hsu[1]; Wen-Shyong Tzou[1]; [1]*National Taiwan Ocean University, Keelung, Taiwan*

WP 388 **Tree Based Machine Learning Methods Improve Error Rates in Quality Control of Mass Spectrometry-Based Proteomics;** Eralp Dogu[1]; Shantam Gupta[2]; Roger Olivella[3]; Eduard Sabido[3]; Olga Vitek[4]; [1]*Mugla University, Mugla, Turkey; [2]Quantlpht Inc, Boston, Massachusetts; [3]CRG, Barcelona, Spain; [4]Northeastern University, Boston, MA*

WP 389 **Deep Learning Methods Applied to the Analysis of Metabolomics Data;** Shinji Kanazawa[1,2,3]; Yohei Yamada[1]; Hiroyuki Yasuda[1]; Akihiro Kunisawa[1]; Toru Shiohama[1]; Shigeki Kajihara[1]; Norio Mukai[1]; Masaki Kakisako[4]; Go Fujisawa[4]; Yuzuru Yamakage[4]; Junko Iida[1,2]; Eiichiro Fukusaki[5]; Fumio Matsuda[3]; [1]*Shimadzu Corporation, Kyoto, Japan; [2]Osaka University Shimadzu Analytical Innovation Research Laboratory, Osaka University, Osaka, Japan; [3]Graduate School of Information Science and Technology, Osaka University, Osaka, Japan; [4]Fujitsu Limited, Tokyo, Japan; [5]Graduate School of Engineering, Osaka University, Osaka, Japan*

WP 390 **SPIX, a Newly Developed Free Software to Overcome Operator Subjectivity in MS and Characterize Unknown Chemical Reactions in Complex Mixtures;** Edith Nicol[1]; Yao Xu[2,3]; Zsuzsanna Varga[1]; Stéphane Bouchonnet[1]; Marc Lavielle[2,3]; [1]*Laboratory of Molecular Chemistry, École Polytechnique, Palaiseau, France; [2]National Institute for Research in Computer Science and Automation (Inria), Saclay, France; [3]Center for Applied Mathematics, École polytechnique, Palaiseau, France*

WP 391 ***In vivo* Proteome Dynamics from Tandem Mass Spectrometry;** Ahmad Borzou[1]; Rovshan Sadygov[1]; [1]*University of Texas, Galveston, TX*

WP 392 **Diversity Indices Applied to Laser-Assisted Rapid Evaporative Ionisation MS (LA-REIMS) Microbial Profiles for Quality Control and Stratification for Classification Modelling;** Alvaro Perdones-Montero[1]; Simon Cameron[1]; Attila Kiss[2]; Richard Schaffer[2]; Julia Balog[2]; Keith Richardson[3]; Steven D Pringle[3]; Zoltan Takats[1]; [1]*Imperial College London, London, United Kingdom; [2]Waters Research Center Kft., Budapest, Hungary; [3]Waters Corporation, Wilmslow, United Kingdom*

WP 393 **The Titin Problem: Hitchhiking Siblings during Protein Inference;** Kyle Lucke[1]; Max Thibeau[1]; Levi Zell[1]; Julianus Pfeuffer[2]; Xiao Liang[3]; Oliver Serang[1]; [1]*University of Montana, Missoula, MT; [2]Eberhard Karls University of Tübingen, Tübingen, Germany; [3]Freie Universität Berlin, Berlin, Germany*


**WP 394** Improving Resource Libraries for Data Independent Acquisition through iRT Residual Prediction using Deep Learning; Timothy Man[1]; Jan Muntel[1]; Roland Bruderer[1]; Lukas Reiter[1]; [1]Biognosys AG, Schlieren, Switzerland

**WP 395** Influence of Library Selection for Proteomics Experiments on Statistical Error Rate Estimation; Seth Just[1]; Caleb Emmons[1]; Jacob C Lippincott[1]; Susan Ludwigsen[1]; Susan T Weintraub[2]; Brian C Searle[1, 3]; [1]Proteome Software, Portland, OR; [2]University of Texas Health Science Center at San Antonio, San Antonio, TX; [3]Institute for Systems Biology, Seattle, WA

**WP 396** Updates on Philosopher: a complete toolkit for both conventional and open search-based shotgun proteomics data analysis; Felipe Da Veiga Leprevost[1]; Avinash K Shanmugam[1]; Dattatreya Mellacheruvu[1]; Hui-Yin Chang[1]; Dmitry M Avtonomov[1]; Andy T. Kong[1]; Alexey I. Nesvizhskii[1]; [1]University of Michigan, Ann Arbor, MI

**WP 397** Automating Component Detection of Small Molecules in Complex Mixtures using HRAM Q-TOF data; Simon Ashton[1]; Kirsten Hobby[1]; Alan Barnes[1]; Neil Loftus[1]; [1]Shimadzu Corporation, Manchester, United Kingdom

**WP 398** Extending the Scope of Prosit: Accurate Fragment Ion Intensity and Retention Time Prediction for (Un)Modified (Non-)Tryptic Peptides; Tobias Schmidt[1]; Michael Graber[1]; Daniel P Zolg[1]; Siegfried Gessulat[1]; Patroklos Samaras[1]; Johannes Zerweck[2]; Tobias Knaute[2]; Hans-Christian Ehrlich[3]; Stephan Aiche[3]; Bernard Delanghe[4]; Andreas Huhmer[5]; Karsten Schnatbaum[2]; Ulf Reimer[2]; Bernhard Kuster[1]; Mathias Wilhelm[1]; [1]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany; [2]JPT Peptide Technologies GmbH, Berlin, Germany; [3]SAP SE, Potsdam, Germany; [4]Thermo Fisher Scientific, Bremen, Germany; [5]Thermo Fisher Scientific, San Jose, CA

**WP 399** Reducing False Peptide-Spectrum Matches in Peptide Identification using Spectrum Clustering; Lei Wang[1]; Sujun Li[1]; Haixu Tang[1]; [1]Indiana University Bloomington, Bloomington, IN

**WP 400** Computing Information Content of PTM Site Localization Assignments Using PTMProphet; David D. Shteynberg[1]; Eric W. Deutsch[1]; David S. Campbell[1]; Michael R. Hoopmann[1]; Ulrike Kusebauch[1]; Zhi Sun[1]; Anthony Whetton[2]; Robert L. Moritz[1]; [1]Institute for Systems Biology, Seattle, Washington; [2]University of Manchester, Manchester, United Kingdom

**WP 401** IsoSpec 2.0: a Hyperfast Fine Isotopic Envelope Calculator; Michał Startek[1]; Mateusz K. Łącki[2]; Dirk Valkenborg[3, 4, 5]; [1]University of Warsaw, Warsaw, Poland; [2]University Medical Center Mainz, Mainz, Germany; [3]Centre for Proteomics (University of Antwerp/VITO (Belgium)), Antwerp, Belgium; [4]Flemish Institute for Technological Research (VITO), Mol, Belgium; [5]Interuniversity Institute for Biostatistics and Statistical Bioinformatics, Hasselt, Belgium

**WP 402** A Novel Data-Adaptive Robust Method for Quantifying Tissue Specificity Scores; Meng Wang[1]; Lihua Jiang[2]; Hua Tang[2]; Michael Snyder[2]; [1]Stanford University, Stanford; [2]Stanford University, Palo Alto, CA

**INFORMATICS: METABOLOMICS**
**403-431**

**WP 403** Revealing Concurrent Change of Heterogeneity and Subpopulations of Cancer Cells Using Single Cell Metabolomics; Renmeng Liu[1]; Jiannong Li[2]; Ann Chen[2]; Zhibo Yang[1]; [1]Department of Chemistry and Biochemistry, University of Oklahoma, Norman, Oklahoma; [2]Department of Biostatistics and Bioinformatics, H. Lee Moffitt Cancer Center and Research Institute, Tampa, Florida

**WP 404** Incorporating In-Source Fragments Improves Metabolite Identification Accuracy in Untargeted LC-MS and LC-MS/MS Datasets; Jacob C Lippincott[1]; Phillip M Seltzer[1]; Brian C Searle[1, 2]; [1]Proteome Software, Portland, OR; [2]Institute for Systems Biology, Seattle, WA

**WP 405** Automated Protein Metabolite Structure Elucidation Using HPLC/ESI-Exact Mass-MSMS Data for Insulin and ANP; Marshall M. Siegel[1]; Gary E Walker[1]; Ronnie Crepeau[1]; Serhiy Hnatyshyn[2]; Asoka Ranasinghe[2]; [1]MS Mass Spec Consultants, Fair Lawn, NJ; [2]Bristol-Myers Squibb Co., Lawrenceville, NJ

**WP 406** Metabolic Profiling of Small Molecule Ion Mobility Assisted Data Independent Acquisition Data Using Skyline; Brian S Pratt[1]; Johannes PC Vissers[2]; Ian D Wilson[3]; Nyasha C Munjoma[2]; Marine PM Lefertre[3]; Micheal J MacCoss[1]; Brendan X MacLean[1]; [1]University of Washington, Seattle, WA; [2]Waters Corporation, Wilmslow, United Kingdom; [3]Section of Computational and Systems Medicine, Imperial College, London, United Kingdom

**WP 407** Exploratory Data Analysis and Interactive Visualization of FTICR-MS Data; Allison M. Thompson[1, 2]; Lisa M. Bramer[1]; Amanda M. White[1]; Kelly G. Stratton[1]; Daniel Claborne[1]; Kirsten S. Hofmockel[1, 2]; Lee Ann McCue[1, 2]; [1]Pacific Northwest National Laboratory, Richland, WA; [2]Environmental Molecular Sciences Laboratory, Pacific Northwest National Laboratory, Richland, WA

**WP 408** SIRIUS 4 - Turning Tandem Mass Spectra into Metabolite Structure Information; Kai Dührkop[1]; Markus Fleischauer[1]; Marcus Ludwig[1]; Martin A. Hoffmann[1]; Juho Rousu[2]; Sebastian Böcker[1]; [1]Friedrich-Schiller University, Jena, Germany; [2]Aalto University, Espoo, Finland

**WP 409** A Novel Approach to Data-Driven Differential Network Analysis with Limited Sample Size in High-Throughput Metabolomics and Lipidomics Data; Gayatri R Iyer[1]; Janis Wigginton[2]; William Duren[1, 2]; Marci Brandenburg[1, 3]; George Michailidis[2, 4]; Alla Karnovsky[1]; [1]Department of Computational Medicine and Bioinformatics, University of Michigan Medical School, Ann Arbor, MI; [2]Michigan Regional Comprehensive Metabolomics Resource Core, Ann Arbor, MI; [3]Taubman Health Sciences Library, University of Michigan Medical School, Ann Arbor, MI; [4]Department of Statistics, University of Florida, Gainsville, FL

**WP 410** Web Based Basic Mass Spectrometry Search Tool For Molecules To Search Public Data; Mingxun Wang[1]; Alan K. Jarmusch[1]; Ricardo R. da Silva[1]; Robert Quinn[2]; Alexey Melnik[1]; Julia M Gauglitz[1]; Justin van der Hooft[1]; Andrés Rodríguez[1]; Louis Felix Nothias[1]; Jeremy Carver[1]; Jeramie Watrous[1]; Mohit Jain[1]; Rob Knight[1]; Nuno Bandeira[1]; Pieter C. Dorrestein[1]; [1]UCSD, La Jolla, CA; [2]Michigan State University, East Lansing

**WP 411** A Novel Tool for Evaluation of Data Preprocessing – an Essential Step in Untargeted Metabolomics; Yasin El Abiead[1, 2, 3]; Maximilian Milford[1]; Gunda Koellensperger[1, 2, 3]; [1]University of Vienna, Department of Analytical Chemistry, Vienna, Austria; [2]Vienna Metabolomics Center (VIME), Vienna, Austria; [3]Chemistry Meets Microbiology, Vienna, Austria

**WP 412** Evaluation of Freely Available Software Tools for Untargeted Quantification of 13C Isotopic Enrichment in Cellular Metabolome from HR-LCMS Data; Manohar Dange[1]; Vivek Mishra[1]; Murtaza Saiffudin Merchant[1]; Damini Jaiswal[1]; Bratati Mukherjee[1]; Charulata B Prasannan[1]; Pramod P Wangikar[1]; [1]Indian Institute of Technology Bombay, Mumbai, India

**WP 413** Feature-Based Molecular Networking of Untargeted Mass Spectrometry Data: Bridging MS-DIAL, MZmine2, MetaboScape, OpenMS, and XC-MS, with the GNPS Web-Platform; Louis Felix Nothias[1]; Daniel Petras[1]; Mingxun Wang[1]; Robin Schmid[1, 2]; Abinesh Sarvepalli[1]; Zheng Zhang[1]; Ricardo da Silva[1]; Pieter Dorrestein[1]; [1]University of California, San Diego, La Jolla, CA; [2]University of Muenster, Institute of Inorganic and Analytical Chemistry, Muenster, Germany



## WEDNESDAY POSTERS

**WP 414** Deuterater: An Analyte-Agnostic Refactoring of Kinetic Analysis Software for Deuterium-Labeled Metabolomics; Kyle J Cutler[1]; Russell Denton[1]; John C Price[1]; [1]Brigham Young University, Provo, UT

**WP 415** Using Cloud Computing for Large Scale Data Processing in Clinical Metabolomics; Oliver Fiehn[1]; Ying Zhang[1,2]; Brian C DeFelice[1]; Sili Fan[1]; Diego Pedrosa[1]; Sajjan S Mehta[1]; Gert Wohlgemuth[1]; [1]UC Davis West Coast Metabolomics Center, Davis, CA; [2]Chemistry Department UC Davis, Davis, CA

**WP 416** Using Maximum Common Substructures to Interpret Hit Lists from Small-Molecule Tandem Hybrid Similarity Searches; Brian T. Cooper[1]; Arun S Moorthy[2]; Tytus D Mak[2]; Stephen E Stein[2]; [1]UNC Charlotte, Charlotte, NC; [2]NIST, Gaithersburg, MD

**WP 417** MetaboQuest: Tool for Metabolite Identification; Mohammad R Nezami Ranjbar[1]; Linge Yan[1]; Yan Gao[1]; Habtom W Ressom[1]; [1]OmicsCraft LLC, Washington, District of Columbia

**WP 418** A High-Resolution Accurate-Mass GC Electron Ionization (EI) and Chemical Ionization (CI) mass Spectral Database of Chemical Standards; Biswapriya Biswavas Misra[1]; Michael Olivier[1]; [1]Wake Forest Baptist Medical Center, Winston-Salem, NC

**WP 419** The Power of MS/MSALL Acquisition for High-Throughput Metabolomics Studies; Mariateresa Maldini[1]; Eva Duchoslav[2]; Cyrus Papan[3]; Khatereh Motamedchaboki[4]; [1]SCIEX, Milan, Italy; [2]SCIEX, Concord, ON; [3]SCIEX, Darmstadt, Germany; [4]Sciex, Redwood City, CA

**WP 420** Evaluations Factors for Intra- and Inter-Batches Variations in Targeted and Untargeted Metabolomics through SPC and QC-Dependent SC Strategies; Li Zhang[1,2]; Peter Sajjakulnukit[1]; Maureen Kachman[2]; Costas Lyssiotis[1]; [1]University of Michigan Medical School, Cancer Center, Ann Arbor, Michigan; [2]University of Michigan Medical School, BRCF Metabolomics Core, Ann Arbor, Michigan

**WP 421** MetGem Software for the Generation of Molecular Networks Based on the t-SNE Algorithm; Nicolas Elie[1]; Florent Olivon[1]; Gwendal Grelier[1]; Fanny Roussi[1]; Marc Litaudon[1]; David Touboul[1]; [1]CNRS-ICSN, Gif-Sur-Yvette, France

**WP 422** Characterizing Product Ions in a Reference Tandem Mass Spectral Library; Xiaoyu Yang[1]; Pedatsur Neta[1]; Yuri Mirokhin[1]; Dmitrii Tchekhovskoi[1]; Yuxue Liang[1]; Alexey Mayorov[1]; Stephen E. Stein[1]; [1]NIST, Gaithersburg, MD

**WP 423** Development of a Machine Learning Tool to Enhance Gas Chromatography-Mass Spectrometry-Based Metabolite Identification; Feng Qiu[1,2,3,4]; Zhentian Lei[1,2,3,5]; Lloyd W. Sumner[1,2,3,5]; [1]Department of Biochemistry, University of Missouri, Columbia, MO; [2]Bond Life Sciences Center, University of Missouri, Columbia, MO; [3]Interdisciplinary Plant Group, University of Missouri, Columbia, MO; [4]International Flavors & Fragrances, Union Beach, NJ; [5]Metabolomics Center, University of Missouri, Columbia, MO

**WP 424** Secondary Chemical Processes of Acylcarnitines Revealed by LC-MS/MS; Xinjian Yan[1]; Sanford P. Markey[1]; Yamil Simón-manso[1]; Ramesh Marupaka[1]; Qian Dong[1]; Stephen E. Stein[1]; [1]NIST, Gaithersburg, MD

**WP 425** Contextualizing Metabolomics Data by Integrating Text Mining and Computational Chemistry; Magnus Palmblad; Leiden University, Leiden, Netherlands

**WP 426** Computational metabolomics to characterize metabolites in stable isotope-labeled organisms; Hiroshi Tsugawa[1]; Ryo Nakabayashi[1]; Tetsuya Mori[1]; Yutaka Yamada[1]; Mikiko Takahashi[1]; Amit Rai[2]; Ryosuke Sugiyama[1]; Hiroyuki Yamamoto[3]; Taiki Nakaya[2]; Mami Yamazaki[2]; Rik Kooke[4]; Johanna J. Bac-Molenaar[4];

Nihal Oztolan-Erol[4]; Joost J.B. Keurentjes[4]; Masanori Arita[1]; Kazuki Saito[1]; [1]RIKEN, Yokohama, Japan; [2]Chiba University, Chuo-ku, Japan; [3]Human Metabolome Technologies, Tsuruoka, Japan; [4]Wageningen University & Research, Netherlands

**WP 427** Uniting Metabolomics Data Processing and Highly Confident Annotation across Six MS Instrumental Set Ups: MetaboScape 5.0; Nikolas Kessler[1]; Wiebke Timm[1]; Sascha Winter[1]; Ulrike Schweiger-Hufnagel[1]; Sven W. Meyer[1]; Aiko Barsch[1]; Heiko Neuweger[1]; [1]Bruker Daltonics, Bremen, Germany

**WP 428** Retention Time Prediction of Dansyl Labeled Tripeptides Using Machine Learning Methods for Dansylation LC-MS Metabolomics; Hao Li[1]; Liang Li[2]; [1]University of Alberta, Edmonton, ON; [2]University of Alberta, Edmonton, AB

**WP 429** Metabolite Classification into Major Chemical Classes using Supervised Machine Learning; Elizabeth H. Mahood; Cornell University, Ithaca, NY

**WP 430** A Scalable Approach to Curation of Public MS2 Spectra for Co-Analysis Using Untargeted Mass Spectrometry; Alan K. Jarmusch[1,2]; Mingxun Wang[1,2]; Madeleine Ernst[1,2]; Ricardo R. da Silva[1,2]; Pieter C. Dorrestein[1,2]; [1]Skaggs School of Pharmacy & Pharmaceutical Sciences, University of California – San Diego, La Jolla, CA; [2]Collaborative Mass Spectrometry Innovation Center, University of California – San Diego, La Jolla, CA

**WP 431** MZmine 3 - a Comprehensive Mass Spectrometry Data Processing Framework for Metabolomics; Tomáš Pluskal[1]; Robin Schmid[2]; Ansgar Korf[2]; Timothy R Fallon[1]; Aleksandr Smirnov[3]; Matej Orešič[4]; Xiuxia Du[3]; Jing-ke Weng[1]; [1]Whitehead Institute for Biomedical Research, Cambridge, MA; [2]University of Muenster, Institute of Inorganic and Analytical Chemistry, Muenster, Germany; [3]The University of North Carolina at Charlotte, Charlotte, NC; [4]Örebro University, Örebro, Sweden

### INSTRUMENTATION: GENERAL
### 432-452

**WP 432** Improving Resolution of Frequency-Scanning ESI Ion Trap MS in Rough Vacuum using Periodic DC Focusing and Segment Quad Interface; Jung-Lee Lin[1]; Hsi-Chang Shih[1]; Chung-Hsuan Chen[1]; [1]The Genomics Research Center Academia Sinica, Taipei, Taiwan

**WP 433** Software for Automated Laser Ablation and Capture from Tissue Sections; Fabrizio Donnarumma[1]; Touradj Solouki[2]; Kermit K Murray[1]; [1]Louisiana State University, Baton Rouge, LA; [2]Baylor University, Waco, TX

**WP 434** Characterization of Quadrupol Mass Filters Regarding Elevated Entrance Ion Currents; Markus Langner[1]; Marco Thinius[1]; Chris Heintz[1]; Yessica Brachthaeuser[2]; Hendrik Kersten[1]; Thorsten Benter[1]; [1]Bergische Universität Wuppertal, Wuppertal, Germany; [2]Carl Zeiss SMT, Oberkochen, Germany

**WP 435** Time-of-Flight Compensated Ion Transmission: Theory, Simulation, and Application in Fourier Transform Ion Cyclotron Resonance Mass Spectrometry; Qinghao Wu[1]; Jared B. Shaw[2]; Ljiljana Pasa-Tolic[2]; [1]IonX Tech, LLC, Richland, WA; [2]PNNL, Richland, WA

**WP 436** Performance Evaluation of a Modified Quadrupole Orbitrap Mass Spectrometer; Tabiwang N. Arrey[1]; Rosa Jersie-Christensen Rakownikow[1]; Julia Kraegenbring[1]; Kerstin Strupat[1]; Markus Kellmann[1]; Catharina Crone[1]; Thomas Moehring[1]; Alexander Harder[1]; [1]Thermo Fisher Scientific, Bremen, Germany

**WP 437** Determining the Nature of MS Contamination with Various Sample Matrices; Leigh Bedford[1]; Yang Kang[1]; Bradley B. Schneider[1]; Thomas R. Covey[1]; [1]SCIEX, Concord, ON


**WP 438** Reliable and Deep Proteome Coverage by Gas-Phase Fractionation of Peptides with a FAIMS Pro Interface on a Modified Quadrupole Orbitrap; Julia Kraegenbring[1]; Tabiwang N. Arrey[2]; Michael W. Belford[3]; Satendra Prasad[3]; Kerstin Strupat[2]; Markus Kellmann[2]; Thomas Moehring[2]; Alexander Harder[2]; [1]Thermo Fisher Scientific, Bremen, Germany; [2]Thermo Fisher Scientific, Bremen, Germany; [3]ThermoFisher, San Jose, CA

**WP 439** Development of Vacuum Measurement and Control System for Quadrupole Mass Spectrometer; Li Kai[1]; li ming[1]; [1]NCS Testing technology Co.,Ltd, Beijing, China

**WP 440** Development of Universal and High Sensitivity Ion Mobility Spectrometer with APCI Ion Source for HPLC (LC-APCI-IMS); Yoshinori Arita[1]; Akiko Imazu[1]; Motohide Yasuno[1]; Hiroshi Tanaka[1]; Toshiya Habu[1]; Yoshihito Yuasa[1]; Kiyoshi Ogawa[1]; [1]Shimadzu Corporation, Kyoto, Japan

**WP 441** DRy Ion Localization and Locomotion (DRILL) MS Interface for Sensitivity Enhancement via Droplet Size Based Inertial Separation; Jung Lee[1]; Peter Kottke[1]; Crystal L Pace[2]; David C Muddiman[2]; Alex Jonke[3]; Matthew P. Torres[3]; Andrei Fedorov[1]; [1]Georgia Institute of Technology, Atlanta, GA; [2]North Carolina State University, Raleigh, NC; [3]School of Biological Sciences, Georgia Institute of Technology, Atlanta, GA

**WP 442** Ion Manipulation Using Stacked PCB-Based Electrode Device (SPED); Yi-teng Hsiao[1]; Szu-Wei Chou[1]; Yi-Kun Lee[1]; Pin-Duo Lee[1]; Shih-Chieh Yang[1]; Yao-Hsin Tseng[1]; Chun-Yen Cheng[1]; [1]AcroMass Technologies, Inc., Hsinchu, Taiwan

**WP 443** Comparison of UPLC and RapidFire MS/MS Methods for Content Uniformity Analysis in Tablet-Splitting for a Narrow Therapeutic Index Drug Warfarin; Jiang Wang[1]; Haiou Qu[2]; Robert L Hunt[2]; Leanna Hengst[2]; Patrick J. Faustino[2]; Jinhui Zhang[2]; [1]Food and Drug Administration - Center for Drug Evaluation and Research, Silver Spring, Md; [2]FDA, Silver Spring, MD

**WP 444** Impact of Dwell Time and Ion Flux on Multiple Reaction Ion Monitoring (MRM) Measurement Precision; Behrooz Zekavat[1]; Charles Nichols[1]; Anabel Fandino[1]; [1]Agilent Technologies, Santa Clara, CA

**WP 445** Resolution Improvement through Modulation of Collective Ion Motion and Ejection in Quadrupole Ion Trap Mass Spectrometry for Intact Protein; Yi-teng Hsiao[1]; Szu-Wei Chou[1]; Shih-Chieh Yang[1]; Pin-Duo Lee[1]; Yi-Kun Lee[1]; Yao-Hsin Tseng[1]; Chun-Yen Cheng[1]; [1]AcroMass Technologies, Inc., Hsinchu, Taiwan

**WP 446** A Novel Mass Spectrometry-Based Analytical System for Single-Cell Proteomics and Metabolomics in Mammalian Cells; Yoshihiro Izumi[1]; Kousuke Hata[1]; Kohta Nakatani[1]; Takeshi Hara[1]; Shohei Yamamura[2]; Masaki Matsumoto[1]; Takeshi Bamba[1]; [1]Medical Institute of Bioregulation, Kyushu University, Fukuoka, Japan; [2]Health Research Institute, National Institute of Advanced Industrial Science and Technology, Kagawa, Japan

**WP 447** Transfer of Plasma-Generated Ions into a Fourier Transform Quadrupole Ion Trap (FT-QIT) with Running RF Trapping Field; Yessica Brachthäuser[1]; Chris Heintz[2]; Alexander Laue[1]; Michel Aliman[1]; Hin Yiu Chung[1]; Thorsten Benter[2]; [1]Zeiss SMT GmbH, Oberkochen, Germany; [2]University of Wuppertal, Wuppertal, Germany

**WP 448** Automated Tuning of an Electromagnetostatic Cell for Electron Capture Dissociation with Q-ToF Mass Spectrometers; Blake A. Hakkila[1]; Joseph C. Meeuwsen[1, 2]; Yury V. Vasil'ev[1, 2]; Joseph S. Beckman[1, 2]; Valery G. Voinov[1, 2]; [1]e-MSion, Inc., Corvallis, OR; [2]Oregon State University, Corvallis, OR

**WP 449** Rectilinear Quadrupole Ion Guides: Transmission as a Function of Mass, RF Amplitude and RF Frequency; Kevin Kuchta[1]; Luke J. Metzler[2]; Michael J. Van Stipdonk[2]; Randall E Pedder[1]; [1]Ardara Technologies, Ardara, PA;

[2]Department of Chemistry and Biochemistry, Duquesne University, Pittsburgh, PA

**WP 450** Developing a Multi-Pass Overtone Mobility Spectrometry "Ping Pong" Insert to Improve the Drift Resolution of the Waters HDMS (G1); Kyle Buckley[1]; Marc Legris[1]; Arthur Laganowsky[2]; David H. Russell[2]; David E. Clemmer[1]; [1]Indiana University, Bloomington, IN; [2]Texas A&M University, College Station, TX

**WP 451** Characterization of Ion Funnels: Transmission Characteristics as a Function of Mass, RF Voltage and RF Frequency; Luke J. Metzler[1]; Kevin Kuchta[2]; Michael J. Van Stipdonk[1]; Randall E Pedder[2]; [1]Department of Chemistry and Biochemistry, Duquesne University, Pittsburgh, PA; [2]Ardara Technologies L.P., Ardara, PA

**WP 452** Modifying the Ion Optics and Scan Sequences on a Tribrid MS to Improve Sensitivity, Duty Cycle, and Overall Instrument Ease-of-Use; Graeme McAlister[1]; Michael Goodwin[1]; Lee Earley[1]; Raman Mathur[1]; Oliver Lange[2]; Romain Huguet[1]; Vlad Zabrouskov[1]; Mike Senko[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Bremen, Germany

### INSTRUMENTATION: NEW CONCEPTS
### 453-478

**WP 453** A Microchannel Thermalization Inlet Design to Eliminate Impact-Induced Molecular Fragmentation in Closed-Source Mass Spectrometers; Brandon Turner[1]; Anupriya Anupriya[1]; Sandra Osburn-Staker[1]; Abraham De la Cruz[1]; Eric T. Sevy[1]; Daniel E. Austin[1]; [1]Brigham Young University, Provo, UT

**WP 454** Concurrent Dual Polarity Ion Mobility (IM) Separations using Traveling Wave-based Structures for Lossless Ion Manipulations (SLIM); Isaac Kwame Attah[1]; Yehia M. Ibrahim[1]; Sandilya V.B. Garimella[1]; Gabe Nagy[1]; Randolph V. Norheim[1]; Colby E. Schimelfenig[1]; Richard D. Smith[1]; [1]Pacific Northwest National Laboratory, Richland, WA

**WP 455** Ion Mobility Measurement using a Miniature Dual-Trap Mass Spectrometer; Jinjin Fan[1]; Xinwei Liu[1]; Xiaoyu Zhou[1]; Zheng Ouyang[1]; [1]Tsinghua University, Beijing, China

**WP 456** Combining DIUTHAME and Stigmatic-Type Mass Microscope toward Cellular Scale Imaging Mass Spectrometry; Tsuyoshi Hirao[1, 2]; Yasuhide Naito[1]; [1]GPI, Hamamatsu, Japan; [2]Hamamatsu Photonics K.K., Hamamatsu, Japan

**WP 457** High Sensitivity and Resolution IMS Separations at 100% Ion Utilization Efficiency; Sandilya Garimella[1]; Gabe Nagy[1]; Yehia M Ibrahim[1]; Isaac K. Attah[1]; Aneesh Prabhakaran[1]; Richard D. Smith[1]; [1]Pacific Northwest National Laboratory, Richland, WA

**WP 458** Bridging the Gap Between Gas- and Condensed-Phase Using Dual-Polarity Ion Soft Landing; Pei Su[1]; Hang Hu[1]; Jonas Warneke[1]; Mikhail Belov[2]; Gordon Anderson[3]; Julia Laskin[1]; [1]Purdue University, West Lafayette, IN; [2]Spectroglyph, LLC, Kennewick, WA; [3]GAA Custom Engineering, LLC, Benton City, WA

**WP 459** Determination of Drugs of Abuse in Human Hair by On-Line Supercritical Fluid Extraction – Supercritical Fluid Chromatography - Mass Spectrometry; Alison P Wicker[1]; Blair K Berger[1]; Tairo Ogura[2]; Kenichiro Tanaka[2]; Masayuki Nishimura[3]; Vivian chen[3]; William Hedgepeth[3]; Kevin A. Schug[1]; [1]University of Texas at Arlington, Arlington, TX; [2]Shimadzu Corporation, Nakagyo-ku, Japan; [3]Shimadzu Scientific Instruments, Inc, Innovation Center, Columbia, MD

**WP 460** Implementation of an Ambient-Fourier Transform-Drift Tube on an Ultra High Mass Range Orbitrap™ Mass Spectrometer for Analysis of Protein Complexes; Sarah Sipe[1]; James Sanders[1]; Tobias Reinecke[2]; Brian H. Clowers[2]; Jennifer S Brodbelt[1]; [1]Department of Chemistry, University of Texas at Austin, Austin, TX; [2]Department of Chemistry, Washington State University, Pullman, WA



# WEDNESDAY POSTERS

**WP 461 Evaluation of a Novel PTR-TOFMS Setup Capable of Extremely Rapid Reagent Ion Switching;** <u>Alfons Jordan</u>[1]; Christian Lindinger[1]; Stefan Feil[1]; Gernot Hanel[1]; Lukas Märk[1]; Philipp Sulzer[1]; [1]IONICON Analytik GmbH., Innsbruck, Austria

**WP 462 Experimental Design of a Rotor-Induced Collision Cell (RICC) to Study Molecular Fragmentation During Hypervelocity Impacts Prior to Mass Analysis;** <u>Abraham L De la Cruz Hernandez</u>[1]; Friso Van Amerom[2]; Anupriya Anupriya[3]; Sandra Osburn-Staker[4]; Brandon Turner[1]; Eric T. Sevy[1]; Daniel E. Austin[1]; [1]Brigham Young University, Provo, UT; [2]Mini Mass Consulting, St. Petersberg, Florida; [3]Intel, Portland, Oregon; [4]University of Utah, Salt Lake City, UT

**WP 463 Pulse Width Modulation Control of Electron Beam Intensity in Electron Capture Dissociation using Precursor Charge State Information;** <u>Anjali Chelur</u>[1]; Suya Liu[1]; Calin Bradau[1]; Pavel Ryumin[1]; Thomas J Binko[1]; Nick Albeanu[1]; Takashi Baba[1]; [1]SCIEX, Concord, ON

**WP 464 High Resolution Acceptance Phase Plane Analysis of the Rectangular and Sinusoidally Driven Linear RF Quadrupole;** <u>Adam P. Huntley</u>[1]; Gregory F. Brabeck[2]; Peter T. A. Reilly[1]; [1]Washington State University, Pullman, WA; [2]Excellims Corporation, Acton, Massachusetts

**WP 465 SLIMion: An Automated Framework for Performing Multi-Dimensional Parameter Optimizations of Structures for Lossless Ion Manipulations (SLIM) Using SIMION;** <u>Ron Danehy</u>[1]; Ahmed M Hamid[1]; Liulin Deng[1]; John Daniel Debord[1]; [1]MOBILion Systems Inc., Exton, PA

**WP 466 A Novel Instrument Platform for the Investigation of Particle Formation from the Gas Phase;** <u>Tina Kasper</u>[1]; Martin Hoener[1]; Dimitris Papanastasiou[2]; Alexander Lekkas[2]; Diamantis Kounadis[2]; John Orfanopoulos[2]; [1]University of Duisburg, Duisburg, Germany; [2]Fasmatech, Athens, Greece

**WP 467 Covalent Modification via Ion/Ion Reactions with Ion Mobility/Mass Spectrometry Structural Analyses;** <u>Veronica V Carvalho</u>[1]; Ian K. Webb[1]; [1]IUPUI Department of Chemistry & Chemical Biology, Indianapolis, IN

**WP 468 Development of Colinear Resonance Ionisation Spectroscopy (CRIS) for Sub-ppt quasi-IRMS Based Assays Including Carbon Dating;** <u>Giles Edwards</u>[1,2]; Ben Cooper[1]; Sultan Alsufyani[1]; Christopher Ricketts[1]; Holly Perrett[1]; Cory Binnersley[1]; Kieran Flanagan[1,2]; [1]The University of Manchester, School of Physics and Astronomy, Manchester, United Kingdom; [2]The Photon Science Institute, The University of Manchester, Manchester, United Kingdom

**WP 469 Extended Path Length Ion Mobility with Structures for Lossless Ion Manipulations (SLIM) as an Ultra-Sensitive Pressure Gauge;** <u>Gregory Webster</u>[1]; Ahmed Mohamed Hamid[1]; Daniel DeBord[1]; Liulin Deng[1]; Kelly Wormwood[1]; Anisha Yadav[1]; Gordon Anderson[2]; [1]MOBILion Systems Inc., Exton, PA; [2]GAA Custom Engineering, LLC, Benton City, WA

**WP 470 Development of a [CID-TIMS]x[CID-TIMS]-q-CID-TOF HRMS platform for Discovery and Targeted o-mics Studies;** Mark E. Ridgeway[1]; Melvin A. Park[2]; <u>Francisco Fernandez Lima</u>[3]; [1]Bruker Daltonics Inc., Billerica, MA; [2]Bruker Daltonics Inc., Billerica, MA 01821; [3]Florida International University, Miami, FL

**WP 471 Phasing two-dimensional (2D) Fourier transform ion cyclotron resonance mass spectrometry (FT-ICR MS) in both dimensions;** Ulviya Abdulkarimova[1]; Marc Haegelin[2]; Fabrice Bray[2]; Anne Jeannin-Girardon[1]; Pierre Collet[1]; <u>Christian Rolando</u>[2]; [1]Université de Strasbourg, Strasbourg, France; [2]Université de Lille, Villeneuve d'Ascq, France

**WP 472 Neoteric Approaches to MS Instrumentation Facilitated by Simulation;** <u>Jerome Moore</u>; Robot Nose Corporation, Lemont, IL

**WP 473 Ruthenium Catalyzed 2e-/2H+ PCET - Characterizing the Catalyst-Substrate Interaction with High-Resolution Mass Spectrometry and Gas-Phase Vibrational Spectroscopy;** <u>Fabian S Menges</u>[1]; Evan H Perez[1]; Mauricio Cattaneo[2]; James Mayer[1]; Mark Johnson[1]; [1]Yale University, New Haven, CT; [2]Universidad Nacional de Tucumán, Tucumán, Argentina

**WP 474 Improved Integration of a Separation Column to an Ion Source for Liquid Chromatography Mass Spectrometry;** <u>Michael Fogwill</u>[1]; Angela Doneanu[1]; Stephen Hattan[1]; Jason Hill[1]; Wade P Leveille[1]; Thomas McDonald[1]; Joseph Michienzi[1]; [1]Waters Corporation, Milford, MA

**WP 475 Nano-Scale HPLC System for Isocratic and Gradient Ultra-Nano HPLC Separations;** Stan Stearns[1]; <u>Jennifer Copeland</u>[1]; Huamin Cai[1]; Martin Brisbin[1]; Alex Plistil[1]; Hal Barnett[1]; [1]VICI Valco Instrument, Houston, TX

**WP 476 Advanced analytics for regulatory science: Application of an innovative robotic sample separation system coupled with tandem mass spectrometry;** <u>Jinhui Zhang</u>[1]; Patrick J. Faustino[1]; [1]FDA, Silver Spring, MD

**WP 477 Growing MS adoption: A "Self-Driving" Mass Spectrometer Designed for Non-MS Experts;** <u>Maggie A. Ostrowski</u>[1]; F. Robert Ley[1]; Kyle Covert[1]; Kai Zhang[1]; Susan Shen[1]; Shane E. Tichy[1]; [1]Agilent Technologies, Inc., Santa Clara, CA

**WP 478 Automated and Simultaneous Identification and Quantification in Extractables and Leachables Analysis;** <u>Andrew Jones</u>[1]; Tommy Saunders[1]; Ashley Baeten[2]; Yongdong Wang[3]; [1]Activated Research Company, Eden Prairie, MN; [2]Abbott, St. Paul, Minnesota; [3]Cerno Bioscience, Norwalk, CT

## ION MOBILITY: APPLICATIONS II
### 479-500

**WP 479 Computational Chemistry and Ion Mobility – Mass Spectrometry at High Resolving Power Suggest Prototropism of Cyclic Lipopeptides;** <u>Andréa Mccann</u>[1]; Christopher Kune[1]; Johann Far[1]; Philippe Massonnet[1,2]; Philippe Jacques[3]; Marc Ongena[3]; Loïc Quinton[1]; Edwin De Pauw[1]; [1]University of Liege, MS Lab - GIGA, MolSys Research Unit, Liege, Belgium; [2]Maastricht Multimodal Molecular Imaging (M4I) Institute, Division of Imaging Mass Spectrometry, Maastricht, Netherlands; [3]Terra teaching and research center, Gembloux Agro-Bio Tech, University of Liege, Gembloux, Belgium

**WP 480 Use of DESI with IMS Enhancement in Study of Transferred Material on Paper;** <u>Liepin Huang</u>[1]; Carrie L Hogue[2]; Gilbert Castillo[2]; [1]Corning Inc.,, Horseheads, NY; [2]Corning Inc., Painted Post, 14870

**WP 481 Collision Induced Unfolding Experiments to Decipher the Structural Regions of a Hybrid Monoclonal Antibody.;** <u>Thomas Botzanowski</u>[1]; Oscar Hernandez-Alba[1]; Olivier Colas[2]; Elsa Wagner-Rousset[2]; Alain Beck[2]; Sarah Cianferani[1]; [1]Laboratoire de Spectrométrie de Masse BioOrganique, Université de Strasbourg, CNRS, IPHC UMR 7178, Strasbourg, France; [2]IRPF, Centre d'Immunologie Pierre-Fabre (CIPF), Saint-Julien-en-Genevois, France

**WP 482 New High Resolution Mass Spectrometry Ion Mobility Applications in the Identification of Challenging Environmental Metabolites;** <u>Yelena A. Adelfinskaya</u>[1]; David G McCaskill[1]; Jesse L Balcer[1]; Nick N Wang[1]; Jeffery Gilbert[1]; Michael W. Madary[1]; Pete L. Johnson[1]; Suresh Annangudi Palani[1]; Scott A. Greenwalt[1]; [1]Corteva Agriscience, Indianapolis, IN

**WP 483 Characterisation of Intact Hemoglobin Variants Utilising a Cyclic Ion Mobility-Enabled Quadrupole Time-of-Flight (Q-cIM-oaToF) Mass Spectrometer;** <u>Ahmad Alkawi</u>[1]; James Scrivens[1]; Gillian Taylor[1]; Safwan Akram[1]; Martin Palmer[2]; Jakub Ujma[2]; Kevin Giles[2]; Jonathan P Williams[2]; Matthew Edgeworth[3]; [1]Teesside University, Middlesbrough,



*United Kingdom;* [2]*Waters Corportaion, Cheshire, United Kingdom;* [3]*MedImmune, Granta Park, United Kingdom*

**WP 484 Copper Complexation Strategies for Differentiating Amino Acid Enantiomers by Ion Mobility;** Emanuel Zilbut[1]; Jody C. May[1]; John A. McLean[1]; [1]*Vanderbilt University, Nashville, TN*

**WP 485 Chirality-Regulated Human Serum Albumin-Neuropeptide Interactions Revealed by Ion Mobility-Mass Spectrometry;** Jiabao Guo[1]; Gongyu Li[2]; Lingjun Li[1, 2]; [1]*Department of Chemistry, University of Wisconsin-Madison, Madison, WI;* [2]*School of Pharmacy, University of Wisconsin-Madison, Madison, WI*

**WP 486 Structural Analysis of Phosphopeptide Conformers using ECD, TWIMS and Molecular Modelling;** Anna L Simmonds[1]; Andrea F Lopez-Clavijo[2]; Peter J Winn[1]; John K Heath[1]; David H. Russell[3]; Iain B. Styles[1]; Helen J Cooper[1]; [1]*University of Birmingham, Birmingham, United Kingdom;* [2]*Babraham Institute, Cambridge, United Kingdom;* [3]*Texas A&M University, College Station, TX*

**WP 487 Analysis of Heteroatomic Species in Weathered Crude Oil using Ion Mobility Time-of-Flight ESI-MS;** Nolan Snyder[1]; Feiyue Wang[1]; Jake Ritchie[1]; Diana Saltymakova[1]; Katarzyna Polcwiartek[1]; Durell S. Desmond[1]; Casey Hubert[2]; Gary A. Stern[1]; Alastair F. Smith[2]; [1]*University of Manitoba, Winnipeg, MB;* [2]*University of Calgary, Calgary, AB*

**WP 488 Analysis of Gold-Molybdenum Complexes by Nano-Electrospray Ionization-Ion Mobility-Mass spectrometry;** Hannah J Harbin[1]; Kyle L Wilhelm[1]; Dhirgam Humaidy[2]; Raul Villacob[1]; Alice E Bruce[2]; Mitchell R. M. Bruce[2]; Touradj Solouki[1]; [1]*Baylor University, Waco, TX;* [2]*The University of Maine, Orono, ME*

**WP 489 Improvement in Quantitative Analysis of Vitamin D Metabolites in Blood using Click Derivatization Reagents Combined with LC-TimsTOF;** Debin Wan[1]; Xuejun Peng[2]; Jun yang[1]; Bogdan Barnych[1]; Nalin Singh[1]; Bruce D Hammock[1]; [1]*UC Davis, Davis, CA;* [2]*Bruker Daltonics Inc., San Jose, CA*

**WP 490 Azobenzene Photoswitches: Observing Molecules Switching Using Ion Mobility Mass Spectrometry;** Julien De Winter[1]; Agostino Galanti[2]; Quentin Duez[1]; Jérôme Cornil[1]; Paolo Samori[2]; Pascal Gerbaux[1]; [1]*University of Mons, Mons, Belgium;* [2]*University of Strasbourg, Strasbourg, France*

**WP 491 Enhanced Software for the Classification of Charge Multiplexed Collision Induced Unfolding Data;** Daniel A. Polasky[1]; Sugyan M. Dixit[1]; Kathryn D. Kulju[1]; Daniel D. Vallejo[1]; Ruwan T. Kurulugama[2]; John C. Fjeldsted[2]; Brandon T. Ruotolo[1]; [1]*University of Michigan, Ann Arbor, MI;* [2]*Agilent Technologies, Santa Clara, CA*

**WP 492 The Benefit of Peptide CCS Value Prediction and Experimental Determination;** Sebastian Wehner[1]; Favio Salinas[2]; Stuart Pengelley[1]; Heiko Neuweger[1]; Heiner Koch[1]; Anjali Alving[3]; Na Parra[3]; Greig Michael[3]; Juergen Cox[2]; Detlev Suckau[1]; [1]*Bruker Daltonics, Bremen, Germany;* [2]*Max Planck Institute of Biochemistry, Martinsried, Germany;* [3]*Bruker Daltonics, Inc., Billerica, MA*

**WP 493 Characterization of Derivatized Carbohydrates Using High Resolution Cyclic IMS and Tandem-IMS Techniques;** Kristin McKenna[1]; Andrew Baker[2]; Martin Palmer[3]; Dale Cooper-Shepherd[3]; Facundo M. Fernandez[1]; [1]*Georgia Institute of Technology, Atlanta, GA;* [2]*Waters Corporation, Pleasanton, CA;* [3]*Waters Corporation, Wilmslow, United Kingdom*

**WP 494 Differentiating Commercial Lubricant Oils using Ion-Mobility Enabled Mass Spectrometry;** Jeff Goshawk[1]; Eleanor Riches[1]; Caitlyn Da Costa[1]; Gordon Jones[1]; [1]*Waters Corporation, Wilmslow, United Kingdom*

**WP 495 Development of a Collisional Cross Section Library using Trapped Ion Mobility Spectrometry (TIMS) and Its Use in Plant Metabolomics;** Mark J Schroeder[1, 2, 3]; Sven W. Meyer[4]; Aiko Barsch[4]; Lloyd W. Sumner[1, 2, 3]; [1]*Department of Biochemistry, University of Missouri, Columbia, MO;* [2]*Bond Life Sciences Center, University of Missouri, Columbia, MO;* [3]*Interdisciplinary Plant Group, University of Missouri, Columbia, MO;* [4]*Bruker Daltonik GmbH, Bremen, Germany*

**WP 496 De Novo Peptide Sequencing Using TIMS- MS/MS for Amphibian Skin Peptides;** Benjamin Bokor[1]; Jacob Porter[1]; Mario E. Gomez Hernandez[1]; Alessandro Catenazzi[1]; Francisco A. Fernandez-Lima[1]; [1]*Florida International University, Miami, FL*

**WP 497 Post-ionization separation of isomeric cannabinoids by means of Trapped Ion Mobility-Mass Spectrometry;** Arne Behrens[1]; Sabrina Kröger[1]; Uwe Karst[1]; [1]*University of Muenster, Institute of Inorganic and Analytical Chemistry, Muenster, Germany*

**WP 498 Atmospheric Pressure Ion-Mobility MS with a Low Entrance Potential;** William P. McMahon[1]; Joseph E. Lesniewski[1]; Kaveh Jorabchi[1]; [1]*Georgetown University, Washington, DC*

**WP 499 Trapped Ion Mobility Spectrometry and Surface-Induced Dissociation (TIMS-SID) on a 15 T FT-ICR for Structural Characterization of Native Protein Complexes;** Erin Panczyk[1, 2]; Arpad Somogyi[2, 3]; Mark E. Ridgeway[4]; Melvin A. Park[4]; Vicki H. Wysocki[1, 2, 3]; [1]*Department of Chemistry and Biochemistry, The Ohio State University, Columbus, OH;* [2]*Resource for Native MS Guided Structural Biology, The Ohio State University, Columbus, OH;* [3]*Campus Chemical Instrument Center, Mass Spectrometry and Proteomics Facility, The Ohio State University, Columbus, OH;* [4]*Bruker Daltonics Inc., Billerica, MA*

**WP 500 Exploring the Conformational Space of Growth Hormone-Releasing Hormone Analogs using Dopant Assisted Trapped Ion Mobility Spectrometry;** Javier Moreno[1]; Kevin Jeanne Dit Fouque[1]; Francisco Fernandez-Lima[1]; [1]*Florida International University, Miami, FL*

**LC/MS: CHROMATOGRAPHY AND SOFTWARE I 501-517**

**WP 501 Direct LC/MS Analysis Method of Surfactants Contained in Antibody Drugs Using a Polymer-Based Reversed Phase Column;** Leah Sullivan[1]; Junji Sasuga[1]; Hiroki Takenaka[1]; Eiji Kagawa[1]; Ron Benson[1]; [1]*Shodex, Showa Denko America, Inc., New York, NY*

**WP 502 Mutant KRas Protein and Tryptic Peptides Separation and Characterization Using Enhanced Fluidity Liquid Chromatography Coupled with Tandem Mass Spectrometry;** Juan Bian; *The Ohio State University, Columbus, OH*

**WP 503 Ultra-fast Capillary-Flow LC-MS Profiling of Complex Biological Matrices: Applicable to Large Sample Cohorts;** Oleksandr Boychenko[1]; Jenny Ho[2]; Christopher Pynn[1]; [1]*Thermo Fisher Scientific, Germering, Germany;* [2]*Thermo Fisher Scientific, Hemel Hempstead, United Kingdom*

**WP 504 The Characterization of Column Heating Effect in Nano-Flow Liquid Chromatography Mass Spectrometry (nanoLC-MS)-Based Proteomics;** Linhui Zhai[1]; Bolin Li[1]; Hao Hu[1]; Fang Guo[2]; Ping Liu[1]; Minjia Tan[1]; [1]*Shanghai Institute of Materia Medica, Chinese Academy of Sciences, Shanghai, China;* [2]*Shanghai Easymass Co., Ltd., Shanghai, China*

**WP 505 Characterization of the Merck Sample Collection by UPLC-MS And Evaluation of the Data Using Virscidian;** Wilfredo Pinto; *Merck, Rahway, NJ*

**WP 506 An Updated Perspective on Deconvoluting Chimeric MS/MS Spectra by LC and for Precursor Isolation and Their Subsequent Assignment by CharmeRT;** Manuel I. Villalobos Solis[1, 2]; Richard J. Giannone[1]; Robert L. Hettich[1]; Paul E. Abraham[1]; [1]*Oak Ridge National Laboratory, Oak Ridge, TN;* [2]*University of Tennessee, Knoxville, TN*



WP 507 **Rapid Separation of Reduced Antibody Chains by Size Exclusion Chromatography Coupled to Electrospray Mass Spectrometry;** John H. Robinson[1]; John O. Hui[1]; Iain D. G. Campuzano[1]; [1]Amgen Inc., Thousand Oaks, CA

WP 508 **Instrument Performance Evaluation and Tracking Using a Quality Control Standard for Proteomics Laboratory;** Shenheng Guan[1, 2]; Jonathan Krieger[2]; Leanne Wybenga-Groot[2]; Bin Ma[3]; Michael F. Moran[2, 4]; [1]University of Waterloo, Waterloo; [2]SPARC BioCentre, Hospital for Sick Children, Toronto, Ontario; [3]University of Waterloo, Waterloo, ON; [4]University of Toronto, Toronto, ON

WP 509 **Characterization of the Activity and Kinetics of Guanine Deaminase;** Justin Godinho[1]; Ben Libert[1]; Barry Boyes[1]; [1]Advanced Materials Technology, Wilmington, DE

WP 510 **A new LC-MS Approach for Synthetic Peptide Characterization and Impurity Profiling;** Asish Chakraborty[1]; Nilini Nilini Randaduge[1]; Ying Qing Yu[1]; [1]Waters Corporation, Milford, MA

WP 511 **Becoming Street-Smart in the CDMO Space: Utilization of Multiple Technologies to Harmonize Release and Characterization Assays for non-mAb Proteins;** Irina Perdivara[1]; Margo Wilson[1]; Clara Smith[1]; [1]Fujifilm Diosynth Biotechnologies, Morrisville, NC

WP 512 **Intact Analysis of Biopharmaceuticals by Hydrophobic Interaction/Reversed Phase 2D-LC/MS System;** sandeep kondaveeti[1]; Dat Phan[1]; Bob Giuffre[1]; Gregory Staples[2]; Andrew Coffey[3]; Suma Ramagiri[1]; Priya Jayaraman[1]; Jin Zhang[1]; [1]Agilent Technologies, Inc., Wilmington, DE; [2]Agilent Technologies, Inc., Santa Clara, CA; [3]Agilent Technologies, Chruch Stretton, United Kingdom

WP 513 **A Quantitative Compliant Multi Attribute Methodology (MAM) LC/MS workflow;** Zoe Zhang[1]; Sean McCarthy[2]; Elliott Jones[1]; Todd Stawicki[2]; [1]Sciex, Redwood City, CA; [2]Sciex, Framingham, MA

WP 514 **A Sensitive Microflow LC/MS/MS Method for the Analysis of Corticosteroids in Human Plasma;** Ting Liu[1]; Wenhai Jin[1]; Daniel K Blake[2]; [1]Sciex, Shanghai, China; [2]SCIEX, Warrington, United Kingdom

WP 515 **Homology-based Peptide Retention Time Prediction for Proteomic RP HPLC-MS Applications;** Oleg V. Krokhin[1]; Vic Spicer[1]; [1]University of Manitoba, Winnipeg, MB

WP 516 **Temperature-Specific Peptide Retention Time Prediction for nano-RP-HPLC in Proteomic Applications;** Carina Villacres[1]; Benilde Mizero[2]; Vic Spicer[3]; Rosa Viner[4]; Julian Saba[5]; Bhavin Patel[6]; Sergei Snovida[6]; Penny Jensen[6]; Andreas Huhmer[4]; Oleg V. Krokhin[2, 3, 7]; [1]Manitoba Centre for Proteomics and Systems Biology, University of Manitoba, Winnipeg, Manitoba; [2]Department of Chemistry, University of Manitoba, Winnipeg, MB; [3]Manitoba Centre for Proteomics and Systems Biology, University of Manitoba, Winnipeg, MB; [4]Thermo Fisher Scientific, San Jose, CA; [5]Thermo Fisher Scientific, Mississauga, ON; [6]Thermo Fisher Scientific, Rockford, IL; [7]Department of Internal Medicine, Winnipeg, MB

WP 517 **Peptide Retention Time Prediction for TMT-Labeled Peptides in RP-HPLC for Proteomic Applications;** Benilde Mizero[1]; Carina Villacres[2]; Vic Spicer[2]; Rosa Viner[3]; Julian Saba; Bhavin Patel[4]; Sergei Snovida[4]; Penny Jensen[4]; Andreas Huhmer[3]; Oleg V. Krokhin[1]; [1]Department of Chemistry, University of Manitoba, Winnipeg, MB; [2]Manitoba Centre for Proteomics and Systems Biology, University of Manitoba, Winnipeg, Manitoba; [3]ThermoFisher, San Jose, CA; [4]Thermo Fisher Scientific, Rockford, IL

### LC/MS: SAMPLE PREPARATION I
### 518-542

WP 518 **Simultaneous Extraction of Proteins, Lipids, and Metabolites for Integrated-omics Approaches for Low Tissue Sampling Volumes;** Luke T. Richardson[1]; Amy N. W. Schnelle[1]; Fabrizio Donnaruma[2]; Michael E. Pettit[1];

Shubhneet Warar[1]; Nicholas M. von Waaden[1]; Kermit K. Murray[2]; Touradj Solouki[1]; [1]Baylor University, Waco, TX; [2]Louisiana State University, Baton Rouge, LA

WP 519 **A Comparative Analysis of Two Sample Preparation Methods for the Multi-Omic Analysis of Proteins, Lipids, and Metabolites;** Melissa R Pergande[1, 2]; Sheher Banu Mohsin[2]; Limian Zhao[3]; Stephanie M Cologna[1]; [1]University of Illinois at Chicago, Chicago, IL; [2]Agilent Technologies, Wood Dale, IL; [3]Agilent Technologies, Inc., Wilmington, DE

WP 520 **A Robotic System for High Throughput Isolation of Phospholipids from Non-Polar Lipids;** Hui Gyu Park[1]; Jeffery G. McDonald[2]; Bonnie M. Thompson[2]; Gonçalo Vale[2]; Tom Brenna[1]; [1]University of Texas at Austin, Austin, TX; [2]University of Texas Southwestern Medical School, Dallas, Texas

WP 521 **Phospholipid Removal from Protein Precipitated Plasma Using In-Line Sample Preparation (ILSP);** Sharon Lupo[1]; Randy Romesberg[1]; Xiaoning Lu[1]; [1]Restek, Bellefonte, PA

WP 522 **Study of Co-Extracted Matrix Impurities on Coated Solid Phase Microextraction Devices During Short Extractions Out of Plasma;** Olga I. Shimelis[1]; Katherine K. Stenerson[1]; Teresa Marsala[1]; Emily R. Barrey[1]; Hugh Cramer[1]; Cory Muraco[1]; [1]MilliporeSigma, Bellefonte, PA

WP 523 **A Sensitive LC-MS/MSMethod for Quantitation of Free and Liposomal Doxorubicin in Dog Plasma;** Sheng Wang[1]; Jing Huang[1]; Yifan Wang[1]; Lele Yu[1]; Xiaoying Jin[1]; Dawei Zhou[2]; [1]Lab Testing Division of WuXi AppTec, Inc., Suzhou Site, Suzhou, China; [2]WuXi AppTec, Cranbury, NJ

WP 524 **LC-MS/MS Method for Determining Cannabidiol in Complex Matrices with a Dual Column-Switching Strategy;** Ze Li[1]; Peng Wang[1]; [1]WuXi AppTec, Plainsboro, NJ

WP 525 **Determination of Tetramethylammonium Hydroxide in Serum by micro Solid Phase Extraction Coupled to Liquid Chromatography-Tandem Mass Spectrometry;** Chung-Yu Chen[1]; Chia-Ying Lin[1]; Cheng-Chieh Yen[2]; Maw-Rong Lee[1]; [1]National Chung-Hsing University, Taichung, Taiwan; [2]Chung Shan Medical University, Taichung, Taiwan

WP 526 **Development and Implementation of Ultra-Trace Level Detection by LC/MS/MS for Quantitation of Thyroxine Isomers and Metabolites for in-vitro Toxicology Screening;** Jeremy McFadden[1]; Mercedes Biven[1]; David Robbins[2]; Jessica LaRocca[1]; Audrey Lehman[1]; Bethany Hannas[1]; David Hills[2]; [1]Corteva Agriscience, Indianapolis, IN; [2]Eurofins Lancaster Laboratories Professional Scientific Services, Lancaster, PA

WP 527 **Automating the Analysis of Estrogens in Plasma using a Multi-Purpose Auto-Sampler Coupled to Liquid Chromatography Triple Quadrupole Mass Spectrometry;** Mary Blackburn; Thermo Fisher Scientific, San Jose, CA

WP 528 **Evolution of Sample Preparation: Workflow Simplification Utilizing Sample Hold-Up Technology in Forensic and Clinical Analyses;** Rhys Jones[1]; Adam Senior[1]; Helen Lodder[1]; Lee Williams[1]; Geoff Davies[1]; Katie-Jo Teehan[1]; Alan Edgington[1]; Steve Jordan[1]; Claire Desbrow[1]; Paul Roberts[1]; [1]Biotage GB Limited, Cardiff, United Kingdom

WP 529 **Determination of Optimal Sample Size with Microelution without Dry Down Using Solid Phase Extraction for a Drugs of Abuse Panel;** Jillian Neifeld[1]; Jeremy Smith[1]; Stephanie Marin[1]; Mohamed Youssef[1]; Elena Gairloch[1]; [1]Biotage, Charlotte, NC

WP 530 **A new device for direct QuEChERS salts extraction: Application to Drugs of Abuse in Blood, Urine and Oral Fluid;** Tiphaine Robin[1]; Stephane Moreau[2]; Franck Saint-Marcoux[1]; Etienne Maoul[3, 3]; [1]CBRS, Limoges, France; [2]Shimadzu Europa GmbH, Duisburg, Germany; [3]shimadzu france, Paris, France

Case 3:22-cv-01213-TAD-KDM   Document 343-3   Filed 10/26/23   Page 170 of 298 PageID #: 20344


**WP 531** UHPLC-MS/MS Analysis of Neonicotinoids and their Metabolites in Plant Tissues and Modified QuEChERS; Viet D Dang[1]; Maura J Hall[1]; Ed George[2]; David J. Borts[1]; [1]Iowa State University, Ames, IA; [2]ThermoFisher Scientific, San Jose, CA

**WP 532** Determination of Pesticides in Edible Oils by GC-MS/MS; Euan Ross[1]; Jd De-Alwis[1]; Simon Hird[1]; Kenneth Rosnack[2]; [1]Waters, Wilmslow, United Kingdom; [2]Waters Corporation, Milford, MA

**WP 533** Determination of Pesticides in Dog Collars by On-line Supercritical Fluid Extraction – Supercritical Fluid Chromatography - Mass Spectrometry; William Hedgepeth[1]; Yuka Fujita[2]; [1]Shimadzu Scientific Instruments, Inc, Columbia, MD; [2]Shimadzu Scientific Instruments, Inc., Columbia, Maryland

**WP 534** Future Directions of Extractable and Leachable (E/L) Analysis from Automated Sample Preparation using online SPE and Online Solvent Mixing; David A Weil[1]; James Pyke[2]; Michael Woodman[3]; Gosia Medrecki[3]; Melissa R Pergande[4]; [1]Agilent Technologies, Wood Dale, IL; [2]Agilent Technologies, Santa Clara, CA; [3]Agilent Technologies, Wood Dale, IL; [4]University of Illinois at Chicago, Chicago, IL

**WP 535** Overcoming Recovery Challenges in Hemolyzed Samples for the Determination of Propafenone and 5-Hydroxy Propafenone by LC-MS/MS; Vinicio Vasquez[1]; Milton Furtado[1]; Minguan Chen[1]; Anahita Keyhani[1]; [1]Altasciences, Laval , QC

**WP 536** Development and Validation of LC-MS/MS Method for Determining Temozolomide in Mouse Brain Following Intra-Cerebral Microdialysis; Raghavi Kakarla[1]; Kimberly Yacoub[1]; Baochuan Guo[1]; [1]Cleveland State University, Cleveland, OH

**WP 537** Mass Spectrometry Based Analysis of Permethylated N-Glycans Purified and Separated using Microgradient Device; Pavel Rehulka[1]; Martina Zahradnikova[2]; Lukas Uhrik[2]; Helena Rehulkova[1]; Rudolf Nenutil[2]; Lenka Hernychova[2]; Milos V. Novotny[3]; [1]Faculty of Military Health Sci., Univ. of Defence, Hradec Kralove, Czech Republic; [2]Regional Centre for Applied Molecular Oncology, Masaryk Memorial Cancer Institute, Brno, Czech Republic; [3]Department of Chemistry, Indiana University, Bloomington, IN

**WP 538** Automating Metabolic Stability Assays and Analyses using a Robotic Autosampler and LC/MS/MS Platform; Fred D. Foster[1]; John R. Stuff[1]; Laurel A. Verarelli[1]; Jacqueline A. Whitecavage[1]; [1]Gerstel, Inc., Linthicum, MD

**WP 539** Comparison of SPE Protocols for Phospholipid Removal in Basic Analyte Bioanalytical Quantitation; Melvin Blaze Muttikal Thomas[1]; Thomas H Walter[1]; Kenneth Berthelette[1]; Bonnie A Alden[1]; Donna Osterman[1]; Kevin Wyndham[1]; [1]Waters Corporation, Milford, MA

**WP 540** Cleanup of Pharmaceutical Drugs in Biological Fluids by Automated microSPE Prior to LC/MS; Raquel Gonzalez de Vega[1]; Simin Maleknia[1]; Matthew Diplock[1]; Andrew Minett[2]; Philip Doble[1]; [1]University of Technology Sydney, Sydney, Australia; [2]Eprep Pty Ltd, Mulgrave, Australia

**WP 541** Blowing Analytical Precision and Accuracy out of the Water – microSPE of Explosives; Matthew Diplock[1]; Raquel Gonzalez de Vega[1]; Philip Doble[1]; Andrew Minett[2]; [1]University of Technology Sydney, Sydney, Australia; [2]Eprep Pty Ltd, Mulgrave, Australia

**WP 542** Fully Automated Determination of Phosphatidylethanol 16:0/18:1 and 16:0/18:2 in Dried Blood Spots; Marc Joel Luginbuehl[1]; Stefan Gaugler[2]; Wolfgang Weinmann[1]; [1]Institute of Forensic Medicine Bern, Bern, Switzerland; [2]CAMAG, Muttenz, Switzerland

## LIPIDS: GENERAL
### 543-564

**WP 543** Mechanism of Prostaglandin E2 Accumulation in Amniotic Fluid during Human Labor; Toshiaki Okuno[1]; Nanase Takahashi[1]; Takehiko Yokomizo[1]; [1]Department of Biochemistry, Juntendo University School of Medicine, Tokyo, Japan

**WP 544** Screening New Reagents for the Paternò-Büchi Reactions for Lipid Analysis by Mass Spectrometry; Jing Zhao[1]; Xiaobo Xie[1]; Yu Xia[1]; [1]Tsinghua University, Beijing, China

**WP 545** Investigating Enzymatic Lipase Activity via Contained-Electrospray Ionization (ESI) Mass Spectrometry as a Function of Secondary Organic Aerosol (SOA) Evolution; Mickey M. Rogers[1]; Benjamin J. Burris[1]; Abraham K. Badu-Tawiah[1]; [1]The Ohio State University, Columbus, OH

**WP 546** Top-Down Shotgun Lipidomics Analysis with Ultra-High Resolution Orbitrap Mass Spectrometry; Kai Schuhmann[1]; Konstantin Nagornov[2]; Anton Kozhinov[2]; Yury Tsybin[2]; Andrej Shevchenko[1]; [1]MPI-CBG, Dresden, Germany; [2]Spectroswiss Sàrl, Lausanne, Switzerland

**WP 547** Quantitative Analysis of Trans-Fatty Acids in Humans; Heather C Kuiper[1]; Na Wei[1]; Emily J Mueller[1]; Sarah W Kingsley[1]; Hubert W Vesper[1]; [1]CDC, Atlanta, GA

**WP 548** Analysis of Oxidized Cardiolipins by Solid Phase Extraction and LC/MS; Gaoyuan Liu[1]; Richard W Gross[2]; [1]Washington University in Saint Louis, Saint Louis, MO; [2]Washington University School of Medicine, St. Louis, MO

**WP 549** Acute-phase Serum Lipidome Alterations in a Rodent Model of Closed Head Traumatic Brain Injury; Scott Hogan[1]; Kyle Milligan[2]; Michelle LaPlaca[2]; Facundo M Fernandez[1]; [1]Georgia Institute of Technology, School of Chemistry and Biochemistry, Atlanta, Georgia; [2]Georgia Institute of Technology, Department of Biomedical Engineering, Atlanta, Georgia

**WP 550** Comparative Analysis of Nutritional Lipids from Marine Sources by Supercritical Fluid Chromatography with Tandem Mass Spectrometry; Greg Winter[1]; Paolo Lecchi[1]; Craig Mallon[1]; Dominik Burger[1]; [1]DSM, Columbia, MD

**WP 551** Serum Lipidomics of Pregnant African American Women Exposed to Environmental Toxicants; Anna A Ivanova[1]; Kristal Maner-Smith[1]; Dana Boyd Barr[1]; Anne L Dunlop[1]; Eric A Ortlund[1]; [1]Emory University, Atlanta, GA

**WP 552** Analysis of Very Long Chain Fatty Acids by Supercritical Fluid Chromatography-Mass Spectrometry; Paolo Lecchi[1]; Gregory Winter[1]; Dominik Burger[1]; Srujana Beeram[1]; [1]DSM Nutritional Products, Columbia, MD

**WP 553** Triglyceride Precursor Pool Enrichment and de novo Lipogenesis in Plasma Lipoproteins Probed by Stable-Isotope GC/MS-MIDA Methodology Using Multiple Tracer-Administration Protocols; Sergiu P. Palii[1]; Grace M. Jones[1]; Mariel Dologmandin[1]; Zachary Woodward[1]; David Doud[1]; Jean-Marc Schwarz[1, 2]; [1]Touro University California, Vallejo, CA; [2]University of California, San Francisco (UCSF), San Francisco, CA

**WP 554** Discovery of Novel LPA-Binding Proteins Using a Chemical Proteomic Method; Xuejiao Dong[1]; Yinsheng Wang[1]; [1]UC Riverside, Riverside

**WP 555** Effect of Matrix Type and Storage Conditions on Lipid Profiles of Clinical Blood Samples; Rahul Deshpande[1]; Kaitlyn Scola[1]; Tim Wood[1]; [1]Greenwood Genetic Center, Greenwood, SC

**WP 556** Lipid profiling of Chromochloris zofingiensisin Photoautotrophic and Heterotrophic Cultures; Yuntao Hu[1, 3]; Melissa S Roth[2]; Katherine Louie[1, 3]; Benjamin Bowen[1, 3]; Krishna Niyogi[2]; Trent Northen[1, 3]; [1]Lawrence Berkeley Laboratory, Berkeley, CA; [2]University of California, Berkley, Berkeley, CA; [3]Joint Genome Institute, Walnut Creek, CA



## WEDNESDAY POSTERS

**WP 557** Lipidomic Analyses of Wild Type, Knock-Out, S508D-, and S508A-CEACAM1 Heptocarcinoma Cells; Gabriel B Gugiu[1, 2, 3]; Jennifer Chean[1, 2]; Charng Chen[1, 2]; John E Shively[1, 2]; [1]City of Hope, Duarte, CA; [2]Beckman Research Institute, Department of Molecular Imaging and Therapy, Duarte, CA; [3]Beckman Research Institute, Department of Shared Resources, Mass Spectrometry and Proteomics Core Facility, Duarte, CA

**WP 558** High Speed Untargeted Lipidomics and Metabolomics LC-MS/MS workflows with Parallel Accumulation Serial Fragmentation (PASEF); Ulrike Schweiger-Hufnagel[1]; Aiko Barsch[1]; Sven W. Meyer[1]; [1]Bruker Daltonics, Bremen, Germany

**WP 559** The Regulation of the Molecular Structural Diversity of Mitochondrial Cardiolipins in Mouse Tissues; Gregor Oemer[1]; Jakob Koch[2]; Mohammed Tauqeer Alam[3]; Marie-Luise Edenhofer[2]; Sabrina Sailer[4]; Carolina Doerrier[5]; Ernst R Werner[4]; Katrin Watschinger[4]; Erich Gnaiger[5]; Johannes Zschocke[2]; Markus A Keller[2]; [1]Division of Human Genetics, Medical University of Innsbruck, Innsbruck, Austria; [2]Division of Human Genetics, Medical Unversity of Innsbruck, Innsbruck, Austria; [3]Division of Biomedical Sciences, Warwick Medical School, University of Warwick, Warwick, United Kingdom; [4]Division of Biological Chemistry, Biocenter, Medical University of Innsbruck, Innsbruck, Austria; [5]Oroboros Instruments Corporation, Innsbruck, Austria

**WP 560** Fatty Liver is More than Neutral Lipid Accumulation: An Analysis of Human Non-Alcoholic Fatty Liver by Shotgun Lipidomics; Olga Vvedenskaya[1]; Oskar Knittelfelder[1]; Eduardo Jacobo Miranda Ackerman[1]; Josch Pauling[2]; Judith Wodke[3]; Jochen Hampe[4]; Andrej Shevchenko[5]; [1]Max Planck Institute of Molecular Cell Biology and Genetics, Dresden, Germany; [2]Technische Universität München, Freising, Germany; [3]Humboldt University, Berlin, Germany; [4]Dresden University Clinic, Dresden, Germany; [5]Max Plank Institute for Molecular Cell Biology and Genetics, Dresden, Germany

**WP 561** Mass Spectrometric Study on the Source of Error in Quantification of Free Fatty Acids; Hyejin Park[1]; Tae-Young Kim[1]; [1]School of Earth Sciences and Environmental Engineering, Gwangju Institute of Science and Technology, Gwangju, South Korea

**WP 562** Trapped Ion Mobility Spectrometry (TIMS) and Parallel Accumulation Serial Fragmentation (PASEF) for Nanoflow LC-MS/MS-Based Lipidomics; Catherine G. Vasilopoulou[1]; Karolina Sulek[2]; Andreas-David Brunner[1]; Sven W. Meyer[3]; Ulrike Schweiger-Hufnagel[3]; Ningombam Sanjib Meitei[4]; Matthias Mann[1, 2]; Florian Meier[1]; [1]Max Planck Institute of Biochemistry, Martinsried, Germany; [2]NNF Center for Protein Research University of Copenhagen, Copenhagen, Denmark; [3]Bruker Daltonik GmbH, Bremen, Germany; [4]PREMIER Biosoft, Palo Alto, CA

**WP 563** Lipidomics of Dolphin Serum to Assess Physiological and Ecological Changes Following the Deepwater Horizon Oil Spill; Michael P. Napolitano[1, 2]; Maggie Broadwater[1]; Tracey B. Schock[2, 3]; Ryan Takeshita[4]; Terri K. Rowles[5]; Lori H. Schwacke[6]; [1]National Oceanic and Atmospheric Administration, Charleston, SC; [2]Hollings Marine Laboratory, Charleston, SC; [3]National Institute of Standards and Technology, Charleston, SC; [4]National Marine Mammal Foundation, Boulder, CO; [5]National Oceanic and Atmospheric Administration, Silver Spring, MD; [6]National Marine Mammal Foundation, Charleston, SC

**WP 564** Sample Preparation Effects on Retinal Lipid Analysis by MALDI Imaging and LC-MS Technologies; Ankita Kotnala; Vanderbilt University, Nashville, TN

**METABOLOMICS: TARGETED AND QUANTITATIVE ANALYSIS**
**565-597**

**WP 565** MxP® Quant 500 Kit – Novel Standardized Metabolomics/Lipidomics Analysis Tool for Comprehensive Targeted Profiling; Hai Pham Tuan[1]; Ulf Sommer[1]; Svenja Heischmann[1]; Doreen Kirchberg[1]; Xenia Iwanowa[1]; Radu Talmazan[1]; Barbara Wolf[1]; Martin Buratti[1]; Rosa Argamasilla Martinez[1]; Cornelia Röhring[1]; Therese Koal[1]; [1]BIOCRATES Life Sciences AG, Innsbruck, Austria

**WP 566** New Features and Functions of the Old "Mustard Oil Bomb" in Single Cell-Types; Shweta Chhajed[1]; Craig Dufresne[2]; Nathalia Tello[1, 3]; Alice Harmon[1, 4, 5]; Sixue Chen[1, 4, 6, 6]; [1]Department of Biology, University of Florida, Gainesville, FL; [2]Thermo Fisher Scientific, West Palm Beach, FL; [3]SF2UF Bridge Program, University of Florida, Gainesville, FL; [4]Plant Molecular and Cellular Biology, University of Florida, Gainesville, FL; [5]Genetics Institute, University of Florida, Gainesville, FL; [6]nterdisciplinary Center for Biotechnology Research, University of Florida, Gainesville, FL

**WP 567** Effects of Acute Ambient PM2.5 Exposure on Heart in C57BL/6J Diet-Induced Obesity Mouse Model; Yuanyuan Song[1]; Yanhao Zhang[1]; Zenghua Qi[2]; Ruijin Li[3]; Zongwei Cai[1]; [1]Hong Kong Baptist University, Hong Kong, China; [2]Guangdong University of Technology, Guangzhou, China; [3]Shanxi University, Taiyuan, China

**WP 568** Meta-Analysis of Targeted Metabolomics Data from Heterogeneous Biological Samples Provides Insights into Metabolite Dynamics; Ho-Joon Lee[1]; Daniel Kremer[1]; Peter Sajjakulnukit[1]; Li Zhang[1]; Costas Lyssiotis[1]; [1]University of Michigan Medical School, Ann Arbor, MI

**WP 569** Targeted Multi-OMICS: Rapid Plasma Profiling of a Bladder and Lung Cancer Human Cohort; Sarah Lennon[1]; Billy J Molloy[1]; Lee A Gethings[1]; Robert S Plumb[2]; Andrew Peck[2]; [1]Waters corporation, Wilmslow, United Kingdom; [2]Waters Corporation, Milford, MA

**WP 570** An Improved Isotope-Labeling Chemical Derivatization – LC/MRM-MS Method for Reliable Quantitation of >70 FAs in Human Serum; Jun Han[1, 2]; Kieran Atkinson[1]; Evan Dyson-Loewen[1]; Mia Frier[1]; Juncong Yang[1]; John Ducas[2]; Robin Ducas[3]; Erin Weldon[4]; Tom Jelic[4]; R. Antony Shaw[5]; Christoph H. Borchers[1, 6, 7, 8]; [1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]Division of Medical Sciences, University of Victoria, Victoria, BC; [3]Faculty of Medicine, Department of Cardiology, University of Manitoba, Winnipeg, Manitoba; [4]Faculty of Medicine, Department of Emergency Medicine, University of Manitoba, Winnipeg, Manitoba; [5]National Research Council of Canada, Winnipeg, Manitoba; [6]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [7]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [8]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

**WP 571** Quantification of Polar Metabolites in Urine using an Automated Parallel Derivatization Strategy andLC-SWATH-MS; Guenter Boehm[1]; Maria Fernanda Cifuentes Girard[2]; David Ruscic[3]; Renzo Picenoni[1]; Gerard Hopfgartner[3]; [1]CTC Analytics AG, Zwingen, Switzerland; [2]Life Sciences Mass Spectrometry, Department of analytical and Inorganic Chemistry, University of Geneva, Geneva, Switzerland; [3]Life Sciences Mass Spectrometry, Department of analytical and Inorganic Chemistry, University of Geneva, Geneva, Switzerland

**WP 572** Isotope-Labeled Metabolic Flux Analysis of the Gut Microbiota-Driven Carnitine Metabolism; Hsin-bai Zou[1]; Fang-Wei Kuo[2]; Qiang Lyu[3]; Hsin-Yuan Chang[3]; Cheng-Chih Hsu[3]; Wei-Kai Wu[4]; [1]Department of Chemistry, National Taiwan University, taipei, Taiwan; [2]Institute of



food science and technology, taipei, Taiwan; [3]Department of Chemistry, National Taiwan University, Taipei, Taiwan; [4]Department of Internal Medicine, National Taiwan University Hospital Bei-Hu Branch, Taipei, Taiwan, taipei, Taiwan

WP 573 **Multiplexed High Throughput LC-MS/MS Method for Targeted Metabolites and Neurotransmitters from Central Nervous System;** Juho Heininen[1]; Tapio Kotiaho[1]; Anu Vaikkinen[1]; Risto Kostiainen[1]; [1]University of Helsinki, Helsinki, Finland

WP 574 **Derivatisation of Central Metabolites in SUIT-2 Cells Using 2-bromo-1-(4-dimethylamino-phenyl)-ethanone Enables LC-MS/MS Energy-State Analysis;** Cornelius C W Willacey[1]; Martijn Naaktgeboren[1]; Edinson Lucumi Moreno[1]; Alida S D Kindt[1]; Daan van der Es[2]; Ronan M T Fleming[1]; Amy C Harms[1]; Thomas Hankemeier[1]; [1]Analytical BioSciences and Metabolomics, Systems Biomedicine and Pharmacology, Leiden Academic Centre for Drug Research, Leiden University, Leiden, Netherlands; [2]Medicinal Chemistry, Drug Discovery and Safety, Leiden Academic Centre for Drug Research, Leiden University, Leiden, The Netherlands, Leiden, Netherlands

WP 575 **Assessment of the Microbiota Metabolome and Its Role in Cardiovascular Diseases;** Tuan Hai Pham[1]; Ulf Sommer[1]; Svenja Heischmann[1]; Barbara Wolf[1]; Fadi Abdi[1]; Therese Koal[1]; [1]BIOCRATES Life Sciences AG, Innsbruck, Austria

WP 576 **Quantitative Comparison of the Suppression between HILIC and Reverse Phase Chromatography;** Lucas Veillon[1]; John N Weinstein[1]; Phil Lorenzi[1]; Felice A de Jong[2]; Chris Beecher[2]; [1]MD Anderson Cancer Center, Houston, TX; [2]IROA Technologies LLC, Bolton, MA

WP 577 **5-plex iDiLeu Enabled Neurotransmitter Absolute Quantitation in the Crustacean Nervous System;** Qinjingwen Cao[1]; Gongyu Li[1]; Amanda R. Buchberger[1]; Lingjun Li[1]; [1]University of Wisconsin-Madison, Madison, WI

WP 578 **Rapid Automated Absolute Quantification of Metabolites Using Polly QuantFit to Understand Tumor Nutrient Availability;** Abhishek Jha[1]; Avijit Zutishi[2]; Raghav Sehgal[2]; Shubham Agarwal[2]; Taranjyot Singh[2]; Shefali Lathwal[2]; Swetabh Pathak[2]; Alex Muir[3]; Caroline Lewis[4]; Mark Sullivan[3]; Matthew G. Vander Heiden[4]; [1]Elucidata, Cambridge, MA; [2]Elucidata, Delhi, India; [3]Massachusetts Institute of Technology, Cambridge, MA; [4]Whitehead Intitute, Cambridge, MA

WP 579 **Simultaneous Analysis of Steroids and Lipids in Serum Employing Liquid Chromatography-Ion Mobility Spectrometry-Mass Spectrometry Analysis;** Alana Rister[1]; Katie L Bidne[1]; Jennifer R Wood[1]; Eric D. Dodds[1]; [1]University of Nebraska - Lincoln, Lincoln, NE

WP 580 **Direct Quantification of Polyamines in Arabidopsis thaliana seedlings by LC-MS/MS;** Masoud Zabet Moghaddam[1]; parvin mirzaei[2]; mohamed Fokar[2]; Yehia Mechref[1]; [1]Texas Tech University, Box 43132 Lubbock, TX; [2]Texas Tech University, Lubbock, TX; [3]Texas Tech University, Lubbock

WP 581 **Innovative One-Step Protocol for Producing Deuterium-Labeled Metabolites and Their Use for Quantitative LC-HRMS-Based Targeted Metabolomics;** Annelaure Damont[1]; Yu Min Kiw[1]; Kathleen Rousseau[1]; Sophie Feuillastre[2]; Grégory Pieters[2]; Christophe Junot[3]; François Fenaille[1]; [1]Service de Pharmacologie et Immunoanalyse (SPI), Laboratoire d'Etude du Métabolisme des Médicaments (LEMM), CEA, INRA, Université Paris-Saclay, MetaboHUB-IDF, Gif-Sur-Yvette, France; [2]Service de Chimie Bio-organique et de Marquage, Laboratoire de Marquage au Tritium, Département Médicaments et Technologies pour la Santé, Institut Joliot, CEA, Université Paris-Saclay, Gif-Sur-Yvette, France; [3]Service de Pharmacologie et Immunoanalyse (SPI), Département Médicaments et

Technologies pour la Santé, Institut Joliot, CEA, INRA, Université Paris-Saclay, MetaboHUB-IDF, Gif-Sur-Yvette, France

WP 582 **Reovirus-Induced Alterations in the Metabolome of M1 and M2 Macrophages;** Michael Giacomantonio[1]; Patrick J Murphy[1]; Barry Kennedy[1]; Shashi Gujar[1, 2]; [1]Department of Pathology, Dalhousie University, Halifax, NS, Canada, Halifax, NS; [2]Department of Microbiology and Immunology, Dalhousie University, Halifax, NS, Canada, Halifax, NS, Canada, Halifax, NS

WP 583 **Profiling of Bile Acids, Histidine, and Histamine in Gastric Juice by LC-MS/MS Combined with Serial Derivatization: Diagnosis of Gastric Cancer;** Wonwoong Lee[1]; Jinhee Um[1]; Keon-hee Ko[1]; Bong Chul Chung[2]; Jongki Hong[1]; [1]Kyung Hee University, Seoul, South Korea; [2]Korea Institute of Science and Technology, Seoul, South Korea

WP 584 **Rapid LC-MS/MS Method for Targeted Quantitation of Human Performance Metabolites in Saliva;** Ethan M McBride[1]; Richard J Lawrence[1]; Kirstin McGee[1]; Phillip M Mach[1]; Paul S Demond[2]; Michael W Busch[2]; John W Ramsay[3]; Erika K Hussey[3]; Trevor Glaros[1]; Elizabeth S Dhummakupt[1]; [1]Research and Technology Directorate, Research Development & Engineering Command (RDECOM) Edgewood Chemical Biological Center (ECBC), Aberdeen Proving Ground, MD; [2]Excet, Inc., Springfield, VA; [3]U.S. Army Natick Soldier Research, Development & Engineering Center, Natick, MA

WP 585 **Spatial Distribution of Ractopamine Residues in Bovine muscle;** Valerie Lindstrom[1]; Haley E Davis[1]; Jacqueline M Chaparro[1]; Keith E Belk[1]; Jessica E. Prenni[1]; [1]Colorado State University, Fort Collins, CO

WP 586 **Improving the Accuracy of Endogenous tZ-Type Cytokinins Determination by Elucidation of the Fragmentation Mechanism;** Peiyong Xin[1]; Jinfang Chu[1]; [1]National Center for Plant Gene Research (Beijing), Institute of Genetics and Developmental Biology, Chinese Academy of Sciences, Beijing, China

WP 587 **Measurement of Metabolites in Feces of Japanese Rock Ptarmigans by LC-MS/MS;** Takanari Hattori[1]; Yukari Oka[1]; Shuichi Kawana[1]; Koretsugu Ogata[1]; Sayaka Tsuchida[2,3]; Atsushi Kobayashi[4]; Yoshiaki Nakamura[5]; Hiroshi Nakamura[6]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Kyoto Prefectural University, Kyoto, Japan; [3]Chubu University, Kasugai, Japan; [4]Toho University, Tokyo, Japan; [5]Hiroshima University, Hiroshima, Japan; [6]Nakamura Hiroshi International Institute for Ornithology, Nagano, Japan

WP 588 **Rapid Throughput Quantitation of Carboxylic Acid Metabolites Using UHPLC/QqQ-MS to Monitor Diet and the Microbiome;** Diane Tu[1]; Carol Stroble[1]; Matthew J. Amicucci[1]; Gege Xu[1]; Jennifer T Smilowitz[1]; Carlito B Lebrilla[1]; [1]University of California, Davis, Davis, CA

WP 589 **A Critical Look at Highly Mulitplexed Targeted Metabolomics: Data Quality Effects from Large Target Lists;** Robert Pepin[1]; Mathew Ellenberger[1]; Daniel Raftery[1, 2]; [1]University of Washington, Seattle, WA; [2]Fred Hutchinson Cancer Research Center, Seattle, WA

WP 590 **Simultaneous Detection of Tricarboxylic Acid Cycle Intermediates using LC-MS/MS with a Synergi® Fusion-RP HPLC Column;** Xianrong (Jenny) Wei[1]; Ryan Splitstone[1]; Sean Orlowicz[1]; [1]Phenomenex, Torrance, CA

WP 591 **Comparative Metabolomics of Staphylococcus aureus by HPLC-DAD-MS/MS;** Gerson D. López[1]; Chad Leidy[1]; Chiara Carazzone[1]; [1]Universidad de los Andes, Bogotá D.C., Colombia

WP 592 **Development of a UPLC-MS/MS Method to Quantitate Process-Induced Nitrogen Compounds and their Metabolites in Urine Samples;** Yi-Chen Sun[1]; Hsin-Chang Chen[1]; [1]Institute of Food Safety and Health, National Taiwan University, Taipei, Taiwan


**WP 593**   **Analysis of Endogenous Steroid Hormones in Urine Using High-Resolution LC-MS;** Lancia N.F. Darville-bowleg[1]; Min Liu[1]; Jayden Cline[1]; Yessica C. Martinez-Monta[1]; Shannan Rich[2]; John Koomen[1]; Lusine Yaghjyan[2]; Kathleen M Egan[1]; [1]Moffitt Cancer Center, Tampa, FL; [2]University of Florida, Gainesville, FL

**WP 594**   **Gut Microbial and Hepatic Metabolism of the Hop Flavonoid, Xanthohumol, in Humans;** Wenbin Wu[1]; Ines L Paraiso[1]; Ralph Reed[1]; Jeffrey Morré[2]; Jan F. Stevens[1]; [1]Department of Pharmaceutical Sciences, Linus Pauling Institute, Oregon State University, Corvallis, Oregon; [2]Department of Chemistry, Oregon State University, Corvallis, Oregon

**WP 595**   **Fit-for-Purpose Quantitative LC-MS and CE-MS Metabolomics Methods to Inform Alzheimer's Research;** Kendra J. Adams[1]; J. Will Thompson[1]; W. Kirby Gottschalk[1]; Joan G. Wilson[1]; M. Arthur Moseley[1]; Carol A. Colton[1]; [1]Duke University School of Medicine, Durham, NC

**WP 596**   **A Novel and Comprehensive Steroid Assay Including Thyroxin Compounds Using Small Volume Human Serum or Plasma Samples;** Gregory Byram[1]; Chris Vanselow[2]; Patrick Fitzgerald[1]; Catherine Paige Riley[3]; Stacy Tremintin[2]; Oliver Fiehn[1]; [1]UC Davis West Coast Metabolomics Center, Davis, CA; [2]Thermo Fisher Scientific, San Jose, CA; [3]Thermo Fisher Scientific, West Palm Beach, FL

**WP 597**   **Probing the Altered Microbiome of ASD for Metabolic Clues;** Emily R. Sekera[1]; Troy D. Wood[1]; Heather L. Rudolph[1]; [1]University at Buffalo, Buffalo, NY

**METABOLOMICS: UNTARGETED METABOLITE PROFILING II**
**598-623**

**WP 598**   **Untargeted Metabolomics Profiling of Longitudinal Urine Samples Collected from Individual Participant of Integrated Personalized Omics Profiling (iPOP) Project;** Songjie Chen[1]; Liang Liang[1]; Yuqin Dai[2]; Michael Snyder[1]; [1]Stanford University, Stanford, CA; [2]Agilent, Santa Clara, CA

**WP 599**   **Using Mass Spectrometry-Based Metabolomics to Explore Polyphenol Profile Diversity among Different Lentil Seed Coat Colors and Patterns;** Fatma M. Elessawy[1]; Derek Wright[1]; Albert Vandenberg[1]; Anas El-Aneed[1]; Randall W. Purves[1,2]; [1]University of Saskatchewan, Saskatoon, SK; [2]Canadian Food Inspection Agency, Saskatoon, SK

**WP 600**   **Correcting Metabolomic Data for Source Variances Using IROA;** Fei Tang[1]; Felice de Jong[2]; Chris Beecher[2]; Markos Leggas[1]; [1]University of Kentucky, Lexington, KY; [2]IROA Technologies LLC, Bolton, MA

**WP 601**   **Untargeted Profiling of Metabolites, Nutrients, and Toxins in Sera from the Isle of Wight Multigenerational Birth Cohort;** Thilani M. Anthony[1]; Wilfried J. J. Karmaus[2]; Su Chen[3]; Susan Ewart[4]; Syed Hasan Arshad[5, 6, 7]; John W. Holloway[8]; Hongmei Zhang[2]; A. Daniel Jones[1, 9]; [1]Department of Biochemistry & Molecular Biology, Michigan State University, East Lansing, MI; [2]Division of Epidemiology, Biostatistics, and Environmental Health, School of Public Health, University of Memphis, Memphis, Tennessee; [3]Department of Mathematical Sciences, University of Memphis, Memphis, Tennessee; [4]Department of Large Animal Clinical Sciences, College of Veterinary Medicine, Michigan State University, East Lansing, MI; [5]Clinical and Experimental Sciences, Faculty of Medicine, University of Southampton, Southampton, United Kingdom; [6]The David Hide Asthma and Allergy Research Centre, Isle of Wight, United Kingdom; [7]NIHR Respiratory Biomedical Research Unit, University Hospital Southampton, Southampton, United Kingdom; [8]Human Development and Health, University of Southampton, Southampton,

United Kingdom; [9]Department of Chemistry, Michigan State University, East Lansing, MI

**WP 602**   **A Metabolomics Study into during Infection with Influenza Virus by HRAM Q-TOF Analysis;** Emily Armitage[1]; Jonathan Swann[2]; Mick Bailey[3]; Ian D Wilson[2]; Neil J Loftus[1]; [1]Shimadzu MS/BU, Manchester, United Kingdom; [2]Imperial College London, Department of Surgery and Cancer, United Kingdom; [3]School of Veterinary Sciences, University of Bristol, Bristol, United Kingdom

**WP 603**   **Using IROA-Based Internal Standard Normalization to Minimize Non-IROA Metabolite Variation;** Chris Beecher[1]; Felice de Jong[2]; [1]IROA Technologies, Chapel Hill, NC; [2]IROA Technologies LLC, Bolton, MA

**WP 604**   **Regaining the ASHES: Finding Chemical 'Clues' to Mitigate the Impact Of Ash Dieback;** John D Sidda[1]; Christine M Sambles[2]; Lijiang Song[1]; Murray R Grant[1]; [1]University of Warwick, Coventry, United Kingdom; [2]University of Exeter, Exeter, United Kingdom

**WP 605**   **Proteometabolomics of Bortezomib Resistance in Multiple Myeloma;** David C. Koomen[1]; Joy D. Guingab-Cagmat[2]; Paula S. Oliveira[1]; Bin Fang[1]; Min Liu[1]; Eric A. Welsh[1]; Mark B. Meads[1]; Tuan Nguyen[1]; Laurel E. Meke[2]; Steven A. Eschrich[1]; Timothy J. Garrett[2]; John M. Koomen[1]; Kenneth H. Shain[1]; [1]H. Lee Moffitt Cancer Center, Tampa, FL; [2]University of Florida, Gainesville, FL

**WP 606**   **Untargeted Metabolomics of Bumble Bee Cold Tolerance Using Stacked Injection of Biphasic Extraction with LC-MS/MS;** Mitchell Helling[1]; Kennan J. Oyen[1]; Michael E. Dillon[1]; Franco Basile[1]; [1]University of Wyoming, Laramie, WY

**WP 607**   **Methanol Quenching Versus Flash Freezing for Metabolomics Profiling of Wheat Leaves;** Marie J. Andales[1]; Linxing Yao[2]; Corey D. Broeckling[1]; Kaitlyn Maloley[1]; [1]Proteomics & Metabolomics Facility, Colorado State University, Fort Collins, CO; [2]Proteomics and Metabolomics Facility of Colorado State University, Fort Collins, CO

**WP 608**   **A Metabolomics SWATH-MS Approach Applied to PBMCs from First Psychotic Episode Patients;** Margarida Coelho[1]; Vera M Mendes[1]; Cátia Santa[1]; Manuel Coroa[2]; Sofia Morais[2]; Inês Baldeiras[1]; Nuno Madeira[2]; Antonio Macedo[2]; Bruno Manadas[1]; [1]Center for Neuroscience and Cell Biology, Cantanhede, Portugal; [2]Psychiatry department, CHUC, Coimbra, Portugal

**WP 609**   **Development and Application of a Novel Metabolomics Platform Based on Capillary Electrophoresis Coupled with a High-Resolution Mass Spectrometry;** Kazunori Sasaki[1]; Hitoshi Sagawa[1]; Makoto Suzuki[1]; Kaori Abe[1]; Satoshi Ito[2]; Tsutomu Negama[2]; Moon-Il Kang[1]; Kenjiro Kami[1]; [1]Human Metabolome Technologies, Tsuruoka, Japan; [2]Sekisui Medical Company, Chuo-ku, Japan

**WP 610**   **Comparison of Data-Dependent Acquisition Methods on an Orbitrap ID-X;** Kevin Y Cho[1]; Fuad J Naser[1]; Michaela Schwaiger-Haber[1]; Miriam Sindelar[1]; Gary J Patti[1]; [1]Washington University in St. Louis, St. Louis, MO

**WP 611**   **A Systematic Approach to Development of Analytical Scale and Microflow-based LC-MS Metabolomics Methods to Support Drug Discovery and Development;** Sarah Geller[1]; Harvey Lieberman[1]; Alla Kloss[1]; Alexander R Ivanov[2]; [1]Sanofi, Waltham, MA; [2]Department of Chemistry and Chemical Biology, Northeastern University, Boston, MA

**WP 612**   **Metabolomics Analysis of Respirofermentative Phenotypes in a Crabtree-Positive and -Negative Yeast;** April Miguez[1]; Mark Styczynski[1]; [1]Georgia Institute of Technology, Atlanta, GA

**WP 613**   **Separation and Analysis of Low Molecular Weight Organic Acid Metabolites by Mixed-Mode Chromatography Coupled to Mass Spectrometry;** Kerri Smith[1]; Paul D Rainville[1]; [1]Waters Corporation, Milford, MA


**WP 614** Quantitative Metabolomics, Histology and Clinical Pathology Using the Exact Same Tissue Sample: Two-for-One Analyses for Biomarker Discovery; Dorothea Y. Mung[1]; Stephen L. Carrithers[2]; Richard T. Coughlin[2]; Dean A. Troyer[3]; Liang Li[4]; [1]Nova Medical Testing Inc., Edmonton, AB; [2]Lagrange Scientific LLC, Pewee Valley, KY; [3]Eastern Virginia Medical School, Norfolk, VA; [4]University of Alberta, Edmonton, AB

**WP 615** MDM2 Copy Number Aberrations Alter Ceramide Glycosylation in Liposarcoma Tumors, Impacting Drug Response; Andrew Patt[1]; Bryce Demoret[1]; Andrew Patterson[2]; Philip Smith[2]; Ewy Mathe[1]; James Chen[1]; [1]The Ohio State University, Columbus, OH; [2]Pennsylvania State University, State College, PA

**WP 616** Analysis of Volatile Organic Profiles in Stem Cells by Comprehensive Two-Dimensional Gas Chromatography with Time-of-Flight Mass Spectrometry; Christopher A. Heist[1]; Jean-marie D. Dimandja[2]; Milad Navaei[1]; [1]Georgia Tech Research Institute, Atlanta, GA; [2]Georgia Institute of Technology, Department of Mechanical Engineering, Atlanta, GA

**WP 617** Stable Isotope Label-Supported IM-QRAI Methods for Metabolomics; Max Feuerstein[1]; Ruwan T. Kurulugama[2]; John C. Fjeldsted[2]; Tim Causon[1]; Stephan Hann[1]; [1]Institute of Analytical Chemistry, Department of Chemistry, University of Natural Resources and Life Sciences (BOKU), Vienna, Austria; [2]Agilent Technologies, Inc., Santa Clara, CA

**WP 618** Integrating 4D Peak Picking of LC-TIMS-MS/MS Data into GNPS Feature Based Molecular Networking for Metabolomics and Lipidomics Analysis; Florian Zubeil[1]; Nikolas Kessler[1]; Heiko Neuweger[1]; Sven W. Meyer[1]; Ulrike Schweiger-Hufnagel[1]; Aiko Barsch[1]; [1]Bruker Daltonik GmbH, Bremen, Germany

**WP 619** Robust and Sensitive Untargeted Microflow Metabolomics with OptiFlow™ Turbo V Source; Khatereh Motamedchaboki[1]; Carmai Carmai[1]; Lekha Sleno[3]; Vivaldy Prinville[3]; [1]Sciex, Redwood City, CA; [2]SCIEX, Concord, ON; [3]Universite du Quebec a Montreal, Montreal, Québec

**WP 620** Development of 4-Channel Chemical Isotope Labeling LC-MS for Comprehensive Profiling of the Human Tear Metabolome; Kevin Hooton[1]; Gavin SW Tan[2, 3, 4, 5]; Lei Zhou[2, 4, 6]; Liang Li[6]; [1]Nova Medical Testing Inc., Edmonton, AB; [2]Singapore Eye Research Institute, Singapore, Singapore; [3]Singapore National Eye Center, Singapore, Singapore; [4]Duke-NUS Medical School, Singapore, Singapore; [5]National University of Singapore, Singapore, Singapore; [6]University of Alberta, Edmonton, AB

**WP 621** HILIC-HR-MS for (untargeted) Metabolomics in Microorganisms – the Optimal Method for Polar Compounds in an Industrial Setting?; Leon Coulier[1]; Wouter Coppes[1]; Raymond Ramaker[1]; Sandra Pous-Torres[1]; [1]DSM Biotechnology Center, Delft, Netherlands

**WP 622** Nutrient Addition Effect on Four Setaria Accessions in Marginal Soil: Deciphering Plant-Ectorhizosphere's Relationships under Nutrient Limitation; Matthew J. Peterson[1]; Pubudu P. Handakumbura[1]; Zachary R. Russell[1]; Christer Jansson[1]; Young-Mo Kim[1]; Sarah J. Fansler[1]; Montana L. Smith[1]; Jason G. Toyoda[1]; Rosalie K. Chu[1]; Bryan A. Stanfill[1]; Steven C. Fransen[2]; Kim K. Hixson[1]; Stephen J. Callister[1]; [1]Pacific Northwest National Laboratory, Richland, WA; [2]Washington State University Irrigation Agriculture Research and Extension Center, Prosser, WA

**WP 623** Unifying Ionization Efficiencies: Quantitative Comparison of Diverse Data Sets and Validation of Prediction Models; Piia Liigand[1]; Jaanus Liigand[1]; Karl Kaupmees[1]; Anneli Kruve[1]; [1]University of Tartu, Institute of Chemistry, Tartu, Estonia

**NUCLEIC ACIDS AND OLIGONUCLEOTIDES I**
**624-641**

**WP 624** Investigation of the Formation and Structure Characteristics of miR-92a G-quadruplex by ESI-MS; Min Xi[1, 2]; Jiang Zhou[1]; Yizhou Li[2]; [1]College of Chemistry and Molecular Engineering, Peking University, Beijing, China; [2]School of Pharmaceutical Sciences, Chongqing University, Shapingba, China

**WP 625** Nucleotide Composition Analysis of Unknown Synthetic Oligo Products; Roger G Moore[1]; Denise A Keen[1]; Piotr Swiderski[1]; Marcin Kortylewski[1]; Markus Kalkum[1]; [1]City of Hope, Duarte, CA

**WP 626** Compliant-Ready Workflow for Mass Confirmation Of Oligonucleotide and Related Impurities; Andrew Tudor[1]; Maria Basanta-sanchez[2]; Alessio Zammataro[3]; Barry Dyson[3]; Laetitia Denbigh[3]; [1]waters, Wilmslow, United Kingdom; [2]Waters Corporation, Pleasanton, CA; [3]Waters Corporation, Wilmslow, United Kingdom

**WP 627** Binding of Phenanthroline-Neomycin Conjugates with Different G-Quadruplex DNA Investigated by ESI Mass Spectrometry and Isothermal Titration Calorimetry; Mandeep Singh[1]; Vanessa Marie Rangel[1]; Ryan Hekman[1]; Craig Vierra[1]; Liang Xue[1]; [1]University of the Pacific, Stockton, CA

**WP 628** DNA/RNA Adducts Formation from Bisphenol F 3,4-Quinone Metabolite; Wang Xiaoxiao[1]; Zhao Hongzhi[2]; Cai Zongwei[2]; [1]State Key Laboratory of Environmental and Biological Analysis, Department of Chemistry, Hong Kong Baptist University, Hong Kong, China; [2]State Key Laboratory of Environmental and Biological Analysis, Department of Chemistry, Hong Kong Baptist University, HongKong, China

**WP 629** Automatic Top-Down Spectral Annotation of Modified Oligonucleotides; Maria Basanta-sanchez[1]; Iggy Kass[2]; Catalin Doneanu[2]; [1]Waters Corporation, Pleasanton, CA; [2]Waters Corporation, Milford, MA

**WP 630** Discovery and Identification of an Unknown DNA Adduct in HeLa Cells Exposed to Colibactin-Producing E.coli using Untargeted DDA-CNL/MS3 Adductomic Analysis; Peter W Villalta[1]; Matthew R Wilson[2]; Yindi Jiang[2]; Alessia Stornetta[1]; Paul D Boudreau[2]; Andrea Carra[1]; Caitlin A Brennan[3]; Eunyoung Chun[3]; Lizzie Ngo[4]; Leona D Samson[4]; Bevin P Engelward[4]; Wendy S Garrett[3, 5, 6]; Emily P Balskus[2]; Silvia Balbo[1, 7]; [1]University of Minnesota Masonic Cancer Center, Minneapolis, Minnesota; [2]Department of Chemistry and Chemical Biology, Harvard University, Cambridge, Massachusetts; [3]Department of Immunology and Infectious Diseases and Department of Genetics and Complex Diseases, Harvard T. H. Chan School of Public Health, Boston, Massachusetts; [4]Department of Biological Engineering, MIT, Cambridge, Massachusetts; [5]Broad Institute of MIT and Harvard, Cambridge, Massachusetts; [6]Department of Medical Oncology, Dana-Farber Cancer Institute, Boston, Massachusetts; [7]Division of Environmental Health Sciences, University of Minnesota, Minneapolis, Minnesota

**WP 631** Method Development for Metabolite and Impurity Profiling of Oligonucleotide Therapeutics; Kaoru Karasawa[1]; Lyle Burton[2]; Eva Duchoslav[2]; [1]SCIEX, Shinagawa-ku, Japan; [2]SCIEX, Concord, ON

**WP 632** Comparison between ISD by MALDI Tof and CID by ESI ion trap FTICR ofNF-κB Decoy Oligodeoxynucleotide and its metabolites; Zenzaburo Tozuka[1]; Akihiro Kunisawa[2]; Junko IIda[2]; Ryuichi Morishita[3]; Shohei Shioyama[4]; [1]Grad. Sch. Pharm. Sci./ Osaka University, Suita, Osaka, Japan; Suita, Japan; [2]Anal. Innov. Res. Lab. Grad. Sch. Eng./ Osaka University, Suita, Japan; [3]Grad. Sch. Med. Sci./ Osaka University, Suita, Japan; [4]JCL Bioassay Corporation, Nishiwaki, Japan

**WP 633** Study of the Reduction of Azidothymidine (AZT) Using Electrochemistry Coupled to a Mass Spectrometer;



## WEDNESDAY POSTERS

Raquel Teijeiro[1]; Francesca Cogliandro[1]; Elvira Gomez[1]; Jef Rozenski[1]; [1]Rega Institute, Leuven, Belgium

**WP 634 Identification and Characterization of Urinary Nucleosides using Compound Discoverer 3.0 and Fragment Identification Search (FISh);** Robert Ross[1]; Ruoxia Zhao[1]; Ningxi Yu[1]; Andrew Wood[1]; Manasses Jora[1]; Ralf Tautenhahn[2]; Patrick A Limbach[1]; [1]University of Cincinnati, Cincinnati, OH; [2]Thermo Fisher Scientific, San Jose, CA

**WP 635 A Method for the Automated Determination of Early Eluting Oligonucleotide Drug Impurities Using IP-RPLC HRMS;** Stilianos G. Roussis[1]; Claus Rentel[1]; [1]Ionis Pharmaceuticals, Inc., Carlsbad, CA

**WP 636 Comparison of an Automated versus Manual SPE Sample Preparation Method for Improved Throughput during siRNA LC-MS Analysis;** Babak Basiri[1]; Thuy Tran[1]; Mark Boggeri[2]; Mei Han[1]; Fang Xie[1]; Brooke Rock[1]; [1]Amgen Inc., South San Francisco, CA; [2]Tecan SP, Inc., Baldwin Park, CA

**WP 637 Probing the Role of Specific Amino Acid Residues that Contribute to the Novel Ribonuclease Activity of Cusativin by LC-MS;** Priti Thakur[1]; Patrick A. Limbach[2]; Balasubrahmanyam Addepalli[2]; [1]University of Cincinnati, Cincinnati , Ohio; [2]University of Cincinnati, Cincinnati

**WP 638 A Highly Selective and Sensitive Analytical Method Using LC-MS/MS for Phosporothioate Oligonucleotides;** Yasuko Tsukazaki[1]; Naoto Senda[1]; Mariko Harada-Shiba[2]; Fumito Wada[2]; Noriyuki Iwasaki[3]; Kaoru Karasawa[3]; [1]Shin Nippon Biomedical Laboratories, Ltd., Tsukuba, Japan; [2]National Cerebral and Cardiovascular Center Research Institute, Suita, Japan; [3]SCIEX, Shinagawa-ku, Japan

**WP 639 Charge Deconvolution and Automatic Sequence Matching for Oligonucleotides;** Wilfred Tang[1]; Marshall Bern[1]; Rose D Lawler[1]; James Moore[1]; David Garby[2]; Nicholas Skizim[2]; [1]Protein Metrics Inc., Cupertino, CA; [2]GreenLight Biosciences, Inc., Medford, MA

**WP 640 Detection of the Altered tRNA Modification Profiles in Primary and Metastatic Melanoma by LC-MS;** Congliang Sun[1]; Zalfa Abdel-Malek[1]; Patrick A Limbach[1]; Balasubrahmanyam Addepalli[1]; [1]University of Cincinnati, Cincinnati, OH

**WP 641 Strategies for Bioanalysis of an Oligonucleotide and Chain-Shorted Metabolites from Human Plasma Employing LC-UV/MS/MS Detection;** Ying Peng[1]; Noah Post[2]; Moo-young Kim[1]; Shabana Khatri[2]; Shannon Hall[2]; Fumin Li[1]; [1]PPD, Middleton, WI; [2]Ionis Pharmaceuticals, Inc., Carlsbad, CA

### PEPTIDES: PTM IDENTIFICATION
### 642-675

**WP 642 Glycoproteomic Analysis using 213 nm Ultraviolet Photodissociation Mass Spectrometry;** Edwin Escobar[1]; Jennifer S Brodbelt[1]; [1]University of Texas at Austin, Austin, TX

**WP 643 Simultaneous Glyco- and Phosphopeptide Enrichment by Phytic Acid-Modified Titanium(IV) Immobilized Metal Affinity Chromatography (PA-Ti-IMAC);** Dylan Nicholas Tabang[1]; Yusi Cui[1]; Jillian Johnson[2]; Lingjun Li[1-2]; [1]Department of Chemistry, University of Wisconsin, Madison, WI; [2]School of Pharmacy, University of Wisconsin, Madison, WI

**WP 644 Identification of Glutamic Acid Isomers Produced During Deamidation Through RDD Diagnostic Fragments;** Jacob W Silzel[1]; Yana Lyon[1]; Dylan Riggs[1]; Ryan R. Julian[1]; [1]UC Riverside, Riverside, CA

**WP 645 Evaluation of an Automated, Acidic pH Protein Digestion for Reduced Levels of Artificial Deamidation in Biotherapeutic Peptide Mapping Studies;** Tom Buchanan[1]; Ken Cook[1]; Sara Carillo[2]; Silvia Millan Martin[2]; Dan Bach Kristensen[3]; Kevin Meyer[4]; Marc Geunder[5];

Rowan Moore[1]; [1]Thermo Fisher Scientific, Runcorn, United Kingdom; [2]National Institute for Bioprocessing Research and Training, Dublin, Ireland; [3]Symphogen, Ballerup, Denmark; [4]Perfinity, West Lafayette, Indiana; [5]Thermo Fisher Scientific, Reinach, Switzerland

**WP 646 Proteomic Analysis of Arginine-Rich RNA Binding Proteins by Electron Transfer Dissociation Mass Spectrometry;** Sean R Kundinger[1]; Isaac Bishof[1]; Duc M. Duong[1]; Nicholas T. Seyfried[1]; [1]Emory University, Atlanta, GA

**WP 647 Quantitative Proteomic Analysis of Histone-PTMs in Breast Cancer Stem Cells by Multiple Reaction Monitoring;** Seung Ju Moon[1]; Byoung-Kyu Cho[1]; Nu-Ri Im[1]; Eugene C. Yi[1]; [1]Department of Molecular Medicine and Biopharmaceutical Sciences, Graduate School of Convergence Science and Technology, Seoul National University, Seoul, South Korea

**WP 648 Novel Rabbit Monoclonal Antibodies for Profiling of Ser/Thr O-GlcNAc modified proteins;** Matthew D. Fry[1]; Rami Najjar[1]; Yiying Zhu[1]; Devin K Schweppe[2]; Steven Gygi[2]; Matthew P Stokes[1]; [1]cell Signaling Technology, Danvers, MA; [2]Harvard Medical School, boston, MA

**WP 649 Combining Proteomics Strategies to Study Polyglutamylated Peptides for Tubulin Analysis;** Thibault Chaze[1]; Mathieu Dupré[1]; Elise Warter[2]; Serge Bonnefoy[2]; Jujimon A.s[3]; Carsten Janke[3]; Philippe Bastin[2]; Mariette Matondo[1]; Julia Chamot-Rooke[1]; [1]Mass Spectrometry for Biology Unit, Institut Pasteur, CNRS USR2000, Paris, France; [2]Trypanosome Cell Biology Unit, Institut Pasteur, INSERM U1201, Paris, France; [3]Regulation of Microtubule Dynamics and Functions Unit, Institut Curie, CNRS UMR3348, Orsay, France

**WP 650 Delineation of Glycopeptides and D-Amino Acid Containing Peptides (DAACPs) with Variant PTM Structure or Localization by High-Resolution FAIMS and ETD;** Matthew A Baird[1]; Alexandre A Shvartsburg[1]; [1]Wichita State University, Wichita, KS

**WP 651 Large-Scale Profiling of Mannose-6-phosphate Glycoproteome from Human Cells by Ti(IV)-IMAC;** Danqing Wang[1]; Junfeng Huang[2]; Yuan Liu[2]; Yusi Cui[1]; Jillian Johnson[2]; Lingjun Li[1-2]; [1]Department of Chemistry, University of Wisconsin-Madison, Madison, WI 53706; [2]School of Pharmacy, University of Wisconsin-Madison, Madison, WI 53705

**WP 652 Optimized EThcD Fragmentation Method for Confirmation of Isoaspartic Acid Peptides;** Raghothama Chaerkady[1]; Ben Niu[1]; Keith Rickert[1]; Sonja Hess[1]; [1]MedImmune, Gaithersburg

**WP 653 Expanding the Glycoforms Detected in Complex Glycopeptide Datasets;** Katalin F. Medzihradszky[1]; Peter R. Baker[2]; Adam Pap[1]; Zsuzsanna Darula[1]; Robert Chalkley[2]; [1]Biological Research Centre of the Hungarian Academy of Sciences, Szeged, Hungary; [2]UCSF, San Francisco, CA

**WP 654 Highly Efficient and Precise Glycoproteomic Analysis with Intelligent Technology;** Weiqian Cao[1]; Wenfeng Zeng[2]; Mingqi Liu[1]; Chao Liu[2]; Biyun Jiang[1]; Pan Fang[1]; Huali Shen[1]; Simin He[2]; Pengyuan Yang[1]; [1]Fudan University, Shanghai, China; [2]Institute of Computing Technology, Chinese Academy of Sciences, Beijing, China

**WP 655 A Novel, Fast Post Translational Modification Localization Algorithm for Targeted DIA Outperforming DDA on a Controlled Sample Set;** Oliver M Bernhardt[1]; Christian D. Kelstrup[2]; Tejas Gandhi[1]; Lynn Verbeke[1]; Alexander Hogrebe[2]; Dorte B. Bekker-Jensen[2]; Jesper V. Olsen[2]; Lukas Reiter[1]; [1]Biognosys AG, Schlieren, Switzerland; [2]Novo Nordisk Foundation Center for Protein Research, Faculty of Health and Medical Sciences, University of Copenhagen, Copenhagen, Denmark; [3]Novo Nordisk Foundation Center for Protein Research, Faculty


of Health and Medical Sciences, University of Copenhagen, Copenhagen, Denmark

**WP 656** **Finding the Sweet Spot in SAX-ERLIC Mobile Phase for Simultaneous Enrichment of Glyco and Phospho-peptides;** Yusi Cui[1]; Ka Yang[2]; Dylan Nicholas Tabang[2]; Junfeng Huang[2]; Weiping Tang[2]; Lingjun Li[2]; [1]University of Wisconsin-Madison, Madison, WI; [2]University of Wisconsin, Madison, WI

**WP 657** **RDD-MS Reveals the Isomerization Rate of Amyloid Beta and a Novel Cause for Alzheimer's Disease;** Ryan R. Julian[1]; Dylan Riggs[1]; Tyler Lambeth[1]; [1]University of California, Riverside, Riverside, CA

**WP 658** **Verification of Sulfotyrosine and 4-Hydroxyproline in Biotherapeutics;** Oksana Tyshchuk[1]; Christoph J. Gstöttner[2]; Dennis Funk[3]; Simone Simone Nicolardi[2]; Stefan Frost[3]; Felix Schumacher[3]; Manfred Wuhrer[2]; Michael Molhoj[3]; Vincent Larraillet[3]; [1]Roche Diagnostics GmbH, Penzberg, Germany; [2]Leiden University Medical Center, Center for Proteomics and Metabolomics, Leiden, Netherlands; [3]Roche Pharmaceutical Research and Early Development (pRED), Roche Innovation Center Munich, Germany

**WP 659** **Intergrated Mass Spectrometry Method Development for Arginine methylation Analysis;** Chao Peng[1]; Ping wu[2]; [1]National Center for Protein Science (Shanghai), Institute of Biochemistry and Cell biology, SIBS, CAS, Shanghai, China; [2]National facility for Protein Science, Shanghai, China

**WP 660** **Comparison of Enrichment Strategies for the In-Depth Proteomics Analysis of ADP-Ribosylation Sites;** Alexandra F. Stripp[1]; Sara C. Larsen[1]; Ivo A. Hendriks[1]; Michael L. Nielsen[1]; [1]Novo Nordisk Foundation Center for Protein Research, Faculty of Health and Medical Sciences, University of Copenhagen, Copenhagen, Denmark

**WP 661** **Investigating Crosstalk between endogenous SUMOylation and ADP-Ribosylation in the Cellular Response to Oxidative Stress;** Ivo A. Hendriks[1]; Michael L. Nielsen[1]; [1]Novo Nordisk Foundation Center for Protein Research, Faculty of Health and Medical Sciences, University of Copenhagen, Copenhagen, Denmark

**WP 662** **Identification and Quantitation of Phosphopeptide Positional Isomers using Trapped Ion Mobility Spectrometry and PASEF;** Chris Adams[1]; Michael Krawitzky[1]; Katherine Tran[2]; Baozhen Shan[2]; Zac Anderson[2]; Charles Farnsworth[3]; Matthew P Stokes[3]; Kimberly Lee[3]; Shourjo Ghose[4]; Matthew Willetts[1]; Gary Kruppa[4]; [1]Bruker Daltonics, San Jose, CA; [2]Bioinformatics Solutions Inc., Waterloo, ON; [3]Cell Signaling Technology, Danvers, MA; [4]Bruker Daltonics Inc., Billerica, MA

**WP 663** **Characterization and Discrimination of Sulfopeptides and Phosphopeptides in Positive Mode Mass Spectrometry;** Maia Kelly[1]; Justin Lawrie[1]; Jiantao Guo[1]; Eric D. Dodds[1]; [1]University of Nebraska - Lincoln, Lincoln, NE

**WP 664** **Supercharging of Palmitoylated Peptides for Improved Electron Capture/Transfer Dissociation Tandem Mass Spectrometry;** Nhat H.V. Le[1]; John E. Crellin[1]; Gabriela Grigorean[1]; Brent R. Martin[1]; Kristina Hakansson[1]; [1]University of Michigan, Ann Arbor, MI

**WP 665** **Direct Identification and Site-Specific Profiling of S-Palmitoylation by Liquid Chromatography/Tandem Mass Spectrometry;** John E. Crellin[1]; Nicholas B. Borotto[1]; Kristiina Hakansson[1]; Brent R. Martin[1]; [1]University of Michigan, Ann Arbor, MI

**WP 666** **Identification of γ-Carboxyglutamic Acid Modified Proteins in Triple Negative Breast Cancer Cells by Immunocapture and Data Dependent nanoLC-MS/MS;** James McCardle[1, 2]; Sarah Beaudin[2]; Leila Kokabee[2]; JoEllen Welsh[1, 2]; [1]School of Public Health, Rensselaer, NY; [2]University at Albany-SUNY, Rensselaer, NY 12144

**WP 667** **Identification of Human Chorionic Gonadotropin Glycoforms in Two Populations Using Improved Bottom-Up Analysis;** Nicolas Eskenazi[1]; Chiara Giangrande[1]; Joëlle Vinh[1]; [1]SMBP, ESPCI, PSL University, Paris, France

**WP 668** **Identifying the Range of Protein Post-Translational Modifications that have Temporal Rhythms in the CAM Plant Kalanchoe;** Cheng Chen[1]; Paul Abraham[1, 2]; Robert Hettich[1, 2]; [1]University of Tennessee, Knoxville, TN; [2]Oak Ridge National Laboratory, Oak Ridge, TN

**WP 669** **Comprehensive Profiling of ADP-Ribosylation Sites Using Complementary Proteolytic Digestion and Precursor Fragmentation Strategies;** Sara C Larsen[1]; Ivo A. Hendriks[1]; Michael L. Nielsen[1]; [1]University of Copenhagen NNF CPR, Copenhagen N, Denmark

**WP 670** **Unstructured Regions are Hotspots of Arginine Dimethylation in Neurodegeneration-Linked Proteins;** Jeremy D. O'Connell[1]; Janos Demeter[1]; Marcus Kelly[1]; Nancie A. Mooney[1]; Ran Cheng[1]; Peter K. Jackson[1]; [1]Stanford University, Palo Alto, CA

**WP 671** **Screening Spectra from Dimethylated Peptides Improve the Identification Rate of SUMOylation Sites by Orbitrap Mass Spectrometer;** Fu-An Li[1]; Yu-Hsiang Cheng[1]; [1]Institute of Biomedical Sciences, Academia Sinica, Taipei, Taiwan

**WP 672** **Database Search Strategies for Sulfopeptide Identification;** Hye Kyong Kweon[1]; Andy T. Kong[2]; Katherine E. Hersberger[1]; Shijiao Huang[1]; Yanzhuang Wang[1]; Alexey I. Nesvizhskii[2]; Philip C. Andrews[1]; Kristina Hakansson[1]; [1]University of Michigan, Ann Arbor, MI; [2]University of Michigan Medical School, Ann Arbor, MI

**WP 673** **Assessment of Chromatographic Separation and Fragmentation Behavior of Isobaric Phosphopeptides Using Data Independent Acquisition Mass Spectrometric Approaches;** Christian A Doerig[1]; Ludovic Gillet[1]; Ulrike Kusebauch[2]; Dave Lee[3]; Robert L Moritz[2]; Anthony D Whetton[3, 4]; Paola Picotti[1]; Ruedi Aebersold[1, 5]; [1]Department of Biology, Institute of Molecular Systems Biology, ETH Zurich, Zurich, Switzerland; [2]Systems Biology, Seattle, WA; [3]Stoller Biomarker Discovery Centre, University of Manchester, Manchester, United Kingdom; [4]The School of Medical Sciences and Manchester Academic Health Sciences Centre, University of Manchester, Manchester, United Kingdom; [5]Faculty of Science, University of Zurich, Zurich, Switzerland

**WP 674** **Pinpointing Isomerization Sites in Human Lens Crystallin using IMS-MS;** Hoi Ting Wu[1]; Ryan R. Julian[1]; [1]University of California, Riverside, Riverside, CA

**WP 675** **Identification of Cross-Linked Peptides and Oxidation Products in Lysozyme Subjected to Photo-Oxidation and Peroxyl Radical Oxidation;** Michele Mariotti[1]; Eduardo Fuentes-Lemus[1]; Camilo López Alarcón[2]; Per Hägglund[1]; Michael Jonathan Davies[3]; [1]University of Copenhagen, Copenhagen, Denmark; [2]University of Chile, Santiago, Chile; [3]University of Copenhagen, Copenhagen, Denmark

**PEPTIDES: TARGETED AND QUANTITATIVE ANALYSIS 676-703**

**WP 676** **Blood Brain Barrier (BBB) Penetration of Pituitary Adenylate Cyclase-Activating Polypeptide (PACAP) Glycosylated Peptides by 'Shotgun Microdialysis' Coupled with LC-MS3;** Chenxi Liu[1]; Mitchell J Bartlett[2]; Christopher Robert Apostol[1]; Lajos Szabo[1]; Robin Polt[1]; Torsten Falk[2]; Michael L Heien[1]; [1]Department of Chemistry and Biochemistry, The University of Arizona, Tucson, Arizona; [2]Department of Neurology, The University of Arizona, Tucson, Arizona

**WP 677** **Targeted Quantification of Detergent-Insoluble RNA-Binding Proteins in Alzheimer's Diseases;** Qi Guo[1]; Eric B Dammer[1]; maotian zhou[1]; Marla Gearing[1]; James J.



**WEDNESDAY POSTERS**

Lah[1]; Allan I. Levey[1]; Nicholas Seyfried[1]; [1]Emory University, Atlanta, GA

**WP 678** **Quantification of a Novel Peptide, CPT31, in Rat and Monkey Plasma by LC-MS;** China Y. Lim[1]; Sarah Meghan Kriger[1]; Brandon Wilcock[1]; Vamshi Manda[1]; Brett Welch[2]; Erik Kish-Trier[3]; Scott Reuschel[1]; Troy Voelker[1]; [1]Covance, Salt Lake City, UT; [2]Navigen, Inc., Salt Lake City, UT; [3]ARUP Laboratories, Salt Lake City, UT

**WP 679** **A Comparison Between MRM and PRM for the Quantitation of LEAP2 in Serum;** Chelsea C. Boo[1]; Ranjitha Gaddipati[1]; Joseph S. Grimsby[1]; Sonja Hess[1]; [1]MedImmune, Gaithersburg, MD

**WP 680** **Developing a Targeted Method for Monitoring Cytosolic Iron-Sulfur Cluster Assembly Pathway;** Xiaorui Fan[1]; William D. Barshop[1]; Ajay A. Vashisht[1,2]; Stephanie Leal[3]; James A. Wohlschlegel[1]; [1]UCLA, Los Angeles, CA; [2]The Genomics Institute of the Novartis Research Foundation, San Diego, CA; [3]California State University-Long Beach, Long Beach, CA

**WP 681** **Sub-Picogram Level Quantitation of Desmopressin in Small Volumes of Human Plasma Using a Trap-Elute Micro LC-MS System;** Rahul Baghla[1]; Khatereh Motamedchaboki[1]; Remco van Soest[1]; Lei Xiong[1]; [1]Sciex, Redwood City, CA

**WP 682** **A Potential Reference Measurement Procedure for Quantification of α-Synuclein in Biological Fluids;** Julia Mateyka[1]; Adam Cryar[1]; Giles Drinkwater[1]; Milena Quaglia[1]; Guglielmo Verona[2]; Vittorio Bellotti[2]; Sylvain Lehmann[3]; [1]LGC Group, Teddington, United Kingdom; [2]UCL, London, United Kingdom; [3]CHU Montpellier, Montpellier, France

**WP 683** **A Software Platform for Peptide Synthesis Quality Control by both LC-free MALDI-TOF and LC-ESI-QTOF Molecular Weight Determination;** Anjali Alving[1]; Eckhard Belau[2]; Waltraud Evers[2]; Anja Resemann[2]; Wulff Niedner[2]; Detlev Suckau[2]; [1]Bruker Daltonics Inc., Billerica, MA; [2]Bruker Daltonics, Bremen, Germany

**WP 684** **Factors that Influence the Recovery of Hydrophobic Peptides during LC-MS Sample Handling;** Moon Chul Jung[1]; Kim Haynes[1]; Markus Wanninger[1]; [1]Waters Corporation, Milford, MA

**WP 685** **Absolute Quantification of Targeted Host Cell Proteins (HCPs) in Biotherapeutics by Liquid Chromatography-Multiple Reaction Monitoring (LC-MRM) Method;** Baibhav Rawal[1]; Xnliu Gao[2]; Yan-Hui Liu[2]; [1]Merck & Co., Kenilworth, NJ; [2]Merck & Co. Inc., Kenilworth, New Jersey

**WP 686** **Sequential Windowed Acquisition of Reporter Masses for Quantitation-First Proteomics;** William D. Barshop[1]; Hee Jong Kim[1]; Shima Rayatpisheh[1]; James A. Wohlschlegel[1]; [1]University of California Los Angeles, Los Angeles, CA

**WP 687** **Gonadotropin-Releasing Hormones (GnRH) Quantitation in Brain and Plasma by LC-HRMS/MS;** Claudio Medana[1]; Federica Dal Bello[1]; Michael Zorzi[1]; Elisa Pastorello[1]; Paolo Giacobini[2]; [1]University of Turin, Torino, Italy; [2]Inserm, Lille, France

**WP 688** **Developing Fit-for-Purpose LC-MS Based Quantitative Assays to Support Drug Discovery Activities for Cyclic Peptides;** Rena N Zhang[1]; Michelle R Robinson[2]; Komal Kedia[2]; Daniel Spellman[2]; [1]Merck & Co., Inc, West Point, PA; [2]Merck & Co., Inc., West Point, PA

**WP 689** **Detecting Low Abundance Proteins in the Complex Background of the Cochlea by Mass Spectrometry;** Miguel Ramirez[1]; Northwestern University, Chicago, IL

**WP 690** **Quantification and Evaluation of Sample Preparation Techniques in the Determination of Dynorphin Opioid Peptides by LC-MS/MS (MRM);** Karthik Chandu[1]; Tony L Sahley[2]; Michael D Hammonds[2]; Masaru Miyagi[3]; David J Anderson[4]; [1]Cleveland State University, Cleveland, OH; [2]School of Health Sciences; Cleveland State University,

Cleveland, OH; [3]Department of Pharmacology; Case Western Reserve University, Cleveland, OH; [4]Department of Chemistry; Cleveland State University, Cleveland, OH

**WP 691** **The Role of the Cytoplasmic Capping Enzyme on the Proteome Diversity;** Bernice A. Agana[1]; Sophie R. Harvey[1]; Daniel R. Schoenberg[1]; Vicki H. Wysocki[1]; [1]The Ohio State University, Columbus, OH

**WP 692** **Assay of Human Insulin by Liquid Chromatography High Resolution Mass Spectrometry;** Kui Zeng[1]; Jingyue Yang[1]; Connie Ruzicka[1]; [1]FDA, Saint Louis, MO

**WP 693** **Retention Time Correction Method Utilizing Unspecified Peaks in MS Scans;** Philip M Remes[1]; Ping Yip[1]; Romain Huguet[1]; [1]Thermo Fisher Scientific, San Jose, CA

**WP 694** **Targeted Top-down Mass Spectrometry for Characterization and Quantitation of Crustacean Hyperglycemic Hormones (CHHs) and CHH Precursor-Related Peptides;** Yang Liu[1]; Gongyu Li[1]; Lingjun Li[1]; [1]University of Wisconsin-Madison, Madison, WI

**WP 695** **Investigations of Caenorhabditis elegans egl-3 Mutants Reveal an Important Role in Neuropeptide Processing and a Significant Impact on Nocifensive Responses;** Bruno Nkambeu[1]; Jennifer Ben Salem[1,2]; Dina N Arvanitis[2]; Francis Beaudry[1]; [1]Universite de Montreal, St-Hyacinthe, QC; [2]Institut des Maladies Métaboliques et Cardiovasculaires, INSERM UMR1048, Toulouse, France

**WP 696** **Development of a high throughput hybrid MS assay for human insulin in clinical samples, using surrogate matrices;** Michael A. Blackburn[1]; Stuart McDougall[1]; Stephen Gray[1]; [1]Arcinova, Northumberland, United Kingdom

**WP 697** **Verification of the Bladder Cancer Biomarker Candidates in Clinical Urine Specimens by a SISCAPA-MRM Assay;** Yi-Ting Chen[1]; Meng-Kai Chou[1]; Yung-Chin Hsiao[1]; Ying-Hsu Chang[2]; Chien-Lun Chen[2]; Jau-Song Yu[1]; Yu-Sun Chang[1]; [1]Chang Gung University, Taoyuan, Taiwan; [2]LinKou Chang Gung Memorial Hospital, Taoyuan, Taiwan

**WP 698** **Podocalyxin and Podocin Multiplex Urine Analysis using Tandem Mass Spectrometry for the Evaluation of Podocyturia in Patients;** Tristan Martineau[1]; Michel Boutin[1]; Anne-Marie Côté[1]; Daniel Bichet[2]; Bruno Maranda[1]; Christiane Auray-Blais[1]; [1]Université de Sherbrooke, Sherbrooke, QC; [2]Hôpital du Sacré-Cœur, Université de Montréal, Montréal, QC

**WP 699** **A Comparative Study on Peptide Quantitation between Traditional LC-MS/MS and microLC-MS/MS for Discovery DMPK;** Yuanqiang Su[1]; Meijuan He[1]; Xinxin Wen[1]; Xiaotong Li[1]; Cheng Chen[1]; Weimin Hu[1]; Weiqun Cao[1]; Lili Xing[1]; Xin Zhang[1]; Yi Tao[1]; [1]WuXi AppTec, Shanghai, China

**WP 700** **Towards Turnkey Targeted Proteomics Solutions using Internal Standard Triggered Acquisitions on Modified Orbitrap Mass Spectrometers;** Sebastien Gallien[1,2]; Aaron S. Gajadhar[3]; Bhavin Patel[4]; Markus Kellmann[5]; Tabiwang N. Arrey[5]; Alexander Harder[5]; Romain Huguet[3]; Graeme McAlister[3]; Derek Bailey[3]; Shannon Eliuk[3]; Emily I. Chen[1]; Yue Xuan[5]; Andreas Huhmer[3]; [1]Thermo Fisher Scientific, Precision Medicine Science Center, Cambridge, MA; [2]Thermo Fisher Scientific, Paris, France; [3]Thermo Fisher Scientific, San Jose, CA; [4]Thermo Fisher Scientific, Rockford, IL; [5]Thermo Fisher Scientific, Bremen, Germany

**WP 701** **Comparison of Targeted Proteomics Approaches on a TIMS-Q-TOF;** Antoine Lesur[1]; Pierre-Olivier Schmit[2]; Joseph Longworth[1]; Gunnar Dittmar[1]; [1]LIH, Luxembourg Institute of Health, Strassen, Luxembourg; [2]Bruker Daltonique S.A., Wissembourg, France

**WP 702** **Targeted Membrane Protein Quantification for Therapeutic Target Identification;** Lei Guo; Sanofi, Cambridge, MA



# WEDNESDAY POSTERS

**WP 703** **Development of a Very Sensitive LC-MS Assay to Quantitate Ultra Low Levels of GLP-1 Targeted Peptide Mimetics;** Jennifer Luong[1]; Jeremy Brassard[1]; Alyssa Kabat[1]; Eric Schnieder[2]; Allysen Meymaris[1]; Steven Wiltshire[1]; Jakal Amin[1]; [1]Charles River Laboratories, Worcester, MA; [2]ProLynx LLC, San Francisco, CA

## PROTEINS: COMPLEXES/NON-COVALENT INTERACTIONS I
### 704-720

**WP 704** **In-situ Chemical X-linking MS for Antibody-tractable Antigen identification;** Kang Hyun Kim[1]; Jung Hyeon Lee[2]; Seung Ju Moon[1]; Kristine M. Kim[2]; Eugene C. Yi[1]; [1]Department of Molecular Medicine and Biopharmaceutical Sciences, Graduate School of Convergence Science and Technology, Seoul National University, Seoul, South Korea; [2]Division of Biomedical Convergence, College of Biomedical Science, Kangwon National University, Chuncheon, South Korea

**WP 705** **Multiplexed TMT-Based Interactomics Reveals Coordination of Proteostasis Network Remodeling and Mechanisms of Protein Quality Control;** Madison T Wright[1]; Lars Plate[1]; [1]Vanderbilt University, Nashville, TN

**WP 706** **Revealing the Molecular Makeup of Rationally Designed Heteroligomeric Assemblies of Stable Protein 1;** Nicholas Demarais; University of Auckland, Auckland, New Zealand

**WP 707** **Thyroglobulin as a Model for Analysis of Protein Quality Control Dynamics;** Madison T. Wright[1]; Lars Plate[1]; [1]Vanderbilt University, Nashville, TN

**WP 708** **TRIM28 as a Candidate Mutant p53 Interacting Partner in Cancer Cells;** Mariel R Mendoza[1]; Katherine Alexander[1]; Enrique Lin Shiao[1]; Charly Ryan Good[1]; Benjamin A. Garcia[1]; Shelley L. Berger[1]; [1]University of Pennsylvania, Philadelphia

**WP 709** **Analysis of the Lysosomal Membrane Interactome via Cross-Linking Mass-Spectrometry;** Jasjot Singh[1]; Srigayatri Ponnaiyan[1]; Fatema Akter[1]; Dominic Winter[1]; [1]University of Bonn - Institute of Biochemistry and Molecular Biology, Bonn, Germany

**WP 710** **FBXO11 Network Identifies Novel Disease-Relevant Interaction with the Ubiquitin-Specific Protease USP28;** Jonathan St-Germain[1]; Etienne Coyaud[1]; Estelle Laurent[1]; Faith Yeung[1]; Brian Raught[1]; [1]Princess Margaret Cancer Centre, Toronto, ON

**WP 711** **Chaperone Activation and Client Binding of a 2-Cysteine Peroxiredoxin as Determined by Crosslinking Combined with MS and Cryogenic Electron Microscopy;** Karl A. T. Makepeace[1,2]; Filipa Teixeira[3,4,5,6]; Eric Tse[7]; Helena Castro[4,6]; Ben A. Meinen[4,6]; Leslie B. Poole[9]; James C. Bardwell[8,8]; Ana M. Tomás[4,5,6]; Evgeniy V. Petrotchenko[10]; Daniel R. Southworth[7]; Ursula Jakob[8]; Christoph H. Borchers[1,2,10,11]; [1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [3]Department of Molecular, Cellular, and Developmental Biology, Ann Arbor, Michigan; [4]i3S - Instituto de Investigação e Inovação em Saúde, Universidade do Porto, Porto, Portugal; [5]IBMC - Instituto de Biologia Molecular e Celular, Universidade do Porto, Porto, Portugal; [6]ICBAS – Instituto de Ciências Biomédicas Abel Salazar, Universidade do Porto, Porto, Portugal; [7]Department of Biochemistry and Biophysics, Institute for Neurodegenerative Diseases, University of California, San Francisco, CA; [8]Howard Hughes Medical Institute, University of Michigan, Ann Arbor, Michigan; [9]Wake Forest Baptist Medical Center, Winston-Salem, NC; [10]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [11]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

**WP 712** **Mass Spectrometry-Based Protein Footprinting Probes the Conformational Changes during Aβ42 Aggregation upon Binding to Novel Small Molecule Inhibitors;** Saketh Chemuru[1]; George Mathai[2]; Jong Hee Song[1]; Michael L Gross[1]; [1]Washington University, St.louis, MO; [2]Sacred Heart College, Cochin, India

**WP 713** **On the Possibility of an Idiosyncratic Role of Heparin as Anticoagulant: in vitro Deactivation of Factor Xa via Heparin-Assisted Autolysis;** Chendi Niu[1]; Cedric E. Bobst[1]; Sergey Savinov[1]; Igor A. Kaltashov[1]; [1]University of Massachusetts Amherst, Amherst, MA

**WP 714** **Native Top Down Analysis of 184-218 kDa Protein Complexes Reveals the First Pentameric Viral Fibrils;** Matthew V. Holt[1]; Tao Wang[1]; Nicolas Leon Young[1]; [1]Baylor College of Medicine, Houston, TX

**WP 715** **Rapid and Automatable Desalting of Protein Complexes by Size Exclusion Chromatography for On-line Detection by Native Mass Spectrometry;** Zachary VanAernum[1,2,3]; Florian Busch[1,2,3]; Benjamin J. Jones[1,2]; Mengxuan Jia[1,2]; Vicki Wysocki[1,2,3]; [1]Department of Chemistry and Biochemistry, The Ohio State University, Columbus, Ohio; [2]Resource for Native Mass Spectrometry Guided Structural Biology, Columbus, OH; [3]Campus Chemical Instrument Center, The Ohio State University, Columbus, Ohio

**WP 716** **Investigating the Glycan Ligands of Siglecs through MS-Based Shotgun Glycomics;** Heajin Park[1]; Elena N Kitova[1]; Jaesoo Jung[1]; Emily Rodrigues[1]; Matthew S. Macauley[1]; John Klassen[1]; [1]University of Alberta, Edmonton, AB

**WP 717** **A Cross-Linking-Aided IP/MS Workflow Reveals Extensive Intracellular Trafficking in Time-Resolved, Signal-Dependent EGFR Proteome;** Yue Chen[1]; Mei Leng[1]; Yankun Gao[2]; Jongmin Choi[1]; Dongdong Zhan[2]; Jun Qin[1,2]; Sung Yun Jung[1]; Yi Wang[1,2]; [1]Department of Biochemistry and Molecular Biology, Baylor College of Medicine, Houston, TX; [2]National Center for Protein Sciences (Beijing), State Key Laboratory of Proteomics, Institute of Lifeomics, Beijing, China

**WP 718** **Characterization of Essential Reprogramming Factors' Interaction Partner Dynamics during Cellular Reprogramming towards Pluripotency through Multiple Optimized Proteomics Approaches;** Weixian Deng[1]; William Barshop[1]; [1]UCLA, Los Angeles, CA

**WP 719** **Tandem Ion Mobility Coupled with Mass Spectrometry for Gas Phase Protein Unfolding Studies;** LeRoy B. Martin[1]; Martin Palmer[2]; Dale A Cooper-Shepherd[2]; James I Langridge[2]; Waters Corporation, Beverly, MA; [2]Waters Corporation, Wilmslow, United Kingdom

**WP 720** **Characterization of Protein Biotinylation Sites by Peptide-Based Immunoaffinity Enrichment;** Yiying Zhu[1]; Matthew D. Fry[1]; Alissa J. Nelson[1]; Jianmin Ren[1]; Vicky Yang[1]; Michael C. Palazzola[1]; Charles L. Farnsworth[1]; Matthew P. Stokes[1]; Kimberly A. Lee[1]; [1]Cell Signaling Technology, Danvers, MA

## PROTEOMICS: QUANTITATIVE III
### 721-744

**WP 721** **Integrated Quantitative Proteomics in Cardiac Regeneration for Cardiac Systems Biology;** Trisha Tucholski[1]; Ling Gao[2]; Kyle Brown[1]; Yanlong Zhu[1]; Jake Melby[1]; Jianyi Zhang[2]; Ying Ge[1]; [1]University of Wisconsin, Madison, WI; [2]University of Alabama at Birmingham, Birmingham, AL

**WP 722** **A "GeLC-MS"-Based Method for Label-Free Quantitative Proteomics of Bronchoalveolar Lavage Fluid following Diisocyanate Exposure;** Brandon F. Law[1]; Chen-Chung Lin[1]; Justin M. Hettick[1]; [1]NIOSH, Morgantown, WV

**WP 723** **Exploring Egg Characteristics of Striped Bass;** Taufika Islam Williams[1]; Cara Kowalchyk[1]; Jesse Fischer[1]; Benjamin J. Reading[1]; [1]North Carolina State University, Raleigh, NC


**WP 724** **Development of Label Free Quantitative Method for Proteomics and its Validation through Interlab Study;** Ki Na Yun[1, 2]; Geul Bang[1, 3]; Gun Wook Park[1]; Heeyoun Hwang[1]; Hongkyeong Jung[1]; Hye-Jung Kim[4]; Eugene Lee[5]; Yong-In Kim[6]; Jeong Hee Moon[6]; Sungho Yun[7]; Jong Shin Yoo[1]; Jin Young Kim[1]; [1]Biomedical Omics Group, Korea Basic Science Institute, Cheongju, South Korea; [2]Department of Chemistry, Sogang University, Mapo-gu, South Korea; [3]College of Pharmacy, Korea University, Jochiwon, South Korea; [4]New Drug Development Center, KBIO Osong Medical Innovation Foundation, Cheongju, South Korea; [5]Korea Research Institute of Standards and Science, Yuseong-gu, South Korea; [6]Disease Target Structure Research Center, KRIBB, Yuseong-gu, South Korea; [7]Drug and disease target research team, Korea Basic Science Institute, Cheongju, South Korea

**WP 725** **Isotope Dilution Mass Spectrometry for Quantification of Influenza Proteins in Various Influenza Virus Preparations and Vaccines;** Wanda I Santana[1]; Lidoshka Marc[1]; Hans C Cooper[1]; John R Barr[1]; Tracie L Williams[1]; [1]Centers for Disease Control and Prevention, Atlanta, GA

**WP 726** **A Proteomic-Based Pathway Analysis Identifies Bmi1 as a Potential Modulator for Tumor Growth and Invasion in Triple Negative Breast Cancer;** JungHun Lee[1]; Bobae Shim[2]; Hyeyoon Kim[1, 2]; Han Suk Ryu[2]; Dohyun Han[1]; [1]Proteomics core facility, Biomedical Research Institute, Seoul National University Hospital, Seoul, South Korea; [2]Department of Pathology, Seoul National University Hospital, Seoul National University College of Medicine, Seoul, South Korea

**WP 727** **Proteomics Investigation of Induced Obstructive Sleep Apnea (OSA) in Rat Atria using Mass Spectrometry;** Devika Channaveerappa[1]; Jacob C. Lux[1]; Madhuri Jayathirtha[1]; Cristiana Dumbraveanu[1]; Brian K. Panama[2]; Costel C. Darie[1]; [1]Clarkson University, Potsdam, NY; [2]Masonic Medical Research Laboratory, Utica, NY

**WP 728** **Quantitative Proteomics of Acetomicrobium hydrogeniformans OS1: Converting Glucose to H2;** Janine Y. Fu[1]; Lauren Cook[1]; Farzaneh Sedighian[1]; Matthew Maune[2]; Ralph S. Tanner[2]; Michael J. McInerney[2]; Joseph A. Loo[1]; Robert P. Gunsalus[1]; Rachel R. Ogorzalek Loo[1]; [1]University of California Los Angeles, Los Angeles, CA; [2]University of Oklahoma, Norman, OK

**WP 729** **A Comprehensive Characterization of Proteome in Sz. Pombe DJ-1 Homologs: a Preliminary Study;** aline De Lima Leite[1, 2]; Kaleb Jones[1]; Eli Riekeberg[1]; Mark Wilson[1, 2]; Robert Powers[1, 2, 3]; [1]University of Nebraska Lincoln, Lincoln, NE; [2]Nebraska Center for Integrated Biomolecular Communication, University of Nebraska-Lincoln, Lincoln, Nebraska; [3]Redox Biology Center, University of Nebraska-Lincoln, Lincoln, Nebraska

**WP 730** **Meltome Atlas – Thermal Proteome Stability across the Tree of Life;** Anna Jarzab[1]; Nils Kurzawa[2]; Thomas Hopf[3]; Matthias Moerch[4]; Jana Zecha[1]; Niels Leijten[5]; Eva Musiol[8]; Melanie Maschberger[3]; Gabrielle Stoehr[3]; Charlotte Daly[4]; Tobias Schmidt[1]; Julia Mergner[1]; Britta Spanier[7]; Angel Angelov[4]; Thilo Werner[4]; Marcus Bantscheff[4]; Mathias Wilhelm[1]; Martin Klingenspor[6]; Simone Lemeer[5]; Wolfgang Liebl[4]; Hannes Hahne[3]; Mikhail Savitski[10]; Bernhard Kuster[1]; [1]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany; [2]Genome Biology Unit, EMBL Heidelberg, Heidelberg, Germany; [3]OmicScouts GmbH, Freising, Germany; [4]Department of Microbiology, Technical University of Munich, Freising, Germany; [5]Netherlands Proteomics Center, Utrecht, Netherlands; [6]Chair of Molecular Nutritional Medicine, Technical University of Munich, Freising, Germany; [7]Molecular Nutrition Unit, Technical University of Munich, Freising, Germany; [8]Cellzome, a GSK company, Heidelberg, Germany; [9]Netherlands Proteomics Center, Utrecht, Netherlands; [10]Genome Biology Unit, EMBL Heidelberg, Germany, Heidelberg, Germany

**WP 731** **Doxorubicin-Induced Changes in the HLA Peptidome Determined using Tandem Mass Tags;** Patrick Murphy[1]; Prathyusha Konda[1]; Joao A. Paulo[2]; Heiko Schuster[3]; Daniel J Kowalewski[3]; Youra Kim[1]; Derek R Clements[1]; Michael Giacomantonio[1]; Stefan Stevanović[3]; Steven P Gygi[2]; Shashi Gujar[1]; [1]Dalhousie University, Halifax; [2]Harvard Medical School, Boston, MA; [3]Tuebingen University, Tuebingen, Germany

**WP 732** **Various Gonadotrohin Amounts Have Different Influence on the Secretom of human Granulosa and KGN Cells;** Tanja Panic-Jankovic[1]; Ulrike Resch[2]; Goran Mitulovic[1]; [1]Medical University of Vienna, Vienna, Austria; [2]Medical University of Vienna, Vienna, Austria

**WP 733** **Quantitative Analysis of Chromatin Bound Metabolic Enzymes by High Resolution Mass Spectrometry;** Katja Parapatics[1]; Jung-Ming George Lin[2, 3]; Sara Sdelci[2]; Andre C. Müller[2]; Stefan Kubicek[2, 3]; [1]CeMM-Research Center for Molecular Medicine of the Austrian Academy of Sciences, Vienna, Austria; [2]CeMM-Research Center for Molecular Medicine of the Austrian Academy of Sciences, Vienna, Austria; [3]Christian Doppler Laboratory for Chemical Epigenetics and Antiinfectives, CeMM Research Center for Molecular Medicine of the Austrian Academy of Sciences, Vienna, Austria

**WP 734** **Data Analysis for Accurate Label-Free Quantitation: Detection of and Correction for Co-Eluting Peptides;** Wenzhu Zhang[1]; Brian T. Chait[1]; [1]The Rockefeller University, New York, NY

**WP 735** **Optimizing Injection Time Predictions to Improve Isobaric Reagent Reporter Ion Yield during Multiplexed Quantitative Proteomic Experiments;** Craig Braun[1]; Ryan Kunz[1]; Alison Erickson[1]; Steven P Gygi[2]; Brian Erickson[1]; [1]IQ Proteomics LLC, Cambridge, MA; [2]Harvard Medical School, Boston, MA

**WP 736** **Reporter Ion Cross-Channel Signals in TMT Multiplexing for the Carrier/Reference Strategy;** Paul Stemmer[1]; Nicholas J. Carruthers[1]; Joseph A Caruso[1]; David M. Lubman[2]; Zhijing Tan[2]; [1]Wayne State University, Detroit, MI; [2]University of Michigan, Ann Arbor, MI

**WP 737** **MRM Based Characterization of the Effect of HIV Infection and Methamphetamine Exposure on Human Monocyte Derived Macrophages;** Sarah C. Zieschang[1]; Shulei Lei[1]; Emma Harwood[1]; Katarzyna Lech[1, 2]; Spencer Marshall Jaquet[1]; Brenda Morsey[1]; Howard S. Fox[1]; Pawel Ciborowski[1]; [1]University of Nebraska Medical Center, Omaha, NE; [2]Faculty of Chemistry, Warsaw University of Technology, Warsaw, Poland

**WP 738** **MS Based Proteomics Reveals Differentially Regulated Proteins in Temozolomide Resistant Glioma;** Milan V. Teraiya[1, 2]; Helene Perreault[1]; Vincent C. Chen[3]; [1]University of Manitoba, Winnipeg, MB; [2]Brandon University (Visiting Student), Brandon, Manitoba; [3]Brandon University, Brandon, Manitoba

**WP 739** **Quantitative Proteomics of Differential Protein Expression in USP24 Depleted Systems;** Joanne Y Chan[1, 2]; John Le[2]; Lihua Jiang[1]; Ruiqi Jian[1]; Michael Snyder[1]; Feng Gong[2]; [1]Stanford University, Stanford, CA; [2]University of Miami Miller School of Medicine, Miami, FL

**WP 740** **Targeted Proteomic Analysis of Small GTPases in Murine Adipogenesis;** Yen-Yu Yang[1]; Ming Huang[2]; Yinsheng Wang[2]; [1]University of California Riverside, Riverside, CA; [2]University of California, Riverside, Riverside, CA

**WP 741** **A Filter-Assisted Approach for Rapid Proteomic Sample Quality Estimation;** Jair T Montford[1]; Wenjing Peng[1]; Jingfu Zhao[1]; Aiying Yu[1]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock, TX


**WP 742** Proteomic Analysis of Plasma – Sample Preparation and Multiplexing Workflows for Relative Quantitation; Sergei Snovida[1]; Yen-Chun Lai[2]; Amarjeet Flora[1]; Ryan D. Bomgarden[1]; John C Rogers[1]; [1]Thermo Fisher Scientific, Rockford, IL; [2]Indiana University School of Medicine, Indianapolis, IN

**WP 743** Benchtop Instrument for Performing Hands-Free, Standardized Sample Preparation in Quantitative Proteomic Analyses; Greg A. Foster[1]; Woong Kim[1]; Ryan D. Bomgarden[2]; Suzanne M. Smith[2]; Daniel Lopez-Ferrer[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Rockford, IL

**WP 744** A Standardized Workflow for Tandem Mass Tags™ (TMT™) Based Proteomic Quantification Yields Improved Performance, Reproducible Quantitation, and Throughput Efficiency; Aaron Robitaille[1]; Ryan D. Bomgarden[2]; Amarjeet Flora[2]; Sergei Snovida[2]; Rosa Viner[1]; Daniel Lopez-Ferrer[1]; Andreas Huhmer[1]; John C Rogers[2]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Rockford, IL

### SMALL MOLECULES: QUANTITATIVE ANALYSIS
745-769

**WP 745** High-Throughput Quantitative Measurement of Acetylsalicylic Acid, Salicylic Acid and Omeprazole in Human Plasma using LC-MS/MS; Jingquan Chi[1]; Fumin Li[1]; [1]PPD Inc, Madison, WI

**WP 746** Multivariate Approach to On-Line Supercritical Fluid Extraction – Supercritical Fluid Chromatography - Mass Spectrometry Method Development; Alison P Wicker[1]; Kenichiro Tanaka[2]; Masayuki Nishimura[3]; Vivian Chen[3]; Tairo Ogura[2]; William Hedgepeth[3]; Kevin A. Schug[1]; [1]University of Texas at Arlington, Arlington, TX; [2]Shimadzu Corporation, Nakagyo-ku, Japan; [3]Shimadzu Scientific Instruments, Inc, Innovation Center, Columbia, MD

**WP 747** Electrochemistry-Assisted Absolute Quantitation by Mass Spectrometry; Pengyi Zhao[1]; Hao Chen[1]; [1]New Jersey Institute of Technology, Newark, NJ

**WP 748** Development and Validation of a Simple and Rugged LC-MS/MS Method to Measure 17-Desacetyl Norgestimate in Human Plasma; Nick Peng[1]; Ben Gaboury[1]; Ardeshir Khadang[1]; [1]Axis Clinicals, Dilworth, MN

**WP 749** High Throughput MS Testing of APX001A in Rat Tissues; China Y. Lim[1]; Nidhi Jaiswal[1]; Ben Johnson[1]; Lucie Loukotkova[1]; Robert Mansbach[2]; Karen J. Shaw[2]; Scott Reuschel[1]; Troy Voelker[1]; [1]Covance, Salt Lake City, UT; [2]Amplyx Pharmaceuticals, San Diego, CA

**WP 750** Determination of Latanoprost and Latanoprost Free Acid in Plasma by LC-MS/MS Using Electrospray and UniSpray; Matej Simek[1,2]; Tereza Foglová[1]; Petr Šulc[1]; Martina Hermannová[1]; Vladimír Velebný[1]; [1]Contipro, Dolni Dobrouc, Czech Republic; [2]Palacký University, Olomouc, Czech Republic

**WP 751** Overcoming Challenges to Develop a Robust Method for Quantifying Urinary Mono-Hydroxylated Polycyclic Aromatic Hydrocarbons (OH-PAHs) by On-Line SPE-LC-MS; Yuesong Wang[1]; Erin N. Pittman[1]; Debra A. Trinidad[1]; Hei Sio Ao[1]; Antonia M. Calafat[1]; Julianne C. Botelho[1]; [1]CDC, Atlanta, GA

**WP 752** Development and Validation of an Analytical Method for Quantitation of Emtricitabine, Tenofovir, and Efavirenz in Mouse Tissues by UPLC-MS/MS; Jennifer A. Gilliam[1]; Melanie A. Rehder Silinski [1]; Brenda L. Fletcher[1]; Reshan A. Fernando[1]; Veronica G. Robinson[2]; Suramya Waidyanatha[2]; [1]RTI International, Research Triangle Park, NC; [2]Division of the National Toxicology Program, NIEHS, Research Triangle Park, NC

**WP 753** Ultrasensitive Quantification of Fluticasone Propionate and Salmeterol from Human Plasma Using UPLC/MS/MS; Michael D Jones[1]; Nikunj Tanna[1]; [1]Waters Corporation, Milford, MA

**WP 754** Development of a Rapid Method for the Quantification of Fidaxomicin from Biological Samples; Anthony Haag[1, 2]; Kathleen M Hoch[1, 2]; Sigmund J Haidacher[1, 2]; [1]Baylor College of Medicine, Houston, TX; [2]Texas Children's Hospital, Houston, Texas

**WP 755** Analysis of Propylene Glycol in Rat Plasma after Derivatization using Liquid Chromatography Coupled with Tandem Mass Spectrometric Detection (LC-MS/MS); Changyu Quang[1]; William C. Nethero[1]; Donald B. Giroux[1]; Liam Moran[1]; Elizabeth A Groeber[1]; [1]Charles River, Ashland, OH

**WP 756** Delivery Efficiency of Aerosolized Epoprostenol to the Lung through a Mechanical Ventilator Circuit; Paul S. Soma[1]; Nicholas J. Wallbillich[1]; Jhaymie L. Cappiello[2]; Gary L. Glish[1]; [1]University of North Carolina at Chapel Hill, Chapel Hill, NC; [2]Duke University Hospital, Durham, NC

**WP 757** Trace Level Analysis of Dithiothreitol in Complex Proteins by LC/MS/MS Analysis; Jeffrey M. Selenka[1]; Christopher G. Ciptadjaya[1]; Thomas Leitzinger[1]; Jie Ding[1]; [1]PPD, Middleton, WI

**WP 758** A Rapid and Sensitive LC-MS/MS Method for Quantitative Analysis of GSK-3 Inhibitors in Mouse Plasma; Ruhan Wei[1]; David Wald[2]; Aimin Zhou[1]; [1]Cleveland State University, Cleveland, OH; [2]Case Western Reserve University, Cleveland, OH

**WP 759** Using Labeling Probes and Isotope Tagging for Detection and Quantification of Short Chain Fatty Acids by LCMS in Biological Samples; Rikard Fristedt; Chalmers University of Technology, Gothenburg, Sweden

**WP 760** Investigation of Structure-Dependent Detection Limits for Phthalates, Nitrosamines, Alkylphenols and Aminoglycosides Extracted from Complex Sample Matrix Using LC-MS/MS; Peijun Tu; Intertek, Allentown, PA

**WP 761** Quantification of Tapentadol and Metabolites in Urine by Liquid Chromatography-Mass Spectrometry; Suraj Saraswat[1]; Kamisha L Johnson-Davis[1, 2]; [1]ARUP Institute for Clinical and Experimental Pathology, Salt Lake City, UT; [2]University of Utah Health Sciences Center, Department of Pathology, Salt Lake City, UT

**WP 762** Development of a Sensitive and Rugged LC(HILIC)-MS/MS Method for Pantothenic Acid in Human Plasma and Whole Blood Samples; Xiaodong Zhu[1]; Jingguo Huo[1]; Thomas Lloyd[1]; Edward Wells[1]; [1]Worldwide Clinical Trials, Austin, TX

**WP 763** Method Validation for the Determination of Novel Psychoactive Substances in Human Urine by Liquid Chromatography/High Resolution Mass Spectrometry; Amber Awad[1]; Ana Celia Grenier[1]; Lawrence J Andrade[1]; [1]Dominion Diagnostics, North Kingstown, RI

**WP 764** A Fast and Simple Analysis of a Wide Range of Polar Compounds in Spent Media using Ultivo LC/TQ; Jennifer Cottine Hitchcock[1]; Jordy J. Hsiao[1]; Yanan Yang[1]; [1]Agilent Technologies, Santa Clara, CA

**WP 765** Separation Efficiencies of PFP Columns in Reversed Phase Chromatography; Koji Suzuki[1]; Hiroshi Oikawa[1]; Nozomi Murayama[1]; Hiromi Miyagawa[1]; Masatoshi Akitake[1]; Bruno Ogawa[1]; Natsuki Saotome[1]; Yukio Otsuka[1]; Hideo Matsuoka[1]; Atsushi Sato[1]; [1]GL Sciences, Saitama, Japan

**WP 766** Quantitative Variability of Fat-Soluble Vitamins, Hormones, and Mycotoxin Content in Caged, Cage-Free, free-Range, Pasture Raised, and Home Raised chicken eggs; Jamie L. York[1]; Kevin A. Schug[1]; [1]The University of Texas at Arlington, Arlington, TX

**WP 767** LC/MS/MS Analysis for Restricted Chemicals in Textiles; Tetsuo Tanigawa[1]; Natsuyo Asano[2]; Jun Watanabe[2]; Yin Ling Chew[1]; Jun Xiang Lee[1]; Jie Xing[1]; Zhaoqi Zhan[1]; [1]Shimadzu (Asia Pacific) Pte Ltd., Singapore, Singapore; [2]Shimadzu Corporation, Nakagyo-ku, Japan



## WEDNESDAY POSTERS

**WP 768**  Modified Mass Barcoded AuNPs Signal Amplification for the Detection of Amphetamines with Laser Desorption Ionization Time-of-Flight Mass Spectrometer; Liu-ti Wang[1]; He-Hsuan Hsiao[1]; [1]Department of Chemistry, National Chung Hsing University, Taichung City, Taiwan

**WP 769**  A HILIC-MS Method to Quantitate a Phospholipid Adjuvant for Vaccines; Bin Deng[1]; Carol Claus[1]; Eric Yang[1]; [1]Sanofi Pasteur, Toronto, ON

### TOXICOLOGY
### 770-789

**WP 770**  Untargeted Profiling of Toxicologically Relevant Metabolites: Case Study of Reactive Aldehydes; Loïc Mervant[1, 2]; Robin Costantino[3]; Jean-François Martin[3]; Laurent Debrauwer[3]; Françoise Guéraud[2]; Emilien L. Jamin[3]; [1]MetaboHUB-MetaToul, Toulouse, France; [2]Toxalim (Research Centre in Food Toxicology) University of Toulouse, INRA, Toulouse, France; [3]MetaboHUB-MetaToul, Toulouse, France

**WP 771**  Optimization of Collision Cell Potentials for Analysis of Opiates and their Glucuronyl Metabolites in a Triple Quadrupole Mass Spectrometer; Bennett Kalafut[1]; Jianyun Zhao[1]; Harald Oser[1]; [1]Thermo Fisher Scientific, San Jose, CA

**WP 772**  Glucuronide Hydrolysis Optimization for Drugs Screening in Urine Using LDTD-MS/MS at 8 seconds per sample; Serge Auger[1]; Pier-Luc Plante[2]; Jean Lacoursière[1]; Pierre Picard[1]; [1]Phytronix Technologies, Quebec, QC; [2]Université Laval, Quebec, Quebec

**WP 773**  Quantitative Swab Touch Spray Mass Spectrometry for Oral Fluid Drug Testing; Nicolas M. Morato[1]; Valentina Pirro[1]; Patrick W. Fedick[1]; Stuart A. Kushon[2]; R. Graham Cooks[1]; [1]Purdue University, West Lafayette, IN; [2]Neoteryx, Torrence, CA

**WP 774**  Urine Pain Panel Drug Screen for 42 Analytes with Enzyme Hydrolysis and an Internal Hydrolysis Indicator in Each Patient Sample; Stephen D Merrigan[1]; Gwendolyn A McMillin[1, 2]; [1]ARUP Institute for Clinical and Experimental Pathology, Salt Lake City, UT; [2]University of Utah Health Sciences Center, Department of Pathology, Salt Lake City, UT

**WP 775**  Advancing Forensic DUID Screening with Mass Spectrometry; Oscar Cabrices[1]; Pierre Negri[2]; Dean Fritch[3]; Melanie Stauffer[3]; Nadine Koenig[3]; Derrick Schollenberger[3]; Jennifer Gilman[3]; Adrian Taylor[1]; [1]SCIEX, Redwood Shores, CA; [2]SCIEX, Redwood City, CA; [3]Health Network Laboratories, Allentown, PA; [4]SCIEX, Concord, ON

**WP 776**  Streamlining Unknown Screening for Postmortem Analysis; Adrian Taylor[1]; Oscar Cabrices[2]; Xiang He[2]; Dean Fritch[3]; Nadine Koenig[3]; Melanie Stauffer[3]; Derrick Schollenberger[3]; [1]SCIEX, Concord, ON; [2]SCIEX, Redwood Shores, CA; [3]Health Network Laboratories, Allentown, PA

**WP 777**  Monitoring the Human Serum Albumin Adductome for Contact Allergens; Lorena Ndreu[1]; Alister James Cumming[2]; Johan Eriksson[1]; Margareta Törnqvist[1]; Isabella Karlsson[1]; [1]Department of Analytical Chemistry and Environmental Sciences (ACES), Stockholm University, Stockholm, Sweden; [2]Department of Biochemistry and Biophysics, Stockholm University, Stockholm, Sweden

**WP 778**  Mass Spectrometric Identification and Estrogenic Potential of cyclic Phenone Metabolites Formed in In vitro Assays with Fish Liver Slices; Jose Serrano[1]; Richard C Kolanczyk[2]; Mark A Tapper[2]; Barbara R Sheedy[2]; Tylor J Lahren[2]; Patricia A Kosian[2]; Alena Kubatova[3]; [1]USEPA.ORD/NHEERL, Duluth, MN; [2]USEPA.ORD/NHEERL, Duluth, Minnesota; [3]University of North Dakota Department of Chemistry, Grand Forks, North Dakota

**WP 779**  UHPLC-nanoESI-MSnMethod for Quantification of DNA Adducts from Meat Carcinogens Implicated in Colorectal Cancer; Dmitri Konorev[1]; Lihua Yao[1]; Robert Turesky[1]; [1]Masonic Cancer Center, U of MN, Minneapolis

**WP 780**  Evaluating the Tolerance Mechanism of Zebrafish Embryo to Spermidine Carbon Quantum Dots by Proteomics Analysis; YuJu Chen[1]; Pang-Hung Hsu[2]; Han-Jia Lin[2]; [1]National Yang-Ming University, Taipei, Taiwan; [2]National Taiwan Ocean University, Keelung, Taiwan

**WP 781**  Presumptive and Definitive Analysis of Urine Antidepressants by Prelude LX-4 MD™ and Sciex 4500 LC-MS/MS; Anita Dermartirosian[1]; Edith Shahboli[1]; Karin Thomassian[1]; Shaun Rezaei[1]; Asad Shah[1]; [1]Quest Diagnostics, Inc., Valencia, CA

**WP 782**  Quantitation of Total Carbamazepine and Carbamazepine Epoxide in Serum/Plasma on HPLC-MS/MS; Diane Ly[1]; Kamisha L. Johnson-Davis[1, 2]; [1]ARUP Institute for Clinical and Experimental Pathology, Salt Lake City, UT; [2]University of Utah Health Sciences Center, Department of Pathology, Salt Lake City, UT

**WP 783**  Toxicological and Biochemical Changes Induced by Sub-Acute Exposure of Wistar Rats to Silver Nanoparticles using Soft Landing Ion Mobility Instrument; Subhayu Nayek[1]; Guido F. Verbeck[1]; [1]University of North Texas, Denton, TX

**WP 784**  Small Molecules Automated Extraction from Human Breast Milk Using the Extrahera and the EVOLUTE Express CX Prior to LC-MS/MS Analysis; Mohamed Youssef[1]; Stephanie Marin[1]; Jillian Neifeld[1]; Jeremy Smith[1]; Mario Merida[1]; Elena Gairloch[1]; [1]Biotage, Charlotte, NC

**WP 785**  Quantitative Proteomic Analysis of Cardiac Endothelial Cells Treated with Doxorubicin; Xinzhu Pu[1]; Steve Nick[1, 2]; Matthew Turner[1]; Laura Bond[1]; Kenneth Cornell[1]; [1]Boise State University, Boise, ID; [2]University of Arizona, Tucson, AZ

**WP 786**  Effects of DDE/Dieldrin on the Steroid Hormone Profile in Largemouth Bass (Micropterus Salmoides) Plasma; Mohammad-Zaman Nouri[1]; Kevin J. Kroll[1]; Nancy D. Denslow[1]; [1]Department of Physiological Sciences and Center for Environmental and Human Toxicology, University of Florida, Gainesville, FL

**WP 787**  Alternative Forensic Matrices: Evaluation of Simplified Workflow for Drugs of Abuse Extraction from Nail Samples Prior to LC-MS/MS Analysis; Katie-Jo Teehan[1]; Lee Williams[1]; Rhys Jones[1]; Geoff Davies[1]; Adam Senior[1]; Helen Lodder[1]; Alan Edgington[1]; Steve Jordan[1]; Claire Desbrow[1]; Paul Roberts[1]; [1]Biotage GB Limited, Cardiff, United Kingdom

**WP 788**  Using a LC/MSD XT Single Quadrupole and HILIC-Z Column for Sensitive and Reliable Detection of Potential Genotoxic Impurities; Patrick M Batoon[1]; Kyle Covert[2]; [1]Agilent Technologies Inc., Santa Clara, CA; [2]Agilent Technologies, Inc., Santa Clara, CA

**WP 789**  Method Validation for Trace Phentermine in the Presence of High Methylamphetamine Concentration and Other Analytes in Human Urine by LC-MS/MS; Jianmei Wang[1]; Jeremy Delao[1]; [1]Spectrum Diagnostic Laboratories, Arlington, TX


Set up all Thursday posters
7:00 - 8:00 am
**Odd-numbered posters present**
10:30 - 11:30 am PLUS 12:30 – 2:30 pm
**Even-numbered posters present**
10:30 am - 12:30 pm PLUS 1:30 – 2:30 pm
Remove all Thursday posters
2:30 - 3:00 pm

Ambient Ionization: Applications II.........................001-032
Ambient Ionization: Fundamentals
  and Instrumentation.........................................033-059
Carbohydrates II...............................................060-085
Data-Dependent Acquisition...............................086-092
Data-Independent Acquisition ............................093-111
Disease Biomarkers II.......................................112-130
Drug Discovery/DMPK/ADME II .........................131-152
Drug Metabolism: Quantitative Analysis.................153-159
Elemental Analysis: ICP/MS..............................160-175
Elemental Analysis: Isotope Ratio MS.......................176
Exposomics Methodologies and Research
  Results.........................................................177-181
Food "omics" MS Characterization of Food
  and Nutritional Supplements II .........................182-203
Glycoproteins II ...............................................204-224
Imaging MS: Disease Markers II .........................225-242
Imaging MS: Method Development II .....................243-263
Informatics: General, SRM, and DIA ....................264-272
Ion Mobility: Applications III ..............................273-294
Ion Mobility: Fundamentals ...............................295-320
Isotope Labeling and Fluxomics Applications...........321-331
LC/MS: Chromatography and Software II ................332-352
LC/MS: Sample Preparation II.............................353-377
Lipids: ID and Structural Analysis ........................378-404
MALDI: Applications .........................................405-417
MALDI: Fundamentals and Instrumentation.............418-421
MALDI: Sample Preparation ...............................422-430
Metabolomics: Clinical Applications .....................431-449
Metabolomics: General II ..................................450-478
Metabolomics: Sample Preparation .....................479-482
Metabolomics: Untargeted Metabolite
  Profiling III ...................................................483-512
Microorganisms: Identification and
  Characterization .............................................513-540
Nanomaterials .................................................541-548
Nanoscale and Microfluidic Separations and MS......549-566
Natural Products..............................................567-589
Nucleic Acids and Oligonucleotides II ...................590-611
Peptides: Fragmentation Mechanisms ...................612-617
Proteins: Complexes/Non-covalent Interactions II .....618-635
Proteins: Conformation Analysis and
  Structural Biology ..........................................636-653
Proteins: General and Membrane .........................654-673
Proteins: PTMs II.............................................674-697
Proteomics: New Approaches II ..........................698-724
Proteomics: Quantitative IV ...............................725-749
Small Molecules: Quantitative Analysis II................750-777

## AMBIENT IONIZATION: APPLICATIONS II
### 001-032

**ThP 001 Molecular Profiling of Cyanobacteria under Environmental Stimuli Using Laser Ablation Electrospray Ionization Coupled with Ion Mobility Separation Mass Spectrometry;** <u>Gessica Vasconcelos</u>[1]; Sylwia A Stopka[2]; Boniek G Vaz[1]; Akos Vertes[2]; [1]*Federal University of Goias, Goiania, Brazil;* [2]*George Washington University, Washington, DC*

**ThP 002 Accelerated Energetic Syntheses through the Use of Confined Volume Systems Generated by Ambient Ionization Sources;** <u>Patrick W Fedick</u>; *Naval Air Warfare Center, Weapons Division, Research Department, Chemistry Division, China Lake, CA*

**ThP 003 Highly Sensitive and Rapid Screening for Pesticides using Direct Analysis in Real Time Triple Quadrupole Mass Spectrometry;** <u>He Cui</u>[1]; Yongyi Jiang[2]; Kerry Song[3]; Xiuzhen Yin[1,4]; Tingting Han[2]; Jiale Xu[3]; Xiaokun Duan[3]; Charles C. Liu[3]; [1]*Qingdao Customs District, Qingdao, China;* [2]*Qingdao Future Test, Qingdao, China;* [3]*ASPEC Technologies, Beijing, China;* [4]*Qingdao University of Science and Technology, Qingdao, China*

**ThP 004 Detection of Ricin and Abrin Toxin by Laboratory-Based and Portable Direct Analysis in Real-Time Mass Spectrometry (DART-MS);** <u>Jennifer W Sekowski</u>[1]; Debora Van Der Riet-van Oeveren[2]; Ad De Jong[2]; Alex Fidder[2]; Paul S Demond[1]; Jacquelyn V Harris[1]; Daan Noort[2]; [1]*U.S. Army RDECOM Chemical & Biological Center, Aberdeen Proving Ground, MD;* [2]*The Netherlands Organization, Rijswijk, Netherlands*

**ThP 005 Solvent-Assisted Paper Spray Ionization Mass Spectrometry (SAPSI-MS) for the Analysis of Biomolecules and Biofluids;** <u>Alessandro Quaranta</u>[1]; Nicolò Riboni[1]; Hitesh V Motwani[1]; Nicklas Österlund[1]; Astrid Gräslund[1]; Federica Bianchi[2]; Leopold L Ilag[1]; [1]*Stockholm University, Stockholm, Sweden;* [2]*University of Parma, Parma, Italy*

**ThP 006 Improved Sensitivity for Saccharides *via* In-Source Derivatization Using Coaxial Contained Electrospray Mass Spectrometry;** <u>Derik R. Heiss</u>[1,2]; Abraham K. Badu-Tawiah[3]; [1]*The Ohio State University, Columbus, OH;* [2]*Battelle Memorial Institute, Columbus, OH;* [3]*The Ohio State University, Columbus, OH*

**ThP 007 Cross-Continental, Multisite Round Robin REIMS Study for the Evaluation of REIMS Fundamentals and Technology;** Julia Balog[1]; Pierre-Maxence Vaysse[2]; Tiffany Porta Siegel[2]; Martin Kaufmann[3]; Ala Amgheib[4]; Viktoria Varga[1]; Andras Marton[1]; Steven D Pringle[5]; John Rudan[3]; Ron M. A. Heeren[2]; <u>Zoltan Takats</u>[4]; [1]*Waters Research Center, Budapest, Hungary;* [2]*Maastricht Multimodal Molecular Imaging (M4I) Institute, Division of Imaging Mass Spectrometry, Maastricht, Netherlands;* [3]*Queen's University, Kingston, ON;* [4]*Imperial College, London, United Kingdom;* [5]*Waters Corporation, Wilmslow, United Kingdom*

**ThP 008 Molecular Characterization of Terminal Structures for Polycarbonates Using a Thermal Desorption/Pyrolysis DART-MS;** <u>Kenichi Yoshizawa</u>[1]; Chikako Takei[1]; Sayaka Nakamura[2]; Hiroaki Sato[2]; [1]*BioChromato, Inc., Fujisawa, Japan;* [2]*National Institute of Advanced Industrial Science and Technology, Tsukuba, Japan*

**ThP 009 Improved Rapid Untargeted Screening Method for Veterinary Drug Residues in Animal Tissues Using Liquid Microjunction Surface Sampling Probe Mass Spectrometry;** <u>Laura Burns</u>[1]; David J. Borts[1,2]; [1]*Interdepartmental Toxicology Program, Iowa State University, Ames, Iowa;* [2]*Department of Veterinary Diagnostic & Production Animal Medicine, Iowa State University, Ames, IA*

Case 1:22-cv-51123-TAD-KDM Document 343-3 Filed 10/26/23 Page 183 of 298 PageID #: 25967


**ThP 010** Flavor release monitoring using direct analysis in real-time mass spectrometry on differentiate with respect to time; Motoshi Sakakura[1]; Teruhisa Shiota[1]; Takehito Sagawa[2]; [1]AMR, Inc., Tokyo, Japan; [2]S&B foods Inc., Tokyo, Japan

**ThP 011** Revealing Photo-Thermal Stability of Pharmaceuticals and the Degradation Mechanism by Microwave Plasma Torch Mass Spectrometry; Shuanglong Wang[1]; Wei Liu[1]; Huanwen Chen[1]; [1]East China University of Technology, Nanchang, China

**ThP 012** Electroextraction (EE) Coupled with Paper Spray Mass Spectrometry (PS-MS) for Selective and Sensitive Analyses of Target Analytes in Complex Samples; Rodinei Augusti[1]; Victoria Silva Amador[1]; Juliane Soares Moreira[1]; Denise Versiane Monteiro de Sousa[1]; Ricardo Mathias Orlando[1]; [1]Federal University of Minas Gerais, Belo Horizonte, Brazil

**ThP 013** A Robust, Long-Lasting Microspray Metal Emitter with Nanospray Sensitivity for Proteomics; Sau Lan Staats[1]; Anna Stollzfus[1]; Andris Suna[1]; [1]Phoenix S & T, Inc, Chadds Ford, PA

**ThP 014** Quantitative Analysis of Linezolid in Human Plasma by DART-MS and its Application to a Pharmacokinetic Study; Lei Yin[1, 2, 3]; Yixuan Feng[1, 3]; Jin Tong[1, 2]; Zhiqiong Guo[1, 2]; Yuyao Zhang[1, 2]; Xiaokun Duan[4]; Lifeng Xu[4]; Charles C. Liu[4]; Jingkai Gu[1, 2]; [1]Jilin University, Changchun, China; [2]Beijing Institute of Modern Drug Metabolism, Beijing, China; [3]University of Arizona, Tucson, AZ; [4]ASPEC Technologies, Beijing, China

**ThP 015** Reaction Acceleration at the Surface of Droplets; Yangjie Li[1]; Zhenwei Wei[1]; Yong Liu[2]; R. Graham Cooks[1]; [1]Department of Chemistry, Purdue University, West Lafayette, IN; [2]Merck & Co., Inc., Rahway, NJ

**ThP 016** A Comparative Profiling of DHA-rich Oil Products by DESI and DART Mass Spectrometry; Kerry Song[1]; Jiale Xu[1]; Wen Zhou[2]; Jiang Zhou[2]; Wei Chen[1]; Xiaokun Duan[1]; Charles C. Liu[1]; [1]ASPEC Technologies, Beijing, China; [2]Peking University, Beijing, China

**ThP 017** Repeatability and Practicality of PESI/MS/MS-Based in vivo Real-Time Monitoring System for Hepatic/Brain Metabolites in Living Mice; Kei Zaitsu[1, 2]; Yumi Hayashi[1, 3]; Tasuku Murata[4]; Kazumi Yokota[4]; Tomomi Ohara[2]; Hitoshi Tsuchihashi[2]; Akira Ishii[2]; Koretsugu Ogata[4]; Hiroshi Taninaka[4]; [1]In Vivo Real-Time Omics Laboratory, Institute for Advanced Research, Nagoya University, Nagoya, Japan; [2]Department of Legal Medicine and Bioethics, Nagoya University Graduate School of Medicine, Nagoya, Japan; [3]Pathophysiological Laboratory Sciences, Department of Radiological and Medical Laboratory Sciences, Nagoya University Graduate School of Medicine, Nagoya, Japan; [4]Shimadzu Corporation, Kyoto, Japan

**ThP 018** Using Rapid Evaporative Ionisation Mass Spectrometry (REIMS) to Improve Efficiency and Add Capability in Pharmaceutical R&D; Paul Abu-Rabie[1]; GSK R&D, Stevenage, United Kingdom

**ThP 019** Pre-Concentration and a Special Scan Function for More Sensitive and Stable Ambient Ionization Mass Spectrometry; Taoqing Wang[1]; Linfan Li[2]; Mengtian Li[1]; Huishan Li[1]; Jae C Schwartz[2]; Anyin Li[1]; Nicolas Heath[1]; [1]University of New Hampshire, Durham, NH; [2]Thermo Fisher Scientific, San Jose, CA

**ThP 020** Coated Blade Spray–High-Resolution Mass Spectrometry: A Versatile Tool for Sample Profiling and Screening of Controlled Substances in Complex Matrices; German Augusto Gómez-ríos[1]; Robert Cody[2]; Nathaly Reyes-garcés[1]; Frances Carroll[1]; Gary Stidsen[1]; David Bell[1]; [1]Restek Corporation, Bellefonte, PA; [2]JEOL USA, Inc., Peabody, MA

**ThP 021** Extractable Analysis of Heart Stem Using HPLC Q-Tof Mass Spectrometry Coupled with High Resolution Database and Library; Chang Jiang[1]; , Chengdu, China

**ThP 022** Ion-Neutral Complex Mediated Benzyl Cation Transfer and Proton Transfer of Protonated Benzyl Phenyl Sulfonein the Gas Phase; Yin Qi[1]; Zhejiang University, Hangzhou, China

**ThP 023** Rapid Characterization of Saponins in Ginseng Species Roots by Liquid Extraction Surface Analysis Mass Spectrometry; Mei Tian[1]; Yuangui Yang[1]; Linnan Li[1]; Li Yang[1, 2]; Xiaokun Duan[3]; Kerry Song[3]; Shujie Zou[3]; Echo Jia[3]; Charles.C Liu[3]; Zhengtao Wang[1, 2]; [1]Shanghai University of Traditional Chinese Medicine, Shanghai, China; [2]Shanghai R&D Center for Standardization of Chinese Medicines, Shanghai, China; [3]ASPEC Technologies, Beijing, China

**ThP 024** Analysis of Immunosuppressant Drugs directly from Whole Blood using PaperSpray Technology; Cornelia Leonie Boeser[1]; Neloni R. Wijeratne[1]; Mary L. Blackburn[1]; [1]Thermo Fisher Scientific, San Jose, CA

**ThP 025** Sticky Paper Spray Ionization for Analysis of Powdered Analyte Grains; Praneeth Hettikankanange[1]; Grant Klingler[1]; Mason Laikupu[1]; Daniel Austin[1]; [1]Brigham Young University, Provo, UT

**ThP 026** Mechanistic Study of Organometallic Reactions by On-line Mass Spectrometry Monitoring System; Xin Yan[1]; Texas A&M University, College Station, TX

**ThP 027** Strain-Level Differentiation of Bacteria by Paper Spray Mass Spectrometry; Casey A. Chamberlain[1]; Vanessa Y. Rubio[1]; Timothy J. Garrett[1]; [1]University of Florida, Gainesville, FL

**ThP 028** Areca Alkaloids Measured from Buccal Cells Using DART-MS Serve as Accurate Biomarkers for Betel Nut Chewing; Adrian Franke[1]; Laura Biggs[2]; Joanne Y. Yew[3]; Jennifer F Lai[4]; [1]Univ of Hawaii Cancer Ctr, Honolulu, HI; [2]University of Guam, Mangilao, Guam; [3]Pacific Biosciences Research Center, University of Hawaii, Honolulu, hawaii; [4]University of hawaii Cancer Center, Honolulu, Hawaii

**ThP 029** Microdroplet Fusion Chemistry for Charge State Reduction in Synthetic and Biological Polymers via Bipolar Dual Spray; John R Stutzman[1]; Ryan M Bain[1]; Sebastian Hagenoff[2]; William Hunter Woodward[1]; John P O'Brien[3]; Michael Lesniak[1]; [1]The Dow Chemical Company, Midland, MI; [2]The Dow Chemical Company, Stade, Germany; [3]The Dow Chemical Company, Lake Jackson, TX

**ThP 030** Application of the Micro Flow Ion Source with Cartridge Columns for Fast LC-MS/MS Analysis of Vitamin D Metabolites; Tomasz Bienkowski[1]; Michał Szumski[1,2]; Irmina Tomaszewska[1]; Konrad Piotr Kowalski[1]; Przemysław Kalicki[1]; Michał Książkiewicz[1]; [1]MS Ekspert Sp. z o.o, Gdańsk, Poland; [2]Nicolaus Copernicus University, Torun, Poland

**ThP 031** Quality Control Aspects of the REIMS Technology; Andras Denes Marton[1]; Richard Schäffer[1]; Viktoria Varga[1]; Tamas Karancsi[1]; Lajos Godorhazy[1]; Steven D Pringle[2]; Julia Balog[1, 3]; [1]Waters Research Center, Budapest, Hungary; [2]Waters Corporation, Wilmslow, United Kingdom; [3]Imperial College London, London, United Kingdom

**ThP 032** SpiderMass Real-Time, Mini Invasive Analysis of Cancer: Towards in vivo Molecular Diagnostics of the Future; Nina Ogrinc[1]; Philippe Saudemont[1]; Yves-Marie Robin[2]; Julia Balog[3]; Dominique Tierny[4]; Jean-Pascal Gimeno[1]; Zoltan Takats[5]; Michel Salzet[1]; Isabelle Fournier[1]; [1]PRISM Inserm U1192 - University of Lille, Villeneuve D'ascq Cedex, France; [2]Pathology Department, Centre Oscar Lambret, Lille, France; [3]Waters Research Center, Budapest, Hungary; [4]OCR, Villeneuve d'Ascq, France; [5]Imperial College London, London, United Kingdom


AMBIENT IONIZATION: FUNDAMENTALS AND
INSTRUMENTATION
033-059

**ThP 033** Unique Ion/Molecule Chemistry of N-Alkanes in the Flowing Atmospheric Pressure Afterglow Ionization Source; Brian Molnar[1]; Sunil P Badal[1]; Jacob T Shelley[1]; [1]Rensselaer Polytechnic Institute, Troy, NY

**ThP 034** Visualization of Charged Droplets – Ambient Gas Interactions and Entrainment Flows in Nanoelectrospray; Joel Chapman[1]; Peter Kottke[1]; Andrei Fedorov[1]; [1]Georgia Institute of Technology, Atlanta, GA

**ThP 035** Wire Desorption-Glow Discharge/Electrospray Ionization/Mass Spectrometry for Rapid Characterization of Compounds with a Broad Range of Polarity and Boiling Point; Yuanlong Wang[1]; Junsheng Zhang[1]; Lin Liu[1]; Liping Huang[1]; Jentaie Shiea[2]; Wenjian Sun[1]; [1]Shimadzu Research laboratory (Shanghai) Co. Ltd., Shanghai, China; [2]Department of Chemistry, National Sun Yat-sen University, Kaohsiung, Taiwan

**ThP 036** Direct Mass Spectrometry Analysis Using In-Capillary Dicationic Ionic Liquid-Based in situ Dispersive Liquid-Liquid Microextraction and Sonic-Spray Ionization; Yueguang Lv[1]; Qiang Ma[1]; [1]Chinese Academy of Inspection and Quarantine, Beijing, China

**ThP 037** The Effects of Gas Flows and Discharge Pulse on Explosives Detection Using a Dielectric Barrier Discharge Ionization Source; Vadym Berkout; Smiths Detection, Edgewood, MD

**ThP 038** Atmospheric Pressure Dark-Current Argon Discharge Ionization with Comparable Performance to Direct Analysis in Real Time Mass Spectrometry; Teruhisa Shiota[1]; Kanako Sekimoto[2]; Motoshi Sakakura[1]; Mitsuo Takayama[2]; [1]AMR, Inc., Tokyo, Japan; [2]Yokohama City University, Yokohama, Japan

**ThP 039** Sampling and Ionization Process in Scanning Probe Electrospray Ionization; Yoichi Otsuka[1]; Bui Karnhorluchi[1]; Aya Takeuchi[1]; Futoshi Iwata[2]; Takuya Matsumoto[1]; [1]Osaka University, Toyonaka, Japan; [2]Shizuoka University, Hamamatsu, Japan

**ThP 040** Inlet Ionization for High Speed Mass Spectrometry; Ellen Inutan[1,2]; Chuping Lee[1]; Eric Davis[1]; Georgios Makris[1]; Frank Yenchick[1]; Robert Roose[1]; Sarah Trimpin[1,3]; [1]Wayne State University, Detroit, MI; [2]MSU-Iligan Institute of Technology, Illigan City, Philippines; [3]Cardiovascular Research Institute, Wayne State University School of Medicine, Detroit, MI

**ThP 041** Surface Acoustic Wave Nebulization (SAWN) and Charge Independent Nano Electromechanical Mass Sensing (NEMS-MS) of Multi Mega-Dalton Particles; Szu-Hsueh Lai[1]; Bogdan Vysotskyi[2]; Luis A Cubero Montealegre[2]; Martial Defoort[2]; Kavya Clement[1]; Mohammad Abdul Halim[1]; Sergio Dominguez-Medina[1]; Sebastien Hentz[2]; Christophe Masselon[1]; [1]Univ. Grenoble Alpes, CEA, Inserm, BIG-BGE, Grenoble, France; [2]Univ. Grenoble Alpes, CEA, LETI, Grenoble, France

**ThP 042** An Optimized Jet Nebulization Geometry for LCMS; Chuck Jolliffe[1]; Harikrishnan Sukumar[1]; Marius Radu[1]; Reza Javahery[1]; [1]PerkinElmer Inc., Woodbridge, ON

**ThP 043** Fast Screening of Pesticides in Foods and Agricultural Products with Probe Electrospray Ionization (PESI) Tandem Mass Spectrometry; Zhenhe Chen[1]; Satoshi Yamaki[1]; Jing Dong[1]; Yuki Hashi[2]; Naoki Hamada[1]; [1]Shimadzu (China) Co., LTD., Beijing, China; [2]Shimadzu (China) Co.,LTD., Shanghai, China

**ThP 044** Liquid Ionization with High-Repetition Rate µJ-Laser-Induced Airborne Plasma for Direct Mass-Spectrometric Analysis; Yi You[1]; Andreas Bierstedt[1]; Sebastian van Wasen[1]; Gaby Bosc-Bierne[1]; Michael G. Weller[1]; Jens Riedel[1]; [1]Federal Institute for Materials Research and Testing (BAM), Berlin, Germany

**ThP 045** Solvent Assisted Surface Probe-Nanoelectrospray: A Modular Liquid-Extraction Based Tool for Combined Top-Down & Bottom-Up Proteomic Surface Analysis; Raul Villacob[1]; Luke T. Richardson[1]; Matthew Mulloy[1]; Touradj Solouki[1]; [1]Baylor University, Waco, TX

**ThP 046** Laser Desorption REIMS – the Fundamentals and How they Dictate Applications and Automation; Emrys A Jones[1]; Daniel Simon[2]; Tamas Karancsi[2]; Danielle McDougall[3]; Csaba Hajdu[2]; Richard Schaffer[2]; Julia Balog[2]; Steven D Pringle[1]; Zoltan Takats[5]; [1]Waters, Wilmslow, United Kingdom; [2]Waters Research Center Kft., Budapest, Hungary; [3]Manchester Institute of Biotechnology, University of Manchester, United Kingdom; [4]Waters Corporation, Wilmslow, United Kingdom; [5]Imperial College, London, United Kingdom

**ThP 047** Systematic CFD Study of Gas Transport in a Desorption Cell Coupling AFM and AP MS in a Multimodal Imaging Platform; Matthias Lorenz[1]; Ryan Wagner[2]; Roger Proksch[2]; Olga S Ovchinnikova[3]; [1]University of Tennessee / Oak Ridge National Laboratory, Oak Ridge, TN; [2]Oxford Instruments, Santa Barbara, CA; [3]Oak Ridge National Laboratory, Oak Ridge, TN

**ThP 048** An Interface for Reproducible, Multi-shot Direct Analysis of Solid-phase Microextraction Samples; G. Asher Newsome[1]; Alba Alvarez-Martin[1]; Gwénaëlle Kavich[1]; [1]Smithsonian Institution Museum Conservation Institute, Suitland, MD

**ThP 049** Internal Energy Deposition in Infrared Matrix-Assisted Laser Desorption Electrospray Ionization with and without the Use of Ice as a Matrix; Anqi Tu[1]; David C. Muddiman[1,2]; [1]FTMS Laboratory for Human Health Research, Department of Chemistry, North Carolina State University, Raleigh, NC; [2]Molecular Education, Technology, and Research Innovation Center (METRIC), North Carolina State University, Raleigh, NC

**ThP 050** Two-Laser Ablation Electrospray Ionization Mass Spectrometry; Kelcey B. Hines[1]; Romilekun O. Lawal[1]; Fabrizio Donnarumma[1]; Kermit K. Murray[1]; [1]Louisiana State University, Baton Rouge, LA

**ThP 051** In vivo Analysis of Plant Sap by Direct Sampling and Capillary Microsampling Electrospray Ionization Mass Spectrometry; Tina Tran[1]; Laith Z. Samarah[1]; Akos Vertes[1]; [1]George Washington University, Washington, DC

**ThP 052** Key Factors Influencing Nano-Electrospray Ionization Efficiency of Tryptic Peptides from Fused Silica Emitters During Reversed-Phase Liquid Chromatography Separations; Joshua A Silveira[1]; Gary Schultz[2]; Wei Wei[3]; Aran Paulus[3]; Eloy R. Wouters[3]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Munson Technology, Ithaca, NY; [3]Thermo Fisher Scientific, San Jose, CA

**ThP 053** The Effect of High Mass Resolving Power by Involving Sample Morphology in Linear TOF; Yi-Hong Cai; Genomics Research Center Academia Sinica, Taipei, Taiwan

**ThP 054** Characterization of a Novel Plasma-Ionization Source for Real-Time Breath Analysis; Christopher Gongar[1]; Michael Wei[1]; Robin H.J Kemperman[1]; Richard A. Yost[1]; [1]University of Florida, Gainesville, FL

**ThP 055** Reactions and Fragmentation in a Microwave Plasma Jet Ambient Ionization Source; Kenyon Evans-Nguyen[1]; Abigail Smola[1]; Kayla M Whitehouse[1]; Tiffany Malyja[1]; Micheala Le Gendre[1]; [1]University of Tampa, Tampa, FL

**ThP 056** Strategies to Improve Protein Analysis by Desorption Electrospray Ionization; Andre Venter[1]; Elahe Honarvar[1]; Roshan Javanshad[1]; Tara Maser[1]; Frank Martin Beranek[1]; [1]Western Michigan University, Kalamazoo, MI

**ThP 057** Development of a Cryo-Stage for LESA Mass Spectrometry – Towards Truly Native Surface Sampling of Proteins; Bin Yan[1]; Adam J. Taylor[1]; Josephine Bunch[1,2];


[1]National Physical Laboratory, Teddington, United Kingdom; [2]Imperial College, London, United Kingdom

**ThP 058** Trace Level Detection of Gas Impurities Using Atmospheric Pressure Ionization Mass Spectrometry; Gregory Thier[1]; Luke Kephart[1]; Brian Regel[1]; [1]Extrel CMS, Pittsburgh, PA

**ThP 059** Investigation of Gas Flow Effects and Space Charge in Atmospheric Pressure Interfaces; Philipp Krah[1]; Laurent Bernier[1]; Stephan Rauschenbach[2]; Julius Reiss[1]; [1]Technical University Berlin, Berlin, Germany; [2]University of Oxford, Oxford, United Kingdom

## CARBOHYDRATES II
060-085

**ThP 060** High-Throughput Clinical Glycomics with Ultra High Resolution MALDI-FTICR-MS Reveals Pancreatic Cancer Disease Signatures; Gerda C.M. Vreeker[1]; Randa g.h. Sawires[1]; Simone Nicolardi[1]; Marco R. Bladergroen[1]; Jan Nouta[1]; Wilma E. Mesker[1]; Yuri E.M. van der Burgt[1]; Rob A.E.M. Tollenaar[1]; Manfred Wuhrer[1]; [1]Leiden University Medical Center, Leiden, Netherlands

**ThP 061** Automatically Glycan Structural Determination with Logically Derived Sequence Tandem Mass Spectrometry; Chi-kung Ni[1]; Shih-Pei Huang[1]; Chia Yen Liew[1]; Hsu-Chen Hsu[1]; [1]Academia Sinica, Taipei, Taiwan

**ThP 062** Discrimination of Glycan Epimers via Generation of Unique Parent-Structure-Dependent Product Ions by Free Radical Chemistry and Mass Spectrometry; Jinshan Gao[1]; Kimberly Fabijanczuk[1]; Kaylee Gaspar[1]; Rayan Murtada[1]; [1]Montclair State University, Montcalir, NJ

**ThP 063** Laser Induced Fluorescence Imaging of the Electrospray for Quantitative N-Glycosylation Analysis of Monoclonal Antibodies by Capillary Electrophoresis – Mass Spectrometry; Andras Gultman; Sciex, Brea, CA

**ThP 064** A Multi-Dimensional HPLC-MS Method for Heparin/ Heparan Sulfate Oligosaccharide Fraction; Hao Liu[1]; Apoorva Joshi[2]; Pradeep Chopra[2]; Geert-Jan Boons[2, 3]; Joshua S Sharp[4]; [1]University of Mississippi, Oxford, MS; [2]University of Georgia, Athens, GA; [3]Utrecht University, Utrecht, Netherlands; [4]University of Mississippi, Oxford, MS

**ThP 065** Structure Modeling of Isomeric Ions of Pyridinylboronic Esters of Mono-, Di- and Oligosaccharides from IMS Q-TOF and Tandem Mass Spectrometry; Jun J Hu[1]; Qidi Wu[1]; Chengyi Xie[1]; [1]Ningbo University, Ningbo, China

**ThP 066** Development of a Multiplatform Mass Spectrometry-Based Workflow for the In-Depth Structural Elucidation of Oligosaccharides and Polysaccharides; Juan J Castillo[1]; Ace G Galermo[2]; Matthew J Amicucci[3]; Eshani Nandita[3]; Carlito B Lebrilla[3]; [1]University of Davis, Davis, CA; [2]University of California, Davis, Davis, CA; [3]UC Davis, Davis, CA

**ThP 067** Detailed Glycosylation Analysis: Leukemic KG1a Cells as a Case Study Using Sequential Mass Spectrometry; David Ashline[1]; Vernon Reinhold[1]; [1]University of New Hampshire, Durham, NH

**ThP 068** Definitive Structural Assignment of Isomeric Glycans by Trapped Ion Mobility-Electronic Excitation Dissociation Tandem Mass Spectrometry; Juan Wei[1]; Yang Tang[1]; Mark E. Ridgeway[2]; Pengyu Hong[3]; Catherine E. Costello[1]; Cheng Lin[1]; [1]Boston University, Boston, MA; [2]Bruker Daltonics Inc., Billerica, MA; [3]Brandeis University, Waltham, MA

**ThP 069** Automated Identification and Quantitation of 2-AA Derivatized N-Glycans from Infliximab Using UHPLC-Orbitrap-MS Analysis with SimGlycan Software; Ningombam Sanjib Meitei[1, 2]; Himani Gupta[2]; Arun Apte[1]; Phil Widdowson[3]; Silvia Millán[3]; Sara Carillo[4]; Jonathan Bones[4]; Rowan Moore[3]; [1]PREMIER Biosoft, Palo Alto, CA; [2]PREMIER Biosoft, Indore, India; [3]Thermo Fisher Scientific, Hemel Hempstead, United Kingdom; [4]National Institute for Bioprocessing Research and Training, Dublin, Ireland

**ThP 070** Characterization of Glycan Isomers Using Magnetic Carbon Nanoparticles as a MALDI Co-Matrix; Alireza Banazadeh[1]; Mona Goli[1]; Wenjing Peng[1]; Reed Nieman[1]; Hans Lischka[1]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock, TX

**ThP 071** Isomeric Linkage Determination of Sialic acid on O-Glycopeptides Using O-Protease and LC-MS/MS; Jieqiang Zhong[1]; Yifan Huang[1]; Wenjing Peng[1]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock

**ThP 072** Deciphering Key Protein Binding Elements within Short- and Medium-Length Heparin Oligomers Using Multidimensional Chromatography Followed by MS Analysis; Cedric Bobst[1]; Igor A. Kaltashov[1]; [1]University of Massachusetts Amherst, Amherst, MA

**ThP 073** Analysis of the CHO-S Glycocalyx via Electrospray Ionization with Tandem Mass Spectrometry; Amanda J Pearson[1]; Elyssia S. Gallagher[2]; [1]Baylor Univeristy, Waco, TX; [2]Baylor University, Waco

**ThP 074** A Novel Approach Coupling Electrophoresis with Mass Spectrometry for Identification and Characterization of Multicomponent Glycosaminoglycan Drugs; Anran Sheng[1]; Xiaohui Xu[1]; Lianli Chi[1]; [1]Shandong university, Qingdao, China

**ThP 075** Simultaneous Determination of 18 Monosaccharide Using High Performance Anion-Exchange Chromatography Coupled with Pulsed Amperometric Detection and Tandem Mass Spectrometry; Feng Feng[1]; Feng Zhang[1]; [1]Institute of Food Safety, Chinese Academy of Inspection and Quarantine, Beijing, China

**ThP 076** Precise Sequencing of Glycosaminoglycan Tetrasaccharides by Reversed Phase Ion Pairing LC/MS and MSn Spectra Matching; Qing Guo[1]; Vernon Reinhold[1]; [1]University of New Hampshire, Durham, NH

**ThP 077** LC-MS/MS Approach for the Exploration of Glycosylation as a Gatekeeper for Successful Xeno Transplantation; Myung Jin Oh[1, 2]; Nari Seo[1, 2]; Jaekyoung Ko[1, 2]; Jinyoung Park[1, 2]; Xi-jun Yin[3]; Jijn-dan Kang[3]; Hyun Joo An[1, 2]; [1]Chungnam national university, Daejeon, South Korea; [2]Asia-Pacific Glycomics Reference Site, Daejeon, South Korea; [3]Yanbian University, Yanji, China

**ThP 078** GlyLipSILC – Glycolipid Stable Isotope Labeling in Cell Cultures; Andrew Cho[1]; Wenjing Peng[1]; Yifan Huang[1]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock, TX

**ThP 079** Investigation of Ganglioside Isomers to Reveal the Biological Mechanism of Breast Cancer Brain Metastasis Using Nano-ZIC-HILIC-LC-MS; Yifan Huang[1]; Jieqiang Zhong[1]; Wenjing Peng[1]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock, TX

**ThP 080** Relative Quantification of Glycans in Yeast Using Metabolic Isotope Labeling with Isotopic Glucose by Mass Spectrometry; Jae-min Lim[1]; Ji-yeon Kim[2]; Soo-hyun Choi[2]; [1]Changwon National University, Changwon, South Korea; [2]Changwon National University, Changwon, South Korea

**ThP 081** Post-Column Chiral Addition Method for the Separation and Resolution of Common Monosaccharides; Zachary Wooke[1]; Gabe Nagy[1]; Lauren Barnes[1]; Matthew Laing[1]; Nicola L. B. Pohl[1]; [1]Indiana University Bloomington, Bloomington, IN

**ThP 082** Multiplex Stable Isotope Dimethyl Labeling Coupled with MALDI-MS for Quantitative N-Glycomics; He Zhu[1]; Cheng Ma[1]; Peng George Wang[1]; [1]Georgia State University, Atlanta, GA

**ThP 083** An Investigation of Ion Adduction for Enhancing Trisaccharide Isomer Separation and Collision Cross Section Identification through TWIMS Analysis; Jessica Minnick[1]; Eric D. Dodds[1]; [1]University of Nebraska - Lincoln, Lincoln, NE

**ThP 084** Separation and Identification of Sulfated Glycosaminoglycans in Urine using Capillary



## THURSDAY POSTERS

Electrophoresis and Tandem Mass Spectrometry; Patience Sanderson[1]; Xiaorui Han[2]; Fuming Zhang[2]; Robert Linhardt[2]; I. Jonathan Amster[1]; [1]University of Georgia, Athens, GA; [2]Rensselaer Polytechnic Institute, Troy, NY

ThP 085 **A Method for the Rapid Determination of Polysaccharide Structures;** Eshani Nandita[1]; Matthew J. Amicucci[1]; Ace G. Galermo[1]; Juan J. Castillo[1]; Carlito B. Lebrilla[1]; [1]UC Davis, Davis, CA

### DATA-DEPENDENT ACQUISITION
### 086-092

ThP 086 **Deep Quantitative Phosphoproteomics by Data Independent Acquisition Mass Spectrometry;** Reta Birhanu Kitata[1]; Chia-Feng Tsai[2]; Pei-Yi Lin[1]; Wai-Kok Choong[3]; Yun-Chien Chang[1]; Bo-Shiun Chen[1,4]; Alexey I. Nesvizhskii[5]; Ting-Yi Sung[3]; Yu-Ju Chen[1]; [1]Institute of Chemistry, Academia Sinica, Taipei City, Taiwan; [2]Pacific Northwest National Laboratory, Richland, WA; [3]Institute of Information Science, Academia Sinica, Taipei City, Taiwan; [4]Department of Chemistry, National Taiwan University, Taipei City, Taiwan; [5]Department of Computational Medicine and Bioinformatics and Department of Pathology, Ann Arbor, Michigan

ThP 087 **Machine Learning on SpectroMine Results Applied to an Efficient Large-Scale Library Generation Experiment;** Lynn Verbeke[1]; Jan Muntel[1]; Timothy Man[1]; Tejas Gandhi[1]; Aljaz Baumkircher[1]; Oliver M. Bernhardt[1]; Ian Lienert[1]; Roland Bruderer[1]; Lukas Reiter[1]; [1]Biognosys AG, Schlieren, Switzerland

ThP 088 **Identification of Off-Target Protein-Small Molecule Interactions Using Cellular Thermal Shift Assay (CETSA) and Phase-Constrained Spectrum Deconvolution (ΦSDM) MS Data Acquisition;** Clifford Phaneuf[1]; Antonius Koller[2]; Konstantin Aizikov[3]; Dmitry Grinfeld[3]; Arne Kreutzmann[3]; Daniel Mourad[3]; Oliver Lange[3]; Alexander A Makarov[3]; Lilu Guo[1]; Harvey Lieberman[1]; Aharon Cohen[1]; Alexei Belenky[1]; Alexander R Ivanov[2]; [1]Sanofi, Waltham, MA; [2]Northeastern University, Boston, MA; [3]Thermo Fisher Scientific, Bremen, Germany

ThP 089 **Peptide Identification Improvement on a Trapped-Ion-Mobility quadrupole-Time-Of-Flight Mass Spectrometer (TIMS-QTOF) by Optimized Parallel Accumulation Serial Fragmentation (PASEF) Acquisition;** Markus Lubeck[1]; Jens Decker[1]; Andreas Germanus[1]; Michael Krause[1]; Stephanie Kaspar-Schoenefeld[1]; Victor Fursey[2]; Oliver Raether[1]; [1]Bruker Daltonik GmbH, Bremen, Germany; [2]Bruker Daltonics Inc., Billerica, MA

ThP 090 **Mapping Protein Interactions Using Data-Dependent Acquisition without Dynamic Exclusion;** Shen Zhang[1]; Brett Larsen[2]; Cassandra Wong[2]; Anne-Claude Gingras[2]; [1]Lunenfeld-Tanenbaum Research Institute, Sinai Health System, Toronto; [2]Lunenfeld-Tanenbaum Research Institute, Sinai Health System, Toronto, ON

ThP 091 **Development of Screening Method for Targeted and Undiscovered Per- and polyfluoroalkyl Substances in Surface Water on Q-TOF Mass Spectrometer;** Jun Xiang Lee[1]; Jie Xing[1]; Shiau Hang Tee[2]; Timothy Yan Ann Lim[3]; Zhaoqi Zhan[1]; [1]Shimadzu Asia Pacific, Singapore, Singapore; [2]School of Physical and Mathematical Sciences, Nanyang Technological University, 21 Nanyang Link SPMS-04-01, Singapore 627371, Singapore, Singapore; [3]National University of Singapore, Singapore, Singapore

ThP 092 **Mass Fractionation in the Survey Data Improve Protein Identification in Data Dependents Acquisition for Complex Proteome Samples;** Faraz Rashid[1]; Dipankar Malakar[1]; Nirpendra Singh[2]; Manoj Pillai[1]; [1]SCIEX, Gurgaon, India; [2]Advanced Technology Platform Centre,RCB, Faridabad, India

### DATA-INDEPENDENT ACQUISITION
### 093-111

ThP 093 **Quantitative Proteomic and Phosphoproteomic Elucidation of Cancer Aneuploidy;** Alison M. Taylor[1]; Wenxue Li[2]; Sejal Jain[1]; Matthew Meyerson[1]; Yansheng Liu[3]; [1]Department of Medical Oncology, Dana-Farber Cancer Institute, Boston, MA; [2]Yale Cancer Biology Institute, West Haven, CT; [3]Department of Pharmacology, Yale University School of Medicine, New Haven, CT

ThP 094 **Ultra-High Resolution 2D-FTMS for Truly DIA Analysis of Challenging Systems;** Christopher Andrew Wootton[1]; Tomos E. Morgan[1]; Bryan P. Marzullo[1]; Yuko P. Y. Lam[1]; Diana C. Palacio Lozano[1]; Alina Theisen[1]; Anisha Haris[1]; Mark P. Barrow[1]; Peter B. O'Connor[1]; [1]University of Warwick, Coventry, United Kingdom

ThP 095 **Low ppm Detection of Host Cell Proteins (HCPs) in Biotherapeutics with Optimised Orbitrap-Based UHPLC HRAM MS;** Amy J Claydon[1]; Tom Buchanan[1]; Philip J. Widdowson[1]; Janusz Debski[1]; Andrew Williamson[2]; Rowan Moore[2]; [1]Thermo Fisher Scientific, Runcorn, United Kingdom; [2]Thermo Fisher Scientific, Hemel Hempstead, United Kingdom

ThP 096 **Accelerating DIA Studies to Extend Workflow Utility, Using Ultra-Fast Microflow LC Gradients;** Christie Hunter[1]; Nick Morrice[2]; Zuzana Demianova[3]; [1]SCIEX, Redwood City, CA; [2]SCIEX, Warrington, United Kingdom; [3]SCIEX, Darmstadt, Germany

ThP 097 **SWATH-MS for Quantification of Mass Isotopologue Distribution of Cellular Metabolites and Fragments Labeled with Isotopic 13C Carbon in Cyanobacteria;** Damini Jaiswal[1]; Charulata B Prasannan[1,2]; John I Hendry[1]; Pramod P Wangikar[1,2,3]; [1]Department of Chemical Engineering,Indian Institute of Technology Bombay, Mumbai, India; [2]DBT-Pan IIT Center for Bioenergy, Indian Institute of Technology Bombay, Mumbai, India; [3]Wadhwani Research Center for Bioengineering, Indian Institute of Technology Bombay, Mumbai, India

ThP 098 **Designing Data Independent Acquisition Methods for Orbitrap Instruments;** Léon Reubsaet[1,2]; Michael Sweredoski[2]; Annie Moradian[2]; Spiros D Garbis[2]; [1]Department of Pharmaceutical Chemistry, School of Pharmacy, University of Oslo, Oslo, Norway; [2]California Institute of Technology, Pasadena, CA

ThP 099 **Rapid Proteome Analysis with Data-Independent Acquisition and Super-Rsolution Orbitrap Mass Spectrometry;** Florian Meier[1]; Arne Kreutzmann[2]; Daniel Mourad[2]; Konstantin Aizikov[2]; Dmitry Grinfeld[2]; André C Michaelis[1]; Oliver Lange[2]; Alexander A Makarov[2]; Matthias Mann[1,3]; [1]Max Planck Institute of Biochemistry, Martinsried, Germany; [2]Thermo Fisher Scientific, Bremen, Germany; [3]NNF Center for Protein Research University of Copenhagen, Copenhagen, Denmark

ThP 100 **Assessment of Type 2 Diabetes Based upon Quantification of Plasma Proteomes;** Zhilong Lin[1,2]; Guixue Hou[1,2]; Siqi Li[1,2]; Rongli Zhao[1,2]; Huanzi Zhong[1,2]; Fangming Yang[1,2]; Hyanming Yang[1,3]; Siqi Liu[1,2]; Yan Ren[1,2]; [1]BGI-Shenzhen, Shenzhen, China; [2]China National GeneBank, Shenzhen, China; [3]James D. Watson Institute of Genome Sciences, Hangzhou, China

ThP 101 **Identification and Quantification of Host Cell Proteins in Recombinant Therapeutic Proteins Using Data-Independent Acquisition Mass Spectrometry;** Hongbin Zhu[1]; David Keire[1]; Hongping Ye[1]; [1]FDA, St. Louis, MO

ThP 102 **Cysteine-DIA – the Use of Cysteine-Containing Peptides to Increase the Protein Coverage in DIA;** Muhammad Tahir[1]; Arkadiusz Nawrocki[1]; Martin Røssel Larsen[1]; [1]Department of Biochemistry and Molecular Biology, University of Southern Denmark, Odense, Denmark



## THURSDAY POSTERS

**ThP 103** **Effect of Aerobic Exercise on PBMC Protein Profile in Insulin Resistant (IR) and Insulin Sensitive (IS) Participants;** Kevin Paul Erazo Castillo[1]; Sara Ahadi[1]; Kevin Contrepois[1]; Fredrik Edfors[1]; Daniel Hornburg[1]; Si Wu[1]; Francois Haddad[1]; Michael Snyder[1]; [1]*Stanford University, Stanford, CA*

**ThP 104** **Characterization of the Insolublome in Aging and Age-related Diseases Using Mass Spectrometry with Data-Independent Acquisitions (DIA/SWATH);** Xueshu Xie[1]; Manish Chamoli[1]; Dipa Bhaumik[1]; Kathleen Dumas[1]; Renuka Sivapatham[1]; Suzanne Angeli[1]; Anja Holtz[1]; Julie Andersen[1]; Birgit Schilling[1]; Gordon J. Lithgow[1]; [1]*Buck Institute, Novato, CA*

**ThP 105** **Elucidation of Organic Micropollutants Biodegradation Using Data-Independent Acquisition as Part of a Drinking Water Filter Process;** Morgan Solliec[1]; Veronika Storck[1]; Benoit Barbeau[1]; [1]*Polytechnique Montréal, Montréal, QC*

**ThP 106** **Relative Quantitation of Aqueous Humor Proteins in a Juvenile Rabbit Model of Lensectomy Using Data Dependent and Data Independent Acquisition;** Theodore R. Keppel[1]; Jonalhon B. Young[1]; Christine M.B. Skumatz[1]; Alexander E. Salmon[1]; Rebekah L. Gundry[1]; Iris S. Kassem[1]; [1]*Medical College of Wisconsin, Milwaukee, WI*

**ThP 107** **Employing Scanning SWATH to Support High Flow Proteomics Sample Acquisition;** Nic Bloomfield[1]; Gordana Ivosev[1]; Fras Wasim[1]; Stephen Tate[1]; Christoph B Messner[2]; Vadim Demichev[2]; Spyros Vernardis[2]; [1]*SCIEX, Concord, ON;* [2]*The Francis Crick Institute, London, United Kingdom*

**ThP 108** **HLA-DO / H2-O Modulates the Diversity of the MHC class II Self Peptide Repertoire;** Padma P Nanaware[1]; Mollie M Jurewicz[1]; John D Leszyk[1]; Scott A Shaffer[1]; Lawrence Stern[1]; [1]*University of Massachusetts Medical School, Worcester, MA*

**ThP 109** **Targeted Detection of Enzyme Active-site Peptides via Data-Independent Selective Infrared Multiphoton Dissociation Liquid Chromatography/Mass Spectrometry;** Nicholas Borotto[1]; Melanie Cheung-See-kit[1]; Chunyi Zhao[1]; Andrew H. Lowell[1]; Jennifer Schmidt[1]; Kinshuk Srivastava[3]; Brandon T. Ruotolo[4]; David H. Sherman[1]; Brent R Martin[4]; Kristina Hakansson[1]; [1]*University of Michigan, Ann Arbor, MI;* [2]*University of Michigan, Ann Arbor, Michigan;* [3]*University of Michigan, Ann Arbor, MI;* [4]*Univerisy of Michigan, Ann Arbor, MI*

**ThP 110** **Use of DIA SWATH to Determine the Operational Envelope of a Synthetic Gene Circuit in Vibrio Natriegens;** Mary Ashley Rimmer[1]; W Judson Hervey, Iv[2]; Dagmar H Leary[2]; Robert G Egbert[3]; Enoch Yeung[4]; Gary J Vora[2]; [1]*NRC Post-doctoral Fellow, US Naval Research Laboratory, Washington, D.C.;* [2]*Center for Bio/Molecular Science & Engineering, US Naval Research Laboratory, Washington, D.C.;* [3]*Pacific Northwest National Laboratory, Richland, WA;* [4]*University of Santa Barbara, Santa Barbara, CA*

**ThP 111** **Fiber Supplements Induce Protein Variation on a Diverse Cohort: A Pilot Study;** Jeniffer Quijada[1]; Samuel M. Lancaster[1]; Brittany Ann Lee[1]; Daniel Hornburg[1]; Sara Ahadi[1]; Si Wu[1]; Michael Snyder[1]; [1]*Stanford University School of Medicine, Stanford, CA, 94305*

### DISEASE BIOMARKERS II
112-130

**ThP 112** **Capillary Electrophoresis-Mass Spectrometry-Based Identification of Unique Metabolic Profiles in Neurodegenerative Clinical Samples;** Kaylie I Kirkwood[1]; Tharani Sabaretnam[2]; Gilles J Guillemin[2]; David C Muddiman[1]; [1]*North Carolina State University, Raleigh, NC;* [2]*Macquarie University, Sydney, NSW, Australia*

**ThP 113** **Identification of Candidate Biomarkers for Early Prediction of Prostate Cancer Progression Using Targeted Proteomics on Organ-confined Primary Tumors;** Yuqian Gao[1]; Yi-Ting Wang[1]; Hui Wang[1]; Denise Young[2]; Yongmei Chen[2]; Yingjie Song[2]; Athena A. Schepmoes[1]; Thomas L. Fillmore[1]; Tujin Shi[1]; Wei-Jun Qian[1]; Richard D. Smith[1]; Sudhir Srivastava[3]; Jacob Kagan[3]; Albert Dobi[2]; Inger L. Rosner[2]; Isabell A. Sesterhenn[4]; Shiv Srivastava[2]; Gyorgy Petrovics[2]; Karin D. Rodland[1]; Jennifer Cullen[2]; Tao Liu[1]; [1]*Pacific Northwest National Laboratory, Richland, WA;* [2]*Walter Reed National Military Medical Center, Bethesda, MD;* [3]*National Cancer Institute, Bethesda, MD;* [4]*Joint Pathology Center, Silver Spring, MD*

**ThP 114** **Early Detection Hepatocellular carcinoma via MRM-MS with a Serum Protein-based Multi-marker panel: A Large-Scale Multicenter study;** Injoon Yeo[1]; Hyunsoo Kim[2, 3, 4]; Ji Hyeon Lee[5]; Young-Suk Lim[6, 7]; Youngsoo Kim[2, 5, 6]; [1]*Departments of Biomedical Engineering, Seoul National University College of Medicine, Seoul, South Korea;* [2]*Departments of Biomedical Engineering, Seoul National University College of Medicine, Jongro-gu, South Korea;* [3]*Department of Biomedical Sciences, Seoul National University College of Medicine, Seoul, South Korea;* [4]*Institute of Medical and Biological Engineering, Medical Research Center, Seoul National University College of Medicine, Seoul, South Korea;* [5]*Department of Biomedical Sciences, Seoul National University College of Medicine, Jongro-gu, South Korea;* [6]*Department of Gastroenterology, University of Ulsan College of Medicine, Seoul, South Korea;* [7]*Liver center, Asan Medical Center, Seoul, South Korea;* [8]*Institute of Medical and Biological Engineering, Medical Research Center, Seoul National University College of Medicine, Jongro-gu, South Korea*

**ThP 115** **LESA Sampling of Human Non-Alcoholic Fatty Liver Disease Tissue for the Profiling of Liver Fatty Acid Binding Protein;** James W Hughes[1]; Iain B Styles[1]; Patricia F Lalor[1]; Helen J Cooper[1]; [1]*University of Birmingham, Birmingham, United Kingdom*

**ThP 116** **Top-Down Mass Spectrometry of Appendix Derived Synuclein Proteoforms and Their Role in Parkinson Disease;** Bryan A Killinger[1]; Zachary Madaj[1]; Jacek W Sikora[2]; Nolwen Rey[1, 3]; Alec J Haas[1]; Yamini Vepa[1]; Daniel Lindqvist[4, 5]; Honglei Chen[6]; Paul M Thomas[2]; Patrik Brundin[1]; Lena Brundin; Neil L Kelleher[2]; Viviane Labrie[1, 7]; [1]*Center for Neurodegenerative Science, Van Andel Research Institute, Grand Rapids, Michigan;* [2]*Proteomics Center of Excellence, Northwestern University, Chicago, ILLINOIS;* [3]*Paris-Saclay Institute of Neuroscience, Centre National de la Recherche Scientifique, Gif-sur-Yvette, France;* [4]*Department of Clinical Sciences, Psychiatry, Faculty of Medicine, Lund University, Lund, Sweden;* [5]*Psychiatric Clinic, Lund, Division of Psychiatry, Lund, Sweden;* [6]*Department of Epidemiology and Biostatistics, College of Human Medicine, Michigan State University, East Lansing, Michigan;* [7]*Centre for Addiction and Mental Health, Toronto, Ontario*

**ThP 117** **Identifying Neoantigens for Personalized Cancer Vaccines by Personalized de novo Peptide Sequencing;** Rui Qiao[1]; Ngoc Hieu Tran[1]; Lei Xin[3]; Xin Chen[2]; Baozhen Shan[2]; Ming Li[1]; [1]*University of Waterloo, Waterloo, ON;* [3]*Bioinformatics Solutions Inc., Waterloo, ON*

**ThP 118** **Novel Method for Screening of ADA-SCID in DBS, in Addition to 2nd Tier Methodology;** Jessica B Hendricks; *Centers for Disease Control and Prevention, Atlanta, GA*

**ThP 119** **Sex-Specific Protein Differences Linked to Alzheimer's Disease Risk Uncovered by a Coexpression-Regression Framework;** Erica S Modeste[1]; Duc M Duong[1]; James J. Lah[2]; Allan I. Levey[2]; Aliza Wingo[3]; Thomas S Wingo[2, 4]; Nicholas T. Seyfried[1, 2]; [1]*Department of Biochemistry, Emory University, Atlanta, GA;* [2]*Department*



of Neurology, Emory University, Atlanta, GA; [3]Department of Psychiatry and Behavioral Sciences, Emory University, Atlanta, Georgia; [4]Department of Human Genetics, Emory University, Atlanta, GA

ThP 120 **Examining the Relationship between Diabetic Pregnancies and Kidney Disease in Offspring Using Urine Proteomics;** Paulos Chumala[1]; Tess Kelly[1]; Brooke Thompson[1]; Robin Erickson[1]; Joshua Lawson[1]; Roland Dyck[1]; George S. Katselis[1]; [1]University of Saskatchewan, Saskatoon, SK

ThP 121 **Combined Proteomic Analysis of Tissue and Matched Non-Depleted Serum in Identifying Potential Biomarkers for the Early Diagnosis of Prostate Cancer;** Antigoni Manousopoulou[1]; Margaritis Avgeris[2]; Brett Lomenick[3]; Stavros Tyritzis[4]; Andreas Scorilas[2]; Michael J. Sweredoski[3]; Annie Moradian[3]; Spiros D. Garbis[3]; [1]City of Hope, Duarte, CA; [2]University of Athens, Athens, Greece; [3]California Institute of Technology, Pasadena, CA; [4]Karolinska Institutet, Department of Oncology-Pathology, Stockholm, Sweden

ThP 122 **A Rapid, Solid-Phase Slide Approach for N-Glycan Profiling of Serum and Other Biofluids Using MALDI Imaging Mass Spectrometry Workflows;** Calvin Blaschke[1]; Alyson Black[1]; Connor A West[1]; Peggi M Angel[1]; Anand Mehta[1]; Richard R Drake[1]; [1]Medical University of South Carolina, Charleston, SC

ThP 123 **Proteomics-Based Identification of Biomarkers for Non-Alcoholic Fatty Liver Disease;** Bhuvaneswari Palaniappan[1]; Janakipriya U Kathirvelu[1]; Esther E Jebarani[1]; Adaikkalam Vellaichamy[1]; [1]Anna University, Chennai, India

ThP 124 **Influence of Traumatic Brain Injury on Bile Acid Profiles in the Brains of Rats;** Amy N. W. Schnelle[1]; Luke T. Richardson[2]; Fabrizio Donnaruma[3]; Ashok K. Shetty[4]; Kermit K Murray[3]; Touradj Solouki[2]; [1]Baylor University, Waco; [2]Baylor University, Waco, TX; [3]Louisiana State University, Baton Rouge, LA; [4]Texas A&M Health Science Center, Temple, TX

ThP 125 **The Role of Extracellular Matrix in Mouse and Human Corneal Neovascularization;** Cinzia Magagnotti[1]; Marco Barbariga[1]; Fabiana Vallone[1]; Ettore Mosca[2]; Philippe Fonteyne[1]; Federica Chiappori[2]; Luciano Milanesi[2]; Paolo Rama[1]; Giulio Ferrari[1]; Annapola Andolfo[1]; [1]OSR, Milan, Italy; [2]CNR, Milan, Italy

ThP 126 **The Role of Lipids in the Inception, Maintenance and Complications of Dengue Virus Infection;** Carlos Fernando Odir Rodrigues Melo[1]; Jeany Delafiori[1]; Mohamad Ziad Dabaja[1]; Diogo Noin de Oliveira[1]; Tatiane Melina Guerreiro[1]; Tatiana Elias Colombo[2]; Maurício Lacerda Nogueira[2]; Jose Luiz Proenca-Modena[3,4]; Rodrigo Ramos Catharino[1]; [1]Innovare Biomarkers Laboratory, Campinas, Brazil; [2]School of Medicine from São José do Rio Preto, São José do Rio Preto, Brazil; [3]Laboratory of Study of Emerging Viruses, Campinas, Brazil; [4]Bioagents, Campinas, Brazil

ThP 127 **A Multi-Omics Approach to Investigate the Plasma Proteome and Determine the Mechanistic Processes Involved in Different Respiratory Disease Conditions;** Chris Hughes[1]; Lee Gethings[1]; Adam King[1]; Robert Plumb[2]; [1]Waters, Wilmslow, United Kingdom; [2]Waters Corporation, Milford, MA

ThP 128 **Corrections for Racemization of L- and G-Glutamic Acid during 150°C Vapor-Phase Acid Hydrolysis Using differentially Labelled Internal Standards;** Adrian R Woolfitt[1]; Anne E Boyer[1]; Maria I Solano[1]; Renato Lins[2]; John R. Barr[1]; [1]CDC, Atlanta, GA; [2]Battelle Atlanta Analytical Services, Atlanta, GA

ThP 129 **Primary Metabolomic and Lipidomics Profiling of Blood Plasma of Pregnant Patients with Systemic Lupus Erythematosus;** Eun Mi Lee[1]; Seung Mi Lee[2]; Soo Jin Park[1]; Joong Shin Park[2]; Do Yup Lee[1]; [1]Kookmin University,

Seoul, South Korea; [2]Seoul National University College of Medicine, Seoul, South Korea

ThP 130 **Improving the Diagnosis, Treatment, and Prevention of Diseases through Accurate and Reliable Laboratory Measurements with CDC Clinical Standardization Programs;** Uliana Danilenko[1]; Otoe Sugahara[1]; Nasim Khoshnam[1]; Lynn Collins[1]; Krista Poynter[1]; Ashley Ribera[1]; Candice Ulmer[1]; Hui Zhou[1]; Hubert W Vesper[1]; [1]CDC, Atlanta, GA

## DRUG DISCOVERY/DMPK/ADME II
### 131-152

ThP 131 **Development of a Liquid Chromatography-Tandem Mass Spectrometry Method for the Quantitation of 5-Fluorouracil in Plasma;** Mingming Wang[1]; Deping Cheng[1]; [1]Alliance Pharma Inc, Malvern, PA

ThP 132 **Identification of Potential Reactive Metabolite Protein Adducts Using a LC-MS Based Non-Targeted Global Metabolic Profiling Approach;** Xiaomeng Shen[1]; zhican wang[1]; Ruta Phadnis[1]; Dan A Rock[1]; Brooke M Rock[1]; [1]Amgen Inc., South San Francisco, CA

ThP 133 **Unique Cysteine Conjugate Cyclization to Form Thiazolidine Metabolite of ABBV-4083;** Jianwei Shen; AbbVie Inc., North Chicago, IL

ThP 134 **Leaching of a Plasticizer from Rubber Stoppers in Injectable Packaging Systems;** Travis M Falconer[1]; Allison M Taylor[1]; [1]US Food & Drug Administration, Cincinnati, OH

ThP 135 **Tandem Mass Spectrometry Molecular Networking as a Strategy on Analyzing One-Pot Combinatorial Synthesis;** Jiving Pei[1]; Hsin-Hsiang Chung[2]; Chih-Yao Kao[2]; Tsung-Shing Andrew Wang[2]; Cheng-Chih Hsu[2]; [1]Guangxi University, Nanning, China; [2]Department of Chemistry, National Taiwan University, Taipei, Taiwan

ThP 136 **A Sensitive and Selective LC-UV-MS Method for Determining Genotoxic Impurities in Drugs;** Sylvia Grosse[1]; Mauro De Pra[1]; Frank Steiner[1]; Kai Scheffler[1]; Martin Samonig[1]; [1]Thermo Fisher Scientific, Germering, Germany

ThP 137 **Quantitation of a Novel EphA2-Antibody Directed Nanotherapeutic in Tumor Bearing Mice by LC-MS/MS Analysis;** Sarah A Schihl[1]; John H Wilton[1]; Andrew Sawyer[2]; Alexander Koshkaryev[2]; James Suchy[2]; Daryl C Drummond[2]; [1]Roswell Park Comprehensive Cancer Center, Buffalo, NY; [2]Merrimack Pharmaceuticals, Cambridge, MA

ThP 138 **Assessing the Similarity between Non-biological Complex Drugs (NBCDs) by Using High Dimensional LC-MS Data Coupling with Hypothesis Testing;** Pin-hsuan Wang[1]; Hsin-yi Wu[2]; Chia-Lung Shih[1]; Victor Zgoda[3]; Mi-Chia Ma[4]; Chin-Shang Li[5]; Lung-Cheng Lin[6]; Pao-Chi Liao[1]; [1]Department of Environmental and Occupational Health, College of Medicine, National Cheng Kung University, Tainan, Taiwan; [2]Mass Spectrometry Division, Instrumentation Center, College of Science, National Taiwan University, Taipei, Taiwan; [3]Orekhovich Institute of Biomedical Chemistry, Moscow 119121, Russia, Moscow, Russia; [4]Department of Statistics, National Cheng Kung University, Tainan, Taiwan; [5]School of Nursing, The State University of New York, University at Buffalo, NY; [6]ScinoPharm Taiwan, Ltd., Tainan, Taiwan

ThP 139 **Limited Proteolysis Coupled to Mass Spectrometry, a Novel Drug Target Deconvolution Strategy;** Nigel Beaton[1]; Roland Bruderer[1]; Ilaria Piazza[2]; Paola Picotti[2]; Lukas Reiter[1]; [1]Biognosys AG, Schlieren, Switzerland; [2]ETH Zurich, Zurich, Switzerland

ThP 140 **Determination of Erythrocyte Membrane-Coated IR780 and DTX co-loading Polymeric Nanoparticles by LC-MSMS after Oral Administration in Rats;** Qian Yang[1]; Li Xiang[2]; [1]School of Pharmacy, Chengdu Medical College, Chengdu, China; [2]PerkinElmer, Chengdu, China



ThP 141 Generic LC-MS Based Drug Assay to Measure Multiple Checkpoint Modulator Nanobody Levels in Mouse Syngeneic Tumor Models; Rameh Hafezi[1]; Anandi Sawant[2]; Grigori Ermakov[1]; Daniela Tomazela[3]; Xibei Dang[1]; Dewan Hossain[2]; Alissa Chackerian[2]; Jeanne Baker[3]; Edward Bowman[2]; Wolfgang Seghezzi[1]; Maribel Beaumont[1]; [1]Department of Bioanlytics; PPDM, Merck & Co. Palo Alto, CA; [2]Department of Discovery Oncology, Merck & Co, Palo Alto, CA; [3]Department of Biology Discovery; CBLSO, Merck & Co, Palo Alto, CA

ThP 142 Sub-pico gram Level Quantitation of Tiotropium Using the SCIEX Triple Quad™ 6500+ LC-MS/MS System; Rajendra Prasad Thatipamula[1]; Dilipkumar Reddy Kandula[1]; Manoj Pillai[1]; Darshan Engineer[2]; Chandrika Nippani[2]; Salman Bagwan[2]; Bobby Virasingh[2]; [1]SCIEX INDIA, Gurugram, India; [2]Phenomenex India Pvt Ltd, Hyderabad, India

ThP 143 Quantification of Barnidipine in Human plasma usingTargeted LC-MS/MS; Chandrasekar Madhappan[1]; Dilipkumar Reddy Kandula[1]; Manoj Pillai[1]; [1]SCIEX INDIA, Gurugram, India

ThP 144 UHPLC-MS-MS Quantification of EC-18 in Rat, Dog and Monkey Plasma and Lymph and Human Plasma, and its Absorption and Pharmacokinetics; Soyoun Ahn[1]; Ho-Hyun Yang[2]; Dong-Sub Jung[1]; Chang-Hyun Yoo[1]; Jae-Yong Lee[2]; Byoung-Gon Moon[1]; Do Young Lee[1]; Ki Young Sohn[1]; [1]Enzychem Lifesciences, Seoul, South Korea; [2]L2 Science Co., Ltd, Ansan, South Korea

ThP 145 An Ultrasensitive sub pg/mL Analysis of Tiotropium in Human Plasma by LC-MS/MS Using a Simple and Straight Forward Approach; Henk Van Der Lijke[1]; Benjamin Steenge[1]; Ben van Baar[1]; [1]QPS Netherlands B.V., Groningen, Netherlands

ThP 146 Application of Affinity Selection Mass Spectrometry in High-Throughput Binder Confirmation; Eric Shi[1]; Cynthia Chiu[1]; Steve Skinner[1]; Jeffrey Messer[1]; Eleanor Watts[1]; Joseph Franklin[1]; Jennifer Summerfield[1]; Kenneth Lind[1]; Cecil Rise[1]; Gang Yao[1]; [1]GSK, Cambridge, MA

ThP 147 Evaluation of HRMS for Integrated Qualitative and Quantitative Analysis of Uridine and Its Metabolites in Adipocyte, Macrophage and Glioblastoma Cells; Anthony Triola[1]; Eloisa Franco[1]; Vedanga Arekar[1]; Yuriko Root[1]; Anima Ghosal[1]; Dil Ramanathan[1]; [1]Kean University, Union, NJ

ThP 148 Bioanalysis of Tegaserod and Its Acyl Glucuronide Metabolite-M29.0 in Human Plasma (K2-EDTA) by LC–MS/MS; Zhixin Miao[1]; Jeffrey Gus[1]; Cynthia Carrasco[1]; Edward Wells[1]; [1]Worldwide Clinical Trials, Austin, TX

ThP 149 Ultra-Fast Analysis of Intact Proteins Using SPE-TOF; Caroline S. Chu[1]; Andy Gleschen[3]; Kevin McCann[3]; [1]Agilent Technologies, Santa Clara, CA; [2]Agilent Technologies, Inc., Santa Clara, CA; [3]Agilent Technologies, Wood Dale, IL

ThP 150 LC-MS/MS with In-Source Collision Induced Dissociation for Direct Measurement of the 21 kDa Dendrimer Prodrug OP-101 in Human Urine; Dale Schoener[1]; Jeff Cleland[2]; Forrest Helfrich[1]; Karla Read[1]; Jennifer Zarzoso[1]; Rangaramanujam M. Kannan[2, 3]; Mike Buonarati[1]; [1]Infetek Pharmaceutical Services, San Diego, CA; [2]Orpheris, Redwood City, CA; [3]Center for Nanomedicine, Johns Hopkins School of Medicine, Baltimore, MD

ThP 151 High Sensitivity Identification of Drug Metabolites with Increasing Ionization Efficiency using A Novel LC-ESI Interface and Q-TOF; Yohei Arao[1]; Jeff Dahl[1]; Yuka Fujito[1]; [1]Shimadzu Scientific Instruments, Inc., Columbia, Maryland

ThP 152 Cytochrome P450 Reaction Phenotyping by Targeted/ Non-targeted Metabolomics Workflow and Accurate Mass and High Resolution LC-QTOF-MS; Wei Chen[1]; Bih Hsu[1]; Patrick Lin[1]; Xuejun Peng[2]; Guillaume Tremintin[2]; [1]Pharmaout Laboratory Inc., Fremont, CA; [2]Bruker Daltonics, San Jose, CA

## DRUG METABOLISM: QUANTITATIVE ANALYSIS
### 153-159

ThP 153 Rapid and Sensitive Quantitation of4-(Methylnitrosamino)-1-(3-Pyridyl)-1-Butanone (NNK) and 4-(Methylnitrosamino)-1-(3-Pyridyl)-1-Butanol(NNAL) in Rat Tissues using UPLC-ESI-MS/MS; Estatira Sepehr[1]; Qiangen Wu[1]; Matthew S. Bryant[1]; [1]Division of Biochemical Toxicology, National Center for Toxicological Research, US Food and Drug Administration, Jefferson, AR

ThP 154 Strategies to Improve Stability of Glucuronide Metabolites During Extraction: A Case Study of Morphine Bioanalysis by LC-MS/MS; Moo-young Kim[1]; Sara Clemens[1]; Fumin Li[1]; [1]PPD, Middleton, WI

ThP 155 Development and characterization of an enzyme formulation for sulfatase and glucuronidase hydrolysis in a single step; Jose Luis Callejas[1]; Jack Andrews[1]; Maria Nunez[1]; [1]Kura Biotec, Rancho Dominguez, CA

ThP 156 Evaluation of msWing, a Novel Microsampling Device, for Rodent Serial Sampling in Toxicokinetic Studies; Lingling Xue[1]; Ming Wang[1]; Michelle Mulholland[2]; Jack Valentine[2]; Kathy Keebler[2]; Brian Hange[2]; Justina Thomas[1]; Janet Oscar[2]; Yang Xu[1]; Guangping Bi[1]; Ken Anderson[1]; Suman Mukherjee[2]; James Schiller[1]; [1]Merck & Co. Inc.; Pharmacokinetics Pharmacodynamics and Drug metaboilsm; West Point, Pennsylvania 19486, West Point, PA; [2]Merck & Co. Inc.; Safety Assessment and Laboratory Animal Resources; West Point, Pennsylvania 19486, West Point, PA

ThP 157 Evaluation of Lidocaine Content and Delivery from Latex Elastrator Bands Using LC-MS, GC-MS and HPLC Techniques; James Saville[1]; Tyler Trefz[1]; Ori Granot[1]; Nick Allan[2]; Merle Olson[2]; Richard Terry[3]; Jeremy E. Wulff[1]; [1]University of Victoria, Chemistry Department, Victoria, BC; [2]Chinook Contract Research Inc., Airdrie, AB; [3]Richard Terry Innovations LLC., Conyers, GA

ThP 158 Determining Pharmacokinetics of Cysteamine Using Polly QuantFit: An automated and Rapid Absolute Quantification Workflow; Swetabh Pathak[1]; Raghav Sehgal[1]; Surbhi Poddar[1]; Shubham Agarwal[1]; Taranjyot Singh[1]; Shefali Lathwal[1]; Abhishek Jha[2]; Shawn M. Davidson[3]; [1]Elucidata, Delhi, India; [2]Elucidata, Cambridge, MA; [3]Princeton University, Princeton, NJ

ThP 159 Comparison of Multiple Steroid Profiles between Plasma and Serum from Post Menopausal Women Using Validated LC-MS/MS Methods; Yuyong Ke[1]; Alain Dury[1]; Claude Labrie[1]; fernand labrie[1]; [1]EndoCeutics, Quebec, QC

## ELEMENTAL ANALYSIS: ICP/MS
### 160-175

ThP 160 Novel Diagnosis Technique for Identification of Asbestos Fibres in Mesothelioma Samples Using LA-ICP-MS Imaging; Oana M Voloaca[1]; Laura M Cole[1]; Malcolm R Clench[1]; Calum Greenhalgh[2]; Amy J Managh[2]; Sarah Haywood-Small[1]; [1]Sheffield Hallam University, Sheffield, United Kingdom; [2]Loughborough University, Loughborough, United Kingdom

ThP 161 Evaluation of Heavy Metal Migration from Different Types of Plastic Food Packaging Materials into Aqueous Simulants Using ICP-MS; Raymond Li[1]; Xinrong Lee[2]; Zhaoqi Zhan[3]; [1]Shimadzu Asia Pacific, Singapore, Singapore; [2]National University of Singapore, Singapore, Singapore; [3]Shimadzu (Asia Pacific) Pte Ltd, Singapore, Singapore

ThP 162 Fast ICP-MS Method for Determination of Heavy Elements in Different Types of Food Matrices; Raymond Li[1]; Zhaoqi Zhan[2]; [1]Shimadzu Asia Pacific, Singapore,


Singapore; [2]Shimadzu (Asia Pacific) Pte Ltd, Singapore, Singapore

**ThP 163 Sensitive and Accurate Metalloproteome Analysis from Respiration Complexes of Anaerobically Respiring Microorganisms;** Rohit Budhraja[1]; Lorenz Adrian[1]; [1]Helmholtz Centre for Environmental Research GmbH - UFZ, Leipzig, Germany

**ThP 164 A Novel ICP-MS/MS Approach for the Analysis of Vanadium in Glucose Magnesium Sulfate Injection to Meet the Requirement of USP<232>/<233>;** Grace Lu[1]; Xiangcheng zeng[2]; Donna Hsu[3]; [1]Baxter Healthcare (Suzhou) Co. Ltd, Suzhou, China; [2]Agilent Technologies, China, Shanghai, China; [3]Agilent Technologies, Taipei, Taiwan

**ThP 165 Detection of Iron Nanoparticles in Chemical Reagents used in Semiconductor Manufacturing Using spICP-MS;** Chia-Chin Donna Hsu[1]; Yoshinori Shimamura[2]; Yen-Ying Brian Liao[1]; Chun-Hua Chen[4]; Ching-Heng Jones Hsu[5]; Michiko Yamanaka[2]; Chiu-Hun Su[4]; [1]Agilent Technologies, Taoyuan City, Taiwan; [2]Agilent Technologies, Hachioji City, Japan; [3]Agilent Technologies, Taoyuan City, Taiwan; [4]Industrial Technology Research Institute, Hsinchu County, Taiwan; [5]BASF, Taoyuan City, Taiwan

**ThP 166 Certification of a New Ambient-Level Hexavalent Chromium Reference Standard Material in Soil Matrix;** James Henderson[1]; Lauren Stubbert[1]; Matt Pamuku[2]; Teresa Switzer[3]; Vasile Purdui[3]; Larry Tucker[4]; Bob O'Brien[5]; H. m. Skip Kingston[1]; [1]Duquesne University, Pittsburgh, PA; [2]Applied Isotope Technologies, Pittsburgh, PA; [3]Ministry of Environment and Climate Change, Toronto, Ontario; [4]Metrohm USA, Riverview, FL; [5]Sigma Aldrich Company, St. Louis, MO

**ThP 167 Assessment of Hazard Index and Cancer Risk for Electroplating Workers Exposed to Multiple Metals;** Chiung-Yu Peng[1]; Te-Cheng Wu[2]; Jun-Ru Lee[1]; [1]Kaohsiung Medical University, Kaohsiung, Taiwan; [2]Kaohsiung Medical University, Kaohsiung, Taiwan

**ThP 168 A Novel Approach to Elemental Imaging: Laser Ablation – Inductively Coupled Plasma – Orbitrap Mass Spectrometry;** Mikhail Belov[1]; Lothar Rottmann[2]; [1]Thermo Fisher Scientific (Bremen), Bremen, Germany; [2]Thermo Fisher Scientific, Bremen, Germany

**ThP 169 Pyrrole-based Conductive Polymers for Determination of Divalent Heavy Metals in Water Using ICP/MS;** Ahmad Rohanifar[1]; Niloofar Alipourasiabi[2]; Govind Sharma Shyam Sunder[1]; Joseph G. Lawrence[2]; Jon R. Kirchhoff[1]; [1]Department of Chemistry and Biochemistry, College of Natural Sciences and Mathematics, University of Toledo, Toledo, Ohio; [2]Department of Chemical and Environmental Engineering, College of Engineering, University of Toledo, Toledo, OH

**ThP 170 Inductively Coupled Plasma Mass Spectrometry (ICP-MS) for the Analysis of the Spatial Distribution of Trace Elements in Biological Systems;** Daniel J. Kutscher[1]; Georgina Thyssen[2]; Sabrina O. Antonio[3]; Shona McSheehy Ducos[2]; [1]Thermo Fisher Scientific, Bremen, Germany; [2]Thermo Fisher Scientific, Bremen, Germany; [3]Thermo Fisher Scientific, Sunnyvale, CA

**ThP 171 Ionization Efficiencies of Low-Pressure Plasmas for Planetary Trace Elemental Analysis;** Mazdak Taghioskoui[1]; Ricardo Arevalo[2]; Benjamin Farcy[2]; Mehdi Benna[3,4]; William McDonough[2]; William B. Brinckerhoff[3]; [1]Trace Matters Scientific LLC, Somerville, MA; [2]University of Maryland, College Park, MD; [3]NASA Goddard Space Flight Center, Greenbelt, MD; [4]University of Maryland Baltimore County, Baltimore, MD

**ThP 172 The Use of LA-ICP-MS and Related Techniques for the Analysis of Essential Elements in Plant Tissue;** Joseph D Ready[1]; Callie Seaman[1]; Kathryn Knight[2]; Catherine Duckett[1]; Malcolm R Clench[1]; Neil Bricklebank[1]; [1]Sheffield

Hallam University, Sheffield, United Kingdom; [2]Croda International Plc, Goole, United Kingdom

**ThP 173 Reduction of Isobaric Interferences in Elemental Detection of Fluorine via Post-Plasma Chemical Ionization;** Joseph Lesniewski[1]; Kunyu Zheng[1]; Kaveh Jorabchi[1]; [1]Georgetown University, Washington, DC

**ThP 174 Developing New Simulation Strategies to Account for Space Charge in ICP-MS;** Hamid Badiei[1]; Serguei Savtchenk[1]; Bohdan Atamanchuk[1]; Dickson Cheung[1]; Paul B Farnsworth[2]; Jessica Larsen[2]; [1]PerkinElmer Inc., Woodbridge, ON; [2]Brigham Young University, Provo, Utah

**ThP 175 Estimation of Heavy Metals in Processed Fruit Products Using Shimadzu Inductively Coupled Plasma-Mass Spectrometry;** Sampada Khopkar[1]; Mangesh Pawar[1]; Amol Shinde[1]; Pratap Rasam[1]; Ajit Datar[1]; Jitendra Kelkar[1]; [1]Shimadzu Analytical (India) PVT LTD, Mumbai, India

**ELEMENTAL ANALYSIS: ISOTOPE RATIO MS**
**176**

**ThP 176 Determination of Carbon, Hydrogen and Nitrogen Stable Isotope Ratios of Nicotine and Its Application for Identification the Source of Nicotine;** Shulei Han[1]; Huan Chen[1]; Ya'ning Fu[1]; Tong Liu[1]; Hongjuan Wang[1]; Hongwei Hou[1]; Qingyuan Hu[1]; [1]China National Tobacco Quality Supervision & Test Centre, Zhengzhou, China

**EXPOSOMICS METHODOLOGIES AND RESEARCH RESULTS**
**177-181**

**ThP 177 Adductomics: What are the Potential Sites of DNA Attack by N-Acetyl-P-Benzoquinone Imine (NAPQI) and Benzoquinone?;** Siqi Li[1]; Michael Leeming[1]; Bun Chan[2]; Richard A. J. O'hair[3]; [1]University of Melbourne, Melbourne, Australia; [2]Nagasaki University, Nagasaki, Japan; [3]University of Melbourne, Victoria, Australia

**ThP 178 Examining the Developmental Toxicity of Various Perfluorinated Chemical Moieties Using Fathead Minnow (Pimephales promelas) Embryos;** John Bowden[1]; Nancy Denslow[1]; Kevin Kroll[1]; Anna Marqueño Bassols[1]; [1]University of Florida, Gainesville, FL

**ThP 179 Metaproteomic Analysis of Air Filter Particulates to Determine Environmental Bioallergen Triggers of Asthma in Detroit Area Adolescents;** Joseph A Caruso[1]; Nicholas J. Carruthers[1]; Paul M Stemmer[1]; [1]Wayne State University, Detroit, MI

**ThP 180 Towards a Generic LC-MS/MS Method for the Simultaneous Determination of Xeno- and Endogenous Estrogens in Biological Matrices;** Karin Preindl[1]; Doris Marko[1]; Benedikt Warth[1,2]; [1]University of Vienna, Faculty of Chemistry, Department of Food Chemistry and Toxicology, Vienna, Austria; [2]Research Network Chemistry Meets Microbiology, University of Vienna, Vienna, Austria

**ThP 181 Simultaneous Liquid-Liquid Extraction and Quantification of Nicotine, Opioids and Cannabinoids from Brain and Placental Tissue for Application toward Toxicological Studies;** Dominique Figueroa[1]; Maureen A Kane[2]; [1]University of Maryland School of Pharmacy, Baltimore, MD; [2]University of Maryland Baltimore School of Pharmacy, Baltimore, MD

**FOOD "OMICS" MS CHARACTERIZATION OF FOOD AND NUTRITIONAL SUPPLEMENTS II**
**182-203**

**ThP 182 Characterizing the Commercially Available Whey Proteins through Mass Spectrometry Methods;** Mohammad Riaz[1]; Joshua S Sharp[1]; Iffat Parveen[1]; Bharathi Avula[1]; Mei Wang[1]; Jianping Zhao[1]; Yan Hong Wang[1]; Natascha Techen[1]; Jiyoung Bae[1]; Amar Chittiboyina[1]; Ikhlas A Khan[1]; [1]University of Mississippi, University, MS



ThP 183 **A Rapid HILIC–HRMS Method for Identification and Quantitative Profiling of Gangliosides from Echinoderms;** Jie Xu[1]; Peixu Cong[1]; Xincen Wang[1]; Changhu Xue[1]; [1]Ocean University of China, Qingdao, China

ThP 184 **Tandem Mass Spectral Analysis of Free Oligosaccharides in Mammalian Milk of Farm Animals and the African Lion;** Connie Remoroza[1]; Yuxue Liang[1]; Tytus Mak[1]; Joice San Andres[2]; Michael Power[3]; Stephen Stein[1]; [1]NIST, Gaithersburg, MD; [2]Central Luzon State University, Maharlika Highway, Philippines; [3]Nutrition Laboratory, Smithsonian Conservation Biology Institute, National Zoological Park, Washington, D.C.

ThP 185 **Seeing Odor – Spatially Resolved Analyses of Volatiles Using Sorbent Sheet Extraction prior to DART-MS;** Jessica P Rafson[1]; Madeleine Y. Bee[1]; Gavin L. Sacks[1]; [1]Cornell University, Ithaca, NY

ThP 186 **Qualitative and Quantitative Analysis of Pork in Beef Food by LC-MS/MS;** Qiaoxia Liu[1]; Qiang Li[2]; Hongyuan Hao[2]; Taohong Huang[2]; [1]Shimadzu (China) Co., LTD. Shanghai Branch, Shanghai, China; [2]Shimadzu (China) Co., LTD. Shanghai Branch, Shanghai, China

ThP 187 **An Integrated Normal Phase Liquid Chromatography-Mass Spectrometryin Phospholipid Profiling Analysis of Echinoderms;** Xincen Wang[1]; Jie Xu[1]; Peixu Cong[1]; Changhu Xue[1]; [1]College of Food Science and Engineering, Ocean university of China, Qingdao, China

ThP 188 **Effects of Long-Term and Trans-Generational Feeding Transgenic Corn to Pure-Line Leghorn Hens on the Cecal Microbita and Mucosal Proteomics;** Ruqing Zhong[1]; Lilan Zhang[1]; Liang Chen[1]; Qingshi Meng[1]; Sheng Zhang[2]; Hongfu Zhang[1]; [1]State Key Laboratory of Animal Nutrition, Institute of Animal Science; Chinese Academy of Agricultural Sciences, Beijing, China; [2]Proteomics and Metabolomics Facility, Institute of Biotechnology, Cornell University, Ithaca, NY

ThP 189 **Analysis of Volatile Compounds in Pumpkin with 'Taro-like' Aroma Using Solid Phase Micro-extraction and Gas Chromatography-Mass Spectrometry Combined with Chemometrics;** Junxing Li[1, 2]; Yujuan Zhong[1, 2]; Wenwen Wang[3]; Haibin Wu[1, 2]; Jianning Luo[1]; Hao Gong[1]; Hexun Huang[1]; [1]Vegetable Research Institute, Guangdong Academy of Agricultural Sciences, Guangzhou, China; [2]Guangdong Key Laboratory for New Technology Research of Vegetables, Guangzhou, China; [3]Agilent Technologies Co. Ltd, Beijing, China

ThP 190 **Charge Transfer Dissociation of Vitamin B12;** Halle M Edwards[1]; Zachary J. Sasiene[1]; Praneeth M Mendis[1]; Glen P Jackson[1,2]; [1]C. Eugene Bennett Department of Chemistry, West Virginia University, Morgantown, WV; [2]Department of Forensic and Investigative Science, West Virginia University, Morgantown, WV

ThP 191 **LC-MS/MS Method for Sensitive Detection and Quantitation of 8 Water-Soluble vitamins in Infant Milk Powder;** Yin Ling Chew[1]; Eleanor Wai Yi Hor[2]; Qi Zong Lee[3]; Noah Luzheng Ong[3]; Muhammad Averus[4]; Suwiton Suwiton[4]; Martin Uli Tua[4]; Jie Xing[1]; Zhaoqi Zhan[1]; [1]Shimadzu (Asia Pacific) Pte Ltd, Singapore, Singapore; [2]School of Physical and Mathematical Sciences, Nanyang Technological University, 21 Nanyang Link SPMS-04-01, Singapore 627371, Singapore, Singapore; [3]National University of Singapore, Singapore, Singapore; [4]PT Saraswanti Info Genotech, Bogor, Indonesia

ThP 192 **GC-MS Combined with Chemometrics Reveals the Difference in Volatile Metabolic Profile Between High Yield and Normal Yield Royal Jelly;** Dandan Qi[1]; Chengying Ma[2]; Wenwen Wang[3]; Jiankee Li[1]; [1]Institute of Apicultural Research / Key Laboratory of Pollinating Insect Biology, Ministry of Agriculture, Chinese Academy of Agricultural Sciences, Beijing, China; [2]Tea Research Institute, Guangdong Academy of Agricultural Sciences, Guangzhou, China; [3]Agilent Technologies Co. Ltd, Beijing, China

ThP 193 **Simultaneous Measurement of Key Odorants at their Sensory Thresholds in Juice Grapes;** Terry L Bates[1]; Madeline Y Bee[1]; Xuéfei Kuang[2]; Gavin L. Sacks[2]; [1]Cornell, Ithaca, NY; [2]Cornell University, Ithaca, NY

ThP 194 **High-Resolution Mass Spectrometry Informs the Selection of Food Processing Parameters for the Large-Scale Enzymatic Release of N-glycans from Milk Glycoproteins;** Apichaya Bunyaratratchata[1]; Yu-Ping Huang[1]; Gulustan Ozturk[1]; Juliana Maria Leite Nobrega De Moura Bell[1]; Daniela Barile[1, 2]; [1]Department of Food Science and Technology, University of California, Davis, California; [2]Foods for Health Institute, University of California, Davis, California

ThP 195 **A Novel Sensitive LC-MSMS Method for Porcine Gelatin Detection in Cosmetic and Confectionary Products;** Nurul Atiqah Sa'don[1]; Charles T. Yang[2]; Dipankar Ghosh[2]; Tristan chia[3]; Fiona Teh Hui Boon[4]; Chris Cheah[4]; [1]Halvec Laboratories Sdn. Bhd, Selangor Darul Ehsan, Malaysia; [2]Thermo Fisher Scientific, San Jose, CA; [3]Thermo Fisher Scientific, Selangor, Malaysia; [4]Thermo Fisher Scientific, Singapore, Singapore

ThP 196 **Rapid Evaporative Ionisation Mass Spectrometry for Detecting Compounds Related to Consumer Liking of Grilled Lamb;** Alastair Ross[1]; Paul Middlewood[1]; Stefan Clerens[1]; Patricia L Johnson[2]; Patrick Silcock[3]; Graham T Eyres[3]; Carolina E Realini[4]; [1]AgResearch Ltd, Lincoln, New Zealand; [2]AgResearch Ltd, Invermay, New Zealand; [3]University of Otago, Dunedin, New Zealand; [4]AgResearch Ltd, Palmerston North, New Zealand

ThP 197 **Detecting Insult-Induced Protein-Protein Crosslinks Formed During Food Processing;** Hannah McKerchar[1, 2, 3, 4]; Jolon M Dyer[2, 3, 4]; Evelyne Maes[3]; Juliet A. Gerrard[2, 4, 5]; Renwick C. J Dobson[1, 2, 4]; Stefan Clerens[2, 6, 7]; [1]University of Canterbury, Christchurch, New Zealand; [2]Biomolecular Interaction Centre, Christchurch, New Zealand; [3]AgResearch Ltd, Lincoln, New Zealand; [4]Riddet Institute, Massey University, Christchurch, New Zealand; [5]University of Auckland, Auckland, New Zealand; [6]AgResearch Ltd, Lincoln, New Zealand; [7]Riddet Institute, Massey University, Palmerston North, New Zealand

ThP 198 **Untargeted Metabolomics: A Path Towards Objective Measures of Dietary Intake in Human Studies;** Julia M Gauglitz[1]; Ricardo da Silva[1]; Alan K Jamrusch[1]; Francesca Di Ottavio[1, 2]; Morgan Panitchpakdi[1]; Elizabeth A Brown[1]; Christine M Aceves[1]; Ming Wang[1]; Bohan Ni[1]; Nicole Sikora[1]; Rachel J Dutton[3]; Rob Knight[4]; Pieter Dorrestein[1]; [1]Skaggs School of Pharmacy and Pharmaceutical Sciences, University of California San Diego, La Jolla, CA; [2]Faculty of Bioscience and Technology for Food, Agriculture and Environment, University of Teramo, Teramo, Italy; [3]Division of Biological Sciences, University of California San Diego, La Jolla, CA; [4]Department of Pediatrics, University of California San Diego, La Jolla, CA

ThP 199 **Combining Sensory and Chemical Analyses (GC-MS) to Evaluate Shelf Stability Related to Storage Condition for an American IPA Beer;** Joseph E Binkley[1]; Elizabeth Humston-Fulmer[1]; Lorne Fell[2]; [1]LECO Corporation, St. Joseph, MI; [2]LECO Corporation, St Joseph, MI

ThP 200 **Droplet-based Desorption of Trace Volatiles Following Parallel Headspace Extraction onto Sorbent Sheets;** Madeleine Y Bee[1]; Jessica P Rafson[1]; Gavin L. Sacks[1]; [1]Cornell University, Ithaca, NY

ThP 201 **Comprehensive Characterization of Eight Different Olive Tree Derived Matrices Using LC-ESI/APCI-QTOF and GC-APCI-QTOF and a Non-Targeted Software Workflow;** Lucía Olmo-García[1]; Karin Wendt[2]; Alberto Fernández-

Gutiérrez[1]; Nikolas Kessler[2]; Heiko Neuweger[2]; Cory Lytle[3]; José María Olmo-Peinado[4]; Carsten Baessmann[2]; Alegría Carrasco-Pancorbo[1]; [1]*Department of Analytical Chemistry, Faculty of Science, University of Granada, Granada, Spain;* [2]*Bruker Daltonik GmbH, Bremen, Germany;* [3]*Bruker Daltonics Inc., Billerica, MA;* [4]*Acer Campestres S.L. Almendro, Jaén, Spain*

ThP 202 **Discovery and Targeted Peptidomics Revealed pH-Dependent Enzyme-Substrate Interactions of Endogenous Proteolysis in Human Milk;** Junai Gan[1]; Jingyuan Zheng[1]; Nithya Krishnakumar[1]; Elisha Goonatilleke[1]; Carlito B. Lebrilla[1]; Daniela Barile[1]; J. Bruce German[1]; [1]*University of California, Davis, CA*

ThP 203 **Analyses of Water-Soluble and Fat-Soluble Vitamins in Fruits Juice by Triple Quadrupole LC/MS;** Seiya Tanaka[1]; Masako Yorishita[2]; [1]*Agilent Technologies, Hachioji City, Japan;* [2]*ITOEN, LTD, Shibu-ya-ku, Japan*

## GLYCOPROTEINS II
### 204-224

ThP 204 **Measuring Statistical Similarity of Glycosylation between Influenza A Virus Variants;** Deborah K Chang[1]; William E Hackett[2]; Joshua A Klein[2]; Joseph Zaia[1, 2]; [1]*Boston University School of Medicine, Boston, MA;* [2]*Boston University, Boston, MA*

ThP 205 **A Facilely Synthesized Glutathione-Functionalized Silver Nanoparticles-Grafted Covalent Organic Framework for Rapid and Highly Efficient Enrichment of N-Linked Glycopeptides;** Yu-Fang Ma[1]; Li-Juan Wang[1, 2]; Ying-Lin Zhou[1]; Xin-Xiang Zhang[1]; [1]*Peking University, Beijing, China;* [2]*Hebei University, Baoding, China*

ThP 206 **Enzymatic Tagging of Glycoproteins on the Cell Surface for Their Global and Site-Specific Analysis with Mass Spectrometry;** Fangxu Sun[1]; Suttipong Suttapitugsakul[1]; Ronghu Wu[1]; [1]*Georgia Institute of Technology, Atlanta, GA*

ThP 207 **An Effective Chemical Method to Catch Low-Abundance Glycoproteins for MS Analysis;** Ronghu Wu[1]; Haopeng Xiao[1]; Suttipong Suttapitugsakul[1]; Fangxu Sun[1]; [1]*Georgia Institute of Technology, Atlanta, GA*

ThP 208 **Improved Profiling of Sialylated N-Linked Glycans by Ion Chromatography-Orbitrap Mass Spectrometry;** Sachin Patil[1]; Jeffrey Rohrer[1]; [1]*Thermo Fisher Scientific, Sunnyvale, CA*

ThP 209 **Rapid Characterization of Domain-Specific [Fc vs. Fab] Glycosylation in Monoclonal Antibodies (mAbs);** Charles Nwosu[1]; Mei Zhu[2]; Lei Wang[1]; Anne Kowal[1]; [1]*Takeda Pharmaceuticals International Co, Cambridge, MA;* [2]*Takeda Pharmaceuticals, International Co., Cambridge, MA*

ThP 210 **Glycoproteomic Analysis of Cells Containing Unnatural Monosaccharides;** Yixuan (Axe) Xie[1]; Ying Sheng[1]; Qiongyu Li[1]; Maurice Wong[1]; Qingwen (Dave) Zhou[1]; Carlito B. Lebrilla[1]; [1]*University of California, Davis, Davis, CA*

ThP 211 **Simultaneously Identifying and Distinguishing Glycoproteins with O-GlcNAc and the Tn Antigen in Human Cancer Cells;** Senhan Xu[1]; Jiangnan Zheng[1]; Haopeng Xiao[2]; Ronghu Wu[1]; [1]*Georgia Institute of Technology, Atlanta, GA;* [2]*Harvard Medical School, boston, MA*

ThP 212 **Chemical Derivatization for Fine Mapping of Glycopeptides in EThcD MS;** Ying Zhang[1]; Lijun Yang[2]; Haojie Lu[2]; [1]*Fudan University, Shanghai, China;* [2]*Fudan University, Shanghai, China*

ThP 213 **Confident and Efficient Characterization of Recombinant Human Follicle Stimulating Hormone with the Thermo Scientific Q Exactive HF-X BioPharma Platform;** Xiaoxi Zhang[1]; Philip J. Widdowson[2]; Rowan Moore[2]; [1]*ThermoFisher Scientific, Shanghai, China;* [2]*Thermo Fisher Scientific, Hemel Hempstead, UK, Hemel Hempstead, United Kingdom*

ThP 214 **MS-Based Workflow for the Characterization of Glyco-Engineered Therapeutic Glycoproteins with Oligo/Poly-Sialic Acids in Bacteria;** Chia-wei Lin[1]; Hanne L.P. Tytgat[2]; Timothy G. Keys[2]; Markus Aebi[1]; [1]*Functional Genomic Center Zürich, Zurich, Switzerland;* [2]*Institute of Microbiology, ETHZ, Zurich, Switzerland*

ThP 215 **Identification of N-Glycopeptides with MetaMorpheus;** Lei Lu[1]; Michael R Shortreed[1]; Robert J Millikin[1]; Mark Scalf[1]; Lloyd M Smith[1]; [1]*University of Wisconsin-Madison, Madison, WI*

ThP 216 **N-Glycan Sub-Type as a Pathogenic Factor in Influenza;** Lisa Parsons[1]; John F. Cipollo[1]; Yanming An[1]; Li Qi[2]; Jeffery K. Taubenberger[2]; Kevan Hartshon[3]; Mitchell White[3]; [1]*FDA, Silver Spring, MD;* [2]*NIH/NIAID, Bethesda, MD;* [3]*Boston University School of Medicine, Boston, MA*

ThP 217 **Construction of a Structure and Site Specific Glycopeptide Transition Library for Glycopeptide Quantitation by DIA/SWATH;** Miloslav Sanda[1]; Nathan J Edwards[2]; Julius Benicky[1]; Zuzana Brnakova Kenedy[1]; Radoslav Goldman[1, 2]; [1]*Georgetown University, Lombardi Cancer Center, Washington, DC;* [2]*Georgetown University, Department of Biochemistry and Molecular & Cellular Biology, Washington, DC*

ThP 218 **High-Throughput and Site-Specific N-Glycosylation Analysis of Human Alpha-1-Acid Glycoprotein;** Toma Keser[1]; Gordan Lauc[1, 2]; Mislav Novokmet[2]; [1]*Faculty of pharmacy and biochemistry, University of Zagreb, Zagreb, Croatia;* [2]*Genos, Glycoscience Laboratory, Borongajska cesta 83h, Zagreb, Croatia*

ThP 219 **Mass Spectrometric Elucidation of Global Glycosylation Profile on a Fungal Vaccine Adjuvant BL-EndO2;** Junfeng Huang[1]; Lucas dos Santos Dias[2]; Marcel Wüthrich[2]; Lingjun Li[1, 3]; [1]*School of Pharmacy, University of Wisconsin-Madison, Madison, WI;* [2]*Department of Pediatrics, School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI;* [3]*Department of Chemistry, University of Wisconsin-Madison, Madison, WI*

ThP 220 **Effects of In-Source Supercharging and Subcharging for Glycopeptide Analysis in a Trapped Ion Mobility Quadrupole Time-of-Flight Mass Spectrometer;** Kristina Marx[1]; Hans J.C.T. Wessels[2]; Pierre-Olivier Schmit[3]; Alain J. Van Dorst[2]; Dirk J. Lefeber[2]; [1]*Bruker Daltonik GmbH, Bremen, Germany;* [2]*Translational Metabolic Laboratory, Department of Laboratory medicine, Radboudumc, Nijmegen, Netherlands;* [3]*Bruker Daltonique S.A, Wissembourg, France*

ThP 221 **Analysis of N- and O-Glycosylation on a Highly Glycosylated Protein Highlights Potential Sources of Error When Sequencing Intact Glycopeptide Spectra;** Gary Wilson[1]; Miyoshi Haruta[2, 3]; Alexander Hebert[1]; Michael S Westphall[1]; Michael Sussman[2, 3]; Joshua Coon[1, 3, 4, 5]; [1]*Department of Chemistry, University of Wisconsin, Madison, WI;* [2]*Department of Biochemistry, University of Wisconsin,, Madison, WI;* [3]*Genome Center of Wisconsin, Madison, WI;* [4]*Morgridge Institute for Research, Madison, WI;* [5]*Department of Biomolecular Chemistry, University of Wisconsin-Madison, Madison, WI*

ThP 222 **GlyProSILC: Glycan/Protein Stable Isotope Labeling in Cell Cultures Approach for Concurrent Glycomics/Proteomics/Glycoptoeomics Analysis;** Wenjing Peng[1]; Jingfu Zhao[1]; Mona Goli[1]; Yehia Mechref[1]; [1]*Texas Tech University, Lubbock, TX;* [2]*Department of Chemistry and Biochemistry, Texas Tech University, Lubbock, Texas*

ThP 223 **LC-MS/MS Characterization of Isomeric Glycopeptides Using Extra-long C18 Column;** Aiying Yu[1]; Yifan Huang[1]; Jingfu Zhao[1]; Xue Dong[1]; Yehia Mechref[1]; [1]*Texas Tech University, Lubbock, TX*

ThP 224 **Elucidating the Glycan Structures of the Archaea Methanosarcina acetivorans and Methanosarcina barkeri by Mass Spectrometry;** Deborah R Leon[1]; Cheng



**THURSDAY POSTERS**

Lin[1]; Rachel R. Ogorzalek Loo[2]; Joseph A Loo[2]; Robert P. Gunsalus[2]; Catherine E. Costello[1]; [1]Boston University School of Medicine, Boston, MA; [2]University of California LA, Los Angeles, CA

## IMAGING MS: DISEASE MARKERS II
### 225-242

**ThP 225**  **Bifunctional Cleavable Probe for in-situ Multiplexed Glycan Detection and Imaging Using Mass Spectrometry;** Wen Ma[1]; Shuting Xu[1]; Yu Bai[1]; Huwei Liu[1]; [1]Peking University, Beijing, China

**ThP 226**  **DESI-IMS Revealed the Association of Linoleic Acid, Oleic Acid and Arachidonic Acid in the Rupture of Cerebral Aneurysm;** Ariful Islam[1]; Ririko Takeda[2]; Tomohito Sato[1]; Hiroki Kurita[3]; A s m Waliullah[1]; Md. Al Mamun[1]; Makoto Horikawa[1, 4]; Mitsutoshi Setou[1, 4]; [1]Department of Cellular and Molecular Anatomy, Hamamatsu University School of Medicine, Hamamatsu, Japan; [2]Department of Neurosurgery, Mizonokuchi Hospital, Teikyo University School of Medicine, Kanagawa, Japan, Kawasaki, Japan; [3]Department of Cerebrovascular Surgery, Saitama Medical University International Medical Center, Hidaka, Saitama, Japan, Hidaka, Japan; [4]International Mass Imaging Center, Hamamatsu University School of Medicine,, Hamamatsu, Japan

**ThP 227**  **Multimodal MALDI IMS to Visualize Staphylococcal Molecular Adaptation within the Infectious Microenvironment;** William J Perry[1, 2, 3]; Jeffrey M. Spraggins[1, 2, 4]; Caroline M. Grunenwald[3, 5]; Jessica R Sheldon[3, 5]; Eric P. Skaar[3, 5]; Richard M. Caprioli[1, 2, 4, 6, 7]; [1]Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN; [2]Department of Chemistry, Vanderbilt University, Nashville, TN; [3]Vanderbilt Institute for Infection, Immunology, and Inflammation, Vanderbilt University Medical Center, Nashville, TN; [4]Department of Biochemistry, Vanderbilt University, Nashville, TN; [5]Department of Pathology, Microbiology and Immunology, Vanderbilt University School of Medicine, Nashville, TN; [6]Department of Pharmacology, Vanderbilt University, Nashville, TN; [7]Department of Medicine, Vanderbilt University, Nashville, TN

**ThP 228**  **MALDI Imaging to Characterise the Lipid Signature of Clinical Prostate Tumours;** Shadrack M Mutuku[1, 2]; Paul J Trim[3]; Xander Spotbeen[2, 4]; Johan O R Gustafsson[3]; Jessica M Logan[6]; Alexandra Sorvina[6]; Margaret M Centenera[1, 2]; Johannes V Swinnen[4]; Marten F Snel[3]; Lisa M Butler[1, 2]; [1]Adelaide Medical School, The University of Adelaide, Adelaide, Australia; [2]Prostate Cancer Research Group, South Australian Health and Medical Research Institute (SAHMRI), Adelaide, Australia; [3]Mass Spectrometry Core Facility, South Australian Health and Medical Research Institute (SAHMRI), Adelaide, Australia; [4]Laboratory of Lipid Metabolism and Cancer, Department of Oncology, LKI-Leuven Cancer Institute, KU Leuven – University of Leuven, Leuven, Belgium; [5]ARC CoE in Convergent Bio-Nano Science & Technology, Future Industries Institute, University of South Australia, Adelaide, Australia; [6]Mechanisms in Cell Biology and Disease Research Group, Cancer Research Institute, University of South Australia, Adelaide, Australia

**ThP 229**  **Classification and Identification of Lipid Biomarkers for the Prediction of Melanoma;** Jone Garate[1]; Roberto Fernandez[2]; Lucia Martin-Saiz[2]; Arantza Perez-Valle[2]; Sergio Lage[2]; Veronica Velasco[3]; Aintzane Asumendi[2, 3]; Jesus Gardeazabal[4]; Juan Luis Artola[5]; Ignacio Zabalza[4]; Rosa Marti-Laborda[6]; Begoña Ochoa[2]; Maria Dolores Boyano[2, 3]; Jose Andres Fernandez[2]; [1]University of Basque Country, Leioa, Spain; [2]University of Basque Country, Leioa, Spain; [3]Cruces University Hospital, Leioa, Spain; [4]Galdakao-Usansolo Hospital, Galdakao, Spain; [5]Hospital Universitari Arnau de Vilanova, Lleida, Spain

**ThP 230**  **Mass Spectrometry Imaging Identifies Altered Lipid Metabolites in the Mouse Testis in Mice Lacking Liver-X Receptors;** Sheba Jarvis[1]; Mark Towers[2]; Charlotte Bevan[1]; Emmanuelle Claude[2]; [1]Imperial College London, Hammersmith Hospital, London, United Kingdom; [2]Waters Corporation, Wilmslow, United Kingdom

**ThP 231**  **Tissue Mass Spectrometry Imaging: Profiling of Secondary Human Lymphoid Organs;** Constantinos Petrovas[1]; Cristina Silvescu[2]; Shannon Cornett[2]; Giulia Fabozzi[1]; Frank Arnold[3]; Paula Lei[3]; [1]Tissue Analysis Core, VRC, NIAID, NIH, Bethesda, MD; [2]Bruker Daltonics Inc., Billerica, MA; [3]Vaccine Production Program, VRC, NIAID, NIH, Gaithersburg, MD

**ThP 232**  **Identification of Therapeutic Targets of Multiple Sclerosis through MALDI - Imaging Mass Spectrometry of Experimental Autoimmune Encephalomyelitis (EAE) Mouse Model;** Nami Tanaka[1]; Hiroki Yamashita[1]; Takashi Nirasawa[2]; Ryo Kajita[2]; Katsutoshi Taguchi[3]; Masaki Tanaka[3]; Takayuki Kondo[4]; Yudai Tsuji[1]; Nobuto Kakuda[1]; Masaya Ikegawa[1]; [1]Doshisha University, Kyoto, Japan; [2]Bruker Japan K.K., Yokohama, Japan; [3]Department of Anatomy and Neurobiology, Graduate School of Medical Science, Kyoto Prefectural University of Medicine, Kyoto-city, Japan; [4]Kansai Medical University Medical Center, Hirakata, Japan

**ThP 233**  **Nanomanipulation-Coupled MALDI Imaging Mass Spectrometry for Single Organelle Analysis to Measure Metabolic Changes responding to Oxidative Stress in Neuroblastoma Cells;** Imesha W. De Silva[1]; R. Scott Duncan[2]; Peter Koulen[2]; Guido F. Verbeck[1]; [1]University of North Texas, Denton, TX; [2]Vision Research Center, Department of Ophthalmology, School of Medicine, University of Missouri-Kansas City, Kansas City, MO

**ThP 234**  **Analysis of Liver Transplant Biopsies for Biomarkers of Transplant Rejection;** Michelle Reyzer[1]; Audra M. Judd[1]; Jennifer L. Harvey[1]; Bryna E. Burell[2]; Drew Lesniak[2]; Anthony Demetrius[2]; Richard M. Caprioli[1]; [1]Vanderbilt University, Nashville, TN; [2]Immune Tolerance Network, Seattle, WA

**ThP 235**  **Characterizing Malignancy Potential of Pancreatic Intraductal Papillary Mucinous Neoplasm (IPMN) Cyst Tissue and Fluid Using Desorption Electrospray Ionization Mass Spectrometry;** Alena Bensussan[1]; John Lin[1]; Sadhna Dhingra[2]; Hop S Tran Cao[3]; Livia S. Eberlin[1]; [1]The University of Texas at Austin, Austin, TX; [2]Baylor College of Medicine, Houston, TX; [3]MD Anderson Cancer Center, Houston, TX

**ThP 236**  **MALDI-MSI Approaches for Visualizing Lipid Markers of Alzheimer's Disease;** Matthias Holzlechner[1]; Daniela D'Amico[1]; Maribel Donoso Rivera[1]; Eliseo Eugenin[1]; Brendan Prideaux[1]; [1]University of Texas Medical Branch, Galveston, TX

**ThP 237**  **Identification of Novel Aldosterone Derivatives on Adrenal Sections of Primary Aldosteronism Patients;** Yuki Sugiura; Keio University, Tokyo, Japan

**ThP 238**  **Dissecting Pathogenesis of Dilated Cardiomyopathy (DCM) on J2N-k Hamster Model Using MALDI-Imaging Mass Spectrometry in Combination with Shotgun Proteomics;** Inori Shintani[1]; Takashi Tsuji[2]; Mizuki Ishida[3]; Takashi Nirasawa[4]; Ryo Kajita[4]; Hatsue Ishibashi-Ueda[5]; Hidetoshi Masumoto[5]; Kenji Minatoya[5]; Masaya Ikegawa[1]; [1]Doshisha university, Kyotanabe City, Japan; [2]Kyoto University, Kyoto, Japan; [3]Doshisha University, Kyotanabe city, Kyoto, Japan; [4]Bruker Japan K.K., Yokohama, Japan; [5]National Cerebral and Cardiovascular Center Research Institute, Suita, Japan

**ThP 239**  **Comprehensive Quantitative Lipidomic Analysis of Mouse Hearts Using AP-SMALDI Mass Spectrometry Imaging and LC-MS/MS;** Vannuruswamy Garikapati[1, 2]; Claudia Colasante[2]; Eveline Baumgart-Vogl[2]; Bernhard

Spengler[1]; [1]Institute of Inorganic and Analytical Chemistry, Justus Liebig University Giessen, Giessen, Germany; [2]Institute for Anatomy and Cell Biology II, Division of Medical Cell Biology, Justus Liebig University Giessen, Giessen, Germany

ThP 240 **3D-Surface AP-SMALDI MS Imaging Reveals Tegument-Specific Lipid Compositions in Human Pathogen Schistosoma mansoni;** Patrik Kadesch[1]; Thomas Quack[2]; Stefanie Gerbig[1]; Christoph G. Grevelding[2]; Bernhard Spengler[1]; [1]Institute of Inorganic and Analytical Chemistry, Justus Liebig University Giessen, Giessen, Germany; [2]Institute of Parasitology, Giessen, Germany

ThP 241 **Analysis of Malaria-causing Plasmodia Infected Hepatocytes in Mouse Liver via Spatially Targeted Imaging Mass Spectrometry;** Michael D. Tuck[1]; Michelle L. Reyzer[1]; Nathan Heath Patterson[1]; David M. Anderson[1]; Elizabeth Glennon[2]; Adam Lewis[2]; Alexis Kaushansky[2]; Richard M. Caprioli[1]; [1]Vanderbilt Mass Spectrometry Research Center and Department of Biochemistry, Nashville, TN; [2]Center for Infectious Disease Research, Seattle, Washington

ThP 242 **Multi-Modal Imaging Visualizes HIV-Mediated Cardiac Damage;** Matthias Holzlechner[1]; Eliseo Eugenin[1]; Brendan Prideaux[1]; [1]The University of Texas Medical Branch (UTMB), Galveston, TX

**IMAGING MS: METHOD DEVELOPMENT II**
243-263

ThP 243 **Laser Microdissection-LC-MS/MS Method for Quantitative Tissue Distribution Analysis (QTDA) of Tumor Tissue;** William C. Putnam[1,2]; Raja Reddy Kallem[1, 2]; Indhumathy Subramaniyan[1,2]; [1]Texas Tech University Health Sciences Center - School of Pharmacy, Dallas, TX; [2]Clinical Pharmacology and Experimental Therapeutics Center, TTUHSC, Dallas, TX

ThP 244 **Non-destructive Tissue Lipids Profiling and Imaging Using Tip-Contact Sampling/Ionization Mass Spectrometry;** Xiaoming Chen[1]; Jianmin Wu[1]; [1]Zhejiang University, Hangzhou, China

ThP 245 **Combining MALDI Imaging and Liquid Extraction Surface Analysis for Spatial Metabolomics;** Jeremy Wolff[1]; Alain Creissen[2]; Matt Orcutt[2]; Jan H. Kobarg[3]; Shannon Cornett[1]; [1]Bruker Daltonics Inc., Billerica, MA; [2]HTX Technologies, Chapel Hill, NC; [3]Bruker Daltonik GmbH, Bremen, Germany

ThP 246 **Impact of the DIUTHAME for Distribution Analysis of Metabolites on Biological Tissues by DESI-MSI;** Daisuke Saigusa[1]; Masahiro Kotani[2]; Takayuki Ohmura[2]; [1]Tohoku University, Sendai, Japan; [2]Hamamatsu Photonics, Iwata, Japan

ThP 247 **Automated Mass Spectrometry Imaging of over 2,000 Proteins from Tissue Sections at 100-μm Spatial Resolution;** Paul D. Piehowski[1]; Ying Zhu[1]; Lisa M. Bramer[1]; Kelly G. Stratton[1]; Rui Zhao[1]; Daniel J. Orton[1]; Ronald J. Moore[1]; Jia Yuan[2]; Hugh D. Mitchell[1]; Yuqian Gao[1]; Bobbie-jo M. Webb-robinson[1]; Sudhansu K. Dey[2]; Ryan T. Kelly[1,3]; Richard D. Smith[1]; Kristin E Burnum-Johnson[1]; [1]Pacific Northwest National Laboratory, Richland, WA; [2]Cincinnati Children's Hospital, Cincinnati, OH; [3]Brigham Young University, Provo, UT

ThP 248 **Dual Polarity IMS of Phospholipids from Whole-body Drosophila Tissue Sections;** Ethan Yang[1]; Chiara Gamberi[2]; Pierre Chaurand[1]; [1]University of Montreal, Montreal, QC; [2]Concordia University, Montreal, Qc

ThP 249 **Lipid Biomarker Candidates for Focal Cerebral Ischemia developed by Dual Polarity Matrix-Assisted Laser Desorption/Ionization Mass Spectrometry Imaging;** Sohee Yoon; Korea Research Institute of Standards and Science, Daejeon, South Korea

ThP 250 **MALDI Mass Spectrometry Imaging Reveals Distinct Spatio-Molecular Lipid Distributions in Mouse Lungs;** Caitlin M. Tressler[1]; Cristina Silvescu[2]; Shannon Cornett[2]; Kanchan Sonkar[1]; Ruoqing Cai[1]; Vinay Ayyappan[1]; Oluwatobi Adelaja[1]; Kristine Glunde[1]; [1]Johns Hopkins University School of Medicine, Baltimore, MD; [2]Bruker Daltonics Inc., Billerica, MA

ThP 251 **Desorption Electrospray Ionization (DESI) and Dielectric Barrier Discharge (DBD) Ionization Mass Spectrometry Imaging of Lipid Metabolism in Alzheimer's Disease;** Isabella James[1]; John C Price[1]; Paul B Farnsworth[1]; Mercede N Erickson[1]; [1]Brigham Young University, Provo, UT

ThP 252 **MALDI Imaging of Eucalyptus Leaves from Rust Resistant and Susceptible Genotypes;** Thais Regiani Cataldi[1]; Ilara Gabriela Frasson Budzinski[2]; Andressa Peres Bini[2]; Mônica Teresa Veneziano Labate[2]; Carlos Alberto Labate[2]; [1]ESALQ, Piracicaba, Brazil; [2]ESALQ, Piracicaba, Brazil

ThP 253 **Single-Filament Imaging Mass Spectrometry-based Lipidomics in Arthrospira platensis;** Lieve M, Laurens[1]; Peter V. Shanta[1]; Steven M Rowland[1]; [1]National Renewable Energy Laboratory, Golden, CO

ThP 254 **DESI-MS Imaging and the World of Extractables and Leachables on Glass Screens: Looking for Residue that Shouldn't Even Be There;** Samuel Merenbloom[1]; Wanda J Walczak[2]; [1]Corning Incorporated, Painted Post, 14870; [2]Corning Incorporated, Painted Post, New York

ThP 255 **Novel Tissue Washing Procedure for the Removal of Cation Adducts Prior to Selective Cation Formation for DESI and MALDI Imaging;** Mark Towers[1]; Lisa Reid[1]; Emmanuelle Claude[1]; [1]Waters Corporation, Wilmslow, United Kingdom

ThP 256 **A Multimodal Approach Using DESI-MSI and Laser Capture Microdissection for Single Tissue Section Analysis;** Emine Kazanc[1]; Evdoxia Karali[2]; Vincen Wu[1]; James Mckenzie[1]; Olof Isberg[1]; Andreas Dannhorn[1]; Paolo Inglese[1]; Sadaf Ghaem-Maghami[3]; George Poulogiannis[2]; Zoltan Takats[1]; [1]Imperial College London, Department of Surgery and Cancer, United Kingdom; [2]Institute of Cancer Research, Division of Cancer Biology, United Kingdom; [3]Imperial College London, Hammersmith Hospital, London, United Kingdom

ThP 257 **High Spatial Resolution Imaging in Endometrial Carcinoma Using Nanospray Desorption Electrospray Ionization Mass Spectrometry;** Ruichuan Yin[1]; Kristin Burnum-Johnson[2]; Xiaofei Sun[3]; Sudhansu K. Dey[3]; Julia Laskin[1]; [1]Department of Chemistry, Purdue University, West Lafayette, IN; [2]Pacific Northwest National Laboratory, Richland, WA; [3]Division of Reproductive Sciences, Cincinnati Children's Hospital Medical Center, Cincinnati, OH

ThP 258 **Three-Dimensional (3D) Imaging with Infrared Matrix-Assisted Laser Desorption Electrospray Ionization (IR-MALDESI) Mass Spectrometry;** Hongxia Bai[1]; Sitora Khodjaniyazova[1]; Theresse M. Robinson[1]; Kenneth P. Garrard[1,2]; David C Muddiman[1,3]; [1]North Carolina State University, Raleigh, NC; [2]Precision Engineering Consortium, North Carolina State University, Raleigh, NC; [3]Molecular Education, Technology, and Research Innovation Center (METRIC), North Carolina State University, Raleigh, NC

ThP 259 **Infrared MALDESI Mass Spectrometry Imaging Reveals Details of the Bradyrhizobium diazoefficiens:Glyine Max (Soybean) Root Nodule Metabolome;** James A. Langston[1]; Cassandra Marin[2]; Måns Ekelöf[1]; J. Jacob Parnell[2]; [1]Novozymes, Inc., Davis, CA; [2]Novozymes North America, Durham, NC; [3]North Carolina State University, Raleigh, NC



**ThP 260    Direct Analysis of Bone Tissues Using Matrix-Assisted Laser Desorption Electrospray Ionization (MALDESI) Mass Spectrometry Imaging;** Sitora Khodjaniyazova[1]; Kenneth P. Garrard[1,2]; Nicholas J. Hanne[3]; Jacqueline H. Cole[3]; David C. Muddiman[1,4]; [1]FTMS Laboratory for Human Health Research, Department of Chemistry, North Carolina State University, Raleigh, NC; [2]Precision Engineering Consortium, North Carolina State University, Raleigh, NC; [3]Joint Department of Biomedical Engineering, North Carolina State University and University of North Carolina at Chapel Hill, Raleigh, NC; [4]Molecular Education, Technology, and Research Innovation Center (METRIC), North Carolina State University, Raleigh, NC

**ThP 261    Single Cell Classification of Cancerous Tissue Images using Multiplexed Ion Beam Imaging;** Jay G Tarolli[1]; Rachel Finck[1]; Murat Aksoy[1]; Jessica Finn[1]; Jason Ptacek[1]; [1]IONpath, Menlo Park, CA

**ThP 262    in-situ Nanoscale Chemical Characterization of Polymer Coating Melting and Crystallization via Multimodal Chemical Imaging;** Anton Ievlev[1]; Matthias Lorenz[1,2]; Olga S Ovchinnikova[3]; [1]Oak Ridge National Laboratory, Oak Ridge, TN; [2]University of Tennessee, Knoxville, Knoxville, TN; [3]Oak Ridge National Laboratory, Oak Ridge, Tennessee

**ThP 263    Tandem MS Imaging of (Sub-)Monolayer Coatings at High Spatial Resolving Power for Process Assessment in Device Fabrication;** Gregory L Fisher[1]; Physical Electronics, Chanhassen, MN

### INFORMATICS: GENERAL, SRM, AND DIA
### 264-272

**ThP 264    Comparative Study of Multiple Omics Data with or without Sonication in CPTAC Optimized Proteomic Protocol;** Tung-shing M Lih[1]; David J. Clark[1]; Lijun Chen[1]; Michael Schnaubelt[1]; Hui Zhang[1]; [1]Johns Hopkins University School of Medicine, Baltimore, MD

**ThP 265    Providing Local and Cloud Pipeline Support for Data Analysis with Skyline in the Context of PanoramaWeb Using Uber cadence Framework;** Joshua Aldrich[1]; Austin Keller[1]; Jarrett Egertson[1]; Josh Eckels[2]; Brendan X MacLean[1]; Micheal J MacCoss[1]; [1]University of Washington, Seattle, WA; [2]LabKey, San Diego, CA

**ThP 266    DIASibling: Learning to Detect Sibling Peptide Pairs in Data Independent Acquisition Mass Spectrometry Data;** Yang Lu[1]; Ricard Rodriguez[1]; Judit Villen[1]; William Stafford Noble[1]; [1]University of Washington, Seattle, WA

**ThP 267    DPHL: A Computational MS/MS Data Resource Enabling Robust Protein Biomarker Discovery using Data-Independent Acquisition and Parallel Reaction Monitoring;** Tiansheng Zhu[1,2,3]; Yi Zhu[1,2]; Yue Xuan[4]; Ruedi Aebersold[5]; Connie R. Jimenez[6]; Tiannan Guo[1,2]; [1]School of Life Sciences, Westlake University, China, Hangzhou, China; [2]Institute of Basic Medical Sciences, Westlake Institute for Advanced Study, China, Hangzhou, China; [3]School of Computer Science, Fudan University, Shanghai, China; [4]ThermoFisher Scientific (BREMEN) GmbH, Hanna-Kunath-Str 11, 28199 Bremen,, Bremen, Germany; [5]Department of Biology, Institute for Molecular Systems Biology, ETH Zurich, Zurich, Swaziland; [6]OncoProteomics Laboratory, Dept. of Medical Oncology, Cancer Center Amsterdam, VU University Medical Center, Amsterdam, The Netherlands, Amsterdam, Netherlands

**ThP 268    Boosting PRM Based Targeted Proteomics Using SpectroDive;** Tejas Gandhi[1]; Oliver M. Bernhardt[1]; Sebastian Müller[1]; Ian Lienert[1]; Magdalena Bober[1]; Claudia Escher[1]; Lukas Reiter[1]; [1]Biognosys AG, Schlieren, Switzerland

**ThP 269    Direct Scoring from DIA Data Using High Connected Data Models;** Fras Wasim[1]; Cristiano Viega[1]; Stephen A Tate[1]; [1]SCIEX, Concord, ON

**ThP 270    Enhanced Scoring of DIA Data Extraction Using Machine Learning;** Gillian Brooks[1]; Fras Wasim[1]; Stephen A Tate[1]; [1]SCIEX, Concord, ON

**ThP 271    artMS: Analytical R Tools for Mass Spectrometry;** David Jimenez-Morales[1]; John Von Dollen[2]; Alexandre Rosa Campos[3]; Nevan Krogan[2]; Danielle Swaney[2]; [1]Stanford University, Stanford, CA; [2]UCSF, San Francisco, CA; [3]Sanford Burnham Prebys Medical Discovery Institute, La Jolla, CA

**ThP 272    DIA-Only Chromatogram Libraries Made from Deep Neural Network MS2 Modeling Outperform Sample-Specific DDA Libraries;** Brian C. Searle[1,2]; Tobias Schmidt[3]; Siegfried Gessulat[3]; Bernhard Kuster[3]; Mathias Wilhelm[3]; [1]Institute for Systems Biology, Seattle, Washington; [2]Proteome Software Inc., Portland, OR; [3]Technical University of Munich, Freising, Germany

### ION MOBILITY: APPLICATIONS III
### 273-294

**ThP 273    Recent Developments in the Multi-Level Structures for Lossless Ion Manipulations;** Adam Hollerbach[1]; Aneesh Prabhakaran[1]; Ailin Li[1]; Sandilya Garimella[1]; Randolph V. Norheim[1]; Colby E. Schimelfenig[1]; Richard D. Smith[1]; Yehia M Ibrahim[1]; [1]Pacific Northwest National Laboratory, Richland, WA

**ThP 274    Carbohydrate Isomer Separations with Multiple Ion Mobility-Mass Spectrometry Platforms;** Kristin R. McKenna[1,2]; Li Li[1,2]; Zhao Li[1,2]; Kelsey A. Morrison[3]; Ramanarayanan Krishnamurthy[2,4]; Charles L. Liotta[1,2]; Brian H. Clowers[3]; Facundo M Fernandez[1,2]; [1]Georgia Institute of Technology, Atlanta, GA; [2]Center for Chemical Evolution, Atlanta, GA; [3]Washington State University, Pullman, WA; [4]The Scripps Research Institute, La Jolla, CA

**ThP 275    A New Bench-Top Dispersive Ion Mobility Spectrometer for Characterizing Biotherapeutic Drugs;** Henry Benner[1]; Ben Aguilar[1]; [1]Ion Dx, Monterey, CA

**ThP 276    The Development of a Natural Products Library Using Ion-Mobility Enabled Mass Spectrometry;** Jeff Goshawk[1]; Gitte Barknowitz[1]; Michael McCullagh[1]; [1]Waters Corporation, Wilmslow, United Kingdom

**ThP 277    Collision Induced Unfolding Captures Disease Relevant Differences in Stability and Ligand Binding for the Integral Membrane Peripheral Myelin Protein;** Sarah M. Fantin[1]; Kristine F. Parson[1]; Pramod Yadav[2]; Charles R. Sanders[3]; Melanie D. Ohi[2,4]; Brandon T. Ruotolo[1]; [1]Department of Chemistry, University of Michigan, Ann Arbor, MI; [2]Life Sciences Institute, University of Michigan, Ann Arbor, MI; [3]Department of Biochemistry, Vanderbilt University, Nashville, TN; [4]Department of Cell and Developmental Biology, University of Michigan, Ann Arbor, MI

**ThP 278    Evaluation of Ion Mobility-Assisted Data Independent Acquisition (UDMSE) for Metaproteomics Sample Analysis;** Lisa M Wolfe[1]; Kitty J. Brown[1]; Brad J Williams[2]; Giorgis Isaac[2]; Jessica E. Prenni[1,4]; Corey D. Broeckling[1]; [1]Proteomics & Metabolomics Facility, Colorado State University, Fort Collins, CO; [2]Waters Corporation, Beverly, MA; [3]Waters Corporation, Milford, MA; [4]Department of Horticulture & Landscape Architecture, Colorado State University, Fort Collins, CO

**ThP 279    Trapped Ion Mobility-Mass Spectrometry as Tool for Rapid Identification of Metal Binding Sites in Proteins;** Philipp Strohmidel[1]; Jens Fangmeyer[1]; Tilo D. Schachel[1]; Michael Sperling[1,2]; Uwe Karst[1]; [1]University of Muenster, Institute of Inorganic and Analytical Chemistry, Muenster, Germany; [2]European Virtual Institute for Speciation Analysis (EVISA), Muenster, Germany

**ThP 280    LC-MS with SelexION® Differential Mobility Separation Technology as a Sensitive and Selective Tool to Verify**


**Quality of Olive Oil;** Akanksha Singh[1]; Axel Besa[2]; Dipankar Malakar[1]; Manoj G Pillai[1]; [1]SCIEX, Gurgaon, India; [2]SCIEX, Darmstadt, Germany

ThP 281 **Effective Liquid Chromatography – Trapped Ion Mobility Spectrometry – Mass Spectrometry Separation of Isomeric Lipid Species;** Kevin Jeanne Dit Fouque[1]; Cesar E Ramirez[1]; Russell L Lewis[2]; Jeremy P Koelmel[2]; Timothy J. Garrett[2]; Richard A Yost[2]; Francisco A. Fernandez-Lima[1]; [1]Florida International University, Miami, FL; [2]University of Florida, Gainesville, FL

ThP 282 **Monitoring Protomer-Specific "Pin-Pong Effect" by Ion-Mobility Mass Spectrometry;** Alhula B. Attygalle[1]; Zhaoyu Zheng[2]; [1]Stevens Institute of Technology, Hoboken, NJ; [2]Stevens Institute of Tecnology, Hoboken, NJ

ThP 283 **Characterization of the Intrinsically Disordered AT-Hook Peptides Using Mobility-Selected MS/MS and Action Infrared Spectroscopy;** Jacob Porter[1]; Phillip Maître[2]; Fenfei Leng[1]; Francisco Fernandez-Lima[1]; [1]Florida International University, Miami, FL; [2]Université Paris-Sud, Orsay, France

ThP 284 **Conformation Dynamics of CRISPR/Cas9 Binding with sgRNA Studied by Native MS and IM-MS;** Defu Wang; NJUST, Nanjing, China

ThP 285 **Application of Cyclic Ion Mobility Coupled to Mass Spectrometry for High Peak Capacity Analysis of Native and Deuterated Peptide Mixtures;** Martin Palmer[1]; Malcolm Anderson[1]; Dale Cooper-Shepherd[1]; James I Langridge[1]; Robert Tonge[1]; John R. Engen[2]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]Northeastern University, Boston, MA

ThP 286 **Unravelling Macrocycle Conformational Space and Self-Assembly Using Ion-Mobility Mass Spectrometry and Distance Geometry Modeling;** Thanh D Do[1]; MD Ashraful Haque[1]; [1]University of Tennessee, Knoxville, Knoxville, TN

ThP 287 **Structural Study of Analogues of Titan's Haze by Trapped Ion Mobility Coupled with a Fourier Transform Ion Cyclotron Mass Spectrometer;** Christopher Paul Rüger[1]; Julien Maillard[1, 2]; Johann Le Maître[1, 3]; Mark E. Ridgeway[4]; Christopher J. Thompson[4]; Isabelle Schmitz-Afonso[1]; Thomas Gautier[2]; Nathalie Carrasco[2]; Melvin A. Park[4]; Pierre Giusti[3]; Carlos Afonso[1]; [1]Normandy University, COBRA laboratory, Mont Saint Aignan, France; [2]LATMOS/IPSL, UVSQ Université Paris-Saclay, Paris, France; [3]Total Research & Technology Gonfreville, Harfleur, France; [4]Bruker Daltonics Inc., Billerica, MA

ThP 288 **Investigation of Cationized Steroid Dimer Formation by Ion Mobility-Mass Spectrometry for Improved Analysis of Anabolic Androgenic Steroids in Anti-Doping Testing;** Allison Levy[1]; Richard A Yost[1]; [1]University of Florida, Gainesville, FL

ThP 289 **Elucidating Protein Structure Using High Resolution Ion Mobility-Orbitrap;** Jacob W McCabe[1]; Michael L Poltash[1]; Mehdi Shirzadeh[1]; Arthur Laganowsky[1]; David H. Russell[1]; [1]Texas A&M University, College Station, TX

ThP 290 **Improving Structure Elucidation in Metabolomics Analyses with Ion Mobility and Multiple Fragmentation Methods;** Samuel Maddox[1]; Kristie Baker[1]; Robert Fraser Caris[1]; Roba Alzahrani[1]; Reda Massawe[1]; Christopher D. Chouinard[1]; [1]Florida Institute of Technology, Melbourne, FL

ThP 291 **Development of Separation Method of Metabolic Isomers Using Ion Chromatography-Differential Mobility Spectrometry-Mass Spectrometry;** Akiyoshi Hirayama[1]; Tomoyoshi Soga[1]; [1]Institute for Advanced Biosciences, Keio University, Tsuruoka, Japan

ThP 292 **Development of Native Ion Mobility Spectrometry-Mass Spectrometry with Extended 20k Mass Range for Intact Proteins and Intact Protein Complexes;** Xueyun Zheng[1]; Ruwan T. Kurulugama[2]; Sandy Yates[2]; John Sausen[2]; Arthur Laganowsky[1]; David H. Russell[1]; [1]Department of Chemistry,

Texas A&M University, College Station, TX; [2]Agilent Technologies, Inc., Santa Clara, CA

ThP 293 **Gas-Phase Unfolding Reveals Subtle Stability Shifts in Higher-Order Substrate-Cytochrome P450 Complexes;** Chunyi Zhao[1]; Kinshuk Srivastava[1]; David Sherman[1, 2]; Brandon T. Ruotolo[1]; [1]Department of Chemistry, University of Michigan, Ann Arbor, MI; [2]Life Sciences Institute, University of Michigan, Ann Arbor, MI

ThP 294 **Separation of Isomeric and Isobaric Oligonucleotides by Ion Mobility Mass Spectrometry;** Asha Hewarathna[1]; Kui Yang[1]; Connie Ruzicka[1]; David Keire[1]; [1]US FDA, St. Louis, MO

## ION MOBILITY: FUNDAMENTALS
### 295-320

ThP 295 **Mobility Calibration of Trapped Ion Mobility Spectrometry -Mass Spectrometry Experiments;** Kim Q. Dang[1]; Kevin Jeanne Dit Fouque[1]; Francisco Fernandez-[1]; [1]FIU, Miami, FL

ThP 296 **Assessing Collision Cross Section Calibration Strategies in Structures for Lossless Ion Manipulations (SLIM);** Ailin Li[1]; Daniel J. Orton[1]; Kent J. Bloodsworth[1]; Randolph V. Norheim[1]; Colby E. Schimelfenig[1]; Richard D. Smith[1]; Yehia M. Ibrahim[1]; [1]PNNL, Richland, WA

ThP 297 **Chemical Modification and Cluster Dynamics in High Kinetic Energy IMS (HIKE-IMS);** Florian Stappert[1]; Maria Allers[2]; Duygu Erdogdu[1]; Ansgar T. Kirk[2]; Walter Wissdorf[1]; Hendrik Kersten[1]; Stefan Zimmermann[2]; Thorsten Benter[1]; [1]University of Wuppertal, Wuppertal, Germany; [2]Leibniz University Hannover, Hannover, Germany

ThP 298 **Improving Ion Mobility – Mass Spectrometry Performance Using a Tristate Ion Shutter with Extremely Low Ion Discrimination;** Ansgar T. Kirk[1]; Tobias Reinecke[2]; Cornelius Wendt[1]; Pearl Kwantwi-Barima[2]; Christian Thoben[1]; Brian H. Clowers[2]; Stefan Zimmermann[1]; [1]Institute of Electrical Engineering and Measurement Technology, Department of Sensors and Measurement Technology, Leibniz University Hannover, Hannover, Germany; [2]Department of Chemistry, Washington State University, Pullman, WA

ThP 299 **Simulation of Cluster Dynamics in High Kinetic Energy IMS (HIKE-IMS);** Duygu Erdogdu[1]; Maria Allers[2]; Ansgar T. Kirk[2]; Florian Stappert[1]; Walter Wissdorf[1]; Hendrik Kersten[1]; Stefan Zimmermann[2]; Thorsten Benter[1]; [1]University of Wuppertal, Wuppertal, Germany; [2]Leibniz University Hannover, Hannover, Germany

ThP 300 **Analysis of Collision Cross Sections for the Potassium Cation in Rare Gases using Simplified Classical/Semi-classical Collision Theory;** Glenn E. Spangler; Technispan LLC, Lutherville, MD

ThP 301 **Ion Compaction in Native Ion Mobility-Mass Spectrometry: a Comparison of Molecular Dynamics Force Fields;** Amber D Rolland[1]; Daniel Ko[1]; James S Prell[1]; [1]University of Oregon Department of Chemistry and Biochemistry, Eugene, OR

ThP 302 **Resolution and Characterisation of Protomer and Radical Cation Species Utilising a Cyclic Ion Mobility-Enabled Quadrupole Time-of-Flight (Q-cIM-oaToF) Mass spectrometer;** James Scrivens[1]; Gillian Taylor[1]; Martin Palmer[2]; Jakub Ujma[2]; Kevin Giles[2]; Jonathan P Williams[2]; [1]Teesside University, Middlesbrough, United Kingdom; [2]Waters Corportaion, Cheshire, United Kingdom

ThP 303 **Evaluation of a Modular Atmospheric Pressure Drift Tube Coupled to an Orbitrap™ Mass Spectrometer with Ultraviolet Photodissociation for Biomolecule Analysis;** James D Sanders[1]; Sarah Sipe[1]; Tobias Reinecke[3]; Brian H. Clowers[3]; Jennifer S Brodbelt[1]; [1]University of Texas, Austin, Austin, TX; [2]University of Texas at Austin, Department of Chemistry, Austin, TX; [3]Washington State University, Department of Chemistry, Pullman, WA


ThP 304 **Portable High Resolution Periodic Focusing Differential Mobility Analyzer;** Kent Gilliq[1]; Guan-Bo Liao[1]; Da-Shung Su[1]; Chi-Huang Huang[1]; Yuri A. Dyakov[1]; Feng-Wen Jiang[1]; Chung-Hsuan Chen[1]; [1]Academia Sinica, Taipei, Taiwan

ThP 305 **Pseudo-Trapping within Traveling Wave Ion Guides: Discovery and Implications for Ion Mobility Separations;** Sugyan M. Dixit[1]; Keith Richardson[2]; David Langridge[2]; Kevin Giles[2]; Brandon T. Ruotolo[1]; [1]University of Michigan, Ann Arbor, MI; [2]Waters Corporation, Wilmslow, United Kingdom

ThP 306 **Dendrimer Calibrations for Ion Mobility-Mass Spectrometry;** Scott M. Grayson[1]; Michael Malkoch[2, 3]; Jamie Godfrey[2]; Charlotte Mooney[4]; Perdita E. Barran[4]; Nick Tomczyk[5]; Kevin Giles[5]; [1]Tulane University, New Orleans, LA; [2]Polymer Factory Sweden AB, Stockholm, Sweden; [3]KTH Royal Institute of Technology, Stockholm, Sweden; [4]The University of Manchester, Manchester, United Kingdom; [5]Waters Corporation, Wilmslow, United Kingdom

ThP 307 **Conformational Diversity of Vasotocin Nonapeptide Diastereomers Revealed by Uniform Field and Cyclic Traveling Wave Ion Mobility-Mass Spectrometry Measurements;** Shawn T. Phillips[1]; Emanuel Zilbut[1]; Jody C. May[1]; John A. McLean[1]; Martin E. Palmer[2]; Dale A. Cooper-Shepherd[2]; James I. Langridge[2]; [1]Vanderbilt University, Nashville, TN; [2]Waters Corporation, Wilmslow, United Kingdom

ThP 308 **Molecular Classification and Identification Using Tandem Ion Mobility Spectrometry with Neural Networks Analysis of Mobility Selected Ions and Full Spectra;** Hossein Shokri[1]; Natividad Jurado-Campos[2]; Ben Gardner[3]; Niu Hsein-Chi W[4]; Erkinjon Nazarov[1]; Gary A. Eiceman[1]; [1]New Mexico State University, Las Cruces, NM 88003; [2]University of Córdoba, Rabanales, Spain; [3]Collins Aerospace, 960 Overland Court, San Dimas, CA; [4]960 Overland Court, San Dimas, CA

ThP 309 **Effects of Solvent and Source Temperature on Ion Mobility Collision Cross Section Measurements;** Nadjali Chung[1]; Jody C. May[1,2]; Renã A.S. Robinson[1]; John A. McLean[1,2]; [1]Vanderbilt University Department of Chemistry, Nashville, TN; [2]Center for Innovative Technology, Nashville, TN

ThP 310 **Blanc's Law for the ESI Era: Predicting Ion Mobility in Mixed Drift Gases;** Cameron N. Naylor[1]; Tobias Reinecke[1]; Mark E. Ridgeway[2]; Melvin A. Park[2]; Brian H. Clowers[1]; [1]Washington State University, Department of Chemistry, Pullman, WA; [2]Bruker Daltonics Inc., Billerica, MA

ThP 311 **Leveraging Ion-Vapor Induced Mobility Shifts to Deduce Gibbs Free Energies of Association for Alcohols and Amino Acids;** Pearl Kwantwi-Barima[1]; Christopher J. Hogan[2]; Brian H. Clowers[1]; [1]Washington State University, Pullman, WA; [2]Department of mechanical engineering, university of minnesota, Minneapolis, Minnesota

ThP 312 **Monitoring Photoisomerization of Resveratrol by Ion–Mobility Mass Spectrometry (IM-MS);** Gabriella V Litterio[1]; Sihang Xu[1]; Athula Attygalle[1]; [1]Stevens Institute of Tecnology, Hoboken, NJ

ThP 313 **The Effect of High Fields and Strong Dipole Moments on Ion Mobility and Collision Cross Sections;** Carlos Larriba Andaluz[1]; Tianyang Wu[1,2]; [1]IUPUI, Indianapolis, IN; [2]Purdue University, West Lafayette, IN

ThP 314 **Efficient Trapping, Storage, and Utilization of Ions With On-Board Accumulation in Structures for Lossless Ion Manipulations;** Liulin Deng[1]; Daniel DeBord[1]; Ahmed M Hamid[1]; Kelly L. Wormwood[1]; Anisha Yadav[1]; Gregory Webster[1]; Gordon A Anderson[2]; [1]MOBILion Systems Inc., Exton, PA; [2]GAA Custom Engineering, LLC, Benton City, WA

ThP 315 **Practical Two-Dimensional High-Resolution Ion Mobility Separations by Combining FAIMS with Trapped IMS;** Jacob Porter[1]; Kevin Jeanne Dit Fouque[1]; Francisco A. Fernandez-Lima[1]; Alexandre A. Shvartsburg[2]; [1]Florida International University, Miami, FL; [2]Wichita State University, Wichita, KS

ThP 316 **Predicting Ion Mobility Spectra Using Gas Phase Molecular Dynamics (MD) in Combination of Projection Superposition Approximation (PSA) Algorithm;** Tyler C. Cropley[1]; Mengqi Chai[1]; Fanny C. Liu[1]; Albert Konijnenberg[2]; Rani Moons[2]; Frank Sobott[2]; Christian Bleiholder[1]; [1]Florida State University, Tallahassee, FL; [2]University Of Antwerp, Antwerp, Belgium

ThP 317 **Characterization and Optimization of the m/z Transmission and Resolution of Structures for Lossless Ion Manipulations (SLIM);** Ahmed Mohamed Hamid[1]; Liulin Deng[1]; John Daniel DeBord[1]; Kelly Wormwood[1]; Anisha Yadav[1]; Gregory Webster[1]; Gordon A Anderson[2]; [1]MOBILion Systems Inc., Exton, PA; [2]GAA Custom Engineering, LLC, Benton, WA

ThP 318 **Differentiation of Aspartic Acid and Isoaspartic Acid Isomeric Peptides with Drift Tube Ion Mobility Spectrometry;** Karen E. Butler[1]; James N. Dodds[1]; Erin S. Baker[1]; [1]North Carolina State University, Raleigh, NC

ThP 319 **An Improved Calibration Approach for Travelling Wave Ion Mobility Spectrometry: Robust, High-precision Collision Cross Sections;** Keith Richardson[1]; David Langridge[1]; Sugyan M. Dixit[2]; Kevin Giles[1]; Brandon T. Ruotolo[2]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]Department of Chemistry, University of Michigan, Ann Arbor, MI

ThP 320 **Introducing Structural Detail in Ion Mobility Spectra of Alcohols at Ambient Pressure Using a Tandem Drift Tube with Reactive Stage;** Hossein Shokri[1]; Maika Vuki[2]; Ben Gardner[3]; Niu Hsein-Chi W[4]; Umesh Chiluwal[1]; Bhupendra Gurung[1]; David Emery[1]; Gary A. Eiceman[1]; [1]New Mexico State University, Las Cruces, NM, 88003; [2]University of Guam, Mangilao, Guam, 96923; [3]Collins Aerospace, 960 Overland Court, San Dimas, CA; [4]960 Overland Court, San Dimas, CA

## ISOTOPE LABELING AND FLUXOMICS APPLICATIONS
321-331

ThP 321 **Measurement of Myc Synthesis Using a Stable Isotope Tracer Method;** Haihong Zhou[1]; Natalie Daurio[1]; Mark Demma[1]; Claudio Mapelli[1]; Abbas Walji[1]; Ying Chen[1]; David McLaren[1]; Stephen Previs[1]; Jennifer O'Neil[1]; [1]Merck Inc. & Co., Kenilworth, NJ

ThP 322 **13C-Metabolic Flux Analysis of Inhibitor-Induced Metabolic Redirection in the Central Metabolism of Breast Cancer Cells;** Fumio Matsuda[1]; Chie Araki[1]; Kousuke Maeda[1]; Nobuyuki Okahashi[1]; Hiroshi Shimizu[1]; [1]Osaka University, Suita, Japan

ThP 323 **Automated Mass Isotopologue Distribution Analysis for Metabolic Flux Quantification of Lipids in Cells Treated with Xanthohumol;** Ines L Paraiso[1]; Jaewoo Choi[1]; Claudia S. Maier[2]; Jan F. Stevens[1]; [1]Linus Pauling Institute, College of Pharmacy, Oregon State University, Corvallis, OR; [2]Department of Chemistry, Oregon State University, Corvallis, OR

ThP 324 **Defining the Immune-Modulatory Actions of Electrophilic Fatty Acids Using 13C flux;** Steven J Mullett[1]; Greg J Buchan[1]; James P O'Brien[1]; Crystal Uvalle[1]; Stacy Gelhaus Wendell[2]; [1]University of Pittsburgh, Pittsburgh, PA; [2]Univ of Pittsburgh, Pittsburgh, PA

ThP 325 **Increased Multiplexing of DiLeu Isobaric Tags with Enhanced Linker Using Mass Defect Isotope Encoding;** Dustin Frost[1]; Ting-Jia Gu[1]; Miyang Li[2]; Feng Yu[1]; Lingjun Li[1]; [1]School of Pharmacy, University of Wisconsin-Madison, Madison, WI; [2]Department of Chemistry, University of Wisconsin, Madison, WI


**ThP 326 Top-Down Analysis of Intact Protein Derived Immonium Isotopologue Ions Provides an Improved Strategy for Measuring Proteoform Turnover;** Thomas Angel[1]; Matthew E Szapacs[1]; [1]GSK, Collegeville, PA

**ThP 327 Stable Isotope-Resolved Metabolomics under Pharmacologically Controlled Metabolic States;** Pawel Lorkiewicz[1]; Andrew Gibb[2]; Benjamin Rood[1]; Liqing He[1]; Yuting Zheng[1]; Xiang Zhang[1]; Bradford Hill[1]; [1]University of Louisville, Louisville, KY; [2]Temple University, Philadelphia, PA

**ThP 328 Automated High-Throughput Flux Analysis of Non-Small Cell Lung Carcinoma Cells Grown *in vitro* in Two and Three Dimensions;** David Heywood[1]; Suraj Dhungana[2]; Johannes PC Vissers[1]; Abhishek Jha[3]; Raghav Sehgal[3]; Amrita Cheema[4]; [1]Waters Corporation, Wilmslow, United Kingdom; [2]Waters Corporation, Milford, MA; [3]Elucidata, Cambridge, MA; [4]Georgetown University, Washington, DC

**ThP 329 Identifiability and Tracer Selection in Metabolic Flux Analysis;** Xiaoyang Su[1]; Chi Song[2]; [1]Rutgers University, New Brunswick, NJ; [2]The Ohio State University, Columbus, OH

**ThP 330 Ultrahigh Resolution MS3 by UV Photodissociation can Reveal Unprecedented Detail of Pathways under Stable Isotope Resolved Metabolomics (SIRM);** Richard Higashi[1, 2, 3]; Woo-Young Kang[1]; Teresa W-M. Fan[1, 2, 3]; Andrew N. Lane[1, 2, 3]; [1]Center for Environmental and Systems Biochemistry, University of Kentucky, Lexington KY, Lexington, Kentucky; [2]Markey Cancer Center, University of Kentucky, Lexington, Kentucky; [3]Dept. of Toxicology and Cancer Biology, University of Kentucky, Lexington, Kentucky, United States, Lexington, KY

**ThP 331 Isotopic 13C Enrichment in Multimer Ion Adducts of Intracellular Metabolites for Potential Applications in 13C Metabolic Flux Analysis;** Charulata B. Prasannan[1, 2]; Vivek Mishra[1]; Damini Jaiswal[1]; Pramod P. Wangikar[1, 2, 3]; [1]Department of Chemical Engineering,Indian Institute of Technology Bombay, Mumbai, India; [2]DBT-Pan IIT Center for Bioenergy, Indian Institute of Technology Bombay, Mumbai. India; [3]Wadhwani Research Center for Bioengineering, Indian Institute of Technology Bombay, Mumbai, India

**LC/MS: CHROMATOGRAPHY AND SOFTWARE II**
**332-352**

**ThP 332 An LC-MS/MS-Based Analytical Method for Separation and Quantitative Analysis of Marfey's Reagent Derivatized Proteinogenic Amino Acids dl-Stereoisomers;** Navid J. Ayon[1]; Amar D. Sharma[1]; William G. Gutheil[1]; [1]University of Missouri-Kansas City, Kansas City, MO

**ThP 333 An Alternative Narrow-Bore Column to Facilitate High-Throughput "UHPLC" Type and microflow LC-MS Strategies for Residue Analysis;** Arianne Soliven[1]; Lucia Pareja[2]; Horacio Heinzen[2]; Andrés Pérez Parada[1, 3]; [1]Grupo de Analisis de Compuestos Traza, Facultad de Química, Universidad de la Republica,, Montevideo, Uruguay; [2]Departamento de Química del Litoral, CENUR LO, Universidad de la República, Paysandú, Uruguay; [3]Departamento de Desarrollo Tecnológico, CURE, Universidad de la República, Rocha, Uruguay

**ThP 334 Optimization and Automated Selection of Assigned Charge States for Therapeutic Peptide Bioanalysis;** Mary Piotrowski[1]; Wayne Lootsma[2]; Julie Keefer[1]; Hui Zhang[1]; Joseph Janiszewski[2]; Steve Ainley[2]; [1]Pfizer, Groton, CT; [2]Sound Analytics, Niantic, CT

**ThP 335 Multiplexing Independent Streams to Increase LC/MS MS Throughput;** Mary A Piotrowski[1]; Brendon Kapinos[1]; Julie Keefer[1]; Steven S Gernhardt[1]; Hui Zhang[1]; Wayne Lootsma[2]; Steve Ainley[2]; [1]Pfizer, Groton, CT; [2]Sound Analytics, Niantic, CT

**ThP 336 Robust Extraction, Separation and Quantitation of Structural Isomer Steroids From Human Plasma by SPE with LC-MS/MS Detection;** Jon Bardsley[1]; Kean Woodmansey[1]; Tim Liddicoat[1]; Stacy Tremintin[1]; [1]Thermo Fisher Scientific, Tudor Road, United Kingdom

**ThP 337 Establish an Analytical Model for Chemical Preservatives Using QTOF and MPP software;** Shaozhen Wang; Agilent Technologies, Shanghai, China

**ThP 338 Hydrogen-Deuterium Exchange Liquid Chromatography / High Resolution Mass Spectrometry for Structure Elucidation of Unknown Organic Molecules;** Chengli Zu[1]; Renzo Sarname[1]; Daniel Knueppel[1]; Jeffery Gilbert[1]; [1]Corteva Agriscience, Indianapolis, IN

**ThP 339 High Resolution Mass Spectrometry with Automated Data Analysis to Support Structural Elucidation of Degradation Impurities of Drug Molecules;** Yuejie Zhao[1]; Yong Liu[1]; Blanca Serra[2]; Elisabeth Ortega-Carrasco[2]; Ismael Zamora[2]; Kevin P. Bateman[3]; [1]Merck & Co., Inc., Rahway, NJ; [2]Lead Molecular Design, S.L., Sant Cugat Del Valles, Spain; [3]Merck & Co., Inc., West Point, PA

**ThP 340 Automatic Detection of Impurities and Byproducts in Complicated Reactions Using LC-HRMS;** Elisabeth Ortega-Carrasco[1]; Jenny Desantis[2]; Fabien Fontaine[1]; Blanca Serra[1]; Paolo Benedetti[2]; Ismael Zamora[1, 3]; [1]Lead Molecular Design, S.L., Sant Cugat Del Valles, Spain; [2]University of Perugia, Perugia, Italy; [3]Molecular Discovery, London, United Kingdom

**ThP 341 An Integrated Approach for the Estimation of Hazardous Transformation Products from Metoprolol and Metoprolol Acid in UV/H2O2 Treated Waste Waters;** Adrian Jaen-Gil[1]; Gianluigi Buttiglieri[1]; Aleix Benito[2]; Rafael Gonzalez-Olmos[2]; Sara Rodriguez-Mozaz[1]; Damia Barcelo[1]; [1]ICRA, Girona, Spain; [2]IQS School of Engineering, Universitat Ramon Llull, Barcelona, Spain

**ThP 342 Multiple Ion Transition Summation of Isotopologues for Improved Mass Spectrometric Detection of N-Acetyl-S-(1,2-dichlorovinyl)-L-cysteine, a Biomarker of Exposure to Trichloroethylene;** Deepak Bhandari[1]; Cameron S. Movassaghi[2]; Benjamin C. Blount[2]; Víctor R. De Jesús[2]; [1]Centers for Disease Control and Prevention, Atlanta, Ga; [2]Centers for Disease Control and Prevention, Atlanta, GA

**ThP 343 Structural Analysis of Impurities in Pharmaceutical Ingredients Using Trap-Free 2D-LC High-Resolution Accurate Mass Spectrometry;** Tetsuo Iida[1]; Yusuke Inohana[1]; Tairo Ogura[1]; [1]Shimadzu Corporation, Kyoto, Japan

**ThP 344 A Versatile Hybrid HILIC and Ion Exchange Column for the Separation of a Wide Range of Polar Compounds;** Connor Flannery[1]; Vernon C. Bartlett[1]; Ahren Green[1]; Terry S. Reid[1]; Xiaoning Lu[1]; [1]Restek, Bellefonte, PA

**ThP 345 Retention Time Prediction for 653 Pesticides on a Biphenyl Liquid Chromatography Stationary Phase Using Machine Learning;** Anthony Sullivan[1]; Leon P Barron[2]; Alan Barnes[3]; Neil Loftus[3]; [1]Shimadzu UK Limited, Milton Keynes, United Kingdom; [2]Department of Analytical, Environmental & Forensic Sciences, School of Population Health & Environmental Sciences, Faculty of Life Sciences and Medicine, King's College London, United Kingdom; [3]Shimadzu Corporation, Manchester, United Kingdom

**ThP 346 Development of Two-Dimensional Supercritical Fluid Chromatography-Liquid Chromatography-Mass Spectrometry (2D-SFC-LC-MS) for Surfactants Analysis;** Yuka Fujito[1]; Masato Ohmine[2]; Hiroyasu Umemura[2]; Takuya Tsutsui[2]; Akinori Igarashi[2]; Yoshihiro Hayakawa[1]; [1]Shimadzu Scientific Instruments, Inc., Columbia, Maryland; [2]Lion Corporation, Tokyo, Japan; [3]Shimadzu corp., Kyoto, Japan

**ThP 347 Investigation into the Suitability of Coupling Direct Analyte-Probed Nanoextraction (DAPNe) to Liquid**



Chromatography Mass Spectrometry (LC-MS); Holly-May Lewis[1]; Roger Webb[1]; Janella de Jesus[1]; Catia Costa[1]; Vladimir Palitsin[1]; Josephine Bunch[2]; Guido Verbeck[3]; Melanie Bailey[1]; [1]University of Surrey, Guildford, United Kingdom; [2]National Physical Laboratory, London, United Kingdom; [3]University of North Texas, Denton, TX

ThP 348 Efficient Identification and Management of Degradant Data in Process Development; Anne Marie Smith[1]; Andrew Anderson[1]; Sanjivanjit K. Bhal[1]; Joe DiMartino[1]; [1]ACD/Labs, Toronto, ON

ThP 349 Making Mass Spectrometry Analysis Easy and Automated by using Mass Hunter Walk Up Open Access Software; Kyle J Covert[1]; Robert Ley[1]; [1]Agilent Technologies, Inc., Santa Clara, CA

ThP 350 Improved Analysis Profiling of Organic Semiconductor Materials by High-Resolution Mass Spectrometry with Supercritical Fluid Chromatography; Yunju Cho[1]; Keumjung Yoon[2]; Sunghwan Kim[1, 2]; [1]Green-Nano Materials Research Center, Daegu, South Korea; [2]Kyungpook National University, Daegu, South Korea

ThP 351 Crown Chromatography: Cation-Binding Agents as Mobile Phase Additives in HILIC; Taylor A. Harmon[1]; Richard A Yost[1]; Timothy Garrett[1, 2]; [1]University of Florida Department of Chemistry, Gainesville, FL; [2]University of Florida Department of Pathology, Immunology, and Laboratory Medicine, Gainesville, FL

ThP 352 Application of 2D LC with MS Detection with Superficially Porous Columns to the Analysis of Cold Medicine; William Long[1]; Anne E Mack[2]; Carl Griffin[2]; [1]Agilent Technologies, Wilmington, DE; [2]Agilent Technologies, Inc., Wilmington, DE

**LC/MS: SAMPLE PREPARATION II**
**353-377**

ThP 353 Assessing Contamination in Publicly Available Proteomic Datasets; Matthew Rardin[1]; Daryl Bulloch[1]; Bradford W. Gibson[1]; [1]Amgen, South San Francisco, CA

ThP 354 Systematic Structural Optimization of Mass Spec Compatible Surfactants for Proteomic Applications; Valerie Ressler[1]; Wenhui Zhou[1]; Joel Walker[1]; Jean Osterman[1]; Sergei Saveliev[1]; Mike Rosenblatt[1]; Poncho Meisenheimer[1]; Marjeta Urh[1]; [1]Promega Corporation, Madison, WI

ThP 355 On-Chip Digestion Coupled to Nano LC MS/MS; Massamba Mbacké Ndiaye[1]; Giovanni Chiappetta[1]; Joëlle Vinh[1]; [1]ESPCI - PSL, Paris, France

ThP 356 Streamlined Proteomic Profiling of Quantity-Limited Clinical Tissue Facilitated by Automated Sample Preparation and Mass Spectrometry; Torsten Mueller[1]; Mathias Kalxdorf[2, 3]; Marcel Kool[2, 4]; Kristian W Pajtler[2, 4, 5]; Jeroen Krijgsveld[2, 6]; [1]DKFZ, Heidelberg, Germany; [2]DKFZ, Heidelberg, Germany; [3]The European Molecular Biology Laboratory, Heidelberg, Germany; [4]NCT Heidelberg (KiTZ), Heidelberg, Germany; [5]Pediatric Oncology, Hematology and Immunology, University Hospital, Heidelberg, Germany; [6]Medical Faculty, Heidelberg University, Heidelberg, Germany

ThP 357 A Quick and Sensitive LC-MS/MSMethod for Quantitation of Intact Insulin Analogs in Rat and Human Plasma; Dawei Zhou[1]; Sharon Tong[1]; [1]WuXi AppTec, Cranbury, NJ

ThP 358 Comparison of Six Proteomics Sample Preparation Methods, Digestion Reagents and Proof of Principle Automation; Aleksandr Gaun[1]; Sudha Gollapudi[1]; Rob Keyser[1]; Fiona McAllister[1]; [1]Calico Labs, South San Francisco, CA

ThP 359 Comparison of Homogenization Techniques towards a Universal Method for the Analysis of Mouse Tissues Using Multiple Reaction Monitoring-Mass Spectrometry (MRM-MS); Helena Pětrošová[1]; Sarah A. Michaud[1]; Angela Jackson[1]; Nicholas J. T. Sinclair[1]; Christoph H. Borchers[1, 2, 3, 4]; [1]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [2]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [3]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [4]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

ThP 360 Improving Host Cell Protein Profiling in Biopharmaceuticals by Advanced LC-MS/MS Methods; Regina Kufer[1]; Martina Suessmair[1]; Ingo Lindner[1]; Don Walker[2]; Christopher Yu[2]; Stefanie Wohlrab[1]; Markus Haindl[1]; Harald Wegele[1]; [1]Roche Diagnostics GmbH, Penzberg, Germany; [2]Genentech, South San Francisco, CA

ThP 361 A Method to Optimize Proteome Analyses of Low Cell Numbers of Pathogens Retrieved from Infection Assays; Manuela Gesell Salazar[1]; Sascha Blankenburg[1]; Christian Hentschker[1]; Denise Dittmar[1]; Petra Hildebrandt[1]; Stephan Michalik[1]; Anna Nagel[1]; Kristin Surmann[1]; Uwe Völker[1]; [1]University Medicine Greifswald, Greifswald, Germany

ThP 362 Kinetics of Acetone Precipitation: Investigation of Whether Protein Properties Influence the Rate of Precipitation under Various Solvent Conditions; Jessica L. Nickerson[1]; Alan A. Doucette[1]; [1]Dalhousie University, Halifax, NS

ThP 363 High Throughput Intact Glycopeptide Enrichment for Site-specific N-linked Glycosylation Analysis Utilizing Automated Liquid Handling Systems; Shao-Yung Chen[1]; Ganglong Yang[1]; David J. Clark[1]; Hui Zhang[1]; [1]Johns Hopkins University School of Medicine, Baltimore, MD

ThP 364 Development of Tissue Sample Preparation Method for Large-scale Quantitative Mass Spectrometry Analysis; Yoseop Kim[1]; Hyunsoo Kim[1, 2, 3]; Minsoo Son[1]; Youngsoo Kim[2, 3, 4]; [1]Departmet of Biomedical Engineering Seoul National University College of Engineering, jongrog, South Korea; [2]Institute of Medical and Biological Engineering, Medical Research Center, jongrogu, South Korea; [3]Departmet of Biomedical Sciences College of Medicine, jongrogu, South Korea; [4]Departmet of Biomedical Engineering Seoul National University College of Engineering, biomedical science building 301, dahakro 101, jongro-gu, South Korea

ThP 365 SP2: Rapid and Automatable Contaminant Removal from Peptide Samples for Proteomic Analyses; Michael Pereckas[1]; Matthew Waas[1]; Rachel A. Jones Lipinski[1]; Rebekah L. Gundry[1]; [1]Medical College of Wisconsin, Milwaukee, WI

ThP 366 Comparing SP3, iST and S-Trap™ for Phosphopeptide Enrichment and Global Proteome Analysis; Johannes Krumm[1]; Bernhard Kuster[2]; [1]Chair of Proteomics and Bioanalytics, Freising, Germany; [2]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany

ThP 367 High-Temperature Trypsin Characterization and Comparison; Laura K. Muehlbauer[1]; Alexander S. Hebert[2]; Joshua J. Coon[1, 2, 3, 4]; [1]Department of Chemistry, University of Wisconsin-Madison, Madison, WI; [2]Genome Center of Wisconsin, Madison, WI; [3]Morgridge Institute for Research, Madison, WI; [4]Department of Biomolecular Chemistry, University of Wisconsin-Madison, Madison, WI

ThP 368 Development of a SPE LC-MS/MS Method for the Bioanalytical Quantification of Pramlintide from Serum; Caitlin M Dunning[1]; Mary E Lame[1]; Paula M Orens[1]; Kim Haynes[1]; Mark D Wrona[1]; [1]Waters Corporation, Milford, MA

ThP 369 An Optimized In-Solution Digestion Method for Identification of Peptides from Cell Debris after Cell Lysis of RAW 264.7 Macrophage Cells; A d a Shahinuzzaman[1]; Jayanta Kishor Chakrabarty[1]; Abu Hena Mostafa Kamal[1]; Saiful M. Chowdhury[1]; [1]University of Texas At Arlington, Arlington, TX


**ThP 370** **An Approach for Robust Extraction and Efficient Preservation of Proteins from Urine Samples for Subsequent Quantitative Mass Spectrometry Analysis;** Xuemei Zeng[1]; Pamela S Cantrell[1]; Mai Sun[1]; Yang Liu[1]; Nathan A Yates[1, 2]; [1]Biomedical Mass Spectrometry Center, University of Pittsburgh Schools of the Health Sciences, Pittsburgh, PA; [2]Department of Cell Biology, University of Pittsburgh School of Medicine, Pittsburgh, PA

**ThP 371** **Enhanced Protonation Due to Chromium(III) during Liquid Chromatography Electrospray Ionization Mass Spectrometry;** Matthew Mireles[1]; Carolyn J. Cassady[2]; [1]University of Alabama, Tuscaloosa, AL; [2]The University of Alabama, Tuscaloosa, AL

**ThP 372** **Automated PTMscan® Immunoaffinity Enrichment for the Capture of KGG Modified Peptides from Complex Mixtures;** Lilian Phu[1]; Shadie Nimri[2]; Anne Baldwin[3]; Nadia Martinez Marlin[1]; Chris Suh[2]; Matthew P Stokes[4]; Donald S. Kirkpatrick[1]; [1]Genentech, Inc., South San Francisco, CA; [2]PhyNexus, Inc., San Jose, Ca, CA; [3]Synthego Corporation, Redwood City, CA; [4]Cell Signaling Technology, Danvers, MA

**ThP 373** **Positive Pressure-Assisted Sample Preparation (PASP) for Proteomics;** Yang Liu[1]; Richard Lam[2]; John Laycock[2]; Nathan A Yates[1]; [1]University of Pittsburgh School of Medicine, Pittsburgh, PA; [2]Tecan SP, Inc., Baldwin Park, CA

**ThP 374** **Immuno and Enzymatic Reactor Micro-SPE Cartridges for Rapid Protein Isolation and Digest;** Karen Duong[1]; Simin Maleknia[1]; Andrew Minett[2]; David Bishop[1]; Philip Doble[1]; [1]University of Technology Sydney, Sydney, Australia; [2]Eprep Pty Ltd, Mulgrave, Australia

**ThP 375** **Sample Preparation for Bottom-Up Proteomics Using a Two-Stage Disposable Cartridge (ProTrap XGTM) Equipped with Chitosan-Immobilized Trypsin;** Subin R. C. K. Rajendran[1]; Alan A. Doucette[2]; [1]Department of Chemistry, Dalhousie University, Halifax, NS; [2]Dalhousie University, Halifax, NS

**ThP 376** **Profiling the Recovery of Low Molecular Weight Proteins and Peptides Following Precipitation in the ProTrap XG;** Venus Baghalabadi; Dalhousie University, Halifax, NS

**ThP 377** **Hands-Off: Fully Automated & TMT-Compatible Sample Preparation on the PreOn Liquid Handling Platform Employing the iST-NHS Workflow;** Fabian Hosp[1]; Doris Jansen[1]; Nils Kulak[2]; [1]PreOmics GmbH, Planegg/Martinsried, Germany; [2]PreOmics GmbH, Planegg/martinsried, Germany

LIPIDS: ID AND STRUCTURAL ANALYSIS
378-404

**ThP 378** **Epoxidation with mCPBA: A Universal Method to Pinpoint Lipid Double-bond Positions by Tandem Mass Spectrometry;** Ting-Hao Kuo[1]; Hsin-Hsiang Chung[1]; Hsin-Yuan Chang[1]; Chiao-Wei Lin[2, 3]; Ming-Yang Wang[4]; Tang-Long Shen[3]; Cheng-Chih Hsu[1]; [1]Department of Chemistry, National Taiwan University, Taipei, Taiwan; [2]Department of Animal Science and Technology, National Taiwan University, Taipei, Taiwan; [3]Department of Plant Pathology and Microbiology, National Taiwan University, Taipei, Taiwan; [4]Department of Surgery, National Taiwan University Hospital and College of Medicine, Taipei, Taiwan

**ThP 379** **Insights into the Structural Diversity of Cardiolipins by Mathematical Modeling of LC-MS/MS Data;** Gregor Oemer[1]; Marie-Luise Edenhofer[1]; Katharina Lackner[1]; Jakob Koch[1]; Ernst R. Werner[1]; Johannes Zschocke[1]; Markus A. Keller[1]; [1]Medical University Innsbruck, Innsbruck, Austria

**ThP 380** **Comprehensive Structural Characterization and Quantitation of Glycerophospholipids Enabled by Photochemistry and Tandem Mass Spectrometry;** Wenbo Cao[1]; Wenpeng Zhang[1, 2]; Qinhua Chen[3]; Zheng Ouyang[1, 2]; Xiaoxiao Ma[1]; [1]State Key Laboratory of Precision Measurement Technology and Instruments, Department of Precision Instrument, Tsinghua University, Beijing, China; [2]Weldon School of Biomedical Engineering and Department of Chemistry, Purdue University, West Lafayette, IN 47906; [3]Affiliated Dongfeng Hospital, Hubei University of Medicine, Shiyan, China

**ThP 381** **Lipid Omega Analyzer- Lipidomic Data Analysis System with C=C Location Identification Capability;** Donghui Zhang[1]; Wenpeng Zhang[2, 3]; Zheng Ouyang[1]; Yu Xia[2]; [1]State Key Laboratory of Precision Measurement Technology and Instrument, Department of Precision Instruments, Tsinghua University, Beijing, China; [2]Department of Chemistry, Tsinghua University, Beijing, China; [3]Department of Chemistry Purdue University, West Lafayette, IN

**ThP 382** **An LC-PB-MS/MS Workflow for Characterizing Phosphatidylinositols and Phosphatidylglycerols with Double Bond Location;** Tian Xia[1]; Wenpeng Zhang[1, 2]; Hanlin Ren[1]; Yu Xia[1]; [1]Department of Chemistry, Tsinghua University, Beijing, China; [2]Department of Chemistry, Purdue University, West Lafayette, IN

**ThP 383** **Locating C=C Bonds in Unsaturated Lipids via Visible-Light Paternò–Büchi Reaction;** Hai-Fang Li[1]; Xiaoxiao Ma[1]; Yu Xia[1]; Zheng Ouyang[1]; [1]Tsinghua University, Beijing, China

**ThP 384** **UHPLC-IMS-MS as a New Tool for the Characterization of the Membrane Lipids of *Pseudomonas aeruginosa*.;** Estelle Deschamps[1, 2]; Isabelle Schmitz-Afonso[1]; Annick Schaumann[2]; Corinne Loutelier-Bourhis[1]; Stéphane Alexandre[2]; Emanuelle Dé[2]; Carlos Afonso[1]; [1]Laboratoire COBRA, UMR6014, University of Rouen, Mont-Saint-Aignan, France; [2]Laboratoire PBS, UMR6270, University of Rouen, Mont-Saint-Aignan, France

**ThP 385** **Localizing Carbon-Carbon Double Bond Position of Unsaturated Lipid Isomers by m-CPBA Epoxidation and ESI/MALDI Mass Spectrometry;** Yu Feng[1]; Bingming Chen[1]; Qinying Yu[1]; Meng Xu[2]; Lingjun Li[1, 2]; [1]School of Pharmacy, University of Wisconsin, Madison, WI; [2]Department of Chemistry, University of Wisconsin, Madison, WI

**ThP 386** **MS Determination of Double Bond Position of Lipids at Single-Cell Level;** Yanlin Zhu[1]; Zhibo Yang[1]; [1]University of Oklahoma, Norman, OK

**ThP 387** **Localization of Cyclopropane Modifications in Bacterial Lipids via Ultraviolet Photodissociation Mass Spectrometry;** Molly S Blevins[1]; Jennifer S Brodbelt[1]; M. Stephen Trent[2]; [1]University of Texas at Austin, Austin, TX; [2]University of Georgia, Athens, GA

**ThP 388** **Widely Targeted Lipidomics Profiling (WTLP) with Unit Dalton Resolution Using the Sciex 6500+ QTRAP;** Yunping Qiu[1]; Mackenzie J J Pearson[2]; Min Cai[1]; Cyrus Papan[3]; Irwin J Kurland[4]; [1]Albert Einstein College of Medicine, Bronx, NY; [2]Sciex, Framingham, MA; [3]SCIEX, Darmstadt, Germany; [4]Albert Einstein CollegeMed, Bronx, NY

**ThP 389** **Sphingolipid Metabolism as a Molecular Marker of Cellular Dysfunction in Drug-Induced Liver Injury;** Linhao Li[1]; Mohammad I Ansari[1]; Hongbing Wang[1]; Jace W Jones[1]; [1]University of Maryland, School of Pharmacy, Baltimore, MD

**ThP 390** **Enhancing Shotgun Lipidomics by Structural Characterization of Cardiolipins via Ultraviolet Photodissociation (UVPD);** Luis A Macias[1]; Clara L. Feider[1]; Livia S Eberlin[1]; Jennifer S Brodbelt[1]; [1]University of Texas - Austin, Austin, TX

**ThP 391** **Improved Lipid Annotation Depth Using Automatically Generated Inclusion and Exclusion Lists on an Orbitrap-Based Mass Spectrometer;** Sven Hackbusch[1];



David Peake[1]; Reiko Kiyonami[1]; [1]Thermo Fisher Scientific, San Jose, CA

**ThP 392 High-Throughput Analysis of Glycerol Lipids with C=C Localization via RPLC-PB-MS/MS;** Elissia Franklin[1]; Yu Xia[2]; [1]Purdue University, West Lafayette, IN; [2]Tsinghua University, Beijing, China

**ThP 393 Evaluation of Surface Induced Dissociation in Conjunction with Ion Mobility-Mass Spectrometry for Lipid Structural Characterization;** Rachel A. Harris[1]; Jody C. May[1]; Sophie R. Harvey[2]; Vicki Wysocki[2]; John A. McLean[1]; [1]Vanderbilt University, Nashville, TN; [2]The Ohio State University, Columbus, OH

**ThP 394 Untargeted Macrolipidomic Profiling of Plant-Based Oils;** Juan Aristizabal-Henao[1]; Ningombam Sanjib Meitei[2]; Ken D. Stark[1]; [1]University of Waterloo, Waterloo, ON; [2]PREMIER Biosoft, Palo Alto, CA

**ThP 395 Higher Confidence Annotations of Target Lipids Enabled by Trapped Ion Mobility MS in Combination with Machine Learning Based CCS Prediction;** Matthias Szesny[1]; Sebastian Wehner[1]; Heiko Neuweger[1]; Ulrike Schweiger-Hufnagel[1]; Sven W. Meyer[1]; Aiko Barsch[1]; Nikolas Kessler[1]; Lucy Woods[1]; [1]Bruker Daltonics, Bremen, Germany

**ThP 396 Ceramide Analysis on a MALDI-TOF Platform: Matrix, Adduct, and Fragmentation Optimization;** Anh Tran[1]; Jace W Jones[1]; [1]University of Maryland, School of Pharmacy, Department of Pharmaceutical Sciences, Baltimore, MD

**ThP 397 A Novel Data Strategy Towards an Integrated LC/MS-1H NMR Workflow for Identifying Unknown Lipids;** Jiajun Lei[1]; Rohit Mahar[1]; Ram Khattri[1]; Matthew E. Merritt[1]; Timothy J. Garrett[1]; Richard A Yost[1]; [1]University of Florida, Gainesville, FL

**ThP 398 Leveraging Multidimensional Separations to Enhance Traditional LC-MS Lipidomics Workflows;** Sarah M. Stow[1]; Mark Sartain[2]; Aivett Bilbao[3]; Bryson C. Gibbons[3]; Juli Salcedo[2]; Xiangdong Li[2]; Adithya Murali[2]; Jeremy Koelmel[4]; Robin H.J Kemperman[4]; John C. Fjeldsted[2]; [1]Agilent Technologies, Santa Clara, CA; [2]Agilent Technologies, Inc., Santa Clara, CA; [3]Pacific Northwest National Laboratory, Richland, WA; [4]University of Florida, Gainesville, FL

**ThP 399 Dual Derivatization Strategy for the LCMS Analysis of Plasmenyl Glycerophospholipids;** Samuel W Shields[1]; Carlos R Canez[1]; Peter J Pallister[1]; Jeffrey M Manthorpe[1]; Jeffrey C Smith[1]; [1]Carleton University, Ottawa, ON

**ThP 400 Oxygen Attachment Dissociation MS/MS for Differentiation between Cis and Trans Fatty Acids;** Hidenori Takahashi[1]; Yuji Shimabukuro[2]; Daiki Asakawa[3]; Shosei Yamauchi[2]; Shinichi Iwamoto[4]; Motoi Wada[2]; Koichi Tanaka[4]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Doshisha University, Kyoto, Japan; [3]AIST, Tsukuba, Japan; [4]Shimadzu corp., Kyoto, Japan

**ThP 401 Establishment of a Novel Identification Algorithm for Non-Targeted LCMS Workflows Using a New and Effective Deconvolution Technique;** Yasuto Yokoi[1]; Takefumi Moriya[1]; Takao Nakajima[1]; David A. Peake[2]; Reiko Kiyonami[3]; [1]Mitsui Knowledge Industry Co., Ltd., Tokyo, Japan; [2]Thermo Fisher Scientific, Sunnyvale, CA; [3]Thermo Fisher Scientific, Sunnyvale, CA

**ThP 402 Structural Identification of Phosphatidylcholine Isomers Directly from Mouse Brain Tissue Using Electron Induced Dissociation on an FT-ICR Mass Spectrometer;** Matthias-Erich N Born[1]; Boone M. Prentice[1]; [1]University of Florida, Gainesville, FL

**ThP 403 Global Measurement of Mouse Brain Lipids;** Russell Louis Denton[1]; Kyle J Cutler[2]; Conner Holman[2]; Joseph Creery[2]; John C Price[2]; [1]Brigham Young University, Provo, UT; [2]Brigham Young University, Provo, Utah

**ThP 404 Lipidomics Analysis in Niemann-Pick C Cells;** Jonathan Paz; EPFL, Lausanne, Switzerland

### MALDI: APPLICATIONS
**405-417**

**ThP 405 Mass Spectrometry Methods for Bacterial Infection Diagnosis;** Yingdi Zhu[1]; Hubert H. Girault[1]; [1]Ecole Polytechnique Fédérale de Lausanne (EPFL), Sion, Switzerland

**ThP 406 Studying Non-Covalent Interactions between G Protein-Coupled Receptors and miniGα Proteins by MALDI Mass Spectroscopy;** Na Wu; ETHz, zurich, Switzerland

**ThP 407 Detecting Protein-Peptide Interactions Utilizing SAMDI and MALDI-TOF;** Hilda Hernandez-Barry[1]; Gary Wilson[1]; Erica Vanderporten[1]; Yue Fu[1]; Maciej Paluch[1]; Phil Hass[1]; Rami Hannoush[1]; Yichin Liu[1]; Kelly Loyet[1]; [1]Genentech, South San Francisco, CA

**ThP 408 Direct Identification of Phytoplankton Pigments in Sea Water Samples Using Electron Transfer MALDI MS;** Luis Miguel Díaz[1]; Marianny Y. Combariza[1]; Cristian Blanco-Tirado[1]; Juan Ramirez[1]; Mayra C. Morales[2]; María I. Criales[1]; Andres Franco Herrera[2]; [1]Universidad Industrial de Santander, Bucaramanga, Colombia; [2]Universidad Jorge Tadeo Lozano, Santa Marta, Colombia

**ThP 409 MSn Analyses for Tryptophan-Conjugated ADC Mimic by Miniature MALDI Digital Ion Trap Mass Spectrometer (MALDI-DIT-MS);** Hideharu Shichi[1]; Shuichi Nakaya[1]; Katsuya Maruyama[2]; Kosuke Hosoi[1]; Takashi Nishikaze[1]; Koichi Kojima[1]; Kei Kodera[1]; Sadanori Sekiya[1]; Shinichi Iwamoto[1]; Kounosuke Oisaki[2]; Motomu Kanai[2]; Koichi Tanaka[1]; [1]SHIMADZU, Kyoto, Japan; [2]Graduate School of Pharmaceutical Sciences, The University of Tokyo, Bunkyo, Japan

**ThP 410 A High-Throughput Multiplexed Assay Platform for Monitoring Protein Abundance in 96-Well Cell Cultures or Product Profiles from Enzyme-Substrate Reactions;** Sergey Mamaev[1]; Jeffrey C. Silva[1]; Camilla Worsfold[1]; Vladislav B. Bergo[1]; [1]ADEPTRIX CORP., Beverly, MA

**ThP 411 Development of a Quantitative Peptide MALDI MS Method for Indirect Determination of Amine Density of an Amine Surface;** Jason M Peterson[1]; Loren J Howell[1]; James G Boyd[1]; Gaurav Saini[1]; Patrick Walsh[1]; Olgica Trenchevska[1]; [1]HealthTell Inc, Chandler, AZ

**ThP 412 Characterization of Peptide "Primordial Soups" using MALDI-TOF and MALDI-FTICR MS;** Jabbarrius N. Ervin[1]; Marcos Bouza Areces[2]; Facundo M. Fernandez[2]; Jay G. Forsythe[1]; [1]College of Charleston, Charleston, SC; [2]Georgia Institute of Technology, Atlanta, GA

**ThP 413 MALDI-directed Region Selection for Laser Ablation Tissue Microsampling;** Kelin Wang[1]; Fabrizio Donnarumma[1]; Michael Pettit[2]; Touradj Solouki[2]; Kermit K. Murray[1]; [1]Louisiana State University, Baton Rouge, LA; [2]Baylor University, Waco, TX

**ThP 414 Plasmonic Nanoshells for Drug, Metabolite and Bacteria Detection with Mass Spectrometry;** Lin Huang[1]; Kun Qian[2]; [1]Shanghai Jiao Tong University, Shanghai, China; [2]Shanghai Jiao Tong University, Shanghai, China

**ThP 415 Comparison of Diethyl Dithiocarbamate and Pyrrolidine Dithiocarbamate for Cisplatin and Copper Chelation by MALDI-TOF;** Yi-Feng Dai[1]; Hung-Wei Yang[2]; Chiung-Yin Huang[3]; Kuo-Chen Wei[3]; Hay-Yan J. Wang[4,5]; [1]National Sun Yat-sen University, Kaohsiung, Taiwan; [2]Institute of Medical Science and Technology, National Sun Yat-sen University, Kaohsiung, Taiwan; [3]Chang Gung Memorial Hospital, Tainan, Taiwan; [4]Department of Biological Sciences, National Sun Yat-sen University, Kaohsiung, Taiwan; [5]Doctoral Degree Program in Marine Biotechnology, National Sun Yat-sen University and Academia Sinica, Kaohsiung, Taiwan

**ThP 416 High-Throughput MALDI-TOF Stem Cell Quality Assurance;** Stephen Zambrzycki[1]; Gilad Doron[2]; Johnna S Temenoff[2]; Facundo M Fernandez[1]; [1]Georgia Institute of Technology, School of Chemistry and Biochemistry, Atlanta,


Georgia; [2]Georgia Institute of Technology, Department of Biomedical Engineering, Atlanta, Georgia

ThP 417 **AP-MALDI-Q-IMS-TOF MS as a Highly Accurate MS Profiling Platform for Speciation/Biotyping;** Cristian Piras[1]; Oliver J Hale[1]; Barney Jones[1]; Nick Taylor[1]; Mike Morris[2]; Christopher K Reynolds[1]; Rainer Cramer[1]; [1]University of Reading, Reading, United Kingdom; [2]Waters Corporation, Wilmslow, United Kingdom

## MALDI: FUNDAMENTALS AND INSTRUMENTATION
### 418-421

ThP 418 **Insights on Cation-Adduct Formation in MALDI Mass Spectrometry;** Jonas B Metternich[1]; Martin F Czar[1]; Mario F Mirabelli[1]; Giovanni L Bartolomeo[1]; Renato Zenobi[1]; [1]ETH Zurich, Zurich, Switzerland

ThP 419 **Enhanced Protonation upon Addition of Chromium(III) During Matrix-Assisted Laser Desorption Ionization;** Nnenna E Dieke[1]; Carolyn J Cassady[1]; [1]The University of Alabama, Tuscaloosa, AL

ThP 420 **Ion Source Cleaning Plate for Clinical MALDI-TOF System;** Heesung Kang[1]; Joo Yeon Oh[1]; Yang Sun Kim[1]; [1]ASTA, Suwon-si, South Korea

ThP 421 **Utilizing a Cold-Mist Nebulizer to Perform Matrix Deposition in MALDI MS Analyses of Complex Samples and Tissue Slices;** Eugene Moskovets[1]; Vladimir M. Doroshenko[1]; Alexey Gapeev[2]; Shelley N. Jackson[3]; Ludovic Muller[3]; Amina S. Woods[3]; [1]MassTech Inc, Columbia, MD; [2]Millis Scientific Inc, Baltimore, MD; [3]NIH/NIDA-IRP, Baltimore, MD

## MALDI: SAMPLE PREPARATION
### 422-430

ThP 422 **On-Target Recrystallization of 2,5-Dihydroxybenzoic Acid Using Acetonitrile Droplet as an Enhancement of Surface Homogeneity for MALDI-MS Dried-Droplet Sample Preparation;** Huu-Quang Nguyen[1]; Dabin Lee[1]; Yeoseon Kim[1]; Min Sun Kim[2]; Kyoung-Soon Jang[3]; Jeongkwon Kim[1]; [1]Chungnam National University, Daejeon, South Korea; [2]Scientific Instruments Reliability Assessment Center, Korea Basic Science Institute, Daejeon, South Korea; [3]Biomedical Omics Center, Korea Basic Science Institute, Daejeon, South Korea

ThP 423 **High-Speed Characterization of Candle Waxes Using Surface-Assisted Laser Desorption/Ionization Mass Spectrometry (SALDI-MS) with Etched Silver Foil as Substrates;** Andreas Schnapp[1]; Ann-Christin Niehoff[1]; [1]Shimadzu Europa GmbH, Duisburg, Germany

ThP 424 **Nanodiamond Assisted MALDI-MS Analysis of High Mass Proteins in the Nanomolar Concentration Range;** Avinash Adhikrao Patil[1]; Mhikee Janella N. Descanzo[1]; Chen-Hao Wen[1]; Wen-Ping Peng[1]; [1]National Dong Hwa University, Shoufeng, Taiwan

ThP 425 **Serial Detachment of Amino Acids from Microwave-Assisted Weak Acid Protein Hydrolysis;** Jihyun Paek[1]; Jeongkwon Kim[1]; [1]Chungnam National University, Daejeon, South Korea

ThP 426 **Assessing the Effects of Tissue Fixation, Freezing, Embedding, and Washing on the Global Lipidome Utilizing MALDI FT-ICR IMS;** Marissa A. Jones[1,2,3]; Jeffrey M. Spraggins[1,2,3]; Nathan Heath Patterson[1,4]; William J. Perry[1,2]; Richard M. Caprioli[1,2,4,5,6]; [1]Mass Spectrometry Research Center, Vanderbilt University, Nashville, TN; [2]Department of Chemistry, Vanderbilt University, Nashville, TN; [3]Department of Biochemistry, Vanderbilt University, Nashville, Tennessee; [4]Department of Biochemistry, Vanderbilt University, Nashville, TN; [5]Department of Pharmacology, Vanderbilt University, Nashville, TN; [6]Department of Medicine, Vanderbilt University, Nashville, TN

ThP 427 **N-glycan MALDI Fingerprinting and All-In-One Reducing-End Derivation Matrix Optimization;** Nicolas Eskenazi[1]; Ophelia Djimatey[1]; Chiara Giangrande[1]; Joëlle Vinh[1]; [1]SMBP, ESPCI, PSL University, PARIS, France

ThP 428 **Simple Surface Modification for Enhancing Carbohydrate Ion Sensitivity in Matrix-Assisted Laser Desorption/Ionization Time-Of-Flight Mass Spectrometry;** Chia-Hsin Chi[1]; Yu-Meng Ou[1,2]; Yi-Sheng Wang[1]; [1]Genomics Research Center, Academia Sinica, Taipei, Taiwan; [2]Department of Chemistry, National Taiwan University, Taipei, Taiwan

ThP 429 **Toward Seamless Incorporation of Paternò–Büchi Carbon-Carbon Double Bond Localization in Common MALDI-MSI Workflow;** Andrew F Paulson[1]; Young-Jin Lee[1]; [1]Iowa State University, Ames, IA

ThP 430 **Rapid Isolation of Peptides and Proteins from Biological Fluids for Proteomic Analysis by MALDI-TOF Mass Spectrometry;** Ryan Walsh[1]; Matt Texter[2]; Robert English[3]; Eric Weaver[1]; [1]Shimadzu Scientific Instruments Corp., Columbia, MD; [2]Shimadzu Scientific Instruments, Inc, Columbia, MD; [3]Shimadzu Scientific Instruments, Inc., Columbia, Maryland; [4]University of Texas, Arlington, Arlington, TX

## METABOLOMICS: CLINICAL APPLICATIONS
### 431-449

ThP 431 **Utilizing Microfluidic Devices to Evaluate Cellular Metabolism of Therapeutics with Online Mass Spectrometric Detection;** Campbell B Mousseau[1]; Chengpeng Chen[2]; R. Scott Martin[2]; Amanda B. Hummon[1]; [1]The Ohio State University, Columbus, OH; [2]Saint Louis University, St. Louis, MO

ThP 432 **Integrated Workflow with Quality Control for Large Cohort and Clinical Metabolomics Research Using Robust Hardware and Signal Correction;** Sebastian Goetz[1]; Ulrike Schweiger-Hufnagel[1]; Matthias Szesny[1]; Aiko Barsch[1]; Sven W. Meyer[1]; Matthew R. Lewis[2]; Nikolas Kessler[1]; [1]Bruker Daltonics, Bremen, Germany; [2]Imperial College London, London, United Kingdom

ThP 433 **Dynamic Assessment of the Human Saliva Structural Lipidome using MS/MSALL Shotgun Lipidomics for Population Health Applications;** Valerie Bussberg[1]; Hannah Rockwell[1]; Gramoz Kondakci[1]; Emily Y. Chen[1]; Fei Gao[1]; Niven R. Narain[1]; Michael A. Kiebish[1]; [1]BERG, LLC, Framingham, MA

ThP 434 **Development of a Functional Neurometabolomics Platform to Enable MOA and Functional Studies in Drug Development and Precision Medicine;** Bennett Greenwood[1]; Collin Hill[1]; Vladimir Tolstikov[1]; Reinhard Roessler[1]; Christine Denny[2]; Josephine McGowan[2]; Vivek Vishnudas[1]; Rangaprasad Sarangarajan[1]; Niven R. Narain[1]; Michael A. Kiebish[1]; [1]BERG, LLC, Framingham, MA; [2]Columbia University, New York, NY

ThP 435 **Metabolomics Analysis of Adults-Onset Still's Disease by SWATH-MS;** Chien-Chen Lai[1]; Hsuan-Jen Chen[1]; [1]National Chung Hsing University, Taichung, Taiwan

ThP 436 **Influenza Viral Infection Detection in Seconds Using LDTD-MS and Machine Learning;** Pier-Luc Plante[1,2]; Elina Francovic-Fontaine[1,2]; Francis Brière[1,2]; Nancy Boucher[2]; Julie Carbonneau[2]; Marie-Ève Hamelin[2]; Guy Boivin[2]; Jacques Corbeil[1,2]; [1]Université Laval, Quebec, Quebec; [2]Infectiology Research Centre, CHU de Québec, Laval University, Québec, QC

ThP 437 **Multiomics Analysis of The Metabolome and Intestinal Microbiome of Antibiotics versus Pathogen-Specific Monoclonal Antibodies;** Omari Jones-Nelson[1]; Matthew Glover[1]; Andrey Tovchigrechko[1]; Taylor Cohen[1]; Fiona Fernandes[2]; Udaya Rangaswamy[2]; Liu Hui[2]; David Tabor[2]; Paul Warrener[1]; Jose Martinez[1]; Wen Yu[1]; Gina Dangelo[1]; Sonja Hess[3]; Bret Sellman[1]; [1]MedImmune, Gaithersburg,

67th ASMS | GA | TFS 3



MD; [2]Medimmune, South San Francisco, California; [3]MedImmune, Gaithersburg

**ThP 438  A Novel Derivatization LC-MS/MS-Based Method for Quantifying Metanephrines from Dried Blood Spots for the Diagnosis of Pheochromocytomas and Paragangliomas (PPCs/PPGLs);** Vincent R. Richard[1]; Rene Zahedi[1]; Shaun Eintracht[2]; Christoph H. Borchers[1, 3, 4, 5]; [1]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC; [2]Department of Diagnostic Medicine, Jewish General Hospital, McGill University, Montreal, QC; [3]University of Victoria-Genome BC Proteomics Centre, Victoria, BC; [4]Department of Biochemistry and Microbiology, University of Victoria, Victoria, BC; [5]Gerald Bronfman Department of Oncology, Jewish General Hospital, McGill University, Montreal, QC

**ThP 439  High Resolution Mass Spectrometry Newborn Screening Applications for Quantitative Analysis of Amino Acids and Acylcarnitines from Dried Blood Spots;** C. Austin A Pickens[1]; Konstantinos Petritis[1]; [1]Centers for Disease Control and Prevention, Chamblee, GA

**ThP 440  Development of a New Vitamin D Assay and Its Application to Profile Vitamin D Metabolites in a Pediatric Population;** Brian C DeFelice[1]; Theresa L Pedersen[1]; Hanan Shorrosh[2]; Randi K. Johnson[2]; Jennifer A Seifert[2]; Jill M. Norris[2]; Oliver Fiehn[3]; [1]University of California, Davis, Davis, CA; [2]University of Colorado, Denver - Anschutz, Aurora, CO; [3]University of California Davis, Davis, CA

**ThP 441  Metabolomic Studies in Newborn Exposed to Zika Virus;** Danielle Zildeana Souza Furtado[1]; Luiz André Zanluqui[1]; Cleber N. Barretos[1]; Fabiana A. Marques[2]; Regina V Oliveira[3]; Nilson Antonio Assuncao[1]; [1]Universidade Federal de São Paulo (UNIFESP), São Paulo, Brazil; [2]Instituto Federal de Educação, Ciência e Tecnologia Goiano, Campus Ceres., Ceres, Brazil; [3]Universidade Federal de São Carlos, São Carlos, Brazil

**ThP 442  New Secondary Electrospray Ionization Configuration with Improved Background Levels and Repeatability for Online Analysis of Relevant Metabolites in Breath;** Pedro A. Barreiro[1]; Miriam Macía[1]; Kapil D. Singh[2]; Pablo Sinues[2]; Guillermo Vidal-De-Miguel[1]; [1]Fossil Ion Technology, Madrid, Spain; [2]University of Basel, Basel, Switzerland

**ThP 443  Metabolic Profile of Saliva and Biofilm of 30 Patients during Hospitalization in ICU;** Monira Samaan Kallas Kallas[1]; Meriellen Dias[2]; Isaac Castro[1]; Maria Anita Mendes[2]; Luciano Cesar Pontes Azevedo[1]; [1]Sírio Libanes Hospital,, São Paulo, Brazil; [2]Dempster MS Lab- Poli-USP, Sao Paulo, Brazil

**ThP 444  Metabolic Assessment of Multi-Risk Factors of Alzheimer's Disease Based on Integrative Metabolomic Analysis;** Soo Jin Park[1]; Eosu Kim[2]; Soo ah Jang[2]; Do Yup Lee[1]; [1]kookmin university, Seoul, South Korea; [2]Yonsei University College of Medicine, Seoul, South Korea

**ThP 445  MALDI-FTMS and NMR Serum Analysis for Biomarker Based Determination of Diabetes During Pregnancy;** Franklin E. Leach Iii[1]; Jacquelyn Walejko[1]; Maureen Keller-Wood[2]; Arthur S. Edison[1]; [1]University of Georgia, Athens, GA; [2]University of Florida, Gainesville, FL.

**ThP 446  Biomarker Discovery and Validation for Delirium Syndrome Using Mass Spectrometry-Based Metabolomics Analysis of Serum Samples;** Don E. Davis, Jr.[1, 2, 3, 4]; Simona G. Codreanu[1, 2, 3, 4]; Stacy D. Sherrod[1, 2, 3, 4]; Jennifer Colby[5]; Jin H. Han[6]; John A. McLean[1, 2, 3, 4]; [1]Vanderbilt University Department of Chemistry, Nashville, TN; [2]Vanderbilt Institute of Chemical Biology, Nashville, TN; [3]Center for Innovative Technology, Nashville, TN; [4]Vanderbilt Institute for Integrative Biosystems Research and Education, Nashville, TN; [5]Vanderbilt University Medical Center Department of Pathology, Microbiology and Immunology, Nashville, TN; [6]Vanderbilt University Medical Center

Department of Emergency Medicine, Nashville, TN

**ThP 447  Metabolic Preference Assay for Rapid Diagnosis of Bloodstream Infections;** Thomas Rydzak[1]; Ryan A Groves[1]; Heather Semeniuk[2]; Rajnigandha Pushpker[1]; Ruichuan Zhang[1]; Daniel Gregson[2]; Deirdre Church[2]; Ian A Lewis[1]; [1]University of Calgary, Calgary, AB; [2]Calgary Laboratory Services, Alberta Health Services, Calgary, AB

**ThP 448  Investigating the Complex Interaction between Host Prostate Cancer Cells and Common Microbes Using LC-IM-QTOF-MS Based Platform;** Sumankalai Ramachandran[1]; Minas Sakellakis[1]; Gary Gallick[1]; Christopher Logothetis[1, 2]; Mark Titus[1]; [1]Department of Genitourinary Medical Oncology, The University of Texas MD Anderson Cancer Center, Houston, TX, Houston, TX; [2]Department of Clinical Therapeutics, University of Athens, Athens, Greece

**ThP 449  UPLC-MS Based Plasma Metabolomics Reveal Aromatic Amino Acids Metabolites are Associated with Nonalcoholic Steatohepatitis;** Nisreen Nimer[1, 2]; Zeneng Wang[2]; Ina Nemet[2]; Valentin Gogonea[1, 2]; Stanley L Hazen[1, 2]; [1]Cleveland State University, Cleveland, OH; [2]Cleveland Clinic, Cleveland, OH

## METABOLOMICS: GENERAL II
### 450-478

**ThP 450  Novel Metabolite Interactions between Branched Amino Acid Aminotransferase 2 (BCAT2), Phenyl Compounds, and Biocytin;** Carol Nilsson[1]; Kevin G. Hicks[2]; Jared Rutter[2]; [1]Lund University, Lund, Sweden; [2]University of Utah School of Medicine, Salt Lake City, UT

**ThP 451  Metabolomics Analysis of IL-2 and IL-15 Expanded γδ2 T Cells Co-Cultivated with Cancer Cell Lines;** Thomas P. Wyche[1]; Rurun Wang[1]; Kalyn Schriefer[1]; Samantha O'Hara[1]; Jason Killough[1]; Dario Gutierrez[1]; Theodore Sana[1]; [1]Merck & Co., Inc., Cambridge, MA

**ThP 452  Where Does Tcruzi Hide? A Mass Spectrometric Study of T. cruzi Infection in Mouse Models.;** Ekram Hossain[1]; Sharon Lostracco-Johnson[2]; Diane Thomas[2]; Laura-Isobel McCall[1]; [1]University of Oklahoma, Norman, OK; [2]UCSD, San Diego, CA

**ThP 453  Development of Chemical Isotope Labeling Nanoflow LC-MS for Profiling Hydroxyl Submetabolome of Small Numbers of Cells;** Xian Luo[1]; Liang Li[1]; [1]University of Alberta, Edmonton, AB

**ThP 454  Rapid Quantification of Extremely Polar Metabolites in Biological Fluids Using Negative Electrospray HILIC-Mass Spectrometry;** Xiaoding Wang[1]; Lianqqiao Bian[2]; Maciej Kukula[2]; Zhao Wang[1]; [1]Division of Cardiology, Department of Internal Medicine, University of Texas Southwestern Medical Center, Dallas, Texas; [2]Shimadzu Center for Advanced Analytical Chemistry, University of Texas at Arlington, Arlington, TX

**ThP 455  Metabolomic Profiling Shows that Glutathione Depletion Is Rescued Along with Growth Rate in Yeast Methionine Auxotrophs;** Matthew A. Kukurugya[1]; Bernd J. Wranik[1]; Tina Mahatdejkul-Meadows[1]; R. Scott McIsaac[1]; Bryson D. Bennett[1]; [1]Calico Life Sciences, South San Francisco, CA

**ThP 456  Analysis of Single Liver Cells to Study Drug Uptake, Metabolism and Effects on Endogenous Metabolome at the Single Cell Level;** Liliana Pedro[1]; Patrick Rudewicz[1]; [1]Novartis Institutes for Biomedical Research, Emeryville, CA

**ThP 457  Evaluation of Inter-protocol Quality Control Samples Used for Metabolomic Analyses;** Bethanne M. Warrack[1]; Michael D. Reily[1]; Petia Shipkova[1]; Joelle Onorato[1]; [1]Bristol-Myers Squibb, Princeton, NJ

**ThP 458  Development and Validation of a High Throughput Metal Ion Panel of 23 Elements for Analysis of Bio Fluids;** Matthew T Doyle[1]; Richard Robinson[1]; Afton Starling[1]; Brent Overcash[1]; Lori Wright[1]; Fred Hubbard[1]; Anne Evans[1]; Luke Miller[1]; [1]Metabolon, Inc., Durham, NC



**ThP 459 Modelling Cancer Lipogenesis Using LA-REIMS Metabolic Flux analysis in Breast Cancer Cell Lines;** Seyma Turkseven[1]; Nikolaos Koundouros[2]; Simon Cameron[3]; Alvaro Perdones-Montero[3]; Renata Soares[3]; Luisa Doria[3]; George Poulogiannis[2]; Zoltan Takats[3]; [1]Imperial College London, London, United Kingdom; [2]Institute of Cancer Research, London, United Kingdom; [3]Imperial College, London, United Kingdom

**ThP 460 Ion-Pair Selection Method for Pseudotargeted Metabolomics Based on SWATH MS Acquisition and Its Application in Type 2 Diabetes study;** Xinjie Zhao[1][2]; Lichao wang[1][2]; Benzhe Su[3]; Zhongda Zeng[1]; Chao Li[4]; Wangjie Lv[1][2]; Qiuhui Xuan[1][2]; Lina Zhou[1][2]; Xin Lu[1][2]; Xiaohui Lin[3]; Guowang Xu[1][2]; [1]CAS Key Laboratory of Separation Science for Analytical Chemistry, Dalian Institute of Chemical Physics, Chinese Academy of Sciences, Dalian, China; [2]University of Chinese Academy of Sciences, Beijing, China; [3]School of Computer Science & Technology, Dalian University of Technology, Dalian, China

**ThP 461 A Comprehensive Heart Metabolome Enabled by Ultra-High Resolution Fourier-Transform Ion Cyclotron Resonance Mass Spectrometry (FTICR-MS);** Benjamin Wancewicz[1]; Yutong Jin[1]; Yanlong Zhu[1]; Ying Ge[1]; [1]UW Madison, Madison, WI

**ThP 462 Large-Scale Metabolomic Analysis of Hydrophilic Metabolites Using Hydrophilic Interaction Liquid Chromatography Tandem Mass Spectrometry with a Novel Polymer-Based Amino Column;** Kohta Nakatani[1]; Yoshihiro Izumi[1]; Masatomo Takahashi[1]; Keita Sakurai[2]; Michio Butsugan[2]; Takeshi Bamba[1]; [1]Medical Institute of Bioregulation, Kyushu University, Fukuoka, Japan; [2]Hitachi Chemical Techno Service Co., Ltd., Ibaraki, Japan

**ThP 463 Identification of a Malate-Aspartate Shuttle Mediated Mechanism Supporting Drug Resistance in Lung Cancer Cells Triggered by Reduced GLUL Expression;** Anders Nordstrom[1]; Magesh Muthu[1]; [1]Umea University, Umeå, Sweden

**ThP 464 Next Generation Metabolomics Approach for Isolation and Higher Throughput Annotations of Metabolites from Medicago truncatula Using UHPLC-MS2-SPE-NMR;** Anil Bhatia[1][2]; Feng Qiu[1][3]; Dennis Fine[4]; Daniel Wherritt[4][5]; Zhentian Lei[1][3]; Lloyd W. Sumner[1][2]; [1]Biochemistry Department, University of Missouri, Columbia, MO; [2]MU Metabolomics Center, University of Missouri, Columbia, MO; [3]International Flavors & Fragrances, Union Beach, NJ; [4]The Samuel Roberts Noble Foundation, Ardmore, OK; [5]University of Texas at San Antonio, San Antonio, TX

**ThP 465 Mass Spectrometric Analysis of Metabolic Profile Alterations in Cataractous Lenses Due to Point Mutations in Two Alpha Crystallins;** Cheryl Frankfater[1]; Stephanie Bozeman[2]; Paul Hamilton[2]; Fong-Fu Hsu[1]; Usha Andley[2]; [1]NIH/NIGMS Biomedical Mass Spectrometry Resource, Washington University School of Medicine, St. Louis, MO; [2]Department of Ophthalmology and Visual Sciences, Washington University School of Medicine, St. Louis, MO

**ThP 466 Untargeted and Targeted Metabolomics Approach for Characterizing the Hypoxia-Induced Metabolomic Alterations in Primary and Metastatic Colorectal Cancer;** Sujatha Chilakala[1]; Colin Flinders[1]; Ah Young Yoon[1]; Mario M Alba[1]; Shannon M Mumenthaler[1]; Jonathan E Katz[1]; [1]Lawrence J. Ellison Institute for Transformative Medicine of USC, Los Angeles, CA

**ThP 467 Quatitaion of Glycine Using LC-MS to Investigate Its Role in Sex-Specific Association with Coronary Heart Diseases in vivo Studies;** Ah Young Yoon[1]; Nicholas C. Woodward[2]; Janet Gukasyan[2]; Sujatha Chilakala[1]; Hooman Allayee[2]; Jonathan E Katz[1]; [1]Lawrence J. Ellison Institute for Transformative Medicine of USC, Los Angeles, California; [2]University of Southern California, Los Angeles, California

**ThP 468 Integrating LC/MS-Based Metabolomics and Solid-State NMR for Total Accounting of Carbon;** Miriam Sindelar[1][2]; Xiangfeng Niu[1][2]; Jacob Schaefer[1]; Brian N Finck[2]; Gary J Patti[1][2]; [1]Washington University in St. Louis, St. Louis; [2]Washington University School of Medicine in St. Louis, St. Louis, MO

**ThP 469 Metabolic Phylogeny: Evidence for Speciation through Metabolic Selection in the Evolution of Borrelia, the Causative Agent of Lyme Disease;** Ryan A Groves[1]; Thomas Rydzak[1]; Mildred Castellanos[2]; Peter Kraiczy[3]; George Chaconas[2]; Ian A Lewis[1]; [1]Lewis Research Group, Department of Biological Sciences, University of Calgary, Calgary, AB; [2]Department of Biochemistry and Molecular Biology, University of Calgary, Calgary, AB; [3]Institute of Medical Microbiology and Infection Control, University Hospital of Frankfurt, Frankfurt Am Main, Germany

**ThP 470 Cancer Metabolome Dictates Susceptibility to Oncolytic Viral Therapy;** Barry Kennedy[1]; Patrick Murphy[1]; Michael Giacomantonio[1]; Prathyusha Konda[2]; Derek R Clements[1]; Namit Holay[1]; Shashi Gujar[1][2]; [1]Department of Pathology, Dalhousie University, Halifax, NS, Canada, Halifax, NS; [2]Department of Microbiology and Immunology, Dalhousie University, Halifax, NS, Canada, Halifax, NS, Canada, Halifax, NS

**ThP 471 HPLC-MS as a Detection Method for Pigments, Phenolics, and Co-Regulation in a Hybrid Wine Grape Family to Optimize Plant Breeding;** Abigail L Diering[1]; David Tork[1]; Dana Freund[1]; Matthew Clark[1]; Adrian Hegeman[1]; Anna Underhill[1]; [1]University of Minnesota, St. Paul, MN

**ThP 472 Cancer Cell Metabolism in KRAS Mice Revealed by Direct Sample Analysis with MALDI-TOF and High Resolution Mass Spectrometry;** Bo Wei[1]; Lin Tan[1]; Robyn Rhea[1]; Peiying Yang[1]; [1]M D Anderson Cancer Center, Houston, TX

**ThP 473 Characterization of Future Urine Reference Materials for the NIST Metabolomics Quality Assurance and Quality Control Program;** Abraham Kuri Cruz[1]; David A. Sheen[1]; Werickson F. C. Rocha[2]; Christina M. Jones[1]; [1]National Institute of Standards and Technology, Gaithersburg, MD; [2]INMETRO, Duque De Caxias, Brazil

**ThP 474 Database Assisted Globally Optimized Targeted Mass Spectrometry (dGOT-MS): Reliable Metabolomics Analysis with Broad Coverage;** Xiaojian Shi[1]; Haiwei Gu[1]; Paniz Jasbi[1]; [1]Arizona State University, Scottsdale, AZ

**ThP 475 How the Isotope Exchange Mass Spectrometry can Help Tandem Mass Spectrometry for Identification of Unknowns?;** Yury kostyukevich[1]; Alexander Zherebker[1]; Alexey orlov[1]; Eugene (evgeny) Nikolaev[2]; [1]Skolkovo Institute of Science and Technology, Skolkovo, Russian Federation; [2]Skolkovo institute of science and technology, Moscow Region, Russian Federation

**ThP 476 LC-HRMS Analysis of Small Molecules Formed in Cigarette Smoke-Exposed 3D Cellular Models Derived from Smokers and Non-Smokers;** Yuichiro Takanami[1]; Nobumasa Kitamura[1]; Shigeaki Ito[1]; [1]Japan Tobacco Inc., Yokohama, Kanagawa, Japan

**ThP 477 Rock Varnish as a Source of Biosignatures for Mars Extant Life;** Hiro Teshima[1]; Chris M Yeager[1]; Nina L Lanza[1]; Ricardo Marti-Arbona[1]; [1]Los Alamos National Lab., Los Alamos, NM

**ThP 478 An Integrated Ultra-High Resolution FTICR-MS based Platform for Metabolomics;** Yanlong Zhu[1]; Benjamin Wancewicz[1]; Kent Wenger[1]; Yutong Jin[1]; Heino M. Heyman[2]; Christopher J. Thompson[2]; Aiko Barsch[2]; Allan Brasier[1]; Ying Ge[1]; [1]University of Wisconsin - Madison, madison, WI; [2]Bruker Daltonics Inc., Billerica, MA



## THURSDAY POSTERS

### METABOLOMICS: SAMPLE PREPARATION
### 479-482

**ThP 479** **Metabolomics Links Doxycycline, Used Widely in Inducible Gene Silencing Experiments, with Metabolic Dysregulation in Breast Cancer Cells;** Ashish Vaswani[1]; *Oregon State University, Corvallis, OR*

**ThP 480** **Optimization of *C. elegans* Homogenization and Extraction Methods for LC-MS Untargeted Metabolomics;** Brianna M Garcia[1]; Bennett Fox[2, 3]; Goncalo Gouveia[4]; Franklin E. Leach III[5]; Facundo M. Fernandez[6]; Frank Schroeder[2, 3]; Arthur S. Edison[4]; I. Jonathan Amster[1]; *[1]Department of Chemistry, University of Georgia, Athens, GA; [2]Department of Chemistry and Chemical Biology, Cornell University, Ithaca, NY; [3]Boyce Thompson Institute, Ithaca, NY; [4]Department of Biochemistry, University of Georgia, Athens, Georgia; [5]Department of Environmental Health Science, University of Georgia, Athens, GA; [6]School of Chemistry and Biochemistry, Georgia Institute of Technology, Atlanta, GA*

**ThP 481** **On-Surface Derivatization Reactions for the High-Throughput Analysis of the Poultry Gut Microbiome using MALDI-MS;** Trevor T Forsman[1]; Torey Looft[2]; Young-Jin Lee[1]; *[1]Iowa State University, Ames, IA; [2]US Department of Agriculture, National Animal Disease Center, Ames, IA*

**ThP 482** **Optimizing Methods to Extract Metabolites from Zebrafish Tissue;** Michaela Schwaiger-Haber[1]; Fuad J Naser[1]; Miriam Sindelar[1]; Jonathan L Spalding[1]; Gary J Patti[1]; *[1]Washington University, St. Louis, MO*

### METABOLOMICS: UNTARGETED METABOLITE
### PROFILING III
### 483-512

**ThP 483** **Interlaboratory Reproducibility of an Untargeted Metabolomics GC-MS Assay for Analysis of Human Plasma;** Yan-Ping Lin[1]; Ying Li[1]; Wen-sheng Lang[1]; John Masucci[1]; Gary W. Caldwell[1]; *[1]Janssen Research and Development, Spring House, PA*

**ThP 484** **Establishing a Shareable Spectral MSMS Library and Accurate Mass Retention Time (AMRT) Database for Pediatric Metabolomics Analysis;** Chiara Lavarello[1]; Sebastiano Barco[1]; Anas Kamleh[2]; Igor Fochi[3]; Martina Bartolucci[1]; Gino Tripodi[1]; Giuliana Cangemi[1]; Andrea Petretto[1]; *[1]IRCCS Istituto Giannina Gaslini, Genova, Italy; [2]Thermo Fisher Scientific Europe, Hägersten, Sweden; [3]Thermo Fisher Scientific, Milano, Italy*

**ThP 485** **Metabolic Characterization of Cell Clones in X. laevisEmbryos by HPLC-MS;** Jie Li[1]; Peter Nemes[1]; *[1]Department of Chemistry and Biochemistry, University of Maryland, College Park, MD*

**ThP 486** **A Comprehensive N-Glycan Profiling Analysis of Bevacizumab Biosimilar by UHPLC with Fluorescence Detection and Q-TOF Mass Spectrometry;** Yonghai Lu[1]; Jie Xing[1]; Zhaoqi Zhan[1]; *[1]Shimadzu Asia Pacific, Singapore, Singapore*

**ThP 487** **Discovery of Metabolite Biomarkers of Transition Period Diseases in Dairy Cows Using Chemical Isotope Labeling LC-MS;** Minglei Zhu[1]; Elda Dervishi[2]; Graham Plastow[2]; Marcos Colazo[3]; Liang Li[1]; *[1]University of Alberta, Edmonton, AB; [2]University of Alberta, Edmonton, Alberta; [3]Alberta and Agriculture Forestry, Edmonton, Alberta*

**ThP 488** **Comprehensive Studies of Drug-induced Stemness of Cancer Cells at Single-cell Level;** Mei Sun[1]; Xingxiu Chen[1]; Zhibo Yang[1]; *[1]University of Oklahoma, Norman, OK*

**ThP 489** **Comprehensive Untargeted Metabolite Identification with Kinetex F5 Microflow Liquid Chromatography and Variable Window Data Independent Acquisition;** Khatereh Motamedchaboki[1]; Remco van Soest[1]; Robert Proos[2]; Jason Anspach[3]; *[1]Sciex, Redwood City, CA; [2]Sciex, Framingham, MA; [3]Phenomenex, Torrance, CA*

**ThP 490** **Multi-Feature Based Data Processing of Data Independent Acquisition (DIA) Metabolomics Data without Retention Time Information;** Pradeep Narayanaswamy[1]; Adam Iau[2]; Lyle Burton[2]; Stephen Tate[2]; *[1]Industry, Singapore, Singapore; [2]SCIEX, Concord, ON*

**ThP 491** **Reacomics for LC-MS Based Untargeted Analysis;** Miao Yu[1, 2]; Sofia Lendor[3]; Mariola Olkowicz[3]; Leslie Bragg[3]; Anna Roszkowska[3, 4]; Mark Servos[3]; Janusz Pawliszyn[3]; *[1]University of Waterloo, Waterloo; [2]Icahn School of Medicine at Mount Sinai, New York, NY; [3]University of Waterloo, Waterloo, ON; [4]Medical University of Gdańsk, Gdańsk, Poland*

**ThP 492** **Effect of a Mediterranean Based Diet on Plasma Metabolites;** Francis Briere[1]; Nancy Boucher[1]; Pier-Luc Plante[1]; Didier Brassard[1]; Simone Lemieux[1, 3]; Benoit Lamarche[1, 3]; Jacques Corbeil[1, 2]; *[1]Universite Laval, Quebec, QC; [2]Infectiology Research Centre, CHU de Québec, Laval University, Québec, QC; [3]Institute of nutrition and functional foods, Université Laval, Québec, QC*

**ThP 493** **Comprehensive Cell Culture Profiling of iPS Cell Using LC-QTOFMS: Simultaneous Analysis of SIM and Scan Mode in a Single Run;** Takanari Hattori[1]; Toshiya Matsubara[1]; Tsuyoshi Nakanishi[1]; Jun Watanabe[1]; *[1]Shimadzu Corporation, Kyoto, Japan*

**ThP 494** **Multi-Omic Analysis of Macrophage and Macrophage Derived Exosomes with *Leishmania donovani* Infection;** Andrew P Kurland[1]; Vanessa Rubio[1]; Anna Gioseffi[1]; Peter Kima[1]; Timothy Garrett[1]; *[1]University of Florida, Gainesville, FL*

**ThP 495** **Metabolomic Approach to Investigate Alteration in Metabolites Associated with 25-Hydroxyvitamin D in Healthy Korean Adults;** Mi-ri Gwon[1]; Bo Kyung Kim[1]; Seungil Cho[1]; Sook Jin Seong[1]; Young-ran Yoon[1]; *[1]Kyungpook National University, Daegu, South Korea*

**ThP 496** **Investigation of Combined Tolcapone Metabolism and Brain Biochemistry Using an Integrated Human Multi-organ Microphysiological System;** Xin Wang[1]; Murat Cirit[1]; John Wishnok[1]; Linda Griffith[1]; Steven Tannenbaum[1]; *[1]Massachusetts Institute of Technology, Cambridge, MA*

**ThP 497** **Beyond Aflatoxins: Untargeted Metabolic Profiling and Time Aligned Parallel fragmentation approach to Determine Gene Function in *A. flavus*;** José Diana Di Mavungu[1]; Perng-Kuang Chang[2]; Leslie L. Scharfenstein[2]; Natalia Arroyo-Manzanares[1]; Valdet Uka[1]; Sarah De Saeger[1]; *[1]Ghent University, Ghent, Belgium; [2]US Department of Agriculture, Southern Regional Research Center, New Orleans, LA; [3]University of Murcia, Murcia, Spain*

**ThP 498** **Application of Metabolite Derivatization for Simplication of Metabolomics Analysis by LC-MS;** Taylor F. Berryhill[1]; Landon S. Wilson[1]; Stephen Barnes[1]; *[1]University of Alabama at Birmingham, Birmingham, AL*

**ThP 499** **Comparison and Evaluation of CCS Values Obtained via Direct Infusion IM-MS and LC-IM-MS for the Characterization of Rat Urine Metabolites;** Leanne Nye[1]; Jonathan P Williams[2]; Nyasha C Munjoma[2]; Marine PM Letertre[1]; Hernando J Olivos[3]; Muireann Coen[1]; Robbin Bouwmeester[4]; Lennart Martens[4]; Jeremy Nicholson[5]; Robert S Plumb[6]; Mike McCullagh[2]; Lee A Gethings[2]; Steven Lai[3]; James I Langridge[2]; Johannes PC Vissers[2]; Ian D Wilson[1]; *[1]Imperial College, London, United Kingdom; [2]Waters Corporation, Wilmslow, United Kingdom; [3]Waters Corporation, Beverly, MA; [4]Ghent University, Ghent, Belgium; [5]Murdoch University, Perth, Australia; [6]Waters Corporation, Milford, MA; [7]Waters Corporation, Wilmslow, United Kingdom*

**ThP 500** **Intelligent Acquisition for Comprehensive Metabolome Coverage in Plants, Mammals, and Bacteria;** Tatjana D Talamantes[1]; Sven Hackbusch[2]; Ioanna Ntai[2]; Amanda

Souza[2]; [1]Thermo Fisher Scientific, West Palm Beach, FL; [2]Thermo Fisher Scientific, San Jose, CA

**ThP 501 Exploring Nematicidal Metabolites of Nematode-Trapping Fungi with LC-MS/MS-Based Untargeted Metabolomics;** Hsin-Yuan Chang[1]; Ting-Hao Kuo[1]; Ching-Ting Yang[2]; Yen-Ping Hsueh[2]; Cheng-Chih Hsu[1]; [1]Department of Chemistry, National Taiwan University, Taipei, Taiwan; [2]Institute of Molecular Biology, Academia Sinica, Taipei, Taiwan

**ThP 502 High-Throughput and Sensitive Data Independent Acquisition Workflow Differentiating Pre-Classified Healthy from Prediabetic and Diabetes Samples;** Khatereh Motamedchaboki[1]; Robert Proos[2]; Sara Ahadi[3]; Raghav Seghal[4]; Hemen Boro[4]; Abhishek Jha[4]; Latha Palaniappan[3]; [1]Sciex, Redwood City, CA; [2]Sciex, Framingham, MA; [3]Stanford University, Palo Alto, CA; [4]Elucidata, Cambridge, MA

**ThP 503 Using Quality Control Samples for Evaluating Quantification Reproducibility in Untargeted Metabolomics Based on Label-free and Chemical Isotope Labeling LC-MS;** Wei Han[1]; Shuang Zhao[1]; Liang Li[1]; [1]University of Alberta, Edmonton, AB

**ThP 504 Untargeted Metabolomic Analysis of Brain Sections Tissues from Mice with Low-Tryptophan Diet Using UHPLC-HRMS;** Frederico Garcia Pinto[1]; Vanessa Y. Rubio[2]; Gary P Wang[2]; Timothy J. Garrett[2]; [1]Universidade Federal de Viçosa, Rio Paranaíba, Brazil; [2]University of Florida, Gainesville, FL

**ThP 505 Rapid Detection of Drugs and Metabolites in Urine by Flow Injection Analysis Coupled to Magnetic Resonance Mass Spectrometry;** Matthias Witt[1]; Markus Godejohann[2]; Heino M. Heyman[3]; Aiko Barsch[1]; [1]Bruker Daltonik GmbH, Bremen, Germany; [2]Bruker Biospin GmbH, Rheinstetten, Germany; [3]Bruker Daltonics Inc., Billerica, MA

**ThP 506 Metabolomics as a Discovery Tool for Bioprospecting and Detection of Defense Compounds During Fungal Infection of Spruce Wood;** Marit ALmvik[1]; Nina Elisabeth Nagy[1]; Hans Ragnar Norli[1]; Ari Hietala[1]; Sven-Roar Odenmarck[1]; Monica Fongen[1]; Anas M Kamleh[2]; [1]Norwegian Institute of Bioeconomy Research (NIBIO), Oslo, Norway; [2]Thermo Fisher Scientific Europe, Hagerstein, Sweden

**ThP 507 Biological Signal Averaging and PLSDA Variable Statistics in a High-Yield Drought-Tolerant Maize Transgene vs. Wildtype High-Throughput GC-MS Plant Metabolomics Experiment;** Brian M. Ruddy[1]; Teresa K. Harp[1]; Layton A. Peddicord[1]; Shai J. Lawit[1]; Jingrui Wu[1]; Jeffrey E. Habben[1]; Jan P. Hazebroek[1]; [1]Corteva Agriscience, Johnston, IA

**ThP 508 Assessing the Bioactivity of Environmental Surface Waters by Metabolomics Using Multiple Cell Lines;** Yang Yue[1]; Jonathan Mosley[1]; Paul Bradley[2]; Jenna Cavallin[3]; Daniel Villeneuve[3]; Gerald Ankley[3]; Drew Ekman[1]; Timothy Collette[1]; Quincy Teng[1]; [1]U.S. Environmental Protection Agency, Athens, GA; [2]U.S. Geological Survey, Columbia, SC; [3]U.S. Environmental Protection Agency, Duluth, MN

**ThP 509 Challenges of Data Acquisition for Large Set of Untargeted Metabolomics Studies;** Linxing Yao[1]; Tove Fall[2]; Erik Ingelsson[3]; Lars Lind[4]; Jessica E. Prenni[5]; Amy M Sheflin[5]; Corey D. Broeckling[1]; [1]Proteomics & Metabolomics Facility, Colorado State University, Fort Collins, CO; [2]Department of Medical Sciences, Molecular Epidemiology and Science for Life Laboratory, Uppsala University, Uppsala, Sweden; [3]School of Medicine, Stanford University, Stanford, CA; [4]Department of Medical Sciences, Cardiovascular Epidemiology, Uppsala University,, Uppsala, Sweden; [5]Department of Horticulture and Landscape Architecture, Colorado State University, Fort Collins, CO

**ThP 510 Using Metabolomics to Assess Physiological Changes Accompanying Cyanide Metabolism in Pseudomonas**

fluorescens NCIMB 11764; Prajita Pandey[1]; Lauren Jones[1]; Daniel A. Kunz[1]; Vladimir Shulaev[1]; [1]University of North Texas, Denton, TX

**ThP 511 GC-MS Profiling of Soy-Induced Correlated Changes in the Fecal Metabolome and Gut Microbiome of Ovariectomized Female Rats;** Saurav J Sarma[1, 2]; Victoria J Vieira-Potter[3]; Tzu-Wen L Cross[4]; Kelly S Swanson[5, 6]; Zhentian Lei[1, 2, 7]; Lloyd W Sumner[1, 2, 7]; Cheryl S Rosenfeld[2, 8, 9, 10]; [1]Metabolomics Center, University of Missouri, Columbia, MO; [2]Bond Life Sciences Center, University of Missouri, Columbia, MO; [3]Department of Nutrition and Exercise Physiology, University of Missouri, Columbia, MO; [4]Department of Bacteriology, University of Wisconsin-Madison, WI, Madison, WI; [5]Division of Nutritional Sciences, University of Illinois at Urbana-Champaign, Urbana, IL; [6]Department of Animal Sciences, University of Illinois at Urbana-Champaign, Urbana, IL; [7]Department of Biochemistry, University of Missouri, Columbia, MO; [8]Biomedical Sciences, University of Missouri, Columbia, MO; [9]Thompson Center for Autism and Neurobehavioral Disorders, University of Missouri, Columbia, MO; [10]Genetics Area Program, University of Missouri, Columbia, Columbia, MO

**ThP 512 Quantitative Evaluation of Untargeted Metabolomic Methods for Zebrafish Blood;** Fuad J Naser[1]; Ronald Fowle-Grider[1]; Kevin Cho[1]; Jonathan L Spalding[1]; Gary J Patti[1]; [1]Washington University in St. Louis, St. Louis, MO

## MICROORGANISMS: IDENTIFICATION AND CHARACTERIZATION
### 513-540

**ThP 513 Typing of emm1 Group A Hemolytic Streptococci Using MALDI-TOF MS;** Megumi Sakuma[1]; Keisuke Shima[2]; Shinji Funatsu[2]; Koretsugu Ogata[2]; Miyuki Morozumi[1]; Satoshi Iwata[1]; [1]Keio University School of Medicine, Shinjuku-ku, Japan; [2]SHIMADZU, Kyoto, Japan

**ThP 514 MALDI-MS Proteotyping of Cutibacterium acnes;** Kanae Teramoto[1]; Tatsuki Okubo[1]; Yoshihiro Yamada[1]; Sadanori Sekiya[1]; Shinichi Iwamoto[1]; Koichi Tanaka[1]; [1]Shimadzu Corporation, Kyoto, Japan

**ThP 515 Epigenetic "Memory" During Bacterial Adaptation to Environmental Changes;** Alena Calm[1]; Gabrielle Rizzo[2]; Trevor Glaros[1]; Henry S Gibbons[1]; [1]ECBC, Aberdeen Proving Ground, Maryland; [2]ECBC, Excet Contractor, Aberdeen Proving Ground, Maryland

**ThP 516 Improved MALDI-MS method in stability and reproducibility of peak detection of the biomarkers for proteotyping of Salmonella serotypes;** Yuko Fukuyama[1]; Teruyo Ojima-Kato[2]; Satomi Nagai[1]; Keisuke Shima[1]; Shinji Funatsu[1]; Yoshihiro Yamada[1]; Hiroto Tamura[2]; Shizuo Nomura[1]; Koretsugu Ogata[1]; Sadanori Sekiya[1]; Shinichi Iwamoto[1]; Koichi Tanaka[1]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Meijyo University, Nagoya, Japan

**ThP 517 Chemical Changes On, and through, the Bacterial Envelope in E. coli Mutants Exhibiting Impaired Plasmid Transfer Identified Using ToF-SIMS;** kelly Dimovska Nilsson[1]; John Fletcher[1]; [1]University of Gothenburg, Gothenburg, Sweden

**ThP 518 Electroporation and LESA-MS: A New Paradigm for Top-Down Analysis of Proteins Direct from Living Yeast Colonies;** Klaudia I Kocurek[1, 2]; Robin C May[1]; Helen J Cooper[1]; [1]University of Birmingham, Birmingham, United Kingdom; [2]Texas A&M University, College Station, TX

**ThP 519 Keeping it Clean: Metaproteomic Characterization of a Microbiome Capable of Degrading Personal Care Product and Pharmaceutical Contaminants found in Water;** Kitty J. Brown[1]; Karen E. Rossmassler[1]; Lisa M Wolfe[1]; Parker J. Muck[1]; Jean F. Challacombe[1]; Jessica E. Prenni[1]; Susan K. De Long[1]; Corey D. Broeckling[1]; [1]Proteomics & Metabolomics Facility, Colorado State



**THURSDAY POSTERS**

University, Fort Collins, CO; [2]Pulmonary Section, Denver Veterans Affairs Medical Center; Division of Pulmonary Sciences & Critical Care Medicine, University of Colorado Denver, Denver, CO; [3]College of Agricultural Sciences, Colorado State University, Fort Collins, CO; [4]Department of Horticulture & Landscape Architecture, Colorado State University, Fort Collins, CO; [5]Department of Civil & Environmental Engineering, Colorado State University, Fort Collins, CO

ThP 520 **Model Based Spectral Library for Bacterial Identification via Membrane Glycolipids**; So Young Ryu[1]; George A. Wendt[1, 2]; Robert K. Ernst[2]; David R. Goodlett[3]; [1]University of Nevada, Reno, NV; [2]University of California, Berkeley, CA; [3]University of Maryland, Baltimore, MD

ThP 521 **The Trichomonas vaginalis Cytoskeletal Proteome**; Katherine Muratore[1]; Patricia Johnson[1]; [1]University of California Los Angeles, Los Angeles, CA

ThP 522 **HAMA: High-Throughput Automated Muropeptide Analysis Framework for Revealing Composition of Bacterial Peptidoglycan**; Pin-Rui Su[1, 2]; Ya-Chen Hsu[1]; Hsin-Hsiang Chung[1]; Yun Lin[1]; Tsuey-Ching Yang[3]; Cheng-Chih Hsu[1]; [1]National Taiwan University, Taipei, Taiwan; [2]Erasmus MC, Rotterdam, Netherlands; [3]National Yang-Ming University, Taipei, Taiwan

ThP 523 **Typing Environmental Microorganisms To Genomic Databases Using MALDI Mass Spectrometry**; Kenneth C. Parker; SimulTOF/ VIC Instruments, Marlborough, MA

ThP 524 **Characterization of Lysine Acetylation in Human Gut Microbiome**; Xu Zhang[1]; Zhibin Ning[1]; Janice Mayne[1]; Shelley Deeke[1]; Krystal Walker[1]; David Mack[2]; Alain Stintzi[1]; Daniel Figeys[1]; [1]University of Ottawa, Ottawa, ON; [2]Children's Hospital of Eastern Ontario, Ottawa, ON

ThP 525 **Top Down Protein Identification of ESKAPE Pathogens from in vitro Skin Models and ex vivo Human Skin by LESA MS**; Jana Havlikova[1, 2]; Robin C. May[2, 3]; Iain B. Styles[4]; Helen J. Cooper[2]; [1]EPSRC Centre for Doctoral Training in Physical Sciences for Health, University of Birmingham, Birmingham, United Kingdom; [2]School of Biosciences, University of Birmingham, Birmingham, United Kingdom; [3]Institute of Microbiology and Infection, University of Birmingham, Birmingham, United Kingdom; [4]School of Computer Science, University of Birmingham, Birmingham, United Kingdom

ThP 526 **Cell-Free Identification of S. cerevisiae Strains Used in Beer Production using LC-MS**; Cathy Muste[1]; Kevin Owens[1]; [1]Drexel University, Philadelphia, PA

ThP 527 **Integrated, Multi-Omics Strategy to Study the Gut Microbiota Response to Salmonella enterica Typhimurium Infection in Humanized Mice**; Pingli Wei[1]; Caitlin Keller[1]; Jennifer R. Bratburd[2]; Rui Liu[3]; Eugenio Vivas[2]; Erin Gemperline[1]; Federico E. Rey[2]; Cameron R. Currie[2]; Lingjun Li[1, 4]; [1]Department of Chemistry, University of Wisconsin-Madison, Madison, WI; [2]Department of Bacteriology, University of Wisconsin-Madison, WI, Madison, WI; [3]School of Pharmacy, Nanjing University of Chinese Medicine, Nanjing, China; [4]School of Pharmacy, University of Wisconsin-Madison, Madison, WI

ThP 528 **Characterization of Novel Assembly Mechanisms of a Large Viral Icosahedral Capsid**; Erin Reilly[1]; Zein Haidar[1]; Ru-ching Hsia[2]; Sammy Pardo[3]; Dana Molleur[3]; Susan T. Weintraub[3]; Julie A. Thomas[1]; [1]Rochester Institute of Technology, Rochester, NY; [2]University of Maryland School of Dentistry, Baltimore, MD; [3]University of Texas Health Science Center at San Antonio, San Antonio, TX

ThP 529 **Molecular Networking Guided Profiling of Metabolic Pathways in Engineered Microorganisms for Industrial Production of Chemical Intermediates**; Alexey V. Melnik[1]; Bryan Fonslow[1]; Ali Khodayari[1]; Julia Khandurina[1]; Pieter C. Dorrestein[2]; [1]Genomatica Inc., San Diego, CA; [2]UCSD, La Jolla, CA

ThP 530 **Examining the Discrimination Power of MAI, vMAI, and SAI for Identification of Microorganisms**; Darrell D. Marshall[1, 2]; Santosh Karki[1, 2]; Khoa Hoang[1, 3]; Milan Pophristic[1, 3]; Chuping Lee[2]; Ellen Inutan[1, 4]; Samantha Leach[5]; Charles N McEwen[1, 3]; Sarah Trimpin[1, 2]; [1]MSTM, LLC, Newark, DE; [2]Wayne State University, Detroit, MI; [3]University of the Sciences, Philadelphia, PA; [4]MSU-Iligan Institute of Technology, Iligan City, Philippines; [5]Department of Forensic Sciences, Washington, DC

ThP 531 **Time-Dependent Analysis of Paenarthrobacter nicotinovorans pAO1 Nicotine-Related Proteome**; Marius Mihasan[1]; Cornelia Babii[1]; Devika Channaveerappa[2]; Roshanak Aslebagh[2]; Emmalyn Dupree[2]; Costel C Darie[2]; [1]Alexandru Ioan Cuza University of Iasi, Iasi, Romania; [2]Clarkson University, Potsdam

ThP 532 **Real-time, Automated Characterization of Algal Lipidome and Metabolome Using Laser-Assisted Rapid Evaporative Ionization Mass Spectrometry**; Julia Balog[1, 2]; Richard Schäffer[1]; Milan Szabo[3, 4]; Unnikrishnan Kuzhiumparambil[3]; Steven D Pringle[5]; Peter Ralph[3]; Zoltan Takats[2]; [1]Waters Research Center, Budapest, Hungary; [2]Imperial College, London, United Kingdom; [3]University of Technology Sydney, Sydney, Australia; [4]Biological Research Centre of the Hungarian Academy of Sciences, Szeged, Hungary; [5]Waters Corporation, Wilmslow, United Kingdom

ThP 533 **MS-Based Metaproteomics Can Be Integrated with Metagenome Assembled Genomes to Provide Genome Specific Protein Identification in Gut Microbiomes**; Jose Alfredo Blakeley-Ruiz[1]; Carlee S McClintock[2]; Richard J. Giannone[3]; Helen A Baghdoyan[3]; Ralph Lydic[3]; Mircea Podar[3]; Robert L. Hettich[3]; [1]University of Tennessee, Knoxville, TN; [2]Pain Consultants of East Tennessee, Knoxville, Tennessee; [3]Oak Ridge National Laboratory, Oak Ridge, TN

ThP 534 **Characterization of Microorganisms by Proteins and Lipids MALDI-TOF Fingerprints: Case Studies**; Vincent Guérineau[1]; Morgane Barthélemy[1]; Marceau Levasseur[1]; Téo Hébra[1]; Véronique Eparvier[1]; David Touboul[1]; [1]CNRS-ICSN, Gif Sur Yvette, France

ThP 535 **Distinguishing Bacteria from Near Neighbors by Paper Spray Mass Spectrometry**; Daniel Carmany[1]; Ethan M McBride[2]; Phillip Mach[2]; Elizabeth S Dhummakupt[2]; Paul S Demond[1]; Gabrielle Rizzo[1]; Nicholas E Manicke[3]; Trevor Glaros[2]; [1]Excet, Inc., Springfield, VA; [2]ECBC, Aberdeen Proving Ground, Maryland; [3]IUPUI Department of Chemistry & Chemical Biology, Indianapolis, IN

ThP 536 **Typing/Subtyping Shiga Toxin from Pathogenic Escherichia coli Using MALDI-TOF-TOF Tandem Mass Spectrometry and Top-Down Proteomic Analysis**; Clifton K. Fagerquist[1]; William J. Zaragoza[1]; Michelle Q. Carter[1]; [1]USDA/ARS, Albany, CA

ThP 537 **Developing Sample Preparation Conditions to Analyze a Remarkably Resilient Protein Assembly, the Methanosaeta concilii Sheath**; John Muroski[1]; Farzaneh Sedighian[1]; Robert P. Gunsalus[1]; Joe A Loo[1]; Rachel R Orgazalek Loo[1]; [1]UCLA, Los Angeles, CA

ThP 538 **Influence of Phage SPN3US Infection on the Salmonella Host Proteome**; Caleb Emmons[1]; Julie A. Thomas[2]; Susan Ludwigsen[1]; Jimar Miller[1]; Sammy Pardo[3]; Dana Molleur[3]; Susan T. Weintraub[3]; [1]Proteome Software, Portland, OR; [2]Rochester Institute of Technology, Rochester, NY; [3]University of Texas Health Science Center at San Antonio, San Antonio, TX

ThP 539 **Microbial Synthesis of a Novel Vitamin B9 Derivative and its Immunomodulatory Impact**; Abby J. Chiang[1]; Daniel Röth[1]; Anne E. Hall[2]; Gabriel B Gugiu[1]; James Versalovic[2, 3]; Markus Kalkum[1]; [1]City of Hope, Duarte, CA; [2]Baylor College of Medicine, Houston, Texas; [3]Texas Children's Hospital, Houston, Texas

**ThP 540 Evidence of Sodium Substitution for Hydrogen in Negative Ion Lipid A Tandem Mass Spectra of** *Burkholderia thailandensis*; Sung Hwan Yoon[1,2]; Courtney E. Chandler[1]; Inga V. Leus[3]; Aleksandra Nita-lazar[2]; Helen I. Zgurskaya[3]; David R. Goodlett[1]; Robert K. Ernst[1]; [1]*University of Maryland, Baltimore, MD;* [2]*NIH/NIAID, Bethesda, Maryland;* [3]*University of Oklahoma, Norman, OK*

### NANOMATERIALS
541-548

**ThP 541 9.4 T FT-ICR Mass Spectrometer with Cluster Ion Source for Analysis of Molecular Nanocarbons;** Paul Dunk[1]; Yuri E. Corilo[1]; Christopher L. Hendrickson[1]; [1]*National High Magnetic Field Laboratory, Florida State University, Tallahassee, FL*

**ThP 542 Rapid Determination of Progestogens by Solid-Phase Extraction with Functionalized Metal-Organic Frameworks Coupled to Direct Analysis in Real Time Mass Spectrometry;** Linnan Li[1]; Yuanqui Yang[1]; Mei Tian[1]; Ruirong Zheng[1]; Li Yang[1,2]; Zhengtao Wang[1,2]; [1]*Shanghai University of Traditional Chinese Medicine, Shanghai, China;* [2]*Shanghai R&D Center for Standardization of Chinese Medicines, Shanghai, China*

**ThP 543 Preparation of Gas Phase Naked Silver Cluster Cations Outside a Mass Spectrometer from Ligand Protected Clusters in Solution;** Madhuri Jash[1]; Arthur C. Reber[2]; Atanu Ghosh[1]; Depanjan Sarkar[1]; Mohammad Bodiuzzaman[1]; Pallab Basuri[1]; Ananya Baksi[1]; Shiv N. Khanna[2]; Thalappil Pradeep[1]; [1]*Indian Institute of Technology, Madras, Chennai, India;* [2]*Virginia Commonwealth University, Richmond, VA*

**ThP 544 Top-Down Phosphoproteomics Enabled by Novel Nanoproteomics Platform;** David S Roberts[1]; Bifan Chen[1]; Timothy N. Tiambeng[1]; Zhijie Wu[1]; Ying Ge[1-3]; Song Jin[1]; [1]*Department of Chemistry, University of Wisconsin-Madison, Madison, WI;* [2]*Department of Cell and Regenerative Biology, University of Wisconsin-Madison, Madison, WI;* [3]*Human Proteomics Program, School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI*

**ThP 545 Determination of Molecular and Topographical Organization on Cicada Wings: Mass Spectrometry's Impact on Material Characterization and Design;** Jessica K Román[1,2]; Jacob B Hoffman[2]; Julian H Reed[2]; Nenad Miljkovic[3]; Donald M Cropek[2]; Marianne Alleyne[3]; [1]*Sandia National Laboratories, Albuquerque, NM;* [2]*US Army Corps of Engineers, Champaign, IL;* [3]*University of Illinois at Urbana Champaign, Urbana, IL.*

**ThP 546 Neutrophil Extracellular Trap Formation in the Lung as Response to Magnetic Cobalt Ferrite Nanoparticles;** Anja M Billing[1]; Kristina B Knudsen[2]; Håkan Wallin[3]; Selina VY Tang[4]; Iseult Lynch[5]; Ulla Vogel[3,6]; Frank Kjeldsen[1]; [1]*Department of Biochemistry and Molecular Biology, University of Southern Denmark, Odense, Denmark;* [2]*National Research Centre for the Working Environment, Copenhagen, Denmark;* [3]*National Research Centre for the Working Environment, Copenhagen, Denmark;* [4]*Promethean Particles, Nottingham, United Kingdom;* [5]*School of Chemistry and Chemical Biology, University College Dublin, Dublin, Ireland;* [6]*Department of Micro- and Nanotechnology, Technical University of Denmark, Lyngby, Denmark*

**ThP 547 Pre-Adsorption of Antibodies on Nanocarriers: Retaining Targeting Properties in a Complex Protein Environment;** Johanna Simon[1]; Manuel Tonigold[1]; Katharina Landfester[1]; Volker Mailänder[1,2]; [1]*Max Planck Institute for Polymer Research, Mainz, Germany;* [2]*University of Mainz, Mainz, Germany*

**ThP 548 Complementary Molecular Profiling of Neuropeptides and Lipids from** *Lymnaea stagnalis* **by LDI-Mass**

Spectrometry on Matrix-Assisted and Silicon Nanopost Array Platforms; Ellen A Wood[1]; Sylwia A Stopka[1]; Akos Vertes[1]; [1]*The George Washington University, Washington, DC*

### NANOSCALE AND MICROFLUIDIC
SEPARATIONS AND MS
549-566

**ThP 549 Method for Detecting of the Ratio of Tannic Acid-Metal Complex by Nano-Electrospray Ionization Mass Spectrometry;** Rui Chen; *Yunnan Normal University, Kunming, China*

**ThP 550 The Dynamic Sampling Platform (DSP) for ESI-MS Monitoring of Bioreactors for Therapeutic Cell Manufacturing;** Mason A Chilmonczyk[1]; Gian C Rivera[2]; Peter A Kottke[1]; Robert E Guldberg[3]; Andrei G Fedorov[1]; [1]*Georgia Institute of Technology, Atlanta, GA;* [2]*University of Puerto Rico - Mayagüez, Mayagüez, PR;* [3]*University of Oregon, Eugene, OR*

**ThP 551 Deep and Sensitive Proteomics Using Capillary Electrophoresis-Mass Spectrometry with the Identification of 7000 Proteins from nanograms of MCF7 Proteome Digests;** Zhichang Yang[1]; Xiaojing Shen[1]; Daoyang Yang[1]; Liangliang Sun[1]; [1]*Michigan State University, East Lansing*

**ThP 552 Extending the Lower Limits of Quantification of a Therapeutic Oligonucleotide through Microflow LC-MS/MS;** Daniel Warren[2]; Sean McCarthy[2]; Lei Xiong[3]; Anthony Romanelli[2]; [1]*AB SCIEX, Framingham;* [2]*Sciex, Framingham, MA;* [3]*Sciex, Redwood City, CA*

**ThP 553 Water and Temperature-Assisted Trap Focusing for Ultra-Large Volume Injection in Reversed-Phase Nano-Liquid Chromatography Mass-Spectrometry;** Veronica Termopoli[1]; Pierangela Palma[1]; Giorgio Famiglini[1]; Gian Luca Morini[2]; Pamela Vocale[3]; Mansoor Saeed[4]; Simon Perry[4]; Achille Cappiello[1]; [1]*University of Urbino, Urbino, Italy;* [2]*University of Bologna, Bologna, Italy;* [3]*University of Parma, Parma, Italy;* [4]*Syngenta Jealott's Hill International Research Centre, Bracknell, United Kingdom*

**ThP 554 ESI-MS Intracellular Metabolite Profiling for Therapeutic Cell Manufacturingvia Microfabricated Mass Exchanger;** Austin L Culberson[1]; Mason A Chilmonczyk[1]; Peter A Kottke[1]; Andrei G Fedorov[1]; [1]*Georgia Institute of Technology, Atlanta, GA*

**ThP 555 Rapid Characterization of Recombinant Protein Processing Using Microchip-Based Capillary Electrophoresis-ESI-MS;** David McCaskill[1]; Vimbai Chikwana[1]; Jeffrey Gilbert[1]; [1]*Corteva Agriscience, Indianapolis, IN*

**ThP 556 High-Sensitivity Glycomic and Proteomic Profiling of Limited Biological Samples Using Capillary Zone Electrophoresis-Mass Spectrometry;** Anne-Lise Marie[1]; Kendall Johnson[1]; Marcia Santos[2]; Somak Ray[1]; Antonius Koller[1]; David Frank[1]; Helen Gandler[3]; Shulin Lu[3]; John Tigges[3]; Ionita Ghiran[3]; Alexander R Ivanov[1]; [1]*Northeastern University, Boston, MA;* [2]*Sciex, Brea, CA;* [3]*Harvard Medical School, boston, MA*

**ThP 557 Microchip Capillary Electrophoresis-Negative Electrospray Ionization-Mass Spectrometry for High Sensitivity Anion Detection;** Yury Desyaterik[1]; Jean Pierre Alarie[1]; J. Michael Ramsey[1]; [1]*UNC, Chapel Hill, NC*

**ThP 558 Monitoring Amino Acid Composition of Cell Culture Media using Microfluidic CE-MS;** Erin Redman[1]; Kathryn Elliot[2]; Cameron Schnabel[2]; Sarah Harcum[2]; J. Scott Mellors[1]; Glenn Harris[1]; [1]*908 Devices, Inc., Carrboro, NC;* [2]*Department of Bioengineering, Clemson University, Clemson, SC;* [3]*908 Devices, Boston, MA*

**ThP 559 Multilevel Characterization and Identification of Trastuzumab Posttranslational Modifications by Imaged cIEF-MS;** Erik Gentalen[1]; Steve Lacy[1]; Jennifer Ji[1]; Lena Wu[1]; Scott Mack[1]; [1]*Intabio, Inc., Newark, CA*



## THURSDAY POSTERS

**ThP 560** High-Sensitivity Analysis of Durgs in Ultra-Small Volumes Plasma Samples using Micro-Flow LC-MS/MS; Davide Vecchietti[1]; Mikaël Levi[1]; Hidetoshi Terada[1]; Jonathan Edwardsen[2]; Keiko Matsumoto[1]; Kyoko Watanabe[1]; Masami Tomita[1]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Shimadzu Scientific Instruments, Inc., Columbia, Maryland

**ThP 561** Integrating Nanofluidic/Microfluidic Interface Concentrators/Microreactor with ESI-MS for Proteome Analysis; Dayi Chen[1]; Kantaphon Suddhapas[1]; Timothy J Fogliatti[1]; Aaron T Timperman[1]; [1]University of Illinois Urbana-Champaign, Urbana, IL

**ThP 562** In-syringe ElectrokineticClean-up of Weakly Acidic Drugs in Biological Samples for Direct Injection Electrospray Ionization Mass Spectrometry; Ibraam E Mikhail[1, 2, 3]; Masoomeh Tehranirokh[1, 4]; Andrew A Gooley[1, 4]; Rosanne M Guijt[1, 5]; Michael C Breadmore[1, 2]; [1]ARC Training Centre for Portable Analytical Separation Technologies (ASTech), Hobart, Australia; [2]Australian Centre for Research on Separation Science (ACROSS), School of Physical Sciences (Chemistry), University of Tasmania, Hobart, Australia; [3]Department of Analytical Chemistry, Faculty of Pharmacy, Mansoura University, Mansoura, Egypt; [4]Trajan Scientific and Medical, Ringwood, Australia; [5]Centre for Regional and Rural Futures, Deakin University, Geelong, Australia

**ThP 563** High-Throughput Proteome Analysis Using 50 cm Long Micro Pillar Array Columns (µPACTM); Jeff Op De Beeck[1]; Geert Van Raemdonck[1]; Paul Jacobs[1]; Gert Desmet[2]; Wim De Malsche[2]; Francis Impens[3]; Kris Gevaert[3]; [1]PharmaFluidics, Ghent, Belgium; [2]Vrije Universiteit Brussel, Brussels, Belgium; [3]VIB-UGent Center for Medical Biotechnology, Ghent, Belgium

**ThP 564** Microchip Integration of Imaged cIEF with Mass Spectrometry Accelerates the Identification of Charge Variants in Intact Monoclonal Antibodies; Scott Mack[1]; Steve Lacy[1]; Jennifer Ji[1]; Guillaume Tremintin[2]; Lena Wu[1]; Erik Gentalen[1]; [1]Intabio, Inc., Newark, CA; [2]Bruker Daltonics Inc., Billerica, MA

**ThP 565** Analysis of Peptides Using Nano LC with Micro Pillar Array Columns (µPAC™) and Microsaic Real-Time 4500 MiD® Mass Spectrometer; Victoria Ordsmith[1]; Bin Chen[1]; Chris Harris[1]; [1]Microsaic Systems, Woking, United Kingdom

**ThP 566** Ultra-Sensitive Deep LC-MS Proteomic Profiling Using Ultra-Low Flow Monolithic and Porous-Layer Open Tubular Capillary Columns; Michal Gregus[1]; Antonius Koller[1]; Alexander R Ivanov[1]; [1]Northeastern University, Boston, MA

### NATURAL PRODUCTS
### 567-589

**ThP 567** Cytochrome P450 Inhibition by Licorice *Glycyrrhiza uralensis* Fisch. ex DC.; Luying Chen[1, 2]; Laura Tyler[2]; Dejan Nikolic[2]; Guido F. Pauli[2]; Richard B. van Breemen[1, 2]; [1]Linus Pauling Institute, College of Pharmacy, Oregon State University, Corvallis, OR; [2]UIC/NIH Center for Botanical Dietary Supplements Research, Chicago, IL

**ThP 568** Unequivocal identification of alkylpyrazines by Gas Chromatography-Mass Spectrometry (GC-MS); Sihang Xu[1]; Athula Attygalle[1]; Ramu Errabelli[2]; [1]Stevens Institute of Technology, Hoboken, NJ; [2]SGS New Jersey laboratory, Fairfield, NJ

**ThP 569** Automation and Application of Magnetic Based Affinity Selection Screening for Targets of Retinoid X Receptor alpha (RXRα); Ruth N Muchiri[1]; Jaewoo Choi[1]; Katherine A Carter[1]; Brett M Tyler[1]; Richard B. van Breemen[1]; [1]Oregon State University, Corvallis, OR

**ThP 570** PepSAVI-MS Reveals a Novel Antimicrobial Peptide from Amaranth; Lilian R. Heil[1]; Tessa E. Bartges[1]; Christine L. Kirkpatrick[1]; Nicole C. Parsley[1]; Dennis Goldfarb[2]; Leslie M Hicks[1]; [1]Department of Chemistry, University of North Carolina at Chapel Hill, Chapel Hill, NC; [2]Department of Cell Biology and Physiology, Lineberger Comprehensive Cancer Center, University of North Carolina at Chapel Hill, Chapel Hill, NC

**ThP 571** Finding Alkaloids in Plant Extracts by LC-QToF Mass Spectrometry in Combination with Mass Defect Analysis; Armando Alcazar Magana[1, 2]; Bayissi Bading-Taika[3]; Jaewoo Choi[1]; Cristobal L. Miranda[1]; Claudia S. Maier[2]; Jan F. Stevens[1]; [1]Linus Pauling Institute, College of Pharmacy, Oregon State University, Corvallis, OR; [2]Department of Chemistry, Oregon State University, Corvallis, Oregon; [3]Department of Clinical and Pharmaceutical Sciences, School of Life and Medical Sciences, University of Hertfordshire, Hertfordshire, United Kingdom

**ThP 572** LC-MS-Based Analysis of Antimicrobial Compounds Produced by *Streptomyces coelicolor* Harboring Metagenome-Derived Biosynthetic Gene Clusters   ; Angela I Calderon[1]; Megan Sandoval-Powers[1]; Yilue Zhang[1]; Hannah Kim[1]; Alinne Santana-Pereira[1]; Mark Liles[1]; David Mead[2]; [1]Auburn University, Auburn, Alabama; [2]Varigen Biosciences Corporation, Madison, WI

**ThP 573** Ozone-Induced Dissociation Mass Spectrometry as a New Tool to Determine the C=C Double Bond Locations in Natural Products; Ngoc Vu[1]; Sonja Knowles[1]; Nicholas Oberlies[1]; Qibin Zhang[1, 2]; [1]UNC Greensboro, Greensboro, NC; [2]Center for Translational Biomedical Research, Kannapolis, NC

**ThP 574** LC-MS-Based Chemical Characterization of Constituents of Açai Methanol Extract and Metabolites Obtained from an *in vitro* Intestinal First-Pass Metabolism Study; Yilue Zhang[1]; Turner Shirley[1]; Tyler Wietlake[1]; Richard A. Hansen[2]; Jingjing Qian[2]; Angela I. Calderon[1]; [1]Department of Drug Discovery and Development, Auburn University, Auburn, AL; [2]Department of Health Outcomes Research and Policy, Auburn University, Auburn, AL

**ThP 575** LC-HRMS followed by Enhanced Product Ion Scanning for Flavonoids Profiling of Primula boveana; Ehab Mahran[1, 2]; Michael Keusgen[1]; [1]Institute of Pharmacy, Philipps-Universität Marburg, Marburg, Germany; [2]Faculty of Pharmacy, Al-Azhar University, Nasr city, Egypt

**ThP 576** Identification of Biofilm-Stimulating Peptides from *Bacillus cereus* with PepSAVI-MS; Tessa E. Bartges[1]; Steven R. Fleming[1]; Sarah A. Barr[1]; Elizabeth A. Shank[1]; Albert A. Bowers[1]; Leslie M. Hicks[1]; [1]University of North Carolina, Chapel Hill, NC

**ThP 577** Determination and Visualization of Components from a Medical Fungus Using High-Performance Liquid Chromatography Mass Spectrometry and Imaging Mass Spectrometry; Jing Dong[1]; Satoshi Yamaki[1]; Xiaodong Li[1]; Naoki Hamada[1]; [1]SHIMADZU CHINA MS CENTER, Beijing, China

**ThP 578** Using Ozone Induced Dissociation Mass Spectrometry (OzID-MS) for Natural Product Analysis: Pure Compound, Complex Extract, and *in situ*; Sonja L. Knowles[1]; Ngoc Vu[1]; Daniel A. Todd[1]; Huzefa A. Raja[1]; Antonis Rokas[2]; Qibin Zhang[1, 3]; Nicholas H. Oberlies[1]; [1]University of North Carolina at Greensboro, Greensboro, NC; [2]Vanderbilt University, Nashville, TN; [3]Center for Translational Biomedical Research, Kannapolis, NC

**ThP 579** Isolation and Identification of Naphthomycins Production by Actinomycetes as Antifungal Compounds against *Colletotrichum acutatum*; Fernando L.S. Fugita[1]; Nicolas L. M. Freiria[1]; Luiz A.B. Moraes[1]; [1]Faculty of Philosophy, Sciences and Letters at Ribeirao Preto (USP), Ribeirão Preto, Brazil

**ThP 580** Bacteria Fight Club: Mapping Microbial Interactions for Drug Discovery; Berkley Ellis[1]; Caleb N Fischer[1]; Brian

O Bachmann[1]; John A. McLean[1]; [1]Vanderbilt University, Nashville, TN

**ThP 581 Analysis of Diterpenoids in *Tripterygium wilfordii* by Supercritical Fluid Chromatography Coupling Tandem Mass Spectrometry;** Lingna Ke[1]; Ming Yuan[2]; Qing Fu[1]; Zhengwei Jia[2]; Yu Jin[1]; [1]East China University of Science and Technology, Shanghai, China; [2]Waters Technologies（Shanghai）Co., Ltd, Shanghai, China

**ThP 582 Modulation of the Secondary Metabolites Production in Streptomyces Caat 8-25 under Metal Stress by LC-MS/MS;** Talita C. T. Medeiros[1]; Bruna B. Loiola[1]; Luiz A.B. Moraes[1]; [1]Faculty of Philosophy, Sciences and Letters at Ribeirao Preto (USP), Ribeirão Preto, Brazil

**ThP 583 Determination of Artemisinin and Its Precursors in *Artemisia annua* L using LC/MS/MS;** Huihua Ji[1]; Lowell Bush[1]; Neil Fannin[1]; [1]University of Kentucky, Lexington, KY

**ThP 584 Putative Identification of Phenolic Compounds and Evaluation of Antioxidant, Anti-Inflammatory and Neuroprotective Activities of Extracts of 3 Endemic Colombian Fruits;** Daniel Esteban Arias; Professor, Bogota, Colombia

**ThP 585 Using Dereplication for Targeted and Untargeted Re-Isolation of Fungal Secondary Metabolites;** Allison J. Wright[1]; Sonja L. Knowles[1]; Huzefa A. Raja[1]; Nicholas H. Oberlies[1]; [1]University of North Carolina at Greensboro, Greensboro, NC

**ThP 586 Screening of a Natural Product Library for Antimicrobial Activity Targeting Metal Homeostasis;** Charles Veltri[1]; Maria Lozoya[1]; Jennifer Foster[2]; Pete Manchen[2]; Cynthia Reck[3]; Genna Gallas[3]; Andrew Salywon[4]; Jose Hernandez[3]; [1]Midwestern University College of Pharmacy-Glendale, Glendale, AZ; [2]Midwestern University Arizona College of Osteopathic Medicine, Glendale, AZ; [3]Midwestern University College of Graduate Studies-Glendale, Glendale, AZ; [4]Desert Botanical Garden, Phoenix, AZ

**ThP 587 Uptake and Health Effects of Phytochemicals in Honey Bees and Their Larvae Investigated by LC-QTRAP-MS Quantitation and GC-TOF-MS Metabolomics;** Nanna H Vidkjaer[1]; Per Kryger[1]; Inge S Fomsgaard[1]; [1]Aarhus University, Slagelse, Denmark

**ThP 588 Enhancing Confidence in Screening and Quantitation of Phytochemicals in Herbal Extracts by Nominal Mass LC-MS/MS;** Prasanth Joseph[1]; Saikat Banerjee[1]; Samir Vyas[1]; [1]Agilent Technologies, Whitefield, Bengaluru, India

**ThP 589 Rapid Characterization of *Valeriana jatamansi* Jones Using Online Supercritical Fluid Extraction-High Performance Liquid Chromatography Combined with High Resolution Mass Spectrometry;** Jing Dong[1]; Shizhong Chen[2]; Naoki Hamada[1]; Xiaodong Li[1]; Satoshi Yamaki[1]; [1]SHIMADZU CHINA MS CENTER, Beijing, China; [2]Peking University, Beijing, China

## NUCLEIC ACIDS AND OLIGONUCLEOTIDES II
### 590-611

**ThP 590 Determination of Length and Composition of polyA Tails in Phosphate-Modified *in vitro* Transcribed mRNAs using LC-MS/MS;** Dominika Strzelecka[1]; Miroslaw Smietanski[2]; Marcin Warminski[1]; Pawel Jan Sikorski[2]; Joanna Kowalska[1]; Jacek Jemielity[2]; [1]Faculty of Physics, University of Warsaw, Warsaw, Poland; [2]Centre of New Technologies, University of Warsaw, Warsaw, Poland

**ThP 591 The Effect of G-Quadruplexes on the Stability of Adjacent DNA Domains Studied by Temperature-Controlled nanoESI-MS;** Adam Pruška[1]; Adrien Marchand[1]; Renato Zenobi[1]; [1]ETH Zurich, Zurich, Switzerland

**ThP 592 Rapid Detection of Ribonucleoside Modifications by Liquid Chromatography Higher-Energy Collisional Dissociation Mass Spectrometry and Spectral Matching;** Manasses Jora[1]; Peter A. Lobue[1]; Robert L. Ross[1]; Balasubrahmanyam Addepalli[1]; Patrick A. Limbach[1];

[1]Department of Chemistry, University of Cincinnati, Cincinnati, OH

**ThP 593 Gas Phase Fractionation to Increase Sensitivity of a Data Dependent-Constant Neutral Loss-MS3(DDA-CNL/MS3) DNA Adductomic Analysis;** Valeria Guidolin[1]; Peter W. Villalta[2]; Foster Jacobs[2]; Silvia Balbo[1,2]; [1]School of Public Health, University of Minnesota, Minneapolis, MN; [2]Masonic Cancer Center, Minneapolis, Minnesota

**ThP 594 High Performance Oligonucleotide Analysis by HILIC-MS: Ion-Pairing Reagents Not Required;** Peter A. Lobue[1]; Manasses Jora[1]; Balasubrahmanyam Addepalli[1]; Patrick A. Limbach[1]; [1]Department of Chemistry, University of Cincinnati, Cincinnati, OH

**ThP 595 Construction of A New Porous Covalent Organic Polymer via Schiff-base Reaction and Its Application in Desalination of Oligonucleotides;** Li-Juan Wang[1,2]; Qian-Yu Zhou[1]; Yu-Fang Ma[1]; Yue Yu[1]; Ying-Lin Zhou[1]; Xin-Xiang Zhang[1]; [1]Peking University, Beijing, China; [2]Hebei University, Baoding, China

**ThP 596 LC-MS Detection of UV-Induced Oxidative Damage to Ribosomal RNA;** Mariana Bonafim Piveta[1]; Manasses Jora[1]; Patrick A Limbach[1]; Balasubrahmanyam Addepalli[1]; [1]University of Cincinnati, Cincinnati, OH

**ThP 597 Enzymatic Labeling of Oligonucleotides for Multiplexed LC-MS/MS;** Scott Abernathy[1]; Kayla M. Borland[2]; Peter A. Lobue[1]; Patrick A. Limbach[1]; [1]University of Cincinnati, Cincinnati, OH; [2]Ludwig-Maximilians-University Munich, Munich, Germany

**ThP 598 Improving Transfer RNA Isolation for more Accurate LC-MS/MS Characterization of Modified Nucleosides;** Ruoxia Zhao[1]; Robert L. Ross[1]; Andrew Wood[1]; Manasses Jora[1]; Patrick A Limbach[1]; [1]University of Cincinnati, Cincinnati, OH

**ThP 599 Development of High-Sensitive and High-Throughput Quantitative Analysis Method of Modified Nucleosides Using UHPLC-UniSpray /MS/MS;** Takahiro kogaki[1]; Ikumi Oshio[1]; Souta Iyama[1]; Hiroaki Hase[1]; Kentaro Jingushi[2]; Yuko Ueda[1]; Zenzaburo Tozuka[1]; Daisuke Saigusa[3]; Kazutake Shijikawa[1]; [1]Mol. Cell. Physiol., Grad. Sch. Pharm. Sci., Osaka University., Suita, Japan; [2]Department of Urological Immuno-oncology, Graduate School of Medicine, Osaka University, Suita, Japan; [3]Department of Integrative Genomics, Tohoku Medical Megabank Organization, Tohoku University, Sendai, Japan

**ThP 600 Accurate Mass Determination of Long DNA Fragments Prepared for Structural Biology Study of Epigenetic DNA Methylation;** Hiroshi Ushijima[1]; Rena Maekawa[1]; Eri Igarashi[1]; Satoko Akashi[1]; [1]Yokohama City University, Yokohama, Japan

**ThP 601 A Software Platform for the Quality Control of Synthetic Oligonucleotides;** Detlev Suckau[1]; Sam Kyritsoglou[2]; Yue Ju[3]; Guillaume Tremintin[3]; Anjali Alving[4]; Michael Greig[3]; Robert Kane[3]; [1]Bruker Daltonics, Bremen, Germany; [2]Kaneka Eurogentec SA, Liège, Belgium; [3]Bruker Scientific, San Jose, CA; [4]Bruker Daltonics Inc., Billerica, MA

**ThP 602 Investigation of Matrix Conditions for Nucleic Acid Analysis in Positive Ion Detection Using a Linear Benchtop MALDI-TOFMS;** Shuichi Nakaya[1]; Akihiro Kunisawa[2]; Zenzaburo Tozuka[2]; Yuzo Yamazaki[1]; [1]Shimadzu Corporation, Kyoto, Japan; [2]Shimadzu Analytical Innovation Research Laboratory, Osaka University, Suita, Japan

**ThP 603 Pytheas: Software to Analyze and Map RNA Post-Transcriptional Modifications with Tandem MS and Stable Isotope Labelling;** Luigi D'Ascenzo, Ph.D.[1]; Anna Popova, Ph.D.[1]; James R. Williamson, Ph.D.[1]; [1]The Scripps Research Institute, La Jolla, CA

**ThP 604 Leveraging Ion-tagged Oligonucleotides and Mass Spectrometry for the Detection of RNA Modifications;** Kevin D. Clark[1]; Colin Lee[2]; Jonathan V. Sweedler[1,2];



[1]Beckman Institute, Urbana, IL; [2]University of Illinois at Urbana-Champaign, Urbana, IL

**ThP 605 Mass Spectrometry-Based Identification of Mono-Methylated RNA Nucleoside Positional Isomers: Application for Structural Analysis of RNA Modifications in the Leishmania ribosome;** Hiroshi Nakayama[1]; Yoshio Yamauchi[2]; Yuko Nobe[2]; Masami Koike[1]; Nobuhiro Takahashi[3]; Moran Shalev-Benami[4]; Toshiaki Isobe[2]; Masato Taoka[2]; [1]RIKEN Center for Sustainable Resource Science, Wako, Japan; [2]Tokyo Metropolitan University, Hachioji, Japan; [3]Tokyo University of Agriculture and Technology, Fuchu, Japan; [4]Weizmann Institute of Science, Rehovot, Israel

**ThP 606 High-throughput Oligonucleotide Analysis using RapidFire/TOF MS and OligoSearch Software;** Peter Rye[1]; Jim Lau[2]; Tony Brand[3]; [1]Agilent Technologies, Lexington, MA; [2]Agilent Technologies, Wilmington, DE; [3]Agilent Technologies, Raleigh-Durham, NC

**ThP 607 Simultaneous Quantification of dA-Ap and dG-Ap Interstrand Cross-Links in Cellular and Tissue DNA;** Su Guo[1]; Jiapeng Leng[1]; Yinsheng Wang[1]; [1]UC Riverside, Riverside

**ThP 608 Multiplex Quantification of RNA Methylation by Targeted Mass Spectrometry;** Jerome Vialaret[1]; Aurore Attina[1]; Helene Guillorit[2]; Amandine Bastide[2]; Sebastien Relier[2]; Jean Jacques Vasseur[3]; Francoise Debart[3]; Sylvain Lehmann[1]; ALexandre Dedd[2]; Christophe Hirtz[1]; [1]Montpellier University - LBPC/PPC, Montpellier, France; [2]Institut de Génomique Fonctionnelle, Montpellier, France; [3]Institut des Biomolécules Max Mousseron, Montpellier, France

**ThP 609 Ultraviolet Photodissociation of Silver Nanocluster/DNA Complexes;** Ines C Santos[1]; Molly S Blevins[1]; John Armstrong[1]; Christopher M Crittenden[1]; Jennifer S Brodbelt[2]; [1]University of Texas at Austin, Department of Chemistry, Austin, TX; [2]The University of Texas, Austin, TX

**ThP 610 MALDI MS Study of Activity of DNA Specific Enzymes in the Vicinity of G-Quadruplex Structures;** Alexandra V. Sekridova[1]; Galina E. Pozmogova[2]; Igor P. Smirnov[2]; [1]Institute of agricultural biotechnology, Moscow, Russia; [2]Research and Clinical Center for Physical-Chemical Medicine, Moscow, Russia

**ThP 611 Collision-Induced Dissociation Studies of protonated ions of Alkylated Thymidine and 2'-deoxyguanosine;** Yuxiang Cui[1]; Jun Yuan[1]; Pengcheng Wang[1]; Jun Wu[1]; Yang Yu[1]; Yinsheng Wang[1]; [1]University of California, Riverside, Riverside, CA

**PEPTIDES: FRAGMENTATION MECHANISMS**
**612-617**

**ThP 612 Metal Cationization of Immunopeptides for Improved Dissociation and Measurement by Differential Ion Mobility-Mass Spectrometry;** James E. Keating[1]; Chris Chung[1]; Shengjie Chai[2]; Benjamin G. Vincent[3]; Sally A. Hunsucker[3]; Paul M. Armistead[3]; Gary L. Glish[1]; [1]Department of Chemistry, University of North Carolina at Chapel Hill, Chapel Hill, NC; [2]Curriculum in Genetics & Molecular Biology, University of North Carolina at Chapel Hill, Chapel Hill, NC; [3]Lineberger Comprehensive Cancer Center, University of North Carolina at Chapel Hill, Chapel Hill, NC

**ThP 613 Investigation of CID and HCD Tandem Mass Spectra of Double Derivatized Histone (H3) Model Peptide Using High-Resolution Hybrid Mass Spectrometer;** Leila Afjehi-Sadat[1]; Benjamin A Garcia[1]; [1]University of Pennsylvania, Philadelphia, PA

**ThP 614 Comparative Study of Average Probabilities of Fragment Ion Formation in Peptides with Different Aspartate Isoforms;** Daniil Ivanov[1]; Stanislav Pekov[1,2]; Maria Indeykina[1,3]; Anna Bugrova[3]; Alexey Kononikhin[1,2,3]; Igor Popov[1,2]; Eugene (evgeny) Nikolaev[4]; [1]Moscow Institute of

Physics and Technology (State University), Dolgoprudny, Russia; [2]Institute for Energy Problems of Chemical Physics RAS, Moscow, Russia; [3]Institute of Biochemical Physics RAS, Moscow, Russia; [4]Skolkovo institute of science and technology, Moscow Region, Russian Federation

**ThP 615 Combined Density Functional and Statistical Analyses of Doubly Protonated Tryptic Peptide Series;** Shanshan Guan[1]; Benjamin J Bythell[1]; [1]University of Missouri, St. Louis, St. Louis, MO

**ThP 616 Fast and Accurate MS² Peak Intensity Prediction for Multiple Fragmentation Methods, Instruments and Labeling Techniques;** Ralf Gabriels[1,2]; Lennart Martens[1,2]; Sven Degroeve[1,2]; [1]VIB-UGent Center for Medical Biotechnology, Ghent, Belgium; [2]Department of Biomolecular Medicine, Ghent University, Ghent, Belgium

**ThP 617 Optimizing Parallel HCD and ETD with supplemental HCD Data Acquisition using the Tribrid Oritrap Lumos;** Lauren R. DeVine[1]; Robert N. Cole[1]; [1]Johns Hopkins University School of Medicine, Baltimore, MD

**PROTEINS: COMPLEXES/NON-COVALENT INTERACTIONS II**
**618-635**

**ThP 618 Nanoscale Ion Emitters in Native Mass Spectrometry for Measuring Ligand-Protein Binding Affinities;** Giang Nguyen[1]; Thinh N. Tran[2]; Matthew N. Podgorski[3]; Stephen G. Bell[3]; Claudiu T. Supuran[4]; William A. Donald[1]; [1]School of Chemistry, University of New South Wales, Sydney, NSW, Australia; [2]School of Electrical Engineering and Telecommunications, University of New South Wales, Sydney, NSW, Australia; [3]Department of Chemistry, University of Adelaide, Adelaide, Australia; [4]University of Florence, Department of Neuroscience, Psychology, Drug Research and Child's Health, Section of Pharmaceutical and Nutraceutical Sciences, Via Ugo Schiff 6, Sesto Fiorentino, Italy

**ThP 619 Investigating the Interactions of the First 17 Residues of Huntingtin with Lipid Vesicles Using ESI-MS Experiments and MD Simulations.;** Ahmad Kiani Karanji[1]; Maryssa Beasely[1]; Ali Ranjbaran[1]; Justin Legleiter[1]; Stephen Valentine[1]; [1]West Virginia University.C. Eugene Bennett Department of Chemistry, Morgantown, WV; [2]West Virginia University, Morgantown, WV

**ThP 620 Intact Transition Epitope Mapping – Targeted High-Energy Rupture of Extracted Epitopes (ITEM – THREE);** Bright D. Danquah[1]; Claudia Röwer[1]; Kwabena F.M. Opuni[2]; Reham A. El-Kased[3]; Harald Illges[4]; Cornelia Koy[1]; Michael O. Glocker[1]; [1]Proteome Center Rostock, Rostock, Germany; [2]School of Pharmacy, University of Ghana, Legon, Ghana; [3]Microbiology and Immunology Faculty of Pharmacy, The British University in Egypt, Cairo, Egypt; [4]University of Applied Sciences Bonn-Rhein-Sieg, Bonn, Germany

**ThP 621 The Application of Direct MS for the Investigation of Complex Biological Systems;** Gili Ben-Nissan[1]; Jelena Cvetichanin[1]; Ravit Netzer[1]; Sarel J Fleishman[1]; Michal Sharon[1]; [1]Weizmann Institute of Science, Rehovot, Israel

**ThP 622 Uniting Microchip Capillary Electrophoresis-MS and Ultraviolet Photodissociation Technologies for On-line Separation and Characterization of Native Protein Complexes;** M. Rachel Mehaffey[1]; Ashley Bell[2]; J. Scott Mellors[2]; Michael B. Lanzillotti[1]; Jennifer S. Brodbelt[1]; [1]The University of Texas at Austin, Austin, TX; [2]908 Devices, Boston, MA

**ThP 623 Native Ion-Mobility Mass Spectrometry of Staph. Aureus Alpha-Hemolysin Membrane Pore Complexes;** Jesse W. Wilson[1]; Amber D Rolland[1]; Grant M Klausen[1]; Alexander S Skochko[1]; James S Prell[1]; [1]University of Oregon Department of Chemistry and Biochemistry, Eugene, OR

**ThP 624 Determination of Protein-Brain Ganglioside Interactions by Chip-Based Nanoelectrospray Quadrupole-Time-of-**

Flight Tandem Mass Spectrometry; Laurentiu Popescu[1]; Mirela Sarbu[1]; Raluca Ica[1]; Alina Petrut[1]; Alina D. Zamfir[2]; [1]National Institute for Research and Development in Electrochemistry and Condensed Matter, Timisoara, Romania; [2]Nat'l Inst, Electrochemistry & Condensed Matter, Timisoara, Romania

**ThP 625 High Resolution - Mass Spectrometry Cellular Thermal Shift Assay (HR-MS-CETSA)- Impact of Phosphorylation on Thermal Protein Stability;** Yan Ting Lim[1]; Tianyun Zhao[2]; Wint Wint Phoo[1]; Lingyun Dai[2]; Loo Chien Wang[1]; Liyan Chen[1]; Par Nordlund[1, 2, 3]; Radoslaw Sobota[1]; [1]Institute of Molecular and Cell Biology Agency for Science, Technology and Research (A*STAR), Singapore, Singapore; [2]School of Biological Sciences, Nanyang Technological University, Singapore, Singapore, Singapore; [3]Karolinska Institutet, Department of Oncology-Pathology, Stockholm, Sweden

**ThP 626 Data-Driven Detection of Functional Proteoforms in SEC-SWATH-MS Data;** Isabell Bludau[1]; Max Frank[1, 2]; Moritz Heusel[1]; Yujia Cai[2]; George Rosenberger[3]; Yansheng Liu[4]; Ashok Venkitaraman[5]; Vihandha Wickramasinghe[6]; Ben C Collins[1]; Hannes Roest[2]; Ruedi Aebersold[1, 7]; [1]ETH Zurich, Zurich, Switzerland; [2]Donnelly Centre for Cellular and Biomolecular Research, University of Toronto, Toronto, ON; [3]Columbia University, New York, NY; [4]Yale University, New Haven; [5]Medical Research Council Cancer Unit, University of Cambridge, Cambridge, United Kingdom; [6]Peter MacCallum Cancer Centre, Melbourne, Australia; [7]University of Zurich, Zurich, Switzerland

**ThP 627 Real-Time Enzymatic Catalysis by Variable-Temperature Nano-Electrospray Ionization Ion Mobility Spectrometry-Mass Spectrometry;** Brooke A. Brown[1]; Christopher R. Conant[1]; Tarick J. El-Baba[1]; Daniel W. Woodall[1]; David E. Clemmer[1]; [1]Indiana University, Bloomington, IN

**ThP 628 UVPD-MS of Protein-Ligand Complexes Governed by Different Binding Modes and Affinities;** Ines C Santos[1]; Jennifer S Brodbelt[1]; [1]University of Texas at Austin, Austin, TX

**ThP 629 Identifying Protein Complexes of Endocrine Disrupting Organotin Compounds Using Mild LC-MS Techniques;** Jonas M. Will[1]; Michael Sperling[1, 2]; Uwe Karst[1]; [1]University of Muenster, Institute of Inorganic and Analytical Chemistry, Muenster, Germany; [2]European Virtual Institute for Speciation Analysis (EVISA), Muenster, Germany

**ThP 630 Investigation of Charge Partitioning from Gas-phase Dissociation of Dimeric Proteins;** Mengxuan Jia[1]; Chen Du[1]; Yang Song[1]; Zibo Chen[2]; David Baker[2]; Vicki H. Wysocki[1, 3]; [1]Department of Chemistry and Biochemistry, The Ohio State University, Columbus, OH; [2]Department of Biochemistry, University of Washington, Seattle, WA; [3]Resource for Native Mass Spectrometry Guided Structural Biology, Columbus, OH

**ThP 631 Identification of Smyd1's Chromatin Binding Partners via ChIP-MS;** Anna Bakhtina[1]; Aman Makaju[2]; Sarah Franklin[3]; [1]University of Utah, Salt Lake City, UT; [2]University of Utah School of Medicine, Department of Biochemistry, Salt Lake City, Utah; [3]University of Utah School of Medicine, Salt Lake City, UT

**ThP 632 High Resolution Structural Footprinting for 15-PGDH Inhibitor Binding Site Assessment;** Janna Kiselar[1]; Joseph Ready[2]; Yuan Yiyuan[1]; Mark R Chance[1]; Sanford Markowitz[1]; [1]Case Western Reserve Univ, Cleveland, OH; [2]UT Southwestern, Dallas, TX

**ThP 633 Integrated Structural Proteomics and Dynamics of a Solid-Body Organism by Combined XLMS, Solvent Accessible Surface Modification and QconCAT;** Yeva Mirzakhanyan[1]; Paul Gershon[1]; [1]UC-Irvine, Irvine, CA

**ThP 634 Analysis of Human Nuclear Protein Complexes by Quantitative Mass Spectrometry Profiling;** Katelyn E. Connelly[1]; Victoria Hedrick[2]; Tiago J. P. Sobreira[2]; Emily C. Dykhuizen, [1]; Uma K. Aryal[2]; [1]Department of Medicinal Chemistry and Molecular Pharmacology Purdue University, West Lafayette, IN; [2]Purdue Proteomics Facility, Bindley Bioscience Center, West Lafayette, IN

**ThP 635 Characterization of Protein-Ligand Binding Interactions of Polyphenol Inhibitors of FabI by Molecular Docking Simulations and Native MS;** P. Matthew Joyner[1]; Denise P. Tran[2]; Joseph A. Loo[2]; [1]Pepperdine University, Malibu, CA; [2]UCLA, Los Angeles, CA

## PROTEINS: CONFORMATION ANALYSIS AND STRUCTURAL BIOLOGY
### 636-653

**ThP 636 Native Mass Spectrometry Analysis of Protein and Protein Complexes Formed from Non-volatile Salt Buffers through use of Gábor Transformation;** Sean P Cleary[1]; Jesse W Wilson[1]; James S Prell[1]; [1]University of Oregon, Eugene

**ThP 637 Integrated Structural Biology Study of Roundabout1 Interaction with Fondaparinux;** Robert Williams[1]; Jeong Yeh Yang[1]; Yunyun Gao[2]; Arwen Pearson[2]; Kelley Moremen[1]; James H. Prestegard[1]; I. Jonathan Amster[1]; [1]University of Georgia, Athens, GA; [2]University of Hamburg, Hamburg, Germany

**ThP 638 Unexpected Asp-isomerization Behavior in Monoclonal Antibodies: Connecting Primary Sequence with High Order Structure and Molecular Dynamics;** Andrew D Mahan[1]; Dorina Saro[1]; Jeffrey Brelsford[1]; Weiping Shen[1]; Sandeep Somani[1]; Hirsh Nanda[1]; [1]Janssen R&D, Spring House, PA

**ThP 639 Structural Characterization of Ternary Complexes for Selective Protein Degradation by Hydrogen-Deuterium Exchange Mass Spectrometry;** Jing Li[1]; Aaron Balog[1]; Louis Lombardo[1]; John Newitt[1]; Mark Witmer[1]; Guodong Chen[1]; [1]Bristol-Myers Squibb, Princeton, NJ

**ThP 640 Native Ion Mobility Mass Spectrometry as a Powerful Tool to Dissect α-Synuclein Conformational Space - Small Molecules, Metal Ions, PTMs;** Rani Moons[1]; Albert Konijnenberg[1]; Anne-Marie Lambeir[2]; Frank Sobott[1, 3, 4]; [1]Biomolecular and Analytical Mass Spectrometry group, University of Antwerp, Belgium; [2]Laboratory of Medical Biochemistry, University of Antwerp, Belgium; [3]Astbury Centre for Structural Molecular Biology, University of Leeds, United Kingdom; [4]School of Molecular and Cellular Biology, University of Leeds, United Kingdom

**ThP 641 Cytochrome c / Cardiolipin Interactions in Apoptosis: The Roles of Protein Auto-Oxidation and in situ Covalent Modifications;** Victor Yin[1]; Lars Konermann[2]; [1]University of Western Ontario, London, ON; [2]University of Western Ontario, London , ON

**ThP 642 Coupling FPOP with IM-MS for Detailed Structural Characterization of the Native Ensemble of cytochrome c;** Emily E Chea[1]; Daniel Deredge[1]; Lisa M Jones[1]; [1]University of Maryland, Baltimore- School of Pharmacy, Baltimore, MD

**ThP 643 Deep Profiling of Proteome Structural Changes by TMT-Mass Spectrometry;** Kaiwen Yu[1]; Junmin Peng[1]; [1]St Jude Children's Research Hospital, Memphis, TN

**ThP 644 Investigation of Gas-Phase Unfolding Transitions of Protein Ions Using Ion Mobility-Mass Spectrometry;** Micah T Donor[1]; Samantha O Shepherd[1]; James S Prell[1]; [1]University of Oregon Department of Chemistry and Biochemistry, Eugene, OR

**ThP 845 Metal-Induced Oxidation of Transthyretin Studied via Ion Mobility-Orbitrap Mass Spectrometry and Surface-Induced Dissociation;** Mehdi Shirzadeh[1]; Michael L Poltash[1]; Jacob W McCabe[1]; Klaudia I Kocurek[1]; zahra Moghadamchargari[1]; Arthur Laganowsky[1]; David H. Russell[1]; [1]Texas A&M University, College Station, TX



**THURSDAY POSTERS**

**ThP 646** Structural Analysis of Gas-Phase Phosphoproteins; Carter Lantz[1]; Rachel R. Ogorzalek Loo[1]; Joseph A. Loo[1]; [1]University of California Los Angeles, Los Angeles, CA

**ThP 647** Protein Structural Accessibility Differences in Cerebrospinal Fluid by Limited Proteolysis-Mass Spectrometry; Danielle A Faivre[1]; Eric L Huang[1]; Michael J MacCoss[1]; [1]University of Washington, Seattle, WA

**ThP 648** Assessing the Comparability of Ion Mobility Mass Spectrometry to Measure Collision Cross Section Distributions for Protein Standards; Aidan P France[1]; Lukasz Migas[2]; Bruno Bellina[2]; Eleanor Sinclair[2]; Perdita E. Barran[2]; [1]University of Manchester, Manchester, United Kingdom; [2]Manchester Institute of Biotechnology, University of Manchester, United Kingdom

**ThP 649** Distinguishing Subtle Conformational Differences in Protein Complexes using Ion Mobility Mass Spectrometry and Collision Induced Unfolding; Stacey Nash[1]; Tyler Marcinko[1]; Richard W. Vachet[1]; [1]University of Massachusetts at Amherst, Amherst, MA

**ThP 650** MALDI Analysis for Protein Footprinting; Jerry Jiang[1]; Michael L Gross[1]; Nicole D Wagner[1]; [1]Washington University in St. Louis, St. Louis

**ThP 651** Characterization and Biochemical Analysis of a Low-Molecular Weight Cysteine-Rich Protein in Black Widow Dragline Silk; Mikayla Shanafelt[1]; Jared Deyarmin[1]; Ryan Hekman[2]; Taylor Rabara[1]; Camille Larracas[3]; Liang Xue[1]; Craig Vierra[1]; [1]University of the Pacific, Stockton, CA; [2]Boston University, Boston, MA; [3]University of the Pacific, San Francisco, CA

**ThP 652** Characterization of Co-Existing Enfuvirtide Conformational States by Ion Mobility Mass Spectrometry and Hydrogen/Deuterium Exchange; Bradley Stocks[1]; Gregory H. Bird[2]; Loren D. Walensky[2]; Jeremy E. Melanson[1]; [1]National Research Council Canada, Ottawa, ON; [2]Dana-Farber Cancer Institute, Boston, MA

**ThP 653** Microcontoller Timing, OPO and FPOP for T-Jump Measurement of Protein Conformational Kinetics; Don L Rempel[1]; Roger (Xiaoran) Liu[2]; Michael L Gross[2]; [1]Washington University, St Louis, MO; [2]Washington University, St.louis, MO

**PROTEINS: GENERAL AND MEMBRANE**
**654-673**

**ThP 654** Better Investigation of Integrin Expression in Cancer Cell Lines by Comparison of Different Membrane Protein Enrichment Methods; Mona Goli[1]; Jair Montford[1]; Katya Y Torres-Ulloa[1]; Wenjing Peng[1]; Ahmed Hussien[1, 2]; Yehia Mechref[1]; [1]Texas Tech University, Lubbock, TX; [2]University of Alexandria, Alexandria, Egypt

**ThP 655** Co-Localization of CD147 with Oncogenic Proteins Confers Drug-Resistant Phenotype in Breast Cancer Stem Cells; Sohyun Kim[1]; Yuri Seo[1]; Hyeryeon Jung[1]; Jieun Jung[2]; Yeojin Jung[2]; Kristine M Kim[2]; Eugene C Yi[1]; [1]Department of Molecular Medicine and Biopharmaceutical Sciences, Graduate School of Convergence Science and Technology, Seoul National University, Seoul, South Korea; [2]College of Biomedical Science, Kangwon National University, Seoul, South Korea

**ThP 656** Novel Strategies for Top-down Proteomics of Endogenous Membrane Protein Complexes; Kyle Brown[1]; Bifan Chen[1]; Ziqing Lin[1]; Tania Guardado[1]; Song Jin[1]; Ying Ge[1]; [1]University of Wisconsin-Madison, Madison, WI

**ThP 657** Comparative Proteomic Profiling of Five 2D and 3D Grown Cancer Cell Lines Using HRAM LC-MS.; Josip Blonder[1]; Jan A Kaczmarczyk[1]; Ronald R Roberts[1]; Gordon R Whiteley[1]; Robin A Felder[2]; Richard G Saul[1]; [1]Frederick Nat'l Lab for Cancer Research, Frederick,MD; [2]Department of Pathology, University of Virginia School of Medicine, Charlottesville, VA

**ThP 658** Evaluation of Six Different Sample Preparation Strategies for Enhanced In-Depth Proteomic Analysis of Milk Fat Globule Membrane; Yongxin Yang[1]; Ruchika Bhawal[2]; Elizabeth T. Anderson[2]; Sheng Zhang[2]; [1]Anhui Academy of Agricultural Sciences, Hefei Shi, China; [2]Cornell University, Ithaca, NY

**ThP 659** Selective Binding of a Toxin and Phosphatidylinositides to a Mammalian Potassium Channel; Yang Liu[1]; Michael L Pollash[2]; Wen Liu[1]; David H. Russell[2]; Arthur Laganowsky[2]; [1]TAMU Health Science Center, Houston, TX; [2]Texas A&M University, College Station, TX

**ThP 660** Quantification of Mitochondrial Membrane Proteins in Dried Blood Spots for the Detection of Blood Doping Practices in Sport; Holly Cox[1]; Abhilasha Manandhar[1]; Daniel Eichner[1]; [1]Sports Medicine Research and Testing Laboratory, Salt Lake City, UT

**ThP 661** Native MS and Surface Induced Dissociation Provide Insight into Eye Lens Aquaporins; Sophie R Harvey[1, 2]; Wendy L White[3]; Zachary L VanAernum[1, 2]; Erin M Panczyk[1, 2]; Kevin L Schey[3]; Vicki H Wysocki[1, 2]; [1]Department of Chemistry and Biochemistry, The Ohio State University, Columbus, Ohio; [2]Resource for Native Mass Spectrometry Guided Structural Biology, The Ohio State University, Columbus, Ohio; [3]Department of Biochemistry, Vanderbilt University, Nashville, Tennessee

**ThP 662** Detergents' Supercharging Effects on Soluble Proteins and Membrane Proteins; Wonhyeuk Jung[1]; Frederik Lermyte[2]; Carter Lantz[1]; Rachel Loo[1]; Joseph A. Loo[1]; [1]UCLA, Los Angeles, CA; [2]University Of Antwerp, Antwerp, Belgium

**ThP 663** Intact and Subunit Mass Analysis Using Native Ion Exchange Chromatography Coupled to an Orbitrap Mass Spectrometer; Qian Liu[1]; Stephane Houel[1]; Hao Zhang[1]; Alla Polozova[1]; [1]Amgen Inc., Cambridge, MA

**ThP 664** Proteomic Analysis of Cell Surface Proteins with Improved Specificity of Enrichment; Betsy Benton[1]; Sergei Snovida[1]; Katherine Herting[1]; Hongbin Zhu[1]; John C. Rogers[1]; Barbara Kaboord[1]; [1]Thermo Fisher Scientific, Rockford, IL

**ThP 665** Probing Adhesion GPCR-G Protein Interaction by Chemical Cross-Linking and Mass Spectrometry; Bill Huang[1]; Hee-Yong Kim[1]; [1]NIAAA/NIH, Rockville, MD

**ThP 666** Applying a Quantitative, Cell Surface Glycoproteomic Approach to Understanding Phenotypic Changes Induced by Extended Culturing of Explanted Human Cardiac Fibroblasts; Linda Berg Luecke[1]; Amanda Rae Buchberger[1, 2]; Matthew Waas[1]; Rebekah L. Gundry[1,2]; [1]Medical College of Wisconsin, Milwaukee, WI; [2]Center for Biomedical Mass Spectrometry Research, Medical College of Wisconsin, Milwaukee, WI

**ThP 667** Ion Mobility-Mass Spectrometry Reveals α-Synuclein Conformational Changes within Lipid Bicelles; Denise P Tran[1]; Joseph A Loo[1]; [1]UCLA, Los Angeles, CA

**ThP 668** Application of the CellSurfer Platform Enables Generation of a Chamber-Resolved Map of Surface N-Glycoproteins on Primary Human Cardiomyocytes; Rachel A. Jones Lipinski[1]; Ranjuna Weerasekera[1]; Linda Berg Luecke[1]; Amanda Rae Buchberger[1]; Matthew Waas[1]; Rebekah L. Gundry[1]; [1]Medical College of Wisconsin, Milwaukee, WI

**ThP 669** Comparison of Reverse Phase and Ion Exchange Fractionation Strategies for 2D-LC-MS/MS Based Liver Proteomics; Maxime Sansoucy[1]; Felix Friedrich[1]; Lekha Sleno[1]; [1]UQAM, Montreal, QC

**ThP 670** Characterization of the Intact Proteins of Influenza Primary Liquid Standards; Lidoshka Marc[1]; John R Barr[1]; Tracie Williams[1]; [1]Centers for Disease Control and Prevention, Atlanta, Georgia

**ThP 671** Bioinformatic Analysis of MS Data to Assess G-Protein Coupled Receptor Targets for Transactivation of



**ThP 672** Therapeutic Utility of LIFR Inhibitor EC359 in Treating HDAC Inhibitor Resistance in Ovarian Cancer; Suryavathi Viswanadhapalli[1]; Susan T. Weintraub[1]; Mengxing Li[1]; Hareesh B. Nair[2]; Klaus J. Nickisch[2]; Sammy Pardo[1]; Dana Molleur[1]; Ratna K. Vadlamudi[1]; [1]University of Texas Health Science Center at San Antonio, San Antonio, TX; [2]Evestra, San Antonio, TX

Proliferative Pathways in Cancer Cells; Arba Karcini[1]; Iulia M. Lazar[1]; [1]Virginia Tech, Blacksburg, VA

**ThP 673** LC-MS Characterization of Polysorbate 80 Raw Materials from Multi-Use Containers; Rashmi Menon[1]; Erin Laskowich[1]; Linda Yi[1]; [1]Biogen, Morrisville, NC

## PROTEINS: PTMS II
### 674-697

**ThP 674** Developing Novel Enrichment Strategies to Facilitate Proteomic Analysis of NR5A2in Triple Negative Breast Cancer; Valentine V Courouble[1]; Yuanjun He[1]; Ruben Garcia-Ordonez[1]; Patrick R. Griffin[1]; [1]Scripps Research, Jupiter, FL

**ThP 675** Surface Glycoproteomic Analysis Reveals that Both Unique and Differential Expression of Surface Glycoproteins Determine the Cell Type; Suttipong Suttapitugsakul[1]; Lindsey D. Ulmer[1]; Chendi Jiang[1]; Fangxu Sun[1]; Ronghu Wu[1]; [1]Georgia Institute of Technology, Atlanta, GA

**ThP 676** Proteomic Differences and Protein Acetylation by Sirtuins in Response to Cell Aging; Liting Deng[1]; Mehdi Mirzaei[1]; Paul Andrew Haynes[1]; [1]Macquarie University, Sydney, Australia

**ThP 677** PPPome Profiling Using Quantitative Proteomics Reveals the Role of PP2Ac phosphorylation in Regulating PP2A-B55 Mediated Dephosphorylation of Mitotic Substrates; Isha Nasa[1, 2]; Lauren Cressey[1]; Thomas Kruse[3]; Emil PT Hertz[3]; Jakob Nilsson[3]; Arminja N Kettenbach[1, 2]; [1]Department of Biochemistry and Cell Biology, Dartmouth College, Hanover, NH; [2]Norris Cotton Cancer Center, Lebanon, NH; [3]Novo Nordisk A/S, Måløv, Denmark

**ThP 678** Improving Confidence and Productivity for N-Linked Glycan Analysis in Biotherapeutics Development Using an Integrated and Compact LC-FLR-HRMS System; Ximo Zhang[1]; Corey Reed[1]; Henry Shion[1]; Robert Birdsall[1]; Ying Qing Yu[1]; [1]Waters Corporation, Milford, MA

**ThP 679** Phosphonate-Modified Core-Shell Structured Fe3O4-SiO2 Nanoparticles: Synthesis, Characterization and Application to the Enrichment of Phosphopeptides; Qingshi Meng[1]; Xiaohui Feng[1]; Xiangfang Tang[1]; Hongfu Zhang[1]; [1]Institute of Animal Sciences, CAAS, Beijing, China

**ThP 680** The Acetylation of Lysine-376 of G3BP1 Regulates RNA Binding and Stress Granule Dynamics; Jing Chen[1]; Jozsef Gal[2]; Duck-Young Na[2]; Laura Tichacek[2]; Kelly R Barnett[2]; Haining Zhu[2, 3]; [1]University of Kentucky, Lexington, KY; [2]University of Kentucky, Lexington, Kentucky; [3]Lexington VA Medical Center, Research & Development, Lexington, Kentucky

**ThP 681** Ischemic Stress to Kidneys from SIRT5 Mice is mitigated by Succinylation Response; Kevin Peasley[1]; Anja N Holtz[2]; Nathan Basisty[2]; Takuto Chiba[1]; Birgit Schilling[2]; Sunder Sims-Lucas[1]; Eric Goetzman[1]; [1]University of Pittsburgh, Pittsburgh, PA; [2]Buck Institute, Novato, CA

**ThP 682** Middle-Down Characterization of Poly-Ubiquitin by 193 nm UVPD and ETheD; Aarti Bashyal[1]; Jennifer S Brodbelt[1]; [1]University of Texas - Austin, Austin, TX

**ThP 683** LC-MS Analysis of Bound Sulfane Sulfur in Hypoxic Endothelial Cells; Xinggui Shen[1]; Christopher B. Pattillo B. Pattillo[1]; Hyung W. Nam[1]; Christopher G. Kevil[1]; [1]LSU Health-shreveport, Shreveport, LA

**ThP 684** Ion-Exchange Chromatography On-Line Hyphenated to Mass Spectrometry for the Native Intact In-Depth Characterisation of Cationic and Anionic Proteins; Florian Fuessl[1]; Angela Criscuolo[2]; Ken Cook[3]; Jonathan Bones[1]; [1]Nibrt, Dublin, Ireland; [2]Institute of Bioanalytical Chemistry, Faculty of Chemistry and Mineralogy, Leipzig, Germany; [3]Thermo Fisher Scientific, Hemel Hempstead, UK, Hemel Hempstead, United Kingdom

**ThP 685** Proteome-Wide Detection of Cysteine Nitrosylation Targets and Motifs Using Bioorthogonal Cleavable-Linker-Based Enrichment and Switch Technique (Cys-BOOST); Ruzanna Mnatsakanyan[1]; Stavroula Markoutsa[1]; Steven H.L. Verhelst[1, 2]; René Zahedi[1]; [1]Leibniz-Institut für Analytische Wissenschaften – ISAS – e.V., Dortmund, Germany; [2]Laboratory of Chemical Biology, Department of Cellular and Molecular Medicine, KU Leuven - University of Leuven, Leuven, Belgium; [3]Segal Cancer Proteomics Centre, Lady Davis Institute for Medical Research, Jewish General Hospital, McGill University, Montreal, QC

**ThP 686** Quantitative Middle Down Proteomics of Histone H3 Variant-Specific Proteoforms; Tao Wang[1]; Matthew V. Holt[1]; Nicolas L. Young[1]; [1]Baylor College of Medicine, Houston, TX

**ThP 687** Analysis of the Human Brain Ubiquitylation Pattern Associated with Alzheimer's Disease Using Quantitative Proteomics; Measho Abreha[1]; Eric B. Dammer[1, 2]; Lingyan Ping[1, 2]; Tian Zhang[1]; Duc M Duong[1, 3]; Marla Gearing[1]; James J. Lah[1]; Allan I. Levey[1]; Nicholas T. Seyfried[1, 2]; [1]Emory University - Center of Neurodegenerative Diseases, Atlanta, GA; [2]Emory University-Biochemistry, Atlanta, GA; [3]Emory Integrated Proteomics Core, Emory University, Atlanta, GA

**ThP 688** System-Wide Temporal Characterization of the Phosphoproteome of esophageal squamous Cell Carcinoma Cells; Jun Adachi[1]; National Institutes of Biomedical Innovation, Health and Nutrition, Ibaraki, Japan

**ThP 689** Scop3P: The Bridge between Human Phosphosites, Protein Structure and Proteomics Data; Pathmanaban Ramasamy[1, 2, 3, 4]; Demet Turan[1, 2]; Elien Vandermarliere[1, 2]; Lennart Martens[1, 2]; Wim Vranken[3, 4]; [1]VIB-UGent Center for Medical Biotechnology, Ghent, Belgium, Gent, Belgium; [2]Department of Biochemistry, Faculty of Health Sciences, Ghent University, Ghent, Belgium, Gent, Belgium; [3]Interuniversity Institute of Bioinformatics in Brussels, ULB-VUB, Brussels, Belgium; [4]Structural Biology Brussels, Vrije Universiteit Brussel, Brussels, Belgium

**ThP 690** Sequence Liability and Developability Assessment of mAb-A; Samuel Korman[1]; Mingyan Cao[2]; Dengfeng Liu[2]; Sri Hari Raju Mulagapati[2]; [1]Medimmune, Gaithersburg, MD; [2]MedImmune, Gaithersburg, MD

**ThP 691** Cross-talk between Crucial Protein Post-Translational Modifications (PTMs): O-GlcNAcylation, Phosphorylation, and lys-acetylation; Junfeng Ma; Georgetown Univ., Washington, DC

**ThP 692** Ubiquitinome Dynamics Upon Proteasome Modulation; Jeroen Demmers; Erasmus University Medical Center, Rotterdam, Netherlands

**ThP 693** Exploring the Open Proteome: Proteomics Open Search Analysis with PTM-Shepherd; Daniel J Geiszler[1]; Andy T. Kong[1]; Dmitry M Avtonomov[1]; Felipe Da Veiga Leprevost[1]; Hui-Yin Chang[1]; Alexey I. Nesvizhskii[1]; [1]University of Michigan, Ann Arbor, MI

**ThP 694** Investigation of KRAS 4B C-terminal peptides; James Wilkins; UCSF, San Francisco, CA

**ThP 695** Impact of Oxidants on Anastellin - a Mediator of Fibronectin Assembly; Per Hägglund[1]; Jianfei He[1]; Huan Cai[2]; Eva Ramos Becares[2]; Pontus Gourdon[2]; Michael J Davies[2]; [1]University of Copenhagen, Copenhagen N, Denmark; [2]University of Copenhagen, Copenhagen, Denmark

**ThP 696** Identification and Functional Characterizations of Novel Proteins Promoting α-N-demethylation; David Bade[1];



Lin Li[1]; Xiaoxia Dai[1]; Yinsheng Wang[1]; [1]UC Riverside, Riverside, CA

ThP 697 **Streamlined Workflows for N-Glycan Analysis of Biotherapeutics Using InstantPC and 2-AB with LC-FLD-MS**; John Yan[1]; Andres Guerrero[1]; Ace G Galermo[1]; Ted Haxo[1]; Sergey Vlasenko[1]; Justin Hyche[1]; Tom Rice[1]; Aled Jones[1]; [1]ProZyme, A part of Agilent, Hayward, CA

**PROTEOMICS: NEW APPROACHES II**
**698-724**

ThP 698 **Treasure Hunt for Peptides with Undefined Chemical Modifications: Revealing Differential Albumin Adducts of 2-Nitroimidazole-Indocyanine Green in Hypoxic Tumors**; Lei Wang[1]; Christopher Dietz[1]; Feifei Zhou[2]; Mohsen Erfanzadeh[2]; Quing Zhu[2,3]; Michael Smith[1]; Xudong Yao[1]; [1]Department of Chemistry, University of Connecticut, Storrs, CT; [2]Department of Electrical and Computer Engineering, University of Connecticut, Storrs, CT; [3]Department of Biomedical Engineering, Washington University, St. Louis, MO

ThP 699 **A Proline/Alanine-Specific Protease for Bottom-up Mass Spectrometry Workflows**; Chris Hosfield[1]; Michael Rosenblatt[1]; Marjeta Urh[1]; [1]Promega, Madison, WI

ThP 700 **Cysteine-Selective Middle-Down Proteomics with Ultraviolet Photodissociation Analysis**; Sean D Dunham[1]; Jennifer S Brodbelt[1]; [1]University of Texas at Austin, Austin, TX

ThP 701 **Carrier-Assisted Single-Tube Processing Approach for Targeted Proteomics Analysis of Low Numbers of Mammalian Cells**; Pengfei Zhang[1]; Matthew J. Gaffrey[1]; Ying Zhu[1]; William B. Chrisler[1]; Thomas L Fillmore[1]; Carrie D. Nicora[1]; Wei-Jun Qian[1]; Richard D. Smith[1]; Tao Liu[1]; Tujin Shi[1]; [1]PNNL, Richland, WA

ThP 702 **Enhancing Middle-Down Proteomics by Limited Carbamylation of Intact Proteins and Lys-C Digestion**; Michael B Lanzillotti[1]; Jennifer S Brodbelt[1]; [1]University of Texas at Austin, Austin, TX

ThP 703 **An MS Approach based on Randomized Phospho-peptide Libraries to Study the Sequence Preference of Protein Phosphatases 1 and 2A**; Bernhard Hoermann[1,2]; Dominic Helm[3]; Thomas Kokot[1]; Jeremy Chojnacki[1]; Mikhail Savitski[2,3]; Maja Koehn[1,2]; [1]BIOSS Centre for Biological Signaling, Freiburg University, Freiburg, Germany; [2]Genome Biology Unit, EMBL, Heidelberg, Germany; [3]Proteomics Core Facility, EMBL, Heidelberg, Germany

ThP 704 **A Novel Automated LC-MS Data Processing Platform for Immuno Reactivity Assessment of Antibodies Developed against Host Cell Proteins**; Yu Zhou[1]; Meghna Patel[1]; Riccardo Staccini[1]; Geuncheol Gil[1]; Sushmita Mimi Roy[1]; [1]BioMarin, Novato, CA

ThP 705 **Systematic Identification of Direct Substrates of Src Homology 2 Containing Protein Tyrosine Phosphatase 2**; Peipei Zhu[1]; Ruoyu Zhang[2]; Chuan-Chih Hsu[3]; Zhong-Yin Zhang[2]; Weiguo Andy Tao[2]; [1]Purdue University, West Lafayette, IN; [2]Purdue University, West Lafayette, IN; [3]Stanford University, Stanford, CA

ThP 706 **Assessing Protein Sequence Database Suitability Using de novo Sequencing**; Richard S. Johnson[1]; Brook L. Nunn[1]; Brian C Searle[2,3]; Molly Phillips[1,4]; Chris T. Amemiya[4]; Michelle Heck[5]; Micheal J MacCoss[1]; [1]University of Washington, Seattle, WA; [2]Institute for Systems Biology, Seattle, WA; [3]Proteome Software, Portland, OR; [4]University of California, Merced, Merced, CA; [5]USDA ARS, Ithaca, NY

ThP 707 **QCforLife (QC4L) Harmonization Study: A Core Facility Alliance to Improve Proteomics Quality Control and Instruments Performance**; Cristina Chiva[1,2]; Roger Olivella[1,2]; Amanda Solé[1,2]; Daniel Mancera[1,2]; Dominic Helm[3]; Mikhail Savitski[3]; Teresa Mendes Maia[4,5]; Evy Timmerman[4,5]; Francis Impens[4,5]; Damarys Loew[6]; Christian Panse[7]; Tobias Kockmann[7]; Laura Kunz[7]; Paolo Nanni[7]; Henrik Thomas[8]; Andrea Schuhmann[8]; Anna Shevchenko[9]; Thibault Douche[6]; Mariette Matondo[6]; Karl Mechtler[10]; Eduard Sabidó[1,2]; [1]Centre de Regulació Genòmica, Barcelona, Spain; [2]Universitat Pompeu Fabra, Barcelona, Spain; [3]EMBL, Heidelberg, Heidelberg, Germany; [4]VIB, Gent, Belgium; [5]Ghent University, Gent, Belgium; [6]Institute Curie, Paris, France; [7]Functional Genomic Center Zürich, Zurich, Switzerland; [8]Max Plank Institute for Molecular Cell Biology and Genetics, Dresden, Germany; [9]Institut Pasteur, Paris, France; [10]Institute of Molecular Pathology, Vienna, Austria

ThP 708 **Application of Human and Mouse Immunodepletion Reagents to Mouse Plasma with Proteomic Depth/Coverage Comparison Utilizing a Data-Independent Acquisition Workflow**; Daryl Bulloch[1]; Matthew Rardin[1]; Bradford W Gibson[1]; [1]Amgen, South San Francisco, CA

ThP 709 **Application of Logic Programming to Large-Scale Phosphoproteomics Data Reveals New Biological Insight**; George A Elder[1]; Conrad Bessant[1]; Pedro Cutillas[1]; [1]Queen Mary University of London, London, United Kingdom

ThP 710 **High-Resolution Proteolipidome Analysis of Hippocampal Tissue inan Alzheimer's Disease Mouse Model**; Whitaker Cohn[1]; Lucy Wanrong Gao[1]; Annie Tagvoryan[1]; Jesus Campagna[1]; Kym Faull[1]; Varghese John[1]; Julian Whitelegge[1]; [1]University of California Los Angeles, Los Angeles, CA

ThP 711 **Filter Aided, Single Tip Based (FAST) Method for High Throughput, Ultrasensitive Proteomics Analysis**; Zhenbin Zhang[1]; Norman Dovichi[1]; [1]University of Notre Dame, Notre Dame, IN

ThP 712 **Five-Minute Proteome: An MS/MS-Free Approach to Protein Identification and Quantification**; Mark V Ivanov[1]; Julia A Bubis[1,2]; Vladimir Gorshkov[3]; Irina A Tarasova[1]; Elizaveta M Solovyeva[1,2]; Lev I Levitsky[1]; Anna A Lobas[1]; Marina L Pridatchenko[1]; Frank Kjeldsen[3]; Mikhail V Gorshkov[1,2]; [1]Institute for Energy Problems of Chemical Physics RAS, Moscow, Russia; [2]Moscow Institute of Physics and Technology (State University), Dolgoprudny, Russia; [3]University of Southern Denmark, Odense, Denmark

ThP 713 **Next Generation StageTip for Capturing Extremely Hydrophilic Peptides**; Kosuke Ogata[1]; Chia-Feng Tsai[2]; Naoyuki Sugiyama[1]; Yasushi Ishihama[1]; [1]Graduate School of Pharmaceutical Sciences, Kyoto University, Kyoto, Japan; [2]Pacific Northwest National Laboratory, Richland, WA

ThP 714 **Chemical Modification of Proteins to Mimic LysC Proteolysis: Application of1,2-dicarbonyl Compounds for Arginine Modification**; Boomathi Pandeswari Pandi[1]; Varatharajan Sabareesh[1]; A.s. Kamalanathan[1]; Sripadi Prabhakar[2]; [1]Advanced Centre for Bio Separation Technology (CBST), Vellore Institute of Technology (VIT), Vellore, India; [2]Centre for Mass Spectrometry, Analytical Department, CSIR – Indian Institute of Chemical Technology (IICT), Hyderabad, India

ThP 715 **Deep Proteome Profiling of Human Hair Shafts**; Evelyne Maes[1]; Jolon M Dyer[1,2,3,4]; Stefan Clerens[1,2,3]; [1]AgResearch Ltd., Christchurch, New Zealand; [2]Biomolecular Interaction Centre, Christchurch, New Zealand; [3]Riddet Institute, Massey University, Christchurch, New Zealand; [4]Wine, Food and Molecular Biosciences, Lincoln, New Zealand

ThP 716 **Proteome Profiling of 1–10 Circulating Tumor Cells Isolated from Whole Blood**; Yiran Liang[1]; Jennifer Podolak[2]; Yongzheng Gong[1]; George V. Thomas[2]; Ying Zhu[3]; Ryan T. Kelly[1,3]; [1]Brigham Young University, Provo, UT; [2]Oregon Health and Science University, Portland, OR; [3]Pacific Northwest National Laboratory, Richland, WA



## THURSDAY POSTERS

**ThP 717** Comparative Analysis of Lectin Based Glycoproteins among Elderly Non-Cancer Yoga Groups; Min-gyu Youn[1]; Junghoon Kang[1]; Youngwon Jung[2]; Wonryeon Cho[1]; [1]Wonkwang University, Iksan, South Korea; [2]Yonsei University, Seoul, South Korea

**ThP 718** Fast-track MyHC Profiling Reveals Fiber Type-Specific Protein Changes in Myostatin-Deficient Skeletal Muscle Tissue; Sebastian Kallabis[1]; Hendrik Nolte[2]; Lena Abraham[1]; Clara Tuerk[3]; Janica Wiederstein[3]; Thomas Braun[4]; Marcus Krueger[3]; [1]CECAD Research Center / University of Cologne, Colgone, Germany; [2]Max Planck Institute for Biology of Ageing, Cologne, Germany; [3]CECAD Research Center /University of Cologne, Colgone, Germany; [4]Max Planck Institute for Heart and Lung Research, Bad Nauheim, Germany

**ThP 719** Comparison of Peptide Separation Methods to Maximize the Mutational Landscape in a Cell Line Model System Used for Neoantigen Discovery; Sachin Kote[1]; Jakub Faktor[2]; Goran Mitulovic[3]; Georges Bodran[1]; Javier Alfaro[1]; Satya Saxena[1, 4]; David Goodlett[1, 5]; Borek Vojtesek[2]; Theodore Hupp[1, 2, 6]; [1]International Centre for Cancer Vaccine Science, University of Gdansk, Gdansk, Poland; [2]RECAMO, Brno, Czech Republic; [3]Medical University of Vienna, Vienna, Austria; [4]Deurion LLC, Seattle, WA; [5]University of Maryland, Baltimore, MD; [6]CRUK, University of Edinburgh, Edinburgh, United Kingdom

**ThP 720** Wheat Pan-Proteomics: Unifying Data-Independent LC-MS Proteome Measurements across Diverse Genetic Backgrounds for Trait Screening and Classification; James A Broadbent[1]; Sally Stockwell[1]; Keren Byrne[1]; Utpal Bose[1]; Shannon Dillon[2]; Kerrie Ramm[2]; Ben Trevaskis[2]; Michelle Colgrave[1]; [1]CSIRO, St Lucia, Australia; [2]CSIRO, Canberra, Australia

**ThP 721** Improved Data Acquisition Settings on a Q Exactive HF-XTM Mass Spectrometer for Proteomic Analysis of Limited Samples; Antonius Koller[1]; Michal Gregus[1]; Alexander Ivanov[1]; [1]Northeastern University, Boston, MA

**ThP 722** High-Throughput Single-Cell Proteomics Enabled by a Simplified Method for Automated Sample Preparation; Harrison Specht[1]; Guillaume Harmange[1]; David H. Perlman[1, 2]; Edward Emmott[1]; Zachary Niziolek[3]; Bogdan Budnik[3]; Nikolai Slavov[1]; [1]Northeastern University, Boston, MA; [2]Merck Exploratory Sciences Center, Cambridge, MA; [3]Harvard University, Cambridge, MA

**ThP 723** Optimizing Peptide Fractionation to Maximize Content in Cancer Proteomics; Victoria Izumi[1]; Bin Fang[1]; Paula Oliveira[1]; Mark Meads[1]; Kenneth Shain[1]; John Koomen[1]; [1]Moffitt Cancer Center & Research Institute, Tampa, FL

**ThP 724** Detection of Aberrant Proteoforms from Alternative Splicing Events in Tandem Mass Tagged Proteomic Datasets; Daniel Roeth[1]; Meiling Jin[1]; Yiming Wu[1]; Lili Wang[1]; Markus Kalkum[1]; [1]City of Hope, Duarte, CA

## PROTEOMICS: QUANTITATIVE IV
### 725-749

**ThP 725** Quantitation of Specific Membrane Proteins Allows Distinguishing between Microparticles and Exosomes; Linwen Zhang[1, 2]; Illarion V. Turko[1, 2]; [1]Institute for Bioscience and Biotechnology Research, Rockville, MD; [2]National Institute of Standards and Technology, Gaithersburg, MD

**ThP 726** Efficient Reduction of Oxidized Methionine Residues for Quantitative Proteomics; Siyu Wang[1]; Clementina Mesaros[1]; Ian A. Blair[1]; [1]University of Pennsylvania, Philadephia, PA

**ThP 727** Quantitative Proteomics of Lethal Thrombosis Model Mice and Vascular Endothelial Cells by SWATH Analysis; Hinano Tasaki[1]; Mina Kawamura[1]; Seiya Kawahara[1]; Fumihiko Nagano[1]; Ayaka Goto[1]; Kei-ichiro Iwaki[1]; Mai Sakai[1]; Fumitaka Tani[1]; Mie Shimizu[1]; Tomohiro Mizuno[1]; Ken-ichi Harada[1]; Susumu Y. Imanishi[1]; [1]Meijo University, Nagoya, Japan

**ThP 728** Evaluation of Thermal Proteome Profiling with an Extended Temperature Range and Different Mass Spectrometry Data Acquisition Methods; Yingrong (Mary) Xu[1]; Graham M. West[1]; Robert A. Everley[1]; [1]Pfizer Inc., Groton, CT

**ThP 729** Advances in Single Cell Proteomics through Profiling of Cardiac Micro Tissue; Claudia Ctortecka[1]; Johannes Stadlmann[2]; Pablo Hofbauer[2]; Katherina Tavernini[2]; Sasha Mendjan[2]; Karl Mechtler[1, 2, 3]; [1]Research Institute of Molecular Pathology, Vienna, Austria; [2]Institute of Molecular Biotechnology, Vienna, Austria; [3]Gregor Mendel Institute of Molecular Plant Biology, Vienna, Austria

**ThP 730** Proteomics of Red-sided Garter Snake (Thamnophis Sirtalis Parietalis.)– Identification and Quantification of Putative Pheromone Binding Proteins in Harderian Gland; Liping Yang[1]; Ehren Bentz[2]; Robert T. Mason[2]; Claudia S. Maier[1, 3]; [1]Department of Chemistry, Oregon State University, Corvallis, Oregon; [2]Department of Integrative Biology, Oregon State University, Corvallis, OR; [3]Linus Pauling Institute, Oregon State University, Corvallis, OR

**ThP 731** Identification of Dynamic Heme-Binding Proteins by Quantitative Mass Spectrometry; Hyojung Kim[1]; David A. Hanna[1]; Amit R. Reddi[1]; Matthew P. Torres[1]; [1]Georgia Institute of Technology, Atlanta, GA

**ThP 732** The Mechanistic Understanding ofApc Mutation and p16 Epimutation in Intestinal tumorigenesis; Jong Min Choi[1]; Jin Feng[1]; Antrix Jain[1]; Hamssika Chandrasekaran[1]; Yue Chen[1]; Matthew V. Holt[1]; Li Yang[1]; Anusha Mandala[1]; Lanjing Zhang[2]; Sayantani Goswami[1]; Nan Gao[2]; Yi Wang[1]; Anna Malovannaya[1]; Lanlan Shen[1]; Sung Yun Jung[1]; [1]Baylor College of Medicine, Houston, TX; [2]Rulgers University, Newark, NJ

**ThP 733** Cellular Responses of Breast Cancer Cell Line to Anti-Cancer Medicinal Compounds from Ginger Root; Parvin Mirzaei[1]; Luke Brown[2]; Jaicee Tudman[2]; Adam Reinhart[2]; Masoud Zabet Moghaddam[1]; [1]Texas Tech University, Lubbock, TX; [2]Wayland Baptist University, Plainview, TX

**ThP 734** Development of Targeted Mass Spectrometry-Based Approaches for Quantitation of Proteins Enriched in the Post Synaptic Density (PSD); Rashaun Wilson[1]; Navin Rauniyar[2]; Tukiet T. Lam[1]; Kenneth R. Williams[1]; Angus C. Nairn[1]; [1]Yale University, New Haven, CT; [2]Tanvex BioPharma Inc., San Diego, CA

**ThP 735** KIT QUANTA - Standardization Kit for Absolute Protein Quantitation: Monitoring of Methionine Oxidation Induced by Chromatography Separation; France Baumans[1]; Dominique Baiwir[1, 2]; Maria Colombo[3]; Camille Allain[4]; Vincent Tavernier[2]; Baptiste Leroy[4]; Ruddy Wattiez[4]; Edwin De Pauw[1]; Gauthier Eppe[1]; Gabriel Mazzucchelli[1, 2]; [1]University of Liege, Mass Spectrometry Laboratory, MolSys Research Unit, Liege, Belgium; [2]University of Liège, GIGA Proteomics Facility, Liege, Belgium; [3]Kaneka Eurogentec S.A., Seraing, Belgium; [4]University of Mons, Proteomics and Microbiology Laboratory, Mons, Belgium

**ThP 736** Optimizing Mass Spectrometry Proteomic Analysis of Isolated Brain Myeloid Cells; Sruti Rayaprolu[1, 2]; Tianwen Gao[2, 3]; Hailian Xiao[1, 2]; Supriya Ramesha[1, 2]; Duc M Duong[1, 4]; Eric B. Dammer[1, 4]; James J. Lah[1, 2]; Allan I. Levey[1, 2]; Nicholas Seyfried[1, 4]; Srikant Rangaraju[1, 2]; [1]Center for Neurodegenerative Diseases, Emory School of Medicine, Atlanta, GA; [2]Department of Neurology, Emory University, Atlanta, GA; [3]Emory University - Center of Neurodegenerative Diseases, Atlanta, GA; [4]Department of Biochemistry, Emory University, Atlanta, GA

**ThP 737** Absolute Quantification of the Lysosomal Proteome by Multiple Reaction Monitoring and QconCAT Protein



**THURSDAY POSTERS**

**Standards**; Peter Robert Mosen[1]; Roman Sakson[2]; Edgar Kaade[1]; Thomas Ruppert[2]; Volkmar Gieselmann[1]; Dominic Winter[1]; [1]University of Bonn - Institute of Biochemistry and Molecular Biology, Bonn, Germany; [2]Center for Molecular Biology of Heidelberg University (ZMBH), Heidelberg, Germany

**ThP 738**  **TMT labeling for the Masses: How to Get Eight Reactions for the Price Of One**; Jana Zecha[1]; Shankha Satpathy[2]; Tamara Kanashova[3]; Shayan Avanessian[2]; M. Harry Kane[2]; Karl Clauser[2]; Philipp Mertins[3]; Steven A. Carr[2]; Bernhard Kuster[1, 4]; [1]Chair of Proteomics and Bioanalytics, Technical University of Munich, Freising, Germany; [2]Proteomics Platform, Broad Institute of MIT and Harvard, Cambridge, MA; [3]Max Delbrück Center for Molecular Medicine in the Helmholtz Society, Berlin, Germany; [4]Bavarian Biomolecular Mass Spectrometry Center (BayBioMS), Technical University of Munich, Freising, Germany

**ThP 739**  **Use of the Cysteine Proteome to Increase Coverage in Quantitative Proteomics and Assess Reversible Cysteine Modifications in T-Cell Signaling**; Martin R. Larsen[1]; Taewook Kang[1]; Arkadiusz Nawrocki[1]; Komal K. Mandal[1]; Muhammad Tahir[1]; [1]Department of Biochemistry and Molecular Biology, University of Southern Denmark, Odense, Denmark

**ThP 740**  **IonStar.Mine: Extending Quantitative Depth of IonStar by High-Resolution MS1-Based Feature Matching**; Shichen Shen[1]; Shuo Qian[1]; Min Ma[2]; Ming Zhang[1]; Jun Qu[1]; [1]University at Buffalo, Buffalo, NY; [2]Roswell Park Comprehensive Cancer Center, Buffalo, NY

**ThP 741**  **Comprehensive Comparison of Filter-aided Sample Preparation and Chloroform-methanol Extraction for Bottom-up Proteomic Studies**; Renny Shang-Lun Lan[1]; Aaron Storey[1]; Lisa Orr[1]; Samuel G. Mackintosh[1]; Ricky Edmondson[1]; [1]University of Arkansas for Medical Sciences, Little Rock, AR

**ThP 742**  **A longitudinal Study of Age-Related Changes in Sodium Channels Protein Expressions in CF-1 Mouse Brains Using Targeted Mass Spectrometry**; Rainbow WP Kwan[1]; Luis Sojo[1]; Gina De Boer[1]; Jenny Li[1]; Batool Rayyan[2]; [1]Xenon Pharmaceuticals, Burnaby, BC; [2]Simon Fraser University, Burnaby, BC

**ThP 743**  **Improved TOMAHAQ Data Normalization for Large-Scale Protein Quantification and Characterization**; Fang Liu[1]; Swati Acharya[2]; Eric Smith[2]; Kratika Singhal[1]; Rowan Matney[1]; Nonhlanhla Lunjani[3]; Dries Van Elst[3]; Milena Sokolowska[3]; Cezmi A. Akdis[3]; Kari Nadeau[2]; Ryan Leib[1]; Allis Chien[1]; [1]Stanford University Mass Spectrometry, Stanford, CA; [2]Stanford University School of Medicine, Stanford, CA, 94305; [3]Swiss Institute for Allergy and Asthma Research, University of Zürich, Davos, Switzerland

**ThP 744**  **Physiological and Proteomic Responses of Pacific Abalone (Haliotis discus hannai) under Fluctuating Temperature Stress**; Woo-Young Song[1]; Hee Yoon Kang[1]; Chang-Keun Kang[1]; Tae-Young Kim[1]; [1]Gwangju Institute of Science and Technology, Gwangju, South Korea

**ThP 745**  **Quantitative Proteomic and Phosphoproteomic Profiling of Myocardial Remodeling in a Porcine Model of Left-Ventricular Stiffening Following Chronic Repetitive Pressure Overload**; Sailee Rasam[1,2]; Brian R. Weil[3,4]; Min Ma[5]; John M. Canty. Jr.[1, 3, 4, 6]; Jun Qu[1, 2, 5, 7]; [1]Department of Biochemistry, SUNY Buffalo, Buffalo, NY; [2]New York State Center of Excellence in Bioinformatics & Life Sciences, Buffalo, NY; [3]Department of Physiology and Biophysics, SUNY Buffalo, Buffalo, NY; [4]Clinical and Translational Research Center, Elm and Carlton Streets, Buffalo, NY; [5]Roswell Park Comprehensive Cancer Center, Buffalo, NY; [6]Department of Medicine, SUNY Buffalo, Buffalo, NY; [7]Department of Pharmaceutical Sciences, SUNY Buffalo, Buffalo, NY

**ThP 746**  **Proteomic Analysis of NAD-Mediated Cellular Processes in Aging**; Weixuan Wang[1, 2]; Yuling Chen[1]; Haiteng Deng[1]; [1]Tsinghua University, Beijing, China; [2]Guangdong Metabolic Diseases Research Center of Integrated Chinese and Western Medicine, Guang Zhou, China

**ThP 747**  **A Full and Universal Solution for HCPs Characterization through the Downstream Process by LC-MS**; Mathieu Trauchessec[1]; Chloé Bardet[1]; Laura Herment[1]; Xavier Homo[1]; Quentin Enjalbert[1]; Christelle Jacquet[1]; Tanguy Fortin[1]; [1]ANAQUANT, Villeurbanne, France

**ThP 748**  **Robust and Automated High Throughput Sample Preparation for Multiplexed Analysis for Systems Biology and Clinical Sample Analysis**; Woong Kim[1]; Greg Foster[1]; Aaron Robitaille[1]; Ryan D. Bomgarden[2]; Suzanne M Smith[2]; Daniel Lopez-Ferrer[1]; [1]Thermo Fisher Scientific, San Jose, CA; [2]Thermo Fisher Scientific, Rockford, IL

**ThP 749**  **Quantitative Profiling of Proteins Bound to the Histone Peptide H3K9me3**; Abdallah Mohamed[1]; Emily G. Werth[1]; Chuanning Tang[1]; Lewis M. Brown[1]; Stavros Lomvardas[1]; [1]Columbia University, New York, NY

**SMALL MOLECULES: QUANTITATIVE ANALYSIS II**
**750-777**

**ThP 750**  **Development of a High-Throughput UPLC–MS/MS Method for the Simultaneous Determination of Fexofenadine and Olmesartan in Human Serum**; Raymond Edward West[1]; Thomas D. Nolin[1]; [1]University of Pittsburgh, Pittsburgh, PA

**ThP 751**  **Standard Substance Free Quantification of LC/ESI/MS on the Example of Pesticides in Cereal**; Jaanus Liigand[1]; Tingling Wang[2]; Piia Liigand[1]; Mari Ojakivi[1]; Anneli Kruve[1]; [1]University of Tartu, Institute of Chemistry, Tartu, Estonia; [2]National Food Institute, Technical University of Denmark, Lyngby, Denmark

**ThP 752**  **Overcoming Challenges to Develop a Simple, Rugged LC-MS/MS Method for the Determination of Monomethyl Fumarate in Human Plasma**; Nick Peng[1]; Ardeshir Khadang[1]; [1]Axis Clinicals, Dilworth, MN

**ThP 753**  **Simultaneous Determination of Ambrisentan, Bosentan, and Sildenafil in Human Plasma Using LC-MS/MS**; Wuyi (Charlie) Zha[1]; Xianglin Yuan[1]; Minjoo Jung[1]; Mike (Qinglao) Huang[2]; Sudhakar Pai[2]; Luca Matassa[1]; Zhongping (John) Lin[1]; [1]Frontage Laboratories Inc., Exton, PA; [2]Akros Pharma Inc., Princeton, NJ

**ThP 754**  **Analysis of Curcumin Sulfate in Human Treated Whole Blood by Liquid Chromatography-Tandem Mass Spectrometry**; X. Steven Yan[1]; Marsha L. Luna[1]; Jackson Kimberly[1]; Julie Showalter[1]; Yansheng Liu[1]; Lawrence Goodwin[1]; Gene H. Zaid[2]; Cameron E. West[2]; [1]KCAS Bioanalytical and Biomarker Services, Shawnee, KS; [2]Genzada Pharmaceuticals, LLC, Sterling, KS

**ThP 755**  **Low-Level Quantification of Ticagrelor and TAM by LC-MS in Human Plasma, Urine, and Dialysate**; China Y. Lim[1]; Sherry Liu[1]; Fuchao Xu[1]; Brandon Wilcock[1]; Bonnie Richardson[1]; Sue Arnold[2]; Scott Reuschel[1]; Troy Voelker[1]; [1]Covance, Salt Lake City, UT; [2]PhaseBio Pharmaceuticals, Inc., Malvern, PA

**ThP 756**  **Quantification of Reactive Dyes in Soil via QuEChERS Extraction and LC-ESI-MS**; Chengcheng Feng[1]; Xinyi Sui[1]; Yufei Chen[2]; Mary Ankeny[3]; Nelson Vinueza[1]; [1]North Carolina State University, Raleigh, NC; [2]Jordi Labs, Mansfield, MA 02048; [3]Cotton Incorporated., Cary, North Carolina

**ThP 757**  **A Fast and Sensitive LC/MS/MS Method for Quantitation of Fosfomycin in Human Plasma with HILIC Chromatography**; Zhe Sun[1]; Jin Xing Lee[2]; Cheryl Liam Woon Ong[2]; Jie Xing[2]; Zhaoqi Zhan[2]; [1]Shimadzu (Asia Pacific) Pte Ltd, Singapore, Singapore; [2]Department of



Chemistry, National University of Singapore, Singapore, Singapore; [3]Shimadzu (Asia Pacific) Pte Ltd., Singapore, Singapore

ThP 758 **Development of an LC-MS/MS Method for Multiple Statin and Fibrate Detection in Plasma Samples;** Jennifer Kusovschi[1]; Michael Gardner[1]; Zsuzsanna Kuklenyik[1]; John R. Barr[1]; [1]CDC, Atlanta, GA

ThP 759 **The Application of Light-Absorbing Photostabilizers for the Determination of Protoporphyrin IX in Human Plasma by LC-MS/MS;** Laurence Mayrand-Provencher[1]; Richard Lavallée[1]; Julie Beaudin[1]; Milton Furtado[1]; Anahita Keyhani[1]; [1]Altasciences, Laval , QC

ThP 760 **Assay Development to Overcome Collection Tube Adsorption Issues in the Quantification of Antiretroviral (ARV) Drugs in Human Cerebrospinal Fluid (CSF);** Lee Winchester[1]; Timothy M. Mykris[1]; Jonathan A. Weinhold[1]; Courtney V. Fletcher[1]; Anthony T. Podany[1]; [1]Antiviral Pharmacology Laboratory, UNMC Center for Drug Discovery, University of Nebraska Medical Center, Omaha, NE

ThP 761 **Quantitative analysis of TwoPerfluorooctane sulfon-amides (FOSEs) and Four fluorotelomer alcohols(FTOHs)in Textiles using LC/MS/MS;** Jun Xiang Lee[1]; Sue Ann Lee[2]; Wan Tung Liw[1]; Jie Xing[3]; Zhaoqi Zhan[4]; [1]Shimadzu (Asia Pacific) Pte Ltd., Singapore, Singapore; [2]School of Physical and Mathematical Sciences, Nanyang Technological University, 21 Nanyang Link SPMS-04-01, Singapore 627371, Singapore, Singapore; [3]Shimadzu (Asia Pacific) Pte Ltd, Singapore, Singapore; [4]Shimadzu Asia Pacific, Singapore, Singapore

ThP 762 **Method Development of NDMA and NDEA Quantification in Sartan Drug by LC-MS/MS;** Chun-Ye Sun[1]; Cong-Fang Lai[2]; [1]Agilent Technologies (China) Co., Ltd, Shanghai, China; [2]Agilent Technologies(China) Co. Ltd., Beijing, China

ThP 763 **Quantitative LC-MS/MS Method for the Determination of Urea and Guanidine in Complex Protein Matrices;** Pei Wang[1]; Thomas Leitzinger[2]; Christopher Ciptadjaya[2]; Jie Ding[2]; [1]PPD, Inc, Middleton, WI; [2]PPD, Inc., Middleton, WI

ThP 764 **Liquid Chromatography-Tandem Mass Spectroscopy (LC-MS/MS) Method Development and Validation for Quantitation of Lidocaine in Human Serum after Topical System Administration;** Qing Cai[1]; Armita Azarpanah[1]; Nicole K Brogden[2]; Jamie L Carr[3]; Kenneth R Morris[1]; [1]Long Island University - Lachman Institute, Brooklyn, NY; [2]The University of Iowa - College of Pharmacy, Iowa City, IA; [3]University of Iowa Hospitals and Clinics, Iowa City, IA

ThP 765 **Validated LC-MS/MS Assay for Quantitation of Acetaminophen and Pregabalin in Human K2EDTA Plasma;** Robert Clegg[1]; Rachel Sun[1]; Jack Lipman[2]; [1]BASi, West Lafayette, IN; [2]Nevakar, Inc., Bridgewater, NJ

ThP 766 **Quantification of Glucocorticoids by LC-MS/MS in Micro Dissected Brain Tissue from Neonatal and Adult Mice;** Jordan Hamden[1]; Katherine Gray[1]; Chunqi Ma[2]; Kiran Soma[1]; [1]University of British Columbia, Vancouver, BC; [2]Psychology Department, University of British Columbia, Vancouver, BC

ThP 767 **Analysis of Ethanol in Human Whole Blood by a Highly Sensitive GC-MS Method;** Dingfei Hu[1]; Nicole Greer[1]; Nicole Boone[1]; Guangchun Zhou[1]; Tian-Sheng Lu[1]; Yong-Xi Li[1]; [1]Medpace Bioanalytical Laboratories, Cincinnati, OH

ThP 768 **High Sensitivity LC-HRMS method for Retinoids; Quantification** Laurent Laboureur[1,2]; Elaine Shanling Ho[1,2]; Ian A. Blair[1,2]; Clementina Mesaros[1,2]; [1]Penn SRP Center and Center of Excellence in Environmental Toxicology Center, Department of Systems Pharmacology and Translational Therapeutics Perelman School of Medicine, University of Pennsylvania, Philadelphia, PA; [2]Penn/CHOP Center of Excellence in Friedreich's ataxia, Philadelphia, PA

ThP 769 **A Rapid and Selective Method for 5-Azacytidine in Rat Plasma, Lung, Brain, and Liver Using LC-MS/MS;** Larry M. Mallis[1]; Tyler Sniegowski[1]; Philip J Kuehl[1]; Steven Belinsky[1]; [1]Lovelace Biomedical, Albuquerque, NM

ThP 770 **Improved Sensitivity for Bioanalysis of Pyrrolobenzodiazepine Dimers Using Microflow HPLC Coupled with Tandem Mass Spectrometry;** Rolf Kern; SCIEX, Redwood Shores, CA

ThP 771 **A Sensitive LCMS Assay to Measure Free Curcuminoids in Complex Biological Samples;** Alexander J Yoon[1]; Haiqing Wu[2]; Philip Hampton[3]; Kym F Faull[1]; [1]UCLA, Los Angeles, CA; [2]Shenzen University, Shenzen, China; [3]California State University, Channel Islands, Camarillo, CA

ThP 772 **Analysis of Intracellular Deoxyribonucleoside Triphosphates by HILIC-UPLC-MS/MS;** Xiaolin Li[1]; Daniela M. Schlatzer[1]; Mukesh Kumar[2]; Chris Dealwis[2]; Mark R. Chance[2]; [1]Center for Proteomics and Bioinformatics, CWRU, Cleveland, Ohio; [2]Case Western Reserve University, Cleveland, OH

ThP 773 **Method Development for Quantification and Identification of Ibuprofen Impurities by LC-MS/MS-MRM;** Raj Mahat[1]; James Gianakon[1]; Jenna Milliken[1]; Andy Ommen[1]; Nick Hauser[1]; [1]MilliporeSigma, Laramie, WY

ThP 774 **SprayQA: A Quality Control for Ionization Suppression in Individual Study Samples;** Richard King[1]; Susan Crathern[1]; Carmen Fernandez-Metzler[1]; [1]PharmaCadence Analytical Services, LLC, Hatfield, PA

ThP 775 **Rapid and Highly Specificity Detection of Abused Drugs by LDI-TOF-MS Integrated with Mass Tag Signal Amplification;** Sih-Syuan Wu[1]; He-Hsuan Hsiao[1]; [1]Department of Chemistry, National Chung Hsing University, Taichung City, Taiwan

ThP 776 **Mass Spectrometric Analysis to Assess the Skin Penetration of Lipid-Based Gene Delivery Vectors;** Mays Al-Dulaymi[1]; Deborah Michel[2]; Ildiko Badea[2]; Anas El-Aneed[1]; [1]Department of Pediatrics, College of Medicine, University of Saskatchewan, Saskatoon, SK; [2]College of Pharmacy and Nutrition, University of Saskatchewan, Saskatoon, Saskatchewan

ThP 777 **Whole Blood Sample Analysis Strategies for LC-MS/ MS Approach Bioanalysis;** Yongle Pang[1]; Theodore Brus[2]; Anita Wyeth[1]; Stephanie Cape[1]; [1]Covance Laboratories Inc., Madison, WI; [2]Covance Laboratories Inc., Indianapolis, IN





# INDEX OF AUTHORS

Abad, Beatriz .................................WP 071
Abad-García, Beatriz .......................MP 347
Abban, Tom ....................................WP 368
Abbatiello, Susan E. .........................MP 780
Abbatiello, Susan E. ..........................TP 528
Abbatiello, Susan E. ..........................TP 725
Abda, Julia .......................MOE pm 04:10
Abdel Rahman, Anas .........................TP 550
Abdelhameed, Ali ..............................MP 091
Abdel-Malek, Zalfa ...........................WP 640
Abdi, Fadi ........................................WP 575
Abdillahi, Abdirahman .......................MP 259
Abdillahi, Abdirahman .......................MP 260
Abdolvahabi, Alireza ..........................TP 370
Abdolvahabi, Alireza ..........................WP 235
Abdouni, Hala .....................ThOC pm 03:30
Abdulkarimova, Ulviya ......................WP 471
Abdullah, Hesham ..............ThOE pm 03:30
Abdulsada, Mustafa ...........................TP 700
Abe, Kaori .......................................WP 609
Abelin, Jennifer ...............................MP 589
Abelin, Jennifer ................................TP 763
Abernathy, Scott ...............................ThP 597
Abhinav, Kanishk ..............................TP 672
Abiedalla, Younis ..............................MP 229
Abolhasani Khaje, Niloofar ................MP 034
Abolhasani Khaje, Niloofar .................WP 139
Abouleila, Yasmine .............TOF pm 03:10
Abouleila, Yasmine ...........................WP 244
Abraham, Ann ...................................MP 200
Abraham, Lena .................................ThP 718
Abraham, Paul ..................................MP 612
Abraham, Paul ..................................MP 621
Abraham, Paul ..................................WP 506
Abraham, Paul ..................................MP 668
Abreha, Measho ...............................ThP 687
Abshiru, Nebiyu .................ThOC am 10:10
Abshiru, Nebiyu ..............................WP 274
Abu-Rabie, Paul ...............................ThP 018
AbuSalim, Deyaa ..............................MP 468
Abutokaikah, Maha ...........................TP 279
Acabaya, Raphael .............TOG pm 03:30
Aceves, Christine .............................MP 440
Aceves, Christine ............................ThP 198
Acharya, Swati .................................ThP 743
Achilles, Sharon ...............................WP 096
Adachi, Jun .....................................ThP 688
Adachi, Jun .....................................TP 098
Adam, Justin ...................................MP 288
Adamko, Darryl ...................MOF pm 02:30
Adams, Chris ....................................TP 717
Adams, Chris ...................................WP 662
Adams, Kendra .................................WP 595
Adams, Lauren .................................MP 778
Adams, Lauren .................WOC am 08:30
Adams, Mike ....................................WP 167
Addepalli, Balasubramanyam .............ThP 592
Addepalli, Balasubramanyam .............ThP 594
Addepalli, Balasubramanyam .............ThP 596
Addepalli, Balasubramanyam .............WP 637
Addepalli, Balasubramanyam .............WP 640
Addink, Rudolf .................................MP 147
Addink, Rudolf .................................TP 212
Addink, Rudolf .................................TP 318
Addink, Ruud ...................................TP 173
Addona, Terri ..................................MP 589
Addona, Terri ...................................TP 763
Adelaja, Oluwatobi ..........................ThP 250
Adolfinskaya, Yelena .........................MP 498
Adolfinskaya, Yelena .........................TP 209
Adolfinskaya, Yelena ........................ThP 754
Adolfinskaya, Yelena A. ....................WP 482
Adelyunas, Yun ...................TOG am 09:30
Adeniji-Adele, Adetoun ........MOG pm 03:50
Adhikari, Jagat .................................MP 036
Adhikari, Sarju ................................MP 784
Adlakha, Khushboo ..........................WP 765
Adrian, Lorenz .................................ThP 163
Aebersold, Ruedi ..............................ThP 267

Aebersold, Ruedi ..............................ThP 626
Aebersold, Ruedi ..................TOA pm 02:30
Aebersold, Ruedi ...............................TP 117
Aebersold, Ruedi ..............................TP 681
Aebersold, Ruedi ................WOH pm 03:30
Aebersold, Ruedi ..............................WP 673
Aebi, Markus ...................................ThP 214
Afjehi-Sadat, Leila ...........................ThP 613
Afonso, Carlos ...................MOF am 09:30
Afonso, Carlos ...................MOG pm 03:30
Afonso, Carlos .................................MP 475
Afonso, Carlos .................................ThP 287
Afonso, Carlos .................................ThP 384
Afonso, Carlos ...................TOH pm 03:30
Afonso, Carlos ..................................TP 153
Afonso, Carlos .................................WP 024
Aga, Diana .......................................MP 330
Agana, Bernice ................................WP 691
Agar, Jeffery ...................................MP 342
Agarwal, Shubham ...........................ThP 158
Agarwal, Shubham ...........................WP 578
Agosto, Laura ..................................MP 163
Agosto, Laura ..................................MP 170
Agrawal, Neeraj ...............................TP 625
Agrawal, Shubhra .............................MP 098
Agtuca, Beverly ..................ThOE pm 03:10
Agtuca, Beverly ..................WOG pm 07:50
Aguilar, Adriana ...............................MP 688
Aguilar, Adriana ...............................TP 081
Aguilar, Ben ...................................ThP 275
Aguilar, Ben ....................................TP 513
Aguilar, Isabella ..............................MP 162
Aguilar-Mahecha, Adriana ...ThOF am 09:10
Agyekum, Isaac ...............................WP 185
Ahadi, Sara ........................MOE pm 02:30
Ahadi, Sara .....................................TP 103
Ahadi, Sara .....................................ThP 111
Ahadi, Sara .....................................ThP 502
Ahadi, Sara .....................................TP 426
Ahadi, Sara .....................................MP 086
Ahdash, Zainab ...................WOB pm 03:30
Ahlstrom, Austin ..............................MP 557
Ahmad, Ridwan ...............................MP 708
Ahmad, Shadab ................................MP 401
Ahmadi, Shiva ..................................MP 738
Ahmadireskety, Atiye ........................TP 543
Ahmed, Arif .....................................MP 562
Ahmed, Arif ....................................ThP 289
Ahn, Kay .........................................TP 080
Ahn, Natalie ...................................TP 771
Ahn, Soyoun ....................................TP 144
Ahrends, Robert ...............................MP 444
Ahuja, Shreya ..................................TP 016
Ahuja, Shreya ..................................TP 130
Ai, Jia ............................................TP 172
Aiche, Stephan ...................MOA pm 02:30
Aiche, Stephan .................................MP 383
Aiche, Stephan ...................ThOC am 09:10
Aiche, Stephan .................................WP 398
Aijaz, Sarah ....................................WP 167
Ainley, Steve ...................................ThP 334
Ainley, Steve ...................................ThP 335
Ainley, Steve ...................................WP 247
Ait-Belkacem, Rima ............TOF pm 03:30
Ait-Belkacem, Rima .........................TP 377
Ait-Belkacem, Rima .........................TP 411
Ait-Belkacem, Rima .........................TP 412
Ait-Belkacem, Rima .........................TP 413
Aizikov, Konstantin ..........................MP 328
Aizikov, Konstantin ..........................ThP 088
Aizikov, Konstantin ..........................ThP 099
Aizikov, Konstantin ..........................TP 707
Ak, Sibel ........................................WP 503
Akashi, Satoko .................................ThP 600
Akdis, Cezmi ...................................ThP 743
Akhtar, Tariq .....................MOA am 10:10
Akitake, Masatoshi ...........................WP 765
Akpinar, Fulya ...................TOH am 10:10
Akram, Safwan ................................WP 502

Akram, Safwan ................................WP 483
Aksenov, Alexander ............TOB pm 04:10
Aksoy, Murat ..................................ThP 261
Akter, Fatema ..................................TP 709
Akula, Lokesh Kumar .........................TP 193
Al, Mamun .....................................TP 355
Al Ouahabi, Abdelaziz .........WOH am 09:30
Al Shboul, Sofian .............................WP 754
AL Turihi, Nour ...............................TP 652
Al-Afeef, Ala ...................................MP 336
Al-Afeef, Ala .....................TOF pm 03:50
Alag, Angeline ..................................TP 181
Alagandula, Ravali ............................TP 082
Alam, Md Badrul ..............................MP 562
Alam, Mohammed .............................WP 559
Alarie, Jean ....................................ThP 557
Alava, Thomas ...................ThOG pm 04:10
Alava, Thomas .................................TP 454
Alayi, Tchilabalo .............................WP 109
Alba, Mario ....................................ThP 466
Alba, Mario .....................................MP 113
Albarghouthi, Methal ........................WP 060
Albeanu, Nick .................................WP 463
Albee, Karen .....................MOD pm 03:10
Albrechtsen, Nicolai ..........................TP 099
Albrieux, Florian ..............................MP 311
Albrieux, Florian .................TOH pm 02:30
Albright, Nicolette .............................TP 262
Albright, Nicolette .............................TP 431
Albulescu, Radu ...............................TP 055
Alcalay, Roy ....................................TP 093
Alcazar Magana, Armando .................ThP 571
Alden, Bonnie .................................WP 539
Alderwick, Luke ...............................WP 031
Aldrich, Joshua ...............................ThP 265
Al-Dulaymi, Mays ..............MOF pm 02:30
Al-Dulaymi, Mays .............................MP 531
Al-Dulaymi, Mays ...........................ThP 776
Alejyunas, Yun ................................MP 097
Alejyunas, Yun ................................MP 655
Alejyunas, Yun ................................TP 600
Aleo, Michael ..................................WP 098
Alewijn, Martin ................................MP 196
Alexander, Andrew ...........................TP 467
Alexander, Katherine .........................WP 708
Alexandre, Stéphane ........................ThP 384
Alexandrov, Theodore ........ThOA am 09:30
Alexandrov, Theodore ........ThOF am 08:30
Alexandrov, Theodore ........ThOG am 09:30
Alexandrov, Theodore ........................TP 388
Alfaro, Clint ....................................WP 216
Alfaro, Javier ..................................MP 579
Alfaro, Javier ...................................TP 707
Alfaro, Javier ..................................MP 707
Alfaro, Javier ...................................TP 719
Alhajji, Eskander ...............WOF pm 03:10
Ali, Ahmed ........................TOF pm 03:10
Ali, Ahmed ......................................WP 244
Ali, Amr .........................................TP 417
Ali, Laith ........................................TP 701
Alicea, Gretchen ..............................MP 502
Aliman, Michel ................................WP 447
Alipourasiabi, Niloofar ......................ThP 169
Aljadaa, Ahmad ...............................TP 550
AlJadaan, Ibrahim ............................MP 683
Alka, Oliver .......................ThOA am 08:30
Alkawi, Ahmad .................................WP 483
Allabashi, Roza ................................TP 312
Allalen, Camille ...............................ThP 735
Allan, Nick ......................................TP 157
Allayee, Hooman ..............................TP 467
Allen, Chris .....................................TP 311
Allen, Jamie .......................MOE am 09:30
Allen, Jamie ...................................TP 381
Allen, Joshua ....................ThOH am 08:30
Allen, Joshua ...................................TP 172
Allen, Leah ......................................TP 262
Allen, Matthew ................................MP 011
Allers, Maria ..................................ThP 297

# INDEX OF AUTHORS

Allers, Maria .............................................. ThP 299
Allers, Maria .............................................. TP 484
Alleyne, Marianne ...................................... ThP 545
Allison, Sheri ............................................. TP 043
Allochio Filho, João Francisco ................. TP 263
Almazraoua, Maha ..................................... MP 069
Almendariz, Christopher ............................ TP 110
Almqvist, Fredrick ..................................... MP 037
Almqvist, Fredrick .......................... TOF am 09:30
ALmvik, Marit ............................................. ThP 506
Alon, Tal ....................................... TOB pm 03:30
Alon, Tal ..................................................... TP 300
Alon, Tal ..................................................... TP 474
Alon, Tal ..................................................... WP 001
Alonso, David ............................................. WP 066
Alonso, David ............................................. WP 164
Alonso, David ............................................. TP 166
Alonso, David ............................................. WP 315
Alonso, Jose ............................................... MP 617
Aloor, Arya ................................................ WP 335
Alore, Elizabeth .......................................... TP 110
Aloui, Tanouir ................................ MOG am 09:50
Aloui, Tanouir ............................................. MP 485
Alpi, Emanuele ........................................... MP 438
AlShahwan, Sami ....................................... MP 683
Alsufyani, Sultan ........................................ MP 468
Alters, Susan .............................................. WP 240
Altmaier, Stephan ....................................... TP 233
Altmann, Stefan ............................ ThOE pm 02:50
Alton, Mitchell ............................................ TP 165
Alvarado, Gloria .......................................... MP 500
Alvarez-Martín, Alba .................................. ThP 048
Alves, Gelio ................................................ MP 693
Alves, Sandra .............................................. MP 245
Alves, Sandra .............................................. MP 251
Alving, Anjali ............................................. MP 668
Alving, Anjali ............................................. ThP 601
Alving, Anjali ............................................. TP 510
Alving, Anjali ............................................. TP 568
Alving, Anjali ............................................. WP 348
Alving, Anjali ............................................. WP 492
Alving, Anjali ............................................. WP 683
Alving, Kim ................................................ WP 348
Alzahrani, Roba .......................................... ThP 290
Amador, Victoria ....................................... ThP 012
Amalian, Jean-Arthur ....................... WOH am 09:30
Amaral, Bruno ............................................ WP 127
Amarasinghe, Gaya ..................................... TP 341
Amarasinghe, Gaya ..................................... WP 034
Amatya, Parmeshwar ................................... TP 341
Ambatipudi, Kiran ...................................... TP 648
Amemiya, Chris .......................................... ThP 706
Ames, David ..................................... MOE am 10:10
Amgheib, Ala ............................................. ThP 007
Amicucci, Matthew ........................... MOC pm 03:10
Amicucci, Matthew ..................................... ThP 066
Amicucci, Matthew ..................................... ThP 085
Amicucci, Matthew ..................................... WP 263
Amicucci, Matthew ..................................... WP 588
Amin, Jakel ................................................ WP 703
Amirav, Aviv .................................. TOB pm 03:30
Amirav, Aviv .............................................. TP 300
Amirav, Aviv .............................................. TP 474
Amirav, Aviv .............................................. WP 001
Amirav, Aviv .............................................. WP 306
Amirkhani, Ardeshir ................................... MP 608
Amoscato, Andrew ...................................... MP 535
Amoscato, Andrew ...................................... MP 536
Amoscato, Andrew .......................... TOD am 09:30
Amoscato, Andrew ...................................... TP 391
Amsden, Jason ................................ MOG am 09:50
Amsden, Jason ............................................ MP 485
Amster, I. Jonathan .................................... MP 566
Amster, I. Jonathan .................................... ThP 084
Amster, I. Jonathan .................................... ThP 480
Amster, I. Jonathan .................................... ThP 637
Amster, I. Jonathan .......................... WOB am 09:50
Amster, I. Jonathan .................................... WP 193
An, Bo ........................................................ MP 644

an, haijuan ................................................. TP 225
An, Haijuan ................................................ TP 228
An, Hyun Joo .............................................. MP 015
An, Hyun Joo .............................................. MP 642
An, Hyun Joo .............................................. ThP 077
An, Yanming ............................................... ThP 216
An, Yu ........................................................ MP 504
An, Yuxin ................................................... MP 056
Anand, Ganesh .................................. MOC am 08:50
Anand, Ganesh ............................................ TP 333
Anand, Ganesh ............................................ TP 343
Anania, Veronica ............................. MOH am 08:50
Andales, Marie ............................................ WP 607
Andaluz Aguilar, Hillary ............................. WP 120
Andersen, Julie ........................................... ThP 104
Andersen, Nathan ....................................... MP 250
Andersen, Peter .......................................... MP 588
Anderson, Andrew ...................................... ThP 344
Anderson, Benton ....................................... MP 261
Anderson, Benton ....................................... TP 492
Anderson, Brady ......................................... MP 573
Anderson, David ............................... MOE am 09:30
Anderson, David ......................................... MP 352
Anderson, David ......................................... ThP 241
Anderson, David ......................................... WP 690
Anderson, Elizabeth .................................... ThP 658
Anderson, Gordon ....................................... MP 480
Anderson, Gordon ............................. ThOF pm 03:50
Anderson, Gordon ....................................... ThP 314
Anderson, Gordon ....................................... ThP 317
Anderson, Gordon ....................................... WP 458
Anderson, Gordon ....................................... WP 469
Anderson, Ji Young ..................................... TP 598
Anderson, Ken ............................................ ThP 156
Anderson, Kyle ........................................... MP 301
Anderson, Kyle ........................................... TP 222
Anderson, Lissa ................................ MOH am 09:30
Anderson, Lissa .......................................... MP 778
Anderson, Lissa .................................. ThOH pm 02:30
Anderson, Lissa .................................. TOC pm 02:30
Anderson, Lissa .................................. TOC pm 03:50
Anderson, Lissa .......................................... TP 661
Anderson, Lissa .......................................... TP 721
Anderson, Malcolm ..................................... ThP 285
Anderson, Malcolm ..................................... TP 612
Anderson, Melanie ...................................... MP 103
Anderson, Summer ...................................... TP 052
Anderson, Tim ............................................ MP 181
Anderson, Zac ............................................ WP 601
Anderton, Christopher ..................... ThOE pm 03:10
Anderton, Christopher ..................... ThOF am 08:30
Anderton, Christopher ................................ TP 353
Anderton, Christopher ................................ TP 354
Anderton, Christopher ................................ TP 388
Anderton, Christopher ..................... WOA pm 04:10
Anderton, Christopher ..................... WOG pm 02:50
Andley, Usha .............................................. ThP 465
Andolfo, Annapola ...................................... ThP 125
Andra, Syam S. ........................................... MP 120
Andrade, Cristiano ...................................... TP 675
Andrade, Lawrence ..................................... MP 063
Andrade, Lawrence ..................................... WP 178
Andrade, Lawrence ..................................... WP 763
Andrade, Lidiane ........................................ TP 674
Andrade, Lidiane ........................................ TP 675
Andreotti, Amy ........................................... TP 332
Andrews, Aleena .............................. ThOG am 08:30
Andrews, Andrew ....................................... MP 163
Andrews, Byron ............................... TOH am 09:50
Andrews, Jack ............................................ ThP 155
Andrews, Kyle ............................................ MP 200
Andrews, Michael ....................................... MP 533
Andrews, Michael ....................................... MP 534
Andrews, Philip .......................................... MP 717
Andrews, Philip .......................................... ThP 352
Andrews, William ....................................... TP 351
Andriamaharavo, Nirina ................... WOA am 09:30

Andrianova, Anastasia ................................ TP 187
Andrianova, Anastasia ................................ TP 241
Andrianova, Anastasia ................................ TP 305
Andrianova, Anastasia ................................ WP 278
Andrzejewski, Roch ......................... WOC am 08:50
Ané, Jean-Michel ........................................ MP 615
Anex, Deon ................................................ MP 204
Anex, Deon ...................................... WOC am 02:50
Angel, Peggi .................................... MOD am 09:10
Angel, Peggi ............................................... MP 749
Angel, Peggi ............................................... ThP 122
Angel, Peggi ...................................... WOB am 09:30
Angel, Peggi ............................................... WP 087
Angel, Thomas ........................................... ThP 326
Angeles, Luisa ............................................ MP 330
Angeles, Mark ............................................ TP 547
Angell, Suzanne .......................................... ThP 104
Angelov, Angel ........................................... WP 730
Anguiano Virgen, Camila ............................ WP 353
Anjo, Sandra .............................................. TP 646
Ankeny, Mary ............................................ ThP 756
Ankeny, Mary ............................................ TP 750
Ankley, Gerald ........................................... ThP 508
Ankley, Gerald ........................................... TP 554
Ankney, J. ................................................... WP 019
Anna, Robotham .......................................... WP 033
Annan, Roland ................................ ThOD am 08:30
Annan, Roland ............................................ WP 145
Annangudi Palani, Suresh ........................... WP 482
Ansari, Mohammad ..................................... ThP 389
Ansley, Harrison ......................................... TP 213
Ansong, Charles ......................................... TP 667
Anspach, Jason ........................................... ThP 489
Anthony, Ian .............................................. MP 427
Anthony, Ian .............................................. TP 146
Anthony, Ian .............................................. TP 147
Anthony, Ian .............................................. TP 164
Anthony, Ian .............................................. TP 601
Anthony, Thilani ......................................... WP 601
Antonio, Sabrina ........................................ ThP 170
Antrobus, Robin .......................................... TP 656
Antwi, Kwasi ............................................. WP 036
Anumol, Tarun ........................................... MP 114
Anumol, Tarun ........................................... TP 184
Anumol, Tarun ........................................... TP 185
Anumol, Tarun ........................................... TP 201
Anupriya, Anupriya ..................................... WP 453
Anupriya, Anupriya ..................................... WP 462
Ao, Hei Sio ................................................. WP 751
Aoki, Jun ................................................... MP 356
Aon, Juan ................................................... TP 617
Aono, Akira ................................................ TP 313
Apffel, James A. ............................... MOE pm 03:50
Apostol, Christopher .................................. WP 676
Appella, Daniel ................................ TOD pm 03:50
Appleby, Robert .......................................... MP 476
Apte, Arun ................................................. ThP 069
Apte, Suneel .............................................. TP 684
Apte, Suneel .............................................. WP 072
Araki, Chie ................................................ ThP 322
Arao, Yohei ................................................ ThP 151
Arao, Yohei ................................................ WP 254
Arauz-Garofalo, Gianluca ........................... MP 774
Archer-Hartmann, Stephanie ....................... WP 339
Arden, Blaise .............................................. MP 058
Areces, Marcos ........................................... WP 014
Arekar, Vedanga .......................................... ThP 147
Arevalo, Ricardo ........................................ ThP 171
Arevalo, Ricardo ......................................... WP 443
Argamasilla Martinez, Rosa ........................ WP 665
Argoti, Dayana ............................................ TP 323
Arias, Daniel .............................................. ThP 584
Arias, Diego ............................................... MP 225
Arias, Marielos ........................................... MP 225
Aristizabal-Henao, Juan ............................. MP 495
Aristizabal-Henao, Juan ............................. MP 541
Aristizabal-Henao, Juan ............................. ThP 394
Arita, Masanori .......................................... WP 426
Arita, Yoshinori ......................................... WP 440
Armentrout, Peter ....................................... MP 263

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number



Armentrout, Peter ...........................TP 270
Armstrong, Ben ...............................WP 160
Armistead, Paul ..............................ThP 612
Armitage, Emily ...............................WP 602
Armitage, Rachel ...............................MP 221
Armstrong, John ...............................ThP 609
Arnold, Don .....................................MP 464
Arnold, Frank .................................TP 231
Arnold, Steven ...................MOH am 08:30
Arnold, Steven .................................TP 058
Arnold, Sue .....................................ThP 755
Arntzen, Magnus ...............................TP 435
Arntzen, Magnus ...............................TP 438
Aron, Allegra ...........................WOA am 09:10
Arora, Manish ...................................MP 120
Arrey, Tabiwang ...............................MP 414
Arrey, Tabiwang ...............................MP 735
Arrey, Tabiwang ...............TOA pm 03:10
Arrey, Tabiwang ...............................TP 014
Arrey, Tabiwang ...............................TP 573
Arrey, Tabiwang ...............................TP 579
Arrey, Tabiwang ...............................WP 070
Arrey, Tabiwang ...............................WP 438
Arrey, Tabiwang ...............................WP 700
Arrey, Tabiwang N. ...............................TP 034
Arrey, Tabiwang N. ...............................TP 647
Arrey, Tabiwang N. .......WOH pm 04:10
Arrey, Tabiwang N. ...............................WP 436
Arriaga, Edgar ...............WOA am 09:30
Arroyo-Manzanares, Natalia..............ThP 497
Arrua, Dario ...................................MP 101
Arshad, Syed ...................................WP 601
Arslanian, Andrew ...............................TP 284
Arslanian, Andrew ...............................TP 285
Arslanian, Andrew ...............................TP 287
Artaev, Viatcheslav ...............................TP 301
Artaev, Viatcheslav ...............................TP 315
Artaev, Viatcheslav ...............................WP 317
Artaev, Viatcheslav ...............................WP 320
Arthur, Rick ...................................ThP 229
Artola, Juan Luis ...............................ThP 229
Arul, Albert ...................................TP 078
Arvanitis, Dina ...............................WP 695
Arvidson, Annie ...............................TP 146
Arvidson, Annie ...............................TP 147
Arvidson, Annie ...............................TP 154
Arya, Shruti ...............ThOF pm 02:30
Aryal, Uma ...................................ThP 634
Asakawa, Daiki ...............................MP 247
Asakawa, Daiki ...............................ThP 400
Asano, Natsuyo ...............................MP 178
Asano, Natsuyo ...............................TP 239
Asano, Natsuyo ...............................WP 767
Asare, Shardrack ...............................MP 106
Ashcroft, Alison ...............................TP 610
Ashe, Maria ...................................MP 285
Ashline, David ...............................ThP 067
Ashline, David ...............................WP 186
Ashton, Simon ...............................WP 397
Ashwood, Christopher..............WP 184
Aslebagh, Roshanak .........MOH am 09:10
Aslebagh, Roshanak ...............................ThP 531
Asmellash, Senait G. ...............................MP 020
Asokan, Aravind ...............ThOD am 10:10
Asrican, Rose ...............TOA pm 04:10
Assis, Felipe ...................................TP 655
Assress, Hailemariam ...............................TP 177
Assuncao, Nilson ...............................ThP 441
Assuncao, Nilson ...............................WP 084
Astefanei, Alina ...............MOC pm 04:10
Astefanei, Alina ...............WOC pm 02:30
Asumendi, Aintzane ...............................ThP 229
Asztalos, Bela ...............................TP 777
Atamanchuk, Bohdan ...............................ThP 174
Atigadda, Venkatram ...............................TP 327
Atkins, Alan ...................................MP 145
Atkinson, Kieran ...............................WP 432
Atkinson, Stephanie ...............................TP 745
Attah, Isaac ...............MOF am 08:30

Attah, Isaac ...................................WP 042
Attah, Isaac ...................................WP 180
Attah, Isaac ...................................WP 454
Attah, Isaac ...................................WP 457
Attanayake, Kushani ...............WOB pm 03:50
Attie, Alan ...............MOE pm 02:50
Attina, Aurore ...............................ThP 608
Attwa, Mohamed ...............................MP 091
Attygalle, Athula ...............................ThP 312
Attygalle, Athula ...............................ThP 568
Attygalle, Athula ...............................TP 360
Attygalle, Athula B. ...............................ThP 282
Attygalle, Athula B. ...............................WP 022
Atwell, Brian ...................................MP 608
Aubin, Andy ...................................MP 285
Aubriet, Frédéric ...............................MP 110
Audemard, Eric ...............................MP 029
Auger, Paul ...................................MP 124
Auger, Serge ...................................MP 219
Auger, Serge ...................................TP 158
Auger, Serge ...................................TP 211
Auger, Serge ...................................TP 256
Auger, Serge ...................................WP 217
Auger, Serge ...................................WP 239
Auger, Serge ...................................WP 299
Auger, Serge ...................................WP 772
Auguste, Patrick ...............................TP 012
Augusti, Rodinei ...............................ThP 012
Augustine, Karen ...............................TP 073
Aulenback, Chelsey ...............MOG pm 02:30
Auray-Blais, Christiane ...............................WP 698
Austin, Daniel ...................................MP 474
Austin, Daniel ...................................ThP 025
Austin, Daniel ...................................TP 449
Austin, Daniel ...................................TP 452
Austin, Daniel ...................................TP 460
Austin, Daniel ...................................WP 453
Austin, Daniel ...................................WP 462
Authier, Simon ...................................WP 351
Avanessian, Shayan ...............................ThP 738
Averus, Muhammad ...............................ThP 191
Avery, Tyra ...................................TP 772
Avgeris, Margaritis ...............................ThP 121
Avinash, Dalmia ...............................WP 177
Avizonis, Daina ...............................MP 551
Avtonomov, Dmitry ...............................MP 405
Avtonomov, Dmitry ...............................MP 416
Avtonomov, Dmitry ...............................ThP 693
Avtonomov, Dmitry ...............................WP 396
Avula, Bharathi ...............................ThP 182
Awad, Amber ...................................WP 763
Awad, Hanan ...............MOF pm 02:30
Awad, Helena ...................................MP 641
Awasthi, Shivangi ...............................TP 136
Awazu, Kunio ...................................TP 168
Axton, Elizabeth ...............................TP 534
Ayabe, Miho ...................................TP 604
Aylon, Yael ...................................TP 680
Ayodeji, Ifeoluwa ...............................TP 520
Ayodeji, Ifeoluwa ...............................TP 523
Ayon, Navid ...................................ThP 332
Ayrton, Stephen ...............................TP 488
Ayyappan, Vinay...............................ThP 250
Azadi, Parstoo ...............................WP 339
Azarpanah, Amita ...............................ThP 764
Azevedo, Luciano ...............................ThP 443
Aziz, Omer ...................................WP 227
Azuma, Shinji ...................................MP 228
Azzam, Sausan ...............................TP 536
Baars, Oliver ...................................TP 183
Baba, Takashi ...................................MP 479
Baba, Takashi ...................................TP 618
Baba, Takashi ...................................TP 749
Baba, Takashi ...................................WP 463
Babii, Cornelia ...............................ThP 531
Bacala, Ray ...................................MP 618
Bacala, Ray ...................................WP 264
Bach Kristensen, Dan...............................WP 645
Bachmann, Brian...............................TP 147

Bachus, Kyle ...................................MP 101
Bachus, Kyle ...................................MP 450
Bachus, Kyle ...................................TP 189
Bac-Molenaar, Johanna ...............................WP 426
Badaczewska-Dawid, Aleksandra........MP 302
Badal, Sunil ...................................TP 033
Bade, David ...................................ThP 696
Badea, Ildiko ...................................MP 531
Badea, Ildiko ...................................ThP 776
Bader, Chantal ...................................MP 565
Bader, Daniel ...................................TP 780
Badiei, Hamid ...................................ThP 174
Badillo, Ben ...............ThOD am 09:10
Bading-Taika, Bayissi...............................ThP 571
Badu-Tawiah, Abraham ...............................MP 055
Badu-Tawiah, Abraham ...............................MP 065
Badu-Tawiah, Abraham ...............................MP 215
Badu-Tawiah, Abraham ...............................MP 460
Badu-Tawiah, Abraham ...............................ThP 006
Badu-Tawiah, Abraham ...............................TP 491
Badu-Tawiah, Abraham ...............................TP 494
Badu-Tawiah, Abraham ...............................TP 496
Badu-Tawiah, Abraham ...............................WP 207
Badu-Tawiah, Abraham ...............................WP 545
Badwaik, Vivek ...................................TP 209
Bae, Jiyoung ...................................ThP 182
Baek, Julia ...................................TP 002
Baessmann, Carsten ...............................ThP 201
Baessmann, Carsten ...............................TP 199
Baessmann, Carsten ...............................MP 261
Baeten, Ashley ...................................WP 478
Baeza, Josue ...................................MP 174
Baeza, Josue ...................................MP 598
Baeza, Josue ...............ThOG am 09:10
Bagal, Dhanashri ...............................MP 415
Bagal, Dhanashri ...............................TP 621
Bagarozzi Jr., Dennis ...............................TP 108
Bagchi, Pritha ...................................MP 761
Baggerman, Geert ...............ThOA pm 03:10
Baggerman, Geert ...............................TP 386
Baggerman, Geert ...............................TP 762
Baggerman, Geert ...............WOF am 09:50
Baggerman, Geert ...............................WP 383
Baghalabadi, Venus ...............................ThP 376
Baghdady, Yehia ...................................MP 057
Baghdoyan, Helen ...............................WP 681
Baghla, Rahul ...................................WP 059
Baginski, Tomasz ...............................WP 059
Bagley, Michael ...................................MP 358
Bagley, Michael ...................................MP 359
Bagley, Michael ...................................MP 617
Bagwan, Salman...............................ThP 142
Bahrke, Sven ...................................WP 338
Bai, Dina ...................................TP 622
Bai, Hongxia ...................................ThP 258
Bai, Pengfei ...................................MP 623
Bai, Xue ...................................MP 172
Bai, Yu ...................................WP 064
Bai, Yu ...................................TP 225
Bai, Yu ...................................WP 015
Baidoo, Edward ...................................MP 105
Bailey, Aaron ...................................TP 624
Bailey, Derek ...................................MP 716
Bailey, Derek ...................................MP 734
Bailey, Derek ...................................TP 572
Bailey, Derek ...................................TP 573
Bailey, Derek ...................................TP 579
Bailey, Derek ...................................TP 687
Bailey, Derek ...................................WP 070
Bailey, Derek ...................................WP 700
Bailey, Laura ...................................MP 265
Bailey, Laura ...................................TP 748
Bailey, Melanie ...................................ThP 347
Bailey, Mick ...................................WP 602
Bailey, Ryan ...............MOC am 10:10
Baillie, Joanne ...................................WP 288
Bain, Ryan ...................................TP 029
Baird, Matthew ...............ThOF pm 03:50
Baird, Matthew ...................................WP 650

Balrey Merz, Noel ..................... ThOF am 10:10
Balrey Merz, Noel ..................... WP 224
Baiwir, Dominique ..................... MP 701
Baiwir, Dominique ..................... ThP 735
Bajaj, Jasmohan ..................... MP 031
Bajic, Steve ..................... TP 297
Bajic, Steve ..................... WP 022
Bajoub, Aadil ..................... WP 261
Bajwa, Barinder ..................... TP 053
Bajwa, Barinder ..................... TP 056
Baker, Andrew ..................... WP 200
Baker, Andrew ..................... WP 493
Baker, Danielle ..................... MP 715
Baker, David ..................... ThP 630
Baker, Erin ..................... MP 077
Baker, Erin ..................... MP 127
Baker, Erin ..................... ThP 357
Baker, Erin ..................... ThP 318
Baker, Erin ..................... TP 401
Baker, Jeanne ..................... ThP 141
Baker, Kristie ..................... ThP 290
Baker, Olivia ..................... TP 052
Baker, Paul ..................... MP 538
Baker, Peter ..................... MP 438
Baker, Peter ..................... WP 653
Baker, Timothy ..................... WP 260
Bakhtina, Anna ..................... ThP 631
Bakke, James ..................... WP 351
Baksi, Ananya ..................... ThP 543
Balasubramaniam, Deepa ..................... MP 294
Balbo, Silvia ..................... ThP 593
Balbo, Silvia ..................... WP 630
Balcer, Jesse ..................... TP 754
Balcer, Jesse ..................... WP 482
Baldeiras, Inês ..................... WP 608
Baldwin, Anne ..................... ThP 372
Bali, Deeksha ..................... MP 027
Balinski, Andrzej ..................... ThOA am 08:50
Baliu-Rodriguez, David ..................... MP 137
Baliu-Rodriguez, David ..................... TP 186
Ball, Geneviève ..................... MP 054
Ball, Kerri ..................... TOD pm 04:10
Ball, Lauren ..................... MP 749
Ball, Lauren ..................... WP 087
Ballet, Caroline ..................... MP 563
Balligand, Jean-Luc ..................... MP 701
Balog, Aaron ..................... ThP 639
Balog, Julia ..................... ThP 007
Balog, Julia ..................... ThP 031
Balog, Julia ..................... ThP 032
Balog, Julia ..................... ThP 046
Balog, Julia ..................... ThP 532
Balog, Julia ..................... WOE pm 02:50
Balog, Julia ..................... ThP 03:30
balog, Julia ..................... WOG pm 02:30
Balog, Julia ..................... WP 392
Balschun, Wilko ..................... WOH pm 04:10
Balskus, Emily ..................... WP 630
Baltier, Kurt ..................... MOA pm 03:30
Baltzer, Katherine ..................... MP 200
Baluya, Dodge ..................... TP 397
Baluya, Dodge ..................... TP 399
Bamba, Takeshi ..................... MP 087
Bamba, Takeshi ..................... ThP 462
Bamba, Takeshi ..................... TP 097
Bamba, Takeshi ..................... WP 446
Banazadeh, Alireza ..................... ThP 070
Bandeira, Nuno ..................... MOH am 10:10
Bandeira, Nuno ..................... MP 380
Bandeira, Nuno ..................... MP 398
Bandeira, Nuno ..................... MP 439
Bandeira, Nuno ..................... MP 442
Bandeira, Nuno ..................... MP 445
Bandeira, Nuno ..................... WP 410
Banerjee, Saikat ..................... ThP 588
Banerjee, Saikat ..................... TP 193
Banerjee, Saikat ..................... TP 194
Banerjee, Saikat ..................... WP 296
Banfai, Balazs ..................... WP 386

Banfield, Jillian ..................... TP 761
Bang, Geul ..................... WP 724
Bani, Silvia ..................... WP 280
Banlasad, Maryam ..................... TP 260
Baniasad, Maryam ..................... TP 262
Banks, Glen ..................... TP 071
Bansal, Shivani ..................... MP 519
Bansal, Shweta ..................... TP 388
Banstola, Bijay ..................... WOG pm 03:30
Banton, Dwaine ..................... MP 647
Bantscheff, Marcus ..................... TP 707
Bantscheff, Marcus ..................... WP 730
Banu Mohsin, Sheher ..................... TP 039
Banu Mohsin, Sheher ..................... WP 519
Banuvar, Suzanne ..................... MP 080
Banzhaf, Manuel ..................... ThOB pm 03:10
Banzhaf, Manuel ..................... TP 537
Bao, Xiaoming ..................... MP 326
Barakat, Omar ..................... WOE pm 02:30
Barbara, Coons ..................... ThOG am 09:10
Barbariga, Marco ..................... ThP 125
Barbeau, Benoît ..................... ThP 105
Barber, Karl ..................... TP 768
Barberis, Elettra ..................... MP 706
Barberis, Elettra ..................... TP 030
Barbirato, Fabien ..................... TP 652
Barboza, Mariana ..................... ThOG am 09:10
Barboza, Mariana ..................... WP 080
Barbu, Ioana ..................... MP 196
Barcelo, Damia ..................... ThP 341
Barcelo, Damia ..................... WOE am 09:10
Barceló-Coblijn, Gwendolyn ..................... WP 368
Barco, Sebastiano ..................... ThP 484
Bardet, Chloé ..................... ThP 747
Bardsley, Jon ..................... ThP 336
Bardwell, James ..................... WP 711
Barengolts, Elena ..................... MP 080
Barile, Daniela ..................... ThP 194
Barile, Daniela ..................... ThP 202
Barker, James ..................... TP 156
Barkhoudarian, Garni ..................... WP 119
Barknowitz, Gitte ..................... ThP 276
Barnaba, Carlo ..................... MOC am 10:10
Barnaby, Omar ..................... MP 643
Barnaby, Omar ..................... TP 088
Barnaby, Omar ..................... WP 114
Barnes, Alan ..................... MP 374
Barnes, Alan ..................... ThP 345
Barnes, Alan ..................... TP 100
Barnes, Alan ..................... TP 195
Barnes, Alan ..................... WP 394
Barnes, Alan ..................... WP 397
Barnes, Ian ..................... MOH pm 01:30
Barnes, Lauren ..................... ThP 081
Barnes, Lauren ..................... WP 332
Barnes, Stephen ..................... ThP 498
Barnett, Hal ..................... WP 475
Barnett, Kelly ..................... ThP 680
Barnham, Kevin ..................... MOE am 08:30
Barnych, Bogdan ..................... WP 489
Barr, Dana ..................... WP 551
Barr, John ..................... MOB pm 03:30
Barr, John ..................... MP 048
Barr, John ..................... MP 069
Barr, John ..................... MP 537
Barr, John ..................... MP 679
Barr, John ..................... ThP 128
Barr, John ..................... ThP 670
Barr, John ..................... TP 134
Barr, John ..................... TP 138
Barr, John ..................... TP 605
Barr, John ..................... TP 777
Barr, John ..................... WP 151
Barr, John ..................... WP 352
Barr, John ..................... WP 354
Barr, John ..................... WP 355
Barr, John ..................... WP 358
Barr, John ..................... WP 359
Barr, John ..................... WP 725

Barr, John R. ..................... MP 533
Barr, John R. ..................... ThP 758
Barr, Sarah ..................... ThP 576
Barran, Perdita ..................... MOG pm 02:50
Barran, Perdita ..................... ThOH pm 02:50
Barran, Perdita ..................... ThP 306
Barran, Perdita ..................... ThP 648
Barran, Perdita ..................... TOB am 09:30
Barran, Perdita ..................... TP 064
Barran, Perdita ..................... TP 408
Barran, Perdita ..................... TP 465
Barreiro, Pedro ..................... ThP 442
Barreto, Cleber ..................... WP 084
Barretos, Cleber ..................... ThP 441
Barrett, Brad ..................... WP 164
Barrey, Emily ..................... WP 522
Barrientos, Rodell ..................... MP 558
Barron, Leon ..................... ThP 345
Barron, Leon ..................... TP 195
Barrow, Mark ..................... MOD pm 02:50
Barrow, Mark ..................... ThP 094
Barrow, Mark ..................... TOA am 09:10
Barrow, Mark ..................... TOC am 09:10
Barrow, Mark ..................... TP 706
Barrow, Mark ..................... WOA am 10:10
Barrow, Mark ..................... WOH am 08:50
Barry, Colin ..................... MP 673
Barry, Francesca ..................... MP 372
Barsch, Aiko ..................... MP 569
Barsch, Aiko ..................... ThP 395
Barsch, Aiko ..................... ThP 432
Barsch, Aiko ..................... ThP 478
Barsch, Aiko ..................... ThP 505
Barsch, Aiko ..................... TP 409
Barsch, Aiko ..................... TP 436
Barsch, Aiko ..................... TP 552
Barsch, Aiko ..................... TP 568
Barsch, Aiko ..................... WP 427
Barsch, Aiko ..................... WP 495
Barsch, Aiko ..................... WP 558
Barsch, Aiko ..................... WP 618
Barshop, William ..................... WP 680
Barshop, William ..................... WP 886
Barshop, William ..................... WP 718
Barsnes, Harald ..................... MP 438
Bartges, Tessa ..................... ThP 570
Bartges, Tessa ..................... ThP 576
Barth, Marie ..................... ThOD pm 03:10
Barthélemy, Morgane ..................... ThP 534
Barthelme, Dominik ..................... TP 763
Bartlett, Mitchell ..................... WP 676
Bartlett, Vernon ..................... ThP 344
Bartolec, Boris ..................... MP 184
Bartolomeo, Giovanni ..................... ThP 418
Bartolucci, Martina ..................... ThP 484
Bartom, Elizabeth ..................... ThP 697
Barzine, Mitra ..................... TP 429
Basanta-sanchez, Maria ..................... WP 626
Basanta-sanchez, Maria ..................... WP 629
Bashara, Abdul ..................... MP 769
Basharat, Abdul Rehman ..................... WP 381
Bashyal, Aarti ..................... ThP 682
Basik, Mark ..................... MP 688
Basik, Mark ..................... ThOF am 09:10
Basik, Mark ..................... TP 081
Basile, Franco ..................... WP 606
Basiri, Babak ..................... WP 636
Basisty, Nathan ..................... MOF pm 03:50
Basisty, Nathan ..................... ThP 681
Basler, Christopher ..................... TP 341
Basrur, Venkatesha ..................... MP 437
Bassani-sternberg, Michal ..................... MP 596
Bassignani, Ariane ..................... TP 096
Bassik, Michael ..................... TP 779
Bassols, Anna ..................... ThP 178
Bastide, Amandine ..................... ThP 608
Bastin, Philippe ..................... MP 775
Bastin, Philippe ..................... WP 649
Basu, Anand ..................... ThOA pm 03:50

Program code: M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number



Basuri, Pallab ........................ThP 543
Bateman, Kevin ......................MP 103
Bateman, Kevin ......................MP 648
Bateman, Kevin ......................ThP 339
Bateman, Nicholas ............MOH am 09:50
Bateman, Nicholas ..................MP 752
Bateman, Nicholas ..........TOP pm 04:10
Bates, Terry ..........................ThP 193
Batist, Gerald ................ThOF am 09:10
Batist, Gerald ........................TP 081
Batista, Adrian .......................MP 153
Batoon, Patrick ......................WP 788
Batov, Ilya ...........................WP 295
Batteur, Sophie .......................TP 136
Batth, Tanveer .......................TP 034
Batut, Berenice .......................TP 438
Baudys, Jakub .......................MP 048
Baudys, Jakub .......................MP 151
Baudys, Jakub .......................WP 354
Baudys, Jakub .......................WP 355
Baudys, Jakub .......................MP 358
Bauer, Anna ..........................MP 182
Baumans, France .....................MP 701
Baumans, France ....................ThP 735
Baumbach, Jan ...............ThOE pm 02:50
Baumert, Joseph ......................TP 214
Baumgarten, Sigrid ..................MP 071
Baumgart-Vogt, Eveline .............TP 239
Baumkircher, Aljaz .................ThP 087
Bayir, Hülya .........................MP 535
Bayir, Hülya .........................MP 536
Bayir, Hülya .................TOD am 09:30
Bayir, Hülya .........................TP 391
Baykut, Goekhan ....................MP 472
Baynham, Mike ......................WP 208
Beach, Thomas ......................TP 688
Bearden, Rebecca ...................MP 728
Beasely, Maryssa ...................ThP 619
Beasley, James ......................MP 027
Beasley, Shelby .............WOA pm 02:50
Beaton, Nigel ........................ThP 139
Beaudin, Julie .......................ThP 759
Beaudin, Sarah ......................WP 666
Beaudry, Francis .....................MP 764
Beaudry, Francis ....................WP 695
Beaumont, Maribel ..................ThP 141
Beaumont, Maribel ...................TP 103
Beauvois, Romain ...........WOD pm 02:50
Bebrin, Nicole .......................WP 061
Becher, Francois ............MOB pm 03:50
Becher, Francois .....................TP 095
Becher, François .....................WP 107
Beck, Alain ..........................WP 481
Becker, Katja .................TOD am 08:30
Becker, Lance .......................TP 549
Becker, Michael ......................TP 375
Beckman, Joseph ...........MOD pm 03:50
Beckman, Joseph ....................MP 237
Beckman, Joseph ....................MP 298
Beckman, Joseph ....................MP 599
Beckman, Joseph ....................TP 731
Beckman, Joseph ....................WP 448
Bedford, Leigh ......................TP 487
Bedford, Leigh ......................WP 437
Bedi, Kenneth ...............WOA am 09:50
Bedran, Georges ....................MP 579
Bedran, Georges ....................MP 275
Bedran, Georges ....................ThP 719
Bee, Madeleine .....................ThP 185
Bee, Madeleine ......................ThP 200
Bee, Madeleine .....................ThP 193
Beecher, Chris .......................MP 575
Beecher, Chris .......................TP 563
Beecher, Chris .......................WP 576
Beecher, Chris .......................WP 600
Beecher, Chris .......................WP 603
Beer, Lucian .........................MP 687
Beeram, Srujana ....................WP 552

Beghine, Jérémie .....................TP 148
Behr, Juergen ........................TP 654
Behrens, Arne .......................WP 497
Behsaz, Bahar .......................TP 433
Beitia, Maider .......................WP 071
Bekemeier, Tom .....................MP 631
Bekker-Jensen, Dorte ...............TP 034
Bekker-Jensen, Dorte ...............WP 655
Bekri, Soumeya .....................MP 475
Belau, Eckhard ......................WP 683
Belenky, Alexei .....................ThP 688
Belford, Michael .....................MP 780
Belford, Michael .....................TP 525
Belford, Michael .....................TP 526
Belford, Michael .....................TP 527
Belford, Michael .....................TP 528
Belford, Michael .....................TP 572
Belford, Michael .....................TP 725
Belford, Michael .....................WP 144
Belford, Michael .....................WP 300
Belford, Michael .....................WP 438
Beliaeva, Olga .......................TP 327
Belinsky, Steven ...................ThP 769
Belk, Keith ..........................WP 585
Bell, Ashley .........................ThP 622
Bell, Ashley ..........................TP 012
Bell, Ashley ..........................TP 619
Bell, David ..........................TP 200
Bell, Richard ........................WP 330
Bell, Seth ............................TP 084
Bell, Sheryl .........................WP 467
Bell, Sheryl ..........................TP 353
Bell, Stephen .......................ThP 618
Bellaire, Bryan ......................TP 042
Bellamri, Medjda ....................TP 542
Bellew, Allen ........................MP 469
Bellina, Bruno ................ThOH pm 02:50
Bellina, Bruno ......................ThP 648
Bellina, Bruno ..............TOB am 09:30
Bellingeri, Francesca .......TOC am 09:10
Bellotti, Vittorio ....................WP 682
Belongia, Daniel .....................MP 785
Belov, Arseniy ...............ThOD am 08:30
Belov, Mikhail ..............MOG pm 04:10
Belov, Mikhail .......................ThP 168
Belov, Mikhail ......................WP 458
Beltrao, Pedro .......................TP 633
Bemis, Kylie .........................MP 342
Ben faleh, Ahmed ..........ThOB am 08:50
Ben faleh, Ahmed ..........MOB am 08:50
Ben Faleh, Ahmed ..................WP 204
Ben Salem, Jennifer .................WP 695
Ben-Amotz, Dor .....................MP 273
Benari, Yair ..........................TP 462
Benedetti, Paolo ....................ThP 340
Benefield, Virginia ..................MP 203
Beneito-Cambra, Miriam ...........TP 490
Benes, Cyril .........................MP 708
Benet, Alexander ...........MOD pm 04:10
Benicky, Julius ......................TP 217
Benites, Veronica ...................MP 105
Benítez-Villalba, Julio César .......TP 490
Benito, Aleix ........................ThP 341
Benke, Peter .........................MP 532
Benkovič, Samuel ...................MP 433
Benlimame, Naciba ..................TP 081
Bonna, Mehdi .......................ThP 171
Benner, Henry .......................MP 204
Benner, W. ..........................TP 513
Bennet, Brian .......................TP 088
Bennett, Bryson ....................MP 455
Ben-Nissan, Gili ....................ThP 621
Beno, Brett ..........................MP 036
Benoist, Jean-François .....WOF pm 03:10
Bensen, Ryan .......................TP 495
Benson, Eric .........................MP 510
Benson, Ron .........................WP 501
Bensussan, Alena ...................ThP 235
Bensussan, Alena ...........AM pm 02:30

Bente v Frowein, Matthias ..........WP 155
Benter, Thorsten ....................MP 258
Benter, Thorsten ....................MP 284
Benter, Thorsten ....................ThP 297
Benter, Thorsten ....................TP 299
Benter, Thorsten ....................TP 290
Benter, Thorsten ....................TP 293
Benter, Thorsten ....................TP 294
Benter, Thorsten ....................TP 296
Benter, Thorsten ....................TP 453
Benter, Thorsten ....................TP 484
Benter, Thorsten ....................TP 521
Benter, Thorsten ...................WP 314
Benter, Thorsten ...................WP 434
Benter, Thorsten ...................WP 447
Bentley, Adam ..............TOD am 10:10
Bentley, Mackenzie .................MP 001
Benton, Betsy .......................ThP 664
Benton, H. Paul .............MOA pm 02:50
Benton, Paul .........................TP 567
Bentz, Ehren ........................ThP 730
Benz, Ryan .........................ThP 668
Beranek, Frank .....................ThP 056
Berden, Giel .........................MP 218
Berden, Giel .........................MP 272
Berden, Giel ..........................TP 276
Berden, Giel ..........................TP 280
Bereman, Michael ...................MP 331
Bereman, Michael ...................MP 046
Bereman, Michael ....................TP 711
Berezovski, Maxim ..................TP 040
Berg, Anastasia .....................MP 511
Berg, Frank ..........................MP 434
Berg Luecke, Linda .........MOC am 09:50
Berg Luecke, Linda ................ThP 666
Berg Luecke, Linda ................ThP 668
Bergdahl, Andreas ...................MP 508
Berger, Blair ........................WP 459
Berger, Rüdiger .....................MP 634
Berger, Shelley .....................WP 708
Bergeron, Michel G. ................ThP 647
Berghmans, Eline ....................TP 386
Bergman, Elizabeth ..................TP 330
Bergo, Vladislav ...................ThP 410
Bergquist, Jonas ....................WP 055
Bergström Lind, Sara ...............WP 055
Berhane, Beniam ....................MP 078
Beri, Joshua .........................TP 574
Berkout, Vadym ....................ThP 037
Berman, Paula .............MOA pm 08:50
Bermudez, Abel .....................TP 695
Bermudez, Abel .....................TP 709
Bermudez, Abel .....................MP 228
Bermudez, Abel .....................WP 333
Bern, Marshall ......................MP 300
Bern, Marshall ......................MP 614
Bern, Marshall ......................MP 675
Bern, Marshall ......................MP 782
Bern, Marshall .............TOA am 09:30
Bern, Marshall .......................TP 617
Bern, Marshall .......................TP 637
Bern, Marshall ......................WP 058
Bern, Marshall ......................WP 639
Bern, Marshall W. ..................WP 786
Bern, Marshall W. ..................MP 787
Bernhardt, Oliver ...................MP 720
Bernhardt, Oliver ..................ThP 087
Bernhardt, Oliver ..................ThP 268
Bernhardt, Oliver ..........TOA pm 02:50
Bernhardt, Oliver ..........TOA pm 03:10
Bernhardt, Oliver .........WOH pm 03:10
Bernhardt, Oliver ...................WP 655
Bernier, Laurent ....................ThP 059
Bernier, Matthew ...................MP 623
Bernsmann, Thorsten ...............MP 301
Berrada, Karim ......................TP 596
Berry, Luke ..........................TP 334
Berryhill, Taylor ....................MP 503
Berryhill, Taylor ...................ThP 498


Berthelette, Kenneth .................WP 539
Berthias, Francis .................WOF pm 03:10
Bertozzi, Carolyn .................MOB am 08:30
Bertozzi, Carolyn .................TP 709
Bertozzi, Carolyn .................TP 344
Bertrand, Virginie .................TP 389
Besa, Axel .................ThP 280
Bessant, Conrad .................ThP 709
Bestard-Escalas, Juan .................WP 368
Bestman-Smith, Julie .................TP 647
Betancourt, Adolfo .................WOE pm 04:10
Bethard, Jennifer .................WP 087
Bettenhausen, Harmonie .................WP 256
Bettoun, Audrey .................TP 680
Beu, Steven .................TP 461
Beu, Steven .................WOH am 10:10
Beuve, Annie .................TP 641
Bevan, Charlotte .................ThP 230
Beveridge, Rebecca .................WP 133
Beversdorf, David .................MP 714
Beyramysoltan, Samira .................WOC pm 03:10
Beyramysoltan, Samira .................WP 006
Bezstarosti, Karel .................MP 381
Bezstarosti, Karel .................TP 643
Bhal, Sanjivanjit .................ThP 348
Bhamber, Ranjeet .................MP 422
Bhamber, Ranjeet .................MP 436
Bhandari, Deepak .................ThP 342
Bhandari, Manojkumar .................TP 159
Bhandarkar, Deepti .................TP 595
Bhandarkar, Deepti .................TP 746
Bhanot, Jay .................MP 771
Bhanu, Natarajan .................TP 649
Bhaskar, Akash .................MP 548
Bhaskar, Roy .................TP 428
Bhatia, Anil .................ThP 464
Bhatnagar, Aruni .................MP 119
Bhatnagar, Shinjini .................MP 704
Bhatt, Bhoomi .................MP 404
Bhatt, Bhoomi .................MP 420
Bhattacharjee, Arunima .................ThOF am 08:30
Bhattacharjee, Arunima .................TP 353
Bhattacharya, Nivedita .................TOD am 08:50
Bhattacharyya, Debraj .................TP 193
Bhatti, Tricia .................TOD pm 03:30
Bhaumik, Dipa .................ThP 104
Bhawal, Ruchika .................ThP 658
Bhoj, Elizabeth .................MP 167
Bhowmick, Pallab .................MP 385
Bhowmick, Pallab .................MP 386
Bhutada, Sumit .................WP 072
Bi, Guangping .................ThP 156
Bi, Guangping .................WP 248
Bialosuknia, Sean .................TP 137
Bian, Juan .................WP 502
Bian, Liangqiao .................ThP 454
Bian, Yangyang .................WP 208
Bianchi, Federica .................ThP 005
Bichell, David .................ThP 749
Bichet, Daniel .................WP 698
Bichmann, Leon .................MP 694
Bidne, Katie .................WP 579
Bienkowski, Tomasz .................ThP 030
Bienkowski, Tomasz .................WP 213
Bier, Mark .................TP 468
Bier, Mark .................TP 471
Bier, Mark .................TP 477
Bierstedt, Andreas .................ThP 044
Biggs, Laura .................ThP 028
Bihan, Dominique .................WP 091
Bilbao, Aivett .................MP 423
Bilbao, Aivett .................MP 624
Bilbao, Aivett .................ThP 398
Billing, Anja .................ThP 546
Billings, Elizabeth .................MOA pm 02:50
Bills, Brandon .................WP 013
Bills, Brandon .................WP 018
Biltoft-Jensen, Anja Pia .................MP 495
Bingman, Matthew .................WP 272

Bini, Andressa .................ThP 252
Binkley, Joseph .................TP 308
Binkley, Joseph .................ThP 199
Binkley, Joseph .................TOH pm 03:10
Binkley, Joseph .................WP 066
Binkley, Joseph .................MP 164
Binkley, Joseph .................MP 166
Binkley, Joseph .................MP 310
Binkley, Joseph .................MP 315
Binko, Thomas .................MP 463
Binnersley, Cory .................MP 468
Binz, Pierre-Alain .................MP 438
Binz, Pierre-Alain .................MP 439
Birbeck, Johnna .................MP 128
Birbeck, Johnna .................MP 129
Bird, Gregory .................ThP 652
Birdsall, Robert .................ThP 678
Birer, Caroline .................WOA pm 04:10
Biringer, Roger .................MP 564
Birk, Alisha .................MP 566
Birk, Alisha .................TP 709
Birley, Andrew .................TP 695
Birolo, Leila .................MOH pm 02:50
Bishof, Isaac .................WP 646
Bishop, David .................ThP 374
Bishop, David .................TP 175
Biswas, Sayan .................TP 538
Bittremieux, Wout .................MP 390
Bittremieux, Wout .................MP 762
Biven, Mercedes .................TP 209
Biven, Mercedes .................WP 526
Bjelic, Sasa .................MP 113
Black, Alyson .................MP 337
Black, Alyson .................ThP 122
Black, Gabrielle .................TP 201
Black, Mark .................MP 441
Black, Rachelle .................ThOH pm 02:50
Blackburn, Kevin .................MOH pm 04:10
Blackburn, Mary .................MP 190
Blackburn, Mary .................ThP 024
Blackburn, Mary .................TP 107
Blackburn, Mary .................TP 526
Blackburn, Mary .................TP 527
Blackburn, Mary .................WP 303
Blackburn, Mary .................WP 527
Blackburn, Michael .................MP 763
Blackstock, Lindsay .................TOE am 08:50
Bladergroen, Marco .................ThP 060
Blair, Ian .................TP 726
Blair, Ian .................ThP 768
Blake, Daniel .................WP 514
Blakeley-Ruiz, Jose .................ThP 533
Blakeman, Kenion .................TP 598
Blakeslee, Joshua .................MP 623
Blakney, Greg .................MP 344
Blakney, Greg .................TOG pm 03:50
Blakney, Greg T. .................TP 721
Blakney, Gregory .................TOE am 09:50
Blakney, Gregory .................TP 148
Blanchemain, Nicolas .................TP 377
Blanco-Tirado, Cristian .................ThP 408
Blanco-Tirado, Cristian .................TP 153
Blanco-Tirado, Cristian .................WP 258
Bland, Alison .................MP 763
Blankenburg, Sascha .................ThP 361
Blankenship, Robert .................TP 338
Blanksby, Stephen .................MOG am 08:30
Blanksby, Stephen .................MP 244
Blanksby, Stephen .................WOG am 08:50
Blanton, Brian .................MP 752
Blasberg, Jim .................TP 547
Blaschke, Calvin .................ThP 122
Blatnik, Matthew .................TP 083
Bleiholder, Christian .................ThOF pm 04:10
Bleiholder, Christian .................ThP 316
Bleiholder, Christian .................TP 278
Bleiholder, Christian .................TP 289
Bleiholder, Christian .................WOF am 09:30
Bleiner, David .................MP 311

Blenkinsopp, Paul .................MP 469
Blevins, Aubrie .................TP 532
Blevins, Molly .................ThP 387
Blevins, Molly .................ThP 609
Blin-Simiand, Nicole .................WOE am 08:50
Block, Sara .................WP 148
Blokland, Marco .................MP 196
Blokland, Marco .................TOE pm 03:10
Blom, Paul .................MP 634
Blonder, Josip .................ThP 657
Bloodsworth, Kent .................MP 077
Bloodsworth, Kent .................MP 624
Bloodsworth, Kent .................ThP 296
Bloodworth, Sally .................TOB am 08:30
Bloomfield, Nic .................ThP 107
Bloomfield, Nic. .................TP 673
Blouch, Drew .................TP 598
Blount, Benjamin .................ThP 342
Bludau, Isabell .................ThP 626
Blum, David .................MP 566
Blundell, Malcolm .................MP 607
Bo, Tao .................WP 282
Bo, Tao .................WP 289
Bo, Tao .................WP 290
Boaro, Amy .................MP 138
Bobbitt, Jonathan .................TP 168
Bober, Magdalena .................ThP 268
Bobst, Cedric .................MP 307
Bobst, Cedric .................ThP 046
Bobst, Cedric .................WP 337
Bobst, Cedric .................WP 713
Bobula, Tomas .................WP 187
Bocharov, Konstantin .................MP 523
Böcker, Sebastian .................WP 408
Bodiuzzaman, Mohammad .................ThP 543
Bodvarsdottir, Sigridur .................TP 350
Boehm, Guenter .................MOG am 08:50
Boehm, Guenter .................WP 571
Boeser, Cornelia .................MP 446
Boeser, Cornelia .................ThP 024
Boeser, Cornelia .................TP 107
Boettcher, Tara .................MOB pm 04:10
Boggeri, Mark .................WP 636
Boggio, Kristin .................TOG am 09:50
Boice, Aaron .................MP 013
Boichenko, Oleksandr .................WP 208
Boisdon, Cedric .................WP 026
Boissinot, Maurice .................TP 647
Boiteau, Rene .................ThOB pm 02:30
Boivin, Guy .................ThP 436
Boivin, Isabel .................MP 029
Boja, Emily .................TP 432
Bojaci, Ezel .................WOD am 09:50
Bojko, Barbara .................MP 554
Bojko, Barbara .................WOD am 09:50
Bokor, Benjamin .................WP 466
boland, aurelien .................WOG pm 02:30
Bolivar, Erick .................WOB am 08:30
Bolliger, Reto .................MOG am 08:50
Bollwein, Christine .................WP 373
Bolotin, Igor .................TOB am 08:50
Bomba-warczak, Ewa .................TP 659
Bomba-warczak, Ewa .................TP 669
Bomba-warczak, Ewa .................TP 697
Bomba-Warczak, Ewa .................TP 701
Bomgarden, Ryan .................MP 601
Bomgarden, Ryan .................ThP 748
Bomgarden, Ryan .................TP 059
Bomgarden, Ryan .................WP 144
Bomgarden, Ryan .................WP 742
Bomgarden, Ryan .................WP 743
Bomgarden, Ryan .................WP 744
Bonafim Piveta, Mariana .................ThP 596
Bond, Kevin .................MP 645
Bond, Laura .................WP 785
Bond, Nicholas .................TP 610
Bondarenko, Pavel .................MOD pm 03:30
Bonenfant, Gaston .................TP 137
Bones, Jonathan .................ThP 069

Program code:  M,T,W,Th = Day       O = Oral, P = Poster       Time or poster number



# INDEX OF AUTHORS

Bones, Jonathan .................................ThP 684
Bones, Jonathan .................................TP 012
Bones, Jonathan .................................WP 182
Bonifay, Vincent ................................MP 096
Bonissone, Stefano .............................WP 044
Bonissone, Stefano .............................WP 346
Bonnefoy, Serge .................................MP 775
Bonnefoy, Serge .................................WP 649
Bonneil, Eric ...................................MP 029
Bonneil, Eric ...................................MP 079
Bonneil, Eric ..............................WOF am 08:30
Bonnel, David ...................................TP 410
Bonnel, David ...................................TP 411
Bonnel, David ...................................TP 412
Bonnel, David ...................................TP 413
Bonner, Ron ....................................MP 367
Bonney, Julia ..................................MP 351
Bons, Joanna ...............................ThOD am 09:50
Boo, Chelsea ...................................WP 679
Bookmeyer, Christoph .....MOD am 08:30
Boone, Nicole ..................................ThP 767
Boonen, Kurt ..............................ThOA pm 03:10
Boonen, Kurt ...................................TP 386
Boonen, Kurt ..............................WOF am 09:50
Boons, Geert-Jan ..............................ThP 064
Boons, Geert-Jan ..............................WP 190
Boopalachandran, Praveen ..... WOH am 09:10
Borchers, Christoph ...........................MP 037
Borchers, Christoph ...........................MP 385
Borchers, Christoph ...........................MP 386
Borchers, Christoph ...........................MP 688
Borchers, Christoph ......................ThOD pm 03:50
Borchers, Christoph ......................ThOF am 09:10
Borchers, Christoph ...........................ThP 359
Borchers, Christoph ...........................ThP 438
Borchers, Christoph ...........................TP 081
Borchers, Christoph ...........................ThP 758
Borchers, Christoph ...........................ThP 775
Borchers, Christoph .......... WOD pm 04:10
Borchers, Christoph ...........................WP 570
Borchers, Christoph ...........................WP 711
Bordeleau, Marie Eve ..........................MP 029
Borden, Scott ...................................TP 108
Borden, Scott ...................................WP 232
Boreham, Chris .................................TP 148
Borek, Dominika ................................TP 341
Borges, Keyller .................................TP 263
Borges Vélez, Gabriel .........................TP 155
Borisov, Roman .................................MP 757
Borisovets, Petr ...............................MP 471
Borland, Kayla ..................................ThP 597
Borland, Kayla .............................TOH am 09:30
Born, Matthias-Erich ..........................ThP 402
Boro, Hemen ...................................ThP 502
Borodinov, Nikolay ............................MP 339
Borotto, Nicholas ..............................MP 249
Borotto, Nicholas ..............................TP 109
Borotto, Nicholas ..............................WP 685
Borowne, Michael ..............................MP 277
Borton, David ..................................TP 315
Borts, David ...................................ThP 009
Borts, David ...................................WP 531
Borzou, Ahmad .................................WP 391
Borzova, Marina ...............................TP 271
Bosc-Bierne, Gaby .............................ThP 044
Bose, Utpal ....................................MP 607
Bose, Utpal ....................................ThP 720
Boskamp, Tobias ...............................MP 337
Boskamp, Tobias ...............................MP 340
Botananenko, Daniel ..........................MP 494
Botasheva, Ayshat .............................TP 242
Botch-Jones, Sabra ............................TP 251
Botelho, Julianne ..............................WP 751
Bothe, Pia ...............................MOA pm 02:30
Bothner, Brian .................................MP 753
Bothner, Brian .................................TP 334
Bothner, Brian .................................WP 152
Botrè, Francesco ...............................MP 217
Bottino, Guilherme ............................MP 033

Botzanowski, Thomas ..........................WP 481
Boucher, Nancy ................................ThP 436
Boucher, Nancy ................................ThP 492
Bouchonnet, Stéphane .........................WP 830
Boudreau, Paul ................................WP 830
Boulanger, Pascale .............ThOG pm 04:10
Bouillon, Devon ...............................MP 141
Bourne, Christina ..............................MP 299
Bousquet-Dubouch, Marie-Pierre .....TP 324
Boutin, Michel .................................WP 698
Boutros, Paul ..................................MP 682
Boutros, Paul ..................................TP 129
Bouville, Alyssa ...............................WP 283
Bouwmeester, Robbin ..........................MP 366
Bouwmeester, Robbin ..........................ThP 499
Bouza Areces, Marcos ..........................MP 323
Bouza Areces, Marcos ..........................MP 458
Bouza Areces, Marcos ..........................MP 412
Bowden, John ..................................ThP 178
Bowden, John ..................................TP 543
Bowen, Benjamin ...............................WP 556
Bowers, Albert .................................ThP 576
Bowers, Kiah ...................................WP 111
Bowers, Michael T. .............ThOF pm 02:30
Bowling, John ..................................TP 370
Bowling, John ..................................WP 235
Bowman, Andrew ...............................MP 344
Bowman, Edward ...............................ThP 141
Bowman, Gene ..................................MP 690
Bowman, Zack ..................................TP 207
Boxall, Baylye .................................WP 087
Boyaci, Ezel ...................................MP 202
Boyaci, Ezel ...................................MP 554
Boyano, Maria .................................ThP 229
Boyarkine, Oleg V. .............................WP 203
Boychenko, Oleksandr. .........................WP 503
Boyd, James ...................................ThP 411
Boyer, Anne ...................................TP 134
Boyer, Anne ...................................TP 134
Boyer, Anne ...................................TP 138
Boyer, Anne ...................................WP 359
Boyer, Ryan ...................ThOD am 09:10
Boyes, Barry ...................................TP 623
Boyes, Barry ...................................WP 509
Boyinepally, Kiran .............................MP 556
Boyle, Theresa .................................WP 111
Bozanowan, Stephanie ..........................ThP 465
Brabeck, Greg ..................................TP 457
Brabeck, Gregory ..............................WP 225
Brabeck, Gregory ..............................WP 464
Brachthaeuser, Yessica ........................WP 434
Brachthäuser, Yessica .........................TP 294
Brachthäuser, Yessica .........................WP 447
Bradau, Calin ..................................WP 463
Brademan, Dain .................MOA pm 03:50
Brademan, Dain .................MOE pm 02:50
Brademan, Dain ................................MP 261
Brademan, Dain ................ThOH pm 03:10
Bradlee, Dave ..................................MP 441
Bradley, Meghan ...............................MP 712
Bradley, Paul ..................................ThP 508
Bradshaw, Tyler ...............................WP 092
Braekling, Steffen .............................TP 293
Bragg, Leslie ..................................ThP 491
Bragg, William .................................WP 212
Bräkling, Steffen ..............................TP 453
Bramer, Lisa ...................................MP 077
Bramer, Lisa ...................................ThP 247
Bramer, Lisa ...................................TP 401
Bramer, Lisa ...................................TP 437
Bramer, Lisa ...................................WP 407
Brand, Tony ...................................ThP 606
Brandenburg, Marcl ...........................WP 409
Brandt, Sebastian .............................TP 490
Brann, John ...................................TP 533
Branon, Tess ..................................TP 672
Brantley, Matthew .............................TP 415
Brantner, Christine ...........................WP 372
Brasier, Allan .................................TP 478

Brassard, Didier ...............................ThP 492
Brassard, Jeremy ..............................WP 703
Bratburd, Jennifer .............................ThP 527
Brauer, Brooke .................................TP 627
Braun, Craig ...................................WP 600
Braun, Craig ...................................TP 710
Braun, Craig ...................................WP 735
Braun, Dominik ................TOE pm 02:30
Braun, Thomas .................................ThP 718
Bravo, Cristian ................................MP 054
Bray, Fabrice ..................................MP 376
Bray, Fabrice ..................................ThP 637
Bray, Fabrice ..................................TP 033
Bray, Fabrice ..................................WP 471
Brazma, Alvis ..................................ThP 429
Breadmore, Michael ............................ThP 562
Brechenmacher, Laurent .......................TP 657
Breen, Michael .................ThOF am 09:50
Brehmer, Sven .................................MP 396
Breinholdt Bekker-Jensen, DorteWOC am 09:30
Breitbach, Martin ..............................MP 738
Brelsford, Jeffrey ..............................MP 647
Brelsford, Jeffrey ..............................ThP 638
Brelsford, Jeffrey ..............................TP 580
Bremer, Monique ...............................MP 196
Brenna, Tom ...................................MP 542
Brenna, Tom ...................TOB pm 03:10
Brenna, Tom ...................................WP 520
Brennan, Caitlin ...............................WP 630
Brennan, Paul ..................................MP 754
Brescia, Francesca .............WOF am 04:10
Breuer, Matthew ...............................TP 469
Breuker, Kathrin ..............ThOH pm 04:10
Brewer, Maya ..................................TP 381
Bricklebank, Neil ..............................ThP 172
Brickman, Joshua ..............ThOC pm 03:50
Bridgeman, Thomas ............................TP 186
Bridgewater, Hannah ..........................ThP 706
Bridon, Gaelle .................................MP 551
Bridoux, Maxime ...............................MP 266
Briere, Francis .................................ThP 492
Brière, Francis .................................ThP 436
Briggs, Matthew ...............................WP 366
Brill, Laurence .................................MP 653
Brinckerhoff, William ..........MOG am 10:10
Brinckerhoff, William ..........................ThP 171
Brinckerhoff, William ..........................TP 442
Brinckerhoff, William ..........................TP 444
Brinster, Keil ..................................MP 183
Briois, Christelle ..............................MP 493
Brisbin, Martin .................................MP 475
Bristow, Anthony ..............WOH am 08:50
Britt, Hannah ..................................MP 049
Brnakova Kenedy, Zuzana .....................ThP 217
Broadbent, James .............................ThP 720
Broadwater, Maggie ...........................WP 563
Brochu, Denis .................................WP 033
Brocks, Jochen .................................TP 148
Brodbelt, Jennifer ..............................ThP 303
Brodbelt, Jennifer ..............................ThP 387
Brodbelt, Jennifer ..............................ThP 390
Brodbelt, Jennifer ..............................ThP 609
Brodbelt, Jennifer ..............................ThP 622
Brodbelt, Jennifer ..............................ThP 628
Brodbelt, Jennifer ..............................ThP 682
Brodbelt, Jennifer ..............................ThP 700
Brodbelt, Jennifer ..............................ThP 702
Brodbelt, Jennifer ..............TOB am 09:50
Brodbelt, Jennifer ..............................TP 124
Brodbelt, Jennifer ..............................WP 305
Brodbelt, Jennifer ..............................WP 460
Brodbelt, Jennifer ..............................WP 642
Brodie, Nicholas ...............................MP 037
Broeckling, Corey ..............................MP 611
Broeckling, Corey ..............................ThP 278
Broeckling, Corey ..............................TP 509
Broeckling, Corey ..............................TP 519
Broeckling, Corey ..............................TP 561
Broeckling, Corey ..............................WP 607

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number

## INDEX OF AUTHORS

Brogden, Nicole..................................ThP 764
Bromilow, Sophie.................................TP 090
Brooks, Bryan....................................TP 168
Brooks, Gillian.................................ThP 270
Brooks, Jake...........................TOC am 09:10
Brooks, James...................................WP 228
Brooks, James...................................WP 333
Brophy, Patrick..................................TP 288
Brouard, Mark....................................MP 350
Brouard, Mark....................................TP 364
Brouwer, Hendrik................................MP 126
Brouwer, Hendrik.....................WOB am 04:10
Brown, Brooke...................................ThP 627
Brown, Christina.................................TP 542
Brown, Christopher..................MOB am 09:30
Brown, Christopher..................TOC am 09:50
Brown, Christopher.............................TP 698
Brown, Elizabeth.................................TP 198
Brown, Hannah...................................WP 216
Brown, Heather.......................WOA am 08:30
Brown, Hilary....................................TP 366
Brown, Jason.....................................TP 747
Brown, Jeffery...................................MP 237
Brown, Jeffery...................................MP 312
Brown, Jeffery.....................ThOF pm 03:30
Brown, Jeffery.....................ThOH pm 02:50
Brown, Jeffery.....................TOB am 09:30
Brown, Katherine................................WP 152
Brown, Kitty....................................ThP 278
Brown, Kitty....................................ThP 519
Brown, Kyle......................................MP 737
Brown, Kyle.....................................ThP 656
Brown, Kyle......................................TP 682
Brown, Kyle......................................WP 721
Brown, Lewis.....................................MP 514
Brown, Lewis.......................ThOC pm 03:10
Brown, Lewis....................................ThP 749
Brown, Luke.....................................ThP 733
Brown, Paul W....................................MP 636
Browne, Eleanor..................................TP 165
Browne, Michael..................................TP 151
Browne, Michael..................................TP 302
Brownridge, Philip...............ThOC am 08:30
Bruce, Alice.....................................WP 488
Bruce, James.....................................MP 045
Bruce, James.....................................MP 480
Bruce, James.......................ThOD pm 04:10
Bruce, James.......................ThOD am 08:50
Bruce, Mitchell..................................WP 488
Bruckner, Raphael.................MOA pm 03:30
Bruderer, Roland................................MP 720
Bruderer, Roland...............................ThP 087
Bruderer, Roland...............................ThP 139
Bruderer, Roland...................TOA pm 03:10
Bruderer, Roland..................WOH pm 03:10
Bruderer, Roland................................WP 394
Brudin, Lena.....................................TP 116
Brudin, Patrik...................................TP 116
Brunner, Andrea Mizzi...........................TP 166
Brunner, Andreas-David.............TOA pm 02:30
Brunner, Andreas-David..........................TP 678
Brunner, Andreas-David.............WOH pm 02:30
Brunner, Andreas-David..........................WP 562
Bruno, Joy......................................MP 226
Brunswick, Pamela...............................MP 226
Brunton, Val....................................MP 707
Brus, Theodore.................................ThP 777
Bryan, Hannah...................................MP 067
Bryant, Matthew................................ThP 153
Brzhozovskiy, Alexander.........................TP 133
Bu, Jiexun......................................WP 445
Bubas, Amanda...................................MP 263
Bubas, Amanda...................................TP 276
Bubas, Amanda...................................TP 281
Bubas, Amanda...................................TP 282
Bubis, Julia...................................ThP 712
Buch, Arnaud.......................MOG am 10:10
Buchala, Brianna................................MP 697
Buchan, Greg...................................ThP 324

Buchanan, Anthony...............................WP 065
Buchanan, Tom..................................ThP 095
Buchanan, Tom...................................WP 334
Buchanan, Tom......................MOC am 09:50
Buchberger, Amanda.................MOC am 09:50
Buchberger, Amanda.............................ThP 666
Buchberger, Amanda.............................ThP 668
Buchberger, Amanda..............................TP 349
Buchberger, Amanda..............................WP 577
Buchholz, Bruce.................................MP 729
Buckley, Kyle...................................MP 450
Budamgunta, Harshavardhan.......WOF am 09:50
Budhraja, Rohit................................ThP 163
Budnik, Bogdan.................................ThP 722
Budzinski, Ilara...................MOA pm 01:10
Budzinski, Ilara...............................ThP 252
Bueschl, Christoph..............................MP 325
Bugrova, Anna...................................MP 333
Bugrova, Anna...................................MP 591
Bugrova, Anna.................................ThP 614
Bugrova, Anna...................................TP 133
Bujold, Kim.....................................MP 351
Bukhari, Tallat......................WOA am 09:30
Bukowski, Michael...............................WP 270
Bukowski, Nick..................................TP 309
Bukowski, Nick..................................WP 065
Bulel, Cosmin...................................TP 104
Bulloch, Daryl.................................ThP 353
Bulloch, Daryl.................................ThP 708
Bunch, Josephine................................MP 336
Bunch, Josephine................................MP 349
Bunch, Josephine..............................ThP 057
Bunch, Josephine..............................ThP 347
Bunch, Josephine...................TOF pm 03:50
Bunch, Josephine...............................WP 375
Bundy, Jonathan.................................MP 048
Bundy, Jonathan.................................WP 151
Bunyabratchata, Apichaya......................ThP 194
Buonarati, Mike.................................MP 653
Buonarati, Mike.................................ThP 150
Buonarati, Mike.................................WP 240
Buratti, Martin.................................MP 565
Burdette, Joanna................................MP 684
Burdukiewicz, Michal............................MP 302
Burell, Bryna..................................ThP 234
Burger, Dominik.................................WP 550
Burger, Dominik................................ThP 552
Burgers, Peter.................................ThP 361
Burgett, Anthony................................TP 495
Burholt, Markus.................................TP 233
Buric, Filip...................................ThP 370
Burke, Meghan...................................MP 393
Burke, Meghan...................................TP 254
Burke, Meghan......................WOA pm 03:50
Burke, Thomas......................TOA pm 04:10
Burla, Bo.......................................MP 532
Burla, Bo.......................................MP 545
Burleigh, Robert...............................MP 350
Burleigh, Robert...............................ThP 364
Burlet-Schiltz, Odile..........................ThP 324
Burnham, Katie.................................ThP 687
Burns, Laura...................................ThP 009
Burnum-Johnson, Kristin.........................MP 077
Burnum-Johnson, Kristin.......................ThP 257
Burnum-Johnson, Kristin.........................TP 401
Burnum-Johnson, Kristin E.......................TP 247
Burr, Daniel.......................WOC pm 03:30
Burris, Benjamin................................MP 055
Burris, Benjamin................................WP 545
Burt, Michael...................................MP 350
Burt, Michael...................................TP 364
Burton, Lyle....................................MP 367
Burton, Lyle...................................ThP 490
Burton, Lyle....................................TP 021
Burton, Lyle....................................WP 631
Bury, Aleksandra................................MP 381
Bury, Aleksandra...............................ThP 643
Bury, Nicholas..................................TP 195
Busch, Florian.................................ThP 260

Busch, Florian.................................WP 715
Busch, Michael.................................WP 584
Busch, Michelle.................................MP 641
Busch, Ulrich......................TOD am 09:10
Bush, Ashley.......................MOE am 10:10
Bush, Jacob.....................................WP 145
Bush, Lowell...................................ThP 583
Busman, Mark....................................TP 559
Busqueta, Laura................................MP 747
Bussberg, Valerie..............................ThP 433
Busse, Frederik...............................ThP 689
Butcher, David.....................TOC pm 03:50
Buthelezi, Sindisiwe...........................MP 602
Buthier, Pierre-Etienne.........................TP 454
Butler, Erin...................................ThP 253
Butler, Karen...................................TP 318
Butler, Lisa...................................ThP 228
Butsugan, Michio...............................ThP 462
Buttiglieri, Gianluigi........................ThP 341
Buzatto, Adriana................................TP 056
Buzatto, Adriana................................TP 436
Bykova, Natalia.................................MP 622
Byram, Gregory..................................WP 596
Byregowda, S.m..................................TP 194
Byrne, Gerard...................................MP 134
Byrne, Gerard...................................MP 324
Byrne, Gerard...................................MP 329
Byrne, Gerard...................................TP 234
Byrne, Keren...................................MP 607
Byrne, Keren..................................ThP 720
Byrne II, Jerry.................................MP 161
Byrne II, Jerry.................................MP 313
Byth, Kate......................................WP 243
Bythell, Benjamin...............................MP 289
Bythell, Benjamin.............................ThP 615
Bythell, Benjamin..............................TP 275
Bythell, Benjamin..............................TP 279
Bythell, Benjamin.................WOG am 09:50
C. K. Rajendran, Subin R......................ThP 375
Cabrices, Oscar...............................WP 775
Cabrices, Oscar...............................WP 776
Caffarelli, Nicolas............................MP 649
Cagmat, Joy.....................................TP 558
Cahill, John....................................TP 344
Cahill, John.......................WOD am 08:30
Cahill, Kyle....................................WP 174
Cai, Chengyuan..................................MP 146
Cai, Chengzhi...................................MP 047
Cai, Hongyi.....................................TP 109
Cai, Huamin.....................................WP 475
Cai, Huan......................................ThP 695
Cai, Linbo......................................TP 404
Cai, Linbo......................................WP 362
Cai, Min.......................................ThP 388
Cai, Qing......................................ThP 764
Cai, Ruoqing...................................ThP 250
Cai, Tingling...................................MP 086
Cai, Xue........................................TP 117
Cai, Xue........................................TP 681
Cai, Yi........................................MP 276
Cai, Yi-Hong...................................MP 490
Cai, Yi-Hong..................................ThP 053
Cai, Yujia....................................ThP 626
Cai, Zongwei....................................MP 116
Cai, Zongwei....................................MP 151
Cai, Zongwei....................................TP 169
Cai, Zongwei....................................WP 167
Cai*, Zongwei...................................WP 371
Cain, Rebecca.....................ThOF pm 03:30
Cairns, Andrew..................................MP 037
Cairo, Christopher..............................MP 522
Calabrese, Valentina..............MOF am 09:30
Calafat, Antonia................................MP 023
Calafat, Antonia................................MP 026
Calafat, Antonia................................MP 030
Calafat, Antonia................................WP 751
Calderisi, Giovanni.................ThOH pm 04:10
Calderon, Angela...............................ThP 572
Calderon, Angela...............................ThP 574



Program code: M,T,W,Th = Day       O = Oral, P = Poster       Time or poster number



## INDEX OF AUTHORS

Caldwell, Anna .................................. MP 559
Caldwell, Gary .................................. ThP 483
Caldwell, Jenna ............................... WP 147
Calixte, Emvia ................................ MP 283
Calixte, Emvia .................................. TP 295
Callejas, Jose Luis ........................... ThP 155
Callister, Stephen ........................... WP 622
Calm, Alena .................................... ThP 515
Calve, Sarah .................................. MP 751
Calzola, Jessica ............................... TP 770
Camarillo, Jeannie ........................... MP 779
Camarillo, Jeannie .................... ThOC am 10:10
Camarillo, Jeannie ................... TOC pm 02:30
Cameron, Simon ....................... MOE pm 04:10
Cameron, Simon ............................. ThP 469
Cameron, Simon ......................... TOF pm 03:50
Cameron, Simon ............................... WP 210
Cameron, Simon .............................. WP 392
Camicioli, Richard ............................ TP 053
Camicioli, Richard ............................ TP 056
Campagna, Jesus .............................. ThP 710
Campagna, Shawn ............................ TP 476
Campagna, Shawn ............................. TP 541
Campbell, Andrew ..................... TOF pm 03:50
Campbell, David .............................. WP 400
Campbell, Elizabeth ................... TOC am 08:30
Campbell, J. Larry ............................ TP 207
Campbell, Matthew ........................... WP 174
Campbell, Matthew ........................... WP 200
Campbell, Reika ..................... ThOD am 09:30
Campbell, Scott ............................... MP 211
Campbell, Tisa ................................ TP 179
Campbell, Wayne ..................... MOC pm 03:50
Campisi, Judith ...................... MOF pm 03:50
Campuzano, Iain ............................. WP 507
Campuzano, Iain D G ................. TOH am 08:50
Cancilla, Mark ............................... MP 094
Cancilla, Mark ............................... TP 365
Cancilla, Mark ............................... TP 366
Cancilla, Mark ............................... TP 679
Candela, Maribel .............................. TP 134
Candish, Esme ................................ MP 665
Candish, Esme ....................... TOC am 09:30
Canessa, Emily ............................... TP 703
Canessa, Emily ............................... WP 109
Canez, Carlos ...................... MOG pm 02:30
Canez, Carlos ................................ ThP 399
Cangemi, Giuliana ............................ ThP 484
Cannon, Joe .................................. MP 094
Cannon, Joe .................................. TP 679
Canterbury, Jesse .................... TOC am 10:10
Canterbury, Jesse ............................. TP 001
Canterbury, Jesse ............................. TP 061
Canterbury, Jesse D. .......................... MP 328
Canterbury, Jesse D. ................. TOC pm 03:10
Cantor, Robin .................................. TP 468
Cantrell, Pamela ............................. MP 702
Cantrell, Pamela ............................. ThP 370
Cantres Rosario, Yadira ..................... MP 757
Cantres Rosario, Yadira ..................... TP 650
Canty, Jr., John ............................. ThP 745
Cao, Judy ..................................... MP 019
Cao, Liu ............................ ThOB pm 04:10
Cao, Mingyan ................................. ThP 690
Cao, Mingyan ................................. TP 620
Cao, Qinjingwen .............................. WP 577
Cao, Wanying .................................. TP 214
Cao, Weiqian ................................. MP 654
Cao, Weiqian ................................. TP 094
Cao, Weiqian ................................. TP 593
Cao, Weiqian ................................. WP 699
Cao, Wenbo ........................... MOG am 08:30
Cao, Wenbo ................................... MP 343
Cao, Wenbo ................................... ThP 380
Cao, Wenbo ................................... ThP 357
Cao, Yong .................................... MP 426
Cao, Zhe ..................................... WP 279
Cao, Zhiyun .................................. TP 547
Cao (Tsao), Rong ............................. MP 267

Cape, Stephanie ............................. ThP 777
Capek, Grace ................................. MP 273
Capek, Grace ....................... WOG pm 04:10
Cappellini, Enrico ................... MOH pm 03:10
Cappellini, Enrico ............................ TP 025
Cappellini, Enrico ............................ TP 028
Cappellini, Enrico ............................ TP 034
Cappiello, Achille ............................ ThP 553
Cappiello, Achille ............................ ThP 482
Cappiello, Jhaymie .......................... WP 756
Caprioli, Richard ..................... MOD am 10:10
Caprioli, Richard ..................... MOE am 09:30
Caprioli, Richard ............................ MP 335
Caprioli, Richard ............................ MP 352
Caprioli, Richard ............................ MP 353
Caprioli, Richard ............................ MP 355
Caprioli, Richard ............................ ThP 227
Caprioli, Richard ............................ ThP 232
Caprioli, Richard ............................ ThP 241
Caprioli, Richard ............................ ThP 426
Caprioli, Richard ............................ TP 381
Caprioli, Richard ............................ TP 408
Caprioli, Richard ............................ TP 653
Caprioli, Richard ............................ WP 376
Capriotti, Anna .............................. MP 592
Carapito, Christine ................... ThOD am 09:50
Carazzone, Chiara ............................ TP 914
Carazzone, Chiara ............................ WP 691
Carbonneau, Julie ............................ MP 436
Cardarelli, Pina ............................. WP 064
Cardin, Daniel ................................ MP 175
Cardin, Daniel ................................ WP 322
Cardin, Daniel ................................ WP 323
Cardo, Carlos Cordon .............. WOE pm 04:10
Cardoni, Wayne ............................... WP 097
Carell, Thomas ............................... MP 042
Carillo, Sara ................................ ThP 069
Carillo, Sara ................................. TP 012
Carillo, Sara ................................ WP 645
Cartage, Tyler ............................... WP 040
Carlo, Anthony ............................... WP 236
Carlsen, Mark ................................ MP 487
Carlson, Eric ................................ MP 300
Carlson, Eric ................................ MP 415
Carlson, Eric ................................ MP 675
Carlson, Eric ................................ TP 637
Carlson, James ............................... MP 485
Carlson, Traci ............................... MP 204
Carlsson, Cynthia ............................ TP 067
Carlsson, Cynthia ............................ WP 105
Carlsson, Henrik ............................. MP 117
Carlyle, Becky ....................... MOH am 08:30
Carlyle, Becky ............................... TP 058
Carnai, Carmai ............................... WP 619
Carmany, Daniel .............................. ThP 535
Carmela Maria Montone, Carmela .. MP 592
Carmella, Steven ............................. TP 077
Carpenter, Daniel ............................ MP 107
Carr, Austin ................................. WP 737
Carr, Jamie .................................. ThP 764
Carr, Steven ................................. ThP 738
Carr, Steven .......................... TOA pm 03:30
Carr, Steven ................................. TP 329
Carr, Steven ................................. WP 125
Carra, Andrea ................................ WP 630
Carrasco, Cynthia ............................ ThP 148
Carrasco, Nathalie ........................... MP 475
Carrasco, Nathalie ........................... ThP 287
Carrasco-Pancorbo, Alegría ................ ThP 201
Carrasco-Pancorbo, Alegría ................ WP 261
Carrasquillo Carrión, Kelvin ............... MP 757
Carrasquillo Carrión, Kelvin ............... TP 650
Carraway, III, Kermit ........................ MP 511
Carré, Vincent ............................... MP 110
Carrithers, Stephen ......................... WP 814
Carroll, Frances ............................ ThP 020
Carroll, Frances ............................. TP 082
Carruthers, Nicholas ......................... MP 586
Carruthers, Nicholas ........................ ThP 179

Carruthers, Nicholas .......................... WP 736
Carter, Katherine ............................ ThP 569
Carter, Matthew .............................. MP 691
Carter, Melissa ...................... MOB pm 03:10
Carter, Melissa .............................. TP 106
Carter, Melissa .............................. WP 212
Carter, Michelle ............................. ThP 536
Carter, Spencer .............................. MP 191
Carter, Stacey ...................... WOE pm 02:30
Carter, Stacey ............................... WP 226
Caruso, Joseph ............................... ThP 179
Caruso, Joseph ............................... WP 736
Carvalho, Daniela ............................ TP 639
Carvalho, Veronica .................. ThOF pm 03:30
Carvalho, Veronica ........................... WP 467
Carver, Jeremy ............................... WP 398
Carver, Jeremy ............................... WP 439
Carver, Jeremy ............................... WP 442
Carver, Jeremy ............................... WP 445
Carver, Jeremy ............................... WP 410
Carver, Joseph ............................... WP 041
Casablanca, Yovanni ................. MOH am 09:50
Casablanca, Yovanni .......................... MP 752
Casablanca, Yovanni .................. TOF pm 04:10
Casadonte, Rita .............................. MP 340
Casadonte, Rita .............................. TP 375
Casadonte, Rita .............................. WP 373
Casado-Rivera, Emerlis ...................... TP 159
Casale, Amanda ...................... MOB pm 04:10
Casey, Valerie ............................... WP 319
Cassady, Carolyn ............................. MP 234
Cassady, Carolyn ............................. MP 238
Cassady, Carolyn ............................. MP 287
Cassady, Carolyn ............................. MP 288
Cassady, Carolyn ............................. WP 578
Cassady, Carolyn ............................. ThP 419
Cassady, Carolyn J ........................... ThP 371
Cassat, James ................................ TP 653
Cataldi, Paola ............................... WP 243
Castanheira, Pedro ........................... TP 646
Castellana, Natalie .......................... WP 044
Castellana, Natalie .......................... MP 346
Castellanos, Anthony ......................... TP 135
Castellanos, Mildred ......................... ThP 469
Castellanos-García, Laura .................... MP 334
Castilla, Clément ............................ WP 024
Castillo, Gilbert ............................ WP 480
Castillo, Juan ............................... WP 066
Castillo, Juan ............................... ThP 085
Castillo, Marco .............................. TP 442
Castoe, Todd ................................. TP 631
Castro, Helena ............................... WP 711
Castro, Isaac ................................ ThP 443
Castro-Perez, Jose .................. MOF pm 03:30
Cataldi, Thais ....................... MOA pm 03:10
Cataldi, Thais ............................... ThP 252
Catenazzi, Alessandro ........................ WP 496
Catharino, Rodrigo ........................... ThP 126
Cattaneo, Maurício ........................... WP 473
Caudal, Arianne .............................. MP 045
Caulfield, Michael ........................... WP 223
Causon, Tim .......................... WOH pm 02:50
Causon, Tim .................................. WP 617
Caval, Tomislav .............................. WP 058
Cavalcanti, Gustavo .......................... TP 316
Cavaliere, Chiara ............................ MP 592
Cavallin, Jenna .............................. ThP 508
Cavallin, Jenna .............................. TP 554
Cavallo, Gianni ...................... WOH am 09:30
Cazares, Lisa ................................ WP 082
Cazenave-Gassiot, Amaury .................... MP 545
Cebolla, Vicente ............................. WP 099
Cecil, Jacob ................................. MP 109
Celis, Adriana Marcela ....................... TP 314
Centenera, Margaret .......................... ThP 228
Cereceda, Francisco .......................... WP 320
Cesare, Joseph ............................... MP 174
Cesnik, Anthony .............................. TP 718
Chace, Donald ................................ WP 221

Program code: M,T,W,Th = Day       O = Oral, P = Poster       Time or poster number



Chackerian, Alissa ..................... ThP 141
Chaconas, George ..................... ThP 469
Chacón-Patiño, Martha .............. MP 154
Chacón-Patiño, Martha .............. MP 365
Chacón-Patiño, Martha ....... TOG am 03:50
Chacón-Patiño, Martha .............. TP 142
Chacón-Patiño, Martha .............. TP 143
Chacón-Patiño, Martha .............. TP 148
Chadick, Trey .......................... MP 441
Chae, Junghoon ....................... MP 339
Chae, Junghoon ....................... MP 341
Chaerkady, Raghothama ............ MP 388
Chaerkady, Raghothama ............ WP 652
Chagnon, Michael .................... MP 403
Chagovets, Vitaly ..................... MP 591
Chai, Feng .............................. TP 377
Chai, Mengqi ................... ThOF pm 04:10
Chai, Mengqi .......................... ThP 316
Chai, Mengqi .......................... TP 278
Chai, Shengjie ........................ ThP 612
Chait, Brian .................... ThOG pm 02:50
Chait, Brian .................... TOC am 08:30
Chait, Brian ............................ WP 734
Chakrabarti, Priyadarshini .......... WP 309
Chakrabarty, Bipasha ................ WP 227
Chakrabarty, Jayanta Kishor ........ MP 052
Chakrabarty, Radhika ................ MP 522
Chakraborty, Asish ................... TP 612
Chakraborty, Asish ................... MP 510
Chakraborty, Sanhita ................ MP 615
Chakravartula, Srinivas ...... WOE pm 04:10
Chalkley, Robert ...................... MP 438
Chalkley, Robert ...................... WP 653
Challacombe, Jean ................... ThP 519
Chalmers, Michael .................... MP 294
Chamberlain, Casey ................. ThP 027
Chambers, Matthew ......... ThOA pm 03:30
Chambliss, Kevin ..................... TP 168
Chamoli, Manish ...................... ThP 104
Chamot-Rooke, Julia ................ MP 775
Chamot-Rooke, Julia ................ WP 649
Champagne, Cory .................... MP 747
Chan, Bun ............................. ThP 177
Chan, Carly ........................... WP 091
Chan, Joanne ......................... TP 439
Chan, Joanne ......................... TP 686
Chan, Joanne ......................... WP 739
Chan, Marina .......................... MP 700
Chan, Pamela ......................... TP 585
Chan, Pauly Kit Sze .................. MP 089
Chan, Queenie ........................ MP 594
Chan, Shan-an ....................... MP 610
Chan, Shu Qing ...................... WP 214
Chan, Wan ............................. MP 569
Chan, Wan ..................... WOA am 10:10
Chan*, Shu Qing ..................... TP 118
Chance, Deborah ..................... WP 273
Chance, Mark .......................... MP 041
Chance, Mark .......................... MP 397
Chance, Mark ................. ThOE am 08:50
Chance, Mark .......................... ThP 632
Chance, Mark .......................... ThP 772
Chance, Mark .......................... TP 536
Chanda, Joydeb ....................... TP 538
Chandar, Brinda ...................... MP 096
Chandler, Courtney ........... MOE am 09:10
Chandler, Courtney .................. ThP 540
Chandler, Kevin ............... MOB am 09:10
Chandrasekaran, Hamssika ......... ThP 732
Chandu, Karthik ...................... WP 690
Chang, C. ............................... TP 615
Chang, Chao-Pei Betty ............... TP 085
Chang, Cheng ......................... MP 362
Chang, Chih-Wei ..................... MP 072
Chang, Deborah ...................... ThP 204
Chang, Hsin-Yuan ........... ThOB pm 03:50
Chang, Hsin-Yuan .................... ThP 378
Chang, Hsin-Yuan .................... ThP 501
Chang, Hsin-Yuan .................... WP 572

Chang, Hui-Yin ....................... MP 402
Chang, Hui-Yin ....................... MP 405
Chang, Hui-Yin ....................... MP 416
Chang, Hui-Yin ....................... MP 437
Chang, Hui-Yin ....................... ThP 693
Chang, Hui-Yin ....................... WP 396
Chang, Lai-Chuan .................... TP 226
Chang, Perng-Kuang ................ ThP 497
Chang, Polly .......................... MP 351
Chang, Tzu-Hsuan .................... TP 446
Chang, Wei-Hung .................... MP 606
Chang, Ying-Hsu ..................... WP 697
Chang, Yun-Chien ................... ThP 086
Chang, Yun-Chien ................... WP 208
Chang, Yu-Sun ....................... WP 697
Channaveerappa, Devika ........... ThP 531
Channaveerappa, Devika ........... TP 712
Channaveerappa, Devika ........... WP 727
Chao, Alex ..................... TOE am 09:30
Chao, Hsi-Chun ...................... MP 259
Chao, Hsi-Chun ...................... MP 260
Chaparro, Jacqueline ................ WP 585
Chapman, Joel ....................... ThP 034
Chapman, Matthew ........... TOF am 09:30
Chapnick, Doug ............... TOD pm 04:10
Charles, James ........................ TP 274
Charles, Laurence ........... WOH am 09:30
Charlton, Georgina .................. MP 719
Chasse, Amanda ..................... MP 726
Chatterjee, Pratishtha ....... MOE am 10:10
Chaurand, Pierre ..................... ThP 248
Chaurand, Pierre ..................... TP 382
Chausset-Boissarie, Laëtitia ........ MP 637
Chavan, Sandip ...................... WP 111
Chavent, Matthieu ................... TP 324
Chaves, Fabio ........................ MP 611
Chavez, Juan .......................... MP 045
Chavez, Juan .................. ThOD am 08:50
Chavez, Juan .................. ThOD pm 04:10
Chaze, Thibault ....................... MP 775
Chaze, Thibault ....................... WP 649
Chea, Emily ........................... MP 034
Chea, Emily ........................... ThP 642
Cheah, Chris .......................... ThP 195
Chean, Jennifer ...................... WP 557
Checco, James ................ WOC am 09:50
Cheema, Amrita ...................... MP 519
Cheema, Amrita ...................... ThP 328
Chefetz, Benny ....................... TP 197
Cheifetz, Eli. .......................... TP 463
Chelur, Anjali ......................... WP 463
Chemmama, Ilan ..................... WP 148
Chemuru, Saketh ..................... MP 300
Chemuru, Saketh ..................... WP 712
Chen, Ann ............................. WP 403
Chen, Bifan ........................... MP 014
Chen, Bifan ........................... ThP 544
Chen, Bifan ........................... ThP 656
Chen, Bifan ........................... TP 601
Chen, Bifan ........................... TP 682
Chen, Bifan ........................... TP 723
Chen, Bin .............................. ThP 585
Chen, Bingming ...................... ThP 385
Chen, Bingming ...................... TP 365
Chen, Bingming ...................... TP 366
Chen, Bo-Rong ...................... WP 363
Chen, Bo-Shiun ...................... ThP 086
Chen, Chaochao ..................... TP 383
Chen, Chao-Jung .................... MP 686
Chen, Chang ......................... WP 557
Chen, Chen ........................... TP 117
Chen, Chen ........................... TP 681
Chen, Cheng ......................... WP 668
Chen, Cheng ......................... WP 699
Chen, Chengpeng ................... ThP 431
Chen, Chien-Hsun .................. WP 063
Chen, Chien-Lun .................... WP 697
Chen, Chung-Hsuan ................ MP 481
Chen, Chung-Hsuan ................ ThP 304

Chen, Chung-Hsuan ................ WP 432
Chen, Chung-Yu ..................... WP 281
Chen, Chung-Yu ..................... WP 291
Chen, Chung-Yu ..................... WP 316
Chen, Chung-Yu ..................... WP 625
Chen, Chun-Hua .................... ThP 165
Chen, Clara ........................... WP 019
Chen, Daoyang ...................... MP 587
Chen, Daozhen ...................... MP 689
Chen, Dapeng ....................... TP 726
Chen, David ........................... MP 304
Chen, Dayi ............................ ThP 561
Chen, Emily ........................... ThP 433
Chen, Emily ........................... TP 059
Chen, Emily ........................... TP 082
Chen, Emily ........................... WP 070
Chen, Emily ........................... WP 700
Chen, Feng ........................... TP 706
Chen, Gang ........................... TP 341
Chen, Guodong ...................... MP 036
Chen, Guodong ...................... ThP 639
Chen, Guodong ...................... TP 608
Chen, Han ............................. WP 103
Chen, Hao ............................ MP 276
Chen, Hao ............................ TP 755
Chen, Hao ............................ WP 142
Chen, Haoqing ....................... TP 542
Chen, Hong-Jhang ......... MOC pm 03:30
Chen, Hong-Jhang .................. WP 275
Chen, Honglei ....................... ThP 116
Chen, Hsin-Chang .................. TP 075
Chen, Hsin-Chang .................. TP 220
Chen, Hsin-Chang .................. TP 222
Chen, Hsin-Chang .................. WP 592
Chen, Hsin-Yi ....................... MP 526
Chen, Hsuan-Jen ................... ThP 435
Chen, Huan ........................... MP 154
Chen, Huan ........................... TP 176
Chen, Huan ................... TOE am 09:50
Chen, Huan ........................... TP 142
Chen, Huan ........................... TP 148
Chen, Huanwen ..................... ThP 011
Chen, I-Hsuan ....................... WP 120
Chen, James .................. TOC am 08:30
Chen, James ......................... WP 615
Chen, Jianzhong .................... MP 770
Chen, Jiayun ......................... MP 086
Chen, Jing .................... ThOG am 08:50
Chen, Jing ............................ ThP 680
Chen, Jin-Gui ........................ MP 612
Chen, Jinshui ........................ MP 011
Chen, JoAnn .......................... MP 264
Chen, Kai ............................. MP 144
Chen, Kai ............................. MP 188
Chen, Kai ............................. TP 201
Chen, Kai ............................. TP 241
Chen, Keqin .......................... MP 479
Chen, Ko-Chih ...................... TP 140
Chen, Lei. .................... WOD pm 04:10
Chen, Liang .......................... ThP 188
Chen, Lijun ........................... ThP 264
Chen, Linjer ......................... MP 072
Chen, Lirong ......................... TP 117
Chen, Lirong ......................... TP 681
Chen, Liyan ........................... ThP 625
Chen, Luying ......................... MP 080
Chen, Luying ......................... ThP 567
Chen, Luying ......................... WP 061
Chen, Mei ............................ WP 074
Chen, Menglan ...................... TP 077
Chen, Michael ....................... MP 068
Chen, Michael ............... WOD pm 04:10
Chen, Michelle ...................... WP 114
Chen, Mingluan ..................... WP 535
Chen, Nina ........................... MP 669
Chen, Pei ............................. WP 259
Chen, Peng .................. MOD pm 02:50
Chen, Ping-Chung .................. MP 713
Chen, Qinhua ........................ ThP 380

Program code:  M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number



# INDEX OF AUTHORS

Chen, Qinhua ................................TOG pm 04:10
Chen, Qiushi ......................................WP 201
Chen, Qiuying ....................................TP 564
Chen, Rui ........................................ThP 549
Chen, Shao-Yung ................................ThP 363
Chen, Shizhong ..................................ThP 589
Chen, Sixue ..............................ThOE pm 02:30
Chen, Sixue .......................................TP 141
Chen, Sixue ......................................WP 566
Chen, Siyun .............................MOC am 08:50
Chen, Songjie ....................................TP 546
Chen, Songjie ....................................WP 598
Chen, Su .........................................WP 601
Chen, Suming .....................................TP 352
Chen, Sung-Fang .................................TP 319
Chen, Susan ......................................TP 582
Chen, Tianlu .....................................TP 419
Chen, Tsung-Chi ..................................MP 484
Chen, Vincent ....................................WP 738
chen, Vivian .....................................TP 459
Chen, Vivian .....................................WP 746
Chen, Wei ........................................MP 322
Chen, Wei .......................................ThP 016
Chen, Wei ........................................ThP 152
Chen, Weibin .....................................MP 672
Chen, Weibin .............................TOG am 09:30
chen, Weibin .....................................TP 505
Chen, Weibin .....................................TP 600
Chen, Weibin .....................................TP 612
Chen, Wei-Ya .....................................TP 319
Chen, Wenrong ....................................MP 373
Chen, Xi ................................ WOH am 09:50
Chen, Xian .......................................TP 421
Chen, Xian .......................................TP 676
Chen, Xian .......................................WP 079
Chen, Xiaoming ..................................ThP 244
Chen, Xin ........................................MP 391
Chen, Xin .......................................ThP 117
Chen, Xin ........................................TP 139
Chen, Xin ........................................WP 056
Chen, Xingshuo ...................................TP 274
Chen, Xingxiu ...................................ThP 488
Chen, Ya-Fen .....................................TP 615
Chen, Yan ........................................TP 587
Chen, Yan ........................................WP 059
Chen, Ya-Ying ....................................WP 291
Chen, Yet-Ran ....................................MP 072
Chen, Yet-Ran ....................................MP 606
Chen, Yi-Ming Arthur ............................ThP 086
Chen, Yi-Ming Arthur .............................TP 140
Chen, Ying ......................................ThP 321
Chen, Ying-Bo ....................................TP 367
Chen, Yi-Shin ....................................MP 453
Chen, Yi-Ting ....................................WP 697
Chen, Yongmei ...................................ThP 113
Chen, Yuchao .....................................TP 485
Chen, Yue ........................................MP 730
Chen, Yue ........................................TP 732
Chen, Yue ........................................TP 569
Chen, Yue ........................................WP 090
Chen, Yue ........................................WP 717
Chen, Yufei .....................................ThP 756
Chen, Yufei ......................................TP 750
Chen, YuJu .......................................WP 780
Chen, Yu-Ju .....................................ThP 086
Chen, Yuling ....................................ThP 746
Chen, Yuling .....................................TP 060
Chen, Yung-Hung .................................TP 079
Chen, Yunqiu .....................................WP 040
Chen, Zhengwei ...................................TP 049
Chen, Zhengwei ...................................TP 087
Chen, Zhenhe ....................................ThP 043
Chen, Zhen-lin ...................................MP 426
Chen, Zibo ......................................ThP 630
Cheng, Chun-Yen ..................................TP 466
Cheng, Chun-Yen ..................................WP 442
Cheng, Chun-Yen ..................................WP 445
Cheng, Deping ...................................ThP 131
Cheng, G. Charles ................................TP 741

Cheng, Hong ......................................WP 242
Cheng, Hsin-Chang ................................TP 218
Cheng, Kai-Tan ...................................MP 606
Cheng, Lei .......................................TP 159
Cheng, Ming ......................................TP 338
Cheng, Ming ......................................WP 134
Cheng, Ming ......................................WP 142
Cheng, Ming ......................................WP 149
Cheng, Ran .......................................WP 670
Cheng, Ruodi .....................................MP 268
Cheng, Susan .....................................WP 224
Cheng, Yiwei .....................................TP 626
Cheng, Yu-Hong ...................................WP 102
Cheng, Yu-Hsiang .................................WP 671
Cheong, Jonathan .................................WP 246
Cherrew, Aleksandar ......................ThOA pm 02:50
Chernobrovkin, Alexey ....................TOD pm 03:10
Chernyshev, Denis ........................ WOH pm 04:10
Chervet, Jean-Pierre .............................MP 126
Chervet, Jean-Pierre .............................MP 568
Chervet, Jean-Pierre .....................WOB pm 04:10
Cherville, Barnabé ...............................MP 493
Cheung, Dickson .................................ThP 174
Cheung, Hiu Wing .................................TP 063
Cheung, Tony .....................................WP 243
Cheung-See-kit, Melanie ..........................ThP 109
Chevolleau, Sylvie ...............................WP 283
Chew, Yin Ling ..................................ThP 191
Chew, Yin Ling ...................................WP 767
Chhajed, Shweta ..................................WP 566
Chi, Chia-Hsin ...................................ThP 428
Chi, Hao .........................................MP 426
Chi, Hao .........................................MP 384
Chi, Jingduan ....................................WP 745
Chi, Lianli .....................................ThP 074
chia, Tristan ...................................ThP 195
Chiang, Abby .....................................ThP 539
Chiang, David ....................................MP 419
Chiang, Hui-Ling .................................MP 279
Chiang, Hui-Ling .................................TP 120
Chiang, Ruby .....................................TP 093
Chiang, Shiuh-hua ................................MP 474
Chiang, Shiuh-hua Wood ...........................TP 473
Chiapetta, Simone ................................TP 556
Chiappetta, Giovanni ............................ThP 355
Chiappori, Federica .............................ThP 125
Chiarelli, M. Paul ...............................TP 181
Chiba, Hitoshi ...................................MP 518
Chiba, Takuto ....................................ThP 681
Chien, Allis .....................................MP 550
Chien, Allis .....................................MP 677
Chien, Allis .....................................MP 745
Chien, Allis .....................................MP 746
Chien, Allis ....................................ThP 743
Chikwana, Vimbai .................................ThP 555
Chilakala, Sujatha ..............................ThP 466
Chilakala, Sujatha ..............................ThP 467
Chilappagari, Padmini ...................ThOA pm 03:50
Chilmonczyk, Mason ...............................ThP 550
Chilmonczyk, Mason ...............................WP 554
Chiluwal, Umesh .................................ThP 320
Chim, Yuen-Ting ..........................MOE pm 04:10
Chin, Lih-Shen ...................................WP 112
Chin, Tzong-Shean ................................TP 226
Chintalapudi, Kavyasree ..........................TP 494
Chiplunkar, Sanket ...............................MP 185
Chiplunkar, Sanket ...............................TP 161
Chirania, Payal ..................................TP 764
Chirasani, Venkat ................................MP 037
Chittiboyina, Amar ...............................ThP 182
Chiu, Courtney ...........................TOC am 08:30
Chiu, Cynthia ...................................ThP 146
Chiu, Kung Ching Cookson .................MOD pm 02:50
Chiu, Kung Ching Cookson .........................TP 706
Chiu, Kung Ching Cookson .................WOC am 10:10
Chiva, Cristina ..................................TP 707
Cho, Andrew .....................................ThP 078
Cho, Andrew ......................................WP 205
Cho, Byoung-Kyu .................................ThP 040

Cho, Byoung-Kyu ..................................WP 647
Cho, Eunji ...............................TOH pm 03:50
cho, Ji-Hoon .....................................TP 688
cho, Ji-Hoon .....................................TP 760
Cho, Kevin .......................................ThP 512
Cho, Kevin .......................................WP 610
Cho, Kun .........................................MP 095
Cho, Seungil .....................................MP 062
Cho, Seungil ....................................ThP 495
Cho, Wonryeon ...................................ThP 717
Cho, Yunju ......................................ThP 350
Cho, Yunju ...............................TOH pm 03:50
Choi, Bernard ....................................MP 648
Choi, Bernard ....................................TP 365
Choi, Hyebin .....................................TP 244
Choi, Jae ........................................TP 573
Choi, Jae ........................................TP 047
Choi, Jaewoo .....................................MP 080
Choi, Jaewoo ....................................ThP 323
Choi, Jaewoo ....................................ThP 569
Choi, Jaewoo ....................................ThP 571
Choi, Jaewoo .....................................TP 534
Choi, Jaewoo .....................................TP 549
Choi, JinNyoung ..................................TP 405
Choi, Jong Min ..................................ThP 732
Choi, Jongmin ....................................WP 717
Choi, Joo-Hee ....................................TP 047
Choi, Kyung-Jin ..................................MP 555
Choi, Kyoung-Soon ................................TP 006
Choi, Meena ......................................MP 386
Choi, Soo-hyun ..................................ThP 080
Choi, Sung-Gil ...................................MP 155
Choi, Timmy ......................................TP 063
Choi, Timmy Lai Sheung ...........................MP 089
Choi, Won-gu .....................................MP 206
Choi, Won-gu .....................................MP 227
Choi, Yoon Jin ...................................MP 015
Chojnacki, Jeremy ...............................ThP 703
Chong, Ashley ....................................WP 237
Chong, Chloe .....................................MP 596
Chong, Ngee Sing .................................TP 751
Choong, Wai-Kok .................................ThP 086
Chopra, Pradeep .................................ThP 064
Chopra, Pradeep ..................................WP 190
Chorev, Dror .............................MOC am 08:50
Chou, Che-Yi .....................................MP 686
Chou, Chi-Chi ....................................TP 131
Chou, Meng-Kai ...................................WP 697
Chou, Szu-Wei ....................................MP 606
Chou, Szu-Wei ....................................TP 666
Chou, Szu-Wei ....................................WP 442
Chou, Szu-Wei ....................................WP 445
Choudhury, Paramita ..............................WP 268
Chouhan, Surbhi ..................................TP 091
Chouinard, Christopher ..........................ThP 290
Chow, Signy ......................................WP 046
Chowdhury, Saiful ................................MP 052
Chowdhury, Saiful ................................MP 057
Chowdhury, Saiful ...............................ThP 369
Chowdhury, Saiful ................................TP 631
Chrisler, William ................................TP 667
Chrisler, William B. ............................ThP 701
Christensen, Adam ................................WP 179
Christensen, Krista ..............................TP 713
Christianson, Chad .......................ThOD am 09:10
Christianson, Chad ...............................WP 036
Christianson, Karen ......................TOA pm 03:30
Christine, miller ................................TP 564
Christison, Krege ................................TP 151
Christison, Krege ...............................ThP 302
Christle, Jeffrey ................................TP 426
Chu, Caroline S. ................................ThP 149
Chu, Fanny ...............................WOC pm 02:50
Chu, Feixia .....................................ThP 726
Chu, Ivan K. .....................................MP 246
Chu, Jinfang .....................................WP 586
Chu, Justin ......................................TP 473
Chu, Keung .......................................MP 241
Chu, Keung .......................................MP 242
Chu, Patrick .....................................MP 419

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number


Chu, Phillip ........................... MOD pm 02:30
Chu, Phillip ........................... TP 585
Chu, Phillip ........................... TP 599
Chu, Phillip ........................... WP 041
Chu, Rosalie ......................... MP 467
Chu, Rosalie ......................... ThOG am 08:50
Chu, Rosalie ......................... WP 622
Chu, Rosalie K ...................... WOA pm 04:10
Chuang, Hsiao-Li .................. ThOB pm 03:50
Chumala, Paulos ................... ThP 120
Chumala, Paulos ................... TP 190
Chun, Eunyoung .................... WP 630
Chung, Bong Chul ................. WP 583
Chung, Chris ......................... ThP 612
Chung, Chun-wa .................... WP 145
Chung, Hin Yiu ..................... TP 294
Chung, Hin Yiu ..................... WP 447
Chung, Hsin-Hsiang ............. ThP 135
Chung, Hsin-Hsiang ............. ThP 378
Chung, Hsin-Hsiang ............. ThP 522
Chung, Hsin-Hsiang ............. WP 363
Chung, Nadjali ...................... ThP 309
Chung, Wendy ....................... TP 093
Chupalov, Rita ...................... MP 431
Church, Deirdre ..................... MP 061
Church, Deirdre ..................... ThP 447
Church, Deirdre ..................... TP 657
Church, Deirdre ..................... WP 091
Churchill, Gary ..................... MOE pm 02:50
Churchill, Michael ................ TP 219
Churley, Melissa ................... TP 187
Churley, Melissa ................... TP 261
Churley, Melissa ................... TP 305
Ciach, Michal ........................ MP 379
Ciach, Michal ........................ TOA am 09:50
Cianferani, Sarah ................. WP 481
Cianferani, Sarah ................. ThOD am 09:50
Ciborowski, Pawel ............... MP 571
Ciborowski, Pawel ............... WP 737
Cicatiello, Paola ................... MOH pm 02:50
Cichelli, Julie ....................... TP 257
Cifuentes Girard, Maria Fernanda .. WP 571
Cikach, Frank ....................... TP 684
Cimino, Matteo ..................... WP 234
Cintron-Diaz, Yarixa ........... WP 003
Ciota, Alexander ................... TP 137
Cipolla, Jack ......................... WP 113
Cipollo, John F. .................... TP 216
Cipollo, John F. .................... TP 655
Cipriani, Ciera ...................... TP 745
Ciptadjaya, Christopher ....... ThP 763
Ciptadjaya, Christopher ....... WP 757
Cirit, Murat ........................... ThP 496
Cizmas, Leslie ...................... MP 114
Claassen, Anika .................... MP 102
Claborne, Daniel ................... TP 437
Claborne, Daniel ................... WP 407
Claereboudt, Jan .................. TP 499
Claes, Katrien ....................... MP 650
Claesen, Jürgen .................... WP 383
Clair, Geremy ....................... TP 667
Clapp, Benjamin ................... MP 122
Clark, C. Randall ................. MP 229
Clark, David ......................... ThP 264
Clark, David ......................... ThP 363
Clark, Kevin .......................... ThP 604
Clark, Matthew ..................... ThP 471
Clarke, Bradley ..................... TP 184
Clarke, David ........................ MP 368
Clarke, David ........................ TP 719
Clarke, James ....................... MP 691
Clases, David ........................ TP 175
Clasquin, Michelle ............... WOF pm 02:30
Claude, Emmanuelle ............. ThP 230
Claude, Emmanuelle ............. ThP 255
Claude, Emmanuelle ............. WP 374
Claus, Carol .......................... WP 769
Claus, Melissa ...................... TP 773
Clauser, Karl ......................... MP 438

Clauser, Karl ......................... ThP 738
Clauwaert, Jim ...................... TP 430
Claverol, Stéphane ............... MOH pm 02:30
Claverol, Stéphane ............... TP 735
Claydon, Amy ....................... ThP 095
Cleary, Sean .......................... ThP 636
Clegg, Robert ........................ ThP 765
Cleland, Jeff .......................... ThP 150
Cleland, Timothy .................. MOH pm 03:30
Cleland, Timothy .................. TP 031
Clemens, Sara ....................... ThP 154
Clement, Cristina .................. MP 698
Clement, Fiona ...................... MP 061
Clement, Kavya .................... ThOG pm 04:10
Clement, Kavya .................... ThP 041
Clements, Derek ................... ThP 470
Clements, Derek ................... WP 731
Clemmer, David .................... MOB am 09:30
Clemmer, David .................... MP 468
Clemmer, David .................... ThOE am 09:50
Clemmer, David .................... ThOF pm 02:50
Clemmer, David .................... ThP 627
Clemmer, David .................... TOC am 09:50
Clemmer, David .................... WOH am 09:50
Clemmer, David .................... WP 450
Clench, Malcolm ................... ThP 160
Clench, Malcolm ................... TP 172
Clench, Malcolm ................... TP 348
Clerens, Stefan ..................... ThP 196
Clerens, Stefan ..................... ThP 197
Clerens, Stefan ..................... ThP 715
Cleveland, John .................... MP 549
Clifford, Bob ......................... MOA am 08:30
Clift, Cassandra .................... MP 749
Clift, Cassandra .................... WOB am 09:30
Cline, Jayden ........................ MP 549
Cline, Jayden ........................ WP 593
Clore, G. Marius ................... TOD pm 03:50
Clowers, Brian ...................... MOF am 09:10
Clowers, Brian ...................... ThP 274
Clowers, Brian ...................... ThP 298
Clowers, Brian ...................... ThP 303
Clowers, Brian ...................... ThP 310
Clowers, Brian ...................... ThP 311
Clowers, Brian ...................... WP 460
Cobb, Jennifer ...................... IP 685
Cobbaert, Christa .................. TP 061
Cobbaert, Christa .................. TP 660
Cocco, Alexandra .................. MP 114
Cochran, Kristin ................... MP 114
Coder, Pragati ...................... ThP 196
Codreanu, Simona ................ MOE am 09:50
Codreanu, Simona ................ ThP 154
Cody, Robert ........................ MP 447
Cody, Robert ........................ MP 639
Cody, Robert ........................ ThP 020
Cody, Robert ........................ TP 752
Coe, Kevin ............................ MP 084
Coelho, Margarida ............... WP 608
Coen, Mulreann .................... ThP 499
Coffey, Andrew .................... WP 512
Coggan, Timothy .................. TP 184
Cogliandro, Francesca .......... WP 633
Cohen, Aharon ...................... ThP 088
Cohen, Aharon ...................... WP 348
Cohen, Robert ....................... MP 761
Cohen, Taylor ....................... ThP 437
Cohen, Taylor ....................... WOF pm 03:50
Cohn, Whitaker ..................... ThP 710
Cohn, Whitaker ..................... TP 424
Cohn, Whitaker ..................... TP 732
Cojocariu, Cristian ............... MP 181
Cojocariu, Cristian ............... TP 311
Cojocariu, Cristian ............... WP 324
Colas, Olivier ....................... MP 493
Colasante, Claudia ............... ThP 239
Colazo, Marcos ..................... ThP 487
Colby, Devon ........................ TP 495
Colby, Jennifer ..................... ThP 446

Cole, Callie ........................... MP 254
Cole, Callie ........................... MP 255
Cole, Callie ........................... WP 272
Cole, Daniel .......................... MP 459
Cole, Jacqueline ................... ThP 260
Cole, Jason ........................... TP 310
Cole, Jason ........................... MP 312
Cole, Jason ........................... WP 324
Cole, Laura ........................... MP 210
Cole, Laura ........................... MP 703
Cole, Laura ........................... ThP 160
Cole, Laura ........................... TP 348
Cole, Richard ........................ MP 266
Cole, Robert .......................... MP 727
Cole, Robert .......................... ThOH am 09:50
Cole, Robert .......................... ThP 617
Coleman, Stephen ................. TOD pm 04:10
Coleman-Derr, Devin ........... MP 624
Colgrave, Michelle ............... MP 607
Colgrave, Michelle ............... ThP 720
Colgrave, Michelle ............... TOE pm 04:10
Colin, Fabrice ....................... MP 493
Colleary, Caitlin ................... TP 031
Collet, Pierre ........................ MP 376
Collet, Pierre ........................ WP 471
Collett, Cayla ....................... TP 376
Collette, Timothy ................. ThP 508
Collette, Timothy ................. TP 164
Collette, Timothy ................. TP 184
Collier, Thomas .................... TOA am 08:30
Collingwood, Joanna ........... TOC am 09:10
Collins, Ben .......................... ThP 626
Collins, Ben .......................... TOA pm 02:30
Collins, Ben .......................... WOH pm 02:30
Collins, Lynn ........................ ThP 130
Collins, Matthew ................... MOH pm 03:50
Collins, Matthew ................... TP 032
Collier, Bradley .................... WOD am 10:10
Collop, Paul .......................... TP 640
Cologna, Stephanie .............. MP 530
Cologna, Stephanie .............. TP 039
Cologna, Stephanie .............. WP 519
Colombie, Vincent ............... TP 652
Colombo, Maria .................... ThP 735
Colombo, Tatiana .................. ThP 126
Colquhoun, Fraser ............... MOG pm 02:30
Colson, Emmanuel ............... WP 499
Colson, Tyler ....................... TP 763
Colton, Carol ......................... WP 595
Combariza, Marianny ........... ThP 408
Combariza, Marianny ........... TP 153
Combariza, Marianny ........... WP 258
Combe, Colin ........................ MP 060
Cominetti, Ornella ................ MP 690
Compton, Philip .................... MOD pm 02:30
Compton, Philip .................... MP 024
Compton, Philip .................... WP 780
Compton, Philip .................... TP 001
Compton, Philip .................... TP 461
Compton, Philip .................... TP 722
Compton, Philip .................... TP 725
Compton, Philip .................... WOC am 08:30
Compton, Philip .................... WOH am 10:10
Comstock, Kate .................... MP 084
Comstock, Kate .................... MP 085
Comstock, Kate .................... TP 741
Comstock, Kate .................... TP 756
Comstock, Kate .................... WOG am 09:30
Comstock, Kate .................... MP 245
Comte-Walters, Susana ....... MP 749
Conant, Christopher ............. ThP 627
Condina, Mark ...................... WP 366
Condren, Alanna ................... ThOB pm 03:10
Cone, Stephanie ................... MP 743
Cong, Peixu ........................... ThP 183
Cong, Peixu ........................... ThP 187
Cong, Qiang .......................... WP 064
Cong, Yongzheng ................. ThP 716
Cong, Yongzheng ................. WOC am 09:10

Program code: M,T,W,Th = Day       O = Oral, P = Poster       Time or poster number



Conjelko, Tim ................................. MP 139
Conkrite, Karina ......................... TOD pm 03:30
Connacher, Mary Katherine ................. TP 771
Connelly, Katelyn .......................... ThP 834
Conner, Peter .............................. WP 072
Connolly, Brian ............................ MP 441
Connolly, Paul ............................. TP 082
Connors, Rose .............................. TP 091
Conrads, Kelly ............................. MP 752
Conrads, Kelly ......................... TOF pm 04:10
Conrads, Thomas ........................ MOH am 09:50
Conrads, Thomas ............................ MP 752
Conrads, Thomas ........................ TOF pm 04:10
Consortium, the ProteoCardis ............... TP 096
Contaifer Jr., Daniel ...................... TP 132
Contractor, Anis ........................... TP 697
Contrepois, Kevin ...................... MOE pm 02:30
Contrepois, Kevin .......................... ThP 103
Contrepois, Kevin .......................... TP 426
Contrepois, Kevin .......................... WP 086
Conway, Louis .............................. MP 563
Cook, Ken .................................. ThP 684
Cook, Ken .................................. TP 012
Cook, Ken .................................. WP 645
Cook, Kevin ............................ WOD pm 02:50
Cook, Lauren ............................... WP 728
Cook, Silas ................................ MP 458
Cook Botelho, Julianne ..................... MP 006
Cooks, Graham .............................. MP 477
Cooks, Graham .......................... WOD am 08:50
Cooks, Graham .......................... WOG pm 04:10
Cooks, Graham .............................. WP 216
Cooks, R. Graham ........................... MP 273
Cooks, R. Graham ........................... MP 488
Cooks, R. Graham ........................... MP 510
Cooks, R. Graham ........................... MP 517
Cooks, R. Graham ........................... ThP 015
Cooks, R. Graham ........................... TP 274
Cooks, R. Graham ........................... TP 488
Cooks, R. Graham ........................... TP 753
Cooks, R. Graham ........................... WP 773
Coomes, Alexandra .......................... MP 524
Coon, Josh ............................. TOG pm 02:30
Coon, Joshua ........................... MOA pm 03:50
Coon, Joshua ........................... MOE pm 02:50
Coon, Joshua ............................... MP 261
Coon, Joshua ............................... MP 582
Coon, Joshua ........................... ThOH pm 03:10
Coon, Joshua ............................... ThP 221
Coon, Joshua ............................... ThP 367
Coon, Joshua ........................... TOC pm 03:30
Coon, Joshua ............................... TP 492
Coon, Joshua ............................... TP 572
Coon, Joshua ............................... WP 105
Coon, Joshua ............................... WP 193
Cooper, Ben ................................ WP 468
Cooper, Brian .............................. WP 416
Cooper, Hans ............................... TP 605
Cooper, Hans ............................... WP 725
Cooper, Helen .............................. MP 100
Cooper, Helen .............................. MP 768
Cooper, Helen .............................. ThP 115
Cooper, Helen .............................. ThP 518
Cooper, Helen .............................. ThP 525
Cooper, Helen .......................... TOC pm 02:50
Cooper, Helen .............................. WP 486
Cooper, Jane ............................... TP 311
Cooper-Shepherd, Dale ...................... ThP 285
Cooper-Shepherd, Dale ...................... ThP 307
Cooper-Shepherd, Dale ...................... TP 499
Cooper-Shepherd, Dale ...................... TP 505
Cooper-Shepherd, Dale ...................... TP 508
Cooper-Shepherd, Dale ...................... WP 200
Cooper-Shepherd, Dale ...................... WP 493
Cooper-Shepherd, Dale ...................... WP 719
Copa, Alex ................................. TP 427
Copeland, Jennifer ......................... WP 475
Coppes, Wouter ............................. WP 621
Coppit, George ............................. WP 097

Coradin, Mariel ....................... ThOC pm 02:50
Corbeil, Jacques ........................... ThP 436
Corbeil, Jacques ........................... ThP 492
Corbeil, Jacques ........................... WP 217
Corcovilos, Theodore ....................... MP 218
Corcovilos, Theodore ....................... MP 272
Corcovilos, Theodore ....................... TP 276
Corcovilos, Theodore ....................... TP 280
Corcovilos, Theodore ....................... WP 356
Cordova, Katherine ......................... MP 618
Cordova, Katherine ......................... MP 264
Corea, Rozalie ............................. MP 278
Corilo, Yuri ............................... MP 365
Corilo, Yuri ............................... ThP 541
Corilo, Yuri ........................... TOG pm 03:50
Corilo, Yuri ............................... TP 143
Corley, Scott .............................. WP 063
Cornell, Kenneth ........................... WP 785
Cornell, Richard ....................... TOG am 09:50
Cornett, Shannon ........................... TP 231
Cornett, Shannon ........................... ThP 245
Cornett, Shannon ........................... TP 250
Cornett, Shannon ........................... TP 375
Cornett, Shannon ........................... TP 392
Cornett, Shannon ........................... TP 409
Cornett, Shannon ........................... MP 348
Cornil, Jérôme ............................. WP 827
Cornil, Jérôme ............................. WP 490
Cornwell, Owen ............................. TP 610
Coroa, Manuel .............................. WP 608
Correa Rivas, Maria ........................ MP 757
Correia, Goncalo ........................... WP 375
Correia, Mario ............................. MP 563
Correll, Vanessa ........................... TP 129
Corthals, Garry ....................... MOC pm 04:10
Corthals, Garry ............................ TP 114
Corthals, Garry ....................... WOC pm 02:30
Cory, Alexandra ............................ MP 138
Cory, Wendy ................................ TP 198
Corzett, Todd .............................. MP 357
Costa, Carolina ............................ TP 639
Costa, Carolina ............................ WP 117
Costa, Catia ............................... ThP 347
Costantino, Robin .......................... WP 770
Costello, Catherine ................... MOB am 09:10
Costello, Catherine ........................ ThP 068
Costello, Catherine ........................ ThP 224
Costello, Catherine ................... TOD am 08:50
Costello, Catherine ................... WOB am 10:10
Costello, Catherine ........................ WP 202
Côté, Anne-Marie ........................... WP 698
Cotham, Victoria ........................... TP 611
Cotton, Joanne ............................. MP 641
Couch, Melaine ............................. MP 365
Coughlin, Richard .......................... WP 614
Cougnaud, Lise ............................. MP 508
Coukos, George ............................. MP 596
Coulier, Leon .............................. WP 621
Courcelles, Mathieu ........................ WP 079
Courouble, Valentine ....................... ThP 674
Couzijn, Erik .......................... WOH pm 04:10
Covert, Kyle ............................... ThP 349
Covert, Kyle ............................... WP 477
Covert, Kyle . .............................. WP 788
Covey, Thomas .............................. MP 454
Covey, Thomas .............................. MP 464
Covey, Thomas ......................... TOD am 10:10
Covey, Thomas .............................. TP 487
Covey, Thomas ......................... WOD am 09:10
Covey, Thomas .............................. WP 238
Covey, Thomas .............................. WP 437
Covey, Tom ................................. WP 236
Cowley, M. ................................. TP 475
Cox, David ................................. MP 454
Cox, David ................................. WP 236
Cox, Holly ................................. ThP 660
Cox, James ................................. TP 532
Cox, James ................................. WP 323
Cox, James ................................. WP 788

Cox, Juergen ............................... TP 028
Cox, Juergen ............................... WP 492
Cox, Richard ............................... TP 270
Coy, Stephen .......................... WOF pm 02:30
Coyaud, Etienne ............................ WP 710
Cragg, Mark ................................ MP 691
Cragnolini, Tristan ........................ MP 049
Craig, Jeff ................................ MP 101
Craine, Ellenore ........................... WP 123
Craine, Ellenore ........................... WP 341
Cramer, Hugh ............................... WP 522
Cramer, Patrick ....................... ThOD pm 03:30
Cramer, Rainer ............................. ThP 417
Crane, Marie ............................... TP 435
Crane, Marie ............................... TP 438
Crathern, Susan ............................ WP 021
Crathern, Susan ............................ ThP 774
Craven, Caley ......................... MOA am 09:10
Craven, Randy .............................. MP 683
Crawford, Matthew .......................... TP 116
Crawford, Matthew ..................... WOD am 10:10
Crawford, Tiffany .......................... TP 529
Creaser, Colin ........................ WOA pm 03:10
Creech, Amanda ............................. TP 763
Creedon, Helen ............................. MP 707
Creery, Joseph ............................. ThP 403
Creery, Joseph ............................. TP 694
Creger, Stephen ............................ MP 338
Creissen, Alain ............................ ThP 245
Crellin, John .............................. WP 664
Crellin, John .............................. WP 665
Crenshaw, Michael ..................... MOB pm 04:10
Crepeau, Ronnie ............................ WP 405
Crescenzi, Carlo ........................... MP 592
Crescenzi, Carlo ........................... TP 176
Crescenzi, Carlo ........................... WP 104
Cressey, Lauren ........................... ThP 677
Cressman, Erik ............................. TP 397
Cressman, Erik ............................. TP 399
Criales, María ............................. ThP 408
Crichton, Edward ........................... TP 455
Crimmins, Bernard .......................... TP 713
Criscuolo, Angela .......................... ThP 684
Criscuolo, Angela .......................... TP 014
Crittenden, Christopher .................... MP 581
Crittenden, Christopher .................... ThP 609
Crizer, David ......................... ThOH am 08:50
Crizer, Katelyn ............................ WP 018
Crocker, Daniel ............................ MP 747
Croix, Claudette ........................... MP 535
Croley, Timothy ............................ MP 410
Crone, Catharina ........................... TP 014
Crone, Catharina ........................... WP 436
Cropek, Donald ............................. ThP 545
Cropley, Tyler ........................ ThOF pm 04:10
Cropley, Tyler ............................. ThP 316
Cropley, Tyler ............................. TP 278
Cross, Justin .............................. TP 540
Cross, Neil ................................ TP 348
Cross, Tzu-Wen ............................. TP 511
Crotty, Kelly .............................. TP 690
Crouse, Jeff ............................... TP 207
Crowley, Jan ............................... MP 286
Cruz, Megan ................................ TP 497
Cryar, Adam ................................ WP 682
Ctortecka, Claudia ......................... ThP 729
Ctortecka, Claudia .................... TOG pm 03:10
Cuadra-Rodriguez, Luis ..................... TP 261
Cuadra-Rodriguez, Luis ..................... WP 327
Cubero Montealegre, Luis ................... ThP 041
Cudjoe, Erasmus ............................ MP 186
Cudjoe, Erasmus ............................ WP 157
Cudjoe, Erasmus ............................ WP 160
Cudjoe, Erasmus ............................ WP 177
Cudjoe, Erasmus ............................ WP 302
Cuervo-Zanattaa, Daniel .................... MP 032
Cui, Can ................................... MP 238
Cui, Can ................................... MP 288
Cui, Chuanlong ............................. TP 641

Program code: M,T,W,Th = Day        O = Oral, P = Poster        Time or poster number

# INDEX OF AUTHORS

| | | |
|---|---|---|
| Cui, Feifei .................................... TP 593 | Dai, Yuqin .................................... TP 540 | D'Arienzo, Celia .............................. MP 544 |
| Cui, He .......................................... ThP 003 | Dai, Yuqin .................................... WP 598 | Dariy, Ekaterina ............................. MP 245 |
| Cui, Jiankun .................................. TP 125 | Dai, Zhengshan ............................ TP 189 | Dariy, Ekaterina ............................. MP 251 |
| Cui, Julia ............................ ThOH am 10:10 | Dal Bello, Federica ........................ WP 887 | Darst, Seth ........................ TOG am 08:30 |
| Cui, Li ............................................ TP 617 | Dale, Stephania ............................. TP 403 | Darula, Zsuzsanna ........................ WP 653 |
| Cui, Yusi ........................................ TP 050 | D'Alessandro, Angelo ........... TOD pm 04:10 | Darville, Lancia .............................. WP 111 |
| Cui, Yusi ........................................ WP 643 | Dalgard, Clifton ................... MOH am 09:50 | Darville-bowleg, Lancia ................. WP 593 |
| Cui, Yusi ........................................ WP 651 | Dalmia, Avinash ............................. WP 157 | Darzi, Ara ........................... WOE pm 02:50 |
| Cui, Yusi ........................................ WP 656 | Dalmia, Avinash ............................. MP 160 | Das, Debiprasanna ......................... TP 648 |
| Cui, Yuxiang ................................. ThP 611 | Dalsgaard, Petur ........................... TP 516 | Dasari, Surendra ................. MOF pm 02:50 |
| Culberson, Austin ......................... ThP 554 | Daly, Charlotte .............................. WP 730 | Dasari, Surendra ........................... WP 222 |
| Cullen, Jennifer ........................... ThP 113 | Daly, Steven .................... ThOB am 09:30 | D'Ascenzo, Luigi ........................... ThP 603 |
| Cumming, Alister ......................... WP 777 | Daly, Thomas ................................. TP 007 | Datar, Ajit ..................................... MP 185 |
| Cumpson, Peter .............................. MP 469 | Daly, Thomas ................... ThOE am 09:50 | Datar, Ajit ..................................... TP 175 |
| Cumpson, Peter ............... TOD am 09:30 | Daly, Thomas ................................. TP 007 | Datar, Ajit ..................................... TP 161 |
| Cunha, Julia .................................. MP 163 | Daly, Thomas ................................. TP 011 | Datar, Ajit ..................................... TP 595 |
| Cunha, Valnei ................................ TP 556 | Daly, Thomas ................................. TP 611 | Datar, Ajit ..................................... TP 746 |
| Cupp-Sutton, Kellye ....................... MP 299 | Damale, Shailesh ........................... TP 595 | Datwani, Sammy ............................. MP 452 |
| Cupp-Sutton, Kellye ........... TOD pm 02:50 | Damale, Shailesh ........................... TP 746 | Datwani, Sammy ............................. MP 464 |
| Cupp-Sutton, Kellye ....................... TP 729 | Damaraju, Madhuri ........................ TP 193 | Datwani, Sammy ............... ThOD am 08:30 |
| Cupp-Sutton, Kellye ....................... TP 733 | D'Amato, Alfonsina ....................... TP 023 | Dauly, Claire ................................. TP 647 |
| Curl, Peter ..................................... TP 063 | D'Amico, Cara ................................ TP 506 | Daurio, Natalie .............................. ThP 321 |
| Currie, Cameron ............................ ThP 527 | D'Amico, Daniela .......................... ThP 236 | Davenport, Neil .............................. WP 360 |
| Currier, Duane .............................. WP 235 | Dammer, Eric ................................. MP 012 | David, Alexandre ........................... ThP 608 |
| Curtis, Matthew ............................ MP 139 | Dammer, Eric ................................. MP 761 | David, Fred .................................... MP 377 |
| Curtis, Matthew ............................ MP 143 | Dammer, Eric ................................. TP 119 | Davidson, Jay ................................ MP 229 |
| Curtis, Matthew ............................ MP 189 | Dammer, Eric ................................. ThP 687 | Davidson, Michael ............. ThOC am 09:50 |
| Curtis, Matthew ............................ MP 320 | Dammer, Eric ................................. ThP 736 | Davidson, Shawn ............................ ThP 158 |
| Curtis, Matthew ............................ MP 167 | Dammer, Eric ................................. TP 576 | Davies, christopher ........................ TP 599 |
| Cutak, Ben ..................................... TP 016 | Dammer, Eric ................................. TP 778 | Davies, Geoff ................................. WP 159 |
| Cutak, Ben ..................................... TP 547 | Dammer, Eric ................................. WP 092 | Davies, Geoff ................................. WP 528 |
| Cuthbertson, Amy ................ ThOH am 08:30 | Dammer, Eric ................................. WP 677 | Davies, Geoff ................................. WP 787 |
| Cuthbertson, Amy ................ TOG pm 03:30 | Damoc, Eugen ................................ TP 002 | Davies, James ................... WOE am 08:30 |
| Cuthbertson, Amy ......................... TP 172 | Damoc, Eugen ................................ TP 014 | Davies, Michael ............................. ThP 685 |
| Cuthbertson, Daniel ....................... WP 266 | Damoc, Eugen ................................ TP 018 | Davies, Michael ............................. WP 675 |
| Cutillas, Pedro .............................. ThP 709 | Damoiseaux, Robert ............. TOD pm 02:50 | Davis, Cameron ................... TOE am 09:50 |
| Cutillas, Victor .............................. MP 180 | Damon, Deidre .............................. MP 065 | Davis, Cameron .............................. TP 142 |
| Cutler, Kyle .................................. ThP 403 | Damont, Annelaure ........................ MP 245 | Davis, Clay .................................... TP 739 |
| Cutler, Kyle .................................. TP 694 | Damont, Annelaure ........................ MP 581 | Davis, Eric .................................... ThP 040 |
| Cutler, Kyle .................................. WP 414 | Dan, Kisoon .................................. MP 696 | Davis, Haley ................................. WP 585 |
| Cuyckens, Filip .............................. MP 092 | Dan, Yu ........................................ TP 416 | Davis, Jamaine .............................. TP 772 |
| Cuypers, Bart ................................. TP 762 | Dane, John .................................... MP 313 | Davis, Jennifer ............................... MP 313 |
| Cvetichanin, Jelena ....................... ThP 621 | Dane, John .................................... WP 325 | Davis, Jennifer ............................... MP 329 |
| Cyprys, Philipp ................... ThOE pm 02:50 | Danehy, Ron .................................. WP 465 | Davis, Jennifer ............................... TP 234 |
| Cysewski, Dominik ......................... MP 302 | Danell, Ryan .................... MOG am 10:10 | Davis, Kevin .................................. TP 624 |
| Czaplewska, Paulina ....................... MP 759 | Danell, Ryan .................................. TP 442 | Davis, Kylie .................................. TP 126 |
| Czar, Martin ...................... ThOB am 09:50 | Danell, Ryan .................................. TP 443 | Davis, Rachel ................................ TP 192 |
| Czar, Martin .................................. TP 418 | Danell, Ryan M. .............................. TP 444 | Davis, Sara ................................... MP 208 |
| Czech, Hendryk .................. MOC pm 02:30 | Dang, Andy .................................... MP 270 | Davis, Trisha ................................. MP 044 |
| Czemper, Frank ................... WOH pm 04:10 | Dang, Kim ..................................... ThP 295 | Davis, Zachary ............................... MP 030 |
| D a b, Rex ...................................... TP 575 | Dang, Liuyi ................................... MP 191 | Davis, Jr., Don ............................... ThP 446 |
| D Gamage, Chamalee ..................... TP 609 | Dang, Thu-Thuy .................. TOB pm 02:30 | Davoli, Enrico ............................... WP 234 |
| Da, Qi ........................................... TP 428 | Dang, Thu-Thuy ............................. WP 165 | Dawdy, Andrew ................... TOG am 09:50 |
| Da Costa, Caitlyn ........................... WP 025 | Dang, Viet ..................................... MP 284 | Dayon, Loïc ................................... MP 690 |
| Da Costa, Caitlyn ........................... WP 494 | Dang, Viet ..................................... WP 531 | Dayot, Fanny ................................. MP 071 |
| da Silva, Ricardo ........................... ThP 198 | Dang, Xibei .................................... ThP 141 | Dayton, David ................................ MP 108 |
| da Silva, Ricardo ........................... WP 410 | Dang, Manohar .............................. WP 412 | Dé, Emanuelle ............................... ThP 384 |
| da Silva, Ricardo ........................... WP 413 | Dangelo, Gina ................................ ThP 437 | de Aquino Neto, Francisco ............ TP 316 |
| da Silva, Ricardo ........................... WP 430 | Daniel, Carmany ............................ MP 488 | De Boer, Gina ............................... ThP 742 |
| Dabaja, Mohamad .......................... ThP 126 | Daniels, Carly ..................... TOG am 09:50 | de Jesus, Janella ............................ ThP 347 |
| Dabrowska, Katarzyna ..................... MP 302 | Daniels, Jacob D. ............................ MP 514 | De Jesús, Víctor ............................ ThP 342 |
| D'Addona, Debora ......................... WP 280 | Danilenko, Uliana .......................... ThP 130 | De Jong, Ad ................................... ThP 004 |
| Dadke, Shrikrishna ........................ WP 189 | Dann, Geoffrey .............................. MP 167 | de Jong, Felice ............................... MP 575 |
| Dadlez, Michal ............................... MP 302 | Dann, Geoffrey .............................. ThP 598 | de Jong, Felice ............................... WP 576 |
| Dahl, Jeff ...................................... MP 209 | Dann, Geoffrey .............................. TP 329 | de Jong, Felice ............................... WP 600 |
| Dahl, Jeff ...................................... ThP 151 | Dannenberger, Dirk ........................ WP 265 | de Jong, Felice ............................... WP 603 |
| Dahl, Jeff ........................... MOA am 08:30 | Dannhorn, Andreas ......................... ThP 256 | De la Cruz, Abraham ....................... WP 453 |
| Dahlberg, Jeffery ........................... MP 634 | Dannhorn, Andreas ......................... WP 375 | De la Cruz Hernandez, Abraham ..... WP 462 |
| Dahms, Nancy ................................ MP 053 | Danquah, Bright ............................. ThP 620 | de la Torre, Xavier ......................... MP 217 |
| Dai, Jingling .................................. MP 022 | D'Antonio, Sue .............................. WP 167 | de Lacerda, Thalles Jocelino Gomes ... TP 674 |
| Dai, Lingyun ................................. ThP 625 | D'Antonio, Sue .............................. WP 173 | de Lange, Willem ........................... TP 776 |
| Dai, Lipeng ................................... TP 374 | Dapic, Irena ................................... MP 754 | De Leon, Christina .......................... TP 264 |
| Dai, Shengkun ............................... WP 350 | Darcy, Kathleen ................... MOH am 09:50 | De Lima Leite, aline ........................ WP 729 |
| Dai, Shujia .................................... WP 242 | Darcy, Kathleen .............................. MP 752 | De Long, Susan ............................. ThP 519 |
| Dai, Xiaoxia .................................. ThP 696 | Darcy, Kathleen .................. TOF pm 04:10 | De Luca, Thomas ........................... MP 510 |
| Dai, Yi-Feng ................................. ThP 415 | Darie, Costel ................................. ThP 531 | De Malsche, Wim ........................... ThP 563 |
| Dai, Yi-Feng ................................. TP 379 | Darie, Costel ................................. TP 712 | de Oliveira, Denilson ...................... MP 273 |
| Dai, Yuqin .................................... MP 105 | Darie, Costel ................................. TP 713 | de Oliveira, Diogo .......................... ThP 126 |
| Dai, Yuqin .................................... TP 539 | Darie, Costel ................................. WP 727 | de Oliveira, Hanna ......................... TP 263 |

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number



## INDEX OF AUTHORS

De Pauw, Edwin ............................MP 054
De Pauw, Edwin ............................MP 515
De Pauw, Edwin ............................MP 701
De Pauw, Edwin ............................ThP 735
De Pauw, Edwin ............................TP 381
De Pauw, Edwin ............................TP 389
De Pauw, Edwin ............................WP 479
De Saeger, Sarah ..........................ThP 497
De Silva, Imesha ..........................ThP 233
De Silva, Maleesha ........................MP 233
de Sousa, Denise ..........................ThP 012
De Winter, Julien .........................MP 627
De Winter, Julien .........................TP 499
De Winter, Julien .........................WP 490
Deal, Heather .............................TP 751
Dealvis, Chris ............................ThP 772
De-Alwis, Jd...............................WP 277
De-Alwis, Jd...............................WP 532
Dearden, David ............................TP 283
Dearden, David V. .........................TP 284
Dearden, David V. .........................TP 285
Dearden, David V. .........................TP 286
Dearden, David V. .........................TP 287
Dob, Debal ................................MP 626
Debart, Francoise .........................ThP 608
DeBenedetto, Christopher........TOD am 10:10
Debois, Delphine ..........................MP 515
DeBord, Daniel ............................ThP 314
DeBord, Daniel ............................WP 230
DeBord, Daniel ............................WP 251
DeBord, Daniel ............................WP 469
DeBord, John ..............................ThP 317
Debord, John ..............................WP 465
Debrauwer, Laurent ........................TP 654
Debrauwer, Laurent ........................WP 283
Debrauwer, Laurent ........................WP 770
Debski, Janusz ............................ThP 095
Decaestecker, Mark ........................TP 381
Decker, Jens ..............................ThP 089
Docker, Trevor ............................TP 452
Deckers, Markus ...........................MP 043
Decloedt, Anneleen ............WOG pm 02:30
Decroo, Corentin ..........................TP 499
Deda, Olga ................................TP 557
Dee, Stacy ................................TP 116
Daeke, Shelley ............................ThP 524
Deenamulla Kankanamalage, Achala ...ThP 362
DeFelice, Brian ...........................ThP 440
DeFelice, Brian ...........................WP 415
Defoort, Martial ...............ThOG pm 04:10
Defoort, Martial ..........................ThP 041
Degner, Amanda ............................MP 117
Degoutin, Stephanie .......................TP 377
Degroeve, Sven ............................MP 366
Degroeve, Sven ............................ThP 616
Dagterev, Maksim ..........................TP 614
DeHart, Caroline ..........................MP 778
DeHart, Caroline ..............WOC am 09:30
deHaseth, Noa..............................TP 498
DeHoog, Rachel ............................TP 110
DeHoog, Rachel ...............WOE pm 02:30
Dei Zotti, Flavia..........................MP 701
Deighan, W................MOH am 09:30
Deininger, Soeren-Oliver...................WP 373
Deininger, Sören-Oliver....................MP 340
Deininger, Sören-Oliver....................TP 392
Dekeyser, Josh ............................WP 114
del Mar Gómez-Ramos, María........MP 180
del Rincon, Sonia .........................MP 688
Delafield, Daniel .........................TP 503
Delafiori, Jeany ..........................TP 126
DeLaney, Kellen ...............ThOG am 09:50
Dolanghe, Bernard .........................MP 383
Delanghe, Bernard .........................MP 414
Delanghe, Bernard .........................MP 434
Delanghe, Bernard .............ThOC am 09:10
Delanghe, Bernard .........................WP 398
Delao, Jeremy .............................WP 789
Dele-Oni, Deborah .........................MP 169

Delmont, Tom ..............................MP 403
Delogu, Francesco .........................TP 435
Delogu, Francesco .........................TP 438
Demarais, Nicholas ........................WP 706
Demers, Sarah .............................TP 219
Demers, Sarah .............................WP 239
Demers, Sarah .............................WP 299
Demeter, Janos ............................WP 670
Demetrius, Anthony ........................ThP 234
Damianova, Zuzana ...............ThP 096
DeMichele, Marissa ........................TP 072
Demichev, Vadim ...........................ThP 107
Demichev, Vadim ...........................ThP 673
Demma, Mark ...............................ThP 321
Demmers, Jeroen ...........................MP 381
Demmers, Jeroen ...........................ThP 692
Demmers, Jeroen ...........................TP 643
Demond, Paul ..............................MP 488
Demond, Paul ..............................ThP 004
Demond, Paul ..............................ThP 535
Demond, Paul ..............................WP 584
Demoret, Bryce ............................WP 615
Denbigh, Laetitia .........................WP 626
Deng, Bin .................................WP 769
Deng, Gejing ..............................WP 242
Deng, Haiteng .............................ThP 746
Deng, Haiteng .............................ThP 060
Deng, Liting ..............................ThP 676
Deng, Liulin ..............................ThP 314
Deng, Liulin ..............................ThP 317
Deng, Liulin ..............................ThP 251
Deng, Liulin ..............................WP 465
Deng, Liulin ..............................WP 469
Deng, Weixian .............................WP 718
Deng, Wenbo ...............................TP 401
Deng, Yongqiong ...........................TP 419
Denison, Eduard ...............WOH pm 04:10
Denny, Christine ..........................ThP 434
Denslow, Nancy.............................ThP 178
Denslow, Nancy.............................WP 786
Denton, M...................MOG am 09:50
Denton, M..................................MP 485
Denton, Russell ...........................ThP 403
Denton, Russell ...........................TP 694
Denton, Russell ...........................WP 414
Deosch, Kristina ..........................TP 571
Deschamps, Estelle ........................ThP 384
Deshmukh, Lalit ...............TOD am 03:50
Deshpande, Rahul ..........................WP 555
Deshpande, Shrikant .......................WP 064
DeSilva, Imesha ...........................MP 102
Desmet, Gert ..............................ThP 563
Desmond, Durell ...........................WP 487
DeSpiegeleer, Margot ..........WOG pm 02:30
D'Esposito, Rebecca ...........ThOF pm 03:10
D'Esposito, Rebecca ...........TOF am 09:50
Desyaterik, Yury ..........................ThP 557
Deterding, Leesa ..........................WP 076
Dettman, Joshua ...............MOB pm 04:10
Deutsch, Eric .............................MP 417
Deutsch, Eric .............................MP 438
Deutsch, Eric .............................MP 439
Deutsch, Eric .............................WP 400
Devadiga, Navin ...........................TP 595
Devadiga, Navin ...........................TP 746
Devasurendra, Amila .......................MP 137
Devi, Rajlakshmi ..........................WP 268
DeVine, Lauren ............................TP 617

DeVito, Michael...............ThOH am 08:50
Dexter, Alex...............................MP 356
Dexter, Alex...............................MP 349
Dexter, Alex...................TOF pm 03:50
Dey, Amit .................................MP 704
Dey, Kaushik ..............................TP 688
Dey, Sudhansu .............................ThP 247
Dey, Sudhansu .............................TP 401
Deyanova, Ekaterina .......................MP 036
Deyanova, Ekaterina G......................TP 608
Deyarmin, Jared ...........................MP 747
Deyarmin, Jared ...........................ThP 651
Dhanda, Jaglar ................WOE pm 02:50
Dhingra, Sadhna ...........................ThP 235
Dhingra, Sadhna ...........................TP 112
Dhingra, Sadhna ...............WOE pm 02:30
Dhummakupt, Elizabeth......................MP 488
Dhummakupt, Elizabeth......................ThP 535
Dhummakupt, Elizabeth......................WP 584
Dhungana, Suraj............................ThP 328
Di Gianvincenzo, Fabiana...................TP 025
Di Ottavio, Francesca......................ThP 198
Di Poto, Cristina .........................WP 066
Di Stefano, Luciano........................MP 035
Diamond, Francis ..........................MP 205
Diana Di Mayungu, José.....................ThP 497
Diao, Xizheng..............................MP 351
Dias, Meriellen ...........................ThP 443
Dias, Meriellen ...........................TP 674
Dias, Meriellen ...........................TP 675
Diaz, Danielle ................TOD am 10:10
Diaz, Luis.................................ThP 408
Diaz Rubio, Maria Elena....................MP 516
Diaz-Fernandez, Paloma.........MOE pm 04:10
Diaz-Lobo, Mireia .........................WP 774
Diedrich, Jolene ..........................MP 783
Diedrich, Jolene ..........................WP 088
Diego, Bertaccini .........................TP 586
Dieke, Nnenna .............................ThP 419
Diepenbrock, Anna..........................WP 198
Diering, Abigail ..........................ThP 471
Dieters-Castator, Dylan ...................WP 076
Dietrich, Lars ................ThOB pm 03:10
Dietz, Christopher ........................ThP 698
Diffee, Gary...............................MP 772
Dijkstra, Tjeerd ..........................ThP 059
Dijkstra, Tjeerd ..............ThOA pm 02:50
Dikler, Sergei ............................MP 668
Dillard, Ashley ...........................MP 118
Dillen, Lieve .............................MP 092
Dillon, Michael ...........................WP 606
Dillon, Shannon ...........................ThP 720
Dillon, Thomas.................MOD pm 03:30
Dilworth, Richard .........................WP 004
Dimandja, Jean-Marie ......................TP 446
Dimandja, Jean-marie ......................WP 616
DiMartino, Joe ............................ThP 348
DiMartino, Shannon ........................TP 126
Dimitriu, Cristina ........................TP 104
Dimovska Nilsson, kelly....................ThP 517
Ding, Caroline ................WOG am 09:30
Ding, Hua .................................MP 710
Ding, Jian.....................WOD pm 03:30
Ding, Jie..................................ThP 763
Ding, Jie..................................WP 349
Ding, Jie..................................TP 757
Ding, Lang.................................MP 112
Ding, Xiaojie C. ..........................WP 378
Ding, Xiaojie C. ..........................TP 741
Ding, Xiaojie C. ..........................TP 756
Ding, Ying.................................MP 756
Ding, Yue-He...............................WP 426
Dinler Doganay, Gizem......................TP 342
Dionysiou, Dionysios.......................MP 114
DiPerna, Jim ..................MOF pm 03:10
Diplock, Matthew ..........................MP 149
Diplock, Matthew ..........................WP 540
Diplock, Matthew ..........................WP 541
D'Ippolito, Robert ........................TP 622

Program code: M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number



D'Ippolito, Robert ..................... TP 661
Dirice, Ercument .............. ThOG am 08:50
Dirico, Kenneth ........................ WP 238
Diskin, Sharon ................. TOD pm 03:30
Dispenzieri, Angela ................... WP 222
Distler, Ute ............................. TP 692
Dittmar, Andreas ...................... TP 594
Dittmar, Denise ....................... ThP 361
Dittmar, Gunnar ....................... WP 701
Dittwald, Piotr ........................ WP 383
Diwan, Mustansir ...................... MP 202
Diwan, Mustansir ...................... MP 554
Dixit, Sugyan ......................... ThP 305
Dixit, Sugyan ......................... ThP 319
Dixit, Sugyan ......................... TP 508
Dixit, Sugyan ......................... WP 491
Dixon, David .......................... MP 287
Dixon, David .......................... MP 288
Dixon, Roger .......................... TP 053
Dixon, Roger .......................... TP 056
Djambazova, Katerina .......... MOD am 10:10
Djambazova, Katerina ................. MP 355
Djavani-Tabrizi, Iden ................. MP 269
Djimatey, Ophelia .................... ThP 427
Djukovic, Ana ......................... TP 654
Do, Thanh ............................. MP 588
Do, Thanh ............................. ThP 286
do Nascimento, Claudio ................ TP 674
Doan, Mary .................... WOA am 09:50
Dobbs, Alexandra ...................... MP 254
Dobbs, Alexandra ...................... MP 255
Dobi, Albert .......................... ThP 113
Doble, Philip ......................... MP 149
Doble, Philip ......................... ThP 374
Doble, Philip ......................... TP 175
Doble, Philip ......................... WP 540
Doble, Philip ......................... WP 541
Dobson, Renwick ...................... ThP 197
Dockendorf, Marissa ................... MP 103
Dodds, Eric .......................... ThP 083
Dodds, Eric .......................... WP 198
Dodds, Eric .......................... WP 330
Dodds, Eric .......................... WP 579
Dodds, Eric .......................... WP 663
Dodds, James ................. MOE pm 03:30
Dodds, James .......................... MP 127
Dodds, James ......................... MP 357
Dodds, James ......................... TP 318
Doenges, Katrina ............. MOC pm 03:50
Doerig, Christian ..................... WP 673
Doerrier, Carolina .................... WP 559
Dogu, Eralp .......................... WP 388
Doi, Takefumi ......................... TP 372
Dojahn, Joerg ........................ MP 539
Dokholyan, Nikolay .................... MP 037
Dokholyan, Nikolay ............ ThOD pm 03:50
Dolios, Georgia ....................... MP 120
Dolios, Georgia ....................... MP 448
Doll, Nathan .......................... TP 456
Doll, Sophia .......................... TP 099
Dollinger, Gavin ...................... WP 064
Dologmandin, Mariel ................... WP 553
Domagalska, Malgorzata ................ TP 762
Domenick, Taylor ...................... WP 008
Domingo-Almenara, Xavier ..... MOA pm 02:50
Dominguez-Medina, Sergio ..... ThOG pm 04:10
Dominguez-Medina, Sergio ............ ThP 041
Dominguez-Vega, Elena ........ MOB am 08:50
Dominguez-Vega, Elena ................ TP 560
Dominiak, Barbara ..................... WP 100
Donadon, Matteo ...................... MP 234
Donald, William ...................... ThP 618
Doneanu, Angela ...................... WP 474
Doneanu, Catalin ..................... TP 612
Doneanu, Catalin ..................... WP 629
Donfack, Joseph ...................... MP 204
Dong, Chao ........................... MP 765
Dong, Chenglong ...................... TP 396
Dong, Huiyu ................... TOE pm 02:50

Dong, Jiangli ......................... TP 489
Dong, Jing ........................... ThP 043
Dong, Jing ........................... ThP 577
Dong, Jing ........................... ThP 589
Dong, Liang .......................... TP 206
Dong, Linlin ......................... WP 061
Dong, Meng-Qiu ...................... MP 426
Dong, Naiping ........................ MP 246
Dong, Qian .................. ThOC am 09:50
Dong, Qian ........................... WP 424
Dong, Shiyu .................. MOF am 09:50
Dong, Tao ............................ MP 528
Dong, Xue ............................ ThP 223
Dong, Xue ............................ WP 073
Dong, Xue ............................ WP 075
Dong, Xue ............................ WP 197
Dong, Xue ............................ WP 340
Dong, Xuejiao ........................ WP 554
Dong, Yuepan ......................... MP 755
Donkor, Kingsley ..................... MP 153
Donnaruma, Fabrizio .................. ThP 124
Donnaruma, Fabrizio .................. TP 266
Donnaruma, Fabrizio .................. TP 362
Donnaruma, Fabrizio .................. WP 518
Donnarumma, Fabrizio .......... MOG pm 03:10
Donnarumma, Fabrizio ................. MP 765
Donnarumma, Fabrizio ................. MP 765
Donnarumma, Fabrizio ................. ThP 413
Donnarumma, Fabrizio ................. WP 433
Donor, Micah ........................ ThP 644
Donoso Rivera, Maribel ............... ThP 236
Donovan, Michael ............. WOE pm 04:10
Doremalen, Neeltje ................... TP 649
Doria, Luisa ......................... ThP 459
Dorner, Brigitte ............. MOB pm 03:50
Doron, Gilad ......................... ThP 416
Doron, Gilad ......................... WP 014
Doroshenko, Vladimir M. .............. ThP 421
Doroshenko, Vladimir M. ............... TP 446
Dorrestein, Pieter .................... MP 440
Dorrestein, Pieter ........... ThOA am 10:10
Dorrestein, Pieter ................... ThP 198
Dorrestein, Pieter ................... ThP 529
Dorrestein, Pieter ........... TOB pm 04:10
Dorrestein, Pieter .................... TP 433
Dorrestein, Pieter ........... WOA am 09:10
Dorrestein, Pieter ................... WP 410
Dorrestein, Pieter ................... WP 413
Dorrestein, Pieter ................... WP 441
dos Santos, Nayara .................... TP 263
Dos Santos Seckler, Henrique ......... MP 024
Dou, Maowei .......................... TP 667
Dou, Maowei .................. WOC am 09:10
Doubleday, Peter ..................... TP 432
Douce, David ......................... TP 516
Douce, David ......................... WP 022
Douce, David ......................... WP 025
Doucette, Alan ....................... ThP 362
Doucette, Alan ....................... ThP 375
Doucette, Alan A. .................... MP 119
Douche, Thibault ..................... ThP 707
Doud, David .......................... WP 553
Douglas, Collin ...................... MP 524
Dour, Prashant ....................... MP 667
Douzi, Badreddine .................... MP 054
Dovichi, Norman ...................... ThP 711
Dovichi, Norman .............. TOG pm 02:30
Dowd, Sarah .......................... WP 156
Dowd, Sarah .......................... WP 285
Dowell, Griffin .............. ThOF pm 03:30
Dowling, Sarah ............... MOB pm 02:50
Downs, Melanie ............... MOC pm 02:50
Downs, Melanie ....................... TP 214
Downs, Melanie ....................... TP 224
Dowsey, Andrew ....................... MP 422
Dowsey, Andrew ....................... MP 436
Doyle, Matthew ...................... ThP 458
Drader, Jared ........................ TP 722
Drake, Richard ............... MOA am 09:10

Drake, Richard ....................... MP 337
Drake, Richard ....................... MP 749
Drake, Richard ....................... TP 375
Drake, Richard .............. WOB am 09:30
Drake, Richard ....................... WP 087
Drake, Richard R. .................... ThP 122
Drake, Richard R. .................... ThP 377
Draper, Benjamin ..................... WP 332
Draper, James ............... ThOC am 09:50
Dreisewerd, Klaus ............ MOD am 08:30
Dreisewerd, Klaus ............ MOG pm 04:10
Dreisewerd, Klaus .................... TP 363
Drel, Viktor ......................... TP 388
Drew, Brian .................. MOE am 10:10
Dreyer, Daniel ....................... MP 103
Dreyer, Mark ......................... WP 357
Driessen, Marc ............... MOB am 08:30
Driessen, Marc ....................... TP 709
Drinkwater, Giles .................... WP 682
Driskell, Jeremy ..................... MP 438
Driskell, Jeremy ............. WOC pm 03:30
Droit, Arnaud ........................ TP 647
Drolet, Robert ....................... TP 136
Drummond, Daryl ..................... ThP 137
Du, Chen ............................. ThP 137
Du, Min .............................. MP 672
Du, Shoucheng ....................... TP 332
Du, Wei .............................. TP 188
Du, Xiuxia ........................... WP 431
Du, Yanyan ........................... WP 078
Du Prez, Filip ....................... MP 630
Duan, Jiana .......................... WP 350
Duan, Xiaokun ........................ ThP 003
Duan, Xiaokun ........................ ThP 014
Duan, Xiaokun ........................ WP 016
Duan, Xiaokun ........................ WP 016
Duan, Xiaokun ........................ ThP 023
Duan, Xiaokun ........................ WP 023
Duan, Xiaokun ........................ WP 023
Duan, Xiaokun ........................ WP 027
Duan, Xiaokun ........................ WP 028
Duan, Xiaotao ........................ MP 699
Dubbelman, Anne-Charlotte ............ MP 092
Dube, simiso ......................... TP 208
Dube, Simiso ......................... WP 308
Dubois, Christelle ................... TP 095
DuBois, Jennifer ..................... TP 334
Dubuke, Michelle ............. MOH am 09:10
Ducas, John .......................... WP 570
Ducas, Robin ......................... WP 570
Duchoslav, Eva ....................... TP 749
Duchoslav, Eva ....................... WP 419
Duchoslav, Eva ....................... WP 631
Duckett, Catherine ................... ThP 172
Duczak, Nichoals ..................... MP 094
Duez, Quentin ........................ MP 627
Duez, Quentin ........................ WP 490
Dufield, Dawn ........................ MP 001
Dufour, Antony ....................... MP 110
Dufresne, Craig ...................... MP 683
Dufresne, Craig ...................... WP 566
Dufresne, Martin ............. MOE am 09:30
Dufresne, Martin ..................... MP 335
Dufresne, Martin ..................... TP 382
Dugan, Liam .......................... TP 477
Dugo, Paola .......................... MP 160
Dührkop, Kai ......................... WP 408
Dujardin, Jean-Claude ................ TP 762
Duke, Lumi ........................... MP 006
Dulaurent, Sylvain ................... TP 100
Dumas, Kathleen ...................... ThP 104
Dumas, Pierre ........................ MP 143
Dumbraveanu, Cristiana ............... WP 727
Duncan, Kyle ................. MOE pm 03:10
Duncan, Kyle ......................... TP 401
Duncan, Kyle ................. WOD am 09:30
Duncan, R. ........................... ThP 233
Duncan, Robin ........................ MP 541
Dunham, Sage ......................... WP 175
Dunham, Sage ......................... WP 322
Dunham, Sage ......................... WP 323

Program code: M,T,W,Th = Day        O = Oral, P = Poster        Time or poster number

Dunham, Sean .................................ThP 700
Dunk, Paul .......................................ThP 541
Dunkley, Tom .................................WP 386
Dunlap, Paul ........................ThOH am 08:50
Dunlop, Anne ..................................WP 551
Dunning, Caitlin ...............................MP 655
Dunning, Caitlin ...............................ThP 388
Duong, Chinh ..................... ThOB am 08:30
Duong, Duc .....................................MP 012
Duong, Duc .....................................MP 022
Duong, Duc .....................................MP 750
Duong, Duc .....................................ThP 119
Duong, Duc .....................................ThP 687
Duong, Duc .....................................ThP 736
Duong, Duc ......................................TP 576
Duong, Duc ......................................TP 778
Duong, Duc .....................................WP 092
Duong, Duc .....................................WP 646
Duong, Karen ..................................ThP 374
Duponchel, Ludovic ............. TOH pm 02:30
Dupont, Chris ..................................MP 403
Dupont, Chris ..................................MP 421
Dupont, Chris ...................................TP 766
Dupré, Mathieu ................................MP 775
Dupré, Mathieu ................................WP 649
Dupree, Emmalyn ..............................ThP 531
Dupree, Emmalyn ..............................ThP 713
Dupuis, Jean-Francois ........................TP 596
Durbin, Kenneth ...............................MP 777
Durbin, Kenneth .................................TP 461
Durbin, Kenneth .................................TP 725
Durbin, Kenneth ..................... WOH am 10:10
Duren, William ..................................WP 409
Durette, Chantal ...............................MP 079
Durisek, George .................................TP 491
Durnal, Evan .....................................TP 456
Durnell, Christopher ...........................TP 560
Durrant, Tom ......................... MOC am 08:50
Dury, Alain .......................................ThP 159
Duselis, Elizabeth ..............................TP 622
Dutta, Krishna ..................................WP 288
Dutton, Rachel ..................................ThP 198
Dweikat, Ismail .................................MP 619
Dyakov, Yuri .....................................ThP 304
Dybkov, Olexandr ...............................TP 634
Dyck, Roland .....................................ThP 120
Dyer, Jacqueline ...............................WP 372
Dyer, Jolon ......................................ThP 197
Dyer, Jolon ........................................ThP 715
Dykes, Janet .....................................WP 352
Dykhuizen, Emily ...............................ThP 634
Dykstra, Andrew ................................MP 671
Dykstra, Andrew .................................TP 625
Dyson, Barry .....................................WP 626
Dyson-Loewen, Evan ...........................WP 570
Dziedzic, Jennifer ..............................WP 003
Dziekonski, Eric .................................MP 784
E. Heinlen, Jonathan ...........................TP 495
Eakins, Gregory .................................MP 487
Eakins, Gregory .................... ThOG pm 03:30
Earl, Ashlee .....................................MP 061
Earley, Lee ......................................WP 452
Early, Bryan ......................................MP 779
Early, Bryan ......................................TP 461
Early, Bryan ......................... WOH am 10:10
Early, Bryan ......................................WP 222
Early, Kate .......................................MP 524
Early, Lee ............................ ThOG pm 03:10
Early, Lee ..........................................TP 001
Easterling, Michael ............................TP 150
Easterly, Caleb ....................... ThOA pm 03:30
Easterly, Caleb ..................................TP 435
Eaton, Andrew ...................................TP 160
Ebendorff-Heidepriem, Heike ...............MP 450
Eberle, Jessica ...................................TP 395
Eberlin, Livia ....................................ThP 390
Eberlin, Livia ....................... TOE pm 03:30
Eberlin, Livia .....................................TP 110
Eberlin, Livia .....................................TP 112

Eberlin, Livia ........................ WOE pm 02:30
Eberlin, Livia .....................................WP 226
Eberlin, Livia .....................................WP 364
Eberlin, Livia .....................................MP 506
Eberlin, Livia ....................... ThOF am 09:50
Eberlin, Livia .....................................ThP 235
Eberlin, Livia ........................ WOG pm 03:10
Eberlin, Marcos ..................................TP 556
Ebmeier, Christopher ............. TOD pm 04:10
Eckels, Josh .....................................MP 430
Eckels, Josh .....................................MP 431
Eckels, Josh .....................................MP 441
Eckels, Josh .....................................ThP 265
Eckenrode, Brian ................................MP 204
Economou, Anastassios ........................TP 328
Edenhofer, Marie-Luise ........................ThP 379
Edenhofer, Marie-Luise ........................WP 559
Edfors, Fredrik ...................................ThP 103
Edgeworth, Matthew ............................WP 483
Edgington, Alan ................................MP 159
Edgington, Alan ................................WP 528
Edgington, Alan ..................................ThP 217
Edington, Sean ....................... ThOB am 08:30
Edison, Arthur ...................................MP 323
Edison, Arthur ...................................MP 566
Edison, Arthur ...................................ThP 232
Edison, Arthur ...................................ThP 440
Edmondson, Ricky ...............................ThP 741
Edward, Deepak ................................MP 683
Edwards, Alexis .................................MP 306
Edwards, Amanda ..............................WP 077
Edwards, Giles ..................................WP 468
Edwards, Halle ..................................ThP 190
Edwards, Madison .............................MP 510
Edwards, Nathan ................... ThOA pm 03:50
Edwards, Nathan ................................ThP 217
Edwardsen, Jonathan ..........................ThP 560
Egan, Kathleen ..................................WP 593
Egbert, Robert ..................................ThP 150
Egert, Angela ..................................MP 738
Egertson, Jarrett ................................ThP 265
Egri, Shawn .....................................MP 103
Ehlert, Sven ........................... MOC pm 02:30
Ehlert, Sven ......................................WP 155
Ehrlich, Hans-Christian .......... MOA pm 02:30
Ehrlich, Hans-Christian .......................MP 383
Ehrlich, Hans-Christian .......... ThOC am 09:10
Ehrlich, Hans-Christian .......... TOA pm 02:50
Ehrlich, Hans-Christian .......................WP 398
Eiceman, Gary ...................................ThP 308
Eiceman, Gary ...................................ThP 320
Eichman, Chad ..................................MP 656
Eichner, Daniel ..................................ThP 660
Eikel, Daniel ......................... TOA am 08:30
Eikel, Daniel .....................................WP 297
Eintracht, Shaun ...............................ThP 438
Eisenacher, Martin ............................MP 438
Eiser, Maximilian ................... TOE pm 02:30
Ekelöf, Måns .....................................MP 121
Ekelöf, Måns .....................................MP 357
Ekelöf, Måns .....................................MP 358
Ekelöf, Måns .....................................MP 359
Ekelöf, Måns .....................................MP 617
Ekelöf, Måns .....................................ThP 259
Ekelöf, Måns ......................................TP 394
Ekman, Drew ...................................ThP 508
Ekman, Drew ......................................TP 164
Ekman, Drew ......................................TP 554
Ekpenyong, Oscar ..............................TP 103
Ekroos, Kim .....................................MP 532
El Abiad, Yasin .................................WP 411
El Balkhi, Souleiman ...........................TP 100
El Said, Kathleen ..............................MP 200
El-Aneed, Anas ....................... MOF pm 02:30
El-Aneed, Anas .................................MP 531
El-Aneed, Anas ..................................ThP 776
El-Aneed, Anas ..................................WP 599
El-Baba, Tarick ..................................MP 468
El-Baba, Tarick ...................... ThOE am 09:10

El-Baba, Tarick ..................... ThOF pm 02:50
El-Baba, Tarick ..................................ThP 627
El-Baba, Tarick ..................... TOC am 09:50
Elder, George .....................................ThP 709
Eldred, Donald ..................................MP 631
Eleftheriadis, Nikolaos .........................TP 328
Elessawy, Fatma ...............................WP 599
Ella, Efstathios ..................................MP 336
Ella, Efstathios ..................... TOF pm 03:50
Elias, Jenan ......................................TP 743
Elias, Joshua ....................................MP 050
Elias, Joshua ....................................WP 147
Elicone, Christopher ............................TP 533
Elie, Nicolas .....................................WP 421
Eliferov, Vasily ..................................MP 333
Eliferov, Vasily .................................MP 523
Eliferov, Vasily ....................... ThO pm 03:50
Eliferov, Vasily ..................................MP 346
Elinger, Dalia ....................................TP 724
Eliuk, Shannon ..................................TP 573
Eliuk, Shannon ..................................TP 579
Eliuk, Shannon ..................................WP 070
Eliuk, Shannon ..................................WP 700
El-Kased, Reham ...............................TP 620
Ellacott, Sean ........................ WOH am 08:50
Ellenberger, Mathew ...........................WP 589
Elliot, Kathryn ...................................ThP 558
Elliott, Andrew ...................................TP 470
Elliott, Monica ...................... WOD pm 04:10
Elliott, Noelle ...................................MP 316
Elliott, Susan ........................ MOD pm 03:10
Ellis, Berkley ....................................ThP 580
Ellis, Shane ........................... MOE am 09:10
Ellis, Shane .....................................MP 344
Ellisor, Debra ....................................MP 739
Elmore, Zachary ....................... ThOA am 10:10
Elschenbroich, Sarah ...........................TP 780
Elzek, Mohamed ..................................TP 418
Emanjomeh, Ali ................................MP 314
Ember, Stuart ...................................MP 647
Emerson, David ..................................TP 297
Emery, David ....................................ThP 320
Emmons, Caleb .................................ThP 538
Emmons, Caleb ..................................MP 395
Emmott, Edward ...............................ThP 722
Emory, Joshua ..................................MP 664
Emory, Joshua ..................................TP 252
Enders, Jeffrey ..................................MP 743
Enders, Jeffrey ..................................TP 046
Endo, Takeshi ...................................TP 459
Eng, Jimmy .....................................MP 044
Eng, Jimmy .....................................MP 417
Eng, Jimmy .....................................MP 438
Engbrecht, Kristin ..............................MP 624
Engel, Marc E. .....................................TP 213
Engelman, Corinne ............................WP 105
Engelsman, Anton ..............................TP 110
Engelward, Bevin ..............................WP 830
Engen, John ......................................ThP 285
Engen, John ........................... TOF am 08:50
Engen, John .......................................TP 332
Engineer, Darshan .............................ThP 142
English, Michelle ...............................MP 614
English, Michelle ...............................MP 673
English, Michelle ...............................MP 782
English, Michelle ...............................TP 617
English, Robert ..................................MP 711
English, Robert ..................................ThP 430
English, Robert ...................................TP 252
Engstrom, Hampus ..............................TP 129
Enjalbert, Quentin ..............................TP 747
Eno, Nathan ....................................MP 143
Enomoto, Hirofumi ..............................TP 359
Entova, Sonya ...................................MP 669
Entwistle, Andrew .................. WOC am 08:50
Eparvier, Véronique ............................ThP 534
Epp, Sascha ......................................TP 689
Eppe, Gauthier ..................................MP 515
Eppe, Gauthier ..................................MP 701

Program code: M,T,W,Th = Day        O = Oral, P = Poster        Time or poster number

Eppe, Gauthier ....................................ThP 735
Eppe, Gauthier ....................................TP 361
Eppe, Gauthier ....................................TP 389
Epperly, Michael ..................................MP 535
Erazo Castillo, Kevin ...........................MP 103
Erber, Luke ........................................MP 730
Erber, Luke ........................................TP 569
Erdmann-Gilmore, Petra .......................TP 091
Erdogdu, Duygu ..................................ThP 297
Erdogdu, Duygu ..................................ThP 299
Erdogdu, Duygu ..................................TP 521
Eren, A. Murat .....................................MP 403
Erfanzadeh, Mohsen ............................ThP 698
Erickson, Alison ..................................MP 600
Erickson, Alison ..................................WP 735
Erickson, Brian ...................................MP 600
Erickson, Brian ...................................TP 710
Erickson, Brian ...................................WP 735
Erickson, Mercede ..............................ThP 251
Erickson, Robin ..................................ThP 120
Eriksson, Johan ..................................MP 117
Eriksson, Johan ..................................WP 777
Eris, Tamer ........................................MP 651
Ermakov, Grigori .................................ThP 141
Ernst, Madeleine .................................WP 430
Ernst, Robert ......................................MOE am 09:10
Ernst, Robert ......................................ThOB pm 02:30
Ernst, Robert ......................................ThP 520
Ernst, Robert ......................................ThP 540
Ernst, Troy .........................................MP 211
Errabelli, Ramu ...................................ThP 568
Errarte, Peio .......................................WP 071
Ervin, Jabbarrius .................................ThP 412
Erzberger, Jan ....................................ThOE am 10:10
Escher, Claudia ...................................MP 709
Escher, Claudia ...................................ThP 268
Eschrich, Steven .................................WP 605
Eschweiler, Joseph .............................ThOD am 09:30
Escobar, Edwin ...................................WP 642
Escola, Anna ......................................MP 097
Esfandiary, Reza .................................MP 292
Eshghi, Azad ......................................WOD am 04:10
Eskonzai, Nicolas ................................ThP 427
Eskonzai, Nicolas ................................WP 667
Espino, Jessica ...................................WP 130
Esser, Karyn .......................................MP 524
Eugenin, Eliseo ...................................ThP 236
Eugenin, Eliseo ...................................MP 242
Evans, Anne ......................................ThP 458
Evans, Anne ......................................TP 738
Evans, Charles ...................................MP 573
Evans, Philip ......................................MP 226
Evans-Nguyen, Kenyon .......................ThP 055
Evans-Nguyen, Theresa .......................MP 470
Evans-Nguyen, Theresa .......................TP 249
Evans-Nguyen, Theresa .......................TP 336
Evans-Nguyen, Theresa .......................TP 520
Evans-Nguyen, Theresa .......................TP 523
Evans-Nguyen, Theresa .......................WP 005
Everett, James ...................................TOC am 09:10
Everley, Robert ...................................ThP 728
Evers, Waltraud ..................................MP 675
Evers, Waltraud ..................................TOC pm 04:10
Evers, Waltraud ..................................WP 683
Evich, Marina .....................................TP 164
Evich, Marina .....................................TP 554
Ewart, Susan ......................................WP 601
Eyers, Claire ......................................ThOC am 08:30
Eynard, Thierry ...................................TP 652
Eynard, Thierry ...................................TP 699
Eyre, Jason .......................................MP 210
Eyres, Graham ...................................ThP 196
Eysberg, Martin ..................................MP 568
Eysberg, Martin ..................................WOB pm 04:10
Faber, Scott .......................................MP 028
Faber, Scott .......................................MP 118
Fabijanczuk, Kimberly ..........................ThP 062
Fabozzi, Giulia ...................................ThP 231
Fabris, Daniele ...................................ThOF pm 03:10

Fabris, Daniele ...................................TOF am 09:50
Fabris, Daniele ...................................TOH am 09:10
Fabris, Daniele ...................................TP 137
Fabris, Daniele ...................................WOA am 08:50
Factor, Jakub .....................................MP 707
Faden, Geoffrey ..................................TP 105
Fadeyi, Niyi .......................................TP 690
Fadl, Salem ......................................WOE pm 04:10
Fagerquist, Clifton K. ...........................ThP 536
Fahy, Eoin ........................................TP 567
Fairlie, David .....................................MP 275
Faivre, Danielle ..................................ThP 647
Faktor, Jakub .....................................MP 579
Faktor, Jakub .....................................MP 754
Faktor, Jakub .....................................ThP 134
Faleh, Ahmed .....................................MP 267
Falk, Torsten ......................................WP 676
Falkenberg, Heiner ..............................TP 594
Falkenstein, Matthew ...........................MP 158
Fall, Tove .........................................ThP 509
Fallon, Timothy ..................................WP 431
Falter-Braun, Pascal ...........................ThOE pm 02:50
Fälth-Savitski, Maria ............................TP 707
Famiglini, Giorgio ................................ThP 553
Famiglini, Giorgio ................................TP 482
Fan, Jia ...........................................MP 122
Fan, Jinglin .......................................WP 455
Fan, Jun ..........................................MP 197
Fan, Jun ..........................................TP 304
Fan, Jun ..........................................MP 326
Fan, Kai-ting .....................................MP 606
Fan, Liang-Chun ................................TP 466
Fan, Sheng-Bo ...................................MP 426
Fan, Sili ..........................................WP 415
Fan, Teresa ......................................ThP 330
Fan, Xiaorui ......................................WP 680
Fan, Xinghua .....................................TP 307
Fan, Ziling ........................................TP 440
Fandino, Anabel .................................WP 444
Fang, Bin ........................................ThP 723
Fang, Bin ........................................TP 570
Fang, Bin ........................................WP 111
Fang, Bin ........................................WP 605
Fang, Huaying ...................................TP 439
Fang, Huaying ...................................TP 686
Fang, Mengxuan .................................WP 150
Fang, Mulin ......................................MP 299
Fang, Pan .........................................MP 654
Fang, Run-Qian ..................................MP 426
Fang, Tzu-Sheng ................................TP 211
Fang, Tzu-Sheng ................................TP 218
Fang, Zixiang ....................................MP 057
Fangmeyer, Jens ................................ThP 279
Fangmeyer, Jens ................................TP 511
Fannin, Neil ......................................ThP 583
Fansler, Sarah ...................................WP 622
Fantin, Sarah ....................................TP 277
Fantom, Ken ......................................WP 145
Far, Johann ......................................MP 515
Far, Johann ......................................TP 361
Far, Johann ......................................TP 479
Farcy, Benjamin .................................ThP 171
Farmer, Andrew .................................WP 035
Farmer, Patrick ..................................TP 147
Farmer, Patrick ..................................TP 154
Farnsworth, Charles ............................TP 630
Farnsworth, Charles ............................WP 662
Farnsworth, Charles ............................MP 720
Farnsworth, Paul ................................ThP 174
Farnsworth, Paul ................................ThP 251
Farzan, Tina .....................................TP 284
Farzan, Tina .....................................TP 285
Farzan, Tina .....................................TP 286
Farzan, Tina .....................................TP 287
Fasciotti, Maíra ..................................TP 556
Fatigante, William ...............................MP 223
Fatigante, William ...............................MP 224
Fatigante, William ...............................WOC pm 03:30

Fatou, Benoit ....................................WOE pm 03:10
Fauli, Kym ........................................ThP 710
Fauli, Kym ........................................TP 771
Fauli, Kym ........................................TP 424
Fauli, Kym ........................................WP 113
Faustino, Patrick ................................WP 443
Faustino, Patrick ................................WP 476
Fauty, Scott ......................................TP 365
Fay, Dominik .....................................ThOA am 09:30
Fazelinia, Hossein ..............................MP 710
Fazzio, Thomas ..................................MP 726
Fedick, Patrick ..................................ThP 002
Fedick, Patrick ..................................WP 773
Fedorov, Andrei .................................ThP 034
Fedorov, Andrei .................................ThP 550
Fedorov, Andrei .................................ThP 554
Fedorov, Andrei .................................WP 441
Fedorova, Yana ..................................TP 133
Feener, Troy ......................................TP 657
Feider, Clara .....................................MP 506
Feider, Clara .....................................ThOF am 09:50
Feider, Clara .....................................ThP 390
Feider, Clara .....................................WOE pm 02:30
Feit, Stefan ......................................WP 461
Feild, Brian .......................................MP 664
Feild, Brian .......................................TP 452
Feinstein, Douglas ..............................MP 074
Fel, Anna ........................................MP 759
Felder, Robin ....................................ThP 657
Feldmann, Ingo ..................................TP 758
Fell, Lorne .......................................ThP 199
Fell, Lorne .......................................TOH pm 03:10
Fell, Lorne .......................................TP 308
Fell, Lorne .......................................WP 166
Fell, Lorne .......................................WP 310
Fell, Lorne .......................................WP 315
Fellers, Ryan .....................................MP 248
Fellers, Ryan .....................................MP 375
Fellers, Ryan .....................................MP 777
Fellers, Ryan .....................................MP 779
Fellers, Ryan .....................................TOC pm 02:30
Fellers, Ryan .....................................TP 725
Fellers, Ryan .....................................WOC am 08:30
Fellers, Ryan .....................................WP ...
Fenaille, François ...............................MOB pm 03:50
Fenaille, François ...............................MP 245
Fenaille, François ...............................MP 251
Fenaille, François ...............................TP 095
Fenaille, François ...............................WP 107
Fenaille, François ...............................WP 581
Feng, Chengcheng .............................ThP 756
Feng, Chengcheng .............................TP 750
Feng, Erlu ........................................MP 257
Feng, Feng .......................................ThP 075
Feng, Feng .......................................TP 232
Feng, Jin .........................................ThP 732
Feng, Xiaohui ....................................ThP 879
Feng, Xiaohui ....................................ThP 691
Feng, Yixuan .....................................ThP 014
Feng, Yu .........................................ThP 385
Feng, Yu .........................................TP 358
Feng, Yu .........................................WP 181
Feng, Yu .........................................WP 194
Feng, Zixuan .....................................TP 285
Fenselau, Catherine ............................TP 726
Fenstermacher, David .........................MP 388
Fenyo, David .....................................TP 253
Ferey, Justine ...................................WP 475
Ferguson, P. Lee ................................MP 534
Ferguson, Stephen ..............................ThOH am 08:50
Fernandes, Fiona ...............................ThP 437
Fernandes, Maria ...............................MP 541
Fernandez, Facundo ............................MP 323
Fernandez, Facundo ............................MP 332
Fernandez, Facundo ............................MP 458
Fernandez, Facundo ............................ThP 274
Fernandez, Facundo ............................ThP 412
Fernandez, Facundo ............................ThP 416
Fernandez, Facundo ............................ThP 480



## INDEX OF AUTHORS

Fernandez, Facundo..................WP 014
Fernandez, Facundo..................WP 493
Fernandez, Facundo..................WP 549
Fernandez, Jose.......................MP 347
Fernandez, Jose.......................ThP 229
Fernandez, Roberto...................WP 071
Fernandez, Roberto...................WP 071
Fernández, José.......................WP 368
Fernandez, Jose Andrés..............WP 071
Fernandez Lima, Francisco...........WP 470
Fernandez Ocana, Mireia.............MP 017
Fernandez Ocana, Mireia.............WP 121
Fernández-Alba, Amadeo..............MP 180
Fernández-Alba, Amadeo..............MP 182
Fernández-Gutiérrez, Alberto........ThP 201
Fernández-Gutiérrez, Alberto........WP 261
Fernandez-Lima, Francisco...........MP 768
Fernandez-Lima, Francisco...........ThP 281
Fernandez-Lima, Francisco...........ThP 283
Fernandez-Lima, Francisco...........ThP 295
Fernandez-Lima, Francisco...........ThP 315
Fernandez-Lima, Francisco...........TP 135
Fernandez-Lima, Francisco...........TP 174
Fernandez-Lima, Francisco...........TP 498
Fernandez-Lima, Francisco...........TP 504
Fernandez-Lima, Francisco...........WOF pm 03:30
Fernandez-Lima, Francisco...........WP 003
Fernandez-Lima, Francisco...........WP 496
Fernandez-Lima, Francisco...........WP 500
Fernandez-Metzler, Carmen...........MP 021
Fernandez-Metzler, Carmen...........ThP 774
Fernando, Gayani.....................TP 071
Fernando, Reshan......................WP 752
Ferrari, Giulio.......................ThP 125
Ferrati, Silvia.......................WP 240
Ferreira, Christina...................MP 510
Ferreira, Christina...................MP 617
Ferreira, Rebecca....................WP 121
Ferrer, Anaïs.........................TOH am 08:30
Ferrer, Imma..........................MP 157
Ferrey, Mark..........................WOE am 09:30
Ferry, John...........................MP 131
Feuerstein, Max.......................WOH pm 02:50
Feuerstein, Max.......................WP 617
Feuillastre, Sophie...................WP 581
Fialkov, Alexander....................TOB pm 03:30
Fialkov, Alexander....................TP 300
Fialkov, Alexander....................TP 474
Fialkov, Alexander....................WP 001
Fialkov, Alexander....................WP 306
Ficner, Ralf..........................ThOD pm 03:30
Fidder, Alex..........................ThP 004
Fiddyment, Sarah.....................TP 032
Fiehn, Oliver.........................MP 511
Fiehn, Oliver.........................MP 527
Fiehn, Oliver.........................ThP 440
Fiehn, Oliver.........................WP 415
Fiehn, Oliver.........................WP 586
Field, Brian..........................MP 580
Fields, Gregg.........................MP 753
Fielitz, Davor........................MP 099
Figard, Benjamin......................MP 204
Figard, Benjamin......................TP 252
Figeys, Daniel........................MP 372
Figeys, Daniel........................ThP 524
Figueroa, Dominique..................ThP 181
Figueroa, Dominique..................WP 370
Filip, Szymon.........................TP 045
Filipenko, Artem......................MP 261
Fillmore, Thomas......................ThP 113
Fillmore, Thomas......................WP 097
Fillmore, Thomas L....................ThP 701
Fincher, Jarod........................WP 372
Finck, Brian..........................ThP 468
Finck, Rachel.........................ThP 261
Fine, Dennis..........................ThP 464
Finlay, Brett.........................TP 651
Finn, Jessica.........................ThP 261
Firek, Brian..........................TP 761

Fisch, Sandrine.......................TP 588
Fischer, Caleb........................ThP 580
Fischer, Jesse........................WP 723
Fischer, Ronan........................TP 687
Fischer, Steven.......................TP 540
Fischer, Steven.......................TP 564
Fisher, Caleb.........................WP 300
Fisher, Carolyn.......................MP 112
Fisher, Gary..........................MP 740
Fisher, Gregory.......................ThP 263
Fisher, Matthew.......................MP 743
Fisher, William.......................TP 112
Fisher, William.......................WOE pm 02:30
Fisher-Wellman, Kelsey...............ThOC am 09:50
Fitchett, Jonathan....................MP 294
Fitzgerald, Amanda....................MP 429
Fitzgerald, Michael C.................TOF am 08:30
Fitzgerald, Patrick...................WP 596
FitzGibbon, Molly.....................WOA am 08:50
Fjeldsted, John.......................MOD pm 04:10
Fjeldsted, John.......................MOF am 10:10
Fjeldsted, John.......................MP 127
Fjeldsted, John.......................MP 338
Fjeldsted, John.......................MP 423
Fjeldsted, John.......................ThP 398
Fjeldsted, John.......................WOF am 09:10
Fjeldsted, John.......................WOH pm 02:50
Fjeldsted, John.......................WP 491
Fjeldsted, John.......................WP 617
Flad, Thomas..........................TP 594
Flament, Stéphanie....................TP 033
Flanagan, Kieran......................WP 468
Flannery, Connor......................ThP 344
Flarakos, Jimmy.......................TOD am 10:10
Flasch, Mira..........................MP 325
Flasch, Mira..........................TP 535
Fleischauer, Markus..................WP 408
Fleischmann, Bernd...................MP 738
Fleishman, Sarel......................ThP 621
Fleming, Ronan........................WP 574
Fleming, Steven.......................ThP 576
Flenniken, Ann........................TP 758
Flenniken, Ann........................TP 775
Fletcher, Brenda......................WP 752
Fletcher, Carl........................WP 360
Fletcher, Courtney...................ThP 760
Fletcher, John........................ThP 517
Fletcher, Tyler.......................MOB am 09:50
Fletcher, Tyler.......................TP 581
Flick, Tawnya.........................MP 671
Flinders, Colin.......................TP 466
Flint, Lucy...........................TP 348
Flora, Amarjeet.......................MP 601
Flora, Amarjeet.......................WP 742
Flora, Amarjeet.......................WP 744
Flower, Cameron.......................TP 579
Floyd, Adam...........................WP 163
Focant, Jean-François................TOB pm 03:50
Focant, Jean-François................WOA pm 03:30
Fochi, Igor...........................ThP 484
Focsa, Cristian.......................WOE pm 03:10
Fogarty, Melissa......................MP 205
Fogarty, Mellissa....................TP 243
Fogerty, Meghan.......................MP 201
Fogh, Jens............................WP 107
Fogliatti, Timothy...................ThP 561
Foglová, Tereza.......................WP 750
Fogo, Agnes...........................TP 381
Fogwill, Michael......................WP 474
Fokar, mohamed........................WP 580
Foley, Timothy........................MP 464
Fomsgaard, Inge.......................ThP 587
Fondrie, William......................MP 394
Fongen, Monica........................ThP 506
Fonseca, Juliana......................MP 781
Fonslow, Bryan........................ThP 529
Fontaine, Fabien......................ThP 340
Fonteh, Alfred........................MP 564
Fonteyne, Philippe...................WP 490

Foo, Herbert..........................MP 450
Forbes, Thomas........................MOB pm 02:30
Forbes, Thomas........................WOG pm 03:50
Ford, Katarena........................TP 638
Ford, Lisa............................TP 738
Ford, Megan...........................MP 613
Foreman, David........................MP 260
Foreman, David........................MP 771
Foreman, David........................WOG am 08:50
Forest, Katrina.......................MP 054
Forger, Luisa.........................MP 204
Fornace, Albert.......................WOF pm 02:30
Fornace, Albert.......................WP 351
Fornadel, Andrew......................MOA am 08:30
Fornelli, Luca........................MP 024
Fornelli, Luca........................MP 676
Fornelli, Luca........................MP 777
Fornelli, Luca........................MP 778
Fornelli, Luca........................TOC pm 03:10
Fornelli, Luca........................TP 432
Fornelli, Luca........................TP 635
Fornelli, Luca........................WOC am 08:30
Forsman, Trevor.......................ThP 481
Förster, Susann.......................MP 590
Forsythe, Jay.........................ThP 412
Fortin, Tanguy........................ThP 747
Foss, Jamie...........................MP 184
Foss, Jamie...........................TP 204
Foss, Jamie...........................TP 205
Foster, Fred..........................MP 028
Foster, Fred..........................WP 538
Foster, Greg..........................MP 736
Foster, Greg..........................ThP 344
Foster, Greg..........................TP 667
Foster, Greg..........................WOC am 09:10
Foster, Greg..........................WP 743
Foster, Jennifer......................ThP 586
Foster, Leigh.........................MP 733
Foster, Leigh.........................WP 144
Foster, Leonard.......................ThP 648
Foster, Matthew.......................TOA pm 04:10
Fostner, Shawn........................ThOG pm 04:10
Fouquet, Thierry......................MP 629
Fouquet, Thierry......................TP 639
Fournelle, Frédéric..................TP 382
Fournier, Frédéric...................TP 647
Fournier, Isabelle...................ThP 032
Fournier, Isabelle...................WOE pm 03:10
Fournier, Isabelle...................WP 365
Fowble, Kristen.......................MOD am 09:50
Fowle-Grider, Ronald.................TP 512
Fox, Bennett..........................ThP 480
Fox, Erica............................MOF pm 03:10
Fox, Howard...........................MP 571
Fox, Howard...........................WP 737
Fox, James............................WP 353
France, Aidan.........................TP 648
Franceschini, Barbara................WP 234
Franceschini, Livia..................MOA pm 03:10
Francese, Simona......................MP 210
Francese, Simona......................MP 703
Franco, Eloisa........................ThP 147
Franco Herrera, Andres...............ThP 408
Francovic-Fontaine, Élina............ThP 436
Frank, David..........................ThP 556
Frank, Matthias.......................MP 112
Frank, Max............................ThP 626
Frank, Max............................TOA pm 02:30
Frank, Max............................WOH pm 02:30
Franke, Adrian........................ThP 028
Frankenfield, Shay...................MP 131
Frankovich, Vladimir.................MP 591
Frankfater, Cheryl...................ThP 465
Franklin, Elissia....................ThP 392
Franklin, Joseph......................ThP 146
Franklin, Rachel......................TP 264
Franklin, Sarah.......................ThP 631
Fransen, Steven.......................WP 622
Franzke, Joachim......................TP 490

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number



Fraser, Iain .................................. TP 770
Fraser Caris, Robert ...................... ThP 290
Frazier, Jared .............................. MP 203
Fredericks, Maria ................... MOH pm 02:30
Freiberger, Elyse ......................... MP 088
Freiria, Nicolas ........................... ThP 579
Freissinet, Caroline ................... MOG am 10:10
Freitas, Michael .......................... TP 260
Freitas, Michael .......................... TP 262
Freitas, Michael .......................... TP 423
Freitas, Michael .......................... TP 431
Freitas, Michael .......................... TP 642
Frejno, Martin ....................... MOA pm 02:30
Frejno, Martin ....................... ThOE pm 02:50
Frejno, Martin ....................... TOA pm 02:50
Frejno, Martin ............................ TP 654
Frenckner, Björn .......................... WP 072
Fresnedo, Olatz ........................... WP 071
Freund, Dana ............................. ThP 471
Frey, Benji ............................... MP 065
Frey, Brian ............................... TP 718
Frey, Brian L. ............................ MP 729
Frey, Mike ............................... MP 629
Fricot, Laura ...................... TOH am 08:30
Fridgen, Travis ........................... MP 268
Fridgen, Travis ........................... MP 274
Fridgen, Travis ........................... TP 274
Friedrich, Felix .......................... ThP 669
Friedrich, Stephan ........................ TP 468
Frier, Mia ............................... WP 570
Friese, Olga ............................. MP 636
Friese, Olga ....................... TOG am 09:50
Friese, Olga ............................. TP 008
Friese, Olga ............................. TP 510
Friman, Tomas ..................... TOD pm 03:10
Fristedt, Rikard .......................... WP 759
Fritch, Dean ............................. WP 775
Fritch, Dean ............................. WP 776
Fritsch, Katharina ........................ MP 682
Fritsche, Kevin .......................... MP 714
Fritzemeier, Kai .......................... MP 414
Fritzemeier, Kai .......................... MP 434
Fröhlich, Björn .................... ThOF am 09:10
Froning, Joshua .......................... TP 089
Frost, Dustin ............................ ThP 325
Frost, Stefan ............................ WP 658
Fry, Matthew ............................ WP 648
Fry, Matthew ............................ WP 720
Frye, Joseph ............................. TP 279
Fu, Cexiong ............................. TP 601
Fu, Hongzheng ..................... MOD pm 02:50
Fu, Janine .............................. WP 728
Fu, Qin ............................ ThOF am 10:10
Fu, Qin ................................. WP 224
Fu, Qing ................................ ThP 581
Fu, Tingting ............................. MP 336
Fu, Tingting ....................... TOF pm 03:50
Fu, Xiang ............................... TP 370
Fu, Xiaorong ............................ MP 525
Fu, YaNing .............................. TP 176
Fu, Yan ................................ MP 362
Fu, Yue ................................ ThP 407
Fuchs, Beate ............................ MP 265
Fuchser, Jens ........................... MP 348
Fuchser, Jens ........................... TP 375
Fuchser, Jens ........................... TP 392
Fucito, Maurine ................... WOA pm 03:30
Fuentes, Raymond ........................ TP 747
Fuentes-Lemus, Eduardo ................... WP 675
Fuessl, Florian .......................... ThP 684
Fuessl, Florian .......................... TP 012
Fuetterer, Anne .......................... MP 348
Fuetterer, Anne .......................... TP 375
Fuetterer, Anne .......................... TP 392
Fugita, Fernando ........................ ThP 579
Fuhrer, Tobias .......................... MP 319
Fujimoto, Gordon ........................ WP 156
Fujimoto, Gordon ........................ WP 285
Fujimura, Yoshinori ...................... TP 384
Fujino, Haruyuki ......................... MP 577

Fujisawa, Go ............................ WP 389
Fujita, Yuichiro ......................... MP 364
Fujita, Yuka ............................ WP 533
Fujito, Yuka ............................ MP 134
Fujito, Yuka ............................ MP 161
Fujito, Yuka ............................ ThP 151
Fujito, Yuka ............................ TP 236
Fukamachi, Yukihiro ...................... MP 413
Fukui, Yuki ............................. TP 368
Fukusaki, Eiichiro ....................... MP 087
Fukusaki, Eiichiro ....................... WP 389
Fukuyama, Yuko .......................... ThP 516
Funatsu, Shinji .......................... MP 216
Funatsu, Shinji .......................... ThP 513
Funatsu, Shinji .......................... ThP 516
Funk, Dennis ............................ WP 658
Fursey, Victor ........................... ThP 089
Fursova, Anastasia ....................... MP 471
Furtado, Danielle ........................ ThP 441
Furtado, Danielle ........................ WP 084
Furtado, Milton .......................... ThP 759
Furtado, Milton .......................... WP 535
Furtos, Alexandra ........................ MP 663
Furuhashi, Takeshi ....................... TP 299
Furuta, Masaji ........................... TP 448
Furuya, Kenji ........................... WP 063
Gabashvili, Alexandra .................... TP 724
Gabelica, Valérie ................... MOF am 09:30
Gabelica, Valérie ................. ThOB am 09:30
Gabelica, Valérie ................. TOH am 08:30
Gaboury, Ben ............................ WP 748
Gabriels, Ralf .......................... ThP 616
Gachotte, Daniel ......................... MP 498
Gaddipati, Ranjitha ...................... MP 679
Gadkari, Varun .................... TOF am 09:30
Gadkari, Varun .................... WOF am 09:10
Gaffney, Katherine ....................... MP 245
Gaffrey, Matthew ......................... TP 696
Gaffrey, Matthew J. ...................... ThP 701
Gagne, Sebastien ........................ TP 086
Gagnon, Christian ........................ TP 178
Gahagen, Janet .......................... WP 351
Gaiffe, Gabriel .......................... MP 266
Gaikwad, Manasi ......................... TP 720
Gainey, Lawrie .......................... WP 614
Gairloch, Elena .......................... WP 529
Gairloch, Elena .......................... WP 784
Gajadhar, Aaron .......................... MP 733
Gajadhar, Aaron .......................... TP 573
Gajadhar, Aaron .......................... WP 070
Gajadhar, Aaron .......................... WP 700
Gajenthra Kumar, Naren ................... MP 361
Gajenthra Kumar, Naren ................... TP 132
Gal, Jozsef ............................. ThP 680
Galanopoulos, Lavrentis .................. TP 719
Galanti, Agostino ........................ WP 490
Gale, Frances ........................... TP 036
Gale, P. Jane ........................... TP 036
Galermo, Ace ..................... MOC pm 03:10
Galermo, Ace ........................... ThP 066
Galermo, Ace ........................... ThP 085
Galermo, Ace ........................... ThP 697
Galermo, Ace ........................... WP 263
Galeva, Nadya ........................... TP 602
Galey, Melissa .......................... WP 684
Gallagher, Elyssia ....................... MP 283
Gallagher, Elyssia ....................... MP 306
Gallagher, Elyssia ....................... MP 308
Gallagher, Elyssia ....................... ThP 073
Gallagher, Elyssia ....................... TP 295
Gallas, Genna ........................... ThP 586
Gallegos-Candela, Maribel ................ TP 138
Gallegos-Candela, Maribel ................ WP 359
Gallick, Gary ........................... ThP 448
Gallien, Sebastien ....................... MP 733
Gallien, Sebastien ....................... TP 573
Gallien, Sebastien ....................... TP 579

Gallien, Sebastien ....................... WP 070
Gallien, Sebastien ....................... WP 700
Galluzzi, Francesca ................ MOH pm 02:30
Galvin, Bob ............................. TP 199
Gamage, Radhya .......................... TP 449
Gamberi, Chiara ......................... ThP 248
Gambin, Anna ............................ MP 377
Gambin, Anna ............................ MP 379
Gambin, Anna ..................... TOA am 09:50
Gambin, Anna ............................ WP 383
Gamble, Donald .......................... TP 196
Gamble, Heather ......................... TP 196
Gamble, Heather ......................... WP 187
Gamble, Heather ......................... MP 321
Gammelgaard, Simon ...................... MP 304
Gan, Junai ............................. ThP 202
Gan, Yulian ............................. TP 009
Gandhi, Tejas ........................... MP 720
Gandhi, Tejas ........................... ThP 087
Gandhi, Tejas ........................... ThP 268
Gandhi, Tejas .................... TOA pm 02:50
Gandhi, Tejas .................... TOA pm 03:10
Gandhi, Tejas ........................... WP 655
Gandler, Helen .......................... ThP 556
Ganguly, Milan .......................... TP 758
Ganguly, Milan .......................... TP 775
Gangwar, Sanjeev ........................ WP 064
Gant, Kristal ........................... MP 767
Gantasala, S Sameer Kumar ................ WP 189
Ganzella, Marcelo ................. ThOD pm 03:10
Gao, Fei ............................... MP 350
Gao, Fei ............................... ThP 433
Gao, Fei ............................... TP 364
Gao, Huanhuan .......................... TP 117
Gao, Huanhuan .......................... ThP 681
Gao, Jinshan ........................... ThP 062
Gao, Jiuzhi ............................. TP 460
Gao, Liang ............................. MP 545
Gao, Ling .............................. WP 721
Gao, Lucy .............................. ThP 710
Gao, Lucy .............................. TP 732
Gao, Nan .............................. ThP 732
Gao, Tianshun .......................... MP 683
Gao, Tianwen ........................... ThP 736
Gao, Wei .............................. MP 631
Gao, Xnliu ............................. WP 685
Gao, Yan .............................. TP 440
Gao, Yan .............................. WP 417
Gao, Yankun ............................ WP 717
Gao, Yunyun ........................... ThP 637
Gao, Yuqian ............................ ThP 113
Gao, Yuqian ............................ ThP 247
Gao, Zhiqiang ........................... MP 362
Gao, Zi ............................... TP 715
Gapeev, Alexey .......................... ThP 421
Garate, Jone ........................... MP 347
Garate, Jone ........................... ThP 229
Garate, Jone ........................... WP 071
Garbis, Spiros .......................... MP 171
Garbis, Spiros .......................... MP 691
Garbis, Spiros .......................... ThP 098
Garbis, Spiros .......................... ThP 121
Garby, David ........................... WP 639
Garcia, Benjamin ........................ MP 163
Garcia, Benjamin ........................ MP 164
Garcia, Benjamin ........................ MP 167
Garcia, Benjamin ........................ MP 168
Garcia, Benjamin ........................ MP 170
Garcia, Benjamin ........................ MP 174
Garcia, Benjamin ........................ MP 598
Garcia, Benjamin ................. ThOC pm 02:50
Garcia, Benjamin ................. ThOG am 09:10
Garcia, Benjamin ................. TOA pm 03:50
Garcia, Benjamin ................. TOD pm 03:30
Garcia, Benjamin ........................ TP 320
Garcia, Benjamin ........................ TP 649
Garcia, Benjamin ........................ WP 708
Garcia, Brianna ......................... MP 566



# INDEX OF AUTHORS

Garcia, Brianna ....................................ThP 480
Garcia, David ......................................MP 109
Garcia, Marcelo ...................................WP 368
Garcia-Garcera, Marc ...........................TP 654
Garcia-Marqués, Fernando ...................MP 736
Garcia-Marqués, Fernando ...................TP 709
Garcia-Marqués, Fernando ...................TP 695
Garcia-Ordonez, Ruben ........................ThP 674
Garcia-Perez, Manuel ..........................MP 110
Garcia-Reyes, Juan F. .........................TP 490
Gardeazabal, Jesus .............................ThP 229
Gardner, Ben ......................................ThP 308
Gardner, Ben ......................................ThP 320
Gardner, Michael .................................MP 533
Gardner, Michael .................................MP 537
Gardner, Michael .................................ThP 758
Gardner, Michael .................................TP 777
Gardner, Miranda ................................TP 423
Gardner, Miranda ................................TP 642
Gardner, Myles ...................................TP 260
Gardner, Myles ...................................TP 262
Gardner, Myles ...................................TP 431
Garel, Jonathan ..................................TP 463
Garg, Neeraj ......................................MP 563
Garikapati, Vannuruswamy ...................ThP 239
Garimella, Sandilya .............................MOF am 08:30
Garimella, Sandilya .............................ThP 273
Garimella, Sandilya .............................WP 042
Garimella, Sandilya .............................WP 180
Garimella, Sandilya .............................WP 454
Garimella, Sandilya .............................WP 457
Garrard, Kenneth .................................MP 357
Garrard, Kenneth .................................MP 359
Garrard, Kenneth .................................MP 617
Garrard, Kenneth .................................ThP 258
Garrard, Kenneth .................................ThP 260
Garrett, Timothy ..................................WP 073
Garrett, Timothy ..................................ThOA am 09:10
Garrett, Timothy ..................................ThP 027
Garrett, Timothy ..................................ThP 281
Garrett, Timothy ..................................ThP 351
Garrett, Timothy ..................................ThP 397
Garrett, Timothy ..................................ThP 494
Garrett, Timothy ..................................ThP 504
Garrett, Timothy ..................................TP 524
Garrett, Timothy ..................................TP 558
Garrett, Timothy ..................................TP 563
Garrett, Timothy ..................................WP 004
Garrett, Timothy ..................................WP 008
Garrett, Timothy ..................................WP 081
Garrett, Timothy ..................................WP 605
Garrett, Wendy ...................................WP 630
Garri, Carolina ...................................WP 113
Garver, Megan ...................................MP 756
Garza, Kyana .....................................WOE pm 02:30
Garza, Kyana .....................................WOG pm 03:10
Garza, Kyana .....................................WP 226
Garzón, Lida ......................................TP 562
Gasa, Alyssa .....................................TP 450
Gasilova, Natalia .................................MP 311
Gasilova, Natalia .................................MP 317
Gaspar, Kaylee ...................................ThP 062
Gassaway, Brandon ............................MOA pm 03:30
Gatmaitan, Abigail ..............................TOE pm 03:30
Gatt, Moshe .......................................TP 724
Gatti, Daniel ......................................MOE pm 02:50
Gatto, Craig .......................................MP 500
Gaubicher, Bertrand .............................MP 493
Gaugler, Stefan ..................................ThP 198
Gaugler, Stefan ..................................WP 542
Gauglitz, Julia ....................................ThP 198
Gauglitz, Julia ....................................WOA am 09:10
Gauglitz, Julia ....................................WP 410
Gaul, David .......................................MP 323
Gaul, David .......................................MP 524
Gault, Joseph ....................................TOC am 10:10
Gault, Joseph ....................................TP 508
Gaun, Aleksandr .................................ThP 358
Gautam, Sakshi ..................................WP 073

Gautier, Thomas .................................MP 475
Gautier, Thomas .................................MP 287
Gavard, Remy .....................................MOD pm 02:50
Gavard, Remy .....................................TOA am 08:10
Gavard, Remy .....................................WOC am 10:10
Gavegnano, Christina ..........................MP 513
Gavin, Collin ......................................TP 598
Gavrilova, Svetlana .............................TP 133
Gaw, Christina ....................................MP 427
Gay, David .........................................TOF pm 03:50
Gay, Marina .......................................MP 774
Gaylord, David ...................................MP 403
Ge, Ying ............................................MP 014
Ge, Ying ............................................MP 737
Ge, Ying ............................................MP 772
Ge, Ying ............................................ThP 785
Ge, Ying ............................................ThP 461
Ge, Ying ............................................ThP 478
Ge, Ying ............................................ThP 544
Ge, Ying ............................................ThP 599
Ge, Ying ............................................TOG pm 02:50
Ge, Ying ............................................TP 601
Ge, Ying ............................................TP 682
Ge, Ying ............................................TP 718
Ge, Ying ............................................TP 723
Ge, Ying ............................................TP 730
Ge, Ying ............................................TP 776
Ge, Ying ............................................WP 721
Gearing, Marla ...................................ThP 687
Gearing, Marla ...................................TP 576
Gearing, Marla ...................................MP 677
Gebhardt, Christoph ............................MP 010
Gebhardt, Christoph ............................TP 514
Gebreab, Fana ...................................MOA pm 03:30
Geddes-McAlister, Jennifer ..................ThP 651
Geer, Lewis .......................................MP 382
Geerlof-Vidavsky, Ilan .........................WOH am 08:30
Gehm, Michael ...................................MP 485
Geib, Timon .......................................MP 090
Geiger, Matthew .................................TP 111
Geiger, Matthew .................................TP 182
Geissen, Caroline ...............................MP 738
Geiszler, Daniel ..................................ThP 693
Gelb, Abby .........................................TOD am 08:50
Gelb, Abby .........................................WP 074
Gelis, Ioannis .....................................TP 336
Geller, Sarah ......................................MP 611
Gemperline, Erin .................................ThP 527
Gong, Meiyu ......................................WOD pm 03:30
Geng, Xia ..........................................MP 186
Geng, Xia ..........................................TP 217
Gentalen, Erik ....................................ThP 559
Gentalen, Erik ....................................ThP 564
Gentry, Kathrine ..................................MOC am 10:10
George, Ed .........................................TP 200
George, Ed .........................................TP 237
George, Ed .........................................WP 284
George, Ed .........................................WP 531
George, Sabu .....................................MP 098
Gerace, Larry .....................................TP 672
Gerbasi, R. ........................................MP 779
Gerbasi, Robert ..................................MP 780
Gerbasi, Robert ..................................TOC pm 02:30
Gerbasi, Vincent .................................TP 725
Gerbasi, Vincent .................................WOC am 08:30
Gerbaux, Pascal .................................MP 627
Gerbaux, Pascal .................................TP 499
Gerbaux, Pascal .................................WP 490
Gerber, Isak ......................................MP 602
Gerber, Scott .....................................ThOC pm 04:10
Gerbig, Stefanie ..................................ThP 240
Gerbig, Stefanie ..................................TOD am 08:30
Gerisioglu, Selim ................................ThOE am 08:30
Germain, Ronald .................................TP 770
German, J. Bruce ................................ThP 202
Germano, Enidio .................................TP 884
Germanus, Andreas .............................ThP 089
Germond, Arno ...................................WP 244
Gernhardt, Steven ..............................MOF am 04:10

Gernhardt, Steven ..............................ThP 335
Gerrard, Juliet ....................................ThP 197
Gerritsen, Henk ..................................MP 196
Gershenson, Anne ..............................WP 129
Gershon, Paul ....................................ThP 633
Gerstenecker, Gary ............................MP 142
Gesell Salazar, Manuela ......................ThP 361
Gessulat, Siegfried .............................MOA pm 02:30
Gessulat, Siegfried .............................MP 383
Gessulat, Siegfried .............................ThOC am 09:10
Gessulat, Siegfried .............................ThP 272
Gessulat, Siegfried .............................TOA pm 02:50
Gessulat, Siegfried .............................TP 422
Gessulat, Siegfried .............................WP 398
Gether, Ulrik ......................................TP 335
Gethings, Lee .....................................MP 497
Gethings, Lee .....................................MP 540
Gethings, Lee .....................................ThP 127
Gethings, Lee .....................................ThP 499
Gethings, Lee .....................................ThP 067
Gethings, Lee .....................................WP 569
Getty, Stephanie .................................MOG am 10:10
Getty, Stephanie .................................TP 442
Getty, Stephanie .................................TP 444
Getzinger, Gordon ..............................TP 130
Geunder, Marc ...................................WP 645
Gevaert, Kris ......................................ThP 563
Geyer, Philipp ....................................TP 099
Gfeller, David .....................................MP 596
Ghaemmaghami, Sina .........................MP 722
Ghaem-Maghami, Sadaf .....................ThP 256
Ghali, Fawaz ......................................TP 420
Gharavi, Ali .......................................MP 341
Ghezellou, Parviz ................................TOD am 08:30
Ghiran, Ionita ....................................ThP 556
Ghislain, Lucien .................................MP 452
Ghislain, Lucien .................................MP 464
Ghislain, Luke ....................................ThOD am 08:30
Ghobarah, Hesham .............................MOA am 10:10
Ghode, Abhijeet .................................TP 343
Ghosal, Anima ...................................ThP 147
Ghose, Shourjo ..................................MP 762
Ghose, Shourjo ..................................TP 510
Ghose, Shourjo ..................................TP 630
Ghose, Shourjo ..................................TP 642
Ghose, Shourjo ..................................TP 717
Ghose, Shourjo ..................................WP 662
Ghosh, Abhijit ...................................MP 191
Ghosh, Atanu ....................................ThP 543
Ghosh, Chiranjit .................................MOG am 09:30
Ghosh, Dipankar ................................ThP 195
Ghosh, Dipankar ................................TP 237
Ghosh, Dipankar ................................TP 238
Ghosh, Dipankar ................................WP 280
Ghosh, Michael ..................................MP 694
Ghosh, Tanisha ..................................MP 141
Giachetti, Alex ...................................MP 209
Giacobini, Paolo .................................MP 687
Giacomantonio, Michael ......................ThP 470
Giacomantonio, Michael ......................MP 582
Giacomantonio, Michael ......................WP 731
Giacomelli, Greta ...............................TP 482
Gianakon, James ................................ThP 773
Giangrande, Chiara ............................ThP 427
Giangrande, Chiara ............................WP 667
Giannetti, Luigi ..................................WP 287
Giannone, Richard .............................MP 109
Giannone, Richard .............................ThP 533
Giannone, Richard .............................ThP 764
Giannone, Richard .............................WP 506
Giansanti, Piero .................................MOA pm 02:30
Giardina, Paola ..................................MOH pm 02:50
Gibb, Andrew .....................................ThP 327
Gibbons, Bryson C. .............................MP 423
Gibbons, Bryson C. .............................ThP 398
Gibbons, Henry ..................................ThP 515
Giblin, Daryl ......................................MP 286
Giblin, Daryl ......................................TP 181
Gibson, Bradford ...............................MP 425

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number





Gibson, Bradford .................................ThP 353
Gibson, Bradford .................................ThP 708
Gibson, Bradford .................................TP 621
Gichana, Elizabeth ...........................TOF am 09:30
Giddings, Joe .....................................MP 450
Gies, Anthony ...............................WOH am 09:10
Gieschen, Andy ...................................ThP 149
Gieselmann, Volkmar .............................MP 584
Gieselmann, Volkmar .............................MP 738
Gieselmann, Volkmar .............................ThP 737
Gieselsson, Pontus .........................MOE pm 03:10
Giffen, Justine ............................WOC pm 03:10
Gigolyk, Baylie ...................................WP 169
Gika, Helen .......................................TP 557
Gil, Geuncheol ...................................ThP 704
Gilbert, Alan .....................................TP 417
Gilbert, Jeffery ..................................MP 252
Gilbert, Jeffery ..................................ThP 338
Gilbert, Jeffery ..................................WP 482
Gilbert, Jeffrey ..................................MP 498
Gilbert, Jeffrey ..................................ThP 555
Gilbert, Jeffrey ..................................TP 754
Gilbert, Joshua ...................................MP 250
Gilbert, Thomas ...................................MP 281
Gilbert-López, Bienvenida..........................TP 490
Giles, Corey ..............................MOE am 10:10
Giles, Kevin .....................................ThP 302
Giles, Kevin .....................................ThP 305
Giles, Kevin .....................................ThP 306
Giles, Kevin .....................................ThP 319
Giles, Kevin ..............................TOH pm 03:50
Giles, Kevin ......................................TP 502
Giles, Kevin ..............................WOF am 08:50
Giles, Kevin .....................................WP 483
Giles, Roger ..............................WOC am 08:50
Gill, Christopher G. ...............................TP 108
Gill, Christopher G. ..............................ThP 480
Gill, Christopher G. ...............................WP 232
Gill, Kirandeep ...................................WP 351
Gillen, Greg ......................................TP 246
Gillen, Greg ......................................TP 376
Gilles, Christopher ...............................MP 161
Gilles, Christopher ...............................MP 313
Gilles, Christopher ...............................MP 324
Gilles, Christopher ...............................MP 329
Gilles, Christopher ...............................TP 234
Gillet, Ludovic ..................................WP 673
Gillette, Martha ..................................TP 531
Gilliam, Jennifer .................................WP 752
Gillig, Kent ..............................MOF am 08:50
Gillig, Kent .....................................ThP 304
Gilligan, Krystal .................................TP 602
Gilliland, Jr., William ...........................MP 359
Gilman, Jennifer ..................................WP 775
Gilmore, Ian ......................................MP 349
Gilmore, Ian ..............................TOF pm 03:50
Gilmore, Ian .....................................WP 375
Gilmozzi, Valentina ..............................ThP 687
Gimbert, Yves .....................................MP 245
Gimbert, Yves .....................................MP 251
Gimeno, Jean-Pascal ..............................ThP 032
Ginebreda, Antoni .........................WOE am 09:10
Gingras, Anne-Claude ..............ThOC pm 03:30
Gingras, Anne-Claude .............................ThP 090
Giordano, Silvia ..................................WP 234
Gioseffi, Anna ...................................ThP 494
Giraldo Davila, Deisy .............................WP 258
Girault, Hubert ..................................ThP 405
Girault, Hubert ..........................TOF pm 02:50
Girgis, Michael ..................................MP 519
Giroux, Donald ...................................WP 755
Gist, Glenn .......................................MP 752
Gitta, Stefania ...................................TP 393
Giuffre, Bob ......................................WP 512
Giusti, Pierre ...........................MOG pm 03:30
Giusti, Pierre ...................................ThP 287
Giusti, Pierre ...........................TOH pm 03:30
Giusti, Pierre ....................................TP 153
Gladden, James ...................................MP 270

Glaros, Trevor .............................MOB pm 02:50
Glaros, Trevor ....................................MP 488
Glaros, Trevor ...................................MP 692
Glaros, Trevor ...................................ThP 515
Glaros, Trevor ...................................ThP 535
Glaros, Trevor ....................................WP 082
Glaros, Trevor ...................................WP 584
Glaser, Bruno .............................WOE am 10:10
Glass, Jeffrey ............................MOG am 09:50
Glass, Jeffrey ....................................MP 485
Glennon, Elizabeth ...............................ThP 241
Glick, James ..............................TOD am 10:10
Glish, Gary ......................................MP 135
Glish, Gary .......................................ThP 612
Glish, Gary .......................................TP 529
Glish, Gary .......................................WP 200
Glish, Gary .......................................WP 756
Globisch, Daniel .................................MP 563
Glocker, Michael .................................ThP 620
Glover, Matthew ..................................ThP 437
Glover, Matthew ...........................WOF am 03:50
Glunde, Kristine .................................ThP 250
Gluud, Lise .......................................TP 099
Gnalger, Erich ...................................WP 559
Gnawali, Gili .....................................TP 279
Goda, Sarah .......................................MP 208
Goda, Takahiro ....................................TP 255
Godbee, Donovan ..................................MP 141
Godejohann, Markus ...............................ThP 505
Godfrey, Jamie ...................................ThP 306
Godin, Simon .....................................TP 478
Godin, Simon ......................................TP 493
Godinez, Iobani ...................................TP 437
Godinho, Justin ...................................WP 509
Godorhazy, Lajos ..................................ThP 031
Godwin, Michael ...................................MP 451
Goecker, Zachary ..................................MP 407
Goecker, Zachary ..................................TP 264
Goedecke, Niels ...................................MP 348
Goedecke, Niels ...................................TP 375
Goedecke, Niels ...................................TP 392
Goedecke, Niels ..................................ThP 678
Goel, Vikrant .....................................WP 296
Goetz, Sebastian ..................................ThP 432
Goetzman, Eric ...................................ThP 681
Gogonea, Valentin ................................ThP 449
Goh, Byoungsook ...................................TP 047
Going, Catherine ..................................TP 695
Going, Catherine ..................................TP 709
Golas, Jonathon ...................................TP 085
Goldfarb, Dennis ..................................TP 549
Goldfarb, Dennis ..................................TP 574
Goldfarb, Dennis ..................................TP 765
Goldman, Aaron ...................................MP 502
Goldman, Aaron ...................................MP 526
Goldman, Radoslav ................................ThP 217
Goli, Mona .......................................ThP 070
Goli, Mona .......................................ThP 222
Goli, Mona .......................................ThP 654
Golkowski, Martin ................................MP 700
Gollapudi, Sudha .................................ThP 358
Gomes, Fabio .....................................ThP 783
Gomes, Fabio ......................................TP 726
Gomes, Fabio ......................................WP 117
Gomes, Paulo .....................................MP 132
Gomez, Elvira .....................................WP 633
Gomez, Erik .......................................TP 530
Gomez, Erik .......................................TP 548
Gomez Hernandez, Mario ...........................WP 003
Gomez Hernandez, Mario ...........................WP 496
Gómez Ramos, María José ..........................MP 182
Gomez-Rios, German ...............................MP 455
Gómez-Rios, German ...............................MP 202
Gomez-Rios, German ...............................MP 554
Gomez-Rios, German .............WOD am 09:50
Gomez-Rios, German ...............................WP 211
Gómez-Rios, German ...............................WP 007
Gómez-rios, German Augusto .......................ThP 020
Goncharova, Elizaveta ............................ThP 242

Gong, Bo ..........................................TP 098
Gong, Feng .......................................WP 739
Gong, Hao ........................................ThP 189
Gong, Wuyun ......................................WP 108
Gong, Xiaolong ....................................TP 317
Gong, Yao .........................................TP 569
Gongar, Christopher ..............................ThP 054
Gonzales, Derek ...................................TP 145
Gonzales, Raoul ...................................WP 286
Gonzalez, David ...................................TP 038
Gonzalez, Lisa ....................................TP 052
Gonzalez, Mabel Cristina ..........................TP 314
Gonzalez, Mayte ...................................TP 109
Gonzalez, Carlos ..................................MP 225
Gonzalez Arinciblia, Katalina .....................WP 320
Gonzalez de Vega, Raquel ..........................MP 149
Gonzalez de Vega, Raquel ..........................WP 540
Gonzalez de Vega, Raquel ..........................WP 541
González-Barberá, Eva .............................TP 654
Gonzalez-Olmos, Rafael ............................ThP 341
Goo, Young Ah .....................................TP 045
Good, David .......................................TP 662
Good, Kelly ...............................ThOH am 08:30
Goodacre, Roy ....................................ThP 064
Goodlett, David ...........................MOE am 09:10
Goodlett, David ...................................MP 579
Goodlett, David ...................................MP 754
Goodlett, David ...........................ThOB pm 02:30
Goodlett, David ..................................ThP 520
Goodlett, David ..................................ThP 540
Goodlett, David ..................................ThP 719
Goodman, J. ......................................MP 506
Goodman, Joseph ..................................WP 097
Goodwin, Lawrence ................................ThP 754
Goodwin, Michael .................................TP 001
Goodwin, Michael .................................WP 452
Goodwin, Richard .........................TOF pm 03:50
Goodwin, Richard .................................WP 375
Gooley, Andrew ...................................MP 101
Gooley, Andrew ...................................MP 450
Gooley, Andrew ...................................ThP 562
Gooley, Andrew ...................................TP 189
Goonatilleke, Elisha .............................ThP 202
Gorbunova, Vera ..................................MP 722
Gorbunova, Vera ..................................MP 741
Gordillo, Ruth ...................................MP 504
Gordillo, Ruth ...................................TP 252
Gorelick, Robert .........................TOD pm 03:50
Gorospe, Kathleen .................................TP 020
Gorospe, Kathleen ................................WP 046
Gorro, Elsa .......................................TP 013
Gorshkov, Mikhail ................................ThP 712
Gorshkov, Vladimir ...............................ThP 712
Gorti, Santosh Kapil Kumar .......................MP 538
Goscinny, Severine ................................TP 515
Goscinny, Severine ................................TP 516
Goscinny, Severine ...............................WP 020
Goshawk, Jeff ....................................ThP 276
Goshawk, Jeff ....................................WP 025
Goshawk, Jeff ....................................WP 494
Goshe, Michael ...........................MOH pm 04:10
Gostilean, Carmencita ............................MP 016
Goswami, Devrishi ........WOB pm 02:50
Goswami, Mansi ...................................TP 703
Goswami, Mansi ...................................WP 109
Goswami, Rupanjan ................................MP 547
Goswami, Sayantani ...............................ThP 732
Goto, Ayaka ......................................ThP 727
Gotti-Barban, Clarisse ...........................TP 647
Gottschalk, W. Kirby .............................WP 595
Goulding, Scott ..................................MP 589
Goulding, Scott ...................................TP 763
Gourdon, Pontus ..................................ThP 695
Gouridis, Giorgos .................................TP 328
Gouveia, Goncalo .................................MP 566
Gouveia, Goncalo .................................ThP 480
Gouveia, Liana ...................................MP 358
Govender, Ireshyn ................................MP 602
Gowen Kalmar, Jaclyn .............................MP 331



Gozzo, Fabio .................................... MP 033
Gozzo, Fabio .................................... WP 127
Graber, Michael ...................... ThOC am 09:10
Graber, Michael ................................ WP 398
Graca, Connor .................................. MP 249
Graca, Connor .................................. MP 272
Graca, Connor .................................. TP 276
Graca, Connor .................................. TP 282
Grad, Yonatan ................................. MP 061
Graham, Danielle ............................. WP 077
Graham, James ................................ MP 650
Graham, Martin ................................ MP 060
Gramlička, Michal ............................. MP 378
Grandal, Meghan ............................. MP 593
Grande, Noel .......................... MOG am 10:10
Grandy, Jonathan ..................... MOG am 09:30
Granger, Caroline ................... ThOH am 08:30
Granger, Caroline ................... WOE am 09:30
Granot, Ori ..................................... ThP 157
Grant, Emma ................................... WP 145
Grant, Murray .................................. WP 604
Grant, Russell ................................. MP 712
Grant, Russell ................................. TP 116
Grant, Russell ...................... WOD am 10:10
Grãos, Mário ................................... TP 646
Gräslund, Astrid ............................. ThP 005
Graswmer, Kathleen ............... MOB am 09:30
Grasso, Giuliana .............................. WP 104
Gravell, Anthony .............................. TP 199
Graves, Lee ................................... TP 574
Graves, Lee ................................... TP 765
Gray, Katherine .............................. ThP 766
Gray, Stephen ................................ WP 696
Grayson, Michael ............................. TP 036
Grayson, Scott M ............................ ThP 306
Grebe, Stefan ................................. TP 122
Greeley, Laura ...................... ThOE pm 03:50
Green, Ahren ................................. ThP 344
Green, Bob .................................... WP 065
Green, Kari ................................... TP 748
Green, Kari ................................... WP 179
Green, Martin ................................. MP 476
Green, Todd ................................... WP 342
Greenberger, Joel ............................ MP 535
Greenhalgh, Calum ........................... ThP 160
Greenlief, C. Michael ......................... MP 714
Greenlief, C. Michael ......................... ThP 698
Greenwalt, Scott .............................. WP 482
Greenwood, Bennett .......................... ThP 434
Greer, Joseph ................................. MP 375
Greer, Joseph ................................. MP 777
Greer, Joseph ................................. MP 779
Greer, Joseph ...................... TOC pm 02:30
Greer, Joseph ................................. TP 725
Greer, Joseph ................................. WP 222
Greer, Mick ................................... MP 777
Greer, Mick ................................... TP 725
Greer, Nicole ................................. ThP 767
Greer, Nicole ................................. TP 089
Gregory, Paul ................................. MP 484
Gregson, Daniel ............................... ThP 447
Gregson, Daniel ............................... WP 091
Gregus, Michal ................................ ThP 566
Gregus, Michal ................................ ThP 721
Greig, Michael ................................ ThP 601
Greisch, Jean-Francois ....................... MP 776
Grelier, Gwendal .............................. WP 421
Grenier, Ana Celia ............................ MP 063
Grenier, Ana Celia ............................ WP 763
Groshock, Joel ................................ TP 763
Grovelding, Christoph ......................... ThP 240
Grevelding, Christoph ................... TOD am 08:30
Grieves, Nigel ................................. TP 171
Griffin, Carl ................................... ThP 352
Griffin, Carl ................................... WP 220
Griffin, Patrick ................................ ThP 674
Griffin, Timothy ..................... MOA pm 04:10
Griffin, Timothy .............................. MP 758
Griffin, Timothy ..................... ThOA pm 03:30

Griffin, Timothy .. ............................. TP 435
Griffin, Timothy ............................... TP 438
Griffith, David ................................. TP 163
Griffith, Daryl ................................. TP 190
Griffith, Linda ................................. TP 496
Griffiths, Rian ...................... TOC pm 02:50
Griffiths, Rian ................................ WP 031
Grigorean, Gabriela ........................... MP 249
Grigorean, Gabriela ........................... TP 049
Grigorean, Gabriela ........................... WP 664
Grill, Matthias ................................ MP 099
Grimes, Nathan ............................... MP 707
Grimes, Nathan ............................... MP 138
Grimes, Nathan ............................... TP 523
Grimsby, Joseph .............................. WP 679
Grimsey, Elizabeth ................... WOB pm 03:30
Grimsrud, Paul ....................... ThOC am 09:50
Grinfeld, Dmitry .............................. MP 328
Grinfeld, Dmitry .............................. ThP 088
Grinfeld, Dmitry .............................. ThP 099
Grinfeld, Dmitry .............................. ThP 707
Griss, Johannes ..................... ThOA pm 02:30
Gritsenko, Marina ............................. MP 077
Gritsenko, Marina ............................. MP 138
Gritsenko, Marina ................... ThOG am 08:50
Groeber, Elizabeth ............................ TP 084
Groeber, Elizabeth ............................ WP 765
Grogan, Raymon ...................... WOE pm 02:30
Gröger, Thomas ...................... MOG pm 03:30
Gröger, Thomas ...................... TOH pm 02:50
Gronert, Scott ................................ MP 277
Gronert, Scott ................................ MP 278
Groopman, John ..................... ThOH pm 09:50
Gross, Jason .......................... TOB am 08:50
Gross, Jeffrey ....................... ThOD am 08:30
Gross, Jürgen ................................. MP 461
Gross, Michael ................................ MP 036
Gross, Michael ................................ MP 051
Gross, Michael ................................ MP 286
Gross, Michael ................................ MP 300
Gross, Michael ................................ ThP 650
Gross, Michael ................................ ThP 653
Gross, Michael ....................... TOF am 09:10
Gross, Michael ................................ TP 181
Gross, Michael ................................ TP 330
Gross, Michael ................................ TP 338
Gross, Michael ................................ TP 341
Gross, Michael ................................ WP 034
Gross, Michael ................................ WP 134
Gross, Michael ................................ WP 135
Gross, Michael ................................ WP 142
Gross, Michael ................................ WP 149
Gross, Michael ................................ WP 712
Gross, Richard ................................ WP 548
Gross, Steven ................................ TP 564
Grosse, Sylvia ................................ TP 136
Grosshans, Pete .............................. TP 309
Grosshans, Pete .............................. WP 065
Grossman, Jarod ...................... TOE am 08:30
Grossman, Jarod .............................. MP 276
Grotemeyer, Jurgen ........................... MP 231
Grotemeyer, Jurgen ........................... MP 236
Grotemeyer, Jurgen ........................... MP 240
Grove, Kerri .................................. TP 367
Groves, Ryan ................................. ThP 447
Groves, Ryan ................................. ThP 469
Groves, Ryan ................................. WP 091
Gruber, Reinhard .............................. MP 687
Grubisic, Andrej ..................... MOG am 10:10
Grubisic, Andrej .............................. TP 442
Grubisic, Andrej .............................. TP 443
Grubisic, Andrej .............................. TP 444
Gruening, Anja ................................ TP 221
Grulke, Christopher .................. TOE am 09:30
Grunenwald, Caroline ......................... ThP 227
Grys, Thomas ................................. TP 037
Gstöttner, Christoph .......................... WP 032
Gu, Haiwei ................................... ThP 474
Gu, Haiwei ................................... TP 037
Gu, Haiwei ................................... TP 037

Gu, Haiwei ................................... TP 054
Gu, Huidong ................................. MP 003
Gu, Huidong ................................. TP 069
Gu, Huidong ................................. TP 072
Gu, Ting-Jia ................................. ThP 325
Gu, Xinyun ................................... TP 550
Gu, Zezong ................................... TP 125
Gu*, Jingkai ................................. ThP 014
Guan, Fuyu .................................. TP 259
Guan, Shanshan ............................. ThP 615
Guan, Shenheng ............................. MP 371
Guan, Shenheng ............................. MP 399
Guan, Shenheng ............................. MP 406
Guan, Shenheng ............................. WP 508
Guan, Xiaoyan ............................... MP 651
Guardado, Tania ............................. ThP 656
Guckenberger, Brody ......................... TP 311
Guenoli, Nur ................................. TP 148
Guéraud, Françoise .......................... WP 770
Guérette, Cassandra .......................... TP 211
Guérineau, Vincent ........................... ThP 534
Guerreiro, Tatiane ........................... ThP 126
Guerrero, Andres ............................. ThP 697
Guerrero, Andres ............................. WP 228
Gugiu, Gabriel ............................... QP 409
Gugiu, Gabriel ............................... ThP 539
Gugiu, Gabriel ............................... MP 557
Guha, Udayan ............................... MP 705
Gul, Yuzhou .................................. WP 023
Gulberson, Emma ............................ WP 376
Guidolin, Valeria ............................. ThP 593
Guijas, Carlos ....................... MOA pm 02:50
Guijas, Carlos ....................... ThOB pm 03:30
Guijt, Rosanne ................................ TP 562
Guilarte, Tomas .............................. WP 003
Guillemant, Julie .................... TOH pm 02:30
Guillemin, Gilles ............................. ThP 112
Guillorit, Helene ............................. ThP 608
Guingab-Cagmat, Joy .......................... WP 605
Gujar, Amit .................................. TP 316
Gujar, Shashi ................................ ThP 470
Gujar, Shashi ................................ WP 562
Gujar, Shashi ................................ WP 731
Gujral, Taranjit .............................. MP 700
Gukasyan, Janet .............................. ThP 467
Guldberg, Robert ............................. ThP 560
Gulde, Paul .................................. TP 533
Guler, Arzu Tugce ............................ MP 381
Guler, Arzu Tugce ............................ TP 643
Gummer, Joel ................................. TP 773
Guna, Mircea ................................. MP 483
Gunaratne, Don .............................. MP 489
Gunawardena, Harsha ......................... MP 664
Gunawardena, Harsha ......................... TP 013
Gunawardena, Harsha ......................... TP 580
Gunawardena, Harsha ......................... TP 637
Gunawardena, Harsha ......................... WP 042
Gunawardena, Harsha ......................... MP 251
Gundersdorf, Richard ......................... TP 365
Gundersen, Cynthia ........................... TP 443
Gundry, Rebekah .................... MOC am 09:50
Gundry, Rebekah ............................. ThP 106
Gundry, Rebekah ............................. ThP 365
Gundry, Rebekah ............................. ThP 666
Gundry, Rebekah ............................. ThP 668
Gundry, Rebekah ............................. WP 068
Gundry, Rebekah ............................. MP 184
Gunsalus, Robert ............................. ThP 224
Gunsalus, Robert ............................. ThP 537
Gunsalus, Robert ............................. WP 728
Guo, Ang .................................... MP 350
Guo, Ang .................................... TP 364
Guo, Baochuan ............................... MP 728
Guo, Baochuan ............................... WP 536
Guo, Carrie .................................. TP 172
Guo, Cheng .................................. MP 166
Guo, Chunxiao ............................... TP 397
Guo, Chunyang ............................... TP 338
Guo, Chunyang ............................... WP 134

Program code: M,T,W,Th = Day       O = Oral, P = Poster       Time or poster number

# INDEX OF AUTHORS

Guo, Chunyang ..................................WP 142
Guo, Dan .............................................MP 342
Guo, Fang ...........................................WP 504
Guo, Jia ..................................ThOD am 09:10
Guo, Jiabao .......................................WP 485
Guo, Jiantao .......................................WP 663
Guo, Jing .............................................TP 206
Guo, Jingshu ......................................TP 542
Guo, Jinshu ..........................ThOH am 09:30
Guo, Junhong ....................................TP 084
Guo, Lei ...............................................WP 702
Guo, Lilu ..............................................ThP 088
Guo, Qi ...............................................WP 677
Guo, Qilei ...........................................WP 289
Guo, Qilei ...........................................WP 290
Guo, Qing ...........................................ThP 076
Guo, Su ................................................ThP 607
Guo, Tiannan .....................................TP 267
Guo, Tiannan ......................................TP 117
Guo, Tiannan ......................................TP 681
Guo, Xiangyu .....................................MP 343
Guo, Xu ...............................................MP 367
Guo, Xuejiang ....................................MP 689
Guo, Xuejiang .....................................TP 626
Guo, Yanling ...........................TOD pm 02:50
Guo, Yilong .............................MOF am 08:50
Guo, Yingbo ........................................TP 160
Guo, Yueshuai ...................................MP 689
Guo, Zhanjun .....................................MP 152
Guo, Zhengguang ..............................MP 755
Guo, Zhiqiong .....................................ThP 014
Gupta, Himani ....................................MP 507
Gupta, Himani ....................................MP 547
Gupta, Himani ...................................ThP 069
Gupta, Meera ......................................TP 702
Gupta, Rajat ........................................TP 099
Gupta, Rishabh ..................................MP 098
Gupta, Shantam .................................WP 388
Gurevich, Alexey .................................TP 433
Gursky, Alexis .....................................TP 106
Gurung, Bhupendra ...........................ThP 320
Gurung, Dipa ......................................TP 350
Gus, Jeffrey .........................................ThP 148
Guss, Adam ........................................TP 427
Gustafson, Elaura ..............................MP 474
Gustafsson, Johan ............................ThP 228
Gutenbrunner, Petra ..........................TP 028
Gutheil, William ..................................ThP 332
Gutierrez, Craig ..................................WP 148
Gutierrez, Danielle ...............MOE am 09:30
Gutierrez, Danielle .............................TP 381
Gutierrez, Dario .................................ThP 451
Gutierrez, Mathew .................TOA am 08:50
Gutierrez, Tomás ................................TP 457
Gutmann, Rene ..................................TP 486
Guttman, Andras ...............................ThP 063
Guttman, Miklos ....................WOB am 09:10
Guzman, Melissa ...................MOG am 10:10
Gwon, Mi-Hi .......................................MP 062
Gwon, Mi-Hi .......................................ThP 495
Gygi, Melanie .........................MOA am 03:30
Gygi, Steven ...........................MOA pm 03:30
Gygi, Steven .......................................MP 418
Gygi, Steven .......................................MP 716
Gygi, Steven .......................................TP 434
Gygi, Steven .......................................TP 710
Gygi, Steven .......................................TP 769
Gygi, Steven ...........................WOH am 03:30
Gygi, Steven ......................................WP 648
Gygi, Steven .......................................WP 731
Gygi, Steven .......................................WP 735
Ha, Annie ...............................TOA pm 02:30
Ha, Annie ................................WOH pm 02:30
Haack, Alexander ...............................MP 284
Haack, Patrick ....................................MP 565
Haag, Anthony ....................................MP 031
Haag, Anthony ...................................MP 075
Haag, Anthony ...................................WP 754
Haas, Alec ..........................................ThP 116

Haas, Wilhelm ........................MOH am 08:30
Haas, Wilhelm ....................................MP 708
Habben, Jeffrey .................................ThP 507
Haberl, Peter ......................................MP 429
Haberl, Peter ......................................MP 659
Haberl, Peter ......................................MP 670
Haberl, Peter ......................................TP 015
Haberl, Peter ......................................TP 589
Häberlein, Simone .................TOD am 08:30
Habitz, Tanya .....................................MP 633
Habitz, Tanya .....................................MP 638
Habu, Toshiya ...................................WP 440
Hackbusch, Sven ...............................MP 084
Hackbusch, Sven ...............................ThP 391
Hackbusch, Sven ...............................ThP 500
Hackett, Sean ....................................TP 532
Hackett, William ...............................ThP 204
Hadavi, Darya .....................................TP 271
Haddad, Andrew ................................MP 295
Haddad, Francois ...................MOE pm 02:30
Haddad, Francois ..............................ThP 103
Haddad, Francois ...............................TP 426
Haeglein, Marc ...................................MP 376
Haeglein, Marc ...................................MP 387
Hafezi, Rameh ...................................ThP 141
Hagelkamp, Felix ...................TOH am 09:30
Hageman, Tyler ......................WOB pm 02:30
Hagenoff, Sebastian ..........................ThP 029
Hägglund, Per .....................................ThP 695
Hägglund, Per .....................................WP 675
Haghani, Ali .........................................TP 160
Hahne, Hannes ...................................WP 730
Haidacher, Sigmund ...........................MP 031
Haidacher, Sigmund ...........................MP 075
Haidacher, Sigmund ...........................WP 754
Haidar, Zein .......................................ThP 528
Haider, Dar ........................................MP 536
Hail, Mark E .......................................WP 049
Haindl, Markus ...................................ThP 360
Hainsworth, Eugenie ...........................TP 457
Hajdu, Csaba .....................................ThP 046
Hakansson, Kristina ...........................WP 665
Hakansson, Kristina ...........................MP 249
Hakansson, Kristina ...........................TP 109
Hakansson, Kristina ...........................WP 185
Hakansson, Kristina ...........................WP 664
Hakansson, Kristina ...........................WP 672
Hakkila, Blake .....................................WP 448
Hakonarson, Hakon ...........................MP 167
Hale, Oliver .......................................ThP 417
Hale, Wendi .......................................ThP 590
Haler, Jean ..........................................TP 504
Haley, Mark ........................................MP 150
Halifax, Mark ...........................TOG am 09:30
Halim, Mohammad ..............ThOG pm 04:10
Halim, Mohammad .............................ThP 041
Halim, Mohammad ..............................TP 468
Halim, Mohammad Abdul ...................TP 471
Halket, John M. ..................................MP 559
Hall, Anne ...........................................ThP 539
Hall, Eric .............................................MP 452
Hall, Maura .........................................WP 531
Hall, Michael .......................................TP 083
Hall, Patricia .......................................TP 101
Hall, Peter ...........................................MP 768
Hall, Shannon ....................................WP 641
Hall, Stacy ...........................................WP 123
Hall, Stacy ...........................................WP 341
Hall, Stacy ...........................................WP 342
Hall, Tom .............................................MP 158
Hall, Tom .............................................TP 173
Hall, Tom .............................................TP 318
Halldórsdóttir, Hrafnhildur ...................TP 035
Halliday, Katie ....................................MP 179
Halvorsen, Trine .................................TP 465
Ham, Amy-Joan L ...............................TP 677
Hamada, Naoki ..................................ThP 043
Hamada, Naoki ..................................ThP 577
Hamada, Naoki ..................................ThP 589

Hamada, Naoki ...................................TP 303
Hamani, Clement ...............................MP 202
Hamani, Clement ...............................MP 554
Hamani, Clement ...................WOD am 09:50
Hamden, Jordan .................................ThP 766
Hamelin, Elizabeth ..................MOB pm 03:10
Hamelin, Elizabeth .............................WP 212
Hamelin, Marie-Ève ..........................ThP 436
Hamid, Ahmed ..................................ThP 314
Hamid, Ahmed ..................................ThP 317
Hamid, Ahmed ..................................WP 465
Hamid, Ahmed ..................................WP 469
Hamilton, Chad .................................MP 752
Hamilton, Paul ...................................ThP 465
Hamm, Gregory .......................TOF am 03:50
Hammack, Walter ...............................TP 213
Hammock, Bruce ...............................MP 509
Hammock, Bruce ...............................MP 489
Hammonds, Michael ..........................WP 690
Hampe, Jochen ..................................MP 560
Hampton, Philip .................................ThP 771
Hamuro, Yoshitomo ...........................TP 339
Hamzelou, Sara .................................MP 608
Han, Bang-Jie ...................................MP 387
Han, Dohyun ......................................MP 007
Han, Dohyun ......................................WP 696
Han, Dohyun ......................................TP 057
Han, Dohyun ......................................WP 726
Han, Guanghui ...................................TP 624
Han, Jason ............................MOB pm 04:10
Han, Jin .............................................ThP 446
Han, Jun .............................................WP 570
Han, Kyuho .......................................ThP 779
Han, Ling .................................TOF am 10:10
Han, Mark .........................................WP 331
Han, Mei ............................................MP 643
Han, Mei ............................................WP 636
Han, Qiyuan .......................................MP 758
Han, Sang ..........................................MP 253
Han, Shulei ........................................ThP 176
Han, Tingting .....................................ThP 003
Han, Wei .............................................ThP 503
Han, Xianlin .........................................TP 388
Han, Xiaorui ........................................ThP 084
Han, Yehua ..........................................TP 398
Han, Yilin ..................................TOF am 09:30
Hancock, Peter ...................................WP 154
Handakumbura, Pubudu .....................MP 624
Handakumbura, Pubudu ....................WP 622
Handique, Dheeraj .............................MP 185
Handique, Dheeraj ..............................TP 161
Handl, Sebastian ................................TP 312
Handy, Kyle ............................TOA am 08:50
Hanek, Jonathon .................................TP 039
Hanel, Gernot ....................................WP 461
Haney-Ball, Carol ................................TP 039
Hange, Brian ......................................ThP 156
Hanke, Ulrich ..........................WOE am 10:10
Hankemeier, Thomas .........................MP 092
Hankemeler, Thomas ..........................WP 574
Hanley, Luke ............................TOB am 08:50
Hann, Mike .........................................WP 145
Hann, Stephan .....................................TP 312
Hann, Stephan .......................WOH pm 02:50
Hann, Stephan ....................................WP 617
Hanna, David .......................................TP 371
Hanna, Imad ......................................ThP 367
Hannas, Bethany ...............................WP 526
Hanne, Nicholas .................................ThP 260
Hannon, Julia ......................................TP 116
Hannon, Julia ..........................WOD am 10:10
Hannoush, Rami ...............................ThP 407
Hansbauer, Eva .......................MOB pm 03:50
Hansen, Alyssa ...................................WP 123
Hansen, Kirk ......................................WP 740
Hansen, Nils-Owe ...............................TP 689
Hansen, Richard ................................ThP 574
Hao, Changtong ....................TOA am 08:30
Hao, Changtong .................................WP 297

Program code: M,T,W,Th = Day        O = Oral, P = Poster        Time or poster number


Hao, Haiping.................................WP 140
Hao, Helen.................................MP 313
Hao, Helen.................................MP 329
Hao, Helen.................................TP 234
Hao, Hongyuan.................................ThP 186
Hao, Weier.................................MP 118
Hao, Yun.................................MP 526
Hao, Zhiqi.................................WP 059
Haque, MD Ashraful.................................ThP 286
Hara, Takeshi.................................WP 446
Harada, Ken-ichi.................................MP 148
Harada, Ken-ichi.................................ThP 727
Harada, Ryota.................................MP 609
Harada-Shiba, Mariko.................................WP 638
Harbin, Hannah.................................WP 488
Harbury, Pehr.................................MP 050
Harbury, Pehr.................................WP 147
Harcum, Sarah.................................ThP 558
Harder, Alexander.................................MP 735
Harder, Alexander.................................TOA pm 03:10
Harder, Alexander.................................TP 034
Harder, Alexander.................................TP 573
Harder, Alexander.................................TP 579
Harder, Alexander.................................WOH pm 04:10
Harder, Alexander.................................WP 070
Harder, Alexander.................................WP 436
Harder, Alexander.................................WP 438
Harder, Alexander.................................WP 700
Hardie, Joseph.................................WOD pm 04:10
Hardie, Joseph.................................TOD am 09:50
Hardman, Gemma.................................ThOC am 08:30
Hards, Rufus.................................ThOC pm 04:10
Hardy, Marie-Pierre.................................MP 049
Harenza-Rokita, Jo Lynne.................................TOD pm 03:30
Hargett, Audra.................................WP 123
Hargett, Audra.................................WP 341
Hargett, Audra.................................WP 342
Haria, Anisha.................................ThP 094
Harjanto, Dewi.................................TP 763
Hark, Timothy.................................TP 659
Hark, Timothy.................................TP 701
Harkey, Gail.................................WP 166
Harkins, Kristi.................................MP 715
Harmange, Guillaume.................................ThP 722
Harmon, Alice.................................WP 566
Harmon, Taylor.................................TP 351
Harms, Amy.................................MP 
Harms, John.................................WOC pm 03:30
Haro, Ruben.................................MP 294
Harp, Christopher.................................MOH am 08:50
Harp, Teresa.................................MP 604
Harp, Teresa.................................ThP 507
Harper, Conner.................................TP 470
Harper, J. Wade.................................MOA pm 03:30
Harper, J. Wade.................................TP 679
Harper, Martin.................................TP 144
Harrahy, John.................................TP 017
Harrilal, Christopher.................................ThOB am 09:10
Harrington, Michael.................................MP 564
Harrington, Peter.................................WP 259
Harris, Chris.................................ThP 565
Harris, Glenn.................................ThP 558
Harris, Glenn.................................TP 598
Harris, Jack.................................TP 468
Harris, Jacquelyn.................................ThP 004
Harris, Rachel.................................ThP 393
Harris, Raymond.................................TP 381
Harris, Tahdja.................................ThOH am 08:50
Hart, Bradley.................................MP 204
Hart, Bradley.................................WOC pm 02:50
Hart, Jarod.................................MP 297
Hartigan, Christina.................................WP 125
Hartmann, Conrad.................................ThOE pm 04:10
Hartmann, Rafael.................................WP 055
Hartmer, Ralf.................................WOH pm 04:10
Hartshon, Kevan.................................ThP 216
Hartson, Steven.................................MP 614
Hartungen, Eugen.................................TP 486
Haruta, Miyoshi.................................ThP 221

Harvey, Jennifer.................................ThP 234
Harvey, Sophie.................................MP 250
Harvey, Sophie.................................ThP 393
Harvey, Sophie.................................ThP 661
Harvey, Sophie.................................TOB am 09:30
Harvey, Sophie.................................TP 704
Harvey, Sophie.................................WP 691
Harwood, Emma.................................MP 571
Harwood, Emma.................................WP 737
Hase, Hiroaki.................................ThP 599
Hase, Prashant.................................MP 185
Hase, Prashant.................................TP 161
Hasegawa, Hideki.................................MP 473
Hasegawa, Kohei.................................TP 126
Haselmann, Kim.................................WP 304
Hashi, Yuki.................................TP 043
Hashi, Yuki.................................TP 303
Hashimoto, Kei.................................TP 380
Hashimoto, Yuichiro.................................MP 473
Haskins, William.................................WP 059
Haslam, Stuart.................................MOB am 09:50
Haslam, Stuart.................................TP 581
Haspel, Nina.................................MP 687
Hass, Phil.................................ThP 407
Hassell, Kerry.................................TP 526
Hata, Kousuke.................................WP 446
Hatch, Margret.................................WP 186
Hatcher, Dave.................................MP 618
Hatcher, Dave.................................MP 264
Hatcher, Nathan.................................TP 136
Hathout, Yetrib.................................TP 703
Hathout, Yetrib.................................WP 109
Hatimy, Abubakar.................................MP 049
Hattan, Stephen.................................WP 474
Hattori, Takanari.................................MP 082
Hattori, Takanari.................................MP 546
Hattori, Takanari.................................TP 493
Hattori, Takanari.................................TP 219
Hattori, Takanari.................................WP 587
Hauberg-Lotte, Lena.................................MP 340
Haura, Eric.................................TP 570
Haura, Eric.................................TP 111
Hauschild, Jan-Peter.................................WOH pm 04:10
Hauser, Nick.................................ThP 773
Haustant, Jérôme.................................TP 588
Havlíkova, Jana.................................ThP 525
Hawkins, Aaron.................................MP 474
Hawkins, Aaron.................................TP 452
Hawkins, Aaron.................................TP 473
Haxo, Ted.................................ThP 697
Hayakawa, Yoshihiro.................................ThP 346
Hayakawa, Yoshihiro.................................TP 216
Hayashi, Masahiro.................................TP 451
Hayashi, Yumi.................................MP 216
Hayashi, Yumi.................................MP 609
Hayashi, Yumi.................................ThP 017
Hayashi, Yumi.................................WP 029
Haynes, Kim.................................ThP 368
Haynes, Kim.................................WP 684
Haynes, Paul.................................MP 608
Haynes, Paul.................................ThP 676
Hayward, Larry.................................MP 707
Haywood-Small, Sarah.................................ThP 160
Hazama, Hisanao.................................TP 368
Hazama, Makoto.................................TP 448
Hazebroek, Jan.................................MP 604
Hazebroek, Jan.................................ThP 507
Hazen, Shirley L..................................ThP 449
He, Hualing.................................MP 148
He, Jianfei.................................ThP 695
He, Jintang.................................WP 051
He, Liqing.................................ThP 327
He, Meijuan.................................WP 699
He, Miao.................................TP 374
He, Qionger.................................ThP 697
He, Simin.................................WP 654
He, Si-Min.................................MP 426
He, Si-Min.................................WP 384
He, Wei.................................TP 307

He, Xiang.................................TP 119
He, Xiang.................................WP 776
He, Xiaomei.................................ThP 731
He, Yan.................................MP 636
He, Yuanjun.................................ThP 674
He, Zehong.................................TP 011
Heath, John.................................WP 486
Heath, Nicolas.................................ThP 019
Heaton, Cameron.................................WP 210
Hebert, Alexander.................................MOA pm 03:50
Hebert, Alexander.................................ThP 221
Hebert, Alexander.................................ThP 367
Hebert, Alexander.................................TP 572
Hébert, Josée.................................MP 029
Hébra, Téo.................................ThP 534
Hecht, Stephen.................................TP 077
Heck, Albert.................................MP 776
Heck, Albert.................................ThOD pm 02:30
Heck, Albert.................................WP 058
Heck, Albert.................................WP 141
Heck, Michelle.................................ThP 706
Hedge, Michael.................................WP 172
Hedgepeth, William.................................WP 459
Hedgepeth, William.................................WP 533
Hedgepeth, William.................................WP 746
Hedrick, Viktoria.................................ThP 634
Heeren, Ron.................................MOE am 09:10
Heeren, Ron.................................MP 344
Heeren, Ron.................................ThP 007
Heflin, Julie.................................ThOD am 09:30
Hefner, Robert.................................WOH am 09:10
Hegeman, Adrian.................................ThP 471
Hei Ning, Lam.................................TP 416
Heide, Jan.................................MOC pm 02:30
Heide, Jan.................................WP 155
Heidelberger, Sibylle.................................TOC am 09:30
Heidelberger, Sibylle.................................TP 021
Heidelberger, Sibylle.................................WP 048
Heiden, Matthew.................................WP 578
Heien, Michael.................................WP 676
Heil, Lilian.................................ThP 570
Heilig, Raphael.................................TP 687
Heininen, Juho.................................WP 573
Heintz, Chris.................................MP 434
Heintz, Chris.................................WP 447
Heintz, Dimitri.................................TP 552
Heintze, Christoph.................................TP 632
Heinzen, Horacio.................................ThP 333
Heinzlmeir, Stephanie.................................MP 208
Heinzlmeir, Stephanie.................................WP 241
Heischmann, Svenja.................................MP 565
Heischmann, Svenja.................................WP 575
Heiss, Christian.................................ThP 339
Heiss, Derik.................................ThP 006
Heiss, Matthias.................................TOH am 09:30
Heist, Christopher.................................WP 616
Hekman, Ryan.................................MP 651
Hekman, Ryan.................................WP 627
Held, Noelle.................................MP 403
Held, Noelle.................................MP 421
Held, Noelle.................................TP 766
Held, Noelle.................................TP 767
Helesicova, Karolina.................................TP 093
Helfrich, Forrest.................................ThP 150
Helfrich, Forrest.................................WP 240
Hélie, Marie-Claude.................................TP 647
Helle, Niklas.................................MP 231
Helling, Mitchell.................................WP 606
Helm, Dominic.................................ThP 703
Helm, Dominic.................................ThP 707
Helms, Amanda.................................MP 305
Heltsley, Rebecca.................................MP 327
Hemenway, Eric.................................MP 484
Hemeryck, Lieselot.................................WOG pm 02:30
Henderson, James.................................ThP 166
Henderson, Jeffrey.................................MP 286
Henderson, Jeffrey.................................WP 134
Henderson, Lucas.................................TOC am 09:50
Henderson, W..................................MP 141

Hendricks, Audrey ....................MOC pm 03:50
Hendricks, Jessica ...........................ThP 118
Hendrickson, Christopher ..................MP 154
Hendrickson, Christopher ..................MP 344
Hendrickson, Christopher ..................MP 365
Hendrickson, Christopher ..................MP 778
Hendrickson, Christopher .......ThOH pm 02:30
Hendrickson, Christopher .................ThP 541
Hendrickson, Christopher .......TOC pm 02:30
Hendrickson, Christopher .......TOC pm 03:50
Hendrickson, Christopher .......TOG pm 03:50
Hendrickson, Christopher ...................TP 143
Hendrickson, Christopher ...................TP 721
Hendriks, Ivo ................................WP 660
Hendriks, Ivo ................................WP 661
Hendriks, Ivo ................................WP 669
Hendry, John .................................ThP 097
Heng, Aik Roy ...............................MP 294
Hengst, Leanna ..............................WP 443
Höninger, Michel .....................WOE am 08:50
Henning, Jessica ...........................WP 380
Henry, Angela ...............................WP 327
Henry, celine .................................TP 096
Henry, Chris ..................................WP 002
Henry, Hugues ...............................MP 690
Henry, Katherine ............................TP 088
Henry, Marshall ..............................MP 316
Henry, Marshall ..............................TP 743
Hentschker, Christian .......................ThP 361
Hentz, Sebastien .................ThOG pm 04:10
Hentz, Sebastien ............................ThP 041
Heo, Sung Woo ...............................TP 583
Hepburn, Morgan .............................TP 671
Herbert, Alexander ..........................MP 582
Hering, Amanda ...............................TP 168
Herman, Ann .........................MOH am 08:50
Hermanova, Martina ..........................WP 187
Hermannová, Martina ........................WP 750
Herment, Laura ..............................ThP 747
Hormosilla, Carlos .................TOD am 08:30
Hernandez, Emanuel ..........................TP 443
Hernandez, Jose .............................ThP 586
Hernandez, Norma ............................TP 780
Hernandez-Alba, Oscar ......................WP 481
Hernandez-Barry, Hilda ......................ThP 407
Herniman, Julie .....................TOB am 08:30
Herniman, Julie ..............................TP 156
Hernychova, Lenka ...........................WP 537
Herr, Philip .................................MP 485
Herring, Laura ...............................TP 574
Herring, Laura ...............................TP 765
Herron, Josi .......................ThOH am 10:10
Horsberger, Katherine .......................WP 672
Herting, Katherine ..........................ThP 664
Hertz, Emil ..................................ThP 677
Hervey, Iv, W ................................ThP 110
Hosketh, Peter ...............................TP 446
Hess, Becky ..................................ThP 686
Hess, Sonja ..................................MP 388
Hess, Sonja ..................................ThP 437
Hess, Sonja ........................WOF pm 03:50
Hess, Sonja ..................................WP 652
Hess, Sonja ..................................WP 679
Hesse, Michael ...............................MP 738
Hett, Erik ...................................TP 690
Hettich, Robert ..............................MP 521
Hettich, Robert ..............................MP 612
Hettich, Robert ..............................MP 621
Hettich, Robert ..............................ThP 533
Hettich, Robert ..............................TP 427
Hettich, Robert ..............................TP 761
Hettich, Robert ..............................TP 764
Hettich, Robert ..............................WP 506
Hettich, Robert ..............................WP 668
Hettick, Justin M. ...........................WP 722
Hettikankanange, Praneeth ...................ThP 025
Heunis, Tiaan ................................TP 759
Heusel, Moritz ...............................ThP 626
Hewarathna, Asha .............................ThP 294

Hewarathna, Asha ...................WOH am 08:30
Hewitt, F. ...................................TP 260
Hewitt, F. ...................................TP 262
Hewitt, F. ...................................TP 431
Heyman, Heino ...............................ThP 478
Heyman, Heino ...............................ThP 505
Heywood, David ...............................MP 328
Hickenlooper, Sam ...........................TP 287
Hickey, Jacob ................................TP 283
Hickman, Taylor ..............................MP 726
Hicks, Kevin .................................ThP 450
Hicks, Kevin .................................TP 532
Hicks, Leslie ................................MP 613
Hicks, Leslie ................................MP 616
Hicks, Leslie ......................ThOE pm 04:10
Hicks, Leslie ................................ThP 570
Hicks, Leslie ................................ThP 576
Hicks, Leslie ................................ThP 628
Hicks, Tammy .................................MP 183
Hidayah, Siti ................................TP 720
Hietala, Ari .................................ThP 506
Hietala, Kristen .............................MP 107
Higashi, Richard .............................ThP 330
Higashi, Yui .................................WP 257
Higginbotham, Lenora .........................MP 012
Higginbotham, Lenora .........................WP 092
High, Anthony ................................ThP 688
High, Anthony ................................TP 760
Hildebrandt, Andreas .........................MP 428
Hildebrandt, Petra ...........................ThP 361
Hildenbrand, Zacariah ........................MP 161
Hilder, Emily ................................MP 101
Hileman, Corrilynn ...........................TP 536
Hill, Bradford ...............................ThP 327
Hill, Bridgett ...............................MP 548
Hill, Collin .................................ThP 434
Hill, Jason ..................................WP 474
Hill, Ryan ...................................MP 740
Hill, Tim ....................................MP 275
Hillen, Robin ................................TP 470
Hills, David .................................WP 526
Hines, Kelcey ................................ThP 050
Hines, Kelly .................................MP 500
Hines, Kelly .......................ThOH am 10:10
Hinkle, Joshua ...............................TP 622
Hinkle, Joshua ...............................TP 661
Hinkle, Trent ......................ThOC pm 02:30
Hinkson, Izumi .....................ThOA pm 03:50
Hinners, Paige ...............................WP 214
Hinners, Paige ...............................TP 247
Hinners, Paige ...............................TP 536
Hinzman, Charles .............................MP 519
Hirano, Ichiro ...............................MP 620
Hirano, Ichiro ...............................MP 583
Hirano, Ichiro ...............................TP 236
Hirano, Yasuhiro .............................MP 766
Hirao, Tsuyoshi ..............................TP 591
Hirayama, Akiyoshi ...........................ThP 291
Hird, Simon ..................................MP 183
Hird, Simon ..................................WP 285
Hird, Simon ..................................WP 532
Hirschey, Matthew ..................ThOC am 09:50
Hirtz, Christophe ............................ThP 608
Hitchcock, Jennifer ..........................WP 764
Hites, Ronald A. ...................TOE am 08:30
Hittle, Lucinda ..............................MP 648
Hivick, Brian ................................MP 276
Hixson, Kim ..................................WP 622
Hixson, Kim K. ...............................MP 624
Hiyama, Eiso .......................TOF pm 03:10
Hiyama, Eiso .................................WP 244
Hnatyshyn, Serhiy ............................WP 405
Ho, Elaine ...................................ThP 768
Ho, Emmie ....................................TP 063
Ho, Emmie Ngai Man ..........................MP 089
Ho, Hui-Yu ...................................WP 375
Ho, Jenny ....................................WP 503
Ho, Jonathan .................................WP 254
Ho, Joshua ...................................TP 272

Ho, Joshua ...................................TP 273
Hoang, Jackson ...............................TP 192
Hoang, Khoa ........................MOG pm 03:50
Hoang, Khoa ..................................ThP 530
Hoang, Thinh .................................MP 257
Hobby, Kirsten ...............................MP 374
Hobby, Kirsten ...............................MP 397
Hoch, Kathleen ...............................MP 031
Hoch, Kathleen ...............................MP 075
Hoch, Kathleen ...............................WP 754
Hock, Christian ....................WOH pm 04:10
Hockaday, Bill ...............................TP 157
Hodgin, Jeff .................................TP 762
Hoeffler, Jean-François ......................MP 071
Hoegg, Edward ................................TP 478
Hoegg, Edward ................................TP 493
Hoehndorf, Jens ..............................MP 348
Hoehndorf, Jens ..............................TP 375
Hoehndorf, Jens ..............................TP 392
Hoelmueller, Eva .............................MP 165
Hoener, Martin ...............................WP 466
Hoermann, Bernhard ..........................ThP 703
Hofbauer, Pablo ..............................ThP 729
Hoffman, Jacob ...............................ThP 545
Hoffmann, Connor .............................MP 412
Hoffmann, Martin .............................WP 408
Hoffmann, Nils ...............................MP 444
Hoffmann, Peter ..............................WP 366
Hoffmann, William ............................MP 451
Hofmann, Susanna .............................TP 099
Hofmockel, Kirsten ...........................WP 467
Hofmockel, Kirsten ...........................TP 353
Hofmockel, Kirsten ...........................WP 407
Hogan, Christopher ...........................ThP 311
Hogan, Scott .................................WP 549
Höger, Harald ................................TP 535
Hoggard, Mickelene ...........................MP 593
Hogrebe, Alexander ...........................WP 655
Hogue, Carrie ................................WP 480
Holay, Namit .................................WP 470
Holck, Michael .....................ThOA pm 03:50
Holder, Patrick ..............................WP 064
Holowinski, Ronald ...........................WP 224
Holland, Andrew ....................ThOC pm 04:10
Holland, Patricia ............................ThP 149
Hollenbeck, Tom ..............................WP 237
Hollender, Juliane .................TOE am 10:10
Hollerbach, Adam .............................ThP 273
Hollerbach, Adam ...................WOF am 10:10
Holliman, Christopher ......MOF pm 04:10
Holliman, Christopher ........................WP 098
Hollingsworth, Joy ...........................MP 624
Hollis, Jeff .................................MP 139
Holloway, John ...............................WP 601
Holman, Conner ...............................ThP 403
Holmes, Ross .................................ThP 471
Holmes, Dr., Paula ...........................TP 469
Hölscher, Christoph ...............TOD am 09:10
Hölscher, Christoph ..........................TP 398
Holsen, Thomas ...............................TP 713
Holst, Jens ..................................TP 099
Holt, Matthew ................................ThP 686
Holt, Matthew ................................ThP 732
Holt, Matthew ................................TP 636
Holt, Matthew ................................WP 714
Holt, Teagan .......................MOF pm 02:30
Holtz, Anja ........................MOF pm 03:50
Holtz, Anja ..................................TP 104
Holtz, Anja ..................................ThP 681
Holwerda, Evert ..............................TP 764
Holzlechner, Matthias ........................ThP 236
Holzlechner, Matthias ........................ThP 242
Homberg, Bettina .............................MP 043
Homo, Xavier .................................ThP 747
Hon, Wei Boon ................................MP 101
Honarvar, Elahe ..............................ThP 056
Honda, Kazafumi ...................TOF pm 03:10
Hong, Jiyong .......................TOF am 08:30
Hong, Jongki .................................MP 177


Hong, Jongki .................................WP 583
Hong, Pengyu ...............................ThP 068
Hong, Pengyu ...............................WP 202
Hong, Qiuting ...............................WP 059
Hongzhi, Zhao ...............................WP 628
Honing, Maarten .............................TP 271
Honnold, Ron .................................MP 189
Hood, Brian .......................MOH am 09:50
Hood, Brian ..................................MP 752
Hood, Brian .......................TOF pm 04:10
Hoofnagle, Andrew ...........................MP 679
Hoofnagle, Andrew .............WOH pm 03:50
Hooper, Andrea ..............................TP 085
Hooper, Timothy ...............WOE pm 02:30
Hoopmann, Michael R. ......................MP 044
Hoopmann, Michael R. ......................WP 400
Hooshfar, Shirin .............................WP 007
Hopton, Kevin ...............................WP 620
Hooyberghs, Jef ...............ThOA pm 03:10
Hooyberghs, Jef .............................WP 383
Hopf, Carsten ...............................WP 373
Hopf, Carsten ...............................WP 730
Hopfgartner, Gerard .........................WP 571
Hopkins, W. Scott ...........................TP 207
Hoppmann, Christian ........................WP 035
Hoque, Abdul .................................TP 751
Hoque, Shakila ...............................TP 367
Hor, Eleanor Wai Yi ..........................TP 191
Horikawa, Makoto ...........................ThP 226
Horikawa, Makoto ...........................TP 390
Horkovitcs-Kovats, Gabriel ......WOE pm 03:30
Horman, Brian ...............................MP 121
Horn, David ..................................MP 414
Horn, David ..................................MP 434
Horn, David ..................................MP 777
Horn, David ..................................TP 725
Hornburg, Daniel .................MOE pm 02:30
Hornburg, Daniel ............................ThP 103
Hornburg, Daniel ............................ThP 111
Hornburg, Daniel ............................TP 426
Horner, Gerhard .............................TP 309
Horohov, David ..............................TP 090
Horvath, Kathleen .................MOG am 09:50
Horvath, Kathleen ...........................MP 485
Horvath, Thomas ............................MP 075
Hosfield, Chris ..............................ThP 699
Hosfield, Chris ..............................TP 020
Hoshida, Yujin ...............................MP 337
Hosoi, Kosuke ...............................ThP 609
Hosoi, Kosuke ...............................TP 448
Hosp, Fabian ................................ThP 377
Hossain, Dewan .............................ThP 141
Hossain, Ekram .............................ThP 452
Hossain, Mahmud ...........................TP 074
Hou, Aixin .......................TOE am 09:50
Hou, Aixin ...................................TP 142
Hou, Guixue .................................ThP 100
Hou, Hongwei ...............................ThP 176
Hou, Keyong ....................MOG am 09:10
Hou, Peiling .................................TP 118
Hou, Peiling .................................WP 214
Houel, Stephane .............................ThP 663
Houser, Dorian ..............................MP 747
Hovmand, Lars ..............................TP 443
Howard, Karyn ...............................WP 286
Howe, Peter ..................................MP 285
Howell, Loren ...............................ThP 411
Hower, Danny ................................TP 317
Howitt, Crispin ..............................MP 607
Hoyas, Sébastien ............................MP 827
Hoyt, Kaitlin .................................WP 352
Hryhorenko, Jennifer .......................MP 722
Hseln-Chi W, Niu ...........................ThP 308
Hseln-Chi W, Niu ...........................ThP 320
Hsia, Ru-ching ..............................ThP 528
Hsiao, Chih-Hao ............................MP 490
Hsiao, Chun-Jen ............................MP 481
Hsiao, He-Hsuan ...........................ThP 775
Hsiao, He-Hsuan ...........................WP 768

Hsiao, Jordy .................................MP 599
Hsiao, Jordy .................................TP 539
Hsiao, Jordy .................................WP 764
Hsiao, Yi-Teng ..............................TP 466
Hsiao, Yi-Teng ..............................TP 686
Hsiao, Yi-heng ..............................WP 442
Hsiao, Yi-heng ..............................WP 445
Hsiao, Yung-Chin ...........................WP 697
Hsu, Bih .....................................MP 322
Hsu, Bih .....................................ThP 152
Hsu, Cheng-Chih .............ThOB pm 03:50
Hsu, Cheng-Chih ...........................ThP 135
Hsu, Cheng-Chih ...........................ThP 378
Hsu, Cheng-Chih ...........................ThP 501
Hsu, Cheng-Chih ...........................ThP 563
Hsu, Cheng-Chih ...........................MP 363
Hsu, Cheng-Chih ...........................WP 572
Hsu, Chia-Chin ..............................ThP 165
Hsu, Chih-Chin ..............................MP 680
Hsu, Ching-Heng ............................ThP 165
Hsu, Chuan-Chih ............................ThP 705
Hsu, Donna ..................................ThP 164
Hsu, Fong-Fu ................................ThP 465
Hsu, Hsu-Chen ..............................ThP 061
Hsu, Hsu-Chen ..............................WP 183
Hsu, Jing-fang ...................ThOH am 08:10
Hsu, Pang-Hung ............................MP 680
Hsu, Pang-Hung ............................WP 387
Hsu, Pang-Hung ............................WP 780
Hsu, Ya-Chen ...............................ThP 522
Hsu, Yu-Ming ...............................TP 345
Hsueh, Yen-Ping ...........................ThP 501
Hu, Bin ......................................MP 123
Hu, Chaoyang ...............................MP 610
Hu, Dingfei .................................ThP 767
Hu, Hang ....................................MP 489
Hu, Hang ....................................WP 458
Hu, Hao .....................................WP 504
Hu, Jun .....................................ThP 065
Hu, Liang ....................................MP 004
Hu, Lianxin .................................TP 765
Hu, Lufei ....................................TP 103
Hu, Mo ......................................TP 683
Hu, Muhan ..................................MP 503
Hu, Nan .....................................TP 742
Hu, Peifeng .................................WP 459
Hu, Qingyuan ...............................ThP 176
Hu, Tianping ................................TP 771
Hu, Weimin .................................WP 699
Hu, Ye ......................................WP 122
Hu, Yuntao ..................................WP 556
Hu, Zhishang ...............................TP 587
Hua, Wenyi .................................MP 454
Hua, Wenyi .................................MP 464
Hua, Wenyi .................................WP 236
Hua, Wenyi .................................WP 238
Huan, Tao ...................................TP 567
Huang, Amy .................................TP 017
Huang, Beibei ..............................TP 215
Huang, Beijing ..............................TP 005
Huang, Bill ..................................ThP 665
Huang, Chi-Huang ..........................ThP 304
Huang, Chiu-Ching .........................MP 686
Huang, Chiung-Yin .........................ThP 415
Huang, Chiung-Yin .........................TP 379
Huang, Chung-Yi ...........................TP 079
Huang, Danning .............................MP 323
Huang, Danning .............................MP 332
Huang, Danning .............................WP 014
Huang, Defeng ..............................WP 019
Huang, Eric .................................ThP 647
Huang, Eric .................................TP 711
Huang, Eric .................................WP 118
Huang, Guang ...................TOE am 08:50
Huang, Hexun ...............................ThP 189
Huang, Jing .................................WP 523
Huang, Junfeng .............................ThP 219
Huang, Junfeng .............................TP 050
Huang, Junfeng .............................MP 651

Huang, Junfeng .............................WP 656
Huang, Lan ..................................MP 046
Huang, Lan ....................ThOD pm 02:50
Huang, Lan ..................................TP 458
Huang, Liepin ...............................WP 480
Huang, Lin ...................................ThP 414
Huang, Liping ...............................ThP 035
Huang, Lushuang ...........................MP 466
Huang, Mei ..................................MP 622
Huang, Mike (Qingtao) .....................ThP 753
Huang, Min ..................................TP 683
Huang, Min ..................................TP 714
Huang, Ming .................................TP 716
Huang, Ming .................................WP 740
Huang, Richard ..............................TP 608
Huang, Richard Y-C .........................MP 036
Huang, Shih-Pei ............................ThP 061
Huang, Shih-Pei ............................WP 183
Huang, Shih-Pei ............................WP 195
Huang, Shijiao ..............................MP 717
Huang, Shijiao ..............................WP 672
Huang, Shu ..................................MP 262
Huang, Shu ..................................MP 271
Huang, Shu .......................ThOB am 10:10
Huang, Taohong .............................MP 002
Huang, Taohong .............................MP 186
Huang, Taohong .............................WP 326
Huang, Ting .................................MP 705
Huang, Ting ....................WOH pm 03:10
Huang, Ting .................................WP 386
Huang, Vincent ..............................MP 682
Huang, Xun ......................WOD pm 03:30
Huang, Yen-chun ............................TP 615
Huang, Yeru .................................TP 206
Huang, Yifan ................................ThP 071
Huang, Yifan ................................ThP 078
Huang, Yifan ................................ThP 079
Huang, Yifan ................................ThP 223
Huang, Yifan ................................WP 073
Huang, Yifan ................................WP 075
Huang, Yifan ................................WP 197
Huang, Yilei .................................WP 028
Huang, Yin ..................................MP 755
Huang, Ying .................................MP 114
Huang, Ying-Chen ..........................WP 363
Huang, Yin-Hsuan .............ThOB pm 03:50
Huang, Yi-wen ..............................MP 452
Huang, Yu-Ping .............................ThP 194
Huang, Zhongping ..........................WP 028
Hubbard, Fred ..............................ThP 458
Hubbard, Simon .............................MP 422
Huber, Florian ..............................MP 596
Huber, Katharina ...............WOA am 09:50
Huber, Mary .................................WP 064
Huber, Paul .....................TOG pm 02:30
Hubert, Casey ...............................WP 487
Hubert-Roux, Marie .............MOG pm 03:30
Hubert-Roux, Marie .............TOH pm 03:30
Hubler, Shane ....................ThOA pm 03:30
Hudalla, Chris ...............................WP 156
Hudgens, Jeffrey ...........................MP 301
Hudgens, Jeffrey ...........................TP 322
Hudson, Michael ............................TP 235
Huelsemann, Frank .............WOC pm 04:10
Hufnagel, Ulrike ............................TP 436
Hughes, Chris ...............................MP 049
Hughes, Chris ...............................MP 237
Hughes, Chris ...............................ThP 127
Hughes, Geoffrey ...........................MP 122
Hughes, James ..............................ThP 115
Hughes, Sam ................................TP 719
Huguet, Romain ...............MOH am 09:30
Huguet, Romain .............................MP 094
Huguet, Romain .............................MP 328
Huguet, Romain .............................MP 414
Huguet, Romain .............................MP 676
Huguet, Romain .............................MP 716
Huguet, Romain .............................MP 734
Huguet, Romain .............................MP 774

Program code: M,T,W,Th = Day       O = Oral, P = Poster       Time or poster number

Huguet, Romain ............................ MP 780
Huguet, Romain ............. ThOG pm 03:10
Huguet, Romain ............... TOC am 10:10
Huguet, Romain ............... TOC pm 03:10
Huguet, Romain ............................ TP 001
Huguet, Romain ............................ TP 018
Huguet, Romain ............................ TP 166
Huguet, Romain ............................ TP 526
Huguet, Romain ............................ TP 528
Huguet, Romain ............................ TP 572
Huguet, Romain ............................ TP 573
Huguet, Romain ............................ TP 579
Huguet, Romain ............................ TP 624
Huguet, Romain ............................ TP 635
Huguet, Romain ............................ TP 661
Huguet, Romain ............................ TP 725
Huguet, Romain ........................... WP 070
Huguet, Romain ........................... WP 144
Huguet, Romain ........................... WP 452
Huguet, Romain ........................... WP 693
Huguet, Romain ........................... WP 700
Huh, Yong-Min ............................. TP 076
Huhmer, Andreas ......................... MP 309
Huhmer, Andreas ......................... MP 383
Huhmer, Andreas ......................... MP 564
Huhmer, Andreas .......................... MP 733
Huhmer, Andreas .......................... MP 734
Huhmer, Andreas .......................... MP 735
Huhmer, Andreas ............... ThOC am 09:10
Huhmer, Andreas ........................... TP 533
Huhmer, Andreas ........................... TP 573
Huhmer, Andreas ........................... TP 579
Huhmer, Andreas .......................... WP 070
Huhmer, Andreas .......................... WP 398
Huhmer, Andreas .......................... WP 516
Huhmer, Andreas .......................... WP 517
Huhmer, Andreas .......................... WP 700
Huhmer, Andreas .......................... WP 744
Hui, John .................................... WP 507
Hui, Liu .................................... ThP 437
Hui, Shu-Ping ............................. MP 518
Hull, MS, Jason ............................ MP 327
Humaidy, Dhirgam ....................... WP 488
Humberstone, David ....................... TP 171
Hummon, Amanda ........................ MP 587
Hummon, Amanda ........................ ThP 431
Hummon, Amanda ......................... TP 347
Hummon, Amanda ........................ WP 143
Humphreys, Sara ............... TOH am 08:50
Humston-Fulmer, Elizabeth ........... ThP 199
Humston-Fulmer, Elizabeth ............. TP 308
Huncik, Kevin .............................. MP 140
Hung, Sheng-Chi .......................... MP 606
Hunsucker, Sally .......................... ThP 612
Hunt, Allison .............................. MP 752
Hunt, Donald ................ ThOG pm 03:10
Hunt, Donald ................ ThOH pm 02:30
Hunt, Donald .............................. TP 622
Hunt, Donald .............................. TP 661
Hunt, Robert ............................... WP 443
Hunter, Alan ............................... TP 620
Hunter, Christie ........................... MP 538
Hunter, Christie ........................... MP 548
Hunter, Christie .......................... ThP 096
Hunter, Christie ........................... TP 117
Hunter, Christie ........................... TP 681
Huntley, Adam ............................ MP 482
Huntley, Adam ............... ThOG pm 03:50
Huntley, Adam ............................ WP 464
Huo, Jingguo .............................. WP 762
Huo, Shihan ............................... MP 646
Huo, Shihan ................................ TP 597
Huo, Shihan ............................... WP 054
Huo, Shihan ............................... WP 057
Hupp, Ted .................................. MP 707
Hupp, Theodore ........................... MP 579
Hupp, Theodore ........................... MP 754
Hupp, Theodore ........................... ThP 719
Huppertz, Laura ........................... TP 248

Huq, Mohammad ........................... TP 121
Hur, Jisu .................................... MP 177
Hussey, Erika .............................. WP 584
Hussien, Ahmed ........................... ThP 654
Hustin, Justine ............................ MP 515
Hutchins, Paul ............... MOA pm 03:50
Hutchins, Paul ............... MOE pm 02:50
Hutchinson, Carolyn ....................... TP 163
Hutchinson, Carolyn ....................... TP 180
Hutmacher, Robert ........................ MP 624
Huttlin, Edward ............................ TP 656
Huttlin, Edward ............................ TP 769
Huttlin, Edward L. ........... MOA pm 03:50
Hüttmann, Nico ............................. TP 040
Hutton, Craig .............................. WP 150
Hutton, Josiah ............................. MP 779
Hutton, Josiah ................ TOC pm 02:30
Huynh, Kevin ................ MOE am 10:10
Huysman, Steve ............... WOG am 02:30
Hwang, Heeyoun ........................... WP 196
Hwang, Heeyoun ........................... WP 724
Hwang, Kyu-Baek .......................... MP 395
Hyche, Justin .............................. ThP 697
Hyland, Robin .............................. MP 063
Iacob, Roxana E. ............... TOF am 08:50
Iacovino, Anna .............................. TP 280
Iacovino, Anna .............................. TP 281
Iadaresta, Francesco ....................... TP 176
Iannetta, Anthony ......................... MP 616
Iannetta, Pete .............................. TP 522
Iavarone, Anthony ......................... MP 162
Iavarone, Anthony ........................... TP 325
Ibrahim, Sahar .............................. TP 081
Ibrahim, Yehia ............... MOF am 08:30
Ibrahim, Yehia ............................. MP 423
Ibrahim, Yehia ............................. ThP 273
Ibrahim, Yehia ............................. ThP 296
Ibrahim, Yehia ............................. WP 042
Ibrahim, Yehia ............................. WP 180
Ibrahim, Yehia ............................. WP 454
Ibrahim, Yehia ............................. WP 457
Ica, Raluca ................................. ThP 624
Ica, Raluca .................................. TP 055
Ica, Raluca .................................. TP 604
Idrisoglu, Halil ............................. TP 045
Ievlev, Anton ............................... MP 339
Ievlev, Anton ............................... MP 341
Ievlev, Anton .............................. ThP 262
Igarashi, Akinori ........................... ThP 346
Igarashi, Eri ............................... ThP 600
Ignatchenko, Vladimir ..................... WP 379
Ihara, Yasuo ............................... WP 379
Iida, Junko ................................. MP 364
Iida, Junko ................................. MP 389
Iida, Junko ................................. MP 632
Iida, Tetsuo ................................. MP 082
Iida, Tetsuo ................................. MP 083
Iida, Tetsuo ............................... ThP 343
Ikegawa, Masaya .......................... MP 760
Ikegawa, Masaya .......................... ThP 232
Ikegawa, Masaya .......................... ThP 238
Ikegawa, Masaya .......................... ThP 367
Ikegawa, Masaya .......................... WP 369
Ikegawa, Masaya .......................... WP 379
Ikonen, Elias .............................. WP 306
Ilag, Leopold .............................. ThP 005
Ilchenko, Sergei ........................... MP 295
Ilieva, Ilyana ............................... MP 168
Ilieva, Ilyana .............................. MP 681
Iliuk, Anton ................................ WP 085
Iliuk, Anton ................................ WP 120
Illes-Toth, Eva ............................. MP 051
Illes-Toth, Eva ............................. MP 100
Illges, Harald .............................. ThP 620
Im, Nu-Ri .................................. WP 647
Imami, Koshi ............................... TP 518
Imami, Koshi ............................... TP 629
Imamura, Hideo ........................... TP 762
Imanishi, Susumu ......................... MP 766

Imanishi, Susumu ......................... ThP 727
Imazu, Akiko ............................... WP 440
Imoto, Eishi ............................... MP 178
Imoto, Eishi ............................... MP 220
Impens, Francis .......................... ThP 563
Impens, Francis .......................... ThP 707
Imrazene, Sandra .......................... TP 256
Indeykina, Maria .......................... MP 591
Indeykina, Maria .......................... ThP 614
Indeykina, Maria ........................... TP 133
Ingelsson, Erik ............................ ThP 509
Inglese, Paolo ............................. ThP 256
Inglese, Paolo ................ TOF pm 03:50
Inglese, Paolo ............................. WP 375
Inohana, Yusuke .......................... MP 583
Inohana, Yusuke .......................... ThP 343
Inohana, Yusuke ........................... TP 216
Inoue, hayato .............................. TP 459
Inoue, Takahiro ........................... WP 030
Inutan, Ellen .............................. ThP 040
Inutan, Ellen .............................. ThP 530
Inuzuka, Mako ............................. TP 026
Ion, Laura ................................. TP 104
Ippoliti, Paul ................ MOB pm 04:10
Ippoliti, Samantha ......................... TP 003
Isaac, Giorgis ............................. MP 497
Isaac, Giorgis ............................. MP 519
Isaac, Giorgis ............................. MP 540
Isaac, Giorgis ............................. ThP 278
Isaac, Giorgis .............................. TP 561
Isaac, Giorgis ............................. WP 250
Isaacs, Joshua ............................. TP 664
Isailovic, Dragan .......................... MP 137
Isailovic, Dragan ........................... TP 186
Isbell, John ................................. WP 237
Isberg, Olof ............................... ThP 256
Isberg, Ólöf Gerdur ....................... TP 350
Isenberg, Samantha ......... MOB pm 03:10
Isenberg, Samantha ........................ TP 106
Ishibashi-Ueda, Hatsue .................. ThP 238
Ishibashi-Ueda, Hatsue .................. WP 367
Ishibashi-Ueda, Hatsue .................. WP 369
Ishida, Mizuki ............................. ThP 238
Ishigai, Masaki ............................ TP 604
Ishihama, Yasushi ........................ MP 408
Ishihama, Yasushi ......................... TP 713
Ishihama, Yasushi ......................... TP 518
Ishihama, Yasushi ......................... TP 629
Ishii, Akira ................................. TP 017
Ishii, Akira ................................ WP 029
Ishikawa, Tetsuya ......................... WP 029
Ishizu, Akihiro ............................ MP 766
Islam, Ariful ............................... ThP 226
Islam, Ariful ............................... TP 355
Islam, Syful ............................... MP 562
Islam, Syful ................................ TP 289
Islam Williams, Taufika .................. WP 723
Ismaiel, Omnia ............................ WP 110
Isobe, Toshiaki ........................... ThP 605
Ito, Satoshi ............................... WP 609
Ito, Sayami ................................. TP 368
Ito, Shigeaki .............................. ThP 476
Ito, Shingo ................................ WP 233
Ito, Takashi ................................ TP 355
Ito, Yuki .................................. TP 026
Ivanov, Alexander ......................... ThP 088
Ivanov, Alexander ......................... ThP 556
Ivanov, Alexander ......................... ThP 566
Ivanov, Alexander ......................... ThP 721
Ivanov, Alexander .......................... TP 062
Ivanov, Alexander .......................... TP 417
Ivanov, Alexander ......................... WP 611
Ivanov, Daniil ............................. MP 333
Ivanov, Daniil ............................. MP 346
Ivanov, Daniil ............................. ThP 614
Ivanov, Mark .............................. ThP 712
Ivanova, Anna ............................. WP 551
Ivanova, Magdalena ........... TOF am 09:30
Ives, Ashley ............................... MP 248

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number


Ivosev, Gordana ......................MP 367
Ivosev, Gordana ......................ThP 107
Ivosev, Gordana ......................TP 673
Iwahashi, Fukumatsu...............MP 087
Iwai, Itsuko ............................TP 902
Iwaki, Kei-ichiro .....................ThP 727
Iwakoshi, Mitsuhiko .................MP 087
Iwamoto, Noriko.......................WP 043
Iwamoto, Shinichi....................MP 247
Iwamoto, Shinichi....................ThP 400
Iwamoto, Shinichi....................ThP 409
Iwamoto, Shinichi....................ThP 514
Iwamoto, Shinichi....................ThP 516
Iwamoto, Shinichi....................TP 448
Iwan, Volker............................MP 240
Iwanowa, Xenia.......................WP 685
Iwasaki, Noriyuki.....................WP 638
Iwata, Futoshi.........................ThP 039
Iwata, Satoshi.........................ThP 513
Iyama, Souta...........................ThP 599
Iyer, Gayatri...........................WP 409
Iyer, Kiran..............................MP 273
Iyer, Kiran........................WOG pm 04:10
Izumi, Victoria........................ThP 723
Izumi, Victoria........................TP 570
Izumi, Yoshihiro......................MP 087
Izumi, Yoshihiro......................WP 462
Izumi, Yoshihiro......................TP 097
Izumi, Yoshihiro......................WP 446
Izydorczyk, Marta....................WP 264
J. Gstöttner, Christoph.............WP 658
Jabs, Wolfgang.......................WP 338
Jack, Richard...........................MP 145
Jackson, Angela......................ThP 359
Jackson, Angela......................TP 758
Jackson, Glen..........................MP 229
Jackson, Glen..........................MP 235
Jackson, Glen..........................ThP 190
Jackson, Glen..................WOB am 09:50
Jackson, Glen..........................WP 188
Jackson, Kimberly....................MP 001
Jackson, Peter.........................TP 779
Jackson, Peter.........................WP 670
Jackson, Robert.......................MP 486
Jackson, Shelley......................MP 256
Jackson, Shelley......................ThP 421
Jackson, Sierra........................MP 215
Jackson, Sierra........................TP 491
Jackson, William......................MP 288
Jacob, Cristina.........................MP 145
Jacob, Cristina C......................MP 190
Jacob, Cristina C......................TP 647
Jacobs, Foster.........................ThP 593
Jacobs, Paul............................ThP 563
Jacobs, Paul......................TOG pm 03:10
Jacobsen, Anne-Marie..............WP 107
Jacobsen, Jeremy..............TOD pm 04:10
Jacobsen, Megan.....................TP 399
Jacobson, Kathryn...................MP 751
Jacques, Philippe.....................WP 479
Jacquet, Christelle...................ThP 747
Jaen-Gil, Adrian......................ThP 341
Jaffe, Jacob............................MP 169
Jaffe, Jacob.....................TOA pm 03:30
Jaffe, Jacob............................ThP 329
Jaffé, Rudolf...........................TP 174
Jager, Lyndsey........................MP 657
Jagtap, Pratik...................MOA pm 04:10
Jagtap, Pratik.........................MP 758
Jagtap, Pratik...................ThOA pm 03:30
Jagtap, Pratik.........................TP 435
Jagtap, Pratik.........................TP 438
Jahn, Reinhard.................ThOD pm 03:10
Jain, Antrix.............................MP 404
Jain, Antrix.............................ThP 732
Jain, Antrix.............................TP 700
Jain, Mohit..............................WP 410
Jain, Neha.......................TOF am 09:30

Jain, Sanjay............................TP 388
Jain, Sejal...............................ThP 093
Jain, Shreyans.........................WP 351
Jaiswal, Damini........................ThP 097
Jaiswal, Damini........................ThP 331
Jaiswal, Damini........................MP 412
Jaiswal, Nidhi..........................ThP 749
Jaiswal, Yogini........................MP 617
Jaiswal Kundu, Deepti..............TP 429
Jakes, Craig............................TP 012
Jakob, Ursula..........................WP 711
Jalal, Prasun...........................TP 700
Jalali, Jacob............................WP 157
Jalali, Jacob............................WP 160
Jalali, Jacob............................WP 177
Jalili, Pegah............................WP 019
Jalili, Pegah............................MP 649
James, Christopher...................MP 643
James, Christopher...................TP 088
James, Christopher...................WP 114
James, Isabella........................ThP 251
James, Isabella........................TP 694
James, Virginia........................TP 198
Jamin, Emilien.........................WP 770
Jamrom, Jeremiah....................MP 028
Jan, Cheng-Kai........................MP 490
Jandric, Zora...........................TP 312
Janech, Michael.......................MP 763
Jang, Eunju.............................MP 249
Jang, Jinyoung.........................TP 115
Jang, Kyoung-Soon...................ThP 422
Jang, Soo ah...........................ThP 444
Janiszewski, John.....................MP 246
Janiszewski, John.....................WP 247
Janiszewski, Joseph.................ThP 334
Janiszewski, Joseph.................WP 246
Janke, Carsten........................MP 775
Janke, Carsten........................MP 649
Jankevics, Andris......................MP 436
Jansen, Doris...........................ThP 377
Jansen, Jasmin...............ThOE am 10:10
Jansen, Petra..................MOC pm 04:10
Jansen, Petra..........................TP 114
Janssen, Kevin.........................MP 163
Janssen, Kevin.........................MP 170
Jansson, Christer......................MP 622
Jansson, Christer......................WP 622
Jansson, Janet.........................TP 353
Jaquet, Spencer.......................MP 571
Jaquet, Spencer.......................WP 737
Jarmusch, Alan........................MP 440
Jarmusch, Alan........................ThP 198
Jarmusch, Alan........................MP 410
Jarmusch, Alan........................WP 430
Jarnuczak, Andrew...................TP 429
Jarnuczak, Andrew F................TP 633
Jarrah, Nina............................TP 753
Jarrold, Martin.........................MP 494
Jarrold, Martin.........................MP 645
Jarrold, Martin.................ThOD am 10:10
Jarrold, Martin.................ThOE am 09:10
Jarrold, Martin.........................TP 467
Jarrold, Martin.........................WP 050
Jarrold, Martin.........................WP 332
Jarvis, Sheba..........................ThP 230
Jarzab, Anna...................MOA pm 02:50
Jarzab, Anna...........................TP 654
Jarzab, Anna...........................WP 730
Jasbi, Paniz............................ThP 474
Jasbi, Paniz............................TP 037
Jasbi, Paniz............................TP 052
Jasbi, Paniz............................TP 054
Jash, Madhuri..........................ThP 543
Javahery, Reza........................ThP 042
Javahery, Reza........................WP 157
Javahery, Reza........................WP 321
Javahery, Reza........................WP 328
Javahery, Reza........................WP 329

Javanshad, Roshan..................ThP 056
Jayaraman, Dhileepkumar..........MP 615
Jayaraman, Priya.....................WP 512
Jayasena, Shyamali.........MOC pm 02:50
Jayasundara, Kinkini.................TP 292
Jayasundara, Kinkini.........WOB pm 03:50
Jayathirtha, Madhuri.................TP 712
Jayathirtha, Madhuri.................WP 727
Jayatilaka, Nayana...................MP 030
Jayawardana, Kaushala.....MOE am 10:10
Jeanne Dit Fouque, Kevin.........ThP 281
Jeanne Dit Fouque, Kevin.........ThP 295
Jeanne Dit Fouque, Kevin.........ThP 315
Jeanne Dit Fouque, Kevin.........TP 504
Jeannin-Girardon, Anne............MP 376
Jeannin-Girardon, Anne............WP 471
Jebarani, Esther......................ThP 123
Jeffrey, Benjamin.....................MP 476
Jelic, Tom...............................WP 570
Jemielity, Jacek.......................ThP 590
Jenkins, Conor.........................MP 401
Jenkins, Conor.........................MP 732
Jenkins, Conor................ThOA pm 04:10
Jenkins, Conor.........................WP 162
Jenkins, Lisa....................TOD pm 03:50
Jensen, Penny.........................WP 733
Jensen, Penny.........................TP 573
Jensen, Penny.........................WP 516
Jensen, Penny.........................WP 517
Jeon, Okhee....................MOF pm 03:50
Jeong, Ji-Seon.........................TP 583
Jeong, Kyowon........................TP 720
Jerris, S. Caleb........................TP 101
Jethva, Prashant......................MP 051
Jewargikar, Sweta...................WP 430
Jha, Abhishek..........................MP 098
Jha, Abhishek..........................ThP 158
Jha, Abhishek..........................ThP 328
Jha, Abhishek..........................ThP 502
Jha, Abhishek..........................WP 578
Ji, Huihua...............................ThP 583
Ji, Jennifer..............................ThP 559
Ji, Jennifer..............................ThP 564
Ji, Qin.............................TOH am 10:10
Ji, Weihua...............................WP 307
Jia, Echo................................ThP 023
Jia, Lily..................................MP 026
Jia, Mengxuan.........................ThP 630
Jia, Mengxuan.........................WP 715
Wei, Wei.................................TP 419
Jia, Weiping............................TP 323
Jia, Xiaofei.............................TP 404
Jia, Xiaofei.............................MP 362
Jia, Zhengwei..........................ThP 581
Jia, Zhengwei..........................WP 012
Jia, Zhengwei..........................WP 019
Jian, Jin.................................TP 676
Jian, Ruiqi..............................TP 439
Jian, Ruiqi..............................TP 686
Jian, Ruiqi..............................WP 739
Jiang, Biyun............................WP 654
Jiang, Chang...........................ThP 021
Jiang, Chendi...........................ThP 675
Jiang, Feng-Wen......................ThP 304
Jiang, Hao..............................MP 249
Jiang, Helen....................WOA am 09:50
Jiang, Heng.............................WP 508
Jiang, Jerry.............................ThP 050
Jiang, Ji.................................MP 658
Jiang, Ji.................................TP 119
Jiang, Kezhi............................WP 028
Jiang, Lihua............................TP 439
Jiang, Lihua............................TP 686
Jiang, Lihua............................WP 402
Jiang, Lihua............................WP 739
Jiang, Ping.....................MOA am 09:10
Jiang, Ping.....................MOA am 10:10

Program code: M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number



## INDEX OF AUTHORS

Jiang, Ping ...................................TOE am 08:50
Jiang, Tao ..........................................TP 663
Jiang, Tao ........................................WP 199
Jiang, Tao ..........................................TP 268
Jiang, Yan ...............................MOD pm 03:10
Jiang, Yindi .....................................WP 630
Jiang, Yong ......................................MP 513
Jiang, Yongyi ...................................ThP 003
Jiang, Yongying ...............................WP 253
Jiao, Bin ...........................................TP 445
Jiao, Hongqin ..................................WP 116
Jiao, Yun ..........................................MP 713
Jimenez, Connie ..............................ThP 267
Jimenez, Rob ...................................WP 060
Jimenez-Morales, David ..................ThP 271
Jin, Hangbiao ....................................MP 151
Jin, Jian ............................................TP 421
Jin, Meiling .......................................ThP 724
Jin, Minye .........................................MP 634
Jin, Qiao .................................MOF am 08:50
Jin, Song ..........................................MP 014
Jin, Song ..........................................MP 737
Jin, Song .........................................ThP 544
Jin, Song ..........................................ThP 656
Jin, Wei .............................................MP 531
Jin, Wenhai ......................................WP 514
Jin, Xiaoying .....................................WP 523
Jin, Ying ............................................MP 086
Jin, Ying ............................................MP 187
Jin, Yu ..............................................ThP 581
Jin, Yutong .......................................MP 014
Jin, Yutong .......................................MP 772
Jin, Yutong .......................................MP 785
Jin, Yutong ......................................ThP 461
Jin, Yutong ......................................ThP 478
Jin, Yutong .......................................TP 601
Jin, Yutong .......................................TP 723
Jing, Xinyao .....................................MP 234
Jing, Yulong ...........................TOG pm 02:50
Jingushi, Kentaro ............................ThP 599
Joaquin, Daniel .................................TP 283
Jochem, Adam .....................MOA pm 03:50
Jochem, Adam ..................................TP 718
Jockusch, Rebecca ..........................MP 264
Jockusch, Rebecca ..........................MP 269
Jockusch, Rebecca ...........................TP 340
Joh, Sunha ......................................ThP 076
Johannsen, Neil ...............................MP 524
Johansson, Sven ................ThOD pm 03:30
John, Benzi .......................................TP 297
John, Varghese ................................ThP 710
Johnson, Ben ..................................WP 749
Johnson, Britney .............................WP 034
Johnson, Casey ...............................WP 224
Johnson, Charlene ...........................MP 063
Johnson, Danté ...............................WP 129
Johnson, Danté ................................MP 035
Johnson, Erik ....................................MP 012
Johnson, Erik ....................................TP 778
Johnson, Jodie .................................WP 179
Johnson, Joshua .................ThOG pm 03:30
Johnson, Keith .....................TOG am 09:50
Johnson, Kendall ............................ThP 556
Johnson, Mark ...................ThOB am 08:30
Johnson, Mark .................................WP 473
Johnson, Patricia .............................ThP 196
Johnson, Patricia .............................ThP 521
Johnson, Pete ..................................WP 482
Johnson, Philip ..................................TP 224
Johnson, Randi .................................ThP 440
Johnson, Richard S. .........................ThP 706

Johnson, Robert .....................TOD am 10:10
Johnson, Rod ....................................TP 766
Johnson, Rudolph ...................MOB pm 03:10
Johnson, Rudolph .............................TP 106
Johnson, Rudolph .............................WP 212
Johnson, Sterling .............................MP 105
Johnson, Tim ....................................MP 768
Johnson, Vikki ..................................MP 315
Johnson, Vikki ..................................MP 653
Johnson-Davis, Kamisha ..................WP 781
Johnson-Davis, Kamisha ..................WP 782
Johnson-Pais, Teresa .......................TP 129
Johnston, Carol .................................TP 052
Johnston, Harvey .............................MP 691
Jokhadze, Gia ...................................MP 035
Jolliffe, Charles .................................WP 328
Jolliffe, Chuck .................................ThP 042
Joly, Jean-François ....................TOH pm 02:30
Jonasson, Jon ...................................TP 350
Jones, A. ...........................................MP 112
Jones, A. Daniel ......................WOC am 02:50
Jones, A. Daniel ...............................WP 601
Jones, Aled ....................................ThP 697
Jones, Aled .......................................MP 036
Jones, Alex .......................................MP 719
Jones, Andrew ..................................MP 422
Jones, Andrew ....................ThOC am 09:30
Jones, Andrew ...................................TP 420
Jones, Andrew ..................................WP 715
Jones, Andy ......................................MP 436
Jones, Barney ..................................ThP 417
Jones, Benjamin ..............................MP 250
Jones, Benjamin ..................TOB am 09:30
Jones, Benjamin ..............................WP 715
Jones, Christina ..............................ThP 473
Jones, Dean ......................................TP 565
Jones, Derek ....................................MP 372
Jones, Elliott .....................................MP 654
Jones, Elliott .....................................MP 685
Jones, Elliott .....................................MP 687
Jones, Elliott .....................................WP 513
Jones, Emrys ....................................MP 227
Jones, Emrys ....................................WP 374
Jones, Emrys A. .............................ThP 046
Jones, Gareth Rhys ..........................WP 020
Jones, Gordon ..................................WP 025
Jones, Gordon ..................................WP 494
Jones, Grace ....................................WP 553
Jones, Guy ..............................WOC pm 03:50
Jones, Hugh .........................TOA am 09:10
Jones, Jace .......................................MP 036
Jones, Jace .....................................ThP 389
Jones, Jace .......................................ThP 396
Jones, Jeffrey J. ...............................TP 668
Jones, Kaleb .....................................WP 729
Jones, Katherine ...............................MP 204
Jones, Lauren .................................ThP 510
Jones, Lisa ........................................MP 035
Jones, Lisa ........................................MP 038
Jones, Lisa ........................................ThP 042
Jones, Lisa ........................................WP 128
Jones, Lisa ........................................WP 130
Jones, Lisa ........................................MP 143
Jones, Marissa ...............................ThP 426
Jones, Michael .................................WP 753
Jones, Rhys ......................................WP 159
Jones, Rhys ......................................WP 528
Jones, Rhys ......................................WP 787
Jones Lipinski, Rachel ..........MOC am 09:50
Jones Lipinski, Rachel ....................ThP 365
Jones Lipinski, Rachel ....................ThP 668
Jones-Nelson, Omari .......................WP 204
Jones-Nelson, Omari ............WOF pm 03:50
Jonke, Alex .......................................MP 303
Joo, Jong Wha ..................................MP 303
Jora, Manasses ...............................ThP 592
Jora, Manasses ...............................ThP 594
Jora, Manasses ...............................ThP 596

Jora, Manasses ...............................ThP 598
Jora, Manasses .................................WP 634
Jorabchi, Kaveh .................................MP 136
Jorabchi, Kaveh ...............................ThP 173
Jorabchi, Kaveh ...............................WP 498
Jordaan, Justin ..................................MP 602
Jordan, Alfons ..................................TP 486
Jordan, Alfons ..................................WP 461
Jordan, Jarrat ...................................WP 251
Jordan, Steve ...................................WP 159
Jordan, Steve ...................................WP 528
Jordan, Steve ...................................WP 787
Jørgensen, Christian .........................MP 298
Jørgensen, Christian .........................TP 337
Jørgensen, Thomas ..........................MP 298
Jørgensen, Thomas ...........................TP 337
Jorski, Jamie ....................................WP 246
Joseph, Joseph ................................MP 536
Joseph, Prasanth .............................ThP 588
Joseph, Prasanth ...............................TP 193
Joseph, Raji ......................................TP 332
Joshi, Apoorva .................................ThP 064
Jourdat, Catherine ............................TP 652
Joy, Abraham ...................................ThP 497
Joyner, P. Matthew ..........................ThP 635
Jozic, Ivan .........................................TP 135
Jozwiak, Sylwia .................................MP 650
Ju, Yue ..............................................MP 677
Ju, Yue ..............................................MP 601
Juba, Melanie ...................................MP 660
Judd, Audra ......................................ThP 234
Judd, Rika .........................................MP 617
Juehne, Thomas ...............................MP 649
Julian, Bruce .....................................WP 123
Julian, Bruce .....................................WP 341
Julian, Ryan .......................................TP 644
Julian, Ryan ......................................WP 644
Julian, Ryan ......................................WP 674
Julian, Ryan R. .................................WP 657
Juma, Rashid .....................................TP 212
Jumhawan, Udi .................................WP 039
Juneja, Ankur ...................................MP 430
Jung, Dong-Sub ..............................ThP 144
Jung, Eui-Gil .....................................TP 405
Jung, Hongkyeong ............................WP 724
Jung, Hye Ryeon ..............................TP 044
Jung, Hyeryeon ...............................WP 655
Jung, Jaesoo ....................................WP 716
Jung, Jieun ........................................TP 855
Jung, Jin woo .....................................TP 070
Jung, Minjoo ....................................ThP 753
Jung, Moon Chul .............................WP 684
Jung, Sung Yun ..............................ThP 732
Jung, Sung Yun .................................TP 700
Jung, Sung Yun .................................TP 717
Jung, Wonhyeuk .............................ThP 662
Jung, Yeojin ....................................WP 655
Jung, Youngwon .............................ThP 717
Junichi, Masuda .................................TP 240
Junior, Cesar .....................................MP 132
Junker, Anders ..................................TP 099
Junling, Dun ......................................MP 199
Junot, Christophe ..............MOB pm 03:50
Junot, Christophe ..............................TP 095
Junot, Christophe ............................WP 581
Jurado-Campos, Natividad ..............ThP 308
Jurewicz, Mollie ...............................ThP 108
Just, Seth .........................................WP 395
Juste, Catherine ................................TP 096
K. Dey, Sudhansu ...........................ThP 257
Kaade, Edgar ...................................ThP 737
Kabat, Alyssa .....................................TP 068
Kabat, Alyssa ...................................WP 703
Kable, Scott .....................................WP 138
Kaboord, Barbara .............................ThP 664
Kachman, Maureen ..........................MP 573
Kachman, Maureen ..........................WP 420
Kaczmarczyk, Jan ...........................ThP 657
Kadesch, Patrik ...............................ThP 240

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number



## INDEX OF AUTHORS

Kadesch, Patrik .................TOD am 08:30
Kadi, Adnan .................................MP 091
Kadi, Adnan .................................MP 093
Kadowaki, Seiji ..............................TP 026
kadyshevitch, Sasha ......................TP 463
Kaefer, Uwe .....................TOH am 02:50
Kafader, Jared .................................TP 461
Kafader, Jared ....................WOH am 10:10
Käfer, Uwe ......................MOG pm 03:30
Kafle, Arjun ..................................TP 270
Kagan, Jacob ................................ThP 113
Kagan, Valerian .............................MP 535
Kagan, Valerian .............................MP 536
Kagan, Valerian ...................TOD am 09:30
Kagan, Valerian .............................TP 391
Kagawa, Eiji ..................................WP 601
Kahen, Kaveh ...................MOA am 09:50
Kahl, Joseph .................................MP 209
Kahl, Lisa .......................ThOB pm 03:10
Kahler, Ty ....................................WP 171
Kai, Li .........................................WP 439
Kaikaris, Karen ..............................WP 167
Kalmakliotis, Hristos ........................WP 085
Kaiser, Brooke ...............................MP 212
Kajihara, Shigeki ............................MP 364
Kajihara, Shigeki ............................MP 389
Kajita, Ryo ...................................WP 760
Kajita, Ryo ...................................ThP 232
Kajita, Ryo ...................................ThP 238
Kajita, Ryo ...................................TP 518
Kajita, Ryo ...................................WP 367
Kajita, Ryo ...................................WP 369
Kajita, Ryo ...................................WP 379
Kakarla, Raghavi .............................WP 536
Kakisako, Masaki ............................MP 389
Kakuda, Nobuto ..............................MP 760
Kakuda, Nobuto ..............................ThP 232
Kakuda, Nobuto ..............................WP 367
Kakuda, Nobuto ..............................WP 369
Kakuda, Nobuto ..............................WP 379
Kalafut, Bennett .............................WP 771
Kalayjian, Robert ............................TP 536
Kalb, Suzanne ...................MOB pm 03:30
Kalb, Suzanne ................................WP 352
Kalb, Suzanne ................................WP 354
Kalb, Suzanne ................................WP 355
Kalb, Suzanne ................................WP 358
Kale, Abhijit .....................MOF pm 03:50
Kalgutkar, Amit .................MOF pm 04:10
Kalicki, Przemyslaw .........................ThP 030
Kalkum, Markus ..............................ThP 539
Kalkum, Markus ..............................ThP 724
Kalkum, Markus ..............................WP 625
Kall, Lukas ...................................MP 363
Kallabis, Sebastian ..........................ThP 718
Kallam, Monira ...............................ThP 443
Kalliom, Raja .................................ThP 243
Kalli, Anastasia ..............................TP 237
Kalli, Anastasia ..............................TP 238
Kallsten, Malin ...............................WP 055
Kalluri, Udaya ...............................MP 621
Kalmeyer, Vadim .............................TP 241
Kaltashov, Igor ..............................MP 307
Kaltashov, Igor ...............................ThP 072
Kaltashov, Igor ..............................WP 337
Kaltashov, Igor ..............................WP 713
Kalxdorf, Mathias ...........................ThP 356
Kamada, Haruhiko ...........................TP 372
Kamal, Abu Hena .............................MP 052
Kamal, Abu Hena M .........................TP 831
Kamalanathan, A.s. ..........................ThP 714
Kamali, Poorya ..............................MP 111
Kamat, Manasi ................................TP 748
Kami, Kenjiro ................................WP 609
Kamihoriuchi, Bui ...........................ThP 484
Kamleh, Anas ................................ThP 484
Kamleh, Anas ................................ThP 506
Kammrath, Brooke ...........................MP 208
Kamp, Timothy ...............................TP 776

Kan, Xuan .....................WOB pm 03:30
Kanai, Motonu ...............................ThP 409
Kanashova, Tamara ..........................ThP 738
Kanaya, Shigehiko ...........................ThP 738
Kanazawa, Shinji .............................WP 389
Kandigian, Savannah ..............MOH am 08:30
Kandigian, Savannah .........................TP 058
Kandoussi, Enzo .............................TP 071
Kandula, Dilipkumar Reddy .................ThP 142
Kandula, Dilipkumar Reddy .................ThP 143
Kandula, Dilipkumar Reddy .................WP 189
Kane, M. ....................................ThP 738
Kane, Maureen ...............................MP 070
Kane, Maureen ...............................ThP 181
Kane, Maureen ...............................MP 387
Kane, Maureen ..................WOD pm 03:50
Kane, Maureen ...............................WP 370
Kane, Robert .................................ThP 601
Kane, Robert .....................TOC pm 04:10
Kanel, Keisuke ...............................MP 148
Kang, Chang-Keun ...........................ThP 744
Kang, Hee Yoon .............................ThP 744
Kang, Hee-gyoo ..............................TP 244
Kang, Hee-gyoo ..............................WP 083
Kang, Hee-gyoo ..............................WP 089
Kang, Hee-gyoo ..............................WP 093
Kang, Heesung ...............................WP 760
Kang, Jian ...................................TP 228
Kang, Jin Young .................TOC am 08:30
Kang, Jiwon ..................................MP 299
Kang, Jjin-dan ...............................ThP 048
Kang, Jukyung ..................MOD pm 04:10
Kang, Junghoon ..............................ThP 717
Kang, Moon-Il ...............................WP 609
Kang, Shin Kwon ............................TP 405
Kang, Taewook ...............................ThP 739
Kang, Woo-Young .............................WP 330
Kang, Yang ..................................TP 487
Kang, Yang ..................................WP 437
Kani, Kian ...................................WP 113
Kannan, Rangaramanujam ....................ThP 150
Kao, Chih-Yao ...............................TP 135
Kao, Der-Shyang .............................WP 078
Kapadnis, Unnati ...............MOF pm 03:30
Kapil, Santosh ...............................MP 534
Kapinos, Brendon ............................ThP 336
Kapinos, Brendon ............................WP 247
Kaplan, Desmond ..............MOG am 10:10
Kaplan, Desmond .............................TP 442
Kaplan, Desmond .............................TP 444
Kaplan, Pauline ..............................TP 770
Kapp, Eugene ................................MP 438
Kapp, Eugene ................................WP 150
Karageorgos, Ioannis ........................MP 301
Karageorgos, Ioannis ........................TP 322
Karali, Evdoxia ..............................ThP 256
Karali, Evdoxia ..............................WP 375
Karamanou, Spyridoula ......................TP 328
Karancsi, Tamas .............................ThP 031
Karancsi, Tamas .............................ThP 046
Karanji, Ahmad ..................WOB pm 03:50
Karasawa, Kaoru .............................WP 638
Karasawa, Kaoru .............................WP 638
Karch, Kelly .....................ThOC pm 02:10
Karch, Kelly .................................TP 320
Karcini, Arba ................................ThP 671
Karger, Barry ................................TP 417
Karki, Santosh ...................MOC pm 03:50
Karki, Santosh ...............................ThP 630
Karlsson, Isabella ...........................MP 117
Karlsson, Isabella ...........................WP 777
Karmaus, Wilfried ...........................WP 601
Karnovsky, Alla ..............................WP 409
Karpen, Gary ................................MP 162
Karpinski, Adam .............................TP 719
Karrer, Timothy ..............................TP 111
Karrer, Timothy ..............................TP 182
Karst, Uwe ..................................ThP 279
Karst, Uwe ..................................ThP 629

Karst, Uwe ..................................TP 378
Karst, Uwe ..................................TP 511
Karst, Uwe ..................................WP 497
Kasahara, Keiko .............................ThP 723
Kasahara, Keiko .............................TP 098
Kasahara, Yuuya .............................TP 372
Kasama, Takeshi .............................MP 577
Kashuba, Angela .............................MP 067
Kashuba, Angela .............................MP 359
Kaspar-Schönenfeld, Stephanie .............MP 348
Kaspar-Schönenfeld, Stephanie .............ThP 089
Kaspar-Schönenfeld, Stephanie ....TOA pm 02:30
Kaspar-Schönenfeld, Stephanie WOH pm 02:30
Kasper, Tina .................................WP 466
Kass, Iggy ...................................WP 629
Kassem, Iris .................................ThP 106
Kasumov, Takhar .............................MP 295
Kaszycki, Julia ..............................WP 225
Katam, Keerthi ...............................TP 193
Katayama, Ryohei ............................TP 098
Kathirvelu, Janakipriya ......................ThP 123
Katselis, George .............................ThP 120
Katselis, George .............................TP 190
Katz, Jonathan ..............................ThP 466
Katz, Jonathan ..............................TP 467
Katz, Jonathan ..............................WP 113
Kaufmann, Martin ...........................ThP 007
Kaupmees, Karl ..............................WP 623
Kaur, Surinder ...............................WP 051
Kaushansky, Alexis ..........................ThP 241
Kavich, Gwénaëlle ...........................ThP 048
Kavita, Uma .....................TOH am 10:10
Kawahara, Kazuki ............................TP 026
Kawahara, Seiya .............................ThP 727
Kawai, Yoshitaka .............................MP 729
Kawamura, Maiko .............................TP 255
Kawamura, Mina ..............................MP 766
Kawamura, Mina ..............................ThP 727
Kawana, Shuichi .............................WP 587
Kawano, Shin ................................MP 439
Kawashima, Mihio ............................TP 216
Kawatkar, Aarti ..............................MP 243
Kaya, Abdullah ...............................MP 783
Kaya, Abdullah ...............................WP 117
Kazanc, Emine ...............................ThP 266
Kazanc, Emine ...............................WP 375
Ke, Lingna ...................................ThP 581
Ke, Yuyong ..................................ThP 159
Kearsley, Anthony ...........................WP 311
Keating, James ...............................ThP 612
Keating, Michael ................WOE pm 02:30
Kedia, Komal ................................WP 688
Kedishvili, Natalia ...........................TP 327
Keebler, Kathy ...............................ThP 156
Keefer, Julie .................................ThP 334
Keefer, Julie .................................ThP 335
Keelan, Patrick ..................MOG am 09:50
Keele, Greg .....................MOE pm 02:50
Keeling, Lyndon ................ThOF pm 03:30
Keen, Denise .................................MP 409
Keen, Denise .................................WP 625
Kelch, Uri ...................................WP 382
Keil, Adam ...................................MP 485
Keire, David .................................ThP 101
Keire, David .................................ThP 294
Keire, David .....................WOH am 08:30
Keith, Rachel ................................MP 119
Kel, Alexander ...............................WP 425
Kelkar, Jitendra ..............................MP 185
Kelkar, Jitendra ..............................ThP 175
Kelkar, Jitendra ..............................TP 161
Kelkar, Jitendra ..............................TP 595
Kelkar, Jitendra ..............................TP 746
Kelleher, Neil ...................MOC am 09:30
Kelleher, Neil ...................MOH am 09:30
Kelleher, Neil ...............................MP 024
Kelleher, Neil ...............................MP 248
Kelleher, Neil ...............................MP 375
Kelleher, Neil ...............................MP 777

Program code: M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number



Kelleher, Neil ........................... MP 778
Kelleher, Neil ........................... MP 779
Kelleher, Neil ........................... MP 780
Kelleher, Neil ................... ThOC am 10:10
Kelleher, Neil ........................... ThP 116
Kelleher, Neil ................... TOC pm 02:30
Kelleher, Neil ........................... TP 001
Kelleher, Neil ........................... TP 432
Kelleher, Neil ........................... TP 461
Kelleher, Neil ........................... TP 722
Kelleher, Neil ........................... TP 725
Kelleher, Neil ................... WOC am 08:30
Kelleher, Neil ................... WOH am 10:10
Kelleher, Neil ........................... WP 222
Keller, Andrew ........................... MP 045
Keller, Andrew ................... ThOD am 08:50
Keller, Austin ........................... ThP 265
Keller, Caitlin ........................... MP 615
Keller, Caitlin ........................... ThP 527
Keller, Mark ................... MOE pm 02:50
Keller, Markus ........................... MP 501
Keller, Markus ........................... ThP 379
Keller, Markus ........................... WP 559
Kellermann, Matthias ................ TP 148
Keller-Wood, Maureen ............... ThP 445
Kelley, Zachary ........................... WP 252
Kellie, John ........................... WP 062
Kellmann, Markus ..................... MP 735
Kellmann, Markus ..................... TP 014
Kellmann, Markus ..................... TP 573
Kellmann, Markus ..................... TP 579
Kellmann, Markus ............... WOH pm 04:10
Kellmann, Markus ..................... WP 070
Kellmann, Markus ..................... WP 436
Kellmann, Markus ..................... WP 438
Kellmann, Markus ..................... WP 700
Kellner, Stefanie ................... TOH am 09:30
Kelly, Christina ................... TOM pm 03:10
Kelly, Christina ................... WOE am 10:10
Kelly, Daniel ................... ThOC am 09:50
Kelly, Daniel ........................... WP 119
Kelly, Isabelle ........................... TP 647
Kelly, Jeffery ........................... WP 088
Kelly, John F. ........................... WP 033
Kelly, Maia ........................... WP 663
Kelly, Marcus ........................... TP 779
Kelly, Marcus ........................... WP 670
Kelly, Ryan ........................... ThP 247
Kelly, Ryan ........................... ThP 716
Kelly, Ryan ........................... TP 667
Kelly, Ryan ................... WOC am 09:10
Kelly, Tess ........................... ThP 120
Kel-Margoulis, Olga ................ TP 425
Kelstrup, Christian ............... TOG am 08:30
Kelstrup, Christian ..................... TP 034
Kelstrup, Christian ............... WOC am 09:30
Kelstrup, Christian ..................... WP 655
Kemmer, Thomas ..................... MP 428
Kemp, Melissa ........................... MP 332
Kempa, Emily ................... MOG pm 02:50
Kemperman, Robin ............... ThOA am 09:10
Kemperman, Robin ..................... ThP 054
Kemperman, Robin ..................... ThP 398
Kemperman, Robin ..................... TP 524
Kemperman, Robin ..................... TP 563
Kempf, Jürgen ........................... TP 248
Kenderdine, Thomas ............... TOH am 09:10
Kenderdine, Thomas ............... WOA am 08:50
Kenerson, Heidi ........................... MP 700
Kennedy, Barry ........................... WP 470
Kennedy, Barry ........................... WP 582
Kennedy, Robert ........................... TP 506
Kensler, Thomas ................... ThOH am 09:50
Kenttämaa, Hilkka ..................... MP 257
Kephart, Luke ........................... MP 318
Kephart, Luke ........................... ThP 058
Keppel, Theodore ..................... ThP 106
Kern, John ........................... MP 028
Kern, Rolf ........................... MP 125

Kern, Rolf ........................... ThP 770
Kern, Sara ........................... TP 223
Kerr, Andrew ................... WOH am 08:50
Kerr, Christine ........................... TP 159
Kers, Jesper ........................... TP 114
Kersani, Dyhia ........................... TP 377
Kersten, Hendrik ..................... MP 258
Kersten, Hendrik ..................... MP 284
Kersten, Hendrik ..................... ThP 297
Kersten, Hendrik ..................... ThP 299
Kersten, Hendrik ..................... TP 290
Kersten, Hendrik ..................... TP 293
Kersten, Hendrik ..................... TP 296
Kersten, Hendrik ..................... TP 453
Kersten, Hendrik ..................... TP 484
Kersten, Hendrik ..................... TP 521
Kersten, Hendrik ..................... WP 314
Kersten, Hendrik ..................... WP 434
Kertesz, Vilmos ........................... TP 344
Kertesz, Vilmos ................... WOD am 08:30
Keser, Toma ........................... ThP 218
Koshet, Uri ........................... WP 001
Kessler, Michael ................... MOH am 09:50
Kessler, Nikolas ..................... ThP 201
Kessler, Nikolas ..................... ThP 395
Kessler, Nikolas ..................... ThP 432
Kessler, Nikolas ..................... TP 392
Kessler, Nikolas ..................... TP 409
Kessler, Nikolas ..................... TP 572
Kessler, Nikolas ..................... WP 261
Kessler, Nikolas ..................... WP 434
Kessler, Nikolas ..................... WP 618
Kesuma, Djohan ..................... ThP 658
Ketchum, Karen ................... ThOA pm 03:50
Kettenbach, Arminja ............... ThOC pm 04:10
Kettenbach, Arminja ............... ThP 677
Kettenbach, Arminja ............... ThP 627
Keurentjes, Joost ..................... WP 426
Keusgen, Michael ..................... ThP 575
Kevala, Karl ........................... MP 553
Kevil, Christopher ..................... ThP 683
Keyhani, Anahita ..................... ThP 759
Keyhani, Anahita ..................... TP 596
Keyhani, Anahita ............... WOD pm 02:30
Keyhani, Anahita ..................... WP 535
Keys, Timothy ........................... ThP 214
Keyser, Rob ........................... ThP 368
Khadang, Ardeshir ..................... ThP 752
Khadang, Ardeshir ..................... WP 748
Khamis, Mona ................... MOF pm 02:30
Khan, Ikhlas ........................... ThP 182
Khan, Mohd. ........................... MP 579
Khan, Mostafa ........................... MP 685
Khan, Saiful ........................... MP 098
Khan, Sheheer ........................... WP 182
Khandurina, Julia ..................... ThP 529
Khanna, Shiv N. ..................... ThP 543
Kharybin, Oleg ........................... MP 104
Kharybin, Oleg ........................... MP 471
Kharybin, Oleg ................... ThOG pm 02:30
Kharybin, Oleg ................... WOE am 09:50
Khatri, Shabana ..................... WP 641
Khattar, Rikkita ................... ThOE pm 03:10
Khattar, Rikkita ................... WOG pm 02:50
Khattri, Ram ........................... ThP 397
Khatun, Suniya ..................... MP 529
Khodayari, Ali ........................... ThP 529
Khodjaniyazova, Sitora ............ ThP 357
Khodjaniyazova, Sitora ............ ThP 359
Khodjaniyazova, Sitora ............ ThP 258
Khodjaniyazova, Sitora ............ ThP 260
Kholomeev, Alexander ........ WOH am 04:10
Khoo, Amanda ........................... MP 682
Khopkar, Sampada ..................... ThP 175
Khoroshev, Oleg ................... TOE am 09:10
Khorrami, Sam ........................... WP 368
Khoshnam, Nasim ..................... MP 130
Khudyakov, Jane ..................... MP 747
Kiani Karanji, Ahmad ............... ThP 619

Kiani Karanji, Ahmad ............... TP 292
Kichkailo, Anna ........................... TP 040
Klebish, Michael ..................... MP 695
Klebish, Michael ..................... ThP 433
Klebish, Michael ..................... ThP 434
Kienegger, Harald ................ MOA pm 02:30
Kijewska, Luiza ........................... WP 287
Kikura-Hanajiri, Ruri ............... TP 255
Kil, Yong ........................... MP 300
Kil, Yong ........................... MP 786
Kil, Yong ........................... TP 022
Kil, Yong ........................... TP 637
Kilby, Greg ........................... TP 617
Kilby, Peter ........................... MP 719
Kilgour, David ........................... WP 032
Killinger, Bryan ..................... ThP 116
Killough, Jason ..................... ThP 451
Kilonzo, Christine ..................... WP 286
Kilpatrick, Lisa ........................... MP 739
Kim, Beom-Hee ..................... MP 177
Kim, Bo Kyung ..................... MP 062
Kim, Bo Kyung ..................... ThP 495
Kim, Christine ........................... WP 050
Kim, Eosu ........................... ThP 444
Kim, Gina ........................... TP 776
Kim, H. ........................... TP 295
Kim, H. Jamie ........................... MP 308
Kim, Hanbyeol ........................... WP 099
Kim, Hannah ........................... ThP 572
Kim, Hee Jong ..................... MP 163
Kim, Hee Jong ..................... MP 174
Kim, Hee Jong ..................... WP 686
Kim, Hee-Jung ..................... TP 405
Kim, Hee-Yong ..................... MP 553
Kim, Hee-Yong ..................... ThP 665
Kim, Hwijin ........................... TP 583
Kim, Hye-Jung ..................... WP 724
Kim, Hyeyoon ........................... WP 007
Kim, Hyeyoon ........................... TP 057
Kim, Hyeyoon ........................... WP 726
Kim, Hyojin ........................... WP 093
Kim, Hyo-jin ........................... TP 244
Kim, Hyo-jin ........................... WP 083
Kim, Hyo-jin ........................... WP 089
Kim, Hyojung ........................... ThP 731
Kim, Hyunsoo ........................... MP 435
Kim, Hyunsoo ........................... TP 114
Kim, Hyunsoo ........................... ThP 364
Kim, Inho ........................... MP 696
Kim, Jae Young ..................... MP 345
Kim, Jaenyeon ........................... MP 435
Kim, Jeongkwon ..................... ThP 422
Kim, Jeongkwon ..................... ThP 425
Kim, Jihyung ........................... TP 720
Kim, Jin Young ..................... TP 258
Kim, Jin Young ..................... WP 724
Kim, Ji-Won ........................... MP 686
Kim, Ji-yeon ........................... ThP 060
Kim, Jonghyun ........................... MP 555
Kim, Junhwan ........................... TP 549
Kim, Jun-Hyun ..................... MP 224
Kim, Jun-Hyun ............... WOC pm 03:30
Kim, Kang Hyun ..................... TP 070
Kim, Kang Hyun ..................... WP 704
Kim, Ki Young ..................... MP 555
Kim, Kristine ........................... ThP 655
Kim, Kristine ........................... WP 704
Kim, Kyungkoon ..................... MP 696
Kim, Marcus ........................... MP 226
Kim, Michael ........................... WP 059
Kim, Min Sun ........................... ThP 422
Kim, Minyoung ........................... MP 009
Kim, Moo-young ..................... ThP 154
Kim, Moo-young ..................... WP 641
Kim, Paul ........................... MP 006
Kim, Sang Yun ..................... MP 155
Kim, Seongho ........................... MP 572
Kim, Seong-Kwan ..................... TP 231
Kim, Seong-Kwan ..................... WP 293

Program code: M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number

## INDEX OF AUTHORS

Kim, Sohyun ..............................ThP 655
Kim, Sung June ..........................MP 156
Kim, Sunghwan ..........................MP 156
Kim, Sunghwan ..........................MP 562
Kim, Sunghwan ..........................TP 350
Kim, Sunghwan ..........................TOH pm 03:50
Kim, Sunghwan ..........................TP 289
Kim, Sunghwan ..........................WOF am 08:50
Kim, Sunghwan ..........................WP 017
Kim, Sunjoo .............................MP 206
Kim, Sunjoo .............................MP 227
Kim, Tae-Young ..........................MP 555
Kim, Tae-Young ..........................ThP 744
Kim, Tae-Young ..........................TP 047
Kim, Tae-Young ..........................WP 561
Kim, Unyong .............................MP 642
Kim, Woong ..............................MP 736
Kim, Woong ..............................ThP 748
Kim, Woong ..............................WP 743
Kim, Yang Sun ..........................ThP 420
Kim, Yeoseon ...........................ThP 422
Kim, Yong-In ...........................WP 724
Kim, Yoseop ............................ThP 364
Kim, Yoseop ............................TP 115
Kim, Young-Mo ..........................MP 138
Kim, Young-Mo ..........................MP 624
Kim, Young-Mo ..........................MP 622
Kim, Youngsoo ..........................MP 435
Kim, Youngsoo ..........................ThP 114
Kim, Youngsoo ..........................ThP 364
Kim, Youngsoo ..........................TP 119
Kim, Youra .............................WP 731
Kima, Peter ............................ThP 494
Kimberly, Jackson ......................ThP 754
Kimura, Kenichi ........................ThP 738
Kimura Hara, Susana ....................MP 133
Kimura Hara, Susana ....................TOG pm 03:30
Kind, Tobias ...........................MP 511
Kindt, Alida ...........................MP 574
King, Adam .............................MP 497
King, Adam .............................ThP 127
King, Emily ............................TP 250
King, Lindsay ..........................TP 085
King, Mary .............................TP 112
King, Mary .............................WOE pm 02:30
King, Paul .............................WP 152
King, Richard ..........................MP 021
King, Richard ..........................ThP 774
King, Stephen ..........................MP 341
King, Steven ...........................MP 339
Kingsley, Sarah ........................WP 547
Kingston, H. M. ........................ThP 166
Kingston, H. M. ........................MP 106
Kingston, Skip .........................MP 028
Kingston, Skip .........................MP 118
Kinkade, Danie .........................MP 403
Kinoshita, Kazuo .......................MP 760
Kinsinger, Christopher .................ThOA pm 03:50
Kinzer-Ursem, Tamara ...................MP 751
Kirchberg, Doreen ......................WP 565
Kirchhoff, Jon .........................MP 137
Kirchhoff, Jon .........................ThP 169
Kirk, Ansgar ...........................ThP 297
Kirk, Ansgar ...........................ThP 298
Kirk, Ansgar ...........................ThP 299
Kirk, Jayne ............................MP 097
Kirkali, Fatos .........................MP 705
Kirkpatrick, Christine .................ThP 570
Kirkpatrick, Donald ....................ThOC pm 02:30
Kirkpatrick, Donald ....................ThP 372
Kirkpatrick, Donald ....................TP 708
Kirkpatrick, Lindsey ...................ThOF am 09:30
Kirkwood, Kaylie .......................ThP 112
Kirley, Matthew ........................MP 485
Kirshenbaum, Noam ......................ThP 297
Kirychuk, Shelley ......................TP 190
Kiryluk, Krzysztof .....................WP 341
Kiselak, Thomas ........................MP 102
Kiselar, Janna .........................MP 041

Kiselar, Janna .........................ThOE am 08:50
Kiselar, Janna .........................ThP 632
Kishnani, Priya ........................MP 027
Kishor Chakrabarty, Jayanta ............ThP 369
Kish-Trier, Erik .......................WP 678
Kislinger, Thomas ......................MP 682
Kislinger, Thomas ......................TP 129
Kiss, Attila ...........................WP 392
Kistowski, Michal ......................MP 302
Kitagawa, Atsushi ......................MP 577
Kitagawa, Norton .......................ThOA am 09:10
Kitagawa, Norton .......................TP 298
Kitamura, Nobumasa .....................ThP 476
Kitano, Riki ...........................TOB pm 03:10
Kitano, Riki ...........................TP 313
Kitata, Reta Birhanu ...................ThP 086
Kitov, Pavel ...........................WOB am 08:30
Kitova, Elena ..........................TOF am 10:10
Kitova, Elena ..........................WOB am 08:30
Kitova, Elena ..........................WP 716
Kivisakk, Pia ..........................TP 058
Kiw, Yu Min ............................WP 581
Kiyonami, Reiko ........................MP 498
Kiyonami, Reiko ........................MP 564
Kiyonami, Reiko ........................MP 570
Kiyonami, Reiko ........................TP 391
Kiyonami, Reiko ........................TP 401
Kiyonami, Reiko ........................WOG am 09:30
Kiziak, Christoph ......................MP 650
Kizzire, Koby ..........................MP 208
Kjaer, Lennete .........................TP 719
Kjeldsen, Frank ........................ThP 546
Kjeldsen, Frank ........................ThP 712
Kladchenko, Ksenia .....................TOB pm 03:30
Kladchenko, Ksenia .....................TP 300
Klassen, John ..........................TOF am 10:10
Klassen, John ..........................WOB am 08:30
Klassen, John ..........................WP 716
Klaus, Katherine .......................MOF pm 02:50
Klausen, Grant .........................ThP 623
Klecha, Lawrence .......................TOA am 08:30
Kleigrewe, Karin .......................ThOA am 08:30
Klein, Joshua ..........................ThP 204
Kleinbard, Ruby ........................MP 513
Kleinekofort, Wolfgang .................TP 040
Kleinekofort, Wolfgang .................TP 104
Klemm, Nancy ...........................MOF pm 02:30
Kler, Partha ...........................TP 455
Kleven, Bailey .........................MP 615
Kline, Susan ...........................TP 276
Kline, Susan ...........................TP 281
Klingenspor, Martin ....................WP 730
Klingler, Grant ........................ThP 025
Klingler-Hoffmann, Manuela .............WP 366
Klinman, Judith ........................TP 325
Kloss, Alla ............................WP 611
Klyukov, Oleg ..........................WP 141
Klyuyeva, Alla .........................TP 327
Knaute, Tobias .........................ThOC am 09:10
Knaute, Tobias .........................WP 398
Knight, John ...........................MP 697
Knight, Julian .........................TP 687
Knight, Kathryn ........................ThP 172
Knight, Rob ............................ThP 198
Knight, Rob ............................TP 433
Knight, Rob ............................WP 410
Knittelfelder, Oskar ...................MP 442
Knittelfelder, Oskar ...................WP 560
Knochenmuss, Richard ...................MOF am 10:10
Knol, Wouter ...........................TP 114
Knop, Filip ............................TP 099
Knoppova, Barbora ......................WP 342
Knott, Samantha ........................TP 682
Knowles, Sonja .........................ThP 573
Knowles, Sonja .........................ThP 578
Knowles, Sonja .........................ThP 585
Knudsen, Kristina ......................ThP 546
Knueppel, Daniel .......................MP 252
Knueppel, Daniel .......................ThP 338

Knuth, Megan ...........................TP 394
Knych, Heather .........................TP 090
Ko, Beom Jun ...........................TP 258
Ko, Daniel .............................TP 301
Ko, Emily ..............................TOA pm 04:10
Ko, Jaekyoung ..........................MP 015
Ko, Jaekyoung ..........................ThP 077
Ko, Keon-hee ...........................WP 583
Ko, Tak ................................MP 169
Koal, Therese ..........................MP 565
Koal, Therese ..........................MP 575
Kobarg, Jan ............................MP 340
Kobarg, Jan ............................ThP 245
Kobarg, Jan ............................TP 409
Kobayashi, Atsushi .....................WP 587
Kobayashi, Hironori ....................MP 082
Kobayashi, Hironori ....................MP 083
Kobayashi, Hiroshi .....................TP 458
Kobayashi, Hiroshi .....................TP 459
Kobayashi, Manami ......................TP 216
Kobayashi, Manami ......................TP 240
Kobayashi, Manami ......................TP 255
Kobayashi, Takashi .....................WP 233
Kobeissy, Firas ........................MP 365
Koch, Heiner ...........................MP 010
Koch, Heiner ...........................MP 396
Koch, Heiner ...........................TP 514
Koch, Heiner ...........................TP 518
Koch, Heiner ...........................TP 571
Koch, Heiner ...........................TP 678
Koch, Heiner ...........................TP 687
Koch, Heiner ...........................WOH pm 02:30
Koch, Heiner ...........................WP 103
Koch, Heiner ...........................WP 492
Koch, Jakob ............................MP 501
Koch, Jakob ............................TP 379
Koch, Jakob ............................WP 559
Koch, Scarlet ..........................MP 010
Koch, Scarlet ..........................MP 348
Koch, Scarlet ..........................MP 396
Koch, Scarlet ..........................TOA pm 02:30
Koch, Scarlet ..........................TP 514
Koch, Scarlet ..........................TP 571
Koch, Scarlet ..........................TP 678
Koch, Scarlet ..........................WOH pm 02:30
Kochar, Tavleen .......................MP 135
Kochhar, Rashi .........................TP 595
Kochhar, Rashi .........................TP 746
Kockmann, Tobias .......................ThP 707
Kocurek, Klaudia .......................TP 518
Kocurek, Klaudia .......................ThP 645
Kodera, Kei ............................TP 409
Kodera, Kei ............................TP 448
Koehn, Maja ............................ThP 703
Koellensperger, Gunda ..................WP 411
Koelmel, Jeremy ........................MP 505
Koelmel, Jeremy ........................ThOA am 09:10
Koelmel, Jeremy ........................ThP 281
Koelmel, Jeremy ........................ThP 398
Koenig, Nadine .........................WP 775
Koenig, Nadine .........................WP 776
Koerber, James .........................TP 687
Koester, David .........................MOG am 09:50
kogaki, Takahiro .......................ThP 599
Koh, Jin ...............................TP 141
Kohlbacher, Oliver .....................MP 059
Kohlbacher, Oliver .....................MP 694
Kohlbacher, Oliver .....................ThOA am 08:30
Kohlbacher, Oliver .....................ThOA pm 02:50
Kohlbacher, Oliver .....................ThOD pm 03:30
Kohlbacher, Oliver .....................TP 720
Köhler, Rebecca ........................MP 590
Koiko, Masami ..........................ThP 605
Kojima, Koichi .........................ThP 409
Kok, Bernard ...........................ThOB pm 03:30
Kok, W. Mei ............................WP 150
Kokabee, Leila .........................WP 666
Kokabu, Yuichi .........................MP 413
Kokaji, Andy ...........................TOC pm 02:30

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number



Kokesch-Himmelreich, Julia ...... TOD am 09:10
Kokesch-Himmelreich, Julia ................. ThP 398
Kokot, Thomas .................................... ThP 703
Kolatis, Gerry ...................................... WP 249
Kolanczyk, Richard ............................. WP 778
Kolbowski, Lars .................................. MP 060
Kolkman, Annemieke ............................. TP 166
Koller, Antonius ................................. ThP 088
Koller, Antonius ................................. ThP 556
Koller, Antonius ................................. ThP 566
Koller, Antonius ................................. ThP 721
Koller, Antonius .................................. TP 062
Komarov, Alexandre ............................. TP 242
Komarov, Alexandre ............................. WP 295
Konda, Prathyusha ............................... TP 470
Konda, Prathyusha .............................. WP 731
Kondakci, Gramoz ............................... ThP 433
kondaveeti, Sandeep ............................ WP 512
Kondo, Kenta ..................................... WP 029
Kondo, Takayuki ................................. ThP 232
Konermann, Lars ................................. MP 290
Konermann, Lars ................................. MP 291
Konermann, Lars ................................. MP 627
Konermann, Lars ................................. ThP 641
Konermann, Lars .................................. TP 291
Konermann, Lars .................................. TP 328
Konforte, Danijela ............................... WP 231
Kong, Andy ....................................... MP 402
Kong, Andy ....................................... MP 405
Kong, Andy ....................................... MP 416
Kong, Andy ....................................... MP 437
Kong, Andy ...................................... ThP 693
Kong, Andy ....................................... WP 396
Kong, Andy ....................................... WP 672
Kong, Xianglei .............................. TOB am 10:10
Kong, Ye .......................................... WP 279
Konicek, Michael ................................ MP 492
Konijnenberg, Albert ............................ MP 309
Konijnenberg, Albert ............................ ThP 316
Konijnenberg, Albert ............................ ThP 640
Konijnenberg, Albert ........................ TOC pm 02:50
Kononikhin, Alexey .............................. MP 591
Kononikhin, Alexey ............................. ThP 614
Kononikhin, Alexey ............................... TP 133
Konorev, Dmitri .................................. WP 779
Konuma, Kiyotaka ............................... MP 175
Koo, Christopher ........................ MOC am 09:30
Kooistra, Jeroen ................................. ThP 084
Kooke, Rik ........................................ WP 426
Kool, Marcel ..................................... ThP 356
Koomen, David ................................... MP 549
Koomen, David ................................... WP 605
Koomen, John .................................... MP 549
Koomen, John ................................... ThP 723
Koomen, John ..................................... TP 336
Koomen, John ..................................... TP 570
Koomen, John ..................................... WP 111
Koomen, John ................................... WP 593
Koomen, John ................................... WP 605
Koppenaal, David ........................ ThOE pm 03:10
Koppenaal, David ................................ TP 478
Koppenaal, David ................................ TP 493
Koppenaal, David ........................ WOG pm 02:50
Korf, Ansgar ...................................... WP 431
Kori, Yekaterina ................................. MP 163
Kori, Yekaterina ................................. MP 164
Kori, Yekaterina ................................. MP 174
Korman, Samuel ................................ ThP 680
Korn, Rachel ...................................... TP 136
Körner, Cindy ............................ TOD pm 03:10
Kornfeld, Alexandre ............................ ThP 709
Kornilova, Anna .................................. WP 321
Kornilova, Anna .................................. WP 329
Korte, Andrew .................................... WP 372
Kortylewski, Marcin ............................. WP 625
Kosarac, Ivana .................................... TP 307
Koshkaryev, Alexander .......................... ThP 137
Kosian, Patricia .................................. WP 778
Kosinski, Thomas ................................ MP 010
Kosinski, Thomas ................................. TP 514
Kosinski, Thomas ................................. TP 571
Kosinski, Thomas ................................ ThP 687
Kosmopoulou, Mariangela ...................... MP 239
Kostelic, Marius .......................... TOC am 08:50
Kostiainen, Risto ................................ WP 573
Kostmann, Susann ........................ ThOD pm 03:10
Kostyrko, Kaja ................................... TP 779
kostyukevich, Yury .............................. MP 104
kostyukevich, Yury .............................. ThP 475
kostyukevich, Yury ............................... TP 356
Kosugi, Mayuka .................................. MP 760
Kosyakov, Dmitrii ......................... TOE am 09:10
Kotani, Masahiro ................................ MP 457
Kotani, Masahiro ................................ ThP 246
Kotani, Masahiro ................................. TP 355
Kotani, Masahiro ................................. TP 359
Kotapati, Srikanth .............................. WP 064
Kote, Sachin ..................................... MP 579
Kote, Sachin .................................... ThP 719
Kotha, Raghavendhar ........................... MP 070
Kothapalli, Naga ................................. TP 495
Kotiaho, Tapio ................................... WP 573
Kotnala, Ankita .................................. MP 564
Kottke, Peter .................................... ThP 034
Kottke, Peter ................................... ThP 550
Kottke, Peter ................................... ThP 554
Kottke, Peter .................................... WP 441
Kou, Junkei ...................................... MP 175
Kouatli, Yaman ................................... TP 491
Koulen, Peter .................................... ThP 233
Kounadis, Diamantis ............................ WP 466
Koundouros, Nikolaos ........................... ThP 459
Koundouros, Nikolaos ........................... WP 375
Koury, Olivia ..................................... WP 055
Kovac, Lucia ..................................... WP 055
Kovalev, Vitaly .......................... ThOA am 09:30
Kovarik, Peter ............................ WOD am 09:10
Kover, Kevin ...................................... WP 186
Koves, Timothy ........................... ThOC am 09:50
Kovtoun, Viatcheslav ............................ MP 484
Kowal, Anne ..................................... ThP 209
Kowal, Anne ...................................... TP 613
Kowalchyk, Cara ................................. WP 723
Kowalewski, Daniel .............................. WP 731
Kowalska, Joanna ............................... ThP 590
Kowalski, Julie ................................... MP 159
Kowalski, Konrad ............................... ThP 030
Kowalski, Konrad ................................ WP 213
Kowalski, Konrad ................................ WP 229
Kowalski, Mark .................................. MP 312
Koy, Cornelia ................................... ThP 620
Kozhevnikov, Aleksandr ................. TOE am 09:10
Kozhich, Anton .................................. WP 249
Kozhinov, Anton ................................. MP 311
Kozhinov, Anton ................................. MP 317
Kozhinov, Anton ................................. MP 326
Kozhinov, Anton ................................. WP 546
Kozlov, Boris ..................................... MP 312
Kozole, Joseph ............................ ThOD am 08:30
Kracher, Barbara ................................ TP 780
Kraegenbring, Julia ...................... WOH pm 04:10
Kraegenbring, Julia .............................. WP 436
Kraegenbring, Julia .............................. WP 438
Krah, Phillipp ................................... ThP 059
Kraiczy, Peter ................................... ThP 469
Krajewski, Logan ................................ WP 212
Kranawetter, Clayton .......................... ThP 553
Krasinska, Karolina M. ......................... MP 550
Krasner, Stuart ................................... TP 172
Krause, Michael ................................ ThP 089
Krawitzky, Michael .............................. TP 717
Krawitzky, Michael .............................. WP 662
Krcmar, Helmut .......................... MOA pm 02:30
Krebs, Nancy .............................. MOC pm 03:50
Kregel, Steven ................................... TP 492
Kreimer, Simion ................................. MP 401
Kreitzberg, Patrick ....................... TOA am 09:30
Kremer, Daniel .................................. WP 568
Kresovich, Stephen ............................. MP 619
Kretzler, Matthias ............................... MP 762
Kreutzmann, Arne ............................... MP 328
Kreutzmann, Arne ............................... ThP 734
Kreutzmann, Arne ............................... MP 735
Kreutzmann, Arne ............................... ThP 088
Kreutzmann, Arne ............................... ThP 099
Kreutzmann, Arne ................................ TP 707
Kreutzmann, Arne ...................... WOH pm 04:10
Kreuzaler, Peter .................................. WP 375
Kreuzer, Johannes .............................. ThP 708
Krieger, Anna ................................... MP 506
Krieger, Anna ............................ WOG pm 03:10
Krieger, Jonathan ................................ MP 733
Krieger, Jonathan ................................ WP 508
Kriegsmann, Jörg ................................ MP 340
Kriegsmann, Jörg ................................. TP 375
Kriegsmann, Jörg ................................ WP 373
Kriegsmann, Katharina .......................... MP 340
Kriegsmann, Katharina .......................... WP 373
Kriegsmann, Mark ................................ MP 340
Kriegsmann, Mark ................................ WP 373
Kriger, Sarah Meghan ........................... WP 678
Krijgsveld, Jeroen ............................... ThP 356
Krijgsveld, Jeroen ............................... ThP 886
Krishnakumar, Nithya ........................... ThP 202
Krishnamurthy, Ramanarayanan .............. ThP 274
Krishnamurthy, Srinath .......................... TP 328
Krishnan, Lakshmi ............................... TP 261
Kroeger, Nils ...................................... TP 632
Krogan, Nevan ................................... ThP 271
Kröger, Sabrina ................................. WP 497
Krogh, Erik ...................................... TP 108
Krogh, Erik ...................................... TP 480
Krogh, Erik ...................................... WP 232
Krokhin, Oleg .................................... MP 587
Krokhin, Oleg .................................... WP 516
Krokhin, Oleg V. ................................ WP 515
Krokhin, Oleg V. ................................ WP 517
Kroll, Kai ........................................ MP 258
Kroll, Kai ........................................ TP 453
Kroll, Kai ........................................ WP 314
Kroll, Kevin ..................................... ThP 178
Kroll, Kevin ..................................... WP 786
Krotulski, Alex ................................... TP 269
Krssakova, Gabriela .................... TOG pm 03:10
Krueger, Clifton .................................. TP 642
Krueger, Marcus ................................ ThP 718
Krug, Daniel ...................................... MP 565
Krug, Karsten ............................. TOA pm 03:30
Krumm, Johannes .............................. ThP 366
Kruppa, Gary .................................... MP 762
Kruppa, Gary ..................................... TP 514
Kruppa, Gary ..................................... TP 630
Kruppa, Gary ..................................... TP 642
Kruppa, Gary ..................................... TP 717
Kruppa, Gary .................................... WP 682
Kruse, Thomas .................................. ThP 677
Krutchinsky, Andrew .................... ThOG pm 02:50
Krutilin, Andrey .................................. TP 689
Kruve, Anneli ................................... ThP 751
Kruve, Anneli ................................... WP 823
Kryger, Per ...................................... ThP 587
Kshetrapal, Pallavi Kshetrapal ................ MP 704
Kshirsagar, Rashmi .............................. TP 417
Książkiewicz, Michal .......................... ThP 030
Ku, Kuo-Lung .................................... MP 279
Ku, Kuo-Lung ..................................... TP 120
Kuang, Bing ..................................... ThP 085
Kuang, Kevin ............................. ThOD am 09:10
Kuang, Shihuan ................................. TP 400
Kuang, Xuefei ................................... ThP 193
Kubatova, Alena ................................ WP 778
Kubicek, Stefan ................................. WP 733
Kubis, Tillmann .................................. TP 274
Kubo, Ayumi ..................................... WP 325
Kubwabo, Carlton ................................ TP 307
Kuchenbecker, Leon ............................. MP 694
Kuchta, Kevin ................................... WP 449

Program code: M,T,W,Th = Day        O = Oral, P = Poster        Time or poster number

# INDEX OF AUTHORS



Kuchta, Kevin ...........................WP 451
Kucklick, John ..........................MP 140
Kuckling, Dirk ..........................MP 630
Kudo, Hiromi ...........................TP 350
Kudo, Hiromi ...........................WP 375
Kudo, Toshiji ...........................MP 635
Kuehl, Don ..............................TP 662
Kuehl, Don ..............................WP 173
Kuehl, Don ..............................WP 313
Kuehl, Philip ...........................ThP 769
Kuehnemann, Chisaka ...............MOF pm 03:50
Kufer, Regina ..........................ThP 360
Kuhlmann, Frank .......................MP 266
Kuhn, Eric ..............................WP 125
Kuhns, Michelle .......................WOA am 08:30
Kuiper, Heather ........................WP 647
Kuklenyik, Zsuzsanna ...............MP 069
Kuklenyik, Zsuzsanna ...............MP 529
Kuklenyik, Zsuzsanna ...............MP 533
Kuklenyik, Zsuzsanna ...............MP 537
Kuklenyik, Zsuzsanna ...............MP 679
Kuklenyik, Zsuzsanna ...............ThP 758
Kuklenyik, Zsuzsanna ...............TP 777
Kuksin, Christina ......................TP 763
Kukula, Maciej .........................ThP 454
Kukurugya, Matthew ..................ThP 455
Kulak, Nils .............................ThP 377
Kulasingam, Vathany .................WP 211
Kulej, Katarzyna ......................MP 163
Kulej, Katarzyna ......................TOA pm 03:50
Kulju, Kathryn .........................MOD pm 04:10
Kulju, Kathryn .........................WP 491
Kulkarni, Adi ..........................TP 251
Kulkarni, Rohit ........................ThOG am 08:50
Kullman, Seth ..........................TP 394
Kultova, Gabriela .....................WP 069
Kulyk, Dmytro .........................MP 460
Kulyk, Dmytro .........................TP 496
Kumar, Jashwant ......................MP 640
Kumar, Monu ...........................MP 548
Kumar, Mukesh .........................ThP 772
Kumar, Praveen .......................MOA pm 04:10
Kumar, Praveen .......................MP 758
Kumar, Praveen .......................ThOA pm 03:30
Kumar, Praveen .......................TP 435
Kumar, Praveen .......................TP 438
Kumar, Sahil ...........................MP 098
Kumar, Santosh ........................TP 553
Kumar, Vineet .........................TP 695
kumar, yashwant .......................WP 094
Kunath, Benoit ..........................TP 435
Kunath, Benoit ..........................TP 438
Kunath, Tilo ............................TP 064
Kundinger, Sean ......................WP 646
Kune, Christopher ....................WP 479
Kunisawa, Akihiro ....................ThP 602
Kunisawa, Akihiro ....................WP 389
Kunisawa, Akihiro ....................WP 632
Kunz, Daniel ...........................ThP 510
Kunz, Laura ............................ThP 707
Kunz, Ryan .............................MP 600
Kunz, Ryan .............................TP 710
Kunz, Ryan .............................WP 735
Kuo, Fang-Wei ........................WP 572
Kuo, Ting-Hao .........................ThP 378
Kuo, Ting-Hao .........................ThP 501
Kuo, Yu-Shiang .......................WP 183
Kuperman, Roman .....................MP 150
Küppers, Stephan .....................MP 126
Kuri Cruz, Abraham ..................ThP 473
Kuriki, Tomoko .........................MP 580
Kurita, Hiroki ..........................ThP 226
Kurland, Andrew ......................ThP 494
Kurland, Irwin .........................ThP 388
Kuruc, Matt ............................WP 067
Kurulugama, Ruwan ...............MOD pm 04:10
Kurulugama, Ruwan ...............MP 239
Kurulugama, Ruwan ...............ThP 292
Kurulugama, Ruwan ...............WOF am 09:10

Kurulugama, Ruwan ...............WOH pm 02:50
Kurulugama, Ruwan ...............WP 491
Kurulugama, Ruwan ...............WP 617
Kurzawa, Nils .........................WP 730
Kurzchalia, Teymuras ...............TP 757
Kurzyniec, Stephen ...................MP 315
Kurzyniec, Stephen ...................MP 653
Kusebauch, Ulrike .....................WP 400
Kusebauch, Ulrike .....................WP 673
Kushon, Stuart .........................WP 773
Kusovschi, Jennifer ...................MP 533
Kusovschi, Jennifer ...................ThP 758
Kussmann, Martin .....................MP 650
Kuster, Bernhard .....................MOA pm 02:50
Kuster, Bernhard .....................MP 383
Kuster, Bernhard .....................ThOC am 09:10
Kuster, Bernhard .....................ThOE pm 02:50
Kuster, Bernhard .....................ThP 272
Kuster, Bernhard .....................ThP 366
Kuster, Bernhard .....................ThP 738
Kuster, Bernhard .....................TOA pm 02:50
Kuster, Bernhard .....................TP 422
Kuster, Bernhard .....................TP 654
Kuster, Bernhard .....................WP 208
Kuster, Bernhard .....................WP 241
Kuster, Bernhard .....................WP 398
Kuster, Bernhard .....................WP 730
Kutlucinar, Kaan ......................TP 312
Kutscher, Daniel .......................ThP 170
Kuvelkar, Reshma ....................WOD am 08:50
Kuzdzal, Scott ........................MOA am 08:30
Kuzhlumparambil, Unnikrishnan ...ThP 532
Kuzuhara, Yuki ........................MP 760
Kuzuhara, Yuki ........................WP 367
Kuzuhara, Yuki ........................WP 369
Kwan, Rainbow ........................ThP 742
Kwantwi-Barima, Pearl ...............MOF am 09:10
Kwantwi-Barima, Pearl ...............ThP 298
Kwantwi-Barima, Pearl ...............ThP 311
Kwon, Hye Kyong .....................TP 717
Kwon, Hye Kyong .....................WP 672
Kwiatkowski, Marcel ..................ThP 689
Kwiecien, Nicholas ...................MOA pm 03:50
Kwok, Wai Him ........................TP 063
Kwon, Do-Yeon .......................TOF am 08:30
Kwon, Oh-seung .......................WP 009
Kwon, Young Sang ....................MP 155
Kyle, Jennifer ........................WP 077
Kyle, Jennifer ........................ThOF am 08:30
Kyle, Jennifer ........................TP 401
Kyritsoglou, Sam ......................ThP 601
La Barbera, Giorgia ..................MP 592
La Rocca, Raphaël .....................MP 515
La Rocca, Raphaël .....................TP 361
La Rotta, Aurelio .....................WP 225
La Tella, Roberta ......................MP 160
Laaksonen, Nina ......................WP 306
Labate, Carlos .......................MOA pm 03:10
Labate, Carlos .......................ThP 252
Labate, Mônica .......................ThP 252
LaBonia, Gabriel .......................TP 347
Laboureur, Laurent ...................ThP 768
Labrie, Claude .........................ThP 159
labrie, fernand .........................ThP 159
Labrie, Viviane .......................ThP 116
Lacerda Júnior, Valdemar ...........ThP 263
Lachmund, Delf ........................MP 340
Łącki, Mateusz ........................MP 377
Łącki, Mateusz ........................ThP 692
Łącki, Mateusz ........................WP 401
Lackner, Katharina ....................ThP 379
Lacoue-Nègre, Marion ...............TOH pm 02:30
Lacoursière, Jean .....................MP 219
Lacoursière, Jean .....................TP 158
Lacoursière, Jean .....................TP 256
Lacoursière, Jean .....................WP 217
Lacoursière, Jean .....................WP 239
Lacoursière, Jean .....................WP 299
Lacoursière, Jean .....................WP 642

LaCroix, Ian ..........................ThOC pm 04:10
Lacroix Andrivet, Oscar ............MOG pm 03:30
Lacy, Steve ...........................ThP 559
Lacy, Steve ...........................ThP 564
Ladak, Adam ...........................MP 181
Laganà, Aldo ...........................MP 592
Laganowsky, Arthur ..................ThOF pm 02:50
Laganowsky, Arthur ..................ThP 289
Laganowsky, Arthur ..................ThP 292
Laganowsky, Arthur ..................ThP 645
Laganowsky, Arthur ..................ThP 659
Laganowsky, Arthur ..................TOB am 09:50
Laganowsky, Arthur ..................WP 450
Lagarde, Michel .......................WP 553
Lage, Sergio ...........................TP 229
Lageveen-Kammeijer, Guinevere ...MOB am 09:50
Lageveen-Kammeijer, Guinevere ...TP 061
Lah, James .............................MP 012
Lah, James .............................MP 022
Lah, James .............................MP 750
Lah, James .............................ThP 119
Lah, James .............................ThP 687
Lah, James .............................ThP 736
Lah, James .............................TP 576
Lah, James .............................TP 778
Lah, James .............................WP 092
Lah, James .............................WP 677
Lahiri, Sujoy ..........................WP 245
Lahren, Tyler ..........................WP 778
Lai, Chien-Chen .......................ThP 435
Lai, Congfang ..........................TP 744
Lai, Cong-Fang ........................ThP 762
Lai, Guo-yin ...........................MP 187
Lai, Guoying ...........................MP 194
Lai, Jennifer ...........................ThP 028
Lai, Ling ...............................ThOC am 08:50
Lai, Ning-Sheng .......................TP 120
Lai, Stella .............................TP 260
Lai, Steven ............................MP 142
Lai, Steven ............................ThP 499
Lai, Szu-Hsueh .......................ThOC pm 04:10
Lai, Szu-Hsueh .......................ThP 041
Lai, Yen-Chun .........................WP 742
Laiakis, Evagelia .....................WOF pm 02:30
Laiakis, Evagelia .....................WP 351
Laiko, Victor ..........................TP 446
Laikupu, Mason ........................MP 025
Laing, Matthew .......................ThP 081
Lajoie, Gilles .........................WP 076
Lake, Douglas .........................TP 037
Lakshminarayana, Suresh ...........TP 367
Lal, Swapnil ...........................TP 360
Lalor, Patricia ........................ThP 115
Lam, Maggie ...........................MP 725
Lam, Pui Yiu .........................MOD pm 02:50
Lam, Pui Yiu .........................WOC am 00:10
Lam, Richard ..........................ThP 373
Lam, Tukiet T. ........................ThP 734
Lam, Yuko .............................ThP 094
Lam, Yuko .............................TOC am 09:10
Lam, Yuko .............................TP 706
Lamann, Karsten .......................TOE pm 02:50
Lamarche, Benoit ......................ThP 492
Lambeir, Anne-Marie .................ThP 640
Lambeth, Tyler .........................TP 644
Lambeth, Tyler .........................WP 657
Lamb, Alex ............................MP 655
Lame, Mary ............................ThP 368
Lamers, Robert Jan ...................MP 196
Lammert, Stephen .....................MP 486
Lammert, Stephen .....................TP 452
Lammert, Steve .......................TP 473
Lamoliatte, Frederic ..................TP 759
Lamy, Shannon ........................MP 207
Lan, Chunyan ..........................TP 404
Lan, Chunyan ..........................TP 414
Lan, Chunyan ..........................WP 362
Lan, Renny ...........................ThP 741
Lancaster, Samuel .....................ThP 111

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number

Landfester, Katharina ............................ ThP 547
Landreh, Michael ............................ TOC am 10:10
Lane, Amy ............................................ MP 575
Lane, Andrew ...................................... ThP 330
Lane, Lydia .......................................... MP 438
Lane, Monica ........................................ TP 074
Lane, Todd ........................................... MP 112
Lanekoff, Ingela .......................... MOE pm 03:10
Lanekoff, Ingela .................................. TP 401
Lanekoff, Ingela ...................... WOD am 09:30
Lang, Daniel ............................... ThOE pm 02:50
Lang, Wen-sheng ............................... ThP 483
Lange, Oliver ...................................... ThP 088
Lange, Oliver ...................................... ThP 099
Lange, Oliver .......................... TOA pm 03:10
Lange, Oliver ..................................... ThP 707
Lange, Oliver .......................... WOH pm 04:10
Lange, Oliver ...................................... WP 452
Lange van, Erik ..................................... TP 271
Langella, Olivier .................................. TP 096
Langer, Julian ..................................... TP 395
Langer, Julian ..................................... TP 571
Langley, G. ......................................... MP 285
Langley, G. .......................... TOB am 08:30
Langley, G. .......................................... TP 156
Langmo, Jacqueline ............................ MP 141
Langner, Markus .................................. TP 294
Langner, Markus ................................. WP 434
Langridge, David ................................. MP 476
Langridge, David ................................ ThP 305
Langridge, David ................................ ThP 319
Langridge, James ............................... ThP 285
Langridge, James ............................... ThP 307
Langridge, James ............................... ThP 499
Langridge, James ................................ TP 067
Langridge, James ................................ TP 509
Langridge, James ................................ WP 719
Langridge, Jim ...................................... TP 505
Langston, James ................................ ThP 259
Lanoix, Joel ....................................... MP 079
Lansing, Stephanie .............................. TP 203
Lanter, James ..................................... WP 042
Lantz, Carter .................................... ThP 646
Lantz, Carter .................................... ThP 662
Lantz, Carter .......................... TOH am 08:50
Lanz, Michael .................................... MP 040
Lanza, Ian ............................... MOF pm 02:50
Lanza, Nina ......................................... WP 477
Lanzillotti, Michael ............................ ThP 622
Lanzillotti, Michael ............................ ThP 702
Laos, Veronica ........................ ThOF pm 02:30
Lapauw, Bruno ................................... WP 210
LaPlaca, Michelle ............................... MP 549
Laponogov, Ivan ...................... TOB pm 04:10
Laramee, Brittany ............................... WP 009
Laramee, Brittany ............................... WP 010
Laramee, Brittany ............................... WP 016
Lardinois, Olivier ................................ MP 076
Largy, Eric ............................... TOH am 08:30
LaRocca, Jessica ................................ WP 526
Larracas, Camille ............................... ThP 651
Larraillet, Vincent ............................... WP 658
Larrayoz, Marta ................................. MP 691
Larriba Andaluz, Carlos ...................... ThP 313
Larriba Andaluz, Carlos ...... WOH am 09:50
Larrinaga, Gorka ................................. WP 071
Larsen, Brett ..................................... ThP 090
Larsen, Jessica ................................... ThP 174
Larsen, Martin ..................................... ThP 102
Larsen, Martin ................................... ThP 739
Larsen, Sara ....................................... WP 660
Larsen, Sara ....................................... WP 669
Larson, Eli ........................................... TP 601
Larson, Evan ........................................ TP 042
Laskin, Julia .......................... MOD am 09:30
Laskin, Julia ....................................... MP 338
Laskin, Julia ....................................... MP 489
Laskin, Julia ...................................... ThP 257
Laskin, Julia ....................................... TP 366

Laskin, Julia ......................................... TP 400
Laskin, Julia ....................................... WP 458
Laskowich, Erin ................................. ThP 673
Lassahn, Paul-Gerhard ....................... MP 709
Laszakovits, Juliana ............................ TP 167
Lathwal, Shefali ................................... MP 098
Lathwal, Shefali ................................. ThP 158
Lathwal, Shefali ................................. WP 578
Latkin, Thomas ...................... TOE am 09:10
Lau, Adam .......................................... ThP 490
Lau, Ho-Tak ....................................... MP 700
Lau, Jim ............................................. ThP 606
Lau, Ming Yip ...................................... MP 089
Lauber, Matthew .................................. TP 003
Lauber, Matthew ................................. TP 008
Lauc, Gordan ...................................... ThP 218
Lauc, Gordan ...................................... MP 343
Laue, Alexander .................................. MP 294
Laue, Alexander .................................. WP 447
Laughlin, Sarah ................................... MP 106
Laukens, Kris ....................................... MP 390
Laukens, Kris .......................... ThOA pm 03:10
Laukens, Kris ...................................... TP 762
Laukens, Kris ...................................... WP 383
Laurens, Lieve .................................... MP 528
Laurens, Lieve .................................... ThP 253
Laurent, Estelle ................................... WP 710
Laurent, Gilles ..................................... TP 395
Lauterbach, Marcel .............................. TP 395
Lavallée, Richard ................................ ThP 759
Lavallée-adam, Mathieu ...................... MP 372
Lavanant, Helene ........................ MOF am 09:30
Lavanant, Hélène ................................ WP 024
Lavarello, Chiara ................................ ThP 484
Laverdure, Jean-Philippe .................. MP 079
Laviolle, Marc ..................................... WP 390
Lavrova, Oxana ................................... TP 780
Law, Brandon ...................................... WP 722
Law, Richard ........................................ MP 181
Law, Richard ........................................ MP 324
Lawal, Remilekun ................... MOG pm 03:10
Lawal, Remilekun ............................... ThP 050
Lawas, Marla ....................................... MP 204
Lawit, Shai ........................................... TP 507
Lawler, John ........................................ MP 275
Lawler, Michael ................................... MP 300
Lawler, Rose ....................................... WP 639
Lawlor, Michael .................................. ThP 704
Lawrence, Joseph .............................. ThP 169
Lawrence, Richard ............................... WP 584
Lawrie, Justin ..................................... WP 616
Laws, Simon .......................... MOE am 10:10
Lawson, Graham ................................. MP 221
Lawson, Joshua .................................. ThP 120
Lawton, Zachary ................................. MP 208
Lawton, Zachary .................................. TP 456
Laycock, John ..................................... ThP 373
Layfield, Robert ................................... TP 024
Layman, Rick ....................................... TP 399
Layton, Kent ....................................... WP 473
Lazar, Iulia ........................................ ThP 671
Lazar, Iulia .......................................... TP 130
Lazarev, Alexander ............................. TP 040
Le, Anh ................................................ WP 739
Le, John .............................................. WP 739
Le, Nhat ............................................... WP 664
Le, X. Chris ......................................... MP 123
Le Bihan, Thierry ................................. TP 020
Le Blanc, J. C. Yves ............................ TP 207
Le Blanc, J. C. Yves ............................ TP 754
Le blanc, Yves .................................... MP 305
Le blanc, Yves ..................................... TP 618
Le blanc, Yves ..................................... TP 749
Le Bras, Vivien .................................... TP 588
Le Gendre, Micheala .......................... ThP 055
Le Maître, Johann .................... MOG pm 03:30
Le Maître, Johann .............................. ThP 287
Le Maître, Johann .................... TOH pm 03:30
Leach, Robin ....................................... TP 129

Leach, Samantha ................................ ThP 530
Leach III, Franklin E. ........................... MP 586
Leach III, Franklin E. .......................... ThP 480
Leach III, Franklin E. ........................... MP 141
Leach III, Franklin E. ........................... ThP 445
Leach III, Franklin E. ........................... WP 193
Leal, Mauricio ..................................... TP 085
Leal, Stephanie .................................. WP 680
Leaptrot, Katrina ...................... MOE pm 03:30
Leaptrot, Katrina .................... ThOA am 08:50
Leary, Dagmar ................................... ThP 110
Leary, Maggie ...................................... TP 126
Leary, Pauline ..................................... MP 208
Lebedev, Albert ........................ TOE am 09:10
Lebedev, Albert .................................. ThP 301
Lebedev, Albert .................................. WP 320
LeBlanc, Andre ........................ ThOF am 09:10
Lebrilla, Carlito ........................ MOC am 09:10
Lebrilla, Carlito ....................... MOC pm 03:10
Lebrilla, Carlito ....................... ThOG am 10:10
Lebrilla, Carlito ................................... ThP 066
Lebrilla, Carlito ................................... ThP 085
Lebrilla, Carlito ................................... ThP 202
Lebrilla, Carlito ................................... ThP 210
Lebrilla, Carlito ................................... WP 263
Lebrilla, Carlito ................................... WP 336
Lebrilla, Carlito ................................... WP 588
Lecchi, Paolo ..................................... WP 550
Lecchi, Paolo ..................................... WP 552
Lech, Katarzyna .................................. MP 571
Lech, Katarzyna ................................. ThP 737
Lechner, Stefan ................................... MP 343
Leclaire, Jennifer ................................. MP 428
Leclercq, Mickael ................................ WP 647
Ledertheil, Thorsten ............................. TP 514
Ledet, Suzanne ........................ ThOF am 09:50
Leduc, Richard .................................... MP 024
LeDuc, Richard .................................... MP 375
Leduc, Richard .................................... MP 779
Leduc, Richard ........................ TOC pm 02:30
LeDuc, Richard ................................... TP 725
Leduc, Richard ........................ WOC am 08:30
Leduc, Richard .................................... WP 222
Lee, Brittany ....................................... ThP 111
Lee, Burton ......................................... MP 671
Lee, Chen-Hsien ................................. ThP 075
Lee, Chuping ..................................... ThP 040
Lee, Chuping .................................... ThP 530
Lee, Cindy ........................................... TP 171
Lee, Colin ......................................... ThP 604
Lee, Dabin .......................................... ThP 422
Lee, Dave ........................................... WP 673
Lee, Do Young ................................... ThP 144
Lee, Do Yup ...................................... ThP 129
Lee, Do Yup ....................................... ThP 444
Lee, Dong Ho ...................................... MP 015
Lee, Dong Yeol .................................... MP 155
Lee, Edgar ........................................... TP 473
Lee, Eugene ........................................ WP 724
Lee, Eun Mi ...................................... ThP 129
Lee, Ha Yun ........................................ WP 099
Lee, Ho-Joon ....................................... WP 568
Lee, Hye Suk ...................................... MP 206
Lee, Hye Suk ...................................... MP 227
Lee, Hyoungjoo ................................... MP 174
Lee, Jae-Jin ....................................... MP 303
Lee, Jae-Yong ................................... ThP 144
Lee, Ji Hyeon ..................................... ThP 114
Lee, Jin Xing ..................................... ThP 757
Lee, Jiyeong ....................................... WP 083
Lee, Jiyeong ....................................... WP 089
Lee, Jiyeong ....................................... WP 093
Lee, Jiyeong ........................................ TP 244
Lee, Joon-Yong ................................... MP 423
Lee, Joon-Yong ................................... MP 624
Lee, Ju Yeon ...................................... WP 097
Lee, Jua ............................................... WP 196
Lee, Julie ............................................ WP 124

Program code:  M, T, W, Th = Day     O = Oral, P = Poster     Time or poster number



# INDEX OF AUTHORS

Lee, Jun Xiang .................................ThP 091
Lee, Jun Xiang .................................ThP 761
Lee, Jun Xiang .................................WP 767
Lee, Jung .........................................WP 441
Lee, Jung Hun .................................MP 007
Lee, Jung Hyeon ..............................WP 704
Lee, JungHun ...................................WP 726
Lee, Jun-Ru .....................................ThP 167
Lee, Justin ......................................MP 290
Lee, Jusung .....................................TP 507
Lee, Karen .........................MOD pm 03:10
Lee, Kenneth ...................................MP 260
Lee, Kenneth ...................................MP 487
Lee, Kenneth ...................................MP 771
Lee, Kimberly ..................................TP 630
Lee, Kimberly ..................................WP 662
Lee, Kimberly ..................................WP 720
Lee, Kong-Joo .................................MP 303
Lee, Kwangwon ................................MP 295
Lee, L. ............................................TP 544
Lee, Lim .........................................MP 603
Lee, Maw-Rong ...............................WP 281
Lee, Maw-Rong ...............................WP 291
Lee, Maw-Rong ...............................WP 316
Lee, Maw-Rong ...............................WP 525
Lee, Megan ........................MOC pm 03:10
Lee, Megan ......................................WP 263
Lee, Milton ......................................TP 473
Lee, Pin-Duo ...................................TP 666
Lee, Pin-Duo ...................................WP 442
Lee, Pin-Duo ...................................WP 445
Lee, Qi Zong ...................................ThP 191
Lee, Richard ....................................MP 424
Lee, Richard ....................................TP 126
Lee, Sang Kwang .............................MP 095
Lee, Seulgidaun ...............................WP 017
Lee, Seung Mi ..................................ThP 129
Lee, Seung-Min ................................MP 155
Lee, Sue Ann ....................................ThP 761
Lee, Suji ..........................................WP 207
Lee, Sun Young ................................MP 345
Lee, Tae ..........................................TP 076
Lee, Thomas ....................................TP 771
Lee, Tiffany .....................................TP 172
Lee, Wonwoong ...............................WP 583
Lee, Xinrong ....................................ThP 161
Lee, Yi-Chia ....................................TP 066
Lee, Yi-Chia ....................................TP 140
Lee, Yi-Kun .....................................TP 466
Lee, Yi-Kun .....................................WP 442
Lee, Yi-Kun .....................................WP 445
Lee, Yoo Jin .....................................WP 093
Lee, Yoo-jin .....................................TP 244
Lee, Yoo-jin .....................................WP 083
Lee, Yoo-jin .....................................WP 089
Lee, Young Jin .................................MP 214
Lee, Young Jin .................................TP 042
Lee, Young Jin .................................TP 247
Lee, Young-Jin .................................ThP 429
Lee, Young-Jin .................................ThP 481
Lee, Young-Jin .................................TP 250
Lee, Young-Jin .................................TP 265
Lee, You-rim ....................................TP 244
Lee, You-rim ....................................WP 383
Lee, You-rim ....................................WP 089
Lee, You-rim ....................................WP 093
Leelaram, Majety Naga .....................TP 634
Leeming, Michael .............................ThP 177
Lefeber, Dirk ...................................ThP 220
Leggas, Markos ...............................WP 800
Leghissa, Allegra .............................WP 161
Legleiter, Justin ...............................ThP 619
Legouffe, Raphael ............................TP 412
Legris, Marc ....................................WP 450
Lehman, Audrey ...............................WP 526
Lehmann, Fredrik .............................WP 055
Lehmann, Sylvain .............................ThP 608
Lehmann, Sylvain .............................WP 682
Lehtikoski, Antony ...........................MP 533

Lehtikoski, Antony ...........................TP 777
Lei, Jiajun .......................................MP 073
Lei, Jiajun .......................................ThP 397
Lei, Paula ........................................TP 231
Lei, Shulei .......................................WP 737
Lei, Wang .......................................WP 215
Lei, Zhentian ...................................ThP 464
Lei, Zhentian ...................................ThP 511
Lei, Zhentian ...................................TP 553
Lei, Zhentian ...................................WP 423
Leib, Ryan .......................................MP 745
Leib, Ryan .......................................MP 746
Leib, Ryan .......................................MP 743
Leidy, Chad .....................................WP 591
Leijten, Niels ...................................WP 730
Lein, Gina .......................................WP 090
Lein, Max ...........................MOF pm 03:30
Lein, Max ........................................WP 090
Leite, Fernando ................................WP 084
Leite Nobrega De Moura Bell, Juliana ...ThP 194
Leitor, Brian ....................................TP 483
Leith, Emma ....................................TP 435
Leith, Emma ....................................TP 438
Leitzinger, Thomas ...........................ThP 763
Leitzinger, Thomas ...........................WP 757
Lekkas, Alexander ............................WP 466
Lemaire, Joel .....................WOE am 08:50
Lemaur, Vincent ..............................MP 627
Lemaux, Peggy ................................MP 624
Lemeer, Simone ...............................WP 730
Lemieux, Sebastien ..........................MP 029
Lemieux, Sebastien ..........................MP 079
Lemieux, Simone ..............................ThP 492
Lemmon, Abigail ..............................TP 320
Lemoine, Jérôme ..............................TP 652
Lemon, Luanna ................................MP 742
Lendor, Sofia ...................................MP 202
Lendor, Sofia ...................................MP 554
Lendor, Sofia ...................................ThP 491
Lendor, Sofia ......................WOD am 09:50
Leng, Fenfei ....................................ThP 283
Leng, Fenfei ....................................TP 504
Leng, Jiapeng ..................................ThP 607
Leng, Mei ........................................MP 404
Leng, Mei ........................................MP 420
Leng, Mei ........................................WP 717
Lengqvist, Johan ................TOD pm 03:10
Lennon, Sarah .................................WP 569
Leo, Fredrik .....................................WP 334
Leon, Deborah ....................MOB am 09:10
Leon, Deborah .................................ThP 224
Leonard, Scott .................................MP 080
Lepine, Maggy .................................TP 086
Leprevost, Felipe ..............................MP 402
Leprevost, Felipe ..............................MP 405
Leprevost, Felipe ..............................MP 416
Leprevost, Felipe ..............................ThP 437
Leprevost, Felipe ..............................ThP 893
Leprevost, Felipe ..............................WP 396
Lerach, Jordan ................................TP 412
Lermyte, Frederik .............................MP 377
Lermyte, Frederik .............................TP 082
Lermyte, Frederik ................TOC am 09:10
Lermyte, Frederik .............................WP 363
Leroy, Baptiste .................................ThP 735
Lesage, Denis ..................................MP 245
Lesage, Jacques ...............................TP 086
LeSassier, Danielle ...........................TP 262
Leslie, Shannon ...............................TP 058
Lesne, Jean .....................................TP 324
Lesniak, Drew ..................................ThP 234
Lesniak, Michael ..............................ThP 029
Lesniewski, Joseph ...........................MP 136
Lesniewski, Joseph ...........................ThP 173
Lesniewski, Joseph ...........................WP 498
Lesslie, Michael ...............................MP 281
Lesslie, Michael ...............................TP 005
Lesur, Antoine .................................WP 701
Leszyk, John ....................................ThP 108

Letertre, Marine ...............................ThP 499
Letertre, Marine ...............................WP 406
Leung, Alden ...................................MP 040
Leung, Daisy ....................................MP 300
Leung, Daisy ....................................TP 341
Leung, Daisy ....................................WP 034
Leung, Gary Ngai Wa ........................MP 089
Leung, Kwan ...................................TP 416
Leus, Inga .......................................MP 096
Leus, Inga .......................................ThP 540
Levandoski, Michael .........................MP 712
Levasseur, Marceau ..........................ThP 534
Leveille, Wade .................................WP 474
Loveridge, Melanie .............ThOD am 08:30
Levey, Allan .....................................MP 012
Levey, Allan .....................................GD 022
Levey, Allan .....................................MP 750
Levey, Allan .....................................ThP 119
Levey, Allan .....................................ThP 687
Levey, Allan .....................................ThP 736
Levey, Allan .....................................TP 576
Levey, Allan .....................................TP 778
Levey, Allan .....................................WP 092
Levey, Allan .....................................WP 677
Levi, Mikael .....................................MP 012
Levi, Mikael .....................................ThP 123
Levi, Mikael .....................................WP 219
Levi, Mikaël .....................................ThP 560
Levin, Yishai ...................................TP 724
Levitan, Boris ..................................WP 035
Levitsky, Lev ...................................ThP 712
Levy, Allison ....................................ThP 288
Levy, Pierre .......................TOF pm 03:30
Lewis, Adam ...................................ThP 241
Lewis, Caroline ...............................WP 578
Lewis, Holly-May. ............................ThP 347
Lewis, Ian .......................................ThP 061
Lewis, Ian .......................................ThP 447
Lewis, Ian .......................................ThP 469
Lewis, Ian .......................................ThP 657
Lewis, Ian .......................................WP 091
Lewis, Matthew ...............................ThP 432
Lewis, Robert ......................TOG am 09:30
Lewis, Russell ..................................ThP 281
Lewitus, Gil ........................MOA am 08:50
Ley, F. .............................................WP 477
Ley, Robert ......................................ThP 349
Leyva, Dennys .................................TP 174
Li, Ailin ..........................................ThP 273
Li, Ailin ..........................................ThP 296
Li, Amy ...........................................WP 378
Li, Anyin .........................................MP 491
Li, Anyin .........................................ThP 019
Li, Anyin .........................................WP 115
Li, Bolin ..........................................WP 504
Li, Changkun ...................................MP 002
Li, Chao ..........................................ThP 460
Li, Chin-Shang .................................ThP 138
Li, Chong ........................................MP 462
Li, Chong ........................................MP 292
Li, Chong ..........................WOB am 03:50
Li, Dan ...........................................TP 082
Li, Dan ...........................................TP 546
Li, Fangbiao ....................................WP 248
Li, Fengping ....................................TP 085
Li, Frederick ....................................WP 009
Li, Frederick ....................................WP 010
Li, Frederick ....................................WP 016
Li, Fu-An. .......................................WP 671
Li, Fumin ........................................ThP 154
Li, Fumin ........................................WP 641
Li, Fumin ........................................WP 745
Li, Gongyu ......................................TP 503
Li, Gongyu ......................................TP 512
Li, Gongyu ......................................TP 519
Li, Gongyu ......................................WP 140
Li, Gongyu ......................................WP 485
Li, Gongyu ......................................WP 577
Li, Gongyu ......................................WP 694

Program code: M,T,W,Th = Day      O = Oral, P = Poster      Time or poster number

Li, Guannan ....................................TP 019
Li, Guannan ....................................TP 592
Li, Hai-Fang ..................................ThP 383
Li, Hainan .....................................TP 404
Li, Hainan .....................................MP 362
Li, Haiyang ...........................MOG am 09:10
Li, Hao ..........................................WP 428
Li, Haorong ....................................TP 545
Li, Hong ........................................TP 641
Li, Honglan ....................................MP 395
Li, Huishan ...................................ThP 019
Li, Jenny ......................................ThP 742
Li, Jiaming ....................................TP 769
Li, Jianke .....................................ThP 192
Li, Jiannong ...................................WP 403
Li, Jianzhong ..................................TP 279
Li, Jianzhong ..................................WP 292
Li, Jie ........................................ThP 485
Li, Jing .......................................MP 036
Li, Jing .......................................ThP 639
Li, Jing .......................................TP 637
Li, Jing .......................................TP 683
Li, Jun ........................................MP 699
Li, Junsuo .....................................MP 195
Li, Junxing ...................................ThP 189
Li, Kangning ...................................MP 478
Li, Kangning ...................................TP 712
Li, Kuok-Fai ...................................MP 279
Li, Li .........................................MP 332
Li, Li .........................................ThP 274
Li, Lian .......................................WP 112
Li, Liang ......................................MP 569
Li, Liang .....................................ThP 453
Li, Liang .....................................ThP 487
Li, Liang .....................................ThP 503
Li, Liang ......................................TP 053
Li, Liang ......................................TP 056
Li, Liang ......................................TP 436
Li, Liang ......................................TP 530
Li, Liang ......................................TP 548
Li, Liang ......................................TP 550
Li, Liang ......................................TP 586
Li, Liang ............................WOA am 10:10
Li, Liang ......................................WP 428
Li, Liang ......................................WP 614
Li, Liang ......................................WP 620
Li, Liang ......................................WP 696
Li, Lin .......................................ThP 686
Li, Lin ........................................TP 715
Li, Linfan .....................................MP 491
Li, Linfan ....................................ThP 019
Li, Ling .......................................TP 577
Li, Linge ......................................WP 286
Li, Lingjun ....................................MP 585
Li, Lingjun ....................................MP 615
Li, Lingjun ....................................MP 767
Li, Lingjun ...........................ThOC am 08:50
Li, Lingjun ...........................ThOG am 09:50
Li, Lingjun ....................................TP 219
Li, Lingjun ....................................TP 325
Li, Lingjun ...................................ThP 385
Li, Lingjun ...................................ThP 527
Li, Lingjun ....................................TP 049
Li, Lingjun ....................................TP 050
Li, Lingjun ....................................TP 087
Li, Lingjun ....................................TP 349
Li, Lingjun ....................................TP 358
Li, Lingjun ....................................TP 369
Li, Lingjun ....................................TP 373
Li, Lingjun ....................................TP 503
Li, Lingjun ....................................TP 512
Li, Lingjun ....................................TP 519
Li, Lingjun ....................................WP 140
Li, Lingjun ....................................WP 181
Li, Lingjun ....................................WP 194
Li, Lingjun ....................................WP 485
Li, Lingjun ....................................WP 577
Li, Lingjun ....................................WP 643
Li, Lingjun ....................................WP 651
Li, Lingjun ....................................WP 656

Li, Lingjun ....................................WP 694
Li, Linhao ....................................ThP 389
Li, Linnan .....................................TP 023
Li, Linnan .....................................TP 542
Li, Mandy ......................................MP 035
Li, Meng ..............................MOD pm 02:50
Li, Meng ..............................WOC am 10:10
Li, Mengtian ..................................ThP 019
Li, Mengxing ..................................ThP 672
Li, Mengzhu ....................................MP 241
Li, Mengzhu ....................................MP 242
Li, Mengzhu ....................................MP 246
Li, Ming .......................................MP 478
Li, Ming ......................................ThP 117
Li, Miyang ....................................ThP 325
Li, Miyang .....................................WP 181
Li, Ning .......................................MP 674
Li, Ning .............................ThOE am 09:50
Li, Ning .......................................TP 007
Li, Ning .......................................TP 011
Li, Ning .......................................TP 611
Li, Ningxi .....................................TP 481
Li, Peng .......................................MP 462
Li, Peng .......................................TP 292
Li, Peng .............................WOB pm 03:50
Li, Qiang .....................................ThP 186
Li, Qiongyu ...........................MOC am 09:10
Li, Qiongyu ..................................ThP 210
Li, Qiongyu ....................................WP 336
Li, Raymond ..................................ThP 161
Li, Raymond ..................................ThP 162
Li, Rufeng .....................................MP 047
Li, Ruijin .....................................WP 567
Li, Runting ....................................MP 714
Li, Shirley ...................................ThP 364
Li, Shu ........................................WP 254
Li, Shuai ......................................WP 108
Li, Shuzhao ...................................ThP 567
Li, Sih-Syuan ..................................TP 079
Li, Siqi .......................................ThP 100
Li, Siqi ......................................ThP 177
Li, Sujun .............................TOA am 10:10
Li, Sujun ......................................TP 138
Li, Sujun ......................................WP 399
Li, Tingting ...................................TP 578
Li, Wenjing ...........................MOD pm 02:30
Li, Wenjing ...........................WOD pm 03:50
Li, Wenting ...................................ThP 755
Li, Wenxue ....................................ThP 093
Li, Xiang .............................MOG am 10:10
Li, Xiang ......................................TP 442
Li, Xiangdong ..................................MP 505
Li, Xiangdong ........................ThOA am 09:10
Li, Xiangdong ..................................WP 398
Li, Xiangtang .........................MOD am 09:30
Li, Xiao .......................................TP 439
Li, Xiaodong ..................................ThP 577
Li, Xiaodong ..................................ThP 589
Li, Xiaojun ....................................MP 462
Li, Xiaolin ...................................ThP 772
Li, Xiaoqing ...................................TP 259
Li, Xiaotong ...................................WP 108
Li, Xiaotong ..................................ThP 398
Li, Xin ...............................MOG pm 02:50
Li, Xing-Fang ........................MOA am 09:10
Li, Xing-Fang ........................MOA am 10:10
Li, Xing-Fang .........................TOE am 08:50
Li, Yafeng .....................................MP 458
Li, Yafeng .....................................WP 014
Li, Yan ........................................TP 626
Li, Yang .......................................MP 721
Li, Yangjie ...................................ThP 268
Li, Yihan ......................................TP 119
Li, Yinan ......................................MP 241
Li, Yinan ......................................MP 242
Li, Ying ......................................ThP 463
Li, Yingchen ...................................WP 289
Li, Yiyi .......................................WP 273

Li, Yizhou .....................................WP 624
Li, Yong-Xi ....................................MP 011
Li, Yong-Xi ...................................ThP 767
Li, Yong-Xi ...................................ThP 089
Li, Yong-Xi ...................................ThP 092
Li, Yueqi ......................................MP 002
Li, Yuliang ....................................MP 380
Li, Yun ........................................MP 623
Li, Yunan ......................................MP 730
Li, Yunong .....................................TP 530
Li, Yunong .....................................TP 548
Li, Yuxin ......................................TP 688
Li, Yuxin ......................................TP 760
Li, Zaifang ....................................MP 561
Li, Ze .........................................MP 524
Li, Zhao .......................................TP 274
Li, Zhixiong .........................WOB am 08:30
Li, Zhiyu ......................................TP 593
Li, Zihui ......................................MP 767
Li, Zihui .............................ThOC am 08:50
Li, Zihui ......................................TP 373
Li, Zishuai ....................................TP 481
Liang, Jason .........................ThOC pm 02:30
Liang, Jiaqi ..........................MOE am 08:50
Liang, Jin .....................................MP 640
Liang, Paul ....................................WP 598
Liang, Paul ....................................WP 009
Liang, Paul ....................................WP 010
Liang, Paul ....................................WP 011
Liang, Paul ....................................WP 016
Liang, Shih-shin ...............................TP 229
Liang, Shun-Hsin ...............................TP 082
Liang, Xiao ....................................WP 393
Liang, Xiaoyu .................................ThP 764
Liang, Yiran ..................................ThP 716
Liang, Yiran .........................WOC am 09:10
Liang, Yu ............................YOG pm 02:50
Liang, Yuxue .........................ThOC am 09:30
Liang, Yuxue ..................................ThP 184
Liang, Yuxue ...................................TP 254
Liang, Yuxue .........................WOA am 09:30
Liang, Yuxue ...................................WP 422
Liang, Zhewei ..................................MP 391
Liang, Zhewei ..................................TP 139
Liang, Zhidan ..................................MP 230
Liao, Guan-Bo Liao ............................ThP 304
Liao, Pao-Chi ..................................MP 072
Liao, Pao-Chi ........................ThOH am 09:10
Liao, Pao-Chi .................................ThP 138
Liao, Xiangjun .................................WP 319
Liao, Yen-Ying ................................ThP 165
Liao, Zhongbing ................................TP 006
Liberatore, Hannah .............................MP 114
Liberatore, Hannah ...................ThOH am 08:30
Liberatore, Hannah ...................TOE pm 02:50
Liberatore, Hannah .............................TP 172
Liberatore, Hannah ...................WOE am 08:30
Libert, Ben ...................................ThP 823
Libert, Ben ....................................WP 509
Lickiss, Fiona .................................MP 754
Lictevout, Jean-Christophe .....................TP 454
Liddicoat, Tim ................................ThP 336
Liddle, Neal ...................................WP 246
Lieberman, Harvey .............................ThP 088
Lieberman, Harvey ..............................WP 611
Lieberman, Rachel ..............................MP 209
Lieberman, Rachel ..............................TP 245
Lieberman, Rachel ..............................TP 252
Liebl, Wolfgang ...............................WP 730
Lien, Ching-yi .................................MP 279
Lien, Ching-Yi .................................TP 120
Lienert, Ian ..................................ThP 087
Lienort, Ian ..................................ThP 268
Liew, Chia Yen ...............................ThP 061
Liew, Chia Yen .................................WP 183
Ligtenberg, Maarten ..................TOF pm 03:30
Lih, Tung-shing ...............................ThP 264
Lilgand, Jaanus ...............................ThP 751
Ligand, Jaanus .................................WP 623

Program code: M,T,W,Th = Day       O = Oral, P = Poster       Time or poster number


Liigand, Piia ............................ThP 751
Liigand, Piia ............................WP 623
Liko, Idlir ..............................TOC am 10:10
Liko, Idlir ..............................TP 508
Liles, Mark .............................ThP 572
Lilley, Kathryn .........................TP 418
Lilley, Kathryn .........................TP 673
Lilija, Johan ...........................MOE pm 03:10
Lim, China ..............................ThP 755
Lim, China ..............................WP 678
Lim, China ..............................WP 749
Lim, Dong-Kwon .........................MP 345
Lim, Jae-min ...........................ThP 080
Lim, Timothy ...........................MP 456
Lim, Timothy ...........................WP 221
Lim, Timothy Yan Ann ..................ThP 091
Lim, Wei Ling ..........................MOE am 10:10
Lim, Xin Shan ..........................MOC am 08:30
Lim, Xin-Xiang .........................MOC am 08:30
Lim, Xin-Xiang .........................TP 333
Lim, Yan Ting ..........................ThP 625
Lim, Youngran ..........................TP 583
Lim, Young-Suk ........................ThP 114
Lima, Francisco Fernandez-Lima .......TP 149
Lima, Thiago ...........................WP 044
Limbach, Patrick .......................ThP 592
Limbach, Patrick .......................ThP 594
Limbach, Patrick .......................ThP 596
Limbach, Patrick .......................ThP 597
Limbach, Patrick .......................ThP 598
Limbach, Patrick .......................WP 634
Limbach, Patrick .......................WP 637
Limbach, Patrick .......................WP 640
Limpikirati, Patanachai ...............WOB pm 03:10
Limpikirati, Patanachai ...............WP 131
Lin, Andy ..............................MP 382
Lin, Chen-Chung .......................WP 722
Lin, Cheng .............................ThP 068
Lin, Cheng .............................ThP 224
Lin, Cheng .............................WOB am 10:10
Lin, Cheng .............................WP 190
Lin, Cheng .............................WP 202
Lin, Chiao-Wei .........................ThP 378
Lin, Chia-wei ..........................ThP 214
Lin, Chia-Ying .........................WP 525
Lin, Chung-Yon ........................WP 088
Lin, Ella ...............................MP 556
Lin, Han-Jia ...........................WP 780
Lin, Hou-Yu ............................WP 195
Lin, Huan ..............................MP 546
Lin, Huan ..............................TP 239
Lin, John ..............................ThOF am 09:50
Lin, John ..............................ThP 235
Lin, John ..............................TOE pm 03:30
Lin, John ..............................TP 110
Lin, John ..............................TP 112
Lin, John ..............................WOE pm 02:30
Lin, John ..............................WP 226
Lin, Jung-Lee ..........................MP 481
Lin, Jung-Lee ..........................WP 432
Lin, Jung-Ming George .................WP 733
Lin, Ken ...............................TP 103
lin, Liang .............................TP 113
Lin, Lung-Cheng .......................ThP 138
Lin, Monica ............................TP 110
Lin, Patrick ...........................MP 322
Lin, Patrick ...........................ThP 152
Lin, Pei-Yi .............................ThP 086
Lin, Qianxin ...........................TOE am 09:50
Lin, Qianxin ...........................TP 142
Lin, Qingsong ..........................MOC am 08:30
Lin, Shanhua ...........................TP 002
Lin, Shanyun ...........................MP 081
Lin, Shin ..............................TP 439
Lin, Vivian ............................TP 354
Lin, Wan-Jyun ..........................TP 131
Lin, Xiaohui ...........................ThP 460
Lin, yanchun ...........................WP 034
Lin, Yan-Ping ..........................ThP 483

Lin, Yu-Hsuan .........................TP 615
Lin, Yun ...............................ThP 522
Lin, Zhilong ...........................ThP 100
Lin, Zhilong ...........................WP 201
Lin, Zhongping (John) .................ThP 753
Lin, Ziqing ............................MP 014
Lin, Ziqing ............................MP 772
Lin, Ziqing ............................ThP 656
Lin, Ziqing ............................TP 601
Lin Shiao, Enrique ....................WP 708
Linberg, Yanira .......................WP 116
Lincoln, Amber ........................TP 027
Lind, Kenneth ..........................ThP 146
Lind, Lars .............................ThP 009
Linden, Andreas .......................MP 043
Linden, H. Bernhard ...................MP 461
Linden, Mathias ........................MP 461
Lindhorst, Philip .....................MP 605
Lindinger, Christian ..................TP 486
Lindinger, Christian ..................WP 461
Lindner, Herbert .......................MP 501
Lindner, Ingo ..........................TP 360
Lindqvist, Daniel .....................ThP 116
Lindstrom, Valerie ....................WP 585
Ling, Jonathan .........................TP 136
Ling, Stephanie ........................WP 375
Ling, Yun ..............................WOD pm 02:50
Linhardt, Robert ......................ThP 084
Linhardt, Robert ......................WP 193
Linington, Roger ......................ThOB pm 02:50
Linke, Vanessa .........................MOE pm 02:50
Lins, Renato ...........................ThP 128
Lins, Renato ...........................TP 134
Lins, Renato ...........................TP 138
Lins, Renato ...........................WP 359
Liota, Charles .........................TP 254
Lioznov, Anton .........................MP 471
Lioznov, Anton .........................MP 472
Lipman, Jack ...........................ThP 765
Lipp, Sarah ............................MP 751
Lippens, Jennifer .....................MP 671
Lippincott, Jacob .....................WP 395
Lippincott, Jacob .....................WP 404
Lipps, William .........................MP 161
Lipton, Mary ...........................MP 138
Lipton, Mary ...........................WP 467
Lischka, Hans ..........................ThP 070
List, Markus ...........................ThOE pm 02:50
Litaudon, Marc ........................WP 421
Lithgow, Gordon .......................ThP 104
Litterio, Gabriella ...................ThP 312
Litton, Ed .............................TP 773
Littrell, Jack .........................WP 068
Liu, Aihua .............................MP 191
Liu, Alex ..............................MP 125
Liu, Anita .............................TP 011
Liu, Chang ............................MP 464
Liu, Chang ............................MP 464
Liu, Chang ............................TOD am 10:10
Liu, Chang ............................WOD am 09:10
Liu, Chang ............................WP 236
Liu, Chang ............................WP 238
Liu, Chao .............................MP 426
Liu, Chao .............................WP 654
Liu, Charles ..........................WP 023
Liu, Charles C. .......................ThP 014
Liu, Charles C. .......................ThP 014
Liu, Charles C. .......................ThP 016
Liu, Charles C. .......................WP 023
Liu, Charles C. .......................WP 027
Liu, Charles C. .......................WP 028
Liu, Charles.C. .......................WP 023
Liu, Chenxi ...........................WP 676
Liu, Chongming .......................TP 317
Liu, Dengfeng .........................ThP 690
Liu, Dengfeng .........................TP 620
Liu, Diana ............................WP 059
Liu, Ding .............................ThP 347
Liu, Fang .............................MP 745
Liu, Fang .............................MP 746

Liu, Fang .............................ThP 743
Liu, Fanny ............................ThOF pm 04:10
Liu, Fanny ............................ThP 316
Liu, Fanny ............................TP 278
Liu, Fanny ............................WOF am 09:30
Liu, Gangyi ...........................WP 023
Liu, Gaoyuan ..........................WP 548
Liu, Guoqiang .........................MP 086
Liu, Guoqiang .........................MP 187
Liu, Guowen ...........................MOF pm 03:30
Liu, Guowen ...........................WP 090
Liu, Haichuan .........................TP 591
Liu, Haolin ...........................TP 338
Liu, Hao ..............................TP 064
Liu, Hengrui ..........................MP 514
Liu, Huihui ...........................ThP 352
Liu, Huwei ............................MP 064
Liu, Huwei ............................ThP 225
Liu, Huwei ............................TP 396
Liu, Huwei ............................WP 015
Liu, Jiahui ...........................WP 076
Liu, Jianhua ..........................MP 454
Liu, Jianjua ..........................MP 464
Liu, Jianua ...........................WP 236
Liu, Joyce ............................MP 552
Liu, Joyce ............................WOA am 09:50
Liu, Jun ..............................MP 068
Liu, Jun ..............................WOD pm 04:10
Liu, Junyan ...........................MP 321
Liu, Kaiyuan ..........................TOA am 10:10
Liu, Kate .............................TOD pm 02:30
Liu, Ken ..............................TP 565
Liu, Li ...............................TP 037
Liu, Lin ..............................MOF am 08:50
Liu, Lydia ............................MP 035
Liu, Lydia ............................GP 682
Liu, Meng-chu .........................MP 680
Liu, Min ..............................MP 549
Liu, Min ..............................WP 593
Liu, Min ..............................WP 605
Liu, Mingqi ...........................WP 654
Liu, Panhong ..........................MP 081
Liu, Pei ..............................TP 698
Liu, Pei ..............................WP 146
Liu, Ping .............................WP 504
Liu, Qian .............................ThP 663
Liu, Qiaoxia ..........................ThP 186
Liu, Qingqing .........................MP 123
Liu, Qixin ............................TP 020
Liu, Qixin ............................WP 046
Liu, Ranran ...........................TP 441
Liu, Renmeng ..........................WP 403
Liu, Roger (Xiaoran) ..................ThP 653
Liu, Roger (Xiaoran) ..................TOF am 09:10
Liu, Rui ..............................ThP 527
Liu, Sherry ...........................ThP 755
Liu, Siqi .............................WP 004
Liu, Siqi .............................MP 081
Liu, Siqi .............................MP 721
Liu, Siqi .............................ThP 100
Liu, Siqi .............................TP 624
Liu, Siqi .............................WP 201
Liu, Stanley ..........................MP 682
Liu, Suya .............................TP 618
Liu, Suya .............................WP 463
Liu, Tao ..............................ThOG am 08:50
Liu, Tao ..............................ThP 113
Liu, Tao ..............................ThP 701
Liu, Tao ..............................WOF am 10:10
Liu, Tao ..............................WP 097
Liu, Tian .............................MP 070
Liu, Ting .............................WP 514
Liu, Tong .............................ThP 176
Liu, Tong .............................TP 641
Liu, Tun ..............................TP 607
Liu, Wei ..............................ThP 011
Liu, Weijing ..........................MOD pm 03:50
Liu, Weijing ..........................ThOE am 09:30
Liu, Weijing ..........................TOB am 09:10

# INDEX OF AUTHORS



Liu, Wen ........................ ThOF pm 02:50
Liu, Wen ........................ ThP 659
Liu, Xiaowen .................... MP 373
Liu, Xiaowen .................... WP 769
Liu, Xiaowen .................... TP 665
Liu, Xiaowen .................... TP 730
Liu, Xiaowen .................... TP 733
Liu, Xiaowen .................... WP 037
Liu, Xiaowen .................... WP 381
Liu, Xinwei ..................... MOC am 08:30
Liu, Xinwei ..................... MP 343
Liu, Xinwei ..................... TP 445
Liu, Xinwei ..................... WP 455
Liu, Xinyu ...................... WP 101
Liu, Xuedong .................... TOD pm 04:10
Liu, Yang ....................... MP 262
Liu, Yang ....................... MP 271
Liu, Yang ....................... ThOB am 10:10
Liu, Yang ....................... ThOF pm 02:50
Liu, Yang ....................... ThP 370
Liu, Yang ....................... ThP 373
Liu, Yang ....................... ThP 659
Liu, Yang ....................... WP 694
Liu, Yan-Hui .................... WP 685
Liu, Yansheng ................... ThP 093
Liu, Yansheng ................... ThP 626
Liu, Yansheng ................... ThP 754
Liu, Yansheng ................... TOC pm 03:30
Liu, Yi ......................... MP 392
Liu, Yi ......................... TP 010
Liu, Yichin ..................... MOD pm 02:30
Liu, Yichin ..................... ThP 407
Liu, Yichin ..................... WP 041
Liu, Yiping ..................... TP 050
Liu, Yiyun ...................... MOC pm 03:10
Liu, Yiyun ...................... WP 263
Liu, Yong ....................... TP 015
Liu, Yong ....................... ThP 339
Liu, Yuan ....................... WP 651
Liu, Yue ........................ MP 270
Liu, Yue ........................ MP 271
Liu, Yue ........................ ThOB am 10:10
Liu, Zhao ....................... TP 227
Liu, Zhen ....................... TP 555
Liu, Zhiwei ..................... WOD pm 03:30
Liu, Zhongshan .................. TOE am 08:50
Livet, Sandrine ................. MOB pm 03:50
Livingstone, Julie .............. MP 682
Liw, Wan Tung ................... ThP 761
Liyanage, Tara .................. MP 306
Liyanage, Tara .................. TP 295
Llewellyn, Eliza ................ TOC am 08:30
Llewellyn, Neville .............. TP 200
Lloyd, Thomas ................... WP 762
Lloyd-Jones, Donald ............. MP 024
Lobas, Anna ..................... ThP 712
Lobinski, Ryszard ............... TP 478
Lobinski, Ryszard ............... TP 493
Lobodin, Vlad ................... TP 155
Lobue, Peter .................... ThP 592
Lobue, Peter .................... ThP 594
Lobue, Peter .................... ThP 597
Lobysheva, Irina ................ MP 701
Locard-Paulet, Marie ............ TP 324
Lock, Christopher ............... MP 193
Lock, Nicole .................... MOA am 08:30
Lock, Nicole .................... MP 467
Lockett, Matthew ................ TP 347
Lockwood, Thomas ................ TP 162
Lodder, Helen ................... WP 159
Lodder, Helen ................... WP 528
Lodder, Helen ................... WP 787
Lodge, Jean ..................... MP 261
Lodge, Jean ..................... ThOH pm 03:10
Lodge, Jean ..................... TOC pm 03:30
Loeffler, Frank ................. TP 541
Loew, Damarys ................... ThP 707
Loftin, Keith ................... MP 114
Lofton, Charles ................. WP 220

Loftus, Neil .................... MP 374
Loftus, Neil .................... ThP 345
Loftus, Neil .................... TP 100
Loftus, Neil .................... TP 195
Loftus, Neil .................... WP 298
Loftus, Neil .................... WP 397
Loftus, Neil J. ................. TP 557
Loftus, Neil J. ................. WP 602
Logan, Barry .................... MP 205
Logan, Barry .................... TP 243
Logan, Barry .................... TP 269
Logan, Jessica .................. ThP 228
Loginowski, Marina .............. TP 457
Logothetis, Christopher ......... ThP 448
Lohar, Anant .................... TP 595
Lohar, Anant .................... TP 746
Lohith, T.s. .................... TP 194
Loiola, Bruna ................... ThP 582
Loire, Estelle .................. MP 268
Loizeau, Xavier ................. MP 268
Loizeau, Xavier ................. TOF pm 03:50
Loland, Claus ................... TP 335
Lombardo, Louis ................. ThP 639
Lomenick, Brett ................. ThP 121
Lomenick, Brett ................. TP 424
Lommen, Arjen ................... TOE pm 03:10
Lomvardas, Stavros .............. ThP 744
Londry, Frank ................... MP 784
Long, William ................... ThP 352
Long, William ................... WP 220
Longo, Cameron .................. WP 021
Longua, Melissa ................. MOF pm 03:10
Longworth, Joseph ............... WP 701
Loo, Joe ........................ ThP 537
Loo, Joseph ..................... ThP 224
Loo, Joseph ..................... ThP 635
Loo, Joseph ..................... ThP 646
Loo, Joseph ..................... ThP 662
Loo, Joseph ..................... ThP 667
Loo, Joseph ..................... TOD pm 02:30
Loo, Joseph ..................... TOH am 08:50
Loo, Joseph ..................... TP 501
Loo, Joseph ..................... WP 728
Loo, Rachel ..................... ThP 662
Lood, Rolf ...................... WP 334
Looft, Tony ..................... ThP 481
Loos, Martin .................... TOE am 10:10
Lootsma, Wayne .................. ThP 334
Lootsma, Wayne .................. ThP 335
Lootsma, Wayne .................. WP 246
Lootsma, Wayne .................. WP 247
Lopes, Mariana .................. MP 163
Lopez, Nathan ................... MP 296
Lopez, Nathan ................... TP 731
López, Daniel ................... MP 368
López, Gerson ................... WP 591
López Alarcón, Camilo ........... WP 475
Lopez-Clavijo, Andrea ........... WP 486
Lopez Ferrer, Daniel ............ TP 533
Lopez-Ferrer, Daniel ............ TP 579
Lopez-Ferrer, Daniel ............ MP 734
Lopez-Ferrer, Daniel ............ MP 735
Lopez-Ferrer, Daniel ............ MP 736
Lopez-Ferrer, Daniel ............ ThP 748
Lopez-Ferrer, Daniel ............ TP 667
Lopez-Ferrer, Daniel ............ WOC am 09:10
Lopez-Ferrer, Daniel ............ WP 743
Lopez-Ferrer, Daniel ............ WP 744
Lopez-Ferrer, Daniel ............ WP 774
López-Hontangas, Jose ........... TP 654
Lord, Jill ...................... TOG am 09:30
Lordkipanidze, David ............ MOH pm 03:10
Lorenz, Matthias ................ MP 339
Lorenz, Matthias ................ MP 341
Lorenz, Matthias ................ MP 354
Lorenz, Matthias ................ ThP 047
Lorenz, Matthias ................ ThP 262
Lorenzi, Phil ................... WP 576
Lorenzi, Philip ................. MP 543

Lorenzo, Antonio ................ MP 774
Lorkiewicz, Pawel ............... MP 119
Lorkiewicz, Pawel ............... MP 572
Lorkiewicz, Pawel ............... ThP 327
Lostracco-Johnson, Sharon ....... ThP 452
Lou, Xiaomin .................... MP 721
Louarn, Essyllt ................. WOE am 08:50
Louie, Katherine ................ WP 556
Louis, John ..................... TOD pm 03:50
Louis, Renaud ................... TOB pm 03:50
Louis, Renaud ................... WOA pm 03:30
Loukotkova, Lucie ............... WP 749
Loureiro, Liliana ............... TP 646
Loutelier-Bourhis, Corinne ...... ThP 384
Lovell, Mark .................... MP 252
Lowe, Preston ................... MP 213
Lowell, Andrew .................. ThP 109
Lowndes, Molly .................. ThOC pm 03:50
Loyd, Bill ...................... MP 479
Loyd, Bill ...................... TP 749
Loyet, Kelly .................... ThP 407
Lozano, Ana ..................... MP 182
Lozoya, Maria ................... ThP 586
Lu, Dujuan ...................... TP 317
Lu, Gaoyuan ..................... WP 140
Lu, Grace ....................... ThP 164
Lu, Haojie ...................... ThP 212
Lu, I-Chung ..................... MP 453
Lu, Lei ......................... TP 215
Lu, Meiling ..................... MP 194
Lu, Meiling ..................... TP 206
Lu, Shulin ...................... ThP 556
Lu, Tian-Sheng .................. MP 011
Lu, Tian-Sheng .................. ThP 767
Lu, Tian-Sheng .................. TP 089
Lu, Wenyun ...................... WP 560
Lu, Xiaodong .................... MP 169
Lu, Xiaoning .................... ThP 344
Lu, Xiaoning .................... WP 521
Lu, Xin ......................... MP 561
Lu, Xin ......................... ThP 460
Lu, Xiufen ...................... MP 123
Lu, Yang ........................ ThP 266
Lu, Yonghai ..................... TP 486
Lu, Yonghai ..................... TP 658
Lu, Youli ....................... WP 023
Lu, Yue ......................... WP 019
Lu, Yue ......................... MP 649
Lubeck, Markus .................. MP 396
Lubeck, Markus .................. ThP 089
Lubeck, Markus .................. TOA pm 02:30
Lubeck, Markus .................. TP 678
Lubeck, Markus .................. WOH pm 02:30
Lubeckyj, Rachele ............... MP 769
Lubeckyj, Rachele ............... WP 381
Lubman, David ................... MP 586
Lubman, David ................... TP 048
Lubman, David ................... TP 049
Lubman, David ................... TP 065
Lubman, David ................... WP 340
Lubman, David ................... WP 736
Lubman, David M. ................ MP 008
Lubner, Carolyn ................. WP 152
Lucke, Kyle ..................... WP 393
Lucumi Moreno, Edinson .......... WP 574
Lucy, Charles ................... MOA am 09:10
Ludolph, Benjamin ............... TP 262
Ludwig, Katelyn ................. MP 587
Ludwig, Marcus .................. WP 408
Ludwigsen, Susan ................ ThP 538
Ludwigsen, Susan ................ MP 395
Luehr, Teesha ................... MP 594
Luehrmann, Reinhard ............. TP 634
Luginbuehl, Marc Joel ........... WP 542
Luider, Theo .................... MP 361
Luke, Peter ..................... WP 360
Lukowski, Jessica ............... WP 143
Lun, Jun ........................ WP 056
Luna, Marsha .................... MP 001

Program code: M,T,W,Th = Day       O = Oral, P = Poster       Time or poster number

# INDEX OF AUTHORS

Luna, Marsha ............................ThP 754
Lund, Peder ................................MP 174
Lundberg, Kathleen C ...............MP 724
Lunjani, Nonkhlanla...................ThP 743
Luo, Jianning .............................ThP 189
Luo, Jun .....................................TP 074
Luo, Lina ....................................WP 098
Luo, Linlin ..................................WP 249
Luo, Xian ...................................ThP 453
Luo, Yiqi .......................ThOF am 08:50
Luong, Jennifer .........................WP 703
Lupo, Sharon .............................WP 521
Lupu, Loredana ..........................TP 040
Luquez, Carolina ........................WP 352
Luthra, Priya ..............................TP 341
Lutisan, Juraj .............................MP 378
Lutišanová, Žofia .......................MP 378
Lutke, Keith ....................TOG am 09:50
Lutomski, Corinne ............ThOE am 09:10
Lüttig, Vincent ............................TP 535
Lutz, Jean-François .......... WOH am 09:30
Lux, Jacob ..................................WP 727
Lv, Wangjie ................................ThP 460
Lv, Yang ......................................TP 060
Lv, Yueguang .............................ThP 036
Ly, Alice ......................................MP 348
Ly, Alice ......................................TP 375
Ly, Alice ......................................TP 392
Ly, Alice ......................................TP 409
Ly, Alice ......................................WP 366
Ly, Alice ......................................WP 373
Ly, Diane .....................................WP 782
Ly, Melisa ........................TOG am 09:30
Lydic, Ralph ...............................ThP 533
Lyktey, Nicholas ...............ThOD am 10:10
Lyktey, Nicholas ........................WP 050
Lyktey, Nicholas ........................WP 332
Lynam, Ken ................................WP 327
Lynch, Iseult .............................ThP 546
Lynch, Kara ......................ThOF am 08:50
Lynch, Kara ................................WP 007
Lynd, Lee ...................................TP 764
Lyness, Eric ...............................TP 442
Lynn, Bert ..................................MP 106
Lynn, Bert ..................................MP 111
Lynn, Bert ..................................WP 252
Lyon, Reed .................................MP 653
Lyon, Yana .................................WP 644
Lyons, Gaelyn ...................TOD pm 03:50
Lyssiotis, Costas ......................WP 420
Lyssiotis, Costas ......................WP 568
Lytle, Cory .................................ThP 201
Lyu, Qiang ......................ThOB pm 03:50
Lyu, Qiang .................................WP 572
Ma, Bin .......................................MP 371
Ma, Bin .......................................MP 399
ma, Bin .......................................MP 406
Ma, Bin .......................................MP 432
Ma, Bin .......................................TP 020
Ma, Bin .......................................WP 046
Ma, Bin .......................................WP 508
Ma, Chao ....................................MP 755
Ma, Cheng ..................................ThP 082
Ma, Cheng ..................................WP 112
Ma, Cheng ..................................WP 347
Ma, Chengying ...........................ThP 192
Ma, Chunqi .................................TP 565
Ma, Chunyu ................................ThP 766
Ma, Eric ......................................TP 584
Ma, Eric ......................................WP 110
Ma, Fengfei ................................MP 767
Ma, Hongyu ................................WP 103
Ma, Junfeng ...............................ThP 691
Ma, Lei...........................ThOA pm 03:50
Ma, Li-Jung ................................MP 072
Ma, Mi-Chia ................................ThP 138
Ma, Min .......................................MP 699
Ma, Min .......................................ThP 740

Ma, Min ...... .............................ThP 745
Ma, Min ......................................TP 050
Ma, Min ......................................TP 705
Ma, Mingming ............................TP 209
Ma, Qiang ...................................TP 036
Ma, Qiang ........................ TOE pm 03:50
Ma, Renza .......................TOF am 08:30
Ma, Wen .....................................MP 064
Ma, Wen .....................................ThP 225
Ma, Wen .....................................WP 015
Ma, Xiaoxiao ...................MOG am 08:30
Ma, Xiaoxiao ..............................MP 343
Ma, Xiaoxiao ..............................ThP 380
Ma, Xiaoxiao ..............................ThP 383
Ma, Xiaoxiao ..............................TP 357
Ma, Xiaoxiao ..............................TP 481
Ma, Xu ........................................TP 404
Ma, Xu ........................................TP 414
Ma, Xu ........................................WP 362
Ma, Yu-Fang ...............................ThP 205
Ma, Yu-Fang ...............................ThP 595
Maass, Peter ..............................MP 337
Maass, Peter ..............................MP 340
Mabrouk, Omar ..........................WP 077
Macaulay, Matthew ....................WP 716
Macchi, Frank ..................TOG am 09:10
Macchi, Frank .............................TP 603
MacCoss, Michael .....................MP 430
MacCoss, Michael .....................MP 431
MacCoss, Michael .....................MP 441
MacCoss, Michael ...........ThOA pm 03:50
MacCoss, Michael .....................ThP 647
MacCoss, Michael ...........TOA pm 03:30
MacCoss, Michael .....................TP 711
MacCoss, Michael ...........WOH pm 03:50
MacCoss, Micheal .....................WP 118
MacCoss, Micheal .....................MP 387
MacCoss, Micheal .....................ThP 265
MacCoss, Micheal .....................ThP 706
MacCoss, Micheal .....................WP 408
MacDonald, Matthew ......., MOB am 09:30
MacDonald, Matthew L ...............ThP 756
Macedo, Antonio ........................WP 608
Mach, Phillip ..............................MP 488
Mach, Phillip ..............................MP 692
Mach, Phillip ..............................ThP 535
Mach, Phillip ..............................WP 584
Macherone, Anthony ..................MP 118
Macherone, Anthony ..................MP 167
Macherone, Anthony ..................WP 173
Machutta, Carl .................ThOD am 08:30
Macia, Miriam .............................ThP 442
Macias, Luis ...............................ThP 390
Mack, Anne .................................ThP 352
Mack, Anne .................................MP 220
Mack, David ................................ThP 524
Mack, Scott ................................ThP 559
Mack, Scott ................................ThP 564
MacKay, Allison ..........................TP 167
Mackay, C. ..................................TP 475
Mackie, Meaghan .......................TP 025
Mackintosh, Samuel...................ThP 741
MacLean, Brendan .....................MP 387
MacLean, Brendan .....................MP 430
MacLean, Brendan .....................MP 431
MacLean, Brendan .....................MP 441
MacLean, Brendan .....................ThP 265
MacLean, Brendan .....................WP 408
Maclin, Andrew ...........................MP 682
Macur, Katarzyna .......................MP 759
Madaj, Zachary ..........................ThP 116
Madary, Michael .........................WP 482
Maddox, Samuel.........................ThP 290
Madeira, Nuno ............................WP 608
Madera, Mary .............................MP 624
Madhappan, Chandrasekar ........MP 176
Madhappan, Chandrasekar ........ThP 143
Madia, Priyanka .........................TP 608
Madsen, Jeppe ...........................ThP 092

Maeda, Junko .............................MP 615
Maeda, Kousuke .........................ThP 322
Maekawa, Rena ..........................ThP 600
Maes, Evelyne ............................TP 197
Maes, Evelyne ............................ThP 715
Maeser, Stefan ...........................TP 104
Maeshima, Nozomi .....................TP 216
Maeshima, Nozomi .....................TP 240
Magagnotti, Cinzia .....................ThP 125
Magalhaes, Joan ........................TP 473
Magarelli, Kelli ............................ThP 743
Magne, Lionel ...................WOE am 08:50
Mahaffy, Paul ...................MOG am 10:10
Mahaffy, Paul .............................TP 442
Mahajan, Nupam ........................TP 091
Mahale, Alka ...............................MP 683
Mahan, Andrew ..........................MP 647
Mahan, Andrew ..........................ThP 638
Mahan, Andrew ..........................TP 013
Mahan, Andrew ..........................TP 637
Mahapatra, Debabrata ...............TP 394
Mahar, Rohit ..............................ThP 397
Mahat, Raj..................................ThP 773
Mahatdejkul-Meadows, Tina.......ThP 455
Maher, Simon .............................WP 026
Mahmoud, Zlad ..........................MP 637
Mahmud, Iqbal ...........................WP 081
Mahmudul, Hasan ......................TP 355
Mahon, David .............................TP 022
Mahood, Elizabeth .....................WP 429
Mahran, Ehab ............................ThP 575
Maia, Teresa ..............................ThP 707
Maier, Claudia ............................ThP 323
Maier, Claudia ............................ThP 571
Maier, Claudia ............................ThP 730
Maier, Claudia ............................ThP 309
Mailänder, Volker .......................ThP 547
Maillard, Julien ...........................MP 475
Maillard, Julien ...........................ThP 287
Maimó-Barceló, Albert................MP 368
Main, Brian .................................TP 129
Mairinger, Teresa..............TOE am 10:10
Maiti, Tushar ...............................MP 704
Maitra, Arindam ..........................MP 704
Maitre, Philippe ..................WOF pm 03:10
Maître, Philippe ..........................MP 266
Maitre, Philippe ..........................TP 275
Maître, Phillip .............................ThP 283
Maity, Sudipa .............................ThP 648
Maity, Tapan ...............................MP 705
Majewski, Szymon .............TOA am 09:50
Majumder, Erica ................MOA pm 02:50
Majumder, Swetaketu .................MP 401
Majuta, Sandra ..................WOB pm 03:50
Mak, Tytus ..................................ThP 104
Mak, Tytus ........................WOA pm 03:50
Mak, Tytus ..................................WP 416
Makaju, Aman .............................MP 589
Makaju, Aman .............................ThP 631
Makarov, Alexander ....................MP 328
Makarov, Alexander ....................ThP 088
Makarov, Alexander ....................ThP 099
Makarov, Alexander ...........TOA pm 03:10
Makarov, Alexander ....................TP 461
Makarov, Alexander ....................TP 707
Makarov, Alexander ...........WOH am 10:10
Makarov, Alexander ...........WOH pm 04:10
Makarov, Vasily ..........................MP 312
Makepeace, Karl ........................WP 711
Maker, Garth ..............................MP 595
Maki, Sean ..................................TP 068
Makris, Georgios ........................ThP 040
Makris, Thomas ..........................MP 131
Makriyannis, Alexandros .............TP 322
Maksymowych, Walter ................TP 566
Malakar, Dipankar ......................MP 548
Malakar, Dipankar ......................MP 667
Malakar, Dipankar ......................MP 704
Malakar, Dipankar ......................ThP 092

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number





















































Malakar, Dipankar .................................. ThP 280
Malakar, Dipankar ..................................... TP 538
Malakar, Dipankar ................................... WP 052
Malakar, Dipankar ................................... MP 095
Malakar, Dipankar ................................... MP 268
Malakar, Stacy ......................... MOB am 08:30
Malakar, Stacy ......................................... WP 344
Maldini, Mariateresa ............................... WP 419
Malek, Shiva ............................... ThOC pm 02:30
Maleknia, Simin ..................................... ThP 374
Maleknia, Simin .................................... WP 540
Maleknia, Simin D. ................................ MP 447
Maleknia, Simin D. ................................ WP 138
Malespin, Charles .................................... TP 483
Malhan, Neha .............................. MOD pm 03:50
Malherbe, Cédric .................................... TP 389
Malhotra, Sanjay ..................................... TP 695
Malinao, Maria-Christina ........................ MP 656
Maljers, Louis ........................................ TP 552
Malkoch, Michael .................................. ThP 306
Mall, Isaac ............................................. WP 206
Mallah, Khalil ......................................... MP 365
Mallampalli, Rama .................................. MP 536
Mallard, Gary ......................................... WP 307
Mallard, W. ............................................ MP 559
Mallis, Christopher .................................. TP 517
Mallis, Larry M. ..................................... ThP 769
Mallon, Craig ......................................... WP 550
Malloy, Matt ........................................... TP 763
Malloy IV, Thomas ................................ MP 122
Maloley, Kaitlyn ..................................... WP 607
Malovannaya, Anna ................................ MP 404
Malovannaya, Anna ................................ MP 420
Malovannaya, Anna ................................ ThP 732
Malovannaya, Anna ................................ TP 700
Malovannaya, Anna ................................ MP 700
Maly, Dustin .......................................... MP 700
Mamaev, Sergey .................................... ThP 410
Mamba, Bhekie ...................................... TP 177
Mamba, Bhekie ...................................... TP 693
Mammadli, Kamran ............................... TP 530
Mammadli, Kamran ............................... TP 548
Maputha, Sipho ..................................... MP 602
Mamun, Md. ......................................... ThP 226
Man, Jun ................................................ TP 307
Man, Timothy ....................................... ThP 087
Man, Timothy ........................................ WP 394
Manadas, Bruno ..................................... TP 646
Manadas, Bruno ..................................... WP 608
Managh, Amy ........................................ ThP 160
Manalili-Wheeler, Sheri ........................ TP 722
Manandhar, Abhilasha ........................... ThP 660
Mancera, Daniel .................................... ThP 707
Manchen, Pete ...................................... ThP 586
Manda, Vamshi ..................................... WP 678
Mandal, Komal ...................................... ThP 739
Mandala, Anusha .................................. ThP 792
Mandley, Everton ................................... WP 090
Maner-Smith, Kristal .............................. WP 551
Manes, Nathan ....................................... MP 579
Manes, Nathan ...................................... TP 770
Maneta-Stavrakaki, Stefania ..... MOE pm 04:10
Maneta-Stavrakaki, Stefania ..... TOF pm 03:50
Manfredi, Marcello ................................ MP 706
Manfredi, Marcello ................................ TP 030
Mani, Chander ....................................... TP 194
Manicke, Nicholas ...................... MOB pm 02:50
Manicke, Nicholas ................................. MP 446
Manicke, Nicholas ......... ThOF am 09:30
Manicke, Nicholas ............................... ThP 535
Manicke, Nicholas ................................ WP 013
Manicke, Nicholas ................................ WP 018
Manjunatha, Ujjini ................................ TP 367
Manloy, Tara ......................................... TP 262
Mann, Matthias ..................................... ThP 099
Mann, Matthias ........................... TOA pm 02:30
Mann, Matthias ........................... TOA pm 03:10
Mann, Matthias ..................................... TP 099
Mann, Matthias ..................................... TP 678
Mann, Matthias ........................... WOH am 02:30

Mann, Matthias ..................................... WP 562
Mann, Yadwinder Singh ........................ MP 243
Manni, Jeffrey ....................................... MP 357
Manoli, Eftychios ............... WOE am 02:50
Manon, Itsequa ...................................... TP 410
Manousopoulou, Antigoni ..................... ThP 121
Mansbach, Jonathan .............................. TP 126
Mansbach, Robert .................................. WP 749
Mansour, Sergui .................................... MP 637
Mansouri, Kamel ............. TOE am 09:30
Mante, Ofei ........................................... MP 108
Manthorpe, Jeff ............... MOG pm 02:30
Manthorpe, Jeffrey ............................... ThP 399
Manuilov, Anastasiya ........ TOG am 09:50
Mao, Haibin ........................................... WP 148
Mao, Pan ............................................... MP 677
Mao, Pan ............................................... TP 485
Maout, Etienne ...................................... MP 530
Mapelli, Claudio ................................... ThP 321
Marakova, Katarina ............................... ThP 664
Maranda, Bruno ..................................... WP 698
Marc, Lidoshka ..................................... ThP 670
Marc, Lidoshka ..................................... WP 725
Marceau, Hubert ............... MOA am 10:10
Marceau, Sabrina ............. MOS pm 03:30
Marceau, Sabrina ............. TOH am 03:30
Marchand, Adrien .................................. ThP 591
Marchetti-deschmann, Martina .WOF am 04:10
Marchione, Dylan .................................. MP 168
Marcinko, Tyler ..................................... ThP 649
Marcotte, Aurelie ................................... TP 170
Marcoux, Judith .................................... TP 647
Marcoux, Judith .................................... TP 324
Marcus, R. Kenneth ............................... TP 478
Marcus, R. Kenneth ............................... TP 479
Marcus, R. Kenneth ............................... TP 493
Marengo, Emilio .................................... MP 706
Marengo, Emilio .................................... TP 030
Marfil-Vega, Ruth .................................. MP 134
Mari, Frank ............................................ MP 593
Marie, Anne-Lise ................................... ThP 556
Marin, Cassandra ................................... ThP 259
Marin, Stephanie ................................... WP 529
Marin, Stephanie ................................... WP 784
Marino, Gennaro ............. MOH pm 02:50
Martelli, Michele ................................... WP 675
Maris, John ..................... TOD pm 03:30
Marjon, Katya ........................................ WP 090
Mark, Laszlo .......................................... TP 393
Märk, Lukas ........................................... TP 486
Märk, Lukas ........................................... WP 461
Markert, Clara ........................................ TP 290
Markey, Sanford .................................... WP 307
Markey, Sanford .................................... WP 424
Marko, Doris ......................................... MP 325
Marko, Doris ........................................ ThP 160
Marko, Doris ..................... TOE pm 02:30
Marko, Doris .......................................... TP 535
Markoutsa, Stavroula ........................... ThP 685
Markowitz, Sanford .............................. ThP 632
Marks, Jeffrey ....................................... WP 087
Marotta, Lee ......................................... WP 163
Marques, Fabiana .................................. MP 508
Marques, Fabiana ................................. ThP 441
Marquet, Pierre ..................................... TP 100
Marrazzo, Ashton .................................. TP 748
Marsala, Teresa ..................................... WP 552
Marsching, Christian .............................. WP 373
Marsden-Edwards, Emma ...................... TP 509
Marsh, Brett ........................................... MP 273
Marsh, Brett ..................... WOG am 04:10
Marsh, Ellen .......................................... MP 619
Marsh, Justin ......................................... WP 632
Marshall, Alan ....................................... MP 108
Marshall, Alan ....................................... MP 154
Marshall, Alan ................. TOG am 03:50
Marshall, Alan ....................................... TP 143
Marshall, Allen ...................................... TP 721
Marshall, Darrell ........... MOG pm 03:50

Marshall, Darrell .................................. ThP 530
Marshall, David .................................... MP 244
Marshall, Stacy ..................................... TP 697
Marshall, MS, Lucas ............................ MP 327
Marsico, Alyssa .................................... MP 207
Martel, Bernard ..................................... TP 377
Martens, Jonathan ................................ MP 218
Martens, Jonathan ................................ MP 241
Martens, Jonathan ................................ MP 242
Martens, Jonathan ................................ MP 246
Martens, Jonathan ................................ MP 268
Martens, Jonathan ................................ MP 272
Martens, Jonathan ................................ MP 274
Martens, Jonathan ................................ TP 276
Martens, Jonathan ................................ TP 280
Martens, Lennart ................................... MP 386
Martens, Lennart ................................. ThP 499
Martens, Lennart ................................. ThP 616
Martens, Lennart ................................. ThP 689
Martens, Patrick ............. MOC pm 02:30
Marti-Arbona, Ricardo ........................ ThP 477
Marti-Laborda, Rosa ............................. TP 229
Martin, Brent ........................................ ThP 109
Martin, Brent ........................................ WP 664
Martin, Brent ........................................ WP 665
Martin, Daniel ....................................... TP 684
Martin, Jean-François ........................... WP 770
Martin, Leanne ...................................... TP 291
Martin, Le Roy ..................................... WP 719
Martin, R. ............................................. ThP 431
Martin, Richard ............. MOA pm 02:50
Martin, Sarah ........................................ MP 520
Martin, Silvia ........................................ WP 645
Martineau, Tristan ................................ WP 698
Martinelli, Filippo ................................ MP 217
Martinez, Dan ................. TOD pm 03:30
Martinez, Jose .................................... ThP 437
Martinez, Xiolmara .............................. TP 181
Martinez, Leandro ................................ MP 033
Martinez Martin, Nadia ....................... ThP 372
Martinez Varela, A ......... WOE am 09:10
Martinez-Monta, Yessica ...................... WP 593
Martins, Claudia ................................... MP 190
Martins, Claudia P.B. ............................ MP 145
Martins, Claudia P.B. ............................ MP 492
Martins, Claudia P.B. ............................ TP 090
Martins, Claudia P.B. ............................ TP 527
Martins, Claudia P.B. ............................ TP 647
Martins, Ian .................... MOE am 10:10
Martins, Ralph ................. MOE am 10:10
Martin-Saiz, Lucia ................................ ThP 229
Martín-Saiz, Lucia ................................ WP 071
Martín-Saiz, Lucia ................................ MP 368
Martín-Saiz, Lucía ................................ MP 347
Marton, Andras ................................... ThP 037
Marton, Andras ................................... ThP 031
Marty, Michael .............. TOC am 08:50
Marupaka, Ramesh ......... WOA am 09:30
Marupaka, Ramesh ............................... WP 424
Maruyama, Katsuya ............................ ThP 409
Marx, Andreas ...................................... MP 165
Marx, Kristina ...................................... TP 220
Marx, Kristina ................. WOF am 09:50
Marzluff, Elaine .............. TOC am 08:50
Marzullo, Bryan ................................. ThP 094
Marzullo, Bryan .............. WOH am 08:50
Maschberger, Melanie ......................... WP 790
Maser, Tara .......................................... ThP 056
Mashima, Ryuichi ................................ MP 066
Maskell, Simon .................................... MP 422
Mason, Katelyn .................................... MP 204
Mason, Katelyn .............. WOC pm 02:50
Mason, Robert .................................... ThP 730
Massawe, Reda ................................... ThP 290
Masselon, Christophe ....... ThOG pm 04:10
Masselon, Christophe ......................... ThP 041
Massoni, Sam ....................................... WP 111
Massonnet, Philippe ............................ WP 479
Mast, David .......................................... MP 597

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number


Mast, David ............................ WOC am 09:50
Mastali, Mitra ........................ ThOF am 10:10
Masters, Colin ........................ MOE am 10:10
Masucci, John ........................ ThP 483
Masuda, Junichi ...................... TP 216
Masuda, Junichi ...................... TP 255
Masuda, Keiko ........................ MP 723
Masuda, Takeshi ...................... WP 233
Masumoto, Hidetoshi ................. ThP 238
Matassa, Luca ........................ ThP 753
Mateyka, Julia ....................... WP 682
Mathai, George ....................... WP 142
Mathai, George ....................... WP 712
Mathay, Martin ...................... ThOD am 08:50
Mathe, Ewy ........................... MP 556
Mathe, Ewy ........................... ThOA am 09:50
Mathe, Ewy ........................... WP 615
Mathews, Clayton .................... ThOG am 08:50
Mathews, W. Rodney ................. MOH am 08:50
Mathialagan, Nagappan ............... MP 017
Mathias, Neil ........................ TOH am 10:10
Mathieson, Toby ...................... ThOE pm 02:50
Mathur, Raman ........................ MP 484
Mathur, Raman ........................ WP 452
Matney, Rowan ........................ MP 745
Matney, Rowan ........................ MP 746
Matney, Rowan ........................ ThP 743
Maton, Mickael ....................... TP 377
Matondo, Mariette .................... MP 775
Matondo, Mariette .................... ThP 707
Matondo, Mariette .................... WP 649
Mats, Lili ........................... WP 267
Matsubara, Kazuo ..................... WP 043
Matsubara, Toshiya ................... MP 583
Matsubara, Toshiya ................... ThP 493
Matsubara, Toshiya ................... TP 236
Matsubara, Toshiya ................... TP 239
Matsuda, Fumio ....................... ThP 322
Matsuda, Fumio ....................... MP 389
Matsumoto, Keiko ..................... ThP 560
Matsumoto, Masaki .................... WP 446
Matsumoto, Takuya .................... ThP 039
Matsuo, Kana ......................... TP 026
Matsuoka, Hideo ...................... WP 785
Mattar, Hadeer ....................... WP 374
Matthiadis, Anna ..................... MP 621
Mattice, Jenna ....................... TP 334
Mattison, Sara ....................... MP 449
Matuszak, Kenneth .................... MP 085
Matyja, Tiffany ...................... ThP 055
Maune, Matthew ....................... WP 728
Maus, Anthony ........................ TP 122
Maust, Matthew ....................... TP 617
Mawhinney, Thomas .................... WP 273
Maxon, Laura ......................... WP 230
Maxon, Laura ......................... WP 251
Maxwell, George ...................... MOH am 09:50
Maxwell, George ...................... MP 752
Maxwell, George ...................... TOF pm 04:10
Maxwell, Sean ........................ MP 397
Maxwell, Zoe ......................... WOA am 08:30
May, Amanda .......................... TP 541
May, Jody ............................ MOE am 09:50
May, Jody ............................ MOE pm 03:30
May, Jody ............................ MOF am 10:10
May, Jody ............................ ThOA am 08:50
May, Jody ............................ ThP 307
May, Jody ............................ ThP 309
May, Jody ............................ ThP 393
May, Jody ............................ WP 484
May, Robin ........................... ThP 518
May, Robin ........................... ThP 525
Mayer, Brian ......................... WP 357
Mayer, Gerhard ....................... MP 438
Mayer, James ......................... WP 473
Mayer, Klaus ......................... ThOE pm 02:50
Mayes, Howard ........................ MP 289
Mayne, Janice ........................ ThP 524
Mayordomo, Marcos .................... MP 707

Mayorov, Alexey ...................... MP 310
Mayorov, Alexey ...................... WP 307
Mayorov, Alexey ...................... WP 422
Mayr, Ernest ......................... TP 312
Mayrand-Provencher, Laurence ........ ThP 759
Maze, Joshua ......................... TP 461
Maze, Joshua ......................... WOH am 10:10
Mazur, Dmitrii ....................... TOE am 09:10
Mazur, Dmitrii ....................... TP 155
Mazur, Dmitrii ....................... TP 301
Mazur, Matthew ....................... WOD pm 03:10
Mazzarino, Monica .................... MP 217
Mazzucchelli, Gabriel ................ MP 701
Mazzucchelli, Gabriel ................ ThP 735
Mbah, Gilbert ........................ TP 005
McAlister, Graeme .................... MP 328
McAlister, Graeme .................... MP 716
McAlister, Graeme .................... MP 734
McAlister, Graeme .................... TOC am 10:10
McAlister, Graeme .................... TP 001
McAlister, Graeme .................... TP 018
McAlister, Graeme .................... TP 572
McAlister, Graeme .................... TP 573
McAlister, Graeme .................... TP 579
McAlister, Graeme .................... WOG am 09:30
McAlister, Graeme .................... WP 070
McAlister, Graeme .................... WP 452
McAlister, Graeme .................... WP 700
McAllister, Fiona .................... ThP 358
McBride, Ethan ....................... MP 488
McBride, Ethan ....................... ThP 535
McBride, Ethan ....................... WP 584
McBride, William ..................... TOD pm 02:30
McCabe, Jacob ........................ ThP 289
McCabe, Jacob ........................ ThP 645
McCabe, Maxwell ...................... MP 740
McCall, Aria ......................... TP 252
McCall, Laura-Isobel ................. MP 452
McCann, Andréa ....................... WP 479
McCann, Kevin ........................ ThP 149
McCann, Kevin ........................ WP 158
McCardle, James ...................... MP 666
McCarl, Kevin ........................ WP 049
McCarter, John ....................... MP 429
McCarter, John ....................... MP 659
McCarter, John ....................... MP 670
McCarter, John ....................... TP 015
McCarter, John ....................... TP 589
McCarthy, Sean ....................... MP 654
McCarthy, Sean ....................... MP 660
McCarthy, Sean ....................... MP 665
McCarthy, Sean ....................... ThP 552
McCarthy, Sean ....................... TOC am 09:30
McCarthy, Sean ....................... TP 607
McCarthy, Sean ....................... TP 645
McCarthy, Sean ....................... WP 513
McCaskill, David ..................... ThP 555
McCaskill, David ..................... TP 754
McCaskill, David ..................... WP 482
McCaw, Patricia ...................... MP 027
McClain, Craig ....................... MP 572
McClintock, Carlee ................... ThP 533
McClurg, Noah ........................ MP 224
McColm, Richard ...................... MP 210
McConnell, Evan ...................... TP 628
McCool, Eli .......................... TOC pm 03:30
McCromley, Molly ..................... MP 747
McColl, William ...................... WP 243
McCoy, Atticus ....................... TP 708
McCue, Lee ........................... TP 437
McCue, Lee ........................... WP 407
McCullagh, Michael ................... ThP 276
McCullagh, Michael ................... WP 020
McCullagh, Mike ...................... ThP 499
McCullagh, Mike ...................... TP 509
McCullagh, Mike ...................... TP 515
McCullagh, Mike ...................... TP 516
McCutcheon, Meg ...................... MP 283
McDaniel, Trevor ..................... MP 224

McDonald, Ian ........................ TP 574
McDonald, Jeffery .................... MP 520
McDonald, Jeffery .................... WP 520
McDonald, Jeffery .................... MP 525
McDonald, Thomas ..................... TP 288
McDonald, Thomas ..................... WP 474
McDonald, Zac ........................ TP 020
McDonald, Zac ........................ WP 046
McDonough, William ................... ThP 171
McDougall, Danielle .................. ThP 046
McDougall, Stuart .................... WP 696
McEachran, Andrew .................... TOE am 09:30
McElroy, Joseph ...................... ThOA am 09:50
McEwen, Charles ...................... MOG pm 03:50
McEwen, Charles ...................... ThP 530
McFadden, Jeremy ..................... TP 209
McFadden, Jeremy ..................... WP 526
McFadden, Joseph ..................... MP 516
McFarland, Melinda ................... MP 410
McFarland, Melinda ................... WP 269
McGann, Chris ........................ MP 589
McGann, Chris ........................ TP 601
McGee, John .......................... MOH am 09:30
McGee, John .......................... TP 001
McGee, Kirstin ....................... WP 584
McGhee, James ........................ TP 671
McGowan, Josephine ................... ThP 434
McGowan, Thomas ...................... MOA pm 04:10
McGowan, Thomas ...................... ThOA pm 03:30
McGowan, Thomas ...................... TP 435
Mcgrath, Deborah ..................... MP 141
McGregor, Laura ...................... TP 309
McGregor, Laura ...................... WP 065
McGuire, Jeffrey ..................... MP 160
McIlvin, Matthew ..................... MP 421
McIlvin, Matthew ..................... TP 191
McIlvin, Matthew ..................... TP 766
McIlvin, Matthew ..................... TP 767
McIlwain, Sean ....................... MP 785
McIlwain, Sean ....................... TP 730
McInerney, Michael ................... WP 728
McIntosh, Alex ....................... MP 652
McIntosh, Julie ...................... TP 347
McIntyre, Lauren ..................... MP 566
McIntyre, Will ....................... TOH am 09:10
McIntyre, Will ....................... TP 127
McIntyre, Will ....................... WOA am 08:50
McIsaac, R. .......................... ThP 455
McKay, Matthew ....................... MP 608
McKenna, Amy ......................... ThOH am 08:30
McKenna, Amy ......................... TOE am 09:50
McKenna, Amy ......................... TP 143
McKenna, Amy ......................... TP 148
McKenna, Amy Mckenna ................. TP 142
McKenna, Kristin ..................... ThP 274
McKenna, Kristin ..................... WP 493
McKenzie, Diana ...................... MP 129
McKenzie, James ...................... ThP 256
McKenzie, James ...................... TOF pm 03:50
McKenzie, James ...................... TP 350
McKenzie, James ...................... WP 375
Mckeown, Alan ........................ TP 105
McKeown, N. .......................... TP 475
McKerchar, Hannah .................... ThP 197
McKerlie, Colin ...................... TP 758
McKerlie, Colin ...................... TP 775
McKetney, Justin ..................... WP 105
McLaren, David ....................... ThP 321
McLaren, David ....................... WOD am 08:50
McLaughlin, Nolan .................... TP 406
McLaughlin, Theresa .................. MP 677
McLean, John ......................... MOE am 09:50
McLean, John ......................... MOE pm 03:30
McLean, John ......................... MOF am 10:10
McLean, John ......................... ThOA am 08:50
McLean, John ......................... ThP 309
McLean, John ......................... ThP 393
McLean, John ......................... ThP 446
McLean, John ......................... ThP 580

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number



# INDEX OF AUTHORS



McLean, John .................................. WP 484
McLean, John A. ............................. ThP 307
McLendon, Michael ........................ MP 193
McLuckey, Scott .............................. MP 259
McLuckey, Scott .............................. MP 260
McLuckey, Scott .............................. MP 275
McLuckey, Scott .............................. MP 487
McLuckey, Scott .............................. MP 771
McLuckey, Scott .............................. MP 784
McLuckey, Scott ...................... ThOB am 09:10
McLuckey, Scott ...................... ThOG pm 03:30
McLuckey, Scott ...................... WOG am 08:50
McMahon, Adam ............................. WP 227
McMahon, Meghann ........................ MP 208
McMahon, William ........................... WP 498
Mcmillen, Chelsea .......................... MP 238
McMillen, Josiah .............................. MP 352
McMillen, Josiah .............................. MP 353
McMillin, Gwendolyn ...................... WP 774
McNeill, Ashley ............................... MP 288
McNicholl, Feargal .................. MOH am 09:30
McPhaul, Michael .......................... WP 223
McQuald, Joseph ............................ TP 126
McSheehy Ducos, Shona ................ ThP 170
McWilliams, Lisa ............................. MP 537
Mead, David .................................... ThP 572
Mead, Martin ................................... TP 773
Meads, Mark .................................... ThP 723
Meads, Mark .................................... WP 605
Measham, Fiona .................... WOC pm 03:50
Mechle, Stewart ............................. TP 063
Mechref, Yehia ............................... ThP 070
Mechref, Yehia ............................... ThP 071
Mechref, Yehia ............................... ThP 078
Mechref, Yehia ............................... ThP 079
Mechref, Yehia ............................... TP 222
Mechref, Yehia ............................... TP 223
Mechref, Yehia ............................... ThP 654
Mechref, Yehia ............................... WP 073
Mechref, Yehia ............................... WP 075
Mechref, Yehia ............................... WP 197
Mechref, Yehia ............................... WP 205
Mechref, Yehia ............................... WP 340
Mechref, Yehia ............................... WP 345
Mechref, Yehia ............................... WP 580
Mechref, Yehia ............................... WP 741
Mechtler, Karl ................................. ThP 707
Mechtler, Karl ................................. ThP 729
Mechtler, Karl ...................... TOG pm 03:10
Mechtler, Karl ................................. WP 133
Medana, Claudio ............................. WP 687
Medard, Guillaume .......................... WP 241
Medeiros, Talita ............................. ThP 582
Medico, Roselina .................. MOC pm 04:10
Medrecki, Gosia .............................. WP 534
Medwid, Tiffany .................... TOG am 09:50
Modzihradszky, Katalin ................... WP 653
Meeuwsen, Joseph .......................... AnP 296
Meeuwsen, Joseph .......................... TP 731
Meeuwsen, Joseph .......................... WP 448
Megutnishvili, Levan ............. WOG am 10:10
Mehaffey, M. .................................. ThP 622
Mahboob, Javeria ........................... TP 502
Mehndiratta, Promod ...................... TP 022
Mehta, Anand ................................. MP 337
Mehta, Anand ................................. MP 749
Mehta, Anand ................................. ThP 122
Mehta, Anand ................................. TP 375
Mehta, Anand ...................... WOB am 09:30
Mehta, Anand ................................. WP 377
Mehta, Khyati .................................. WP 351
Mehta, Sajjan ................................. WP 415
Mehta, Subina ...................... MOA pm 04:10
Mehta, Subina ................................. MP 758
Mehta, Subina ...................... ThOA pm 03:30
Mehta, Subina ................................. TP 435
Mehta, Subina ................................. TP 438
Mei, Joanne .................................... MP 456
Meier, Florian .................................. ThP 099

Meier, Florian ...................... TOA pm 02:30
Meier, Florian ...................... TOA pm 03:10
Meier, Florian ................................. TP 678
Meier, Florian ...................... WOH pm 02:30
Meier, Florian ................................. WP 562
Meier-Credo, Christian ................... MP 010
Meier-Credo, Christian ................... TP 514
Meier-Credo, Jakob ........................ TP 395
Meier-Schellersheim, Martin ........... TP 770
Meijer, Alexander ........................... WP 141
Meikle, Peter ....................... MOE am 10:10
Meiman, Jon .................................... TP 713
Meinen, Ben .................................... TP 711
Meiri, David ......................... MOA am 08:50
Meisenheimer, Poncho .................... ThP 354
Meissen, John .................................. TP 083
Meissner, Felix ............................... TP 651
Meitei, Ningombam Sanjib ............... MP 495
Meitei, Ningombam Sanjib ............... MP 507
Meitei, Ningombam Sanjib ............... MP 547
Meitei, Ningombam Sanjib ............... MP 551
Meitei, Ningombam Sanjib ............... ThP 069
Meitei, Ningombam Sanjib ............... ThP 394
Meitei, Ningombam Sanjib ............... WP 605
Meke, Laurel ................................... WP 605
Mekhssian, Kevork .......................... TP 596
Mekhssian, Kevork ................ WOD pm 02:30
Melani, Rafael ...................... MOH am 09:30
Melani, Rafael ................................. MP 779
Melani, Rafael ................................. MP 780
Melani, Rafael ...................... TOC pm 02:30
Melani, Rafael ................................. TP 001
Melani, Rafael ................................. TP 461
Melani, Rafael ...................... WOH am 10:10
Melani, Rafael ................................. MP 222
Melamson, Jeremy .......................... ThP 652
Melby, Jake .................................... MP 772
Melby, Jake .................................... WP 721
Melendez, Loyda ............................. TP 650
Meléndez, Loyda ............................. WP 562
Mellacheruvu, Dattatreya ............... WP 396
Mellett, Natalie .................... MOE am 10:10
Mellinger, Allyson ........................... TP 046
Mellors, J. ...................................... ThP 558
Mellors, J. ...................................... ThP 622
Mellors, J. ...................................... TP 619
Melnik, Alexey ................................ ThP 529
Melnik, Alexey ...................... TOB pm 04:10
Melnik, Alexey ................................ WP 410
Melo, Matilde .................................. TP 646
Melo, Nathalia ................................ TP 327
Memili, Erdogan .............................. ThP 783
Memili, Erdogan .............................. WP 117
Menard, Kelsey ............................... MP 274
Mendes, Maria ................................. ThP 674
Mendes, Maria ................................. TP 675
Mendes, Maria ................................. WP 100
Mendes, Maria Anita ...................... ThP 443
Mendes, Vera ................................. WP 608
Mendis, Praneeth ............................ MP 235
Mendis, Praneeth ............................ ThP 190
Mendis, Praneeth ................. WOB am 09:50
Mendis, Praneeth ............................ WP 188
Mendjan, Sasha .............................. ThP 729
Mendoza, Luis .................................. MP 417
Mendoza, Luis .................................. MP 438
Mendoza, Luis .................................. MP 439
Mendoza, Luis .................................. WP 708
Mendu, Damodara Rao ............ WOE pm 04:10
Meng, Ge ........................................ WP 292
Meng, Gloria .................................... TP 585
Meng, Jia-Ming ............................... MP 426
Meng, Qingshi ................................. TP 555
Meng, Qingshi ................................. ThP 679
Meng, Qingshi ................................. TP 555
Meng, Qingshi ................................. TP 691
Meng, Xianshuang ................. TOE pm 03:50
Menges, Fabian ..................... ThOB am 08:30
Menges, Fabian ............................... WP 473

Menin, Laure ................................... MP 311
Menin, Laure ................................... MP 317
Monneteau, Thomas ....................... MP 324
Menon, Rashmi ............................... ThP 673
Menschaert, Gerben ....................... MP 383
Menschaert, Gerben ....................... MP 438
Menschaert, Gerben ....................... MP 439
Menschaert, Gerben ....................... TP 422
Menschaert, Gerben ....................... TP 430
Menschaert, Gerben ............... WOF am 09:50
Merchant, Murtaza .......................... WP 412
Merenbloom, Samuel ...................... ThP 254
Mergner, Julia ...................... MOA pm 02:30
Mergner, Julia ...................... ThOE pm 02:50
Mergner, Julia ................................ WP 730
Merida, Mario ................................. WP 784
Merjenburgh, Gertjan ..................... MP 184
Morkley, Eric .................................. MP 212
Merrick, Mark ................................. TP 315
Morrigan, Stephen .......................... WP 774
Merriman, Michael .......................... TP 607
Merritt, Matthew ............................ ThP 397
Mertens, Chiel ................................ MP 630
Mertens, Inge ................................. TP 762
Mertens, Philipp ............................. TP 738
Meruva, Naren ................................ WP 154
Meruva, Naren ................................ WP 156
Mervant, Loïc ................................. WP 770
Mesa Sanchez, Daniela .................... MP 338
Mesaros, Clementina ...................... MP 552
Mesaros, Clementina ...................... ThP 726
Mesaros, Clementina ...................... ThP 768
Mesas-Burgos, Carmen ................... WP 072
Mesker, Wilma ................................ ThP 060
Mesmin, Cédric ............................... TP 588
Mess, Jean-Nicholas ....................... TP 586
Messer, Jeffrey .............................. ThP 146
Messerer, Maxim ................... ThOE pm 02:50
Messner, Christoph ......................... ThP 107
Messner, Christoph ......................... TP 673
Mestdagh, Hélène ................. WOE am 08:50
Metalnikov, Pavel ........................... TP 242
Metalnikov, Pavel ........................... WP 295
Metternich, Jonas ................. ThOB am 09:50
Metternich, Jonas ........................... ThP 418
Metwally, Haidy .............................. MP 291
Metwally, Haidy .............................. WP 627
Metwally, Haidy .............................. TP 291
Metz, Bryan .................................... MP 254
Metz, Thomas O. ............................ MP 138
Metz, Thomas O. ............................ MP 423
Metz, Thomas O. ............................ MP 624
Metzler, Guille ................................ MP 021
Metzler, Luke ................................. MP 218
Metzler, Luke ................................. MP 272
Metzler, Luke ................................. TP 276
Metzler, Luke ................................. TP 280
Metzler, Luke ................................. TP 281
Metzler, Luke ................................. TP 282
Metzler, Luke ................................. WP 356
Metzler, Luke ................................. WP 449
Metzler, Luke ................................. WP 451
Meyer, Kevin .................................. WP 645
Meyer, Krista .................................. MP 020
Meyer, Sven ................................... ThP 395
Meyer, Sven ................................... ThP 432
Meyer, Sven ................................... WP 427
Meyer, Sven ................................... WP 495
Meyer, Sven ................................... WP 558
Meyer, Sven ................................... WP 562
Meyer, Sven ................................... WP 618
Meyerson, Matthew ........................ ThP 093
Meymaris, Allysen ........................... TP 068
Meymaris, Allysen ........................... WP 703
Meysman, Pleter ............................. TP 762
Mezey, Jakub ................................. MP 433
Mhuka, Vimbai ............................... TP 208
Mhuka, Vimbai ............................... WP 508
Mi, Wei .......................................... TP 587

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number



# INDEX OF AUTHORS

Mi, Yiling ................................................. TP 091
Mi, Yuxin ................................................ TP 687
Miao, Qixiang ........................................... TP 555
Miao, Zhixin ............................................ ThP 148
Miasojedow, Błażej ................................... MP 377
Miasojedow, Błażej ............................. TOA am 09:50
Michael, Andrew ...................................... MP 136
Michael, Greig ......................................... WP 492
Michaelis, André ..................................... ThP 099
Michaels, Scott ....................................... MP 620
Michaelsen, Mandy ................................... TP 541
Michailidis, George .................................. WP 409
Michalik, Stephan ..................................... ThP 361
Michaud, Sarah ........................................ MP 385
Michaud, Sarah ........................................ ThP 359
Michaud, Sarah ........................................ TP 758
Michaud, Sarah ........................................ TP 775
Michaux, Justine ...................................... MP 596
Michel, Deborah ...................................... ThP 776
Michels, Jasper ....................................... MP 634
Michener, Joshua ..................................... MP 109
Michienzi, Joseph .................................... WP 474
Middaugh, C. .......................................... MP 292
Middlewood, Paul ..................................... ThP 196
Migas, Lukasz ................................... MOD am 10:10
Migas, Lukasz ................................... MOE am 09:30
Migas, Lukasz ......................................... MP 355
Migas, Lukasz ................................. ThOH am 02:50
Migas, Lukasz ......................................... ThP 648
Migas, Lukasz ......................................... TP 408
Migliavacca, Eugenia ............................... MP 690
Miguez, April .......................................... WP 612
Mihasan, Marius ...................................... ThP 531
Mikaia, Anzor ................................... WOG am 10:10
Mikhail, Ibraham ..................................... ThP 562
Mikhalychev, Alexander ............................. WP 385
Miladi, Mahsan ........................................ WP 170
Milan, Jennifer ........................................ TP 264
Milanesi, Luciano .................................... ThP 125
Milentyev, Alexander ................................. TP 632
Miles, William ......................................... TP 623
Milford, Maximilian .................................. WP 411
Miljkovic, Nenad ..................................... ThP 545
Millán, Silvia .......................................... ThP 069
Miller, Dwayne ........................................ TP 689
Miller, Ian ....................................... MOA pm 03:50
Miller, Ian ....................................... MOE pm 02:50
Miller, Jennifer ....................................... MP 115
Miller, Johan .......................................... ThP 538
Miller, Lance .......................................... TP 747
Miller, Logan .......................................... MP 028
Miller, Luke ........................................... ThP 458
Miller, Michael ....................................... MP 503
Miller, Phillip ......................................... MP 692
Miller, Rachel ......................................... MP 412
Miller, Scott ........................................... TP 251
Miller, Thomas ........................................ TP 195
Miller, Wendy ......................................... MP 249
Miller Lehman, Stephanie .......................... MP 598
Milligan, Kyle ......................................... WP 549
Milliken, Jenna ....................................... ThP 773
Millikin, Robert ....................................... MP 412
Millikin, Robert ....................................... MP 773
Millikin, Robert ....................................... ThP 215
Mills, Brittney ......................................... TP 005
mills, Clare ............................................ WP 374
Mills, Simon ........................................... TP 189
Milne, Joy .............................................. TP 064
Milne, Joy .............................................. TP 465
Milner, Courtney ..................................... MP 139
Milner, Courtney ..................................... MP 143
Milner, Courtney ..................................... MP 144
Milner, Courtney ..................................... TP 241
Milner, Courtney ..................................... TP 261
Milner, Courtney ..................................... WP 301
Milner, Thomas ................................. WOE pm 02:30
Milton, Jacob .......................................... MP 257
Min, Hophil ............................................ MP 009
Minatoya, Kenji ....................................... ThP 238

Mindikoglu, Ayse ..................................... TP 700
Minett, Andrew ....................................... MP 149
Minett, Andrew ....................................... ThP 374
Minett, Andrew ....................................... TP 162
Minett, Andrew ....................................... WP 540
Minett, Andrew ....................................... WP 541
Ming, Li ................................................. MP 389
Ming, Zhou ...................................... MOH am 09:50
Minikel, Eric .......................................... WP 125
Minkoff, Benjamin ................................... WP 146
Minnick, Jessica ..................................... ThP 083
Minnigh, Margaret ................................... WP 096
Minohata, Toshikazu ................................ MP 071
Mirabelli, Mario ...................................... ThP 418
Miranda, Cristobal ................................... ThP 571
Miranda Ackerman, Eduardo Jacobo ............ MP 444
Miranda Ackerman, Eduardo Jacobo ............ WP 560
Mireles, Matthew ..................................... ThP 371
Mirokhin, Yuri ........................................ MP 310
Mirokhin, Yuri ........................................ MP 393
Mirokhin, Yuri ........................................ TP 254
Mirokhin, Yuri ................................. WOA am 09:30
Mirokhin, Yuri ........................................ WP 307
Mirokhin, Yuri ........................................ WP 422
Mirzaei, Mehdi ........................................ MP 608
Mirzaei, Mehdi ........................................ ThP 676
Mirzaei, Parvin ....................................... TP 733
mirzaei, parvin ....................................... WP 580
Mirzakhanyan, Yeva .................................. ThP 633
Mischki, Trevor ....................................... TP 307
Mishra, Ashutosh ..................................... ThP 688
Mishra, Vivek ......................................... ThP 331
Mishra, Vivek ......................................... WP 412
Mismash, Noah ........................................ TP 284
Misra, Biswapriya .................................... WP 418
Misra, Sandeep ....................................... MP 053
Misra, Sandeep ....................................... MP 666
Misra, Sandeep ....................................... WP 137
Missanelli1, Jaclyn .................................. TP 259
Mistrik, Robert ....................................... MP 378
Mistrik, Robert ....................................... MP 433
Mistry, Nayan ......................................... TP 516
Mistry, Nayan ......................................... WP 020
Mistry, Sabyasachy .................................. TP 739
Mitchell, Dave ........................................ MP 752
Mitchell, Hugh ........................................ ThP 247
Mitchell, Jennifer .................................... TP 931
Mitchell, Natalie ..................................... TP 037
Mitchell, Nathan ..................................... MP 172
Mitchell, Stanford .................................... TP 776
Mitosch, Karin .................................. ThOG am 09:30
Mitrofanov, Elena .................................... MP 236
Mitrowska, Kamila ................................... TP 210
Mitrowska, Kamila ................................... WP 287
Mitsa, Georgia ........................................ MP 688
Mitsche, Matthew .................................... MP 525
Mitsutoshi, Setou ..................................... TP 390
Mittal, Parul ........................................... MP 366
Mitulovic, Goran ..................................... MP 687
Mitulovic, Goran ..................................... TP 719
Mitulovic, Goran ..................................... WP 732
Miura, Daisuke ........................................ TP 384
Miwa, Satomi .......................................... MP 741
Miyagawa, Hiromi .................................... WP 765
Miyagi, Masaru ....................................... WP 690
Miyasaka, Tomohiro ................................. WP 379
Mizero, Benilde ....................................... WP 516
Mizero, Benilde ....................................... WP 517
Mizuno, Tomohiro .................................... TP 727
Mnatsakanyan, Ruzanna ........................... ThP 685
Moat, John ............................................. TP 706
Mobley, Charles ...................................... WP 139
Mobley, James ........................................ WP 697
Modeste, Erica ........................................ ThP 119
Moehring, Thomas .............................. MOG am 08:50
Moehring, Thomas .................................... TP 014
Moehring, Thomas .................................... WP 436
Moehring, Thomas .................................... WP 438
Moeller, Ben ........................................... MP 511

Moen, Jack ............................................. TP 768
Moen, Jack ............................................. TP 774
Moersch, Matthias ................................... WP 730
Moerman, Astrid ...................................... WP 361
Moghadamchargari, zahra ......................... ThP 645
Mogi, Toshio ........................................... TP 447
Mohamed, Abdallah .................................. ThP 749
Mohammed, Yassene .................................. MP 385
Mohammed, Yassene .................................. MP 386
Mohammed, Yassene ........................... ThOF am 09:10
Mohammed, Yassene .................................. TP 758
Mohammed, Yassene .................................. TP 775
Mohan, Nitya .......................................... MP 490
Mohanty, Atanu ....................................... MP 496
Mohimani, Hosein ............................. ThOB pm 04:10
Mohimani, Hosein .................................... TP 433
Mohler, Kyle ........................................... TP 768
Mohler, Kyle ........................................... TP 774
Mohn, Deanna ......................................... TP 088
Mohr, Amanda ......................................... MP 205
Mohr, Amanda ......................................... TP 243
Mohr, Amanda ......................................... MP 269
Mohr, Christopher .................................... WP 694
Mohr, Jared ............................................ MP 480
Mohr, Jared ............................................ ThOD am 08:50
Mohr, Jared ..................................... ThOD pm 04:10
Mohsin, Sheher ....................................... MP 551
Moini, Mehdi ........................................... TP 029
Moir, Michael .......................................... TP 152
Mojica, Mike ..................................... MOB pm 03:10
Mojica, Mike ........................................... TP 106
Mojumdar, Aditya .................................... TP 685
Mol, Hans ........................................ TOE pm 03:10
Molano-Arevalo, Juan Camilo ..................... TP 504
Moldoveanu, Zina .................................... WP 341
Moldoveanu, Zina .................................... WP 342
Molhoj, Michael ...................................... WP 658
Molina, Daniel .................................. TOD pm 03:10
Molina, Jorge Alberto ............................... TP 314
Molina-Diaz, Antonio ............................... TP 490
Möller, Ingvar ......................................... TP 335
Molleur, Dana ......................................... ThP 528
Molleur, Dana ......................................... ThP 538
Molleur, Dana ......................................... ThP 672
Molloy, Billy ........................................... WP 689
Molloy, Kelly .................................... ThOG pm 02:50
Molnar, Brian .................................. ThOH pm 03:30
Molnar, Brian .......................................... ThP 033
Monaghan, Joseph .................................... TP 480
Moncur, John .......................................... MP 211
Mondello, Luigi ....................................... MP 160
Moneghetti, Kegan ............................. MOE pm 02:30
Moneghetti, Kegan ................................... TP 426
Monier, Samantha .................................... TP 253
Monnet, Véronique ................................... TP 096
Monnin, Cian .......................................... MP 654
Monnin, Cian .................................... WOD am 09:50
Monogarov, German ................................. TP 680
Monroe, Matthew E. ................................. MP 423
Montagner, Cassiana ................................ MP 114
Montagner Raimundo, Cassiana ..........TOG pm 03:30
Montanaro, Federica ................................ TP 704
Monteiro, Thays ...................................... TP 556
Montemurro, Nicola ........................... WOE am 09:10
Montenegro-Burke, J. Rafael ................ MOA pm 02:50
Montenegro-Burke, J. Rafael .............. ThOB pm 03:30
Montero, Raul ......................................... MP 347
Montford, Jair ......................................... ThP 654
Montford, Jair ......................................... MP 205
Montford, Jair ......................................... WP 741
Montgomery, Madeline .............................. MP 213
Montine, Thomas ..................................... TP 711
Montine, Thomas ..................................... WP 118
Montoya, Melissa ..................................... MP 433
Montoya, Melissa ..................................... MP 567
Montpetit, Hélène .............................. WOD pm 02:30
Mookherjee, Abhigya .......................... WOB am 09:10
Moon, Byoung-Gon .................................. ThP 144
Moon, Dae Won ....................................... MP 345

Program code: M,T,W,Th = Day      O = Oral, P = Poster      Time or poster number



# INDEX OF AUTHORS

Moon, Jeong Hee .................................... WP 724
Moon, Jeong-Hee ....................................... TP 076
Moon, Ji hye ................................................ TP 057
Moon, Jonathan .......................................... TP 106
Moon, Seung Ju ........................................ WP 647
Moon, Seung Ju ........................................ WP 704
Moon, Thomas ........................................... TP 627
Mooney, Brian ......................................... MP 714
Mooney, Brian .......................................... TP 698
Mooney, Charlotte ................................... ThP 306
Mooney, Nancie ...................................... WP 670
Moons, Rani ............................................ ThP 316
Moons, Rani ............................................ ThP 640
Moore, Benjamin ........................... TOG am 09:10
Moore, Benjamin ...................................... TP 603
Moore, James .......................................... WP 639
Moore, Jerome ........................................ WP 472
Moore, Max ............................................... TP 596
Moore, Roger ........................................... MP 409
Moore, Roger ........................................... WP 625
Moore, Ronald .......................................... MP 624
Moore, Ronald ......................................... ThP 247
Moore, Ronald .......................................... TP 667
Moore, Ronald .......................................... TP 696
Moore, Rowan ......................................... ThP 069
Moore, Rowan .......................................... MP 085
Moore, Rowan ......................................... ThP 213
Moore, Rowan .......................................... WP 182
Moore, Rowan .......................................... MP 334
Moore, Rowan .......................................... WP 645
Moore, Sam .............................................. MP 524
Moorman, Matthew ................................... MP 112
Moorthy, Arun .......................................... WP 311
Moorthy, Arun .......................................... WP 416
Moorthy, Ganesh ........................... MOA am 09:30
Moosa, Johra ........................................... MP 371
Mora, Johanna ......................................... WP 249
Moradian, Annie ...................................... MP 171
Moradian, Annie ...................................... ThP 098
Moradian, Annie ...................................... ThP 121
Moraes, Fabricio ........................... MOA pm 03:10
Moraes, Luiz ........................................... ThP 579
Moraes, Luiz ........................................... ThP 582
Morais, Sofia ........................................... WP 608
Morales, Mayra ....................................... ThP 408
Morales Betanzos, Carlos ....................... MP 017
Morales-garcia, Flavia .............................. TP 223
Moran, Alan ................................... MOB am 08:50
Moran, Dawn ........................................... MP 421
Moran, Dawn ............................................ TP 766
Moran, James .......................................... MP 138
Moran, James ........................................... TP 354
Moran, Liam .............................................. TP 084
Moran, Liam ............................................ WP 755
Moran, Michael ........................................ MP 371
Moran, Michael ........................................ MP 399
Moran, Michael ........................................ MP 733
Moran, Michael ........................................ WP 508
Morato, Nicolas ........................................ WP 773
Moreau, Stephane ................................... MP 180
Moreau, Stephane ..................................... TP 557
Moreau, Stephane ................................... WP 530
Moreau, Stéphane .................................... MP 071
Moreira, Juliane ...................................... ThP 012
Morel, Nathalie .......................................... TP 095
Moremen, Kelley ..................................... ThP 637
Moremen, Kelley ..................................... WP 139
Moreno, Javier ........................................ WP 500
Morfini, Gerardo A .................................. TP 780
Morgan, Daniel ........................................ WP 179
Morgan, Tomos ........................................ ThP 094
Morgan, Tomos .............................. WOC am 10:10
Morgan, Tomos .............................. WOH am 08:50
Morgenstern, David ................................... TP 724
Mori, Tetsuya ............................................ TP 380
Mori, Tetsuya ........................................... WP 426
Morikawa-Ichinose, Tomomi ................... TP 384
Morini, Gian Luca ................................... ThP 553
Morishita, Ryuichi .................................... WP 632

Moritz, Robert .......................................... MP 044
Moritz, Robert .......................................... MP 417
Moritz, Robert .......................................... WP 400
Moritz, Robert .......................................... MP 673
Moriya, Takefumi ...................................... ThP 401
Morowitz, Michael .................................... TP 761
Morozova, Kateryna ................................. MP 698
Morozumi, Miyuki .................................... ThP 513
Morre, Jeffrey .......................................... WP 309
Morré, Jeffrey .......................................... WP 594
Morrice, Nick ......................................... ThP 096
Morris, Andrew ......................................... MP 115
Morris, Juliette ............................... ThOC am 10:10
Morris, Kenneth ..................................... ThP 764
Morris, Mike .............................................. TP 417
Morris, Nicholas ...................................... WP 372
Morris, Robert ......................................... MP 708
Morris-Kukoski, Cynthia ......................... MP 213
Morrison, Jessica ...................................... TP 111
Morrison, Jessica ...................................... TP 182
Morrison, Kelsey ................................... ThP 274
Morrison, Lindsay .................................... MP 237
Morrison, Lindsay .................................... MP 678
Morrison, Lindsay ...................... ThOF pm 03:30
Morriss, Joshua ........................................ TP 132
Morrow, Jeff .............................................. MP 293
Morse, Dawn .................................. MOF pm 02:50
Morsey, Brenda ........................................ MP 571
Morsey, Brenda ........................................ TP 737
Mort, Andrew ........................................... MP 614
Mortishire-Smith, Russell ........................ MP 097
Mosca, Ettore ......................................... ThP 125
Moseley, M. Arthur ........................ TOA pm 04:10
Moseley, M. Arthur ................................. WP 595
Moseley, Richard ...................................... MP 652
Moseley, Richard ...................................... TP 455
Mosely, Jackie ................................. WOC pm 03:50
Mosen, Peter Robert ............................... ThP 737
Moser, Debra ........................................... MP 115
Moskovets, Eugene ................................ ThP 421
Moskovets, Eugene .................................. TP 446
Mosley, Jonathan ................................... ThP 508
Mosley, Jonathan ...................................... TP 164
Mosley, Jonathan ...................................... TP 554
Mostafa Kamal, Abu Hena ..................... ThP 369
Motamedchaboki, Khatereh .................... MP 574
Motamedchaboki, Khatereh .................... ThP 489
Motamedchaboki, Khatereh .................... ThP 502
Motamedchaboki, Khatereh .................... TP 560
Motamedchaboki, Khatereh .................... WP 419
Motamedchaboki, Khatereh .................... WP 589
Motamedchaboki, Khatereh .................... WP 681
Motorykin, Ievgen .................................... MP 040
Motorykin, Ievgen ................................... WP 223
Mottaleb, M Abdul ................................... MP 115
Motwani, Hitesh .................................... ThP 005
Mouapi, Kelly Njine ...................... ThOF am 10:10
Mouapi, Kelly Njine ................................. WP 224
Mougin, Justine ........................................ TP 377
Moura, Arlindo ......................................... MP 783
Moura, Arlindo ......................................... WP 117
Moura, Hercules ........................................ TP 138
Mourad, Daniel ......................................... MP 328
Mourad, Daniel ......................................... MP 734
Mourad, Daniel ......................................... MP 735
Mourad, Daniel ....................................... ThP 088
Mourad, Daniel ....................................... ThP 089
Mourad, Daniel ......................................... TP 707
Mouritsen, Jeppe ..................................... MP 298
Mouritsen, Jeppe ...................................... TP 337
Moussa, Roland ........................................ TP 359
Mousseau, Campbell .............................. ThP 431
Movassaghi, Cameron ........................... ThP 342
Mowry, Curtis ............................................ TP 747
Moyle, Austin ........................................... WP 149
Mozzone, Brandon ................................... MP 270
Msagati, Titus ........................................... TP 177
Msagati, Titus ........................................... TP 693
Mu, Xiaoyan ............................................ MP 246

Muccio, Donald ........................................ TP 327
Muchiri, Ruth ......................................... ThP 569
Muck, Parker ............................................ TP 519
Muddiman, David ..................................... MP 121
Muddiman, David ..................................... MP 331
Muddiman, David ..................................... MP 357
Muddiman, David ..................................... MP 358
Muddiman, David ..................................... MP 359
Muddiman, David ..................................... MP 617
Muddiman, David .................................... ThP 049
Muddiman, David .................................... ThP 112
Muddiman, David .................................... ThP 258
Muddiman, David .................................... ThP 260
Muddiman, David ...................................... TP 394
Muddiman, David ...................................... WP 441
Muehlbauer, Laura ................................. ThP 367
Mueller, Emily ........................................ WP 547
Mueller, Mathias ........................... WOH am 04:10
Mueller, Torsten ..................................... ThP 356
Muir, Alex ............................................... WP 578
Mujica, Sheira ........................................ WP 338
Mukai, Norio ........................................... MP 389
Mukasa, Yume ........................................ WP 367
Mukasa, Yume ........................................ WP 369
Mukherjee, Bratali ................................... WP 412
Mukherjee, Pulok K .............................. TP 538
Mukherjee, Soumya ............................... WP 150
Mukherjee, Suman ................................ ThP 156
Mukta, Shahnaz ...................................... MP 222
Mukta, Shahnaz ....................................... MP 223
Mulagapati, Sri Hari Raju ..................... ThP 690
Mulagapati, Sri Hari Raju ....................... TP 620
Mulder, David .......................................... WP 152
Mulholland, Michelle ............................. ThP 156
Mullahoo, James ..................................... MP 169
Mullahoo, James ..................................... TP 329
Mullen, Christopher ...................... MOH am 09:30
Mullen, Christopher ............................... WP 676
Mullen, Christopher ..................... ThOG pm 03:10
Mullen, Christopher ...................... TOC am 10:10
Mullen, Christopher ...................... TOC pm 03:10
Mullen, Christopher .................................. TP 001
Mullen, Christopher .................................. TP 018
Mullen, Christopher .................................. TP 624
Mullen, Christopher .................................. TP 661
Mullens, Conor ......................................... TP 717
Muller, Ludovic ....................................... MP 152
Muller, Ludovic ....................................... ThP 421
Müller, Andre .......................................... WP 733
Müller, Markus ......................................... MP 596
Müller, Rolf ............................................. MP 565
Müller, Sebastian ................................... ThP 268
Müller, Timo ............................................. TP 099
Mullett, Steven ....................................... ThP 324
Mullett, Steven ............................... WOA pm 02:30
Mulligan, Christopher ............................. MP 222
Mulligan, Christopher ............................. MP 223
Mulligan, Christopher ............................. MP 224
Mulligan, Christopher ............................... TP 450
Mulligan, Christopher .................. WOC pm 03:30
Mullin, Lauren ........................................ WP 497
Mullin, Lauren ......................................... WP 250
Mullins, C. Buddie ........................ WOG pm 03:10
Mullis, Brian ............................................ MP 603
Mulloy, Matthew .................................... ThP 045
Mumenthaler, Shannon .......................... ThP 466
Mun, Sora ................................................. TP 244
Mun, Sora ................................................ WP 083
Mun, Sora ................................................ WP 089
Mun, Sora ................................................ WP 093
Muneer, Adil ........................................... TP 676
Muneeruddin, Khaja ................................ TP 402
Mung, Dorothea ...................................... WP 614
Muniswamy, Madesh ............................... TP 388
Munjoma, Nyasha ................................... MP 519
Munjoma, Nyasha .................................... MP 540
Munjoma, Nyasha .................................. ThP 499
Munjoma, Nyasha .................................... WP 406
Munoz, Gabriel ......................................... TP 178

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number



# INDEX OF AUTHORS

Munoz-Sanjuan, Ignacio ......................TP 780
Munro, Roger.......................................WP 300
Munster, Vincent..................................TP 649
Munteanu, Cristian ..............................TP 055
Munteanu, Cristian ..............................TP 127
Muntel, Jan ..........................................MP 720
Muntel, Jan ..........................................ThP 087
Muntel, Jan ..........................WOH pm 03:10
Muntel, Jan ..........................................WP 394
Muoio, Deborah ...................ThOC am 09:50
Muraco, Cory .......................................WP 522
Murali, Adithya ....................................MP 505
Murali, Adithya ....................ThOA am 09:10
Murali, Adithya ....................................ThP 398
Muramoto, Shin....................................TP 246
Muramoto, Shin....................................TP 055
Muranjan, Seema .................................TP 602
Murao, Naoaki......................................TP 604
Murata, Tasuku ....................................MP 216
Murata, Tasuku ....................................ThP 017
Murata, Tasuku ....................................WP 029
Murata, Tasuku ....................................WP 030
Murata, Tasuku ....................................WP 294
Muratore, Katherine .............................ThP 521
Murayama, Fusa ..................................TP 384
Murayama, Kazuaki ..............................MP 175
Murayama, Nozomi...............................WP 765
Murayama, Shigeo ...............................WP 379
Murbach, Reed.....................................TP 602
Murcia-Morales, María .........................MP 180
Murgu, Michael ....................................TP 556
Muroski, John.......................................ThP 537
Murphy, Jin ..........................................TP 288
Murphy, Patrick....................................ThP 470
Murphy, Patrick....................................WP 582
Murphy, Patrick....................................WP 731
Murphy, Shannon .................................TP 531
Murray, David .......................................WP 222
Murray, Gordon ....................................MP 097
Murray, Gordon ....................................WP 250
Murray, Halle........................................MP 474
Murray, Jane........................................MP 268
Murray, Kermit ......................MOG pm 03:10
Murray, Kermit .....................................MP 785
Murray, Kermit .....................................ThP 050
Murray, Kermit .....................................ThP 124
Murray, Kermit .....................................ThP 413
Murray, Kermit .....................................TP 266
Murray, Kermit .....................................TP 362
Murray, Kermit ......................WOG pm 03:30
Murray, Kermit .....................................WP 433
Murray, Kermit .....................................WP 518
Murrey, Heather ...................................TP 080
Murta, Teresa .......................................MP 336
Murta, Teresa .......................................MP 349
Murta, Teresa ........................TOF pm 03:50
Murtada, Rayan ...................................ThP 062
Musah, Rabi ..........................MOD am 09:50
Musah, Rabi ........................................MP 201
Musah, Rabi .........................WOC pm 03:10
Musah, Rabi ........................................WP 006
Musah, Rabi ........................................WP 021
Musiol, Eva...........................................WP 730
Muskat, Tassilo ....................................MP 231
Muskat, Tassilo ....................................MP 236
Muskat, Tassilo ....................................MP 240
Mussell, Chris ......................................TP 027
Musselman, Brian.................................WP 009
Musselman, Brian.................................WP 010
Musselman, Brian.................................WP 016
Musselman, Brian D. ............................WP 011
Muste, Cathy........................................ThP 526
Musteata, Marcel..................................WP 206
Muthu, Magesh ....................................ThP 463
Muttikal Thomas, Melvin.......................WP 053
Mutuku, Shadrack.................................ThP 228
Myers, Colton .......................................WP 171
Myers, Jeremy ......................................MP 742
Myers, Michael .....................................WP 286

Myers, Samuel ....................................TP 329
Myers, William.....................................MP 516
Mykris, Timothy...................................ThP 760
Mylott Jr, William..................................ThP 584
Mylott Jr., William.................................WP 110
Myslivcova-Fučíkova, Alena..................WP 069
Na, Duck-Young ...................................ThP 680
Na, Hee-Kyung ....................................TP 076
Na, Seungjin.........................................MP 303
Na, Seungjin.........................................MP 395
Na, Yoon-Ju.........................................MP 555
Naaktgeboren, Martijn..........................WP 574
Nabors, Tasia.......................................MP 016
Nachman, Patrick.................................MP 076
Naciker, Previn.....................................MP 602
Nadeau, Kari........................................ThP 743
Nagai, Satomi.......................................ThP 516
Nagano, Fumihiko.................................ThP 727
Nagaraj, Nagarjuna..............................MP 787
Nagashima, Yuji...................................MP 294
Nagatomo, Kenji..................................WP 325
Nagayama, Satoshi..............................TP 098
Nagel, Anna..........................................ThP 361
Nägeli, Andreas ...................................MP 554
Nagi, Chandandeep .................WOE pm 02:30
Nagi, Chandandeep ..............................WP 226
Nagornov, Konstantin...........................MP 311
Nagornov, Konstantin...........................MP 317
Nagornov, Konstantin...........................MP 326
Nagornov, Konstantin...........................WP 546
Nagpal, Saurabh..................................MP 640
Nagpal, Sunil .......................................WP 251
Nagry, Prabhnoor.................... ThOF pm 03:30
Nagy, Gabe...........................MOF am 08:30
Nagy, Gabe...........................................MP 423
Nagy, Gabe...........................................ThP 081
Nagy, Gabe............................WOF am 10:10
Nagy, Gabe...........................................WP 042
Nagy, Gabe...........................................WP 180
Nagy, Gabe...........................................WP 454
Nagy, Gabe...........................................WP 457
Nagy, Júlia ...........................................TP 268
Nagy, Nina ...........................................ThP 506
Nair, Hareesh ......................................TP 058
Nair, Sreekumaran ................MOF pm 02:50
Nairn, Angus.........................................ThP 734
Nairn, Angus.........................................TP 058
Nairn, Michael......................................TP 027
Naito, Yasuhide ....................................MP 457
Naito, Yasuhide ....................................TP 355
Naito, Yasuhide ....................................TP 359
Naito, Yasuhide ....................................WP 456
Naito, Yuichi.........................................TP 026
Najgebauer, Hanna ..............................TP 429
Najjar, Rami .........................................MP 648
Najumudeen, Arafath .............TOF pm 03:50
Nakabayashi, Ryo.................................TP 380
Nakabayashi, Ryo.................................MP 426
Nakajima, Hiroki...................................WP 234
Nakajima, Takao ..................................TP 401
Nakamura, Hiroshi................................WP 587
Nakamura, Sadao.................................TP 298
Nakamura, Sayaka ..............................MP 629
Nakamura, Sayaka ..............................MP 632
Nakamura, Sayaka ..............................MP 639
Nakamura, Sayaka ..............................ThP 008
Nakamura, Sayaka ..............................TP 145
Nakamura, Yoshiaki.............................WP 587
Nakanishi, Tsuyoshi.............................ThP 493
Nakao, Motonoa ...................................MP 087
Nakatani, Kohta ...................................ThP 462
Nakatani, Kohta ...................................WP 446
Nakaya, Shuichi...................................ThP 409
Nakaya, Shuichi...................................ThP 602
Nakaya, Shuichi...................................WP 053
Nakaya, Taiki.......................................WP 426
Nakayama, Hiroshi...............................ThP 605
Nakayama, Kenji..................................WP 030
Nakayama, Kenji..................................WP 031

Nakayama, Yasumune..........................MP 067
Nakazawa, Takashi ..............................TP 026
Nalluri, Joseph .....................................MP 361
Nam, Hyung..........................................ThP 683
Nam, Joon............................................ThP 088
Nanaware, Padma................................ThP 108
Nanbu, Madoka ....................................WP 233
Nance, Jennifer.....................................MP 726
Nance, Keeton ......................................TP 163
Nance, Keeton ......................................TP 180
Nanda, Hirsh ........................................MP 647
Nanda, Hirsh ........................................ThP 638
Nanda, Hirsh ........................................TP 013
Nanda, Hirsh ........................................ThP 580
Nanda, Hirsh ........................................ThP 637
Nanda, Hirsh ........................................WP 251
Nandi, Pradyot......................................TP 608
Nandita, Eshani .....................MOC pm 03:10
Nandita, Eshani ....................................ThP 066
Nandita, Eshani ....................................ThP 085
Nandita, Eshani ....................................MP 263
Nanni, Paolo.........................................ThP 707
Napolitano, Michael..............................WP 563
Napylov, Alexander...............................MP 554
Narain, Niven ........................................ThP 695
Narain, Niven ........................................ThP 433
Narain, Niven ........................................ThP 434
Narayanaswamy, Pradeep....................ThP 490
Narayanaswamy, Rohini.........MOF pm 03:30
Narendra, Namita .................................TP 274
Narepekha, Halyna .................TOG am 09:50
Nargi, Frances .......................MOB pm 04:10
Narumi, Ryohei .....................................MP 723
Narumi, Ryohei .....................................TP 098
Nasa, Isha ...........................................ThP 677
Nasa, Isha ............................................TP 627
Naschberger, Andreas ..........................MP 343
Nascimento, Claudio............................TP 675
Naser, Fuad..........................................ThP 482
Naser, Fuad..........................................ThP 512
Naser, Fuad..........................................WP 610
Nash, Stacey........................................ThP 649
Nasir, Waqas ........................................MP 414
Nasrullah, Yusuf...................................TP 763
Natalia, Yalovenko .................ThOB am 08:50
Nath, Nidhi ...........................................MP 657
Nathe, Cory ..........................................MP 430
Natori, Yujin..........................................MP 220
Natowicz, Marvin..................................MP 724
Naugler, Christopher.............................MP 061
Naumenko, Mariia .................ThOG am 09:30
Naushin, Salwa.....................................MP 548
Navaei, Milad........................................TP 446
Navaei, Milad........................................WP 616
Navarrete-Perea, Jose ...........MOA pm 03:30
Navarrete-Perea, Jose ..........................MP 418
Navarrete-Perea, Jose ..........................MP 716
Navarrete-Perea, Jose ...........WOH pm 03:30
Navarro, Emilie .....................................TP 588
Navarro, Pablo......................................TP 502
Navarro, Pedro .....................................MP 736
Navetta, Kimberly A..............................WP 121
Nawrocki, Arkadiusz .............................ThP 102
Nawrocki, Arkadiusz .............................ThP 739
Nayek, Subhayu...................................WP 783
Naylor, Cameron...................................ThP 310
Naz, Shama..........................................MP 508
Nazarov, Erkinjon.................................ThP 308
Nazdrajić, Emir.....................................TP 121
Nazdrajić, Emir.....................................TP 482
Nazdrajić, Emir.....................................WP 211
Ndiaye, Massamba Mbacké..................ThP 355
Ndreu, Lorena.......................................WP 777
Needham, Shane ..................................WP 036
Neely, Benjamin...................................ThP 739
Neely, Benjamin...................................MP 763
Neely, Benjamin....................TOG am 08:50
Negama, Tsutomu................................WP 609
Negri, Pierre..........................................WP 360



Negri, Pierre ................................... WP 775
Negroni, Pia .................................... MP 698
Neifeld, Jillian ................................ WP 529
Neifeld, Jillian ................................ MP 784
Nekrasov, Denis ............................. TP 242
Nekrasov, Denis ............................. WP 295
Nelde, Annika ................................. MP 694
Nelson, Alissa ................................ WP 720
Nelson, Ashley ............................... WP 077
Nelson, Eric ................................... TP 748
Nelson, Michael .............................. MP 589
Nelson, Robert ....................... TOH pm 03:10
Nelson, Robert ....................... WOE am 10:10
Nelson, William ............................... MP 138
Nemati, Reza ...................... WOA am 08:50
Nemes, Peter .................... ThOG am 08:30
Nemes, Peter .................................. ThP 485
Nemet, Ina. .................................... ThP 449
Nemeth-Seay, Jennifer .................... TP 339
Nemeth-Seay, Jennifer .................... TP 607
Nemkov, Travis ................... TOD pm 04:10
Nemzer, Boris ................................ WP 274
Nenutil, Rudolf ............................... WP 537
Neri, Bruno ................................... WP 287
Nesvizhskii, Alexey ......................... MP 402
Nesvizhskii, Alexey ......................... MP 405
Nesvizhskii, Alexey ......................... MP 416
Nesvizhskii, Alexey ......................... MP 437
Nesvizhskii, Alexey ......................... ThP 693
Nesvizhskii, Alexey ......................... WP 396
Nesvizhskii, Alexey ......................... WP 672
Nesvizhskii, Alexey I. ..................... ThP 086
Neta, Pedatsur .............................. WP 422
Nethero, William ............................ WP 755
Netirojjanakul, Chawita ....... TOH am 08:50
Neto, Ricardo ................................. MP 101
Netter, Claude ............................... WP 218
Netz, Eugen. ................................. MP 059
Netz, Eugen. .......................... ThOA pm 02:50
Notzband, Rachel ........................... TP 137
Notzband, Rachel ................. WOA am 08:50
Netzer, Ravit ................................. ThP 621
Neu, Josef .................................... TP 543
Neubert, Hendrik ........................... TP 085
Neumann, Anika ................... MOG pm 03:30
Noumark, Benjamin ......................... WP 001
Neuweger, Heiko ............................ TP 201
Neuweger, Heiko ............................ ThP 395
Neuweger, Heiko ............................ TP 392
Neuweger, Heiko ............................ TP 409
Neuweger, Heiko ............................ TP 568
Neuweger, Heiko ............................ WP 427
Neuweger, Heiko ............................ WP 492
Neuweger, Heiko ............................ WP 618
Newitt, John ................................. ThP 639
Newman, Rachael ............... WOD pm 04:10
Nowquist, Leonor ................ ThOD am 09:10
Newsome, G. Asher ......................... ThP 048
Newton, Kenneth ............................ MP 599
Newton, Seth ...................... TOE am 09:30
Nezami Ranjbar, Mohammad. ............ TP 440
Nezami Ranjbar, Mohammad. ............ MP 417
Ng, Keng Tiong .............................. TP 195
Ng, Kwan-Ming. .............................. WP 102
Ngai, James .................................. TP 002
Ngo, Lizzie ................................... WP 630
Nguyen, Don ....................... TOB pm 02:30
Nguyen, Don .................................. WP 165
Nguyen, Giang ................................ ThP 618
Nguyen, Huu-Quang. ......................... ThP 422
Nguyen, Jennifer ............................ TP 008
Nguyen, Khoa Dang ........................ MP 705
Nguyen, Phuc ................................ TP 175
Nguyen, Tai. .................................. WP 040
Nguyen, Thao ................................ WP 146
Nguyen, Tommy ............................. TP 151
Nguyen, Tommy ............................. TP 302
Nguyen, Tuan ................................ WP 605
Nguyen, Vien ................................. MP 748

Ni, Bohan .................................... ThP 198
Ni, Chi-kung. ................................ ThP 061
Ni, Chi-kung. ................................ WP 183
Ni, Chi-Kung ................................. WP 195
Ni, Wenqin .......................... TOG am 09:50
Ni, Yan. ...................................... TP 419
Nichols, Andrew. ............................ TP 637
Nichols, Andrew. ............................ WP 058
Nichols, Charles ............................ WP 444
Nichols, William ............................ TP 093
Nicholson, Christopher. ................... TP 251
Nicholson, Jeremy .......................... ThP 499
Nick, Steve ................................... WP 785
Nickerson, Jessica .......................... MP 179
Nickerson, Jessica .......................... ThP 362
Nicklisch, Klaus. ............................ ThP 262
Nicklay, Joshua ............................. MP 094
Nicol, Edith. ................................. MP 390
Nicolardi, Simone ........................... ThP 060
Nicolardi, Simone ........................... MP 032
Nicora, Carrie D. ............................ ThP 701
Nie, Honggang .............................. TP 396
Nie, Song. ................................... WP 056
Nie, Zongxiu ................................ TP 352
Niedner, Wulff ............................... WP 683
Niedolistek, Magdalena .................... WP 229
Niedringhaus, Thomas ..................... TP 585
Niehaus, Marcel ................... MOG am 04:10
Niehoff, Ann-Christin. ..................... MP 180
Niehoff, Ann-Christin. ..................... ThP 423
Nielen, Michel ..................... TOE pm 03:10
Nielsen, Anne ................................ TP 335
Nielsen, Michael .................... ThOC pm 03:50
Nielsen, Michael ........................... WP 660
Nielsen, Michael ........................... WP 661
Nielsen, Michael ........................... WP 669
Nielsen, Peter ............................... WP 304
Nieman, Reed ................................ ThP 070
Nieto, Sofia .................................. MP 143
Nieto, Sofia .................................. MP 144
Nieto, Sofia .................................. TP 241
Nightingale, Katie. .......................... TP 656
Nightlinger, Nancy .......................... WP 047
Nigmetzianov, Renat. ............ ThOA am 09:30
Niinae, Tomoya .............................. TP 629
Niisuke, Katrin ............................... TP 777
Nikitina, Arina ............................... MP 332
Nikolaev, Eugene (evgeny) ............... MP 104
Nikolaev, Eugene (Evgeny) .............. MP 333
Nikolaev, Eugene (Evgeny) .............. MP 346
Nikolaev, Eugene (evgeny) ............... MP 471
Nikolaev, Eugene (evgeny) ............... MP 472
Nikolaev, Eugene (evgeny) ............... MP 523
Nikolaev, Eugene (evgeny) ............... MP 591
Nikolaev, Eugene (evgeny) ...... ThOG pm 02:30
Nikolaev, Eugene (evgeny) ............... ThP 475
Nikolaev, Eugene (evgeny) ............... ThP 814
Nikolaev, Eugene (evgeny) ............... TP 133
Nikolaev, Eugene (evgeny) ............... TP 356
Nikolaev, Eugene (evgeny) ...... WOE am 09:50
Nikolaev, Eugene (evgeny) ...... WOE pm 03:50
Nikolayevskiy, Herman ......... TOD pm 03:50
Nikolic, Dejan ............................... ThP 567
Nikula, Chelsea. ............................ MP 336
Nikula, Chelsea. ................... TOF pm 03:50
Niles, Sydney ................................ MP 154
Niles, Sydney ...................... TOE am 09:50
Niles, Sydney ................................ TP 142
Niles, Sydney ................................ TP 143
Nilini Ranbaduge, Nilini ................... WP 510
Nilsson, Carol. .............................. ThP 450
Nilsson, Jakob ............................... ThP 677
Nimer, Nisreen ............................... TP 500
Nimri, Shadie ................................ ThP 372
Nims, Megan ................................. MP 138
Nindi, Mathew ............................... TP 208
Nindi, Mathew ............................... WP 308
Ning, Zhibin ................................. MP 372
Ning, Zhibin ................................. ThP 524

Nippani, Chandrika ......................... ThP 142
Nirasawa, Takashi .......................... MP 635
Nirasawa, Takashi .......................... ThP 760
Nirasawa, Takashi .......................... ThP 232
Nirasawa, Takashi .......................... ThP 238
Nirasawa, Takashi .......................... TP 380
Nirasawa, Takashi .......................... WP 367
Nirasawa, Takashi .......................... WP 369
Nirasawa, Takashi .......................... WP 379
Nishiaki, Yoshihiro ......................... TP 026
Nishida, Hiroshi ............................. MP 408
Nishikaze, Takashi .......................... ThP 409
Nishimura, Masayuki ....................... WP 459
Nishimura, Masayuki ....................... WP 746
Nishita, Denise .............................. ThP 351
Nishiumi, Shin ............................... WP 233
Nita-Iazar, Aleksandra ..................... MP 579
Nita-Iazar, Aleksandra ..................... ThP 540
Nita-Iazar, Aleksandra ..................... TP 770
Niu, Ben ..................................... WP 060
Niu, Ben ..................................... WP 652
Niu, Chendi .................................. ThP 337
Niu, Chendi .................................. WP 713
Niu, Lili ..................................... TP 099
Niu, Mingming .............................. MP 713
Niu, Mingming .............................. TP 688
Niu, Mingming .............................. ThP 760
Niu, Xiangfeng. ............................. ThP 468
Niwase, Toshitaka .......................... TP 462
Niyogi, Krishna .............................. WP 556
Niziolek, Zachary ........................... TP 722
Nkambeu, Bruno ............................ WP 695
Noad, Victoria. .............................. WP 175
Noad, Victoria. .............................. WP 323
Nobe, Yuko .................................. ThP 605
Noble, William ............................... MP 394
Noble, William ............................... MP 394
Noble, William ............................... ThP 266
Noble, William ................... WOH pm 03:50
Noble, William ............................... WP 382
Nobre, Luis. ................................. TP 656
Noda, Akira. ................................ MP 364
Node, Victoria. .............................. WP 322
Noesthoden, Matthew ........... TOB pm 02:30
Noesthoden, Matthew ...................... WP 165
Nogueira, Maurício .......................... ThP 128
Nohmi, Takashi .............................. TP 447
Nokihara, Kiyoshi. .......................... MP 577
Nolin, Thomas. .............................. ThP 750
Nolte, Hendrik ............................... ThP 718
Nomura, Shizuo ............................. ThP 516
Noort, Daan ................................. ThP 004
Norbury, Jonah .............................. TP 271
Nordgren, Maria ............................ WP 334
Nordhorn, Ilona ................... TOE pm 02:50
Nordlund, Pär ..................... TOE pm 02:50
Nordstrom, Anders .......................... ThP 463
Norhelm, Randolph .......................... ThP 273
Norhelm, Randolph .......................... ThP 296
Norhelm, Randolph .......................... MP 454
Norli, Hans .................................. ThP 506
Norris, Jeremy .............................. MP 352
Norris, Jill. .................................. ThP 440
Nortcliffe, Chris ................... TOC am 09:30
Northen, Trent. ............................. WP 556
Nosal, Daniel ................................ MP 074
Noskov, Sergei .............................. MP 081
Noskov, Sergei .............................. TP 657
Nothias, Louis Felix ............. TOB pm 04:10
Nothias, Louis Felix ........................ WP 410
Nothias, Louis Felix ........................ WP 413
Nouchikian, Lucienne. ...................... TP 500
Nouri, Mohammad-Zaman. ................. WP 786
Nouta, Jan ........................ MOB am 08:50
Nouta, Jan .................................. ThP 060
Nouta, Jan .................................. TP 660
Novak, Jan .................................. WP 123
Novak, Jan .................................. WP 341
Novak, Jan .................................. WP 342

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number



# INDEX OF AUTHORS

Novion-Ducassou, Julia..............TP 699
Novoa, Diego..............................MP 254
Novoa, Diego..............................MP 255
Novokmet, Mislav........................ThP 218
Novokmet, Mislav........................MP 343
Novoselov, Konstantin.................TP 446
Novotny, Milos.............................WP 537
Nowjack, Jacob............................TP 473
Ntai, Ioanna.................................MP 570
Ntai, Ioanna.................................ThP 500
Ntai, Ioanna.................................TP 164
Ntai, Ioanna.................................TP 432
Ntai, Ioanna.................................TP 533
Ntai, Ioanna.................................TP 554
Ntasi, Georgia............................MOH pm 02:50
Nunez, Jamie...............................MP 624
Nunez, Maria................................TP 155
Núñez Galindo, Antonio...............MP 690
Nunn, Brook.................................ThP 706
Nunn, Elizabeth...........................TP 677
Nusinow, David............................MOA pm 03:30
Nusinow, David............................TP 434
Nusinow, David............................TP 769
Nutter, Lauryl...............................TP 758
Nutter, Lauryl...............................TP 775
Nwosu, Charles............................ThP 209
Nwosu, Charles............................TP 813
Nyalwidhe, Julius.........................MP 682
Nyalwidhe, Julius.........................TP 129
Nye, Leanne................................ThP 499
Nyhlen, Helen..............................WP 334
Nyhlén, Helén...............................TP 655
Nyoni, Hlengilizwe........................TP 177
Nyoni, Hlengilizwe........................TP 693
O`Brien, James............................ThP 324
O`Brien, Tara...............................ThOD am 09:10
O`Dell, Kaela...............................TP 427
O`Hara, Samantha........................ThP 451
O`Neil, Jennifer............................ThP 321
Oberle, Michaela..........................TP 233
Oberlies, Nicholas........................ThP 573
Oberlies, Nicholas........................ThP 578
Oberlies, Nicholas........................ThP 585
Oberly, Patrick.............................WP 096
Obika, Satoshi..............................TP 372
Obolensky, Oleg...........................MP 693
O`Brien, Bob................................ThP 186
O`Brien, John...............................ThP 029
O`Brien, Rob................................TOB pm 02:30
O`Brien, Rob................................WP 165
O`Bryon, Isabelle.........................MP 212
Obusek, Matthew..........................TP 202
Ochoa, Begoña............................ThP 229
Ochoa, Begoña............................WP 071
Ochoa, David...............................TP 633
Ocken, Alex.................................MP 751
O`Connell, Jeremy........................WP 670
O`connell, Jillian...........................MP 195
O`Connor, Peter...........................MOD pm 02:50
O`Connor, Peter...........................ThP 094
O`Connor, Peter...........................TOC am 09:10
O`Connor, Peter...........................TP 706
O`Connor, Peter...........................WOC am 10:10
O`Connor, Peter...........................WOH am 08:50
O`Connor, Peter...........................WP 383
O`Connor, Timothy........................MOH am 09:50
Odenkirk, Melanie.........................MP 077
Odenmarck, Sven-Roar.................ThP 506
Oemer, Gregor.............................MP 501
Oemer, Gregor.............................ThP 379
Oemer, Gregor.............................WP 559
Oetjen, Janina..............................MP 348
Oetjen, Janina..............................TP 375
Oetjen, Janina..............................TP 392
Oetjen, Janina..............................TP 409
Oetjen, Janina..............................WP 366
Ofori-Mensa, Kennedy..................MP 695
Ogata, Koretsugu.........................MP 216
Ogata, Koretsugu.........................ThP 707

Ogata, Koretsugu.........................ThP 513
Ogata, Koretsugu.........................ThP 516
Ogata, Koretsugu.........................WP 029
Ogata, Koretsugu.........................WP 030
Ogata, Koretsugu.........................WP 294
Ogata, Koretsugu.........................WP 587
Ogata, Kosuke.............................ThP 713
Ogata, Kosuke.............................TP 518
Ogata, Yuko.................................WP 047
Ogawa, Bruno...............................WP 785
Ogawa, Kiyoshi............................WP 440
Ogawa, Osamu............................WP 030
Ogorchock, Megan........................MP 135
Ogorzalek Loo, Rachel..................ThP 224
Ogorzalek Loo, Rachel..................ThP 646
Ogorzalek Loo, Rachel..................ThP 728
Ogrinc, Nina.................................ThP 032
Ogrinc, Nina.................................WOE pm 03:10
Ogundele, michael........................WP 109
Ogura, Tairo.................................MP 134
Ogura, Tairo.................................ThP 343
Ogura, Tairo.................................TP 236
Ogura, Tairo.................................WP 254
Ogura, Tairo.................................WP 459
Ogura, Tairo.................................WP 746
Ogurtsov, Aleksey........................WP 693
Oguu, John..................................MP 221
Oh, Joo Yeon...............................ThP 420
Oh, Myung Jin..............................MP 015
Oh, Myung Jin..............................MP 642
Oh, Myung Jin..............................MP 077
O`hair, Richard.............................MP 281
O`hair, Richard a. j.......................MP 280
O`hair, Richard A. J......................ThP 177
Ohara, Tomomi.............................ThP 017
Ohara, Tomomi.............................WP 029
Ohi, Melanie.................................TP 277
Ohira, Mari...................................MP 066
Ohkouchi, Nao..............................TP 148
Ohlund, Leanne............................MP 124
Ohmayer, Uli................................TP 780
Ohmine, Masato............................ThP 346
Ohmura, Takayuki.........................MP 457
Ohmura, Takayuki.........................ThP 246
Ohmura, Takayuki.........................TP 355
Ohmura, Takayuki.........................ThP 359
Ohtani, Hajime.............................MP 632
Ohtsuki, Sumio.............................WP 233
Oikawa, Hiroshi............................WP 765
Oikonomidi, Aikaterini...................MP 690
Oisaki, Kounosuke........................ThP 409
Ojakivi, Mari................................ThP 751
Ojima-Kato, Teruyo.......................ThP 516
Oka, Yukari..................................WP 587
Okada, Naoki...............................TP 368
Okahashi, Nobuyuki.....................ThP 322
Okamoto, Mami............................MP 178
Okonkwo, Ozioma.........................TP 087
Okubo, Tatsuki.............................TP 514
Okuda, Koji..................................TP 752
Okuda, Kouji.................................MP 175
Okuda, Shujiro.............................MP 408
Okuno, Toshiaki............................WP 543
Okuyama, Torayuki......................MP 066
Olah, Timothy...............................MP 544
Olah, Timothy...............................TP 073
Olah, Timothy...............................WOD am 03:10
Olanrewaju, Clement....................TP 149
Olaru, Iustinian............................ThOA pm 02:30
Old, William.................................TOD pm 04:10
Oldziej, Stanislaw.........................WP 746
Olinares, Paul Dominic B..............TOC am 08:30
Oliva, Petra.................................TP 093
Olive, Sarah.................................MP 504
Olive, Sarah.................................TP 252
Oliveira, Paula..............................ThP 723
Oliveira, Paula..............................WP 605
Oliveira, Regina............................ThP 441
Olivella, Roger..............................ThP 707

Olivella, Roger..............................WP 388
Oliver, Julie..................................MP 752
Olivier, Michael.............................WP 418
Olivon, Florent..............................WP 421
Olivos, Hernando..........................ThP 499
Olkowicz, Mariola..........................MP 202
Olkowicz, Mariola..........................MP 554
Olkowicz, Mariola..........................ThP 491
Olkowicz, Mariola..........................WOD am 09:50
Olmo-Garcia, Lucía.......................TP 201
Olmo-García, Lucía.......................WP 261
Olmo-Peinado, José......................TP 201
Olsen, Jesper..............................MOH pm 03:10
Olsen, Jesper..............................TOG am 08:30
Olsen, Jesper..............................TP 025
Olsen, Jesper..............................TP 034
Olsen, Jesper..............................WOC am 09:30
Olsen, Jesper..............................WP 655
Olsen, Line..................................WP 107
Olson, Linda.................................MP 053
Olson, Loren.................................MP 246
Olson, Merle.................................TP 157
Olsson, Fredrik.............................TOC pm 04:10
Olsson, Fredrik.............................WP 334
Omaiye, Angelica..........................WP 430
Omaiye, Angelica..........................MP 441
O`Meally, Robert..........................ThOH am 09:50
Ommen, Andy...............................ThP 773
O`Neill, Jason...............................MP 628
O`Neill, Kelly................................TP 265
O`Neill, Rob..................................ThP 707
O`Neill, Sharon.............................WP 077
Ong, Cheryl.................................TP 757
Ong, Irene....................................MP 785
Ong, Irene....................................TP 730
Ong, Lisa Helen............................TP 214
Ong, Noah Luzheng......................ThP 191
Ong, Shao-En...............................MP 700
Ongena, Marc...............................WP 479
Onidani, Kaoru.............................TOF pm 03:10
Onigman, Phillip............................TP 655
Ono, Masaya................................MP 413
Onorato, Joelle.............................ThP 457
Onwuha-Ekpete, Lillian................MP 763
Ooi, Beng....................................TP 751
Oomens, Jos.................................MP 218
Oomens, Jos.................................MP 241
Oomens, Jos.................................MP 242
Oomens, Jos.................................MP 246
Oomens, Jos.................................MP 272
Oomens, Jos.................................TP 276
Oomens, Jos.................................TP 280
Op Beck, Jeff...............................TOG pm 03:10
Op De Beeck, Jeff........................ThP 563
Opacic, Bojana.............................ThOG pm 03:50
Opekun, Antone............................TP 700
Openshaw, Matthew......................ThP 368
Oppenheimer, Diana......................MP 309
Opperman, Kay............................MP 733
Opperman, Kay............................TP 573
Opuni, Kwabena............................ThP 620
Oranzi, Nicholas...........................MP 073
Orcutt, Matt..................................ThP 245
Ordsmith, Victoria.........................ThP 565
Oren, Moshe................................TP 680
Orens, Paula................................ThP 368
Orešič, Matej...............................WP 431
Orfanopoulos, John.......................WP 466
Organtini, Kari..............................MP 142
Organtini, Kari..............................TP 170
Organtini, Kari..............................WP 154
Organtini, Kari..............................WP 156
Orgazalek Loo, Rachel..................ThP 537
Orlando, Ricardo...........................ThP 012
Orlando, Ron................................MOB am 09:50
Orlando, Ron................................MP 661
Orlando, Ron................................MP 666
Orlando, Ron................................TP 581
Orlando, Ron................................TP 640

Program code: M,T,W,Th = Day      O = Oral, P = Poster      Time or poster number

## INDEX OF AUTHORS

Orlando, Ron ...................................WP 331
Orlov, Alexey...................................ThP 475
Orlowicz, Sean ...............................WP 590
Orr, Caroline....................................TP 035
Orr, Lisa ..........................................TP 741
Orsburn, Benjamin ..........................MP 401
Orsburn, Benjamin ..........................MP 732
Orsburn, Benjamin .................ThOA pm 04:10
Orsburn, Benjamin ..........................WP 162
Ort, Christoph ..........................MOG am 08:50
Ortega-Carrasco, Elisabeth .............ThP 339
Ortega-Carrasco, Elisabeth .............ThP 340
Ortega-Hernanzdez, Alejandro.........MP 133
Orth, Kim .................................TOF pm 02:30
Ortlund, Eric ...................................WP 551
Orton, Daniel...................................ThP 247
Orton, Daniel...................................ThP 296
Orzechowski, Keegan ......................TP 617
Osaki, Hironori ........................WOD pm 02:30
Osawa, Momoko ..............................TP 026
Osburn-Staker, Sandra ....................WP 453
Osburn-Staker, Sandra ....................WP 462
Oscar, Janet ....................................ThP 156
Oscier, David ..................................MP 691
Oser, Harald ...................................MP 492
Oser, Harald ...................................WP 771
Osgood, Mark ..................................TP 457
Oshio, Ikumi....................................ThP 599
Oslek, Todd .....................................TP 663
Oslund, Rob.....................................TP 690
Oslund, Rob.....................................TP 763
Ospina, Maria ..................................MP 023
Ospina, Maria ..................................MP 030
Ostanin, Dmitry...............................MP 003
Österlund, Nicklas...........................ThP 005
Osterman, Donna .............................WP 539
Osterman, Jean ...............................ThP 354
Ostman, Conny.................................TP 176
Ostrand-Rosenberg, Suzanne ..........TP 726
Ostrowski, Maggie ..........................WP 477
Ota, Shigenori..................................TP 299
Otsuka, Yoichi.................................ThP 039
Otsuka, Yukio...................................WP 765
Ott, David .................................TOD pm 03:50
Otto, Joseph ...................................MP 682
Otto, Joseph ....................................TP 129
Ou, Yu-Meng ...................................MP 490
Ou, Yu-Meng ...................................ThP 428
Ousji, Ons .......................................MP 124
Ouyang, Hui ....................................TP 744
Ouyang, Stone .................................MP 314
Ouyang, Zheng .........................MOG am 08:30
Ouyang, Zheng ................................MP 343
Ouyang, Zheng ................................ThP 380
Ouyang, Zheng ................................ThP 381
Ouyang, Zheng ................................ThP 383
Ouyang, Zheng .........................TOG pm 04:10
Ouyang, Zheng ................................TP 357
Ouyang, Zheng ................................TP 445
Ouyang, Zheng ................................TP 481
Ouyang, Zheng ................................WP 216
Ouyang, Zheng ................................WP 455
Ovchinnikova, Katja .................ThOA am 09:30
Ovchinnikova, Olga ..........................MP 339
Ovchinnikova, Olga ..........................MP 341
Ovchinnikova, Olga ..........................MP 354
Ovchinnikova, Olga ..........................ThP 047
Ovchinnikova, Olga ..........................ThP 262
Overcash, Brent ...............................ThP 458
Overfelt, Makoy ...............................TP 450
Owaidha, Ohood ..............................MP 683
Owen, Cameron ...............................MP 283
Owens, Alan.....................................TP 245
Owens, Kevin ..................................ThP 526
Owens, Michaela ..............................MP 715
Oyen, Kennan ..................................WP 606
Oyler, Benjamin ......................MOE am 09:10
Oyler, Benjamin ..............................MP 192

Özdemir, Abdil.................................MP 481
Özdinler, Hande................................TP 045
Oztolan-Erol, Nihal..........................WP 426
Ozturk, Gulustan ..............................ThP 194
Paalhar, Sara....................................TP 456
Pace, Crystal....................................MP 121
Pace, Crystal....................................WP 441
Pachl, Fiona .....................................WP 243
Padilha, Monica ...............................TP 316
Paek, Eunok.....................................MP 303
Paek, Eunok.....................................MP 395
Paek, Jihyun.....................................ThP 425
Paeng, Ki Jung.................................MP 177
Paez, J. Sebastian.............................MP 120
Paez, Sebastian................................WP 085
Pagala, Vishwajeeth.........................TP 760
Pagano, James .................................TP 713
Page, Nathanael...............................MP 049
Page, Rebecca..................................TP 627
Pager, Cara......................................TP 137
Pager, Cara.............................WOA am 08:50
Pagliarini, David .....................MOA pm 03:00
Pagliarini, David ..............................TP 718
Pai, Manjunath.................................TP 374
Pai, Sudhakar ..................................ThP 753
Paine, Elliott...........................TOD pm 03:50
Paiva, Anthony .......................MOD pm 03:10
Paizs, Bela .............................WOG am 08:30
Pajand Birjandi, Afsoon ..........MOA am 10:10
Pajter, Kristian ................................ThP 356
Palacio Lozano, Diana ......................ThP 094
Palacio Lozano, Diana Catalina..TOA am 09:10
Palacios, Michelle.............................MP 018
Palagama, Dilrukshika ......................MP 137
Palagama, Dilrukshika ......................ThP 186
Palaniappan, Bhuvaneswari ............ThP 123
Palaniappan, Latha ...........................ThP 502
Palaty, Jan .......................................WP 231
Palaty, Jan .......................................WP 232
Palazzola, Michael ...........................WP 720
Palchaudhri, Santanu.......................WP 095
Palermo, Amelia.....................MOA pm 02:50
Palermo, Amelia...............................TP 567
Palii, Sergiu .....................................WP 553
Palini, Illaria ....................................WP 200
Palitsin, Vladimir.............................ThP 347
Pallister, Peter .........................MOG pm 02:30
Pallister, Peter ................................ThP 399
Palm, Fredrik ...........................MOE pm 03:10
Palma, Pierangela............................ThP 553
Palma, Pierangela.............................TP 482
Palmblad, Magnus ...................TOG am 08:50
Palmblad, Magnus ...........................WP 425
Palmer, Andrea ................................TP 758
Palmer, Andrew .......................ThOA am 09:30
Palmer, Martin ................................ThP 285
Palmer, Martin ................................ThP 302
Palmer, Martin ................................ThP 307
Palmer, Martin ......................TOH pm 03:50
Palmer, Martin .................................TP 499
Palmer, Martin .................................TP 502
Palmer, Martin .................................TP 505
Palmer, Martin .................................TP 508
Palmer, Martin .................................TP 509
Palmer, Martin .....................WOF am 08:50
Palmer, Martin ........................WP 200
Palmer, Martin .................................WP 483
Palmer, Martin .................................WP 493
Palmer, Martin .................................WP 719
Palmese, Angelo..............................TP 606
Palmowski, Pawel............................MP 741
Paluch, Maciej..................................ThP 407
Pamelard, Fabien .............................TP 410
Pamelard, Fabien .............................TP 411
Pamelard, Fabien .............................TP 412
Pamelard, Fabien .............................TP 413
Pamuku, Matt...................................MP 028
Pamuku, Matt...................................MP 118

Pamuku, Matt...................................ThP 166
Pan, Chin.........................................WP 064
Pan, Junmin .....................................TP 481
Pan, Kuan-Ting ................................WP 634
Pan, Xiao..........................................MP 039
Pan, Xiao..........................................WP 131
Pan Bernhardt, Ning ........................ThP 387
Panagopoulos, Kiki ..........................MP 695
Panahi, Aliakbar...............................MP 361
Panama, Brian .................................WP 727
Panczyk, Erin...................................ThP 661
Panczyk, Erin...................................WP 499
Pandey, Prajita .................................ThP 510
Pandi, Boomathi...............................ThP 714
Pandrala, Mallesh ............................ThP 695
Pandya, Nikhil .................................WP 386
Pang, Yongle....................................ThP 777
Panic-Jankovic, Tanja......................WP 732
Panitchpakdi, Morgan......................ThP 198
Pannkuk, Evan ......................WOF pm 02:30
Pannkuk, Evan .................................WP 351
Panse, Christian...............................ThP 707
Panse, Christian...............................TP 166
Pant, Sanjiv......................................TP 473
Panter, Fabian ..................................MP 685
Panyard, Daniel ...............................WP 105
Pap, Adam........................................WP 653
Papakonstantinou, Yannis ...............MP 380
Papan, Cyrus ...................................MP 539
Papan, Cyrus ...................................ThP 388
Papan, Cyrus ...................................WP 419
Papanastasiou, Dimitris ...................MP 239
Papanastasiou, Dimitris ...................WP 466
Papanastasiou, Malvina ...................MP 169
Papanastasiou, Malvina ..........TOA pm 03:30
Papanastasiou, Malvina ...................TP 328
Papanastasiou, Malvina ...................TP 329
Papatheodorou, Irene ......................ThP 429
Papayannopoulos, Ioannis ..............MP 662
Pappas, Fotis Pappas.......................MP 281
Pappas, Kostantinos ........................MP 281
Pappin, Darryl..................................MP 681
Parahuz, Nataliya....................TOG am 09:50
Paraiso, Ines ....................................ThP 323
Paraiso, Ines ....................................WP 594
Paramonov, Andrey..........................MP 424
Parapatics, Katja..............................WP 733
Pardo, Sammy ..................................ThP 528
Pardo, Sammy ..................................ThP 538
Pardo, Sammy ..................................ThP 672
Pareja, Lucia.....................................TP 333
Parent-Vachon, Madeleine...............MP 764
Parfentev, Iwan................................MP 043
Parikh, Neehar..................................TP 048
Park, Arum .......................................TP 244
Park, Arum .......................................WP 083
Park, Arum .......................................WP 089
Park, Arum .......................................WP 093
Park, Da-Hee....................................TP 231
Park, Da-Hee....................................WP 293
Park, Dong........................................MP 542
Park, Gun Wook ...............................WP 724
Park, Hae-Min ......................MOD pm 02:30
Park, Hae-Min ..................................TP 722
Park, Heajin......................................WP 716
Park, Hui .................................TOB pm 03:10
Park, Hui ..........................................WP 520
Park, Hyejin......................................WP 561
Park, Hyeri ..............................TOF am 08:30
Park, Jeehee.....................................TP 044
Park, Jeong.......................................MP 253
Park, Jinyoung..................................ThP 077
Park, Ji-Won.....................................MP 345
Park, Ji-Yeon....................................TP 047
Park, Jonghun...................................MP 380
Park, Jong-Hwan..............................TP 047
Park, Joong Shin ..............................ThP 129
Park, Mel...........................................MP 677
Park, Melvin .....................................ThP 287

Program code: M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number


Park, Melvin ...............................ThP 310
Park, Melvin ...............................WOF am 09:30
Park, Melvin ...............................WP 470
Park, Melvin ...............................WP 499
Park, Robin ...............................WP 117
Park, Soo Jin ...............................ThP 129
Park, Soo Jin ...............................ThP 444
Park, Sung ...............................TP 141
Park, Sung Bum ...............................MP 555
Park, Sung-Gun ...............................MP 480
Parker, Charles ...............................MP 485
Parker, Christine ...............................MP 192
Parker, Christine ...............................MP 410
Parker, Christine ...............................WP 269
Parker, Glendon ...............................MP 407
Parker, Glendon ...............................TP 284
Parker, Kenneth ...............................ThP 523
Parker, Kevin ...............................MP 282
Parks, Bryan ...............................MP 069
Parks, Bryan ...............................MP 533
Parlanti, Paola ...............................WP 372
Parnell, J. Jacob ...............................ThP 259
Parra, Julien ...............................TP 324
Parra, Na ...............................WP 492
Parrish, Karen ...............................WOD pm 03:10
Parry, Emily ...............................WP 220
Parsley, Nicole ...............................ThOE pm 04:10
Parsley, Nicole ...............................ThP 570
Parson, Kristine ...............................MOC am 10:10
Parson, Kristine ...............................ThP 277
Parsons, Lisa ...............................ThP 216
Parsons, Lisa ...............................TP 655
Parsons, Melanie ...............................TP 223
Parveen, Iffat ...............................ThP 182
Pasa-Tolic, Ljiljana ...............................MP 624
Pasa-Tolic, Ljiljana ...............................ThOb pm 02:30
Pasa-Tolic, Ljiljana ...............................ThOE am 09:30
Pasa-Tolic, Ljiljana ...............................ThOE pm 03:10
Pasa-Tolic, Ljiljana ...............................ThOF am 08:30
Pasa-Tolic, Ljiljana ...............................WOG am 02:50
Pasa-Tolic, Ljiljana ...............................WP 435
Paša-Tolić, Ljiljana ...............................MP 467
Paša-Tolić, Ljiljana ...............................TP 388
Paschke, Carmen ...............................MP 414
Paschke, Carmen ...............................MP 434
Pascovici, Dana ...............................MP 608
Pasquiers, Stéphane ...............................WOE am 08:50
Pasquinelli, Melissa ...............................TP 745
Passmore, David ...............................WP 064
Pastorello, Elisa ...............................WP 687
Patankar, Manish ...............................MP 767
Patel, Anand ...............................WP 044
Patel, Anand ...............................MP 346
Patel, Bhavin ...............................MP 418
Patel, Bhavin ...............................MP 733
Patel, Bhavin ...............................TP 573
Patel, Bhavin ...............................TP 579
Patel, Bhavin ...............................WP 070
Patel, Bhavin ...............................WP 516
Patel, Bhavin ...............................WP 517
Patel, Bhavin ...............................WP 700
Patel, Dhavalkumar ...............................MP 120
Patel, Himakshi ...............................TOG am 09:50
Patel, Meghna ...............................ThP 704
Patel, Mitesh ...............................TP 196
Patel, Shefali ...............................TP 080
Pathak, Pratima ...............................ThOF pm 03:50
Pathak, Swetabh ...............................MP 098
Pathak, Swetabh ...............................ThP 158
Pathak, Swetabh ...............................WP 578
Pathmasiri, Koralege Praneeth ...............................MP 530
Patil, Avinash Adhikrao ...............................ThP 424
Patil, Sachin ...............................ThP 208
Patisaul, Heather ...............................MP 121
Patkin, Adam ...............................WP 163
Paton, Martin ...............................WP 061
Pátoprstý, Vladimír ...............................MP 378
Patrick, Amanda ...............................MP 233
Patrick, John ...............................TOB am 09:50

Patrie, Steven ...............................MP 248
Patrie, Steven ...............................WP 350
Patt, Andrew ...............................ThOA am 09:50
Patt, Andrew ...............................WP 615
Patterson, Andrew ...............................WP 615
Patterson, Heath ...............................MP 335
Patterson, Melanie ...............................MP 124
Patterson, Nathan ...............................MOD am 10:10
Patterson, Nathan ...............................MOE am 09:30
Patterson, Nathan ...............................MP 355
Patterson, Nathan ...............................ThP 241
Patterson, Nathan ...............................ThP 426
Patterson, Nathan ...............................TP 381
Patterson, Nathan ...............................TP 653
Patti, Gary ...............................ThP 468
Patti, Gary ...............................MP 482
Patti, Gary ...............................MP 512
Patti, Gary ...............................WP 610
Pattillo, Christopher B. Pattillo ...............................ThP 683
Pauciulo, Michael ...............................TP 093
Pauli, Guido ...............................ThP 567
Pauling, Josch ...............................MP 560
Paulo, Joao ...............................MOA pm 03:30
Paulo, Joao ...............................MP 355
Paulo, Joao ...............................ThP 769
Paulo, Joao ...............................WOH pm 03:30
Paulo, Joao ...............................WP 731
Paulose, Bibin ...............................ThOE pm 03:30
Paulson, Andrew ...............................ThP 429
Paulus, Aran ...............................ThP 052
Paupy, Benoit ...............................MOG pm 03:30
Paupy, Benoit ...............................TOH pm 03:30
Pauwels, Patrick ...............................TP 386
Paval, Shaunak ...............................MP 309
Pavlenco, Alevtina ...............................TP 341
Pavlov, Julius ...............................WP 022
Pawar, Mangesh ...............................ThP 175
Pawel, Bruce ...............................TOD pm 03:30
Pawlak, Katarzyna ...............................MP 571
Pawliszyn, Janusz ...............................MOG am 09:30
Pawliszyn, Janusz ...............................MP 202
Pawliszyn, Janusz ...............................MP 455
Pawliszyn, Janusz ...............................MP 554
Pawliszyn, Janusz ...............................ThP 491
Pawliszyn, Janusz ...............................TP 121
Pawliszyn, Janusz ...............................TP 482
Pawliszyn, Janusz ...............................WOD am 08:50
Pawliszyn, Janusz ...............................WP 007
Pawliszyn, Janusz ...............................WP 211
Pay, Mariah ...............................TP 285
Payen, Didier ...............................TP 095
Payne, Therese ...............................MOF pm 03:50
Paz, Jonathan ...............................ThP 404
Peake, David ...............................MP 498
Peake, David ...............................MP 570
Peake, David ...............................ThP 391
Peake, David ...............................ThP 401
Pearson, Amanda ...............................ThP 073
Pearson, Amanda ...............................TP 295
Pearson, Arwen ...............................ThP 637
Pearson, Mackenzie ...............................MP 520
Pearson, Mackenzie ...............................MP 534
Pearson, Mackenzie ...............................MP 538
Pearson, Mackenzie J ...............................ThP 388
Peasley, Kevin ...............................ThP 681
Peck, Andrew ...............................WP 569
Peck, Scott ...............................ThOE pm 03:50
Peckner, Ryan ...............................TOA pm 03:30
Pedder, Randall ...............................WP 449
Pedder, Randall ...............................WP 451
Peddicord, Layton ...............................ThP 507
Pedersen, Daniel ...............................MP 298
Pedersen, Daniel ...............................ThP 337
Pedersen, Theresa ...............................ThP 440
Pedram, Kayvon ...............................WP 344
Pedro, Liliana ...............................ThP 456
Pedro, Liliana ...............................TP 323
Pedrosa, Diego ...............................WP 415
Peeper, Daniel ...............................TP 030

Peggie, David ...............................TP 025
Pei, Jiying ...............................ThP 135
Pekol, Teresa ...............................MP 063
Pekov, Stanislav ...............................MP 333
Pekov, Stanislav ...............................MP 523
Pekov, Stanislav ...............................ThP 614
Pekov, Stanislav ...............................WOE pm 03:50
Pelkey, Jordanne ...............................WP 272
Pellegrinelli, Robert ...............................ThOB am 08:50
Peltzer, Alexander ...............................MP 694
Pena, Gyliann ...............................MP 456
Peng, Chao ...............................WP 659
Peng, Chiung-Yu ...............................ThP 167
Peng, Hanyong ...............................MP 123
Peng, Junmin ...............................MP 713
Peng, Junmin ...............................ThP 643
Peng, Junmin ...............................TP 371
Peng, Junmin ...............................TP 551
Peng, Junmin ...............................TP 688
Peng, Junmin ...............................TP 760
Peng, Nick ...............................ThP 752
Peng, Nick ...............................WP 748
Peng, Wenjing ...............................ThP 070
Peng, Wenjing ...............................ThP 071
Peng, Wenjing ...............................ThP 078
Peng, Wenjing ...............................ThP 079
Peng, Wenjing ...............................ThP 222
Peng, Wenjing ...............................ThP 654
Peng, Wenjing ...............................WP 073
Peng, Wenjing ...............................WP 075
Peng, Wenjing ...............................WP 345
Peng, Wenjing ...............................WP 741
Peng, Wen-Ping ...............................ThP 424
Peng, Xuejun ...............................MP 322
Peng, Xuejun ...............................MP 509
Peng, Xuejun ...............................MP 576
Peng, Xuejun ...............................ThP 152
Peng, Xuejun ...............................TP 568
Peng, Xuejun ...............................TP 663
Peng, Xuejun ...............................WP 489
Peng, Ying ...............................WP 641
Pengelley, Stuart ...............................MP 675
Pengelley, Stuart ...............................TP 337
Pengelley, Stuart ...............................WP 432
Pengelley, Stuart ...............................WP 492
Penkov, Sider ...............................TP 757
Penverne, Christophe ...............................WP 192
Pepi, Lauren ...............................WOB am 09:50
Pepin, Robert ...............................WP 589
Peraino, Nicholas ...............................MP 128
Peranteau, William ...............................ThOG am 09:10
Perdivara, Irina ...............................WP 511
Perdones-Montero, Alvaro ...............................MOE pm 04:10
Perdones-Montero, Alvaro ...............................ThP 459
Perdones-Montero, Alvaro ...............................WP 392
Pereckas, Michael ...............................ThP 365
Pereira, Henrique ...............................ThP 316
Pereira de Oliveira, Luis ...............................TOH pm 02:30
Perez, Evan ...............................ThOB am 08:30
Perez, Evan ...............................WP 473
Perez, Sandra ...............................WOE am 09:10
Perez Cruz, Claudia ...............................MP 032
Pérez Parada, Andrés ...............................ThP 333
Perez-Lara, Angel ...............................ThOD pm 03:10
Perez-Riverol, Yasset ...............................MP 438
Perez-Riverol, Yasset ...............................MP 439
Perez-Riverol, Yasset ...............................TP 429
Perez-Valle, Arantza ...............................ThP 229
Perfler, Richard ...............................TP 312
Pergande, Melissa ...............................MP 530
Pergande, Melissa ...............................TP 039
Pergande, Melissa ...............................WP 519
Pergande, Melissa ...............................WP 534
Perkins, Simon ...............................ThOC am 08:30
Perley, Brittany ...............................TP 068
Perlman, David ...............................ThP 722
Perlman, David ...............................TP 690
Perminova, Irina ...............................WOE am 09:50
Peronin, Sébastien ...............................TP 652


Peronin, Sébastien .................................TP 699
Perreault, Claude..................................MP 079
Perreault, Helene..................................MP 618
Perreault, Helene..................................WP 169
Perreault, Helene..................................MP 738
Perret, Alain ........................................MP 245
Perret, Alain ........................................MP 251
Perrett, Holly .......................................WP 468
Perrier, Sebastien ...................WOH am 08:50
Perry, Blair ..........................................TP 631
Perry, Simon ........................................ThP 553
Perry, William .........................MOE am 09:30
Perry, William .......................................ThP 227
Perry, William .......................................ThP 426
Perry, William .......................................MP 376
Persaud, Rudradatt...............................MP 287
Pertot, Ilaria ............................WOF pm 04:10
Perugini, Leandro .................................MP 604
Pesavento, James ..................................MP 162
Peshkin, Leonid.....................................TP 702
Peterman, Scott ....................................MP 094
Peterman, Scott ....................................MP 780
Peterman, Scott ....................................TP 526
Peterman, Scott ....................................TP 528
Peterman, Scott ....................................TP 725
Peterman, Scott ......................WOG am 09:30
Peterman, Scott ....................................WP 224
Peters, Insa ..........................................MP 291
Peters, John ..........................................TP 334
Peters, Samantha ..................................TP 761
Peters, Sean ............................MOA pm 03:50
Peters-clarke, Trenton ...........................MP 261
Petersen, Andrew ..................................TP 042
Petersen, Steffen...................................WP 304
Peterson, Amelia .....................WOH pm 04:10
Peterson, Jason.....................................ThP 411
Peterson, Matthew .................................WP 622
Peti, Wolfgang ......................................TP 627
Petras, Daniel .......................................TP 737
Petras, Daniel ..........................WOA am 09:10
Petras, Daniel .......................................WP 413
Petre, Brindusa Alina ............................TP 104
Petrescu, Andrei ...................................TP 055
Petretto, Andrea....................................ThP 484
Petrick, Lauren ......................................MP 120
Petricoin, Emmanuel .................TOF pm 04:10
Petriello, Michael ..................................MP 115
Petritis, Konstantinos ............................MP 456
Petritis, Konstantinos ............................ThP 439
Petritis, Konstantinos ............................WP 221
Pêtrošová, Helena .................................MP 385
Pêtrošová, Helena .................................ThP 359
Pêtrošová, Helena .................................TP 758
Pêtrošová, Helena .................................TP 775
Petrotchenko, Evgeniy............................MP 037
Petrotchenko, Evgeniy.............ThOD pm 03:50
Petrotchenko, Evgeniy............................WP 711
Petrovas, Constantinos ..........................ThP 231
Petrovics, Gyorgy ..................................ThP 113
Petrut, Alina .........................................ThP 624
Petrut, Alina .........................................TP 055
Petrut, Alina .........................................TP 127
Pettersen, John .....................................WP 098
Pettit, Michael .......................................ThP 413
Pettit, Michael .......................................TP 004
Pettit, Michael .......................................WP 518
Petukhova, Valentina .............................MP 684
Petway, Marla .......................................TP 106
Petyuk, Vladislav...................................WP 097
Petzold, Elizabeth......................TOA pm 04:10
Petzold, Svenja......................................WP 241
Povzner, Pavel ......................................TP 433
Peyrol, Jérémy ......................................TP 588
Pfammatter, Sibylle ...............................MP 029
Pfammatter, Sibylle ...............................MP 079
Pfammatter, Sibylle ..................WOF am 08:30
Pfeuffer, Julianus...................................WP 393
Pflanz, Ralf............................................MP 043
Phadnis, Ruta........................................ThP 132

Pham, Duy ..............................MOE pm 02:50
Pham, Roger..........................................WP 114
Pham, Tuan Hai.....................................WP 575
Pham Tuan, Hai.....................................WP 585
Pham, Tuan Hai.....................................MP 512
Phan, Dat ..............................................WP 512
Phaneuf, Clifford....................................ThP 088
Phapale, Prasad .......................ThOG am 09:30
Phelan, Vanessa ....................................TP 537
Phetsanthad, Ashley ..............................TP 512
Phillips, Alexander.................................MP 422
Phillips, Jonathan ..................................TP 088
Phillips, Molly .......................................ThP 706
Phillips, Shawn......................................ThP 307
Phinney, Brett ........................................MP 407
Phinney, Brett ........................................TP 264
Phoo, Wint Wint .....................................ThP 525
Phu, Lilian .............................................ThP 372
Piacentino, Elettra..................................MP 281
Piatkowski, Ted......................................MP 122
Piazza, Ilaria..........................................TP 411
Picache, Jaqueline ...................ThOA am 08:50
Picard, Pierre ........................................MP 219
Picard, Pierre ........................................TP 158
Picard, Pierre ........................................TP 211
Picard, Pierre ........................................TP 256
Picard, Pierre ........................................WP 217
Picard, Pierre ........................................WP 239
Picard, Pierre ........................................WP 299
Picard, Pierre ........................................WP 772
Picard de Muller, Gael ...........................TP 410
Picard de Muller, Gael ...........................TP 411
Picard de Muller, Gael ...........................TP 413
Picenoni, Renzo.....................................WP 571
Pickens, C. Austin..................................ThP 439
Picker, Marie-Theres ..............................MP 630
Pickls, Matthew.....................................WP 270
Picotti, Paola .........................................ThP 139
Picotti, Paola .........................................ThP 247
Piddock, Laura ........................WOB pm 03:30
Piehowski, Paul........................ThOG am 08:50
Piehowski, Paul.....................................ThP 247
Pierce, Anson ........................................TP 533
Pierce, Carrie ........................................MP 048
Pierce, Carrie ........................................TP 138
Pierce, Carrie ........................................WP 151
Pierson, Elizabeth..................................TP 366
Pieters, Grégory.....................................WP 581
Pieters, Roland .........................ThOD pm 02:30
Pieterse, Mervin....................................TP 660
Pigg, Kathryn ........................................WP 354
Pilizzi, Grazia ........................................TP 690
Pijnappel, Matthijs.................................WP 055
Pike, Ian ...............................................TP 570
Pillai, Manoj..........................................MP 176
Pillai, Manoj..........................................MP 667
Pillai, Manoj..........................................MP 704
Pillai, Manoj..........................................ThP 092
Pillai, Manoj..........................................ThP 142
Pillai, Manoj..........................................ThP 143
Pillai, Manoj..........................................ThP 280
Pillai, Manoj..........................................TP 538
Pillai, Manoj..........................................WP 052
Pillai, Manoj..........................................WP 095
Pillai, Manoj..........................................WP 189
Pillai, Manoj..........................................WP 268
Pillutla, Renuka .....................................MP 003
Pillutla, Renuka .......................TOH am 10:10
Pillutla, Renuka .....................................TP 069
Pillutla, Renuka .....................................TP 071
Pillutla, Renuka .....................................TP 072
Pilo, Alice .............................................TP 753
Pimentel, Adam .....................................TP 747
Ping, Lingyan.........................................MP 012
Ping, Lingyan.........................................ThP 687
Ping, Lingyan.........................................TP 576
Ping, Lingyan.........................................WP 092
Pinkham, Andrew...................................WP 116
Pinnick, Veronica...................................TP 444
Pino, Lindsay ...........................MP pm 03:50

Pintabona, Lauren .....................MOC pm 04:10
Pintabona, Lauren .....................WOC pm 02:30
Pinto, Frederico.....................................ThP 504
Pinto, Sneha..........................................TP 575
Pinto, Wilfredo.......................................WP 505
Plochon, Claire......................................TP 697
Piotrowski, Mary....................................ThP 334
Piotrowski, Mary....................................ThP 335
Piotrowski, Mary....................................WP 247
Piotrowski, Paulina................................WP 271
Piovesana, Susy....................................MP 592
Piper, Anita............................................TP 233
Piper, Thomas...........................WOC pm 04:10
Piras, Cristian.........................................ThP 417
Pirkle, James .........................................MP 533
Pirkle, James .........................................TP 106
Pirko, Christopher ..................................TP 110
Pirko, Christopher .....................WOE pm 02:30
Pirlo, Russell..........................................WP 372
Pirman, David ........................................WP 090
Pirone, Cary...........................................WP 269
Pirone, Jason.........................................MP 067
Pirone-davies, Cary ...............................MP 410
Pirro, Valentina......................................WP 773
Pistawka, Adam........................WOD pm 04:10
Pitteri, Sharon........................................MP 736
Pitteri, Sharon........................................TP 695
Pitteri, Sharon........................................TP 709
Pitteri, Sharon........................................WP 228
Pitteri, Sharon........................................WP 333
Pittman, Erin..........................................WP 751
Place, Benjamin .....................................WP 271
Plante, Pier-Luc .....................................ThP 436
Plante, Pier-Luc .....................................ThP 492
Plante, Pier-Luc .....................................TP 158
Plante, Pier-Luc .....................................TP 256
Plante, Pier-Luc .....................................WP 217
Plante, Pier-Luc .....................................WP 239
Plante, Pier-Luc .....................................WP 772
Plastow, Graham ...................................ThP 487
Plate, Lars.............................................WP 705
Plate, Lars.............................................WP 707
Plath, Logan ..........................................TP 468
Plath, Logan ..........................................TP 471
Plewa, Michael ......................................MP 114
Plewa, Michael .........................ThOH am 08:30
Plewa, Michael ......................................WP 172
Plise, Emile ...........................................WP 246
Plistil, Alex.............................................WP 475
Plubell, Deanna .....................................TP 711
Plubell, Deanna .....................................WP 118
Plubell, Deanna .....................................WP 382
Plumb, Robert........................................WP 497
Plumb, Robert........................................MP 540
Plumb, Robert........................................ThP 127
Plumb, Robert........................................ThP 499
Plumb, Robert........................................TP 561
Plumb, Robert........................................WP 250
Plumb, Robert........................................WP 569
Pluskal, Tomáš ......................................WP 431
Poad, Berwyck ......................................MP 244
Podany, Anthony....................................ThP 760
Podar, Mircea.........................................ThP 533
Poddar, Surbhi .......................................MP 098
Poddar, Surbhi .......................................ThP 158
Podgorski, Matthew ...............................ThP 618
Podolak, Jennifer...................................ThP 716
Poe, Timothy ............................WOH am 09:50
Poehls, Abigail.......................................MP 222
Poetz, Oliver ............................ThOF am 09:10
Pohl, Nicola...........................................ThP 081
Pointexter, Carlton .................................TP 203
Pokorny, Antje.......................................MP 500
Polaczek, Christine ...............................TP 296
Polasky, Daniel.........................MOD pm 04:10
Polasky, Daniel.......................................TP 506
Polasky, Daniel.......................................TP 728
Polasky, Daniel.......................................WP 491
Polciwiartek, Katarzyna..........................WP 487

Program code: M,T,W,Th = Day      O = Oral, P = Poster      Time or poster number


Polfer, Nicolas.................................MP 265
Politis, Argyris.....................WOB pm 03:30
Politzer, Peter................................MP 266
Pollard, Laura..................................MP 078
Polli, James....................................MP 070
Pollock, Jennifer.....................WOD am 10:10
Pollock, Megan...............................WP 171
Poloyac, Samuel...............................WP 096
Polozova, Alla................................MP 669
Polozova, Alla................................ThP 663
Polsky, Ronen.................................MP 692
Polt, Robin....................................WP 676
Poltash, Michael.............................ThP 289
Poltash, Michael.............................ThP 645
Poltash, Michael.............................ThP 659
Polubesova, Tamara...........................TP 197
Polyakova, Olga..............................WP 320
Ponce, Francisco.............................TP 468
Poncelet, Lauranne..................TOF pm 03:30
Poncelet, Lauranne...........................TP 377
Poncelet, Lauranne...........................TP 410
Poncelet, Lauranne...........................TP 411
Poncelet, Lauranne...........................TP 413
Ponnaiyan, Srigayatri.......................WP 709
Pontano Vaites, Laura..........MOA pm 03:30
Poole, Leslie.................................WP 711
Pope, Brigham.................................TP 283
Pope, Brigham.................................TP 285
Pope, Phil....................................TP 435
Pope, Phil....................................TP 438
Popescu, Laurentiu..........................ThP 624
Pophristic, Milan..................MOG pm 03:50
Pophristic, Milan............................ThP 530
Popov, Igor...................................MP 333
Popov, Igor...................................MP 346
Popov, Igor...................................MP 523
Popov, Igor...................................MP 591
Popov, Igor..................................ThP 614
Popov, Igor...................................TP 133
Popov, Igor...................WOE pm 03:50
Popov, Konstantin..................ThOD pm 03:50
Popov, Marla.................MOB am 09:50
Popov, Marla..................................TP 581
Popova, Anna.................................ThP 603
Popp, Julius..................................MP 690
Popp, Robert.......................ThOF am 09:10
Poprailovff, Anastas........................WP 372
Porta Siegel, Tiffany.......................ThP 007
Portaliou, Athina............................TP 328
Porter, Andrew...............................MP 741
Porter, Jacob................................ThP 283
Porter, Jacob................................ThP 315
Porter, Jacob................................TP 174
Porter, Jacob................................TP 498
Porter, Jacob...............................WP 496
Porter, Nathan...............................TP 473
Porter, Erika...................ThOG am 08:30
Portwood, David.............................TP 502
Post, Noah....................................WP 641
Postovit, Lynne-Marie......................WP 076
Posyniak, Andrzej............................TP 210
Potapov, Alexander..........................MP 523
Potapov, Alexander................WOE pm 03:50
Potter, Bobbi.................................TP 192
Potts, Gregory...............................TP 124
Poudel, Suresh...............................MP 521
Poudel, Suresh...............................MP 621
Poudel, Suresh...............................TP 427
Poudel, Suresh...............................TP 764
Poudel, Yam..................................WP 064
Poulogiannis, George.......................ThP 256
Poulogiannis, George.......................ThP 459
Poulogiannis, George................TOF pm 03:50
Poulogiannis, George.......................WP 375
Poulsen, David...............................TP 705
Poulsen, Nicole..............................TP 632
Pourbarkhordariesfandabadi, Elham...MP 738
Pous-Torres, Sandra.........................WP 621
Powals, Megan................................TP 262

Powell, Eric.................................MP 017
Power, Michael...............................ThP 184
Powers, Carissa..............................MP 499
Powers, Joshua...............................TP 476
Powers, Robert...............................MP 729
Powers, Thomas....................TOG am 09:50
Poynter, Krista..............................TP 130
Pozmogova, Galina...........................ThP 610
Pozzi, Federica...................MOH pm 02:30
Pra, Mauro...................................ThP 136
Prabhakar, Pradeep...........................WP 139
Prabhakar, Sripadi..........................ThP 714
Prabhakaran, Aneesh.........................ThP 273
Prabhakaran, Aneesh.........................ThP 457
Prabhu, Anil.................................TP 063
Pradeep, Thalappil...........................MP 626
Pradeep, Thalappil..........................ThP 543
Pradere, Marty...............................MP 430
Prakash, Amol................................MP 401
Prakash, Amol...................ThOA pm 04:10
Prakash, Brahm...............................MP 134
Prakash, Brahm...............................MP 161
Prakash, Brahm...............................MP 324
Prakash, Prem................................TP 772
Prasad, Satendra.............................TP 526
Prasad, Satendra.............................TP 528
Prasad, Satendra.............................WP 144
Prasad, Satendra.............................WP 438
Prasad, T. S Keshava.........................TP 575
Prasain, Jeevan..............................MP 503
Prasannan, Charulata.........................ThP 097
Prasannan, Charulata.........................ThP 331
Prasannan, Charulata.........................ThP 412
Pratt, Brian.................................MP 431
Pratt, Brian.................................ThP 406
Preau, James.................................MP 026
Preindl, Karin...............................ThP 180
Prell, James.................................TP 301
Prell, James................................ThP 623
Prell, James................................ThP 636
Prell, James................................ThP 644
Prenni, Jessica..............................MP 619
Prenni, Jessica.............................ThP 278
Prenni, Jessica.............................ThP 509
Prenni, Jessica.............................ThP 519
Prenni, Jessica..............................TP 561
Prenni, Jessica..............................WP 585
Prentice, Boone..................MOD am 08:50
Prentice, Boone..............................MP 351
Prentice, Boone.............................ThP 402
Preobraschenski, Julia..........ThOD pm 03:10
Prescott, Matthew............................TP 160
Presley, Gerald..............................MP 109
Prestegard, James...........................ThP 637
Prevatte, Alex...............................TP 574
Prevelige, Peter.............................TP 327
Previs, Stephen..............................TP 321
Prianichnikov, Nikita........................MP 386
Price, John..................................MP 557
Price, John..................................TP 251
Price, John.................................ThP 403
Price, John.................................ThP 694
Price, John..................................WP 414
Pridatchenko, Marina........................ThP 712
Prideaux, Brendan...........................ThP 236
Prideaux, Brendan...........................ThP 242
Priego Luque, Mercedes......................TP 780
Prieto Conaway, Maria C.....................WP 357
Primrose, William............................MP 153
Pringle, Steven.............................ThP 007
Pringle, Steven.............................ThP 031
Pringle, Steven.............................ThP 046
Pringle, Steven.............................ThP 532
Pringle, Steven...................WOE pm 02:50
Pringle, Steven...................WOE pm 03:30
Pringle, Steven...................WOG pm 02:30
Pringle, Steven..............................WP 227
Pringle, Steven..............................WP 392
Prinville, Vivaldy...........................WP 619

Prior, Amir..................................TP 724
Pritts, Wayne................................TP 601
Proctor, Rachel..............................TP 259
Prodhan, Md Aminul Islam...................MP 572
Proenca-Modena, Jose.......................ThP 126
Progent, Frederic............................TP 454
Prokai, Laszlo..............................MP 748
Prokai-Tatrai, Katalin......................MP 748
Proksch, Roger...............................MP 354
Proksch, Roger..............................ThP 047
Proos, Robert................................MP 574
Proos, Robert...............................ThP 489
Proos, Robert...............................ThP 502
Proos, Robert...............................ThP 560
Prosser, Simon....................TOA am 08:30
Prosser, Simon...............................WP 297
Pruška, Adam................................ThP 591
Pruvost, Amandine...........................WP 192
Pryor, Katie.................................MP 313
Pryor, Katie.................................MP 329
Pryor, Katie.................................TP 234
Przybylski, Michael..........................TP 040
Przybylski, Michael..........................TP 104
Ptacek, Jason...............................ThP 261
Pu, Fan......................................WP 216
Pu, Jie.....................................WP 646
Pu, Jie......................................TP 597
Pu, Jie.....................................WP 054
Pu, Jie.....................................WP 057
Pu, Quan-long................................TP 407
Pu, Xinzhu..................................WP 785
Pu, Yi......................................WP 040
Puchala, Veronika...........................MP 302
Pugh, Jonathan...................TOG am 09:30
Pugh, Rebecca................................WP 739
Pugh, Scott..................................MP 317
Pugh, Trevor.................................WP 046
Pujari, Suresh...............................MP 117
Pulipaka, Srinivas..........................MP 283
Pulivarthi, Divya...........................MP 120
Pulliam, Christopher........................WP 260
Pullman, Benjamin...............MOH am 10:10
Pullman, Benjamin............................MP 380
Pullman, Benjamin............................MP 439
Pullman, Benjamin............................MP 442
Pullman, Benjamin............................MP 445
Pultz, Robert................................TP 159
Punshon-Smith, Ben..........................WP 129
Puntscher, Hannes............................TP 535
Puopolo, Gerardo................WOF pm 04:10
Purdui, Vasile..............................ThP 166
Purves, Randall..............................TP 522
Purves, Randall..............................WP 300
Purves, Randall..............................WP 599
Purves, Randy................................MP 531
Purvine, Samuel..............................MP 138
Puryear, Robert..............................TP 128
Pushpker, Rajnigandha.......................ThP 447
Putman, Jonathan.................TOG pm 03:50
Putman, Jonathan.............................TP 143
Putnam, William.............................ThP 243
Pyke, James..................................TP 185
Pyke, James..................................TP 201
Pyke, James..................................WP 534
Pynn, Christopher...........................WP 503
Pythoud, Nicolas..................ThOD am 09:50
Qi, Da.......................................TP 420
Qi, Dandan..................................ThP 192
Qi, Haitong.................................MP 276
Qi, Li......................................ThP 216
Qi, Peipei..................................WP 281
Qi, Peipei..................................WP 291
Qi, Tianyu...................................TP 716
Qi, Yin.....................................ThP 022
Qi, Yue.....................................WP 705
Qi, Zenghua.................................WP 567
Qian, Chen...................................MP 060
Qian, Jiang.................................MP 683
Qian, Jingjing..............................ThP 574

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number




Qian, Kuangnan ..................TOH pm 04:10
Qian, Kun ...................................ThP 414
Qian, Mark .....................................WP 061
Qian, Rong .....................................TP 489
Qian, Shuo ...................................ThP 740
Qian, Wei-Jun ..............ThOG am 08:50
Qian, Wei-Jun .................................ThP 113
Qian, Wei-Jun .................................ThP 701
Qian, Wei-Jun .................................TP 667
Qian, Wei-Jun .................................TP 696
Qiao, Rui ..........................................ThP 117
Qiao, Rui ...........................................TP 010
Qin, Feng .......................................MP 146
Qin, Feng .......................................MP 186
Qin, Feng ..........................................TP 217
Qin, Feng .........................................WP 157
Qin, Feng ........................................WP 160
Qin, Feng ........................................WP 177
Qin, Feng ........................................WP 302
Qin, Guoting ..................................MP 047
Qin, Jun ...........................................TP 578
Qin, Jun ..........................................WP 717
Qin, Yuhong ...................................WP 019
Qiu, Feng .......................................ThP 464
Qiu, Feng ........................................WP 423
Qiu, Haibo ......................................MP 674
Qiu, Jiamin ......................................TP 400
Qiu, Ran .........................................WP 115
Qiu, Wenying ..................................MP 755
Qiu, Xi ...............................................TP 590
Qiu, Yunping .................................ThP 388
Qlu, Haiou .....................................WP 443
qu, jun .............................................MP 025
Qu, Jun ...........................................MP 644
Qu, Jun ...........................................MP 646
Qu, Jun ...........................................MP 699
Qu, Jun ..........................................ThP 740
Qu, Jun ..........................................ThP 745
Qu, Jun .............................................TP 597
Qu, Jun .............................................TP 705
Qu, Jun ...........................................WP 054
Qu, Jun ...........................................WP 057
Qu, Xiaotao .....................................MP 388
Qu, Yanyan ...........................TOG pm 02:30
Quach, Austin .................................TP 424
Quack, Thomas ..............................ThP 240
Quade, Sue ......................................WP 319
Quaglia, Milena ..............................WP 682
Qualley, Anthony ............................MP 122
Quan, Taihao ..................................MP 740
Quanair, Asem ................................MP 099
Quang, Changyu .............................WP 755
Quanico, Jusal ................................MP 365
Quaranta, Alessandro ....................ThP 005
Quarmby, Scott ...............................WP 312
Quebbemann, Neil ...........................TP 501
Queiroz, Emerson ...........................MP 566
Queiroz, Rayner ...............................TP 418
Queisser, Markus ............................TP 707
Quiason-Huynh, Cristine .................TP 403
Quijada, Jeniffer .................MOE pm 02:30
Quijada, Jeniffer ............................ThP 111
Quilici, David ..................................MP 603
Quimby, Bruce ..................................TP 187
Quimby, Bruce ..................................TP 241
Quimby, Bruce ................................WP 278
Quinn, Chad ....................................WP 145
Quinn, Kevin ........................MOC pm 03:50
Quinn, Robert ...................................WP 410
Quinton, Loic ..................................MP 054
Quinton, Loïc ..................................MP 515
Quinton, Loïc ...................................TP 361
Quinton, Loïc ...................................WP 479
Quiring, Gregor ..................WOH pm 04:10
Quoc Tuc, Dinh ..................................TP 178
Raab, Michal ...................................MP 433
Raab, Michal ....................................TP 756
Raab, Shannon ..................ThOF pm 02:50
Raab, Shannon ...................TOC am 09:50

Raab, Shannon ....................WOH am 09:50
Rabaglia, Mary .....................MOE pm 02:50
Rabant, Marion ...............................ThP 367
Rabara, Taylor ..................................TP 651
Rabinovich, Marlene ........................TP 546
Rabinowitz, Joshua ..........................MP 560
Rabus, Jordan .................................MP 289
Rabus, Jordan ...................................TP 275
Race, Alan .............................TOD am 09:10
Racle, Jullen ...................................MP 596
Rácz, Norbert ...................................TP 268
Radaoui, Alexander ............TOD am 03:30
Radchenko, Tatiana ........................MP 097
Raddatz, Michael .............................MP 288
Räder, Hans Joachim .......................MP 634
Radford, Sheena ...............................TP 610
Radovanovic, Nataša .......................MP 622
Radu, Marius ..................................ThP 042
Raedschelders, Koen .......................WP 126
Raether, Oliver ................................MP 348
Raether, Oliver ...............................ThP 089
Raether, Oliver ..................TOA pm 02:30
Raether, Oliver ..................................TP 375
Raether, Oliver ..................................TP 397
Raether, Oliver ..................................TP 878
Raether, Oliver .....................WOH pm 02:30
Raffaella, Bianucci ..........................TP 030
Raffatellu, Manuela .............WOA am 09:10
Rafson, Jessica ...............................ThP 185
Rafson, Jessica ...............................ThP 200
Raftery, Daniel ................................WP 589
Raghuraman, Bharath Kumar ..........TP 757
Rahlouni, Fatima .............................MP 507
Rahlouni, Fatima .............................MP 748
Rahman, A.F.M. ..............................MP 093
Rahman, Zikur .................................MP 392
Rai, Alex ...........................................TP 664
Rai, Amit ..........................................WP 426
Rai, Vineeta ......................................TP 183
Rains, Sarah .........................TOA pm 04:10
Rainville, Paul .................................MP 497
Rainville, Paul ..................................WP 613
Raisis, Anthea ...................................TP 773
Raja, Huzefa ....................................ThP 578
Raja, Huzefa ....................................ThP 585
Rajan, Arun ......................................MP 705
Rajanayake, Krishani ........................TP 374
Rajarshi, Girija ..................................TP 322
Rajbhandari, Presha ............ThOC pm 03:10
Rajczewski, Andrew ..........................MP 117
Rajczewski, Andrew .........................MP 758
Rajpal, Arvind ...................................WP 064
Rakownikow, Rosa Jersie-Christensen ..WP 436
Rakownikow Jersie-Christensen, RosaMP 414
Ralph, Peter .....................................ThP 532
Ralphe, J. Carter ...............................TP 776
Ralser, Markus ..................................TP 673
Rama, Paolo ......................................ThP 125
Ramachandran, Bini .............MOC pm 02:50
Ramachandran, Sumankalai ...........ThP 448
Ramagiri, Suma ...............................WP 512
Ramaker, Raymond ..........................WP 064
Ramamoorthy, Ayyalusamy ....MOC am 10:10
Raman, Pichai ......................TOD pm 03:30
Ramanathan, Dil ............................ThP 147
Ramanathan, Ragu ..............MOF pm 04:10
Ramanathan, Ragu ..........................WP 098
Ramasamy, Pathmanaban ...............ThP 889
Rame, J. .................................WOA am 09:50
Ramesha, Supriya ...........................ThP 736
Ramirez, Cesar ...............................ThP 281
Ramirez, Cesar ..................................TP 149
Ramirez, Cesar ...................WOF pm 03:30
Ramirez, Juan .................................ThP 408
Ramirez, Juan ....................................TP 153
Ramirez, Miguel ...............................WP 689
Ramm, Kerrin ....................................TP 720
Rammensee, Hans-Georg .................MP 694
Ramos Becares, Eva .........................ThP 695

Ramos Ferrari, Allan .......................MP 033
Ramos Madrigal, Jazmin .......MOH pm 03:10
Ramos Madrigal, Jazmin ..................TP 028
Rampitsch, Christof .........................MP 622
Rampitsch, Michelle ........................MP 622
Ramsay, John ..................................WP 584
Ramsey, J. .......................................ThP 557
Ramsøe, Abigail ...................MOH pm 03:50
Ran, Xiaorong ...................................TP 188
Ranasinghe, Asoka ..........................MP 544
Ranasinghe, Asoka ..........................WP 405
Ranbaduge, Nilini ............................MP 672
Ranbaduge, Nilini .................TOG am 09:30
Rand, Kasper .....................................TP 335
Randolph, Caitlin ..................WOG am 08:50
Rane, Shailendra ...............................TP 595
Rane, Shailendra ...............................TP 746
Rangan, Vangipuram ........................WP 064
Ranganathan, Nandhini ....................MP 462
Ranganathan, Nandhini .....................TP 292
Ranganathan, Nandhini .........WOB pm 03:50
Rangaraju, Srikant ...........................ThP 736
Rangaswamy, Udaya .......................ThP 437
Rangel, Vanessa ...............................WP 627
Ranjbaran, Ali ..................................ThP 619
Rank, Johannes ..................MOA pm 02:30
Rankin-Turner, Stephanie .................TP 267
Rankovic, Zoran .................................TP 370
Rankovic, Zoran ................................WP 235
Rao, Chetana ...................................WP 064
Rao, Chirag .............................MOF pm 03:50
Rao, Nalini ........................................TP 659
Rao, Rajiv .........................................TP 013
Rao, Wei ..........................................WP 012
Rao, Wei ..........................................WP 019
Rappe, Sophie ...................................TP 361
Rappold, Brian ...................................TP 102
Rappold, Brian .................................WP 174
Rappsilber, Juri ...............................MP 060
Rardin, Matthew .............................ThP 353
Rardin, Matthew .............................ThP 708
Rasam, Pratap .................................MP 185
Rasam, Pratap .................................ThP 175
Rasam, Pratap ..................................TP 161
Rasam, Pratap ..................................TP 445
Rasam, Pratap ..................................TP 746
Rasam, Sailee .................................WP 699
Rasam, Sailee .................................ThP 745
Rashid, Faraz ...................................MP 667
Rashid, Faraz ...................................MP 704
Rashid, Faraz ...................................ThP 092
Rashid, Faraz ...................................WP 095
Rasid, Faraz .....................................WP 052
Raska, Milan ....................................WP 342
Rasmussen, Angela ..........................TP 649
Rasmussen, Søren ...........................TP 335
Rasmusson, Timothy ........................WP 243
Rathi, Komal ........................TOD pm 03:30
Rathore, Anurag ...............................MP 640
Rattray, Christopher .........................MP 159
Rau, Nathan ........................WOH am 09:10
Raught, Brian ...................................WP 710
Rauniyar, Navin ...............................ThP 734
Raupach, Baerbel ..............................TP 651
Rauschenbach, Stephan ..................ThP 059
Ravenhill, Benjamin .........................TP 656
Rawal, Baibhav ................................WP 685
Rawer, Stephan ..................................TP 040
Rawlins, Catherine ...............MOH pm 02:30
Rawlins, Catherine ...........................MP 342
Rawlins, Catherine ...........................TP 735
Rawn, Thea ......................................WP 319
Ray, Arjun ........................................MP 548
Ray, Kevin ........................................MP 019
Ray, Kevin ........................................MP 649
Ray, Kevin ..........................................TP 016
Ray, Kevin ..........................................TP 547
Ray, Somak .....................................ThP 556
Ray, Steven ........................................TP 472

Program code: M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number



## INDEX OF AUTHORS

Rayaprolu, Sruti ..........................ThP 736
Rayatpisheh, Shima ....................WP 686
Raymond, Michelle .......................TP 713
Rayyan, Batool .............................ThP 742
Read, Karla ..................................ThP 139
Reading, Benjamin .......................WP 723
Reading, Eamonn ..............WOB am 03:30
Ready, Damien ..............................TP 124
Ready, Joseph ...............................ThP 172
Ready, Joseph ..............................ThP 632
Realini, Carolina ..........................ThP 196
Reber, Arthur C. ..........................ThP 543
Recber, Tuba .................................TP 312
Rechenberger, Julia ......................MP 383
Rechenberger, Julia ......................ThP 654
Reck, Cynthia ...............................ThP 586
Reddi, Amit ...................................ThP 731
Reddy, Christopher ...............TOH pm 03:10
Reddy, Christopher ..............WOE am 10:10
Reddy, Dilip ...................................MP 176
Reddy, Thiru .........................MOE pm 02:50
Redman, Erin ...............................ThP 558
Redman, Erin .................................TP 012
Redman, Erin .................................TP 619
Reeber, Steven .............................WP 303
Reece, Margaret ...........................MP 482
Reeves, David ...............................MP 521
Refai, Mohammed .........................MP 753
Regel, Brian .................................ThP 058
Rehling, Peter ...............................MP 043
Rehulka, Pavel ..............................WP 069
Rehulka, Pavel ..............................WP 537
Rehulkova, Helena ........................WP 069
Rehulkova, Helena ........................WP 537
Reichle, Valentin ................TOH am 09:30
Reid, Gavin ..........................MOE am 08:30
Reid, Gavin ...................................WP 150
Reid, Lisa ....................................ThP 255
Reid, Michelle ...............................MP 319
Reid, Terry ..................................ThP 344
Reilly, Colin ..................................WP 153
Reilly, Erin ..................................ThP 624
Reilly, James ................................WP 153
Reilly, Peter T. A. .........................MP 482
Reilly, Peter T. A. ...............ThOG pm 03:50
Reilly, Peter T. A. .........................WP 464
Reilly, Colin ..................................WP 341
Reily, Michael ..............................ThP 457
Reimer, Ulf ....................................MP 383
Reimer, Ulf .........................ThOC am 09:10
Reimer, Ulf ...................................WP 398
Reinecke, Maria ..................MOA pm 02:30
Reinecke, Maria ............................WP 241
Reinecke, Tobias .................MOF am 09:10
Reinecke, Tobias ..........................ThP 298
Reinecke, Tobias ..........................ThP 303
Reinecke, Tobias ..........................ThP 310
Reinecke, Tobias ..........................WP 460
Reiner, Jessica .............................MP 140
Reinhart, Adam ............................ThP 733
Reinhold, Vernon .........................ThP 067
Reinhold, Vernon .........................ThP 076
Reinhold, Vernon .........................WP 186
Reis, Greg ....................................MP 529
Reis, Gregory ...............................MP 537
Reisdorph, Nichole ..............MOC pm 03:50
Reisdorph, Richard ..............MOC pm 03:50
Reiser, Axel .........................ThOE am 10:10

Reiss, Julius .................................ThP 059
Reiter, Lukas .................................MP 720
Reiter, Lukas ................................ThP 087
Reiter, Lukas ................................ThP 139
Reiter, Lukas ................................ThP 268
Reiter, Lukas .......................TOA pm 02:50
Reiter, Lukas .......................TOA pm 03:10
Reiter, Lukas ......................WOH pm 03:10
Reiter, Lukas ................................WP 394
Reiter, Lukas ................................WP 655
Reiter, Sam ...................................TP 395
Reits, Eric ....................................MP 381
Reits, Eric ....................................TP 643
Reiz, Bela .....................................MP 522
Reker, Sebastien ..........................ThP 608
Remakers, Lennart .................ThOH pm 02:50
Remes, Philip .................................TP 001
Remes, Philip M ....................MOH am 09:30
Remes, Philip M .....................TOC am 10:10
Remes, Philip M .............................TP 018
Remes, Philip M .............................WP 693
Remoroza, Concepcion .........WOA pm 03:50
Remoroza, Connie ........................ThP 184
Rempel, Don ..................................ThP 013
Rempel, Don .......................TOF am 09:10
Rempel, Don ..................................WP 135
Rempel, Don ..................................MP 142
Ren, Biao ......................................TP 230
Ren, Chengfeng ....................TOG am 09:10
Ren, Chengfeng ..............................TP 603
Ren, Da ........................................MP 651
Ren, Da .................................TOG am 10:10
Ren, Greta .....................................MP 446
Ren, Greta ...........................ThOF am 09:30
Ren, Greta .....................................WP 013
Ren, Hanlin ..................................ThP 382
Ren, Jianhua .................................MP 243
Ren, Jianhua ..................................TP 272
Ren, Jianhua ..................................TP 273
Ren, Jianmin ..................................WP 720
Ren, Jin .........................................TP 740
Ren, Yan ........................................MP 004
Ren, Yan ........................................MP 081
Ren, Yan ........................................MP 721
Ren, Yan ......................................ThP 100
Ren, Yan ........................................WP 201
Ren, Zha ........................................MP 081
Renfrow, Matthew ..........................TP 327
Renfrow, Matthew ..........................WP 123
Renfrow, Matthew ..........................WP 341
Renfrow, Matthew ..........................WP 342
Renn-Bingham, Shannon ...............MP 662
Renslow, Ryan ...............................MP 081
Rensvold, Jarred .................MOA pm 03:50
Rensvold, Jarred ............................TP 718
Rentel, Claus ................................WP 635
Renyer, Kathryn .............................TP 181
Resch, Ulrike ................................ThP 732
Resemann, Anja .............................MP 675
Resemann, Anja ...................TOC pm 04:10
Resemann, Anja .............................WP 683
Resendez, Angel ............................TP 695
Ressler, Valerie .............................ThP 354
Ressom, Habtom ............................TP 440
Ressom, Habtom ...........................WP 066
Ressom, Habtom ...........................WP 417
Restrepo, Paula .............................MP 030
Retterer, Scott ...............................TP 344
Reubsaet, Léon ..............................MP 465
Reubsaet, Léon ..............................ThP 098
Reuschel, Scott .............................ThP 755
Reuschel, Scott .............................WP 678
Reuschel, Scott .............................WP 749
Reuter, Wilhad ...............................TP 204
Reuter, Wilhad ...............................TP 205
Rey, Federico ................................ThP 527
Rey, Nolwen .................................ThP 116
Reyes Garces, Nathaly ..................MP 554
Reyes-Garcés, Nathaly ..................MP 202

Reyes-garcés, Nathaly ...................ThP 020
Reyes-Garcés, Nathaly .........WOD am 09:50
Reymond, Carole ...........................MP 311
Reynolds, Christopher ...................ThP 417
Reynolds, James .................WOA pm 03:10
Reyzer, Michelle ...........................ThP 234
Reyzer, Michelle ...........................ThP 241
Rezael, Shaun ................................WP 781
Rhea, Robyn .................................ThP 472
Riaz, Mohammad ..........................ThP 182
Riaz, Mohammad ...........................WP 137
Riba, Julian .........................WOD am 08:30
Ribera, Ashley ...............................ThP 130
Riboni, Nicoló ...............................ThP 005
Rice, Margaret ....................MOD pm 03:30
Rice, Clifford .................................TP 203
Rice, Julie ..........................ThOH am 08:50
Rice, Meghan .................................TP 695
Rice, Robert ..................................MP 407
Rice, Robert ...................................TP 264
Rice, Tom ......................................TP 697
Rich, Shannan ...............................WP 593
Richard, Ann ........................TOE am 09:30
Richard, Vincent ..........................ThP 438
Richards, Michele ................TOF am 10:10
Richards, Todd ..............................WP 186
Richards, Todd ...............................MP 310
Richards, Todd ...............................MP 315
Richardson, Bonnie ......................ThP 755
Richardson, Keith .........................MP 312
Richardson, Keith .........................MP 366
Richardson, Keith .........................ThP 305
Richardson, Keith .........................ThP 319
Richardson, Keith .........................WP 392
Richardson, Luke ...........................ThP 045
Richardson, Luke ............................TP 124
Richardson, Luke ...........................WP 518
Richardson, Susan .................ThOH am 08:30
Richardson, Susan .................TOE pm 02:50
Richardson, Susan .................TOG pm 03:30
Richardson, Susan ..........................TP 172
Richardson, Susan .................WOE am 09:30
Riches, Eleanor ....................TOH pm 03:50
Riches, Eleanor ....................WOF am 08:50
Riches, Eleanor .............................WP 025
Riches, Eleanor ..............................MP 494
Rickert, Daniel ..............................MP 455
Rickert, Daniel ..............................WP 007
Rickert, Daniel ..............................WP 211
Rickert, Keith .................................MP 652
Ricketts, Christopher .....................WP 468
Rico, Eduardo ................................MP 516
Ridgeway, Mark ............................ThP 068
Ridgeway, Mark ............................ThP 287
Ridgeway, Mark ............................ThP 310
Ridgeway, Mark ...................WOF am 09:30
Ridgeway, Mark .............................WP 470
Ridgeway, Mark .............................WP 499
Riedel, Jens ..................................ThP 044
Riedl, Ken .....................................MP 556
Rieger, Joshua ...............................MP 258
Rieger, Joshua ................................TP 294
Riekeberg, Eli ...............................WP 729
Riemer, Angelika ...........................MP 590
Riener, Joerg .................................MP 301
Riera, Antoni .................................MP 097
Riffle, Michael ..............................WP 044
Rigano, Francesca ..........................MP 160
Rigby, Megan .......................ThOA pm 04:10
Riggs, Dylan ...................................TP 644
Riggs, Dylan ..................................WP 644
Riggs, Dylan ..................................WP 657
Righetti, Pier Giorgio ......................TP 030
Righetti, Piergiorgio .......................TP 023
Riha, Krystin .................................MP 138
Riley, Catherine .............................WP 596
Riley, Chris. ...................................WP 178
Riley, Nicholas ...................MOB am 08:30

Riley, Nicholas ...............................WP 193
Riley, Nicholas ...............................WP 344
Rima, Ait-Belkacem .......................TP 410
Rimmer, Mary Ashley....................ThP 110
Rinas, Aimee....................................MP 732
Rinehart, Duane ..............................TP 567
Rinehart, Jesse.................................TP 768
Rinehart, Jesse.................................TP 774
Ringeling, Peter...............................MP 184
Rink, Jonathan .................................MP 024
Rinschen, Markus.....................MOA pm 02:50
Rinschen, Markus.............................TP 567
Riordan, Colleen .......................MOC am 10:10
Riordan-short, Seamus ...........TOB pm 02:30
Riordan-Short, Seamus ....................WP 165
Ríos, María.......................................TP 655
Ripley, David.............................TOG am 09:50
Rise, Cecil........................................ThP 146
Rissler, Scott ...................................TP 282
Rister, Alana ...................................WP 579
Ristic, Goran ...................................MP 479
Ritchie, Jake....................................WP 487
Rivada, John.............................MOG pm 02:30
Rivas, Albert ...................................TP 354
Rivas, Daniel...........................WOE am 09:10
Rivera, Brian ...................................MP 656
Rivera, Gian....................................ThP 550
Rix, Lily ..........................................TP 570
Rix, Uwe .........................................TP 570
Rizk, Dana ......................................WP 341
Rizzo, Gabrielle..............................MP 692
Rizzo, Gabrielle..............................ThP 515
Rizzo, Gabrielle..............................ThP 535
Rizzo, Gabrielle..............................WP 082
Rizzo, Sarah ....................................TP 192
Rizzo, Thomas ................................MP 267
Rizzo, Thomas .........................ThOB am 08:50
Rizzo, Thomas .........................WOB am 08:50
Rizzo, Thomas ................................WP 204
Robbins, David ...............................WP 526
Roberts, Blaine ...............................WP 150
Roberts, Brady.................................MP 001
Roberts, Bryan.................................MP 527
Roberts, David.................................ThP 544
Roberts, Dominic.............................MP 181
Roberts, Joshua .......................MOG pm 02:30
Roberts, Lee.....................................TP 690
Roberts, Paul ...................................WP 159
Roberts, Paul ...................................WP 528
Roberts, Paul ...................................WP 787
Roberts, Rhonda..............................ThP 657
Robertson, Wesley...........................TP 689
Robin, Tiphaine ...............................TP 100
Robin, Tiphaine ...............................WP 530
Robin, Yves-Marie ..........................ThP 032
Robin, Yves-Marie ...................WOE pm 03:10
Robinson, Carol .......................MOB am 10:10
Robinson, Carol .......................MOC am 08:50
Robinson, Carol .......................TOC am 10:10
Robinson, Carol...............................TP 508
Robinson, John.................................WP 507
Robinson, Kenneth...........................MP 336
Robinson, Kenneth...........................MP 349
Robinson, Kenneth ....................TOF pm 03:50
Robinson, Mary ...............................TP 259
Robinson, Michelle..........................WP 688
Robinson, Renã................................MP 685
Robinson, Renã................................ThP 309
Robinson, Renã................................TP 078
Robinson, Renã................................TP 772
Robinson, Richard............................ThP 458
Robinson, Sarah...............................MP 581
Robinson, Theresse..........................ThP 258
Robinson, Veronica..........................WP 752
Robitaille, Aaron .............................MP 328
Robitaille, Aaron .............................MP 716
Robitaille, Aaron .............................MP 734
Robitaille, Aaron .............................MP 735
Robitaille, Aaron .............................ThP 748

Robitaille, Aaron. .............................WP 744
Robles, Tamara.................................TP 690
Roboti, Elisa....................................MP 706
Rocca, Céline...................................TP 652
Rocha, Wierickson ..........................ThP 473
Roche Lima, Abiel ...........................MP 757
Roche Lima, Abiel ...........................TP 650
Rochon, Jonathan.............................TP 158
Rock, Brooke ...................................ThP 132
Rock, Brooke ............................WOD am 02:50
Rock, Brooke ...................................WP 636
Rock, Dan ........................................ThP 132
Rock, Dan .................................WOD am 02:50
Rockwell, Hannah............................ThP 433
Roddy, Thomas .........................MOF pm 03:30
Roder, Heinrich................................MP 020
Rodgers, Mary...........................ThOH pm 03:50
Rodgers, Ryan..................................MP 108
Rodgers, Ryan..................................MP 154
Rodgers, Ryan...........................TOE am 09:50
Rodgers, Ryan...........................TOG pm 03:50
Rodgers, Ryan..................................TP 142
Rodgers, Ryan..................................TP 143
Rodgers, Ryan..................................TP 148
Rodland, Karin...........................ThOG am 08:50
Rodland, Karin.................................ThP 113
Rodland, Karin...........................WOF am 10:10
Rodland, Karin.................................WP 097
Rodrigues, Danika............................MP 647
Rodrigues, Emily .............................WP 716
Rodrigues Melo, Carlos ...................ThP 126
Rodriguez, Henry.............................TP 432
Rodriguez, Ricard............................ThP 266
Rodriguez, Andrés ...........................WP 410
Rodriguez Salas, Judith....................TP 243
Rodriguez-Mozaz, Sara ...................ThP 341
Roessler, Reinhard...........................ThP 434
Roest, Hannes...................................ThP 626
Roeth, Daniel ...................................ThP 724
Rogan, Jack................................TOH am 09:50
Rogel, Estrella..................................TP 150
Rogel, Estrella..................................TP 152
Rogers, John ....................................MP 418
Rogers, John ....................................MP 601
Rogers, John ....................................MP 733
Rogers, John ....................................TP 573
Rogers, John ....................................WP 742
Rogers, John ....................................WP 744
Rogers, John C.................................WP 664
Rogers, Mickey ................................WP 545
Rogers, Richard................................MP 576
Rogers, Richard................................WP 047
Rogniaux, Helene.............................WP 188
Rogulina, Svetlana ...........................TP 768
Rogulina, Svetlana ...........................TP 774
Rohanifar, Ahmad............................ThP 169
Rohde, Tobias...................................MP 431
Röhling, Ulrich..........................MOD am 08:30
Röhling, Ulrich................................TP 363
Rohrer, Jeffrey .................................ThP 208
Rohrer, Jeffrey .................................TP 215
Röhring, Cornelia.............................WP 565
Rohrs, Henry....................................MP 300
Rohrs, Henry....................................TP 341
Rojas, Christine ........................TOF pm 04:10
Rojas Ramirez, Carolina..................TP 728
Rojas Santiago, Eleazar ...................MP 032
Rokas, Antonis.................................ThP 578
Rola, Rafal ......................................WP 213
Rolain, Jean-Marc............................TP 654
Rolando, Christian............................MP 209
Rolando, Christian............................MP 637
Rolando, Christian............................TP 033
Rolando, Christian............................WP 192
Rolando, Christian............................WP 471
Rolfs, Zach ......................................MP 729
Rolland, Amber................................ThP 301
Rolland, Amber................................ThP 623
Roman, Christine..............................TP 650

Roman, Jessica.................................TP 747
Roman, William................................MP 023
Román, Jessica.................................TP 545
Romanelli, Anthony..........................MP 574
Romanelli, Anthony..........................TP 552
Romanelli, Anthony..........................WP 246
Romanova, Elena..............................MP 597
Romanova, Elena..............................TP 346
Romanova, Elena......................WOC am 09:50
Romão, Wanderson ..........................TP 263
Romelard, Audrey............................ThP 735
Romesberg, Randy ...........................WP 521
Romijn, Fred....................................TP 660
Römpp, Andreas .......................TOD am 09:10
Römpp, Andreas...............................TP 398
Rong, Weiwei..................................MP 350
Rontree, John ...................................TP 591
Roo, Soo ..................................MOC am 09:30
Rood, Benjamin................................ThP 327
Roome, Simon ..................................MP 386
Roome, Simon ..................................TP 775
Rooney, Michael...............................TP 763
Rooney, Michael...............................WP 077
Roose, Roberi...................................ThP 040
Root, Yuriko.....................................TP 038
Ropartz, David .................................WP 188
Roper, Brian.....................................TP 585
Rosa Campos, Alexandre..................ThP 271
Rosado Philippi, Julio......................MP 757
Rosales, Christian.....................MOG pm 02:30
Rosati, Jennifer.........................WOC pm 03:10
Rose, Bailey.............................MOE am 09:50
Rose, Bailey.............................ThOA am 08:50
Rose, Christopher.............................MP 418
Rose, Christopher.............................TP 708
Rose, Warren ...................................TP 038
Roselli, Eric.....................................TP 684
Rosen, Elias......................................MP 359
Rosenberger, George ........................ThP 626
Rosenblatt, Michael..........................MP 657
Rosenblatt, Michael..........................ThP 699
Rosenblatt, Mike..............................ThP 354
Rosenfeld, Cheryl............................ThP 511
Rosenzweig, Amy .....................MOC am 09:30
Rosenzweig, C..................................MP 692
Rosfjord,, Edward.............................MP 742
Rosinski, Jim....................................TP 780
Rosnack, Kenneth.............................MP 142
Rosnack, Kenneth.............................MP 183
Rosnack, Kenneth.............................TP 170
Rosnack, Kenneth.............................TP 515
Rosnack, Kenneth.............................WP 020
Rosnack, Kenneth.............................WP 144
Rosnack, Kenneth.............................WP 156
Rosnack, Kenneth.............................WP 277
Rosnack, Kenneth.............................WP 285
Rosnack, Kenneth.............................WP 532
Rosner, Inger....................................ThP 113
Ross, Alastair...................................ThP 196
Ross, Chris .......................................WP 036
Ross, Dylan...............................WOF pm 02:50
Ross, Euan........................................MP 142
Ross, Euan........................................MP 183
Ross, Euan........................................WP 277
Ross, Euan........................................WP 532
Ross, Robert.....................................ThP 592
Ross, Robert.....................................ThP 598
Ross, Robert.....................................WP 634
Rossell, David ...........................TOA am 09:10
Rossi, Gabriele.................................TP 773
Rossi, Mara......................................TP 606
Rossmassler, Karen..........................ThP 519
Röst, Hannes.............................ThOA am 08:30
Röst, Hannes.............................TOA pm 02:30
Röst, Hannes.............................WOH pm 02:30
Rosu, Frédéric ..........................MOF am 09:30
Rosu, Frédéric ..........................ThOB am 09:30
Roszkowska, Anna...........................ThP 491
Roszkowska, Anna...........................TP 121

Program code: M,T,W,Th = Day        O = Oral, P = Poster        Time or poster number


Rotello, Vincent ......................TOD am 09:50
Roth, Melissa ..........................WP 556
Röth, Daniel ............................ThP 539
Rothenberg, Daniel ..................TP 763
Rottmann, Lothar .....................ThP 168
Rouse, Jason ...........................MP 636
Rouse, Jason ...........................TOG am 09:30
Rouse, Jason ...........................TOG am 09:50
Rouse, Jason ...........................TP 008
Roush, Addison .......................WP 137
Roush, James ..........................WP 156
Rousseau, Kathleen ..................WP 581
Roussi, Fanny .........................WP 421
Roussis, Stilianos G. ...............WP 635
Rousu, Juho ...........................WP 408
Roux, Philippe P. ....................MP 029
Roux-Dalvai, Florence ...............TP 647
Rovin, Brad ...........................MP 762
Rowe, Christopher ....................MOE am 10:10
Röwer, Claudia .......................ThP 620
Rowland, Jennifer ....................TP 651
Rowland, Steven ......................MP 107
Rowland, Steven ......................MP 108
Rowland, Steven ......................MP 154
Rowland, Steven ......................MP 528
Rowland, Steven ......................ThP 253
Rowland, Steven ......................TOG pm 03:50
Rowles, Terri .........................WP 563
Roy, Harrison .........................ThOH pm 03:50
Roy, Rene ............................MP 663
Roy, Sushmita Mimi ...................ThP 704
Roy, Swapan ..........................WP 067
Roy-Lachapelle, Audrey ..............TP 178
Rozenski, Jef ........................WP 633
Rozsa, Jace ..........................MP 474
Rozsa, Jace ..........................TP 473
Ruan, Qian ...........................MP 085
Ruback, Matthew ......................TOA am 04:10
Rubakhin, Stanislav ..................MP 588
Rubakhin, Stanislav ..................MP 597
Rubakhin, Stanislav ..................TP 346
Rubakhin, Stanislav ..................TP 531
Ruben, Aaron .........................TP 452
Rubenstein, H. .......................MP 122
Rubio, Vanessa .......................ThP 027
Rubio, Vanessa .......................ThP 494
Rubio, Vanessa .......................ThP 504
Rubio, Vanessa .......................TP 558
Rubio, Vanessa .......................WP 004
Rudan, John ..........................ThP 007
Ruddy, Brian .........................ThP 507
Rudewicz, Patrick ....................ThP 456
Rudewicz, Patrick ....................TP 323
Rudewicz, Patrick ....................TP 367
Rudney, Joel .........................TP 435
Rudnick, Paul ........................ThOA pm 03:50
Rudolph, Heather .....................WP 597
Ruegsegger, Gregory ..................MOF pm 02:50
Ruether, Patrick .....................MOH pm 03:10
Ruether, Patrick .....................TP 034
Ruether, Patrick .....................WOC am 09:30
Rüger, Christopher ...................ThP 287
Rüger, Christopher ...................TOH pm 02:50
Rüger, Christopher ...................TOH pm 03:30
Rüger, Christopher ...................WP 024
Rüger, Christopher Paul ..............MOG pm 03:30
Ruhaak, L. ...........................TP 061
Ruhaak, Renee ........................TP 660
Rui, Liu .............................WP 215
Runtsch, Leander .....................MP 042
Ruotolo, Brandon .....................MOC am 10:10
Ruotolo, Brandon .....................MOD pm 04:10
Ruotolo, Brandon .....................ThP 109
Ruotolo, Brandon .....................ThP 277
Ruotolo, Brandon .....................ThP 293
Ruotolo, Brandon .....................ThP 305
Ruotolo, Brandon .....................ThP 319
Ruotolo, Brandon .....................TOF am 09:30
Ruotolo, Brandon .....................TP 506

Ruotolo, Brandon .....................TP 728
Ruotolo, Brandon .....................WOF am 09:10
Ruotolo, Brandon .....................WP 491
Rupp, Bernhard .......................WP 343
Rupp, Gabrielle ......................ThOE pm 03:50
Ruppert, Thomas ......................ThP 737
Ruprecht, Benjamin ...................WP 241
Ruscic, David ........................WP 571
Rusilowicz, Martin ...................MP 422
Russell, David .......................ThOF pm 02:50
Russell, David .......................ThP 292
Russell, David .......................TP 517
Russell, David .......................WP 450
Russell, David H. ....................MOF am 09:50
Russell, David H. ....................ThP 289
Russell, David H. ....................ThP 645
Russell, David H. ....................ThP 859
Russell, David H. ....................WP 486
Russell, Jason .......................MOE am 02:50
Russell, Zachary .....................WP 622
Russo, Cristina ......................MP 703
Rüther, Patrick ......................TP 025
Rutter, Jared ........................ThP 450
Rutter, Jared ........................TP 532
Ruzicka, Connie ......................ThP 294
Ruzicka, Connie ......................WOH am 08:30
Ruzicka, Connie ......................WP 692
Ryan, Daniel .........................MP 352
Ryan, Daniel .........................MP 353
Ryan, Daniel .........................TP 385
Ryan, Daniel .........................TP 653
Ryan Good, Charly ....................WP 708
Ryazanova, Lillia ....................TP 702
Rychnovsky, Scott ....................WP 148
Rydzak, Thomas .......................ThP 447
Rydzak, Thomas .......................ThP 469
Rydzak, Thomas .......................ThP 657
Rydzak, Thomas .......................WP 091
Rye, Peter ...........................ThP 606
Rykaer, Martin .......................TOG am 08:30
Rykl, Jana ...........................MP 099
Rynearson, Leah ......................MP 208
Ryu, Han Suk .........................MP 007
Ryu, Han Suk .........................TP 057
Ryu, Han Suk .........................WP 726
Ryu, So ..............................ThOB pm 02:30
Ryu, So ..............................MP 520
Ryumin, Pavel ........................MP 479
Ryumin, Pavel ........................TP 618
Ryumin, Pavel ........................TP 749
Ryumin, Pavel ........................WP 463
Ryzhov, Victor .......................MP 280
Ryzhov, Victor .......................MP 281
Ryzhov, Victor .......................MP 282
Ryzhov, Victor .......................WOG am 09:10
Sa, Michael ..........................MP 511
Sa'don, Nurul Atiqah .................ThP 195
Saba, Julian .........................WP 516
Saba, Julian .........................WP 517
Sabareesh, Varatharajan ..............ThP 714
Sabaretnam, Tharani ..................ThP 112
Sabido, Eduard .......................MP 388
Sabidó, Eduard .......................ThP 707
Sachs, Stephan .......................TP 099
Sachsenberg, Timo ....................MP 059
Sachsenberg, Timo ....................MP 694
Sachsenberg, Timo ....................ThOA pm 02:50
Sachsenberg, Timo ....................ThOD pm 03:30
Sacks, Gavin .........................ThP 165
Sacks, Gavin .........................ThP 193
Sacks, Gavin .........................ThP 200
Sadana, Probodh ......................MP 295
Sadecki, Patric ......................ThOE pm 04:10
Sadek, Monica ........................TOG am 09:10
Sadek, Monica ........................TP 603
Sadler, Amy ..........................WP 319
Sadler, Peter ........................TOC am 09:10
Sadler, Peter ........................TP 706
Sadygov, Rovshan .....................MP 295

Sadygov, Rovshan .....................WP 391
Saecker, Ruth ........................TOC am 08:30
Saeed, Mansoor .......................MP 285
Saeed, Mansoor .......................ThP 553
Saez, Enrique ........................ThOB pm 03:30
Sagawa, Hitoshi ......................WP 609
Sagawa, Takehito .....................ThP 010
Sage, Ashley .........................MP 360
Sagili, Ramesh .......................WP 309
Sahar, Mohammed ......................MP 669
Sahley, Tony .........................WP 690
sahota, Navneet ......................MP 468
Sahraeian, Taghi .....................MP 460
Saigusa, Daisuke .....................ThP 246
Saigusa, Daisuke .....................ThP 599
Saiki, Hidekazu ......................WP 030
Saiki, Hidekazu ......................WP 234
Sailani, Reza ........................MP 086
Sailer, Carolin ......................ThOE am 10:10
Sailer, Sabrina ......................MP 501
Sailer, Sabrina ......................MP 559
Saini, Gaurav ........................ThP 411
Saint-Marcoux, Franck ................TP 100
Saint-Marcoux, Franck ................WP 530
Saito, Kazuki ........................TP 380
Saito, Kazuki ........................WP 426
Saito, Mak ...........................MP 403
Saito, Mak ...........................MP 421
Saito, Mak ...........................TP 191
Saito, Mak ...........................TP 766
Saito, Mak ...........................TP 767
Sajjakulnukit, Peter .................WP 420
Sajjakulnukit, Peter .................WP 568
Sajulga, Ray .........................MOA pm 04:10
Sajulga, Ray .........................ThOA pm 03:30
Sajulga, Ray .........................TP 435
Sajulga, Ray .........................TP 438
Sakai, Mai ...........................ThP 727
Sakai, Takero ........................MP 257
Sakakura, Motoshi ....................ThP 010
Sakakura, Motoshi ....................ThP 038
Sakamoto, Shigeru ....................MP 635
Sakashita, Nanami ....................MP 580
Sakellakis, Minas ....................ThP 448
Sakoulas, George .....................TP 038
Sakson, Roman ........................ThP 737
Sakuma, Megumi .......................ThP 513
Sakurai, Keita .......................ThP 462
Salavert, Miguel .....................TP 654
Salcedo, Juli ........................ThP 398
Salek, Mogjib ........................MP 590
Salemi, Michelle .....................MP 407
Salemi, Michelle .....................TP 264
Sali, Andrej .........................WP 148
Salinas, Favio .......................WP 492
Salinas Soto, Favio ..................MP 396
Salivo, Simona .......................WP 368
Salmon, Alexander ....................MP 106
Salter, Donald .......................MP 707
Saltymakova, Diana ...................MP 487
Saltzman, Alexander ..................MP 404
Saltzman, Alexander ..................MP 420
Salunke, Dinakar .....................MP 704
Salunkhe, Ashok ......................MP 601
Salvador, Arnaud .....................TP 652
Salywon, Andrew ......................ThP 586
Salzet, Michel .......................ThP 032
Salzet, Michel .......................WOE pm 03:10
Salzet, Michel .......................MP 365
Samame, Renzo ........................MP 252
Samame, Renzo ........................ThP 338
Samandar, Ella .......................MP 026
Samanta, Suman .......................WP 268
Samarah, Laith .......................ThP 051
Samarah, Laith .......................WOG pm 02:50
Samaras, Patroklos ...................MOA pm 02:30
Samaras, Patroklos ...................MP 383
Samaras, Patroklos ...................TOA pm 02:50
Samaras, Patroklos ...................TP 654

Samaras, Patroklos..................WP 241
Samaras, Patroklos..................WP 398
Samavarchi-Tehrani, Payman ..ThOC pm 03:30
Sambles, Christine..................WP 604
Samodova, Diana ..................MOH pm 03:10
Samodova, Diana ..................TP 025
Samonig, Martin ..................ThP 136
Samonig, Martin ..................TP 533
Samori, Paolo ..................WP 490
Samra, Stephanie ..................WOG am 09:30
Samra, Stephanie ..................WP 218
Samsel, Alison ..................WP 109
Samson, Leona..................WP 630
Samson, Reuben ..................ThOC pm 03:30
Samulak, Billy ..................WP 132
San Andres, Jolce ..................ThP 184
San Antonio, Marisa ..................MP 208
Sana, Theodore ..................ThP 451
Sanchez, Dante ..................WP 321
Sanchez, Dante ..................WP 329
Sanchez, Enrique ..................TP 674
Sanchez, Ferran ..................TOC am 09:30
Sanchez, Ferran ..................WP 048
Sanchez, Laura ..................MP 684
Sanchez, Laura ..................ThOB pm 03:10
Sanchez, Victoria ..................MP 787
Sánchez-Jiménez, Ester ..................MP 774
Sanda, Miloslav ..................ThP 217
Sanders, Charles ..................ThP 277
Sanders, James ..................ThP 303
Sanders, James ..................WP 460
Sanders, Mark ..................TP 756
Sanders, Mark ..................WOG am 09:30
Sanderson, Patience ..................ThP 084
Sanderson, Patience ..................WP 193
Sandoval-Powers, Megan ..................ThP 572
Sandy, Andy ..................TP 245
Sang, Shengmin ..................WP 262
Sanig, Rachel ..................WP 025
Sans, Marta ..................ThOF am 09:50
Sans, Marta ..................WOE pm 02:30
Sans, Marta ..................WOG am 09:30
Sansom, Owen ..................TOF pm 03:50
Sansoucy, Maxime ..................ThP 669
Santa, Cátia ..................WP 608
Santambrogio, Laura ..................MP 698
Santana, Wanda ..................WP 725
Santana-Pereira, Alinne ..................WP 572
Santiago, Idana ..................TP 092
Santockyte, Rasa ..................TP 069
Santoro, Alyson ..................MP 421
Santos, Alberto ..................TP 099
Santos, Ines ..................ThP 609
Santos, Ines ..................ThP 628
Santos, Marcia ..................ThP 556
Santos Dias, Lucas ..................ThP 219
Sanz, Jaime ..................TP 654
Sanz, Miguel ..................TP 654
Sanz de la Torre, Pablo ..................WOB pm 04:10
Saotome, Natsuki ..................WP 765
Sap, Karen ..................MP 381
Sap, Karen ..................TP 643
Sappidi, Sreedhar Reddy ..................WP 189
Saraji-Bozorgzad, Mohammad ...TOH pm 02:50
Saraji-Bozorgzad, Mohammad ..................WP 155
Sarangarajan, Rangaprasad ..................MP 695
Sarangarajan, Rangaprasad ..................ThP 434
Saraswat, Suraj ..................WP 761
Sarbu, Mirela ..................ThP 624
Sarbu, Mirela ..................TP 055
Sarbu, Mirela ..................TP 127
Sardi, Pablo ..................TP 093
Sarkar, Depanjan ..................ThP 543
Sarkar, Depanjan ..................TP 064
Sarkar, Depanjan ..................TP 465
Sarkis, George ..................TP 041
Sarma, Saurav ..................ThP 511
Saro, Dorina ..................ThP 638
Sarracino, David ..................WP 224

Sarrafzadeh, Mehrnaz ..................WP 328
Sartain, Mark ..................MOE pm 03:50
Sartain, Mark ..................MP 013
Sartain, Mark ..................MP 505
Sartain, Mark ..................ThOA am 09:10
Sartain, Mark ..................ThP 398
Sartorelli, Maria ..................MOG am 09:50
Sarvepalli, Abinesh ..................WP 413
Sasaki, Kazunori ..................MP 609
Sasaki, Motoki ..................WP 257
Sasiene, Zachary ..................MP 229
Sasiene, Zachary ..................MP 235
Sasiene, Zachary ..................ThP 190
Sasiene, Zachary ..................WOB am 09:50
Sasiene, Zachary ..................WP 188
Sasmal, Anish ..................TP 154
Sassi, Mauro ..................TP 606
Sasuga, Junji ..................WP 501
Sato, Atsushi ..................WP 765
Sato, Hiroaki ..................MP 629
Sato, Hiroaki ..................MP 632
Sato, Hiroaki ..................MP 639
Sato, Hiroaki ..................ThP 008
Sato, Hiroaki ..................TP 145
Sato, Shumpei ..................TP 355
Sato, Tomohito ..................ThP 226
Satoh, Takaya ..................MP 629
Satoh, Takaya ..................WP 325
Satpathy, Shankha ..................TP 738
Saudemont, Philippe ..................ThP 032
Saudemont, Philippe ..................WOE pm 03:10
Sauer, Chris ..................MP 585
Saul, Richard ..................ThP 657
Saul, Thomas ..................TP 456
Saullo, Vincent ..................TP 326
Saunders, Jaci ..................TP 786
Saunders, Jaclyn ..................MP 403
Saunders, Jaclyn ..................MP 421
Saunders, Janet ..................WOB am 09:30
Saunders, Tommy ..................WP 478
Sausen, John ..................ThP 292
Sauter, Drew ..................WP 176
Sauvageau, Guy ..................MP 029
Sauvé, Sébastien ..................TP 178
Savas, Jeffrey ..................TP 659
Savas, Jeffrey ..................TP 669
Savas, Jeffrey ..................TP 697
Savas, Jeffrey ..................TP 701
Saveliev, Sergei ..................ThP 354
Saveliev, Sergei ..................TP 620
Savidge, Tor ..................MP 037
Savidge, Tor ..................MP 075
Saville, James ..................ThP 157
Savinov, Sergey ..................WP 713
Saviola, Anthony ..................MP 783
Savitski, Mikhail ..................ThP 703
Savitski, Mikhail ..................ThP 707
Savitski, Mikhail ..................WP 730
Savtchenk, Serguei ..................ThP 174
Sawant, Anandi ..................ThP 141
Sawant, Durvesh ..................MP 185
Sawant, Durvesh ..................TP 161
Sawires, Randa ..................ThP 060
Sawyer, Andrew ..................ThP 137
Sawyer, William ..................MOD pm 02:30
Sawyer, William ..................TP 585
Sawyer, William ..................MP 041
Saxena, Satya ..................MP 579
Saxena, Satya ..................WP 707
Saxena, Satya ..................ThP 719
Sayers, Rebekah ..................WP 255
Sayeski, Peter ..................TP 141
Scalf, Mark ..................ThP 215
Scalf, Mark ..................TP 718
Schaab, Christoph ..................TP 780
Schachel, Tilo ..................ThP 279
Schachner, Luis ..................MOC am 09:30
Schachner, Luis ..................MOH am 09:30
Schachner, Luis ..................ThP 248

Schachtele, Alexander ..................MP 181
Schachtman, Daniel ..................TP 221
Schad, Gesa ..................TP 221
Schaefer, Jacob ..................ThP 468
Schaff, Jason ..................MP 213
Schaffer, Leah ..................MP 773
Schaffer, Leah ..................TP 718
Schaffer, Richard ..................ThP 046
Schaffer, Richard ..................MP 392
Schäffer, Richard ..................ThP 031
Schäffer, Richard ..................ThP 532
Scharfenstein, Leslie ..................ThP 497
Schauer, Amanda ..................MP 067
Schauer, Kevin ..................MP 261
Schaumann, Annick ..................ThP 384
Scheeren, Simon ..................TP 511
Scheffler, Kai ..................ThP 136
Scheffner, Martin ..................MP 165
Scheibner, Olaf ..................TP 200
Schein, Peter ..................MP 584
Scheltema, Richard ..................ThOD pm 02:30
Scheltema, Richard ..................WP 141
Schenkel, Jr., John ..................MP 041
Schepmoes, Athena ..................MP 392
Schepmoes, Athena ..................ThP 113
Scherer, Philipp ..................MP 504
Schey, Kevin ..................ThP 661
Schey, Kevin ..................TP 385
Schibli, David ..................TP 758
Schiel, John ..................TP 004
Schieltz, David ..................MP 533
Schieltz, David ..................MP 679
Schiffler, Stefan ..................TP 409
Schihl, Sarah ..................ThP 137
Schildermans, Karin ..................TP 386
Schiller, James ..................TP 156
Schilling, Birgit ..................MOF pm 03:50
Schilling, Birgit ..................TP 104
Schilling, Birgit ..................ThP 681
Schimelfenig, Colby ..................ThP 273
Schimelfenig, Colby ..................ThP 296
Schimelfenig, Colby ..................WP 454
Schinazi, Raymond ..................MP 513
Schirmacher, Peter ..................WP 373
Schlatzer, Daniela ..................MP 724
Schlatzer, Daniela ..................ThP 772
Schlatzer, Daniela ..................TP 536
Schlatzer, Daniela M ..................MP 397
Schleich, Florence ..................TOB pm 03:50
Schleich, Florence ..................WOA pm 03:30
Schleicher, Rosemary ..................MP 499
Schlenk, Daniel ..................MP 114
Schlicht, Claus ..................TOD am 09:10
Schlosser, Hartmut ..................TP 689
Schlüter, Hartmut ..................TP 720
Schmid, Robin ..................TP 511
Schmid, Robin ..................WP 413
Schmid, Robin ..................WP 431
Schmidt, Amy ..................TOG am 09:50
Schmidt, Carla ..................ThOD pm 03:10
Schmidt, Charlie ..................MP 163
Schmidt, Janos ..................TP 393
Schmidt, Jennifer ..................ThP 109
Schmidt, Michaela ..................TP 248
Schmidt, Tobias ..................MOA pm 02:30
Schmidt, Tobias ..................MP 383
Schmidt, Tobias ..................ThOC am 09:10
Schmidt, Tobias ..................TP 272
Schmidt, Tobias ..................TOA pm 02:50
Schmidt, Tobias ..................WP 241
Schmidt, Tobias ..................WP 398
Schmidt, Tobias ..................WP 730
Schmit, Pierre-Olivier ..................ThP 220
Schmit, Pierre-Olivier ..................WP 701
Schmitz-Afonso, Isabelle ..................MP 475
Schmitz-Afonso, Isabelle ..................ThP 287
Schmitz-Afonso, Isabelle ..................ThP 384
Schnabel, Cameron ..................ThP 558
Schnapp, Andreas ..................ThP 423

Program code: M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number

# INDEX OF AUTHORS

Schnatbaum, Karsten ...................... MP 383
Schnatbaum, Karsten ......... ThOC am 09:10
Schnatbaum, Karsten ...................... WP 398
Schnaubelt, Michael ........................ ThP 264
Schneberger, David .......................... TP 190
Schneider, Birgit .............................. TP 248
Schneider, Bradley .......................... TP 487
Schneider, Bradley .......................... WP 437
Schnell, Danny ..................... ThOE pm 03:30
Schnelle, Amy ................................. ThP 124
Schnelle, Amy ................................. WP 518
Schnieder, Eric ............................... WP 703
Schock, Tracey ................................ MP 739
Schock, Tracey ................................ WP 563
Schoen, Alan ................................... MP 484
Schoenberg, Daniel .......................... WP 691
Schoener, Dale ................................ MP 653
Schoener, Dale ................................ ThP 150
Schoener, Dale ................................ WP 240
Schollenberger, Derrick ................... WP 775
Schollenberger, Derrick ................... WP 776
Schorle, Hubert ............................... MP 738
Schrader, Robert ............................. TP 488
Schreiber, Stuart ............................. WP 125
Schriefer, Kalyn ............................... ThP 451
Schriemer, David ............................. MP 309
Schriemer, David ............................. TP 671
Schriemer, David ............................. TP 685
Schriemer, David ............................. WP 136
Schroeder, Frank ............................. ThP 480
Schroeder, Mark .............................. WP 495
Schroeter, Elena ................... MOH pm 04:10
Schrump, David ............................... MP 705
Schubring, Dana .............................. MP 063
Schueler, Kathryn ................. MOE pm 02:50
Schug, Kevin ................................... MP 057
Schug, Kevin ................................... TP 664
Schug, Kevin ................................... WP 161
Schug, Kevin ................................... WP 459
Schug, Kevin ................................... WP 746
Schug, Kevin ................................... WP 766
Schuhmacher, Rainer ...................... MP 325
Schuhmann, Andrea ......................... ThP 707
Schuhmann, Kai ............................... MP 444
Schuhmann, Kai ............................... WP 546
Schülke, Jan-Philip .......................... TP 780
Schulman, Nicholas .............. TOA pm 03:30
Schulte, Kathleen ............................ TP 262
Schultz, Gary .................................. ThP 052
Schultz, Michael C. ............... WOA am 10:10
Schulz, Michael ............................... TP 233
Schumacher, Felix ........................... WP 658
Schumacher, Marina ........................ TP 248
Schumacher, Melanie ....................... TP 199
Schuman, Erin ................................. TP 571
Schury, Peter .................................. TP 462
Schuster, Heiko ............................... WP 731
Schuster, Robert ............................. WP 049
Schütze, Gregor .............................. MP 709
Schwab, Gerhild .............................. MP 687
Schwacke, Lori ................................ WP 563
Schwaiger-Haber, Michaela ............. ThP 482
Schwaiger-Haber, Michaela ............. WP 610
Schwamborn, Kristina ...................... WP 373
Schwämmle, Veit .................. ThOA am 02:30
Schwartz, Jae ................................. MP 484
Schwartz, Jae ................................. MP 491
Schwartz, Jae ................................. ThP 019
Schwarz, Jean-Marc ........................ WP 563
Schweichheimer, Claus ......... ThOE pm 02:50
Schweiger-Hufnagel, Ulrike .............. MP 569
Schweiger-Hufnagel, Ulrike .............. ThP 395
Schweiger-Hufnagel, Ulrike .............. ThP 432
Schweiger-Hufnagel, Ulrike .............. WP 427
Schweiger-Hufnagel, Ulrike .............. WP 558
Schweiger-Hufnagel, Ulrike .............. WP 562
Schweiger-Hufnagel, Ulrike .............. WP 618
Schweingruber, Hans ....................... MP 484
Schweitzer, Mary .................. MOH pm 04:10

Schwendeman, Anna ............. MOD pm 04:10
Schweppe, Devin ............................. MP 418
Schweppe, Devin ............................. MP 716
Schweppe, Devin ............................. WP 648
Scluto, Stephen ............................... MP 264
Scola, Kaitlyn .................................. WP 555
Scorilas, Andreas ............................ ThP 121
Scott, Alison ......................... MOE am 09:10
Scott, Alison ......................... ThOB pm 02:30
Scott, Danielle ...................... MOD am 09:10
Scott, Jared .................................... WP 272
Scott, Kristen .................................. MP 549
Scott, Liam ..................................... WP 152
Scrivens, James ............................... ThP 302
Scrivens, James ............................... TP 502
Scrivens, James ............................... WP 483
Scully, David ................................... MP 499
Sdelci, Sara .................................... WP 733
Seale, Brendon ................................ MP 305
Seale, Brendon ................................ TP 207
Seals, Sarah .................................... MP 332
Seaman, Callie ................................ ThP 172
Searfoss, Richard ............................. MP 695
Searle, Brian ................................... MP 387
Searle, Brian ................................... ThP 272
Searle, Brian ................................... ThP 706
Searle, Brian ................................... ThP 671
Searle, Brian ....................... WOH pm 03:50
Searle, Brian ................................... WP 395
Searle, Brian ................................... WP 404
Sebastian, Katherine ............. ThOF am 09:50
Seckler, Henrique ............................. MP 248
Seckler, Henrique ............................. MP 375
Secor, Stephen ................................ TP 631
Sedighian, Farzaneh ........................ ThP 537
Sedighian, Farzaneh ........................ ThP 728
Seefried, Florian .............................. WP 241
Seeholzer, Steven H. ........................ MP 710
Seeley, John .................................... TP 315
Seghal, Raghav ............................... ThP 502
Seghezzi, Wolfgang .......................... ThP 141
Seguin, Ryan ........................ ThOH am 10:10
Seguin, Ryan ........................ WOF pm 02:50
Segura, Pedro .................................. TP 211
Sehgal, Raghav ............................... MP 098
Sehgal, Raghav ............................... ThP 158
Sehgal, Raghav ............................... ThP 328
Sehgal, Raghav ............................... WP 578
Seifert, Jennifer ............................... ThP 440
Seisenberger, Christina .................... WP 045
Seitzer, Phillip ................................ WP 404
Sekera, Emily .................................. WP 597
Sekimoto, Kanako ............................ ThP 038
Sekiya, Sadanori .............................. ThP 409
Sekiya, Sadanori .............................. ThP 514
Sekiya, Sadanori .............................. ThP 516
Sekowski, Jennifer ........................... ThP 004
Sekridova, Alexandra ....................... ThP 610
Selenka, Jeffrey M. .......................... WP 757
Self, Randy ..................................... MP 193
Selimov, Renat ................................ TP 242
Selimov, Renat ................................ MP 295
Sellergren, Börje ............................. WP 104
Sellers, Katherine ............................ WP 090
Sellman, Bret .................................. ThP 437
Sellman, Bret ....................... WOF pm 03:50
Seluanov, Andrei ............................. MP 722
Seluanov, Andrei ............................. MP 741
Semba, Richard ............................... MP 683
Semeniuk, Heather .......................... ThP 447
Semmes, O. John ............................. MP 682
Semmes, O. John ............................. TP 129
Sen, K. Ilker .................................... MP 675
Sen, K. Ilker .................................... MP 787
Sen, K. Ilker .................................... TP 022
Senda, Naoto .................................. WP 638
Seneviratne, Akila ........................... MP 368
Seneviratne, Akila ........................... MP 369
Sengupta, Shantanu ........................ MP 548

Senior, Adam ................................... WP 159
Senior, Adam ................................... MP 528
Senior, Adam ................................... WP 787
Senko, Michael W. ........................... MP 328
Senko, Michael W. ................. TOC pm 03:10
Senko, Michael W. ................. WOH am 10:10
Senko, Mike .................................... TP 001
Senko, Mike .................................... TP 018
Senko, Mike .................................... TP 461
Senko, Mike .................................... WP 452
Senofonte, Marta ............................. MP 217
Seo, Jong Bok .................................. TP 405
Seo, Jong-Su ................................... MP 155
Seo, Nari ........................................ WP 015
Seo, Nari ........................................ MP 642
Seo, Nari ........................................ ThP 077
Seo, Yuri ......................................... ThP 655
Seo, Yu-Ri ....................................... TP 044
Seok, Ae Eun .................................. TP 244
Seok, Ae Eun .................................. WP 083
Seok, Ae Eun .................................. MP 089
Seok, Ae Eun .................................. WP 093
Soong, Scok Jin ............................... WP 495
Sepehr, Estalira ............................... ThP 153
Serang, Oliver ..................... TOA am 09:30
Serang, Oliver .................................. WP 393
Sergeeva, Victoria ............................ MP 591
Serino, Takeshi ................................ TP 298
Serpa, Jason ........................ ThOD pm 03:50
Serra, Blanca .................................. ThP 339
Serra, Blanca .................................. ThP 340
Serrano, Jose .................................. WP 778
Serrano, Lia .................................... MP 589
Serrano, Lia .................................... TP 763
Serrano, Solange ............................. TP 639
Servage, Kelly ...................... TOF pm 02:30
Servais, Laurence ............................ MP 701
Servos, Mark ................................... ThP 491
Sesterhenn, Isabell .......................... ThP 113
Setou, Mitsutoshi ............................ ThP 226
Setou, Mitsutoshi ............................ TP 355
Sevy, Eric ....................................... WP 453
Sevy, Eric ....................................... WP 462
Seyfried, Nicholas ........................... MP 012
Seyfried, Nicholas ........................... MP 022
Seyfried, Nicholas ........................... ThP 750
Seyfried, Nicholas ........................... MP 761
Seyfried, Nicholas ........................... ThP 119
Seyfried, Nicholas ........................... ThP 687
Seyfried, Nicholas ........................... ThP 736
Seyfried, Nicholas ........................... TP 576
Seyfried, Nicholas ........................... TP 778
Seyfried, Nicholas ........................... WP 092
Seyfried, Nicholas ........................... WP 646
Seyfried, Nicholas ........................... WP 677
Seymour, Craig ..................... MOB pm 03:10
Seymour, Sean ................................ MP 438
Seymour, Sean ................................ MP 538
Seymour, Sean ................................ TP 021
Sgroi, Dennis .................................. MP 708
Shabanowitz, Jeffrey ............. ThOG pm 03:10
Shabanowitz, Jeffrey ............. ThOH pm 02:30
Shabanowitz, Jeffrey ........................ TP 622
Shabanowitz, Jeffrey ........................ ThP 661
Shachar-Hill, Yair ................. ThOE pm 03:30
Shaffer, Scott ....................... MOH am 09:10
Shaffer, Scott ................................. ThP 108
Shaffer, Scott ................................. TP 402
Shah, Asad ...................................... MP 781
Shah, Dimple .................................. MP 183
Shah, Hardik ................................... TP 540
Shah, Punit ..................................... MP 695
Shah, Rohan .................................... MP 640
Shah, Samah ........................ MOF pm 03:50
Shah, Vinit ........................... WOD am 08:50
Shahbol, Edith ................................ WP 781
Shahinuzzaman, A d a ...................... ThP 369
Shain, Kenneth ................................ ThP 723
Shain, Kenneth ................................ WP 605



Shajahan, Asif..................................WP 339
Shalev-Benami, Moran........................ThP 605
Shambaugh, Joe...............................MP 429
Shambaugh, Joe...............................MP 659
Shambaugh, Joe...............................MP 670
Shambaugh, Joe................................TP 015
Shambaugh, Joe................................TP 589
Shan, Baozhen.................................MP 391
Shan, Baozhen.................................ThP 117
Shan, Baozhen..................................TP 139
Shan, Baozhen.................................WP 662
Shan, Guomin...................................TP 209
Shanafelt, Mikayla.............................ThP 651
Shaner, Jacob...................................TP 284
Shaner, Rebecca.......................MOB pm 03:10
Shaner, Rebecca................................WP 212
Shang, Bing........................MOE am 08:50
Shang, Bing.........................TOG pm 04:10
Shang, Dayue...................................MP 226
Shank, Elizabeth...............................ThP 576
Shanley, Toby...................................TP 462
Shanley, Toby...................................TP 464
Shanmugam, Avinash.........................WP 396
Shanmugam, Victoria..........................WP 372
Shannelk, Yasmin..............................WP 227
Shanta, Peter...................................MP 528
Shanta, Peter...................................ThP 253
Shao, Chen.....................................MP 755
Shapira, Anna.......................MOA am 08:50
Shapiro, John..................................MP 762
Shariat-Panahi, Ali.............................TP 685
Sharkawy, Nancy...............................TP 677
Sharma, Amar..................................ThP 332
Sharma, Kumar......................ThOF am 08:30
Sharma, Kumar..................................TP 388
Sharma, Seema..................................TP 166
Sharma, Seema..................................TP 238
Sharma, Seema..................................TP 741
Sharma, Seema..................................TP 758
Sharma, Seema......................WOG am 09:30
Sharma, Vagisha................................MP 430
Sharma, Vagisha................................MP 441
Sharma Shyam Sunder, Govind.............ThP 169
Sharon, Michal................................ThP 621
Sharp, Joshua..................................MP 034
Sharp, Joshua..................................MP 053
Sharp, Joshua..................................MP 661
Sharp, Joshua.................................ThP 064
Sharp, Joshua..................................TP 124
Sharp, Joshua..................................TP 727
Sharp, Joshua..................................TP 137
Sharp, Joshua.................................WP 139
Sharp, Joshua S...............................MP 666
Shaw, Barry....................................TP 024
Shaw, Jared........................MOD pm 03:50
Shaw, Jared.......................ThOE am 09:30
Shaw, Jared........................TOB am 09:10
Shaw, Jared....................................TP 731
Shaw, Jared........................WOG pm 02:50
Shaw, Jared....................................WP 042
Shaw, Jared...................................WP 435
Shaw, Karen...................................WP 749
Shaw, Michael.................................MP 349
Shaw, R. Antony...............................WP 570
Shaw, Timothy..................................TP 760
Shayhidin, Elnur...............................MP 040
Shcherbin, Egor....................ThOB pm 04:10
Shchugoreva, Irina..............................TP 040
Sheedy, Barbara...............................WP 778
Sheohan, Kathleen..............................WP 034
Sheen, David..................................ThP 473
Sheetlin, Sergey...............................MP 384
Sheetlin, Sergey................................TP 254
Sheflin, Amy...................................MP 619
Sheflin, Amy...................................ThP 509
Sheftic, Sarah..................................TP 627
Shelba, Naglaa.................................WP 331
Shells, Wayne...................................TP 462
Shells, Wayne...................................TP 464

Shelar, Ashutosh...............................TP 595
Shelar, Ashutosh...............................TP 746
Sheldon, Jessica..............................ThP 227
Shelley, Jacob.....................ThOH pm 03:30
Shelley, Jacob................................ThP 033
Shellie, Robert................................MP 101
Shellie, Robert................................TP 189
Shen, Amy.....................................WP 041
Shen, Huali...................................WP 654
Shen, Jianqiao.................................TP 020
Shen, Jianwei.................................ThP 133
Shen, Jiechen.................................WP 191
Shen, Jiewen...................................TP 285
Shen, Jiewen...................................TP 286
Shen, Jinlin...................................WP 110
Shen, Junqing.................................WP 242
Shen, Lanlan..................................ThP 732
Shen, Rong-Fong..............................TP 655
Shen, Shichen.................................MP 699
Shen, Shichen.................................ThP 740
Shen, Shichen..................................TP 705
Shen, Susan...................................WP 477
Shen, Tang-Long..............................ThP 378
Shen, Tong....................................TP 527
Shen, Welping................................ThP 638
Shen, Xiaojing................................MP 587
Shen, Xiaojing................................ThP 769
Shen, Xiaojing................................TP 551
Shen, Xiaojing................................WP 038
Shen, Xiaomeng...............................ThP 132
Shen, Xiaomeng...................WOD pm 02:50
Shen, Xinggui.................................ThP 683
Shen, Yue......................................TP 098
Shen, Yufeng......................WOC am 09:10
Sheng, Anran.................................ThP 074
Sheng, Ying..................................ThP 210
Shepherd, Adam...............................MP 403
Shepherd, Samantha..........................ThP 644
Sheppard, Cody...................MOB pm 03:10
Sheppard, Cody................................TP 106
Sheraz née Rabbani, Sadia...................MP 469
Sherman, David...............................ThP 109
Sherman, David...............................ThP 293
Sherrod, Stacy......................MOE am 09:50
Sherrod, Stacy....................ThOA am 08:50
Sherrod, Stacy................................ThP 446
Shetty, Ashok..................................TP 124
Shevchenko, Andrei..........................MP 444
Shevchenko, Andrej..........................ThP 632
Shevchenko, Andrej..........................ThP 757
Shevchenko, Andrej..........................WP 546
Shevchenko, Andrej..........................WP 560
Shevchenko, Anna............................ThP 707
Shevchuk, Olga.................................TP 758
Sheynkman, Gloria............................MP 412
Shi, Eric.......................................ThP 146
Shi, Fang.....................................WP 288
Shi, Jianghong................................MP 116
Shi, Jianxin....................................MP 610
Shi, Jinwen....................................ThP 578
Shi, Liuqing....................................MP 300
Shi, Liuqing...................................ThP 662
Shi, Rachel.........................MOD pm 03:30
Shi, Shundi....................................TP 662
Shi, Tujin....................................ThP 113
Shi, Tujin....................................ThP 289
Shi, Tujin.........................WOF am 10:10
Shi, Tujin....................................WP 097
Shi, Xiaojian..................................ThP 474
Shi, Xiaojian..................................TP 037
Shi, Xiaojian..................................TP 052
Shi, Xiaojian..................................TP 054
Shi, Xiaolei...................................WP 318
Shi, Xudong...................................MP 729
Shi, Xudong.......................ThOC am 09:00
Shi, Xudong...................................TP 373
Shi, Yatao.....................................WP 767
Shi, Yatao.........................ThOC am 08:50
Shi, Yatao.....................................TP 050

Shi, Yatao.....................................TP 373
Shi, Yatao.....................................WP 140
Shi, Yifan.....................................TP 680
Shi, Yuqi......................................MP 287
Shichi, Hideharu..............................TP 448
Shiea, Jentaie.................................ThP 035
Shiea, Jentaie.................................TP 345
Shiel, Jonelle..................................TP 315
Shields, Samuel....................MOG pm 02:30
Shields, Samuel...............................ThP 399
Shih, Chia-Lung.................ThOH am 09:10
Shih, Chia-Lung...............................TP 138
Shih, Hsi-Chang..............................WP 432
Shih, Mack....................................MP 760
Shih, Mack....................................MP 784
Shilatifard, Ali...............................ThP 697
Shim, Bobae...................................WP 726
Shima, Keisuke................................ThP 513
Shima, Keisuke................................ThP 516
Shima, Mikie..................................MP 178
Shima, Mikie...................................TP 239
Shimabukuro, Yuji............................ThP 400
Shimada, Takashi..............................WP 043
Shimamura, Yoshinori........................ThP 165
Shimelis, Olga.................................WP 522
Shimizu, Hiroshi..............................ThP 322
Shimizu, Koji..................................WP 030
Shimizu, Mie.................................ThP 727
Shimizu, Yoshihiro...........................MP 723
Shimizu, Yoshihiro...............TOF pm 03:10
Shimizu, Yoshihiro...........................WP 244
Shimizu, Yuki..................................TP 098
Shin, Dong Won...............................TP 258
Shin, Hee-sup.................................WP 196
Shin, Ho-Chul..................................TP 231
Shin, Ho-Chul................................WP 293
Shin, Junghoon...............................MP 696
Shin, Miji.....................................WP 083
Shin, Yongho..................................MP 206
Shin, Yongho..................................MP 227
Shinde, Amol.................................ThP 175
Shinholt, Deven...............................TP 461
Shinholt, Deven.................WOH am 10:10
Shintani, Inori................................ThP 238
Shiohama, Toru...............................WP 389
Shion, Henry.................................MP 672
Shion, Henry.................................ThP 678
Shion, Henry......................TOG am 09:30
Shion, Henry...................................TP 003
Shion, Henry...................................TP 505
Shion, Henry...................................TP 600
Shiota, Teruhisa...............................ThP 010
Shiota, Teruhisa...............................ThP 038
Shioyama, Shohei.............................WP 632
Shipkova, Petia...............................ThP 457
Shipkova, Petia...............................ThP 073
Shipkova, Petia....................WOD pm 03:10
Shirai, Narumi................................WP 219
Shiratake, Katsuhiro..........................MP 609
Shirkhan, Hamid..............................MP 147
Shirkhani, Raha...............................TP 172
Shirley, Turner...............................ThP 574
Shirshin, Evgeny..................WOE am 09:50
Shirzadeh, Mehdi.............................ThP 289
Shirzadeh, Mehdi.............................ThP 645
Shishkova, Evgenia.............MOA pm 03:50
Shivalin, Andrey..............................MP 346
Shively, John..................................WP 557
Shoaib, Muhammad...........................ThP 549
Shoemaker, Anna.............................MP 700
Shoff, Elisa........................WOF pm 03:30
Shofman, Semyon..............................TP 463
Shofstahl, Jim.................................MP 438
Shokri, Hossein...............................ThP 308
Shokri, Hossein...............................ThP 320
Shomo, Ron....................................TP 306
Shomo, Ron....................................WP 176
Shon, Hyun....................................TP 076


Shon, Judy ............................................WP 344
Shorrosh, Hanan ..................................ThP 440
Short, R. .................................................TP 483
Shortreed, Michael ..............................MP 412
Shortreed, Michael ..............................MP 773
Shortreed, Michael ..............................TP 215
Shortreed, Michael ..............................TP 718
Shortt, Raquel .....................................WP 143
Shou, Wilson ........................................WP 254
Shousha, Sami ....................................WP 375
Showalter, Julie ..................................ThP 754
Showalter, Megan ...............................MP 511
Shrestha, Bindesh ...............................TP 402
Shrestha, Him ......................................MP 612
Shrestha, Jamir ...................................TP 284
Shrestha, Jamir ...................................TP 285
Shriver, Craig .......................................MP 752
Shriver, Craig ..........................TOF pm 04:10
Shriver, Craig .......................................WP 097
Shteynberg, David ...............................WP 400
Shu, Fang .............................................WP 019
Shufelt, Chrisandra ..............................WP 224
Shuford, Christopher ...........................MP 712
Shukurov, Rakhim .................................TP 614
Shulaev, Vladimir ................................MP 507
Shulaev, Vladimir ................................MP 748
Shulaev, Vladimir ................................ThP 510
Shulgach, Jonathan .............................TP 471
Shulman, Nicholas ...............................MP 387
Shulman, Nicholas ...............................MP 431
Shurkhay, Vsevolod .............................MP 523
Shurkhay, Vsevolod ...............WOE pm 03:50
Shurmer, Bryn ......................................WP 300
Shutin, Denis ..........................TOC am 10:10
Shvartsburg, Alexandre ..........ThOF pm 03:50
Shvartsburg, Alexandre ......................ThP 315
Shvartsburg, Alexandre ...........WOC am 08:50
Shvartsburg, Alexandre ......................WP 650
Shyong, Bao-Jen ..................................MP 648
Sibbick, Jem .........................................TP 068
Sica, Vincent ........................................WP 260
Sickmann, Albert ..................................TP 758
Sidda, John ..........................................WP 604
Siddiqui, Jalal ..........................ThOA am 09:50
Sideris, Nikko .......................................MP 280
Sidhu, Sachdev .....................................TP 341
Sidhu, Stan ..........................................TP 110
Sidoli, Simone ......................................MP 163
Sidoli, Simone ......................................MP 164
Sidoli, Simone ......................................MP 174
Sidoli, Simone ........................ThOC pm 02:50
Sidoli, Simone ........................TOA pm 03:50
Sidoli, Simone .........................TOD pm 03:30
Sidoli, Simone ......................................TP 649
Siegel, Donald ......................................TP 253
Siegel, Marshall M. .............................WP 405
Siegel, Peter .........................................MP 551
Sievert, Julie ........................................MP 624
Sikora, Jacek ........................................MP 779
Sikora, Jacek ...........................ThOC am 10:10
Sikora, Jacek .......................................ThP 116
Sikora, Jacek ...........................TOC pm 02:30
Sikora, Jacek ...........................WOC am 08:30
Sikora, Kristen .........................TOD am 09:50
Sikora, Nicole ......................................ThP 198
Sikorski, Pawel .....................................ThP 590
Silbern, Ivan .........................................TP 634
Silcock, Patrick ....................................ThP 196
Siliakus, Kasper ...................................TP 061
Silinski , Melanie .................................WP 752
Silva, Oleg ...........................................MP 284
Silva, Bianca ........................................MP 132
Silva, Débora ........................................TP 639
Silva, Erica ..........................................WP 084
Silva, Jeffrey ........................................ThP 410
Silva, Manori .......................................MP 026
Silva, Ricardo .........................ThOA am 09:50
Silveira, Joshua ...................................MP 676
Silveira, Joshua ...................................ThP 052

Silveira, Joshua ...................................TP 624
Silverdale, Monty .................................TP 064
Silverdale, Monty .................................TP 465
Silvescu, Cristina .................................ThP 231
Silvescu, Cristina .................................TP 200
Sizel, Jacob ..........................................WP 644
Sim, Weiying ........................................WP 214
Simek, Matej ........................................WP 750
Simini, Michael ....................................MP 150
Simmonds, Anna ..................................WP 486
Simmons, Doug .....................................TP 618
Simon, Daniel .......................................ThP 046
Simon, Johanna ....................................MP 547
Simon, Stéphanie .....................MOB pm 03:50
Simon, Stéphanie .................................TP 095
Simon, Yamil ........................................TP 277
Simone Nicolardi, Simone ...................WP 658
Simonian, Margaret .............................WP 119
Simón-Manso, Yamil ...............WOA am 09:30
Simón-manso, Yamil ...........................WP 424
Simonoff, Stacey ..................................WP 313
Simons, Brigitte ......................MOA am 10:10
Sims-Lucas, Sunder .............................ThP 681
Sinclair, Eleanor ...................................ThP 648
Sinclair, Eleanor ...................................TP 064
Sinclair, Eleanor ...................................TP 465
Sinclair, John .......................................JP 719
Sinclair, Nicholas .................................ThP 359
Sinclair, Nicholas .................................TP 758
Sinclair, Nicholas ....................WOD am 04:10
Sindelar, Miriam ..................................ThP 468
Sindelar, Miriam ...................................ThP 482
Sindelar, Miriam ...................................WP 610
Singer, Heinz ...........................MOG am 08:50
Singh, Abhishek ...................................MP 704
Singh, Akanksha ..................................MP 548
Singh, Akanksha ..................................ThP 280
Singh, Akanksha ..................................MP 538
Singh, Akanksha ..................................MP 268
Singh, Gurjeet ......................................MP 366
Singh, Harpreet ....................................WP 329
Singh, Jasjot ........................................WP 709
Singh, Jay ................................WOA am 09:50
Singh, Kanwaljit .....................MOH am 09:10
Singh, Kapil ..........................................ThP 442
Singh, Kritarth .....................................WP 099
Singh, Mandeep ...................................WP 627
Singh, Nalin .........................................WP 489
Singh, Niryendra ..................................ThP 092
Singh, Praveen .....................................MP 548
Singh, Rajesh .......................................WP 099
Singh, Randolph .....................TOE am 09:30
Singh, Ravinder ....................................TP 122
Singh, Sunil ..........................................MP 185
Singh, Sunil ..........................................TP 161
Singh, Taranjyot ..................................ThP 158
Singh, Taranjyot ..................................WP 099
Singh, Varoon .........................MOG am 09:30
Singh, Varoon .......................................MP 455
Singhal, Deepak .....................ThOA pm 03:50
Singhal, Kratika ...................................MP 745
Singhal, Kratika ...................................MP 746
Singhal, Kratika ...................................ThP 743
Sinha, Ankit .........................................MP 682
Sinues, Pablo .......................................ThP 442
Sipe, Sarah ...........................................ThP 303
Sipe, Sarah ...............................TOB am 09:50
Sipe, Sarah ...........................................WP 460
Siql, Liu ................................................TP 428
Sisco, Edward ..........................MOB pm 02:30
Sisco, Edward .......................................TP 246
Sisco, Edward ..........................WOG pm 03:50
Sisley, Emma ........................................MP 768
Sitanggang, Poppy ..............................WP 291
Sitaswuan, Pongkwan ..........................TP 544
Sitinova, Gabriela ...................TOB am 08:30
Siu, Chi Kit ..........................................MP 241
Siu, Chi Kit ..........................................MP 242
Siu, Chi Kit ..........................................MP 246

Siuzdak, Gary .........................MOA pm 02:50
Siuzdak, Gary .........................ThOB pm 03:30
Siuzdak, Gary .......................................TP 567
Sivapatham, Renuka ............................ThP 104
Sjögren, Jonathan ................................WP 334
Sjögren, Jonathan ................................TP 655
Skaar, Eric. ..............................MOE am 09:30
Skaar, Eric. ...........................................ThP 227
Skaar, Eric. ...........................................TP 653
Skaar, Eric. ...........................................WP 376
Skaggs, Christine ...................ThOF am 09:30
Skilton, St. John ...................................MP 415
Skinner, Steve .......................................ThP 146
Skizim, Nicholas ..................................WP 639
Skjærvø, Øystein ..................................MP 465
Sklorz, Martin ..........................MOG pm 03:30
Skochko, Alexander .............................ThP 623
Skoraczynski, Grzegorz .......................MP 379
Skoraczyński, Grzegorz ..........TOA am 09:50
Skudas, Romas ......................................TP 612
Skumatz, Christine ...............................ThP 106
Skylaris, Chris ......................................MP 285
Slavov, Nikolai .....................................ThP 722
Sleczka, Bogdan ......................WOD pm 03:10
Sleger, Taryn .........................................WP 090
Sleman, Ahmed A. ...............................MP 572
Sleno, Lekha .........................................MP 090
Sleno, Lekha .........................................MP 124
Sleno, Lekha ........................................ThP 669
Sleno, Lekha ........................................TP 086
Sleno, Lekha ........................................WP 619
Slick, Rebecca ......................................TP 704
Slivacka, Marika ..................................TP 335
Smart, Lisa ...........................................TP 773
Smejkalova, Daniela .............................WP 187
Smietanski, Miroslaw ..........................ThP 590
Smilowitz, Jennifer ..............................WP 588
Smirnov, Aleksandr ..............................WP 431
Smirnov, Igor P. ...................................ThP 610
Smit, Nico .............................................TP 660
Smith, Alan ..........................................TP 262
Smith, Alan ..........................................TP 431
Smith, Alastair .....................................WP 487
Smith, Anne Marie ...............................ThP 348
Smith, Barry .........................................WP 026
Smith, Christopher ...............................MP 429
Smith, Clara .........................................MP 511
Smith, Clive ............................MOG pm 02:50
Smith, Daryl .........................................WP 319
Smith, David .........................................TP 348
Smith, Donald .......................................MP 154
Smith, Donald .......................................MP 344
Smith, Donald .........................TOE am 09:50
Smith, Donald .........................TOG pm 03:50
Smith, Donald .......................................TP 143
Smith, Emily .........................................MP 470
Smith, Eric ...........................................ThP 743
Smith, Eric ...........................................TP 056
Smith, Graham .....................................MP 741
Smith, Jacquelynn ...............................TP 008
Smith, Jeffrey .......................................ThP 399
Smith, Jeffrey C. ......................MOG pm 02:30
Smith, Jeremy .......................................WP 529
Smith, Jeremy .......................................WP 784
Smith, Joshua .........................ThOH am 09:50
Smith, Judith ........................................TP 050
Smith, Kenneth .....................................TP 685
Smith, Kenneth ....................................ThP 733
Smith, Kenneth .....................................MP 037
Smith, Kerri ..........................................WP 613
Smith, Kevin .........................................TP 580
Smith, Lloyd .........................................MP 412
Smith, Lloyd .........................................WP 729
Smith, Lloyd .........................................MP 773
Smith, Lloyd .........................................ThP 215
Smith, Lloyd .........................................TP 718
Smith, Lynn ..........................................TP 024
Smith, Melissa ......................................TP 580
Smith, Michael .....................................ThP 698

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number



# INDEX OF AUTHORS

Smith, Montana ................................ MP 467
Smith, Montana ................................ WP 622
Smith, Natasha ................................ MP 350
Smith, Natasha ................................. TP 364
Smith, Peter .................................... TP 189
Smith, Philip .................................. WP 615
Smith, Rebecca ................................. TP 013
Smith, Richard .................... MOF am 08:30
Smith, Richard ................................ MP 423
Smith, Richard .................... ThOG am 08:50
Smith, Richard ................................ ThP 113
Smith, Richard ................................ ThP 247
Smith, Richard ................................ ThP 273
Smith, Richard ................................ ThP 296
Smith, Richard ................................ ThP 701
Smith, Richard .................................. TP 667
Smith, Richard ................... WOF am 10:10
Smith, Richard ................................ WP 042
Smith, Richard ................................ WP 180
Smith, Richard ................................ WP 454
Smith, Richard ................................ WP 457
Smith, Rob ......................... TOA am 08:50
Smith, Robert ................................. MP 360
Smith, Robert ................................. MP 411
Smith, Robert ................................ WP 186
Smith, Robert ................................ WP 380
Smith, Sara ....................... MOF pm 03:10
Smith, Sean .................................... TP 136
Smith, Suzanne ............................... ThP 748
Smith, Suzanne ............................... WP 743
Smith, Tom .................................... TP 418
Smithgall, Thomas ............................ TP 332
Smola, Abigail ............................... ThP 055
Smolinski, Sharon ........................... WP 152
Smolka, Marcus ............................... MP 040
Smolov, Maxim ................................. TP 614
Smukowski, Samuel ........................... TP 697
Smukowski, Samuel ........................... TP 701
Smyth, Susan ................................. MP 115
Sn, Jujimon .................................. MP 775
Sn, Jujimon .................................. WP 649
Snarrenberg, Shana .......................... WP 068
Snel, Marten ................................. ThP 228
Snider, Elise ................................ MP 011
Snider, Elise ................................. TP 089
Snider, Frances ............................... TP 671
Sniderman, Allan ............................. MP 024
Sniegowski, Tyler ........................... ThP 769
Snovida, Sergei .............................. MP 601
Snovida, Sergei .............................. TP 664
Snovida, Sergei .............................. TP 059
Snovida, Sergei .............................. WP 516
Snovida, Sergei .............................. WP 517
Snovida, Sergei .............................. WP 742
Snovida, Sergei .............................. WP 744
Snyder, Brenda ............................... TP 186
Snyder, Dalton ............................... MP 232
Snyder, Dalton ............................... MP 477
Snyder, Dalton ............................... MP 488
Snyder, Dalton ............................... ThP 753
Snyder, John L. .............................. MP 782
Snyder, Michael ................... MOE pm 02:30
Snyder, Michael .............................. ThP 103
Snyder, Michael .............................. ThP 111
Snyder, Michael ............................... TP 426
Snyder, Michael ............................... TP 439
Snyder, Michael ............................... TP 546
Snyder, Michael .............................. WP 086
Snyder, Michael .............................. WP 402
Snyder, Michael .............................. WP 598
Snyder, Michael .............................. WP 739
Snyder, Michael .............................. TP 686
Snyder, Nathaniel ............................ MP 552
Snyder, Nathaniel ................. WOA am 09:50
Snyder, Nolan ................................ WP 487
Snyder, Rae Ana ............................... TP 107
Snyder, Savannah .............................. TP 497
So, Yat Ming ................................. MP 089
Soares, Renata ............................... ThP 459

Sobota, Radoslaw ............................ ThP 625
Sobott, Frank ................................ MP 377
Sobott, Frank ................................ ThP 316
Sobott, Frank ................................ ThP 640
Sobott, Frank ................................ MP 383
Sobreira, Tiago .............................. MP 510
Sobreira, Tiago .............................. MP 517
Sobreira, Tiago .............................. ThP 634
Sobus, Jon ......................... TOE am 09:10
Soderling, Scott ............................. WP 092
Soest, Remco ................................. WP 681
Soga, Tomoyoshi .............................. ThP 291
Soherwardy, Amenah .......................... WP 067
Sohn, Areum .................................. MP 435
Sohn, Ki Young ............................... ThP 144
Sojo, Luis ................................... ThP 742
Sokol, Ewa ................................... WP 116
Sokolowska, Milena .......................... ThP 743
Solano, Maria ................................ MP 048
Solano, Maria ................................ ThP 128
Solano, Maria ................................. TP 134
Solano, Maria ................................ ThP 138
Solano-Iturri, Jon Danel .................... WP 071
Soldani, Cristiana ........................... WP 234
Solé, Amanda ................................. ThP 707
Soliven, Arianne ............................. ThP 333
Sollec, Morgan ............................... ThP 105
Solntsev, Stefan ............................. MP 412
Solouki, Touradj ............................. MP 427
Solouki, Touradj ............................. ThP 045
Solouki, Touradj ............................. ThP 124
Solouki, Touradj ............................. ThP 413
Solouki, Touradj ............................. TP 146
Solouki, Touradj ............................. TP 147
Solouki, Touradj ............................. TP 154
Solouki, Touradj ............................. TP 157
Solouki, Touradj ............................. TP 415
Solouki, Touradj ............................. WP 433
Solouki, Touradj ............................. WP 488
Solouki, Touradj ............................. WP 518
Solovyeva, Elizaveta ........................ ThP 712
Soltis, Anthony .................... MOH am 09:50
Soltwisch, Jens ................... MOD am 08:30
Soltwisch, Jens ................... MOG pm 04:10
Soltwisch, Jens .............................. TP 363
Soma, Kiran .................................. ThP 766
Soma, Paul ................................... WP 200
Soma, Paul ................................... ThP 756
Somani, Sundeep .............................. ThP 638
Sommer, Ulf .................................. WP 565
Sommer, Ulf .................................. WP 575
Somogyi, Arpad ............................... WP 499
Son, Hye ..................................... TP 076
Son, Minsoo .................................. ThP 364
Son, Minsoo .................................. TP 115
Song, Benben ................................. TP 740
Song, Chi .................................... ThP 329
Song, Hailong ................................ TP 125
Song, Hanjiao ................................ TP 094
Song, Jong Hee ............................... WP 135
Song, Jong Hee ............................... WP 712
Song, Kerry .................................. ThP 003
Song, Kerry .................................. ThP 016
Song, Kerry .................................. WP 023
Song, Kerry .................................. WP 023
Song, Lijiang ................................ WP 604
Song, Linxia ................................. WP 005
Song, Qingyu ................................. MP 492
Song, Sang Hoon .............................. MP 686
Song, Wei .................................... WP 327
Song, Woo-Young .............................. ThP 744
Song, Yang ................................... ThP 630
Song, Yang Stella ............................ TP 017
Song, Yeong Wook ............................. TP 070
Song, Yingjie ................................ ThP 113
Song, Yixin .................................. MP 474
Song, Yixin .................................. TP 473
Song, Yuanyuan ............................... WP 567
Song, Yue .................................... MP 610

Sonkar, Kanchan .............................. ThP 250
Sonnette, Alex ............................... TP 454
Sontag, Ryan ..................... ThOF am 08:30
Sontag, Ryan ................................. TP 667
Sorensen, Dylan .............................. MP 415
Sorensen, Dylan ................... ThOD am 09:10
Sorokin, Anatoly ............................. MP 333
Sorokin, Anatoly ............................. MP 523
Sorokin, Anatoly .................. WOE pm 03:50
Sorvina, Alexandra ........................... ThP 228
Sosic, Alice ...................... TOF am 09:50
Sosic, Alice ...................... TOH am 09:10
Sosic, Zoran ................................. MP 665
Sosic, Zoran ................................. WP 040
Sosienski, Theresa ........................... WP 276
Sosnowski, Tori .............................. TP 045
Soto Quintana, Carla ......................... TP 032
Souster, Kim ................................. WP 300
Souter, Jodi ................................. TP 522
Southard, Adrian ............................. TP 443
Southworth, Daniel ........................... WP 711
Souza, Amanda ................................ MP 570
Souza, Amanda ................................ ThP 500
Souza, Amanda ................................ TP 533
Soye, Benjamin ............................... TP 461
Spalding, Jonathan ........................... ThP 482
Spalding, Jonathan ........................... ThP 512
Spangler, Glenn .............................. ThP 300
Spanier, Britta .............................. WP 730
Sparkman, O. ................................. TP 302
Sparkman, O. David ........................... TP 151
Sparovero, Louis ............................. MP 535
Sparvero, L.j. ............................... TP 391
Sparvero, Louis ................... TOD am 09:30
Spear, Emily ................................. MP 120
Specht, Harrison ............................ ThP 722
Specker, Jonathan ................ MOD am 08:50
Spector, Arthur .............................. MP 553
Speicher, David .............................. MP 502
Speicher, David .............................. MP 526
Speller, Camilla ................... MOH pm 03:50
Spellman, Daniel ............................. MP 648
Spellman, Daniel ............................. WP 248
Spellman, Daniel ............................. WP 688
Spencer, Daniel .............................. MP 246
Spencer, Sandi ............................... WP 118
Spencer, Simon .................... TOA am 09:10
Spengler, Bernhard ........................... ThP 239
Spengler, Bernhard ........................... ThP 240
Spengler, Bernhard ................ TOD am 08:30
Sperline, Roger .................. MOG am 09:50
Sperline, Roger .............................. MP 485
Sperling, Michael ............................ ThP 279
Sperling, Michael ............................ ThP 629
Sperry, Justin .................... TOG am 09:50
Spicer, Vic .................................. MP 587
Spicer, Vic .................................. WP 515
Spicer, Vic .................................. WP 516
Spicer, Vic .................................. WP 517
Spiciarich, David ................. MOH am 08:50
Spiegel, Brennan ................. ThOF am 10:10
Spiegel, Brennan ............................. WP 224
Spiegel, Michael ............................. TP 146
Spiegel, Michael ............................. TP 147
Spiegel, Michael ............................. TP 154
Spilling, Christopher ........................ TP 279
Spires, Thomas ............................... TP 073
Spivey, Eric ................................. MP 352
Spivey, Eric ................................. MP 363
Spivia, Weston ............................... WP 126
Splitstone, Ryan ............................. WP 590
Spotbeen, Xander ............................ ThP 228
Spraggins, Jeffrey ................ MOD am 10:10
Spraggins, Jeffrey ................ MOE am 09:30
Spraggins, Jeffrey ........................... MP 352
Spraggins, Jeffrey ........................... MP 353
Spraggins, Jeffrey ........................... MP 355
Spraggins, Jeffrey ........................... ThP 227
Spraggins, Jeffrey ........................... ThP 426

Program code: M,T,W,Th = Day      O = Oral, P = Poster      Time or poster number



Spraggins, Jeffrey ...................TP 381
Spraggins, Jeffrey ...................TP 408
Spraggins, Jeffrey ...................TP 653
Spraggins, Jeffrey ...................WP 376
Springer, Timothy ...........TOF am 08:50
Spruce, Lynn ..........................MP 710
Spruill, Laura .................MOD am 09:10
Spruill, Laura .........................WP 377
Sprunck, Stefanie ..........ThOE pm 02:50
Sprung, Robert ........................TP 091
Sreenivasan, Uma ....................MP 019
Sridar, Janani .........................TP 763
Srikumar, Neha ..............MOD pm 02:30
Srikumar, Neha .......................TP 585
Srikumar, Neha .......................WP 041
Sripad, K. ..............................TP 194
Srivastava, Kinshuk ..................ThP 109
Srivastava, Kinshuk ..................ThP 293
Srivastava, Shiv ......................TP 113
Srivastava, Shiv ......................WP 097
Srivastava, Sudhir ...................ThP 113
Srzentić, Kristina ....................MP 676
Srzentić, Kristina ....................TP 635
Srzentić, Kristina ............TOC pm 02:30
Srzentić, Kristina ............TOC pm 03:10
Srzentić, Kristina ....................TP 018
Srzentić, Kristina ....................TP 624
St. John, Zachary .....................MP 477
Staats, Sau Lan .......................ThP 013
Staccini, Riccardo ...................ThP 704
Stacey, Gary ..................ThOE pm 03:10
Stacey, Gary ..................WOG pm 02:50
Stadlmann, Johannes ..................ThP 729
Stadlmann, Johannes ..........TOG pm 03:10
Stadlmann, Johannes ..................WP 133
Stadlmeier, Michael ..................MP 042
Stafford, George ..........WOH pm 02:50
Stagliano, Michael ....................TP 111
Stagliano, Michael ....................TP 182
Stähli, Alexandra .....................MP 687
Stahl-Zeng, Jianru ....................MP 176
Stahl-Zeng, Jianru ....................WP 255
Stairs, Aaron ..........................WP 116
Stalport, Fabien ............MOG am 10:10
Stamm, Christian .............MOG am 08:50
Standke, Shawna ......................TP 495
Stanfill, Bryan ........................MP 624
Stanfill, Bryan ........................TP 437
Stanfill, Bryan ........................WP 622
Stanley, Scott .........................TP 090
Stanley, Scott .........................WP 172
Stanton, Richard ......................TP 656
Stapels, Martha .......................MP 641
Staples, Gregory ......................WP 512
Stapleton, Donald ...........MOE pm 02:50
Stapleton, Heather ....................MP 121
Stappert, Florian .....................ThP 297
Stappert, Florian .....................ThP 299
Stappert, Florian .....................TP 293
Stappert, Florian .....................TP 521
Starace, Anne .........................MP 107
Stark, Benjamin .......................MP 411
Stark, Ken .............................MP 495
Stark, Ken .............................MP 541
Stark, Ken .............................ThP 394
Starling, Afton .......................ThP 458
Starodubtseva, Natalia ...............MP 591
Startek, Michal .......................MP 379
Startek, Michal .......................MP 377
Startek, Michal ...............TOA am 09:50
Startek, Michal .......................WP 401
Staskova, Lada ........................MP 101
Stauber, Jonathan ............TOF pm 03:30
Stauber, Jonathan .....................TP 377
Stauber, Jonathan .....................TP 410
Stauber, Jonathan .....................TP 411
Stauber, Jonathan .....................TP 412
Stauber, Jonathan .....................TP 413
Stauffer, Angela ......................TP 083

Stauffer, Melanie .....................WP 775
Stauffer, Melanie .....................WP 776
Stawicki, Todd ........................WP 513
Staymates, Matthew ...........MOB pm 02:30
Staymates, Matthew ...........WOG pm 03:50
Stead, Sara ...................WOG pm 02:30
Stead, Sara ...........................WP 020
Stearns, Stan .........................WP 475
Stecenko, Arlene ......................WP 014
Steed, Chad ...........................MP 339
Steed, Chad ...........................MP 341
Steele, Andrew ........................MP 691
Steenge, Benjamin .....................ThP 145
Stefanius, Karolina ...........TOF pm 02:30
Stefanuto, Pierre-Hugues ......TOB pm 03:50
Stefanuto, Pierre-Hugues ......WOA pm 03:30
Stegmaier, Philip .....................TP 425
Steigenberger, Barbara ......ThOD pm 02:30
Steimling, Justin .....................TP 082
Steimling, Justin .....................WP 171
Stein, Stephen ........................MP 310
Stein, Stephen ........................MP 382
Stein, Stephen ........................MP 384
Stein, Stephen ........................MP 393
Stein, Stephen ........................MP 559
Stein, Stephen ...............ThOC am 09:30
Stein, Stephen ........................ThP 184
Stein, Stephen ........................TP 254
Stein, Stephen ........................TP 407
stein, Stephen ........................TP 407
Stein, Stephen ...............WOA am 09:30
Stein, Stephen ...............WOA pm 03:50
Stein, Stephen ........................WP 307
Stein, Stephen ........................WP 311
Stein, Stephen ........................WP 416
Stein, Stephen ........................WP 422
Stein, Stephen ........................WP 424
Steinberg, Lindsey ....................MP 286
Steinberg, Lindsey ....................WP 134
Steiner, Frank ........................ThP 136
Steinhorst, Klaus .....................TP 409
Steinike, Sue .........................TP 082
Steinike, Susan .......................WP 171
Stellick, Claire .......................WP 272
Stelmack, Ashley ......................MP 223
Stelmack, Ashley ..............WOC pm 03:30
Stemmer, Kerstin ......................TP 099
Stemmer, Paul .........................MP 586
Stemmer, Paul .........................ThP 179
Stemmer, Paul .........................ThP 736
Stenerson, Katherine ..................WP 522
Stengel, Florian ......................MP 165
Stengel, Florian .............ThOE am 10:10
Stenzler, Jan .........................TP 221
Stepanova, Anna .......................MP 617
Stephan, Alicia .......................MP 747
Stephenson, Jamira ....................TP 266
Stepler, Kaitlyn ......................TP 772
Stern, Gary ...........................MP 487
Stern, Jennifer .......................TP 483
Stern, Lawrence .......................MP 698
Stern, Lawrence .......................ThP 108
Stevanović, Stefan ....................MP 694
Stevanović, Stefan ....................WP 731
Steven, Rory ..........................MP 336
Steven, Rory ..........................MP 349
Steven, Rory .................TOF pm 03:50
Stevens, Doug .........................MP 142
Stevens, Doug .........................TP 170
Stevens, Jan ..........................ThP 323
Stevens, Jan ..........................ThP 571
Stevens, Jan ..........................TP 534
Stevens, Jan ..........................WP 594
Stevens, Rebecca ......................WP 156
Stevenson, Brian ......................MP 596
Stevenson, Tanner .....................WP 170
Stevenson, Tesla ............TOF am 08:30
Stewart, Hamish ..............WOH pm 04:10
St-Gelais, Alexis ............MOA am 10:10
St-Germain, Jonathan ..................WP 710

Stickney, Morgan ......................WP 193
Stidson, Gary .........................ThP 020
Stiles, Ashlee ........................MP 027
Stilley, Becky ........................TP 456
Stintzi, Alain ........................ThP 524
Stiving, Alyssa .......................MP 250
Stiving, Alyssa ...............TOB am 09:30
Stocks, Bradley .......................ThP 652
Stockwell, Brent ......................MP 514
Stockwell, Brent ............ThOC pm 03:10
Stockwell, Sally ......................ThP 720
Stoehr, Gabrielle .....................WP 730
Stoeppler, Jochen .....................WP 301
Stokes, Matthew .......................MP 372
Stokes, Matthew .......................ThP 630
Stokes, Matthew .......................MP 648
Stokes, Matthew .......................MP 662
Stokes, Matthew .......................WP 720
Stokes, Yvonne ........................MP 450
Stolpman, Drew ........................TP 157
Stoltzfus, Anna .......................ThP 013
Stonehouse, Rob .......................TP 522
Stoner, Brian .........................MP 485
Stopfer, Lauren .......................TP 579
Stopka, Sylwia ........................MP 449
Stopka, Sylwia .............ThOE pm 03:10
Stopka, Sylwia ........................ThP 001
Stopka, Sylwia ........................ThP 548
Stopka, Sylwia ..............WOG pm 02:50
Storck, Veronika ......................ThP 105
Storey, Aaron .........................ThP 741
Stornetta, Alessia ....................WP 630
Storozhilova, Veronika ................MP 523
Stow, Sarah ...........................MP 005
Stow, Sarah ..................ThOA am 09:10
Stow, Sarah ...........................ThP 398
Stowell, Michael ...........TOD pm 04:10
Stoyanova, Tanya ......................TP 695
Stoychev, Sloyan ......................MP 602
Stratton, Kelly .......................MP 077
Stratton, Kelly .......................ThP 247
Stratton, Kelly .......................TP 437
Stratton, Kelly .......................WP 407
Stratton, Tim .........................MP 433
Stratton, Tim .........................MP 667
Stratton, Tim .........................MP 625
Strauss, Franz ........................MP 687
Stravs, Michael ..............MOG am 08:50
Strefford, Jonathan ...................MP 691
Streit, Bennett .......................TP 334
Stripp, Alexandra .....................WP 660
Stroble, Carol ........................WP 588
Strohmidel, Philipp ...................ThP 279
Strop, Pavel ..........................WP 064
Stroustrup, Annemarie .................MP 120
Struk, Daniel .........................TP 446
Strupat, Kerstin ............WOH pm 04:10
Strupat, Kerstin ......................WP 436
Strupat, Kerstin ......................WP 438
Strutzenberg, Tim .....................ThP 331
Strynar, Mark ...............TOE am 09:30
Strzelecka, Dominika ..................ThP 590
Stuart, Lachlan ............ThOA am 09:30
Stuart, Scott .........................TP 771
Stubbert, Lauren ......................ThP 166
Stuff, Jack ...........................MP 118
Stuff, John ...........................MP 538
Stump, Curtis .........................TP 279
Stumpo, Kate ..........................TP 406
Stumpo, Kate ..........................WP 186
Stutts, Whitney .......................TP 394
Stützer, Alexandra ..........ThOA pm 02:50
Stutzman, John ........................MP 633
Stutzman, John ........................ThP 029
Styczynski, Mark ......................WP 612
Styles, Iain ..........................MP 768
Styles, Iain ..........................ThP 115
Styles, Iain ..........................ThP 525
Styles, Iain ..........................WP 486

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number



Su, Benzhe..............................ThP 460
Su, Chiu-Hun...........................ThP 165
Su, Da-Shung...........................ThP 304
Su, Huaqi (Kate).......................MOE am 08:30
Su, Mingming...........................TP 419
Su, Pei................................MP 489
Su, Pei................................WP 458
Su, Pin-Rui............................ThP 522
Su, Wei Lun............................TP 220
Su, Wei Lun............................TP 222
Su, Wei-Lun............................TP 075
Su, Wei-Lun............................TP 218
Su, Xiaoyang...........................ThP 329
Su, Yan Ru.............................MP 749
Su, Yang...............................TOF am 08:50
Su, Yuanqiang..........................WP 699
Suarez, Catalina.......................WP 253
Suarez, Cynthia........................TP 340
Subramaniam, Shankar...................TP 567
Subramaniyan, Indhumathy...............ThP 243
Suchindran, Sunil......................TOA pm 04:10
Suchy, James...........................ThP 137
Suckau, Detlev.........................MP 675
Suckau, Detlev.........................ThP 601
Suckau, Detlev.........................TOC pm 04:10
Suckau, Detlev.........................TP 337
Suckau, Detlev.........................WP 338
Suckau, Detlev.........................WP 492
Suckau, Detlev.........................WP 683
Suddhapas, Kantaphon...................ThP 561
Suessmair, Martina.....................ThP 360
Suetering, Juergen.....................MP 348
Suetering, Juergen.....................TP 375
Suetering, Juergen.....................TP 392
Sugahara, Otoe.........................ThP 130
Suganya, Arunan........................MP 626
Sugg, Sonia............................WP 120
Sugimoto, Hiroshi......................WP 061
Sugiura, Yuki..........................ThP 237
Sugiyama, Masuyuki.....................MP 473
Sugiyama, Naoyuki......................MP 408
Sugiyama, Naoyuki......................ThP 713
Sugiyama, Naoyuki......................TP 518
Sugiyama, Naoyuki......................TP 629
Sugiyama, Ryosuke......................WP 426
Suh, Chris.............................TP 372
Sui, Xinyi.............................ThP 756
Sui, Xinyi.............................TP 750
Sukhova, Tatyana.......................WP 295
Sukumar, Harikrishnan..................ThP 042
Sukumar, Harikrishnan..................MP 321
Sukumar, Harikrishnan..................WP 329
Šulc, Petr.............................WP 750
Sulek, Karolina........................WP 562
Suliburk, James........................TP 110
Suliburk, James........................TP 112
Suliburk, James........................WOE pm 02:30
Suliburk, James........................WP 226
Sulivan, Barbara.......................WP 678
Sullivan, Anthony......................ThP 345
Sullivan, David........................MP 507
Sullivan, Leah.........................WP 501
Sullivan, Mark.........................WP 578
Sulzer, Philipp........................TP 486
Sulzer, Philipp........................WP 461
Summerfield, Jennifer..................ThP 146
Summers, Scott.........................MP 534
Sumner, Barbara........................TP 553
Sumner, Lloyd..........................ThP 464
Sumner, Lloyd..........................TP 511
Sumner, Lloyd..........................TP 553
Sumner, Lloyd..........................WP 423
Sumner, Lloyd..........................WP 495
Sun, Bingyun...........................MP 744
Sun, Chun-Ye...........................ThP 762
Sun, Congliang.........................WP 640
Sun, Difei.............................WP 231
Sun, Duxin.............................TP 374

Sun, Fangxu............................ThP 206
Sun, Fangxu............................ThP 207
Sun, Fangxu............................ThP 675
Sun, Grace.............................MP 714
Sun, Haidan............................MP 755
Sun, Jie...............................TP 352
Sun, Jinlan............................MP 292
Sun, Lei...............................MP 721
Sun, Li................................TP 241
Sun, Liang.............................MP 002
Sun, Liangliang........................MP 373
Sun, Liangliang........................MP 587
Sun, Liangliang........................MP 769
Sun, Liangliang........................ThP 551
Sun, Liangliang........................TOC pm 03:30
Sun, Liangliang........................WP 308
Sun, Liangliang........................WP 381
Sun, Long..............................WP 282
Sun, Long..............................WP 290
Sun, Mai...............................MP 400
Sun, Mai...............................ThP 370
Sun, Mei...............................ThP 488
Sun, Mei...............................WOA pm 02:50
Sun, Patricia..........................MP 125
Sun, Rachel............................ThP 765
Sun, Rui...............................TP 117
Sun, Rui...............................TP 681
Sun, Ruixiang..........................TP 730
Sun, Rui-Xiang.........................WP 426
Sun, Shisheng..........................WP 191
Sun, Wei...............................MP 755
Sun, Weiping...........................MP 392
Sun, Wenjian...........................MOF am 08:50
Sun, Wenjian...........................ThP 035
Sun, Xiaofei...........................ThP 257
Sun, Xiaofei...........................TP 401
Sun, Yi-Chen...........................TP 075
Sun, Yi-Chen...........................TP 218
Sun, Yi-Chen...........................TP 222
Sun, Yi-Chen...........................WP 592
Sun, Zhe...............................ThP 757
Sun, Zhi...............................MP 439
Sun, Zhi...............................WP 400
Suna, Andris...........................ThP 013
Sung, Changmin.........................MP 009
Sung, Mei-Chen.........................WP 064
Sung, Ting-Yi..........................ThP 086
Sung, Wang-Chou........................TP 319
Supekar, Nitin.........................WP 339
Supuran, Claudiu.......................ThP 618
Surapureddi, Sri Rama Krishna..........WP 189
Surmann, Kristin.......................ThP 361
Suryawanshi, Nitish....................MP 185
Suryawanshi, Nitish....................TP 161
Sussman, Michael.......................MP 615
Sussman, Michael.......................ThP 221
Sussman, Michael.......................ThP 698
Sussman, Michael.......................WP 146
Sussulini, Alessandra..................TP 556
Sutar, Purushottam.....................TP 595
Sutar, Purushottam.....................TP 746
Suttapitugsakul, Suttipong.............ThP 206
Suttapitugsakul, Suttipong.............ThP 207
Suttapitugsakul, Suttipong.............ThP 675
Sutton, Jennifer.......................MP 676
Suwiton, Suwiton.......................ThP 191
Suzuki, Amon...........................WP 766
Suzuki, Koji...........................WP 765
Suzuki, Makoto.........................WP 609
Suzuki, Narihiro.......................WP 257
Suzuki, Shigeru........................WP 255
Svitorka Hartlova, Anetla..............TP 759
Swaminathan, Suchitra..................ThOC am 10:10
Swaney, Danielle.......................ThP 271
Swann, Jonathan........................WP 602
Swanson, Dina..........................TP 249
Swanson, Kelly.........................ThP 511
Swanson, Kenneth.......................WP 212

Sweedler, Jonathan.....................MP 588
Sweedler, Jonathan.....................MP 597
Sweedler, Jonathan.....................ThP 604
Sweedler, Jonathan.....................TP 346
Sweedler, Jonathan.....................TP 531
Sweedler, Jonathan.....................WOC am 09:50
Sweeney, Daniel........................MP 157
Sweet, Robert..........................MP 756
Sweet-Cordero, Alejandro...............TP 779
Swensen, Adam..........................ThOG am 08:50
Sweredoski, Michael....................ThP 098
Sweredoski, Michael....................ThP 121
Sweredoski, Michael J..................MP 171
Swiderski, Piotr.......................WP 625
Swift, Christopher.....................ThP 762
Swindlehurst, Eric.....................TP 473
Swiner, Devin..........................TP 491
Swinnen, Johannes......................ThP 228
Switzer, Teresa........................TP 166
Sworin, Michael........................MOB pm 04:10
Swovick, Kyle..........................MP 722
Syedaa, Tauqeerunnisa..................MP 032
Syka, John.............................ThOG pm 03:10
Syka, John E. P........................MP 676
Syka, John E. P........................TOC am 10:10
Syka, John E. P........................TOC pm 03:10
Syka, John E. P........................TP 524
Syka, John E. P........................TP 661
Sykes, Craig...........................MP 067
Sylvester, Marc........................MP 584
Symmonds, Nick.........................MP 403
Syue, Pai-Chi..........................MP 279
Syue, Pai-Chi..........................TP 120
Szabo, Lajos...........................WP 676
Szabo, Milan...........................ThP 532
Szabo, Zoltan..........................WP 182
Szalwinski, Lucas......................MP 477
Szalwinski, Lucas......................TP 753
Szapacs, Matthew.......................ThP 326
Szczesniewski, Andre...................MP 158
Szesny, Matthias.......................ThP 395
Szesny, Matthias.......................ThP 432
Szlag, David...........................MP 128
Szoko, Nicholas........................MP 724
Szopa, Cyril...........................MOG am 09:10
Szpunar, Joanna........................TP 478
Szpunar, Joanna........................TP 493
Szpyt, John............................TP 434
Szultka-Młyńska, Małgorzata............MP 588
Szumski, Michal........................ThP 030
Szykula, Katarzyna.....................WOA pm 03:10
Tabang, Dylan Nicholas.................WP 643
Tabang, Dylan Nicholas.................WP 656
Tabata, Tsuyoshi.......................MP 408
Tabet, Jean-Claude.....................MP 245
Tabet, Jean-Claude.....................MP 251
Tabor, David...........................TP 437
Tabor, Girma...........................MP 604
Tadi, Surendar.........................TP 727
Taghioskoui, Mazdak....................MP 171
Taguchi, Katsutoshi....................ThP 232
Tagvoryan, Annie.......................ThP 710
Tahir, Muhammad........................ThP 102
Tahir, Muhammad........................ThP 739
Tailor, Dhanir.........................TP 695
Takahashi, Hidenori....................MP 247
Takahashi, Hidenori....................ThP 400
Takahashi, Masatomo....................MP 087
Takahashi, Masatomo....................ThP 462
Takahashi, Mikiko......................WP 426
Takahashi, Nanase......................WP 543
Takahashi, Ncbuhiro....................ThP 605
Takahashi, Yoriko......................MP 413
Takakura, Masato.......................TP 313
Takanami, Yuichiro.....................MP 349
Takats, Zoltan.........................MP 349
Takats, Zoltan.........................ThP 007
Takats, Zoltan.........................ThP 032

Program code: M,T,W,Th = Day        O = Oral, P = Poster        Time or poster number

# INDEX OF AUTHORS



Takats, Zoltan .................................ThP 046
Takats, Zoltan .................................ThP 256
Takats, Zoltan .................................ThP 459
Takats, Zoltan .................................ThP 532
Takats, Zoltan .................................TOF pm 03:50
Takats, Zoltan .................................TP 350
Takats, Zoltan .................................WOE pm 02:50
Takats, Zoltan .................................WOE pm 03:10
Takats, Zoltan .................................WOG am 08:30
Takats, Zoltan .................................WP 210
Takats, Zoltan .................................WP 375
Takats, Zoltan .................................WP 392
Takats, Zoltan .................................MOE pm 04:10
Takatsuka, Sayaka ..........................TP 458
Takayama, Mitsuo ...........................ThP 038
Takechi, Ryo ...................................MP 257
Takeda, Ririko .................................ThP 226
Takei, Chikako ................................MP 228
Takei, Chikako ................................MP 632
Takei, Chikako ................................ThP 008
Takei, Chikako ................................TP 145
Takei, Chikako ................................TP 219
Takei, Shiro ....................................TP 390
Takemori, Yusuke ............................WP 257
Takenaka, Hiroki .............................WP 501
Takeshita, Ryan ..............................MP 563
Takeuchi, Aya .................................ThP 039
Taki, Moeko ....................................MP 609
Takigawa, Yoshizumi .......................TP 298
Takimoto, Miu .................................MP 457
Taktak, Sonia ..................................TOG am 09:50
Talamantes, Tatjana ........................ThP 500
Talebi, Mohammad ..........................TP 162
Talmazan, Radu ..............................WP 565
Talukdar, Narayan ...........................WP 268
Talwar, Thomas ...............................MP 320
Tam, Siu Chung Toby .......................WP 102
Tamara, Sem ...................................MP 776
Tamura, Hirolo ................................ThP 516
Tan, Dan .........................................MP 426
Tan, Gavin ......................................WP 620
Tan, Halyan .....................................TP 551
Tan, Halyan .....................................TP 688
Tan, Hui ..........................................MP 514
Tan, Lin ...........................................ThP 472
Tan, Minjia ......................................WOD pm 09:30
Tan, Minjia ......................................WP 504
Tan, Peng ........................................WP 326
Tan, Yifan ........................................MP 721
Tan, Zhijing .....................................MP 008
Tan, Zhijing .....................................MP 586
Tan, Zhijing .....................................TP 048
Tan, Zhijing .....................................TP 065
Tan, Zhijing .....................................WP 736
Tanaka, Hiroshi ...............................WP 440
Tanaka, Kenichiro ............................WP 459
Tanaka, Kenichiro ............................MP 746
Tanaka, Koichi .................................MP 247
Tanaka, Koichi .................................ThP 400
Tanaka, Koichi .................................ThP 409
Tanaka, Koichi .................................ThP 514
Tanaka, Koichi .................................TP 448
Tanaka, Kouki ..................................TP 313
Tanaka, Masaki ...............................ThP 232
Tanaka, Misa ...................................MP 082
Tanaka, Misa ...................................MP 083
Tanaka, Nami ..................................ThP 232
Tanaka, Seiya ..................................ThP 203
Tandy, Jesiska .................................MP 314
Taneda, Katsuyuki ...........................MP 364
Tang, Chenxiao ................................WP 096
Tang, Chuanning ..............................ThP 749
Tang, Fei .........................................WP 600
Tang, Haiping ..................................MOC am 08:50
Tang, Haixu .....................................MP 389
Tang, Haixu .....................................TOA am 10:10
Tang, Haixu .....................................TP 438
Tang, Haixu .....................................WP 340
Tang, Haixu .....................................WP 399
Tang, Hsin-Yao .................................MP 502
Tang, Hua ........................................TP 439
Tang, Hua ........................................TP 686
Tang, Hua ........................................WP 402
Tang, Jason X. .................................TP 006
Tang, Kai .........................................MP 448
Tang, Keqi .......................................MP 152
Tang, Minghua .................................MOC pm 03:50
Tang, Nga ........................................TP 585
Tang, Selina .....................................ThP 546
Tang, Wai Kit ...................................MP 246
Tang, Weiping ..................................WP 656
Tang, Wilfred ...................................WP 057
Tang, Wilfred ...................................WP 300
Tang, Wilfred ...................................TP 617
Tang, Wilfred ...................................WP 058
Tang, Wilfred ...................................WP 639
Tang, Xiangfang ...............................ThP 679
Tang, Xiangfang ...............................TP 555
Tang, Xingbin ..................................MP 478
Tang, Xuehui ...................................MP 081
Tang, Yang ......................................ThP 068
Tang, Yang ......................................WOB am 10:10
Tang, Yang ......................................WP 202
Tang, Yao ........................................WP 262
Tang, Yuanyuan ...............................MP 151
Tani, Fumitaka .................................ThP 727
Tanigawa, Tetsuo .............................WP 767
Taninata, Hiroshi ..............................ThP 017
Tanna, Nikunj ..................................WP 753
Tanna, Sangeeta ..............................MP 221
Tannenbaum, Steven ........................ThP 496
Tannenbaum, Steven ........................TP 041
Tanner, Ralph ..................................WP 728
Tao, Lei ...........................................TP 241
Tao, Nannan ....................................TP 373
Tao, Sijia .........................................MP 513
Tao, W. Andy ...................................WP 078
Tao, Weiguo .....................................ThP 705
Tao, Weiguo .....................................WP 085
Tao, Weiguo .....................................WP 120
Tao, Yi ............................................TP 094
Tao, Yi ............................................TP 593
Tao, Yi ............................................WP 108
Tao, Yi ............................................WP 699
Taoka, Masato .................................MP 605
Tapper, Mark ...................................WP 778
Tarasov, Artem ................................ThOA am 09:30
Tarasova, Irina .................................ThP 712
Tarney, Christopher ..........................MOH am 09:50
Tarney, Christopher ..........................TOF pm 04:10
Tarolli, Jay ......................................ThP 261
Tartiere, Aude ..................................MP 429
Tartiere, Aude ..................................MP 669
Tartiere, Aude ..................................MP 670
Tartiere, Aude ..................................TP 015
Tartiere, Aude ..................................TP 589
Tasaki, Hinano .................................ThP 727
Tascon, Marcos ...............................TP 121
Tascon, Marcos ...............................WP 211
Tashiro, Akira ..................................TP 359
Tassiopoulos, Katherine ..................TP 536
Tate, Stephen ..................................ThP 107
Tate, Stephen ..................................ThP 490
Tate, Stephen ..................................TP 673
Tate, Stephen A. ..............................ThP 269
Tate, Stephen A. ..............................ThP 270
Tatlay, Jaspaul .................................TP 053
Tatli, Ozge .......................................TP 342
Tatosian, Irena .................................MP 272
Tatosian, Irena .................................TP 280
Tatosian, Irena .................................TP 281
Tatosian, Irena .................................TP 282
Taubenberger, Jeffery ......................WP 216
Taubert, Anja ...................................TOD am 08:30
Taurozzi, Alberto ..............................TP 034
Tautenhahn, Ralf .............................MP 570
Tautenhahn, Ralf .............................TP 533
Tautenhahn, Ralf .............................WP 634
Tavangari, Simin ..............................MP 663
Tavernier, Vincent ...........................ThP 735
Tavernini, Katherina .........................ThP 729
Taylor, Adam ...................................MP 336
Taylor, Adam ...................................ThP 057
Taylor, Adam ...................................TOF pm 03:50
Taylor, Adrian ..................................WP 775
Taylor, Adrian ..................................WP 776
Taylor, Alan T. .................................TP 475
Taylor, Alison ..................................ThP 093
Taylor, Alison ..................................WP 134
Taylor, Brandie ................................MP 077
Taylor, Colette .................................MP 470
Taylor, Gillian ..................................ThP 302
Taylor, gillian ...................................TP 035
Taylor, Gillian ..................................TP 502
Taylor, Gillian ..................................WP 483
Taylor, Kristin ..................................TP 069
Taylor, Nick .....................................ThP 417
Taylor, Paul .....................................TP 020
Taylor, Paul .....................................WP 046
Taylor, Raegyn .................................TP 168
Taylor, Robert ..................................TP 122
Taylor, Stephen ...............................TP 024
Tchetvertakov, Dmitrii ......................MP 310
Tchetvertakov, Dmitrii ......................MP 384
Tchetvertakov, Dmitrii ......................MP 393
Tchetvertakov, Dmitrii ......................TP 254
Tchetvertakov, Dmitrii ......................TP 307
Tchetvertakov, Dmitrii ......................WP 422
Tchernyshyov, Irina ..........................WP 224
Tchu, Simone ..................................MP 007
Tebani, Abdellah ..............................MP 475
Techen, Natascha ............................ThP 182
Tecklenburg, Ron .............................MP 633
Tecklenburg, Ron .............................MP 638
Tee, Shiau Hang ..............................ThP 091
Teehan, Katie-Jo .............................MP 159
Teehan, Katie-Jo .............................WP 528
Teehan, Katie-Jo .............................WP 787
Teh Hui Boon, Fiona .........................ThP 195
Tehranirokh, Masoomeh ...................ThP 562
Tehranirokh, Masoomeh ...................ThP 189
Teljeiro, Raquel ...............................WP 633
Teixeira, Filipa .................................WP 711
Telling, Neil .....................................TOC am 09:10
Tello, Nathalia ..................................WP 566
Telu, Kelly ........................................WOA am 09:30
Telu, Kelly ........................................WOA pm 03:50
Temelkuran, Burak ...........................WOE pm 02:50
Temenoff, Johnna ...........................ThP 416
Temenoff, Johnna ...........................WP 014
Tena, Jennyfer .................................WP 080
Teng, Quincy ...................................ThP 508
Teng, Xiaodong ...............................TP 117
Teng, Xiaodong ...............................TP 681
Tenório, Jorge ..................................TP 675
Tenzer, Stefan .................................MP 377
Tenzer, Stefan .................................MP 428
Tenzer, Stefan .................................TP 692
Teo, Guo Ci .....................................MP 405
Teo, Guo Ci .....................................MP 437
Teo, Guo-Ci .....................................MP 402
Teo, Guo-Ci .....................................MP 416
Teo, Katy .........................................WP 707
Terada, Hidetoshi ............................ThP 560
Terada, Megumi ...............................MP 367
Teraiya, Milan ..................................WP 738
Teramoto, Kanae .............................TP 514
Termopoli, Veronica .........................ThP 553
Termopoli, Veronica .........................TP 482
Terrell, Evan ....................................MP 110
Terry, Richard ..................................ThP 157
Teshima, Hiro ..................................ThP 477
Tesler, Larry ....................................MP 265
Teubl, Jennifer .................................TP 253

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number



Texter, Matt ..............................................ThP 430
Texter, Matthew ........................................MP 711
Tfally, Malak ..............................................MP 467
Thakar, Mihir .............................................WP 052
Thakkar, Santosh .......................................TP 647
Thakur, Prit ...............................................WP 637
Thakur, Satyendra ......................................MP 185
Thakur, Satyendra ......................................TP 161
Thalassinos, Konstantinos ..........................MP 049
Thambisetty, Madhav ..................................TP 778
Thangudu, Ratna ........................ThOA pm 03:50
Thapa, Surakshya .......................................MP 578
Thastrup, Maria .........................TOD pm 03:10
Thatipamula, Rajendra Prasad .....ThP 142
Thaxton, Colby ...........................................MP 024
Thayer, Mai ................................TOH am 08:50
The, Matthew ..............................................MP 363
Theisen, Alina ...........................ThOH pm 02:50
Theisen, Alina ............................................ThP 094
Theodoridis, Georgios .................................TP 557
Theret, Louis ..............................................MP 029
Thevis, Mario .............................WOC pm 04:10
Thibault, François .......................................MP 018
Thibault, Pierre ..........................................MP 029
Thibault, Pierre ..........................................MP 079
Thibault, Pierre ..........................WOF am 08:30
Thibeau, Max .............................................WP 393
Thibert, Valérie ..........................................WP 218
Thibodeaux, Stefan ....................................MP 463
Thibodeaux, Stefan ....................................WP 237
Thiel, Marcel ..............................................MP 759
Thier, Gregory ...........................................MP 318
Thier, Gregory ...........................................ThP 058
Thin, Tin Htwe ...........................WOE pm 04:10
Thinius, Marco ...........................................TP 296
Thinius, Marco ...........................................WP 434
Thirkell, Laurent .........................................WP 493
Thirukumaran, Milaan .................................MP 455
Thiyagalingam, Jeyan .................................TP 420
Thoben, Christian .......................................ThP 298
Thoeing, Christian ......................WOH pm 04:10
Thomas, Andrew .........................................TP 553
Thomas, Ankur ...........................................WP 077
Thomas, Brian .............................................TP 024
Thomas, Diane ...........................................ThP 452
Thomas, George .........................................ThP 716
Thomas, Henrik ..........................................ThP 707
Thomas, James ...........................................TP 200
Thomas, Julie .............................................ThP 528
Thomas, Julie .............................................ThP 538
Thomas, Justina .........................................ThP 156
Thomas, Madison ........................................MP 214
Thomas, Madison ........................................TP 247
Thomas, Mary .............................TOA am 09:10
Thomas, Paul ..............................MOH am 09:30
Thomas, Paul ..............................................MP 375
Thomas, Paul ..............................................MP 779
Thomas, Paul ..............................................MP 780
Thomas, Paul ..............................ThOC am 10:10
Thomas, Paul ..............................................TP 116
Thomas, Paul ..............................TOC pm 02:30
Thomas, Paul ..............................................TP 725
Thomas, Paul ..............................WOC am 08:30
Thomas, Paul ..............................................WP 222
Thomas, Sébastien ......................WOE am 08:50
Thomas, Spencer ........................................MP 336
Thomas, Spencer ........................TOF pm 03:50
Thomassian, Karin ......................................WP 781
Thompson, Alayna .......................................TP 124
Thompson, Allison .......................................TP 437
Thompson, Allison .......................................MP 407
Thompson, Bonnie ......................................WP 520
Thompson, Brooke ......................................ThP 120
Thompson, Brooke ......................................TP 190
Thompson, Brooke ......................................TP 713
Thompson, Christopher ...............................ThP 287
Thompson, Christopher ...............................ThP 478
Thompson, Emily .........................................TP 325
Thompson, Emily .........................................TP 399

Thompson, J. Will .......................TOA pm 04:10
Thompson, J. Will ........................................WP 595
Thompson, Matthew .....................TOG am 09:10
Thornburg, Jennifer .....................................TP 186
Thorsteinsdóttir, Margret .............................TP 360
Thrall, Brian ...............................................TP 696
Thurman, E. Michael ...................................MP 157
Thyssen, Georgina ......................................ThP 170
Tiambeng, Timothy .....................................MP 469
Tiambeng, Timothy .....................................ThP 544
Tian, Hua ...................................................MP 469
Tian, Hua ...................................TOD am 09:30
Tian, Hua ...................................................TP 391
Tian, Mei ...................................................ThP 023
Tian, Mei ...................................................ThP 542
Tian, Rong ..................................................MP 045
Tian, Shanshan ...........................................MP 172
Tian, Xiang ..................................................TP 371
Tian, Yang ..................................................WP 140
Tibshirani, Robert .......................................TP 110
Tichacek, Laura ..........................................ThP 680
Tichy, Ales ................................................WP 069
Tichy, Shane ...............................WOG am 04:10
Tichy, Shane ..............................................WP 477
Tiemann, Katrin ..........................................TP 113
Tierney, Anna ..............................................MP 422
Tierney, Brendan .........................MOF pm 04:10
Tierny, Dominique .......................................ThP 032
Tierny, Dominique .......................WOE pm 03:10
Tigges, John ...............................................ThP 556
Tikhonov, George ........................................MP 317
Tikhonov, Georgii .........................................TP 301
Tillekeratne, L. Gayani ...............TOA pm 04:10
Timm, Wiebke .............................................TP 409
Timm, Wiebke .............................................WP 427
Timmerman, Evy ........................................ThP 707
Timperman, Aaron ......................................ThP 561
Ting, Alice ...................................................TP 672
Ting, Ying ....................................................TP 763
Tingxia, Ding ...............................................TP 416
Tinkelenberg, Jennifer ................................ThP 704
Tippets, Trevor ...........................................MP 534
Tiquet, Mathieu ...........................................TP 361
Tirucherai, Giridhar .....................TOH am 10:10
Titman, Christopher .....................................TP 195
Titman, Christopher .....................................WP 298
Titov, Victor ................................................WP 321
Titsch, Craig ................................................TP 071
Titsch, Craig ...............................................WP 249
Titus, Mark .................................................ThP 448
Tiwari, Prince .............................ThOB am 09:50
Tiwary, Ekta ................................................MP 503
Tkaczyk, Angelika ........................................TP 210
Toal, Douglas ..............................................TP 738
Tobias, Fernando .........................................MP 530
Tobias, Fernando .........................................TP 347
Toby, Timothy .............................TOC pm 02:30
Todd, Aaron ................................................MP 494
Todd, Aaron .................................................TP 467
Todd, Daniel ...............................................ThP 578
Todua, Nino ...............................WOG am 10:10
Tokarski, Caroline ......................MOH pm 02:30
Tokarski, Caroline ......................................ThP 735
Tokmina-Lukaszewska, Monika ...MP 753
Tokmina-Lukaszewska, Monika ...MP 152
Tokmina-Roszyk, Dorota .............MP 753
Toler, Strawn ...............................................TP 483
Tolic, Nikola ................................WOG am 02:50
Tollenaer, Rob ............................................ThP 060
Tolley, Neil ..................................WOE pm 02:50
Tolstikov, Vladimir ......................................ThP 434
Tomás, Ana ..................................................WP 711
Tomaszewska, Irmina .................................ThP 030
Tomatsu, Shunji ..........................................MP 082
Tomazela, Daniela ......................................ThP 141
Tomczyk, Nick ............................................ThP 306
tomczyk, Nick .............................TOG am 09:30
Tomilin, Felix ..............................................TP 040
Tominaga, Yuki ...........................................MP 577

Tomita, Hideaki ...........................ThOH am 10:10
Tomita, Koji ................................................MP 148
Tomita, Masami ..........................................ThP 560
Tomlinson, Jake .........................................TP 690
Tomonaga, Takeshi ....................................ThP 098
Tomsho, John .............................MOG pm 03:50
Tong, Jiefei .................................................MP 733
Tong, Jin ....................................................ThP 014
Tong, Mengsha ...........................................TP 578
Tong, Ming ..................................................MP 718
Tong, Sharon .............................................ThP 357
Tonge, Robert ............................................ThP 285
Tonigold, Manuel .......................................ThP 547
Tooker, Brian ..............................MOC pm 03:50
Toomey, Valerie ...........................................TP 223
Toonstra, Christian .....................WOA am 08:30
Tork, David .................................................ThP 471
Törnqvist, Margareta ...................................WP 777
Toro, Botros ................................TOH am 09:10
Toropov, Oleg ............................................WP 307
Torreano, Scott ..........................................MP 141
Torres, Matthew .........................................ThP 731
Torres, Matthew .........................................WP 441
Torres-Ulloa, Katya ....................................ThP 654
Torta, Federico ...........................................MP 532
Torta, Federico ...........................................MP 545
Torta, Federico ...........................................MP 547
Torzilli, Guido .............................................WP 234
Tose, Lilian .................................................TP 174
Tostengard, Annika .....................................MP 360
Tostengard, Annika .....................................MP 380
Toth, Christopher .........................................MP 533
Toth, Christopher .........................................TP 777
Totten, Sarah ..............................................WP 228
Totten, Sarah ..............................................WP 333
Touboul, David ..........................................ThP 534
Touboul, David ...........................................WP 421
Touchet, Brandon ........................................MP 020
Tousi, Fateme .............................MOD pm 03:10
Tousi, Fateme .............................................MP 641
Tovchigrechko, Andrey ...............................ThP 437
Towers, Mark .............................................ThP 230
Towers, Mark .............................................ThP 255
Townsend, Julia ..........................TOC am 08:50
Townsend, R ...............................................MP 443
Townsend, Reid ..........................................ThP 091
Toyama, Atsuhiko ........................................WP 171
Toyoda, Jason ............................................WP 622
Toyoda, Michisato ......................................MP 356
Toyooka, Kiminori .......................................TP 380
Tozuka, Zenzaburo ......................................TP 599
Tozuka, Zenzaburo .....................................ThP 602
Tozuka, Zenzaburo ......................................WP 632
Tran, Anh ..................................................ThP 396
Tran, Bao ..................................................MP 692
Tran, Bao ..................................................WP 082
Tran, Denise ...............................................ThP 635
Tran, Denise ...............................................ThP 667
Tran, John ..................................................TP 585
Tran, John ..................................................WP 041
Tran, John C ..............................MOD pm 02:30
Tran, John C ...............................................TP 599
Tran, Katherine ..........................................WP 662
Tran, Kim ...................................................MP 154
Tran, Kim ...................................................WP 156
Tran, Ngoc Hieu .........................................ThP 117
Tran, Ngoc Hieu ..........................................TP 010
Tran, Phu ...................................................ThP 669
Tran, Thi Thanh Huong ...............................ThP 583
Tran, Thuy .................................................ThP 618
Tran, Thuy .................................................WP 636
Tran, Tina ..................................................ThP 051
Tran, Tina ..................................WOG pm 02:50
Tran, Vilinh ................................................TP 565
Tran Cao, Hop ............................................ThP 235
Tran-Lundmark, Karin ................................WP 072
Trauchessec, Mathieu ................................ThP 747
Trede, Dennis .............................................MP 337
Trede, Dennis ..............................................TP 409

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number


Trede, Dennis.....................................WP 365
Treen, Ryan.................................TOH am 09:10
Trefely, Sophie....................................MP 552
Trefely, Sophie..............................WOA am 09:50
Trefz, Tyler.......................................ThP 157
Treiber, Tobias..................................MP 709
Tremblay, Catherine...........WOB pm 03:10
Tremblay, Tammy-Lynn.....................WP 033
Tremintin, Guillaume.........................MP 322
Tremintin, Guillaume.........................MP 576
Tremintin, Guillaume.........................MP 675
Tremintin, Guillaume.........................MP 677
Tremintin, Guillaume.............ThOD am 09:30
Tremintin, Guillaume.........................ThP 152
Tremintin, Guillaume.........................ThP 564
Tremintin, Guillaume.........................ThP 601
Tremintin, Guillaume............TOC pm 04:10
Tremintin, Guillaume.........................TP 568
Tremintin, Stacy.................................ThP 336
Tremintin, Stacy.................................WP 596
Trenchevska, Olgica..........................ThP 411
Trengove, Robert...............................MP 497
Trengove, Robert................................TP 773
Trengove, Robert................................MP 595
Trent, M...............................................ThP 387
Tressler, Caitlin..................................ThP 250
Tretyakova, Natalia............................MP 117
Tretyakova, Natalia............................MP 758
Treu, Axel......................................TOD am 09:10
Treu, Axel............................................TP 398
Treumann, Achim..............................MP 741
Trevaskis, Ben....................................ThP 720
Triebl, Alexander................................MP 547
Trim, Paul...........................................ThP 228
Trimpin, Sarah...................MOG pm 03:50
Trimpin, Sarah...................................ThP 040
Trimpin, Sarah...................................ThP 530
Trinidad, Debra..................................WP 751
Trinidad, Jonathan............MOB am 09:30
Trinidad, Jonathan.............................MP 620
Triola, Anthony...................................ThP 147
Tripa, C........................................TOB am 08:50
Tripodi, Gino......................................ThP 484
Tripp, Aurelien..................TOF pm 03:50
Triquigneaux, Mathilde......................MP 508
Trivedi, Bhaumik................................TP 595
Trivedi, Bhaumik................................TP 746
Trivedi, Drupad...................................TP 064
Trivedi, Drupad...................................TP 465
Trombetta, Bianca..............MOH am 08:30
Trombetta, Bianca..............................TP 058
Troncoso, Juan...................................TP 778
Trost, Matthias....................................TP 759
Trouten, Ashley...................................WP 106
Troutman, Matt...................................WP 236
Troyer, Christina.................................TP 312
Troyer, Dean.......................................WP 614
Trudel, Suzanne..................................WP 046
Trujillo, Edna......................MOE pm 02:50
Trujillo, Franck....................MOH pm 02:30
Trusiak, Sarah.....................................TP 059
Trusiak, Sarah.....................................TP 062
Tsai, Chia-Feng...................ThOG am 08:50
Tsai, Chia-Feng..................................ThP 086
Tsai, Chia-Feng..................................ThP 713
Tsai, Chia-Feng..................................TP 629
Tsai, Chia-Feng...................WOF am 10:10
Tsai, Li-Huei.......................................MP 169
Tsai, Ming-Daw...................................TP 131
Tsai, Ming-Shian.................MOE pm 02:30
Tsai, Ming-Shian.................................TP 426
Tsai, Shang-Ting.................................WP 183
Tsai, Shang-Ting.................................WP 195
Tsang, Matthew...................TOD pm 03:30
Tsay, Yeou-Guang..............................TP 615
Tschampel, John.................................TP 279
Tschöp, Matthias.................................TP 099
Tse, Chui............................................MP 016
Tse, Eric.............................................WP 711

Tseng, Yao-Hsin.................................WP 442
Tseng, Yao-Hsin.................................WP 445
Tsizin, Svetlana...................................TP 474
Tsou, Hsin-Bei..................ThOB pm 03:50
Tsuchida, Sayaka...............................WP 587
Tsuchihashi, Hitoshi...........................MP 216
Tsuchihashi, Hitoshi...........................MP 220
Tsuchihashi, Hitoshi...........................ThP 017
Tsuchihashi, Hitoshi...........................WP 029
Tsugawa, Hiroshi................................MP 511
Tsugawa, Hiroshi................................WP 426
Tsuji, Kiyomi.......................................MP 148
Tsuji, Takashi.....................................ThP 238
Tsuji, Yudai.........................................ThP 232
Tsujikawa, Kazutake...........................ThP 599
Tsukazaki, Yasuko.............................WP 638
Tsunoda, Hiroyuki...............................TP 604
Tsunoi, Yoshimasa.............................TP 241
Tsutsui, Takuya..................................ThP 346
Tsybin, Yury........................................MP 311
Tsybin, Yury........................................MP 317
Tsybin, Yury........................................MP 326
Tsybin, Yury........................................WP 032
Tsybin, Yury........................................WP 546
Tsypin, Maxim.....................................MP 020
Tu, Anqi..............................................ThP 049
Tu, Jinee.............................................WP 688
Tu, Maolin...........................................TP 569
Tu, Peijun............................................WP 760
Tua, Martin Uli.....................................ThP 191
Tucholski, Trisha................................MP 772
Tucholski, Trisha................................TP 718
Tucholski, Trisha................................TP 730
Tucholski, Trisha................................TP 776
Tucholski, Trisha................................WP 721
Tuck, Michael......................................MP 335
Tuck, Michael......................................ThP 241
Tucker, Abigail....................................MP 212
Tucker, Joseph...................................WP 238
Tucker, Kevin......................................TP 192
Tucker, Larry.......................................ThP 166
Tudman, Jaicee..................................ThP 733
Tudor, Andrew....................................WP 626
Tuerk, Clara........................................TP 718
Tully, Brett...........................................MP 368
Tully, Brett...........................................MP 369
Tulsian, Nikhil.....................................TP 343
Tump, Cornelis....................................MP 184
Tupinier, Jerome.................................TP 454
Turan, Demet......................................ThP 689
Turecek, Frantisek..............................MP 262
Turecek, Frantisek..............................MP 270
Turecek, Frantisek..............................MP 271
Turecek, Frantisek.............ThOB am 10:10
Turesky, Robert.................ThOH am 09:30
Turesky, Robert..................................TP 542
Turesky, Robert..................................WP 779
Turk, Miray.........................................TP 342
Turke, Illarion.....................................ThP 725
Turkseven, Seyma..............................ThP 459
Turkseven, Seyma.............TOF pm 03:50
Turner, Brandon..................................MP 453
Turner, Brandon..................................WP 462
Turner, Jeffrey.....................................MP 849
Turner, Joshua....................................MP 179
Turner, Matthew..................................WP 785
Turton, Emma-Jane.............................TP 093
Twohig, Marian....................................MP 156
Twohig, Marian....................................MP 285
Tyan, Yu-Chang..................................TP 066
Tyan, Yu-Chang..................................TP 140
Tyler, Brett...........................................ThP 569
Tyler, Laura.........................................TP 567
Tyritzis, Stavros..................................ThP 121
Tyshchuk, Oksana..............................WP 658
Tytgat, Hanne.....................................ThP 214
Tyukhtenko, Sergiy.............................TP 322
Tyurin, Vladimir...................................MP 535
Tyurin, Vladimir...................................WP 535

Tyurina, Yulia......................................MP 535
Tyurina, Yulia......................................MP 536
Tzou, Wen-Shyong.............................ThP 387
Tzouros, Manuel.................................WP 386
Törnqvist, Margareta..........................MP 117
Ubeda, Carles.....................................TP 654
Ubukata, Masaaki...............................MP 325
Ueckert, Torsten..................................MP 434
Ueda, Hiroyuki....................................WP 341
Ueda, Yoshihisa..................................MP 175
Ueda, Yoshihisa..................................MP 629
Ueda, Yoshimi.....................................MP 341
Ueda, Yuko.........................................ThP 599
Ugarov, Michael..................................MP 484
Ugarov, Michael..................................MP 492
Ugrin, Scott........................................MP 673
Uhrik, Lukas........................................WP 537
Ujma, Jakub........................................ThP 302
Ujma, Jakub.........................TOH pm 03:50
Ujma, Jakub........................................TP 502
Ujma, Jakub........................................TP 508
Ujma, Jakub.........................WOF am 08:50
Ujma, Jakub........................................WP 483
Uka, Valdet..........................................ThP 497
Ulke-Lemee, Annegret........................TP 657
Ulmer, Candice...................................MP 005
Ulmer, Candice...................................MP 006
Ulmer, Candice...................................ThP 130
Ulmer, Lindsey....................................WP 675
Ulrich, Elin............................TOE am 09:30
Ulyanenkov, Alex................................WP 385
Um, Jinhee..........................................WP 583
Umemura, Hiroyasu............................ThP 346
Underhill, Anna...................................ThP 471
Uno, Yuko............................................MP 071
Unsal-Kacmaz, Kezi...........................MP 003
Unsihuay Vila, Daisy...........................TP 400
Unwin, Richard...................................MP 422
Uppal, Karan.......................................TP 565
Uppal, Sanjil........................WOB am 09:10
Urbanska, Katarzyna..........................MP 003
Urh, Marjeta........................................MP 657
Urh, Marjeta........................................ThP 354
Urh, Marjeta........................................ThP 699
Urh, Marjeta........................................TP 620
Urlaub, Henning..................................MP 043
Urlaub, Henning..................ThOA pm 02:50
Urlaub, Henning..................ThOD pm 03:10
Urlaub, Henning..................................TP 634
Ushijima, Hiroshi................................ThP 600
Uvalle, Crystal....................................ThP 324
Uwugiaren, Naomi..............................MP 754
Vaca, Sebastian..................TOA pm 03:30
Vachet, Richard...................................MP 039
Vachet, Richard...................................MP 058
Vachet, Richard...................................MP 334
Vachet, Richard...................................ThP 649
Vachet, Richard....................TOD am 09:50
Vachet, Richard....................WO8 pm 03:10
Vachet, Richard...................................WP 131
Vachon, Pascal...................................MP 764
Vadlamudi, Ratna................................ThP 672
Valkkinen, Anu....................................WP 573
Vaisar, Tomas.....................................MP 377
Vaksman, Zalman.................TOD pm 03:30
Valdes-Tresanco, Mario......................TP 657
Vale, Goncalo......................................MP 520
Vale, Goncalo......................................MP 525
Vale, Gonçalo......................................MP 520
Valenti, Maria Teresa.........................MP 706
Valentine, David..................................TP 148
Valentine, Jack....................................ThP 156
Valentine, Stephen.............................MP 462
Valentine, Stephen.............................ThP 619
Valentine, Stephen.............................TP 292
Valentine, Stephen..............WOB pm 03:50
Valkenborg, Dirk.................................MP 377
Valkenborg, Dirk..................ThOA pm 03:10
Valkenborg, Dirk..................TOA am 09:50

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number

## INDEX OF AUTHORS

Valkenborg, Dirk ........................TP 762
Valkenborg, Dirk ........................WP 383
Valkenborg, Dirk ........................WP 401
Vallabh, Sonia ...........................WP 125
Vallejo, Daniel ...................MOD pm 04:10
Vallejo, Daniel ..........................WP 491
Vallone, Fabiana .........................ThP 125
Valyaev, Dmitry ..........................WP 328
Van Aggelen, Graham .....................MP 226
van Agthoven, Maria ...........WOH am 08:50
Van Amerom, Friso ...............MOG am 10:10
Van Amerom, Friso .......................TP 444
Van Amerom, Friso .......................WP 462
Van amerom, Friso h.w. ..................TP 442
Van Asten, Arian ................WOC pm 02:30
van Baar, Ben ...........................ThP 145
Van Berkel, Gary ...............TOD am 10:10
Van Beuselkom, Heleen ...................WP 361
van Breemen, Richard ....................MP 074
van Breemen, Richard ....................MP 080
van Breemen, Richard ....................ThP 567
van Breemen, Richard ....................ThP 569
van Buren, George .......................TP 112
Van Burren, George .............WOE pm 02:30
Van Crieknge, Wim .......................TP 422
Van Damme, Petra ........................TP 422
Van de Bittner, Geneviève ...............MP 505
Van de Broek, Marcel ....................TP 189
de la Plas, Raf .................MOD am 10:10
Van de Plas, Raf ........................MP 355
Van de Plas, Raf ........................TP 381
Van de Plas, Raf ........................TP 408
Van Den Broek, Irene ...........ThOF am 10:10
van der Burgt, Yuri .....................ThP 060
van der Burgt, Yuri .....................TP 061
van der Burgt, Yuri .....................TP 660
van der Burgt, Yuri .....................WP 032
van der Es, Daan ........................WP 574
Van der Helden, Kim .....................WP 361
Van der Hoeven, Florian .................MP 184
van der Hooft, Justin ...................WP 410
Van Der Lijke, Henk .....................ThP 145
Van Der Riet-van Oeveren, Debora ........ThP 004
Van der Steen, Antonius .................MP 361
Van Elst, Dries .........................ThP 743
Van Eyk, Jennifer ..............ThOF am 10:10
Van Eyk, Jennifer .......................WP 126
Van Eyk, Jennifer .......................WP 224
Van Geol, Alain .........................TP 220
van Heekeren, Vivian ...........MOH pm 03:50
Van Heest, Rachel .......................TP 068
Van Houtven, Joris .............ThOA pm 03:10
Van Huyen, Jean-Paul ....................MP 367
Van Meulebroek, Lieven ..................WP 210
Van Orden, Steve ...............MOD am 08:50
Van Orden, Steve ........................MP 351
Van Raemdonck, Geert ....................ThP 563
Van Raemdonck, Gert ............TOG pm 03:10
Van Ry, Tyler ...........................WP 323
Van Soest, Gijs .........................WP 361
van Soest, Remco ........................MP 658
van Soest, Remco ........................ThP 489
Van Stipdonk, Michael ...................MP 218
Van Stipdonk, Michael ...................MP 272
Van Stipdonk, Michael ...................TP 276
Van Stipdonk, Michael ...................TP 280
Van Stipdonk, Michael ...................TP 282
Van Stipdonk, Michael ...................WP 356
Van Stipdonk, Michael ...................WP 449
Van Stipdonk, Michael ...................WP 451
Van Stipdonk, Michael J. ................TP 281
van Tricht, Frederike ..........TOE pm 03:10
van Wasen, Sebastian ....................ThP 044
Van Wychen, Stefanie ....................MP 528
Van Wyk, Albert .........................MP 429
Van Wyk, Albert .........................MP 659
Van Wyk, Albert .........................MP 670
Van Wyk, Albert .........................TP 015
Van Wyk, Albert .........................TP 589

VanAernum, Zachary ......................MP 250
VanAernum, Zachary ......................MP 786
VanAernum, Zachary ......................ThP 661
VanAernum, Zachary ......................MP 715
Vanam, Rohith ..................ThOA am 09:50
VanBriesen, Jeanne ......................MP 114
VanBriesen, Jeanne .............ThOH am 08:30
Vandenberg, Albert ......................TP 522
Vandenberg, Albert ......................MP 300
Vandenberg, Albert ......................WP 599
Vanderboom, Patrick ............MOF pm 02:50
Vanderboom, Patrick .....................MP 222
Vandergrift, Gregory ....................TP 480
Vandermarliere, Ellen ...................ThP 689
Vanderporten, Erica .....................ThP 407
Vanhaecke, Lynn ................WOG pm 02:30
Vanhaecke, Lynn .........................WP 210
Vanselow, Chris .........................WP 596
Varakin, Evgeniy ...............TOE am 09:10
Varga, Viktoria .........................ThP 007
Varga, Viktoria .........................ThP 031
Varga, Viktoria ................WOE pm 03:30
Varga, Zsuzsanna ........................MP 390
Vargas, Fernando ........................MP 440
Vas, Gyorgy ....................TOB pm 02:50
Vascocelos, Gessica .....................ThP 001
Vashisht, Ajay ..........................WP 680
Vasil'ev, Yury .................MOD pm 03:50
Vasil'ev, Yury ..........................MP 296
Vasil'ev, Yury ..........................TP 731
Vasil'ev, Yury ..........................WP 448
Vasilopoulou, Catherine .................WP 562
Vasquez, Vinicio ........................WP 535
Vasseur, Jean Jacques ...................ThP 608
Vaswani, Ashish .........................ThP 479
Vavrek, Marissa .........................TP 365
Vavrek, Marissa .........................TP 366
Vaysse, Pierre-Maxence ..................WP 448
Vaz, Boniek .............................ThP 001
Vazquez, Timothy ........................MP 470
Vecchietti, Davide ......................ThP 560
Vedam-Mai, Vinata .......................MP 030
Vei, Akou ...............................MP 571
Veillon, Lucas ..........................MP 543
Veillon, Lucas ..........................WP 576
Veith, Lothar ...........................MP 634
Velasco, Veronica .......................ThP 229
Velebný, Vladimír .......................WP 750
Velickovic, Dusan ..............ThOB pm 02:30
Velickovic, Dusan ..............ThOF am 08:30
Velickovic, Dusan .......................TP 353
Velickovic, Dusan .......................TP 354
Velickovic, Dusan ..............WOG pm 02:50
Veličković, Dušan .......................TP 388
Vella, Laura ...................MOE am 08:30
Vellaichamy, Adaikkalam .................ThP 123
Veltri, Charles .........................ThP 586
Venumpalli, Bhargavi ....................TP 620
Venckus, Aivaras ...............WOH pm 04:10
Venier, Maria ..................TOE am 08:30
Venkatachalam, Manjeri ..................TP 388
Venkatraman, Vidya .............ThOF am 10:10
Venkatraman, Vidya ......................WP 224
Venkitaraman, Ashok .....................ThP 626
Venter, Andre ...........................ThP 056
Ventura, Monica ................WOC pm 03:10
Vepa, Yamini ............................ThP 116
Vera, Nicholas B. ..............WOF pm 02:30
Verardi, Laurel .........................WP 538
Verbeck, Guido ..........................MP 102
Verbeck, Guido ..........................ThP 233
Verbeck, Guido ..........................ThP 347
Verbeck, Guido ..........................WP 353
Verbeck, Guido ..........................WP 783
Verbeke, Lynn ...........................MP 720
Verbeke, Lynn ...........................ThP 087
Verbeke, Lynn ...........................TP 366
Verbruggen, Steven ......................MP 383
Verbruggen, Steven ......................TP 422

Verdier, Sylvain ........................MP 108
Verdin, Alexandre .......................TP 389
Veress, Tibor ...........................TP 268
Verhelst, Steven ........................ThP 685
Verhnes, Emeline ...............ThOG pm 04:10
Verkouteren, Jennifer ..........MOB pm 02:30
Verkouteren, Jennifer ...................TP 246
Vernardis, Spyros .......................ThP 107
Vernardis, Spyros .......................TP 673
Verona, Guglielmo .......................WP 682
Versalovic, James .......................ThP 539
Vorschueren, Erik ..............ThOC pm 02:30
Vertes, Akos ............................MP 449
Vertes, Akos ...................ThOE pm 03:10
Vertes, Akos ............................ThP 001
Vertes, Akos ............................ThP 051
Vertes, Akos ............................ThP 548
Vertes, Akos ...................WOG pm 02:50
Vertes, Akos ............................WP 372
Veryovkin, Igor ................TOB am 08:50
Veselkov, Dennis ...............TOB am 04:10
Veselkov, Kirill ...............TOB pm 04:10
Vesper, Hubert ..........................MP 005
Vesper, Hubert ..........................MP 006
Vesper, Hubert ..........................MP 016
Vesper, Hubert ..........................ThP 130
Vesper, Hubert ..........................WP 547
Vesprini, Danny .........................MP 682
Vialaret, Jerome ........................ThP 608
Viana, Marlos ...........................MP 080
Vickerman, John ................TOD am 09:30
Vidadala, Venkata .......................MP 700
Vidal, Meghan ...........................MP 030
Vidal, Victor ...........................WP 320
Vidal-De-Miguel, Guillermo ..............ThP 442
Vidanage, Isuru .........................MP 023
Vidkjaer, Nanna .........................ThP 587
Viega, Cristiano ........................TP 269
Vieira-Potter, Victoria .................ThP 511
Viel, François ..........................MP 018
Vierra, Craig ...........................ThP 651
Vierra, Craig ...........................WP 627
Vierra, Michael .........................WP 035
Vigne, Sébastien ........................TP 454
Vila Costa, Maria ..............WOE am 09:10
Vilanova, Marta .........................WP 774
Vilaseca, Marta .........................MP 774
Villacob, Raul ..........................ThP 045
Villacob, Raul ..........................MP 488
Villacres, Carina .......................WP 516
Villacres, Carina .......................WP 517
Villalobos Solis, Manuel ................WP 506
Villalta, Peter ................ThOH am 09:30
Villalta, Peter .........................ThP 593
Villalta, Peter .........................TP 542
Villalta, Peter .........................WP 630
Villanova, Elisa ........................TP 418
Villanueva, Jessko ......................MP 526
Villarreal, Laura .......................MP 774
Villemagne, Victor .............MOE am 10:10
Villen, Judit ...........................ThP 266
Villeneuve, Daniel ......................ThP 508
Villeneuve, Daniel ......................TP 554
Villette, Claire ........................TP 552
Vilsbøll, Tina ..........................TP 099
Vincent, Benjamin .......................ThP 612
Vincent, Krystel ........................MP 079
Viner, Rosa .............................MP 308
Viner, Rosa .............................MP 733
Viner, Rosa ....................TOC am 10:10
Viner, Rosa ....................TOC pm 02:50
Viner, Rosa .............................TP 002
Viner, Rosa .............................WP 144
Viner, Rosa .............................WP 516
Viner, Rosa .............................WP 517
Viner, Rosa .............................WP 744
Vinh, Joëlle ............................ThP 355
Vinh, Joëlle ............................ThP 427
Vinh, Joëlle ............................WP 667

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number


Vinterhalter, Goran.................ThOA pm 02:30
Vinther, Matilda........................TOD pm 03:10
Vinueza, Nelson .............................ThP 756
Vinueza, Nelson .............................TP 745
Vinueza, Nelson .............................TP 750
Violante, Sara ...................................TP 540
Virasingh, Bobby ...........................ThP 142
Virasingh, Bobby ...........................WP 052
Vireque, Alessandra........................MP 517
Virgiliou, Christina ..........................TP 557
Vishnevskiy, Alexander....................TP 614
Vishnudas, Vivek ............................ThP 434
Visscher, Mirjam .............................WP 361
Vissers, Johannes ...........................MP 049
Vissers, Johannes ...........................MP 366
Vissers, Johannes ...........................ThP 328
Vissers, Johannes ...........................ThP 499
Vissers, Johannes ...........................TP 509
Vissers, Johannes ...........................TP 561
Vissers, Johannes ...........................WP 406
Viswanadhapalli, Suryavathi......ThP 672
Vitek, Olga .......................................MP 342
Vitek, Olga .......................................MP 705
Vitek, Olga ....................... WOH pm 03:10
Vitek, Olga ......................................WP 386
Vitek, Olga ......................................WP 388
Vitko, Dijana ....................................TP 126
Vivas, Eugenio ..............................ThP 527
Vizcaino, Juan Antonio ...................MP 438
Vizcaino, Juan Antonio ...................MP 439
Vizcaino, Juan Antonio ...................TP 633
Vizcaino, Juan ................................TP 429
Vladimirov, Gleb ..............................MP 104
Vladimirov, Gleb ..............................MP 471
Vladimirov, Gleb ........ ThOG pm 02:30
Vladimirov, Gleb ..............................TP 356
Vlahakis, Chris ................................MP 604
Vlasenko, Sergey ..........................ThP 697
Vlasenko, Svetlana..........................WP 385
Vo, Thai-Thanh ..................MOC pm 03:10
Vo, Thai-Thanh ...............................WP 263
Vo Duy, Sung ...................................TP 178
Vocale, Pamela .............................ThP 553
Voelker, Troy ..................................ThP 755
Voelker, Troy ..................................WP 678
Voelker, Troy ..................................ThP 749
Vogel, Ulla .......................................ThP 546
Vogt, Stefanie ..................................TP 651
Voinov, Valery ....................MOD pm 03:50
Voinov, Valery ..................................MP 237
Voinov, Valery ..................................MP 296
Voinov, Valery ..................................MP 599
Voinov, Valery ..................................TP 731
Voinov, Valery ..................................WP 448
Vojtesek, Borek ...............................MP 579
Vojtesek, Borek ...............................MP 707
Vojtesek, Borek ...............................MP 754
Vojtesek, Borek .............................ThP 719
Völker, Uwe ....................................ThP 361
Volland, Hervé ....................MOB pm 03:50
Volny, Michael .................................MP 145
Volny, Michael .................................MP 190
Volny, Michael .................................TP 526
Volny, Michael .................................TP 527
Voloaca, Oana ...............................ThP 160
Von Dollen, John ...........................ThP 271
von Schroeder, Jonathan ................MP 340
von Windheim, Nicholas...................WP 518
von Windheim, Jesko........MOG am 09:50
Von Zgilnikl, Thomas .......................MP 741
Vora, Gary ......................................ThP 110
Vorng, Jean-Luc .................TOF pm 03:50
Vorsa, Nicholi ..................................WP 259
Vorwerg, Lars ......................TOC pm 04:10
Vos, Seychelle.....................ThOD pm 03:30
Voss, John .......................................WP 312
Voulhoux, Romé ...............................MP 054
Vouros, Paul .......................WOF pm 02:30
Vowinckel, Jakob ...........................MP 709

Voytik, Eugenia ...................... WOH pm 02:30
Vranken, Wim ..................................ThP 689
Vreeken, Rob ...................................MP 092
Vreeker, Gerda.................................ThP 060
Vu, Ngoc...........................................ThP 573
Vu, Ngoc...........................................ThP 578
Vu, Nhu .............................................MP 615
Vu, Nhu .............................................TP 349
Vuckovic, Dajana .............................MP 508
Vuckovic, Dajana .............................MP 554
Vuckovic, Dajana ............... WOD am 09:50
Vughs, Dennis ..................................TP 166
Vuki, Maika .......................................ThP 320
Vuppala, Laxmi Sinduri....................TP 336
Vvedenskaya, Olga ..........................WP 560
Vyas, Raul ............................MOG am 09:50
Vyas, Raul ........................................MP 485
Vyas, Samir .....................................ThP 588
Vyas, Samir ......................................TP 194
Vyas, Samir ......................................WP 062
Vyatkina, Kira ...................... TOB am 09:10
Vyatkina, Kira ...................................TP 737
Vysotskyi, Bogdan ............ ThOG am 04:10
Vysotskyi, Bogdan ................ThOH am 09:50
Waas, Matthew ...................MOC am 09:50
Waas, Matthew ...............................ThP 365
Waas, Matthew ...............................ThP 666
Waas, Matthew ...............................ThP 668
Waas, Matthew .................................WP 068
Waas, Matthew .................................WP 184
Wacker, Soren ..................................TP 657
Wada, Fumito ....................................WP 638
Wada, Michiharu ...............................TP 462
Wada, Motoi ....................................ThP 400
Wadhwa, Nitya .................................MP 704
Waegeman, Willem ..........................TP 430
Wagle, Aseem ..................................MP 185
Wagle, Aseem ..................................TP 161
Wagner, Craig ..................................WP 145
Wagner, David ..................................MP 088
Wagner, Elizabeth.............ThOH am 08:30
Wagner, Erik ....................................TP 596
Wagner, Nicole .................................MP 300
Wagner, Nicole ...............................ThP 650
Wagner, Nicole .................................TP 341
Wagner, Nicole .................................WP 149
Wagner, Ryan ...................................MP 354
Wagner, Ryan ..................................ThP 047
Wagner-Rousset, Elsa ....................WP 481
Wah Keung, Tsirn..............................TP 416
Wahl, Karen ......................................MP 212
Waidyanatha, Suramya....................WP 752
Walczak, Wanda ...............................TP 254
Wald, David .......................................WP 758
Wald, Kyle ........................................TP 083
Waldera-Lupa, Daniel......................TP 594
Waldron, Michael..............................WP 110
Walejko, Jacquelyn...........................ThP 445
Walensky, Loren...............................ThP 652
Wales, Thomas E..............................TP 332
Walewska, Renata ...........................MP 691
Wallullah, A s m ...............................MP 226
Wallullah, A s m ...............................TP 355
Walji, Abbas .....................................ThP 321
Walker, Don .....................................ThP 360
Walker, Gary ....................................WP 405
Walker, Joel .....................................ThP 254
Walker, Katherine .............................MP 276
Walker, Krystal.................................ThP 524
Walker, Larry .......................TOC am 08:50
Walker, Matthew ...............................MP 045
Wallace, William ...............................MP 382
Wallace, William ...............................TP 254
Wallace, William ...............................WP 307
Wallace, William ...............................WP 311
Wallbillich, Nicholas ........................WP 756
Waller, Alison ...................................TP 537
Wallin, Håkan...................................ThP 546
Walmsley, Scott...................ThOH am 09:30

Walmsley, Scott................................TP 542
Walsh, Bridget..................................TP 491
Walsh, Matthew .....................MOB pm 04:10
Walsh, Patrick ..................................ThP 411
Walsh, Ryan .....................................MP 711
Walsh, Ryan .....................................ThP 430
Walsh, Susan ...................................TP 264
Walte, Andreas ....................MOC pm 02:30
Walte, Andreas .................................WP 155
Walter, Kerstin .....................TOD am 09:10
Walter, Kerstin ................................ThP 398
Walter, Peter ....................................TP 109
Walter, Thomas ................................WP 539
Walters, Benjamin ...........................ThP 609
Walton, Courtney ...............ThOH pm 03:30
Walton, Eric .........................ThOD am 10:10
Walton-Doyle, Caitlin........................TP 465
Walz, Juliane ....................................MP 694
Wambua, Dickson ............................MP 023
Wan, Bang-lin...................................WP 248
Wan, Debin.......................................MP 509
Wan, Debin.......................................WP 489
Wan, Ning.........................................MP 140
Wan, Terence ...................................TP 063
Wancewicz, Benjamin .....................ThP 461
Wancewicz, Benjamin .....................ThP 478
Wandernoth, Petra ...........................MP 373
Wanders, Lisa ..................................TP 202
Wanders, Lisa ..................................WP 168
Wang, Amy .......................................TP 596
Wang, Bin...........................ThOC am 08:50
Wang, Bin.........................................TP 373
Wang, Bing.......................................MP 348
Wang, Bo ..........................................TP 117
Wang, Bo ........................................ThP 681
Wang, Che-Yen (Joe)........................MP 645
Wang, Chun-Hung ............................WP 316
Wang, Danqing .................................MP 651
Wang, Daojing ..................................TP 485
Wang, Defu .......................................MP 284
Wang, Dong ...........................TOB pm 03:10
Wang, Dongxia..................................MP 048
Wang, Dongxia..................................WP 151
Wang, Dongxia..................................MP 354
Wang, Dongxia..................................MP 355
Wang, Dongxia..................................MP 358
Wang, Evelyn ...................................MP 161
Wang, Evelyn ...................................MP 313
Wang, Evelyn ...................................MP 324
Wang, Evelyn ...................................MP 329
Wang, Evelyn ...................................TP 234
Wang, Fan.........................................MP 131
Wang, Fang.......................................MP 742
Wang, Fangjun .................................MP 448
Wang, Feiyue....................................WP 487
Wang, Gary.......................................ThP 504
Wang, Gary.......................................TP 558
Wang, Gary.......................................WP 004
Wang, Geng......................................MP 761
Wang, Guanbo ..................................MP 304
Wang, Guisong .................................MP 752
Wang, Guisong ....................TOF pm 04:10
Wang, Guo-Liang ..............................MP 623
Wang, Hay-Yan .................................TP 379
Wang, Hay-Yan J..............................ThP 415
Wang, Hong ......................................MP 713
Wang, Hong ....................................ThP 731
Wang, Hong ....................................ThP 688
Wang, Hong ......................................TP 760
Wang, Hongbing ..............................ThP 389
Wang, Hongge ..................................TP 074
Wang, Hongjuan ..............................ThP 176
Wang, Hongmei ................................WP 108
Wang, Hongxia (Jessica)..................MP 674
Wang, Hua........................................TP 084
Wang, Hui .........................................ThP 113
Wang, Jian .......................................MP 684
Wang, Jiang .....................................WP 443
Wang, Jianguo ..................................MP 380



## INDEX OF AUTHORS

Wang, Jianmei ...............................WP 789
Wang, Jihong ..................................TP 620
Wang, Jing .....................................TP 059
Wang, Jing .....................................WP 070
Wang, Jinhua ...................ThOH am 09:30
Wang, Jinying .................................TP 274
Wang, Joseph .................................MP 007
Wang, Ju .......................................MP 004
Wang, Junyao .................................WP 345
Wang, Kai ......................................MP 084
Wang, Keke .......................MOF am 08:50
Wang, Kelin ....................................MP 765
Wang, Kelin ....................................ThP 413
Wang, Kuo-Hsin ..............................MP 606
Wang, Leah (Hanliu) ........................TP 510
Wang, Lei ..........................MOF am 08:50
Wang, Lei ......................................ThP 209
Wang, Lei ......................................ThP 698
Wang, Lei .........................TOA am 10:10
Wang, Lei ......................................TP 404
Wang, Lei ......................................TP 414
Wang, Lei ......................................TP 613
Wang, Lei ......................................WP 362
Wang, Lei ......................................WP 399
Wang, Li ........................................TP 421
Wang, Li ........................................TP 676
Wang, Lichao ..................................ThP 460
Wang, Li-Juan .................................TP 205
Wang, Li-Juan .................................TP 595
Wang, Lili .........................MOC am 08:30
Wang, Lili ......................................ThP 724
Wang, Liqun ...................................MP 016
Wang, Liu-ti ...................................WP 768
Wang, Loo Chien .............................ThP 625
Wang, Mei ......................................ThP 182
Wang, Melinda ................................MP 468
Wang, Meng ....................................TP 439
Wang, Meng ....................................TP 686
Wang, Meng ....................................WP 402
Wang, Ming .....................................TP 156
Wang, Ming .....................................TP 198
Wang, Mingming ..............................ThP 131
Wang, Mingxun ...............................MP 440
Wang, Mingxun ...............................MP 445
Wang, Mingxun ...............................MP 684
Wang, Mingxun ...............TOB pm 04:10
Wang, Mingxun ...............................WP 410
Wang, Mingxun ...............................WP 413
Wang, Mingxun ...............................WP 430
Wang, Ming-Yang .............................ThP 378
Wang, Ming-Yang .............................WP 363
Wang, Nan .....................................MP 260
Wang, Nan .....................................TP 771
Wang, Nian .....................................WP 140
Wang, Nick .....................................TP 754
Wang, Nick .....................................WP 482
Wang, Pei ......................................ThP 763
Wang, Pei ......................................MP 262
Wang, Peng ....................................ThP 082
Wang, Peng ....................................MP 347
Wang, Peng ....................................WP 524
Wang, Peng George ..........................WP 112
Wang, Pengcheng .............................MP 731
Wang, Pengcheng .............................ThP 611
Wang, Peter ...................................WP 199
Wang, Pin-Hsuan ..............................MP 072
Wang, Pin-hsuan ..............................ThP 138
Wang, Qi .......................................MP 276
Wang, Qi .......................................TP 003
Wang, Qi .......................................TP 755
Wang, Qian .....................................MP 603
Wang, Qianjie ..................................TP 736
Wang, Qile .....................................TP 755
Wang, Rong ....................................MP 448
Wang, Rong ....................................TP 113
Wang, Rurun ...................................ThP 451
Wang, Shaozhen ..............................ThP 337
Wang, Sheng ...................................WP 523
Wang, shuang ...................MOG am 09:10

Wang, Shuanglong ...........................ThP 011
Wang, Shunchao .................ThOA am 09:50
wang, Shunhai .................ThOE am 09:50
Wang, Shunhai .................................TP 007
Wang, Shunhai .................................TP 011
Wang, Shunhai .................................TP 611
Wang, Siyu .....................................ThP 726
Wang, Songyu ..................................TP 621
Wang, Tao ......................................MP 512
Wang, Tao ......................................ThP 686
Wang, Tao ......................................TP 636
Wang, Tao ......................................WP 714
Wang, Taoqing .................................MP 491
Wang, Taoqing .................................ThP 019
Wang, Tingting ................................TP 751
Wang, Ting-Yi ..................................MP 040
Wang, Tsung-Shing Andrew ...............ThP 135
Wang, Wei ......................................TP 297
Wang, Weimin ..................MOG am 09:10
Wang, Weixuan ................................ThP 746
Wang, Weixun ..................................MP 648
Wang, Wenwen ................................ThP 189
Wang, Wenwen ................................ThP 192
Wang, Xiao .....................................MP 486
Wang, Xiao .....................................TP 452
Wang, Xiao .....................................TP 473
Wang, Xiaoding ................................ThP 454
Wang, Xiaohang ...............................TP 566
Wang, Xiaorong ...............................MP 046
Wang, Xiaorong ...............ThOD pm 02:50
Wang, Xin ......................................ThP 496
Wang, Xincen ..................................ThP 183
Wang, Xincen ..................................ThP 187
Wang, Xinchen .................................TP 052
Wang, Xi-Tao ..................................TP 069
Wang, Xue .....................................MP 025
Wang, Xusheng ...............................ThP 688
Wang, Xusheng ...............................ThP 760
Wang, Yali .......................WOF pm 03:10
Wang, Yan ......................................ThP 182
Wang, Yanzhuang .............................MP 717
Wang, Yanzhuang .............................WP 672
Wang, Yi ........................................ThP 732
Wang, Yi ........................................TP 578
Wang, Yi ........................................WP 717
Wang, Yifan ....................................WP 523
Wang, Yifei .....................................WP 259
Wang, Yinsheng ................................MP 173
Wang, Yinsheng ...............................ThP 607
Wang, Yinsheng ...............................ThP 611
Wang, Yinsheng ...............................ThP 696
Wang, Yinsheng ................................TP 714
Wang, Yinsheng ................................TP 715
Wang, Yinsheng ................................TP 716
Wang, Yinsheng ...............................WP 554
Wang, Yinsheng ...............................WP 740
Wang, Yi-Sheng ...............................MP 490
Wang, Yi-Sheng ...............................ThP 428
Wang, Yi-Ting .................................ThP 113
Wang, Yi-Ting ...................WOF am 10:10
Wang, Yi-Zhi ...................................ThP 697
Wang, Yong ....................................MP 197
Wang, Yongdong ..............................TP 662
Wang, Yongdong ..............................WP 173
Wang, Yongdong ..............................WP 313
Wang, Yongdong ..............................WP 478
Wang, Yuanlong ...............................ThP 035
Wang, Yuesong ................................WP 751
Wang, Zeneng ..................................ThP 449
Wang, Zhao .....................................ThP 454
Wang, Zhao .....................................TP 157
Wang, Zhe ......................................MP 299
Wang, Zhe ......................................MP 464
Wang, Zhe .......................TOD pm 02:50
Wang, Zhe ......................................TP 665
Wang, Zhe ......................................TP 729
Wang, Zhe ......................................TP 733
Wang, Zhe ......................................WP 037
Wang, Zhe ......................................WP 381

Wang, Zhen ......................TOB pm 03:10
Wang, Zhen ....................................TP 385
Wang, Zhengmao ..............................TP 481
Wang, Zhengtao ...............................ThP 023
Wang, Zhengtao ...............................ThP 542
Wang, Zhican ..................................ThP 132
Wang, Zhong Lin ..............................MP 458
Wang, Zhong Lin ..............................WP 014
Wang, Lili .....................................WP 028
Wangikar, Pramod ............................ThP 097
Wangikar, Pramod ............................ThP 331
Wangikar, Pramod ............................WP 412
Wanninger, Markus ..........................MP 491
Wanninger, Markus ..........................WP 684
Warar, Shubhneet .............................MP 427
Warar, Shubhneet .............................TP 146
Warar, Shubhneet .............................TP 147
Warar, Shubhneet .............................TP 154
Warar, Shubhneet .............................WP 518
Ward, Cassandra ..............................MP 129
Ward, Luke .....................................WP 160
Ward, Michael ..................................MP 082
Ware, Rebecca .................................MP 108
Warlishi, Hiroyuki .............................TP 384
Warkentin, Thomas ...........................TP 522
Warminski, Marcin ............................ThP 590
Warmoes, Marc ................................MP 543
Warneke, Jonas ................................MP 458
Warnke, Stephan ..............................MP 267
Warnke, Stephan ...............ThOB am 08:50
Warnke, Stephan ...............WOB am 08:50
Warnke, Stephan ..............................WP 204
Warrack, Bethanne ............................ThP 457
Warren, Daniel .................................ThP 552
Warrener, Paul .................................ThP 437
Warrener, Paul ...................WOF pm 03:50
Warter, Elise ...................................MP 775
Warter, Elise ...................................WP 649
Warth, Benedikt ...............................MP 325
Warth, Benedikt ...............................ThP 180
Warth, Benedikt ................TOE pm 02:30
Warth, Benedikt ...............................TP 535
Waś, Joanna ....................................WP 229
Wasim, Fras ....................................ThP 107
Wasim, Fras ....................................ThP 269
Wasim, Fras ....................................ThP 270
Wasim, Fras ....................................TP 673
Wasslen, Karl ....................MOG am 02:30
Watanabe, Jun .................................MP 082
Watanabe, Jun .................................MP 083
Watanabe, Jun .................................MP 178
Watanabe, Jun .................................MP 220
Watanabe, Jun .................................ThP 493
Watanabe, Jun .................................TP 097
Watanabe, Jun .................................TP 123
Watanabe, Jun .................................WP 767
Watanabe, Kiyoshi ............................TP 448
Watanabe, Kyoko ..............................ThP 560
Watase, Kengo ................................TP 459
Waters, James ................................MP 273
Watkins, Simon ...............................MP 535
Watkins, Simon ...............................TP 391
Watrous, Jeramie .............................WP 410
Watschinger, Katrin ..........................MP 501
Watschinger, Katrin ..........................WP 559
Watson, Alan ..................................MP 535
Watson, Caroline .............................TP 101
Wattiez, Ruddy ...............................ThP 735
Watts, Eleanor ................................ThP 146
Watts, Eleanor ................................TP 124
Weaver, Brandi ................................TP 129
Weaver, Eric ...................................MP 711
Weaver, Eric ...................................ThP 400
Webb, Eric .....................................TP 767
Webb, Ian ........................ThOF pm 03:30
Webb, Ian ......................................WP 467
Webb, Kimberly ...............................WP 611
Webb, Kristofor ..................TOD pm 04:10
Webb, Roger ...................................ThP 347

Program code:  M,T,W,Th = Day       O = Oral, P = Poster       Time or poster number



Webb-robertson, Bobbie-Jo .................MP 077
Webb-robertson, Bobbie-jo ...............ThP 247
Webb-robertson, Bobbie-jo .................TP 401
Webb-robertson, Bobbie-Jo ...............TP 437
Weber, Katharina ..............................TP 262
Webster, Gregory .............................ThP 314
Webster, Gregory .............................ThP 317
Webster, Gregory .............................WP 469
Weekes, Michael ................................TP 656
Weeraratna, Ashani ..........................MP 502
Weerasekera, Ranjuna ...............MOC am 09:50
Weerasekera, Ranjuna .................ThP 668
Weerasekera, Ranjuna ....................WP 184
Weerasinghe, Mihiri ........................MP 292
Wegele, Harald ...............................ThP 360
Wegener, Aaron ..............................MP 254
Wegener, Aaron ..............................MP 255
Wegh, Robin ...........................TOE pm 03:10
Wehner, Sebastian ...........................ThP 395
Wehner, Sebastian ...........................WP 492
Wei, Benqian .....................ThOE am 08:30
Wei, Bo .........................................ThP 472
Wei, Dong .......................................WP 061
Wei, Eric .............................MOE pm 02:30
Wei, Jian .........................................MP 318
Wei, Juan .......................................ThP 068
Wei, Juan ...........................WOB am 10:10
Wei, Juan .......................................MP 190
Wei, Juan .......................................WP 202
Wei, Kuo-Chen ................................ThP 415
Wei, Kuo-Chen ..................................TP 379
Wei, Michael ...................................ThP 054
Wei, Michael .....................................TP 524
Wei, Michael .....................................TP 525
Wei, Na ...........................................WP 547
Wei, Pingli .....................................ThP 527
Wei, Qing .........................................WP 342
Wei, Ruhan .....................................WP 758
Wei, Tong-You ...................................TP 131
Wei, Wei ..........................................ThP 052
Wei, Xianrong (Jenny) .........................WP 590
Wei, Yangjie .....................................MP 292
Wei, Yiping .......................................TP 037
Wei, Yiping .......................................TP 054
Wei, Zhenwei ..................................ThP 015
Wei, Zhenwei ......................WOD am 08:50
Weichert, Wilko ................................WP 373
Weil, Brian ....................................ThP 745
Weil, David .....................................WP 534
Weil, Tanja .....................................MP 634
Weinberger, Scot .............................MP 661
Weinberger, Scot .............................MP 666
Weiner, Amber K. ...................TOD pm 03:30
Weingarten, Amit .............................TP 463
Weinhold, Jonathan .........................ThP 760
Weinmann, Wolfgang ......................WP 542
Weinstein, John ...............................MP 543
Weinstein, John ..............................WP 576
Weintraub, Susan ............................ThP 528
Weintraub, Susan ............................ThP 538
Weintraub, Susan ............................ThP 672
Weintraub, Susan ............................WP 395
Weis, David .....................................MP 292
Weis, David .....................................MP 297
Weis, David .......................................TP 609
Weis, David ..........................WOB pm 02:30
Weisbrod, Chad .....................ThOH am 08:30
Weisbrod, Chad ...................ThOH pm 02:30
Weisbrod, Chad ....................TOC pm 03:50
Weisbrod, Chad .....................TOE am 09:50
Weisbrod, Chad ...................TOG pm 03:50
Weisbrod, Chad ...............................TP 148
Weisenseel, Jason ...........................TP 204
Weiss, Amanda ................................TP 531
Weiss, Dana ....................................MP 710
Weisser, Hendrik ...................TOH am 09:50
Weitz, Karl .......................................MP 077
Weitz, Karl ......................................MP 467

Weitz, Karl .....................................MP 624
Weitz, Karl .......................................TP 686
Welch, Brett .....................................WP 678
Welch, Francis ..................................TP 245
Weldon, Erin ....................................WP 570
Welham, Nathan ..............................MP 729
Welker, Frido .......................MOH am 03:10
Welker, Frido ....................................TP 028
Welle, Kevin .....................................MP 722
Wellen, Kathryn ..............................MP 174
Wellen, Kathryn ..............................MP 552
Wellen, Kathryn ..................WOA am 09:50
Weller, Harold ..................................WP 244
Weller, Michael ................................ThP 054
Wells, Edward .................................ThP 148
Wells, Edward ..................................WP 762
Welp, Luisa .........................ThOD pm 03:30
Welsh, Eric .....................................WP 605
Welsh, JoEllen .................................WP 666
Wen, Bo ..........................................TP 374
Wen, Chen-Hao ...............................ThP 424
Wen, Xinxin ....................................ThP 699
Wendell, Stacy ................................ThP 324
Wendell, Stacy .....................WOA pm 02:30
Wendler, Michael .................MOC pm 02:30
Wendt, Cornelius .............................ThP 298
Wendt, George ................................ThP 520
Wendt, Karin ...................................ThP 201
Wendt, Karin ...................................MP 261
Weng, Jing-ke ..................................WP 431
Weng, Naidong ................................TP 080
Weng, WeiChien ..............................WP 183
Wenger, Kent ...................................ThP 478
Wenger, Kent ...................................ThP 730
Wenk, Markus ..................................MP 532
Wenk, Markus ..................................MP 545
Werner, Ernst ..................................ThP 379
Werner, Ernst ..................................ThP 559
Werner, Thilo ...................................WP 730
Werth, Emily ....................................MP 613
Werth, Emily .......................ThOC pm 03:10
Werth, Emily ...................................ThP 749
Wertz, Julie .........................MOH am 10:10
Wertz, Julie .....................................MP 398
Wertz, Julie .....................................MP 442
Wertz, Julie .....................................MP 445
Wesdemiotis, Chrys .........................MP 628
Wesdemiotis, Chrys ...............ThOE am 08:30
Wesdemiotis, Chrys .........................TP 497
Wessels, Hans .................................ThP 220
West, Cameron .................................TP 754
West, Connor ..................................ThP 122
West, Connor ...................................WP 377
West, Graham .................................ThP 728
West, Michelle .................................WP 300
West, Patrick ....................................TP 761
West, Raymond ................................ThP 750
Westerman, Danielle ........................MP 114
Westerman, Danielle ............ThOH am 08:30
Westerman, Danielle ............TOE pm 02:50
Westland, Jessica .............................TP 241
Westland, Kevin ...............................TP 602
Westling, Lucas ................................WP 237
Westphal, Michael ................MOA pm 03:50
Westphal, Michael ...........................MP 261
Westphal, Michael ...............ThOH pm 03:10
Westphal, Michael ...........................ThP 221
Westphal, Michael ..................TOG pm 02:30
Westphal, Michael ...........................WP 492
Westphal, Michael ...........................WP 572
Westphal, Michael ...........................WP 193
Westrick, Judy .................................MP 128
Westrick, Judy .................................MP 129
Wetzel, Molly ..................................WP 785
Wetzel, Molly ..................................ThP 730
Wexler, Aaron ..................................WP 376
Wey, Eric ........................................TP 426
Weyher, Elisabeth ............................MP 787

Whalen, Pamela ...............................MP 017
Wheat, Andrew .....................ThOD pm 02:50
Werritt, Daniel ................................ThP 464
Whetton, Anthony ...........................WP 400
Whetton, Anthony ...........................WP 673
Whitby, Richard .....................TOB am 08:30
White, Amanda .................................WP 407
White, Cory .......................................TP 690
White, Forest ....................................TP 579
White, Mitchell .................................ThP 216
White, Nicole ....................................MP 067
White, Patrick ...................................WP 237
White, Samuel ...................................MP 136
White, Wendy ..................................ThP 661
Whitecavage, Jacqueline ..................WP 538
Whitehouse, Kayla ...........................ThP 055
Whitelegge, Julian ...........................ThP 710
Whitelegge, Julian .................TOD pm 02:30
Whitelegge, Julian ............................TP 424
Whitelegge, Julian ............................TP 732
Whitelegge, Julian ............................WP 119
Whiteley, Gordon .............................ThP 657
Whitley, Elizabeth .............................TP 397
Whitley, Elizabeth ............................ThP 399
Whitmore, Christopher .........WOC pm 03:50
Whittal, Randy ................................MP 522
Wicker, Alison ..................................WP 459
Wicker, Alison ..................................WP 746
Wickramasinghe, Raveendra ...TOB am 08:50
Wickramasinghe, Vihandha ..............ThP 626
Widdowson, Phil ..............................ThP 069
Widdowson, Phil ...............................WP 182
Widdowson, Phillip ..........................ThP 095
Widdowson, Phillip ..........................ThP 213
Widdowson, Phillip ...........................WP 334
Wiederstein, Janica ..........................ThP 718
Wiegand, Pascal ................................TP 040
Wieland, Jamie .....................WOC pm 03:30
Wietlake, Tyler .................................ThP 574
Wietsma, Thomas ..............................TP 353
Wigginton, Janis ..............................WP 409
Wigmore, Cassandra .........................MP 429
Wigmore, Cassandra .........................MP 659
Wigmore, Cassandra .........................MP 670
Wigmore, Cassandra ..........................TP 015
Wigmore, Cassandra .........................ThP 589
Wijeratne, Neloni .............................MP 446
Wijeratne, Neloni .............................MP 492
Wijeratne, Neloni .............................ThP 024
Wijeratne, Neloni ..............................TP 107
Wijeratne, Neloni ..............................WP 303
Wijesinghe, Dayanjan .......................MP 361
Wijesinghe, Dayanjan .........................TP 132
Wikswo, John ...................................MP 352
Wilcock, Brandon .............................ThP 755
Wilcock, Brandon .............................WP 678
Wilcox, Callan ..................................WP 138
Wildman, Spencer ............................WP 091
Wildsmith, Kristin ............................WP 124
Wilharm, Thomas .................TOH pm 02:50
Wilhelm, Kyle ....................................TP 157
Wilhelm, Kyle ...................................WP 488
Wilhelm, Mathias ..................MOA pm 02:30
Wilhelm, Mathias ............................MP 383
Wilhelm, Mathias ................ThOC am 08:10
Wilhelm, Mathias ............................ThP 272
Wilhelm, Mathias ..................TOA pm 02:50
Wilhelm, Mathias .............................TP 422
Wilhelm, Mathias .............................TP 654
Wilhelm, Mathias .............................WP 241
Wilhelm, Mathias .............................WP 398
Wilhelm, Mathias .............................WP 730
Wilkerson, Emily ...............................TP 765
Wilkerson, Mathew ...............MOH am 09:50
Wilkins, James .................................ThP 694
Wilkins, John ....................................MP 024
Wilkins, John ...................................MP 375
Wilkinson, Brian ...............................MP 500

Program code: M,T,W,Th = Day          O = Oral, P = Poster          Time or poster number

Wilkinson, Gavin .................... TP 656
Will, Jonas ............................... ThP 629
Willacey, Cornelius ................ WP 574
Willard, Belinda ...................... TP 577
Wilcox, Dale A. ....................... TP 743
Willerslev, Eske ........... MOH pm 03:10
Willets, Matthew ................... MP 762
Willets, Matthew ................... TP 630
Willets, Matthew ................... TP 642
Willets, Matthew ................... TP 717
Willets, Matthew ................... WP 662
Williams, Ambrose ................ WP 041
Williams, Antony ........... TOE am 09:30
Williams, Audrey ................... WP 357
Williams, Brad ....................... ThP 278
Williams, Evan ...................... TP 470
Williams, Jason ..................... MP 076
Williams, Joanne ................... MP 277
Williams, Jonathan ................ MP 049
Williams, Jonathan ........ ThOE am 08:30
Williams, Jonathan ................ ThP 302
Williams, Jonathan ................ ThP 499
Williams, Jonathan ................ TP 502
Williams, Jonathan ................ WP 483
Williams, Jonathan P. ............ MP 237
Williams, Kaye ...................... WP 227
Williams, Kenneth ................. TP 734
Williams, Lee ........................ WP 159
Williams, Lee ........................ WP 528
Williams, Lee ........................ WP 787
Williams, Leonard ................. WP 617
Williams, Preston .................. TP 715
Williams, Rhys ...................... TP 035
Williams, Robert ................... ThP 637
Williams, Sean ...................... MP 470
Williams, Steve ..................... WP 298
Williams, Tracie .................... MP 048
Williams, Tracie .................... TP 670
Williams, Tracie .................... TP 605
Williams, Tracie .................... WP 151
Williams, Tracie .................... WP 725
Williams, Tyler ...................... TP 479
Williamson, Andrew .............. ThP 095
Williamson, Seth ................... WP 205
Williamson, Yulanda ............. MP 679
Williamson, Yulanda ............. WP 359
Williamson, James ................ ThP 603
Willis, Kate .......................... MP 316
Wills, Bailey ......................... TP 264
Wilm, Matthias ...................... TP 632
Wilmanowski, Robert ............ WP 338
Wilmers, Klaus ..................... WP 301
Wilson, Derek ........................ TP 500
Wilson, Gary .......................... ThP 221
Wilson, Gary .......................... ThP 407
Wilson, Ian ............................ MP 497
Wilson, Ian ............................ ThP 499
Wilson, Ian ............................ TP 557
Wilson, Ian ............................ WP 250
Wilson, Ian ............................ WP 406
Wilson, Ian ............................ WP 602
Wilson, Jesse ........................ ThP 623
Wilson, Jesse ........................ ThP 636
Wilson, Joan ......................... WP 595
Wilson, John .......................... MP 681
Wilson, Joseph ...................... TP 287
Wilson, Khadija ..................... MP 167
Wilson, Landon ...................... MP 503
Wilson, Landon ...................... ThP 498
Wilson, Margo ....................... WP 511
Wilson, Mark ......................... WP 729
Wilson, Matthew .................... WP 630
Wilson, Mike ......................... TP 515
Wilson, Rashaun ................... ThP 734
Wilson, Rashaun ................... TP 058
Wilton, John .......................... ThP 137
Wiltshire, Steven ................... TP 068
Wiltshire, Steven ................... WP 703
Winchester, Lee ..................... TP 760

Winfield, Jaime ..................... WP 353
Wing, Leung .......................... TP 416
Wingo, Aliza .......................... ThP 119
Wingo, Thomas ...................... MP 012
Wingo, Thomas ...................... ThP 119
Winn, Peter ........................... WP 486
Winograd, Nicholas ............... MP 469
Winograd, Nicholas ....... TOD am 09:30
Winograd, Nicholas ............... TP 391
Winstone, Tara ...................... TP 657
Winter, Dominic ..................... MP 738
Winter, Dominic ..................... ThP 737
Winter, Dominic ..................... ThP 709
Winter, Greg ......................... WP 550
Winter, Gregory ..................... WP 552
Winter, Sascha ...................... WP 552
Wintermantel, William ........... MP 611
Winton, Valerie ............. MOH am 09:30
Winton, Valerie ...................... TP 722
Wipke, Brian ......................... WP 077
Wishnok, John ....................... ThP 496
Wishnok, John ....................... TP 041
Wissdorf, Walter ................... MP 284
Wissdorf, Walter ................... ThP 297
Wissdorf, Walter ................... TP 299
Wissdorf, Walter ................... TP 290
Wissdorf, Walter ................... TP 484
Wissdorf, Walter ................... TP 521
Witmer, Mark ........................ TP 639
Witt, Matthias ....................... MP 565
Witt, Matthias ....................... TP 505
Witt, Matthias ....................... TP 150
Witt, Matthias ....................... TP 152
Witt, Matthias ....................... TP 552
Wittenberg, James ................. MP 192
Wittig, Sabine ............... ThOD pm 03:10
Witting, Michael ........... ThOA am 08:30
Witwicki, Jacek ..................... WP 213
Wodke, Judith ....................... WP 560
Woelfingseder, Lydia ............. MP 325
Woerner, August .................... TP 262
Woerner, August .................... TP 431
Wohlgemuth, Gert ................. WP 415
Wohlrab, Stefanie .................. ThP 360
Wohlrab, Stefanie .................. WP 045
Wohlschlegel, James ............. WP 680
Wohlschlegel, James ............. WP 686
Wojcik, Jérôme ...................... MP 690
Wojcik, John ......................... MP 168
Wojcik, John ......................... MP 681
Wojcik, Roza ................. MOF am 08:30
Wolan, Dennis ............... ThOB pm 03:30
Wolf, Barbara ........................ WP 565
Wolf, Barbara ........................ WP 575
Wolf, Pavlina ........................ WP 093
Wolfe, Lisa ............................ MP 611
Wolfe, Lisa ............................ TP 278
Wolfe, Lisa ............................ TP 519
Wolfender, Jean-Luc .............. MP 586
Wolff, Jeremy ........................ TP 245
Wolff, Jeremy ........................ TP 174
Wolf-Levy, Hila ...................... TP 724
Wollnik, Hermann .................. TP 462
Wong, Alexander ........... MOH am 09:50
Wong, Amanda ...................... MP 162
Wong, Cassandra .......... ThOC pm 03:30
Wong, Cassandra ................... ThP 090
Wong, Catherine C L .............. TP 670
Wong, David .......................... MP 643
Wong, David .......................... TP 590
Wong, David .......................... WP 062
Wong, Jenny .......................... TP 063
Wong, Kin-Sing ...................... TP 063
Wong, Lee-Yang ..................... MP 026
Wong, Maurice .............. ThOG am 10:10
Wong, Maurice ...................... ThP 210
Wong, Maurice ...................... WP 080
Wong, Maurice ...................... WP 336
Wong, Philip .......................... TP 136

Woo, Christina ....................... TP 709
Wood, Andrew ....................... ThP 598
Wood, Andrew ....................... WP 634
Wood, Ellen .................. ThOE pm 03:10
Wood, Ellen ........................... ThP 548
Wood, Jennifer ...................... WP 579
Wood, Madeleine ................... MP 356
Wood, Michelle ..................... TP 516
Wood, Michelle ..................... WP 020
Wood, Silas ........................... MP 725
Wood, Tim ............................. MP 078
Wood, Tim ............................. WP 555
Wood, Troy ............................ MP 605
Wood, Troy ............................ WP 597
Woodall, Daniel ............. ThOF pm 02:50
Woodall, Daniel ..................... ThP 627
Woodall, Daniel ............. TOC am 09:50
Woodman, Michael ................ WP 534
Woodmansey, Kean ............... ThP 336
Woods, Amina ....................... MP 256
Woods, Amina ....................... ThP 421
Woods, Christopher ....... TOA pm 04:10
Woods, Joshua ............... TOG am 09:50
Woods, Lucy .......................... MP 348
Woods, Lucy .......................... TP 375
Woods, Lucy .......................... TP 392
Woods, Lucy .......................... WP 103
Woodward, Nicholas ............. ThP 467
Woodward, Sarah .................. TP 651
Woodward, William ............... ThP 029
Woodward, Zachary ............... WP 553
Woody, Spencer ..................... TP 110
Wooke, Zachary ..................... ThP 081
Woolfitt, Adrian ..................... TP 128
Woolfitt, Adrian ..................... TP 134
Woolfitt, Adrian ..................... TP 138
Woolsey, Rebekah ................. MP 603
Wootton, Christopher ..... MOD pm 02:50
Wootton, Christopher ............ ThP 094
Wootton, Christopher ..... TOC am 09:10
Wootton, Christopher ............ TP 706
Wootton, Christopher ..... WOC am 10:10
Wootton, Christopher ..... WOH am 08:50
Worbs, Sylvia ................ MOB pm 03:50
Wormwood, Kelly .................. ThP 314
Wormwood, Kelly .................. ThP 317
Wormwood, Kelly .................. WP 230
Wormwood, Kelly .................. WP 251
Wormwood, Kelly .................. WP 469
Worsfold, Camilla .................. ThP 410
Wouters, Clovis ..................... MP 701
Wouters, Eloy ........................ ThP 052
Wouters, Eloy ........................ TP 525
Wouters, Eloy ........................ WP 144
Wozniak, Jacob ...................... TP 038
Wranik, Bernd ....................... ThP 455
Wright, Allison ....................... MP 585
Wright, Anthony ..................... MP 141
Wright, Derek ........................ WP 599
Wright, Erik S. ............... WOA am 04:10
Wright, Kenneth .................... MP 353
Wright, Lori ........................... ThP 458
Wright, Madison .................... MP 705
Wright, Madison .................... MP 707
Wring, Stephen ..................... MP 018
Wrobel, John .......................... TP 421
Wrobel, John .......................... WP 079
Wrona, Mark ......................... WP 097
Wrona, Mark ......................... MP 655
Wrona, Mark ......................... ThP 368
Wrona, Mark ......................... TP 600
Wu, Caisheng ........................ MP 086
Wu, Caisheng ........................ MP 187
Wu, Changsheng .................... MP 458
Wu, Changsheng .................... WP 014
Wu, Chenghan ....................... TP 125
Wu, Chia-Fang ...................... TP 079
Wu, Chih ............................... TP 457



Wu, Ching.................................WP 225
Wu, Cong...........................MOD pm 02:30
Wu, Cong.................................TP 585
Wu, Cong.................................TP 599
Wu, Cong.................................WP 041
Wu, Cuiling..............................WP 292
Wu, Di.............................MOB am 10:10
Wu, Di...................................TP 060
Wu, Haibin..............................ThP 189
Wu, Haiqing............................ThP 771
Wu, Hoi Ting............................WP 674
Wu, Hsin-yi.............................ThP 138
Wu, Hsin-Yi.............................TP 140
Wu, Jia................................MP 406
Wu, Jia Rong...........................MP 399
Wu, Jiandong...........................MP 190
Wu, Jianmin............................MP 512
Wu, Jianmin............................ThP 244
Wu, Jikang.............................MP 674
Wu, Jincun..............................TP 196
Wu, Jingcun............................MP 186
Wu, Jingcun.............................TP 217
Wu, Jingcun............................WP 157
wu, Jingcun............................MP 160
Wu, Jingcun............................WP 177
Wu, Jingcun............................WP 302
Wu, Jingrui.............................ThP 507
Wu, Judy...........................ThOH pm 03:30
Wu, Jun................................ThP 611
Wu, Lena...............................ThP 559
Wu, Lena...............................ThP 564
Wu, Lijian..............................MP 194
Wu, Lin................................MP 432
Wu, Lin................................MP 721
Wu, Linfeng............................MP 599
Wu, Linfeng............................TP 019
Wu, Linfeng............................TP 592
Wu, Long...............................MP 426
Wu, Ming-Tsang.........................TP 345
Wu, Na................................ThP 406
Wu, Pei-Yu..............................TP 131
Wu, Pengfei............................MP 151
wu, Ping...............................WP 659
Wu, Qi.................................WP 253
Wu, Qiangen............................ThP 153
Wu, Qidi...............................ThP 065
Wu, Qinghao............................WP 435
Wu, Qinglong...........................MP 031
Wu, Qiong..........................MOD pm 02:50
Wu, Ranran.............................TP 649
Wu, Ronghu.............................MP 718
Wu, Ronghu............................ThP 206
Wu, Ronghu............................ThP 207
Wu, Ronghu............................ThP 211
Wu, Ronghu............................ThP 675
Wu, Sean...............................MP 539
Wu, Sheng-Wei..........................MP 490
Wu, Shual..............................MP 599
Wu, Si.............................MOE pm 02:30
Wu, Si.................................MP 299
Wu, Si.................................MP 466
Wu, Si................................ThP 103
Wu, Si................................ThP 111
Wu, Si............................TOD pm 02:50
Wu, Si.................................TP 426
Wu, Si.................................TP 665
Wu, Si.................................TP 729
Wu, Si.................................TP 733
Wu, Si.................................WP 037
Wu, Si.................................WP 381
Wu, Slh-Syuan.........................ThP 775
Wu, Songfeng...........................TP 060
Wu, Te-Cheng..........................ThP 167
Wu, Tianyang..........................ThP 313
Wu, Vincen............................ThP 256
Wu, Vincen.........................TOF pm 03:50
Wu, Vincen.............................WP 375
Wu, Wei-Kai............................WP 572

Wu, Wells..............................TP 655
Wu, Wenbin.............................WP 594
Wu, Xiaofeng...........................WP 085
Wu, Xiongfei...........................WP 094
Wu, Yan............................TOE am 08:30
Wu, Yiming.............................ThP 724
Wu, Zengru.............................WP 223
Wu, Zhijie.............................MP 785
Wu, Zhijie............................ThP 544
Wu, Zhijie.............................TP 723
Wu, Zhijie.............................TP 730
Wuhr, Martin...........................TP 702
Wührr, Martin..........................MP 042
Wuhrer, Manfred....................MOB am 08:50
Wuhrer, Manfred.......................ThP 060
Wuhrer, Manfred.......................ThP 061
Wuhrer, Manfred.......................TP 660
Wuhrer, Manfred........................WP 032
Wuhrer, Manfred........................WP 658
Wulf, Alexander....................ThOD pm 03:30
Wulff, Bjorn-Erik......................MP 050
Wulff, Jeremy.........................ThP 157
Wurlitzer, Marcus......................TP 689
Wüthrich, Marcel......................ThP 219
Wuyts, Benjamin........................MP 183
Wybenga-Groot, Leanne..................WP 608
Wyche, Thomas.........................ThP 451
Wyeth, Anna...........................ThP 777
Wygant, Bryan......................WOG pm 03:10
Wyld, Lynda............................MP 703
Wyndham, Kevin.........................MP 539
Wynne, Colin...........................MP 782
Wysocki, Vicki.........................MP 232
Wysocki, Vicki.........................MP 786
Wysocki, Vicki........................ThP 393
Wysocki, Vicki........................ThP 630
Wysocki, Vicki........................ThP 661
Wysocki, Vicki.....................TOB am 09:30
Wysocki, Vicki.........................TP 260
Wysocki, Vicki.........................WP 499
Wysocki, Vicki.........................WP 691
Wysocki, Vicki.........................WP 775
Xavier, Karina.........................TP 654
Xenopoulos, Alex.......................TP 612
Xi, Min...............................WP 624
Xia, Qiangwei..........................WP 038
Xia, Qiangwei..........................WP 193
Xia, Titan.............................TP 382
Xia, Weiming.......................TOD am 08:50
Xia, Weiming...........................WP 074
Xia, Yu............................MOE am 08:50
Xia, Yu............................MOG am 08:30
Xia, Yu...............................ThP 381
Xia, Yu...............................ThP 382
Xia, Yu...............................ThP 383
Xia, Yu...............................ThP 392
Xia, Yu............................TOG pm 04:10
Xia, Yu...............................WP 544
Xia, Yueyi.............................MP 561
Xiang, Li.............................ThP 140
Xiao, Gang.........................MOD pm 03:30
Xiao, Hailian.........................ThP 736
Xiao, Haopeng.........................ThP 207
Xiao, Haopeng.........................ThP 211
Xiao, Xiaoping.........................MP 755
Xiaohua, Liu...........................MP 198
Xiaoxiao, Wang.........................WP 628
Xie, Boer..............................TP 371
Xie, Boer..............................TP 571
Xie, Chengyi..........................ThP 055
Xie, De-Yu............................ThP 617
Xie, Fang.............................WP 636
Xie, Gui-ru........................MOC pm 03:30
Xie, Gui-ru............................WP 275
Xie, Ling..............................TP 421
Xie, Ling..............................TP 676
Xie, Ling..............................WP 079
Xie, Sitan.............................WP 108

Xie, Xiaobo............................WP 544
Xie, Xiaolei...........................WP 209
Xie, Xueshu...........................ThP 104
Xie, Yanjiao...........................TP 655
Xie, Yixuan........................MOC am 09:10
Xie, Yixuan...........................ThP 210
Xie, Yixuan............................WP 336
Xie, Yongchao..........................TP 541
Xie, Yuanyuan..........................TP 051
Xie, Zhengzhi..........................MP 119
Xie, Zhuoer............................MP 517
Xie, Zhuoer........................WOD am 08:50
Xin, Lei..............................MP 391
Xin, Lei..............................MP 392
Xin, Lei.............................ThP 117
Xin, Lei..............................TP 010
Xin, Lei..............................TP 139
Xin, Peiyong...........................WP 586
Xin, Yi............................ThOA pm 03:50
Xing, Gang.........................MOF pm 04:10
Xing, Jie.............................ThP 091
Xing, Jie.............................ThP 191
Xing, Jie............................ThP 486
Xing, Jie............................ThP 757
Xing, Jie............................ThP 761
Xing, Jie.............................TP 118
Xing, Jie.............................TP 658
Xing, Jie.............................WP 214
Xing, Jie............................WP 767
Xing, Lili............................TP 094
Xing, Lili............................TP 593
Xing, Lili............................WP 108
Xing, Lili............................WP 699
xing, Liu.............................WP 215
Xing, Luo.............................TP 428
Xing, Tao..........................ThOE am 08:50
Xing, Tao.............................TP 007
Xing, Tao.............................TP 011
Xiong, Caiqiao........................TP 352
Xiong, Lei...........................MP 654
Xiong, Lei...........................MP 658
Xiong, Lei..........................ThP 552
Xiong, Lei...........................TP 119
Xiong, Lei..........................WP 681
Xiong, Weili.........................WP 269
Xu, Andy..............................TP 338
Xu, Ankai.............................WP 041
Xu, Chongfeng........................MP 665
Xu, Chong-Feng........................WP 040
Xu, Dunming..........................MP 194
Xu, Fuchao...........................ThP 755
Xu, Gege...........................MOC am 09:10
Xu, Gege...........................ThOG am 10:10
Xu, Gege.............................WP 588
Xu, Guowang..........................MP 561
Xu, Guowang..........................ThP 460
Xu, Jiale............................ThP 003
Xu, Jiale............................ThP 016
Xu, Jiale.............................WP 023
Xu, Jianwen...........................TP 005
Xu, Jiatong...........................TP 060
Xu, Jie.............................ThP 183
Xu, Jie.............................ThP 187
Xu, Kerui.............................TP 667
Xu, Keyang............................WP 051
Xu, Libin.............................MP 500
Xu, Libin..........................ThOH am 10:10
Xu, Libin..........................WOF pm 02:50
Xu, Libin............................WP 378
Xu, Lifeng...........................ThP 014
Xu, Ling.............................MP 624
Xu, Lusha.............................TP 225
Xu, Meng.............................ThP 385
Xu, Meng.............................TP 358
Xu, Mengyang.........................TP 545
Xu, Miaowei..........................MP 307
Xu, Niusheng.........................MP 086
Xu, Niusheng.........................MP 187

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number

Xu, Peining.........................MP 552
Xu, Qingge.........................TP 601
Xu, Senhan.........................ThP 211
Xu, Shuting.........................XP 064
Xu, Shuting.........................TP 225
Xu, Shuting.........................WP 015
Xu, Sihang.........................ThP 312
Xu, Sihang.........................ThP 568
Xu, Tian.........................TP 734
Xu, Wayne.........................MP 622
Xu, Xiaohui.........................ThP 074
Xu, Xin.........................TP 020
Xu, Xin.........................TP 596
Xu, Xin.........................MP 046
Xu, Xing.........................WP 115
Xu, Yang.........................TP 156
Xu, Yao.........................WP 390
Xu, Yifan.........................MP 560
Xu, Yingrong.........................ThP 728
Xu, Yi-Sheng.........................TP 051
Xu, Yuan.........................ThOE pm 03:30
Xuan, Qiuhui.........................ThP 460
Xuan, Yue.........................ThP 267
Xuan, Yue.........................TOA pm 03:10
Xuan, Yue.........................WP 070
Xuan, Yue.........................WP 700
Xue, Changhu.........................ThP 183
Xue, Changhu.........................ThP 187
Xue, Chao.........................TP 597
Xue, Chao.........................WP 054
Xue, Chao.........................WP 057
Xue, Jinjuan.........................TP 352
Xue, Liang.........................ThP 651
Xue, Liang.........................WP 627
Xue, Lingling.........................MP 103
Xue, Lingling.........................ThP 156
Yacoub, Kimberly.........................WP 536
Yadav, Anisha.........................ThP 314
Yadav, Anisha.........................ThP 317
Yadav, Anisha.........................WP 469
Yadav, Pramod.........................ThP 277
Yaghjyan, Lusine.........................WP 593
Yakkundi, Shirish.........................TP 067
Yalovenko, Natalia.........................WOB am 08:50
Yamada, Masaki.........................MP 546
Yamada, Yohei.........................MP 384
Yamada, Yohei.........................WP 389
Yamada, Yoshihiro.........................ThP 514
Yamada, Yoshihiro.........................ThP 516
Yamada, Yutaka.........................WP 426
Yamakage, Yuzuru.........................WP 389
Yamaki, Satoshi.........................ThP 043
Yamaki, Satoshi.........................ThP 577
Yamaki, Satoshi.........................ThP 589
Yamaki, Satoshi.........................TP 303
Yamamoto, Hiroyuki.........................WP 426
Yamamoto, Takushi.........................TP 384
Yamamura, Shohei.........................WP 446
Yamanaka, Michiko.........................ThP 165
Yamasaki, Taiki.........................TP 368
Yamashita, Hiroki.........................ThP 232
Yamashita, Ryuji.........................MP 148
Yamato, Seiji.........................MP 087
Yamauchi, Eri.........................MP 148
Yamauchi, Shosei.........................ThP 400
Yamauchi, Shosei.........................TP 448
Yamauchi, Yoshio.........................ThP 605
Yamazaki, Mami.........................WP 426
Yamazaki, Yuzo.........................MP 580
Yamazaki, Yuzo.........................ThP 602
Yamazaki, Yuzo.........................TP 384
Yamazaki, Yuzo.........................WP 053
Yamazoe, Sayumi.........................WP 064
Yan, Bin.........................MP 336
Yan, Bin.........................MP 349
Yan, Bin.........................ThP 057
Yan, Bin.........................TOF pm 03:50
Yan, Hong.........................WP 023
Yan, Jeffrey.........................MP 226

Yan, Jing.........................MP 051
Yan, Jing.........................MP 232
Yan, Jing.........................MP 786
Yan, Jing.........................TP 338
Yan, Jing.........................WP 134
Yan, John.........................ThP 697
Yan, John.........................WP 228
Yan, Juan.........................WOD pm 03:30
Yan, Linge.........................WP 417
Yan, Meishuang.........................MP 721
Yan, Wong.........................WP 416
Yan, X. Steven.........................ThP 754
Yan, Xiaowen.........................MP 123
Yan, Xin.........................WP 046
Yan, Xinjian.........................ThOC am 09:30
Yan, Xinjian.........................WOA am 09:30
Yan, Xinjian.........................WP 424
Yan, Yuetian.........................ThOE am 09:50
Yan, Yuetian.........................TP 007
Yan, Yuetian.........................TP 011
Yanagida, Toshio.........................WP 244
Yanbin, He.........................TP 428
Yang, Bo.........................MP 714
Yang, Charles.........................MOC pm 02:50
Yang, Charles.........................TP 224
Yang, Charles.........................TP 237
Yang, Charles T.........................TP 195
Yang, Charles T.........................WP 280
Yang, Chieh.........................MP 686
Yang, Ching-Ting.........................ThP 501
Yang, Dan-hui Dorothy.........................WP 292
Yang, Daoyang.........................ThP 551
Yang, Eric.........................ThP 769
Yang, Ethan.........................ThP 248
Yang, Ethan.........................TP 382
Yang, Fangming.........................ThP 100
Yang, Gangdong.........................ThP 363
Yang, Han-Yin.........................MP 415
Yang, Han-Yin.........................MP 425
Yang, Han-Yin.........................WOH am 03:50
Yang, Hao.........................WP 384
Yang, Heyi.........................TP 253
Yang, Ho-Hyun.........................ThP 144
Yang, Hua.........................MOF pm 03:30
Yang, Huaming.........................ThP 100
Yang, Hung-Wei.........................ThP 415
Yang, Hung-Wei.........................ThP 379
Yang, Jeong Yeh.........................ThP 637
Yang, Jhih-Ci Yang.........................MP 606
Yang, Jing.........................TP 357
Yang, Jingyue.........................MP 692
Yang, Jun.........................MP 509
yang, Jun.........................WP 489
Yang, Juncong.........................WP 570
Yang, Ka.........................MP 656
Yang, Kai-Chieh.........................TP 075
Yang, Kai-Chieh.........................TP 222
Yang, Kuang-Wei.........................TP 740
Yang, Kui.........................ThP 294
Yang, Kui.........................WOH am 08:50
Yang, Lei.........................TP 370
Yang, Li.........................ThP 023
Yang, Li.........................ThP 542
Yang, Li.........................ThP 732
Yang, Li Fang.........................TP 129
Yang, Lijun.........................ThP 212
Yang, Liping.........................ThP 140
Yang, Lizhong.........................MP 146
Yang, Lizhong.........................TP 217
Yang, Ming-Hui.........................TP 066
Yang, Ming-Hui.........................TP 140
Yang, Nan.........................ThOB am 08:30
Yang, Peiying.........................ThP 472
Yang, Pengyuan.........................WP 654
Yang, Qian.........................MP 755
Yang, Qian.........................ThP 140
Yang, Shih-Chieh.........................TP 666
Yang, Shih-Chieh.........................WP 442
Yang, Shih-Chieh.........................WP 445

Yang, Shuang.........................TP 655
Yang, Sichun.........................ThOE am 08:50
Yang, Tsuey-Ching.........................ThP 522
Yang, Vicky.........................WP 720
Yang, Wei.........................WP 136
Yang, Xiangyun.........................TP 683
Yang, Xiaoran.........................MP 742
Yang, Xiaoyu.........................MP 689
Yang, Xiaoyu.........................WP 422
Yang, Yanan.........................MP 643
Yang, Yanan.........................WP 764
Yang, Yang.........................WP 337
Yang, Yen-Yu.........................WP 740
Yang, Yongxin.........................ThP 658
Yang, Yuangui.........................ThP 023
Yang, Yuangui.........................WP 542
Yang, Zheng.........................WOD pm 03:10
Yang, Zhibo.........................ThP 386
Yang, Zhibo.........................ThP 488
Yang, Zhibo.........................TP 371
Yang, Zhibo.........................TP 495
Yang, Zhibo.........................WOA pm 02:50
Yang, Zhibo.........................WP 403
Yang, Zhichang.........................MP 587
Yang, Zhichang.........................TP 551
Yang, Zhichang.........................WP 038
Yang, Zicheng.........................MP 322
Yannell, Karen.........................MP 188
Yannell, Karen.........................MP 266
Yao, Gang.........................ThP 146
Yao, Lihua.........................WP 779
Yao, Linxing.........................MP 611
Yao, Linxing.........................ThP 509
Yao, Linxing.........................WP 607
Yao, Xudong.........................ThP 698
Yarberry, Andrea.........................TP 203
Yasuda, Hiroyuki.........................WP 389
Yasuno, Motohide.........................WP 440
Yasuto, Yokoi.........................MP 498
Yates, Nathan.........................MP 400
Yates, Nathan.........................MP 702
Yates, Nathan.........................MP 756
Yates, Nathan.........................ThP 370
Yates, Nathan.........................TP 373
Yates, Sandy.........................ThP 292
Yates, III, John.........................MP 783
Yates, III, John.........................TP 672
Yates, III, John.........................WP 088
Yates, III, John.........................WP 117
Ye, Hongping.........................ThP 101
Ye, Hongping.........................TP 388
Ye, Hui.........................WP 140
Ye, Josh.........................WP 157
Ye, Josh.........................WP 177
Ye, Joshua.........................MP 186
Ye, Joshua.........................MP 302
Ye, Yuzhen.........................TOA am 10:10
Ye, Yuzhen.........................TP 438
Yeager, Chris.........................ThP 477
Yee, Sharon.........................WP 051
Yeh, Cheng-Hsing.........................WP 281
Yeh, Ching-Fang.........................MP 606
Yellin, Ben.........................MOA am 08:50
Yen, Cheng-Chieh.........................WP 525
Yen, Hsin-Yung.........................TOC am 10:10
Yenchick, Frank.........................ThP 040
Yeo, Injoon.........................MP 435
Yeo, Injoon.........................ThP 114
Yeung, Enoch.........................ThP 110
Yeung, Faith.........................WP 710
Yeung, Ken.........................TP 383
Yeung, Raymond.........................MP 700
Yew, Joanne.........................ThP 228
Yi, Eugene.........................ThP 655
Yi, Eugene.........................TP 044
Yi, Eugene.........................TP 070
Yi, Eugene.........................WP 099
Yi, Eugene.........................WP 647
Yi, Eugene.........................WP 704

Program code: M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number



# INDEX OF AUTHORS

Yi, Lian .................... ThOG am 08:50
Yi, Linda .................... ThP 673
Yi, Tangsheng .................... TP 599
Yi, Xinpei .................... MP 008
Yi, Xinpei .................... MP 586
Yi, Yang .................... WP 215
Yildirim, Erol .................... TP 745
Yim, Yong-Hyeon .................... TP 583
Yin, Ge .................... TP 304
Yin, Hang .................... MOE am 08:50
Yin, Jiekai .................... MP 173
Yin, Ji-Li .................... MP 426
Yin, Lei .................... ThP 014
Yin, Luming .................... MP 750
Yin, Luming .................... TP 778
Yin, Ruichuan .................... MOD am 09:30
Yin, Ruichuan .................... ThP 257
Yin, Ruichuan .................... TP 400
Yin, Tai .................... TP 549
Yin, Victor .................... ThP 641
Yin, Wencui .................... MP 093
Yin, Xi-jun .................... ThP 077
Yin, Xinmin .................... MP 572
Yin, Xiuzhen .................... ThP 003
Yin, Yafang .................... WP 027
Yip, Ping .................... WP 693
Yiyuan, Yuan .................... ThP 632
Yokoi, Hiroyuki .................... TP 372
Yokoi, Yasuto .................... MP 413
Yokoi, Yasuto .................... ThP 401
Yokomizo, Takehiko .................... WP 543
Yokoo, Takashi .................... WP 341
Yokota, Kazumi .................... ThP 017
Yonezawa, Atsushi .................... WP 043
Yoo, Chang-Hyun .................... ThP 144
Yoo, Jong Shin .................... WP 724
Yoo, Kyung-Hee .................... TP 231
Yoo, Kyung-Hee .................... WP 293
Yoo, Mi-Jeong .................... TP 141
Yoo, Yeongsuk .................... MP 095
Yoon, Ah Young .................... ThP 466
Yoon, Ah Young .................... ThP 467
Yoon, Alex .................... TP 424
Yoon, Alexander .................... ThP 771
Yoon, Alexander .................... WP 113
Yoon, Sohee .................... ThP 350
Yoon, Sohee .................... ThP 249
Yoon, Sung .................... ThOB pm 02:30
Yoon, Sung Hwan .................... MOE am 09:10
Yoon, Sung Hwan .................... ThP 540
Yoon, Young-ran .................... MP 062
Yoon, Young-ran .................... ThP 495
Yorishita, Masako .................... ThP 203
York, Jamie .................... WP 766
Yoshida, Masaru .................... WP 233
Yoshizawa, Akiyasu .................... MP 408
Yoshizawa, Kenichi .................... MP 228
Yoshizawa, Kenichi .................... MP 632
Yoshizawa, Kenichi .................... ThP 008
Yoshizawa, Kenichi .................... TP 145
Yoshizawa, Kenichi .................... TP 219
Yost, Richard .................... MP 073
Yost, Richard .................... ThOA am 09:10
Yost, Richard .................... ThP 054
Yost, Richard .................... ThP 281
Yost, Richard .................... ThP 288
Yost, Richard .................... ThP 351
Yost, Richard .................... ThP 397
Yost, Richard .................... TP 524
Yost, Richard .................... TP 543
Yost, Richard .................... TP 558
Yost, Richard .................... TP 563
Yost, Richard .................... WP 008
You, Yi .................... ThP 044
You, Yi .................... WP 005
You, Youwen .................... TP 259
Youn, Min-gyu .................... ThP 717
Young, Alexandria .................... MP 684
Young, Bryce .................... TOD am 10:10

Young, Damon .................... WP 077
Young, Denise .................... ThP 113
Young, Dennie .................... MP 169
Young, Joe .................... TP 367
Young, Jonathon .................... ThP 106
Young, Michael .................... WP 156
Young, Nicolas .................... ThP 686
Young, Nicolas .................... TP 636
Young, Nicolas .................... WP 714
Young, Reuben .................... MP 244
Young, Sarah .................... MP 027
Young, Thomas .................... MP 144
Young, Thomas .................... TP 201
Youssef, Mohamed .................... WP 559
Youssef, Mohamed .................... WP 784
Yu, Aiying .................... ThP 223
Yu, Aiying .................... WP 073
Yu, Aiying .................... WP 075
Yu, Aiying .................... WP 197
Yu, Aiying .................... WP 741
Yu, Christopher .................... ThP 360
Yu, Chunyu .................... TP 578
Yu, Clinton .................... MP 046
Yu, Clinton .................... ThOD pm 02:50
Yu, Clinton .................... WP 148
Yu, Dahang .................... TOD pm 02:50
Yu, Dahang .................... TP 665
Yu, Dahang .................... TP 733
Yu, Feiqiao .................... TP 761
Yu, Feng .................... ThP 325
Yu, Fengchao .................... MP 402
Yu, Haiyuan .................... MP 040
Yu, Jau-Song .................... WP 697
Yu, Jiancheng .................... MP 152
Yu, Jianshi .................... WOD pm 03:50
Yu, Kaiwen .................... ThP 643
Yu, Kate .................... WP 019
Yu, Lele .................... WP 523
Yu, Miao .................... MP 202
Yu, Miao .................... MP 491
Yu, Miao .................... WOD am 09:50
Yu, Ningxi .................... WP 634
Yu, Qing .................... MP 418
Yu, Qing .................... MP 716
Yu, Qinying .................... ThP 385
Yu, Qinying .................... TP 087
Yu, Qinying .................... WP 194
Yu, Rui .................... WP 172
Yu, Shang-Fan .................... WP 051
Yu, Shaoxia .................... MOF pm 03:30
Yu, Wen .................... MP 388
Yu, Wen .................... ThP 437
Yu, Wen .................... WOF pm 03:50
Yu, Wendong .................... TP 110
Yu, Wendong .................... TP 112
Yu, Wendong .................... WOE pm 02:30
Yu, Wendong .................... WP 364
Yu, Xiang .................... MP 230
Yu, Xiaoyan .................... TP 117
Yu, Xiaoyan .................... TP 681
Yu, Xuhong .................... MP 620
Yu, Yang .................... MP 173
Yu, Yang .................... ThP 611
Yu, Yi-Kuo .................... MP 693
Yu, Ying .................... MP 672
Yu, Ying Qing .................... ThP 678
Yu, Ying Qing .................... TP 003
Yu, Ying Qing .................... TP 612
Yu, Ying Qing .................... WP 510
Yu, Ying-Qing .................... TOG am 09:30
Yu, Yue .................... ThP 595
Yu, Zaikuan .................... MP 257
Yu, Zhiren .................... TP 593
Yuan, Hebao .................... TP 374
Yuan, Jia .................... ThP 247
Yuan, Jun .................... ThP 611
Yuan, Ming .................... ThP 581
Yuan, Moucun .................... TP 584
Yuan, Moucun .................... WP 110

Yuan, Xianglin .................... ThP 753
Yuan, Zuofei .................... MP 174
Yuan, Zuofei .................... TOA pm 03:50
Yuan, Zuo-Fei .................... MP 163
Yuan, Zuo-Fei .................... MP 164
Yuasa, Yoshihito .................... WP 440
Yue, Feng .................... TP 400
Yue, Yang .................... ThP 508
Yuen, Constance .................... TOD pm 02:30
Yugandhar, Kumar .................... MP 040
Yuk, Jimmy .................... MP 497
Yun, Cassandra .................... ThOF am 08:50
Yun, Jaekyung .................... WP 196
Yun, Ki Na .................... WP 724
Yun, Sungho .................... WP 724
Yuneva, Marija .................... WP 375
Zabalza, Ignacio .................... ThP 229
Zabet Moghaddam, Masoud .................... ThP 733
Zabet Moghaddam, Masoud .................... WP 580
Zabrouskov, Vlad .................... MP 734
Zabrouskov, Vlad .................... TOC pm 03:10
Zabrouskov, Vlad .................... TP 001
Zabrouskov, Vlad .................... TP 018
Zabrouskov, Vlad .................... ThP 166
Zabrouskov, Vlad .................... WOG am 09:30
Zabrouskov, Vlad .................... WOH am 10:10
Zabrouskov, Vlad .................... WP 452
Zahedi, Rene .................... MP 688
Zahedi, Rene .................... ThOF am 09:10
Zahedi, Rene .................... ThP 438
Zahedi, Rene .................... TP 081
Zahedi, René .................... ThP 685
Zahn, Emily .................... TP 822
Zahradnikova, Martina .................... MP 537
Zala, Joseph .................... TP 204
Zala, Joseph .................... MP 190
Zald, Gene .................... ThP 754
Zaitsu, Kei .................... MP 216
Zaitsu, Kei .................... MP 220
Zaitsu, Kei .................... MP 609
Zaitsu, Kei .................... ThP 017
Zaitsu, Kei .................... WP 029
Zakharova, Natalia .................... MP 591
Zakharova, Natalia .................... TP 133
Zalaznick, Jacob .................... WOD pm 03:10
Zalesak, Stephanie .................... MP 070
Zalesak, Stephanie .................... WOD pm 03:50
Zaman, Khadiza .................... MP 748
Zamanzad Ghavidel, Fatemeh .................... TP 429
Zamboni, Nicola .................... MP 319
Zambouskov, Vlad .................... TP 461
Zambrzycki, Stephen .................... ThP 416
Zamfir, Alina .................... TP 127
Zamfir, Alina D. .................... ThP 624
Zamfir, Alina D. .................... TP 055
Zammataro, Alessio .................... WP 626
Zamora, Ismael .................... MP 097
Zamora, Ismael .................... ThP 339
Zamora, Ismael .................... ThP 340
Zampronio, Cleidiane .................... MP 719
Zandkarimi, Fereshteh .................... MP 514
Zane, Cody .................... TP 745
Zanella, Delphine .................... TOB pm 03:50
Zanella, Delphine .................... WOA pm 03:30
Zang, Li .................... TP 417
Zang, Li .................... WP 040
Zang, Lisa .................... TP 019
Zang, Lisa .................... TP 592
Zang, Lun-yi .................... TP 144
Zanluqui, Luiz André .................... ThP 441
Zappacosta, Francesca .................... WP 145
Zaragoza, Fabiola .................... MP 162
Zaragoza, William .................... ThP 536
Zárate, Estefanía .................... TP 039
Zardini Buzatto, Adriana .................... TP 053
Zare, Richard .................... MP 276
Zare, Richard .................... TP 755
Zareian, Shekufeh .................... MP 171
Zarzoso, Jennifer .................... ThP 150

Program code: M,T,W,Th = Day    O = Oral, P = Poster    Time or poster number



Zarzoso, Jennifer ........................WP 240
Zayas-Bazán, Delaine ..................MP 502
Zayas-Bazán, Delaine ..................MP 526
Zderic, Stephen ..........................MP 710
Zecha, Jana ...............................MOA pm 02:30
Zecha, Jana ...............................ThOC am 09:10
Zecha, Jana ...............................ThP 738
Zecha, Jana ...............................WP 208
Zecha, Jana ...............................WP 730
Zehethofer, Nicole ......................MOG am 08:50
Zeiger, Lucas .............................TOF pm 03:50
Zekavat, Behrooz ........................WP 444
Zelezniak, Aleksej .......................MP 370
Zell, Levi ..................................WP 393
Zeller, Martin ............................MP 414
Zelter, Alex ...............................MP 044
Zemaitis, Kevin ..........................MP 605
Zeng, Jianing .............................MP 003
Zeng, Jianing .............................TP 069
Zeng, Jianing .............................TP 071
Zeng, Jianing .............................TP 072
Zeng, Kui ..................................WP 692
Zeng, Wenfeng ...........................WP 654
Zeng, Wen-Feng ..........................MP 426
Zeng, Wen-Feng ..........................WP 384
Zeng, Xiangcheng ........................ThP 164
Zeng, Xuemei .............................MP 400
Zeng, Xuemei .............................MP 702
Zeng, Xuemei .............................ThP 370
Zeng, Yi ...................................TP 624
Zeng, Zhongda ...........................ThP 460
Zennegg, Markus .........................MP 311
Zenobi, Renato ...........................ThOB am 09:50
Zenobi, Renato ...........................ThP 418
Zenobi, Renato ...........................ThP 591
Zenon, Camille ...........................TP 650
Zerweck, Johannes .......................ThOC am 09:10
Zerweck, Johannes .......................WP 398
Zetterberg, Henrik .......................TP 087
Zgoda, Victor .............................ThP 138
Zgurskaya, Helen .........................MP 096
Zgurskaya, Helen .........................ThP 540
Zha, Wuyi (Charlie) ......................ThP 753
Zhai, Bo ...................................MP 647
Zhai, Bo ...................................TP 637
Zhai, Guijin ...............................MP 172
Zhai, Linhui ..............................WOD pm 03:30
Zhai, Linhui ..............................WP 504
Zhan, Dongdong ..........................WP 717
Zhan, Lingpeng ..........................TP 352
Zhan, Zhaoqi .............................ThP 091
Zhan, Zhaoqi .............................ThP 161
Zhan, Zhaoqi .............................ThP 162
Zhan, Zhaoqi .............................ThP 191
Zhan, Zhaoqi .............................ThP 486
Zhan, Zhaoqi .............................ThP 757
Zhan, Zhaoqi .............................ThP 761
Zhan, Zhaoqi .............................TP 658
Zhan, Zhaoqi .............................WP 039
Zhan, Zhaoqi .............................WP 767
Zhang, Baichen ...........................MP 011
Zhang, Bailin ..............................TP 074
Zhang, Bailin ..............................WP 242
Zhang, Bo-Yi ...............................MP 279
Zhang, Chenyuan .........................TP 228
Zhang, Chi .................................TP 390
Zhang, Donghui ...........................ThP 381
Zhang, Dongmei ...........................TP 577
Zhang, Fan .................................ThP 685
Zhang, Feng ...............................TP 075
Zhang, Feng ...............................TP 232
Zhang, Fuming ............................ThP 084
Zhang, Gan ................................TP 303
Zhang, Guanshi ...........................ThOF am 08:30
Zhang, Guanshi ...........................TP 388
Zhang, Guofeng ...........................ThOD am 08:30
Zhang, Haixia .............................TP 522
Zhang, Haixia .............................WP 300
Zhang, Hao ................................MP 669

Zhang, Hao ................................ThP 663
Zhang, Hao ................................TP 626
Zhang, Haoyue ............................MP 027
Zhang, Hongfu ............................ThP 188
Zhang, Hongfu ............................ThP 679
Zhang, Hongfu ............................TP 555
zhang, Hongfu ............................TP 691
Zhang, Hongmei ...........................WP 601
Zhang, Hua ................................MP 561
Zhang, Hua ................................WP 267
Zhang, Hui .................................MP 454
Zhang, Hui .................................MP 464
Zhang, Hui .................................ThP 264
Zhang, Hui .................................ThP 334
Zhang, Hui .................................ThP 335
Zhang, Hui .................................ThP 383
Zhang, Hui .................................WP 236
Zhang, Hui .................................WP 238
Zhang, Hui .................................WP 247
Zhang, Jialing ..............................ThOF am 09:50
Zhang, Jialing ..............................TOE pm 03:30
Zhang, Jialing ..............................TP 110
Zhang, Jialing ..............................TP 112
Zhang, Jialing ..............................WOE pm 02:30
Zhang, Jialing ..............................WP 226
Zhang, Jialing ..............................WP 364
Zhang, Jianhua ............................TP 776
Zhang, Jianye ..............................TP 179
Zhang, Jianyi ...............................WP 721
Zhang, Jie ..................................MP 008
Zhang, Jie ..................................TP 048
Zhang, Jie ..................................TP 049
Zhang, Jin ..................................MP 512
Zhang, Jinhui ..............................WP 443
Zhang, Jinhui ..............................WP 662
Zhang, Jun .................................WOB pm 02:50
Zhang, Jun .................................WP 254
Zhang, Junliang ...........................MP 152
Zhang, Junmei .............................WP 096
Zhang, Junsheng ..........................ThP 035
Zhang, Kai .................................MP 172
Zhang, Kai .................................WP 477
Zhang, Kate ...............................TP 093
Zhang, Kun ................................MP 384
Zhang, Lanjing .............................ThP 732
Zhang, Le ..................................ThP 651
Zhang, Li ..................................WP 420
Zhang, Li ..................................WP 568
Zhang, Lihua ..............................MP 056
Zhang, Lihua ..............................TOG pm 02:50
Zhang, Lilan ...............................ThP 188
Zhang, Linwen .............................ThP 725
Zhang, Liwei ...............................MP 755
Zhang, Liwen ..............................TP 260
Zhang, Liwen ..............................TP 262
Zhang, Liwen ..............................TP 704
Zhang, Maomao ...........................WP 027
Zhang, Mengliang .........................MP 203
Zhang, Mengru ...........................MP 036
Zhang, Mengru ...........................TOF am 09:10
Zhang, Mengtao ...........................MP 116
Zhang, Min .................................WOD pm 03:30
Zhang, Ming ...............................MP 644
Zhang, Ming ...............................MP 646
Zhang, Ming ...............................ThP 740
Zhang, Ming ...............................TP 597
Zhang, Ming ...............................ThP 705
Zhang, Ning ...............................WP 054
Zhang, Ming ...............................WP 057
Zhang, Ning ...............................TP 662
Zhang, Pengfei ............................TP 701
Zhang, Pingbo .............................MP 683
Zhang, Qi ..................................WP 112
Zhang, Qiang ..............................MP 443
Zhang, Qiang ..............................TP 091
Zhang, Qibin ...............................MP 558
Zhang, Qibin ...............................ThP 573
Zhang, Qibin ...............................ThP 578
Zhang, Qibo ...............................ThP 738

Zhang, Qing ...............................TP 765
Zhang, Qing ...............................WP 103
Zhang, Qiushi .............................TP 117
Zhang, Qiushi .............................TP 681
Zhang, Qunying ...........................TP 601
Zhang, Rena ...............................WP 248
Zhang, Rena ...............................WP 688
Zhang, Rui .................................MP 340
Zhang, Ruichuan ..........................ThP 447
Zhang, Ruoyu ..............................ThP 705
Zhang, Shen ...............................ThP 090
Zhang, Sheng ..............................MP 040
Zhang, Sheng ..............................MP 516
Zhang, Sheng ..............................ThP 188
Zhang, Sheng ..............................ThP 658
Zhang, Shenglong .........................TP 662
Zhang, Shuwei ............................WP 262
Zhang, Terry ...............................MP 309
Zhang, Terry ...............................TP 002
Zhang, Terry ...............................TP 329
Zhang, Tian ................................ThP 687
Zhang, Tianlan .............................MP 631
Zhang, Tong ...............................TP 696
Zhang, Weifeng ...........................MP 146
Zhang, Weizhou ...........................WP 120
Zhang, Wen ...............................MP 392
Zhang, Wen ...............................TP 010
Zhang, Wenju ..............................MP 391
Zhang, Wenju ..............................TP 139
Zhang, Wenpeng ..........................MOE am 08:50
Zhang, Wenpeng ..........................MOG am 08:30
Zhang, Wenpeng ..........................ThP 380
Zhang, Wenpeng ..........................ThP 381
Zhang, Wenpeng ..........................ThP 382
Zhang, Wenpeng ..........................TOG pm 04:10
Zhang, Wenpeng ..........................TP 357
zhang, wenxuan ...........................WP 496
Zhang, Wenzhu ............................WP 734
Zhang, Xi ..................................TP 672
Zhang, Xiang ...............................MP 572
Zhang, Xiang ...............................ThP 327
Zhang, Xiaoqiang ..........................MOF am 08:50
Zhang, Xiaoxi ..............................ThP 213
Zhang, Xijun ...............................MOH am 09:50
Zhang, Ximo ...............................ThP 678
Zhang, Ximo ...............................TOG am 09:30
Zhang, Xin .................................TP 593
Zhang, Xin .................................WP 108
Zhang, Xin .................................WP 699
Zhang, Xin-Xiang ..........................ThP 205
Zhang, Xin-Xiang ..........................ThP 595
Zhang, Xinyu ..............................TP 062
Zhang, Xiulan ..............................TP 206
Zhang, Xiuqiong ...........................MP 561
Zhang, Xu .................................MP 705
Zhang, Xu .................................ThP 524
Zhang, Yan ................................MP 003
Zhang, Yan ................................MP 514
Zhang, Yan ................................TP 069
Zhang, Yan ................................TP 071
Zhang, Yan ................................TP 072
Zhang, Yang ...............................MP 755
Zhang, Yanhao .............................WP 567
Zhang, Yaping .............................TP 744
Zhang, Yilue ...............................TP 572
Zhang, Yilue ...............................ThP 574
Zhang, Ying ...............................MOE am 08:50
Zhang, Ying ...............................TP 212
Zhang, Ying ...............................TOG am 09:50
Zhang, Ying ...............................TP 083
Zhang, Ying ...............................WP 415
Zhang, Yingfeng ...........................ThP 048
Zhang, Yingfeng ...........................TP 065
Zhang, Yixiang .............................WP 620
Zhang, Yu .................................TP 092
Zhang, Yuanliang ..........................WP 201
Zhang, Yue-Mei ...........................WP 042
Zhang, Yuexiang ...........................TP 755

Program code:  M,T,W,Th = Day     O = Oral, P = Poster     Time or poster number

# INDEX OF AUTHORS

Zhang, Yukui ..................... MP 056
Zhang, Yukui ...........TOG pm 02:50
Zhang, Yuntao ................... MP 243
Zhang, Yuntao ....................TP 272
Zhang, Yuntao ....................TP 273
Zhang, Yuyao ....................ThP 014
Zhang, Zhaorui ...................TP 601
Zhang, Zhe .......................TP 616
Zhang, Zhenbin ..................ThP 711
Zhang, Zhenbin ............TOG pm 02:30
Zhang, Zheng ................... MP 384
Zhang, Zheng ................... MP 393
Zhang, Zheng ............TOB pm 04:10
Zhang, Zheng ....................TP 254
Zhang, Zhaoyu ..................ThP 282
Zhang, Zhigang ................. MP 194
Zhang, Zhihui ....................WP 128
Zhang, Zhihui ....................WP 130
Zhang, zhiming ..................WP 292
Zhang, Zhitian ................... MP 195
Zhang, zhcangqi ..........WOB pm 02:50
Zhang, Zhong-Yin ...............ThP 705
Zhang, Zhoupeng ............... MP 094
Zhang, Zoe ...................... MP 654
Zhang, Zoe ...................... MP 660
Zhang, Zoe .......................TP 645
Zhang, Zoe .......................WP 513
Zhao, Bingqing ..................WP 153
Zhao, Chao ......................WP 371
Zhao, chunxia ................... MP 561
Zhao, Chunyi ....................ThP 109
Zhao, Chunyi ....................ThP 293
Zhao, Jianping ..................ThP 182
Zhao, Jianyun ...................WP 771
Zhao, Jing .......................WP 544
Zhao, Jingfu .....................ThP 222
Zhao, Jingfu .....................TP 223
Zhao, Jingfu .....................WP 073
Zhao, Jingfu .....................WP 075
Zhao, Jingfu .....................WP 197
Zhao, Jingfu .....................WP 741
Zhao, Lili ....................... MP 056
Zhao, Limian ...............MOE pm 03:50
Zhao, Limian ....................WP 747
Zhao, Ming ...............TOF pm 04:10
Zhao, Pengyi ....................WP 747
Zhao, Qun ...................... MP 056
Zhao, Rongli ....................ThP 100
Zhao, Rui ........................TP 247
Zhao, Rui ........................TP 667
Zhao, Ruoxia ...................ThP 598
Zhao, Ruoxia ...................WP 634
Zhao, Shizhen ...................TP 303
Zhao, Shuang ................... MP 569
Zhao, Shuang ...................ThP 503
Zhao, Shuang ....................TP 438
Zhao, Steven ................... MP 174
Zhao, Tianyun ..................ThP 625
Zhao, Weining ...................TP 113
Zhao, Wendy ....................WP 319
Zhao, Xinjie ....................ThP 460
Zhao, Xiuxiu ................... MP 304
Zhao, Yaoyao .................. MP 518
Zhao, Yi .........................WP 214
Zhao, Yue ...................... MP 003
Zhao, Yue ........................TP 072
Zhao, Yuejie ....................ThP 339
Zhao, Yun ........................TP 081
Zhe, Ren .........................TP 428
Zhen, Yao ...................... MP 622
Zheng, Haiyan ...................WP 067
Zheng, Jiangnan ................ThP 211
Zheng, Jingyuan ................ThP 202
Zheng, Kunyu ................... MP 136
Zheng, Kunyu ...................ThP 173
Zheng, Naiyu ....................TP 069
Zheng, Naiyu ....................TP 071
Zheng, Naiyu ....................TP 072
Zheng, Nan ......................TP 755

Zheng, Ning .....................WP 148
Zheng, Ruirong ..................ThP 542
Zheng, Runsheng ................WP 208
Zheng, Suping ...................WP 349
Zheng, Wei ..................... MP 004
Zheng, Xiaojiao ..................TP 419
Zheng, Xin .......................TP 310
Zheng, Xin .......................WP 312
Zheng, Xin .......................WP 324
Zheng, Xueyun ..................ThP 292
Zheng, Yajun ....................TP 452
Zheng, Yilong ................... MP 195
Zheng, Yufang ...................TP 407
Zheng, Yuting ...................ThP 327
Zheng, Zhaoyu ..................ThP 282
Zheng, Zhaoyu ...................TP 360
Zherebker, Alexander .......... MP 104
Zherebker, Alexander ..........ThP 475
Zherebker, Alexander .....WOE am 09:50
Zhi, Hui ..................WOA am 09:10
Zhilichev, Yuriy ..........MOG am 09:50
zhilong, Lin .....................TP 428
Zhong, Hengwen .................WP 199
Zhong, Huanzi ..................ThP 100
Zhong, Huiqin ...................TP 404
Zhong, Huiqin ...................WP 012
Zhong, Huiqin ...................WP 019
Zhong, Huiqin ...................WP 362
Zhong, Jieqiang .................TP 071
Zhong, Jieqiang .................ThP 079
Zhong, jieqiang .................WP 073
Zhong, Qisheng .................TP 043
Zhong, Ruqing ..................ThP 188
Zhong, Wendy .................. MP 230
Zhong, Wendy ...................TP 365
Zhong, Wendy ...................TP 366
Zhong, Wenyan ................. MP 742
Zhong, Xiaofang ................TP 087
Zhong, Yujuan ..................ThP 189
Zhou, Aimin .....................WP 758
Zhou, Bo ....................... MP 045
Zhou, Ce .........................TP 207
Zhou, Dawei ....................ThP 357
Zhou, Dawei ....................WP 523
Zhou, Feifei .....................ThP 698
Zhou, Guangchun ............... MP 011
Zhou, Guangchun ...............ThP 767
Zhou, Haihong ..................ThP 321
Zhou, Hui ........................TP 130
Zhou, Huiyu ..............ThOD am 09:10
Zhou, Jiang ....................ThP 016
Zhou, Jiang .....................WP 027
Zhou, Jiang .....................WP 624
Zhou, Lei ........................WP 620
Zhou, Lijun ......................TP 321
Zhou, Lina ......................ThP 460
Zhou, Maotian .................. MP 012
Zhou, Maotian .................. MP 022
zhou, maotian ..................WP 677
Zhou, Ming ..................... MP 752
Zhou, Mowei .............ThOE am 09:30
Zhou, Qian-Yu ..................ThP 595
Zhou, Qing ......................WP 336
Zhou, Qingwen ..................TP 210
Zhou, Weiwei ................... MP 336
Zhou, Weiwei ................... MP 336
Zhou, Weiwei ..............TOF pm 03:50
Zhou, Wen .......................ThP 016
Zhou, Wen .......................WP 027
Zhou, Wenhui ...................ThP 354
Zhou, Wen-Jing ................. MP 426
Zhou, Wen-Jing .................WP 384
Zhou, Wenyu ....................WP 086
Zhou, Xiangdong ............... MP 146
Zhou, Xiao .......................TP 209
Zhou, Xiaoyu ...................WP 455
Zhou, Xu ................MOF am 08:50
Zhou, Yanqiu ....................TP 169
Zhou, Ying-Lin ...................TP 205

Zhou, Ying-Lin ..................ThP 595
Zhou, Yu ........................ThP 704
Zhou, Yue .......................TP 683
Zhu, Aiping .....................TP 092
Zhu, Chaofei ....................TP 206
Zhu, Chunyan ................... MP 086
Zhu, Chunyan ................... MP 187
Zhu, Dongwei ..............MOF pm 03:30
Zhu, Haining ...................ThP 680
Zhu, He .........................ThP 082
Zhu, He .........................WP 112
Zhu, Hongbin ...................ThP 101
Zhu, Hongbin ...................ThP 664
Zhu, Honghui ...................ThP 267
Zhu, Hui .........................TP 626
Zhu, Jiangjiang (Chris) ..........TP 545
Zhu, Jianhui .................... MP 008
Zhu, Jianhui .....................TP 048
Zhu, Jianhui .....................TP 049
Zhu, Jianhui .....................TP 065
Zhu, Jianhui ....................WP 340
Zhu, Jing .......................WP 058
Zhu, Linyan .................... MP 126
Zhu, Mei ........................ThP 209
Zhu, Mei M ......................TP 613
Zhu, Min ........................ThP 683
Zhu, Minglei ....................ThP 487
Zhu, Mingli ..................... MP 146
Zhu, Mingshe ................... MP 086
Zhu, Mingshe ................... MP 187
Zhu, Peipei .....................ThP 705
Zhu, Qing .......................ThP 698
Zhu, Tiansheng .................ThP 267
Zhu, Tianyu .....................TP 626
Zhu, Xiaodong ..................WP 762
Zhu, Xiaoyu .....................WP 646
Zhu, Xiaoyu .....................WP 054
Zhu, Xiaoyu .....................WP 057
Zhu, Yanlin .....................ThP 386
Zhu, Yanlong ................... MP 014
Zhu, Yanlong ................... MP 772
Zhu, Yanlong ...................ThP 461
Zhu, Yanlong ...................ThP 478
Zhu, Yanlong ....................TP 601
Zhu, Yanlong ....................WP 721
Zhu, Yi .........................ThP 287
Zhu, Yi ..........................TP 117
Zhu, Yi ..........................TP 681
Zhu, Ying .......................ThP 247
Zhu, Ying .......................ThP 701
Zhu, Ying .......................ThP 716
Zhu, Ying ........................TP 667
Zhu, Ying ...............WOC am 09:10
Zhu, Yingdi .....................ThP 405
Zhu, Yingdi ..............TOF pm 02:50
Zhu, Yingdong ..................WP 262
Zhu, Yixin .......................WP 448
Zhu, Yiying .....................WP 648
Zhu, Yiying .....................WP 720
Zhu, Yongxin ....................TP 073
Zhu, Yongxin .............WOD pm 03:10
Zhu, Yunyun ................... MP 582
Zhuo, Shangjun .................TP 489
Zhvansky, Evgeny .............. MP 333
Zhvansky, Evgeny ........WOE pm 03:50
Ziemianowicz, Daniel ...........WP 136
Zieschang, Sarah ...............WP 737
Zilberstein, Gleb .................TP 023
Zilberstein, Gleb .................TP 030
Zimmer, Jennifer ................WP 036
Zimmermann, Andrew .....MOH am 09:10
Zimmermann, Eike ..............WP 063
Zimmermann, Ralf .........MOC pm 02:30
Zimmermann, Ralf .........MOG pm 03:30
Zimmermann, Ralf .........TOH pm 02:50
Zimmermann, Ralf ..............WP 155
Zimmermann, Stefan ...........ThP 297
Zimmermann, Stefan ...........ThP 298
Zimmermann, Stefan ...........ThP 299

Program code: M,T,W,Th = Day      O = Oral, P = Poster      Time or poster number

### INDEX OF AUTHORS

Zimmermann, Stefan.................TP 484
Zink, Erika.................................MP 624
Zinn, Nico...................................TP 707
Ziperman, Emily.........................TP 283
Ziperman, Emily.........................TP 295
Zieskind, Michael............WOE pm 03:10
Zivkovic, Dusan..........................TP 324
Zixiang, Fang.............................MP 052
Zlibut, Emanuel.......................ThP 307
Zlibut, Emanuel.......................WP 484
Zlotnick, Adam..........................WP 050
Znonok, Nikolai..........................TP 322
Zolg, Daniel..............................MP 383
Zolg, Daniel...................ThOC am 09:10
Zolg, Daniel...................TOA pm 02:50

Zolg, Daniel..............................WP 208
Zolg, Daniel..............................WP 398
Zoltek, Madeline.............ThOC am 10:10
Zongwei, Cai..............................WP 628
Zonja, Bozo.....................WOE am 09:10
Zoog, Stephen................ThOD am 09:10
Zoratto, Samuele.............WOF pm 04:10
Zorzi, Michael...........................WP 687
Zou, Angela..............................WP 034
Zou, Hsin-bai............................WP 572
Zou, Shujie...............................ThP 023
Zou, Yun....................................TP 303
Zou, Zhu....................................TP 371
Zschocke, Johannes...................MP 501
Zschocke, Johannes..................ThP 379

Zschocke, Johannes...................WP 559
Zu, Chengli................................MP 252
Zu, Chengli...............................ThP 338
Zu, Chengli.................................TP 754
Zubarev, Roman.........................MP 239
Zubeil, Florian............................WP 618
Zuhl, Maya.....................ThOA pm 03:50
Zuk, Joshua...............................TP 564
Zutishi, Avijit.............................WP 578
zwaan, Carmen..........................WP 141
Zweigenbaum, Jerry...................MP 157
Zweigenbaum, Jerry.........ThOH am 08:30
Zweigenbaum, Jerry....................TP 185
Zwier, Timothy...........................MP 275
Zwier, Timothy.................ThOB am 09:10

Program code:  M,T,W,Th = Day        O = Oral, P = Poster        Time or poster number








# 68TH CONFERENCE

# HOUSTON · TEXAS

### MAY 31 - JUNE 4
### 2020

### SHORT COURSES
### MAY 30 - 31