DirectEmployers Association



**SUN**
PHARMA

April 6, 2021

Jon Turpin
DirectEmployers Association
7602 Woodland Drive, Suite 200
Indianapolis, IN 46278

Dear Jon,

In recognition of your dedication and initiative, Sun Pharma wanted to reach out and thank you for the time you took back in November of 2020 to help make our Taleo Server Migration Project work seamlessly and without any service interruption. You worked on a Saturday to make sure the needed changes were in place as soon as Oracle had migrated their Servers from Chicago to the Denver area.

We wish to thank you for your valuable professional contributions and your commitment to Sun Pharma. We look forward to a future of continued growth and success at Direct Employers Association.

Sincerely,

*Mark Oppenheim*

**Mark Oppenheim**
**Consultant**
Talent Acquisition – North America
Sun Pharmaceutical Industries Inc.

------- Forwarded Message -------
From: ThorfinThunder | GoldGrenade <jt4590@protonmail.com>
Date: On Wednesday, October 18th, 2023 at 1:20 AM
Subject: Re: Opinion
To:

I notified DirectEmployers Association of a potential attack on their systems out of genuine concern during June and of the potential that other potentially interconnected systems had been infiltrated.

The actions I was taking were directly in support of their SOC2 certification, which the company itself via allowing surveillance of my own files, and their attempt to covertly access them was against each my 4th amendment rights, existing FBI InfraGard Clearance and their own SOC2 certification.

Unfortunately, now the business has been infiltrated by bad actors, purportedly allowing payroll information to be accessed without any outreach from the business regarding protecting us and/or our personal data.

I was fired and have had a protective order attempted against me while I had broken bones in my back and been accused wrongfully of misconduct while attempting to prevent such a breach from occurring.

During the time the bones were broken in my back, I had an experience which was quite unpleasant with a physician from IU, which was reported appropriately, to the IU Health Ethics committee, and when I requested only not to pay that physician's bill, the amount was then transferred to the emergency department instead.

I had no issue with the emergency department, but in my opinion it may have been an attempt to circumvent the ethics board and allow a civil suit to be wrongfully filed for a charge of $20 or more in an attempt to retaliate after delaying care.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice
-------- Original Message -------
On Oct 17, 2023, 7:32 PM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:

https://youtube.com/shorts/f9OG8M5rMDI?si=6ZzBFXwkdI-Xzllw

It's like watching Mr. Potter run over Bailey's Building and Loan in "It's a Wonderful Life."

-------- Original Message -------
On Oct 16, 2023, 5:19 PM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:
DirectEmployers Association, which I refer to as DEA, was hacked, and their payroll information was purportedly accessed this weekend. I've reported this to Chrisopher Wray and whistleblown on this accordingly.

Please attach these two emails to my most recent motion to the Honorable Doughty.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice
-------- Original Message -------
On Oct 16, 2023, 4:32 PM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:

In my opinion, when reviewing Chief Justice Waite's character, along with the 13th, 14th, 15th amendments, and the ruling in Pollack v. Farmer's Loan and Trust Company, I find that Chief Justice Waite has had the fundamental meaning of his statement regarding corporations misrepresented.

During this timeframe, only 12 amendments existed before Chief Justice Waite, who was against slavery and plantations using slaves, wrote his opinions and helped create and ratify the 13th, 14th, and 15th amendments.

Pollack v. United States, he could ONLY be referring to the first 10 amendments known as the Bill of Rights.

He did NOT say corporations are persons, he said, they enjoy the Bill of Rights, which, even according to Revolutionary War precedent at the founding of our nation, would provide representation to the companies and allow them to be taxed accordingly and appropriately in line with jurisprudence.

Without corporations needing to be considered persons for taxation to occur.

The case of Pollack v. Farmer's Loan and Trust Company is so specific as well that it should not have been considered overturned by the 16th amendment to the constitution.

In my opinion it should be revisited, broken down into its fundamentals, including that Farmer's Loan and Trust Company was a VERY SPECIFIC type of organization operating much like a credit union and share cropping organization for Farmer's, in the opposite manner of former plantations.

When taxes were taken from apportionment according to representation by state to an overall taxation, it is no mystery to me why Boswell would move to California and trade on the pink slips, or that Revocable Trusts would be used in conjunction with quiet titles to effectively subvert the 14th amendment.

Because the 16th amendment can only exist in any proper manner with the rehearing of Pollack v. Farmer's Loan and Trust Company where each original party in the case is broken down completely to its fundamentals, referencing the amendments at that time.

*Not an accusation, merely a correlated example, and they may have been subverted.*

My cases, in conjunction with our Honorable Terry A. Doughty's case, when including the [Wayne Bank and Trust Company] and Revocable Trust in Wayne County, IN, effectively cause this to be reheard in depth in a way which reveals the fundamentals, with the effects of the misrepresentation of Chief Justice Waite's one-line ruling being apparent and wholly obvious in present day.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

--------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Wed, Oct 18, 2023 at 11:36 AM
Subject: Re: URGENT Response Required: DirectEmployers Data Breach
To: Candee Chambers <candee@directemployers.org>
Cc: Deanna Cross <deanna@directemployers.org>, Dan Jordan <djordan@directemployers.org>


Please sign me up for Pango.

I protected your systems and reported this, yet was fired while I had broken bones in my back and my data was accessed by bad apples and used to attempt a wrongful protective order which I reported to you and staff at DirectEmployers appropriately according to what I was allowed to share regarding my FBI InfraGard clearance.

Thank you,
Jon F. Turpin


On Wed, Oct 18, 2023, 9:32 AM Candee Chambers <candee@directemployers.org> wrote:

Dear Former Employee of DirectEmployers Association or Recruit Rooster:



We write today to provide you a courtesy notice concerning:

1. a data breach at DirectEmployers which may have accessed some of your employee information,
2. to encourage you to install a credit freeze on your financial accounts if you have not already done so in the normal course of modern life, and
3. to alert you to a no-cost-to-you, five-year courtesy identity theft protection program offered to all current employees and now to you.


**Please reply via email as soon as possible if you wish to accept the five-year identify theft monitoring and protection program described below.**

### What Happened?
Last week, DirectEmployers learned that LockBit, a global ransomware group, had electronically invaded DirectEmployers in-office server, resulting in data being copied and encrypted. DirectEmployers took immediate action to shut its computer network down, limiting further access. Following the attack, the hacker group made a monetary ransom, accompanied with a sample of the documents within our network that were accessed.


### What Information was Accessed?
Upon investigation, we were able to determine what documents the hacker had accessed and encrypted, which may have included, amongst other things, Human Resources files of DirectEmployers' current and former employees dating back to 2018. These files **may** have included sensitive personally identifiable information (PII) such as names, Social Security numbers, bank account information and addresses. To be clear, we have no specific proof to believe information about you was captured, but it **may** have been.


### What Are We Doing?
DirectEmployers did not pay the ransom demanded and continues restoration efforts to rebuild its critical systems, however, the email server is still active and was unaffected by this cyberattack. At this time, we are acting out of an abundance of caution, and we have no evidence the hacker group has released any of the data accessed.


We apologize for this inconvenience in which the confidentiality of some of your private personal information may have been accessed. We know all too well how disconcerting this experience is and want to help you

**What You Can Do**

We urge you to take immediate action and freeze your credit, limiting access to your credit report and protecting you from fraudulent activity. You may contact the three major credit reporting agencies directly to freeze your financial accounts. Alternatively, you may find that your state attorney general's office offers a "one-stop" online credit freeze platform as Indiana's does. See here, for example: http://www.IN.gov/AttorneyGeneral/Consumer-Protection-Division. Alternatively, you can setup accounts directly with the following credit reporting agencies:

| Equifax | Experian | TransUnion |
|---|---|---|
| (800) 685-1111 | (888) 397-3742 | (800) 680-7289 |
| P.O. Box 740241 | P.O. Box 9701 | Fraud Victim Assistance |
| Atlanta, GA 30374-0241 | Allen, TX 75013 | P.O. Box 2000 |
| www.Equifax.com | www.Experian.com | Chester, PA 19022-2000 |
| | | www.TransUnion.com |

As a precaution, DirectEmployers has arranged, at your option, a five-year subscription to a credit monitoring and identity theft program from Pango by Aura at no cost to you. This credit protection plan is known as the "Identity Defense Total Family Plan," and is available to you and any of your adult children, up to age 26, for whom you are still responsible. Pango's plan automatically covers all children of its subscribers, age 17 or under. Additionally, DirectEmployers is willing to purchase additional protection for adult children who are within the ages of 18 to 25. If you have children between these ages, DE/Recruit Rooster will purchase additional subscriptions for those children on their own, as the subscription for you will not cover them.

Please respond to this email, indicating you are accepting enrollment in this program, and whether you require additional subscriptions for adult children, including the **number** of children ages 18 to 25 previously listed on our policies. Following your coverage acceptance, you will receive subscription instructions from Pango on how to enact your private setup.

Once your adult child reaches the age of 26 or five years under DirectEmployers/Recruit Rooster's sponsored PANGO credit protection plan (whichever comes first), s/he will roll off the paid plan. At that time, you and your family may choose to continue the subscription, but this would be at your own expense.

The deadline to accept enrollment is **Wednesday, October 25, 2023**, after which enrollment in this credit monitoring and identity theft program will close. Again, thank you for your urgent attention.

*Sincerely,*

**Candee**

**Candee J. Chambers** SPHR, SHRM-SCP, SP, CAAP | Executive Director & CEO | DirectEmployers Association & Recruit Rooster

p 317.874.9052 | m 814 795.3765 | e candee@directemployers.org | DirectEmployers.org

Connect with me: LinkedIn

JD Supra Readers' Choice Top Author 2021, 2022, 2023

Bronze 2023
Stevie Winner
for Sales &
Customer
Service

Subscribe to DE OFCCP Week In Review by DirectEmployers

**Published Each Monday at 3:00 PM ET** • Subscribe Today

A yellow and purple background with text Description automatically generated

**Join me at DEAMcon24 in New Orleans, April 3–5** • Register Today

---------- Forwarded message ---------

From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Wed, Oct 18, 2023 at 11:30 AM
Subject: Fwd: Joint Cybersecurity Advisory - Understanding Ransomware Threat Actors: Lockbit
To: <doughty_motions@lawd.uscourts.gov>, <cawray@fbi.gov>


Seems to be exactly on June 16th when I tried to report the threat during that timeframe all the way to the Secret Service and had already reported it to DirectEmployers Association, but instead was fired and threatened with a felony...

---------- Forwarded message ---------

From: <infragardteam@ignconnect.org>
Date: Fri, Jun 16, 2023, 2:44 PM
Subject: Joint Cybersecurity Advisory - Understanding Ransomware Threat Actors: Lockbit
To: <jt4590@gmail.com>


Attention InfraGard member,

*You have received a new broadcast message.*


Attached please find an FBI/CISA Joint Cybersecurity Advisory of interest to multiple sectors. You are receiving this message because you are an InfraGard member.

Recipients of FBI products should exercise due care in discussing information learned from an FBI product. Do not summarize information and email to others. It is recommended the member telephone or discuss in person with those who have a NEED TO KNOW. The recipient may disclose sufficient information to his/her own personnel which would allow for the protection of their computer or administrative systems but may not disclose the product itself or discuss the source of the information.

Other than this internal business exception, the recipient may not disclose FBI information to any non-member. The recipient agrees to keep track of a list of names of persons in receipt of any product and provide it to the FBI upon request.

Please note the handling caveat for documents using the Traffic Light Protocol system and abide by the provided guidance.

Recipients are reminded that they are still bound by the InfraGard Information Sharing Policy.

## Traffic light Protocol (TLP) Definitions

| Color | When should it be used? | How may it be shared? |
|---|---|---|
| **TLP:RED** For the eyes and ears of individual recipients only, no further disclosure. | Sources may use TLP:RED when information cannot be effectively acted upon without significant risk for the privacy, reputation, or operations of the organizations involved. | Recipients may therefore not share TLP:RED information with anyone else. In the context of a meeting, for example, TLP:RED information is limited to those present at the meeting. |
| **TLP:AMBER** Limited disclosure, recipients can only spread this on a need-to-know basis within their organization and its clients. | Sources may use TLP:AMBER when information requires support to be effectively acted upon, yet carries risk to privacy, reputation, or operations if shared outside of the organizations involved. | Recipients may share TLP:AMBER information with members of their own organization and its clients, but only on a need-to-know basis to protect their organization and its clients and prevent further harm. Note: if the source wants to restrict sharing to the organization **only**, they must specify TLP:AMBER+STRICT. |

| | | |
|---|---|---|
| Note that **TLP:AMBER +STRICT** restricts sharing to the organization only. | | |
| **TLP:GREEN** Limited disclosure, recipients can spread this within their community. | Sources may use TLP:GREEN when information is useful to increase awareness within their wider community. | Recipients may share TLP:GREEN information with peers and partner organizations within their community, but not via publicly accessible channels. TLP:GREEN information may not be shared outside of the community. Note: when "community" is not defined, assume the cybersecurity/defense community. |
| **TLP:CLEAR** Recipients can spread this to the world, there is no limit on disclosure. | Sources may use TLP:CLEAR when information carries minimal or no foreseeable risk of misuse, in accordance with applicable rules and procedures for public release. | Subject to standard copyright rules, TLP:CLEAR information may be shared without restriction. |

Please do not reply directly to this email. Thank you!

**Jon Turpin**

| | |
|---|---|
| **From:** | Molly O'Boyle <moboyle@obxtek.com> |
| **Sent:** | Wednesday, March 10, 2021 10:26 AM |
| **To:** | Jon Turpin |
| **Subject:** | RE: DirectEmployers - AMVETS - Account Access |

# OMG

# It worked!

# Thank you!!



**Molly J. O'Boyle**
Recruiting Project Manager

Phone 571-395-4548  Mobile 571.239.9996
Web www.obxtek.com  Email moboyle@obxtek.com
2000 Corporate Ridge Road, Suite 400. McLean, VA 22102



**From:** Jon Turpin <jturpin@directemployers.org>
**Sent:** Tuesday, March 9, 2021 5:23 PM
**To:** Molly O'Boyle <moboyle@obxtek.com>
**Subject:** RE: DirectEmployers - AMVETS - Account Access

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Molly,
Ok, I *believe* we've found the issue. The lockout needed to be cleared separately to allow your login attempts to work and this was in a different area of the DE/AMVETS system.

Please try again for me and let me know the results.

1

- Insert Linked IN recording of John Fox from ~~Fox & Wang~~ Fox & Wang recommending against complying with new laws.

- Insert emails regarding differential treatment. ⊘

- Insert blocking of Michael A. M. Hulwager from Linked IN, and subsequent ⊘ ~~lockdown~~ of my account.

- Insert attempts to correctly assist in hiring of new Sales Engineers, despite being wrongfully terminated, for free, in good faith efforts out of genuine concern.

- Insert offer to consult and attempt to either obtain severance, or be rehired, with documentation that I informed John Fox of the potential intrusion.

- Insert meeting with Shreveport, LA FBI where I notified Supervisor Lynn as well out of genuine concern.



Potential P.I. in Indiana.









Room 200

Surveillance of us while in Seymour, IN likely saw car picked up for tow by individual named "Pedro" from, purportedly, AAA, who had a "13" tattooed on his face. He was polite, and reportedly towed our Honda CRV to the Louisville FBI office. Then Jeff Wyler.



Potentially "affiliated" person in Kentucky.





Potential P.I. before trip to Norfolk, VA.





Potential P.I in North Carolina.





Potential P.I. in North Carolina.





Potential P.J. in North Carolina, but less likely.



What isn't included here at the moment is a picture of the blood in my underwear from doing all of this under so much pressure and during a time when I had broken bones in my back, but still continued to do the correct thing, peacefully, while having rights and clearances taken away and being surveilled.



## Hal Cooper
Mobile

11:50

Hal cooper — Cancel

6/10/23 8:59 AM

**Jon Turpin**
No, it was a hearing that got postponed due to the expungement process starting.

Candee Chambers · Jan 17

**Jon Turpin**
The bill came out to $2162 for my expungement just as an FYI.
It's fully up to you if you'd still like to pay for that, I already paid in full and started the process after hiring Mr. Relford and hearing out his recommendations.

Candee Chambers · Jan 17

**Jon Turpin**
Thank you and John Fox so much for your time and recommendation of Mr. Relford. He's proceeding with expungement and it seems like I may finally be free of all that soon.

You all have truly been and are a blessing

6/10/23 9:08 AM

Michael Benton@va.gov

To: jturpin@directemployers.org
Wednesday, June 7, 5:58 PM

Thank you for the follow-up Jon. N... not familiar with George Brattain, but I was forwarded an internal VA email

1/1 result



11:50

**Shared By Me**
6/10/23 8:59 AM

9:59

< expungement

Messages                    Files

**Jon Turpin** 4:16 PM
No, it was a hearing that got postponed
due to the expungement process starting.

Candee Chambers                Jan 17

**Jon Turpin** 12:04 PM
The bill came out to $2162 for my
expungement just as an FYI.
It's fully up to you if you'd still like to pay
for that, I already paid in full and started
the process after hiring Mr. Relford and
hearing out his recommendations.

Candee Chambers                Jan 17

**Jon Turpin** 12:02 PM
Thank you and John Fox so much for your
time and recommendation of Mr. Relford.
He's proceeding with expungement and it
seems like I may finally be free of all that
soon.

You all have truly been and are a blessing
in my life.

Home    DMs    Mentions    Search    You



**Hal Cooper**
Mobile

Hal cooper

Cancel

You talk of wanting to keep your job. The quickest way to lose it is to involve your employer in any form of drama that distracts from busines. Dropping off hard drives, meeting with your lawyer from the office, asking for money, getting DE to interact with the FBI, all no nos. No matter how much you are valued, the business comes first, and you are suggesting digging DE into that hole with you.

Stop digging!

Yes sir, in my defense, I only asked for things which others either freely offered willingly or caused despite, and against my wishes and did my civic duty.

I'm not questioning nor accusing, nor requiring anything of anyone at DE, and I truly appreciate all of us.

I'll be back on regular schedule Monday, thanks Hal.

6/10/23 8:59 AM

1/1 result



## Hal Cooper
Mobile

Hal cooper — Cancel



6/10/23 9:08 AM

Michael Benko@va.gov

To   jon.turpin@directorsmktyers.org
Wednesday, June 7, 5:58 PM

Thank you for the follow-up Jon. No, I'm not familiar with George Brattain, but I was forwarded an internal VA email intended for another Michael Benko! I was confused why I had received the email, so I searched our global address book and learned that the other Michael Benko is a neurosurgeon in CA... reminded me of the hotel commercials from a few years ago... "I'm not a neurosurgeon, but I did spend the night in a Holiday Inn Express."

Best regards,

↓ GO TO THE LATEST

Jon F. Turpin  jf4590@gmail.com •  6:21 PM (4 hours ago)
to joseph ▾

Dear Mr. Chaney,
I believe we spoke at a conference a few years ago after I had to deal with a court proceeding, and I remain in the FBI Infragard because my case resulted in two misdemeanors, each less than 1 year
The attached is documentation showing this was filed correctly in the Marion County Court System. However, I applied for a School Board position recently, and I'm seeing errors on my background check

After months of research I've no accusations to make, but is this normal for a background check to suddenly begin showing errors when it was filed correctly?
Would you be able to point me in the right direction or assist me in looking into this? It's very disconcerting that my background seems to be so erroneous

It concerns me deeply for my membership in the FBI Infragard, which I'm proud of and have walked the line to retain
Follow up emails will include my signed plea deal, which was completed

∧   ∨          **1/1 result**          🗓



11:51

**Hal Cooper**
Mobile

Q  Hal cooper                          ⊗   Cancel



Jon F. Turpin · jt4590@gmail.com · 6:21 PM (4 hours ago)
to Joseph ▾

Dear Mr. Chaney,
I believe we spoke at a conference a few years ago after I had to deal with a
court proceeding, and I remain in the FBI Infragard because my case resulted
in two misdemeanors, each less than 1 year
The attached is documentation showing this was filed correctly in the Marion
County Court System. However, I applied for a School Board position recently,
and I'm seeing errors on my background check

After months of research, I've no accusations to make, but is this normal for a
background check to suddenly begin showing errors when it was filed
correctly?
Would you be able to point me in the right direction or assist me in looking into
this? It's very disconcerting that my background seems to be suddenly
erroneous

It concerns me deeply for my membership in the FBI Infragard, which I'm proud
of and have worked the line to retain
Follow up emails will include my signed plea deal, which was completed
successfully, and how my background check is currently displaying

Jon F. Turpin
2421 S. Plan St,
Xichtown, IN 47796
223-259-6270    JT4590@gmail.com

Wish to rule out my Dad, Jon B. Turpin
as potentially being one of the two
"Storyville Slayers" from 1990s cold case.
He may have lived/commuted to Metairie, LA during

the 1994 slayings of 12 prostitutes/addicts.
He drove a 1967 Lemans and chewed tobacco
A LeMans is a Chevy Nova with different
stylings. Chewing Tobacco is the only DNA
evidence found at the scene of I55/I10.
(1847)
Call to Howard Stern sounds like my Dad
and our family. Detective used to be Elisabeth
Wigginton. I'm willing to submit my DNA to
see if it is a partial match.

⌄

∧    ∨         **1/1 result**              🗓

11:54  4G 74%

**Hal Cooper**
Mobile

← HC 📞 ⋮

🔍 Hal cooper ⊗ Cancel

6/14/23 11:06 AM

John, in response to your concerns that events in your life might risk your employment, I told the way to avoid losing your job was to not to let your personal life interfere with DirectEmployers' business, whether it be drama within the company or external. When you pressured to have DE play a role in those events, I insisted firmly that failure to follow that request could adversely affect your employment. I wrote at 9:37 am Saturday, June 10...

"You talk of wanting to keep your job. The quickest way to lose it is to involve your employer in any form of drama that distracts from busines. Dropping off hard drives, meeting with your lawyer from the office, asking for money, getting DE to interact with the FBI, all no nos. No matter how much you are valued, the business comes first, and you are suggesting digging DE into that hole with you."

I had worked with you the week of the 5th to allow you time to prepare for one upcoming event, allowing you to use personal time without entering it



∧ ∨ 1/1 result 📅



11:54  4G 74%

← **Hal Cooper**
HC   Mobile                         📞  ⋮

🔍  Hal cooper            ⊗   Cancel

On the weekend of the 10th you sent
numerous emails to a DE Partner
containing disturbing and confusing
text that so disturbed the Partner
that they reported said emails to the
Partnership team. This began Saturday
June 10 8:24 pm, AFTER I had insisted
you not let your personal issues affect
DE. This is Misconduct.
Late Tuesday June 13, you
communicated to Jason that you had
available personal time and that he
didn't get to insist you work. At 10:34,
you misrepresented what time you
had taken off already (including not
accounting for personal time used
the week before while Jason was
away,  stating you worked the previous
day when he had just given you that
day off, but accurately noting you
used another half day Tuesday), as
well as future scheduled PTO Friday,
which didn't exist. After Jason noted a
generous accounting of total personal
time remaining and noting you did not
have enough, you sent a note to me
thanking me for my "help in monitoring
this frivolous family matter". At the
same time you sent another email
to the Partner, exacerbating the



∧    ∨    **1/1 result**         📅



11:54

## Hal Cooper
Mobile

Q Hal cooper ⊗ Cancel

I had worked with you the week of the 5th to allow you time to prepare for one upcoming event, allowing you to use personal time without entering it in paylocity immediately, as you were consumed with that and other events. The weekend of the 10th you requested from Jason first Monday off, and then 2-3 days and then the upcoming week, as your planned events grew in number. You were granted Monday off, even though as you noted Tuesday night, some number of hours were available personal time and don't require managerial permission. However, you had been asked to avoid taking time off the week of the 12th as SOC2 required Jason's full attention, and future DE revenue depended on that undivided attention. You had the ability to control the expansion of your personal events, and while not a violation of the PTO policy, it was still opposite of what I had asked you to consider. While disappointing, not Misconduct.

On the weekend of the 10th you sent numerous emails to a DE Partner containing disturbing and confusing



∧  ∨  **1/1 result**  📅



11:54

## Hal Cooper
Mobile

Q  Hal cooper                                    Cancel

didn't get to insist you work. At 10:34, you misrepresented what time you had taken off already (including not accounting for personal time used the week before while Jason was away, stating you worked the previous day when he had just given you that day off, but accurately noting you used another half day Tuesday), as well as future scheduled PTO Friday, which didn't exist. After Jason noted a generous accounting of total personal time remaining and noting you did not have enough, you sent a note to me thanking me for my "help in monitoring this frivolous family matter". At the same time you sent another email to the Partner, exacerbating the situation.
This is Misconduct.

While we have tried hard to allow you the space and time to deal with your situation, we cannot allow Misconduct of this nature, so effective immediately (June 14, 2023 12:00 pm) DirectEmployers hereby terminates your employment.
Hal Cooper



∧   ∨         1/1 result



While we have tried hard to allow you the space and time to deal with your situation, we cannot allow Misconduct of this nature, so effective immediately (June 14, 2023 12:00 pm) DirectEmployers hereby terminates your employment.
Hal Cooper

Thanks, Hal, you're a good person and family, and sorry, please pardon us for the ruckus.

Not sure how it's misconduct to listen to the FBI and a U.S. Marshal and follow up with the Indiana Attorney General and I.S. Attorney General, but it's a frivolous family matter, and that's your business.
You're the best, Hal.

6/14/23 11:34 AM

I'll ship the work computer back to you or turn it in to the U.S. attorney general so they can send it back to DE A

6/15/23 10:00 PM

1/1 result



11:55

**Hal Cooper**
HC    Mobile

Hal cooper                              Cancel

6/15/23 10:26 PM

My key badge is with the laptop.
Willingly. Though you didn't ask for it,
and maybe that was it's own hint, or
just an oversight, but I already rung the
bell.

6/16/23 7:35 AM

SalesForce & Chase

6/16/23 9:01 AM

Travelers & Enterprise
Microsoft (Dropbox) & Yahoo

May have all been hacked from within
or may have attempts at infiltration
by someone with Dark Web affiliation,
targeting us & DEA.

6/16/23 9:32 AM

Hilton/Hampton and potentially
Holiday Inn as well. My information
may have been changed, potentially
credit card information from FNBO.

1/1 result



11:56

**Hal Cooper**
Mobile

HC

Hal cooper          ⊗   Cancel

6/16/23 9:01 AM

Travelers & Enterprise
Microsoft (Dropbox) & Yahoo

May have all been hacked from within
or may have attempts at infiltration
by someone with Dark Web affiliation,
targeting us & DEA.

6/16/23 9:32 AM

Hilton/Hampton and potentially
Holiday Inn as well. My information
may have been changed, potentially
credit card information from FNBO,
may have been automatically entered
and used.

This may have been done to me once
before in possible attempts to dox a
person who may be the daughter of a
potential sitting U.N. state member.

But that's just my opinion, use your
own discernment.

Further phishing attempts via phone

1/1 result



## Hal Cooper
Mobile

Hal cooper                                    Cancel



Laptop sent from here, but my emails
may have been being intercepted,
so the package may also be at risk,
which is why it already had none of my
information on it.

You may wish to contact the carrier
and ensure the safety of the package.

PAK MAIL 0172
222 W 21st St Ste F
NORFOLK, VA 23517
757-626-0065 Store:

Date: 06/15/23    Time: 14:05:46

Customer: JON TURPIN

FedEx
772458015556
Package ID: 272048

Workstation: Auxiliary 001

DISCLAIMER: You, the Sender, hold Pak
Mail harmless for all claims associated
with this shipment. Pak Mail disclaims
all liability for delays, loss, or
damage. Sender agrees Pak Mail is
acting only as a drop off site strictly
for Sender's convenience and that all
inquiries related to this shipment must
be directed to the Carrier.

Bring this receipt in for 15% off your
next FedEx or UPS shipment.

*********************************
"We Ship Anything, Anywhere."
For services, tips, and current offers go
to www.clubpakmailnews.com
*********************************

1/1 result







11:57

**HC**  **Hal Cooper**
Mobile

Hal cooper    Cancel

6/16/23 12:35 PM

If whomever you're working with has identified a computer, even a spoofed one as perpetrating something, have them check it's information to see how many screens it has. My true ID info won't be the same, and if they're using virtual, popping into the uptime info may be a dead giveaway.

I think I figured out why Zach asked if I would upgrade to Windows 11. But we have been the targets, not the perps, all along, and leaving us in the dark might harm us more, do you understand?

You don't have to answer that, just know I wouldn't let it happen to you, which is what I was showing in example by informing you of the package, and my research into what may be appropriate, but that's your responsibility, and at your discernment and discretion. I'm just concerned, and we're fine.

6/16/23 12:41 PM



1/1 result

11:58

**Hal Cooper**
Mobile

Hal cooper                                    Cancel

6/16/23 5:01 PM

We have proof of tampering to our vehicles, and the State attorney general should be having my mustang impounded for inspection.

There is, not in my words, but in USPS inspector and employee words, proof of tampering to our mail and incompetence.

My job, credit, and insurance, were tampered with, and possibly my identity.

The only thing that hasn't been tampered with, yet, to my knowledge, is the shipment I sent to you.

Which may need to be reported to Homeland Security, IF it is tampered with to potentially get my ID card.

So, with all due respect, what do I win? Or was termination of employment the "prize?"

6/16/23 5:15 PM

1/1 result

[Correction]

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice
-------- Original Message --------
On Aug 23, 2023, 4:29 PM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:

Reportedly, Haley Moss is a musical artist as well, and that's inspiring,
In my opinion, while not a pop star, I was in a Christian gospel and barbershop quartet...
https://youtu.be/hqZsObKxcR0?si=BFUpfEXyrDOFFGWz

I'm just saying I'm seeing a lot of similarities between Haley Moss Esquire and myself.
However she is female, and I'm male, but even disregarding that, it seems I may have been treated
differently in a discriminatory way when reviewing the current situation.

What is your opinion?

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**
------- Original Message -------
On Wednesday, August 23rd, 2023 at 4:17 PM, ThorfinThunder | GoldGrenade
<jt4590@protonmail.com> wrote:


In my opinion, another person similar to myself may have been treated a bit differently,
Miss Haley Moss Esquire has many similar aspirations or aptitudes as myself and is a duly
celebrated speaking partner, however, I'm a wrongfully terminated employee potentially due to
adverse action.
I've filed as a Pro Se Hac Vice, written an entire Analytical Thesis, a Civil Case, and a Potential
Investigation, supported her endeavors inclusively and was excited to hear the news about her
joining DE&I.

However, I was asked for photos for DirectEmployers Association's front page, and not even
considered to have this photo added while being someone who is Neurodiverse and similarly
accomplished.

May there be a potential discriminatory issue occurring?
*Except that he has mentioned publicly not to comply with new laws.*
It doesn't appear to be with John Fox nor Fox, Wang, and Morgan when I review them publicly, nor
in my brief conversations with Mr. Fox Esquire:
https://www.linkedin.com/posts/directemployers-association_de-under-3-august-21-2023-activity-
7100119244419264512-2fSj?utm_source=share&utm_medium=member_desktop

Though it does appear he may have been able to represent me if I had been allowed to transfer to
Louisiana or another state as I requested from Hal Cooper and was told I would receive information
regarding:
Adverse actions such as the denial of my transfer, and wrongful termination, occurred after directing
the Louisiana IRS Department to contact the HR Director at DirectEmployers Association to confirm
my remote certification.

The Human Resources Manager is a very kind lady, however, circumstantially, Deanna Cross, is the sister of the CEO, Candee Chambers, and it was after meeting with Candee Chambers and asking for safety that I was let go.

Instead of my remote work certification being rightfully confirmed, or receiving details regarding transfer, it was falsely alleged I had misconduct after following veiled directions to go to Seymour, IN.
This suggestion to have my car worked on in Seymour was given by a kind Republic Services employee who stopped to check on me when I pulled my Mustang into the McDonald's near where I broke down.

I'm not pointing any fingers regarding this of the persons mentioned, however, this was directly after my Mustang was tampered with in such a way to loosen the front suspension, detach the driver's side seatbelt, and disable the brakes.
Veiled directions were received from Michael Benko to stay at or near a Holiday Inn during this time, and while staying in the Hampton Inn, I found a National Guard meeting was occurring that weekend along with a ball game.

It was during this weekend when my wife's car was tampered with in a similar way as formerly described before the car was requested to be towed to the FBI Office in Louisville, KY, and then repaired at a Ford dealership in Kentucky.


[BELOW IS SIMPLY REFERENCE TO THE DIFFERING TREATMENT OF ANOTHER PERSON, MISS HALEY MOSS ESQUIRE, I WOULD CONSIDER TO BE AN AUTISTIC SAVANT WHOM I INCLUSIVELY CELEBRATE]



**Jon Turpin • You**
Senior Sales Engineer at DirectEmployers Association
2yr • 🌐

• • •



**DirectEmployers Association**
6,050 followers
2yr • 🌐

Did you hear the news? #Neurodiversity expert Haley Moss is joining the DE team as a DE&I Consultant! Get the full details in this official press release and then keep an eye out for exclusive content from Haley in the coming months! #HR #HumanResources #diversity #disability



**DirectEmployers Partners with Leading Neurodiversity Expert Haley Moss to Promote Disability Inclusion & Diversity in the Workplace**

directemployers.org • 3 min read

 Like         Comment         Repost         Send

 11 impressions                                    View analytics



**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**
------- Original Message -------
On Tuesday, August 22nd, 2023 at 1:12 AM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:


After the 5th District Court's rulings on Title VII regarding employment discrimination and events including termination of employment, in my opinion it may be obvious why an employee of DirectEmployers Association falsely alleged misconduct against me and terminated me, a Catholic man and husband of Faith in God and a Pro Se Pro Hac Vice...

After denying my remote work certification for Louisiana where a recent Title VII case is based, along with a decision which would preclude that I have a viable discrimination claim and furthermore after selling their Taapestry Affirmative Action company prior to the repeal of Affirmative action, it may show that an employee in DirectEmployers Association makes not only business sales decisions based upon upcoming legislation...

In my opinion it may also show that any decision regarding allowing surveillance of me, termination of my employment, and denying me any severance, or even Human Resources discussion, were based not

upon the merits and performance of me as employee in a non-discriminatory way, but in direct antithesis with their oaths, FMLA, and Equal Opportunity Employment guidelines.

In my opinion a decision regarding my continued employment may have been discriminatory and based upon upcoming legislation and against my civil rights.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice
-------- Original Message --------
On Aug 21, 2023, 5:59 PM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:

------- Original Message -------
On Monday, August 21st, 2023 at 3:19 PM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:


[Under Whistleblower Protections]
[CORRECTION & CLARIFICATION]
In my opinion, the few bad apples may try to frame me and any witness for anything they can since they've been caught and reported privately out of genuine concern for their intolerable bad behaviors but not prosecuted.

So it may be pertinent for me to dispel even more of their consistent and repeatedly false allegations and defamations against me.

When I arrived at the Indianapolis International Airport in the very early morning of 12/10/2021, and before I passed any TSA security checkpoint, I had my hardshell, locked, cream-colored case, which had some shotgun shells in it. It also had bank account information I later took photos of for records.

This is legal, and despite being in genuine fear for my life from a few bad apples and their intolerable bad behaviors, I realized these were in the case before passing any security checkpoint, returned immediately to Joshua Ryan King-Baker's car, unlocked the case and removed important identification such as my social security card and birth certificate from the locked hardshell case, relocked the case and placed it in the car of J.R.K.B., another lawful concealed carry owner, who never entered the airport and immediately left, which is in full accord with carry laws, even without a permit and with:
49 CFR § 1540.111

Not only is this legal constitutionally and by jurisprudence, I could have flown without any change to my checked luggage because I had no firearm with me at all, and the ammunition was already in a locked hard shell case. My firearms were in the gun safe of two bad apples. Which one of the bad apples admitted was the case in texts, yet while denying their, and another bad apples documented and intolerable bad behaviors, and I didn't have time nor was it safe for me to retrieve these due to their bad behaviors.

The bad apple M.A.M.H. even tried to misrepresent private sales in what may have been another attempt to threaten me and another witness, J.R.K.B., in obvious collusion with J.B.T. who is very ill and made threats of harms and death upon my person, and against my lovely wife for no reason.

Bad apples have expressed in texts what may have been further attempts to threaten me with undue loss of constitutional and civil rights, and in my opinion, they simply expressed lack of understanding of laws regarding firearms in general, which gives me genuine concern regarding M.A.H.M., and J.B.T. each of which may have a severe mental illness, one of which is reportedly diagnosed, which may align with their confirmed, patterned, concerning, and intolerable bad behaviors.

Such as bad apples' threats, misrepresentation of laws, blackmailing, tampering with witnesses, threatening me and my wife with a civil suit, then attempting to file a civil injunction in an untimely fashion with no legal grounds to violate my constitutional and civil rights, along with attempts to cause another wrongful eviction.

Even after potentially attempting swatting against us via unnecessary welfare checks, and according to our esteemed FBI's documentation regarding the VCC NCOP, if so bad apples potentially committed terrorism against me and my wife, and defamed me to access an expunged case possibly to even enter any case against us.

Even my prior wrongful convictions being used potentially feloniously by bad apples to falsely allege me as a threat of any kind are directly against Indiana Code 35-41-3-2.

In my opinion this along with attacks against us both foreign and domestic, gave full precedent and requirement for me to request and receive full diplomatic immunity by heritage, Civil Laws, Rights of Succession, Usufruct, and even religious jurisprudence.

Bad apples actually violated our judicial system, civil rights, and our U.N. charter.

The intolerable bad behaviors being seen by bad apples in the current situation directly mimic their intolerable bad behaviors during my wrongful convictions, where I was forced not to go to trial by a bad apple and their intolerable bad behaviors, including attempting to frame me then by allowing the deletion of video evidence in my defense, just as they did during my school lawsuit, and by threats against all my livelihood, including my home, car, career and person to force me to be misrepresented by J.B.T., who I believe also may have made threats against my lawyer, the Esteemed Tom Hirschauer III.

I had to beg for my documentation, but I have no complaint, he is a great lawyer and he corrected any honest mistake and helped point me in the right direction to perform the incredibly amount of research required to even begin to escape bad apples' conspiracy.

In my opinion he is and was afraid of J.B.T., and I forgive him, but I had to request my legal documentation for about four years, including depositions which would help show the pattern of bad apples intolerable bad behaviors so I might not be murdered by bad apples and their intolerable bad behaviors.

Hunter Biden may have no precedent for immunity, but I do, especially since I was able to establish that some Revocable Trusts are being utilized unconstitutionally to create an unelected, unqualified, and tyrannical form of government, and the effects are documented.

Not only via an obvious conspiracy proven after research into bad apples and a confirmed pattern of their intolerable bad behaviors against all reason, our constitution, our foundations, and all jurisprudence.

But also in current events including the horrific kidnapping of children by companies potentially utilizing unconstitutional Revocable Trusts for horrific and tragic intolerable bad behaviors such as kidnapping, human trafficking, and Cartel involvement.

It took me a week to document just a portion of the laws that bad apples may have broken with their intolerable bad behaviors against us, and our harms and losses are enormous.

Unlike bad apples, I've tried to clear good apples of any potential blackmail and prevent witness tampering, even researching members of our respected law enforcement and past police reports in depth to protect Police Chief Richard Roberts, respected former law enforcement officer and now respected town manager Douglas Young.

Along with a respected deputy who gave me a gun lock to ensure I could lock up a pistol before traveling, which had been mishandled by a bad apple and hidden in my gun case.

Respected officer Larry Kuhn advised me against going into the rental which other bad apples illegally evicted me from, or they may have attempted further to frame me then, and he also let me know to cut the locks off my gun case before traveling and check it, then to lock it with my own locks which I did.

In following his suggestion, I found a hidden firearm which bad apples may have mishandled, which I legally abandoned to respected law enforcement in Kentucky on an official abandonment form, because it used to belong to J.R.J. who reported some intolerable bad behaviors to me and my wife. I had purchased this pistol from J.R.J. earlier when he and his ex-girlfriend said J.R.J. may be suicidal and might harm himself or others.

When J.R.J. informed me of other intolerable bad behaviors, I suggested therapy and offered to pay for it for him, and let him know I was exiting his life. Therapy resources were offered, but then prevented by another bad apple, A.L.H., who despite studying to be a therapist, did not take J.R.J.'s issues seriously and instead tried to harm me and my wife in collusion with other bad apples.

After J.R.J. gave a more detailed description of his intolerable bad behaviors, I said he should turn himself in, and duly reported the information to our respected local law enforcement and our esteemed FBI.


[CLARIFICATION]
The chronological order was already documented, except for the obvious clerical error of Hagerty, which as stated I forgive them for their honest mistake. I may have repeated myself a bit here, but in my defense if bad apples weren't making such a mess, and if there wasn't any "CYA-ing" going on, I wouldn't have to clarify so often and heavily.

In my opinion, it would be so much simpler for the correct thing to have been done in the first place, or even at each step of this process, after I was told "well do this if this happens" where I repeatedly proved we already did the correct thing as suggested.

How many times do we need to reaffirm the pattern and how many honest mistakes do I need to forgive before the stated correct thing is simply done about the bad apples?

If they are removed from the situation and aptly prosecuted then the whole mess stops.
As a sincere inquiry, isn't this common sense, isn't it fundamentally how society works?

In my opinion bad apples have committed intolerable bad behaviors on a federal level, and if they were already arrested and prosecuted, they may not have the chance still to even attempt to push and blackmail others to make clerical errors, recant, etc. et al.

I'm not on the defense side of the bench unless bad apples broke our judicial system.
[CLARIFICATION]

Bad apples M.A.M.H. and A.L.H. seem to have attempted to continue their involvement with J.R.J., and to attempt to frame me despite that I had already reported out of genuine concern and left the situation.


[CORRECTION]
All aforementioned good apples identified such as the respected attorney I named, respected law enforcement I named, esteemed FBI, respected public servants, and present company excluded from any mention of bad apples and intolerable bad behaviors including mentions of attempts to frame me and/or cause loss of rights.

It is so tiring to so clearly identify who the bad apples are since they may actually be incapable of taking accountability and may have pointed at so many good apples.
Public officials who were in my opinion were previously threatened and/or blackmailed by bad apples, such as respected Police Chief Richard Roberts and Town Manager Douglas Young who helped file a police report and collect evidence of a severe beating I took as a teenager without anyone having to push him to do so. Unlike M.A.M.H. who watched the beating, laughed about my ability to somehow get back up afterward, and only put in an honest report because each his now wife, A.L.H., and my mother, L.K.B.T., expressed disappointment in his complete lack of assistance to a "friend."
[CORRECTION]

J.B.T., M.A.H.M., and J.R.J. included in bad apples and their intolerable bad behavior.
Those intolerable bad behaviors belong to bad apples representative of themselves.


Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

-------- Original Message --------
On Aug 21, 2023, 5:02 AM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:
Itinerary of my flight attached. A bad apple also texted my wife to attempt to determine my location during my absence, and later brought a stove to another bad apple in what Joshua Ryan King-Baker at the time said were attempts by the bad apples to acces and tamper with my main desktop computer.

May this give cause for my genuine concern?

May there be more attempts to frame me by bad apples for their own intolerable bad behaviors?

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

-------- Original Message --------
On Aug 21, 2023, 4:49 AM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:
There is no defrauding here, however, Hagerty has made a clerical error after they purportedly terminated the original insurance adjuster. The initial damage was noticed on 12/27/2021 and 12/28/2021.

I wasn't in the state after 12/10/2021, and two missing hard drives, which could have been tampered with by some bad apples, and which were later appropriately reported to special agent Wright of our Esteemed FBI to report to Officer Larry Kuhn. I report out of genuine concern that there may be attempts to frame me regarding those hard drives.

A clerical error by Hagerty after a termination of the original adjuster, stonewalling any entry of the original claim by not clarifying which dates they were including on the claim, then sudden mention of incorrect dates out of order along with an Indiana code, then their and denial to produce the recording referenced to a Pro Se Hac Vice forces me to report this to you out of genuine concern.

This has been reported to our respected law enforcement, our Honorable Todd Rokita, and our Honorable Jeffrey Landry for their experienced review and discernment.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

-------- Original Message --------
On Aug 20, 2023, 5:29 AM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:
I've let our Honorable Pinkertons know that Hagerty has surely made a clerical error on dates in their most recent insurance letter.

Maybe it's coincidence, but each is based in Michigan. Either way, we forgive them for the honest mistake about our oral history as well.

We're all Turpins.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice



12:09

**Tamera**
Active 2 hours ago

MON AT 9:45 AM

Hi Jon!  Tammy from DirectEmployers here.  Has DE been able to get hold of you to inform you of our recent ransomware attack?  Feel free to call me at 3175098873 & I'll fill you in.  I hope you are well!

This could affect you too

MON AT 10:17 AM

We're OK, they fired me unjustly... and I reported the possibility of a ransomware attack to the FBI in Shreveport, LA when I still had clearance to try and help prevent it.

My devices got attacked when Hal was letting someone surveille me at the job.

Feel free to call me, I tried to whistleblow to let them what was up before this happened. 225-259-6270

The FBI director was informed.

Message



12:10

**Tamera**
Active 2 hours ago

The FBI Director was informed.

If they want to know more, they have to call me back to work.

MON AT 10:42 AM

I'm sorry. Just wanted to tell you, we've been advised to freeze our credit with all 3 bureaus & even open new checking accounts sine payroll data may have been taken too.
We we told this hack happened the day a new patch was released.

Last Sunday.

Thank you for letting me know. I already had to do much of the same when DEA was first targeted and prevent a SOC2 breach by simply saying no.

Hal misread SOC2 guidelines.

What does it mean that Hal misread soc2 guidelines?

SOC2 de...   s a separation of

Message



## Tamera
Active 2 hours ago

What does it mean that Hal misread soc2 guidelines?

SOC2 defines a separation of systems in its guidelines, which I was following, but wanted my data, which was under an FBI clearance, and he could not have without an appropriate chain of custody.

Someone hacked and spoofed my old phone, and potentially my personal computer during attempts to hack the systems.

I caught it and kept the systems separated, but Hal wanted it both ways:
To not have a chain of custody of the data, and to pretend I violated SOC2, when me telling him "no" was the only way not to violate SOC2 guidelines.

Someone who has been trying to violate and ruin our marriage for two years, and may have encouraged others to attack me and jobs and systems I support may ha         rtel contacts that I turned in.



Message

12:10

**Tamera**
Active 2 hours ago

> Someone who has been trying to violate and ruin our marriage for two years, and may have encouraged others to attack me and jobs and systems I support may have Cartel contacts that I turned in.

 You need to be very careful! I'm still praying for your safety

> The board of directors was and is aware of the issue before whatever has just occurred.

> The partners in Washington VA were informed as well, and Hal knew, but I kept quiet to try and let him handle it.
>
> I still haven't charged for the wrongful firing and the protective order used to cover up my firing has no legal grounds to have been filed.

> In Hal's own famous words...
> "we like to hire people who know how to say no."
>
> I'm pretty sure I told the Secret

Message

12:10

## Tamera
Active 2 hours ago

In Hal's own famous words...
"we like to hire people who
know how to say no."

I'm pretty sure I told the Secret
Service, and potentially
unrelated Cartel contacts no.

But instead, I'm fired. He may
need to learn to follow his
words and philosophy here.

I'm sorry you're having to deal with
this! I don't understand how the
incident above is related to this
ransomware attack that happened
last Sunday. Are they related?

Part of what happened to me
was definitely a ransomeware
attack intended to take data
and get access into systems.

Me keeping the systems
separated according to the
SOC2 guidelines prevented that
from accessing DEA, and/or
other systems even earlier.

It means DEA was already a
target for an attack if this kind,
and was alerted regarding this

Message

12:10

**Tamera**
Active 2 hours ago

Me keeping the systems separated according to the SOC2 guidelines prevented that from accessing DEA, and/or other systems even earlier.

It means DEA was already a target for an attack if this kind, and was alerted regarding this.

Is it the same ransomware? I don't know because I made sure DEA's information wasn't on my systems and reported to the appropriate agencies.



Just take care & watch out for yourself!

MON AT 11:24 AM

I would look into the people who accessed my data and other data they have no clearance to possess from the court system to get me fired...

The ones who tried to have me "swatted" to access my, and

Message

12:10

**Tamera**
Active 2 hours ago

SOC2 guidelines prevented that from accessing DEA, and/or other systems even earlier.

It means DEA was already a target for an attack if this kind, and was alerted regarding this.

Is it the same ransomware? I don't know because I made sure DEA's information wasn't on my systems and reported to the appropriate agencies.

Just take care & watch out for yourself!

MON AT 11:24 AM

I would look into the people who accessed my data and other data they have no clearance to possess from the court system to get me fired...

The ones who tried to have me "swatted" to access my, and DEA's and other org's info when I was protecting y'all.

Message

# Opinion

From    Jf4590 <jf4590@protonmail.com>

BCC     FBI Director Christopher Wray<cawray@fbi.gov>, FBI SA Joseph L. Chaney<jlchaney@fbi.gov>, compass<compass@rfkhumanrights.org>, Honorable Chief Justice Terry A. Doughty<doughty_motions@lawd.uscourts.gov>

Date    Saturday, October 21st, 2023 at 3:28 PM



## Chris Liakos, SPHR · 1st

Employment Equality, Talent Acquisition and Diversity Leader

McLean, VA

🏢 Experience: EY, Northrop Grumman., and 4 more

 27 mutual connections

( ✔ Message )   ( View full profile )

--------- Suggested results related to Chris Liakos, SPHR ---------

## Posts from EY



**EY**
8M followers
4d · 🌐

+ Fo

🔖 Healthcare in crisis? 🔖

🔖 Clinicians are leaving medicine because of lack of control, burnc

---

 Chris Liakos, SPHR
Available on mobile

 Jon Turpin · 3:21 PM

Dear Mr. Liakos,

In my opinion, it appears that one of DirectEmployers Association's members MAY have potentially caused a bit of an overreach and a violation in... quite a few facets of the proper operations and requirements of DirectEmployers Associations' responsibilities as a Not-For-Profit organization...

I'm reaching out to you out of genuine concern, and request that you review my wrongful termination, and correct this to an honest mistake...

TODAY

Please review the membership and potential overreach of T.F.S. and investigate this issue in depth, and collaborate with the FBI Director to ensure that DirectEmployers Associations' employees are not adversely affected by the recent LockBit Ransomware attack which was reported, and which I whistleblew on and went all the way to the highest facets of our governm... ent in good faith

[ Latest message ]

---

## People also viewed

 **Josh Peek** · 2nd in
Joby Aviation · Let's Change th...

··· 🗨 ↗ ✕




## Chris Liakos, SPHR · 1st

Employment Equality, Talent Acquisition and Diversity Leader

McLean, VA

Experience: EY, Northrop Grumman, and 4 more



27 mutual connections

**Message**   ( View full profile )

----- Suggested results related to Chris Liakos, SPHR -----

### Posts from EY

**EY**
8M followers
4d · 🌐

+ Fo

Clinicians are in crisis? ▶

Healthcare in crisis? ▶

---

### People also viewed



Josh Peek · 2nd 🔗
oby Aviation - Let's Change th...

... 🔲 ⤢ ✕


Chris Liakos, SPHR
Available on mobile

Please review the membership and potential overreach of T.F.S. and investigate this issue in depth, and collaborate with the FBI Director to ensure that DirectEmployers Associations' employees are not adversely affected by the recent LockBit Ransomware attack which was reported, and which I whistleblew on and went all the way to the highest facets of our government to try and prevent in good faith efforts out of genuine concern.

In my opinion, if DirectEmployers Association does not appropriately handle this event, they will have failed the main requirements, responsibilities, and duties which underline their status as a not-for-profit entity and allow them effective governmental immunity, as well as potentially losing any valid insurance claim against the ransomware attack.

In my opinion, this is of utmost importance to each the association, current and former employees, your members, and national security.

I've currently been, in my opinion, stonewalled, when in my opinion, the correct course of action would be to collaboratively correct and resolve this issue for positive



## Chris Liakos, SPHR · 1st

Employment Equality, Talent Acquisition and Diversity Leader

McLean, VA

Experience: EY, Northrop Grumman, and 4 more

27 mutual connections

[ Message ]    ( View full profile )

------- Suggested results related to Chris Liakos, SPHR -------

## Posts from EY

**EY**
8M followers
4d · 

Healthcare in crisis?



Clinicians are leaving medicine because of lack of control, burno[ut]

+ Fo[llow]

### People also viewed



**Josh Peek · 2nd**
Joby Aviation - Let's Change th...

**Chris Liakos, SPHR**
Available on mobile

In my opinion, this is of utmost importance to each the association, current and former employees, your members, and national security.

I've currently been, in my opinion, stonewalled, when in my opinion, the correct course of action would be to collaboratively correct and resolve this issue for positive futures.

underline their status as a not-for-profit entity and allow them effective governmental immunity, as well as potentially losing any valid insurance claim against the ransomware attack.

Thank you for hearing my genuine concerns, and you may reach out to me at any time you are available.
Jon F. "D." Turpin

**Jon Turpin · 3:22 PM**
***No accusation of the member themselves, but there may be bad apples with their own personal agendas which caused issues.***

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

**807.84 KB**   3 embedded images

image.png 273.10 KB

image.png 272.18 KB

image.png 262.56 KB

FBI InfraGard LukBer Adv.

# JOINT CYBERSECURITY ADVISORY

- Germany: German victims of ransomware are encouraged to consider reporting cyber incidents to law enforcement (e.g., local police or the Central Contact Point for Cybercrime as well as to the Federal Office for Information Security (BSI) via the Reporting and Information Portal.
- New Zealand: New Zealand organizations and businesses can report security incidents to the NCSC at incidents@ncsc.govt.nz or call 04 498 7654, or to CERT NZ through https://www.cert.govt/nz/it-specialists/report-an-incident/ or to ir@ops.cert.govt.nz.
- United States:
  - Report ransomware incidents to a local FBI Field Office or CISA's 24/7 Operations Center at Report@cisa.dhs.gov, cisa.gov/report, or (888) 282-0870. When available, please include the information regarding the incident: date, time, and location of the incident; type of activity; number of people affected; type of equipment used for the activity; the name of the submitting company or organization; and a designated point of contact.
  - For SLTTs, email soc@msisac.org or call (866) 787-4722.
- United Kingdom: UK organizations should report any suspected compromises to NCSC.

## DISCLAIMER

The information in this report is being provided "as is" for informational purposes only. The authoring organizations do not endorse any commercial product or service, including any subjects of analysis. Any reference to specific commercial products, processes, or services by service mark, trademark, manufacturer, or otherwise, does not constitute or imply endorsement, recommendation, or favoring by the authoring organizations.

## REFERENCES

[1] LockBit, BlackCat, and Royal Dominate the Ransomware Scene

[2] Ransomware Diaries: Volume 1

[3] What is LockBit ransomware and how does it operate?

[4] Ransomware Spotlight: LockBit

[5] Analysis and Impact of LockBit Ransomware's First Linux and VMware ESXi Variant

[6] A first look at the builder for LockBit 3.0 Black

[7] LockBit ransomware gang releases LockBit Green version

[8] LockBit Ransomware Now Targeting Apple macOS Devices

[9] Apple's Macs Have Long Escaped Ransomware. That May be Changing

[10] Intelligence agency says ransomware group with Russian ties poses 'an enduring threat' to Canada

# JOINT CYBERSECURITY ADVISORY

TLP:CLEAR                                                    International Partnership

- BSI:
  - See <u>BSI's Ransomware – Facts and Defense Strategies</u> for a comprehensive collection of resources on ransomware prevention, detection, and reaction. Note: These resources are in German.

- CCCS:
  - See CCCS's <u>Ransomware playbook (ITSM.00.099)</u> for information on ransomware prevention and response.
  - See CCCS's <u>Top 10 IT security actions</u> based on analysis of cyber threat trends to help minimize intrusions or the impacts of a successful cyber intrusion.

- CERT NZ:
  - See CERT NZ's <u>Security awareness building</u> and <u>Creating an effective security awareness program</u> to assist organization's in providing adequate security awareness and training to personnel while creating a positive security culture.
  - Businesses can find information on developing an incident response plan, creating a contact list, and communicating ransomware incidents at CERT NZ's <u>Creating an incident response plan</u>.

- NCSC NZ:
  - For guidance on ransomware for public service agencies, see NCSC NZ's <u>Ransomware: Your organization should be both protected and prepared</u>.

## REPORTING

The authoring organizations do not encourage paying ransom, as payment does not guarantee victim files will be recovered. Furthermore, payment may also embolden adversaries to target additional organizations, encourage other criminal actors to engage in the distribution of ransomware, and/or fund illicit activities. Regardless of whether you or your organization have decided to pay the ransom, the authoring organizations urge you to promptly report ransomware incidents to your country's respective authorities.

- Australia: Australian organizations that have been impacted or require assistance in regard to a ransomware incident can contact ACSC via 1300 CYBER1 (1300 292 371), or by submitting a report to cyber.gov.au.
- Canada: Canadian victims of ransomware are encouraged to consider reporting cyber incidents to law enforcement (e.g., local police or the <u>Canadian Anti-Fraud Centre</u>) as well as to the Canadian Centre for Cyber Security online via <u>My Cyber Portal</u>.
- France:
  - Individuals and small organizations can seek assistance with Cybermalveillance – <u>https://www.cybermalveillance.gouv.fr/</u>.
  - Larger organizations, as well as public and regulated entities, can request assistance from CERT-FR via <u>cert-fr@ssi.gouv.fr</u>.

TLP:CLEAR

JOINT
# CYBERSECURITY ADVISORY

International Partnership

`TLP:CLEAR`

2. Align your security technologies against the technique.
3. Test your technologies against the technique.
4. Analyze your detection and prevention technologies performance.
5. Repeat the process for all security technologies to obtain a set of comprehensive performance data.
6. Tune your security program, including people, processes, and technologies, based on the data generated by this process.

The authoring organizations recommend continually testing your security program, at scale, in a production environment to ensure optimal performance against the MITRE ATT&CK techniques identified in this advisory.

## RESOURCES

- ACSC:
  - See 2023-03: ACSC Ransomware Profile – LockBit 3.0 for additional information.

- CISA:
  - Stopransomware.gov is a whole-of-government approach that gives one central location for ransomware resources and alerts.
  - Information on no-cost cyber hygiene services is available at Cyber Hygiene Services and Ransomware Readiness Assessment.

- CISA, NSA, FBI, and MS-ISAC:
  - See the #StopRansomware Guide developed through the Joint Ransomware Task Force (JRTF) to provide a one-stop resource to help organizations reduce the risk of ransomware incidents through best practices to detect, prevent, respond, and recover, including step-by-step approaches to address potential attacks.

- FBI and CISA:
  - See Alert AA23-075A - #StopRansomware: LockBit 3.0 for information on IOCs and TTPs identified through FBI investigations as recently as March 2023.

- MS-ISAC:
  - See the Center for Internet Security (CIS) Critical Security Controls (CIS Controls) https://www.cisecurity.org/insights/white-papers/cis-community-defense-model-2-0for information on strengthening an organization's cybersecurity posture through implementing a prescriptive, prioritized, and simplified set of best.
  - See the CIS Community Defense Model 2.0 (CDM 2.0) for the effectiveness of the CIS Controls against the most prevalent types of attacks and how CDM 2.0 can be used to design, prioritize, implement, and improve an organization's cybersecurity program.
  - See Blueprint for Ransomware Defense for a clear, actionable framework for ransomware mitigation, response, and recovery built around the CIS Controls.

- NCSC-UK
  - See guidance on Mitigating malware and ransomware attacks for information on defending organizations against malware or ransomware attacks.

`TLP:CLEAR`

# CYBERSECURITY ADVISORY
**JOINT**

TLP:CLEAR

International Partnership



*Figure 3: Stopping Ransomware Using Layered Mitigations*

## VALIDATE SECURITY CONTROLS

In addition to applying mitigations, the authoring organizations recommend exercising, testing, and validating your organization's security program against the threat behaviors mapped to the MITRE ATT&CK for Enterprise framework in this advisory. The authoring organizations recommend testing your existing security controls inventory to assess how they perform against the ATT&CK techniques described in this advisory.

To get started:

1. Select an ATT&CK technique described in this advisory (see Tables 5-16).

TLP:CLEAR

- **Maintain offline backups of data**, and regularly maintain backup and restoration (daily or weekly at the minimum). By instituting this practice, the organization ensures they will not be severely interrupted, and/or only have irretrievable data [CPG 2.R]. ACSC recommends organizations follow the 3-2-1 backup strategy in which organizations have three copies of data (one copy of production data and two backup copies) on two different media, such as disk and tape, with one copy kept off-site for disaster recovery.
- **Ensure all backup data is encrypted, immutable** (i.e., cannot be altered or deleted), and covers the entire organization's data infrastructure [CPG 2.K, 2.R].

## Implement Mitigations for Defense-in-Depth

Implementing multiple mitigations within a defense-in-depth approach can help protect against ransomware, such as LockBit. CERT NZ explains How ransomware happens and how to stop it by applying mitigations, or critical controls, to provide a stronger defense to detect, prevent, and respond to ransomware before an organization's data is encrypted. By understanding the most common attack vectors, organizations can identify gaps in network defenses and implement the mitigations noted in this advisory to harden organizations against ransomware attacks. In Figure 3, a ransomware attack is broken into three phases:

- **Initial Access** where the cyber actor is looking for a way into a network.
- **Consolidation and Preparation** when the actor is attempting to gain access to all devices.
- **Impact on Target** where the actor is able to steal and encrypt data and then demand ransom.

Figure 3 shows the mitigations/critical controls, as various colored hexagons, working together to stop a ransomware attacker from accessing a network to steal and encrypt data. In the Initial Access phase, mitigations working together to deny an attacker network access include securing internet-exposed services, patching devices, implementing MFA, disabling macros, employing application allowlisting, and using logging and alerting. In the Consolidation and Preparation phase, mitigations working together to keep an attacker from accessing network devices are patching devices, using network segmentation, enforcing the principle of least privilege, implementing MFA, and using logging and alerting. Finally, in the Impact on Target phase, mitigations working together to deny or degrade an attacker's ability to steal and/or encrypt data includes using logging and alerting, using and maintaining backups, and employing application allowlisting.

Usually, application allowlist software can also be used to define blocklists so that the execution of certain programs can be blocked, for example `cmd.exe` or `PowerShell.exe` [CPG 2.Q].

## Credential Access

- **Restrict NTLM uses** with security policies and firewalling.

## Discovery

- **Disable unused ports**. Disable ports that are not being used for business purposes (e.g., RDP-TCP Port 3389). Close unused RDP ports.

## Lateral Movement

- **Identify Active Directory control paths** and eliminate the most critical among them according to the business needs and assets.
- **Identify, detect, and investigate abnormal activity and potential traversal of the indicated ransomware** with a networking monitoring tool. To aid in detecting the ransomware, implement a tool that logs and reports all network traffic, including lateral movement activity on a network [CPG 1.E]. EDR tools are particularly useful for detecting lateral connections as they have insight into common and uncommon network connections for each host.

## Command and Control

- **Implement a tiering model** by creating trust zones dedicated to an organization's most sensitive assets.
- **VPN access should not be considered as a trusted network zone.** Organizations should instead consider moving to zero trust architectures.

## Exfiltration

- **Block connections to known malicious systems** by using a Transport Layer Security (TLS) Proxy. Malware often uses TLS to communicate with the infrastructure of the threat actor. By using feeds for known malicious systems, the establishment of a connection to a C2 server can be prevented.
- **Use web filtering or a Cloud Access Security Broker (CASB)** to restrict or monitor access to public-file sharing services that may be used to exfiltrate data from a network.

## Impact

- **Implement a recovery plan** to maintain and retain multiple copies of sensitive or proprietary data and servers in a physically separate, segmented, and secure location (e.g., hard drive, storage device, the cloud) [CPG 2.R].

# CYBERSECURITY ADVISORY
JOINT

TLP:CLEAR International Partnership

## Execution

- **Develop and regularly update comprehensive network diagram(s)** that describes systems and data flows within your organization's network(s) [CPG 2.P].
- **Control and restrict network connections** accordingly with a network flow matrix.
- **Enable enhanced PowerShell logging** [CPG 2.T, 2.U].
  - o PowerShell logs contain valuable data, including historical OS, registry interaction, and possibility of a threat actor's PowerShell use.
  - o Ensure PowerShell instances are configured to use the latest version, and have module, script block, and transcription logging enabled (enhanced logging).
  - o The two logs that record PowerShell activity are the PowerShell Windows Event Log and the PowerShell Operational Log. It is recommended to turn on these two Windows Event Logs with a retention period of at least 180 days. These logs should be checked on a regular basis to confirm whether the log data has been deleted or logging has been turned off. Set the storage size permitted for both logs to as large as reasonably practical.
- **Configure the Windows Registry to require UAC approval for any PsExec operations** requiring administrator privileges to reduce the risk of lateral movement by PsExec.

## Privilege Escalation

- **Disable command-line and scripting activities and permissions.** Privilege escalation and lateral movement often depend on software utilities running from the command line. If threat actors are not able to run these tools, they will have difficulty escalating privileges and/or moving laterally [CPG 2.N].
- **Enable Credential Guard** to protect your Windows system credentials. This is enabled by default on Windows 11 Enterprise 22H2 and Windows 11 Education 22H2. Credential Guard prevents credential dumping techniques of the Local Security Authority (LSA) secrets. Be aware that enabling this security control has some downsides. In particular, you can no longer use New Technology Local Area Network (LAN) Manager (NTLM) classic authentication single sign-on, Kerberos unconstrained delegation, as well as Data Encryption Standard (DES) encryption.
- **Implement Local Administrator Password Solution (LAPS)** where possible if your OS is older than Windows Server 2019 and Windows 10 as these versions do not have LAPS built in. **NOTE:** The authoring organizations recommend organizations upgrade to Windows Server 2019 and Windows 10 or greater.

## Defense Evasion

- **Apply local security policies to control application execution** (e.g., Software Restriction Policies (SRP), AppLocker, Windows Defender Application Control (WDAC)) with a strict allowlist.
- **Establish an application allowlist** of approved software applications and binaries that are allowed to be executed on a system. This measure prevents unwanted software to be run.

TLP:CLEAR

# JOINT CYBERSECURITY ADVISORY

TLP:CLEAR                                                    International Partnership

specified system for a set timeframe when they need to support the completion of a certain task.

- **Keep all operating systems, software, and firmware up to date.** Timely patching is one of the most efficient and cost-effective steps an organization can take to minimize its exposure to cybersecurity threats. Public-facing applications must be patched in a timely manner as vulnerabilities can often be exploited directly by the threat actor. By closely monitoring the threat landscape, threat actors often take advantage of vulnerabilities before systems are patched. Organizations should patch vulnerable software and hardware systems within 24 to 48 hours from when a vulnerability is disclosed. Prioritize patching known exploited vulnerabilities in internet-facing systems [CPG 1.E].

- **Restrict service accounts from remotely accessing other systems.** Configure group policy to Deny log on locally, Deny log on through Terminal Services, and Deny access to this computer from the network for all service accounts to limit the ability for compromised service accounts to be used for lateral movement.

- **Block direct internet access for administration interfaces** (e.g., application protocol interface (API)) and for remote access.

- **Require phishing-resistant multifactor authentication** (MFA) for all services to the extent possible, particularly for webmail, virtual private networks, and privileged accounts that access critical systems [CPG 2.H].

- **Consolidate, monitor, and defend internet gateways.**

- **Install, regularly update, and enable real-time detection for antivirus software** on all hosts.

- **Raise awareness for phishing threats in your organization.** Phishing is one of the primary infection vectors in ransomware campaigns, and all employees should receive practical training on the risks associated with the regular use of email. With the rise of sophisticated phishing methods, such as using stolen email communication or artificial intelligence (AI) systems such as ChatGPT, the distinction between legitimate and malicious emails becomes more complex. This particularly applies to employees from corporate divisions that have to deal with a high volume of external email communication (e.g., staff recruitment) [CPG 2.I, 2.J].

- **Consider adding an external email warning banner** for emails sent to or received from outside of your organization [CPG 2.M].

- **Review internet-facing services and disable any services that are no longer a business requirement** to be exposed or restrict access to only those users with an explicit requirement to access services, such as SSL, VPN, or RDP. If internet-facing services must be used, control access by only allowing access from an admin IP range [CPG 2.X].

- **Review domain controllers, servers, workstations, and active directories** for new and/or unrecognized accounts.

- **Regularly verify the security level of the Active Directory domain** by checking for misconfigurations.

TLP:CLEAR

**TLP:CLEAR**                                                        International Partnership

account use polices are mitigations for initial access, persistence, privilege escalation, and credential access but would be listed under initial access mitigations.

## Initial Access

- **Consider implementing sandboxed browsers** to protect systems from malware originating from web browsing. Sandboxed browsers isolate the host machine from malicious code.
- **Require all accounts** with password logins (e.g., service account, admin accounts, and domain admin accounts) to comply with NIST standards for developing and managing password policies [CPG 2.L].
  - Enforce use of longer passwords consisting of at least 15 characters in length [CPG 2.B, 2.C].
  - Store passwords in a salted and hashed format using industry-recognized password hashing algorithms.
  - Prevent use of commonly used or known-compromised passwords [CPG 2.C].
  - Implement multiple failed login attempt account lockouts [CPG 2.G].
  - Disable password "hints."
  - Refrain from requiring password changes more frequently than once per year.
    **Note:** NIST guidance suggests favoring longer passwords instead of requiring regular and frequent password resets. Frequent password resets are more likely to result in users developing password "patterns" cyber criminals can easily decipher.
  - Require administrator credentials to install software [CPG 2.Q].

- **Implement filters at the email gateway** to filter out emails with known malicious indicators, such as known malicious subject lines, and block suspicious IP addresses at the firewall [CPG 2.M].
- **Install a web application firewall** and configure with appropriate rules to protect enterprise assets.
- **Segment networks** to prevent the spread of ransomware. Network segmentation can help prevent the spread of ransomware by controlling traffic flows between—and access to—various subnetworks and by restricting adversary lateral movement. Isolate web-facing applications to further minimize the spread of ransomware across a network [CPG 2.F].
- **Follow the least-privilege best practice** by requiring administrators to use administrative accounts for managing systems and use simple user accounts for non-administrative tasks [CPG 2.E].
- **Enforce the management of and audit user accounts with administrative privileges.** Configure access controls according to the principle of least privilege [CPG 2.E].
- **Implement time-based access for accounts set at the admin level and higher.** For example, the Just-in-Time (JIT) access method provisions privileged access when needed and can support enforcement of the principle of least privilege (as well as the Zero Trust model). This is a process where a network-wide policy is set in place to automatically disable admin accounts at the Active Directory level when the account is not in direct need. Individual users may submit their requests through an automated process that grants them access to a

**TLP:CLEAR**

**JOINT**
# CYBERSECURITY ADVISORY

TLP:CLEAR                                                        International Partnership

| | | |
|---|---|---|
| Exfiltration Over Web Service: Exfiltration to Cloud Storage | T1567.002 | LockBit affiliates use (1) Rclone, an open-source command line cloud storage manager or FreeFileSync to exfiltrate and(2) MEGA, a publicly available file sharing service for data exfiltration. |

*Table 16: LockBit Affiliates' ATT&CK Techniques for Enterprise – Impact*

| Technique Title | ID | Use |
|---|---|---|
| Data Destruction | T1485 | LockBit 3.0 deletes log files and empties the recycle bin. |
| Data Encrypted for Impact | T1486 | LockBit 3.0 encrypts data on target systems to interrupt availability to system and network resources.<br><br>LockBit affiliates can encrypt Windows and Linux devices, as well as VMware instances. |
| Defacement: Internal Defacement | T1491.001 | LockBit 3.0 changes the host system's wallpaper and icons to the LockBit 3.0 wallpaper and icons, respectively. |
| Inhibit System Recovery | T1490 | LockBit 3.0 deletes volume shadow copies residing on disk. |
| Service Stop | T1489 | LockBit 3.0 terminates processes and services. |

## MITIGATIONS

The authoring organizations recommend implementing the mitigations listed below to improve their cybersecurity posture to better defend against LockBit's activity. These mitigations align with the Cross-Sector Cybersecurity Performance Goals (CPGs) developed by CISA and the National Institute of Standards and Technology (NIST). The CPGs provide a minimum set of practices and protections that CISA and NIST recommend all organizations implement. CISA and NIST based the CPGs on existing cybersecurity frameworks and guidance to protect against the most common and impactful threats, tactics, techniques, and procedures. Visit CISA's Cross-Sector Cybersecurity Performance Goals for more information on the CPGs, including additional recommended baseline protections.

The listed mitigations are ordered by MITRE ATT&CK tactic. Mitigations that apply to multiple MITRE ATT&CK tactics are listed under the tactic that occurs earliest in an incident's lifecycle. For example,

TLP:CLEAR

# CYBERSECURITY ADVISORY

**TLP:CLEAR**

Table 13: LockBit Affiliates' ATT&CK Techniques for Enterprise – Collection

| Technique Title | ID | Use |
|---|---|---|
| Archive Collected Data: Archive via Utility | T1560.001 | LockBit affiliates may use 7-zip to compress and/or encrypt collected data prior to exfiltration. |

Table 14: LockBit Affiliates' ATT&CK Techniques for Enterprise – Command and Control

| Technique Title | ID | Use |
|---|---|---|
| Application Layer Protocol: File Transfer Protocols | T1071.002 | LockBit affiliates may use FileZilla for C2. |
| Application Layer Protocol: Web Protocols | T1071.001 | LockBit affiliates use ThunderShell as a remote access tool that communicates via HTTP requests. |
| Non-Application Layer Protocol | T1095 | LockBit affiliates use Ligolo to establish SOCKS5 or TCP tunnels from a reverse connection. |
| Protocol Tunneling | T1572 | LockBit affiliates use Plink to automate SSH actions on Windows. |
| Remote Access Software | T1219 | LockBit 3.0 actors use AnyDesk, Atera RMM, ScreenConnect or TeamViewer for C2. |

Table 15: LockBit Affiliates' ATT&CK Techniques for Enterprise – Exfiltration

| Technique Title | ID | Use |
|---|---|---|
| Exfiltration | TA0010 | LockBit affiliates use StealBit, a custom exfiltration tool first used with LockBit 2.0, to steal data from a target network. |
| Exfiltration Over Web Service | T1567 | LockBit affiliates use publicly available file sharing services to exfiltrate a target's data. |

**TLP:CLEAR**

**JOINT**
# CYBERSECURITY ADVISORY

TLP:CLEAR

International Partnership

*Table 11: LockBit Affiliates' ATT&CK Techniques for Enterprise – Discovery*

| Technique Title | ID | Use |
|---|---|---|
| Network Service Discovery | T1046 | LockBit affiliates use SoftPerfect Network Scanner, Advanced IP Scanner, or Advanced Port Scanner to scan target networks.<br><br>LockBit affiliates may use SoftPerfect Network Scanner, Advanced Port Scanner, and AdFind to enumerate connected machines in the network. |
| System Information Discovery | T1082 | LockBit affiliates will enumerate system information to include hostname, host configuration, domain information, local drive configuration, remote shares, and mounted external storage devices. |
| System Location Discovery: System Language Discovery | T1614.001 | LockBit 3.0 will not infect machines with language settings that match a defined exclusion list. |

*Table 12: LockBit Affiliates' ATT&CK Techniques for Enterprise – Lateral Movement*

| Technique Title | ID | Use |
|---|---|---|
| Lateral Movement | TA0008 | LockBit affiliates will laterally move across networks and access domain controllers. |
| Remote Services: Remote Desktop Protocol | T1021.001 | LockBit affiliates use Splashtop remote-desktop software to facilitate lateral movement. |
| Remote Services: Server Message Block (SMB)/Admin Windows Shares | T1021.002 | LockBit affiliates may use Cobalt Strike and target SMB shares for lateral movement. |

TLP:CLEAR

**JOINT**

# CYBERSECURITY ADVISORY

TLP:CLEAR

International Partnership

| Technique Title | ID | Use |
|---|---|---|
| Indicator Removal: File Deletion | T1070.004 | LockBit 3.0 will delete itself from the disk. |
| Obfuscated Files or Information | T1027 | LockBit 3.0 will send encrypted host and bot information to its command and control (C2) servers. |
| Obfuscated Files or Information: Software Packing | T1027.002 | LockBit affiliates may perform software packing or virtual machine software protection to conceal their code. Blister Loader has been used for such purpose. |

*Table 10: LockBit Affiliates' ATT&CK Techniques for Enterprise – Credential Access*

| Technique Title | ID | Use |
|---|---|---|
| Brute Force | T1110 | LockBit affiliates may leverage VPN or RDP brute force credentials as an initial access. |
| Credentials from Password Stores: Credentials from Web Browsers | T1555.003 | LockBit 3.0 actors use PasswordFox to recover passwords from Firefox Browser. |
| OS Credential Dumping | T1003 | LockBit 3.0 actors use ExtPassword or LostMyPassword to recover passwords from Windows systems. |
| OS Credential Dumping: LSASS Memory | T1003.001 | LockBit affiliates may use Microsoft Sysinternals ProDump to dump the contents of `lsass.exe`.<br><br>LockBit affiliates have used Mimikatz to dump credentials. |

TLP:CLEAR

International Partnership

**TLP:CLEAR**

| Technique Title | ID | Use |
|---|---|---|
| Abuse Elevation Control Mechanism | T1548 | LockBit affiliates may use ucmDccwCOM Method in UACMe, a GitHub collection of User Account Control (UAC) bypass techniques. |
| Boot or Logon Autostart Execution | T1547 | LockBit affiliates enable automatic logon for privilege escalation. |
| Domain Policy Modification: Group Policy Modification | T1484.001 | LockBit affiliates may create Group Policy for lateral movement and can force group policy updates. |
| Valid Accounts | T1078 | LockBit affiliates may use a compromised user account to escalate privileges on a victim's network. |

*Table 9 LockBit Affiliates' ATT&CK Techniques for Enterprise – Defense Evasion*

| Technique Title | ID | Use |
|---|---|---|
| Execution Guardrails: Environmental Keying | T1480.001 | LockBit 3.0 will only decrypt the main component or continue to decrypt and/or decompress data if the correct password is entered. |
| Impair Defenses: Disable or Modify Tools | T1562.001 | LockBit 3.0 affiliates use Backstab, Defender Control, GMER, PCHunter, PowerTool, Process Hacker or TDSSKiller to disable EDR processes and services.<br><br>LockBit 3.0 affiliates use Bat Armor to bypass the PowerShell execution Policy.<br><br>LockBit affiliates may deploy a batch script, `123.bat`, to disable and uninstall antivirus software.<br><br>Lockbit 3.0 may modify and/or disable security tools including EDR and antivirus to avoid possible detection of malware, tools, and activities. |
| Indicator Removal: Clear Windows Event Logs | T1070.001 | LockBit executable clears the Windows Event Logs files. |

**TLP:CLEAR**

# JOINT
# CYBERSECURITY ADVISORY

TLP:CLEAR

International Partnership

| Technique Title | ID | Use |
|---|---|---|
| Valid Accounts | T1078 | LockBit affiliates obtain and abuse credentials of existing accounts as a means of gaining initial access. |

*Table 6: LockBit Affiliates' ATT&CK Techniques for Enterprise – Execution*

| Technique Title | ID | Use |
|---|---|---|
| Execution | TA0002 | LockBit 3.0 launches commands during its execution. |
| Command and Scripting Interpreter: Windows Command Shell | T1059.003 | LockBit affiliates use batch scripts to execute malicious commands. |
| Software Deployment Tools | T1072 | LockBit affiliates may use Chocolatey, a command-line package manager for Windows. |
| System Services: Service Execution | T1569.002 | LockBit 3.0 uses PsExec to execute commands or payloads. |

*Table 7: LockBit Affiliates' ATT&CK Techniques for Enterprise – Persistence*

| Technique Title | ID | Use |
|---|---|---|
| Boot or Logon Autostart Execution | T1547 | LockBit affiliates enables automatic logon for persistence. |
| Valid Accounts | T1078 | LockBit affiliates may use a compromised user account to maintain persistence on the target network. |

*Table 8: LockBit Affiliates' ATT&CK Techniques for Enterprise – Privilege Escalation*

| Technique Title | ID | Use |
|---|---|---|
| Privilege Escalation | TA0004 | LockBit affiliates will attempt to escalate to the required privileges if current account privileges are insufficient. |

TLP:CLEAR

**JOINT**
# CYBERSECURITY ADVISORY

TLP:CLEAR
International Partnership

LockBit affiliates have been documented exploiting numerous CVEs, including:

- CVE-2021-44228: Apache Log4j2 Remote Code Execution Vulnerability,
- CVE-2021-22986: F5 BIG-IP and BIG-IQ Centralized Management iControl REST Remote Code Execution Vulnerability,
- CVE-2020-1472: NetLogon Privilege Escalation Vulnerability,
- CVE-2019-0708: Microsoft Remote Desktop Services Remote Code Execution Vulnerability, and
- CVE-2018-13379: Fortinet FortiOS Secure Sockets Layer (SSL) Virtual Private Network (VPN) Path Traversal Vulnerability.

For further information on these CVEs , see CISA's Known Exploited Vulnerabilities (KEV) Catalog.

## Post Detonation TTPs

When LockBit affiliates target an organization responsible for managing other organizations' networks, CERT NZ has observed LockBit affiliates attempt secondary ransomware extortion after detonation of the LockBit variant on the primary target. Once the primary target is hit, LockBit affiliates then attempt to extort the companies that are customers of the primary target. This extortion is in the form of secondary ransomware that locks down services those customers consume. Additionally, the primary target's customers may be extorted by LockBit affiliates threatening to release those customers' sensitive information.

# MITRE ATT&CK TACTICS AND TECHNIQUES

Tables 5-16 show the LockBit affiliate tactics and techniques referenced in this advisory.

*Table 5: LockBit Affiliates' ATT&CK Techniques for Enterprise – Initial Access*

| Technique Title | ID | Use |
|---|---|---|
| Drive-by Compromise | T1189 | LockBit affiliates gain access to a system through a user visiting a website over the normal course of browsing. |
| Exploit Public-Facing Application | T1190 | LockBit affiliates may exploit vulnerabilities (e.g., Log4Shell) in internet-facing systems to gain access to victims' systems. |
| External Remote Services | T1133 | LockBit affiliates exploit RDP to gain access to victims' networks. |
| Phishing | T1566 | LockBit affiliates use phishing and spearphishing to gain access to victims' networks. |

TLP:CLEAR

JOINT
# CYBERSECURITY ADVISORY

TLP:CLEAR

International Partnership

| Tool | Intended Use | Repurposed Use by LockBit Affiliates | MITRE ATT&CK ID |
|------|--------------|--------------------------------------|-----------------|
| SoftPerfect Network Scanner | Performs network scans for systems management. | Enables LockBit affiliate actors to obtain information about a victim's systems and network. | T1046 Network Service Discovery |
| Splashtop | Enables remote connections to network devices for management. | Enables LockBit affiliate actors to remotely connect to systems over Remote Desktop Protocol (RDP). | T1021.001 Remote Services: Remote Desktop Protocol |
| TDSSKiller | Removes rootkits. | Terminates and removes EDR software. | T1562.001 Impair Defenses: Disable or Modify Tools |
| TeamViewer | Enables remote connections to network devices for management. | Enables LockBit affiliate actors to remotely connect to a victim's systems. | T1219 Remote Access Software |
| ThunderShell | Facilitates remote access via Hypertext Transfer Protocol (HTTP) requests. | Enables LockBit affiliate actors to remotely access systems while encrypting network traffic. | T1071.001 Application Layer Protocol: Web Protocols |
| WinSCP | Facilitates file transfer using SSH File Transfer Protocol for Microsoft Windows. | Enables data exfiltration via the SSH File Transfer Protocol. | T1048 Exfiltration Over Alternative Protocol |

## Common Vulnerabilities and Exposures (CVEs) Exploited

Based on secondary sources, it was noted that affiliates exploit older vulnerabilities like CVE-2021-22986, F5 iControl REST unauthenticated Remote Code Execution Vulnerability, as well as newer vulnerabilities such as:

- CVE-2023-0669: Fortra GoAnyhwere Managed File Transfer (MFT) Remote Code Execution Vulnerability
- CVE-2023-27350: PaperCut MF/NG Improper Access Control Vulnerability

TLP:CLEAR

**JOINT**
# CYBERSECURITY ADVISORY

International Partnership

TLP:CLEAR

| Tool | Intended Use | Repurposed Use by LockBit Affiliates | MITRE ATT&CK ID |
|------|--------------|--------------------------------------|-----------------|
| Ngrok | Enables remote access to a local web server by tunnelling over the internet. | Enables victim network protections to be bypassed by tunnelling to a system over the internet. | S0508 Ngrok |
| PasswordFox | Recovers passwords from Firefox Browser. | Obtains credentials for network access and exploitation. | T1555.003 Credentials from Web Browsers |
| PCHunter | Enables advanced task management including system processes and kernels. | Terminates and circumvents EDR processes and services. | T1562.001 Impair Defenses: Disable or Modify Tools |
| PowerTool | Removes rootkits, as well as detecting, analyzing, and fixing kernel structure modifications. | Terminates and removes EDR software. | T1562.001 Impair Defenses: Disable or Modify Tools |
| Process Hacker | Removes rootkits. | Terminates and removes EDR software. | T1562.001 Impair Defenses: Disable or Modify Tools |
| PuTTY Link (Plink) | Automates Secure Shell (SSH) actions on Windows. | Enables LockBit affiliate actors to avoid detection. | T1572 Protocol Tunneling |
| Rclone | Manages cloud storage files using a command-line program. | Facilitates data exfiltration over cloud storage. | S1040 Rclone |
| Seatbelt | Performs numerous security-oriented checks. | Performs numerous security-oriented checks to enumerate system information. | T1082 System Information Discovery |
| ScreenConnect (also known as ConnectWise) | Enables remote connections to network devices for management. | Enables LockBit affiliate actors to remotely connect to a victim's systems. | T1219 Remote Access Software |

TLP:CLEAR

JOINT
# CYBERSECURITY ADVISORY

TLP:CLEAR

International Partnership

| Tool | Intended Use | Repurposed Use by LockBit Affiliates | MITRE ATT&CK ID |
|------|--------------|--------------------------------------|-----------------|
| GMER | Removes rootkits. | Terminates and removes EDR software. | T1562.001 Impair Defenses: Disable or Modify Tools |
| Impacket | Collection of Python classes for working with network protocols. | Enables lateral movement on a victim's network. | S0357 Impacket |
| LaZagne | Recovers system passwords across multiple platforms. | Collect credentials for accessing a victim's systems and network. | S0349 LaZagne |
| Ligolo | Establishes SOCKS5 or TCP tunnels from a reverse connection for pen testing. | Enables connections to systems within the victim's network via reverse tunneling. | T1095 Non-Application Layer Protocol |
| LostMyPassword | Recovers passwords from Windows systems. | Obtains credentials for network access and exploitation. | T1003 OS Credential Dumping |
| MEGA Ltd MegaSync | Facilitates cloud-based file synchronization. | Facilitates cloud-based file synchronization for data exfiltration. | T1567.002 Exfiltration Over Web Service: Exfiltration to Cloud Storage |
| Microsoft Sysinternals ProcDump | Monitors applications for central processing unit (CPU) spikes and generates crash dumps during a spike. | Obtains credentials by dumping the contents of Local Security Authority Subsystem Service (LSASS). | T1003.001 OS Credential Dumping: LSASS Memory |
| Microsoft Sysinternals PsExec | Executes a command-line process on a remote machine. | Enables LockBit affiliate actors to control victim's systems. | S0029 PsExec |
| Mimikatz | Extracts credentials from a system. | Extracts credentials from a system for gaining network access and exploiting systems. | S0002 Mimikatz |

TLP:CLEAR

# CYBERSECURITY ADVISORY

TLP:CLEAR

| Tool | Intended Use | Repurposed Use by LockBit Affiliates | MITRE ATT&CK ID |
|------|--------------|--------------------------------------|-----------------|
| AnyDesk | Enables remote connections to network devices. | Enables remote control of victim's network devices. | T1219 Remote Access Software |
| Atera Remote Monitoring & Management (RMM) | Enables remote connections to network devices. | Enables remote control of victim's network devices. | T1219 Remote Access Software |
| Backstab | Terminates antimalware-protected processes. | Terminates endpoint detection and response (EDR)-protected processes. | T1562.001 Impair Defenses: Disable or Modify Tools |
| Bat Armor | Generates .bat files using PowerShell scripts. | Bypasses PowerShell execution policy. | T1562.001 Impair Defenses: Disable or Modify Tools |
| Bloodhound | Performs reconnaissance of AD for attack path management. | Enables identification of AD relationships that can be exploited to gain access onto a victim's network. | T1482 Domain Trust Discovery |
| Chocolatey | Handles command-line package management on Microsoft Windows. | Facilitates installation of LockBit affiliate actors' tools. | T1072 Software Deployment Tools |
| Defender Control | Disables Microsoft Defender. | Enables LockBit affiliate actors to bypass Microsoft Defender. | T1562.001 Impair Defenses: Disable or Modify Tools |
| ExtPassword | Recovers passwords from Windows systems. | Obtains credentials for network access and exploitation. | T1003 Operating System (OS) Credential Dumping |
| FileZilla | Performs cross-platform File Transfer Protocol (FTP) to a site, server, or host. | Enables data exfiltration over FTP to the LockBit affiliate actors' site, server, or host. | T1071.002 Application Layer Protocol: File Transfer Protocols |
| FreeFileSync | Facilitates cloud-based file synchronization. | Facilitates cloud-based file synchronization for data exfiltration. | T1567.002 Exfiltration Over Web Service: Exfiltration to Cloud Storage |

TLP:CLEAR

JOINT
# CYBERSECURITY ADVISORY

TLP:CLEAR

International Partnership

## Tools

During their intrusions, LockBit affiliates have been observed using various freeware and open-source tools that are intended for legal use. When repurposed by LockBit, these tools are then used for a range of malicious cyber activity, such as network reconnaissance, remote access and tunneling, credential dumping, and file exfiltration. Use of PowerShell and batch scripts are observed across most intrusions, which focus on system discovery, reconnaissance, password/credential hunting, and privilege escalation. Artifacts of professional penetration-testing tools such as Metasploit and Cobalt Strike have also been observed.

Table 4 shows a list of legitimate freeware and open-source tools LockBit affiliates have repurposed for ransomware operations. The legitimate freeware and open-source tools mentioned in this product are all publicly available and legal. The use of these tools by a threat actor should not be attributed to the freeware and open-source tools, absent specific articulable facts tending to show they are used at the direction or under the control of a threat actor.

*Table 4: Freeware and Open-Source Tools Used by LockBit Affiliates*

| Tool | Intended Use | Repurposed Use by LockBit Affiliates | MITRE ATT&CK ID |
|---|---|---|---|
| 7-zip | Compresses files into an archive. | Compresses data to avoid detection before exfiltration. | T1562<br>Impair Defenses |
| AdFind | Searches Active Directory (AD) and gathers information. | Gathers AD information used to exploit a victim's network, escalate privileges, and facilitate lateral movement. | S0552<br>AdFind |
| Advanced Internet Protocol (IP) Scanner | Performs network scans and shows network devices. | Maps a victim's network to identify potential access vectors. | T1046<br>Network Service Discovery |
| Advanced Port Scanner | Performs network scans. | Finds open Transmission Control Protocol (TCP) and User Data Protocol (UDP) ports for exploitation. | T1046<br>Network Service Discovery |
| AdvancedRun | Allows software to be run with different settings. | Enables escalation of privileges by changing settings before running software. | TA0004<br>Privilege Escalation |

TLP:CLEAR

# JOINT CYBERSECURITY ADVISORY

TLP:CLEAR

International Partnership

From the incidents handled, ANSSI can infer that LockBit 3.0 widely took over from LockBit 2.0 and the original LockBit strain from 2022. In two cases, victims were infected with as many as three different strains of LockBit (LockBit 2.0/Red, LockBit 3.0/Black, and LockBit Green).

## Leak Sites

The authoring agencies observe data leak sites, where attackers publish the names and captured data of victims if they do not pay ransom or hush money. Additionally, these sites can be used to record alleged victims who have been threatened with a data leak. The term 'victims' may include those who have been attacked, or those who have been threatened or blackmailed (with the attack having taken place).

The leak sites only show the portion of LockBit affiliates' victims subjected to secondary extortion. Since 2021, LockBit affiliates have employed double extortion by first encrypting victim data and then exfiltrating that data while threatening to post that stolen data on leak sites. Because LockBit only reveals the names and leaked data of victims who refuse to pay the primary ransom to decrypt their data, some LockBit victims may never be named or have their exfiltrated data posted on leak sites. As a result, the leak sites reveal a portion of LockBit affiliates' total victims. For these reasons, the leak sites are not a reliable indicator of when LockBit ransomware attacks occurred. The date of data publication on the leak sites may be months after LockBit affiliates actually executed ransomware attacks.

Up to the Q1 2023, a total of 1,653 alleged victims were observed on LockBit leak sites. With the introduction of LockBit 2.0 and LockBit 3.0, the leak sites have changed, with some sources choosing to differentiate leak sites by LockBit versions and others ignoring any differentiation. Over time, and through different evolutions of LockBit, the address and layout of LockBit leak sites have changed and are aggregated under the common denominator of the LockBit name. The introduction of LockBit 2.0 at the end of the Q2 2021 had an immediate impact on the cybercriminal market due to multiple RaaS operations shutting down in May and June 2021 (e.g., DarkSide and Avaddon). LockBit competed with other RaaS operations, like Hive RaaS, to fill the gap in the cybercriminal market leading to an influx of LockBit affiliates. Figure 2 shows the alleged number of victims worldwide on LockBit leak sites starting in Q3 2020.



*Figure 2: Alleged Number of Victims Worldwide on LockBit Leak Sites*

TLP:CLEAR

# JOINT
# CYBERSECURITY ADVISORY

TLP:CLEAR

International Partnership

Table 3 shows the number of instances different LockBit strains were observed by ANSSI from July 2020 to present.

*Table 3: ANSSI-Observed LockBit Strain and Number of Instances*

| Name of the Strain* | Number of Instances |
|---|---|
| LockBit 2.0 (LockBit Red) | 26 |
| LockBit 3.0 (LockBit Black) | 23 |
| LockBit | 21 |
| LockBit Green | 1 |
| LockBit (pre-encryption) | 1 |
| **Total** | **72** |

*\* Name either obtained from ANSSI's or the victim's investigations*

*\*\* Includes incidents with multiple strains*



*Figure 1: ANSSI-Observed LockBit Strains by Year*

TLP:CLEAR

*Number of LockBit ransomware attacks in the U.S. since 2020:*

- About 1,700 attacks according to the FBI.

*Total of U.S. ransoms paid to LockBit:*

- Approximately $91M since LockBit activity was first observed in the U.S. on January 5, 2020.

*Earliest observed LockBit activity:*

- Australia: The earliest documented occurrence of LockBit 3.0 was in early August 2022.
- Canada: The first recorded instance of LockBit activity in Canada was in March 2020.
- New Zealand: The first recorded incident involving LockBit ransomware was in March 2021.
- United States: LockBit activity was first observed on January 5, 2020.

*Most recently observed LockBit activity:*

- Australia: April 21, 2023.
- New Zealand: February 2023.
- United States: As recently as May 25, 2023.

*Operational activity related to LockBit in France*

Since the first case in July 2020 to present, ANSSI has handled 80 alerts linked to the LockBit ransomware, which accounts for 11% of all ransomware cases handled by ANSSI in that period. In about 13% of those cases, ANSSI was not able to confirm nor deny the breach of its constituents' networks – as the alerts were related to the threat actor's online claims. So far, 69 confirmed incidents have been handled by ANSSI. Table 2 shows the LockBit activity observed by ANSSI versus overall ransomware activity tracked by the Computer Emergency Response Team-France (CERT-FR).

*Table 2: ANSSI-Observed LockBit vs. Overall Ransomware Activity*

| Year | Number of Incidents | Percentage of CERT-FR's Ransomware-Related Activity |
|---|---|---|
| 2020 (from July) | 4 | 2% |
| 2021 | 20 | 10% |
| 2022 | 30 | 27% |
| 2023 | 15 | 27% |
| **Total (2020-2023)** | **69** | **11%** |

**TLP:CLEAR**                                                            International Partnership

| Date | Event |
|------|-------|
| June 2021 | Appearance of **LockBit version 2 (LockBit 2.0)**, also known as LockBit Red including StealBit, a built-in information-stealing tool. |
| October 2021 | Introduction of **LockBit Linux-ESXi Locker version 1.0** expanding capabilities to target systems to Linux and VMware ESXi. [5] |
| March 2022 | Emergence of **LockBit 3.0**, also known as LockBit Black, that shares similarities with BlackMatter and Alphv (also known as BlackCat) ransomware. |
| September 2022 | Non-LockBit affiliates able to use **LockBit 3.0** after its builder was leaked. [2, 6] |
| January 2023 | Arrival of **LockBit Green** incorporating source code from Conti ransomware. [7] |
| April 2023 | LockBit ransomware encryptors targeting **macOS** seen on VirusTotal [8, 9] |

LockBit 2.0, LockBit 3.0, LockBit Green, and LockBit Linux-ESXi Locker are still available for affiliates' use on LockBit's panel.

## LockBit Statistics

*Percentage of ransomware incidents attributed to LockBit:*

- Australia: From April 1, 2022, to March 31, 2023, LockBit made up 18% of total reported Australian ransomware incidents. This figure includes all variants of LockBit ransomware, not solely LockBit 3.0.
- Canada: In 2022, LockBit was responsible for 22% of attributed ransomware incidents in Canada.[10]
- New Zealand: In 2022, CERT NZ received 15 reports of LockBit ransomware, representing 23% of 2022 ransomware reports.
- United States: In 2022, 16% of the State, Local, Tribal, and Tribunal (SLTT) government ransomware incidents reported to the MS-ISAC were identified as LockBit attacks. This included ransomware incidents impacting municipal governments, county governments, public higher education and K-12 schools, and emergency services (e.g., law enforcement).

**TLP:CLEAR**

JOINT
# CYBERSECURITY ADVISORY

TLP:CLEAR                                                    International Partnership

## TECHNICAL DETAILS

**Note:** This advisory uses the <u>MITRE ATT&CK for Enterprise</u> framework, version 13.1. See the MITRE
ATT&CK Tactics and Techniques section for tables of LockBit's activity mapped to MITRE ATT&CK®
tactics and techniques.

### Introduction

The LockBit RaaS and its affiliates have negatively impacted organizations, both large and small,
across the world. In 2022, LockBit was the most active global ransomware group and RaaS provider
in terms of the number of victims claimed on their data leak site. [1] A RaaS cybercrime group
maintains the functionality of a particular ransomware variant, sells access to that ransomware variant
to individuals or groups of operators (often referred to as "affiliates"), and supports affiliates'
deployment of their ransomware in exchange for upfront payment, subscription fees, a cut of profits,
or a combination of upfront payment, subscription fees, and a cut of profits. Some of the methods
LockBit has used to successfully attract affiliates include, but are not limited to:

- Assuring payment by allowing affiliates to receive ransom payments before sending a cut to
  the core group; this practice stands in stark contrast to other RaaS groups who pay
  themselves first and then disburse the affiliates' cut.
- Disparaging other RaaS groups in online forums.
- Engaging in publicity-generating activities stunts, such as paying people to get LockBit tattoos
  and putting a $1 million bounty on information related to the real-world identity of LockBit's
  lead who goes by the persona "LockBitSupp."
- Developing and maintaining a simplified, point-and-click interface for its ransomware, making
  it accessible to those with a lower degree of technical skill. [2, 3]

LockBit has been successful through innovation and ongoing development of the group's
administrative panel and the RaaS supporting functions. In parallel, affiliates that work with LockBit
and other notable variants are constantly revising the TTPs used for deploying and executing
ransomware.

Table 1 shows LockBit RaaS's innovation and development.

*Table 1: Evolution of LockBit RaaS*

| Date | Event |
|---|---|
| September 2019 | First observed activity of **ABCD ransomware,** the predecessor to LockBit. [4] |
| January 2020 | **LockBit-named ransomware** first seen on Russian-language based cybercrime forums. |

TLP:CLEAR

**JOINT**
# CYBERSECURITY ADVISORY

TLP:CLEAR

International Partnership

## Table of Contents

Summary ......................................................................................................................... 2

Technical Details ............................................................................................................. 4

    Introduction ................................................................................................................ 4

    LockBit Statistics ....................................................................................................... 5

    Tools ........................................................................................................................... 9

    Common Vulnerabilities and Exposures (CVEs) Exploited .................................... 13

    Post Detonation TTPs .............................................................................................. 14

MITRE ATT&CK Tactics and Techniques ...................................................................... 14

Mitigations ..................................................................................................................... 20

Validate Security Controls ............................................................................................. 26

Resources ...................................................................................................................... 27

Reporting ........................................................................................................................ 28

Disclaimer ...................................................................................................................... 29

References ...................................................................................................................... 29

TLP:CLEAR

**JOINT**
# CYBERSECURITY ADVISORY

TLP:CLEAR

## SUMMARY

In 2022, LockBit was the most deployed ransomware variant across the world and continues to be prolific in 2023. Since January 2020, affiliates using LockBit have attacked organizations of varying sizes across an array of critical infrastructure sectors, including financial services, food and agriculture, education, energy, government and emergency services, healthcare, manufacturing, and transportation. LockBit ransomware operation functions as a Ransomware-as-a-Service (RaaS) model where affiliates are recruited to conduct ransomware attacks using LockBit ransomware tools and infrastructure. Due to the large number of unconnected affiliates in the operation, LockBit ransomware attacks vary significantly in observed tactics, techniques, and procedures (TTPs). This variance in observed ransomware TTPs presents a notable challenge for organizations working to maintain network security and protect against a ransomware threat.

The Cybersecurity and Infrastructure Security Agency (CISA), Federal Bureau of Investigation (FBI), the Multi-State Information Sharing and Analysis Center (MS-ISAC), and the following international partners, hereafter referred to as "authoring organizations," are releasing this Cybersecurity Advisory (CSA) detailing observed activity in LockBit ransomware incidents and providing recommended mitigations to enable network defenders to proactively improve their organization's defenses against this ransomware operation.

- Australian Cyber Security Centre (ACSC)
- Canadian Centre for Cyber Security (CCCS)
- United Kingdom's National Cyber Security Centre (NCSC-UK)
- National Cybersecurity Agency of France (ANSSI)
- Germany's Federal Office for Information Security (BSI)
- New Zealand's Computer Emergency Response Team (CERT NZ) and National Cyber Security Centre (NCSC NZ)

The authoring organizations encourage the implementation of the recommendations found in this CSA to reduce the likelihood and impact of future ransomware incidents.

TLP:CLEAR

JOINT
# CYBERSECURITY
# ADVISORY

Co-Authored by:

**TLP:CLEAR**    Product ID: AA23-165A

June 14, 2023





MS-ISAC®
Multi-State Information
Sharing & Analysis Center®



Communications
Security Establishment

Centre de la sécurité
des télécommunications

Canadian Centre
for Cyber Security

Centre canadien
pour la cybersécurité


National Cyber
Security Centre


Australian Government
Australian Signals Directorate


Australian
Cyber Security
Centre



RÉPUBLIQUE
FRANÇAISE
Liberté
Égalité
Fraternité


Federal Office
for Information Security


certnz


National Cyber
Security Centre
PART OF THE GCSB



UNDERSTANDING RANSOMWARE THREAT ACTORS:
# LockBit

Publication: June 14, 2023

Cybersecurity and Infrastructure Security Agency

FBI | MS-ISAC | ACSC | NCSC-UK | CCCS | ANSSI | BSI | CERT NZ | NCSC-NZ

*This document is marked TLP:CLEAR. Disclosure is not limited. Sources may use TLP:CLEAR when information carries minimal or no foreseeable risk of misuse, in accordance with applicable rules and procedures for public release. Subject to standard copyright rules, TLP:CLEAR information may be distributed without restriction. For more information on the Traffic Light Protocol, see* cisa.gov/tlp.

**TLP:CLEAR**

Motion 9/29/23 & Ethics Report

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 9 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ET AL

VERSUS

JOSEPH R BIDEN JR ET AL

CASE NO. 3:22-CV-01213 LEAD

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D. MCCLUSKY

Dear Honorable Judge Doughty and Honorable Judge McClusky,
In my opinion, the proceedings in 89CO1-2305PO-000087
may have no legal grounds, as the case appears to
have been filed in a way which caused transactional
immunity by the Honorable Judge Drake removing
the only potential grounds available for the case
to potentially be filed, which, even if reviewed
in full, according to the actions of the Honorable
Judge Skoner, affirmed in actions by the Honorable
Judge Drake, in my opinion would still be affirmed.
With submission of these notarized documents, and
the case having no legal grounds under which to be
filed, and it being past 60 days and outside the
jurisdiction where it was filed under T.R. 41, in
my opinion, it should be closed in our favor with prejudice.

In my opinion, the case was filed in a way where the only possible conclusion is that it was and is intended to falsely, fictitiously, and frauctiously, violate our constitutional civil, religious rights and rites, and an attempt to violate our Catholic Marriage and vows under God and Faith.

In my opinion, none of this fraudulently attempted, and continual Violation, is in the jurisdiction of the Wayne County Superior Court, and with the accepted postponement, the case duration will already be half past the offered and denied plea deal, causing a situation where even if the case passed, "time served" would already negate the possible remainder.

In my opinion if you request the transcripts of the case, you may review if the alleged petitioner has testified against the alleged victim, negating potentially the entire case in our favor at 100%.

Jon F. D. Turpin

2421 S. Plum St.,
Yorktown, IN 47396
225-259-6270

# LOUISIANA FIREARM BILL OF SALE

**Date:** _September 28_, 20 _23_

## 1. THE PARTIES.

Buyer's Name: _Erin R. Golden_ ("Buyer") with a mailing address of
_247 Maximillian St., Baton Rouge, LA 70802_.

Seller's Name: _Son F. Turpin_ ("Seller") with a mailing address of
_2421 S. Plum St., Yorktown, IN 47396_.

## 2. FIREARM DETAILS.

Make: _Remington_    Type/Model: _TAC-14_

Caliber: _12 ga_    Serial Number (SN): _39012 / RFO4141B_

Hereinafter known as the "Firearm."

## 3. PURCHASE. ☑ check one (1)

☑ - Seller accepts cash payment in the amount of $_20_ to be paid on:

☑ - The date of this bill of sale.

☐ - At a future date no later than _____, 20____

☐ - Other. _____

☐ - Buyer is receiving the Firearm as a Gift.

☐ - Seller accepts trade for the Firearm in exchange for: _____

## 4. SELLER'S DISCLOSURE.

- Seller has verified that the Firearm details are correct;
- Seller acknowledges the Firearm's serial number is legible;
- Seller acknowledges that they are the lawful owner of the Firearm;
- Seller claims to have the right to sell the Firearm;
- Seller has no knowledge of defects in the Firearm;
- Seller believes the Firearm is fit to be used for its intended purpose;
- Seller has never been used in a manner of questionable or certain illegality; and
- Seller assumes no responsibility after the transfer of ownership has taken place.

## 5. BUYER'S DISCLOSURE.

- Buyer is not under the legal age to own a Firearm;
- Buyer is not being convicted of and never been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year;
- Buyer is not a fugitive and has no outstanding warrants;
- Buyer is not an unlawful user of or addicted to any controlled substance;
- Buyer has never been adjudicated as a mental defective or has been committed to a mental institution;
- Buyer is not an alien illegally or unlawfully in the United states or an alien admitted to the United states under a nonimmigrant visa;
- Buyer has not been discharged from the Armed Forces under dishonorable conditions;
- Buyer is a citizen of the United states;
- Buyer is not subject to a court order that restrains the person from owning a Firearm;
- Buyer not been convicted of a misdemeanor crime of domestic violence; and
- Buyer is not a person prohibited under State or Federal law from purchasing a Firearm.

## 6. NO WARRANTY.

The undersigned Seller affirms that the above information about the Firearm is accurate to the best of their knowledge. The undersigned Buyer accepts receipt of this bill of sale and understands that the above Firearm is sold on an "as is, where is" condition with no guarantees or warranties, either expressed or implied.

**Buyer's Signature:** _Erin Golden_     Date: _9-28-23_

Print Name: _Erin Golden_

Driver's License Number: _9371-01-8490_     State: _Indiana_

**Seller's Signature:** _____     Date: _9/28/23_

Print Name: _Son F. Turpin_

Driver's License Number: _0210-07-5538_     State: _Indiana_

SWORN TO AND SUBSCRIBED BEFORE ME
THIS _28_ DAY OF _Sept_ 20_23_
BY _Buyer / Seller_

Rhonda L. Viney, Notary Public #65467

# LOUISIANA FIREARM BILL OF SALE

**Date:** September 28, 2023

## 1. THE PARTIES.

Buyer's Name: Erin R. Golden ("Buyer") with a mailing address of
247 Maximillian St., Baton Rouge, LA 70802.

Seller's Name: Son F. Turpin ("Seller") with a mailing address of
2421 S. Plum St., Yorktown, IN 47396.

## 2. FIREARM DETAILS.

Make: Henry          Type/Model: Big Boy

Caliber: 357/38 SP          Serial Number (SN): 396591 1746M

Hereinafter known as the "Firearm."

## 3. PURCHASE. ☑ check one (1)

☑ - Seller accepts cash payment in the amount of $ 20 to be paid on:

☑ - The date of this bill of sale.

☐ - At a future date no later than _____, 20_____

☐ - Other. _____

☐ - Buyer is receiving the Firearm as a Gift.

☐ - Seller accepts trade for the Firearm in exchange for: _____

## 4. SELLER'S DISCLOSURE.

- Seller has verified that the Firearm details are correct;
- Seller acknowledges the Firearm's serial number is legible;
- Seller acknowledges that they are the lawful owner of the Firearm;
- Seller claims to have the right to sell the Firearm;
- Seller has no knowledge of defects in the Firearm;
- Seller believes the Firearm is fit to be used for its intended purpose;
- Seller has never been used in a manner of questionable or certain illegality; and
- Seller assumes no responsibility after the transfer of ownership has taken place.

## 5.  BUYER'S DISCLOSURE.

- Buyer is not under the legal age to own a Firearm;
- Buyer is not being convicted of and never been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year;
- Buyer is not a fugitive and has no outstanding warrants;
- Buyer is not an unlawful user of or addicted to any controlled substance;
- Buyer has never been adjudicated as a mental defective or has been committed to a mental institution;
- Buyer is not an alien illegally or unlawfully in the United states or an alien admitted to the United states under a nonimmigrant visa;
- Buyer has not been discharged from the Armed Forces under dishonorable conditions;
- Buyer is a citizen of the United states;
- Buyer is not subject to a court order that restrains the person from owning a Firearm;
- Buyer not been convicted of a misdemeanor crime of domestic violence; and
- Buyer is not a person prohibited under State or Federal law from purchasing a Firearm.

## 6.  NO WARRANTY.

The undersigned Seller affirms that the above information about the Firearm is accurate to the best of their knowledge. The undersigned Buyer accepts receipt of this bill of sale and understands that the above Firearm is sold on an "as is, where is" condition with no guarantees or warranties, either expressed or implied.

**Buyer's Signature:** *Erin Golden*          Date: 9-28-23

Print Name: *Erin Golden*

Driver's License Number: 9371-01-8490          State: Indiana

**Seller's Signature:** *[signature]*          Date: 9/28/23

Print Name: *Ian F. Turpin*

Driver's License Number: 0210-07-5538          State: Indiana

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 28th DAY OF Sept 2023
BY *Buyer / Seller*

Rhonda L. Vinet, Notary Public #65467

# LOUISIANA FIREARM BILL OF SALE

Date: _September 28_, 20_23_

## 1. THE PARTIES.

Buyer's Name: _Erin R. Golden_ ("Buyer") with a mailing address of
_247 Maximillian St., Baton Rouge, LA 70802_.

Seller's Name: _Jon S. Turpin_ ("Seller") with a mailing address of
_2421 S. Plum St., Yorktown, IN 47396_.

## 2. FIREARM DETAILS.

Make: _EAA_                 Type/Model: _Windicator_

Caliber: _38 SP_           Serial Number (SN): _39445 158 1099_

Hereinafter known as the "Firearm."

## 3. PURCHASE. ☑ check one (1)

☑ - Seller accepts cash payment in the amount of $ _20_ to be paid on: 
    ☑ - The date of this bill of sale.

    ☐ - At a future date no later than _____, 20____

    ☐ - Other. _____

  ☐ - Buyer is receiving the Firearm as a Gift.

  ☐ - Seller accepts trade for the Firearm in exchange for: _____

## 4. SELLER'S DISCLOSURE.

- Seller has verified that the Firearm details are correct;
- Seller acknowledges the Firearm's serial number is legible;
- Seller acknowledges that they are the lawful owner of the Firearm;
- Seller claims to have the right to sell the Firearm;
- Seller has no knowledge of defects in the Firearm;
- Seller believes the Firearm is fit to be used for its intended purpose;
- Seller has never been used in a manner of questionable or certain illegality; and
- Seller assumes no responsibility after the transfer of ownership has taken place.

## 5. BUYER'S DISCLOSURE.

- Buyer is not under the legal age to own a Firearm;
- Buyer is not being convicted of and never been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year;
- Buyer is not a fugitive and has no outstanding warrants;
- Buyer is not an unlawful user of or addicted to any controlled substance;
- Buyer has never been adjudicated as a mental defective or has been committed to a mental institution;
- Buyer is not an alien illegally or unlawfully in the United states or an alien admitted to the United states under a nonimmigrant visa;
- Buyer has not been discharged from the Armed Forces under dishonorable conditions;
- Buyer is a citizen of the United states;
- Buyer is not subject to a court order that restrains the person from owning a Firearm;
- Buyer not been convicted of a misdemeanor crime of domestic violence; and
- Buyer is not a person prohibited under State or Federal law from purchasing a Firearm.

## 6. NO WARRANTY.

The undersigned Seller affirms that the above information about the Firearm is accurate to the best of their knowledge. The undersigned Buyer accepts receipt of this bill of sale and understands that the above Firearm is sold on an "as is, where is" condition with no guarantees or warranties, either expressed or implied.

Buyer's Signature: X Erin Golden      Date: 9-28-23

Print Name: Erin Golden

Driver's License Number: 9371-01-8490      State: Indiana

Seller's Signature: _____      Date: 9/28/23

Print Name: Jon F. Turpin

Driver's License Number: 0210-07-553B      State: Indiana

SWORN TO AND SUBSCRIBED BEFORE ME THIS 28th DAY OF Sept 20 23 BY Buyer Seller

Rhonda L. Vinet, Notary Public #65467

Page 2 of 2

On Tue, Oct 3, 2023 at 8:47 PM Jon F. Turpin <jt4590@gmail.com> wrote:
[UPDATE TO ENSURE PICTURES ARE PRESENT]


On Tue, Oct 3, 2023 at 6:40 PM Jon F. Turpin <jt4590@gmail.com> wrote:
Thus far in the case...:
1.
A) The case was filed under seal by an attorney with a criminal background who has a past record of filing cases under seal without legal grounds, Ronald J. Moore, during a time when President Joseph R. Biden, Jr. potentially cannot seal pseudonyms on his emails under seal, and as well, plaintiffs, even citizens, cannot file their own pseudonyms under seal in a public civil rights case against the government itself.

**Louisiana Western District Court**

**Judge:**                                         Terry A Doughty

**Referred:**                                      Joseph H L Perez-Montes

**Case #:**                                        1:23-cv-01059

**Nature of Suit**                                 440 Civil Rights - Other Civil Rights

**Cause**                                          42:1983 Civil Rights Act

Docket      Parties (10)

Last checked: Saturday Sep 09, 2023 5:58 AM CDT

**Defendant**
Richard E Bell

**Defendant**
Joseph R Biden, Jr

**Defendant**
Andrea L Holwager

**Defendant**
Michael A M Holwager

**Defendant**
Jared R Junkin

**Defendant**
Soraya Cinnamon Murphy

**Defendant**
Jon B Turpin

**Defendant**
Linda B Turpin

**Plaintiff**
P O A E R G
247 Maximillian St
Baton Rouge, LA 70802

**Plaintiff**
Jon F D Turpin
2421 S Plum St
Yorktown, IN 47396

| 325 | Aug 16, 2023 | MOTION for Leave to Proceed under Pseudonym by Brandon Q Doe. Motions referred to McClusky. Motion Ripe Deadline set for 8/16/2023. (Attachments: # 1 Redacted Exhibit, # to Intervene, # 3 Letter, # 4 Proposed order)(crt,Miletello, A) (Additional attachment(s) add Envelope) (Miletello, A). (Entered: 08/16/2023) |
| | | Main Document — Motion for Miscellaneous Relief |
| | | Attachment 1 — Redacted Exhibit |
| | | Attachment 2 — Proposed Motion for Leave to Intervene |
| | | Attachment 3 — Letter |
| | | Attachment 4 — Proposed order |
| | | Attachment 5 — Envelope |
| 326 | Aug 16, 2023 | MOTION to Seal Attached Document by Brandon Q Doe. Motions referred to Magistrate Ju Motion Ripe Deadline set for 8/16/2023. (Attachments: # 1 Proposed order, # 2 SEALED F Envelope)(crt,Miletello, A) (Entered: 08/16/2023) |
| | | Main Document — Motion to Seal Attached Document |
| | | Attachment 1 — Proposed order |
| | | Attachment 3 — Envelope |
| | Aug 16, 2023 | Motions Transferred regarding 325 MOTION for Leave to Proceed under Pseudonym, 326 Document. Motions referred to Judge Terry A Doughty. (crt,Miletello, A) |
| | | Motions Transferred |
| 327 | Aug 18, 2023 | MEMORANDUM ORDER denying 325 Motion for Leave to Proceed under Pseudonym; de Attached Document. Signed by Judge Terry A Doughty on 8/17/2023. (crt,Crawford, A) (En |
| | | Main Document — Order on Motion for Miscellaneous Relief |
| 328 | Aug 18, 2023 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426 Arl Notice of Consolidation, 316 Order on Motion to Consolidate Cases returned marked: Retu Deliverable as Addressed, Unable to Forward. (Attachments: # 1 Return Document #317) 08/18/2023) |
| | | Main Document — Mail Returned |
| | | Attachment 1 — Return Document #317 |
| 329 | Aug 25, 2023 | MOTION for Reconsideration re 327 Memorandum Order by Brandon Q Doe. Motions refe Kayla D McClusky. (Attachments: # 1 Supplements to Motion, # 2 Letter, # 3 Proposed ord (crt,Miletello, A) (Entered: 08/25/2023) |
| | | Main Document — Motion for Reconsideration |
| | | Attachment 1 — Supplements to Motion |
| | | Attachment 2 — Letter |
| | | Attachment 3 — Proposed order |
| | | Attachment 4 — Envelope |

B) The case was filed for an alleged petitioner who in their testimony has directly testified against having knowledge of a "family business" and in doing so, potentially denied the existence of the alleged victim, purportedly his wife, and attempted to reference and go against the already decided and entered cases of at least three superseding districts, and no less than 5 Honorable Judges decisions, even posthumous.

C) The alleged petitioner has admitted on record that I'm not abusive, don't touch anyone, and has attempted to tell the The Honorable Judge Drake that I "make stuff up" while his testimony regarding a school beating where he watched me be beaten on a floor, and didn't assist, nor anything to help me except enter a police report after being told his lack of action while claiming he was my friend was deeply concerning.

D) In my opinion, the attempt to tell the Honorable Judge Drake that I "make stuff up" aligns with an attempt to falsely diagnose me as Bipolar, which the alleged petitioner, who has given up his 5th amendment rights, by entering evidence in court that no one else could have since he wasn't responded to after his two texts, and I already had him blocked even

if he was messaging me.

E) In my opinion, the testimony from the alleged petitioner against the alleged victim would even violate, if they are married, marital communications privilege.

F) In my opinion, the way this case was filed prevents the alleged victim and alleged petitioner from receiving any civil relief at all since it was entered by falsely accessing information, and hidden under seal, also without any legal grounds, proven in confirmed pattern by the Honorable Judge Drake reaffirming the Honorable Judge Stoner's opinion to expunge a prior case by the Marion County Superior Court.

G) Importantly, in that prior case, each the defense and prosecution, and the judge, showed in actions my right to self defense, retained my right to appeal, retained my 2nd amendment rights and lifetime gun permit, and followed the immunity clause in Indiana's Self Defense laws for protecting another person in doing so in actions.

H) The alleged victim is not a law enforcement officer and left the Indianapolis Metropolitan Police Department allegedly after going against her chain of command.

I) The alleged victim is not a therapist, and had to be reported out of genuine concern for attempting to offer schedule 2 substances to myself in line with attempts to falsely interdict me, and only to protect the alleged victim and the alleged petitioner themselves against their own irresponsible actions and their own marital issues.

J) In my opinion, these issues belong between them, and their priest if they are Catholic, have nothing to do with us, just as I told them before cutting off contact months and months ago when their actions, along with the actions of the irresponsible plaintiffs referenced in the "School Lawsuit" which is otherwise irrelevant to this case, except to say that each of the parties have attempted to stop our marriage.

**K) Even now to the point of contacting our priest, and filing a court case so irresponsible and causing a swath of destruction so severe that even law enforcement, medical professionals, the EEOC, and honorable judges in the 5th District Court of Louisiana have suggested and accepted we civilly sue them, because they may be completely incapable of controlling themselves, yet are seemingly "control freaks."**



Acknowledgment Letter

eeoc@mail.custhelp.com
to me ▾

*Notably, in my opinion, I was even denied transfer back to Louisiana without notice, for my remote job, after discovering and then filing appropriately in the correlated case.*

Office of Field
Programs

*Would the courts please consider charging regarding my wrongful termination from DirectEmployers Association?*

Thank you for contacting the U.S. Equal Employment Opportunity Commission (EEOC).

Our agency enforces the federal laws that prohibit job discrimination based on race, color, religion, sex, national origin, age, disability, and ge

In response to your recent communication with our EEOC Intake Information Group (IIG), you were provided information about the EEOC cha Equal Pay Act (EPA), require you to file a charge before you can file a lawsuit in court for unlawful employment discrimination.

There are strict time limits for filing a charge of employment discrimination, and you must file a charge with the EEOC within either and the EEOC will not take further action.

If you wish to begin the charge process, please go to https://publicportal.eeoc.gov which will allow you to complete a pre-charge inquiry a

If you have any difficulty with the online portal, including scheduling an intake appointment, please call 1-800-669-4000 or email at INFO@EE

Additional information about the laws we enforce and our charge filing procedures is available on our web site at www.eeoc.gov. For more inf

Sincerely,

U.S. Equal Employment Opportunity Commission (EEOC)

**L) AN ATTEMPT TO FALSELY DIAGNOSE, INTERDICT, CONSERVATORSHIP, OR CAUSE ME ANY LOSS OF CONSTITUTIONAL AND CIVIL RIGHTS WOULD BE AN ATTEMPT TO VIOLATE NOT ONLY HIPAA LAWS, BUT AN ATTEMPT TO INVALIDATE THE ALREADY PRIVATELY DOCUMENTED DIAGNOSIS OF ME AS A FUNCTIONAL AUTISTIC MAN WITH "ASPERGERS" SIMPLY, AUTISM. M) MY DIAGNOSIS WAS PERFORMED BY THE SAME PH.D. PSYCHOLOGIST ORIGINALLY FROM LOUISIANA, WHO THEN PRACTICED IN INDIANA, AND ASSISTED IN TRAINING INDIANA'S LAW ENFORCEMENT PROFESSIONALS, VERIFIED EVEN AFTER EGREGIOUS ABUSE OF ME THAT I WAS NOT A THREAT NOR DISORDERED AND RECOMMENDED AGAINST THE ATTEMPTED PROCEEDINGS.**

Steven J. Couvillion, Ph.D.,  ABPdN.
Patricia M. Couvillion, Ph.D.
Jonni L. Genso, Ph.D.
Melody N. Dilk, Ph.D., J.D.

Kevin Dugan, Ph.D.
Bonnie Pisano, Ph.D.

H. Jeffrey Davis, Ph.D.
Corby A. Bubp, Ph.D.
Keith B. Magnus, Ph.D.
Polly Shepard, Psy.D.

## INDEPENDENT MEDICAL EVALUATION
## PSYCHOLOGICAL EVALUATION

Name:                Jon F. Turpin
Date of Birth:       04-05-1990
Dates Seen:          11/06/2008, 12/04/2008, 12/22/2008, 1/15/2009,
                     2/9/2009
Psychologist:        Steven J. Couvillion, Ph.D., ABPdN, HSPP

## Biography:

Dr. Steven Couvillion earned a Ph.D. in Clinical Psychology from Florida State University in 1975. His pre-doctoral internship at Lal at IN U Medical Center, he developed and trained pediatric residents, Mental Health workers in a novel Behavioral, family based i

In 1975, Dr. Couvillion became Director of Child and Adolescent Services for a six county Mental Health Center in South Georgia. services to many families of outpatient populations in a newly established CMHC. In 1978, Dr. Couvillion returned with his wife a supervised by Dr. Kathleen Fitzhugh Bell. (This was one of the first Peds Post-Doctoral trainings in the US).

Since 1981, Dr. Couvillion, along with his staff of 10 psychologists, provided pediatric neuropsychology and a broad range of servi disabilities, ADHD, developmental and genetic disorders, autism and conduct and emotional problems. He served as a consultant intervention for children with special needs. Dr. Couvillion has been appointed by the courts as a special mediator for families wi Bayh to the Indiana State Mental Health Commission for five years.

Through most of his career, Dr. Couvillion has been a Board Member of the IN Psychological Association, holding the offices of M members for continuing education credits, along with presentations in conjunction with the Indiana Bar Association, Medical Tra *BARROWS AWARD  For Distinguished Contributions to Psychology over a Lifetime.*

*Dr. Steve Couvillion's current practice focuses on Forensic Evaluations and consultation and treatment of difficult cases. He consul 1983.  He is privileged to be married to psychologist  Dr. Patricia Couvillion. Besides his professional work, golf, woodworking and Cajun speaking member of the American Board of Pediatric Neuropsychology.*

**N) THIS IS THE SAME PSYCHOLOGIST WHO ASSISTED A VAST MULTITUDE OF ABUSE VICTIMS IN HEALING FROM AND EXITING ABUSIVE, CONTROL FREAK SITUATIONS SUCH AS THE ONE ON DISPLAY BY THE ALLEGED PETITIONER, AND ALLEGED VICTIM, EVEN AGAINST THEIR OWN WORDS.**

THIS PHOTO IS OF THE ALLEGED VICTIM, OUTSIDE OF 1 MULBERRY ST, CAMBRIDGE CITY, IN



THE TOP SUBSECTION OF THE PHOTO BELOW IS OF THE ALLEGED PETITIONER, INSIDE OF 1 MULBERRY ST, CAMBRIDGE CITY, IN
THE BOTTOM SUBSECTION OF THE PHOTO BELOW HAS THE SIDE OF THE SAME CAR BEHIND THE ALLEGED PETITIONER FOR REFERENCE.

May a young man who works with you and your Dad just watch as you're beaten?



May a friend just watch a friend be punched over 35 times and choked on a cement floor?



The alleged petioner's testimony in court went against his own words, which, during a time which Facebook was being monitored and free speech was benig violated on a scale so vast it required an injunction upon the Federal Government... may have allowed the alleged petitioner to access an expunged case fraudulently by attempting to falsely label me as a gun-violent, bipolar threat to society.

The alleged petioner's words were potentially so defamatory that others reached out to me in genuine concern that these allegations did not fit my character at all:





8:19

**Craig Spear** ⌄

Message

---

8:16

Family

through. The fact he had the nerve to reach out to my future mother-in-law and claim I would cheat on her daughter and ask about a property........Too many boundaries were already crossed and this is the final straw.

Due to his history with gun violence, my fiancé is now terrified he is going to show up at new our place. Please know it is not any of you guys, but I am going to leave this group as I do not wish to accidently disclose information that could somehow get back to him. You guys have done nothing wrong, but we have been advised to remove ourselves from anyone who still associate with JT (as information could accidently get back to him), and he could use it to come at us. Again, it is nothing against anyone here, but we have to make sure we are safe, as clearly JT is being malicious and has a history of gun violence.

After everything he put us through last November and December, my fiancé and I cannot have a repeat of this, and now all of the sudden he is inappropriately attacking me and heading down the same path he was last year, and I want no part of it. So to protect myself and my fiancé, I have to leave. Wish you all the best and please be safe.

Message

MMS 8:17 AM



7:31

**Andrea Holwager**
(765) 969-0628

Hey love. I know it's late, but I wanted to let you know I read those screenshots that you sent

1:11 AM, Nov 25

Hey love. I know it's late, but I wanted to let you know I read those screenshots that you sent to Michael. I am still so sorry for everything you are going through. We are here to support you, but please be very cautious with using my name in a conversation. The reason I say this is if this were to escalate to a court case (which hopefully it does not), my name brought into it can slow me down/prevent me from getting my license (since I do not have it yet). Sadly, the licensure process slows dramatically if your name gets associated with a case (as a lot of background checks are run throughout this process).

Copy text     Share     More

to Michael. I am still so sorry for everything you are going through. We are here to support you, but please be very cautious with using my name in a conversation. The reason I say this is if this were to

**View all** 〉

1:11 AM

1:12 AM **My bad**

I'll be honest that doesn't feel very supportive. However, I do understand where you're coming from and I wasn't thinking of it that way.

I'm sorry

1:13 AM

We're still talking about the house

I'll try to get the cats over there in a bit. Won't be able to get the desk tonight and that's ok

9:18 PM

It's okay. If you just want to bring everything tomorrow, that's fine

7:31 📷                                              🔑 🕐 🛜 ᵢₗᵢ 37% 🔋

Andrea Holwager

THE ALLEGED PETITIONER SAYS I HAVE SLEEPING PROBLEMS WHEN IT'S THE ALLEGED VICTIM
COMPLAINING ABOUT THEM, AND THE ALLEGED PETITIONER AND VICTIM ATTEMPTING TO FILE A
PROTECTIVE ORDER AGAINST THEIR OWN WORDS:





pushed this far?

I REALLY wanted that home here
in town and Erin trusts me and
was going to live there with me

12:23 📧 ⏳ 🖼️                          🔑 ⏰ ❋ 📶 📶 62%🔋



< **Andrea Holwager**
9:53 AM, Dec 9

The officer informed your parents many disputing
families are currently trying to use protective/
restraining orders as a way "attack" another
family member when the actual qualifications for
a restraining/ protective order have NOT been
met.

As a result, improperly requesting a restraining/
protective order sadly clogs up the court systems
and prevents those who truly need one from
obtaining it quickly. As a result, the judges want
the requests for restraining/protective orders to
be used when needed (which is there intended
purpose), NOT simply for acting vengeance
against a family member, such as trying to file a
restraining order/protective order against a family
member first when qualifications have not been
met.

To sum it up, protective/restraining orders should

only be used when absolutely necessary, and
having frivolous ones filed is not good since
slows it down the process for those who truly
need it.

Copy text     Share     More

2. The case was filed under seal, by an attorney with a criminal background and record of wrongfully filing cases under seal, in a county which has no jurisdiction, during a time in our country when the president himself, our Honorable Joseph R. Biden, Jr., and even other members of the executive branch are not currently allowed to even have potential pseudonyms on emails under seal. Since the only possible confidential information in this case was my expungement or anything else the alleged victim and alleged petitioner may attempt to access, why is it still under seal? I've attached the letters referencing my character which were supplied for my expungement to show opinions of others, but the alleged victim, alleged petitioner, and their alleged attorney should have no access to this information because witnesses are concerned after the actions of the alleged petitioner and alleged victim along with the original irresponsible plaintiffs in the "School Lawsuit" case, which is outside of this jurisdiction and already being reviewed to be closed in its entirety with prejudice by a superseding court.

## Yorktown Police Property

Case #: 2023-05451
PE #: 053
Item #: 9
Date: 06/28/2023
Victim: Jon F Turpin
Suspect:
Description: 1) Gray & Black Sentry Safe w/painting, cut gun lock x2,
power cord, white stuffed animal, xtreme garage door opener,
Brinks cut locks x3, Dell power supply, Scandisk, team group Hard drive,
Samsung smart phone & misc. papers (approx. 600-700 pages□□□□□□□

Jon Turpin.pdf

Letters 000.pdf

Letters 001.jpg

Letters 002.jpg

Letters 003.jpg

Letters 004.jpg

Letters 005.jpg

Letters 006.jpg

Letters 007.jpg

Letters 008.jpg

Letters 009.jpg

Letters 010.jpg

Letters 011.jpg

Letters 012.jpg

Letters 013.jpg

Letters 014.jpg

Letters 015.jpg

Letters 016.jpg

Letters 018.pdf

# IN RE: Ronald J. MOORE. (2001)

Supreme Court of Indiana.

IN RE: Ronald J. MOORE.

No. 89S00-0105-DI-230.

Decided: October 17, 2001

Ronald E. Elberger,Bose, McKinney & Evans, L.L.P., Indianapolis, IN, for the Respondent. Donald R. Lundberg, Executive Secretary, Laura Iosue, Staff Attorney, Indianapolis, IN, for the Indiana Supreme Court Disciplinary Commission.

DISCIPLINARY ACTION

Attorney Ronald J. Moore retained for personal use nearly $20,000 in legal fees in contravention of an agreement which required him to remit such fees to his law firm.   To conceal his misconduct, he lied about the fees to other attorneys in the firm.   Today we approve a Statement of Circumstances and Conditional Agreement for Discipline between the respondent and the Indiana Supreme Court Disciplinary Commission, which calls for his suspension from the practice of law for this misconduct.   See Ind. Admission and Discipline Rule 23, Section 11.

Having been admitted to the bar of this state in 1997, the respondent is subject to our disciplinary jurisdiction.

The facts are undisputed.   Two months after graduating from law school in 1997, the respondent was hired as an associate lawyer by a Richmond, Indiana, law firm.   The firm and the respondent agreed that the respondent would be paid a salary, that all legal work he performed would be as an agent of the firm, and that all fees he earned would belong to the firm.   The respondent's salary was $600 per week from August 4, 1997, until his bar admission on November 3, 1997; $800 per week from November 4, 1997, through December 31, 1998; $900 per week for the 1999 calendar year, with a $4,000 year-end bonus; and $1,000 per week for the 2000 calendar year.

For about 18 months, the respondent's duties at the firm included handling criminal appeals as an appellate public defender for Wayne County.   During the course of the public defender contract, the respondent received $11,900 from Wayne County in checks made payable to him.   The respondent deposited the checks into his personal bank account and never remitted any of those fees to the firm.   At least twice in 1999, members of the firm confronted the respondent about the absence of fees from his public defender work.   The respondent told them that he had not been paid yet by Wayne County.   By April 2000, members of the firm became so suspicious of the respondent's assertions that they contacted the Wayne County Auditor's Office.   They discovered that the respondent had been receiving payments for the public defender work for approximately 18 months.   On April 13, 2000, members of the firm confronted the respondent with this information.   He admitted he had retained the money.   He also disclosed that he had represented clients charged with drunk driving, charged each $750 for the representation, and deposited all of the fees into his personal bank account, instead of turning them over to the firm as he was required.   To avoid detection, the respondent did not enter these cases into the firm's case management system and required the clients pay him directly.   The fees improperly retained by the respondent from the public defender contract and from the ten drunk driving clients totaled $19,400.

   We find that, by his theft of funds that pursuant to agreement belonged to the law firm, the respondent violated Ind. Professional Conduct Rule 8.4(b), which provides that an attorney commits professional misconduct when engaging in a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects.   We also find that by lying to his colleagues about those fees, the respondent violated Prof.Cond.R. 8.4(c), which provides that a lawyer commits professional misconduct when engaging in conduct involving dishonesty, fraud, deceit or misrepresentation.

   Given our finding of misconduct, we must determine an appropriate discipline.   The parties agree that an 18-month suspension from the practice of law is warranted.   In determining appropriate discipline, we consider the misconduct, the respondent's state of mind underlying the misconduct, the duty of this court to preserve the integrity of the profession, the risk to the public in allowing the respondent to continue in practice, and any mitigating or aggravating factors.   Matter of Mears, 723 N.E.2d 873 (Ind.2000).

In mitigation, the parties agree that the respondent paid the firm $20,000, which included the fees he wrongfully retained plus interest, within one month after his wrongdoing was discovered and before any disciplinary investigation was pending.   The respondent underwent counseling and has satisfied the personal financial obligations which contributed to his decision to commit the misconduct.   Joined by members of his firm, the respondent voluntarily reported his misconduct to the Disciplinary Commission.   He also has met individually with the judges in Wayne County and with members of the Wayne County Bar Association to admit his misconduct.

In aggravation, the parties note the respondent planned his conversion of funds and perpetuated this scheme for at least 18 months by lying about it on two occasions when members of the firm confronted him.   The parties further agree the respondent's actions demonstrate a pattern of misconduct both in terms of the types of funds he converted-both public defender contract checks and funds from ten clients-and in the repetitive nature of his actions.   The parties also note the respondent's actions were motivated by personal financial stress and occurred shortly after he graduated from law school when he was earning from $41,600 to $52,000 annually.

In a similar case, we suspended an attorney who retained fees belonging to the attorney's firm.   Matter of Miller, 730 N.E.2d 171 (Ind.2000).   Given the respondent's carefully planned and executed deception in this case, we conclude that the agreed suspension is appropriate.

Accordingly, the respondent, Ronald J. Moore, is hereby suspended from the practice of law for not fewer than eighteen (18) months, beginning November 19, 2001, at the conclusion of which he shall be eligible to petition for reinstatement pursuant to Admis.Disc.R. 23(4).

The Clerk of this Court is directed to provide notice of this order in accordance with Admis.Disc.R. 23(3)(d) and to provide the Clerk of the United States Court of Appeals for the Seventh Circuit, the Clerk of each of the United States District Courts in this state, and the Clerk of each of the United States Bankruptcy Courts in this state with the last known address of the respondent as reflected in the records of the Clerk.

Costs of this proceeding are assessed against the respondent.

PER CURIAM.

**3. This is potentially against the Indiana Bar Code of Ethics with potentially violated sections highlighted below, but in a non-exhaustive way:**

Download Rules in MS Word Format                    Download Rules in Adobe PDF Format

# Indiana Rules of Court
# Rules of Professional Conduct

*Including Amendments made through January 1, 2023*

**TABLE OF CONTENTS**

PREAMBLE: A LAWYER'S RESPONSIBILITIES
SCOPE
Rule 1.0. Terminology
**Rule 1.1. Competence**
**Rule 1.2. Scope of Representation and Allocation of Authority Between Client and Lawyer**
**Rule 1.3. Diligence**
**Rule 1.4. Communication**
**Rule 1.5. Fees**
**Rule 1.6. Confidentiality of Information**
**Rule 1.7. Conflict of Interest: Current Clients**
**Rule 1.8. Conflict of Interest: Current Clients: Specific Rules**
Rule 1.9. Duties to Former Clients
Rule 1.10. Imputation of Conflicts of Interest: General Rule
**Rule 1.11. Special Conflicts of Interest for Former and Current Government Officers and Employees**
**Rule 1.12. Former Judge, Arbitrator, Mediator or Other Third-Party Neutral**
Rule 1.13. Organization as Client
**Rule 1.14. Client with Diminished Capacity**
Rule 1.15. Safekeeping Property
**Rule 1.16. Declining or Terminating Representation**
Rule 1.17. Sale of Law Practice
Rule 1.18. Duties to Prospective Client
Rule 2.1. Advisor
Rule 2.2. Intermediary

Rule 2.3. Evaluation for Use by Third Persons
Rule 2.4. Lawyer Serving as Third-Party Neutral
Rule 3.1. Meritorious Claims and Contentions
**Rule 3.2. Expediting Litigation**
Rule 3.3. Candor Toward the Tribunal
**Rule 3.4. Fairness to Opposing Party and Counsel**
Rule 3.5. Impartiality and Decorum of the Tribunal
Rule 3.6. Trial Publicity
Rule 3.7. Lawyer as Witness
Rule 3.8. Special Responsibilities of a Prosecutor
Rule 3.9. Advocate in Nonadjudicative Proceedings
**Rule 4.1. Truthfulness in Statements to Others**
Rule 4.2. Communication with Person Represented by Counsel
Rule 4.3. Dealing with Unrepresented Persons
Rule 4.4. Respect for Rights of Third Persons
Rule 5.1. Responsibilities of a Partner or Supervisory Lawyer
Rule 5.2. Responsibilities of a Subordinate Lawyer
Rule 5.3. Responsibilities Regarding Nonlawyer Assistants
Rule 5.4. Professional Independence of a Lawyer
Rule 5.5. Unauthorized Practice of Law; Multijurisdictional Practice of Law
Rule 5.6. Restrictions on Right to Practice
Rule 5.7 Responsibilities Regarding Law-Related Services
Rule 6.1. Pro Bono Publico Service
Rule 6.2. Accepting Appointments
Rule 6.3. Membership in Legal Service Organization
Rule 6.4. Law Reform Activities Affecting Client Interests
Rule 6.5 Nonprofit and Court-Annexed Limited Legal Services Programs
Rule 6.6. The Coalition For Court Access
Rule 6.7 Requirement for Reporting of Direct Pro Bono Legal Services
Rule 7.1. Communications Concerning a Lawyer's Services
Rule 7.2. Advertising
Rule 7.3. Direct Contact with prospective Clients
Rule 7.4. Communication of Fields of Practice and Specialization
Rule 7.5. Firm Names and Letterheads
**Rule 8.1. Bar Admission and Disciplinary Matters**
Rule 8.2. Judicial and Legal Officials
**Rule 8.3. Reporting Professional Misconduct**
**Rule 8.4. Misconduct**
Rule 8.5. Disciplinary Authority: Choice of Law
USE OF NON-LAWYER ASSISTANTS
  Introduction
  Guideline 9.1. Supervision
  Guideline 9.2. Permissible Delegation
  Guideline 9.3. Prohibited Delegation
  Guideline 9.4. Duty to Inform
  Guideline 9.5. Identification on Letterhead
  Guideline 9.6. Client Confidences
  Guideline 9.7. Charge for Services
  Guideline 9.8. Compensation
  Guideline 9.9. Continuing Legal Education
  Guideline 9.10. Legal Assistant Ethics

3. The case filed by the alleged plaintiffs is currently against against T.R. 41, with the following potential violations highlighted in **BOLD**:

Rule 41 - Dismissal of actions**(A)** Voluntary dismissal: Effect thereof**(1)***By plaintiff - By stipulation.* Subject to contrary provisions of these rules or of any statute, an action may be dismissed by the plaintiff without order of court:**(a)** by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs; or**(b)** by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim. The provisions of this subdivision shall not apply if the plaintiff in such action could not effectuate service of process, or otherwise procure adjudication on the merits.

**(2)***By order of court.* **Except as provided in subsection (1) of this subdivision of this rule, an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper. If a counterclaim or cross-claim has been pleaded by a defendant prior to the service upon him of the plaintiff's motion to dismiss, the action shall not be dismissed against the defendant's objection unless the counterclaim or cross-claim can remain pending for independent adjudication by the court. Unless otherwise specified in the order, a dismissal under this subsection is without prejudice.(B) Involuntary dismissal: Effect**

thereof. After the plaintiff or party with the burden of proof upon an issue, in an action tried by the court without a jury, has completed the presentation of his evidence thereon, the opposing party, without waiving his right to offer evidence in the event the motion is not granted, may move for a dismissal on the ground that upon the weight of the evidence and the law there has been shown no right to relief. The court as trier of the facts may then determine them and render judgment against the plaintiff or may decline to render any judgment until the close of all the evidence. If the court renders judgment on the merits against the plaintiff or party with the burden of proof, the court, when requested at the time of the motion by either party shall make findings if, and as required by Rule 52(A). Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision or subdivision (E) of this rule and any dismissal not provided for in this rule, other than a dismissal for lack of jurisdiction, operates as an adjudication upon the merits.

(C) Dismissal of counterclaim, cross-claim, or third-party claim. The provisions of this rule apply to the dismissal of any counterclaim, cross-claim, or third-party claim. A voluntary dismissal by the claimant alone pursuant to subsection (1) of subdivision (A) of this rule shall be made before a responsive pleading is served or, if there is none, before the introduction of evidence at the trial or hearing.

(D) Costs of previously-dismissed action. If a plaintiff who has once dismissed an action in any court commences an action based upon or including the same claim against the same defendant, the court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.  *May also apply due to double jeopardies.*

(E) Failure to prosecute civil actions or comply with rules. Whenever there has been a failure to comply with these rules or when no action has been taken in a civil case for a period of sixty [60] days, the court, on motion of a party or on its own motion shall order a hearing for the purpose of dismissing such case. The court shall enter an order of dismissal at plaintiff's costs if the plaintiff shall not show sufficient cause at or before such hearing. Dismissal may be withheld or reinstatement of dismissal may be made subject to the condition that the plaintiff comply with these rules and diligently prosecute the action and upon such terms that the court in its discretion determines to be necessary to assure such diligent prosecution.

(F) Reinstatement following dismissal. For good cause shown and within a reasonable time the court may set aside a dismissal without prejudice. A dismissal with prejudice may be set aside by the court for the grounds and in accordance with the provisions of Rule 60(B).

*Ind. R. Trial. P. 41*

Amended Nov. 3, 1981, effective 1/1/1982; amended Oct. 29, 1993, effective 1/1/1994.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 9 2023

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ET AL

VERSUS

JOSEPH R BIDEN JR ET AL

CASE NO. 3:22-CV-01213 LI

JUDGE TERRY A. DOUGHT

MAG. JUDGE KAYLA D. M

Dear Honorable Judge Doughty and Honorabl
In my opinion, the proceedings in 89 col-
have no legal grounds as the cas

have been filed in a way which cause

immunity by the Honorable Judge Drake

the only potential grounds available for

to potentially be filed, which, even if

in full, according to the actions of the

Judge Stoner, affirmed in actions by

Judge Drake, in my opinion would s

With submission of these notarized docu

the case having no legal grounds under

filed, and it being past 60 days and

jurisdiction where it was filed under

my opinion, it should be closed in our favor wit

In my opinion, the case was filed in a way

the only possible conclusion is that it was a

to falsely, fictitiously, and fractiously, violate ou

civil, religious rights and rites, and an attemp

our Catholic Marriage and vows under God an

In my opinion, none of this fraudulently attempted

Violation, is in the jurisdiction of the Wayne C

Court, and with the accepted postponement, the

will already be half past the offered and denie

Causing a situation where even if the case

Served" would already negate the possible ser

In my opinion If you request the transcrip

case, you may review if the alleged petitioner

against the alleged victim, negating potentially

case in our favor at 100%.

Jon F. D. Turpin

2421 S. Plum St,

Yorktown, IN 47396

225-259-6270



Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

I'm not His Holiness Pope Francis, but I'm aware of this.
This was reported directly to the Vatican in genuine concern.

------ Forwarded Message ------
From: ThorfinThunder | GoldGrenade <jt4590@protonmail.com>
Date: On Friday, October 6th, 2023 at 1:30 AM
Subject: Attempted Violation of Catholic Marriage
To:

His Holiness Pope Francis,
It is with deepest regret that I must inform you out of genuine concern, that this alleged attorney has designed a case under seal, which can only be intended to attempt to force an estrangement of a Catholic marriage, and/or attempt to falsely have law enforcement, of no fault of their own, arrest and or harm a Catholic husband and wife, us.

He is allowing a man who attempted to halt our marriage, and who may have also purposefully failed to turn in a man confessing in writing to intolerable bad behaviors...

I turned the man in and asked for him to receive therapy, and one of the clients this lawyer is defending prevented any help for that man, and has potentially testified against his own wife and perjured himself in court.

Ronald J. Moore of Wayne County, IN is the lawyer who is attempting a court case against us, and proclaims to be Catholic, but his actions, in my opinion, speak otherwise.

https://caselaw.findlaw.com/court/in-supreme-court/1090446.html

He has filed cases illegally under seal before.

In my opinion, he must be excommunicated until he confesses his crimes to his priest, and to the Indiana Supreme Court Bar Disciplinary Commission, to prevent him from using his purported status as a Catholic lawyer to allow him to break marriages.

The divorce rate and exodus rate of Catholics in the Wayne County, IN area is deeply concerning, and it should be investigated.

I report this to you out of genuine concern.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURTS |
|---|---|---|
| | )SS: | CRIMINAL DIVISION, COURTROOM 6 |
| COUNTY OF MARION | ) | CAUSE NO.: 49G06-1612-F5-046714 |

| STATE OF INDIANA, | ) |
|---|---|
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JON TURPIN, | ) |
| Defendant. | ) |

**F I L E D**

May 17, 2018

*Myla A. Eldridge*

CLERK OF THE COURT
MARION COUNTY
DA

## ORDER DIRECTING RETURN OF PERSONAL PROPERTY

Comes now defendant, Jon Turpin, by counsel, Tom F. Hirschauer III of Keffer Barnhart LLP, moves the Court for an order directing the return of property seized from defendant at the time of his arrest. The Court, being duly advised, now **GRANTS** said motion and **ORDERS** the return of Jon Turpin's personal property, including his firearm. The Court **ORDERS** the return of Jon Turpin's personal property, including his firearm, to be given to Jon Brent Turpin, his father, (DLN: XXXX-XX-3602, DOB: 10/23/1956, located at 522 West Maple Street, Cambridge City, Indiana 47327)(SEE CONFIDENTIAL FORM).

                                        May 16, 2018
So ORDERED, this _____ day of _____, 201___.

Dated_____          _____
                                    Judge, Marion County Superior Court 6

Distribution:

Marion County Prosecutor's Office   ✓ Copy in Marion County Prosecutor's Office mailbox 5-17-19
251 East Ohio Street, Suite 160
Indianapolis, Indiana 46204

Tom F. Hirschauer III
Keffer Barnhart LLP
230 East Ohio Street, Suite 400          E-mailed on 5-17-18
Indianapolis, Indiana 46204

Indiana Metropolitan Police Department
Attn: Property Room, Lt. George Crooks
50 North Alabama Street

Indianapolis, Indiana 46204

- Insert expungement, here, which also aligns with the Honorable Judge Stoner retaining my 2nd amendment rights and Lifetime Gun Permit.

Which also aligns with the Honorable Judge Drake.
Which also aligns with the Honorable Todd Rokita.
Which also aligns with the Honorable David Cook.
Which also aligns with the Honorable Douglas Carter.

Hello,
My name is Jesse Matherly.  I've been a close friend of Jon Turpin's for 16 years, and coworker for nearly a year.  I am writing to request an early expungement of his two misdemeanors.

Jon has always been someone that elevates the lives of those around him, never hesitating to lend a hand to those that need him.  It would be quite a challenge to count all the time he's spent helping people out of difficult situations, and helping them to get on track to a better life for themselves.  I am no exception.  He is well loved and and recognized by so many people, as well as by everyone in our company.  He has a bold reputation that he's built out of hard work and consideration.

He just recently married a woman he has known for many years, and just moved from Indiana to Louisiana to be with her, and to start their life together, but his current status is holding him back from a lot of their achievements.  It has become a detriment.  It has effected him in ways ranging from finding a home, to things as small as AirBnB reservations.  My friend is just trying to make a life for him and his wife, and his soon to be family.  I would deeply appreciate seeing his early expungement so that he can finally do so.  My friend is not a person of a reprobate mind.  I feel strongly - with what he has been through, all he has done and who he is - that he has earned it.

I hope that you will spend some time to consider.  I greatly appreciate you having read this.
Thank you.

Debra Matherly
5401 W. Egypt Hollow Road
Connersville, Indiana 47331

February 5, 2022

RE: Letter of reference for expungement

Your Honor:

This letter is a formal reference letter to request to have the court expunge the criminal record of Jon E. Turpin.

I have known Jon since he was 16 as I attended college with him. He became my son's best friend and a part of our family. I have proudly watched him grow up into the fine, responsible, caring young man he is today. All of his friends look up to him; he is always there for them and anyone else who need his help for whatever the situation may be,

I'm sure you know the details of Jon's charges. He considers his charges are the result of youthful carelessness from not knowing local gun laws. Jon has had no further problems with the law. He has always been honest and upfront about the regrettable choices that led to the incidence and is requesting that the two misdemeanors be expunged from his record as it is negatively impacting his life when trying to purchase/rent a home or anything requiring a criminal background check.

With hard work and determination, he has overcome some major hardships he has had to face in his life. Jon is a very intelligent person. While in high school, he attended community college and held down a job. At the age of 16 he went on to college and received a Bachelor's degree in Computer Science. Currently, he is employed using his college degree and working hard towards success. Just recently he got married and wants to provide a home and good life for his new wife and future family. However, whenever he fills out applications they are refused because he has a criminal record.

I have watched him over the years improve his life and would like to help him get the second chance he deserves. If you have any questions, I can be reached at 765-914-7023 or at damatherly12@yahoo.com.

Thank you in advance for considering my request.

Sincerely,

Debra Matherly
Debra Matherly

Catrianna King

6119 W 32nd Pl

Indianapolis, IN, 46224


January 18, 2022


To whom it may concern,

I am writing on behalf of Jon Turpin. Jon and I are coworkers and have been close friends for over seven years. I believe I am in a position to speak to Jon's moral character, so I hope you will take this letter into account when making your decision for his early expungement of past misdemeanors. Jon Turpin is, in short, a good person and has gone through many ups and downs in life. In this time, he has proven to be of a fine and responsible character. In general, Mr. Turpin, a Sales Engineer, is known for being a dedicated husband and employee. Mr. Turpin has always been caring and generous with others, whether it'd be an acquaintance or stranger, and has a strong sense of duty, which applies to his job, family, and community.

I am very well aware of the charges that he is facing and the consequences. He is a well-mannered gentleman, and I am sure he will learn from this experience and it would be one he would not repeat. Mr. Turpin confessed to me of the serious lack of judgement he exhibited and expressed both remorse and a strong desire to address the personal issues at the heart of the matter.

Mr. Turpin has thus far shown a steadfast and resolute demeanor in moving past this mistake in a constructive and successful manner. It must be difficult to make decisions like this when you do not actually know the person standing in front of you, so it is my hope that you will look at my letter and the countless others you are receiving, and understand that Jon Turpin is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.


Sincerely,

Catrianna King

*Catrianna King*



 **800-674-9779** 

## Immunity

No person in this state shall be placed in legal jeopardy of any kind whatsoever for protecting the person or a third person by reasonable means necessary.

[Ind. Code § 35-41-3-2]

## Defense of Place

A person is justified in using reasonable **force**, including **deadly force**, and does not have a duty to retreat if the person reasonably believes that the force is necessary to prevent or terminate the other person's unlawful entry of or attack on the person's dwelling, curtilage or occupied motor vehicle.

## Indiana Quick Links

- **RECIPROCITY**
- **RELATED BLOG POSTS**
- **LICENSE INFORMATION**
- **LICENSE APPLICATION**
- **REQUIRED TRAINING**
- **LICENSE RENEWAL**

Timeline & Reports, Etc.

Law Office of Kirk Freeman

Kirk S. Freeman
Attorney at Law

323 Columbia Street
Suite 100
Post Office Box 1132
Lafayette, Indiana 47902
kirk@kirkfreemanlaw.com

Office: 765/429-7035

Dylan R. Mroczek
Associate Attorney at Law
dylan@kirkfreemanlaw.com

Lindsay T. Hughes
Paralegal
legal@kirkfreemanlaw.com
Ilaeh L. Lee
Administrative Assistant
office@kirkfreemanlaw.com

June 27th, 2023

Mr. Jon Turpin

*Re: copy of documents*

Dear Mr. Turpin,

    This letter is regarding the enclosed documents to have on your behalf.

                                Very Truly Yours,

                                  Kirk S. Freeman
                                  Attorney at Law

KSF: iL

## Kirk Freeman

| | |
|---|---|
| **From:** | E-Notification <enotifications@courts.in.gov> |
| **Sent:** | Saturday, June 24, 2023 12:53 AM |
| **To:** | Kirk Freeman |
| **Subject:** | Odyssey E-Notices - 89C01-2305-PO-000087  Andrea Lynn Holwager v.Jon Frederick Turpin |

Kirk Stephenson Freeman

Case Number:   89C01-2305-PO-000087
Andrea Lynn Holwager v.Jon Frederick Turpin

If any documents below are confidential, after you click the link, you must type your email address for verification before the document displays. In addition, document links expire 21 days after the date and time sent. If you need a copy of the document, download it immediately. Attorneys can access most cases and documents by signing into https://mycase.in.gov.

Hearing Scheduling Activity - Hearing on Petition for Protection Order originally scheduled on 06/21/2023 at 10:00 AM was rescheduled to 07/21/2023 at 11:00 AM. Reason: By Request.
Entry Date:      6/23/2023

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

Order Granting Motion for Continuance
Entry Date:      6/23/2023
File Stamp / Order Date:        6/14/2023
To view the document, click the link below:
https://m.in.gov/45JTX5K3

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

| YORKTOWN POLICE DEPARTMENT |
|---|
| CASE REPORT        CASE# 2023-00005451 |
| PO Box 538, 9312 W Smith St |
| Yorktown IN 47396 |

| NARRATIVE |
|---|

On June 24, 2023 at approximately 1:34 PM I (Officer William Curtis II) was dispatched to 2421 S Plum St., Yorktown, Indiana on a criminal mischief / vandalism call.

When I arrived, I spoke to the Complainant (CP) (Jon Frederick Turpin). Jon advised me someone has been tampering with his mail. He stated he has turned in an Agent that works ~~for the CIA and he believes the CIA and the FBI are out to get him.~~ The CP also advised he does not believe he has been getting al of his mail and wanted mt to go the Yorktown Post Office to see if they are holding his mail. *Correction: Reported a Secret Service Agent.*

The CP stated his vehicle had been vandalized on June 1st 2023. The CP said he drove his vehicle to Indianapolis; Indiana and he noticed his vehicle did not have any brakes. The CP believes someone had tampered with his vehicle. The CP advised he had the vehicle towed from Indianapolis to Hubler Ford in Muncie. Indiana. The CP did not have any information for his vehicle. I advised the CP as soon as he finds out the information on his vehicle to call me back and I will do a report for him.

At approximately 7:53 PM I was dispatched back to his residence for a criminal mischief report. I spoke to the CP and he advised he had the paperwork for his vehicle. The CP showed me an old registration and two titles with the vehicle information on it, The CP stated sometime in between May 28th 2023 and June 1st 2023 his vehicle was vandalized by an unknown suspect/s. The CP advised his 1985 black Ford Mustang was sitting in front of his residence during this time.

The CP stated that Todd Rokita ~~might have had something to do with his vehicle being tampered with.~~ *had been informed, along with ISP, of potential tampering* The CP stated his suspension is loose and the repairs would cost in between approximately two thousand to four thousand dollars to repair it, the CP advised his seatbelt was taken off and the repairs for it would costs approximately fifty dollars, and the CP said his brakes went out ~~which would cost~~ *as well, total cost* approximately two thousand dollars to repair.

The CP stated Hubler Ford advised him he would need to take the vehicle back from where he purchased it it to have it repaired. The CP advised me he purchased the vehicle in Illinois and he is waiting for a response from his insurance company about getting the vehicle towed to Illinois.

*There is another, more recent report of a witness coming forward and confirming tampering to vehicle during December 2021.*

Yorktown Police Department

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 9610 Curtis | 6/24/2023 | Jaromin, Ryan | 06/28/2023 |

3   4

# YORKTOWN POLICE DEPARTMENT

### CASE REPORT

CASE# **2023-00005451**

PO Box 518, 9312 W Smith St

Yorktown IN 47396

---

## VEHICLES as INVOLVED

| INVOLVED VEHICLE | | | |
|---|---|---|---|
| VEHICLE ROLE | | | |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |

| INVOLVED VEHICLE | | | |
|---|---|---|---|
| VEHICLE ROLE | | | |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |

## VEHICLES as PROPERTY

| PROPERTY VEHICLE | | | |
|---|---|---|---|
| PROPERTY CODE | | VALUE | **$4000.00** |
| VEH YR **1985** | TYPE/MAKE/MODEL **Ford** Mustang | STYLE | **2 Door** |
| PLATE / STATE **AA184M / IN** | VIN **1FABP28A4FF166109** | TOP COLOR **Black** | BOTTOM COLOR **Black** |
| ADDITIONAL DESCRIPTIVE INFORMATION **DAMAGE DONE TO THE SUSPENSION** | | | |

| PROPERTY VEHICLE | | | |
|---|---|---|---|
| PROPERTY CODE | | VALUE | **$50.00** |
| VEH YR **1985** | TYPE/MAKE/MODEL | STYLE | **2 Door** |
| PLATE / STATE **AA184M / IN** | VIN **1FABP28A4FF166109** | TOP COLOR **Black** | BOTTOM COLOR **Black** |
| ADDITIONAL DESCRIPTIVE INFORMATION **DAMAGE DONE TO THE SEATBELT** | | | |

| PROPERTY VEHICLE | | | |
|---|---|---|---|
| PROPERTY CODE | | VALUE | **$2000.00** |
| VEH YR **1985** | TYPE/MAKE/MODEL | STYLE | **2 Door** |
| PLATE / STATE **AA184M / IN** | VIN **1FABP28A4FF166109** | TOP COLOR **Black** | BOTTOM COLOR **Black** |
| ADDITIONAL DESCRIPTIVE INFORMATION **DAMAGE DONE TO THE BRAKES** | | | |

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 9610 Curtis | 6/24/2023 | Jaromin, Ryan | 06/28/2023 |

2   4

# Yorktown Police Property

Case #: 2023-05451

CE #: 053

Item #: 9

Date: 06/28/2023

Victim: Jon F Turpin

Suspect:

Descripition: 1) Gray & Black Sentry Safe w/painting, cut gun lock x2, power cord, white stuffed animal, xtreme garage door opener, Brinks cut locks x3, Dell power supply, Scandisk, team group Hard drive, Samsung smart phone & misc. papers (approx. 600-700 pages☐☐☐☐☐☐

Before this timeframe, but also in mid-June and until late June, especially after meeting with agent Bell, I was followed by Private Investigators, even after each step up the chain kept seriously attempting to avoid any documented chain of custody of evidence... And I'm unsure why this was occurring to us as the original reporters of bad apples and their intertwined-bad behaviors.

For reference, I attempted to turn all of this in, the cryptocurrency information attempted to be turned in to the FBI/Secret Service in Norfolk, VA, and requested a meeting with Merrick Garland, without response, and a meeting with a prison attorney without response. In mid-June 2023, after recognizing I was being surveilled at Direct Employees Association, while compiling information, but still performing my job duties. In my opinion under pressure since there had already been attempts to frame me and destroy evidence by bad apples, Hal Cooper referenced all the way up the chain, approximately in IWK, vandalism investigations on my and our vehicles/persons gave hints about locations to travel to, and vandalism even occurred to my wife's vehicle in Seymour, IN, then Hal Cooper attempted to fake no knowledge of events despite documented information from Candee Chambers and Earl M. for alleged misconduct after I met with Secret Service Agent Bell, while I was on vacation, losing out livelihood/retirement.





**STATE OF INDIANA**
**OFFICE OF ADMINISTRATIVE LAW PROCEEDINGS**

**FINAL AGENCY AUTHORITY:  Indiana State Police**

| | |
|---|---|
| IN THE MATTER OF THE LICENSE | ) Cause No: ISP – 2303-000947 |
| | ) |
| TO CARRY A HANDGUN OF | ) FCN  2321072 |
| | ) |
| JON TURPIN | ) Decision Date: June 29, 2023 |

### NON-FINAL ORDER FOR REINSTATEMENT OF LICENSE

An administrative hearing was scheduled pursuant to the Indiana Administrative Orders and Procedures (I.C. 4-21.5) and the Uniform Firearms Act (I.C. 35-47) concerning Petitioner's firearms license under IC 35-47. The hearing was set at Indiana Government Center North, 100 North Senate Avenue Room 302, Indianapolis, Indiana to address the Indiana State Police's allegation that JON TURPIN is not a proper person to be licensed.  Notice of the hearing was by US Postal Service.

Pursuant to the request of JON TURPIN , and agreed to by the Indiana State Police, the Hearing in this matter was cancelled.  JON TURPIN requested the waive their right to hearing and agreed that their license would be reinstated. [I let them know I never received the hearing notice, found I was not receiving mail, similar to not receiving my replacement permit in 2021...

**NON- FINAL ORDER:** and filed mail inspection request.]
(#21404771)

By reason of the findings above, the Administrative Law Judge determines that JON TURPIN's firearms license be reinstated.

In accordance with I.C. 4-15-10.5-12(b), the OALP's Order is non-final and is subject to the review and approval of the superintendent of the Indiana State Police per a MOU dated July 1, 2020.  Pursuant IC 4-21.5-3-29, a party may file an objection to this recommended order within 15 days after the party is served with Non-Final order and must file the objection with the ultimate authority by contacting ISPFirearmsHearings@isp.IN.gov.

/S/ *Trudy L. Selvia*
_____
Honorable Trudy L. Selvia, Administrative Law Judge
Indiana Office of Administrative Law Proceedings

Distribution:
JON TURPIN, by U.S. Postal Service.
Indiana State Police, by electronic service on the attorney of record.
Superintendent of State Police, Ultimate Authority, by electronic service on Kim Cross.

---



OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA

302 W. WASHINGTON ST. 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

## TODD ROKITA
### ATTORNEY GENERAL

July 7, 2023

Mr. Jon Turpin
2421 S. Plum St.
Yorktown, IN 47936

Dear Mr. Turpin,

This week we received both the U.S. Mint coin of President Theodore Roosevelt and your handgun license in the mail. While the coin was a very thoughtful gift, we are unfortunately unable to accept. Indiana Code prevents state employees from accepting gifts or favors from their constituents.

Also enclosed is your State of Indiana license to carry handgun. We recommend you retain this document for your personal records. If you have any questions about the license, please contact the Firearms Division of the Indiana State Police at (317) 232-8264 with your questions.

Please let us know if we can be of assistance in the future.

Sincerely,

Constituent Services
Office of Indiana Attorney General Todd Rokita

cs/hm



# Yorktown Police Department
## 9312 W Smith St/PO Box 518, Yorktown, IN 47396
## Phone (765) 759-7760 Fax (765) 759-4008

**Chief of Police**
**Kurt Walthour**

I Jon F. Turpin have willingly handed the items listed on the attached document over to the Yorktown Police Department for potential future evidence.

Signature _____

Date _____7/19/23_____

# Yorktown Police Department
## Yorktown, Indiana
### (765)-759-7760

### Receipt for Return of Property
### CR# 2023-05451

The following items of property are now being returned to the person listed below.  These items are no longer needed by the Yorktown Police Department or to be physically present during an investigation or possible investigation; or never were needed but simply placed in our control as a measure of caution, request or found property.

Person taking possession of items:

| |
|---|
| Name: Jon F Turpin |
| OLN/ID# or DOB: 04-05-1990 |
| Address: 2421 S Plum/Yorktown, IN 47396 |
| Phone:  225-259-6270 |

(Attach copy of ID and  Supplement if further details are needed)

Items:
1. (1) Gray & Black Sentry Safe w/painting, cut gun lock x2, power cord, white stuffed animal, Brinks cut locks x3, Dell power supply, Scandisk, misc. papers (approx. 600-700 pages) and Samsung smart phone.

2. Click here to enter text.

3. Click here to enter text.

4. Click here to enter text.

Officer or Administrator returning items: _____

Signature of Person taking possession: _____
Date: _7/19/2023_____ Time: _2:22 PM_____

5. Click here to enter text.

6. Click here to enter text.

7. Click here to enter text.

8. Click here to enter text.

9. Click here to enter text.

10. Click here to enter text.

11. Click here to enter text.

12. Click here to enter text.

13. Click here to enter text.

14. Click here to enter text.

15. Click here to enter text.

16. Click here to enter text.

17. Click here to enter text.

18. Click here to enter text.

19. Click here to enter text.

# Yorktown Police Department
## Yorktown, Indiana
(765)-759-7760

### Receipt for Return of Property
CR# 2023-05451

The following items of property are now being returned to the person listed below.  These items are no longer needed by the Yorktown Police Department or to be physically present during an investigation or possible investigation; or never were needed but simply placed in our control as a measure of caution, request or found property.

Person taking possession of items:

| |
|---|
| Name: Jon F Turpin |
| OLN/ID# or DOB: 04-05-1990 |
| Address: 2421 S Plum/Yorktown, IN 47396 |
| Phone:  225-259-6270 |

(Attach copy of ID and  Supplement if further details are needed)

Items:
1. (1) Gray & Black Sentry Safe w/painting, cut gun lock x2, power cord, white stuffed animal, Brinks cut locks x3, Dell power supply, Scandisk, misc. papers (approx. 600-700 pages) and Samsung smart phone.

2. Click here to enter text.

3. Click here to enter text.

4. Click here to enter text.

Officer or Administrator returning items: _____

Law Office of Kirk Freeman

Kirk S. Freeman
Attorney at Law

323 Columbia Street
Suite 100
Post Office Box 1192
Lafayette, Indiana 47902
kirk@kirkfreemanlaw.com

Office: 765/429-7035

Dylan R. Mroczek
Associate Attorney at Law
dylan@kirkfreemanlaw.com

Lindsay Hughes
Paralegal
legal@kirkfreemanlaw.com

Hael Lee
Legal Assistant
office@kirkfreemanlaw.com

John Turpin

*Re: Update*

*Dear Mr. Turpin*

This letter is to inform and make you aware. That all parties for your hearing have agreed on a date which is scheduled now on September 28th, 2023. At 2:00pm.

Very Truly Yours,

Kirk S. Freeman
Attorney at Law

KSF: il
Encl: Update

## Kirk Freeman

| | |
|---|---|
| **From:** | E-Notification <enotifications@courts.in.gov> |
| **Sent:** | Tuesday, July 25, 2023 2:53 AM |
| **To:** | Kirk Freeman |
| **Subject:** | Odyssey E-Notices - 89C01-2305-PO-000087  Andrea Lynn Holwager v.Jon Frederick Turpin |

Kirk Stephenson Freeman

Case Number:   89C01-2305-PO-000087
Andrea Lynn Holwager v.Jon Frederick Turpin

If any documents below are confidential, after you click the link, you must type your email address for verification before the document displays. In addition, document links expire 21 days after the date and time sent. If you need a copy of the document, download it immediately. Attorneys can access most cases and documents by signing into https://mycase.in.gov.

Order Issued - Order Following Hearing
Entry Date:      7/24/2023
File Stamp / Order Date:          7/21/2023
To view the document, click the link below:
https://m.in.gov/N8K7RPMG

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

---

Hearing Scheduling Activity - Hearing scheduled for 09/28/2023 at 2:00 PM.
Entry Date:      7/24/2023

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

---

The below documentation is to be used by the Indiana State Police. If this documentation is blank, then a final decision has not yet been made.

## INDIANA STATE POLICE
## ULTIMATE AUTHORITY DECISION

The Superintendent of the Indiana State Police, the Ultimate Authority on this matter, has reviewed the above Non-Final Order and now decides to AFFIRM the Non-Final Order made by the Administrative Law Judge.

**IT IS THEREFORE ORDERED AND DIRECTED** by the Superintendent of the Indiana State Police that the license to carry a handgun of JON TURPIN is hereby GRANTED

## THIS IS A FINAL ORDER.

**APPEAL RIGHTS:**

This final order by the Superintendent of the Indiana State Police may be appealed. You have the right to file a Petition for Judicial Review (appeal) under Indiana Code 4-21.5-5, *et seq.*

Pursuant to Indiana Code 4-21.5-5-5, **you have thirty (30) days after the receipt of this notice to file a Petition for Judicial Review.** You must file your Petition for Judicial review in the correct place (this is called "venue"). The correct venue is determined by Indiana Code 4-21.5-5-6.

So ORDERED:  7/21/2023

Douglas G. Carter
Superintendent of the Indiana State Police

100 N. Senate Ave. Rm. N802 / Indianapolis, IN 46204
OALP@oalp.in.gov / (317) 234-6689

Page **2** of **2**



# Офіс Президента України

## Департамент з питань звернень громадян

27.07.2023       22/043892-28

_____ № _____

На № _____

**Jon Turpin**
2421 Plum St,
Yorktown, IN 47396,
the United States of America

Dear Mr Turpin,

We are grateful to all those, who support and help Ukraine in this difficult time of war.

Taking this opportunity, we would like to express our appreciation to you for the present to President of Ukraine Volodymyr Zelenskyy.

We wish you peace, health and prosperity.

Best regards,

Acting Head of the Department                    **Yurii Syzonenko**

Вик. Сивець С. В.
EDOC-44-1118777

---------- Forwarded message ---------
From: <CISCFCSExternal@uspis.gov>
Date: Wed, Jul 26, 2023 at 11:31 AM
Subject: In Response To Your Mail Fraud Report C#2140473
To: <jt4590@gmail.com>


Thank you for contacting the U.S. Postal Inspection Service.  The information you provided has been entered into our national Fraud Complaint System.  Your reference number is C#2140473.  If we need more information, you will be contacted directly.  Please hold on to any original documents related to your complaint.
Please note that Postal Inspectors do not have the authority to ensure that your losses are refunded.
We may share the information you provided with other agencies when there is a possible violation within their jurisdiction.
In the future, if you have complaints about mail fraud or mail theft, you can visit our website, http://postalinspectors.uspis.gov, to file a complaint online.

United States Postal Inspection Service

This is a system-generated email message.  Please do not reply to this message.



# Brown Chrysler Dodge Jeep, LLC

1226 Homer Road • Minden, LA 71055
Ph 318-377-9855 • Fx 318-382-0200

## Brown Service Center

904 Homer Road • Minden, LA 71055
Ph 318-390-1520

| R/O 07715 | VIN 3C4NJDCB3LT203589 | | JON  TURPIN | DATE IN 07/28/2023 |
|---|---|---|---|---|
| YEAR 2020 | MAKE JEEP | MODEL COMPASS (2    COLOR    O | 2421 S PLUM ST | TIME IN 11:13 |
| MILES IN 76921 | MILES OUT 76921 | FIRST USE 00/00/00  00/00/00    LISC. IN | YORKTOWN IN 473961513         JT4590@GMAIL.COM | CLOSED 11:15 09/20/2023 |
| SEE ALSO | | | H: (225) 259-6270 W: (    )    - | WRITER AMBER\02 |

| | | | | |
|---|---|---|---|---|
| (1) CUSTOMER STATES CHECK ENGINE LIGHT ON | Labor | T22 134 | | 2010.00 |
| REPLACED TRANSMISSON | 68429327AA | (PKG PART) | 1 | 4230.00 |
| AUTH:35623087 | 68218925AB | (FLUID) | 6 | 211.20 |
| ASSURANT WILL PAY $7400.73 | Total Labor ........................... | | | 2010.00 |
| PAYMENT MRPAYMENTS@ASSURANT.COM | Total Parts ........................... | | | 4441.20 |
|  | Total Repair (Customer) ............... | | | 6451.20 |
| (22- PHILLIP-) A | | | | |

| | | | | |
|---|---|---|---|---|
| (2) CUSTOMER STATES NOISE IN FRONT END | Labor | T22 10 | | 150.00 |
| REPLACED SWABAR ENDLINKS | 68498190AA | (LINK) | 2 | 129.80 |
|  | Total Labor ........................... | | | 150.00 |
|  | Total Parts ........................... | | | 129.80 |
|  | Total Repair (Customer) ............... | | | 279.80 |
| (22- PHILLIP-) A | | | | |

THANK YOU FOR YOUR BUSINESS

Next Service        Lube-Oil-Filter

### DISCLAIMER OF WARRANTIES

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability of fitness for a particular purpose, and neither assumes nor authorizes any person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

X _____
CUSTOMER SIGNATURE

| | W/C | INT. | | CUSTOMER |
|---|---|---|---|---|
| | | | Labor | 2160.00 |
| | | | Parts | 4571.00 |
| | | | Sublet/Fees | .00 |
| | | | Waste Dispos | .00 |
| | | | Oil/Grease | .00 |
| | | | Sub Total | 6731.00 |
| | | | Tax | 669.73 |
| | | | Total (Due) | 7400.73 |

Page 1 of 1        Job 07715

**07715**        *07715*        Customer Copy

2020 JEEP COMPASS | Brown's | Aug. 9th Service

→ Warranty # 844-345-3677

Customer Service Email: vsccustomerservice@zurichna.com

VIN: 3C4NJDCB3LT203589

Enterprise
Reference #s: 0060 2455
4247 6534

Case #s: C5B5RFS

Sales Contacts KY Blake Weeks & Amy Ascheman
502-458-7722 Email: Steven.B.weeks@erac.com
502-458-3100 Email: Amy.J.Ascheman@enterprisecarsales.com

Owner: Joon F. "D." Turpin
225-259-6270
jt4590@gmail.com

Alternate Contact: Erin R. "A." Golden
225-432-5574
erin465336@gmail.com



August 8, 2023

John F Turpin
2421 S Plum Street
Yorktown IN 47396

Dear John-

Thank you for your generous donations to support our officers.  We appreciate these gifts very much.

      1985 2s Mustang LX      VIN 1FABP28A4FF166109
      Modified      Estimated Value $25,000

CIPF is a registered 501(c) 3 organization, so your donation is tax deductible. Please keep this letter for your tax records to claim a deduction.

If you want to learn more about how CIPF is supporting our officers and communities, please take a moment to visit us at https://cipf.foundation or follow us on Facebook at www.facebook.com/CentralINPoliceFoundation. If you have questions, please do not hesitate to reach out to me.

Thank you, again, for your support!

Sincerely,

Lisa Rollings
Executive Director
Central Indiana Police Foundation
Lisa@cipf.foundation
317.536.1402

*CIPF is a registered 501(c) 3 organization, so your donation is tax deductible. Our EIN is 46-2417255. Please keep this for your tax records to claim your deduction.*

**Law Office of Kirk Freeman**

Dear Sir/Madam,

## Kirk S. Freeman
## Attorney at Law

323 Columbia Street
Suite 100
Post Office Box 1132
Lafayette, Indiana 47902
kirk@kirkfreemanlaw.com

Office: 765/429-7035

Dylan R. Mroczek
Associate Attorney at Law
dylan@kirkfreemanlaw.com

Lindsay Hughes
Paralegal
legal@kirkfreemanlaw.com

Ilaeh Lee
Administrative Assistant
office@kirkfreemanlaw.com

September 28th , 2023

*Re: Letter/ Enclosed copies*

Dear Sir/Madam,

This letter is to inform and make you aware that enclosed are copies of documents to have best at your convience. No document we send out requires anything further. If you have any related questions, please don't hesitate to contact the office.

Very Truly Yours,

Kirk S. Freeman
Attorney at Law

KSF: I.L
Encl: Letter/ enclosed copies

**Kirk Freeman**

| | |
|---|---|
| **From:** | E-Notification <enotifications@courts.in.gov> |
| **Sent:** | Thursday, September 28, 2023 2:51 AM |
| **To:** | Kirk Freeman |
| **Subject:** | Odyssey E-Notices - 89C01-2305-PO-000087  Andrea Lynn Holwager v.Jon Frederick Turpin |

Kirk Stephenson Freeman

Case Number:   89C01-2305-PO-000087
Andrea Lynn Holwager v.Jon Frederick Turpin

If any documents below are confidential, after you click the link, you must type your email address for verification before the document displays. In addition, document links expire 21 days after the date and time sent. If you need a copy of the document, download it immediately. Attorneys can access most cases and documents by signing into https://mycase.in.gov.

Hearing Scheduling Activity - Hearing on Petition for Protection Order originally scheduled on 09/28/2023 at 2:00 PM was rescheduled to 10/31/2023 at 2:00 PM. Reason: By Request.
Entry Date:        9/27/2023

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

_____

Order Granting Motion for Continuance
Entry Date:        9/27/2023
File Stamp / Order Date:            9/25/2023
To view the document, click the link below:
https://m.in.gov/W4DM3Z2N

Other Party - ENoticed:
Jon Frederick Turpin
Ronald Joseph Moore
Other Party - Noticed:
N/A

_____



## CENTRAL INDIANA **POLICE** FOUNDATION

**Doors Open at 6:30am**
**Thursday, November 9th**
7:15am-9:00am
Ritz Charles Event Venue
Carmel, IN

seventh annual
# THANKSGIVING BREAKFAST
## with a Cop 2023

EVENT SPONSOR
Indianapolis Colts

---



**KEY NOTE SPEAKER: Lt. Rick Snyder,**
**National FOP Chaplain, President of FOP 86, Indianapolis**

Our speaker is a powerful, gifted speaker who has many experiences to share with us. Rick Snyder serves as Chaplain for the National Fraternal Order of Police since August 2021, providing spiritual support for over 365,000 members across America.

Lt. Snyder is a certified Law Enforcement Chaplain through the Billy Graham Law Enforcement Chaplain Training Program with a focus of Sharing Hope in Crisis and Critical Incident Stress Management. He has provided services for the FOP National Law Enforcement Memorial in Washington DC, assisted with Concerns of Police Survivors (COPS), and has presented for the Billy Graham Rapid Response Team National Law Enforcement Ministry.

Rick also serves as the President of the Indianapolis Fraternal Order of Police, Lodge #86. In his elected capacity he represents over 3,000 active/retired officers and their families from 10 different law enforcement agencies in Central Indiana.

Rick has 27 years of law enforcement experience and has served and supervised in Patrol Operations, Criminal Investigations, Administration and Training. He has been featured on many national and local media affiliates programing related to law enforcement. He has a list of awards over the years that recognizes his deep commitments to our officers and communities.

THE EVENT HAS TWO PURPOSES  The first is to thank our Law Enforcement Officers. This provides our guests an opportunity to sit down and enjoy a meal together. Second, it is to raise funds so the Central Indiana Police Foundation can continue to support our officers at a deeper level. As a growing organization, our largest challenge is funding. Our inaugural event was held in November 2017, with 350 attendees. In 2021, we had over 500 attendees. Again, this year, each table will host a Law Enforcement Officer from one of the departments within Marion County or from surrounding counties. The table sponsors will be able to invite their guests to donate or pledge that morning. We will auction off a once in a lifetime behind the scenes experience with IMPD at the 2024 Indianapolis Indy 500, as well as an Indianapolis Raceway experience, IMPD K9 Ride Along, and other unique experiences.



**YES!  WE WANT TO ATTEND:**

Your seat is complimentary and we hope you can join us!
Please reach out to Lisa Rollings at 317-771-1605
or lisa@cipf.foundation for details.

Join CIPF Membership online: www.cipf.foundation or
contact Lisa Rollings: 317-771-1605, lisa@cipf.foundation

CIPF is a 501(c)3
1525 S Shelby Street
Indianapolis, IN 46203

Insurance & Legal, Etc.

**jt4590@gmail.com**

| | |
|---|---|
| **From:** | Jon F. Turpin <jt4590@gmail.com> |
| **Sent:** | Wednesday, August 16, 2023 2:08 PM |
| **To:** | Honorable Todd Rokita Attorney General IN |
| **Subject:** | Fwd: Hagerty Letter 8/16/23 |
| **Attachments:** | 20230816_133755.jpg; 20230816_133720.jpg |

---------- Forwarded message ---------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Wed, Aug 16, 2023, 2:00 PM
Subject: Hagerty Letter 8/16/23
To: Honorable Todd Rokita Attorney General IN <todd.rokita@in.gov>, Honorable Jeffrey Landry Attorney General Louisiana <jeff.landry@la.gov>

This is a letter from Hagerty in Michigan after I donated the car and dropped the claim for multiple reasons. There was no response from Hagerty regarding the dates and times they would allow on the claim, after an initial refusal to include the original dates by the first insurance adjuster.

That insurance adjuster, named Erica, was purportedly no longer with Hagerty, when I was asked for more information, but not given specifics regarding the dates they wanted, and Eric never responded to my multiple requests to let me know which timeframes were being reviewed on the dates of loss, which in my opinion, prevents any claim from going through anyway.

Multiple attempts were made politely via email to determine the timeframe of any requested information, and there may be a difference in opinion on how the appraiser reacted regarding the car.

After initially saying they would not include the original date of loss, it is now included in this letter, yet with incorrect timing, along with mention of an Indiana Code which may again potentially aligning with possible attempts to allege false reporting.

I'm uncertain why the letter may allege false reports, nor have I attempted to defraud any insurance company, however, this may merely be mentioned in every letter regarding a closed claim from Hagerty.

If I'm potentially required to say nothing happened, then why am I receiving letters, which may cause a false dichotomy via possibly inaccurate information provided not by myself, but the insurance company?

I'm not pointing fingers here, but in my opinion it may be dubious for a Michigan company to potentially allege violation of an Indiana code after my cousin in Michigan was wrongfully terminated, and now I have been wrongfully terminated, and after we were potentially surveilled and cleared.

May this show a potential link?

Sincerely,
Jon F. D. Turpin

**jt4590@gmail.com**

| | |
|---|---|
| **From:** | Jon F. Turpin <jt4590@gmail.com> |
| **Sent:** | Friday, July 28, 2023 9:56 PM |
| **To:** | Ascheman, Amy J |
| **Subject:** | Re: Enterprise Jeep Compass Claim |
| **Attachments:** | image001.jpg |

Thank you, Amy, for addressing my concerns regarding the car and the warranty contract, and I truly appreciate your time.

It was especially kind of Enterprise to upgrade our recent economy rental to an Audi and I wanted to give a commendation for the gentleman at the desk in the Shreveport airport who was doing the job of two people. He was also exceptionally polite and helpful just like you and Blake.

My apologies if I raised any concern by mentioning the lemon laws. I have a proclivity to look at the potential end results of unfortunate scenarios and research them out of curiosity, and to be prepared, it has helped me and others in some scenarios.

The kind ladies at the dealership where it was towed have the warranty number, and I truly appreciate yours and Blake's assistance in helping me navigate the paperwork. I made sure to write down the phone numbers and directions you each provided and it made the tow, drop off, and subsequent rental much more seamless.

Thank you so much for your patience, Amy.

Sincerely,
Jon F. D. Turpin


On Fri, Jul 28, 2023, 10:25 AM Ascheman, Amy J <Amy.J.Ascheman@enterprisecarsales.com> wrote:

Good morning Jon,


I am so sorry to hear that! I am curious as to what they are saying the issue is.

I appreciate you keeping us in the loop and I am confident that the service contract will get everything squared away for you.


Please let us know if you have any questions during this process.


Thanks,

Amy



**Amy Ascheman**

Group Car Sales Manager

Bluegrass Group

502-458-7722 office

amy.j.ascheman@enterprisecarsales.com

Enterprise - Louisville

815 Blankenbaker Parkway

Louisville, KY 40243

enterprisecarsales.com

---

**From:** Jon F. Turpin <jt4590@gmail.com>
**Sent:** Thursday, July 27, 2023 5:15 PM
**To:** Ascheman, Amy J <Amy.J.Ascheman@enterprisecarsales.com>
**Subject:** Re: Enterprise Jeep Compass Claim

Hi Amy,

Thank you for letting me know the options during this unfortunate circumstance.

Currently I'm having it towed again and checked out, and unfortunately the symptoms align with the complaints, which if it does align with lemon laws, may override the 7 day swap out plan, but it appears I would need to contact the manufacturer to make the complaint.

It appears that 4 breakdowns and/or 30 days of the vehicle being broken down within the first 12 months of purchase align with Kentucky's lemon laws as long as a written complaint is made to the manufacturer, which I believe is Chrysler.

2

Please understand any inquiry/complaint here isn't with you, nor enterprise, but rather an attempt to determine how best to proceed for all involved should this recur, since I didn't have another option besides to buy a vehicle with what I had to transport during the events in which I bought the jeep.

Currently it will be towed and I'll collect a rental car on the service ticket from the nearest Enterprise so I may finish delivery.

Thank you for your service and patience.

Sincerely,

Jon F. D. Turpin

On Thu, Jul 27, 2023, 12:38 PM Ascheman, Amy J <Amy.J.Ascheman@enterprisecarsales.com> wrote:

Good afternoon Jon,

Thanks for reaching out. I know there are a lot of forums out there that warn consumers about a lot of vehicle related issues / potential future problems.

I understand your hesitancy! I myself have owed a Jeep and though many forums said "don't buy it" – I had minimal issues with it and it worked out great!

I love Jeeps and my biggest thing that I take into consideration when making a purchase decision, especially being in this industry is that regardless of what people say and as long as I have the EMRP plan – I know if and when something happens I am covered.

As we know, cars are a thing we buy that will break at some point depending on time, use and miles. Our process before we offer a vehicle for sale is to put it through our rigorous certification process with a 3rd party mechanic. Our expectation is that they find any and all issues with the vehicle to ensure 3 things;

1. That we can sell our customers a great quality vehicle that we can back with our 12 Month/12,000 mile Limited Power Train warranty and provide the added peace of mind.

3

2. That it does benefits our vendor to find any issues because that is how they get paid

3. If it does not meet our high quality standards, we will reject it and will choose not to sell it to our customers

Again, I understand your concern. I cannot speak to your concern about the Lemon Law. What I can tell you is that at the time of purchase, we did confirm the vehicle was mechanically sound and in good working order. As I mentioned in the past, customer service is the most important thing for us and is why we back our vehicles with that power train warranty and offer the EMRP option in addition. We want to make sure our customers are taken care of in the event of a mechanical issue and to ensure you have the peace of mind during your ownership period.

Since we are past the 7 day repurchase period, we do not have an option to cancel the sale and swap it out with another car.

If you are still wanting to trade out of the vehicle, we are happy to look into that.

We would do a trade appraisal, pull the payoff on your current loan and have you apply for a new loan on another vehicle.

If that is something you want to explore, please let us know.

Thank you again for reaching out and please let me know how you would like to proceed.

-Amy

**Amy Ascheman**

Group Car Sales Manager

Bluegrass Group

502-458-7722 office

amy.j.ascheman@enterprisecarsales.com

Enterprise - Louisville

815 Blankenbaker Parkway

4

Louisville, KY 40243

enterprisecarsales.com

**From:** Jon F. Turpin <jt4590@gmail.com>
**Sent:** Wednesday, July 26, 2023 6:19 PM
**To:** Ascheman, Amy J <Amy.J.Ascheman@enterprisecarsales.com>; Weeks, Steven B <Steven.B.Weeks@enterprisecarsales.com>
**Subject:** Re: Enterprise Jeep Compass Claim

Hi Amy,

Please give me a call regarding warranty and reimbursement for the repairs I paid foe up front.

I've discovered an issue with this vehicle reported across the board regarding the automatic start stop function, oil pressure, and the transmission, or in other words, drive train, which matches with the issues being experienced and which I reported immediately.

This may be a situation where this vehicle needs to be traded out for another jeep without any costs incurred to us in the switch.

This vehicle, a jeep compass, is reported on multiple "lemon laws" complaints, and before more issues are experienced and/or costs incurred by failure to pay on warranty for repairs, I'd like to inquire and see what may be done to correct this issue before it potentially leaves my wife and I stranded.

Sincerely,

Jon F. D. Turpin

On Wed, Jul 12, 2023, 6:37 PM Jon F. Turpin <jt4590@gmail.com> wrote:

Thank you so much, Amy,

You may reach me at 225-259-6270.

Sincerely,

5

Jon F. D. Turpin

On Wed, Jul 12, 2023, 7:36 PM Ascheman, Amy J <Amy.J.Ascheman@enterprisecarsales.com> wrote:

Good evening Jon,

I am so sorry you are dealing with that. I am out of the office today but I will look into some details and get back to you tomorrow.

Rest assured, with every vehicle we sell, we back it with a 12 month, 12,000-mile, limited power train warranty which does include the roadside assistance as well. Without knowing further detail, I cannot confirm it is in fact an issue with the power train.  The dealer will need to confirm the details of the issue once they are able to diagnose it. I will give you a call tomorrow so we can discuss more details.

I look forward to helping you resolve this matter.

Thanks,

Amy

Get Outlook for iOS

---

**From:** Jon F. Turpin <jt4590@gmail.com>
**Sent:** Wednesday, July 12, 2023 7:05:35 PM
**To:** Ascheman, Amy J <Amy.J.Ascheman@enterprisecarsales.com>
**Subject:** Re: Enterprise Jeep Compass Claim

On Wed, Jul 12, 2023, 7:04 PM Jon F. Turpin <jt4590@gmail.com> wrote:

Dear Amy Ascheman,

While driving home from Indianapolis today, my 2020 Jeep Compass' engine shut off, and was flashing "D" on the console, so I pulled over immediately and contacted Enterprise Roadside Assistance for a tow.

Enterprise Roadside Assistance Call

Reference# 00582884

It is still under dealer warranty, as it was only purchased recently, and the vehicle would not restart and continue running, so I left the vehicle off, and Enterprise Roadside assistance is towing it to this location:

Ed Martin Chrysler Jeep

5500 Scatterfield Road, Anderson, IN

765-642-4500

Would you please assist me in ensuring the vehicle is reviewed and fully repaired under warranty?

Here are the last 8 digits if the VIN#

LT203589

Thank you so much for your assistance,

Jon F. D. Turpin

---

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain confidential and privileged information protected by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of the e-mail is strictly prohibited. Please notify the sender immediately by return e-mail and delete all copies from your system.

# HAGERTY.

Post Office Box 87
Traverse City, MI 49685

ADDRESS SERVICE REQUESTED

## IMPORTANT INSURANCE POLICY INFORMATION: OPEN IMMEDIATELY

47336-151321

9214 8969 0099 9790 1828 4966 69

**CERTIFIED MAIL**™

FIRST-CLASS



US POSTAGE AND PITNEY BOWES

$ 007.18⁰

ZIP 49684
02 7M
0008027074 AUG. 10. 2023

L N
8/16/23
R.M.

# HAGERTY.

**SENT VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

08/09/2023

Jon F Turpin
2421 S. Plum St.
Yorktown, IN 47396-1513

Claim Number:        MK23062314
Date of Loss:        12/10/2022
Insured:             Jon F Turpin
Underwriting Company: Essentia Insurance Company
Policy Number:       5R98487

Dear Mr. Turpin

Hagerty Insurance Agency, LLC, providing insurance services on behalf of Essentia Insurance Company, is sorry to notify you we are unable to provide coverage for the damage to your 1985 Ford Mustang LX. Essentia's decision is a result of a review we conducted on its behalf and includes the facts of loss as we understand them, and the provisions included in your [AC 00 01 04 07] as outlined below:

Specifically, our investigation concludes the following: Notice of loss was received by our office on 6/23/2022. At the time you reported that your vehicle was vandalized sometime in November 2021, and you did not notice the damage until December 10, 2021. You stated the vehicle was parked at your home and the vehicle was tampered with while you were at work.

As part of our investigation, we requested a third-party damage appraiser to inspect the Mustang. The appraiser noted that the damage to your vehicle was not consistent with a vandalism event. The concerns noted appear to be wear and tear and/or gradual deterioration.

Based on the facts of this matter as we understand them, and with the findings of the independent appraiser, we must respectfully deny your claim. The basis for our decision follows.

Please refer to Classic Automobile Policy (Form AC 00 01 04 07) and Enthusiast Essentials Endorsement (Form AC 01 90 03 15) where it states in part:

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we will provide the coverages you have selected. All of this information is shown in the Declarations which is part of this policy.

...

## PART D - COVERAGE FOR DAMAGE TO YOUR COVERED AUTO

### DEFINITIONS

A. "Other than collision" includes loss to "your covered auto" caused by missiles or falling objects; fire; theft or larceny; explosion or earthquake; windstorm; hail, water or flood; malicious mischief or vandalism; riot or civil commotion; contact with bird or animal; or breakage of glass. If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".

B. "Collision" means the upset or impact of "your covered auto" with another object.

C. ...

### INSURING AGREEMENT

We will pay for direct and accidental loss to "your covered auto", including its "equipment", minus any applicable deductible shown in the Declarations, when such loss is caused by:

1. "Other than collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

2. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

### EXCLUSIONS

A. We will not pay for:

1. Loss or damage caused by inherent defect; dampness, mildew, mold, rot or rust; temperature extremes; mechanical or electrical breakdown or failure; wear and tear; gradual deterioration; or loss of use.

2.  Loss or damage caused by any repairing, renovating or refinishing process unless the process results in a fire or explosion. We will pay only for damage caused by the fire or explosion.

Because there is no evidence of direct or accidental damage caused by "Other than Collision" or "Collision" the insuring language is not triggered.   Additionally, the exclusions noted above for wear and tear or gradual deterioration preclude coverage. Therefore, Essentia must respectfully deny your claim for damages to all of the paint and weatherstripping on the vehicle.

In accordance with Indiana state statute §27-2-16-3 the following notice is being provided: A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

If any information is discovered later which would support additional defenses to coverage, Essentia hereby expressly reserves its rights to raise additional defenses in support of our denial of coverage.

Your policy does contain a suit limitation. You may refer to Classic Automobile Policy (Form AC 00 01 04 07) where it states in part: where it states:

## PART F - GENERAL PROVISIONS

### LEGAL ACTION AGAINST US

A.  No legal action may be brought against us until there has been full compliance with all the terms of this policy...

B.  ...

C.  Under Part D, suit or action must start within 12 months of the date of loss, but this time period will be extended by the number of days between the date you file your proof of loss with us and the date we deny all or part of your claim.

If you have other information you believe could influence our decision, please provide it to us as soon as possible. Our offer to review any new information is not a guarantee our position will change. Essentia reserves its right to raise additional defenses in support of our denial of coverage if any information discovered later would support additional defenses to coverage.

Please call us at the number below if you have questions.

Sincerely,

Eric R. Russell
Specialty Claim Adjuster
(231)932-6886

Cc: Hopkins Insurance Agency

Insurance services administered by Hagerty Insurance Agency, LLC
Policies underwritten by Essentia Insurance Company



4:50

# Expedia flight purchase confirmation - Baton Rouge, LA, United States (BTR-Baton Rouge Metropolitan) - Fri, Dec 10 - (Itinerary # 72212106149057) Inbox

## Indianapolis to Atlanta – DL 1560
Dec 10, 2021, 5:50 – 7:34 AM

Take-off
Dec 10, 2021, 5:50 AM

Landing
Dec 10, 2021, 7:34 AM

Flight duration
1 hr, 44 min

Passenger name                    Seat
Jon Turpin (Adult)                 -

Confirmation number
GZ5YRS

- Insert texts from Michael A.M. Molwager here, along with my call logs to the Employee Assistance Program, Brandi Fisher, and outreach to primary care physician, and prior therapist in Indianapolis, IN out of genuine concern, Insert addresses from Expungement to show consistent attempts to get away from co-conspirators, insert reports to LEO + FBI out of genuine concern.

- Insert report confirming confirmation of tampering to vehicles and witness Alan Sexton coming forward, here.

- Insert emails from and to Hagerty, and failure to recognize Pro Se Pro Hac Vice, without pointing fingers, just factually, here.

- Insert contact to Indiana Supreme Court Bar Disciplinary Commission, here, and show four-year long attempt to obtain Documentation from "gun case" along with documented conflict of interest reported by Tom Hirschauer III, though I was supposes to be the only client, and am grateful for his services.

- Insert emails to and from Marion County Superior court and to and from Relford here, along with any fees and expenses.



POST OFFICE BOX 87 | TRAVERSE CITY, MI 49685

**Important Documents Enclosed**

Mr. Jon F Turpin
2421 S. Plum St.
Yorktown, IN 47396-1513

# Thanks for cruising with us

# HAGERTY. 

Mr. Jon F Turpin
2421 S. Plum St.
Yorktown, IN 47396-1513

Date: 08/11/2023

# Cancellation Request
Policy Release

**Policy Number:** 5R98487-00           **Broker:** Hopkins Insurance Agency
**Policy Term:** 09/19/2022 - 09/19/2023    **Phone:** 765.825.3841
**Cancellation Date:** 08/11/2023 12:00 AM
**Cancellation Reason:** All Other Reasons

---

↪ Please sign where indicated and return this form by:

Mail:                                        Fax: 231-941-8227
Hagerty
PO Box 1303                                  Email: photo@hagerty.com
Traverse City, MI 49685-1303

Any applicable refund will be returned upon receipt of your signed request. If you have already sent a signed cancellation, or cancelled using electronic signature, you do not need to return this form.

---

**Insured**

Mr. Jon F Turpin
2421 S. Plum St.
Yorktown, IN 47396-1513

Policy #: 5R98487-00
Cancellation Date:
08/11/2023

# Cancellation Request
Policy Release

**Reason for Cancellation:** All Other Reasons

I agree that no claims of any type will be made against this policy for losses that occur after the date of cancellation shown. Any premium adjustment will be made in accordance with the terms and conditions of the policy.

Signature of Named Insured <Voice Signature On File>     Date 08/11/2023

Insurance services administered by Hagerty Insurance Agency, LLC
Policies underwritten by Essentia Insurance Company

**HAGERTY INSURANCE AGENCY, LLC**
CUSTOMER ACCOUNT
P.O. BOX 87
TRAVERSE CITY, MI 49685-0087

**J.P.Morgan**
JPMorgan Chase Bank, N.A.
Detroit, Michigan
9-32/720

10683626

| DATE | AMOUNT |
|------|--------|
| 08/14/2023 | $*****$61.97** |

***** Sixty-one dollars and 97/100

PAY TO THE
ORDER OF

Mr. Jon F Turpin
2421 S. Plum St.
Yorktown, IN 47396-1513

Michael Hagerty                                        MP

⑈10683626⑈ ⑆072000326⑉ 135000295497⑈

**HAGERTY INSURANCE AGENCY, LLC**                                        10683626

Check #: 10683626   Date: 08/14/2023   Payee: 5666181  Mr. Jon F Turpin   Amount: $61.97



Louisiana Department of Revenue
P.O. Box 5128
Baton Rouge, LA 70821-5128







JON TURPIN  AND ERIN GOLDEN     105
2421 S PLUM ST
YORKTOWN IN  47396-1513



R-11854(2/08)

State of Louisiana
Department of Revenue
Baton Rouge, LA 70821

**Keep this portion for your records.**

Issuance of this refund does not prohibit further examination of
your return and the assessment of additional taxes if found due.

| INDIVIDUAL INCOME | | REMARKS: |
|---|---|---|
| TAX PERIOD: | 12/2022 | SSN: xxx-xx-1053 |
| ACCOUNT NO: | 0483167488600 | |
| DATE: | 06/20/2023 | |
| CHECK NO: | 0010263633 | |
| REFUND: | $3.09 | |
| REFUND INTEREST: | $0.00 | |
| TOTAL REFUND: | $3.09 | |
| REFUND KEY: | 9483257649 | |

▲      Detach this statement before depositing      ▲

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER · THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

State of Louisiana
Department of Revenue
Individual Income Tax Refund

Void after 180 Days
JP Morgan Chase Bank, N.A.
Baton Rouge, LA

950001147        8-475/652
*CHECK NUMBER 0010263633*

06/20/2023

PAY TO THE
ORDER OF   JON TURPIN  and ERIN GOLDEN

THE SUM OF   ***********************************3**DOLLARS*AND*09*CENTS*********************        $3.09

FOR    0483167488600 600 12/22
       9483257649

Secretary, Department of Revenue



⑈"0010263633"⑈  ⑆065204757⑆:  950001147"⑈

House of Representatives

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

**Representative Spartz responding to your message**
1 message

---

**Congresswoman Victoria Spartz** <IN05VSIMA@mail.house.gov>
To: jt4590@gmail.com

Fri, Aug 25, 2023 at 11:11 AM

VICTORIA SPARTZ
5TH DISTRICT, INDIANA



1609 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
PHONE: (202) 225-2276

# Congress of the United States
## House of Representatives
### Washington, DC 20515

August 25, 2023

Dear Jon F,

Thank you for your recent message. We appreciate your time and input, and we have shared your message with the Congresswoman. Please stay in touch and feel free to call us at 202-225-2276 or visit us at one of our offices.

Sincerely,

Office of Victoria Spartz

---

**Contact Me**

| Southwest Office | D.C Office | Northeast Office |
|---|---|---|
| (317) 848-0201 | (202) 225-2275 | (765) 639-0670 |

Visit my website to learn more!
https://spartz.house.gov/

   

Confidential - Company Proprietary

Please be advised that this email may contain confidential information. If you are not the intended recipient, please notify us by email by replying to the sender and delete this message. The sender disclaims that the content of this email constitutes an offer to enter into, or the acceptance of, any agreement; provided that the foregoing does not invalidate the binding effect of any digital or other electronic reproduction of a manual signature that is included in any attachment.



# Офіс Президента України

## Департамент з питань звернень громадян

27.07.2023    22/043892-28

_____ № _____

На № _____

Jon Turpin,
2421 Plum St,
Yorktown, IN 47396,
the United States of America

Dear Mr Turpin,

We are grateful to all those, who support and help Ukraine in this difficult time of war.

Taking this opportunity, we would like to express our appreciation to you for the present to President of Ukraine Volodymyr Zelenskyy.

We wish you peace, health and prosperity.

Best regards,

Acting Head of the Department                    Yurii Syzonenko

Вик. Сивець С. В.
EDOC-44-1118777

JIM JORDAN, Ohio
CHAIRMAN

JERROLD NADLER, New York
RANKING MEMBER

ONE HUNDRED EIGHTEENTH CONGRESS

# Congress of the United States
## House of Representatives
COMMITTEE ON THE JUDICIARY

2138 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515-6216

(202) 225-6906
judiciary.house.gov

July 18, 2023

The Honorable Christopher A. Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

Dear Director Wray:

On July 12, 2023, you testified under oath before the Committee during a hearing on "Oversight of the Federal Bureau of Investigation."[1] During the hearing, you made several statements about the FBI's actions relating to misinformation and disinformation that are contradicted by the findings of a federal court and information obtained by the Committee. We write to provide you with an opportunity to amend your testimony.

In response to a question from Congressman Mike Johnson, you testified that the FBI's "focus is on malign foreign disinformation; that is, foreign hostile actors who engage in covert efforts to abuse . . . our social media platforms . . . ."[2] You also stated unequivocally that "the FBI is not in the business of moderating content or causing any social media company to suppress or censor" speech.[3] Instead, you testified that while the FBI may notify social media companies about certain content, "at the end of the day, we [the FBI] are very clear that it's up to the social media companies to do something or not."[4]

Your testimony conflicts with the findings of the federal court in *Missouri v. Biden*, which specifically noted that the FBI flagged domestic speech as potential disinformation and that the FBI "significant[ly] encourage[d]" social media platforms to take certain actions with respect to content. The court also noted that FBI had likely participated in "the most massive attack against free speech in [the] United States' history."[5] Specifically, in its ruling prohibiting the FBI from pressuring social media platforms to remove lawful speech, the court found that:

---

[1] *Oversight of the Federal Bureau of Investigation: Hearing Before the H. Comm. on the Judiciary*, 118th Cong. (July 12, 2023).
[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] Missouri v. Biden, No. 3:22-cv-01213 (W.D. La. Jul. 4, 2023), ECF No. 293, at 2 (memorandum ruling granting preliminary injunction) (emphases added).

The Honorable Christopher A. Wray
July 18, 2023
Page 2

"Domestic disinformation" was also flagged by the FBI for social-media platforms. Just before the 2020 election, information would be passed from other field offices to the FBI 2020 election command post in San Francisco. The information sent would then be relayed to the social-media platforms where the accounts were detected. **The FBI made no attempt to distinguish whether those reports of election disinformation were American or foreign.**[6]

\*\*\*

Additionally, the FBI was included in Industry meetings and bilateral meetings, received and forwarded alleged misinformation to social-media companies, and actually mis[led] social-media companies in regard to the Hunter Biden laptop story. The Court finds this evidence demonstrative of significant encouragement by the FBI Defendants.[7]

\*\*\*

The Court has evaluated Defendants' conduct under the "coercion" and/or "significant encouragement" theories of government action, and finds that **the FBI Defendants likely exercised "significant encouragement" over social-media companies**. Through meetings, emails, and in-person contacts, the FBI intrinsically involved itself in requesting social-media companies to take action regarding content the FBI considered to be misinformation. The FBI additionally likely misled social-media companies into believing the Hunter Biden laptop story was Russian disinformation, which resulted in suppression of the story a few weeks prior to the 2020 Presidential election. Thus, Plaintiffs are likely to succeed in their claims that the FBI exercised "significant encouragement" over social-media platforms such that the choices of the companies must be deemed to be that of the Government.[8]

The court's findings are based on discovery the plaintiffs obtained in the case and are consistent with communications that the Committee has independently obtained pursuant to its oversight, which confirm that the FBI was flagging alleged election-related "misinformation" and "disinformation" for social media platforms.[9] For example, in one e-mail, FBI Special Agent Elvis Chan warned Facebook about "a Facebook user who is posting disinformation about the

---

[6] *Id.* at 65.
[7] *Id.* at 107.
[8] *Id.* at 108.
[9] *See, e.g.,* e-mail from Elvis Chan to Facebook employee (Sept. 15, 2020, 3:08 PM) (on file with the Comm.); e-mail from Elvis Chan to Facebook employee (Oct. 4, 2020, 2:31 PM) (on file with the Comm.).

The Honorable Christopher A. Wray
July 18, 2023
Page 3

elections."[10] Agent Chan continued, "[w]e believe this may violate your terms of service. We would appreciate if you could review this information and let us know if you take any actions."[11]

The Committee and the Select Subcommittee on the Weaponization of the Federal Government have obtained documents showing that the FBI did more than merely notify social media companies about alleged disinformation. The FBI often followed up with the companies,[12] requested that the companies notify the FBI if they removed the flagged accounts,[13] and provided unsolicited input regarding whether content did or would violate the companies' respective terms of service.[14]

For instance, on August 17, 2021, Agent Chan sent an e-mail to several Google employees regarding social media activity concerning the United States' withdrawal from Afghanistan. Agent Chan wrote: "We anticipate the type of information we would be passing as tippers that would violate your terms of service."[15]



The FBI also sought to ensure that its flagged content had, in fact, been taken down, even offering legal process to support the removal of content.[16] For example, in one communication on March 9, 2022, an FBI agent e-mailed a Facebook employee, writing, "Would you be able to tell me if these accounts were taken down, or if you need some legal process from us?"[17] The FBI's offer to provide "legal process" for the flagged accounts, which, in this case, included

---

[10] E-mail from Elvis Chan to Facebook employee (Sept. 15, 2020, 3:08 PM) (on file with the Comm.).
[11] Id.
[12] See e.g., e-mail from Elvis Chan to Facebook employee (Apr. 7, 2021, 1:04 PM) (on file with the Comm.).
[13] See, e.g., e-mail from Elvis Chan to Facebook employees (Sept. 8, 2020, 4:50 PM) (on file with the Comm.).
[14] See, e.g., e-mail from Elvis Chan to Google employees (Aug. 17, 2021, 1:31 PM) (on file with the Comm.).
[15] Id.
[16] See, e.g., e-mail from Patrick Miller to Facebook employee (Mar. 9, 2022, 9:33 AM) (on file with the Comm.).
[17] Id.

The Honorable Christopher A. Wray
July 18, 2023
Page 4

Americans engaging in lawful speech,[18] does not comport with your assertion that the social media companies simply acted of their own volition with respect to the FBI's referrals of accounts allegedly engaged in "disinformation."[19]



Your testimony to the Committee appears to be at odds with other information available to the Committee. Contrary to your testimony, the FBI did not passively relay information to the social media companies and leave it for the companies to decide what content moderation decisions to make. Instead, the FBI was an active participant in this process—flagging content for companies, following up with them to ensure the content had been removed, and offering legal process for the content's removal. This discrepancy between your testimony and the information we have obtained leads us to conclude that either you misled the Committee about the FBI's interactions with social media companies or that you were not fully aware of the egregious and unconstitutional actions of the FBI you administer. Either scenario is alarming. Accordingly, we invite you to amend your testimony.

Sincerely,

Jim Jordan
Chairman

Mike Johnson
Chairman
Subcommittee on the Constitution
and Limited Government

cc:     The Honorable Jerrold L. Nadler, Ranking Member

---

[18] STAFF OF SELECT SUBCOMM. ON THE WEAPONIZATION OF THE FEDERAL GOVERNMENT OF THE H. COMM. ON THE JUDICIARY, 118TH CONG., THE FBI'S COLLABORATION WITH A COMPROMISED UKRAINIAN INTELLIGENCE AGENCY TO CENSOR AMERICAN SPEECH, at 10–12 (Comm. Print 2023).
[19] *Oversight of the Federal Bureau of Investigation*, supra note 1.

- Insert documentation of OSC and emails regarding harms and losses here.

- Insert PayPal bill to FBI, here.

- Insert Whistleblow to Nick Papanbrea & Sean Lerner, here.

- Insert whistleblow to Congressional Ethics Committee, here. [W.O.F.G.]

- Insert whistleblow to Jim Jordan, Mike Johnson, Kennedy, etc.

- Insert corresponding FBI Memo, request to Mr. Wray to amend testimony, testimony from Wray identifying as "abuse of power."

- Insert Grant funding for COPS, here, with Thank you to Garland.

- Insert Boswell documentation, here.

- Subpoena J900 Cummings wrongful termination from ATF, here.

It seems that some of the issues we're seeing in our country and worldwide may actually be centered around lack of water for agriculture and food for living due to draining and diversion. https://www.npr.org/2023/03/22/1165464857/billions-of-people-lack-access-to-clean-drinking-water-u-n-report-finds

Just a thought... would it be safe and or possible to desalinate water and refill Lake Tulare and to connect the Salton Sea and Laguna Salada? https://www.bakersfield.com/columnists/lois-henry/lois-henry-water-fight-between-2-of-valleys-largest-growers-heads-to-court/article_8b58e8d0-8b84-11ec-8ae9-a74c540bb4f0.html



J. Edgar Hoover | National Archives

When J. Edgar Hoover became Director of the Justice Department's Bureau of Investigation in 1924, all it did was investigate federal crimes. It had been founded by Teddy Roosevelt in 1908 to investigate corruption in government. By the time Hoover took over, the range of federal interests in crime had grown, but agents were still required by law to report suspects to local or state law enforcement officials. Bureau of Investigation agents were prohibited from making arrests or even carrying weapons without being deputized by local authorities.

During the 1920s, federal policing was not highly regarded. Americans were afraid a national police force could become a secret police. Federal enforcement of Prohibition was inconsistent, underfunded by Congress -- and resented more and more by citizens who objected to government intrusion. Finally, the Bureau's involvement in the Teapot Dome scandal, in which oil-rich Wyoming public lands were exploited by private companies acting in collusion with Cabinet officials, gave all federal policing a bad name as the story of government corruption unfolded between 1924 and 1928.

By 1924, Americans — including American criminals — had found new mobility. By that date, the Ford Motor Company had already produced 10 million of its popular Model T cars. More crimes occurred across state lines,

Hoover Dam was completed after the Great Depression and stopped waterflow into some of these areas by its diversion, but Tulare was drained long before.

## Post-construction events [edit]



Pine Flat Lake

Less than two years after completion, Pine Flat Dam halted "what would have been at the time the greatest Kings River flood ever measured"[7] in late November 1955, when the Kings River reached a peak inflow into the reservoir of 112,000 cu ft/s (3,200 m³/s).[23] In January 1969, the highest releases ever from Pine Flat Dam, 17,100 cu ft/s (480 m³/s), occurred in the wake of a flood that reached a less impressive peak of 80,000 cu ft/s (2,300 m³/s) but had a much greater volume than the 1955 rain flood.[19][23] The dam's contribution to reducing the impact of floods has allowed greater diversion of Kings River flows for irrigation, and along with other smaller dams in the southern San Joaquin Valley, has contributed to the desiccation of the once-expansive wetlands of Tulare Lake.[24] The lake, which once comprised nearly 500,000 acres (200,000 ha) of seasonal open water and wetlands, was reduced to less than 27,000 acres (11,000 ha) by 1960.[25]

During the 1969 rains local residents clamored for floodwaters from Pine Flat Lake to be diverted to Tulare lakebed. Representation on the irrigation district board, however, was determined by the value of landowners' land and J. G. Boswell Company owned the majority of land in the district. J. G. Boswell Co. voted to block the floodwater diversion so that its crops on the Buena Vista lakebed would not be destroyed.[26]

Residents whose homes were destroyed by the flood sued. Limiting suffrage to landowners violated the one man, one vote guarantee in the U.S. Constitution, they alleged, because the irrigation district can levy taxes, exercise eminent domain, and decide whose land gets flooded.[27] In 1973 a divided United States Supreme Court disagreed, finding that a private company can exercise control of the irrigation district because flood control is not an important government function.[23] In my opinion, this argument is fractious, because the Army Corps of Engineers is a government entity, and built a confirmed pattern of Dams for floodwater control along the Kings River System in the Tulare Basin after Hoover Dam.

In the early 1970s, the Kings River Conservation District (KRCD) proposed a system of new dams and power plants to further develop the water resources of the Kings River watershed. These included a new power station at Pine Flat Dam, a 600-foot (180 m) dam at Rodgers Crossing upstream of Pine Flat Lake and a reservoir at Piedra to regulate Pine Flat Dam releases. The only part of the project to be completed was the Jeff L. Taylor Pine Flat Power Plant at the base of Pine Flat Dam, which went into operation in 1984.[9]

Following the September 11 attacks in New York City, Pine Flat Dam was closed to all public access because of its importance in protecting the region from floods and the damage that the impounded water would do if the dam was breached.[29]

U.S. PRESIDENTS  |  DWIGHT D. EISENHOWER

# DWIGHT D. EISENHOWER: FOREIGN AFFAIRS

By **Chester J. Pach, Jr.**

**D**wight D. Eisenhower brought a "New Look" to U.S. national security policy in 1953. The main elements of the New Look were: (1) maintaining the vitality of the U.S. economy while still building sufficient strength to prosecute the Cold War; (2) relying on nuclear weapons to deter Communist aggression or, if necessary, to fight a war; (3) using the Central Intelligence Agency (CIA) to carry out secret or covert actions against governments or leaders "directly or indirectly responsive to Soviet control"; and (4) strengthening allies and winning the friendship of nonaligned governments. Eisenhower's defense policies, which aimed at providing "more bang for the buck," cut spending on conventional forces while increasing the budget for the Air Force and for nuclear weapons. Even though national security spending remained high—it never fell below 50 percent of the budget during Eisenhower's presidency—Eisenhower did balance three of the eight federal budgets while he was in the White House.

> ❝ "Eisenhower did balance three of the eight federal budgets while he was in the White House" ❞

https://millercenter.org/president/eisenhower/foreign-affairs

The company's expansion has not been without controversy. Its vast, well-tended lands and network of irrigation canals stretch across the bed of Tulare Lake, which was once the largest freshwater lake west of the Mississippi, four times the size of Lake Tahoe. Early pioneers encroached on the lake to irrigate their farms, a process that Mr. Boswell's uncle accelerated as he bought more property.

Four rivers feed Tulare Lake. The Boswells forcefully and successfully lobbied for the construction of dams that largely diminished the lake, draining its bed for more farmland.



James G. Boswell II on some of his property in California.
Matt Black

The Dams:
https://en.wikipedia.org/wiki/Isabella_Dam
https://en.wikipedia.org/wiki/Pine_Flat_Dam
https://en.wikipedia.org/wiki/Rodgers_Crossing_Dam
https://en.wikipedia.org/wiki/Success_Dam **(Richard L. Schafer Dam)**



https://www.laphamsquarterly.org/roundtable/james-boswell-finds-his-voice




**Wikipedia**
https://en.wikipedia.org › wiki › Edward_VIII    ⋮

## Edward VIII ✓

**Edward VIII** later known as the Duke of Windsor, was **King** of the United Kingdom and the Dominions of the British Empire and Emperor of India from 20 January ...

Reign: 20 January 1936 – 11 December 1...    Education: Royal Naval College, Osborn...
Father: George V    Successor: George VI

Abdication · Wallis Simpson · Death and funeral of Prince... · Abandoned coronation

## People also ask ⋮

What is King Edward VIII known for?    ⌃

**The first monarch to be a qualified pilot**, Edward created The King's Flight in 1936 to provide air transport for the Royal family's official duties. In 1930, the Prince met and fell in love with a married American woman, Mrs Wallis Simpson.



**The Royal Family**
https://www.royal.uk › edward-viii

Edward VIII (Jan-Dec 1936) | The Royal Family

# The 'Random Catholic Dude' behind the website chronicling the Catholic hierarchy





David M. Cheney, the creator and manager of Catholic-Hierarchy.org | David M. Cheney

# Carl Hatch

**Carl A. Hatch** (1889-1963) was a federal judge on the United States District Court for the District of New Mexico.

Hatch was nominated by President Harry Truman on January 13, 1949, to a seat vacated by Colin Neblett; he was confirmed by the Senate on January 17, 1949, and received his commission on January 21. He served as chief judge from 1954 until he assumed senior status on April 5, 1963. He served until his death on September 15, 1963.[1] Hatch was succeeded in this position by Harry Payne.

## Early life and education

- Cumberland University, LL.B., 1912[1]

## Professional career

- Private practice, El Dorado, Oklahoma, 1912-1916
- Private practice, Clovis, New Mexico, 1916
- Assistant state attorney general, New Mexico, 1917-1918
- State collector of internal revenue, New Mexico, 1919-1922
- Judge, 9th Judicial District of New Mexico, 1923-1929
- Private practice, Clovis, New Mexico, 1929-1933
- U.S. Senator from New Mexico, 1933-1949[1]

# Boswell Amendment

The Boswell Amendment was a short-lived amendment to the Alabama Constitution, enacted in 1946, that was designed to prevent African Americans from registering to vote. It was introduced in response to the Supreme Court's 1944 ruling in *Smith v. Allwright*, which outlawed the common practice of holding "white's only" primaries in southern states and opened the door for the widespread registration by African Americans.



## NOVEMBER 22, 1963: DEATH OF THE PRESIDENT

Shortly after noon on November 22, 1963, President John F. Kennedy was assassinated as he rode in a motorcade through Dealey Plaza in downtown Dallas, Texas.

The first stop was San Antonio. Vice President Lyndon B. Johnson, Governor John B. Connally, and Senator Ralph W. Yarborough led the welcoming party. They accompanied the president to Brooks Air Force Base for the dedication of the Aerospace Medical Health Center. Continuing on to Houston, he addressed the League of United Latin American Citizens, and spoke at a testimonial dinner for Congressman Albert Thomas before ending the day in Fort Worth.

# Voting Rights Act of 1965 in Alabama

The Voting Rights Act of 1965 (VRA) was an effort by the U.S. Congress to outlaw voting regulations and procedures in Alabama and other states, principally in the South, that served to deny voting rights to African Americans. Its passage was prompted by the first aborted Selma-to-Montgomery march on March 15, 1965, that ended with the assault on marchers and came to be known as "Bloody Sunday." Although every member of Alabama's congressional delegation voted against the measure, it was overwhelmingly passed by Congress and signed into law by Pres. Lyndon Johnson on August 6, 1965. The law led to a surge in African American voting and office holding in Alabama and the rest of the South.

# MORSE v. BOSWELL, 393 U.S. 802 (1968)

United States Supreme Court

MORSE v. BOSWELL(1968)

No. 11

Decided: October 07, 1968

For opinions of the Court see 393 U.S. 802 and 42, 21 L. ed.2d 86.

Mr. Justice DOUGLAS, dissenting.

On April 10, 1968, the President deligated to the Secretary of Defense power to activate units of the Ready Reserve. 1 On the following day, after receiving [393 U.S. 802 , 803] a similar delegation of authority to activate such units from the Secretary of Defense,2 the Secretary of the Army called several units of the Ready Reserves and their members to active duty. 3 Applicants, who are members of those units, are challenging that call to active duty on the ground that it exceeds the authority of the Secretary of the Army, and is a violation of their enlistment contracts. After unsuccessfully seeking release from active duty by writ of habeas corpus, and before being able to petition this Court for certiorari, applicants were prepared for immediate shipment to Vietnam. To preserve their avenues of review they sought and I granted interim stays pending submission of the stay applications to the full Court. 4 The question now before the Court, therefore, is whether these stays should continue pending our consideration of their petitions for certiorari.

Questions underlying the merits, which have already produced some judicial disagreement,5 are twofold:6 first, an alleged usurpation by the Secretary of the [393 U.S. 802 , 804] Army of the limited authority delegated him; second, a purported conflict between the conditions of enlistment under which applicants entered the reserves and the subsequent Act of Congress calling them to active duty.

# Grand Staircase, Nixon Administration

This photograph of the Grand Staircase was taken in January 1972 by Nelson Brown, Victor Boswell, and Robert S. Oakes during the administration of Richard M. Nixon. The Grand Staircase connects the Second Floor and family quarters of the White House with the State Floor and Entrance Hall below. During official occasions such as State Dinners, the president descends the staircase with honored guests while the United States Marine Band plays "Hail to the Chief." There have been five Grand Staircases since the White House was built, including two located in this alcove. The first was built during the 1902 Theodore Roosevelt renovations. The second, seen here, during the Harry S. Truman renovations of 1948-1952. Truman took particular interest to redesign the staircase into the two long, descending sets of stairs.

Tags

Grand Staircase      State Floor

INFORMATION

**Date:**
January 1972



## General Assembly of the United Nations



Home    President    About the General Assembly    Meetings    Main Committees    News    Documents    **All Sessions**

**63rd session**

- Past Presidents
- Resolutions
- Agenda

**All regular sessions**

### A. Maintenance of international peace and security

**The situation in Afghanistan**

On 3 January 1980, a number of Member States requested an urgent meeting of the Security Council to consider the situation in Afghanistan and its implications for international peace and security. The Council met from 5 to 9 January 1980, and on 9 January decided, in view of the lack of unanimity of its permanent members, to call for an emergency special session of the General Assembly to examine the matter (resolution 462 (1980)).

565 F.2d 1338

## UNITED STATES of America, Plaintiff-Appellee,
### v.
## Frederick Newell BOSWELL, David Rule Nichols and Emmett Howard Herndon, Defendants-Appellants.

No. 76-1843.

United States Court of Appeals, Fifth Circuit.

Jan. 12, 1978.

Edward T. M. Garland, Mark Kadish, Frank Joseph Petrella, Atlanta, Ga., for Boswell.

O. Jackson Cook, Atlanta, Ga., for Nichols.

L. Breland Hilburn, Jackson, Miss., for Herndon.

Robert E. Hauberg, U. S. Atty., James B. Tucker, Asst. U. S. Atty., Jackson, Miss., for plaintiff-appellee.

Appeals from the United States District Court for the Southern District of Mississippi.

Before COLEMAN, SIMPSON and TJOFLAT, Circuit Judges.

COLEMAN, Circuit Judge.

**Supreme Court Term:**
2001 Term

**Court Level:**
Supreme Court

No. 01-1536

In the Supreme Court of the United States

JAMES G. BOSWELL, PETITIONER

v.

UNITED STATES OF AMERICA

ON PETITION FOR A WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

BRIEF FOR THE UNITED STATES IN OPPOSITION

THEODORE B. OLSON
Solicitor General
Counsel of Record
MICHAEL CHERTOFF
Assistant Attorney General
JOSEPH C. WYDERKO
Attorney
Department of Justice
Washington, D.C. 20530-0001
(202) 514-2217

QUESTION PRESENTED

Whether petitioner's life sentence on a drug conspiracy count constituted plain error.

In the Supreme Court of the United States

No. 01-1536

JAMES G. BOSWELL, PETITIONER

v.

UNITED STATES OF AMERICA

ON PETITION FOR A WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

BRIEF FOR THE UNITED STATES IN OPPOSITION

OPINION BELOW

The order of the court of appeals (Pet. App. 1a-2a) is unreported, but the judgment is noted at 29 Fed. Appx. 572 (Table).

JURISDICTION

The judgment of the court of appeals (Pet. App. 3a) was entered on November 30, 2001. On February 19, 2002, Justice Kennedy extended the time within which to file a petition for a writ of certiorari to and including April 15, 2002, and the petition was filed on that date. The jurisdiction of this Court is invoked under 28 U.S.C. 1254(1).

STATEMENT

Following a jury trial in the United States District Court for the Northern District of Florida, petitioner was convicted of conspiring to possess cocaine with the intent to distribute it, in

# *Colombia Extradites 1980's Trafficker to U.S. to Face Drug Charges*

 Share full article

**By Juan Forero**

Sept. 8, 2001

See the article in its original context from September 8, 2001, Section A, Page 6 | Buy Reprints

New York Times subscribers* enjoy full access to TimesMachine—view over 150 years of New York Times journalism, as it originally appeared.

**SUBSCRIBE**

*Does not include Crossword-only or Cooking-only subscribers.

Fabio Ochoa, who in the 1980's helped run a cocaine empire that terrorized Colombia with a wave of bombings and assassinations, was extradited to the United States tonight to face federal drug trafficking charges.

In my opinion, the indictment above has dubious timing with the attack on our World Trade Center and Pentagon... and DEA may have been an actual target.

## D.   Counter-narcotics

39.   The UNODC annual survey on Afghanistan, released late in August 2007, reported an increase in opium poppy cultivation by 17 per cent and potential opium production of 34 per cent. The implementation of the national drug control strategy has clearly been unsatisfactory, especially in the south-west and the south, particularly in Hilmand, and in the eastern Province of Nangarhar, which experienced the highest increases.

07-50215

9

A/62/345
S/2007/555

40.   The unprecedented increase in opium production in 2007 poses a grave threat to reconstruction and nation-building in Afghanistan. A two-pronged strategy is needed. The people of the provinces that have become, or are on the brink of becoming, free of opium cultivation should be rewarded by enhanced development assistance. On the other hand, provinces with expanding opium crops will have to be confronted with the consequences of violating national laws and generating resources for insurgents. The international community, drawing on the expertise of UNODC, should rally behind truly Afghan-led efforts aimed at curbing the drug problem though the development of the countryside, the promotion of the rule of law and the achievement of high standards of governance.

41.   The increase in poppy cultivation and heroin production in Afghanistan has encouraged alliances of convenience between narco-interests and insurgents. Following the harvest season, from April to July, for a percentage of the profits, insurgents provided security for traffickers, while Government officials, including police, made tacit non-intervention agreements that allowed the free movement of chemical precursors and heroin across the borders of Afghanistan. A trilateral agreement signed by Afghanistan, the Islamic Republic of Iran and Pakistan in June 2007 committed the countries to carry out more joint border operations and to increase information-sharing. Nonetheless, the financial power of narco-interests, both in Afghanistan and in the neighbouring States through which the contraband is smuggled, is such that they have so far been able to effectively counter Government and international efforts to stem or stop the illegal trade.

Honorable Leonard Boswell arguing for FISA. After research this may be in line with Cheney: https://www.youtube.com/watch?v=zSqV6GueG10
Of note to "why" I delivered to the appropriate judge: "A judge would review the classified evidence and decide."

Honorable Associate Justice Anthony Kennedy making a tough decision in a swing vote, but also in line with Catholic Jurisprudence:



In my opinion, this is much more likely than the original author of the thesis may have supposed: [Unfortunately, I don't have the link to this thesis, currently, it discussed potential collaboration between the cartel organizations of Mexico, South America, and the Middle East as an organization.] [In my opinion, even if informal, collaboration may be apparent via coinciding actions of HAMAS, however, this is not to imply, nor to say, that "Boswell" is associated with HAMAS, but simply a note.]

Disagreements regarding border policies, also signed by an Honorable Boswell:

The Honorable Alejandro Mayorkas
Secretary of Homeland Security
2707 Martin Luther King Jr. Avenue, SE
Washington, DC 20528

February 2, 2021

Re:   Law Professors and Legal Experts Analysis of State of Law Regarding DHS's Authority
      to Exercise Discretion After a Removal Order Has Been Issued

Dear Secretary Mayorkas:

On Day 1 of the Biden-Harris administration, the White House and the Department of Homeland Security (DHS) issued an Executive Order and a memorandum intending to restore the use of humane and sensible discretion in immigration enforcement. Since the issuance of this order and memorandum, immigrant communities and their advocates and legal service providers have been saddened to see U.S. Immigration and Customs Enforcement (ICE) continue to engage in enforcement activities, including deportations, that appear at odds with the policies issued.

In this memo, the undersigned law professors and legal experts share our analysis of the current state of law regarding DHS's authority to refrain from executing removals in individual cases and to implement its interim enforcement priorities.

Importantly, the recent Temporary Restraining Order entered in *Texas v. United States* does *not* undo or limit the longstanding and unchallenged authority of DHS to exercise prosecutorial discretion favorably towards a person or group of persons after they have received a removal order (and beyond the removal period). We urge DHS to use this authority to halt deportations scheduled to take effect today, tomorrow and in the coming weeks whenever they conflict with the Biden Administration's commitment to a humane immigration system and with years of legal precedent and agency practice recognizing the importance of prosecutorial discretion in immigration enforcement.

Some main figures in the FBI, King and Spalding, and in Thermo Fisher Scientific are also Boswells, While Thermo Fisher Scientific may have facilities within Boswell, CA and collaborate on vaccines:



[NO ACCUSATIONS, BOSWELLS MAY SIMPLY BE INFLUENTIAL IN OUR COUNTRY. LIKE ANY FAMILY NAME, AND ANY POTENTIAL LEGACY, IT'S OK TO SIMPLY REVIEW AND INQUIRE.]

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**