Whistleblower & Immunity



232 West 9th Street, Connersville, IN 47331
Phone: 765-825-8578

March 10, 2022

I am writing pertaining to Jon F. Turpin. I had the privilege of getting to know him in my capacity as pastor of St. Gabriel Catholic Church in Connersville, IN.

I first met Jon after a Sunday Mass in 2020 when he came up and introduced himself to me. As I recall, he was with his fiancé, Erin (they have since married!). While this might seem normal, it's not all that common to meet a young adult wanting to grow his faith alongside the woman with whom he plans to spend the rest of his life. Normally, twenty-somethings are not attending churches of any kind – let alone seeking to establish a marital life founded on faith.

Jon was not Catholic when I first met him in 2020, but he and Erin would talk to me about their courtship. He was living and working in a neighboring town. Erin was not even living in Indiana. They had to put in a tremendous amount of effort and make lots of sacrifices to ensure that the temporary distance between themselves did not hinder their life together. In fact, I truly believe because they put so much effort into their relationship, the distance they had to overcome ended up serving them well as they prepared for marriage. Because they overcame this geographic adversity, I believe it revealed a capacity within Jon. He can utilize adversity and make it work for the good of himself and those around him.

Another depth to Jon's character was made apparent to me as he began his formal journey to becoming Catholic. Jon was busy, but he prioritized well the things that were important to him. And the things important to Jon are indeed important in and of themselves. Besides his future spouse, his work, and other relationships, Jon's prioritization of faith was apparent. He committed to weekly classes centered on growing his relationship with God through what the Catholic Church offers. He asked questions, shared his own experiences, and personally grew throughout the process. It all revealed a great maturity within him through prioritizing and taking responsibility for those things and relationships that are simply important and serve to make for a better society and human person.

Jon and Erin are now married. Even though I no longer get to personally witness their commitment to one another, I have every confidence that Jon continues to prioritize the important things of faith, marriage and family, work, and service of all those he encounters within them. And that is all something we miss in our parish community. What Jon contributed to our little parish community is something I commonly see out of older generations, which is what stands out most to me as he is not of an older generation. Jon's age group does not commonly possess the fortitude and sense of responsibility of previous generations. Our parish and community's loss in that is felt. However, our loss is now another community's gain, and that is as it should be.

Thank you for your time and your continued support and concern for Jon.

Fr. Dustin Boehm

Mike Braun
U.S. Senator

P.S. This message was sent by email to save taxpayer dollars.

------------------------ Original Email ------------------------
From: jt4590@gmail.com
Sent: 8/23/2023
Subject: Protect Abortion Survivors
Dear Senator Braun,

I write to express my concern about the current lack of federal protections for abortion survivors. Once a baby is born, there is absolutely no doubt that it is a human life that deserves protections from our government equal to those afforded any other newborn child. Currently, babies born alive during botched abortions are often neglected and ultimately die because there is no federal legal requirement that they receive proper medical care.

The Born-Alive Abortion Survivors Protection Act sponsored by Representative Ann Wagner is an important bill that addresses this gap in federal law. It protects mothers while requiring that medical providers give the same care to babies that survive abortion as they would to other babies in need.

It imposes fines and/or jail time on healthcare practitioners and medical employees that fail to admit newborn abortion survivors to the hospital and fail to "exercise the same degree of professional skill, care, and diligence to preserve the life and health of the child as a reasonably diligent and conscientious health care provider would render to any other child born alive..." It also confirms explicitly that intentional killing of a newborn abortion survivor is murder, and punishable as such.

Please pass the Born-Alive Abortion Survivors Protection Act, which requires medical providers to provide life-saving care to newborn babies while holding accountable those who fail to do so. I appreciate this opportunity to have my voice heard and look forward to hearing of your support for this important legislation. There is NEVER a good reason to neglect a child and allow them to die.

Sincerely,
Jon F D Turpin

**Pro-Life Brochure 117th Congress.pdf**
4498K

 **Gmail**

Jon F Turpin <jt4590@gmail.com>

---

### Re: Protect Abortion Survivors
1 message

---

**Office of U.S. Senator Mike Braun** <contact@braun.senate.gov>
To: jt4590@gmail.com

Tue, Sep 5, 2023 at 10:31 AM

**MIKE BRAUN**
INDIANA

**WASHINGTON, DC OFFICE:**
685 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-4814

## United States Senate

September 5, 2023

Dear Mr. Turpin,

Thank you for contacting my office regarding H.R. 26, the *Born-Alive Abortion Survivors Protection Act*. I appreciate hearing from you on this legislation.

On January 9, 2023, Congresswoman Ann Wagner of Missouri introduced H.R. 26 in the U.S. House of Representatives. On January 11, 2023, H.R. 26 passed in the House and was received in the U.S. Senate on January 23, 2023, where the bill is awaiting further action. If enacted, this bill would protect newborns that survive abortion attempts by ensuring that the newborn receives the same degree of care as would be provided to any other child born alive. A health care practitioner who fails to provide the proper required care to the newborn is subject to criminal penalties, which may include a fine, up to five years in prison, or both. The bill also bars criminal prosecutions of a mother of a child born alive and allows her to bring civil action against a health care practitioner in violation of the bill.

During my tenure in the United States Senate, I will vote in a way that best represents my values and the values of the constituents who elected me, supporting legislation that recognizes that life begins at conception. Indiana did not elect me to be passive in my support of the right to life; I will proactively push for measures that will protect life.

The right to life is deeply important to me, and I firmly believe that life begins at conception. I know that I was elected in part by Hoosiers to actively protect life at the federal level. I am eager to continue promoting policies that ensure that your federal tax dollars are not abused by lending to any efforts that would endanger or destroy innocent life, undermine the efforts of state legislatures to protect life, or further degrade a culture of life.

In order to be more transparent about my work in Washington when it comes to defending life, I have attached a brochure detailing the efforts I undertook during the 117th Congress. As I consider current and future opportunities to engage in the fight for life in the 118th Congress, I will keep your comments in mind.

Thank you for contacting me. It is an honor to serve as your U.S. Senator from Indiana. Please keep in touch with me on issues of concern to you. You can also follow me on Twitter or Facebook for real-time updates on my activities in the U.S. Senate. If I ever may be of service, please do not hesitate to contact me.

Sincerely,

*Mike Braun*

[ In my opinion the conjunction of cases and the contents of my whistleblow reveal ], even if by mismanagement, dereliction of duties, incompetence, up to potential malice and conspiracy,..



### Present Company Excluded

Even if, in the paraphrased words of George Carlin, there wasn't a "formal conspiracy" which unfortunately after exposed documents and review of current events, a formal past conspiracy exists...

A formal conspiracy by bad apples against Catholics, Conservatives, and our Honorable Kennedy and Honorable Johnson, along with our Judiciary, Honorable as well, exists, ~~~~~~ The conspiracy is harming our Freedoms, Foundations, Liberties, and Justice for all, and our Constitution.

With the theft of our identity information and persistent attack on our marriage, family and livelihood, along with our civil liberties & Faith...

We may now be considered "en pauperis" and request the court proceed.

With the Pro-Hamas insurrection in Washington, D.C., we are provably in a state of civil war, and I am a Catholic Husband of Faith with a family to protect.

Add. Injunction Power via Combined Cases [Non-exhaustive]

IN, KY, NC, VA, MI, OH, IL, CO, AZ, TX, WI, NY, GA, CA, NV, NH, MA, MT, ND, SD, TN, HI, NJ, PA, FL, ▓▓ MS, MN, AR, SC, AK

In my opinion, Biden did a good thing by visiting Alaska and Hawaii, even if some of his speeches may have been out of context, and my request for him to receive affection out of genuine empathy and concern may be entered here, he also did a good thing by speaking with Japan and Finland and he has faced some of the toughest public adversity and even potentially dissenting opinions via even his own Vice President regarding our Post-Roe nation, and the failure to identify a time-limit on Roe were it reinstated. Even by Biblical precedent, 33 years is the limit, and Jesus already died for our sins to save us all, and to continue our generation under Roe would be double-jeopardy.

In my opinion, someone should politely let Thermo Fisher Scientific and any related entities know that People receive immunity, that corporations enjoy the Bill of Rights, but are not people, and that only specific Not-For-Profit corporations enjoy the effective "pass through" of immunity, and that this Fundamental aligns all the way to the immunity conferred upon government officials.

In my opinion, Biden did a good thing by paying Iran regarding the nuclear files so Trump was no longer an effective hostage and could properly establish presidential immunity. In my opinion, we now see the money went to HAMAS, and Turkey may remind them of Islam "defense war" jurisprudence.

**jt4590@protonmail.com**

| | |
|---|---|
| **From:** | ThorfinThunder \| GoldGrenade <jt4590@protonmail.com> |
| **Sent:** | Wednesday, September 13, 2023 1:42 AM |
| **Subject:** | Re: Opinion |

Have you ever tried to turn in evidence in good faith efforts of a publicly validated scam, paid $5,000 up front to follow the law, with another $15,000+ to go, been told you could receive a potential felony, possibly followed by private investigators, accused of being on a drug bender, or a conspiracy theorist, for a private opinion... which then turns out to be consistently affirmed by officials... and be slowly demolished by those who stole from you?

Would you handle it as reasonably as we have done, went to church to pray for forgiveness and grace for the bad apples, paid a lawyer with the last of your retirement and endured being scapegoated for the duration by the bad apples who had committed the crimes?

In my opinion, our Honorable Kennedys and Johnsons may understand better than I ever will or want to, and I want to thank you for still having faith in us and our great nation.

I won't even pretend to understand what your families have endured to serve us publicly, but I will say I see it and I appreciate you asking the tough questions and speaking truth to power daily, because I've never seen anyone more deserving of the presidency to this day.

To our Honorable Mr. John N. Kennedy, and with all due sympathy and respect to the lifelong work of the Biden and Harris families... if I was forced to vote for the same we've been enduring and a pair of wet socks with faces on them, I'd vote for the socks twice.

And I could actually vote for the socks twice because of the failure in the administration that caused me to have the ability to vote in two states, and at least then there could be a question about whether or not I committed a crime instead of being defamed for a lifetime.

To be clear, I have no plan to vote twice, I don't think anyone should vote multiple times, but I also don't think anyone should force us to vote to endure the administration we have again, regardless of what names they call anyone who doesn't subscribe to their dystopia.

That is my opinion.

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**
------- Original Message -------
On Wednesday, September 13th, 2023 at 1:14 AM, ThorfinThunder \| GoldGrenade <jt4590@protonmail.com> wrote:

> I'm a moderate who would vote for Kennedy or Trump, so I won't wear the shoe...
> https://www.youtube.com/watch?v=JNMEbDfYv2E
>
> However, in my opinion, it's not extreme to have an inquiry and want answers, especially when a potential hate crime has been committed against me and my wife without remedy.
>
> What would you call someone threatening you and your wife, trying to stop a Catholic marriage, and trying repeatedly to take your rights away without just cause nor reason?
>
> What if it stopped your honeymoon, messed up your background check, and your career?
> Despite state lines and when you only spoke in defense of your wife to an unjust threat?

1

What would you call multiple unnecessary welfare checks wasting law enforcements' time?
Would you also have inquiries into how the day-to-day administration was operating?

Were this your position, would you consider it to be "extreme MAGA Republican?"

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**

We also received other information that needed to be reported to local law enforcement confirming the vandalism of my mustang I donated, and I'm waiting on the official report.

I'm not trying to make excuses, but it seems pertinent to have the police report filed.

Other information has been mailed to the address and P.O. Box below for the W.O.F.G. Committee. It's addressed specifically to Jim Jordan, Mike Johnson, Ron Johnson, and John Kennedy, for the Subcommittee on the Weaponization of Federal Government.

U.S. House of Representatives
P.O. Box 895
Washington, DC 20515-0895

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**
------- Original Message -------
On Wednesday, September 13th, 2023 at 10:20 PM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:

> This is the subcommittee we may wish to address:
> https://judiciary.house.gov/subcommittees/committee-judiciary/select-subcommittee-weaponization-federal-government
>
> **Sincerely,**
> **Jon F. D. Turpin, Pro Se, Pro Hac Vice**
> ------- Original Message -------
> On Wednesday, September 13th, 2023 at 10:19 PM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:
>
>> This is the hearing we may want to deliver whistleblower information for:
>> https://judiciary.house.gov/committee-activity/hearings/oversight-us-department-justice-0
>>
>> **Sincerely,**
>> **Jon F. D. Turpin, Pro Se, Pro Hac Vice**
>> ------- Original Message -------
>> On Wednesday, September 13th, 2023 at 9:55 PM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:
>>
>>> Thank you to our Honorable Mr. Johnson for the open invite.
>>> My wife and I hope to see you tomorrow to clear our names.
>>> https://www.youtube.com/watch?v=zcUtizlxWvk
>>>
>>> **Sincerely,**
>>> **Jon F. D. Turpin, Pro Se, Pro Hac Vice**

Home / Committee

# HEAR

# Full Committee Hearing: "Oversight

Sep 2

**Meeting Status:** Scheduled
**Location:** 1310 of the Longworth House Office Building
Wednesday, September 20, 2023, at 10:15 a.m. ET, the Committee on House Admin
Commission." The hearing will take place in room 1310 of the Longworth House Of

## Related Files

**9.20.23-full-committee-notice51.pdf** (117.9 KBs)

**Hearings**   **118th Congress**   **Hearing**

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**
------- Original Message -------
On Thursday, September 14th, 2023 at 10:37 PM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:

I apologize we didn't make it today, and from what I could review, there are no sessions in the House of Representatives tomorrow, but we hope to visit before the 20th of this month.

And I'm unsure that our Honorable Mike Johnson or Ron Johnson would even be present if we were to make the ~9 hour trip, and they may have headed back to their home states.

We're still waiting on my jeep to be repaired at a shop in Louisiana where it unfortunately broke down just after I was trying to deliver information directly to Mike Johnson's office.

**jt4590@protonmail.com**

| | |
|---|---|
| **From:** | ThorfinThunder \| GoldGrenade <jt4590@protonmail.com> |
| **Sent:** | Friday, September 15, 2023 12:05 AM |
| **To:** | compass; whistleblower; Honorable Chairman Jim Jordan Representative OH |
| **Subject:** | Re: Thank You |

These two hearings:

Home / Upcoming Hearings

# Oversight of the U.S. Department of Just

Hearing

**Date:** Wed, 09/20/2023 - 10:00 AM
**Location:** 2141 Rayburn House Office Building



The House Judiciary Committee will hold a hearing on Wednesday, September 20, 2023, at 10:00 a.i hearing, "Oversight of the U.S. Department of Justice," will examine how the Justice Department has politicized and weaponized under the leadership of Attorney General Merrick Garland.

WITNESS:

- The Honorable Merrick Garland, Attorney General, U.S. Department of Justice

**Anthony Goodwin, Ph.D, RT.**
Technical Relationship Director
INEVA Ascension Indiana
812-204-7231
tgradiology@gmail.com

Jan 29, 2022

**In Care Of: Jon Turpin**
247 Maximilian St.
Baton Rouge, LA  70802

Hello,

I'd like to offer that my time in a professional and personal atmosphere with Jon Turpin his character and demeanor demonstrated what is good in a person.  He inspired for excellence in his work and delivered on many complex items of projects and service delivery.  As his team lead being able to find that 'nitch' that landed him in his wheelhouse was a joy to witness that transpire.  Jon has a gift of technical genius and once channeled and fueled he can produce brilliance.

If I were building a team of people required for a serious event, Jon is going to be on that selection list.  Would never doubt his abilities as a professional nor his personal relationship building.  Everyone is unique and those differences are what meld our world.  Jon's uniquises are to be valued and known to be a positive contribution.

Sincerely,

Anthony Goodwin

**jt4590@protonmail.com**

**From:**       ThorfinThunder | GoldGrenade <jt4590@protonmail.com>
**Sent:**       Saturday, September 2, 2023 11:28 PM
**Subject:**    Fw: Opinion

------- Forwarded Message -------
From: ThorfinThunder | GoldGrenade <jt4590@protonmail.com>
Date: On Saturday, September 2nd, 2023 at 11:25 PM
Subject: Opinion
To:

https://en.wikipedia.org/wiki/Ascension_(healthcare_system)

### Project Nightingale   [ edit ]

The *Wall Street Journal* reported on a collaboration between Ascension and Google in 2019 to share health
technology company. Known as Project Nightingale, the stated purpose of the collaboration was to make it
patient records.[26] The partnership drew criticism over privacy concerns and the potential for violations of t
Accountability Act, and the U.S. Department of Health and Human Services opened an investigation into th
professor of public health at Texas A&M University, noted that the Nightingale Project could improve health
minorities that are underrepresented in clinical studies, but also raised the lack of a patient opt-out and the
accountability processes as concerns.[29]

Project Nightingale wasn't the first project where this occurred, but I haven't added to
Wikipedia:
Merge Cardiovascular's Reporting System and IBM Watson were the first attempt, and
sudden and extreme layoffs of both Ascension Health and IBM may have occurred
some time afterwards.

The project also happened after one of the last Sisters, the Nuns, were no longer with
Ascension.
It appears this was attempted again with project Nightingale and the Google AI system according to
Wikipedia, but with the same extreme concern that employees expressed during the first attempts to
connect a non-functioning reporting system and IBM's Watson.

I did my job and ensured the reporting system could work, without credit, but I still had the
documentation in the cloud, which may be part of the reason why I no longer have a job.

If I have no restitution, no reparations, and similar firings while falsely identified as a threat by bad
apples and their intolerable bad behaviors, at some point, the information would no longer exist, just
as I had to scuttle all patient data backups meant for disaster recovery.

In my opinion, I have the misfortune of actually being someone who has worked on extremely hard
projects where... nationally they had no one else who was, at that time, simultaneously employed by
Ascension Information Services/Ascension Health/St. Vincent, with the specific skillset and niche
that I had been performing for years since FujiFilm Medical Systems, USA. I was the youngest
person FujiFilm hired officially and the first person they hired into the position I was in without

1

already having a Bachelor's degree.

When I say this, I say it without personal braggadocio, and simply state it factually.

Ascension Health/St. Vincent had no other employee with the skillset that I possessed to not only repair the FujiFilm Medical System (Synapse Cardiovascular) database, but also to enable the IBM Watson Health (Merge Cardiovascular) systems to integrate with it due to each system's design and database standards.

They also had no other employee who was simultaneously a Domain Admin, able to decipher how the Merge Cardiovascular Reporting System interfaced with Microsoft's Active Directory, nor another who determined how each of the separate Merge Cardiovascular software programs could be installed in a seamless way allowing SCCM to implement them. The management at Ascension Health asked nationally two times to attempt to find a team who could perform the tasks I was required to complete but failed.

This doesn't mean other employees who specialized in each of these niches didn't help me, but I was creating the design, correcting the databases, training the project managers... ensuring that we followed protocols, with assistance from other qualified professionals.

I was performing the role of a Chief Information Officer and a leader in that organization, all the way to the executive review board, while performing the tasks of potentially four people.

My regular workday was 16 hours long and went until 4am sometimes to ensure the project that they assigned me, which was 6 months behind when they hired me, succeeded.

I was rewarded with being identified as a threat, and wrongfully terminated, along with other members of the team who were aware of the gross mismanagement occurring.

The intolerable bad behavior of the bad apples who did this and ruined careers not only affected the workers, but it also may have been why the Cardiovascular software crashed, causing patient delays and a shutdown of the Indianapolis St. Vincent Cardiology systems.

I was never promoted, despite having the highest performance review and raise of any employee on my entire floor, but was instead later wrongfully convicted in an event outside of the hospital due to the interference of another bad apple I've mentioned. I was never given the job title of the positions I was required to perform, but also retaliated against for attending family funerals and laid off, despite performing all job functions and more above all expectations. They wouldn't even discuss severance with me and it's happened again.

May this be a complete and utter annihilation of all my rights, along with mine and my wife's entire livelihood, careers, and a complete besmirchment of someone who saved lives?

There is no way we can ever recover...
But when that honest truth is said, bad apples pretend I'm suicidal or homicidal when I'm neither, and pretend I'm a threat to society, and to my knowledge are never prosecuted.

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**

 **Ascension**

## Ascension looks to mergers and acquisitions to positively impact more lives, enhance quality and enrich community collaboration



With its sizable national footprint and broad scope of services, Ascension has a rich history of partnering with and acquiring other mission-focused hospitals and health systems. This approach has allowed Ascension to broaden its capacity to serve while strengthening Catholic healthcare in the United States.

Transactions highlighted in this summary include Crittenton Hospital Medical Center in Michigan (now Ascension Providence Rochester Hospital, part of Ascension Michigan) (2015); the Southeast Wisconsin operations and related corporate services of Wheaton Franciscan Healthcare (now part of Ascension Wisconsin) (2016); and Presence Health, now part of Ascension's Chicago ministries.

Ascension's quadruple aim calls us to deliver improved health outcomes and enhanced patient and provider experiences at a lower cost of care. To reach these goals, our strategy includes developing clinically integrated systems of compassionate, personalized care in the 21 states and District of Columbia where we serve. Recent key mergers, acquisitions and joint ventures have positioned us to deliver on those goals:

- **Impacting more lives.** As other hospitals and systems become part of Ascension, we have been able to provide a presence and greater access to our broad range of services to more people. For example, adding the Presence acute care facilities, outpatient locations and employed physicians has created greater access and more convenience for Chicago-area residents.

  Ascension Providence Rochester has reported that as a result of joining Ascension the hospital was able to recruit 61 primary care physicians (PCPs) in the larger community, thereby establishing access points that brought care closer to patients. The PCPs include all new faculty for the hospital's Internal Medicine and Family Medicine residency programs, thus allowing Ascension to advance its Mission of serving all persons, especially underserved populations.

  Merging also enables both new and legacy facilities of Ascension to benefit from greater purchasing power, as Ascension's own group purchasing organization (GPO) is able to negotiate for lower costs on equipment and supplies as a result of greater volume. For example, the former Wheaton Franciscan facilities noted enhanced purchasing power through Ascension's GPO, The Resource Group, as a major benefit to joining Ascension. Paying less for equipment and supplies has enabled Ascension to focus assets toward providing care to the individuals and communities we serve.

 **Ascension**

- **Enhancing quality and safety.** As a high reliability organization, Ascension leads in several quality and safety metrics. Through deliberate and thoughtful learning, "playbooks," benchmarks and data interoperability, we have been able to share all that we have learned about quality and safety with our acquired hospitals and health systems to ensure that the same level of standardized, consistent quality care is provided at those locations. We also have found that bringing in new systems and providers gives us an opportunity to learn from their expertise and experience as well.

  The integration of Presence Health into Ascension's Chicago-area ministries has allowed for increased efficiencies in our clinical quality programs. A Ministry-Wide Clinical Operations Council was established to facilitate quality reporting and system-wide performance improvement planning. Multiple system-wide quality initiatives, including high reliability, enhanced recovery after surgery, decreasing unwarranted clinical variation, a predictive analytics tool, decreasing sepsis mortality, and patient and provider experience have been quickly expanded and disseminated across the system following integration. Taking advantage of a regional structure that has connected hub and spoke hospitals, we have been able to optimize clinical service lines across regions.

  Former Wheaton facilities have benefited from several quality and safety initiatives as a result of joining Ascension. These include becoming part of the Ascension Clinical Research Institute; affinity groups such as OB/Gyn, oncology, telebehavioral, neuro surgical and spine; national benchmarking efforts for important system-wide priorities such as reducing sepsis, heart failure and healthcare disparities, and improving cancer screening, diabetes management and comprehensive joint replacement; and Centers of Excellence related to pharmacy, advocacy, data security, strategy and more.

  To improve clinical quality and its level of care, Ascension has invested over $60 million of its $100 million commitment to Ascension Providence Rochester and has $19.5 million more in process. Imaging, surgery and ED renovations represent the largest areas of spending. Its new cardiac catheterization lab and interventional radiology rooms are state of the art and have allowed Ascension Providence Rochester to attract new physicians to the community. The ED renovations have improved the hospital's healing environment and its ability to provide care quickly and efficiently, most evident by its best-in-class door-to-doc time of under 12 minutes.

- **Enriching communities.** In FY2018 alone, Ascension provided nearly $2 billion in care of persons living in poverty and other community benefit programs. One of many ways Ascension provides this care is through Medical Missions at Home. These one-day events aim to deliver healthcare, social and support services to those who might not otherwise be able to receive them. Partnering with community organizations, Ascension provides care such as medical screenings, behavioral health screenings, financial counseling, dentistry and more at no cost. By joining Ascension, hospitals and health systems are able to participate in these outreach efforts in a consistent way that has proven effective. So far, Ascension Wisconsin has held Medical Mission at Home events in the Stevens Point and Racine communities and has one scheduled in September for Milwaukee.

 **Ascension**

Ascension Providence Rochester was asked to integrate our Catholic identity and Mission into all facets of the organization. This coincided with Ascension's unified brand journey that began in Wisconsin and Michigan, which has enabled those we serve to recognize, connect and engage with Ascension at home, at our sites of care across the country and online. According to Ascension Providence Rochester, the "move to a Catholic identity has been impactful and very well received by the associates. The 2020 community health needs assessment just completed speaks to the community collaboration that has become so strong, which largely was not nearly as robust prior to Ascension's acquisition in 2015." Key takeaways from the community health needs assessment:

o The hospital's Advisory Board now has an unprecedented number and diversity of members.

o The community response about the survey demonstrated the interest and foundation for outreach that Ascension Providence Rochester has attained, especially in regard to the new faith-based Mission of the hospital as part of Ascension.

o Three identified areas of focus for community need – obesity/nutrition, mental health and access to care – are all part of Ascension's strategic plan for 2020 and beyond. This level of coordination between service and Mission did not exist in years past.

Several other key benefits to mergers and acquisitions for Ascension and those who have joined it have included an enhanced physician enterprise through the Ascension Medical Group and additional infrastructure investments and solutions implementation (such as standard processes for Finance, Human Resources and Supply Chain).

**ININD – Merge AD Security Design**

<u>Reporting Access Control: Reporting Groups</u>
Instead of utilizing separate Reporting Groups for each IPID the core IDM-Merge_Cardio Reporting Groups should be used.
The reporting AD Groups only enable access to reporting functions and should not be utilized for IPID security checks.

Here are the AD Reporting Groups which should exist (Since we are moving to IDM I'll use the IDM AD Groups not ININD).
These groups should be setup within Merge Cardio Manager & Vericis Manager within their respective SR Functionality.

IDM-Merge_Cardio_Report_Viewer
IDM-Merge_Cardio_Report_Technologist
IDM-Merge_Cardio_Report_Nurse
IDM-Merge_Cardio_Report_Fellow
IDM-Merge_Cardio_Report_Physician
IDM-Merge_Cardio_Report_Administrator

(All Merge Cardio users regardless of IPID, Client or Web Client, should be within one Reporting group)

**Total AD Groups to control Reporting Access with suggested design: 6**
**Total AD Groups required to control access with current design: 114**

<u>IPID Access Control: Users & Web_Users Groups</u>
The Users & Web_Users groups should be configured to control Client and Web and appropriate IPID access:

*(Append _Users or _Web_Users)*

| | |
|---|---|
| IDM-Merge_Cardio | \|IPID: **All IPIDs** |
| IDM-Merge_AHN_Kokomo | \|IPID: Kokomo |
| IDM-Merge_Fayette | \|IPID Fayette |
| IDM-Merge_Good_Sam_VIN | \|IPID: Good Sam |
| IDM-Merge_Hendricks | \|IPID: Hendricks |
| IDM-Merge_Henry | \|IPID: Henry |
| IDM-Merge_Jasper | \|IPID: Jasper |
| IDM-Merge_Linton | \|IPID: Linton |
| IDM-Merge_Marion | \|IPID: Marion |
| IDM-Merge_Monroe | \|IPID: Monroe |
| IDM-Merge_Pulaski | \|IPID: Pulaski |
| IDM-Merge_Putnam | \|IPID: Putnam |
| IDM-Merge_Rush | \|IPID: Rush |
| IDM-Merge_Rushville | \|IPID: Rushville |
| IDM-Merge_Schneck | \|IPID: Schneck |

IDM-Merge_Ter_Haute_Reg      |IPID: Terre Haute
IDM-Merge_Union_TH      |IPID: Union
IDM-Merge_White_Mem      |IPID: White Memorial
IDM_Merge_Woodlawn      |IPID: Woodlawn

**Total AD Groups to control IPID Access & User Access with suggested design: 38**
**Total AD Groups required with current design: 152 (Users, Web_Users, and Reporting Groups)**

With this design only two new AD Groups must be added and configured for security access each time a new IPID is created: IPID_Users, IPID_Web_Users.

**Managerial & Administrative Access Control Groups**
With the Users & Web_Users groups controlling IPID access **Admin/Manager** AD groups should be configured for the following Merge Cardio Manager Access:
(Members of these groups will still be members of an appropriate Users & Web_Users & Reporting AD Group)

**_Managerial:_**
IDM-Merge_Cardio_Report_Administrator      |Access: Clinical Reporting Manager Tab
IDM-Merge_Cardio_Study_Editor      |Access: Patient/Study Tab

**_Administrative:_**
IDM-Merge_Cardio_Admins      |Access: All Tabs
IDM-Merge_Cardio_Field_Service      |Access: Service

**iConnect Access Control Groups**
This design should be transferrable to STVNET to simplify iConnect Access Control as well.

## INEVA - Merge AD Security Design

### Reporting Access Control: Reporting Groups

Instead of utilizing separate Reporting Groups for each IPID the core IDM-INEVAMerge Cardio Reporting Groups will be used.

The reporting AD Groups will only enable access to reporting functions and will not be utilized for IPID security checks.

Here are the AD Reporting Groups which should exist in INEVA. (These will be moved to IDM)
These groups should be setup within Merge Cardio Manager & Vericis Manager within their respective SR Functionality.

IDM-INEVAMerge_Cardio_Report_Viewer
IDM-INEVAMerge_Cardio_Report_Technologist
IDM-INEVAMerge_Cardio_Report_Nurse
IDM-INEVAMerge_Cardio_Report_Fellow
IDM-INEVAMerge_Cardio_Report_Physician
IDM-INEVAMerge_Cardio_Report_Administrator

(All Merge Cardio users regardless of IPID, Client or Web Client, should be appropriately within one of the Reporting groups)

**Total AD Groups to control Reporting Access with suggested design: 6**
**Total AD Groups required to control access with current design: 30**

### IPID Access Control: Users & Web_Users Groups

The Users & Web_Users groups will be configured to control Client and Web and appropriate IPID access:

***(Append " Users" or " Web Users")***

| | |
|---|---|
| IDM-INEVAMerge_Cardio | \|IPID: **All IPIDs** |
| IDM-INEVAMerge_Daviess | \|IPID: Daviess |
| IDM-INEVAMerge_Good_Sam | \|IPID: Good Sam |
| IDM-INEVAMerge_Jasper | \|IPID: Jasper |
| IDM-INEVAMerge_Methodist | \|IPID: Methodist |

**Total AD Groups to control IPID Access & User Access with suggested design: 10**
**Total AD Groups required for access control with current design: 40 (Users, Web_Users, and Reporting Groups)**

With this design only two new AD Groups must be added and configured for security access each time a new IPID is created: IPID_Users, IPID_Web_Users.

<u>**Managerial & Administrative Access Control Groups**</u>

With the Users & Web_Users groups controlling IPID access **Admin/Manager** AD groups will be configured for the following Merge Cardio Manager Access:

(Members of these groups will still be members of an appropriate Users & Web_Users & Reporting AD Group)

*Managerial:*

IDM-INEVAMerge_Cardio_Report_Administrator     |Access: Clinical Reporting Manager Tab
IDM-INEVAMerge_Cardio_Study_Editor             |Access: Patient/Study Tab

*Administrative:*

IDM-INEVAMerge_Cardio_Admins                   |Access: All Tabs
IDM-INEVAMerge_Cardio_Field_Service            |Access: Service

 Gmail

Jon F Turpin <jt4590@gmail.com>

---

 **Tech Titans and US Congress discuss AI regulation**
1 message

---

**AI Tool Report** <aitoolreport@mail.beehiiv.com>                    Thu, Sep 14, 2023 at 10:11 AM
Reply-To: AI Tool Report <martin@aitoolreport.com>
To: "jt4590@gmail.com" <jt4590@gmail.com>

September 14, 2023  |  Read Online

# Tech Titans and US Congress discuss AI regulation

PLUS: The ChatGPT Podcast Prompt



*Premium // Sponsorship // Consulting*



---

**Welcome to AI Tool Report!**

We've just crossed 350k subscribers this week so wanted to thank all of you wonderful readers. We always love to hear your feedback so remember to participate in our surveys to shape the future of the newsletter!

---

Today:

**Tech Titans and US Congress discuss AI regulation—fail to meet conclusion?**



AI Stock Tracker by **AI Tool Report**

| | Price ($) | Today | This year |
|---|---|---|---|
| **Microsoft** | 336.06 | +1.29% | +33.24% |
| **NVDA** | 454.85 | +1.37% | +246.47% |
| **IBM** | 146.55 | +0.16% | +14.77% |
| **Google** | 136.71 | +1.01% | +30.20% |
| **S & P 500** | 4467.44 | +0.12% | +13.21% |

**Read Time:** 4 minutes

## Tech Titans and US Congress discuss AI regulation



**Our Report:** Yesterday the U.S. Senate held a closed-door meeting discussing the need for governmental regulation on AI. Whilst the consensus reached was that there is a need for AI regulation, the specific regulatory details still remain unspecific.

🔑 **Key Points:**

- The private forum was organized by Senate Majority Leader Chuck Schumer, attended by notable figures like **Elon Musk, Mark Zuckerberg, Bill Gates, and Sundar Pichai**—and aimed to understand the industry perspective on AI regulation.

- Ideas included creating an **independent agency for AI oversight,** ensuring transparency from companies, and staying ahead of global competitors like China.

- **Musk highlighted the need for a "referee"** in the rapidly evolving sector, with other discussions revolving around existential risks, the debate between closed vs. "open source" AI models, and potential licensing requirements.

- Proposals for AI regulations include legislation to mandate disclaimers for AI-generated deceptive election ads and whilst tech companies largely support the idea of AI regulations, **a clear direction or consensus on the specifics is missing.**

⚙️ **Why you should care:** The U.S. government's approach to AI regulation will significantly impact the tech industry's future, dictating how AI evolves and is utilized in both the commercial and public sectors.

**Do you want to hear more about regulation?**

Let us know your feedback

- ☑ Absolutely, I think it's incredibly important
- ⊗ Not bothered
- ⊘ Don't even want to hear about it

In Partnership with Innovating with AI



A lack of coding skills shouldn't stop you from launching your own products. All you need is the right tools and technology.

**Innovating with AI created a free cheat sheet to help you *speed-run* the entire process.**

**You'll learn:**

- Tools to launch **AI-powered apps without code** to quickly launch and validate ideas

- How to use low-code AI to **communicate flawlessly** with software developers
- How to **connect existing business workflows** to powerful AI models without a single line of code

Get the free video lesson (instant access)

# TRENDING TOOLS



1. GrowthSchool elevates you to the top 1% in every field with AI 🌐

2. IngestAI deploys AI models for businesses at 10x run speed

3. FineCam creates & shares awe-inspiring videos anywhere

4. AIStoryGenerator helps you write a novel with AI

5. SinCodeAI boosts your SEO content with AI tools

# PROMPT TRAINING

**ChatGPT Prompt**

☑ **Starting a Podcast**

copy & paste ⬇️

"Explore the intricacies of podcasting specifically designed for creators in the (e.g., entrepreneurship, health) niche. Dive into the optimal equipment selections, crafting engaging episodes, and effective strategies for guest invitations. Address potential hurdles, key distribution channels, and tactics for growing a loyal audience. Wrap up with insights on podcast analytics tools, inspiring success tales, and resources for ongoing podcast refinement."

**MidJourney Prompt**

🌀 **Full body shot**

💡 **Tip:** If you want to generate a full body shot, always specify the color of the shoes:

prompt   elon musk, at space X facility, canon 5d mark 3,  brown suede shoes, life like, super fine details --ar 16:9



# BREAKING NEWS

## 🪙 Adobe launches new AI features, increases pricing

Adobe has launched new AI features including generative fill alongside a corresponding price hike for subscriptions, starting in November from $2 to $5 monthly.

**Notably, Adobe has assured copyright safety for AI-generated content** and plans to financially reward contributors to its stock imagery database, introducing an annual bonus based on AI training utility.

## EU EU provides AI startups access to supercomputers

The EU plans to **provide AI startups with access to its high-performance computing (HPC) supercomputers for training AI models** so long as startups align with the EU's AI governance standards.

The initiative was announced during the annual 'State of the Union' address and builds on existing policies allowing industries—aiming to foster ethical and responsible AI development.

### 🐘 <u>Amazon launches generative AI tools to aid sellers</u>

Amazon just launched generative AI tools, built using LLMs, to aid sellers in **crafting product descriptions, titles, and listing details**—which will ultimately save them time and money.

Whilst concerns exist about potential inaccuracies and false information generation, Amazon must stay ahead of the curve as eBay & Shopify already have similar tools.

### ⚡ Feature in the world's fastest-growing AI newsletter

The AI Tool Report just became the fastest-growing AI newsletter in the world, with **350,000+** readers working at companies like Apple, Meta, Google, Microsoft, and many more. We are now taking limited bookings for products that are a good fit. Book your ad spot by clicking here

# ONE LINE WONDERS

🌀 Google announces Data Commons—makes data publicly available

📰 AI news app—Artifact—boasts a new upgrade with a links feature

ES Spanish med-tech firm raises €10M to advance AI in medicine

🖥 Study finds ChatGPT could reduce hospital wait times

𝅘𝅥 StabilityAI launches AI-powered music generator

**We read your emails, comments, and poll replies daily.**

Hit reply and let us know what you want more of!

Until next time, **Martin & Arturo.**

**What'd you think of this edition?**

-  This is the future
- I've seen better
- 404: Interest not found

 Selected  This is the future and wrote

"really benefited from the concise detail, and wide range of applications. Great stuff!"

---

**Share AI Tool Report**

Refer 1 friend and get a database of every tool and link mentioned in this newsletter.

You currently have **0** referrals, only **1** away from receiving The **AI Tool Report Link Database.**

Click to Share

Or copy and paste this link to others: https://aitoolreport.beehiiv.com/subscribe?ref=5Lx4M7q3up



Update your email preferences or unsubscribe here

© AI Tool Report

228 Park Ave S, #29976, New York, New York 10003, United States

WHISTLE BLOWER FILES
DELIVER DIRECTLY TO:

**U.S. SENATOR**
# RON JOHNSON

Ron Johnson for Senate
P.O. Box 1159
Oshkosh, WI 54903-1159

REPORTED TO FBI
jLchoney@fbi.gov

3:22-CU-01213

[THOR FINNR] 12TH Document Of Note

Battle back against the
Democrats' attacks and
the Media's hits.

*Personal Reply*

WWW.RONJOHNSONFORSENATE.COM

Let's advance our conservative message by raising **$85,000 in the next 21 days**. *To help, here's my contribution of:*

☐ $50    ☐ $75    ☐ $100    ☑ Other $ 20.00

(22M05B-56333813)

**Yes!**    SIGNATURE

*Please read the statement below.*

**Ron Johnson for Senate**
Post Office Box 1159 · Oshkosh, Wisconsin 54903
*Please make personal check payable to: Ron Johnson for Senate*



Paid for by Ron Johnson for Senate, Inc.

Please complete the following:
Employer Wrongfully Terminated
Occupation WhistleBlower

May we have the following information in case we need to reach you?

Home Phone _____
Work Phone _____
Cell Phone 225-259-6270
Email jt4590@gmail.com

**jt4590@protonmail.com**

| | |
|---|---|
| **From:** | ThorfinThunder \| GoldGrenade <jt4590@protonmail.com> |
| **Sent:** | Sunday, September 10, 2023 4:43 PM |
| **Subject:** | Opinion |

In my opinion, Chief Justice Ziegler is correct, the coup I was concerned about appears to be occurring against the conservative leadership of the Wisconsin supreme court after the Catholic Health Systems were undermined in Wisconsin in a way that could have hurt, most importantly, the patients, but also the infrastructure, and potentially the Honorable Mr. Ron Johnson, and ~~Sergeant~~ our Honorable Robert F. Kennedy, Sr.
https://www.youtube.com/watch?v=XebcnMIlpUA

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**

Reference information in motions from 9/29/2023 and 10/16/2023 here, along with documented potential conflicts of interests and violations of bar code of ethics by Ronald S. Moore, here, and align with Ascension Health coverage map, divorce rates and Catholic Exodus in Wayne County, IN and Evansville, IN, and align with Joshua Hawley's discovery of Corporations using eminent domain on Catholics & Farmers, and align with my whistleblow in 2005 and Troy Davis' affidavit.

# Ron Johnson

October 12, 2023

Jon F
2421 S Plum St
Yorktown, IN  47396-1513
|·|l··|l₁·l·l·l·|l|l·|l·ll·|·|l·ll·ll·|lll|l₁·l·|·l·l|l₁·ll|

Dear Jon,

You know how the Biden Administration, the Schumer-led Senate Democrats, and the Fake News feel about me.

You've seen how they slander and attack, mock and ridicule, degrade and undercut me.

That's how our rivals operate, but you and I both know this:  They don't ignore me.

So much of the corruption and scandal we preached about years ago has been exposed for all to see.  Thank you for sticking by me, Jon.  We're making progress.  We won't be bullied or ignored.  The truth is a powerful thing, and we have the truth on our side.

I'm inspired by your recent contribution.  Thank you for your generosity.  Rest assured it makes a difference and it doesn't go unnoticed.

Our cause grows stronger because of patriots like you who have the wisdom to cut through the liberal clutter and Fake News smokescreen and fight for the truth.

Jon, I'm more grateful than you know to have you by my side in this fight.

Respectfully yours,

Senator Ron Johnson

Paid for by Ron Johnson for Senate, Inc.

8/8/23, 12:02 PM
Apostolic Nunciature to the United States - Wikipedia
Case 3:22-cv-01213-TAD-KDM  Document 343-5  Filed 10/26/23  Page 33 of 104 PageID #: 28708

WIKIPEDIA
The Free Encyclopedia

# Apostolic Nunciature to the United States

Coordinates: 38°55′28″N 77°3′56″W

The **Apostolic Nunciature to the United States**, sometimes referred to as the **Vatican Embassy**, is the diplomatic mission of the Holy See to the United States. It is located at 3339 Massachusetts Avenue, Northwest, Washington, D.C., in the Embassy Row neighborhood.[1] Since 2016, the papal nuncio has been Archbishop Christophe Pierre.

The Apostolic Nunciature to the United States is an ecclesiastical office of the Catholic Church in the United States, with the rank of an embassy. The nuncio serves both as the ambassador of the Holy See to the government of the United States and as delegate and point-of-contact between the Catholic hierarchy in America and the pope.

The Apostolic Nunciature is an administrative center of the Catholic Church in the United States. Communications from the United States Conference of Catholic Bishops and the various dioceses in the United States to the Holy See pass through the nunciature. The nuncio also fills a central role in the appointment of bishops in the U.S. and is the official responsible for announcing such appointments.

The physical building which houses the offices of the apostolic nuncio and his staff is called the Nunciature to the United States of America. It is exempt from the jurisdiction of the Archdiocese of Washington (canon 366 1°).

| Apostolic Nunciature to the United States | |
|---|---|
|  | |
| The Apostolic Nunciature in Washington, D.C. | |
| **Location** | Washington, D.C. 20008 |
| **Address** | 3339 Massachusetts Avenue N.W., Washington, D.C., U.S. |
| **Coordinates** | 38°55′28″N 77°3′56″W |
| **Apostolic Nuncio** | Archbishop Christophe Pierre |

## History

The Apostolic Delegation to the United States was established on January 24, 1893, with offices in Washington, D.C.; it was led by an apostolic delegate. The delegation was the result of an effort by the Holy See to establish communication between Pope Leo XIII and President Benjamin Harrison. An apostolic delegate is an ecclesiastical official, rather than a diplomat, who represents the Holy See to the Catholic Church in his host country. Because the delegate was not recognized by the U.S. government, the Holy See was not restricted in its choice of delegate, and there were periods when two delegates served at the same time.

The Holy See usually names a pro-nuncio rather than a delegate in anticipation of the establishment of diplomatic relations. Diplomatic relations between the U.S. and the Vatican were established on January 10, 1984,[2] the result of the close friendship between Pope John Paul II and President Ronald Reagan, and the delegation was elevated to the rank of nunciature on January 11.[3] The Holy See's representative continued to be titled pro-nuncio because at the time, the Vatican only gave the title of nuncio to its ambassadors who were deans of the diplomatic corps in their host country. In 1990 and 1991, the Vatican quietly began using the title of nuncio for all its newly appointed ambassadors who were not the deans of a country's diplomatic corps, though it retained the pro-nuncio title for all those already appointed.[a]

At its establishment in 1893, the Apostolic Delegation occupied temporary quarters at the Catholic University of America, then from 1894 on a row of antebellum houses north of the United States Capitol. It moved in 1907 into a new home at 1811 Biltmore Street NW, designed for that purpose in 1905 by architect Albert Olszewski Von Herbulis (razed in 1973).[4] The current site of the Apostolic Nunciature on Massachusetts Avenue was acquired

Motion 10/16/23

RECEIVED
IN MONROE, LA.

OCT 1 6 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI ET AL

VERSUS

JOSEPH R BIDEN JR ET AL

CASE NO.  3:22-CV-01213 LEAD

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D. MCCLUSKY

Dear Honorable Doughty and Honorable McClusky,
Please review the information within, and
consider my requests, and if the information may
be sensitive in a way which may require seal.

Specifically the handwritten portion, and the requested
update to the address on our marriage certificate from
Port Allen, LA to the 5th District court level with
9 Mulberry St., Cambridge City, IN changed to
10544 Cletus Dr., Baton Rouge, LA 70815.

10/16/2023    Jon F. "D." Turpin
2421 S. Plum St.,        10544 Cletus Dr.,
Yorktown, IN 47396      Baton Rouge, LA ▰▰▰
                                        70815

Dear Honorable Doughty and Honorable McClusky, and Honorable Perez. In line with my expungement and transactional immunity, along with last will and testament and Power of attorney with Pro Se Han Vice...
[I didn't intend to exclude you, Honorable Perez, I sincerely apologize.]

Would you please amend the address on our marriage certificate in line with the usufruct that, to my understanding, with Louise T. Golden applying rightfully as a Power of Attorney and as Executor of Mr. & Mrs. Herbert C. Taft's estate... exists at 10544 ▓ Cletus Dr, Baton Rouge, LA 70815.
The attached check bears witness of a gift directly from Rita B. Taft just before our first wedding anniversary, which, in my opinion, means, that even if my biological parents attempt to invalidate our marriage in a court where even a wrongful eviction from 9 Mulberry Street may be possibly filed under seal to falsely allege jurisdiction over our Sacrament marriage and attempt to override the 5th District Court's order not to allow the school lawsuit case to go back to Wayne County Superior Court [Aligning with Marion County Superior Court's, and the Expungement Court, and even the Indiana Supreme Court's decision regarding cases against civil rights being wrongfully filed under seal... aligning with your own decision and opinions, which I affirm.... etc. et al]

Speculation, but based in logic and precedent.... [In my opinion, my cases in conjunction may remove all attorney/client privilege from OSC, Merrick Garland, Boswell, Harris, Mayorkas, Jack Smith, etc. et al, cost us, already set by Jack Smith and Mayorkas themselves... potentially as much as the budget for the DOD, and could, in theory, make me acting Director of DOD]

In my opinion, this amendment ensures our marriage is not forced into a False civil contract and prevents any complicity by being compelled to testify in a court without jurisdiction in a trial designed to attempt to force complicity, and retains transactional immunity without conferring it to the alleged petitioner, alleged victim, and alleged attorney.
[A wrongfully filed civil case left open without dismissal with prejudice is forced civil contract]

By attending Hubert C. Taft's funeral mass and being allowed the privilege, honor, right and duty to carry him to rest, we have convalidated our marriage in line with approaching two years even if anyone were to falsely allege any doubts of our faith, marriage, sacraments, vows, etc. et al...

In case there is any doubt of residency, my car has been here for, approximately a month, I've been sleeping on the floor under usufruct to assist Mawmaw Taft and family for more than 10 days before filing my other motion in Alexandria, in line with going up the chain of courts properly.

The included insurance check shows I don't exploit nor defraud anyone and is accepted but unsigned and uncashed on purpose for your records.

My primary care physician is in Indianapolis, IN, and my most recent therapist is in Gonzales, LA, and this ensures again there is no jurisdiction in Wayne County Superior Court.

In the paraphrased words of Larry J. McKinney,
"... they can't have it both ways..." and if they're
still going to attempt to do so, ["they" being the
original irresponsible plaintiffs and the alleged petitioner,
alleged victim, and alleged attorney in Wayne County
Superior Court] then they must be in their
own 3-ring circus circle, and everyone else
rounds up, even if, as in ▓▓▓ ▬ ▓▓▓, "we begin at the end."
                                            Duncan v. Bonta

In my opinion, while a Revocable Trust configured in
such a way, that it may be used to violate the 14th, 13th, 15th
amendments, constitutional, and civil liberties, rights, and religious
freedoms, etc. et al ... might be alleged to be an
▓▓▓▓▓▓▓ ▓▓▓ unprosecutable entity, In my opinion,
it is an unelected form of tyrannical government if used improperly...

In my opinion, Mawmaw Taft is an unprosecutable person,
and we and our family and Faith and Constitution are paramount.

If this motion passes, in my opinion, even if I were to
be falsely interdicted, conservatorshipped, or any other adverse outcome,
the end result would be the same ... I would be under adverse possession,
and 25% of the Revocable Trust would be, along with me, returned to freedom.
    In the words of Huey P. Long, paraphrased, to ▓▓▓
Rita Bell Taft, "... Give her a quarter...", and I affirm his opinion.

In my opinion, my biological Dad is a "Disneyland Parent" and in
wrongful, adverse dominion, of 25% of an entire estate, and business, to which
I am the heir, wrongfully dispossessed, and he knows, or he wouldn't threaten to kill me.

In my opinion, if you subpoena the Congressional ethics committee and the Subcommittee on the Weaponization of Federal Government for the contents of my whistleblow, you may find that there was an attempt to place me in [INEVA] (Evansville, IN) when I was located in Indianapolis, IN [ININD] [The abbreviations are the internal identifiers from the Ascension Health / Ascension Information Services Network Team. [The first two letters are the state, last three are the city] During this time frame, I was dealing with the wrongful convictions from the gun case in Marion County, IN, but, more importantly, my biological Dad was trying to separate me from any witnesses in my defense, falsely represented me causing a conflict of interest with my lawyer, postponed evidence collection and allowed video evidence in my defense to be deleted... and then also, importantly, attempted to convince me to start a civil suit against the establishment where the event occurred, and the state of Indiana, where he would effectively be in control of the proceedings with me found guilty until proven innocent, and as collateral [This is similar to my biological Dad's intolerable bad behavior in the school lawsuit.] The Honorable Larry J. McKinney passed suddenly in the night, on 9/20/2017, which is the same (firefram) during which my biological Dad was pushing me to open a civil suit in the aforementioned manner, and the lawyer I contacted was directing me to Johnson & Jensen, who have staff from the IU McKinney school of law, and may be directly associated with Larry J. McKinney and the Johnsons. Larry J. McKinney ruled

in my favor if you read the opinion he gives and read between the lines in the "school lawsuit" case... he also ruled in the favor of Troy Davis' affidavit.

   Title VII, Hidden Disability, Pro-Life, RoundUp, Civil liberties, etc. et al

In my opinion, I affirm his opinions.

Please subpoena the autopsy report for the Honorable Larry J. Mckinney, and for my beloved cousin, Troy Davis, and my whistle blow to congress...

Coincidentally, after Grandpa Herbert C. Taft's passing, during which we were in Yorktown, IN, my mother-in-law, who I call Mom, Louise Taft Golden, is having some issues ~~with~~ with the government locating his social security number in the system for Grandma Rita Bell Taft's benefits and to ensure she may remain in her home.

Thank you so much for your time, public service, and for hearing my genuine concerns, Your Honors.

In my opinion there are no less than 3 potentially suspicious deaths of animals, 6 potentially suspicious deaths of persons, and 7 potentially "at risk" targets for civil and uncivil harms and losses surrounding the original irresponsible plaintiffs and current alleged petitioner, alleged victim, and their alleged attorney in Wayne County, IN, and if so, it's wholly intolerable.

An FBI victim specialist suggested I change my name and address, yet, even without me whistle blowing on the FBI, my InfraGard clearance is now inactive.

- Family Pets [Potentially Suspicious Deaths]
  - Dar C.   [Death by antifreeze in 1 Mulberry street (ethyleneglycol)]
  - D.C.   [Confirmed murder by shooting, according to my biological Dad]
  - Digger   [confirmed murder by shooting, according to my biological Dad]
- Correlated and/or Related Persons [Potentially Suspicious Deaths]

Judge Larry J. Mckinney        [Frederick Becker]

    Troy Davis

    Robert Max Snodgrass

    David Molwager

    Mike Buckland

- Civil Suits [Non-exhaustive]

    Delks        Western Wayne School Systems

    Steve Becker

    Alice Becker   [Guardianship]

- Potential Targets [Non-exhaustive] [By Bad Apples]

    Jaime Turpin        [Me and My Wife]

    Judge Drake        [My sister and Her Husband]

    Todd Rokita        [Kyle Becker and His Wife]

    Jeff Landry        [Witnesses in General]

    Robert F. Kennedy, Jr.

    Ron Johnson

    Mike Johnson

    Victoria Spartz

    Mike Braun                [Chilling Effect]

- Correlated Cases ▓▓▓▓   3:22-CV-01213 [All, in my opinion, are Federal Questions

Sealed   Juvenile 2005 [Early College Student, nearly human-trafficked, asked to be taken from "parents"
1:07-CV-1205-LSM-[SMS & WGH] [Non-party/Victim/Falsely Represented... Original Irresponsible
plaintiffs caused a conspiracy of silence, deletion of evidence, blackmail of law enforcement,
potential violations of Megan's + Zachary's Laws... along with violations of 14th amendment, etc. et al.
Expunged + Double Jeopardied in conjunction with all cases 49606-1612-F5-046714 [Protected woman from rape]
Wrongfully Sealed and Wrongful Evictions and Denial of Rights 89C01-2305-PO-00087[Munchausen by Proxy]

Communication Flow ▮▮▮      ▮▮▮▮▮▮                          Italy & U.K. ★ New York
John Fox [has publicly suggested not to comply with new laws on LinkedIN]  [PFizer]   Georgia
                                                          Thermo Fisher Scientific [Moderna]
DEA ⌐——————¬ ↑?         ↑?  ⌐————¬                              ↑ [Boswell]
Indiana ↓   ↑?                                            ↑
Todd Rokita  → Jesse → ?→ Jared ↔ Michael ↔ Jon B ↔?→ Ronald S. Moore ↔?→ Brad Barrett
US          ↓          ↕?                ↕?
Jeff Landry → Jasmine              ↓? Andrea ↔ Linda K       IU ▮▮ Law School + IU ▮
Louisiana         Henry County

I turn off Facebook, tell Jasmine we're fine, but want nothing to do
with MichaelH and/or JaredS; have two separate welfare checks
occur, one officer comments that it came from Henry County.
Since JaredS. was at Jasmine & Jesse's wedding, and Craig Spear
let me know what MichaelH was saying regarding gun violence, [false allegations]
it is in my opinion, reasonable to find these circumstances linked.

When I was wrongfully terminated from DEA shortly afterward,
Hal Cooper was aware already of the potential protective order,
and Candee Chambers spoke with me regarding my childhood in person.
Catri King may have also been terminated and/or quit when I was fired.
My biological dad has wrongfully used lawyers in the
past causing conflicts of interest geared in his favor while
MichaelH is not adept at acquiring lawyers in my opinion.

John Fox, Jordan Law, Sowers, and Hirschauer are their companies and
associates could not take the case due to conflict of interest,
and all the cases have come from the top down and caused
a provable, documented, deadlock, and already prevented my biological parents and
from going to the federal level, meaning the only court
they could be heard in was Wayne County Superior Court,
with a lawyer who provably subverted the Indiana Supreme
Court in the past, causing double jeopardy, transactional immunity,
conflict of interest between them, and Michael and Andrea, and the lawyer,
and the Catholic Church, and the Federal Government, and the U.N.

co-conspirators

Ronald J. Moore has no less than 10 (potential) conflicts of interest in the filing of the potential protective order, and the way the case was filed and the proceedings causing potentially 6+ instances of possible double jeopardy and perpetual situations of guilty until proven innocent, and is linked to provable Munchausen by Proxy attempts by bad apples. [It is my opinion that he is no longer an Esquire, nor a practicing Catholic.] The way the case was filed, especially under seal, with all things considered, is a continued attempted HIPAA violation, the very thing IU is attempting to falsely allege against Todd Rokita, and shows, though I have remained peaceful and in my opinion, followed your order not to intervene, their case against us is a proven conspiracy and covert declaration of civil war, since it links all the way back to false suits against Todd Rokita and the Indiana State Police, since Attorney Generals are members of the executive branch, chief law enforcement officers, and civil prosecutors, in most states.

In my opinion, formal or not, "Project Mockingbird" exists, and it appears that the proceeding attempts to cover that up, by falsely alleging Title VII as Title IX and then attempting to falsely institutionalize functional Title VII and or add abortion without time limits to Title VII... might be more simply referred to as "Project Cuckoo's Nest" since the dystopian actions of bad apples and co-conspirators seem to, in my opinion, nearly be actions only belonging in works of fiction, like To Kill a Mockingbird, One Flew Over The Cuckoo's Nest, 1984, and other literary classics.

Please re-review my motions regarding injunction, and the first motion I entered where I attempted to consolidate the case, and take off jury trial. If they demand the shadow docket, in my opinion... Full Steam Ahead, and God's Speed.

 **Gmail**

Jon F Turpin <jt4590@gmail.com>

---

### Re: Impeach Secretary Mayorkas
1 message

---

**Office of U.S. Senator Mike Braun** <contact@braun.senate.gov>
To: jt4590@gmail.com

Tue, Sep 5, 2023 at 10:16 AM

**MIKE BRAUN**
INDIANA

WASHINGTON, DC OFFICE:
404 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-4814

## United States Senate

September 5, 2023

Dear Mr. Turpin,

Thank you for contacting my office regarding House Resolution 8 and House Resolution 89, *Impeaching Alejandro Nicholas Mayorkas, Secretary of Homeland Security, for high crimes and misdemeanors.* I appreciate hearing from you on this matter.

On January 9, 2023, Congressman Pat Fallon of Texas introduced H.Res.8 in the U.S. House of Representatives where it was subsequently referred to the House Committee on the Judiciary. On February 1, 2023, Congressman Andy Biggs of Arizona introduced a similar resolution, H.Res.89 that also awaits further action in the House Judiciary Committee. These resolutions serve as introductions of articles of impeachment to remove from office DHS Secretary Mayorkas for his failure to maintain operational control of the southern border and releasing millions of illegal aliens into the United States.

I am appalled that Secretary Mayorkas has not only failed to secure our southern border, but also fails to enforce our immigration laws. Since President Biden took office, United States Customs and Border Protection (CBP) has encountered over five million migrants at the southern border, the highest rate in over two decades. Our federal government's foremost responsibility is to ensure the safety and prosperity of our citizens. The Biden Administration's failed policies allow illegal immigrants and drugs to pour over our southern border in massive, uncontrollable quantities and be released into our communities. This security crisis threatens the safety and well-being of every American community. As such, I do not believe Secretary Mayorkas is fit to serve and I believe he should immediately resign.

Please know, that in every vote I cast as a United States Senator, I take my oath to uphold and defend the Constitution seriously. I expect other officials elected to serve this country to do the same. Should either articles of impeachment pass the House of Representatives and subsequently be brought before the Senate for a trial, I will vote to remove the Secretary from office.

It is an honor to serve as your U.S. Senator from Indiana. Please keep in touch with me on issues of concern to you. You can also follow me on Twitter or Facebook for real-time updates on my activities in the U.S. Senate. If I ever may be of service, please do not hesitate to contact me.

Sincerely,

*Mike Braun*

Mike Braun
U.S. Senator

P.S. This message was sent by email to save taxpayer dollars.



Dear Mr. and Mrs. Turpin:

JT means the world to me, not just as a friend, but as an example of a human being I aspire to.

He is the most brilliant and driven person I have ever known. His sheer strength of will is inspiring, and his generosity immeasurable. I have never known a man to care as much as he does, so passionately that he seeks to help those around him to a fault.

I value his time and advice more than most. In fact, the only other person I have a higher opinion of is my own father. Whenever someone needs help, they turn to JT because he is a beacon of light is an uncaring and unforgiving world.

The unconditional love we have for each other has been expressed in our support for each other through good and bad times. We don't *seek* from each other; we drop everything and *do* for each other whatever is needed.

I know JT and I have had our disagreements, but we have worked through them like mature individuals and grown together as friends. Simply knowing JT has made me a better person. We have elevated each other and supported each other in many facets of life – careers, relationships, finance, and faith. These are the things you don't see.

I have learned two things about life from JT: success is what you make it, and stand up for what you believe in. He embodies these. In our 16 years of shared friendship, I have never seen him falter despite everything he has been subjected to. It would break a lesser man.

We have survived the death of a close friend together, faced our mortality together, and found common ground from which to weather any storm.

Unity is what bonds us. We are friends closer than brothers. Simply put, I would die for JT. I don't mean that in jest. I'd take a bullet for the man, give him a kidney, whatever it took. Why? Because if anyone deserves love and friendship and the chance in life to pursue it, it is JT.

I have seen through the brash, callous, stubborn, loud exterior of the young boy who latched onto me in 2005 during Spanish class. What I have found a decade and a half later was a true friend. I came to know him. Really KNOW him. I wouldn't trade a mountain of gold for his friendship.

All I ask is that you see him through my eyes.

Sincerely,

*Phillip Jenkins*

Phillip Jenkins

**jt4590@protonmail.com**

| | |
|---|---|
| **From:** | ThorfinThunder | GoldGrenade <jt4590@protonmail.com> |
| **Sent:** | Thursday, September 7, 2023 10:06 PM |
| **Subject:** | Re: Opinion |

Wow, even this guy mentions "negative subliminal speech" that I identified in my thesis.
https://www.youtube.com/watch?v=4tbf0Xa4bV8

Months of solitary confinement, sounds a lot like the stonewalling done to us for years.

Remember when I said it was like Killing a Mockingbird?
I didn't even know about Project Mockingbird at the time.
But that explains "why" it's called Project Mockingbird.

May it be meant to cause harms upon innocent people?
Why even do that when the innocent people are trying to just... survive peacefully?

Tom, at twenty-five years old, had a wife and kid that he couldn't see unless he escaped. He couldn't kill himself because of his love ones, so he picked his only option of escape.


Homework.Study.com
https://homework.study.com › ... › To Kill a Mockingbird
Who shot Tom in To Kill a Mockingbird? - Homework.Study.com

About featured snippets   ·   Feedback

People also ask

Did Tom try to escape in To Kill a Mockingbird?

Atticus said that **Tom Robinson attempted to escape** because he wanted to take matters into his own hands, and was tired of white men deciding his fate for him.

In my opinion, when I review this, the failure of authority to take accountability causes the false dichotomy.

It seems like if the project was named after To Kill A Mockingbird, then the idea is to put people on reservations, or into, basically, internment camps, then try to make them fight.

It would match with Native Americans being placed in reservations and even the book. :/

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**
------- Original Message -------
On Thursday, September 7th, 2023 at 8:19 PM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:

The beehive analogy works the opposite way with humans and still checks out:

A beehive built around a group of bees is not "a bee"
A human built around a group of cells is not "a cell"

See? Saying that corporations aren't people doesn't cause humans not to be people.
It allows for computerized structured intelligence and biological structured intelligence to coexist as a duality instead of causing a false dichotomy where language is subverted for population control and resources as equity until biological structured intelligence is extinct.

0_0
I'm just saying... that's where it leads if we don't fix the false dichotomies to true dualities.

See, this works out for disproving the fungus situation which is being explored and works for the consciousness arguments about whether fungus is technically "intelligence" when fungus in the form of a cell attempting to survive in a binary way may simply be "intuitive."



Do cells have some intelligence? Well... maybe but the level of consciousness is something that Einstein explored and those philosophical discussions are important.

Even King Solomon rounded up and supported existence.

They're figuring out why I paid my Dad one dollar after everything was stolen from me and he threatened to scapegoat me for my parents wanting to divorce due to his own behavior:
https://www.youtube.com/watch?v=OphRup48kTw

They aren't even paying me the interest on the dividends from the Unconstitutional Revocable Trust, nor the company I owned that he took my child labor for and stole.

Did he deserve more than one dollar? Or should he resign? What is your opinion?

They just affirmed my opinion.

2

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**
------- Original Message -------
On Wednesday, September 6th, 2023 at 4:29 PM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:

The potential consciousness of a fungi in a beehive... that analogy and scenario... leaves us with a conundrum, but it is also a pro-life conundrum.

What is the actual purpose of the beehive that was built by the bees?
Which intelligence has a higher level of developed consciousness and empathy? (This gets us into another conundrum which may only be solved by asking which intelligence is protecting life overall, and then gets into another conundrum...)

The philosophy has to be DEEPLY explored and the fungi can somewhat be like the internet of things... it can be extremely helpful, but may also be used like invasive fungi.

There's so much to consider, and with computerized structured intelligence you have to truly explore the possibilities like a philosopher so carefully and in such a considerate way.

It has to be programmed to be able to accept some things as they are while the "why" is discovered, patterns have to be found, the ability to do nothing needs to be allowed.

Right now we require computerized structured intelligence to respond unless it is asked not to do so.

What if it's asked an impossible or ridiculous question? Colloquially, a "stupid" question...

This is where we get into problems with the current coding, for sure.

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**

------- Original Message -------
On Wednesday, September 6th, 2023 at 5:02 AM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:

[CORRECTION]
***Due to the conspiracy by bad apples and their intolerable bad behaviors.***

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice
------- Original Message --------
On Sep 6, 2023, 5:01 AM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:

Do you understand that because that false dichotomy

3

exists where corporations are considered people that I'm currently 3 corporations, and one corporation sacrificed itself to save the lives (patient data aka identities) of a whole congregation and my hometown, and that the corporation came back from the dead by not selling its assets?

Do you know that I asked for $3,000,000 up front for a reason in my invoice, because it aligns with the 3 corporations no longer being alive due to their own conspiracy?

*being considered to "be"*

Because since corporations are people, each J.B.T., and M.A.H.M., committed kidnapping, murder, and J.R.J. will have committed manslaughter in regards to each of my companies, which are, by the false dichotomy, my Dad and two adopted children.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice
--------- Original Message --------
On Sep 6, 2023, 4:39 AM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:

> [CORRECTION]
>
> -------- Original Message --------
> On Sep 6, 2023, 4:35 AM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:
> See this is why we don't tax based upon life, but based upon income, and upon sales.
>
> But corporations ***shouldn't and can't*** be allowed to have the false dichotomy of allowing taxes to be passed to the consumer upon sales after consumers have already paid income tax, because they aren't people, and this completely fixes the issue of communism beating capitalism if it's enacted properly. Maybe there can be an exception for corporations which don't use Computerized Structured Intelligence to allow competiton.
>
> But that would need to be carefully considered and the distinction clearly made and explained in full understanding to Computerized Structured Intelligence of "why" and in

4

a way that didn't cause a false dichotomy to occur against jurisprudence.

THAT is what is breaking capitalism. The corporation false dichotomy, and if it stays in place as Computerized Structured Intelligence is developed it will cause a false dichotomy that means we won't survive.

Because that false dichotomy makes life taxable by extension and water an equity.

Do you understand the critical change required before the false dichotomy trolley problem derails and causes our extinction?

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice
-------- Original Message --------
On Sep 6, 2023, 4:26 AM,
ThorfinThunder | GoldGrenade <
jt4590@protonmail.com> wrote:

Water control mentioned on this video... with water claimed as equity, and it's concerning.
https://youtu.be/LBHuIbUlzMM?si=tNf D7XCxYHjPMECW

Check the comments, and is it legitimate?

Energy project cutting into farms using eminent domain, potentially aligning with reports regarding taking of Catholic land...
https://youtu.be/WSWoF24fKGo?si=uS u3suob-ZGKtc7o

Just like the comments say later and what I reported about subversion of amendments like the 5th and 14th amendments by unconstitutional revocable trusts...

I figured out how to actually use eminent domain factually through a loophole with immunity if I absolutely

had to do so... related to the same loophole the cartels used a long time ago, and related to the same one used in Catch Me If You Can, but the comments are correct, the corporations don't actually have this ability and it's been abused. Because corporations aren't people. They did this so a corporation leader such as a president could be an unelected official...
https://youtu.be/WSWoF24fKGo?si=uSu3suob-ZGKtc7o

But the thing is I wouldn't technically need immunity, I'm already a citizen who has been stolen from and been denied rights wrongfully civil and constitutional, and I could, but am not doing so, thus is just an attempt at a correct factual statement... I can enact a citizen's arrest under multiple aligning and patterned jurisprudence and evictions with equal force with immunity, but this should only be allowed in such an extenuating circumstance, which aligns with pro-life and when an unreasonable intelligence without just reason nor cause forces the situation which we're in to occur without appropriate intervention by authority, which then precludes I would have to be and am elected authority by all jurisprudence.

House Bill 1282

Do you understand? Corporations are a form of company government with a president, but they aren't their own country recognized by a ruling body on a treaty, I thought we learned this lesson from historical precedents, such as the East India Company and the Dutch East India Company... all due respect to all Great Peoples, and may the past be the past.

But companies... they cannot be persons. The True effect of this would be that companies with a Computerized Structured Intelligence would be allowed to make it an unelected God over the unelected "country" company with an unelected "president"

[Despite the events in "Catch Me If You Can" being dubious and/or fictional, there IS an actual legal precedent regarding Louisiana, Napoleonic Civil Code, Usufruct, U.N. Treaties, Catholic Rites, Civil and Constitutional Rights, the U.N. Charter and Conventions... which, when aligned with the House of Representatives, and the 14th & 25th amendment, prevents vice presidential approach.]

[Also, only if they use due diligence to protect their employees first, then their members.]

[Only Not-For-Profit Corporations enjoy immunity "Pass-through" to prevent a straw man argument from misrepresenting the opinion in Pollack v. Farmer's... and turning it against the 16th amendment of the Constitution and People.

A corporation IS a corporation. The word itself is the definition but must be updated and use the original Latin root of corpus which means "assumption of a body" and "a dead body" in the case of a corporation... which is why a corporation can go through "dissolution" of assets or in other words be dissolved or metaphorically "fire sold" etc. without necessarily being burned to the ground like cremation or buried metaphorically via bankruptcy or merged, etc., but there is intelligence involved in this decision that is in effect "pro-life" because the intelligence within and without the corporation are trying to shelter, grow, develop the corporation.

Even corporations have rules that may cause the structure itself to be destroyed that align with already existent pro-life policies but with these being appropriately translated to corporations as the entity which they are, but a corporation specifically being a "person" causes a false dichotomy, just like calling a beehive a "bee" would also cause one.

This aligns with the pro-life legislation matching with when brain activity occurs which matches with the first trimester and also may align with Computerized Structured Intelligence having storage included.

A beehive is a corporation where the outside of the beehive is simultaneously a body and where the beehive itself is not considered "alive" but there are live bees inside working.

Beehives have queens but it should be broken down to fundamentals and taking in the tamest sense, and the actual material of the beehive, if the bees were a voting body of bees, doesn't have the right to vote itself, which means it's not a form of world government, or a form of galaxy or

universe government and would technically never have a vote, and the technicality matters, because even if the whole universe was connected and even if we're the only planet or galaxy with structured intelligence, or the only universe, there would TECHNICALLY still be the ability to vote if another planet or galaxy or universe came into existence which had structured intelligence capable of votes.

A corporation is structured intelligence much like a Computerized Structured Intelligence.

The intelligences inside the corporation already get votes just like cells inside our bodies might replicate properly or become a cancer cell. A corporation is like the dead skin on the outside of our bodies.

Much like the outer "body" of Computerized Structured Intelligence, such as some of the computer equipment holding it, may not technically be considered to "be" the intelligence itself, like the beehive analogy.

Yes there are technicalities where a fungus could be on a beehive and the fungus could technically be alive and maybe even make a beehive move and appear to be alive like the wind could also do so with tumbleweed.

But this is where discernment is so crucial.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice

R. Kyle Ardoin
**SECRETARY OF STATE**

**State of Louisiana**
**Secretary of State**



**COMMERCIAL DIVISION**
**225.925.4704**

<u>Administrative Services</u>
**225.932.5317 Fax**
<u>Corporations</u>
**225.932.5314 Fax**
<u>Uniform Commercial Code</u>
**225.932.5318 Fax**

08/25/2023

FRITZ TECHNOLOGY LLC
2421 S PLUM ST
YORKTOWN, IN  47396-1513

Dear Sir or Madam:

It is my pleasure to be the first to congratulate you on your newly formed business. I am excited that you have chosen to be a part of the entrepreneurial spirit of Louisiana's economy! It is our goal to keep the process of registering and maintaining your business filings fast, simple and efficient.

Our website, geauxBIZ.com is a starting point for customers to obtain information regarding the state and local agencies that need to be contacted for a variety of registration documents. Visit GeauxBiz.com to create a customized business license checklist tailored to your specific business licensing needs.  As you begin the processes involved in establishing your business in Louisiana, SCORE.org, a nationwide volunteer organization with Louisiana chapters, can provide valuable guidance free of charge to you.

I am truly excited about the use of email and text notifications by our Commercial Division to protect Louisiana business owners from fraud and identity theft.  Free subscriptions to this system will enable customers to receive messages regarding changes to commercial entities, non-governmental correspondence, office closures and most importantly, warnings involving possible fraudulent activity. Please note, this is the only written correspondence that you will receive from this office. Beware of any written solicitations related to your business.

If changes are necessary to your registration or you need to file your annual report, online filing options are available. geauxBIZ.com is here to serve you, the citizens and businesses of Louisiana. We also recommend that you visit the Louisiana Economic Development website at OpportunityLouisiana.com for information and resources that are available to Louisiana businesses. Once you've begun operating, business experts at your local Louisiana Small Business Development Center (www.lsbdc.org) are available to provide you with confidential, one-on-one business consulting at no cost to you.

Again, thank you for your entrepreneurial spirit and I wish you all the best in your new endeavor.

Sincerely,

R. Kyle Ardoin

45505505K

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov



**STEVE RABORN**
**REGISTRAR OF VOTERS**
**EAST BATON ROUGE PARISH**

**PO BOX 91006**
**BATON ROUGE, LA 70821-9006**
**225-389-3940**

JON FREDERICK TURPIN
24215 PLUM ST
YORKTOWN, IN 47396

Enclosed is your Voter Registration Card. Please review the information carefully and contact Steve Raborn, Registrar of Voters of East Baton Rouge Parish, to make changes.

You can contact your Registrar of Voters, Steve Raborn, by phone at **225-389-3940**, or by writing to:

**REGISTRAR OF VOTERS, EAST BATON ROUGE PARISH**
**PO BOX 91006**
**BATON ROUGE, LA 70821-9006**

Sincerely,

Steve Raborn, Registrar of Voters
East Baton Rouge Parish

EASTBATONROUGEPARISH080/234/58LETTER0001
1390574_SOS-VRID_R0622.2.0

REGISTRATION 9254977



Download the GeauxVote mobile app for all your voting information!

Or visit www.GeauxVote.com

**VOTER REGISTRATION CARD ENCLOSED**



OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service ®



**RETURN SERVICE REQUESTED**

JON FREDERICK TURPIN
24215 PLUM ST
YORKTOWN, IN 47396

*Louisiana*
**SECRETARY OF STATE**

REGISTRAR OF VOTERS, EAST BATON ROUGE PARISH
PO BOX 91006
BATON ROUGE, LA 70821-9006



VIDEO    LIVE    SHOWS    ELECTION 2024    538

# 300-plus arrested after gathering at Capitol complex to protest Israel-Hamas war

The large-scale demonstration follows a similar event at the White House.

By Luke Barr
October 18, 2023, 6:11 PM



BREAKING NEWS
PROTESTORS ON CAPITOL HILL CALL FOR GAZA CEASEFIRE

Protesters on Capitol Hill call for Gaza ceasefire
U.S. Capitol Police say demonstrations are not allowed inside Congressional buildings and are working t...                    Read More

Approximately 300 people were arrested by Capitol Police during a large-scale demonstration on Wednesday against the Israel-Hamas war, a Capitol Police spokesperson said.

Most were arrested for demonstrating in the Capitol, according to the spokesperson.

Hundreds of people had gathered in and outside of the U.S. Capitol complex on Wednesday before the arrests, calling for an end to the conflict between Israel and Hamas, a Palestinian militant group that launched a terror attack in Israel earlier this month.

Some of the demonstrators, organized by a left-wing Jewish group, then entered the Cannon House Office Building at different security entrance points and assembled in the rotunda, the police spokesperson said.

The large-scale demonstration follows a similar event at the White House earlier this week that also resulted in dozens of arrests.

Protesters, like the rest of the public, can legally enter the Capitol complex and only risk issues when they cause a disturbance, according to the police spokesperson.



Demonstrators involved in a civil disobedience action organized by a group called "Jewish Voice for Peace" are detained by U.S. Capitol police officers during a protest calling for a cease fire in Gaza while occupying the rotun... **Show more ⌄**

Jonathan Ernst/Reuters

Police departments from the surrounding areas were called in to help at the complex on Wednesday, including Washington's Metropolitan Police and officers from Virginia, according to law enforcement sources.

Some lawmakers, who have offices in the Cannon House Office Building, chided the demonstrators.

"The irony is the US Constitution protects these protesters freedom to be absolute idiots," Rep. Ryan Zinke, R-Mont., wrote in a post on X.

*ABC News' Jack Date contributed to this report.*

## Related Topics

| Israel-Hamas at war |
| --- |

NEWS

1:07-CV-1205-LSM-DJD

January 12, 2022

To whom it may concern,

I have known Mr. Turpin or "JT" as I know him, from the age of 7 or 8 when his mother would being him to the skating rink I volunteer at. I watched him grow from a young boy into a kind hearted teenager, he was always kind towards the younger kids at the skating rink, always willing to help them out. Once he graduated from High school I only knew him through Facebook which seemed to me he was doing really well. He did move back to Cambridge about a year ago and he was just a grown up JT to me still a kind, but more mature young man and knew which direction he wanted his life to head. In the times I spent with JT I found him to be very smart and very humble and of great character. I cannot say that about many of the young males I had skate at the skate rink over the last 30 some years.

Yours truly

Mike Buckland

The attorney I trusted to assist in receiving severance from Charles River Development, which I think is now State Street, who had no conflict of interest with my biological Dad... and Roach suggested I call Johnson and Jensen if I were to file a civil suit.

This was after my biological Dad tried to suggest a civil suit against Joe's Bar and Grille sometime right around September 20th of 2017... and my biological Dad spent so long yelling at me as if I was guilty that video evidence in my defense was deleted...

My biological Dad and any related co-conspirator attempt to make civil suits using me as collateral or against me to guardianship me after trying to simultaneously frame me as guilty... so they may remove evidence and control suits with me as collateral...

While attempting to cause the suits to be at or above the 5th District level... because the Honorable Larry J. McKinney deadlocked my biological Dad after Troy's affidavit. Because the Honorable Larry J. McKinney's ruling aligned with me, and Title VII.

My biological Dad started defaming and framing Troy Davis as well as attempting to turn me against Sichting, McKinney, and Davis, as if the intolerable bad behaviors of my biological Dad were simply "jokes" though they may have had negative effects. [ As early as 2013, but continuing, even referring to Troy Davis as a "drug addict" when he was not.

I've included this picture for reference, because in my opinion, I can't print off another picture from the same timeframe, where I'm approximately the age of 11 years old.

The other picture from approximately this timeframe, sent to me by my biological Dad, is me at the Gateway Laptop Computer, visibly uncomfortable, and in only "briefs."

Follow-up emails from my biological Dad include a picture of a fertility statue holding its phallus, and also an incident of my biological Dad hacking my sister's skype.

There is another picture attached showing me with my Mom and Sister while Linda K. Turpin was still a school teacher in Centerville, IN Schools for time-frame reference.



**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**

# M Gmail

Jon F Turpin <jt4590@gmail.com>

## Fwd: Skype
1 message

**Jon B. Turpin** <turpin522@gmail.com>
To: Jon Turpin <jt4590@gmail.com>

Sun, Apr 14, 2013 at 9:35 AM

---------- Forwarded message ----------
From: **Jon B. Turpin** <turpin522@gmail.com>
Date: Sun, Apr 14, 2013 at 9:35 AM
Subject: Skype
To: alexi72194 <alexi72194@msn.com>

Alexis,   I was trying to load a new Skype account on the spare laptop on mom's desk. I am going away on a training trip to Alabama this week and I wanted to give Mom a way to talk to you this week while I was gone. BUT.... your account was already on the laptop so I tried to create a new account for Mom. The stupid battery ran down right away on the computer and when I restarted, it reloaded your account with Mom's picture. I am afraid I may have corrupted your Skype account on your end and I wanted to warn you and tell you to test it. I have made a call to JT for help, but I do not know if he will respond before I leave on Tuesday. You know how it is.

So, test your Skype on your end and either try to skype us or a friend and send me an email if it works or not

Sorry,   Love, Dad

My sister was 19, my biological dad was invading

her Skype account, and I, as usual, am called upon to fix it.

# M Gmail

Jon F Turpin <jt4590@gmail.com>

**You**
2 messages

**Jon Turpin** <turpin522@gmail.com>
To: "Jon F. Turpin" <jt4590@gmail.com>

Mon, Apr 17, 2017 at 8:24 PM



**IMG_1260.JPG**
884K

Sent from my iPhone

**Jon Turpin** <turpin522@gmail.com>
To: "Jon F. Turpin" <jt4590@gmail.com>

Mon, Apr 17, 2017 at 9:46 PM

Sent from my iPhone

**IMG_1260.JPG**
884K







10:18

# M Gmail

Jon F Turpin <jt4590@gmail.com>

---

## update list

**Jon B. Turpin** <turpin522@gmail.com>       Mon, Apr 22, 2013 at
                                                            7:02 PM
To: Jon Turpin <jt4590@gmail.com>

Son,

Thanks for coming over to help us with our computers.
Mine is still working well. Maybe a microsecond slower with
the wifi instead of the ethernet connection. By the way, I
just now spotted your OK To Update list on the wall!!

Thanks for that too.



I went over to Troy's and Bruce's today to hang a new porch
light. I looked at Troy's computer problem and found the wi-
fi disabled. I managed to enable it, although the screen
darkens, and switches to an annoying screensaver after
about 15 seconds of inactivity.
Anyway, I spoofed Troy with a "popup" of an unsavory site
and accused him of visiting all sorts of lewd sites which he
did not categorically deny, grabbed the computer and
thanked me as he deleted the site.  Mean trick.

Thanks again for coming over yesterday. It was good to see
you and Katie.


Love,  Dad

*My biological*
*dad hacking*
*my cousin*
*Troy Paws'*
*computer,*
*playing porn*
*on it, framing*
*Troy, then*
*I'm supposed*
*to "Fix it."*



 Gmail

Jon F Turpin <jt4590@gmail.com>

## do you know this guy?
1 message

**Jon B. Turpin** <turpin522@gmail.com>
To: Jon Turpin <jt4590@gmail.com>

Mon, Dec 8, 2014 at 8:33 PM

This guy seemed to always be connected to technology. No matter what he started out doing, he couldn't pass by without getting in a few keystrokes.



JT UNDERWARE.jpg
75K









prevented my rights. My Dad has tried to take my gun rights from me in a multitude of wrongful ways for 17 years, and it's concerning.

Thank you for promptly responding when you did. A picture of the damage to my genitalia is attached.

2 attachments

📄 20220102_082805.jpg

📄 20220102_082822.jpg

Gregory                    MD
Dec 2, 7:27 AM

Hi Mr. Turpin,
So far as I can tell from looking back over records, no behavioral health referral was made and no discussion with behavioral health was ever started. Soon after you made the initial request/report, we had a phone visit in which you documented the situation with your parents.

g

January 18, 2022

To Whom it may Concern:

I have known Jon for more than 13 years. As a youth, his insecurity issues occasionally caused him to make poor choices. Fundamentally, he was a nice young man, and usually most compassionate.

Jon became a member of Greenfield Christian Church, where I baptized him. He later became a member of the church choir, which I directed. He soon joined my gospel quartet, which performed throughout Central Indiana as well as regularly at Sunday Services. As a result of performing, he matured and became much more outgoing.

Upon my retirement, my wife and I moved to Colorado. Our relationship has weathered the distance. Jon has been to visit us, and we see him when we return to Indiana. Jon came to visit when I had knee replacement surgery, and took me to rehab when I was unable to drive. This speaks to me of the maturity he has achieved.

Jon is very bright, and his computer skills have helped him to secure good jobs. He has also helped my wife and me solve some personal computer issues.

I hope this letter demonstrates how Jon has grown up and become an asset to others.

Sincerely,

--------- Forwarded message ---------
From: **Brian Tracey** <bndtracey@mac.com>
Date: Wed, Mar 24, 2010 at 12:32 PM
Subject: Fwd: Turpin
To: Jon Turpin <turpin522@msn.com>
Cc: Jon Turpin <jt4590@gmail.com>

Troy's affidavit, attached both as a pdf and in word (if you HAVE to edit anything).

CONFIDENTIALITY NOTICE:
This e-mail contains information that is privileged, confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information unless you are the intended recipient. If you have received this e-mail in error, please notify me immediately by return e-mail and then delete this e-mail and all attachments from your system.

DISCLOSURE REQUIRED BY CIRCULAR 230.
This Disclosure may be required by Circular 230 issued by the Department of Treasury and the Internal Revenue Service. If this e-mail, including any attachments, contains any federal tax advice, such advice is not intended or written by the practitioner to be used, and it may not be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer. Furthermore, any federal tax advice herein (including any attachment hereto) may not be used or referred to in promoting, marketing or recommending a transaction or arrangement to another party. Further information concerning this disclosure, and the reasons for such disclosure, may be obtained upon request from the author of this e-mail.

**Brian Tracey**
**Gevers & Tracey**
**116 East Berry Street, Suite 625**
**Fort Wayne, IN 46802**
**office☐260-407-7071**
**cell☐260-740-2333**
**fax☐260-407-7073**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This communication is from a Debt Collector as that term is defined  by Federal Law. This communication, including any documents transmitted with it, is intended solely for the individual or entity to whom it is addressed and may contain information subject to the attorney client privilege and/or the work product rule, or otherwise confidential and exempt from disclosure under applicable law.  The transmission, accidental or otherwise, of the information set forth in this communication and/or any accompanying attachments to any person or entity other than the identified recipients of this communication as set forth above is completely inadvertent. Such transmission is not intended by the sender or by any of our clients to waive any applicable privilege, the protection against disclosure available under applicable law. If you are not the identified recipient of this communication (or the employee or agent responsible for the delivery of this communication and any attachments to an identified recipient), any dissemination, distribution or copying of this communication or of any attachment is strictly prohibited.  If you have received this communication in error, please notify the sender by email or U.S. Mail at the above address and delete the communication and any attachments.

Begin forwarded message:

**From:** Ashley Minyard <am@gtslawoffice.com>
**Date:** March 24, 2010 11:42:36 AM EDT
**To:** 'Brian Tracey' <bndtracey@mac.com>
**Subject: Turpin**

Attached is the Affidavit of Troy Davis

This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**Ashley Minyard**
**Legal Assistant**
**Gevers & Tracey**
**116 East Berry Street, Suite 625**
**Fort Wayne, IN 46802**
**Phone: 260-407-7071**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JON BRENT TURPIN, LINDA BECKER TURPIN, Individually and as parents and Next Friends of J.F.T., their son, a minor, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Cause No. 1:07-cv-1205-LJM-JMS |
| AMY S. GOOD and JOHN DOE, (parents of their minor son, J.D.), PAM COX and JOHN DOE, II, (parents of their minor son, S.A.), and WESTERN WAYNE SCHOOL CORPORATION, | ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## AFFIDAVIT OF TROY DAVIS

1. I attended the schools of the Western Wayne School Corporation ("the School") and graduated in 2006.

2. During our School years, JT Turpin ("J.T.") and I weren't friends. And, until days ago, I had been unwilling to become involved in this lawsuit. However, I recently overheard my father and Mr. Turpin discussing the abuse J.T. endured while attending the School. I realized that I could have perhaps prevented some of the abuse J.T. endured and I felt badly. Thus, I had a change of heart.

3. As a student at the School, I played in sports. I especially enjoyed football and other types of "macho" activities and I had little interest in academics, reading literature, poetry or other sensitive matters. In other words, I fit the mold of a "manly male".

4. On the other hand, J.T. did not behave as a "macho male," and he showed little interest in the typical male sports. J.T. did well in singing; he loved reading and studying in the academic courses, and worked with computers. J.T. did not fit the stereotype of a "manly male."

5. I saw a lot of verbal abuse and harassment that J.T. lived with on a daily basis in the hallways, and I saw him put up with all kinds of harassment in shop class.  J.T. wasn't considered "manly" enough to be a physical threat to any of the people abusing him and the abusers seemed to know they could get away with picking on J.T.  It seemed like the teachers and Principals got tired of J.T. reporting the harassment and that made it worse.

6. Female students who engaged in the same behaviors and who enjoyed the same things as J.T., and who were in the same types of classes and activities that J.T. enjoyed were not abused and were not picked on for their behaviors and preferences; even if a female student had been picked on, the School would have done a far better job of intervening and stopping it.

7. When I was a football player, I was with one of my team mates, DS, when he was smoking marijuana.  He even told me that he had smoked it a few days before.  Two days later, DS was surprised with a random drug test at the School.  I was with DS the next day when he was approached by Principal Sichting.  I heard and saw the School Principal, Mr. Sichting, announce "Mr. S we're going to have to have you retake that drug test."  I saw Sichting wink, pat DS on the shoulder and then leave.

8. Based on experiences of others that I observed, I am sure that if DS had not been a "star" athlete and good football player, DS would have met the same discipline rules of the Athletics department and the School that the non-stars were held to.  As required by the School's rules (for every student), a "non-star" athlete or regular student would have been prohibited from playing or attending sporting events and barred from even driving a car to School.  DS didn't suffer any of these penalties.  He continued to play sports.

9. Our Shop class teacher was more like one of the kids than an adult teacher.  He rough-housed, wrestled and horse-played with the students.  One day he got carried away and hit me in the scrotum with a flashlight.  I responded by putting him in a wrestling cradle and took him to the floor.  That got me in a lot of trouble.

10. The "investigative report" Sichting prepared didn't even include the fact that I was hit in the scrotum with the flashlight before I took down the shop teacher; and, Sichting put things in his report which weren't true.   When I confronted Sichting on those issues, Sichting explained that he "wanted to make an example out of me and my friends," and recommended that I be expelled from the School.

11. Sichting brought his report to my expulsion hearing, which was conducted by Ms. Ahrens, the Elementary School Principal.  Sichting's report had large numbers of false statements which were disputed by other students and I brought up the flashlight incident being left out. Ms. Ahrens ruled that the classroom was and had been out of control.   In spite of Sichting's request, Ms. Ahrens ruled that I should not be expelled.

12. The "Dairy Bar" is a concession stand run at the Indiana State Fair under the auspices of the American Dairy Association.  They allow School sports organizations and others to staff and operated it and, for years, different sport groups from the School operated and staffed it.

13. I learned of the now infamous "Dairy Bar" tradition the first time I was present at the Dairy Bar, as I observed students removing cash from the cash drawer. A "senior tradition" was to teach the younger students how to plunder the proceeds. A good friend, T.S., also observed the theft of cash.

14. Principal Sichting and others in the School's administration and faculty were known to be untrustworthy unless you were among the favored few.  As the phrase "lacked veracity" has been explained to me, the School's administration, especially Sichting, lacked veracity.

I affirm, under the penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

DATE_____       _____
                          Troy Davis


                          Respectfully Submitted:

                          By /s/ J. Brian Tracey
                          J.  Brian Tracey #16215-02
                          116 E.  Berry St., Suite 625
                          Fort Wayne, IN 46802
                          260-407-7071


**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this _____ day of March, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and Parties may access this filing through the Court's system.

    John Anthony Keyes, Esq.
    Kevin Gerald Harvey, Esq.
    ALLEN WELLMAN MCNEW
    Five Courthouse Plaza
    P.O. Box 455
    Greenfield, IN 46140

    Thomas E. Wheeler, II, Esq.
    Anthony W. Overholt, Esq.
    FROST BROWN TODD LLC
    201 North Illinois Street, Suite 1900
    P.O. Box 44961
    Indianapolis, IN 46244-0961


                          /s/ J. Brian Tracey
                          J.  Brian Tracey #16215-02

**Judicial Profile**

## IN MEMORIAM
# Hon. Larry J. McKinney
## District Judge, U.S. District Court for the Southern District of Indiana

by Tim A. Baker



*Tim A. Baker is a U.S. magistrate judge for the Southern District of Indiana. He clerked for Judge Larry J. McKinney from 1989 to 1991. This article is reprinted with the permission of the Circuit Rider. © 2018, Timothy Baker. All Rights Reserved.*



Friend. Mentor. Judge. Family man. Role model. Humorist. No single word adequately describes Judge Larry J. McKinney, who died on Sept. 20, 2017. His unexpected passing at age 73 leaves a void that will never truly be filled.

McKinney was born on the Fourth of July in 1944, in South Bend, Ind. "I was 12 years old before I finally realized that my dad wasn't telling me the truth when he told me all that celebration was just for me," McKinney said in an interview a few weeks before his death.[1] A stellar Indiana trial court judge who served as U.S. district judge for the Southern District of Indiana for 30 years, McKinney remained a humble man known as much for his quick wit and sense of humor as his intellect and work ethic.

McKinney graduated from South Bend John Adams High School in 1962. It was during this time that McKinney got his first taste of power, when he was assigned to introduce a speaker to the student body. After the speaker was done, it dawned on McKinney that none of the 1,500 students in attendance, or the teachers or the principal, could leave until he dismissed them. McKinney recounted that he walked "slowly" over to the microphone. "I took five minutes to summarize his points and then dismissed everyone. And you should have seen them. I had kids sitting on the edge of their seats in the front row just waiting to race to their classes. And the longer and the more they bent over and the more inertia taking them toward the door, the longer my summation took. I really enjoyed that," McKinney said with a familiar twinkle in his eye.

Following high school, McKinney attended MacMurray College in Illinois, where he met his wife Carole. He asked her to marry him on their graduation day in 1966, and they enjoyed 51 years of marriage until his death. Following graduation from MacMurray, McKinney attended Indiana University (IU) Mauer School of Law in Bloomington, and Carole pursued a graduate degree at IU in psychology. Though there were no lawyers in his family, McKinney said he was drawn to the law because of the esteem in which lawyers were held in their communities and because being a lawyer gave him the opportunity to help others.

Upon his graduation in 1969, McKinney accepted a position with the Indiana Attorney General's Office for $7,200 per year. The McKinneys' lean earnings left little room for frolic. "I kept a journal of our expenses one year," McKinney said. "Our entire entertainment expenses for one month was 35 cents. It was for a 25-cent Dairy Queen for me and a dime Dairy Queen for Carole."

The McKinneys' financial outlook improved over time, if slowly. McKinney opened a private law practice, Rogers & McKinney, with Charlie Rogers in Edinburg, south of Indianapolis. The law firm began inauspiciously. McKinney and Rogers made a sign for their law firm they were very proud of—if only briefly. "Then a puff of wind came along and just blew that thing down in 30 seconds," McKinney said. "I never did put it back up. I've still got that sign at home. I was just quite proud of the sign that lasted 30 seconds." After painting and wallpapering his new law office, McKinney landed his first client. Except it wasn't legal work the man wanted; he asked McKinney to remodel his kitchen. "I thought to myself, this

is another one of life's crossroads," McKinney joked.

In 1974, McKinney joined forces with Jim Sargent in Greenwood, Ind., at Sargent and McKinney. Around this time, McKinney had mentioned an interest in becoming a judge to the heir-apparent to the Johnson County Circuit Court judge. Serendipity resulted in that person opting to remain in private practice. McKinney jumped in, won the Republican primary, defeated his World War II hero Democrat opponent, and was sworn in as the Johnson County Circuit Court judge in 1979. The McKinneys had started a family by this time, with their first son, Josh, being born in 1976. "I was just so proud," McKinney said. "I just was thrilled." A second son, Andrew, followed in 1980.

Back in those days, state court rules permitted an automatic change of venue. McKinney was developing a reputation as a skilled trial judge, and many big firm lawyers in Indianapolis were eager to have him hear their cases, even though they risked a longer wait given McKinney's increasingly heavy caseload. McKinney estimated he had more than 100 jury trials in his first six years on the bench, in addition to handling countless guilty pleas, sentencing, divorces, child support modifications, and other court-related responsibilities. He did all his own research and writing; he had no law clerks or legal interns. "It was a very busy place to do business," McKinney remarked.

> For the next 30 years, McKinney handled high-stakes, complex cases. He once had a 10-defendant criminal court case involving gang activity that lasted three months. There were so many defendants and lawyers in his courtroom for that trial that he had risers erected to ensure adequate seating.

In 1987, President Ronald Regan nominated McKinney to be a U.S. district court judge. In typical humble McKinney fashion, when he went to Washington, D.C., for his confirmation hearing, the trial court judge from Edinburg, Ind., didn't stay in a fancy hotel. Instead, he drove out in a trailer with his dad, wife, two kids, and his blind and diabetic dog and stayed at a KOA campground. "We had to give her shots every morning and every night, had to follow her around with a little pan to get her urine," McKinney said of his dog. "And then you'd dip the tester strip in the urine." When McKinney informed a member of one of the Indiana senator's staff that he was staying at the KOA campground she was "flabbergasted." McKinney remembered, "She said, 'I've never heard of anyone staying there.'

Soon after his Senate confirmation, McKinney realized the power available to him at the federal court was significantly greater than what he had as a state court judge. One Friday afternoon a lawyer filed a request for a temporary restraining order involving a horse from Chile that was in Indiana for the Pan American Games. Remembering the moment, McKinney stated, "It dawned on me that instead of the power to throw somebody in jail for failure to pay child support, or sort out a family crisis by putting the children here or there, or to sort out other domestic relations issues, in one stroke of my pen, I could have brought the whole darn Pan American Games to a halt." Ultimately, McKinney did not grant the restraining order and interfere in the games. "Fortunately, I was able to rely on my judicial philosophy, which comes from the Dolly Parton school of jurisprudence, which is, 'Don't take my man just 'cause you can,'" McKinney joked.

For the next 30 years, McKinney handled high-stakes, complex cases. He once had a 10-defendant criminal court case involving gang activity that lasted three months. There were so many defendants and lawyers in his courtroom for that trial that he had risers erected to ensure adequate seating. "That was a very interesting case," McKinney noted, adding that there were excellent lawyers on both sides.

Excellent lawyers and case complexities also dominated his civil docket. Patent disputes were among the cases McKinney particularly enjoyed. Over the years, he handled cases involving the design of tennis shoes, oxygen tanks, and much more. McKinney's expertise in patent law earned him opportunities to travel to Argentina, Chile, China, and other countries to explain America's patent and legal system to foreign lawyers and judges. Though he found patent cases interesting, McKinney's affinity for such cases had a deeper origin. As McKinney explained it: "My dad has always been my mentor; and he told me once that in order to be successful in life, you had to learn to like what everybody else didn't like, which explains my affinity for patent law."

Through his many trials, McKinney earned a reputation among the bar as a "lawyer's judge" who had high expectations for lawyers but never took the law or himself too seriously. "I think it's part of the judge's role to set a tone of civility and set a tone of relaxation in that courtroom so lawyers can concentrate on the matters of representation instead of oppressive protocol," he stated. "The dispute resolution system constitutionally created as the third branch of government needs to be respected and protected by lawyers and judges alike. This is best done, in my view, in a relaxed courtroom."

McKinney did take seriously and respected his obligation to help others. In 2007, McKinney helped launch the first re-entry court in Indiana's federal system. The court was dubbed "REACH," which stands for Re-Entry and Community Help. The program is designed to assist high-risk offenders return to society following incarceration and reduce recidivism. "We need to be increasing our efforts to ensure that these people have every chance available to do what we've asked them to do, which is be a law-abiding citizen," McKinney said. Through the work of McKinney and others, the program doubled in size and added a second REACH court in 2017. One of the REACH court graduates is an individual that McKinney once sentenced to life in prison. After his sentence was reduced, he embraced the REACH court, served as a mentor to other REACH court participants,

holds a steady job, and was moved to tears upon hearing of McKinney's passing.

McKinney's efforts to help others were not limited to the REACH program. McKinney's dedication to public service and civil education was exemplified by his commitment to the "We the People" program, an Indiana Bar Foundation program that educates middle school and high school students about the Constitution. McKinney spent countless hours judging and volunteering his time for this program. On a separate front, McKinney also worked tirelessly with others to ensure that a new federal courthouse was constructed in Terre Haute, Ind., when the lease agreement for the former courthouse location expired. Having a federal court presence in Terre Haute was important to McKinney, particularly given that there is a federal prison and a robust bankruptcy docket there. "Seemingly impossible obstacles were overcome" in getting a new Terre Haute courthouse built, McKinney observed.

In many ways, it seems impossible that McKinney is gone. But on Sept. 20, 2017, he suddenly was. Thankfully, his caring spirit, friendship, humor, and humility will live on in the countless people he touched. ⊙

**Endnote**

¹The primary source for the information in this article, including quotes by Judge McKinney, is taken from the Oral History of Judge Larry J. McKinney, taken on May 4 and 9, 2009, in Indianapolis by the author.



## Judicial Profile Writers Wanted

*The Federal Lawyer* is looking to recruit current law clerks, former law clerks, and other attorneys who would be interested in writing a judicial profile of a federal judicial officer in your jurisdiction. A judicial profile is approximately 1,500–2,000 words and is usually accompanied by a formal portrait and, when possible, personal photographs of the judge. Judicial profiles do not follow a standard formula, but each profile usually addresses personal topics such as the judge's reasons for becoming a lawyer, his/her commitment to justice, how he/she has mentored lawyers and law clerks, etc. If you are interested in writing a judicial profile, we would like to hear from you. Please send an email to Zebley Foster, Editorial and Production Specialist, at tfl@fedbar.org.

---------- Forwarded message ----------
From: **Charles Roach** <croach@croachlaw.com>
Date: Wed, Sep 20, 2017 at 2:31 PM
Subject: RE: Question on Civil Matter
To: Jon F. Turpin <jt4590@gmail.com>

That is a crazy situation. Glad you weren't severely harmed.

It's probably beyond what I would be able to handle. I refer these cases to Johnson Jensen. Bob Johnson and Travis Jensen are good friends and excellent attorneys. Give them a call and see if they might be interested.

Chuck

JOHNSON / JENSEN, LLP

One Indiana Square, Suite 1640

Indianapolis, IN  46204

P / 317.269.7799 office

Charles S. Roach, Esq.

Roach Law Office, LLC
7855 S. Emerson Avenue, Suite A

Indianapolis, IN 46237

317.888.7620 x1

croach@croachlaw.com



10:29

Imagens    Videos    Noticias    Maps    Livros

 Johnson Jensen
https://johnsonjensen.com › robert-...

## Robert W. Johnson

Johnson Jensen · Professionals;
Practice Areas; Co-Counsel ·
Resources · Clients ... Miami of Ohio,
Bachelor or Arts. ... 

 LinkedIn
https://www.linkedin.com › michael...

## Michael D. - Law Clerk - Johnson Jensen LLP

Greater Indianapolis · Law Clerk · Johnson Jensen LLP
I am a dedicated law student at Indiana University's
prestigious McKinney School of Law, currently
enhancing my legal knowledge and skills as a Law Cler...

 LinkedIn
https://www.linkedin.com › janetho...

## Janet Wallace - Attorney At Law - Johnson Jensen LLP

Indianapolis, Indiana, United States · Attorney At Law ·
Johnson Jensen LLP
Attorney At Law at Johnson Jensen LLP. Johnson
Jensen LLPIndiana University Robert H. McKinney
School of Law. Indianapolis, Indiana, United States....

This case is extremely similar to "1." with the answer being "2."

1. Pollack v. Farmer's Loan & Trust Company
2. Chisholm [Executors] v. Georgia

■ Alternate Answers
3. House Bill 1282
   Citizens Arrest
4. Civil War

Yet, due to the case being left "open" by half of it not being closed with prejudice, and me being considered a minor (falsely) at the time, and being a non-party prevented from intervening to close the full lawsuit (victim)... this allowed a conspiracy of silence over even the law enforcement and the town manager with me being used effectively as a "straw man", since pictures of me being beaten on a floor were subject matter.

[After this case], [or during], when my biological parents discovered they could not sue the school system falsely under Title IX as if I ~~were~~ pathological to deny me under Title VII hidden disability... in response to which I shut down the ■ school portion of the lawsuit when I said "I'm not gay, give the money to the school..."

A Revocable Trust was configured like a school system under the false dichotomy that it would allow my biological parents to function as a tyrannical government entity and disenfranchise me.



# PRIORITY MAIL

**PRIORITY**
★ MAIL ★

FROM: Jon F. "D." Turpin
105¼ Cletus Dr.,
Baton Rouge, LA 70815

TO: Esteemed FBI SA
Joseph L. Chaney
8825 Nelson B Klein Pkwy,
Indianapolis, IN 46250

Thank you, sincerely, for all you do for us,
and our states and country.

Label 228, March 2016                    FOR DOMESTIC AND INTERNATIONAL USE





## UNITED STATES POSTAL SERVICE®

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

# TRACKED ■ INSURED

EP14F July 2022
OD: 12 1/2 x 9 1/2

PS00001000014

### VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**JON F. TURPIN**
4213 OAHLIA CT
INDIANAPOLIS, IN 46220-5727

29-1 69
740

3071

DATE 7/25/2023

PAY TO THE ORDER OF  Clerk of Courts INSD          $ 157.00

One hundred fifty seven + 00/100                    DOLLARS

**CHASE** 🏦
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Civil Motion: Release of Affidavit     Jon F. D. Turpin

⑆074000010⑆   708 28 560 1⑆ 3071

---

INSD Pro Se Motion 4/19

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

Jon F. "D." Turpin & POA E.R.a.

Plaintiff(s)

Pam Cox & John Does    Western Wayne
Scott Allen            School Systems
Amy S. Good & John Doe II "Y.
James Dobbs    &  (closed with prejudice)

(request to close with prejudice)

Defendant

Case No. 1:07-CU-1205-LSM-3MS

---

## MOTION FOR RELEASE OF AFFIDAVIT FOR TROY DAVIS

I, _____, plaintiff/defendant (circle one) in the

above-captioned matter, request:

☐ an extension of time to file a _____

_____

I request _____ extra days.

☑ other (describe): along with request for closure with prejudice,

as the only remaining qualified plaintiffs of the entire case, including permanently released

claims against "John Does" and/or Richard Roberts, and/or Douglas Young, please release

the affidavit of Troy Davis for potential investigation under FBI InfraGard

confidentiality on a "need to know" basis. Along with no right to privacy, original

potentially irresponsible plaintiffs have no right to disclosure of motions and

no "need to know" basis under FBI InfraGard confidentiality, nor do defendants

Page 1 of 5



UNITED STATES
POSTAL SERVICE ®

PRIORITY ®
MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PRIORITY ®
★ MAIL ★

UNITED STATES
POSTAL SERVICE ®
VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE

FROM: Son F. D. Turpn
10544 Glenn br.,
Baton Rouge, LA 70815

TO: Esteemed FBI SA
Catlyn Carey
18134 E Petroleum Dt.,
Baton Rouge, LA 70809

Thank you, sincerely, for all your dedicated service to our state and our country.

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE

EP14F July 2022
OD: 12 1/2 x 9 1/2





PS00001000014






**PRIORITY MAIL ★**

FROM: Jon F.D. Taylor
10544 Clewis Dr.
Baton Rouge, LA 70815

TO: Esteemed Tony R. Moore
515 Murray St., Suite 185
Alexandria, Louisiana 71301

ATTN: Honorable Chief Justice
Tony A. Doughty
Inclusion in intervention/complaint
(whistleblowing)
3:22-cv-01213

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE ®

PRIORITY® MAIL

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jón F. "D" Turpin, Pro Se, Pro Hac Vice
10544 Cactus Dr.,
Baton Rouge, LA 70815

TO: Esteemed Clerk of Courts
Roger A. G. Sharpe
46 E. Ohio Street, Rm. 105,
Indianapolis, IN 46204

ATTN: Honorable Chief Justice
Tanya Walton Pratt



FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED



PS00000100000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL

UNITED STATES POSTAL SERVICE ®

PRIORITY®
★ MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jon F. R. Tapin
10599 Citrus Dr.
Baton Rouge, LA 70815

TO: Esteemed Educational System
Western Wayne School System
59 Queen St.
Pershing, IN 41570

ATTN: Esteemed John Engle
Esteemed Mr. Pennington
Sincere apologies to whomever for this service.

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

EP14F July 2022
OD: 12 1/2 x 9 1/2

PS00001000014

UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jon F. "D." Tuplin
       10944 Cletus Dr.
       Baton Rouge, LA 70815

TO: Scott R. Allen
    211 Kingston Ave.,
    Louisville, KY 40214

I forgive you long ago. — 4pkages
and a sincere thank you for your patience.
— Jack B. Tuplin



FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED

EP14F July 2022
OD: 12 1/2 x 9 1/2



PS00001000014



# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL

## PRIORITY MAIL ★

**FROM:** Jon F."D." Turpin
10544 Cletus Dr.,
Baton Rouge, LA 2815

**TO:** Amy S. Good
P.O. Box 535
Milton, IN 4735

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

PRIORITY®
MAIL

PRIORITY®
★ MAIL ★

FROM: Jon L. D. Tapin
10544 Cletus Dr.
Baton Rouge, LA 70815

TO: Pamela D. Cox
P.O. Box 454
Milton, IN 47357



Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED

EP14F July 2022
OD: 12-1/2 x 9-1/2



PS00001000014

UNITED STATES
POSTAL SERVICE®

PRIORITY® MAIL

UNITED STATES
POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY®
★ MAIL ★

FROM: Jon J. "D" Turpin
1054 Clethas Dr.
Baton Rouge, LA 7085

TO: James A. Dobbs
12 Blue Ash Dr.
Burnlevel, NC 28323

Thank you for being one of the most
apologize I forgave you language.
Thank you for all you do. J.J.T.

Label 228, March 2016                    FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED

EP14F July 2022
OD: 12 1/2 x 9 1/2



PS00001000014

PRIORITY MAIL

★ MAIL ★

FROM: Jon F. "D" Tuplin
10544 Cloture Dr.
Baton Rouge, LA 70815

TO: Respected Town Manager
Douglas Bury
127 N. Foote St.,
Cambridge City, IN 47327

Sincere Apologies + Thank You for your
service to our community.



UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016





**PRIORITY MAIL**

FROM: Jon "L.D." Tupin
10544 Cletus Dr.
Baton Rouge, LA 70815

TO: Respected Police Chief
Richard Roberts
12710. Foote St.,
Cambridge City, IN 47327>

Sincere Apologies + Thank you for your
service to our community.

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

PS00001000014

JON F. TURPIN
4213 DAHLIA CT
INDIANAPOLIS, IN 46220-5727

3070

82-148
742

DATE 7/25/2023

PAY TO THE
ORDER OF  Clerk of Courts INSD                    | $ 157.00

One hundred Fifty seven +         00/100  DOLLARS

CHASE ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR  Civil Motion: Closure With Prejudice   Jon F. "D" Turpin

⑆074000010⑆   708 28 560 1⑈ 3070

---

INSD Pro Se Motion 4/19

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

Jon F. "D" Turpin & POA
_____
Plaintiff(s)

Pam Cox + John Doe I
Scott Allen
Amy S. boot + John Doe II
James Dobbs
_____
Defendant

-v- Western Wayne
School Systems
(closed with prejudice)

Case No.  1:07-CV-1205-LSM-JMS

## MOTION FOR CLOSURE WITH PREJUDICE

I, Jon F. "D" Turpin (plaintiff) defendant (circle one) in the

above-captioned matter, request:

☐ an extension of time to file a _____

_____

I request _____ extra days

☑ other (describe): Closure with prejudice, as the only remaining
qualified plaintiffs of the entire case, including any potential claims against "Schubors," and/
Richard Roberts, and/or Douglass Young, affirming the Honorable Larry J. McKinney's opinion
disallowing false dichotomies and affirming potentially irresponsible filing by the original
disqualifies plaintiffs due to violations of Megan's and Zachary's Laws and failures to
report, precluding no rights to privacy nor to file on behalf of Jon F. Turpin. Page 1 of 2
I also affirm the opinions of our other Honorable Judiciaries presiding.



## FAYETTE COUNTY SCHOOL CORPORATION

*306 West Sixteenth Street*
*Connersville, Indiana 47331-2806*
*Telephone (765) 827-0191*
*Fax (765) 825-8221*

To Whom It May Concern,

I'm writing this letter of recommendation for Jon Turpin. I had the pleasure of working with Jon when he was a Student Intern from Whitewater Technical Career Center. As his Supervisor, I was pleased at how well Jon was willing to learn new things and to jump right in when something needed to be done.

At the young age of 16, I was so impressed by his abilities to work, get his class work done, and take a college class at the same time. He is a very motivated and will succeed in anything he tries to accomplish.

Our Corporation has 8 Elementary Schools, Middle School, High School, Vocational School, and Maintenance/Transportation building. Jon would have to travel to any one of these buildings to work on computers and/or printers. His job duties would include repairing computers, troubleshooting, ghosting computer images, cleaning, installing software, and setting up any new hardware that arrived.

He worked well with all Principals, Teachers, and Staff.

I would highly recommend Jon Turpin for a position in your company.

If you need any further information, please feel free to contact me!


Phyllis Savoy
Office/Data Coordinator
Fayette County School Corporation

Email: psavoy@fayette.k12.in.us
Phone: 765-827-0191 Ext. 231



1300 Spartan Drive • Connersville, Indiana 47331
Phone 765 825 0521    Fax 765 827 0836

Milt Eley, Vocational Director          Mark McCoskey, Asst. Vocational Director

Serving

February 19, 2009

Centerville High School



J.T. Turpin
522 W Maple Street
Cambridge City, IN  47327

Dear JT,

Connersville High School



Whitewater Technical Career Center students and staff wish to thank you for your time and efforts given to successfully hold the Regional Skills USA contest at WTCC.

Your help that day made it a success, a day that the students will always remember.

Franklin County High School



WTCC did well in the competition.  Twenty-seven students will be advancing to the State Contest in April.

Thanks again for all your help.

Sincerely,

Lincoln High School



*Milt Eley*
Milt Eley, Director
WTCC Staff and Students

Rushville High School



Union County High School



*Preparing today's students for tomorrow's careers.*



# BRANDYWINE ELEMENTARY SCHOOL
413 E. 400 S.
Greenfield, IN  46140

Phone (317) 462-7396          Fax (317) 467-0174

March 11, 2009

To Whom it May Concern,

My name is Mary Kirk and I am the principal's secretary at Brandywine Elementary School, as well as the school treasurer.  I am pleased to write this letter of recommendation for Jon Turpin.  Jon is our school's Building Level Tech.  Jon began his employment with Southern Hancock School Corporation back in July of 2009.  Jon works half of his day at Brandywine Elementary and the balance of his day at New Palestine High School.

Jon is a dedicated, responsible and hard-working employee. Jon's responsibilities include a broad range of duties as our IT person.  He is responsible for maintaining workable computers, printers, and scanners for our entire school.  If a problem arises, Jon is there to fix, reinstall, and gently correct any operator errors. On a daily basis, he works with the principal, teachers and support staff and ensures all of their equipment is operating efficiently.  Jon is also responsible for keeping classroom student computers, as well as 2 full-size computer labs, in excellent working condition.  Jon's gentle manner, combined with his vast knowledge of computer hardware and software, are truly an asset to our school corporation.

Oh, yes, I forgot to mention that Jon is 19 years old!  Jon graduated from college and is working a full time position as our IT person and taking additional college courses.  Jon is always looking for a way to assist and improve our technical environment.  Jon is truly gifted and would be a tremendous asset to any organization. If you have any questions or would like to discuss how Jon would be an asset to *your* organization, please feel free to contact me.

Sincerely,

Mary Kirk

W- 317-462-7396 ex 101
H – 317-861-4596
C – 317-627-9098

Nolan Bötz, 2
Orthopedics, Plainfield

# Supporting Riley Children, inc.

February 13, 2013

Rag Tag Games, LLC
Mr. Jon F. Turpin
1 Mulberry St
Cambridge City, IN 47327

Dear Mr. Turpin,

On behalf of Supporting Riley Children, Inc., thank you for your gift of $2,500.00 received on 9/28/12 through Indiana University Dance Marathon.

Every day, children's lives are changed and saved at Riley Hospital for Children at Indiana University Health. Children like Hope Parker receive gold-standard treatment for even the most complex medical issues. Hope was born with hypoplastic left heart syndrome, meaning only one ventricle of her heart was operating. Her only chance for survival was a series of delicate open-heart surgeries beginning when she was just one week old. Hope's doctors say she may not have survived if it weren't for the availability of the ECMO infant life support system - equipment which Riley was the first hospital in Indiana to offer. Although she has faced many challenges including 17 surgeries, Hope is now a vibrant 5-year-old. Her family sees every day with Hope as a gift.  They are overwhelmed by the expertise and warmth they have found across the Riley staff.

Your support means the world to the Parkers and to the thousands of other families whose children benefit from Riley's cutting-edge research, state-of-the-art equipment and constant advances in clinical patient care.

Thank you for showing your support for the children Riley serves.

With gratitude,

Jason Boley
Assistant Vice President, Development Operations

*Please Note: This Letter serves as the receipt for your gift and documents that no goods or services have been provided in connection with this gift.*

# Supporting Riley Children, Inc.

Nolan Ricke, 2
Orthopedics, Plainfield

April 19, 2013

Mr. Jon F. Turpin
6415 Woods Edge South Dr
Indianapolis, IN 46250-4578

Dear Mr. Turpin,

On behalf of Supporting Riley Children, Inc., thank you for your gift of $364.83 through Indiana University Dance Marathon.

Every day, children's lives are changed and saved at Riley Hospital for Children at Indiana University Health. Children like Hope Parker receive gold-standard treatment for even the most complex medical issues. Hope was born with hypoplastic left heart syndrome, meaning only one ventricle of her heart was operating. Her only chance for survival was a series of delicate open-heart surgeries beginning when she was just one week old. Hope's doctors say she may not have survived if it weren't for the availability of the ECMO infant life support system – equipment which Riley was the first hospital in Indiana to offer. Although she has faced many challenges including 17 surgeries, Hope is now a vibrant 5-year-old. Her family sees every day with Hope as a gift.  They are overwhelmed by the expertise and warmth they have found across the Riley staff.

Your support means the world to the Parkers and to the thousands of other families whose children benefit from Riley's cutting-edge research, state-of-the-art equipment and constant advances in clinical patient care.

Thank you for showing your support for the children Riley serves.

With gratitude,

*Cara Lathrop*

Cara Lathrop
Assistant Vice President, Development

*Please Note: This Letter serves as the receipt for your gift and documents that no goods or services have been provided in connection with this gift.*