DARVO & S.L.T. Feedback



**Jon Turpin**
Mobile

Thanks Dad, that's all I needed to hear, we're fine.

6/1/23 10:00 PM

I'm glad we talked this morning.
I'd be happy to bring your yard furniture to you sometime if you would like me to and feel comfortable with me doing that.

6/8/23 6:31 PM

Dad, we're fine and you should just throw that stuff away. Too busy to talk, but I still love you. You're may meet me for confession on Sunday with Father Coady at the Muncie Church, but that's all, and I don't want to talk. Please respect our boundaries

6/8/23 6:37 PM

Well, glad to hear from you. I won't be going to confession but if you want to talk later let me know.
You should be glad to know that the whole family cares enough about you to be worried after all the irrational things you have been posting.



1:10



← 🔍 Search

**Jon B. Turpin**
Mar 28 · 🌐

**Dawn Trodglen**
Mar 22 · 🌐

A mouse was put at the top of a jar filled with grains.  He was so happy to find so much food around him that no longer he felt the need to run around searching for food and now he could easily live his life.

After a few days of enjoying the grains, he reached the bottom of the jar.

Now he was trapped and he couldn't get out of it.  He now had to... See more



👍 8                                    1 share

|||      ◯      ‹

1:11

Search

**Jon B. Turpin**
Mar 21 · 🌐

**Connie Leeper** · Follow
Feb 25, 2014 · 🌐

WITH WARMER WEATHER COMES MOSQUITOS! WITH SUMMER APPROACHING I THOUGHT I'D SHARE THIS AGAIN

WOW-- I am making 100 of these!!!

Have you noticed the Mosquitos are already out! Here is a homemade trap to help keep you and the kiddos from being a blood donor!!!

HOMEMADE MOSQUITO TRAP:... See more



🐛 1                                    1 share

Like          Comment          Share

12:04

Search

**Jon B. Turpin**
Oct 28, 2019 ·

**Assistant Manager Woody**
Oct 8, 2019 ·

This tickled my funny bone.

## When the insurance company wants a diagram of the accident



Debra Fausset and 11 others                1 share

Like          Comment          Share

12:14

Search

**Jon B. Turpin**
Nov 21, 2016

**LADbible** ✓
Nov 19, 2016 · 🌐

Possibly Joseph's Machines' best invention yet 😂




3                3 Comments • 8.6M Views

👍 Like          💬 Comment          ↪ Share

Jon B. Turpin

12:21

← Search



**Jon B. Turpin**
Feb 26, 2014 · 👥

**Kerwin Rae** ✓ is with **Angela Gatson** and **43 others**.
Nov 13, 2013 · 🌐

One day a farmer's donkey fell down into a well. The animal cried piteously for hours as the farmer tried to figure out what to do. Finally, he decided the animal was old, and the well needed to be covered up anyway; it just wasn't worth it to retrieve the donkey.

He invited all his neighbors to come over and help him. They all grabbed a shovel an... See more



Pass this along to someone else





# DARVO

**DARVO** (an acronym for "deny, attack, and reverse victim and offender") is a reaction that perpetrators of wrongdoing, such as sexual offenders may display in response to being held accountable for their behavior.[1] Some researchers indicate that it is a common manipulation strategy of psychological abusers.[2][3][4]

As the acronym suggests, the common steps involved are:

1. The abuser **denies** the abuse ever took place
2. When confronted with evidence, the abuser then **attacks** the person that was abused (and/or the person's family and/or friends) for attempting to hold the abuser accountable for their actions, and finally
3. The abuser claims that they are actually the victim in the situation, thus **reversing** the positions of **victim** and **offender**.[2][4] It often involves not just playing the victim but also victim blaming.[3]

## Origins

The acronym and the analysis it is based on are the work of the psychologist Jennifer Freyd, who wrote about it in 1997.[2] The first stage of DARVO, denial, involves gaslighting.[3][4]

Freyd writes:

> ... I have observed that actual abusers threaten, bully and make a nightmare for anyone who holds them accountable or asks them to change their abusive behavior. This attack, intended to chill and terrify, typically includes threats of law suits, overt and covert attacks on the whistle-blower's credibility, and so on. The attack will often take the form of focusing on ridiculing the person who attempts to hold the offender accountable. [...] [T]he offender rapidly creates the impression that the abuser is the wronged one, while the victim or concerned observer is the offender. Figure and ground are completely reversed. [...] The offender is on the offense and the person attempting to hold the offender accountable is put on the defense.[2]

## Usage and effectiveness

Freyd stated that DARVO is frequently used and effective, although the number of people who are inclined to believe a DARVO response decreases once they understand the tactic.[5]

## Examples

Alleged examples of DARVO include:

- The behavior of R. Kelly during an interview related to criminal proceedings against him for sexual abuse of minors[6]
- The behavior of former United States President Donald Trump in defending himself against sexual harassment allegations, as well as in defending himself against allegations of his other wrongdoings.[7][8][9][10]
- The behavior of Brett Kavanaugh during his senate confirmation hearing in relation to sexual assault allegations against him by Christine Blasey Ford.[5]

# In popular media

In the 2019 episode "Season Finale" of *South Park*, Randy Marsh is arrested for destroying home-growers' marijuana. Randy calls President Garrison for legal advice.[11] The President explains to him DARVO and role-plays how to use it. When Randy attempts to do so, the policemen he tries it on inform him that the tactic will not work, as Randy is not the President.

# See also

- Crocodile tears
- Gaslighting
- *Tu quoque*
- SLAPP

# References

1. Syal, Rajeev (June 2, 2022). "Why did the Depp-Heard libel outcomes differ in the US and UK?" (https://web.archive.org/web/20220603005729/https://www.theguardian.com/law/2022/jun/02/john ny-depp-amber-heard-libel-outcomes-differ-us-uk). *The Guardian*. Archived from the original (http s://www.theguardian.com/law/2022/jun/02/johnny-depp-amber-heard-libel-outcomes-differ-us-uk) on June 3, 2022.
2. Freyd, Jennifer J. (February 1997). "II. Violations of Power, Adaptive Blindness and Betrayal Trauma Theory" (https://dynamic.uoregon.edu/jjf/articles/freyd97r.pdf) (PDF). *Feminism & Psychology*. **7** (1): 22–32. doi:10.1177/0959353597071004 (https://doi.org/10.1177%2F09593535 97071004). S2CID 143672491 (https://api.semanticscholar.org/CorpusID:143672491). Archived (h ttps://web.archive.org/web/20200501004034/https://dynamic.uoregon.edu/jjf/articles/freyd97r.pdf) (PDF) from the original on May 1, 2020. Retrieved January 14, 2020.
3. Harsey, Sarah (June 1, 2017). "Perpetrator Responses to Victim Confrontation: DARVO and Victim Self-Blame" (https://doi.org/10.1080%2F10926771.2017.1320777). *Journal of Aggression, Maltreatment & Trauma*. **26** (6): 644–663. doi:10.1080/10926771.2017.1320777 (https://doi.org/1 0.1080%2F10926771.2017.1320777).
4. Wakefield, M. (March 30, 2020). "How Narcissists Use DARVO to Escape Accountability" (https:// www.narcissisticabuserehab.com/darvo/). *Narcissistic Abuse Rehab*. Archived (https://web.archiv e.org/web/20210110200440/https://www.narcissisticabuserehab.com/darvo/) from the original on January 10, 2021. Retrieved November 24, 2020.
5. "How to spot a pattern of denials in the #MeToo movement" (https://www.cbc.ca/radio/tapestry/a-c ase-against-forgiveness-1.4875111/how-to-spot-a-pattern-of-denials-in-the-metoo-movement-1.48 80605). *CBC/Radio Canada*. October 26, 2018.

6. Dampier, Cindy (March 7, 2019). "R. Kelly's CBS meltdown has a name, says researcher: 'That's DARVO' " (https://www.chicagotribune.com/lifestyles/sc-fam-kelly-interview-denial-response-0312-story.html). *Chicago Tribune*. Archived (https://web.archive.org/web/20190331155416/https://www.chicagotribune.com/lifestyles/sc-fam-kelly-interview-denial-response-0312-story.html) from the original on March 31, 2019. Retrieved April 1, 2019.

7. Fitzgerald, Louise F.; Freyd, Jennifer J. (December 20, 2017). "Trump's DARVO defense of harassment accusations" (https://www.bostonglobe.com/opinion/2017/12/20/trump-darvo-defense-harassment-accusations/bTCR8QDrjLaYAwsQHCtpsM/story.html). *The Boston Globe*. Archived (https://web.archive.org/web/20200508174923/https://www.bostonglobe.com/opinion/2017/12/20/trump-darvo-defense-harassment-accusations/bTCR8QDrjLaYAwsQHCtpsM/story.html) from the original on May 8, 2020. Retrieved December 23, 2019.

8. Freyd, Jennifer J. (2021). "What is DARVO?" (https://dynamic.uoregon.edu/jjf/defineDARVO.html). *University of Oregon*. Archived (https://web.archive.org/web/20131104182655/http://dynamic.uoregon.edu/jjf/defineDARVO.html) from the original on November 4, 2013. Retrieved July 8, 2021.

9. Vialle-Giancotti, Cynthia (December 13, 2021). "You've been DARVOed and you don't even know it" (https://gender.stanford.edu/news-publications/gender-news/you-ve-been-darvoed-and-you-don-t-even-know-it). *The Clayman Institute for Gender Research, Stanford University*.

10. Rozsa, Matthew (July 8, 2021). "Trump wasn't just an abnormal figure—psychiatrists say his rhetoric caused real trauma" (https://www.salon.com/2021/07/08/trump-wasnt-just-an-abnormal-figure--psychiatrists-say-his-rhetoric-caused-real-trauma/). *Salon*.

11. "It's Called DARVO - South Park | South Park Studios US" (https://southpark.cc.com/video-clips/gfwbrf/south-park-it-s-called-darvo). *South Park United States*. November 8, 2019. Retrieved July 29, 2021.

Retrieved from "https://en.wikipedia.org/w/index.php?title=DARVO&oldid=1172441196"

**Left screen:**

4:38  100%

Index current as of 12/22/2021, 2:17 PM CST
Current as of 12/23/2021 4:22 AM

Details for
2018004250
Wayne County, IN (Documents validated through:
12/22/2021, 1:30 PM CST)

Preview

### Document Information

| | | | |
|---|---|---|---|
| Document Number: | 2018004250 | County: | Wayne County, IN | Type: | DEED |
| Date: | Jun 4, 2018 | Time: | 3:35:17 PM | | DEED - WARRANTY |
| Amount: | 0.00 | | | Execution Date: | May 29, 2018 |
| | | Page Count: | 3 | Return To: | |
| Notes: | | | | | |

### Party Information

| Party Name: | Role: | Address: |
|---|---|---|
| TURPIN, JON B | GRANTOR | |
| TURPIN, LINDA B | GRANTOR | |
| TURPIN, LINDA K | GRANTOR | |
| JON B TURPIN JOINT REVOCABLE TRUST | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| LINDA B TURPIN REVOCABLE TRUST | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN REVOCABLE TRUST, JON B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN REVOCABLE TRUST, LINDA B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN, JON B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |
| TURPIN, LINDA B | GRANTEE | 522 W MAPLE ST CAMBRIDGE CITY, IN 47327 |

### Property Information

| Description: | Address: | Notes: | |
|---|---|---|---|
| 27-16-12 NW 0.56 | IN | | map |
| 27-16-12 NW 1.948 | IN | | map |
| 27-16-12 NW 0.44 | IN | | map |
| 27-15-12 NW 0.15 | IN | | map |
| 27-16-12 NW 0.60 | IN | | map |

You may need to download the map viewer to view GIS maps and information (works only in Internet Explorer)

### Cross References

| Document | Date: | Document Type: | Notes: |
|---|---|---|---|

**Right screen:**

4:20  100%

Wayne Superior Court 1
89D01-0113-GU-000022

(illegible party/case lines)

### Parties Involved

(illegible attorney and party details)

### Hardcopy References

(illegible converted event / book / page references)

### Calendar Entries

### Available Documents

### Minute Entries

(illegible minute entry details)

A revocable trust is a type of trust that allows the person who created it, known as the grantor, to retain control over the assets placed in the trust during their lifetime. This means that the grantor can modify or even revoke the trust at any time.

While a revocable trust can be a useful estate planning tool, it can also be used for abuse in certain situations. Here are some ways that a revocable trust can be used for abuse:

1. Financial exploitation: A revocable trust can be used to financially exploit vulnerable individuals such as elderly or incapacitated individuals. The grantor can transfer assets to the trust and appoint themselves or a trusted individual as the trustee. The trustee can then use these assets for their own benefit, rather than for the benefit of the trust's beneficiaries.

2. Controlling behavior: In some cases, a grantor may use a revocable trust as a tool for controlling the behavior of their beneficiaries. For example, they may condition the receipt of assets on the beneficiary meeting certain conditions or following certain rules.

3. Concealing assets: A grantor may use a revocable trust to conceal assets from creditors or other individuals. For example, they may transfer assets to the trust to avoid paying debts or to avoid having those assets subject to probate.

4. Tax avoidance: While there are legitimate ways to use a revocable trust for tax planning purposes, a grantor may use a revocable trust to avoid paying taxes that they otherwise would be required to pay.

It's important to note that while a revocable trust can be used for abuse, it can also be used properly to achieve legitimate estate planning goals. If you are considering creating a revocable trust, it's important to consult with an experienced estate planning attorney to ensure that it is being used appropriately.

12:51

← Search



**Jon B. Turpin**
Nov 28 · 🌐

2:34                                    LTE 🔋

facebook                            🔍  

My Dad gave this article to me today, wish he gave it to me 15 years ago! Maybe not to late and maybe my parent friends should read too



ED Sunday, January 1, 2017  Naples Daily News

## Your kids should not be the most important in the family

JOHN ROSEMOND

I recently asked a married couple who have three kids, none of whom are yet teens, "Who are the most important people in your family?"

Like all good moms and dads of this brave new millennium, they answered, "Our kids!"

"Why?" I then asked. "What is it about your kids that gives them that status?" And like all good moms and dads of this brave new millennium, they couldn't answer the question other than to fumble with appeals to emotion.

So, I answered the question for them: "There is no reasonable thing that gives your children that status."

I went on to point out that many if not most of the problems they're having with their kids — typical stuff, these days — are the result of treating their children as if they, their marriage, and their family exist because of the kids when it is, in fact, the other way around. Their kids exist because of them and their marriage and thrive because they have created a stable family.

Furthermore, without them, their kids wouldn't eat well, have the nice clothing they wear, live in the nice home in which they live, enjoy the great vaca-

ents and that, right there, is why we looked up to adults in general. Yes, Virginia, once upon a time in the United States of America, children were second-class citizens, to their advantage.

It was also clear to us — I speak, of course, in general terms, albeit accurate — that our parents' marriages were more important to them than their relationships with us. Therefore, we did not sleep in their beds or interrupt their conversations. The family meal, at home, was regarded as more important than after-school activities. Mom and Dad talked more — a lot more — with one another than they talked with you. For lack of pedestals, we emancipated earlier and much more successfully than have children since.

The most important person in an army is the general. The most important person in a corporation is the CEO. The most important person in a classroom is the teacher. And the most important person in a family are the parents.

The most important thing about children is the need to prepare them properly for responsible citizenship. The primary objective should not be raising a straight-A student who excels at three sports, earns a spot on the Olympic swim team, goes to an A-list university and becomes a prominent brain surgeon. The primary objective is to raise a child such that community and culture are strengthened.

"Our child is the most important person in our

👍❤️ 9                           1 Comment · 3 shares



























12:53

Q Search



**Jon B. Turpin**
6d · 🌐

New sewage is plant being built on the Home Farm



12:54

Q Search

**Jon B. Turpin**
Nov 29 · 🌐

Ready! Start ordering now at Becker's Greenhouse!



 Alexis Turpin and 12 others          5 Comments

12:54

Search

**Jon B. Turpin**
Nov 6 · 🌐

Changing more every day! Becker's Florist and Greenhouse getting you ready for Christmas!



Linda Brower and 24 others      1 Comment · 1 share

|||     ☐     ‹

12:55

**Jon B. Turpin**
Oct 28 · 🌐

Working on controls for another grain operation.
I'm thankful for all my loyal farm customers. I
hope to keep earning your trust.



 You, Jon F. Turpin and 32 others          6 Comments

12:06

← Search

 **Jon B. Turpin**
Sep 27, 2019 ·

Having lunch at First Bank in Cambridge City, Indiana with my good friend, Bud Hatfield.



Alexis Turpin and 29 others                    1 Comment



12:51



Jon B. Turpin
Nov 28 · 🌐

2:34                                     LTE 🔋



My Dad gave this article to me today,
wish he gave it to me 15 years ago!
Maybe not to late and maybe my parent
friends should read too



👍❤️ 9                          1 Comment · 3 shares

||| ◯ ‹

12:56



**Jon B. Turpin**
6d · 🌐

Look what I stumbled across.



👍👍 Debra Fausset and 25 others          14 Comments

👍 Like          💬 Comment          ↪ Share



12:57

Search

**Jon B. Turpin**
6d · 🌐

I must have had some strong people on my team!



Linda Brower and 15 others            2 Comments

👍 Like            💬 Comment            ↗ Share

12:58

Search

**Jon B. Turpin**
Sep 9 · 🌐

Who's silhouette is on the fronting this Knightstown yearbook?



🖤😮 6                                    8 Comments

12:06

Search

 **Jon B. Turpin**
Sep 27, 2019 ·

Having lunch at First Bank in Cambridge City, Indiana with my good friend, Bud Hatfield.



Alexis Turpin and 29 others                    1 Comment

12:07 

← 🔍 Search

**Jon B. Turpin** is with **Sheila Catron Hopkins** and **Carolyn Sexton Mitchell**. •••
Jun 3, 2019 · 👥

Some of my favorite girls. They know enough to probably keep me from running for Sheriff.



👍❤️😮 Jon F. Turpin and 28 others    4 Comments • 3 shares

12:19

Q Search

**Brenda Wyatt Smythe** is with **Jon B. Turpin** and **32 others**.
Apr 28, 2015 ·

The KHS Class of 1975 is being recognized at the Alumni dinner on June 27th. Are any of you planning to attend?

Jon B. Turpin and 6 others          20 Comments · 1 share

👍 Like                    💬 Comment

**Jon B. Turpin**
Mar 17, 2015 ·

**Fatherhoodgov** is with **Williams Jackson** and **44 others**.
Apr 22, 2014 ·

Think about...

At 6 : **DAD** I love you.
At 10: **DAD** Whatever.
At 16: My **DAD** is so annoying.
At 18: I wanna leave this house.
At 25: **DAD** , you were right.
At 30: I want to go to **DAD's** house.
At 50: I don't want to lose my **DAD**.
At 70: I would give up everything for my **DAD** to be here with me.
**SHARE** this post on your wall if you appreciate & love your **DAD**

12:19

**Jon B. Turpin**
Mar 17, 2015 ·

**Fatherhoodgov** is with **Williams Jackson** and **44 others**.
Apr 22, 2014 ·

Think about...

At 6 : **DAD** I love you.
At 10: **DAD** Whatever.
At 16: My **DAD** is so annoying.
At 18: I wanna leave this house.
At 25: **DAD**, you were right.
At 30: I want to go to **DAD's** house.
At 50: I don't want to lose my **DAD**.
At 70: I would give up everything for my **DAD** to be here with me.
**SHARE** this post on your wall if you appreciate & love your **DAD** whether he is here or not.

Jon F. Turpin and 5 others          1 Comment

Like          Comment          Share

**Jon B. Turpin**
Feb 28, 2015 ·

**Beth Turpin** is with **George Grant** and **5 others**.

12:27

← Search

**Jon B. Turpin**
Sep 7, 2012 · 👥                                      •••

THECOURIERTIMES.COM                              ⓘ
**Canal Days celebrates 40 years - New Castle
Courier Times - New Castle, Indiana**

👍 Like        💬 Comment        ↪ Share

**Jon B. Turpin** updated his profile           •••
picture.
Aug 2, 2012 · 🌐



IRTH GRA

12:27 ◻ ⬡ M •                                    LTE+

← 🔍 Search

**Jon B. Turpin** updated his profile picture.                    • • •

Aug 2, 2012 · 🌐



**Alexis Turpin**                                              • • •

Jul 29, 2012 · 👥

Congratulations to all of the athlete's nominated this year for the Myyon A. Barnes Athlete of the Year Award. You were all great athletes and I enjoyed playing with/against each one of the girls. To my dad Jon B. Turpin , when I read the

👍 Like          💬 Comment          ↗ Share

# Explaining DARVO: Deny, Attack, Reverse Victim & Offender

## How abusers might use these strategies to blame the survivor

By Amanda Kippert
Nov 23, 2022



🖨 Print Article ❤ Share

notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



We've talked before about how survivors get arrested or even charged with domestic violence after they're the ones who call the police for help. We've also talked about how abusers can gain sympathy from friends and family when they manipulate the story to make those outside the relationship think the survivor is "the crazy one."

In these frustrating situations, a tactic called DARVO—or deny, attack, reverse victim and offender—may be utilized. It's a way abusers or others, such as law enforcement or the judicial system, might redirect blame, taking attention off of the perpetrator while accusing a victim of being the actual abusive partner.

What Is DARVO?

Deny, attack, reverse victim and offender is a three-step method of twisting accountability. Originally coined by psychology researcher Jennifer Freyd, the DARVO process can look something like this:

1. Deny. The abuser vehemently denies the survivor's account of what happened. This can involve gaslighting the survivor to make the survivor doubt their memory of events. The survivor may begin to question whether or not they're "blowing it out of

proportion" as the abuser continues to minimize what they remember happening.

2. Attack. The abuser shifts the focus to the survivor's credibility and whether or not others, including law enforcement, should believe them. This could include bringing up past indiscretions (real or fabricated) in the survivor's past, questioning the survivor's mental health, accusing the survivor of abusing drugs or alcohol or asserting the survivor is the abusive one when really the survivor was reacting to the abuse being inflicted. The abuser may even insinuate that the survivor wanted what happened or that, because the couple is married, the abuser couldn't have possibly sexually assaulted them (not true, by the way). The end result can be that the survivor feels bullied or disparaged into staying quiet or may feel some sense of the abuse being their own fault. (Be aware, trauma-related guilt is a liar.)

3. Reverse Victim and Offender. The final step of this twisted manipulation tactic is for the abuser to secure their title of "victim" and position the actual survivor as the offender. They might contend that the survivor has some vendetta to destroy them. They might say the survivor is lying in order to turn people against the abuser, become more popular, "take away" their children or receive a larger divorce settlement. The abuser might claim they're a "victim of the system" (the criminal justice system). They may use their socioeconomic standing, race or gender to support their claim. All the while, the survivor's actual disclosure of abuse is overshadowed and the survivor will end up spending more time trying to defend her reputation than receiving help for the abuse.

A Survivor Needs Support During DARVO

It can be difficult to recognize an abuser using the DARVO tactic when you're a survivor in the middle of it. Heather Kent, registered psychotherapist, trauma recovery specialist and author of several books on surviving abuse says, "Speaking as a survivor myself, when you're still in it, it's very hard to see what's happening.

It's insidious. Often it takes an outside person who witnesses it to kind of take you aside and show you what's happening and what's not OK."

She encourages survivors who suspect they're being manipulated to avoid a common suggestion from others: couples' counseling.

"[The abuser] is just going to gaslight you and call you the abusive one. ...A therapist is not necessarily able to see what's happening and can cause further damage and enable the abuse to continue." Survivors also face the risk of the abuser retaliating in private, sometimes with violence, after disclosing incidents in front of a therapist. Even the threat of this can keep a survivor quiet indefinitely.

"The solution is really to get out of the situation as soon as possible. I've never seen a situation where an abusive partner does a 180, goes to therapy and they live happily ever after."

(Note: Some experts say there are abusers who can reform, but the likelihood of repeat abusive incidents is high.)

When DARVO Shows Up in the Workplace

Kent also cautions that the DARVO tactic isn't unique to intimate partner relationships, but can also show up between coworkers in a professional setting.

"In workplace relationships, perhaps a boss might promise something or invite the employee to attend a meeting and then the employee follows up on that and the boss says, 'We never talked about that.'" Kent says it's a way to tear down the self-esteem of an employee for egotistical reasons. The gaslighting individual wants to feel in control, says Kent.

"Typically these people are highly insecure so they feel threatened by other people who are recognized as competent and successful or well-liked."

The abusive leader might then try to get people wrapped up in workplace drama in order to position a group of employees against one in particular. It could involve spreading rumors or lies.

But ... Why Even Use DARVO?

Kent says DAVRO is part of the cycle of abuse that many survivors experience. The abuser uses it during the escalation and devaluing phase.

"There's this compulsion by abusers to protect this false sense of self that they have. Internally, they can be very insecure, but they bury that so deeply in their consciousness. They just put it in a box and try to shove it away." She says that abusers often create a façade of what they want people to think they are—which might be innocent, or a victim, even if they're the abusive, controlling or violent one.

"So if anyone says or does anything that contradicts that, that's when you see the blame and the rage and the lashing out because they have to protect this image of themselves that they have."

 choosing therapy

 Newsletter

What Is DARVO?

- DARVO?
- What Does DARVO Look Like In Action?
- Effects
- How to Resist DARVO
- Therapy's Role in Healing From Abuse
- Conclusion
- Resources
- Infographics

Find a therapist | Search

# DARVO: Deny, Attack, Reverse Victim & Offender

 Written by: Eric Patterson, LPC

 Reviewed by: Heidi Moawad, MD

Published: June 1, 2022

About Us
Contact Us
Write for Us
Careers

Editorial Policy
Advertising Policy
Privacy Policy
Terms of Service

FOR IMMEDIATE HELP CALL:

Medical Emergency: 911

Suicide Hotline: 988

View More Crisis Hotlines

 **choosing therapy**                                    📭 Newsletter

While every abuse situation is unique, the strategies abusers use to maintain their status share some similar themes. Many abusers use DARVO ploys to deny their wrongdoing, attack the offended, and reverse roles with the victim to make themselves the victim or harmed person. This form of manipulation is powerful with lasting effects on the victim and society as a whole, but there are techniques that can help manage this type of abuse tactic.

**Would you like help recovering from a relationship with a narcissist?**

BetterHelp has over 20,000 licensed therapists who provide convenient and affordable online therapy. BetterHelp starts at $60 per week. Complete a brief questionnaire and get matched with the right therapist for you.

choosing therapy                                    📰 Newsletter

*BetterHelp*

<u>Visit BetterHelp</u>

# What Is DARVO?

DARVO, meaning "Deny, Attack, and Reverse Victim and Offender," summarizes a consistent reaction and <u>manipulation tactic used by perpetrators of abuse</u> or other types of wrongdoing.[1] It works by shifting the focus away from the original issue and attacking the actual victim. It attempts to switch the roles of victim and perpetrator to allow the actual offender to receive sympathy and compassion, publicly or privately, as well as to avoid consequences for their actions.

The formalized DARVO meaning was first introduced by a psychologist named Jennifer J. Freyd in the 1990s. Freyd worked to build an understanding of how and why those accused of abuse respond to these accusations.[2] Individuals can use DARVO as a reaction, but entire institutions may employ the strategy as well. Elements of the process can be formally or informally integrated into corporate policy.[1]

People or groups that are the most likely to utilize DARVO are:[1,2,3]

- <u>Narcissistic abusers</u>
- Abusive bosses
- Abusive parents, including in-laws
- <u>Gaslighters</u>
- Colleges and universities

 choosing therapy                     Newsletter

- Law enforcement
- Financial institutions as part of financial abuse

Certainly, not all of these groups implement DARVO tools all of the time, but they may have in the past, and they could again in the future. Still, a minority of people and groups would consider using DARVO as a reaction to an accusation.



*"DARVO can be used by anyone in response to being held accountable for wrongdoings they have committed. When it was first introduced by Dr. Jennifer Freyd, DARVO was conceptualized as a technique used by sex offenders to deflect blame. You can see examples of this in the media when high-profile sex offenders like R. Kelly and Harvey Weinstein use DARVO. But it's not just a tactic used by perpetrators of sexual abuse – research finds DARVO is also used by people who commit wrongdoings that encompass a broad spectrum of severity, ranging from cases of sexual assault to more minor transgressions." – Dr. Sarah Harsey, Postdoctoral Fellow at the Center for Institutional Courage and primary*



**Jon B. Turpin**
Dec 2 · 🌐

















12:50

**Q** Search

**Jon B. Turpin**
1h · 🌐

Good memories



👍😊 Alexis Turpin and 4 others

👍 Like          💬 Comment          ↪ Share

**Jon B. Turpin** shared a memory.
4d · 🌐

**8 Years Ago**
See your memories ›

**Jon B. Turpin** is with **Nathan Ulerick**.
Dec 21, 2013 · 👥





1:34

Search

**Jon B. Turpin**
Apr 5, 2020 · 👥



**This picture from World War II, a soldier carrying a donkey. It is not that the soldier loves donkeys or has some sort of perversion. What's happening is that the field is mined and that if the donkey was free to wonder as it pleased, it would likely detonate a charge and kill everyone. The moral of the story is that during difficult times the first ones you have to keep under control are the jackasses who don't understand the danger and do as they please.**

See Notice

Jon F. Turpin and 19 others        8 Comments

👍 Like                    💬 Comment

**Pam Stacy**
Apr 4, 2020 · 👥

Such a pleasant SURPRISE today. Heard a truck pull in looked up and there stood Jon B. Turpin,



1:25

Q Search

**Jon B. Turpin**
Dec 11, 2020 · 

**Tom Roy**
Dec 9, 2020 · 

Can't stop laughing I hope you're old enough to get this









1:14

Search

**Jon B. Turpin**
Mar 6 · 🌐

**Heather Henderson**
Mar 3 · 🌐

I looked and I read
I found them splendid
Not one vicious word
To make me offended

The grammar was child-like
The rhymes were quite plain... See more



1:09

← Search

**Jon B. Turpin**
Apr 11 ·

**Chip Ratliff**
Apr 8 ·

Follow

Does The Woke Coca-Cola company remember this photo ..



1                                          1 Comment

👍 Like        💬 Comment        ➦ Share

**Jon B. Turpin**

12:57



**Jon B. Turpin**
Sep 19 · 🌐

My Neice Emma.
She's Lethal

12:58

**Jon B. Turpin**
Sep 19

My Neice Emma.
She's Lethal



12:59



**Jon B. Turpin**
Sep 4 · 🌐

Julio practicing



12:59

Search



**Jon B. Turpin**
Sep 3 · 🌐

**Circle D Rangers**
Aug 28 · 🌐



♡👍 7                           1 Comment · 1 share

👍 Like          💬 Comment          ↗ Share







12:59



←   Search

**Jon B. Turpin**
Sep 3 · 🌐     •••

**Circle D Rangers**
Aug 28 · 🌐



👍❤️ Alexis Turpin and 13 others    2 Comments • 1 share

👍 Like     💬 Comment     ↗ Share

|||     ⬜     ‹

12:59

Q Search

**Jon B. Turpin**
Sep 3 · 🌐

**Circle D Rangers**
Aug 28 · 🌐



👍😊 Debra Fausset and 7 others     1 Comment · 1 share

👍 Like          💬 Comment          ↪ Share

12:59

Search

**Jon B. Turpin**
Sep 3 · 🌐

**Circle D Rangers**
Aug 28 · 🌐



👍❤️ Jon F. Turpin and 50 others          18 Comments

👍 Like          💬 Comment          ↪ Share

1:03

← Q Search

**Jon B. Turpin**
Apr 25 · 🌐

**Michael Michaelides**
Apr 14 · 🌐

Logic 🤦 🤦 🤦

Government: "You don't need an AR15 and 30-round magazine. The Police will protect you."

The Police:



👍❤ 2                           1 share

👍 Like        💬 Comment        ↪ Share

12:16

Q Search

**Jon B. Turpin** updated his status.
Jan 13, 2016 · 

9

Like          Comment

**Jon B. Turpin**
Jan 9, 2016 · 

**National Association for Gun Rights** ✓
Jan 9, 2015 · 

When seconds matter, how fast will your help arrive?



choosing therapy

 Newsletter

# What Does DARVO Look Like In Action?

In DARVO, the abuser will deny, minimize, and justify their actions.[4] There is a power in the simplicity of the DARVO scheme. The three-step process can sway personal and public opinion quickly. The accused use of DARVO techniques can happen so subtly that many people will miss the warning signs. Instead, they will fall into the <u>pattern of manipulation</u> where all evidence is criticized.

An abuser may use DARVO in the following ways:

## 1. Deny

The first step of the process is for the abuser to deny whatever wrongdoing they are accused of. They will completely refuse that any element of the abuse happened in the way they are accused.

Whether the abuse is rape, other sexual or physical misconduct, <u>emotional abuse</u>, or any other type of problematic behavior, the accused will deny the report immediately. They will remain steadfast in their assertion.

Depending on the abuse in question, an abuser might say these things:

- "This situation never happened."
- "I never did that."
- "This is a lie."
- "I'm a good person who couldn't engage in this kind of behavior."

 choosing therapy                               Newsletter

At this point, the denial is clear and simple. Talking more only opens the person up to more criticism, so they only present the information in vague and general terms.

## 2. Attack

Once the denial is established, the accused goes on the offensive. Here, the abuser does everything in their power to attack the other person. One way to achieve this is by questioning their motivation, mental health, and stability, attacking their intelligence, honesty, and morality, and attacking their actions (past and present).

The abuser could attack the victim in countless ways by saying:

- "You're crazy."
- "You're a psycho."
- "You're an alcoholic or a drug addict."
- "You've made these claims before."
- "You asked for this/wanted me to do it."
- "You never said 'no.'"

The victim will never be treated with respect or value. They will be demeaned and disparaged.

## 3. Reverse Victim & Offender

Perhaps the most fascinating element of DARVO is the attempt of the perpetrator to switch roles with the victim. Rather than accepting responsibility for their actions, they aim to make the original victim into the perpetrator.

This reversal is done in many ways depending on the situation and accusation. At times, the attempt seems to lack outward validity and rationality, but that part seems

 choosing therapy

 Newsletter

In the situation of an abuser raping someone, he would say that was actually the victim who was at fault. He would say that she seduced him into having sex, was trying to "trap" him by getting pregnant, or planned to "cry rape" all along.

In the case of an institutional DARVO involving someone being harmed by the police, the officer or department could say that the victim actually attacked them first, they acted in self-defense, or the person should have complied to avoid these outcomes.



## Join our Mental Health Newsletter

A free newsletter for those impacted by mental health issues. Get helpful tips and the latest information.

**Email***

Type your email    Submit

# Effects of DARVO

DARVO takes a terrible, uncomfortable, or traumatizing event and continues the cycle of abuse. Now, the person has to deal with the original event and the damaging effects of DARVO on their mental and physical health.[4]

According to Dr. Harsey, "The intent of DARVO is to silence victims, either through confusion, invalidation, or even intimidation. By denying that any mistreatment occurred (or downplaying the harm it caused), attacking victims' credibility, and then playing the victim, perpetrators attempt to instill doubt among their victims – did the abuse

choosing therapy                               ⊟  Newsletter

people exposed to DARVO during confrontations with perpetrators report feeling greater self-blame for the wrongdoings they experience. Ultimately, DARVO tries to distort the way victims think about themselves and the abuse they experience."

One of the most devastating effects of DARVO is the person doubting their own memory. They may begin to experience confusion surrounding the events and call their recall into question.[4] With doubt comes shame, embarrassment, and guilt. They may withdraw from their original claims, or authorities may encourage them to rethink action.

One study found that when people confronted their toxic abusers, they were confronted with:[4]

- The perpetrator denying the events (44%)
- The perpetrator saying the whole situation is a misunderstanding (22%)
- The perpetrator telling them they're crazy (44%)

About 22% of victims heard an admission of guilt, but that was only temporary. In many cases, the perpetrator returned to DARVO techniques and denied and minimized the events.

## Effects of Public Opinion

Any level of media attention can completely change the effects of DARVO, which is why making a claim against a public figure is more challenging. DARVO breeds a general sense of mistrust of women in society. It makes people question the narratives women present and denies their perspective.[5]

choosing therapy                                  ▤  Newsletter

- Silence and hesitation in reporting incidents of abuse
- Violence, threats, and other attacks against the victim
- A general sense that victims are lying
- The belief that victims somehow wanted the abuse to occur

# How to Resist DARVO

While difficult, resisting or combatting DARVO is possible. Methods of resisting include recording the story, getting to safe space, seeking support, accepting the denial, countering the attack, avoiding role reversal, and ignoring public opinion.

Dr. Harsey encourages, "The first step in resisting DARVO is education; just learning about DARVO can mitigate its impact. Research shows that DARVO is less effective in influencing the way people think about victims and perpetrators when they receive a brief DARVO education. Specifically, when perpetrators use DARVO, people who are educated about this tactic are more likely to believe victims and less likely to believe perpetrators. It is possible that a DARVO education is also effective for victims themselves – e.g., victims who know about DARVO may be less likely to doubt themselves. Recognizing and naming DARVO can be a powerful antidote."

Here are seven more ways to resist DARVO:

## 1. Record the Story

One of the best things you can do is record and document your experience. Though you may be reeling from the intense emotion of the situation, your memory will be fresh

 choosing therapy

🗒 Newsletter

information will serve as a guide for the future. Refer back to this document often to reaffirm your perspective.

## 2. Find Safety

If you've been abused, there is a good chance the abuse will repeat. You must get yourself and others in your care to a place of safety and security as soon as possible. Healing becomes nearly impossible when you're at risk of further abuse.

## 3. Seek Your Support

Rallying your friends, family, and other supporters as early as possible is essential. Let them know what happened, what your fears are, and how they can assist. Remember, there's no shame in being abused or harmed.

## 4. Recognize & Accept the Denial

Once you make the abuse known, expect the denial of the allegations. People using the DARVO playbook will work quickly to deny, so you should accept that it will come. This denial will signal their use of DARVO, and from here, you can predict their next steps.

## 5. Recognize & Counter the Attacks

The attacks will follow closely behind the denial. They may play on your insecurities or your regrets, but they could be largely untrue and invalid. Remind yourself of this. Remember who you really are and the values you find important. For some, countering the attacks will be an active effort in the media, and for others it will be a plan to

choosing therapy                                        📧 Newsletter

## 6. Avoid the Role Reversal

As they move towards role reversal, do your best to state and restate your experience. Rather than trying to find new ways to explain the same thing, utilize the broken record technique. Restating the events to others and yourself will help solidify what happened and reduce doubt.

## 7. Ignore the Public Opinion

Of course, this step is easier said than done, but you must minimize the impact of public opinion, whether it is positive or negative. Avoid social media, turn off your notifications, and limit contact with people who are not supporting you fully.

# Therapy's Role in Healing From Abuse

In these situations of DARVO, professional mental health treatment can help resolve the abuse and prevent the shame, doubt, and isolation that may follow. Working to find the right therapist is likely easier than you think. Explore an online therapist therapist directory for therapists who could be a good fit for your needs.

# Final Thoughts

DARVO is the worst kind of manipulation and toxic behavior. It is an insidious abuse tactic, but knowing what it looks like can help you resist it and help others who are falling victim to its impact.

 choosing therapy

☰ Newsletter

*Education is just the first step on our path to improved mental health and emotional wellness. To help our readers take the next step in their journey, Choosing Therapy has partnered with leaders in mental health and wellness. Choosing Therapy may be compensated for marketing by the companies mentioned below.*

### Online Therapy

**BetterHelp** Get support and guidance from a licensed therapist. BetterHelp has over 20,000 therapists, who provide convenient and affordable online therapy. Complete a brief questionnaire and get matched with the right therapist for you. Get Started

### Psychiatry, with you in mind

**Talkiatry** Our Psychiatrists Can Diagnose Your Condition, Prescribe Medication, And Monitor Your Progress. Most psychiatry visits cost patients $30 or less* Free Assessment

### Drinking Moderation

**Sunnyside** Want to drink less? Sunnyside helps you ease into mindful drinking at your own pace. Think lifestyle change, not a fad diet. Develop new daily routines, so you maintain your new habits for life. Take a 3 Minute Quiz

### Relationship Help

**OurRelationship** (Free Couples Course) OurRelationship has been proven to help couples

 choosing therapy                         🖾 Newsletter

**Mental Health Support Group App**

<u>Circles</u> Anytime, anonymous, and free. Never feel alone during life's greatest challenges. Drop-in to live conversations and share thoughts, ask questions, or learn from others on the same journey. <u>Join Circles Now</u>

**Mental Health Newsletter**

A free newsletter from Choosing Therapy for those interested in mental health, therapy and fighting stigma. Sent twice weekly. <u>Sign Up</u>

**Choosing Therapy Directory**

You can search for therapists by specialty, experience, insurance or price, and location. <u>Find a therapist today.</u>

*Choosing Therapy partners with leading mental health companies and is compensated for marketing by BetterHelp, Our Relationship, Circles, Sunnyside, and Talkiatry. \*Includes all types of patient cost: copayment, deductible, and coinsurance. Excludes no shows and includes $0 Visits.*

# For Further Reading

- <u>A guide to DARVO, the gaslighting response people give when they're called out for bad behavior.</u>
- <u>What is 'DARVO' and how is it used against survivors of violence?</u>
- <u>You've been DARVOed and you don't even know it</u>

choosing therapy                                    📋 Newsletter

## Do I have OCD? A Free Online OCD Test

There are hundreds of OCD tests and "OCD quizzes" online. Some aim to help people self-diagnose; others turn obsessive-compulsive disorder into a joke. Either way, a vast majority of these are not helpful and probably create more problems than solutions. Read More

## What is OCD Fear of Being a Narcissist?

What is OCD fear of being a narcissist? Someone with OCD who fears being a narcissist likely experiences unwanted and intrusive thoughts, images, or worries about behaving selfishly or having personality traits associated with narcissism, or Narcissistic Personality Disorder. This person may fear that they are secretly "bad" or manipulative towards others, even without any reason to believe so. Read More

*This content is sponsored By NOCD.*

# DARVO Infographics

 choosing therapy

📰 Newsletter

DARVO, meaning "Deny, Attack, Reverse Victim and Offender," summarizes a consistent reaction and manipulation tactic used by perpetrators of abuse or other types of wrongdoing. It works by shifting the focus away from the original issue and attacking the actual victim. It attempts to switch the roles of victim and perpetrator to allow the actual offender to receive sympathy and compassion, publicly or privately, as well as to avoid consequences for their actions.

## What Does DARVO Look Like In Action?

1. Deny whatever wrongdoing they are accused of
2. Do everything in their power to attack the other person
3. Attempt to switch roles with the victim rather than accept responsibility for their actions



## Effects of DARVO

One of the most devastating effects of DARVO is a victim doubting their own memory. They may begin to experience confusion surrounding the events and call their recall into question. With doubt comes shame, embarrassment, and guilt. They may withdraw from their original claims, or authorities may encourage them to rethink action.

 choosing therapy                                    🖃 Newsletter



## Sources

Choosing Therapy strives to provide our readers with mental health content that is accurate and actionable. We have high standards for what can be cited within our articles. Acceptable sources include government agencies, universities and colleges, scholarly journals, industry and

Show more ⊗

## Recent Articles

12:21

Search

**Jon B. Turpin**
Sep 18, 2014 · 👥

**Comedy 103.1** ✓ is with **Patricia Peraino** and **38 others**.
Aug 10, 2014 · 🌐

# Who left the bag of idiots open?

Jon F. Turpin and 5 others                    1 Comment

👍 Like          💬 Comment          ↗ Share

**Jon B. Turpin**
Sep 9, 2014 · 👥

12:16

← Q Search

**Jon B. Turpin**
Jan 24, 2016 · 👥                                    •••

**103.5 WIMZ** ✓
Jan 19, 2016 · 🌐



🙂 Jon F. Turpin and 4 others

👍 Like          💬 Comment          ➡ Share

**Jon B. Turpin** updated his status.          •••
Jan 13, 2016 · 👥

👍 9

👍 Like                    💬 Comment

**Jon B. Turpin**                              •••
Jan 9, 2016 · 👥

12:07

Q Search

 **Jon B. Turpin** is with **Sheila Catron Hopkins** and **Carolyn Sexton Mitchell**.
Jun 3, 2019 ·

Some of my favorite girls. They know enough to probably keep me from running for Sheriff.



Jon F. Turpin and 28 others          4 Comments · 3 shares

1:34

Search

**Jon B. Turpin**
Apr 10, 2020 · 👥

**Patricia Tipton Hooper**
Mar 30, 2020 · 🌐

Keep this in perspective when you hear that the US has passed Italy in the number of COVID-19 cases.



👍 5                                                    1 Comment

👍 Like          💬 Comment          ↗ Share

**Linda Brower**
Apr 7, 2020 · 🌐

Jon B. Turpin Steve Brower Brad Payne

🔒 **This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of

12:08

**Jon B. Turpin**
May 11, 2019

**Kitchen Crafty Fun**
May 8, 2019



As a kid I used to watch The wizard of Oz and wonder how someone could talk if they didn't have a brain. Then I got Facebook.

Jon F. Turpin and 5 others          1 Comment

👍 Like          💬 Comment          ➤ Share

**Jon B. Turpin**
May 9, 2019

**Fit4WINE**
Apr 29, 2019

Yeah we do

1:30

Q Search



**Jon B. Turpin**
Sep 13, 2020 ·

**Brian Lamm**
Sep 6, 2020 · 🌐



8

Like     Comment     Share

**Jon B. Turpin** updated his status.

1:00

Q Search

**Jon B. Turpin**
Aug 28 · 🌐

 **Turning Point USA** ✓
Jan 6, 2017 · 🌐

Jimmy Carter Is Jumping For Joy...
#BigGovSucks




3

Like          Comment          Share

**Jon B. Turpin**



12:56

Search

**Jon B. Turpin**
Dec 14 · 🌐

**James Woodard**
Nov 29 · 🌐



TikTok

*This is how you explain The Build Back Better plan*

||| ◯ ＜





1:02

Q Search

**Jon B. Turpin**
May 6 · 🌐

**Steve Loes** · Follow
Apr 24 · 🌐

This is so sad.



**Somewhere out there is a 2-year-old girl whose mother is a stripper, her father is a crackhead and her grandpa is President of the United States.** 😵 **Fact check THAT.**

👍😆 Linda Turpin and 3 others                    1 Comment

👍 Like          💬 Comment          ↗ Share

**Jon B. Turpin**
May 6 · 🌐

**Tom McNamara**
Dec 26, 2020 · 🌐

1:02

Search

**Jon B. Turpin**
May 19 · 🌐

**98 Rock** ✓ is with **Diane Vande Pol** and **Jacqueline Lenny**.
May 17 · 🌐



Linda Brower and 2 others                    1 Comment

👍 Like          💬 Comment          ↗ Share

**Jon B. Turpin**



1:05

**Jon B. Turpin**
Apr 14 · 🌐

**Yugo Marinkovic**
Feb 26 · 🌐

Follow







1:03

← Search

**Jon B. Turpin**
Apr 25 · 🌐

**Michael Michaelides**
Apr 14 · 🌐

Logic 🤦 🤦 🤦

Government: "You don't need an AR15 and 30-round magazine. The Police will protect you."

The Police:



👍😮 2                                   1 share

👍 Like        💬 Comment        ↗ Share















1:23

**Jon B. Turpin**
Dec 12, 2020

**William J. White**
Dec 8, 2020

**False information.** Checked by independent fact-checkers.

**See Why**

👍 Like          💬 Comment          ↗ Share

**Jon B. Turpin**
Dec 12, 2020

**William J. White**
Dec 8, 2020

**False information.** Checked by independent fact-checkers.

**See Why**

👍 Like          💬 Comment          ↗ Share

**Jon B. Turpin**
Dec 12, 2020

**William J. White**









