Pashrow & Mawmaw Taft

---------- Forwarded message ----------
From: **Erin Golden** <erin465336@gmail.com>
Date: Sun, Sep 24, 2023 at 11:21 AM
Subject: Request for Postponement
To: <kirk@kirkfreemanlaw.com>

The Honorable Drake,

I regret to inform you with a heavy heart of my grandfather, Herb Taft, passing of life. He was 99 years of age. Survived by his living wife, Rita Taft (102 years of age) and beloved family.

Due to my grandfather's passing during this sorrowful time and to comfort my elderly grandmother, I ask you, Honorable  Drake, to consider postponing the hearing regarding my husband, Jon F. Turpin (case file no. 89C01-2305PO-000087), for us to grieve respectfully.

I have attached my grandfather's obituary to this email for your viewing.
https://obits.theadvocate.com/us/obituaries/theadvocate/name/herbert-taft-obituary?id=53175173

Please contact me at your earliest convenience on your decision. Thank you for your consideration as well as for your time, kindly.

Best regards,

Erin Golden



🔍 Search by Name

# Herbert Charles Taft

1924 - 2023



Send Flowers

➔ Share

**BORN**                          1924

**DIED**                          2023

×

## Herbert Taft Obituary

Herbert Charles Taft, husband, father, grandfather, great grandfather, friend, passed away on Wednesday, September 20, 2023, at his home in Baton Rouge at the age of 99. He was the youngest of seven children born to Kathryn Huffner and Charles Wesley Taft on July 3, 1924, in Genesee, PA. Herb served as a US Navy pilot in WWII, earned a BS in Geography from Penn State and retired from the State Times Morning Advocate in 1989 after 17 years as company pilot and safety director. He was a member of St. Agnes Catholic Church, Knights of Columbus and the Baton Rouge Gem and Mineral Society. Herb is survived by his wife of 64 years, Rita Belle Attaya Taft, two daughters, Mary Johnson (Fielding) and Louise Golden, eight grandchildren, and eleven great grandchildren. His Funeral Mass will be Monday, September 25 at 11am at St. Agnes Catholic Church with visitation at 9:30am and rosary at 10:30am. Burial will follow at Roselawn Cemetery. The family requests Masses to be offered for him.

Published by The Advocate from Sep. 23 to Sep. 25, 2023.

**To plant trees in memory, please visit the** Sympathy Store.

## Memories and Condolences
## for Herbert Taft

Add a memory or share condolences

Not sure what to say?

🖼 **Add a Photo**

Submit Your Message

Be the first to post a memory or condolences.

## Make a Donation
## in Herbert Taft's name

Make a donation to a meaningful cause in honor of your loved one. Choose your organization:

Search by name, keyword, or EIN                                        ✕

**Need inspiration? Search by cause.**

## Memorial Events
## for Herbert Taft

SEP
**25**    **Visitation**

9:30 a.m.

St. Agnes Catholic Church

LA

🌸 Send Flowers

**SEP**
**25**

**Rosary**

10:30 a.m.

St. Agnes Catholic Church

LA

🌸 Send Flowers

**SEP**
**25**

**Funeral Mass**

11:00 a.m.

St. Agnes Catholic Church

LA

🌸 Send Flowers

×

## How to support Herbert's loved ones



**Stars and Stripes: Fly a flag in honor of your loved one over The National WWII Museum**

Read more

**Attending a Funeral: What to Know**

Read more

**MR. OR MRS HERBERT C. TAFT**
**OR LOUISE T GOLDEN**
10544 CLETUS
BATON ROUGE, LA 70815

8634

84-7350/2654

Dec 24 '22

DATE

PAY TO THE
ORDER OF  Mr & Mrs Joe Turpin     | $ 50⁰⁰

Fifty & 00/100                              DOLLARS

LOUISIANA USA
FEDERAL CREDIT UNION
P.O. BOX 15745, BATON ROUGE, LA 70895
www.la-fcu.org

Security features
included.
Details on back.

FOR _____     Mrs Herbert C Taft   MP

⑆265473508⑆  13000134490⑈  8634

Natl. Guard Line Scores tmeds.

**jt4590@protonmail.com**

| | |
|---|---|
| **From:** | ThorfinThunder \| GoldGrenade <jt4590@protonmail.com> |
| **Sent:** | Friday, September 8, 2023 6:07 PM |
| **Subject:** | Re: Opinion |
| **Attachments:** | Screenshot_20230908_164028_Gmail.jpg; Screenshot_20230908_164841_Gmail.jpg |

Furthermore, in my opinion,
I'm not sure why the job qualifications mention international situations when we can encounter all of the situations mentioned without even going internationally.

We need engineering for desalination of water for Lake Tulare, the Salton Sea, and Laguna Saluda in our own country, unless California isn't part of our country. We need humanitarian efforts in New York City, and within our health systems, we need God's Grace for those affected by drugs and safety from terrible tragedies committed upon women and children.

We need peaceful protectors with the utmost reservation in our country and at our border who can defend themselves and others, unless we aren't providing we need those who can see a bigger picture that allows for worldwide peace.

All of this can currently be learned within our own borders with our current climate.
So why do the questions for these jobs intentionally disqualify candidates with practical experience based upon an international engineering license and prior experience in our government when we were already disqualifying hard-working and enduring candidates without just cause nor reason that we were already short up to a million people in the FBI?

Are the qualifications on the jobs potentially being adapted in a counterintuitive way?

**Sincerely,**
**Jon F. D. Turpin, Pro Se, Pro Hac Vice**
------- Original Message -------
On Friday, September 8th, 2023 at 5:04 PM, ThorfinThunder | GoldGrenade <jt4590@protonmail.com> wrote:

> They changed the questions to make the hiring much more stringent.
>
> I would say based upon the new questions I'm not qualified unless y'all want to give me my engineering license and admit I've been helping for over year without pay at expense.
>
> Sincerely,
> Jon F. D. Turpin, Pro Se, Pro Hac Vice
> -------- Original Message --------
> On Sep 8, 2023, 4:50 PM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:
>
>> Hey, there's another one. Is everything OK in the application process for government jobs?
>>
>> Sincerely,
>> Jon F. D. Turpin, Pro Se, Pro Hac Vice
>> -------- Original Message --------
>> On Sep 8, 2023, 4:41 PM, ThorfinThunder | GoldGrenade < jt4590@protonmail.com> wrote:

OK, I'll reapply.

Sincerely,
Jon F. D. Turpin, Pro Se, Pro Hac Vice



**ACTION REQUIRED: RE-APPLY**

Inbox

usastaffingoffice@o... 11:47 AM

to me

# USAID
## FROM THE AMERICAN PEOPLE

Dear Jon Frederick Dismas Turpin,

The position of BS-25 Foreign Service Engineer, vacancy number 12078925, that you applied to has been canceled due to an administrative error. To be considered for the position, we ask that all applicants submit a new application. The position has been reposted under announcement number: Backstop-25 Engineering-23.

Thank you for your interest in employment with USAID.

Reply     Reply all     Forward

4:48

# Cancellation of Vacancy Announcement for Supervisory Communications Specialist (12078925) Inbox

**usastaffingoffice@o...** 11:51 AM

to me

Dear Jon Frederick Dismas,

We regret to inform you that the vacancy announcement for the Supervisory Communications Specialist position at the United States Agency for International Development (USAID) has been canceled. We sincerely apologize for any inconvenience this may have caused.

The position will be re-advertised through a new vacancy announcement, and all interested applicants must apply to the new announcement to receive proper consideration.

Please note the following information for the new announcement:

**Opening Date:** 09/08/2023
**Closing Date:** 09/22/2023
**Link to the new vacancy announcement:**
https://www.usajobs.gov/
GetJob/ViewDetails/748044100

We appreciate your interest in working with USAID, and we encourage you to apply to the new vacancy

# U.S. Marshals Service

# JOB APPLICATION

**ANNOUNCEMENT NUMBER**
DE-12091426-23-HH

**OPEN PERIOD**
08/28/2023 to 09/01/2023

**POSITION TITLE**
Program Support Specialist

---

**BIOGRAPHIC INFORMATION**                                          * Required

**Name**

First *
| Jon Frederick Dismas |

Middle
| |

Last (Family/Surname) *
| Turpin |

Suffix (Sr, Jr, III, etc.)
| |

**Mailing Address**

*Use Standard State Postal Code (abbreviations). If outside the United States of America, and you do not have a military address, print "OV" in State and fill in Country, leaving Postal Code blank.*

Street Address *  (House Number, Street, Apartment, Company, Suite, Unit)
| 2421 S PLUM ST |

| 10544 Cletus Drive, Baton Rouge, LA 70815 |

City *
| YORKTOWN |

State / Territory / Province
| I   N |

Postal Code *
| 47396 |

Country
| United States |

---

**Phone *** (at least one is required)                                                                  * Required

Day                                                              Evening

Mobile                                                          DSN
225-259-6270

Fax                                                              Email Address *   (e.g., my_email@domain.com)
                                                                jt4590@gmail.com

**Country of Citizenship ***
United States

## Eligibilities                                                                              * Required

**1. Reasonable Accommodations for taking the online assessments are provided on a case-by-case basis only to qualified individuals with a disability covered by the Rehabilitation Act of 1973, as amended.Do you have a disability (physical or mental) that you believe will interfere with completing the online assessments and require a Reasonable Accommodation? ***

○ A. Yes
● B. No

**2. Do you claim Veterans' Preference? ***

● A. No, I do not claim Veterans' Preference
○ B. 0-point Sole Survivorship Preference (SSP)
○ C. 5-point preference based on active duty in the U.S. Armed Forces (TP)
○ D. 10-point preference for non-compensable disability or Purple Heart (XP)
○ E. 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)
○ F. 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)
○ G. 10-point preference based on a compensable service connected disability of 30% or more (CPS)

**3. Are you a current or former federal employee displaced from the agency hiring for this position? If yes, confirm:you are located in the same local commuting area of the vacancy; AND,you are applying to a position that is at or below the grade level of the position from which you were or will be separated; AND,you are applying to a position that does not have greater promotion potential than the position from which you were or will be separated; AND,your last performance rating of record is at least fully successful or the equivalent.For more information, review the USAJOBS Help Center.   To verify your eligibility, you must submit supporting documentation such as a Reduction in Force (RIF) separation notice or a Proposed Removal/Separation notice to include your latest performance rating (if the notice does not have this information included, you must submit a copy of your most recent performance appraisal) and a copy of your latest Notification of Personnel Action, Standard Form 50. ***

○ A. Yes
● B. No

**4. Are you a current or former federal employee displaced from a position in a federal agency other than the agency hiring for this position?  If yes, confirm:you are located in the same local commuting area of the vacancy; AND,you are applying to a position that is at or below the grade level of the position from which you were or will be separated; AND,you are applying to a position that does not have greater promotion potential than the position from which you were or will be separated; AND,your last performance rating of record is at least fully successful or the equivalent.For more information, review the USAJOBS Help Center.To verify your eligibility, you must submit supporting documentation such as a Reduction in Force (RIF) separation notice to include your latest performance rating (if the notice does not have this information included, you must submit a copy of your most recent performance appraisal) and a copy of your latest Notification of Personnel Action, Standard Form 50. ***

○ A. Yes

◉ B. No

## Preferences
<span style="float:right">* Required</span>

**1. In the last five years, based on the closing date of this announcement, have you served or are you currently serving as an Executive Branch political, Schedule C, or Non-career SES appointee? You can find out if you have held one of these appointment types by looking at your Standard Form 50s in your Electronic Official Personnel Folder (eOPF), in Section 5 where the legal authorities are listed.A political appointee is an appointment made by the President without confirmation by the Senate (5 CFR 213.3102(c)) OR an assistant position to a top-level federal official if filled by a person designated by the President as a White House Fellow (5 CFR 213.3102(z)).A Schedule C appointee occupies a position excepted from the competitive service by the President, or by the Director of OPM, because of the confidential or policy-determining nature of the position duties (5 CFR 213.3301 and 5 CFR 213.3302).A Non-career SES appointee is approved by the White House and serves at the pleasure of the appointing official without time limitations (5 CFR 317 Subpart F). ***

○ A. Yes

◉ B. No

## Assessment 1
<span style="float:right">* Required</span>

**Thank you for your interest in a Program Support Specialist GS-0301-11 position with the United States Marshals Service. ***

**1. Select the statement that best describes the experience and/or education you have that demonstrates your ability to perform Program Support Specialist work at the GS-11 grade level. ***

◉ A. I have at least one year of specialized work experience equivalent to at least the GS-11 level in the Federal service performing the following duties: 1. Providing office administrative services in order to investigate, evaluate and resolve a variety of problems and/or conditions; 2. Monitoring a budget to ensure that funds are obligated; and 3.Compiling, reviewing and analyzing report data for completeness and accuracy.

○ B. I have completed a Ph.D. or equivalent doctoral degree, or three academic years (54 semester hours) of progressively higher level graduate education leading to such a degree in Business Administration, Public Administration, or Organizational Leadership. Such education demonstrates the knowledge, skills, and abilities necessary to successfully perform the duties of the position.

○ C. I have a combination of the specialized experience and the graduate level education as described above that totals 100% when combined. Only graduate level education in excess of two academic years (36 semester hours) may be combined with experience to qualify at the GS-11 grade level.

○ D. My experience and/or education is not reflected in the statements above.

**Select the one statement that most accurately describes your training and experience carrying out each task using the scale provided.**

**2. Provide oversight of the office's administrative services. ***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

◉ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**3. Develop specific guidelines to measure and improve the effectiveness and productivity in the administration of support programs. ***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**4. Assist with providing technical and regulatory advice to personnel from other Federal agencies, local and state agencies, and private citizens.** *

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**5. Ensure quality control over correspondence activities through reviews of outgoing correspondence, pickup and delivery schedules, and the timely delivery of official correspondence to agencies.** *

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**6. Prepare recurring and special reports for local use and/or submission to higher authority.** *

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**7. Maintain and implement standard procedures for records management (i.e., storing, retrieving, and routing records and files).** *

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**8. Analyze proposed and existing regulations and directives for conformance to style guides, for clarity, to avoid duplication or conflict with other issuances.** *

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**9. Provide for the safeguarding of security classified materials and information.  ***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

◉ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**10. Direct and execute the obligation and payment of invoices.  ***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**11. Perform the duties of financial systems subject-matter expert.  ***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**12. Train other agency personnel and delegates to them budget execution duties as directed by the supervisor.  ***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**13. Review and analyze financial reports, identify problem areas and recommend solutions to the supervisor.  ***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

◉ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**14. Provide guidance in resolving sensitive and complex financial issues.  ***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**15. Assist in preparing for internal and external audits and coordinating responses to audit findings.** *

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**16. Provide assistance to auditors as needed.** *

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

◉ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**17. Perform as the certifying officer and/or purchase card approver, based on district requirements.** *

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

◉ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**18. Serve as a liaison to Human Resources on the preparation and submission of personnel action requests and obtaining personnel services for the office.** *

○ A. I have not had education, training, or experience in performing this task.

◉ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**19. Ensure compliance with human resources requirements, including but not limited to position descriptions, awards, performance standards, performance appraisals, the Worker's Compensation Program, etc.** *

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

◉ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**20. Provide or forward technical advice, guidance, and interpretation to management on HR issues and problems.  \***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

◉ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**21. Serve as the timekeeper through the use of a web-based time and attendance application.  \***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

◉ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**22. Provide assistance to staff on use of time system.  \***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

◉ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**23. Oversee and facilitate the travel and transportation program.  \***

○ A. I have not had education, training, or experience in performing this task.

◉ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**24. Monitor the travel system for policy compliance by district personnel.  \***

○ A. I have not had education, training, or experience in performing this task.

◉ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**25. Requisition, store, and issue office supplies and other equipment as needed.  \***

○ A. I have not had education, training, or experience in performing this task.

◉ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**26. Ensure all procedures are followed in initiating procurement actions and that funds have been certified as available and that required approvals are obtained and documented.  \***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

◉ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**27. Ensure the preventative maintenance of equipment is performed.  \***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

◉ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**28. Direct and administer plans and procedures and implements regulations designed for effective property management and accountability.  \***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

◉ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**29. Review specifications and requirements and perform analysis of equipment capabilities, and application to requirements.  \***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

◉ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**30. Serve as a Contracting Officer's Representative (COR) on selected assigned contracts.  \***

○ A. I have not had education, training, or experience in performing this task.

○ B. I have had education or training in how to perform this task, but have not yet performed it on the job.

○ C. I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ D. I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ E. I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**DOCUMENTS**

* Required

**Below are the supporting documents submitted with your online application.** *(Please note that any documents submitted via an alternate application process are not included in this list)*

| Type | Name | Status | Date Submitted |
|---|---|---|---|
| Resume | JonFDTurpin | Pending Retrieval | 8/30/2023 4:56:20 PM |
| Cover Letter | ProfileAndPortfolioQRs | Pending Retrieval | 8/30/2023 4:56:20 PM |
| DD-214/ Statement of Service | | | Not Submitted |
| Disability Letter (VA) | | | Not Submitted |
| Separation Notice (RIF) | | | Not Submitted |
| SF-15 | | | Not Submitted |
| SF-50/ Notification of Personnel Action | | | Not Submitted |
| Transcript | | | Not Submitted |

# MOS Finder Version 2.5

Click the dropdown menus below to select the appropriate designation for your applicant.

| | |
|---|---|
| GT | P |
| 116 | 1 |
| GM | U |
| 111 | 1 |
| SL | L |
| 112 | 1 |
| CL | H |
| 118 | 1 |
| MM | E |
| 106 | 1 |
| SC | S |
| 114 | 1 |
| CO | |
| 112 | |
| FA | |
| 112 | |
| OF | |
| 111 | |
| ST | |
| 115 | |
| HS Junior/STO | |
| No | |
| U.S. Citizen | |
| Yes | |
| Drivers License | |
| Yes | |
| Color Vision | |
| Normal | |
| Security Clearance Needed | |
| Yes | |
| Line Score Waiver Needed | |
| No | |

| Line Score | PULHES | Vision | Security Clearance | Drivers License | Citizenship | STO (Split Train Option) | ppt Line Score Waiver (Not GT) | Disposition | MOS | Job Title | Physical Demand | Available to ARNG | AIT Length | Overview |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 09S | OCS Candidate | M | | 12 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 09W | WOCS Candidate | M | | 5 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 11B | Infantryman | H | X | OSUT 22w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 11C | Indirect Fire Infantryman | H | X | OSUT 22w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12B | Combat Engineer | H | X | OSUT 14w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12C | Bridge Crewmember | H | X | OSUT 14w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12D | Diver | H | | 29 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12G | Quarrying Specialist | H | X | 5 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12H | Construction Engineering Supervisor | M | X | 8w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12K | Plumber | M | X | 6w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12M | Firefighter | M | X | 13w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12N | Horizontal Construction Engineer | M | X | 8w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12P | Prime Power Production | M | | 48 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12Q | Power Line Distribution | M | | 12w 3d | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12R | Interior Electrician | M | X | 5w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12T | Technical Engineer | M | X | 17w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12W | Carpentry & Masonry Specialist | M | X | 7w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 12Y | Geospatial Engineer | M | X | 18w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13B | Cannon Crewmember | H | X | 5w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13F | Fire Support Specialist | H | X | 10w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13J | Fire Control Specialist | M | X | 7 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13M | MLRS / HIMAR | H | X | 6 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13R | Field Artillery Fire Finder Radar Operator | H | X | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 13T | Fire Artillery Surveyor Meteorological Crew | H | | 8 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14E | Patriot Fire Control Enhanced Operator | M | X | 19w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14G | Air Defence Battle Management System Operator | M | X | 16w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14H | Air Defense Enhanced Early Warning System Operator | M | X | 13w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14P | Air & Missile Defense Operator | S | X | 7w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14S | Avenger Crewmember | M | X | 7 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 14T | Patriot Launching Station Enhanced Operator | M | X | 7 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15B | Aircraft Powerplant Repair | M | | 17 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15C | MQ-1 Operator | M | | 22 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15D | Aircraft Powertrain Repair | M | | 20 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15E | Unmanned Aircraft Repair | M | | 16w 6days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15F | Aircraft Electrician | M | | 17 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15G | Aircraft Structural Repair | M | | 16 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15H | Aircraft Pneudraulics Repair | M | | 12w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15J | OH-58D Armament / Electrical / Avionic Systems Repair | M | | 26 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15M | MQ-1 Repairer | M | | 23w 6days | N/A |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15N | Avionic Mechanic | M | | 24 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15P | Aviation Operations Specialist | M | | 7w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15Q | Air Traffic Control Operator | M | | 16 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15R | AH-64 Apache Helicopter Repair | M | | 14 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15S | OH-58D Helicopter Repair | M | | 15w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15T | UH-60 Blackhawk Helicopter Repair | M | | 17w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15U | CH-47 Chinook Helicopter Repair | M | | 15w 6days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15W | Unmanned Arial Vehicle Operator | M | | 15w 6days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 15Y | AH-64D Armament / Electrical / Avionic Systems Repair | M | | 23 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 17C | Cyber Operations Specialist | M | | 36 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 17E | Electronic Warfare Specialist | M | | 28 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18B | Special Forces Weapons Sergeant | H | | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18C | Special Forces Engineer Sergeant | H | | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18D | Special Forces Medical Sergeant | H | | 42 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18E | Special Forces Communications Sergeant | H | | 10 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18F | Special Forces Assistant Ops & Intel Sergeant | H | | 16 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 18X | Special Forces | H | X | 33 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 19D | Cavalry Scout | H | X | OSUT 22w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 19K | M1 Armor Crewmember | H | X | OSUT 22w | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25B | Information Technology Specialist | M | X | 19w 4days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25D | Cyber Network Defender | M | X | 14 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25H | Network Communications Systems Specialist | S | | 19 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25L | Cable Systems Installer | M | | 10w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25N | NODAL Network System Operator | M | | 25w 3days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25Q | Multichannel TX System Operator | M | | 15 weeks | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25R | Visual Information Transmission System Operator | M | | 27w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25S | Satellite Communications System Operator | M | X | 26w 2days | VIDEO |
| Go | Go | Go | Go | Go | Go | Go | Go | Qualified | 25U | Signal Support System Specialist | M | X | 17 weeks | VIDEO |

| | | | | | | | | Qualified | 94R | Avionic and Survivability Equipment Repair | M | | X | | 17w 4days | VIDEO |
| | | | | | | | | Qualified | 94S | Patriot System Repair | M | | X | | 48w 2days | VIDEO |
| | | | | | | | | Qualified | 94T | Short Range Air Defense System Repair | M | | X | | 17w 3days | VIDEO |
| | | | | | | | | Qualified | 94Y | Automatic Test System Operator and Maintainer | M | | X | | 30w 3days | VIDEO |

Last Edit 20230725| Questions or corrections can be directed to: kellye.j.brestan.mil@army.mil

The fraudulent case against me in Wayne County Superior Court even prevents me from collecting remaining required information requested by Staff Sergeant Gelsomini were I to sign up for the National Guard... this shows my line scores...

---------- Forwarded message ----------
From: **Jon F. Turpin** <jt4590@gmail.com>
Date: Thu, Sep 14, 2023 at 12:27 PM
Subject: Physician Notes and Medications
To:


Attached is the requested full list of medications and notes from the last physician appointment referencing neck and back pain, regarding my applications for National Guard, CIA, FBI, CISA, USAID, etc.
So far the majority of the jobs I've submitted my application to have been unexplainably reopened as backfill, closed, or outright canceled, I'm unsure what is going on in those hiring processes currently.

**Sincerely,**
**Jon F. D. Turpin, Pro Se Pro Hac Vice**

Name: Frederick F Turpin | DOB: 4/5/1990 | MRN: 003829145 | PCP: Gregory Paul Polly, MD | Legal Name: Jon F Turpin

# Appointment Details

Notes

## Progress Notes

Gregory Paul Polly at 3/20/2023  3:00 PM

**Subjective:**

Subjective
**Patient ID:** Jon F Turpin is a 32 y.o. male.

HPI
Annual physical
No physical scheduled to date
Established care June 2020

**Recent:**

Back pain and neck pain - He has scoliosis and mid back pain. Has a standing desk and ergonomic setup which manages. Takes Mobic as needed infrequently. He has done PT before and would consider it in the future but not currently.

ED noted on ROS. He has scarring on penis which caused pain with erection when he was younger, only rarely these days. He wonders whether pain history is contributory to ED.

**Problem list:**

1.Neck pain -  He had a water sports injury around age 21. Has had some hand numbness in the past. See above.
2. Herpes - dx 2018 - has had a few outbreaks, mild. He takes suppressive dose of Valtrex.
3. ADHD - diagnosed age 5; tried Strattera but did not tolerate it well. He says that he was treated for a time in 14-15 with Adderall also.
4. Autistic - not formally diagnosed, but he feels sure that he is mildly on the spectum. He would like to have an assessment for this.
5. Social: Complex history of family conflict which has involved patient leaving the state in order to prevent interference from parents, see notes 12/9/21, 12/10/21, Mychart message 12/2/22. He did get married and is not having intrusvie current conflicts with his parents.
6. Osteopenia - per DXA which was ordered out of suspicion for fractures and refractures of rib on mild provocation. Referred to endocrinology, saw them in 2020 and got workup. He takes calcium and vitamin D and was supposed to get f/u DXA.  He wonders if poor diet and health were contributory at the time.
**--See note 9/20. No order was placed for repeat DXA but appears he is overdue. Lab**

**workup WNL except slight increase in bone turnover; recommended reduction in caffeine and improved lifestyle..**

History of pneumothorax in high school.
Whiplash from car wreck, around age 22.

No other chronic conditions.

Surgeries: oral

Exercise: walking, roller skating
Diet: improved from past,
Tobacco: former smoker 22-28, quit 2018 but restarted at lower level, "passive smoking" pack per month.
Alcohol: little, occasional wine or tequila twice a month
Dental health:  regular checkups - no issues
Sexually active: yes
STD history: yes - herpes
Mood: (phq2): anxiety, mild, external stressors
Work / living situation: sales engineer, mostly desk work - works mostly from home / lives with wife

Health maintenance review: Hep c, flu covid
Prostate surveillance: n/a

Family history reviewed: yes

Current complaints:as above.
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past medical history, problem list.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.
HENT: Negative for ear pain and sore throat.
Respiratory: Negative for chest tightness, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for decreased urine volume, dysuria, frequency and urgency.
Musculoskeletal: Positive for back pain and neck pain. Negative for arthralgias and myalgias.
Skin: Negative for rash.
Neurological: Negative for dizziness, syncope, numbness and headaches.
Psychiatric/Behavioral: Positive for decreased concentration. Negative for suicidal ideas.


**Objective:**

Objective
**Physical Exam**
HENT:
  Head: Normocephalic and atraumatic.
  Right Ear: Tympanic membrane, ear canal and external ear normal.
  Left Ear: Tympanic membrane, ear canal and external ear normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Pharynx: Oropharynx is clear. No oropharyngeal exudate.
Eyes:
  Extraocular Movements: Extraocular movements intact.

Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm.
   Heart sounds: Normal heart sounds. No murmur heard.
  No friction rub. No gallop.
Pulmonary:
   Effort: No respiratory distress.
   Breath sounds: Normal breath sounds. No wheezing, rhonchi or rales.
Abdominal:
   General: There is no distension.
   Palpations: Abdomen is soft.
   Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Genitourinary:
   Comments: **deferred**
Musculoskeletal:
   Right lower leg: No edema.
   Left lower leg: No edema.
Skin:
   General: Skin is warm and dry.
Neurological:
   Mental Status: He is alert and oriented to person, place, and time.
   Comments: **CN 2-12 intact; finger to nose normal; no intention tremor**
Psychiatric:
   Mood and Affect: Mood normal.
   Behavior: Behavior normal.
   Thought Content: Thought content normal.
   Judgment: Judgment normal.

**Assessment:**

Assessment
1.  **Annual physical exam**
2.  Osteopenia of multiple sites
3.  Neck pain
4.  Herpes labialis
5.  Attention deficit hyperactivity disorder (ADHD), unspecified ADHD type
6.  Problem related to social environment
7.  Osteopenia, unspecified location
8.  Fatigue, unspecified type
9.  Diabetes mellitus screening
10. Need for lipid screening
11. Need for hepatitis C screening test
12. Need for COVID-19 vaccine
13. Erectile dysfunction of organic origin

**Plan:**

Plan
**ADHD and autism assessment:** provided information for self-referral. Advised patient to ask if autism assessment was something available as well as ADHD assessment.
**ED**: trial of sildenafil. Can refer to urology for assessment if he wishes.
**Neck and back pain**: defers treatment currently other than prn meloxicam. Can request PT if needed.
**Herpes**: refilled Valtrex.

covid booster
Fasting lab orders placed

# Patient Instructions

Gregory Paul Polly at 3/20/2023  3:00 PM

**It was good to see you today!**

**I have prescribed sildenafil (generic viagra) to try.**

**You have refills on your meloxicam and valtrex.**

**If you would like physical therapy for your neck or back pain, you can request it anytime.**

**Please call to see about scheduling testing for ADHD. Some options are listed below.**
**When you call, I recommend you inquire if they can also assess you for autism.**

**Dr. Aura Descamps**
**10293 N. Meridian St, Suite 180**
**Indianapolis, IN 46290**
**Ph: 317-903-6587**

**Dr. Warren Palmer**
**(Meridian Counseling Group)**
**9135 N. Meridian St.**
**Indianapolis, IN 46260**
**Ph: 317-581-1433**

**Please return with assessment results. If your ADHD diagnosis is confirmed I can start treatment.**

**Please get your fasting labwork done at a Quest lab or with a lab appointment at our office. You need to be fasting for ten hours. You can have water or black coffee before the lab.**

**You can search for the nearest lab at:  questdiagnostics.com/Appointment**

**Please don't hesitate to call or write by Mychart if you have any questions. Thank you for allowing us to participate in your health care!**

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

Name: Frederick F Turpin | DOB: 4/5/1990 | MRN: 003829145 | PCP: Gregory Paul Polly, MD | Legal Name: Jon F Turpin

# Medications

## Current Medications

Below is a list of your current medications. Please review your medications to make sure the list is up to date.

Refill requests should be made through your pharmacy. If there are no refills remaining for your prescription, and you need your doctor to approve a renewal, select "request refill" below.

**Call 911 if you have an emergency.**

**Before submitting a refill request via MyChart please call your pharmacy to see if you have any available refills.**

---

### valACYclovir 1000 MG tablet
Commonly known as: VALTREX

Take ONE tablet (1,000 mg total) by mouth daily. May take another tablet if needed.

**Prescription Details**
Prescribed July 14, 2023
Approved by Gregory Paul Polly

**Refill Details**
Quantity 60 tablets
Day supply 60

**Pharmacy Details**
IU Health Yorktown Pharmacy - YORKTOWN, IN - 1420 S PILGRIM ROAD
1420 S PILGRIM ROAD, YORKTOWN IN 47396
765-759-4064

---

### sildenafiL 50 MG tablet
Commonly known as: VIAGRA

Take ONE tablet (50 mg total) by mouth daily as needed for Erectile Dysfunction.

**Prescription Details**
Prescribed March 20, 2023
Approved by Gregory Paul Polly

**Refill Details**
Quantity 10 tablets
Day supply 10

**Pharmacy Details**
IU Health Yorktown Pharmacy - YORKTOWN, IN - 1420 S PILGRIM ROAD
1420 S PILGRIM ROAD, YORKTOWN IN 47396
765-759-4064

**meloxicam 15 MG tablet**
Commonly known as: MOBIC

Take ONE tablet (15 mg total) by mouth daily.

**Prescription Details**

Prescribed March 20, 2023

Approved by Gregory Paul Polly

**Refill Details**

Quantity 30 tablets

Day supply 30

**Pharmacy Details**

IU Health Yorktown Pharmacy - YORKTOWN, IN - 1420 S PILGRIM ROAD

1420 S PILGRIM ROAD, YORKTOWN IN 47396

765-759-4064

## Personal Notes About My Medications

This feature is for personal use only. Notes entered here will **NOT be viewable by your provider.** For more information click here.

MyChart® licensed from Epic Systems Corporation© 1999 - 2023