UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the forgoing Motion for Reconsideration [Doc. No. 343] filed by Jon Turpin ("Turpin"),

**IT IS ORDERED** that the Motion is **DENIED** because Turpin is not a party to this suit.

MONROE, LOUISIANA, this 1st day of November 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE