# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-30252
_____

United States Court of Appeals
Fifth Circuit

**FILED**
April 24, 2024

Lyle W. Cayce
Clerk

STATE OF MISSOURI

*Plaintiff*,

*versus*

JOSEPH R. BIDEN, JR.

*Defendant*,

_____

ROBERT F. KENNEDY; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees*,

*versus*

JOSEPH R. BIDEN, JR.; KARINE JEAN-PIERRE; VIVEK H. MURTHY; XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Et al.*,

*Defendants—Appellants*.

Case 3:22-cv-01213-TAD-KDM Document 348 Filed 04/24/24 Page 2 of 2 PageID #: 28935
Case 24-30252 Document 23 Page 2 Date Filed 04/24/2024

No. 24-30252

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-381
USDC No. 3:22-CV-1213

_____

ORDER:

    IT IS ORDERED that Appellants' unopposed motion to hold this appeal in abeyance pending the Supreme Court's disposition of *Murthy v. Missouri*, No. 23-411 (U.S.) is GRANTED.

_____
CORY T. WILSON
*United States Circuit Judge*

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 24, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30252   Kennedy v. Biden
                     USDC No. 3:23-CV-381
                     USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Roeshawn Johnson, Deputy Clerk
                       504-310-7998

Mr. Simon Christopher Brewer
Mr. Glynn Shelly Maturin II
Mr. Tony R. Moore
Mr. Daniel Bentele Hahs Tenny
Mr. Daniel Winik
Ms. Catherine M. Yang