IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF LOUISIANA, STATE OF MISSOURI, *et al*.

    *Plaintiffs*,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,

    *Defendants*.

Case No. 3:22-cv-01213-TAD

Judge Terry A. Doughty

Mag. Judge Kayla D. McClusky

**ORDER**

IT IS ORDERED that <u>Jenin Younes</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge