**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*,<br><br>    *Plaintiffs*,<br><br>       v.<br><br>PRESIDENT JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *et. al.,*<br><br>    *Defendants*. | Civil Action No. 3: 22-cv-1213 |

## PLAINTIFFS' MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached Memorandum of Law in support of this motion, Plaintiffs the State of Missouri, the State of Louisiana, Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff respectfully move for entry of an order granting them leave to serve third party subpoenas prior to a Rule 26(f) conference. A proposed order is attached for the Court's convenience.

1

Dated: June 21, 2024                                          Respectfully submitted,

/s/ Jenin Younes
JENIN YOUNES **
Litigation Counsel
JOHN J. VECCHIONE *
Senior Litigation Counsel
ZHONETTE BROWN*
Senior Litigation Counsel
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Main: (202) 869-5210
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
Counsel for Plaintiffs Dr. Jayanta Bhattacharya,
Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines
*admitted pro hac vice
** pro hac vice application pending


ELIZABETH B. MURRILL                ANDREW BAILEY
Louisiana Attorney General          Missouri Attorney General
TRACY SHORT                         JOSH M. DIVINE
Ass't Attorney General              Solicitor General
D. JOHN SAUER                       TODD A. SCOTT
Sp. Ass't Attorney General          Senior Counsel
1885 N. Third St.                   207 W. High St.
Baton Rouge, LA 70802               P.O. Box 899
(225) 326-6766                      Jefferson City, MO 65102
MurrillE@ag.louisiana.gov           (573) 751-8870
Counsel for Louisiana               Joshua.Divine@ago.mo.gov
                                    Counsel for Missouri


/s/ John C. Burns
John C. Burns *
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
Counsel for Plaintiff Jim Hoft