# Exhibit 1

**BOSTON UNIVERSITY CONFIDENTIAL TREATMENT REQUESTED**

| | |
|---|---|
| **From:** | David Morens |
| **To:** | Peter Daszak |
| **Cc:** | Keusch, Gerald T; Rich Roberts; Robert Kessler; Aleksei Chmura |
| **Subject:** | Re: Zoom meeting with Tony tomorrow |
| **Date:** | Wednesday, April 21, 2021 12:59:02 PM |
| **Attachments:** | Political letters, bills, re. CoV research in China, GoF etc..docx |

PS, i forgot to say there is no worry about FOIAs. I can either send stuff to Tony on his private gmail, or hand it to him at work or at his house. He is too smart to let colleagues send him stuff that could cause trouble. D

Sent from my iPhone
David M Morens
OD, NIAID, NIH

> On Apr 21, 2021, at 12:43, Peter Daszak ▓▓▓▓@ecohealthalliance.org> wrote:
>
> Thanks for the email David - comments below. Also please see the attached word doc with links to some of the political actions that I'm concerned about. Tell Tony that this is very early days, with most of these coming from the Right, and many that can be headed off at the pass by positive outreach to Democrats, which I believe people will be doing.
>
> I've also put in a link to the new " Covid Commission Planning Group (Covid CPG)" that has no official role from USG, but boldly states as its core mission "to prepare the way for a National Covid Commission". Members include David Relman & Marc Lipsitch and I have heard from many on the conspiracy theory chatter networks online that this will focus partly on advocating for reduction in biosafety labs, viral work in wildlife, and gain-of-function.
>
> Please feel free to share any docs that I've sent to you, with Tony. Hopefully you can do that in a way that avoids FoIA, and if not possible, just show him stuff on screen share on Zoom.
>
> Please also see comments below...
>
>
>
> Cheers,
>
> Peter

BU02535