# Exhibit 2

From: Keusch, Gerald T <​████​@bu.edu>
Sent: Thursday, May 13, 2021 5:30 PM
To: Morens, David (NIH/NIAID) [E] <​████​@niaid.nih.gov>; Roberts, Rich <​████​@neb.com>
Cc: Peter Daszak (████@ecohealthalliance.org) <​████​@ecohealthalliance.org>
Subject: RE: Early appearance of two distinct genomic lineages of SARS-CoV-2 in different Wuhan wildlife markets suggests SARS-CoV-2 has a natural origin - SARS-CoV-2 coronavirus - Virological

He asked who the small band of scientists I referred to were, and I told him he could probably figure it out.

He sounds reasonable and smart, and on your recommendation I fired both barrels.

Jerry

-----Original Message-----
From: Morens, David (NIH/NIAID) [E] <​████​@niaid.nih.gov>
Sent: Thursday, May 13, 2021 5:17 PM
To: Keusch, Gerald T <​████​@bu.edu>; Roberts, Rich <​████​@neb.com>
Cc: Peter Daszak (████@ecohealthalliance.org) <​████​@ecohealthalliance.org>
Subject: RE: Early appearance of two distinct genomic lineages of SARS-CoV-2 in different Wuhan wildlife markets suggests SARS-CoV-2 has a natural origin - SARS-CoV-2 coronavirus - Virological

Thanks, Jerry, for speaking to him. I sent him the article you mentioned shortly after I saw it, and I have also been talking to Arthur on background about this over recent months.

Bravo for what you said, which is pretty much what I have been saying to him.

I suggested Arthur try to interview Tony directly and connected him to our "secret" back channel. He emailed Tony a few hours ago.

David M. Morens, M.D.
CAPT, United States Public Health Service Senior Advisor to the Director
Office of the Director National Institute of Allergy and Infectious Diseases
National Institutes of Health Building 31, Room 7A-03
31 Center Drive, MSC 2520
Bethesda, MD 20892-2520
B████ (assistants: Kimberly Barasch; Whitney Robinson) (████
████@nih.gov

Disclaimer: This message is intended for the exclusive use of the