# Exhibit 5

| | |
|---|---|
| **Date:** | Tue, 12 May 2020 6:38:18 PM -0400 |
| **Sent:** | Tue, 12 May 2020 6:38:17 PM -0400 |
| **Subject:** | Fwd: NIH termination of research grant |
| **From:** | David Morens ████████@gmail.com> |
| **To:** | Gerald Keusch ████████@bu.edu>; |

Jerry, my private gmail account is where i sent this from, after forwarding to myself from my nih account

Please try to send only to my gmail, as we were doing a couple weeks ago. But i messed up a few times and sent from my nih acct, because on my phone the two are merged, and then when you respond by hitting reply it goes to nih

After some recent issues, i am going to try to strictly use only my gmail in these discussions, that is, ████████@gmail.com

 TY, david


Sent from my iPhone
David M Morens
OD, NIAID, NIH
Begin forwarded message:


> **From:** "Morens, David (NIH/NIAID) [E]" ████████@niaid.nih.gov>
> **Date:** May 12, 2020 at 18:31:11 EDT
> **To:** David Morens ████████@gmail.com>
> **Subject: Fwd: NIH termination of research grant**



> Sent from my iPhone
> David M Morens
> OD, NIAID, NIH
> Begin forwarded message:


> > **From:** "Keusch, Gerald T" ████████@bu.edu>
> > **Date:** May 12, 2020 at 18:23:41 EDT
> > **To:** "Morens, David (NIH/NIAID) [E]" ████████@niaid.nih.gov>
> > **Subject: RE: NIH termination of research grant**


> > I think I asked before, but do you have a personal email account?
> > **From:** Morens, David (NIH/NIAID) [E] ████████@niaid.nih.gov>
> > **Sent:** Tuesday, May 12, 2020 5:30 PM
> > **To:** Keusch, Gerald T ████████@bu.edu>
> > **Subject:** Re: NIH termination of research grant

> > Jerry, yes please forward to who without my name

> > The only places i know of for her to go within nih are Lauer, his boss, whose name she can look up, or i can help, and his boss, Francis Collins. She could also ask Tony, although he may not know the whole story, and may not