# Exhibit 8

| | |
|---|---|
| Date: | Tue, 5 Oct 2021 7:39:18 PM -0400 |
| Sent: | Tue, 5 Oct 2021 7:38:52 PM -0400 |
| Subject: | Can you call my cell sometime? |
| From: | Peter Daszak <███@ecohealthalliance.org> |
| To: | David Morens <███@gmail.com>; |
| CC: | Aleksei Chmura <███@ecohealthalliance.org>; |

I want to just check on the scope of the foIA and who's doing it. There are plenty of things that we said in emails back and forth to your NIH address that would be a bit embarrassing, but not horrific. Mainly from the point of view that I'm talking about political attacks.

Maybe it's not that bad if the dates are tightly grouped, and if the scope (subject) is v. narrow.

Can't the NIH FoIA group actually help to reduce the scope and make some useful redactions.

The fact that we're contesting our NIH funding termination/suspension might make that redactible based on a "law enforcement" category?

Cheers,

Peter



**Peter Daszak**
*President*

EcoHealth Alliance
520 Eighth Avenue, Suite 1200
New York, NY 10018-6507
USA

Tel.: ███
Website: www.ecohealthalliance.org
Twitter: @PeterDaszak

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation*

---

**From:** David Morens <███@gmail.com>
**Sent:** Tuesday, October 5, 2021 6:28 PM
**To:** Peter Daszak <███@ecohealthalliance.org>
**Subject:** Re: Talking with Elizabeth Warren's staff

Peter, i just got news that a foia picked up an email i sent you saying that tony commented he was braindead, jokingly of course. However, Ron Johnson is all over it and now after me. Tony will be pissed, rightly so. I deleted that email but i now learn that every email i ever got/sent since 1998 is captured and will be turned over, whether or not i instantly deleted it.

Gmail, phone, text.... i need to scrupulously rely on those exclusively. d

Sent from my iPhone
David M Morens
OD, NIAID, NIH

> On Oct 5, 2021, at 18:21, Peter Daszak <███@ecohealthalliance.org> wrote: