# Exhibit 9

| | |
|---|---|
| Date: | Tue, 16 Jun 2020 2:22:55 PM -0400 |
| Sent: | Tue, 16 Jun 2020 2:22:54 PM -0400 |
| Subject: | Re: Two reporters might contact you in the next couple of weeks. |
| From: | "Morens, David (NIH/NIAID) [E]" <█@gmail.com> |
| To: | Peter Daszak <█@ecohealthalliance.org>; |
| CC: | Gerald Keusch <█@bu.edu>; Robert Kessler <█@ecohealthalliance.org>; Aleksei Chmura <█@ecohealthalliance.org>; |

The FOIAs are dreadful and paranoia-inducing. In the old days we had to do them ourselves, by hand. I mean finding and printing out thousands of emails coming in and going out. Now they sometimes FOIA text messages too. Many FOIAs turn up thousands of pages of docs, and of course, most of meaningless. We are all smart enough to know to never have smoking guns, and if we did we wouldn't put them in emails and if we found them we'd delete them. In my 22 years at NIAID I have never seen a FOIA that turned up useful information  d

On 6/16/2020 9:32 AM, Peter Daszak wrote:

> Didn't realize there were so many FoIAs, and a bunch targeting our grant. I'll pass that info on to the reporters.
>
> Maybe you can redirect these foia requests to my home address. I can print off all my emails, plus the grants, and for a small fee can just leave them out on the doorstep. Sounds like a good way to monetize research!
>
> Seriously, sounds like this FoIA malarky is a huge time sink for folks at NIH.
>
> Cheers,
>
> Peter
>
>
> **Peter Daszak**
> *President*
>
> EcoHealth Alliance
> 520 Eighth Avenue, Suite 1201
> New York, NY 10018-6507
> USA
>
> Tel.: █
> Website: www.ecohealthalliance.org
> Twitter: @PeterDaszak
>
> *EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation*
>
> ---
>
> **From:** David Morens <█@gmail.com>
> **Sent:** Tuesday, June 16, 2020 7:58 AM
> **To:** Peter Daszak <█@ecohealthalliance.org>
> **Cc:** Gerald Keusch <█@bu.edu>; Robert Kessler <█@ecohealthalliance.org>; Aleksei Chmura <█@ecohealthalliance.org>
> **Subject:** Re: Two reporters might contact you in the next couple of weeks.
>
> Peter, if you are in contact with with these guys about their foias you should tell them to be aggressive. We (NIAID) are way behind on responding to foias, and one or two groups is already suing us. Good! I myself have about 5 foias related