**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

STATE OF LOUISIANA, STATE OF
MISSOURI, *et al.*

          *Plaintiffs*,

   v.

JOSEPH R. BIDEN, JR., in his official
capacity as President of the United States,
*et al.*,

          *Defendants*.

Case No. 3:22-cv-01213-TAD

Judge Terry A. Doughty

Mag. Judge Kayla D. McClusky

**ORDER**

IT IS ORDERED that <u>Jenin Younes</u> be and is hereby admitted to the bar of this Court pro

hac vice on behalf of <u>Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff</u> in

the above described action.

SO ORDERED on this, the  <u>24th</u>  day of  <u>June</u>, 20 <u>24</u>  .

_____
U.S. Magistrate Judge