**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**STATE OF MISSOURI ET AL**                    **CASE NO.  3:22-CV-01213 LEAD**

**VERSUS**                                       **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**                   **MAG. JUDGE KAYLA D. MCCLUSKY**


**NOTICE OF MOTION SETTING WITHOUT DATE**

The Motion for Leave to Serve Third-party Subpoenas Prior to a Rule 26(f) Conference (Document No. 354) filed by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff on June 21, 2024 has been referred to Honorable Kayla D. McClusky.

**Deadlines**

Any response to said motion is due within fourteen (14) days**.**  LR7.8 governs the length of briefs.  Any party filing no brief will be deemed not to oppose the motion.  At the close of the briefing period, the record will be submitted to the Magistrate Judge for consideration; a written ruling or recommendation will issue in due course.

**No Oral Argument**

It is the policy of the Court to decide motions on the basis of the record **WITHOUT ORAL ARGUMENT.** Accordingly, responses and briefs should fully address all pertinent issues.  Should the Court feel oral argument is necessary, all parties will be notified.

**Courtesy Copies**

An electronic copy of the motion and all memoranda only (no attachments) shall be e-mailed in WordPerfect or Word Format **DIRECTLY** to:

mcclusky_motions@lawd.uscourts.gov

If attachments to the motion or response exceed 15 pages, paper copies of the attachments shall be provided to chambers:

Hon. Kayla D. McClusky
United States Magistrate Judge
201 Jackson Street, Suite 307
Monroe, Louisiana 71201

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

If the parties resolve any matters raised in this motion, the moving party should immediately notify chambers at (318) 654-6510.

**DATE OF NOTICE: June 25, 2024**

Daniel J. McCoy
Clerk of Court