**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference [Doc. No. 354], and in light of the Supreme Court of the United States Opinion in *Murthy v. Missouri*, 603 U.S. ___ (2024),

**IT IS ORDERED** that the Motion is **DENIED** at this time subject to re-urging, if appropriate, after remand.

MONROE, LOUISIANA, this 27th day of June 2024.

Terry A. Doughty
United States District Judge