# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI, ET AL.** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### [PROPOSED] ORDER

Pending before the Court is a Motion for Clarification [Doc. No. ___] filed by Defendants as to this Court's stay of the preliminary injunction issued on February 14, 2024 to the *Kennedy* Plaintiffs (case No. 23-cv-381, Doc. No. 38). Plaintiffs filed an Opposition [Doc. No. ___], and Defendants filed a Reply [Doc. No. ___]. This Court having considered the Parties' arguments, and in light of the opinion of the United States Supreme Court in *Murthy v. Missouri*, 603 U.S. ___ (2024),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Clarification [Doc. No. ___] is **GRANTED**.

**IT IS FURTHER ORDERED** that insofar as necessary for clarification, the stay of the preliminary injunction as to the *Kennedy* Plaintiffs issued on February 14, 2024 is hereby **EXTENDED** until 11:59 p.m. (CDT) on Thursday, August 8, 2024.

**THUS, DONE AND SIGNED IN MONROE, LOUISIANA**, this ____ day of July 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**