**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
**July 2, 2024**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**STATE OF MISSOURI ET AL**                    **CASE NO.  3:22-CV-01213 LEAD**

**VERSUS**                                     **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**                    **MAG. JUDGE KAYLA D. MCCLUSKY**

On July 1, 2024, Defendants in this matter filed a Motion for Clarification of Duration of Stay of Preliminary Injunction as to Kennedy Plaintiffs or, Alternatively, for 26-Day Extension of Stay [Doc. No. 360]. Defendants indicate the Kennedy Plaintiffs oppose the Motion. Accordingly, the Kennedy Plaintiffs shall file a response to the Motion on or before July 16, 2024. Defendants may file a reply seven days thereafter.

TAD