AMENDED MINUTE ENTRY
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
July 2, 2024

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On July 1, 2024, Defendants in this matter filed a Motion for Clarification of Duration of Stay of Preliminary Injunction as to Kennedy Plaintiffs or, Alternatively, for 26-Day Extension of Stay [Doc. No. 360]. Defendants indicate the Kennedy Plaintiffs oppose the Motion. The Court issued a Minute Entry [Doc. No. 361] setting briefing deadlines. However, the Court finds that the deadlines previously set were too lengthy. That Minute Entry is hereby **VACATED**. Accordingly, the Kennedy Plaintiffs shall file a response to the Motion on or before July 9, 2024. Defendants may file a reply three days thereafter.

TAD

*/s/ TAD*