## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA, *et al.*,

    *Plaintiffs*,

    v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.,*

    *Defendants*.

No. 22-cv-1213

Consolidated with No. 23-cv-381

Judge Terry A. Doughty

Mag. Judge Kayla D. McClusky

## [PROPOSED] ORDER

Considering the foregoing Motion for an Indicative Ruling Dissolving the Preliminary Injunction or, in the Alternative, For a Stay Pending Appeal, filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED** and, pursuant to Federal Rule of Civil Procedure 62.1(a), this Court hereby **ISSUES** an indicative ruling that it would **DISSOLVE** the Preliminary Injunction (Dkt. 38) if the United States Court of Appeals for the Fifth Circuit were to remand under Federal Rule of Appellate Procedure 12.1 to allow this Court to dissolve the injunction.

**IT IS FURTHER ORDERED** that the Preliminary Injunction (Dkt. 38) is **STAYED** pending further order of this Court.

MONROE, LOUISIANA, this _____ day of July 2024.

                             _____

                             Terry A. Doughty
                             United States District Judge