# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD<br><br>Judge Terry A. Doughty<br><br>Mag. Judge Kayla D. McClusky |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Plaintiffs respectfully request that attorney Elizabeth Baker Murrill be allowed to withdraw as counsel of record and that Zachary Faircloth be substituted in her place.

Zachary Faircloth of the Office of the Attorney General is admitted to practice before this Court, in good standing to practice in the State of Louisiana, and familiar with this case. His substitution as lead counsel for Plaintiffs therefore will not delay proceedings or prejudice any party. This motion is being filed with the express consent of Elizabeth Baker Murrill.

Plaintiffs ask the Court to grant this motion to withdraw Elizabeth Baker Murrill and substitute Zachary Faircloth as lead counsel in this matter.

Respectfully Submitted,

ELIZABETH B. MURRILL
ATTORNEY GENERAL

 /s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH (LA. BAR NO. 39875)
 Principal Deputy Solicitor General

1

TRACY SHORT (La. Bar No. 23940)
  Assistant Chief Deputy Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70802
(225) 326-6705
FairclothZ@ag.louisiana.gov
ShortT@ag.louisiana.gov

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 17, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

/s/ *Zachary Faircloth*

## CERTIFICATE OF CONFERENCE

I certify that on June 20, 2024, I conferred with opposing counsel for Defendants who indicated that Defendants do not oppose this motion.

/s/ *Zachary Faircloth*