# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al*.,<br><br>*Defendants*. | Case No. 3:22-cv-01213-TAD<br><br>Judge Terry A. Doughty<br><br>Mag. Judge Kayla D. McClusky |

## ORDER

**IT IS ORDERED** that the Motion to Withdraw and Substitute Counsel filed by Plaintiffs is **GRANTED**.

**IT IS FURTHER ORDERED** that Elizabeth Baker Murrill is **WITHDRAWN** as counsel of record for Plaintiffs and that Zachary Faircloth is **SUBSTITUTED** as counsel of record for Plaintiffs in her place.

Signed in Monroe, Louisiana, on _____, _____.

_____
**UNITED STATES MAGISTRATE JUDGE**