IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, STATE OF MISSOURI, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 3:22-cv-01213-TAD <br><br> Judge Terry A. Doughty <br><br> Mag. Judge Kayla D. McClusky |

## ORDER

**IT IS ORDERED** that the Motion to Withdraw and Substitute Counsel filed by Plaintiffs is **GRANTED**.

**IT IS FURTHER ORDERED** that Elizabeth Baker Murrill is **WITHDRAWN** as counsel of record for Plaintiffs and that Zachary Faircloth is **SUBSTITUTED** as counsel of record for Plaintiffs in her place.

Signed in Monroe, Louisiana, on 19th day of July, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**