RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 18 2024

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

JON F. "D." TURPIN & POA ERG,
Plaintiffs,

v.

JOSEPH R. BIDEN, et al.,
Defendants.

Case Nos. 1:23-CV-01059, 3:23-CV-0381, 3:22-CV-1213
Interlocutory Case Nos.: 24A-EX-1398, 24A-EX-1399, 24A-PO-2872

---

MOTION FOR CIVIL INVESTIGATIVE MATTER BY THE DEPARTMENT OF TREASURY, HOUSE JUDICIARY COMMITTEE, AND HOUSE OVERSIGHT COMMITTEE INTO PROSECUTORS FOR POTENTIAL FRAUD, WASTE, AND ABUSE, VIOLATIONS OF HUD, VIOLATIONS OF FARA, WHISTLEBLOWER PROTECTIONS, AND THE APPROPRIATIONS CLAUSE REQUIRING ALL PROSECUTIONS TO HALT

Plaintiff Jon F. Turpin, Pro Se, respectfully submits this motion for a civil investigative matter by the Department of Treasury, House Judiciary Committee, and House Oversight Committee into prosecutors for potential Fraud, Waste, and Abuse, violations of HUD, violations of FARA, whistleblower protections, and the appropriations clause requiring all prosecutions to halt.

## I. Background

1. **Fraud, Waste, and Abuse**: Evidence suggests that certain prosecutors have engaged in actions that constitute fraud, waste, and abuse, significantly impacting the integrity of judicial processes and the use of federal funds. Specifically, special prosecutor Nathan Wade has been paid $653,881, significantly more than other special prosecutors, such as John Floyd ($73,000) and Anna Cross ($90,000)(Nathan Wade paid more t…)(Fulton County Speaks Ou…).
2. **Violations of HUD**: The improper use of funds and potential mismanagement of resources under the Department of Housing and Urban Development, as outlined in the GAO report (B-325124.2, Apr 05, 2016)(Department of Housing a…).
3. **Violations of FARA**: Allegations of failure to comply with the Foreign Agents Registration Act (FARA) by those involved in prosecutorial actions against political figures.
4. **Whistleblower Protections**: Numerous whistleblowers have faced retaliation for reporting misconduct, necessitating a comprehensive investigation to ensure protection and accountability(Report Fraud, Waste, an…).

5. **Appropriations Clause**: The improper allocation of funds for prosecutions, including the use of seized property funds as demonstrated in the Fulton County case involving Nathan Wade and Fani Willis, mimicking the strategy utilized by Letitia James and Alvin Bragg.

## II. Legal Basis

1. **Federal Rule of Civil Procedure 26(f)**: Authorizes the filing of subpoenas and discovery to uncover relevant evidence.
2. **Appropriations Clause (U.S. Constitution)**: Ensures that funds are lawfully appropriated and used according to federal law and regulations.

## III. Request for Investigation

Plaintiff requests that the Department of Treasury, House Judiciary Committee, and House Oversight Committee:

1. **Initiate a thorough investigation** into the actions of prosecutors for potential fraud, waste, and abuse.
2. **Review the handling of HUD funds** and ensure compliance with all federal regulations and requirements.
3. **Assess compliance with FARA** and address any violations accordingly.
4. **Ensure protection for whistleblowers** and investigate instances of retaliation.
5. **Examine the appropriations and use of funds** in prosecutorial actions, halting any prosecutions found to be improperly funded, or involved in flagrant abuse of funding.

## IV. Conclusion

Plaintiff prays for an order requiring the requested investigations, halting all improperly funded prosecutions, and granting any further relief deemed just and proper by this Honorable Court.

Respectfully submitted,

/s/ Jon F. "D." Turpin
Pro Se Pro Hac Vice
2421 S Plum St
Yorktown, IN 47396
225-259-6270