RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 1 8 2024

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CASE NOS. 1:23-CV-01059, 3:23-CV-0381, 3:22-CV-1213

JON F. "D." TURPIN & POA ERG,
Plaintiffs,

v.

JOSEPH R. BIDEN, et al.,
Defendants.

_____/

NOTICE OF APPEAL

Notice is hereby given that Jon F. "D." Turpin & POA ERG, plaintiffs in the above-named cases, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the order of the District Court entered on July 18, 2024 Docket Entry __365  3:22-cv-01213__ .

Respectfully submitted,

/s/ Jon F. "D." Turpin
Pro Se Pro Hac Vice
2421 S Plum St,
Yorktown, IN 47396
225-259-6270

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I filed the foregoing document with the Clerk of the Court.

_____

/s/ Jon F. "D." Turpin
Pro Se Pro Hac Vice
2421 S Plum St,
Yorktown, IN 47396
225-259-6270