UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO.  3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Motion for Civil Investigative Matter by Dept of Treasury, House Judiciary Committee & House Oversight Committee [Doc. No. 368] filed by Jon F. Turpin ("Turpin"),

**IT IS ORDERED** that the Motion is **DENIED** as Turpin is not a party in this case.

MONROE, LOUISIANA, this 22nd day of July, 2024.

                          **TERRY A. DOUGHTY**
                    **CHIEF UNITED STATES DISTRICT JUDGE**