APPEAL,LEAD

# U.S. District Court
## Western District of Louisiana (Monroe)
### CIVIL DOCKET FOR CASE #: 3:22-cv-01213-TAD-KDM

Missouri et al v. Biden et al
Assigned to: Judge Terry A Doughty
Referred to: Magistrate Judge Kayla D McClusky
Member case:
    3:23-cv-00381-TAD-KDM
Related Cases:  3:22-mc-00072-KDM
              1:23-cv-01059-JE-JPM
              3:23-cv-00381-TAD-KDM
              3:23-cv-00720-TAD-KDM
Case in other court:  5CCA, 22-30531
                 USCA, 22-30697
                 5CCA, 23-30445
                 SCOTUS, 23-00411
                 SCOTUS, 23A243
Cause: 05:702 Administrative Procedure Act

Date Filed: 05/05/2022
Jury Demand: Plaintiff
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State of Missouri**          represented by   **Elizabeth Baker Murrill**
LA Atty Generals Office (94005)
P O Box 94005
Baton Rouge, LA 70804-9005
225-326-6766
Email: murrille@ag.louisiana.gov
*TERMINATED: 07/19/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Faircloth**
LA Dept of Justice (N 3rd St)
1885 N 3rd St
Baton Rouge, LA 70802
225-421-4088
Email: fairclothz@ag.louisiana.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F Capps**
Attorney General of MO (Olive St)
815 Olive St Ste 200
St. Louis, MO 63101
314-340-7846
Fax: 573-751-0774

Email: charles.capps@ago.mo.gov
*TERMINATED: 04/12/2023*
*PRO HAC VICE*

**Dean John Sauer**
James Otis Law Group
13321 N Outer Forty Rd Ste 300
St Louis, MO 63017
314-562-0031
Email: john.sauer@james-otis.com
*TERMINATED: 01/30/2023*
*PRO HAC VICE*

**Joshua M Divine**
Attorney General of MO
207 W High St
Jefferson City, MO 65101
573-751-8870
Email: josh.divine@ago.mo.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth C Capps**
James Otis Law Group
13321 N Outer Forty Rd Ste 300
St Louis, MO 63017
314-949-3018
Email: ken.capps@james-otis.com
*TERMINATED: 06/05/2023*
*PRO HAC VICE*

**Michael E Talent**
James Otis Law Group
13321 N Outer Forty Rd Ste 300
St Louis, MO 63017
314-949-3018
Email: Michael.Talent@james-otis.com
*TERMINATED: 03/22/2023*
*PRO HAC VICE*

**Todd Scott**
Attorney General of MO
P O Box 899
Jefferson City, MO 65102
573-751-8366
Email: todd.scott@ago.mo.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Louisiana**                     represented by **Elizabeth Baker Murrill**
(See above for address)
*TERMINATED: 07/19/2024*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Zachary Faircloth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F Capps**
(See above for address)
*TERMINATED: 04/12/2023*

**Dean John Sauer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tracy L Short**
LA Atty General's Office (BR)
1885 N Third St
Baton Rouge, LA 70802
225-326-6705
Email: shortt@ag.louisiana.gov
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Aaron Kheriaty**                    represented by    **Elizabeth Baker Murrill**
(See above for address)
*TERMINATED: 07/19/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Faircloth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F Capps**
(See above for address)
*TERMINATED: 04/12/2023*

**Dean John Sauer**
(See above for address)
*TERMINATED: 01/30/2023*
*PRO HAC VICE*

**Jenin Younes**
New Civil Liberties Alliance
1225 19th S N W Ste 450
Washington, Dc 20036
202-918-6905
Email: jenin.younes@ncla.legal
*PRO HAC VICE*

**John J Vecchione**

New Civil Liberties Alliance
1225 19th S N W Ste 450
Washington, DC 20036
202-918-6902
Email: john.vecchione@ncla.legal
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zhonette M Brown**
New Civil Liberties Alliance
1225 19th S N W Ste 450
Washington, DC 20036
202-869-5210
Email: zhonette.brown@ncla.legal
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Kulldorff**                    represented by    **Elizabeth Baker Murrill**
(See above for address)
*TERMINATED: 07/19/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Faircloth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F Capps**
(See above for address)
*TERMINATED: 04/12/2023*

**Dean John Sauer**
(See above for address)
*TERMINATED: 01/30/2023*
*PRO HAC VICE*

**Jenin Younes**
(See above for address)
*PRO HAC VICE*

**John J Vecchione**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zhonette M Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jim Hoft**                                          represented by   **Elizabeth Baker Murrill**
(See above for address)
*TERMINATED: 07/19/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Faircloth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F Capps**
(See above for address)
*TERMINATED: 04/12/2023*

**Dean John Sauer**
(See above for address)
*TERMINATED: 01/30/2023*
*PRO HAC VICE*

**John C Burns**
Burns Law Firm
P O Box 191250
St. Louis, MO 63119
314-329-5040
Fax: 314-282-8136
Email: john@burns-law-firm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jayanta Bhattacharya**                             represented by   **Elizabeth Baker Murrill**
(See above for address)
*TERMINATED: 07/19/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Faircloth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F Capps**
(See above for address)
*TERMINATED: 04/12/2023*

**Dean John Sauer**
(See above for address)
*TERMINATED: 01/30/2023*
*PRO HAC VICE*

**Jenin Younes**
(See above for address)
*PRO HAC VICE*

**John J Vecchione**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zhonette M Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Hines**                                    represented by   **Elizabeth Baker Murrill**
(See above for address)
*TERMINATED: 07/19/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Faircloth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F Capps**
(See above for address)
*TERMINATED: 04/12/2023*

**Dean John Sauer**
(See above for address)
*TERMINATED: 01/30/2023*
*PRO HAC VICE*

**Jenin Younes**
(See above for address)
*PRO HAC VICE*

**John J Vecchione**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zhonette M Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Robert F Kennedy, Jr**                          represented by   **Glynn Shelly Maturin , II**
Welborn & Hargett
1540 W Pinhook Rd
Lafayette, LA 70503

337-234-5533
Fax: 337-769-3173
Email: shelly@wandhlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Childrens Health Defense**                    represented by   **Glynn Shelly Maturin , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Connie Sampognaro**                           represented by   **Glynn Shelly Maturin , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Joseph R Biden, Jr**                          represented by   **Indraneel Sur**
U S Dept of Justice (L St)
1100 L Street NW
Washington, DC 20005
202-616-8488
Email: indraneel.sur@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
U S Dept of Justice (L St/12306)
1100 L St N W Ste 12306
Washington, DC 20005
202-662-5134
Email: kuntal.cholera@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
U S Dept of Justice (L St)
1100 L Street NW
Washington, DC 20005
202-353-3098
Email: kyla.snow@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
U S Dept of Justice (L St)
1100 L Street NW
Washington, DC 20005
202-353-9265

Email: adam.kirschner@usdoj.gov
*TERMINATED: 09/27/2023*

**Alexander William Resar**
U S Dept of Justice (L St)
1100 L Street NW
Washington, DC 20005
202-616-8188
Email: alexander.w.resar@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
U S Dept of Justice (L St)
1100 L Street NW
Washington, DC 20005
202-514-4686
Email: amanda.k.chuzi@usdoj.gov
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
U S Dept of Justice (L St/12200)
1100 L St N W Ste 12200
Washington, DC 20530
202-305-7583
Email: joshua.e.gardner@usdoj.gov
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Jennifer Rene Psaki**
*TERMINATED: 05/05/2023*

represented by **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Vivek H Murthy**                      represented by   **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Xavier Becerra**                      represented by   **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**

(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dept of Health & Human Services**          represented by   **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Fauci**          represented by   **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**National Institute of Allergy & Infectious Diseases**     represented by     **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Centers for Disease Control & Prevention**      represented by   **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alejandro Mayorkas**      represented by   **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dept of Homeland Security**                represented by          **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jen Easterly**                represented by          **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cybersecurity & Infrastructure Security Agency**                    represented by **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nina Jankowicz**                    represented by  **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Karine Jean-Pierre**                represented by  **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carol Crawford**                          represented by    **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Shopkorn**                       represented by    **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U S Census Bureau**                          represented by          **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U S Dept of Commerce**                    represented by  **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Silvers**                          represented by  **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samantha Vinograd**                 represented by   **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gina McCarthy**                 represented by   **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew Slavitt**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rob Flaherty**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Courtney Rowe**                        represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Clarke Humphrey**                    represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin Wakana**                    represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Subhan Cheema**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dori Salcido**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**

(See for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy W Manning**                          represented by  **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dana Remus**                          represented by  **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**

(See for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aisha Shah**                                   represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laura Rosenberger**                            represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mina Hsiang**                           represented by  **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U S Dept of Justice**                   represented by  **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**

(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Bureau of Investigation**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laura Dehmlow**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elvis M Chan**                     represented by    **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jay Dempsey**                                           represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kate Galatas**                                           represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Waldo**                          represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yolanda Byrd**                        represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**

(See for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christy Choi**                           represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tericka Lambert**                        represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**

(See for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joshua Peck**                          represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janell Muhammed**                      represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Masterson**                represented by    **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lauren Protentis**                represented by    **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**

(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Geoffrey Hale**                              represented by  **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Allison Snell**                              represented by  **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Wyman**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Scully**                                    represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zachary Henry Schwartz**                          represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**

(See for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lorena Molina-Irizarry**                     represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kristin Galemore**                     represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**

(See for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U S Food & Drug Administration**          represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Erica Jefferson**          represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Michael Murray                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Brad Kimberly                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U S Dept of State**                        represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leah Bray**                        represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**

(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samaruddin K Stewart**                    represented by   **Adam Kirschner**
                                                             (See above for address)
                                                             *TERMINATED: 09/27/2023*

                                                             **Alexander William Resar**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Amanda Chuzi**
                                                             (See above for address)
                                                             *TERMINATED: 07/27/2023*

                                                             **Indraneel Sur**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Joshua E Gardner**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kuntal Cholera**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kyla Snow**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Kimmage**                          represented by   **Adam Kirschner**
                                                             (See above for address)
                                                             *TERMINATED: 09/27/2023*

                                                             **Alexander William Resar**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alexis Frisbie**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U S Dept of Treasury**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wally Adeyemo**                           represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U S Election Assistance Commission**          represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark A Robbins**          represented by **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kristen Muthig**                    represented by   **Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda Chuzi**
(See above for address)
*TERMINATED: 07/27/2023*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kuntal Cholera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyla Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hugh Auchincloss**                  represented by   **Kyla Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**All Defendants**                    represented by   **Indraneel Sur**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Adam Kirschner**
(See above for address)
*TERMINATED: 09/27/2023*

**Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Yang**
U S Dept of Justice (L St)
1100 L Street NW
Washington, DC 20005
202-353-3098
Email: catherine.m.yang@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**<u>Consol Defendant</u>**

**Henry Schwartz**                        represented by **Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Consol Defendant</u>**

**Samaruddin K Stewart**                represented by **Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Yang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Consol Defendant</u>**

**Global Engagement Center**            represented by **Alexander William Resar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Yang**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Joshua E Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Judson Witham**                        represented by **Judson Witham**
*TERMINATED: 07/29/2022*                               15215 Aiken
                                                       Wake Forest, NC 27587
                                                       PRO SE

**Movant**

**Kimberly D Hogan**                     represented by **Kimberly D Hogan**
*TERMINATED: 08/01/2022*                               900 Discovery Blvd #13102
                                                       Cedar Park, TX 78613
                                                       303-246-1587
                                                       PRO SE

**Movant**

**Mike Webb**
*Major*
*TERMINATED: 08/01/2022*

**Movant**

**Charlene Bollinger**                   represented by **Glynn Shelly Maturin , II**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Movant**

**Joseph Mercola**                       represented by **Glynn Shelly Maturin , II**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Movant**

**Jon F Turpin**                         represented by **Jon F Turpin**
*TERMINATED: 07/19/2023*                               2421 S Plum St
*also known as*                                        Yorktown, IN 47396
Jon F D Turpin                                         225-259-6270
                                                       PRO SE

**Movant**

**Brandon Q Doe**                        represented by **Brandon Q Doe**
*TERMINATED: 08/26/2023*                               500 Parker Rd
                                                       Paducah, KY 42003
                                                       PRO SE

**Amicus**

**Alliance Defending Freedom**                    represented by   **Brian Wade Arabie**
Sigler Arabie & Cannon
P O Box 1550
Lake Charles, LA 70602
337-439-2033
Email: brian@siglerlaw.com
*ATTORNEY TO BE NOTICED*

**Travis Christopher Barham**
Alliance Defending Freedom (GA)
1000 Hurrican Shoals Rd NE Ste D-1100
Lawrenceville, GA 30043
770-339-0774
Fax: 770-339-6744
Email: tbarham@adflegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tyson Charles Langhofer**
Alliance Defending Freedom (VA)
44180 Riverside Pkwy
Lansdowne, VA 20176
571-707-4655
Email: tlanghofer@adflegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Buckeye Institute**                              represented by   **Ben E Clayton**
Clayton Law Firm (Slidell)
893 Brownswitch Rd Ste 101
Slidell, LA 70458
985-863-3065
Fax: 985-863-7707
Email: ben@claytonlawfirmllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay R Carson**
Wegman Hessler & Valore
6055 Rockside Woods Blvd Ste 200
Cleveland, OH 44131
216-642-3342
Fax: 216-642-8826
Email: jrcarson@wegmanlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Paul Clayton**
Clayton Law Firm (Slidell)
893 Brownswitch Rd Ste 101
Slidell, LA 70458
985-863-3065
Fax: 985-863-7707

Email: josh@claytonlawfirmllc.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Childrens Health Defense**                    represented by  **Glynn Shelly Maturin , II**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2022 | 1 | COMPLAINT against All Defendants (Filing fee $402, receipt number ALAWDC-5093842) filed by State of Louisiana, State of Missouri. (Attachments: # 1 Civil cover sheet)(Attorney Elizabeth Baker Murrill added to party State of Louisiana(pty:pla), Attorney Elizabeth Baker Murrill added to party State of Missouri(pty:pla)(aty,Murrill, Elizabeth) (Entered: 05/05/2022), (QC'ed on 05/05/2022, by Thomas , T) |
| 05/05/2022 | | CASE Assigned to Judge Terry A Doughty and Magistrate Judge Kayla D McClusky. (crt,Thomas, T) (Entered: 05/05/2022) |
| 05/05/2022 | 2 | SUMMONS ISSUED as to U S Attorney, U S Attorney General, Joseph R Biden, Jr, Jennifer Rene Psaki, Vivek H. Murthy, Xavier Becerra, Dept of Health & Human Services, Dr. Anthony Fauci, National Institute of Allergy and Infectious Diseases, Centers for Disease Control & Prevention, Alejandro Mayorkas, Dept of Homeland Security, Jen Easterly, Jen Easterly, Nina Jankowicz. (crt,Thomas, T) (Entered: 05/05/2022) |
| 05/06/2022 | 3 | SUMMONS ISSUED as to Cybersecurity & Infrastructure Security Agency. (crt,Thomas, T) (Entered: 05/06/2022) |
| 05/27/2022 | 4 | SUMMONS REISSUED as to Joseph R Biden, Jr. (crt,Thomas, T) (Entered: 05/27/2022) |
| 06/01/2022 | 5 | MOTION for D. John Sauer to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5124378) by State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 6/1/2022. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Murrill, Elizabeth) (Entered: 06/01/2022), (QC'ed on 06/01/2022, by Thomas , T) |
| 06/01/2022 | 6 | MOTION for Michael Talent to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5124394) by State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 6/1/2022. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Murrill, Elizabeth) (Entered: 06/01/2022), (QC'ed on 06/01/2022, by Thomas , T) |
| 06/02/2022 | 7 | ORDER granting 5 Motion to Appear Pro Hac Vice for appearance of D John Sauer for State of Missouri. Signed by Magistrate Judge Kayla D McClusky on 6/2/2022. (crt,Leday, A) (Entered: 06/02/2022) |
| 06/02/2022 | 8 | ORDER granting 6 Motion to Appear Pro Hac Vice for appearance of Michael Talent for State of Missouri. Signed by Magistrate Judge Kayla D McClusky on 6/2/2022. (crt,Leday, A) (Entered: 06/02/2022) |
| 06/03/2022 | 9 | AFFIDAVIT of Service for Summons and Complaint served on Joseph R. Biden, Jr., in his official capacity as President of the United States, et al. on May 10, 2022 and May 27, 2022, filed by State of Missouri. (Attachments: # 1 Exhibit 1)(aty,Sauer, Dean) (Entered: 06/03/2022), (QC'ed on 06/06/2022, by Thomas , T) |

| 06/14/2022 | 10 | MOTION for Preliminary Injunction by State of Louisiana, State of Missouri. Motion Ripe Deadline set for 6/14/2022. (Attachments: # 1 Exhibit A-Decl. of Tammy Glenn, # 2 Exhibit B-Decl. of Mark Senger, # 3 Exhibit C-Decl. of Jay Bhattacharya, # 4 Exhibit D-Decl. of Martin Kulldorff, # 5 Exhibit E-Decl. of Jim Hoft, # 6 Exhibit F-Decl. of Patrick Flesch, # 7 Exhibit G-Decl. of Aaron Kheriaty, # 8 Exhibit H-Decl. of Jeff Allen, # 9 Exhibit I-Decl. of Mark Changizi, # 10 Exhibit J-Decl. of Daniel Kotzin, # 11 Exhibit K-Decl. of A.J. Kitchen, # 12 Exhibit L-Decl. of Jill Hines, # 13 Exhibit M-Decl. of Ashley Bosch, # 14 Exhibit N-Decl. of Joshua McCollum, # 15 Exhibit O-Decl. of Jessica Marie Gulmire)(Attorney Dean John Sauer added to party State of Louisiana(pty:pla)(aty,Sauer, Dean) (Entered: 06/14/2022) (QC'ed on 07/19/2023, by Thomas , T) |
| 06/14/2022 | 11 | MOTION for Leave to File Excess Pages by State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 6/14/2022. (Attachments: # 1 Proposed Overlength Memorandum in Support of Motion for Preliminary Injunction)(Attorney Dean John Sauer added to party State of Louisiana(pty:pla))(aty,Sauer, Dean) Modified on 6/14/2022 (Thomas, T). (Entered: 06/14/2022), (QC'ed on 06/14/2022, by Thomas , T) |
| 06/14/2022 | | Motions Transferred regarding 11 MOTION for Leave to File Excess Pages . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 06/14/2022) |
| 06/14/2022 | 12 | MINUTE ENTRY: Defendants' Response as to 10 MOTION for Preliminary Injunction is due by 6/28/2022. Plaintiffs may file a reply no later than seven days thereafter. Signed by Judge Terry A Doughty on 6/14/2022. (crt,Crawford, A) (Entered: 06/14/2022) |
| 06/14/2022 | 13 | PROPOSED ORDER/JUDGMENT by State of Louisiana, State of Missouri re 11 Motion for Leave to File Excess Pages,. (aty,Sauer, Dean) (Entered: 06/14/2022), (QC'ed on 06/14/2022, by Thomas , T) |
| 06/15/2022 | 14 | ORDER granting 11 Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 6/15/2022. (crt,Crawford, A) (Entered: 06/15/2022) |
| 06/15/2022 | 15 | MEMORANDUM in Support re 10 MOTION for Preliminary Injunction filed by State of Louisiana, State of Missouri. (crt,Crawford, A) (Entered: 06/15/2022) |
| 06/15/2022 | 16 | NOTICE of Appearance by Kyla Snow on behalf of Xavier Becerra, Joseph R Biden, Jr, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Alejandro Mayorkas, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki (Attorney Kyla Snow added to party Xavier Becerra(pty:dft), Attorney Kyla Snow added to party Joseph R Biden, Jr(pty:dft), Attorney Kyla Snow added to party Cybersecurity & Infrastructure Security Agency(pty:dft), Attorney Kyla Snow added to party Centers for Disease Control & Prevention(pty:dft), Attorney Kyla Snow added to party Jen Easterly(pty:dft), Attorney Kyla Snow added to party Anthony Fauci(pty:dft), Attorney Kyla Snow added to party Dept of Health & Human Services(pty:dft), Attorney Kyla Snow added to party Dept of Homeland Security(pty:dft), Attorney Kyla Snow added to party Nina Jankowicz(pty:dft), Attorney Kyla Snow added to party Alejandro Mayorkas(pty:dft), Attorney Kyla Snow added to party Vivek H Murthy(pty:dft), Attorney Kyla Snow added to party National Institute of Allergy & Infectious Diseases(pty:dft), Attorney Kyla Snow added to party Jennifer Rene Psaki(pty:dft)) (aty,Snow, Kyla) (Entered: 06/15/2022), (QC'ed on 06/15/2022, by Thomas , T) |
| 06/17/2022 | 17 | MOTION to Expedite *Preliminary-Injunction-Related Discovery* by State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 6/17/2022. (Attorney Dean John Sauer added to party State of Louisiana(pty:pla)) (aty,Sauer, Dean) (Entered: 06/17/2022), (QC'ed on 06/21/2022, by Thomas , T) |

| 06/17/2022 | 18 | MEMORANDUM in Support re 17 MOTION to Expedite *Preliminary-Injunction-Related Discovery* filed by State of Louisiana, State of Missouri. (aty,Sauer, Dean) (Entered: 06/17/2022), (QC'ed on 06/21/2022, by Thomas , T) |
|---|---|---|
| 06/17/2022 | | Motions Transferred regarding 17 MOTION to Expedite *Preliminary-Injunction-Related Discovery*. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 06/21/2022) |
| 06/21/2022 | 19 | MINUTE ENTRY continuing Defendants' deadline to file a response to the Motion for Preliminary Injunction until after resolution of the pending discovery motion. Signed by Judge Terry A Doughty on 6/21/2022. (crt,Crawford, A) (Entered: 06/21/2022) |
| 06/21/2022 | 20 | PROPOSED ORDER/JUDGMENT by State of Louisiana, State of Missouri re 17 Motion to Expedite,. (aty,Sauer, Dean) (Entered: 06/21/2022), (QC'ed on 06/22/2022, by Thomas , T) |
| 06/22/2022 | 21 | MINUTE ENTRY: Defendants' Response as to 17 MOTION to Expedite *Preliminary-Injunction-Related Discovery* is due by 7/1/2022. Plaintiffs may file a reply no later than five days thereafter. Signed by Judge Terry A Doughty on 6/22/2022. (crt,Crawford, A) (Entered: 06/22/2022) |
| 06/23/2022 | 22 | MOTION for Todd A. Scott to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5150235) by State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 6/23/2022. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Murrill, Elizabeth) (Entered: 06/23/2022), (QC'ed on 06/23/2022, by Thomas , T) |
| 06/24/2022 | 23 | MOTION for Kenneth C. Capps to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5152223) by State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 6/24/2022. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Murrill, Elizabeth) (Entered: 06/24/2022), (QC'ed on 06/24/2022, by Thomas , T) |
| 06/24/2022 | 24 | ORDER granting 22 Motion to Appear Pro Hac Vice for appearance of Todd A Scott for State of Missouri. Signed by Magistrate Judge Kayla D McClusky on 6/24/2022. (crt,Leday, A) (Entered: 06/24/2022) |
| 06/27/2022 | 25 | ORDER granting 23 Motion to Appear Pro Hac Vice for appearance of Kenneth C Capps for State of Missouri. Signed by Magistrate Judge Kayla D McClusky on 6/27/2022. (crt,Leday, A) (Entered: 06/27/2022) |
| 07/01/2022 | 26 | MEMORANDUM in Opposition re 17 MOTION to Expedite *Preliminary-Injunction-Related Discovery* filed by Xavier Becerra, Joseph R Biden, Jr, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Alejandro Mayorkas, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki. (aty,Cholera, Kuntal) (Entered: 07/01/2022), (QC'ed on 07/01/2022, by Thomas , T) |
| 07/01/2022 | 27 | NOTICE of Appearance by Kuntal Cholera on behalf of Xavier Becerra, Joseph R Biden, Jr, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Alejandro Mayorkas, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki (Attorney Kuntal Cholera added to party Xavier Becerra(pty:dft), Attorney Kuntal Cholera added to party Joseph R Biden, Jr(pty:dft), Attorney Kuntal Cholera added to party Cybersecurity & Infrastructure Security Agency(pty:dft), Attorney Kuntal Cholera added to party Centers for Disease Control & Prevention(pty:dft), Attorney Kuntal Cholera added to party Jen |

| | | |
|---|---|---|
| | | Easterly(pty:dft), Attorney Kuntal Cholera added to party Anthony Fauci(pty:dft), Attorney Kuntal Cholera added to party Dept of Health & Human Services(pty:dft), Attorney Kuntal Cholera added to party Dept of Homeland Security(pty:dft), Attorney Kuntal Cholera added to party Nina Jankowicz(pty:dft), Attorney Kuntal Cholera added to party Alejandro Mayorkas(pty:dft), Attorney Kuntal Cholera added to party Vivek H Murthy(pty:dft), Attorney Kuntal Cholera added to party National Institute of Allergy & Infectious Diseases(pty:dft), Attorney Kuntal Cholera added to party Jennifer Rene Psaki(pty:dft)) (aty,Cholera, Kuntal) (Main Document 27 modified to nonfillable form and replaced on 7/1/2022) (Thomas, T). (Entered: 07/01/2022) (QC'ed on 07/01/2022, by Thomas , T) |
| 07/06/2022 | 28 | Consent MOTION for Leave to File Excess Pages *for their Reply Memorandum in Support of Their Motion for Expedited Preliminary-Injunction-Related Discovery* by State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 7/6/2022. (Attachments: # 1 Memorandum / Brief Plaintiffs Reply Memorandum in Support of Their Motion for Expedited Preliminary Injunction-Related Discovery, # 2 Proposed order Proposed Order)(aty,Sauer, Dean) (Entered: 07/06/2022), (QC'ed on 07/07/2022, by Taylor , L) |
| 07/06/2022 | | Motions Transferred regarding 28 Consent MOTION for Leave to File Excess Pages *for their Reply Memorandum in Support of Their Motion for Expedited Preliminary-Injunction-Related Discovery*. Motions referred to Judge Terry A Doughty. (crt,Taylor, L) (Entered: 07/07/2022) |
| 07/07/2022 | 29 | ORDER granting 28 Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 7/7/2022. (crt,Crawford, A) (Entered: 07/07/2022) |
| 07/07/2022 | 30 | REPLY to Response to 17 MOTION to Expedite *Preliminary-Injunction-Related Discovery*, filed by State of Louisiana, State of Missouri. (crt,Crawford, A) (Entered: 07/07/2022) |
| 07/08/2022 | 31 | Consent MOTION for Leave to File Excess Pages by Xavier Becerra, Joseph R Biden, Jr, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Alejandro Mayorkas, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 7/8/2022. (Attachments: # 1 Proposed order) (aty,Snow, Kyla) (Entered: 07/08/2022), (QC'ed on 07/08/2022, by Bunting , M) |
| 07/11/2022 | 32 | ORDER granting 31 Motion for Leave to File Brief in Excess of Page Limitation. Signed by Magistrate Judge Kayla D McClusky on 7/11/2022. (crt,Crawford, A) (Entered: 07/11/2022) |
| 07/12/2022 | 33 | NOTICE of Appearance by Indraneel Sur on behalf of Xavier Becerra, Joseph R Biden, Jr, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Alejandro Mayorkas, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki (Attorney Indraneel Sur added to party Joseph R Biden, Jr(pty:dft)) (aty,Sur, Indraneel) Modified to add filers on 7/12/2022 (Thomas, T). (Entered: 07/12/2022), (QC'ed on 07/12/2022, by Thomas , T) |
| 07/12/2022 | 34 | MEMORANDUM RULING AND ORDER granting 17 Motion to Expedite Preliminary Injunction-Related Discovery. Signed by Judge Terry A Doughty on 7/12/2022. (crt,Crawford, A) (Entered: 07/12/2022) |
| 07/12/2022 | 35 | MOTION to Dismiss for Lack of Jurisdiction *Plaintiff's Complaint*, MOTION to Dismiss For Failure to State a Claim Plaintiffs' Complaint by Xavier Becerra, Joseph R Biden, Jr, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & |

| | | |
|---|---|---|
| | | Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Alejandro Mayorkas, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki. Motions referred to Kayla D McClusky. (Attachments: # 1 Memorandum / Brief, # 2 Proposed order)(aty,Snow, Kyla) (Entered: 07/12/2022), (QC'ed on 07/13/2022, by Thomas , T) |
| 07/13/2022 | 36 | NOTICE of Motion Setting regarding: 35 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim. Motions referred to Magistrate Judge Kayla D McClusky. Responses due by 8/3/2022. (crt,Thomas, T) (Entered: 07/13/2022) |
| 07/19/2022 | 37 | NOTICE of Compliance with the Court's July 12, 2022 Order by State of Louisiana, State of Missouri (aty,Sauer, Dean) (Entered: 07/19/2022), (QC'ed on 07/19/2022, by Thomas , T) |
| 07/25/2022 | 38 | MOTION to Intervene by Judson Witham. Motions referred to Magistrate Judge Kayla D McClusky. Motion Deadline set for 7/25/2022. (Attachments: # 1 Copy of Intervention, # 2 Envelope)(crt,Bunting, M) (Entered: 07/28/2022), (QC'ed on 07/28/2022, by Bunting , M) |
| 07/28/2022 | | Motions Transferred regarding 38 MOTION to Intervene. Motions referred to Judge Terry A Doughty. (crt,Bunting, M) (Entered: 07/28/2022) |
| 07/28/2022 | 39 | MOTION to Intervene by Kimberly D Hogan. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 7/28/2022. (Attachments: # 1 Exhibit A-H, # 2 Exhibit, # 3 Certificate, # 4 Civil cover sheet, # 5 Envelope)(crt,Bunting, M) (Additional attachment(s) added on 7/29/2022: # 6 Exhibit) (Bunting, M). (Entered: 07/29/2022) |
| 07/28/2022 | 40 | MOTION to Intervene by Mike Webb. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 7/28/2022. (crt,Bunting, M) (Entered: 07/29/2022) |
| 07/29/2022 | | Motions Transferred regarding 39 MOTION to Intervene, 40 MOTION to Intervene. Motions referred to Judge Terry A Doughty. (crt,Bunting, M) (Entered: 07/29/2022) |
| 07/29/2022 | 41 | Consent MOTION for Extension of Time to File Response/Reply re 35 MOTION to Dismiss for Lack of Jurisdiction Plaintiff's Complaint, MOTION to Dismiss For Failure to State a Claim with consent < by State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 7/29/2022. (Attachments: # 1 Proposed order)(aty,Sauer, Dean) Modified to add docket entry relationship and edit docket text on 8/1/2022 (Thomas, T). (Entered: 07/29/2022), (QC'ed on 08/01/2022, by Thomas , T) |
| 07/29/2022 | 42 | MEMORANDUM ORDER denying 38 Motion to Intervene. Signed by Judge Terry A Doughty on 7/29/2022. (crt,Crawford, A) (Entered: 07/29/2022) |
| 08/01/2022 | 43 | MEMORANDUM ORDER denying 39 and 40 Motions to Intervene. Signed by Judge Terry A Doughty on 8/1/2022. (crt,Crawford, A) (Entered: 08/01/2022) |
| 08/02/2022 | 44 | ORDER granting 41 Motion for Extension of Time to File Response/Reply re 35 MOTION to Dismiss for Lack of Jurisdiction Plaintiff's Complaint, MOTION to Dismiss For Failure to State a Claim. Responses due by 8/12/2022. Signed by Magistrate Judge Kayla D McClusky on 8/2/2022. (crt,Leday, A) Modified on 8/2/2022 to add Reply date of 8/20/22 for same (Leday, A). (Entered: 08/02/2022) |
| 08/02/2022 | | Per 44 Order - Set Deadlines as to 35 MOTION to Dismiss for Lack of Jurisdiction *Plaintiff's Complaint*, MOTION to Dismiss For Failure to State a Claim Plaintiffs' Complaint. Replies due by 8/20/2022. (crt,Leday, A) (Entered: 08/02/2022) |

| | | |
|---|---|---|
| 08/02/2022 | 45 | AMENDED COMPLAINT against Xavier Becerra, Joseph R Biden, Jr, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Alejandro Mayorkas, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Karine Jean-Pierre, Carol Crawford, Jennifer Shopkorn, United States Census Bureau, U.S. Department of Commerce, Robert Silvers, Samantha Vinograd, Gina McCarthy filed by State of Louisiana, State of Missouri, Aaron Kheriaty, Martin Kulldorff, Jim Hoft, Jayanta Bhattacharya, Jill Hines. (Attachments: # 1 Exhibit A - CDC Emails, # 2 Exhibit B - Decl. of Mark Senger, # 3 Exhibit C- Decl. of Jay Bhattacharya, # 4 Exhibit D - Decl. of Martin Kulldorff, # 5 Exhibit E - Decl. of Jim Hoft, # 6 Exhibit F - Decl. of Patrick Flesch, # 7 Exhibit G - Decl. of Aaron Kheriaty, # 8 Exhibit H - Decl. of Jeff Allen, # 9 Exhibit I - Decl. of Mark Changizi, # 10 Exhibit J - Decl. of Daniel Kotzin, # 11 Exhibit K - Decl. of A.J. Kitchen, # 12 Exhibit L - Decl. of Jill Hines, # 13 Exhibit M - Decl. of Ashley Bosch, # 14 Exhibit N - Decl. of Joshua McCollum, # 15 Exhibit O - Decl. of Jessica Marie Gulmire)(Attorney Dean John Sauer added to party Jayanta Bhattacharya(pty:pla), Attorney Dean John Sauer added to party Jill Hines(pty:pla), Attorney Dean John Sauer added to party Jim Hoft(pty:pla), Attorney Dean John Sauer added to party Aaron Kheriaty(pty:pla), Attorney Dean John Sauer added to party Martin Kulldorff(pty:pla))(aty,Sauer, Dean) (Entered: 08/02/2022), (QC'ed on 08/02/2022, by Thomas , T) |
| 08/02/2022 | 46 | SUMMONS ISSUED as to U S Attorney, U S Attorney General, Karine Jean-Pierre, Carol Crawford, Jennifer Shopkorn, United States Census Bureau, U S Dept of Commerce, Robert Silvers, Samantha Vinograd, Gina McCarthy. (crt,Thomas, T) (Entered: 08/02/2022) |
| 08/02/2022 | 47 | NOTICE of Joinder in Previously Filed Motion for Preliminary Injunction by State of Louisiana, State of Missouri (aty,Sauer, Dean) (Entered: 08/02/2022) (QC'ed on 08/02/2022, by Thomas , T) |
| 08/03/2022 | 48 | MOTION for Jenin Younes to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5201495) by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 8/3/2022. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Murrill, Elizabeth) Modified filers on 8/3/2022 (Miletello, A). (Entered: 08/03/2022), (QC'ed on 08/03/2022, by Thomas , T) |
| 08/03/2022 | 49 | CORRECTIVE DOCUMENT entitled Proposed Order filed by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff regarding 48 MOTION for Jenin Younes to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5201495) . (aty,Murrill, Elizabeth) (Entered: 08/03/2022), (QC'ed on 08/03/2022, by Thomas , T) |
| 08/04/2022 | 50 | DEFICIENT NOTICE by State of Missouri *of Proof of Service of First Amended Complaint* (aty,Sauer, Dean) Modified to reflect deficiency on 8/4/2022 (Thomas, T). (Entered: 08/04/2022), (QC'ed on 08/04/2022, by Thomas , T) |
| 08/04/2022 | 51 | NOTICE of Deficiency to Dean John Sauer on behalf of State of Missouri regarding 50 Notice (Other). Reason: For attorneys admitted pro hac vice, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements. (crt,Thomas, T) (Entered: 08/04/2022) |
| 08/04/2022 | 52 | NOTICE by State of Louisiana, State of Missouri *of Corrected Proof of Service of First Amended Complaint* (aty,Sauer, Dean) (Entered: 08/04/2022), (QC'ed on 08/04/2022, by Thomas , T) |
| 08/08/2022 | 53 | NOTICE of Withdrawal of Motion to Dismiss by Xavier Becerra, Joseph R Biden, Jr, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & |

| | | |
|---|---|---|
| | | Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Alejandro Mayorkas, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki (aty,Snow, Kyla) (Entered: 08/08/2022), (QC'ed on 08/08/2022, by Whitener , M) |
| 08/08/2022 | 54 | MOTION for Extension of Time to File Answer with consent by Xavier Becerra, Joseph R Biden, Jr, U S Census Bureau, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Karine Jean-Pierre, Alejandro Mayorkas, Gina McCarthy, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki, Jennifer Shopkorn, Robert Silvers, Samantha Vinograd. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 8/8/2022. (Attachments: # 1 Proposed order)(Attorney Kyla Snow added to party U S Census Bureau(pty:dft), Attorney Kyla Snow added to party U S Dept of Commerce(pty:dft), Attorney Kyla Snow added to party Carol Crawford(pty:dft), Attorney Kyla Snow added to party Karine Jean-Pierre(pty:dft), Attorney Kyla Snow added to party Gina McCarthy(pty:dft), Attorney Kyla Snow added to party Jennifer Shopkorn(pty:dft), Attorney Kyla Snow added to party Robert Silvers(pty:dft), Attorney Kyla Snow added to party Samantha Vinograd(pty:dft)) (aty,Snow, Kyla) Modified docket text on 8/8/2022 (Whitener, M). (Entered: 08/08/2022), (QC'ed on 08/08/2022, by Whitener , M) |
| 08/08/2022 | 55 | ORDER granting 48 Motion to Appear Pro Hac Vice for appearance of Jenin Younes for Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Signed by Magistrate Judge Kayla D McClusky on 8/8/2022. (crt,Leday, A) (Entered: 08/08/2022) |
| 08/08/2022 | 57 | MOTION for Reconsideration re 42 Order on Motion to Intervene by Judson Witham. Motions referred to Magistrate Judge Kayla D McClusky. (Attachments: # 1 Envelope) (crt,Whitener, M) (Entered: 08/11/2022) |
| 08/09/2022 | 56 | ORDER granting 54 Motion for Extension of Time to Answer re 45 Amended Complaint. Xavier Becerra answer due 8/30/2022; Joseph R Biden, Jr answer due 8/30/2022; U S Census Bureau answer due 8/30/2022; U S Dept of Commerce answer due 8/30/2022; Carol Crawford answer due 8/30/2022; Cybersecurity & Infrastructure Security Agency answer due 8/30/2022; Centers for Disease Control & Prevention answer due 8/30/2022; Jen Easterly answer due 8/30/2022; Anthony Fauci answer due 8/30/2022; Dept of Health & Human Services answer due 8/30/2022; Dept of Homeland Security answer due 8/30/2022; Nina Jankowicz answer due 8/30/2022; Karine Jean-Pierre answer due 8/30/2022; Alejandro Mayorkas answer due 8/30/2022; Gina McCarthy answer due 8/30/2022; Vivek H Murthy answer due 8/30/2022; National Institute of Allergy & Infectious Diseases answer due 8/30/2022; Jennifer Rene Psaki answer due 8/30/2022; Jennifer Shopkorn answer due 8/30/2022; Robert Silvers answer due 8/30/2022; Samantha Vinograd answer due 8/30/2022. Signed by Magistrate Judge Kayla D McClusky on 8/9/2022. (crt,Whitener, M) (Entered: 08/10/2022) |
| 08/11/2022 | 58 | NOTICE of Motion Setting regarding: 57 MOTION for Reconsideration re 42 Order on Motion to Intervene. Motions referred to Judge Terry A Doughty. Responses due by 9/1/2022 (crt,Whitener, M) (Entered: 08/11/2022) |
| 08/11/2022 | 61 | ADDENDUM AND NOTICE by Judson Witham. (Attachments: # 1 Envelope) (crt,Thomas, T) (Entered: 08/15/2022) |
| 08/12/2022 | 59 | MOTION for John J. Vecchione to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5212768) by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for |

| | | |
|---|---|---|
| | | 8/12/2022. (Attachments: # 1 Certificate of good standing, # 2 Proposed order) (aty,Murrill, Elizabeth) (Entered: 08/12/2022), (QC'ed on 08/12/2022, by Whitener , M) |
| 08/12/2022 | 60 | ORDER denying 57 Motion for Reconsideration re 42 Order on Motion to Intervene filed by Judson Witham. Signed by Judge Terry A Doughty on 8/12/2022. (crt,Crawford, A) (Entered: 08/12/2022) |
| 08/15/2022 | 62 | ORDER granting 59 Motion to Appear Pro Hac Vice for appearance of John J Vecchione for Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Signed by Magistrate Judge Kayla D McClusky on 8/15/2022. (crt,Leday, A) (Entered: 08/15/2022) |
| 08/16/2022 | 63 | NOTICE OF APPEAL as to 43 Order on Motion to Intervene, by Mike Webb, pro se. FEE STATUS: NOT PAID (Attachments: # 1 5th Circuit Transmittal Letter) (crt,WalkerSld, B) (Entered: 08/17/2022) |
| 08/16/2022 | 65 | AMENDED NOTICE OF APPEAL as to 43 Order on Motion to Intervene, by Mike Webb, pro se. (Attachments: # 1 Envelope)(crt,WalkerSld, B) (Main Document 65 and Attachment 1 replaced on 8/17/2022) (WalkerSld, B). (Entered: 08/17/2022) |
| 08/16/2022 | 66 | AMENDED NOTICE OF APPEAL as to 43 Order on Motion to Intervene, by Mike Webb, pro se. (Attachments: # 1 Envelope)(crt,WalkerSld, B) (Main Document 66 replaced and Attachment 1 replaced on 8/17/2022) (WalkerSld, B). (Entered: 08/17/2022) |
| 08/17/2022 | 64 | FEE LETTER requesting payment of appeal filing fee sent to Mike Webb re 63 Notice of Appeal. (Attachments: # 1 Application to Proceed In Forma Pauperis)(crt,WalkerSld, B) (Entered: 08/17/2022) |
| 08/19/2022 | | USCA Case Number 22-30531 for 63 Notice of Appeal, 65 Amended Notice of Appeal and 66 Amended Notice of Appeal filed by Mike Webb. (crt,WalkerSld, B) (Entered: 08/19/2022) |
| 08/23/2022 | 67 | Consent MOTION for Extension of Time to File Answer with consent by Xavier Becerra, Joseph R Biden, Jr, U S Census Bureau, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Karine Jean-Pierre, Alejandro Mayorkas, Gina McCarthy, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki, Jennifer Shopkorn, Robert Silvers, Samantha Vinograd. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 8/23/2022. (Attachments: # 1 Proposed order)(aty,Snow, Kyla) (Entered: 08/23/2022), (QC'ed on 08/24/2022, by Thomas , T) |
| 08/26/2022 | 68 | Joint MOTION for Extension of Time to File Joint Statement with consent by Xavier Becerra, Joseph R Biden, Jr, U S Census Bureau, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Karine Jean-Pierre, Alejandro Mayorkas, Gina McCarthy, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki, Jennifer Shopkorn, Robert Silvers, All Plaintiffs, Samantha Vinograd. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 8/26/2022. (Attachments: # 1 Proposed order)(aty,Snow, Kyla) Modified to add filers on 8/26/2022 (Thomas, T). (Entered: 08/26/2022), (QC'ed on 08/26/2022, by Thomas , T) |
| 08/26/2022 | | Motions Transferred regarding 68 Joint MOTION for Extension of Time to File Joint Statement with consent . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 08/26/2022) |
| 08/26/2022 | 69 | ORDER granting 67 Motion for Extension of Time to Answer 45 Amended Complaint. Xavier Becerra answer due 9/13/2022; Joseph R Biden, Jr answer due 9/13/2022; U S |

| | | |
|---|---|---|
| | | Census Bureau answer due 9/13/2022; U S Dept of Commerce answer due 9/13/2022; Carol Crawford answer due 9/13/2022; Cybersecurity & Infrastructure Security Agency answer due 9/13/2022; Centers for Disease Control & Prevention answer due 9/13/2022; Jen Easterly answer due 9/13/2022; Anthony Fauci answer due 9/13/2022; Dept of Health & Human Services answer due 9/13/2022; Dept of Homeland Security answer due 9/13/2022; Nina Jankowicz answer due 9/13/2022; Karine Jean-Pierre answer due 9/13/2022; Alejandro Mayorkas answer due 9/13/2022; Gina McCarthy answer due 9/13/2022; Vivek H Murthy answer due 9/13/2022; National Institute of Allergy & Infectious Diseases answer due 9/13/2022; Jennifer Shopkorn answer due 9/13/2022; Robert Silvers answer due 9/13/2022; Samantha Vinograd answer due 9/13/2022. Signed by Magistrate Judge Kayla D McClusky on 8/26/2022. (crt,Leday, A) (Entered: 08/26/2022) |
| 08/29/2022 | 70 | ORDER granting 68 Motion for Extension. The parties' Joint Statement shall be filed by 3:00 pm by 8/31/22. Signed by Judge Terry A Doughty on 8/29/2022. (crt,Crawford, A) (Entered: 08/29/2022) |
| 08/31/2022 | 71 | JOINT STATEMENT on Discovery Disputes by All Parties (Attachments: # 1 Exhibit Ex. 1 Defendants Interrogatory Responses, # 2 Exhibit Ex. 2 Census-Treasury-State, # 3 Exhibit Ex. 3 White House, # 4 Exhibit Ex. 4 Facebook Executive, # 5 Exhibit Ex. 5 Text Messages, # 6 Exhibit Ex. 6 BOLO, # 7 Exhibit Ex. 7 Approval of Debunks, # 8 Exhibit Ex. 8 CISA and Flagging, # 9 Exhibit Ex. 9 Reporting Channels, # 10 Exhibit Ex. 10 KJP RFP Responses, # 11 Exhibit Ex. 11 Fauci RFP Responses, # 12 Exhibit Ex. 12 Aug 27 Email from DOJ, # 13 Exhibit Ex. 13 HHS RFP Responses)(aty,Sauer, Dean) Modified on 8/31/2022 to add filers and modify docket text (Miletello, A). (Entered: 08/31/2022), (QC'ed on 08/31/2022, by Miletello , A) |
| 09/06/2022 | 72 | MEMORANDUM RULING re 71 Joint Statement on Discovery Disputes. The discovery disputes contained in the Joint Statement herein are granted in part and denied in part. Any additional discovery ordered herein shall be provided within 21 days from the date of this order. It Is Further Ordered that within ten days after the production of any objected-to responses, Plaintiffs shall notify Defendants of any depositions they wish to take. It Is Further Ordered that Plaintiffs and Defendants continue to adhere to the remaining schedule for expedited discovery. Signed by Judge Terry A Doughty on 9/6/2022. (crt,Crawford, A) (Entered: 09/06/2022) |
| 09/07/2022 | 73 | Unopposed MOTION to Stay *Response Deadlines for Plaintiffs First Amended Complaint and Anticipated Second Amended Complaint* by Xavier Becerra, Joseph R Biden, Jr, U S Census Bureau, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Karine Jean-Pierre, Alejandro Mayorkas, Gina McCarthy, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki, Jennifer Shopkorn, Robert Silvers, Samantha Vinograd. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 9/7/2022. (aty,Cholera, Kuntal) (Entered: 09/07/2022), (QC'ed on 09/07/2022, by Thomas , T) |
| 09/12/2022 | 74 | ORDER granting 73 Motion to Stay Answer Deadlines. Defendants deadline to respond to the First Amended Complaint is STAYED. Defendants' deadline to respond to Plaintiffs forthcoming Second Amended Complaint is also STAYED. The parties shall file, within fourteen days of the filing of the Second AmendedComplaint, a joint status report proposing a schedule for motion to dismiss briefing with respect to the Second Amended Complaint. Signed by Magistrate Judge Kayla D McClusky on 9/12/2022. (crt,Miletello, A) (Entered: 09/12/2022) |

| 09/12/2022 | 75 | MOTION to Proceed In Forma Pauperis on Appeal by Mike Webb. Motion Ripe Deadline set for 9/12/2022. (Attachments: # 1 Exhibit, # 2 Envelope)(crt,WalkerSld, B) (Additional attachment(s) added on 9/13/2022: # 3 Proposed Order) (WalkerSld, B). (Entered: 09/13/2022), (QC'ed on 09/13/2022, by WalkerSld , B) |
|---|---|---|
| 09/12/2022 | 76 | MOTION for Divulgence of Judicial Conflicts of Interests by Judson Witham. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 9/12/2022. (Attachments: # 1 Envelope)(crt,Thomas, T) (Entered: 09/13/2022), (QC'ed on 09/13/2022, by Thomas , T) |
| 09/13/2022 | | Motions Transferred regarding 75 MOTION to Proceed In Forma Pauperis on Appeal. Motions referred to Judge Terry A Doughty. (crt,WalkerSld, B) (Entered: 09/13/2022) |
| 09/13/2022 | 77 | ORDER granting 75 Motion for Leave to Appeal in forma pauperis. Signed by Judge Terry A Doughty on 9/13/2022. (crt,Crawford, A) (Entered: 09/13/2022) |
| 09/14/2022 | 78 | ORDER denying 76 Motion for Divulgence of Judicial Conflicts of Interests. Signed by Judge Terry A Doughty on 9/14/2022. (crt,Crawford, A) (Entered: 09/14/2022) |
| 09/15/2022 | 79 | MOTION for Demand of Equal Treatment and Equity by Judson Witham. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 9/15/2022. (Attachments: # 1 Envelope)(crt,Thomas, T) (Entered: 09/15/2022), (QC'ed on 09/15/2022, by Thomas , T) |
| 09/15/2022 | 80 | MOTION for Demand of Equal Treatment and to Stop Discrimination, MOTION for Recusal (Motion Ripe Deadline set for 9/15/2022.) by Judson Witham. Motions referred to Magistrate Judge Kayla D McClusky. (Attachments: # 1 Envelope)(crt,Thomas, T) (Entered: 09/15/2022), (QC'ed on 09/15/2022, by Thomas , T) |
| 09/15/2022 | | Motions Transferred regarding 80 MOTION for Demand of Equal Treatment and to Stop Discrimination MOTION for Recusal. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 09/15/2022) |
| 09/16/2022 | 81 | ELECTRONIC ORDER mooting 79 Motion. The information the movant seeks is already part of the public record. Signed by Magistrate Judge Kayla D McClusky on 9/16/2022. (jud,McClusky, Kayla) (Entered: 09/16/2022), (QC'ed on 09/27/2022, by Leday , A) |
| 09/16/2022 | 82 | ORDER denying 80 Motion for Demand of Equal Treatment and to Stop Discrimination; denying 80 Motion for Recusal. Signed by Judge Terry A Doughty on 9/16/2022. (crt,Crawford, A) (Entered: 09/16/2022) |
| 09/22/2022 | 83 | NOTICE of Claims and Liens upon Judgment by Judson Witham (Attachments: # 1 Envelope)(crt,Miletello, A) (Entered: 09/26/2022) |
| 09/30/2022 | | ELECTRONICALLY CERTIFIED Record on Appeal to US Court of Appeals re 63 Notice of Appeal, 65 Amended Notice of Appeal and 66 Amended Notice of Appeal is now available to Appellate Counsel via the 5th Circuit Court of Appeals website. See Instructions for Access and Use of the Electronic Record Download Feature of CM/ECF by clicking here. (USCA #22-30531)<br><br>If you do not have access to the Electronic Download Feature of CM/ECF, please submit your request for the certified record on appeal to the District Court.<br><br>(crt,WalkerSld, B) (Entered: 10/03/2022) |
| 10/06/2022 | 84 | SECOND AMENDED COMPLAINT against All Defendants filed by Martin Kulldorff, State of Louisiana, Aaron Kheriaty, State of Missouri, Jill Hines, Jayanta Bhattacharya, |

| | | |
|---|---|---|
| | | Jim Hoft. (Attachments: # 1 Exhibit P, # 2 Exhibit Q)(aty,Sauer, Dean) Modified on 10/13/2022 (Thomas, T). (Entered: 10/06/2022), (QC'ed on 10/13/2022, by Thomas , T) |
| 10/13/2022 | 85 | SUMMONS ISSUED as to U S Attorney, U S Attorney General, Andrew Slavitt, Rob Flaherty, Courtney Rowe, Clarke Humphrey, Benjamin Wakana, Subhan Cheema, Dori Salcido, Timothy W Manning, Dana Remus, Aisha Shah, Laura Rosenberger, Mina Hsiang, U S Dept of Justice, Federal Bureau of Investigation, Laura Dehmlow, Elvis M Chan, Jay Dempsey, Kate Galatas, Eric Waldo, Yolanda Byrd, Christy Choi, Tericka Lambert, Joshua Peck, Janell Muhammed, Matthew Masterson, Lauren Protentis, Geoffrey Hale, Allison Snell, Kim Wyman, Brian Scully, Zachary Henry Schwartz, Lorena Molina-Irizarry, Kristin Galemore, U S Food & Drug Administration, Erica Jefferson, Michael Murray, Brad Kimberly, U S Dept of State, Leah Bray, Samaruddin K Stewart, Daniel Kimmage, Alexis Frisbie, U S Dept of Treasury, Wally Adeyemo, U S Election Assistance Commission, Mark A Robbins, Kristen Muthig. (crt,Thomas, T) (Entered: 10/13/2022) |
| 10/14/2022 | 86 | NOTICE of Joint Statement Regarding Witness Depositions by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri, Xavier Becerra, Joseph R Biden, Jr, U S Census Bureau, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Centers for Disease Control & Prevention, Jen Easterly, Anthony Fauci, Dept of Health & Human Services, Dept of Homeland Security, Nina Jankowicz, Karine Jean-Pierre, Alejandro Mayorkas, Gina McCarthy, Vivek H Murthy, National Institute of Allergy & Infectious Diseases, Jennifer Rene Psaki, Jennifer Shopkorn, Robert Silvers, Samantha Vinograd (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(aty,Sauer, Dean) Modified to add filers on 10/17/2022 (Chavis, J). (Entered: 10/14/2022), (QC'ed on 10/17/2022, by Chavis , J) |
| 10/18/2022 | 87 | MOTION for Extension of Time to File Joint Status Report with consent by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 10/18/2022. (Attorney Kuntal Cholera added to party Wally Adeyemo(pty:dft), Leah Bray(pty:dft), Yolanda Byrd(pty:dft), Elvis M Chan(pty:dft), Subhan Cheema(pty:dft), Christy Choi(pty:dft), Laura Dehmlow(pty:dft), Jay Dempsey(pty:dft), U S Election Assistance Commission(pty:dft), Federal Bureau of Investigation(pty:dft), Rob Flaherty(pty:dft), U S Food & Drug Administration(pty:dft), Alexis Frisbie(pty:dft), Kate Galatas(pty:dft), Kristin Galemore(pty:dft), Geoffrey Hale(pty:dft), Mina Hsiang(pty:dft), Clarke Humphrey(pty:dft), Erica Jefferson(pty:dft), U S Dept of Justice(pty:dft), Brad Kimberly(pty:dft), Daniel Kimmage(pty:dft), Tericka Lambert(pty:dft), Timothy W |

| | | |
|---|---|---|
| | | Manning(pty:dft), Matthew Masterson(pty:dft), Lorena Molina-Irizarry(pty:dft), Janell Muhammed(pty:dft), Michael Murray(pty:dft), Kristen Muthig(pty:dft), Joshua Peck(pty:dft), Lauren Protentis(pty:dft), Dana Remus(pty:dft), Mark A Robbins(pty:dft), Laura Rosenberger(pty:dft), Courtney Rowe(pty:dft), Dori Salcido(pty:dft), Zachary Henry Schwartz(pty:dft), Brian Scully(pty:dft), Aisha Shah(pty:dft), Andrew Slavitt(pty:dft), Allison Snell(pty:dft), U S Dept of State(pty:dft), Samaruddin K Stewart(pty:dft), U S Dept of Treasury(pty:dft), Benjamin Wakana(pty:dft), Eric Waldo(pty:dft), Kim Wyman(pty:dft))(aty,Cholera, Kuntal) Modified on 10/19/2022 to modify docket text (Leday, A). (Entered: 10/18/2022), *(QC'ed on 10/19/2022, by Thomas , T)* |
| 10/18/2022 | 88 | CERTIFICATE OF SERVICE by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri *of Plaintiffs' Second Amended Complaint* (aty,Sauer, Dean) (Entered: 10/18/2022), *(QC'ed on 10/19/2022, by Thomas , T)* |
| 10/19/2022 | 89 | ORDER granting 87 Motion for Extension of Time to File Joint Status Report. Status Report due by 11/3/2022. Signed by Magistrate Judge Kayla D McClusky on 10/19/2022. (crt,Leday, A) (Entered: 10/19/2022) |
| 10/21/2022 | 90 | MEMORANDUM ORDER REGARDING WITNESS DEPOSITIONS: IT IS ORDERED that to the extent that Plaintiffs move to depose the following parties, the request is GRANTED: NIAID Director and White House Chief Medical Advisor Dr. Anthony Fauci; Deputy Assistant to the President and Director of White House Digital Strategy Rob Flaherty OR former White House Senior COVID-19 Advisory Andrew Slavitt; former White House Press Secretary Jennifer Psaki; FBI Supervisory Special Agent Elvis Chan; CISA Director Jen Easterly OR CISA official Lauren Protentis; Surgeon General Vivek Murthy; CDC Chief of the Digital Media Branch Carol Crawford; and Acting Coordinator of the State Departments Global Engagement Center Daniel Kimmage. Signed by Judge Terry A Doughty on 10/21/2022. (crt,Miletello, A) (Entered: 10/21/2022) |
| 10/27/2022 | 91 | MOTION to Stay *, In Part, October 21, 2022 Order Pending Resolution of Petition For Writ of Mandamus, and Memorandum in Support* by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 10/27/2022. (Attachments: # 1 Proposed order)(Attorney Kyla Snow added to party Wally Adeyemo(pty:dft), Leah Bray(pty:dft), Yolanda Byrd(pty:dft), Elvis M Chan(pty:dft), Subhan Cheema(pty:dft), Christy Choi(pty:dft), Laura Dehmlow(pty:dft), Jay Dempsey(pty:dft), U S Election Assistance Commission(pty:dft), Federal Bureau of Investigation(pty:dft), Rob Flaherty(pty:dft), U S Food & Drug Administration(pty:dft), Alexis Frisbie(pty:dft), Kate Galatas(pty:dft), Kristin |

| | | |
|---|---|---|
| | | Galemore(pty:dft), Geoffrey Hale(pty:dft), Mina Hsiong(pty:dft), Clarke Humphrey(pty:dft), Erica Jefferson(pty:dft), U S Dept of Justice(pty:dft), Brad Kimberly(pty:dft), Daniel Kimmage(pty:dft), Tericka Lambert(pty:dft), Timothy W Manning(pty:dft), Matthew Masterson(pty:dft), Lorena Molina-Irizarry(pty:dft), Janell Muhammed(pty:dft), Michael Murray(pty:dft), Kristen Muthig(pty:dft), Joshua Peck(pty:dft), Lauren Protentis(pty:dft), Dana Remus(pty:dft), Mark A Robbins(pty:dft), Laura Rosenberger(pty:dft), Courtney Rowe(pty:dft), Dori Salcido(pty:dft), Zachary Henry Schwartz(pty:dft), Brian Scully(pty:dft), Aisha Shah(pty:dft), Andrew Slavitt(pty:dft), Allison Snell(pty:dft), U S Dept of State(pty:dft), Samaruddin K Stewart(pty:dft), U S Dept of Treasury(pty:dft), Benjamin Wakana(pty:dft), Eric Waldo(pty:dft), Kim Wyman(pty:dft))(aty,Snow, Kyla) Modified on 11/1/2022 to edit text (Leday, A). (Entered: 10/27/2022), <span style="color:green">QC'ed on 10/28/2022, by Thomas , T)</span> |
| 10/27/2022 | 92 | CORRECTED MOTION to Stay re 90 Memorandum Order by Joseph R Biden, Jr, Cybersecurity & Infrastructure Security Agency, National Institute of Allergy & Infectious Diseases, Alejandro Mayorkas, Anthony Fauci, Carol Crawford, Centers for Disease Control & Prevention, Dept of Health & Human Services, Dept of Homeland Security, Gina McCarthy, Jen Easterly, Jennifer Rene Psaki, Jennifer Shopkorn, Karine Jean-Pierre, Nina Jankowicz, Robert Silvers, Samantha Vinograd, U S Census Bureau, U S Dept of Commerce, ,Vivek H Murthy, Xavier Becerra. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 10/27/2022. (Attachments: # 1 Text of proposed order)(aty,Sur, Indraneel) Modified text and to add filers on 10/28/2022. (Alexander, E) (Entered: 10/27/2022), <span style="color:green">QC'ed on 10/28/2022, by Alexander , E)</span> |
| 10/27/2022 | | Motions Transferred regarding 92 CORRECTED MOTION to Stay re 90 Memorandum Order. Motions referred to Judge Terry A Doughty. (crt,Alexander, E) (Entered: 10/28/2022) |
| 10/28/2022 | 93 | MINUTE ENTRY: re 92 CORRECTED MOTION to Stay 90 Memorandum Order. Plaintiffs may file a response by 12:00 pm on 10/31/2022. Defendants may reply by 12:00 on 11/1/2022. Signed by Judge Terry A Doughty on 10/28/2022. (crt,Crawford, A) (Entered: 10/28/2022) |
| 10/28/2022 | 94 | Consent MOTION for Extension of Time to Complete Depositions Per Order with consent by Joseph R Biden, Jr. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 10/28/2022. (Attachments: # 1 Proposed order)(aty,Sur, Indraneel) (Entered: 10/28/2022), <span style="color:green">QC'ed on 10/31/2022, by Thomas , T)</span> |
| 10/28/2022 | 95 | MOTION for Reconsideration re 90 Memorandum Order, Regarding the Deposition of Elvis Chan, with opposition by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline |

| | | |
|---|---|---|
| | | set for 10/28/2022. (Attachments: # 1 Proposed order)(aty,Cholera, Kuntal) Modified to correct event type and edit docket text on 10/31/2022 (Thomas, T). (Entered: 10/28/2022), (QC'ed on 10/31/2022, by Thomas , T) |
| 10/28/2022 | 96 | EXHIBIT re 95 MOTION to Amend/Correct 90 Memorandum Order,,, with opposition *Seeking Reconsideration Regarding the Deposition of Elvis Chan* by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (Attachments: # 1 Exhibit)(aty,Cholera, Kuntal) (Entered: 10/28/2022), (QC'ed on 10/31/2022, by Thomas , T) |
| 10/28/2022 | | Motions Transferred regarding 94 Consent MOTION for Extension of Time to Complete Depositions Per Order with consent . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 10/31/2022) |
| 10/31/2022 | 97 | NOTICE of Motion Setting regarding: 95 Motion for Reconsideration re 90 Memorandum Order, Regarding the Deposition of Elvis Chan. Motions referred to Judge Terry A Doughty. Responses due by 11/21/2022. (crt,Thomas,T) (Entered: 10/31/2022) |
| 10/31/2022 | | APPEAL REMARK: USCA Writ of Mandamus filed by Petitioners Ms. Jen Easterly, Mr. Rob Flaherty and Mr. Vivek H. Murthy. Date received in 5th Circuit: 10/28/2022. (USCA #22-30697) (crt,WalkerSld, B) (Entered: 10/31/2022) |
| 10/31/2022 | 98 | MINUTE ENTRY: re 95 Motion for Reconsideration re 90 Memorandum Order, Regarding the Deposition of Elvis Chan. Plaintiffs' Response due by 11/7/2022. Defendants may file a reply three days thereafter. Signed by Judge Terry A Doughty on 10/31/2022. (crt,Crawford, A) (Entered: 10/31/2022) |
| 10/31/2022 | 99 | ORDER granting 94 Motion for Extension of Deadline. Plaintiffs shall take any authorized depositions by 12/9/22. Signed by Judge Terry A Doughty on 10/31/2022. (crt,Crawford, A) (Entered: 10/31/2022) |
| 10/31/2022 | 100 | MEMORANDUM in Opposition re 92 CORRECTED MOTION to Stay re 90 Memorandum Order filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (aty,Dean, Dean) Modified to reflect deficiency on 10/31/2022 (Thomas, T). Modified to indicate table of contents/table of authorities filed as document 1103 on 11/1/2022 (Thomas, T). (Entered: 10/31/2022), (QC'ed on 10/31/2022, by Thomas , T) |
| 10/31/2022 | 101 | NOTICE of Deficiency to Dean John Sauer on behalf of Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri regarding 100 Memorandum in Opposition to Motion,. Reason: A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten |

| | | pages. Please see LR7.8 for specific requirements regarding table of contents. (crt,Thomas, T) (Entered: 10/31/2022) |
|---|---|---|
| 11/01/2022 | 102 | REPLY to Response to Motion re 92 CORRECTED MOTION to Stay re 90 Memorandum Order filed by Joseph R Biden, Jr. (aty,Sur, Indraneel) (Entered: 11/01/2022), QC'ed on 11/01/2022, by Thomas , T) |
| 11/01/2022 | 103 | CORRECTIVE DOCUMENT re 100 Memorandum in Opposition, entitled Plaintiffs Memorandum in Opposition to Defendants' Motion to Stay Depositions Pending Writ of Mandamus filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri . (aty,Sauer, Dean) Modified to add docket entry relationship on 11/1/2022 (Thomas, T). (Entered: 11/01/2022), QC'ed on 11/01/2022, by Thomas , T) |
| 11/02/2022 | 104 | MEMORANDUM ORDER denying 92 Corrected Motion for Partial Stay of October 21, 2022 Order Pending Petition for Writ of Mandamus. Signed by Judge Terry A Doughty on 11/2/2022. (crt,Crawford, A) (Entered: 11/02/2022) |
| 11/03/2022 | 105 | JOINT MOTION to Extend Motion to Dismiss Deadline by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman, Jayanta Bhattacharya,Martin Kulldorff, Aaron Kheriaty, Jill Hines, State of Louisiana, State of Missouri. (aty,Cholera, Kuntal) Modified to add filers on 11/3/2022 (Thomas, T). Modified to more accurately capture pleading on 11/7/2022 (Whitener, M). (Entered: 11/03/2022), QC'ed on 11/03/2022, by Thomas , T) |
| 11/07/2022 | | Motions Transferred regarding 105 Motion for Extension (Other), Set/Reset Deadlines as to 105 Motion for Extension (Other).(Motion Ripe Deadline set for 11/3/2022.) Motions referred to Magistrate Judge Kayla D McClusky. (crt,Whitener, M) (Entered: 11/07/2022) |
| 11/07/2022 | 106 | MEMORANDUM in Opposition re 95 Motion for Reconsideration re 90 Memorandum Order, Regarding the Deposition of Elvis Chan filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(aty,Sauer, Dean) (Entered: 11/07/2022), QC'ed on 11/08/2022, by Miletello , A) |
| 11/08/2022 | 107 | NOTICE of Appearance by Adam Kirschner on behalf of Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, |

Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman (Attorney Adam Kirschner added to party Wally Adeyemo(pty:dft), Attorney Adam Kirschner added to party Xavier Becerra(pty:dft), Attorney Adam Kirschner added to party Joseph R Biden, Jr(pty:dft), Attorney Adam Kirschner added to party Leah Bray(pty:dft), Attorney Adam Kirschner added to party Yolanda Byrd(pty:dft), Attorney Adam Kirschner added to party U S Census Bureau(pty:dft), Attorney Adam Kirschner added to party Elvis M Chan(pty:dft), Attorney Adam Kirschner added to party Subhan Cheema(pty:dft), Attorney Adam Kirschner added to party Christy Choi(pty:dft), Attorney Adam Kirschner added to party U S Dept of Commerce(pty:dft), Attorney Adam Kirschner added to party Carol Crawford(pty:dft), Attorney Adam Kirschner added to party Cybersecurity & Infrastructure Security Agency(pty:dft), Attorney Adam Kirschner added to party Laura Dehmlow(pty:dft), Attorney Adam Kirschner added to party Jay Dempsey(pty:dft), Attorney Adam Kirschner added to party Centers for Disease Control & Prevention(pty:dft), Attorney Adam Kirschner added to party Jen Easterly(pty:dft), Attorney Adam Kirschner added to party U S Election Assistance Commission(pty:dft), Attorney Adam Kirschner added to party Anthony Fauci(pty:dft), Attorney Adam Kirschner added to party Federal Bureau of Investigation(pty:dft), Attorney Adam Kirschner added to party Rob Flaherty(pty:dft), Attorney Adam Kirschner added to party U S Food & Drug Administration(pty:dft), Attorney Adam Kirschner added to party Alexis Frisbie(pty:dft), Attorney Adam Kirschner added to party Kate Galatas(pty:dft), Attorney Adam Kirschner added to party Kristin Galemore(pty:dft), Attorney Adam Kirschner added to party Geoffrey Hale(pty:dft), Attorney Adam Kirschner added to party Dept of Health & Human Services(pty:dft), Attorney Adam Kirschner added to party Dept of Homeland Security(pty:dft), Attorney Adam Kirschner added to party Mina Hsiang(pty:dft), Attorney Adam Kirschner added to party Clarke Humphrey(pty:dft), Attorney Adam Kirschner added to party Nina Jankowicz(pty:dft), Attorney Adam Kirschner added to party Karine Jean-Pierre(pty:dft), Attorney Adam Kirschner added to party Erica Jefferson(pty:dft), Attorney Adam Kirschner added to party U S Dept of Justice(pty:dft), Attorney Adam Kirschner added to party Brad Kimberly(pty:dft), Attorney Adam Kirschner added to party Daniel Kimmage(pty:dft), Attorney Adam Kirschner added to party Tericka Lambert(pty:dft), Attorney Adam Kirschner added to party Timothy W Manning(pty:dft), Attorney Adam Kirschner added to party Matthew Masterson(pty:dft), Attorney Adam Kirschner added to party Alejandro Mayorkas(pty:dft), Attorney Adam Kirschner added to party Gina McCarthy(pty:dft), Attorney Adam Kirschner added to party Lorena Molina-Irizarry(pty:dft), Attorney Adam Kirschner added to party Janell Muhammed(pty:dft), Attorney Adam Kirschner added to party Michael Murray(pty:dft), Attorney Adam Kirschner added to party Vivek H Murthy(pty:dft), Attorney Adam Kirschner added to party Kristen Muthig(pty:dft), Attorney Adam Kirschner added to party National Institute of Allergy & Infectious Diseases(pty:dft), Attorney Adam Kirschner added to party Joshua Peck(pty:dft), Attorney Adam Kirschner added to party Lauren Protentis(pty:dft), Attorney Adam Kirschner added to party Jennifer Rene Psaki(pty:dft), Attorney Adam Kirschner added to party Dana Remus(pty:dft), Attorney Adam Kirschner added to party Mark A Robbins(pty:dft), Attorney Adam Kirschner added to party Laura Rosenberger(pty:dft), Attorney Adam Kirschner added to party Courtney Rowe(pty:dft), Attorney Adam Kirschner added to party Dori Salcido(pty:dft), Attorney Adam Kirschner added to party

| | | |
|---|---|---|
| | | Zachary Henry Schwartz(pty:dft), Attorney Adam Kirschner added to party Brian Scully(pty:dft), Attorney Adam Kirschner added to party Aisha Shah(pty:dft), Attorney Adam Kirschner added to party Jennifer Shopkorn(pty:dft), Attorney Adam Kirschner added to party Robert Silvers(pty:dft), Attorney Adam Kirschner added to party Andrew Slavitt(pty:dft), Attorney Adam Kirschner added to party Allison Snell(pty:dft), Attorney Adam Kirschner added to party U S Dept of State(pty:dft), Attorney Adam Kirschner added to party Samaruddin K Stewart(pty:dft), Attorney Adam Kirschner added to party U S Dept of Treasury(pty:dft), Attorney Adam Kirschner added to party Samantha Vinograd(pty:dft), Attorney Adam Kirschner added to party Benjamin Wakana(pty:dft), Attorney Adam Kirschner added to party Eric Waldo(pty:dft), Attorney Adam Kirschner added to party Kim Wyman(pty:dft)) (aty,Kirschner, Adam) (Entered: 11/08/2022), (QC'ed on 11/08/2022, by Miletello , A) |
| 11/09/2022 | 108 | ORDER granting 105 Motion for Extension. Defendants shall file Motion to Dismiss by November 22, 2022. Plaintiffs shall file their response by December 29, 2022. Defendants shall file their reply in support by January 18, 2023. Signed by Magistrate Judge Kayla D McClusky on 11/9/2022. (crt,Leday, A) (Entered: 11/09/2022) |
| 11/09/2022 | 109 | NOTICE of Appearance by Amanda Chuzi on behalf of Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman (Attorney Amanda Chuzi added to party Wally Adeyemo(pty:dft), Attorney Amanda Chuzi added to party Xavier Becerra(pty:dft), Attorney Amanda Chuzi added to party Joseph R Biden, Jr(pty:dft), Attorney Amanda Chuzi added to party Leah Bray(pty:dft), Attorney Amanda Chuzi added to party Yolanda Byrd(pty:dft), Attorney Amanda Chuzi added to party U S Census Bureau(pty:dft), Attorney Amanda Chuzi added to party Elvis M Chan(pty:dft), Attorney Amanda Chuzi added to party Subhan Cheema(pty:dft), Attorney Amanda Chuzi added to party Christy Choi(pty:dft), Attorney Amanda Chuzi added to party U S Dept of Commerce(pty:dft), Attorney Amanda Chuzi added to party Carol Crawford(pty:dft), Attorney Amanda Chuzi added to party Cybersecurity & Infrastructure Security Agency(pty:dft), Attorney Amanda Chuzi added to party Laura Dehmlow(pty:dft), Attorney Amanda Chuzi added to party Jay Dempsey(pty:dft), Attorney Amanda Chuzi added to party Centers for Disease Control & Prevention(pty:dft), Attorney Amanda Chuzi added to party Jen Easterly(pty:dft), Attorney Amanda Chuzi added to party U S Election Assistance Commission(pty:dft), Attorney Amanda Chuzi added to party Anthony Fauci(pty:dft), Attorney Amanda Chuzi added to party Federal Bureau of Investigation(pty:dft), Attorney Amanda Chuzi added to party Rob Flaherty(pty:dft), Attorney Amanda Chuzi added to party U S Food & Drug Administration(pty:dft), Attorney Amanda Chuzi added to party Alexis Frisbie(pty:dft), Attorney Amanda Chuzi added to party Kate Galatas(pty:dft), Attorney Amanda Chuzi added to party Kristin Galemore(pty:dft), Attorney Amanda Chuzi added to party Geoffrey Hale(pty:dft), Attorney Amanda Chuzi added to party Dept |

of Health & Human Services(pty:dft), Attorney Amanda Chuzi added to party Dept of Homeland Security(pty:dft), Attorney Amanda Chuzi added to party Mina Hsiang(pty:dft), Attorney Amanda Chuzi added to party Clarke Humphrey(pty:dft), Attorney Amanda Chuzi added to party Nina Jankowicz(pty:dft), Attorney Amanda Chuzi added to party Karine Jean-Pierre(pty:dft), Attorney Amanda Chuzi added to party Erica Jefferson(pty:dft), Attorney Amanda Chuzi added to party U S Dept of Justice(pty:dft), Attorney Amanda Chuzi added to party Brad Kimberly(pty:dft), Attorney Amanda Chuzi added to party Daniel Kimmage(pty:dft), Attorney Amanda Chuzi added to party Tericka Lambert(pty:dft), Attorney Amanda Chuzi added to party Timothy W Manning(pty:dft), Attorney Amanda Chuzi added to party Matthew Masterson(pty:dft), Attorney Amanda Chuzi added to party Alejandro Mayorkas(pty:dft), Attorney Amanda Chuzi added to party Gina McCarthy(pty:dft), Attorney Amanda Chuzi added to party Lorena Molina-Irizarry(pty:dft), Attorney Amanda Chuzi added to party Janell Muhammed(pty:dft), Attorney Amanda Chuzi added to party Michael Murray(pty:dft), Attorney Amanda Chuzi added to party Vivek H Murthy(pty:dft), Attorney Amanda Chuzi added to party Kristen Muthig(pty:dft), Attorney Amanda Chuzi added to party National Institute of Allergy & Infectious Diseases(pty:dft), Attorney Amanda Chuzi added to party Joshua Peck(pty:dft), Attorney Amanda Chuzi added to party Lauren Protentis(pty:dft), Attorney Amanda Chuzi added to party Jennifer Rene Psaki(pty:dft), Attorney Amanda Chuzi added to party Dana Remus(pty:dft), Attorney Amanda Chuzi added to party Mark A Robbins(pty:dft), Attorney Amanda Chuzi added to party Laura Rosenberger(pty:dft), Attorney Amanda Chuzi added to party Courtney Rowe(pty:dft), Attorney Amanda Chuzi added to party Dori Salcido(pty:dft), Attorney Amanda Chuzi added to party Zachary Henry Schwartz(pty:dft), Attorney Amanda Chuzi added to party Brian Scully(pty:dft), Attorney Amanda Chuzi added to party Aisha Shah(pty:dft), Attorney Amanda Chuzi added to party Jennifer Shopkorn(pty:dft), Attorney Amanda Chuzi added to party Robert Silvers(pty:dft), Attorney Amanda Chuzi added to party Andrew Slavitt(pty:dft), Attorney Amanda Chuzi added to party Allison Snell(pty:dft), Attorney Amanda Chuzi added to party U S Dept of State(pty:dft), Attorney Amanda Chuzi added to party Samaruddin K Stewart(pty:dft), Attorney Amanda Chuzi added to party U S Dept of Treasury(pty:dft), Attorney Amanda Chuzi added to party Samantha Vinograd(pty:dft), Attorney Amanda Chuzi added to party Benjamin Wakana(pty:dft), Attorney Amanda Chuzi added to party Eric Waldo(pty:dft), Attorney Amanda Chuzi added to party Kim Wyman(pty:dft)) (aty,Chuzi, Amanda) (Entered: 11/09/2022), (QC'ed on 11/10/2022, by Miletello , A)

| 11/09/2022 | [110](#) | MOTION for Protective Order *Regarding Audiovisual Recordings of Depositions and Personally Identifiable Information in Deposition Transcripts and Request for Expedited Consideration* by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 11/9/2022. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Memorandum / Brief, # 2 Proposed order Exhibit A (Proposed Protective Order))(aty,Chuzi, Amanda). Added MOTION to Expedite on 11/9/2022 (Miletello, A). (Entered: 11/09/2022), (QC'ed on 11/10/2022, by Miletello , A) |
| 11/09/2022 | | Motions Transferred regarding 110 MOTION for Protective Order *Regarding Audiovisual Recordings of Depositions and Personally Identifiable Information in Deposition Transcripts and Request for Expedited Consideration*, MOTION to Expedite. Motions referred to Judge Terry A Doughty. (crt,Miletello, A) (Entered: 11/09/2022) |
| 11/10/2022 | 111 | *VACATED*ORDER granting 110 Motion to Expedite temporarily to allow briefing. IT IS FURTHER ORDERED that Plaintiffs shall file a response to the Motion on Monday, November 14, 2022, before 12:00 p.m. Defendants may file a reply no later than November 15, 2022, at 12:00 p.m. Signed by Judge Terry A Doughty on 11/10/2022. (crt,Miletello, A) Modified on 11/17/2022 to indicate order vacated(Crawford, A). (Entered: 11/10/2022) |
| 11/10/2022 | | Set Deadlines as to 110 MOTION for Protective Order *Regarding Audiovisual Recordings of Depositions and Personally Identifiable Information in Deposition Transcripts and Request for Expedited Consideration*. Responses due by 11/14/2022. Replies due by 11/15/2022. (crt,Miletello, A) (Entered: 11/10/2022) |
| 11/10/2022 | 112 | REPLY to Response to Motion re 95 Motion for Reconsideration re 90 Memorandum Order, Regarding the Deposition of Elvis Chan filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Jennifer Rene Psaki, Dana Remus, Laura A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (aty,Sur, Indraneel) (Entered: 11/10/2022), (QC'ed on 11/10/2022, by Thomas , T) |
| 11/14/2022 | 113 | MEMORANDUM ORDER denying 95 Motion for Reconsideration re 90 Memorandum Order, Regarding the Deposition of Elvis Chan. Signed by Judge Terry A Doughty on 11/14/2022. (crt,Crawford, A) (Entered: 11/14/2022) |
| 11/14/2022 | 114 | MEMORANDUM in Opposition re 110 MOTION for Protective Order *Regarding Audiovisual Recordings of Depositions and Personally Identifiable Information in Deposition Transcripts and Request for Expedited Consideration*, MOTION to Expedite filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 Exhibit A)(aty,Sauer, Dean) (Entered: 11/14/2022), (QC'ed on 11/15/2022, by Bunting , M) |
| 11/15/2022 | 115 | USCA JUDGMENT/MANDATE (certified copy) as to 63 Notice of Appeal, 65 Amended Notice of Appeal and 66 Amended Notice of Appeal filed by Mike Webb that under 5th Cir. R. 42.3, the appeal is DISMISSED as of November 15, 2022, for want of |

| | | |
|---|---|---|
| | | prosecution. The appellant failed to timely file the appellants brief. (USCA #22-30531) (crt,WalkerSld, B) (Entered: 11/15/2022) |
| 11/15/2022 | 116 | REPLY to Response to Motion re 110 MOTION for Protective Order *Regarding Audiovisual Recordings of Depositions and Personally Identifiable Information in Deposition Transcripts and Request for Expedited Consideration*, MOTION to Expedite filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (Attachments: # 1 Proposed order Revised Proposed Order Exhibit A (Revised Proposed Protective Order)(aty,Chuzi, Amanda) (Entered: 11/15/2022), <span style="color:green">(QC'ed on 11/15/2022, by Bunting , M)</span> |
| 11/17/2022 | 117 | MEMORANDUM ORDER granting in part and denying in part 110 Motion for Protective Order. It Is Further Ordered that 111 Memorandum Order is Vacated. Signed by Judge Terry A Doughty on 11/17/2022. (crt,Crawford, A) (Entered: 11/17/2022) |
| 11/17/2022 | 118 | MOTION to Intervene with opposition by Charlene Bollinger, Robert F Kennedy, Jr., Joseph Mercola. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 11/17/2022. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Declaration, # 3 Exhibit Declaration, # 4 Exhibit Declaration, # 5 Proposed order Proposed Order)(Attorney Glynn Shelly Maturin, II added to party Charlene Bollinger(pty:mov), Attorney Glynn Shelly Maturin, II added to party Robert F Kennedy, Jr.(pty:mov), Attorney Glynn Shelly Maturin, II added to party Joseph Mercola(pty:mov))(aty,Maturin, Glynn) (Entered: 11/17/2022), <span style="color:green">(QC'ed on 11/17/2022, by Bunting , M)</span> |
| 11/17/2022 | | Motions Transferred regarding 118 MOTION to Intervene with opposition . Motions referred to Judge Terry A Doughty. (crt,Bunting, M) (Entered: 11/17/2022) |
| 11/17/2022 | | Motions Transferred regarding 118 MOTION to Intervene with opposition . Motions referred to Magistrate Judge Kayla D McClusky. (crt,Bunting, M) (Entered: 11/17/2022) |
| 11/18/2022 | 119 | MOTION to Quash filed as a NOTICE by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, |

| | | |
|---|---|---|
| | | Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman *REGARDING RULE 45(f) TRANSFER OF MOTIONS TO QUASH AND REQUEST FOR EXPEDITED RULING ON MOTIONS TO QUASH* (Attachments: # 1 Exhibit Psaki Motion to Quash, # 2 Exhibit U.S. Motion to Quash, # 3 Exhibit Respondents' Combined Opposition, # 4 Exhibit U.S. Reply, # 5 Exhibit Psaki Reply, # 6 Exhibit EDVA Transfer, # 7 Proposed order)(aty,Kirschner, Adam) Modified on 11/21/2022 (Bunting, M). Added MOTION to Expedite on 11/21/2022 (Bunting, M). Modified event to add additional relief requested on 11/21/2022 (Bunting, M). (Entered: 11/18/2022) <span style="color:green">(QC'ed on 11/21/2022, by Thomas , T)</span> |
| 11/21/2022 | 120 | MEMORANDUM ORDER granting 119 Motion to Expedite Ruling; denying 119 Motion to Quash and the Alternative Request to Stay the Deposition. Signed by Judge Terry A Doughty on 11/21/2022. (crt,Crawford, A) (Entered: 11/21/2022) |
| 11/21/2022 | 121 | USCA MEMORANDUM ORDER that the district court enter an order that addresses the issues of the availability of suitable alternative sources for the evidence sought in the proposed depositions and whether further discovery should be paused until a ruling on a timely-filed motion by the Government to dismiss. (USCA #22-30697) IT IS FURTHER ORDERED that the depositions are stayed pending further order of this court. The motion for a stay pending disposition of the Government's mandamus petition is DENIED. We make no ruling on the petition for a writ of mandamus at this time. (crt,WalkerSld, B) (Entered: 11/21/2022) |
| 11/22/2022 | 122 | Consent MOTION for Leave to File Excess Pages *for Brief in Support of Defendants' Motion to Dismiss the Second Amended Complaint* by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 11/22/2022. (Attachments: # 1 Proposed order)(aty,Snow, Kyla) (Entered: 11/22/2022) <span style="color:green">(QC'ed on 11/22/2022, by Thomas , T)</span> |
| 11/22/2022 | | Motions Transferred regarding 122 Consent MOTION for Leave to File Excess Pages *for Brief in Support of Defendants' Motion to Dismiss the Second Amended Complaint*. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 11/22/2022) |
| 11/22/2022 | 123 | ORDER granting 122 Motion for Leave to File Brief in Excess Pages Limit. Defendants are granted leave to file a brief of up to 80 pages in support of their Motion to Dismiss. |

| | | Signed by Judge Terry A Doughty on 11/22/2022. (crt,Crawford, A) (Entered: 11/22/2022) |
|---|---|---|
| 11/22/2022 | 124 | MOTION for adjournment of nonparty deposition re 120 Order on Motion to Quash, Order on Motion to Expedite by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 11/22/2022. (Attachments: # 1 Proposed order)(Attorney Indraneel Sur added to party Wally Adeyemo(pty:dft), Attorney Indraneel Sur added to party Leah Bray(pty:dft), Attorney Indraneel Sur added to party Yolanda Byrd(pty:dft), Attorney Indraneel Sur added to party Elvis M Chan(pty:dft), Attorney Indraneel Sur added to party Subhan Cheema(pty:dft), Attorney Indraneel Sur added to party Christy Choi(pty:dft), Attorney Indraneel Sur added to party Laura Dehmlow(pty:dft), Attorney Indraneel Sur added to party Jay Dempsey(pty:dft), Attorney Indraneel Sur added to party U S Election Assistance Commission(pty:dft), Attorney Indraneel Sur added to party Federal Bureau of Investigation(pty:dft), Attorney Indraneel Sur added to party Rob Flaherty(pty:dft), Attorney Indraneel Sur added to party U S Food & Drug Administration(pty:dft), Attorney Indraneel Sur added to party Alexis Frisbie(pty:dft), Attorney Indraneel Sur added to party Kate Galatas(pty:dft), Attorney Indraneel Sur added to party Kristin Galemore(pty:dft), Attorney Indraneel Sur added to party Geoffrey Hale(pty:dft), Attorney Indraneel Sur added to party Mina Hsiang(pty:dft), Attorney Indraneel Sur added to party Clarke Humphrey(pty:dft), Attorney Indraneel Sur added to party Erica Jefferson(pty:dft), Attorney Indraneel Sur added to party U S Dept of Justice(pty:dft), Attorney Indraneel Sur added to party Brad Kimberly(pty:dft), Attorney Indraneel Sur added to party Daniel Kimmage(pty:dft), Attorney Indraneel Sur added to party Tericka Lambert(pty:dft), Attorney Indraneel Sur added to party Timothy W Manning(pty:dft), Attorney Indraneel Sur added to party Matthew Masterson(pty:dft), Attorney Indraneel Sur added to party Lorena Molina-Irizarry(pty:dft), Attorney Indraneel Sur added to party Janell Muhammed(pty:dft), Attorney Indraneel Sur added to party Michael Murray(pty:dft), Attorney Indraneel Sur added to party Kristen Muthig(pty:dft), Attorney Indraneel Sur added to party Joshua Peck(pty:dft), Attorney Indraneel Sur added to party Lauren Protentis(pty:dft), Attorney Indraneel Sur added to party Dana Remus(pty:dft), Attorney Indraneel Sur added to party Mark A Robbins(pty:dft), Attorney Indraneel Sur added to party Laura Rosenberger(pty:dft), Attorney Indraneel Sur added to party Courtney Rowe(pty:dft), Attorney Indraneel Sur added to party Dori Salcido(pty:dft), Attorney Indraneel Sur added to party Zachary Henry Schwartz(pty:dft), Attorney Indraneel Sur added to party Brian Scully(pty:dft), Attorney Indraneel Sur added to party Aisha Shah(pty:dft), Attorney Indraneel Sur added to party Andrew Slavitt(pty:dft), Attorney Indraneel Sur added to party Allison Snell(pty:dft), Attorney Indraneel Sur added to party U S Dept of State(pty:dft), Attorney Indraneel Sur added to party |

| | | |
|---|---|---|
| | | Samaruddin K Stewart(pty:dft), Attorney Indraneel Sur added to party U S Dept of Treasury(pty:dft), Attorney Indraneel Sur added to party Benjamin Wakana(pty:dft), Attorney Indraneel Sur added to party Eric Waldo(pty:dft), Attorney Indraneel Sur added to party Kim Wyman(pty:dft))(aty,Sur, Indraneel) Modified on 11/22/2022 (Thomas, T). (Entered: 11/22/2022), *QC'ed on 11/22/2022, by Thomas , T)* |
| 11/22/2022 | 125 | Consent MOTION for Leave to File Supplemental Briefing to Address Fifth Circuit's NonDispositive Order with consent by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 11/22/2022. (aty,Sauer, Dean) (Entered: 11/22/2022), *QC'ed on 11/22/2022, by Thomas , T)* |
| 11/22/2022 | | Motions Transferred regarding 124 MOTION for adjournment of nonparty deposition re 120 Order on Motion to Quash, Order on Motion to Expedite , 125 Consent MOTION for Leave to File Supplemental Briefing to Address Fifth Circuit's NonDispositive Order with consent . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 11/22/2022) |
| 11/22/2022 | 126 | PROPOSED ORDER/JUDGMENT by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri re 125 Motion for Leave to File,. (aty,Sauer, Dean) (Entered: 11/22/2022), *QC'ed on 11/22/2022, by Thomas , T)* |
| 11/22/2022 | 127 | ORDER granting 125 Motion for Leave to File Supplemental Briefing to Address Fifth Circuits Nondispositive Order. Plaintiffs' brief due by 11/29/22; Defendants' response due by 12/2/22; Plaintiffs may file a reply by 12/5/22. Signed by Judge Terry A Doughty on 11/22/2022. (crt,Crawford, A) (Entered: 11/22/2022) |
| 11/22/2022 | 128 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss For Failure to State a Claim Plaintiffs' Second Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. (Attachments: # 1 Memorandum / Brief Memorandum in support, # 2 Proposed order)(aty,Snow, Kyla) (Entered: 11/22/2022), *QC'ed on 11/23/2022, by Thomas , T)* |
| 11/23/2022 | 129 | NOTICE of Motion Setting regarding: 128 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim Plaintiffs' Second Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim. Motions referred to Judge Terry A Doughty. Responses due by 12/29/2022. (crt,Thomas, T) (Entered: 11/23/2022) |
| 11/23/2022 | | Set/Reset Deadlines as to 128 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim Plaintiffs' Second Amended Complaint for Lack of |

| | | Subject-Matter Jurisdiction and Failure to State a Claim. Responses due by 12/29/2022. Replies due by 1/18/2023. (crt,Thomas, T) (Entered: 11/23/2022) |
|---|---|---|
| 11/23/2022 | 130 | MINUTE ENTRY: re 124 MOTION for adjournment of nonparty deposition re 120 Order on Motion to Quash. Responses due by 11/25/2022. Replies due by 11/28/2022. Signed by Judge Terry A Doughty on 11/23/2022. (crt,Crawford, A) (Entered: 11/23/2022) |
| 11/25/2022 | 131 | MEMORANDUM in Opposition re 124 MOTION for adjournment of nonparty deposition re 120 Order on Motion to Quash, Order on Motion to Expedite filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 Exhibit A - Nov. 18 Transcript)(aty,Sauer, Dean) (Entered: 11/25/2022), (QC'ed on 11/28/2022, by Thomas , T) |
| 11/28/2022 | 132 | REPLY to Response to Motion re 124 MOTION for adjournment of nonparty deposition re 120 Order on Motion to Quash, Order on Motion to Expedite filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (aty,Snow, Kyla) (Entered: 11/28/2022), (QC'ed on 11/28/2022, by Thomas , T) |
| 11/29/2022 | 133 | MEMORANDUM ORDER denying 124 Motion for adjournment of nonparty deposition; Extending the deadlines for completion of expedited discovery depositions to 12/30/22; and setting deadline if the deposition of Psaki has to be rescheduled. Signed by Judge Terry A Doughty on 11/29/2022. (crt,Crawford, A) (Entered: 11/29/2022) |
| 11/29/2022 | 134 | Consent MOTION for Leave to File Excess Pages *for their Supplemental Brief* by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 11/29/2022. (Attachments: # 1 Proposed Plaintiffs' Supplemental Brief, # 2 Proposed Exhibit A, # 3 Proposed Exhibit B, # 4 Proposed Exhibit C, # 5 Proposed Exhibit D, # 6 Proposed Exhibit E, # 7 Proposed Exhibit F)(aty,Sauer, Dean) Modified on 11/29/2022 (Thomas, T). (Entered: 11/29/2022), (QC'ed on 11/30/2022, by Thomas , T) |
| 11/29/2022 | | Motions Transferred regarding 134 Consent MOTION for Leave to File Excess Pages *for their Supplemental Brief*. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 11/29/2022) |
| 11/29/2022 | 135 | PROPOSED ORDER/JUDGMENT *Granting Plaintiffs' Consent Motion for Leave to Exceed the Page Limit for Their Supplemental Brief Addressing Fifth Circuit's Nondispositive Order* by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri re 134 Motion for Leave to File Excess Pages,,. (aty,Sauer, Dean) (Entered: 11/29/2022), (QC'ed on 11/30/2022, by Thomas , T) |

| | | |
|---|---|---|
| 12/01/2022 | 136 | ORDER granting 134 Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 11/30/2022. (crt,Crawford, A) (Entered: 12/01/2022) |
| 12/01/2022 | 137 | Supplemental Brief Addressing Fifth Circuit's Nondispositive Order by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(crt,Crawford, A) (Entered: 12/01/2022) |
| 12/02/2022 | 138 | Consent MOTION for Leave to File Excess Pages *for Response to Plaintiffs' Supplemental Brief* by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 12/2/2022. (Attachments: # 1 Proposed order)(aty,Chuzi, Amanda) Modified on 12/5/2022 to indicate 139 Proposed pleading submitted separately (Miletello, A). (Entered: 12/02/2022), (QC'ed on 12/02/2022, by Thomas , T) |
| 12/02/2022 | | Motions Transferred regarding 138 Consent MOTION for Leave to File Excess Pages *for Response to Plaintiffs' Supplemental Brief*. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 12/02/2022) |
| 12/02/2022 | 139 | PROPOSED SUPPLEMENTAL RESPONSE re 124 Motion for adjournment of nonparty deposition re 120 Order by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (aty,Kirschner, Adam) Modified docket text on 12/5/2022 (Miletello, A). (Entered: 12/02/2022), (QC'ed on 12/05/2022, by Miletello , A) |
| 12/02/2022 | 140 | MOTION for Clarification of 117 Memorandum Order by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M |

|  |  | Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 12/2/2022. (Attachments: # 1 Proposed order)(aty,Snow, Kyla) Modified on 12/5/2022 to create docket entry relationship and modify docket text (Miletello, A). (Entered: 12/02/2022), (QC'ed on 12/05/2022, by Miletello , A) |
| 12/02/2022 |  | Motions Transferred regarding 140 MOTION for Clarification of 117 Memorandum Order. Motions referred to Judge Terry A Doughty. (crt,Miletello, A) (Entered: 12/05/2022) |
| 12/05/2022 | 141 | ORDER granting 138 Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 12/5/2022. (crt,Crawford, A) (Entered: 12/05/2022) |
| 12/05/2022 | 142 | Supplemental Briefing to Address Fifth Circuit's NonDispositive Order by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (crt,Crawford, A) (Entered: 12/05/2022) |
| 12/05/2022 | 143 | MINUTE ENTRY: re 118 MOTION to Intervene with opposition. Set Deadlines/Hearing as to 118 MOTION to Intervene with opposition: ( Responses due by 12/9/2022, Replies due by 12/16/2022.) Signed by Magistrate Judge Kayla D McClusky on 12/5/2022. (crt,Leday, A) (Entered: 12/05/2022) |
| 12/05/2022 | 144 | Consent MOTION for Leave to File Excess Pages *for Plaintiffs' Reply Brief Addressing Fifth Circuit's Nondispositive Order* by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 12/5/2022. (Attachments: # 1 Proposed Plaintiffs' Reply Brief, # 2 Proposed Exhibit A, # 3 Proposed Exhibit B, # 4 Proposed Exhibit C, # 5 Proposed order)(aty,Sauer, Dean) Modified to reflect attachments are |

| | | |
|---|---|---|
| | | proposed on 12/6/2022 (Thomas, T). (Entered: 12/05/2022), (QC'ed on 12/06/2022, by Thomas , T) |
| 12/05/2022 | | Motions Transferred regarding <u>144</u> Consent MOTION for Leave to File Excess Pages *for Plaintiffs' Reply Brief Addressing Fifth Circuit's Nondispositive Order*. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 12/06/2022) |
| 12/06/2022 | <u>145</u> | ORDER granting <u>144</u> Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 12/6/2022. (crt,Crawford, A) (Entered: 12/06/2022) |
| 12/06/2022 | <u>146</u> | SUPPLEMENTAL REPLY to <u>142</u> Supplemental Briefing to Address Fifth Circuit's NonDispositive Order, by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(crt,Crawford, A) (Entered: 12/06/2022) |
| 12/06/2022 | <u>147</u> | MINUTE ENTRY: re <u>140</u> MOTION for Clarification of <u>117</u> Memorandum Order filed by Robert Silvers, U S Dept of Justice, Clarke Humphrey, Timothy W Manning, Rob Flaherty, U S Dept of Commerce, Laura Dehmlow, Daniel Kimmage, Centers for Disease Control & Prevention, Vivek H Murthy, U S Dept of State, Joseph R Biden, Jr, Alejandro Mayorkas, Christy Choi, Kristin Galemore, Jay Dempsey, Elvis M Chan, Kristen Muthig, Laura Rosenberger, Yolanda Byrd, Andrew Slavitt, Nina Jankowicz, Eric Waldo, Brian Scully, Alexis Frisbie, National Institute of Allergy & Infectious Diseases, Wally Adeyemo, U S Election Assistance Commission, Brad Kimberly, Samaruddin K Stewart, Leah Bray, Dori Salcido, Jennifer Shopkorn, Kate Galatas, Tericka Lambert, Joshua Peck, Allison Snell, Gina McCarthy, Subhan Cheema, Lauren Protentis, Jen Easterly, Michael Murray, Courtney Rowe, Dept of Homeland Security, Zachary Henry Schwartz, Lorena Molina-Irizarry, Federal Bureau of Investigation, Anthony Fauci, Benjamin Wakana, Carol Crawford, Dana Remus, Cybersecurity & Infrastructure Security Agency, Geoffrey Hale, Aisha Shah, Samantha Vinograd, Janell Muhammed, Erica Jefferson, Kim Wyman, Mark A Robbins, U S Census Bureau, Mina Hsiang, U S Food & Drug Administration, Karine Jean-Pierre, Matthew Masterson, U S Dept of Treasury, Dept of Health & Human Services, Xavier Becerra, Jennifer Rene Psaki. Plaintiffs' response is due by 12/20/2022. Defendants may file a reply seven days thereafter. Signed by Judge Terry A Doughty on 12/6/2022. (crt,Crawford, A) (Entered: 12/06/2022) |
| 12/07/2022 | <u>148</u> | MEMORANDUM ORDER re: expedited preliminary injunction-related discovery; setting briefing schedule for <u>10</u> Motion for Preliminary Injunction. Signed by Judge Terry A Doughty on 12/7/2022. (crt,Crawford, A) (Entered: 12/07/2022) |
| 12/08/2022 | <u>149</u> | MEMORANDUM in Opposition re <u>118</u> MOTION to Intervene with opposition filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (aty,Sauer, Dean) (Entered: 12/08/2022), (QC'ed on 12/09/2022, by Thomas , T) |
| 12/09/2022 | <u>150</u> | MEMORANDUM in Opposition re <u>118</u> MOTION to Intervene with opposition filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana |

| | | |
|---|---|---|
| | | Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (aty,Kirschner, Adam) (Entered: 12/09/2022), (QC'ed on 12/12/2022, by Thomas , T) |
| 12/16/2022 | 151 | Consent MOTION to Amend/Correct 117 Order on Motion for Protective Order with consent by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 12/16/2022. (Attachments: # 1 Proposed order)(aty,Kirschner, Adam) (Entered: 12/16/2022), (QC'ed on 12/16/2022, by Thomas , T) |
| 12/16/2022 | | Motions Transferred regarding 151 Consent MOTION to Amend/Correct 117 Order on Motion for Protective Order with consent . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 12/16/2022) |
| 12/16/2022 | 152 | REPLY to Response to Motion re 118 MOTION to Intervene with opposition filed by Charlene Bollinger, Robert F Kennedy, Jr, Joseph Mercola. (aty,Maturin, Glynn) (Entered: 12/16/2022), (QC'ed on 12/16/2022, by Thomas , T) |
| 12/16/2022 | 152 | MOTION for Access to Discovery by Charlene Bollinger, Robert F Kennedy, Jr, Joseph Mercola. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 12/16/2022. ADMINISTRATIVE ENTRY to capture motion relief contained within the Reply. (crt,Miletello, A) Modified on 1/10/2023 to assign document number (Miletello, A). (Entered: 01/10/2023) |
| 12/19/2022 | 153 | ORDER granting 151 Consent MOTION to Amend/Correct 117 Order on Motion for Protective Order with consent. Signed by Judge Terry A Doughty on 12/19/2022. (crt,Enkey, R) (Entered: 12/19/2022) |
| 12/20/2022 | 154 | MEMORANDUM in Opposition re 140 MOTION for Clarification of 117 Memorandum Order filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (aty,Sauer, Dean) (Entered: 12/20/2022), (QC'ed on 12/21/2022, by Thomas , T) |
| 12/23/2022 | 155 | REPLY to Response to Motion re 140 MOTION for Clarification of 117 Memorandum Order filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin |

|  |  |  |
|---|---|---|
|  |  | Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (Attachments: # 1 Exhibit)(aty,Kirschner, Adam) (Entered: 12/23/2022), (QC'ed on 12/27/2022, by Bunting , M) |
| 12/27/2022 | 156 | MOTION for Extension of Time to File Response/Reply as to 128 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim Plaintiffs' Second Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim with consent by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 12/27/2022. (Attachments: # 1 Proposed order Plaintiffs Proposed Order Granting Consent Motion for Extension of Time)(aty,Sauer, Dean) (Entered: 12/27/2022), (QC'ed on 12/27/2022, by Bunting , M) |
| 12/27/2022 |  | Motions Transferred regarding 156 MOTION for Extension of Time to File Response/Reply as to 128 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim Plaintiffs' Second Amended Complaint for Lack of Subject-Matter Jurisdiction an. Motions referred to Judge Terry A Doughty. (crt,Bunting, M) (Entered: 12/27/2022) |
| 12/27/2022 | 157 | MEMORANDUM ORDER denying 140 Motion for Clarification of 117 Memorandum Order. Signed by Judge Terry A Doughty on 12/27/2022. (crt,Enkey, R) (Entered: 12/27/2022) |
| 12/28/2022 | 158 | ORDER granting 156 MOTION for Extension of Time to File Response/Reply as to 128 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim Plaintiffs' Second Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim. Plaintiffs responses due on or before 1/5/2023. Signed by Judge Terry A Doughty on 12/28/2022. (crt,Enkey, R) (Entered: 12/28/2022) |
| 01/03/2023 | 159 | MOTION for Charles F. Capps to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5412740) by State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 1/3/2023. (Attachments: # 1 Certificate of good standing, # 2 Certificate of good standing, # 3 Proposed order)(aty,Murrill, Elizabeth) (Entered: 01/03/2023), (QC'ed on 01/03/2023, by Thomas , T) |
| 01/05/2023 | 160 | USCA Memorandum Order granting the Federal Government's motion for leave to supplement its petition for writ of mandamus. (USCA #22-30697)<br><br>IT IS ORDERED that the United States be added as a petitioner in this matter.<br><br>IT IS FURTHER ORDERED that Jennifer R. Psaki's deposition is stayed pending the pursuit of less intrusive alternatives to a deposition and further order of the district court.<br><br>The petition for writ of mandamus remains pending in this court.<br><br>(crt,WalkerSld, B) (Entered: 01/05/2023) |

| 01/05/2023 | 161 | Consent MOTION for Leave to File Excess Pages by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 1/5/2023. (Attachments: # 1 Proposed Plaintiffs Memorandum in Opposition to Defendants' Motion to Dismiss Second Amended Complaint, # 2 Proposed order )(aty,Sauer, Dean) Modified on 1/6/2023 (Thomas, T). (Entered: 01/05/2023), (QC'ed on 01/06/2023, by Thomas , T) |
|---|---|---|
| 01/06/2023 | 162 | ORDER granting 159 Motion to Appear Pro Hac Vice for appearance of Charles F Capps for State of Missouri. Signed by Magistrate Judge Kayla D McClusky on 1/5/2023. (crt,Leday, A) (Entered: 01/06/2023) |
| 01/06/2023 | | Motions Transferred regarding 161 Consent MOTION for Leave to File Excess Pages . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 01/06/2023) |
| 01/06/2023 | 163 | MINUTE ENTRY: re 160 USCA Memorandum Order staying the deposition of Jennifer R. Psaki pending the pursuit of less intrusive alternatives to a deposition and further order of the district court. The parties shall file simultaneous alternatives to Psaki's depositions by 1/11/23, at 5:00 p.m. The Court will also consider an extension of the expedited preliminary injunction-related discovery only for purposes of this matter. Signed by Judge Terry A Doughty on 1/6/2023. (crt,Crawford, A) (Entered: 01/06/2023) |
| 01/06/2023 | 164 | ORDER granting 161 Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 1/6/2023. (crt,Crawford, A) (Entered: 01/06/2023) |
| 01/06/2023 | 165 | MEMORANDUM in Opposition re 128 MOTION to Dismiss Plaintiffs' Second Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim, filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (crt,Crawford, A) (Entered: 01/06/2023) |
| 01/06/2023 | 166 | MOTION for List of Inventory of All Censorship Requests by Kimberly D Hogan. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 1/6/2023. (crt,Thomas, T) (Entered: 01/09/2023), (QC'ed on 01/09/2023, by Thomas , T) |
| 01/06/2023 | | Motions Transferred regarding 166 MOTION for List of Inventory of All Censorship Requests. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 01/09/2023) |
| 01/09/2023 | 167 | Consent MOTION for Extension of Time to File Response/Reply as to 128 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim Plaintiffs' Second Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim with consent by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline |

| | | |
|---|---|---|
| | | set for 1/9/2023. (Attachments: # 1 Proposed order)(aty,Chuzi, Amanda) (Entered: 01/09/2023), (QC'ed on 01/09/2023, by Thomas , T) |
| 01/09/2023 | | Motions Transferred regarding 167 Consent MOTION for Extension of Time to File Response/Reply as to 128 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim Plaintiffs' Second Amended Complaint for Lack of Subject-Matter Jurisdic. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 01/09/2023) |
| 01/09/2023 | 168 | ORDER denying 166 Motion for List of Inventory of All Censorship Requests. Signed by Judge Terry A Doughty on 1/9/. (crt,Crawford, A) (Entered: 01/09/2023) |
| 01/09/2023 | 169 | ORDER granting 167 Motion for Extension of Time to File Reply as to 128 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss. Replies due by 2/8/2023. Signed by Judge Terry A Doughty on 1/9/2023. (crt,Crawford, A) (Entered: 01/09/2023) |
| 01/10/2023 | 170 | MOTION for List of Inventory of All Censorship Requests by Judson Witham. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 1/10/2023. (Attachments: # 1 Envelope)(crt,Thomas, T) (Entered: 01/10/2023), (QC'ed on 01/10/2023, by Thomas , T) |
| 01/10/2023 | | Motions Transferred regarding 170 MOTION for List of Inventory of All Censorship Requests. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 01/10/2023) |
| 01/10/2023 | 171 | MEMORANDUM ORDER denying 118 Motion to Intervene; granting in part and denying in part 152 Motion for Access to Discovery. Signed by Magistrate Judge Kayla D McClusky on 1/10/2023. (crt,Leday, A) (Entered: 01/10/2023) |
| 01/11/2023 | 172 | ORDER denying 170 Motion for List of Inventory of All Censorship Requests. Signed by Judge Terry A Doughty on 1/11/2023. (crt,Crawford, A) (Entered: 01/11/2023) |
| 01/11/2023 | 173 | NOTICE of Defendants' Supplemental Memorandum on Discovery Relating to Public Statements by Jennifer R. Psaki by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman (Attachments: # 1 Exhibit Excerpt of Waldo Deposition) (aty,Snow, Kyla) (Entered: 01/11/2023), (QC'ed on 01/12/2023, by Bunting , M) |
| 01/11/2023 | 174 | NOTICE of Plaintiffs' Supplemental Brief Addressing the Fifth Circuit's Nondispositive Order Regarding Jennifer Psaki's Deposition by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri (Attachments: # 1 Exhibit A)(aty,Sauer, Dean) (Entered: 01/11/2023), (QC'ed on 01/12/2023, by Bunting , M) |

| 01/12/2023 | 175 | ORDER re: Psaki Deposition. Signed by Judge Terry A Doughty on 1/12/2023. (crt,Crawford, A) (Entered: 01/12/2023) |
|---|---|---|
| 01/13/2023 | 176 | MOTION for Joshua M. Divine to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5424968) by State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 1/13/2023. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Murrill, Elizabeth) (Entered: 01/13/2023), (QC'ed on 01/17/2023, by Taylor , L) |
| 01/18/2023 | 177 | ORDER granting 176 Motion to Appear Pro Hac Vice for appearance of Joshua M Divine for State of Missouri. Signed by Magistrate Judge Kayla D McClusky on 1/18/2023. (crt,Leday, A) (Entered: 01/18/2023) |
| 01/19/2023 | 178 | MOTION to Compel *Supplemental Disclosures from Defendant CISA* by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 1/19/2023. (Attachments: # 1 Memorandum / Brief Plaintiffs' Memorandum in Support of Motion to Compel, # 2 Proposed order)(aty,Sauer, Dean) (Entered: 01/19/2023), (QC'ed on 01/20/2023, by Thomas , T) |
| 01/19/2023 | 179 | NOTICE of Filing Exhibits to Motion to Compel Supplemental Production from CISA by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri re 178 MOTION to Compel *Supplemental Disclosures from Defendant CISA* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(aty,Sauer, Dean) (Entered: 01/19/2023), (QC'ed on 01/20/2023, by Thomas , T) |
| 01/20/2023 | 180 | *VACATED*NOTICE of Motion Setting regarding: 178 MOTION to Compel *Supplemental Disclosures from Defendant CISA*. Motions referred to Magistrate Judge Kayla D McClusky. Responses due by 2/10/2023.(crt,Thomas, T) Modified on 1/20/2023 to indicate notice vacated (Crawford, A). (Entered: 01/20/2023) |
| 01/20/2023 | | Motions Transferred regarding 178 MOTION to Compel *Supplemental Disclosures from Defendant CISA*. Motions referred to Judge Terry A Doughty. (crt,Crawford, A) (Entered: 01/20/2023) |
| 01/20/2023 | 181 | MINUTE ENTRY: The 180 Notice of Motion Setting is Vacated. Defendants' response as to 178 MOTION to Compel *Supplemental Disclosures from Defendant CISA* filed by State of Louisiana, State of Missouri, Aaron Kheriaty, Martin Kulldorff, Jim Hoft, Jill Hines, Jayanta Bhattacharya are due by 1/23/2023. Plaintiff may file a reply by 1/24/2023. Signed by Judge Terry A Doughty on 1/20/2023. (crt,Crawford, A) (Entered: 01/20/2023) |
| 01/23/2023 | 182 | RESPONSE to Motion re 178 MOTION to Compel *Supplemental Disclosures from Defendant CISA* filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, |

Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(aty,Snow, Kyla) (Entered: 01/23/2023), (QC'ed on 01/24/2023, by Thomas , T)

| 01/24/2023 | 183 | NOTICE of Appearance by Joshua E Gardner on behalf of Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman (Attorney Joshua E Gardner added to party Wally Adeyemo(pty:dft), Attorney Joshua E Gardner added to party Xavier Becerra(pty:dft), Attorney Joshua E Gardner added to party Joseph R Biden, Jr(pty:dft), Attorney Joshua E Gardner added to party Leah Bray(pty:dft), Attorney Joshua E Gardner added to party Yolanda Byrd(pty:dft), Attorney Joshua E Gardner added to party U S Census Bureau(pty:dft), Attorney Joshua E Gardner added to party Elvis M Chan(pty:dft), Attorney Joshua E Gardner added to party Subhan Cheema(pty:dft), Attorney Joshua E Gardner added to party Christy Choi(pty:dft), Attorney Joshua E Gardner added to party U S Dept of Commerce(pty:dft), Attorney Joshua E Gardner added to party Carol Crawford(pty:dft), Attorney Joshua E Gardner added to party Cybersecurity & Infrastructure Security Agency(pty:dft), Attorney Joshua E Gardner added to party Laura Dehmlow(pty:dft), Attorney Joshua E Gardner added to party Jay Dempsey(pty:dft), Attorney Joshua E Gardner added to party Centers for Disease Control & Prevention(pty:dft), Attorney Joshua E Gardner added to party Jen Easterly(pty:dft), Attorney Joshua E Gardner added to party U S Election Assistance Commission(pty:dft), Attorney Joshua E Gardner added to party Anthony Fauci(pty:dft), Attorney Joshua E Gardner added to party Federal Bureau of Investigation(pty:dft), Attorney Joshua E Gardner added to party Rob Flaherty(pty:dft), Attorney Joshua E Gardner added to party U S Food & Drug Administration(pty:dft), Attorney Joshua E Gardner added to party Alexis Frisbie(pty:dft), Attorney Joshua E Gardner added to party Kate Galatas(pty:dft), Attorney Joshua E Gardner added to party Kristin Galemore(pty:dft), Attorney Joshua E Gardner added to party Geoffrey Hale(pty:dft), Attorney Joshua E Gardner added to party Dept of Health & Human Services(pty:dft), Attorney Joshua E Gardner added to party Dept of Homeland Security(pty:dft), Attorney Joshua E Gardner added to party Mina Hsiang(pty:dft), Attorney Joshua E Gardner added to party Clarke Humphrey(pty:dft), Attorney Joshua E Gardner added to party Nina Jankowicz(pty:dft), Attorney Joshua E Gardner added to party Karine Jean-Pierre(pty:dft), Attorney Joshua E Gardner added to party Erica Jefferson(pty:dft), Attorney Joshua E Gardner added to party U S Dept of Justice(pty:dft), Attorney Joshua E Gardner added to party Brad Kimberly(pty:dft), Attorney Joshua E Gardner added to party Daniel Kimmage(pty:dft), Attorney Joshua E Gardner added to party Tericka Lambert(pty:dft), Attorney Joshua E Gardner added to party Timothy W Manning(pty:dft), Attorney Joshua E Gardner added to party Matthew |

|  |  |  |
|---|---|---|
|  |  | Masterson(pty:dft), Attorney Joshua E Gardner added to party Alejandro Mayorkas(pty:dft), Attorney Joshua E Gardner added to party Gina McCarthy(pty:dft), Attorney Joshua E Gardner added to party Lorena Molina-Irizarry(pty:dft), Attorney Joshua E Gardner added to party Janell Muhammed(pty:dft), Attorney Joshua E Gardner added to party Michael Murray(pty:dft), Attorney Joshua E Gardner added to party Vivek H Murthy(pty:dft), Attorney Joshua E Gardner added to party Kristen Muthig(pty:dft), Attorney Joshua E Gardner added to party National Institute of Allergy & Infectious Diseases(pty:dft), Attorney Joshua E Gardner added to party Joshua Peck(pty:dft), Attorney Joshua E Gardner added to party Lauren Protentis(pty:dft), Attorney Joshua E Gardner added to party Jennifer Rene Psaki(pty:dft), Attorney Joshua E Gardner added to party Dana Remus(pty:dft), Attorney Joshua E Gardner added to party Mark A Robbins(pty:dft), Attorney Joshua E Gardner added to party Laura Rosenberger(pty:dft), Attorney Joshua E Gardner added to party Courtney Rowe(pty:dft), Attorney Joshua E Gardner added to party Dori Salcido(pty:dft), Attorney Joshua E Gardner added to party Zachary Henry Schwartz(pty:dft), Attorney Joshua E Gardner added to party Brian Scully(pty:dft), Attorney Joshua E Gardner added to party Aisha Shah(pty:dft), Attorney Joshua E Gardner added to party Jennifer Shopkorn(pty:dft), Attorney Joshua E Gardner added to party Robert Silvers(pty:dft), Attorney Joshua E Gardner added to party Andrew Slavitt(pty:dft), Attorney Joshua E Gardner added to party Allison Snell(pty:dft), Attorney Joshua E Gardner added to party U S Dept of State(pty:dft), Attorney Joshua E Gardner added to party Samaruddin K Stewart(pty:dft), Attorney Joshua E Gardner added to party U S Dept of Treasury(pty:dft), Attorney Joshua E Gardner added to party Samantha Vinograd(pty:dft), Attorney Joshua E Gardner added to party Benjamin Wakana(pty:dft), Attorney Joshua E Gardner added to party Eric Waldo(pty:dft), Attorney Joshua E Gardner added to party Kim Wyman(pty:dft)) (aty,Gardner, Joshua) (Main Document 183 modified to nonfillable form and replaced on 1/24/2023) (Thomas, T). M (Entered: 01/24/2023), *QC'ed on 01/24/2023, by Thomas , T* |
| 01/24/2023 | 184 | REPLY to Response to Motion re 178 MOTION to Compel *Supplemental Disclosures from Defendant CISA* filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aty,Sauer, Dean) (Entered: 01/24/2023), *QC'ed on 01/24/2023, by Thomas , T* |
| 01/25/2023 | 185 | MOTION for Leave to File Sur-reply with opposition by Cybersecurity & Infrastructure Security Agency, . Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 1/25/2023. (Attachments: # 1 Proposed order, # 2 Proposed Sur-reply brief, # 3 Proposed Exhibit 1 to Sur-reply: CISA MDM webpage)(aty,Snow, Kyla) Modified to correct filer and to indicate attachments are proposed on 1/25/2023 (Thomas, T). (Entered: 01/25/2023), *QC'ed on 01/25/2023, by Thomas , T* |
| 01/25/2023 |  | Motions Transferred regarding 185 MOTION for Leave to File Sur-reply with opposition . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 01/25/2023) |
| 01/25/2023 | 186 | ORDER denying 185 Motion for Leave to File Sur-Reply Brief. Signed by Judge Terry A Doughty on 1/25/2023. (crt,Crawford, A) (Entered: 01/25/2023) |
| 01/25/2023 | 187 | MEMORANDUM ORDER granting 178 Motion to Compel. Signed by Judge Terry A Doughty on 1/25/2023. (crt,Crawford, A) (Entered: 01/25/2023) |
| 01/27/2023 | 188 | DEFICIENT ? NOTICE of Appearance by Tracy L Short on behalf of State of Louisiana (Attorney Tracy L Short added to party State of Louisiana(pty:pla)) (aty,Short, Tracy) Modified to reflect deficiency on 1/27/2023 (Thomas, T). (Entered: 01/27/2023), *QC'ed on 01/27/2023, by Thomas , T* |
| 01/27/2023 | 189 | NOTICE of Deficiency to Tracy L Short on behalf of State of Louisiana regarding 188 Notice of Appearance. Reason: This party is already represented by other counsel. Please |

| | | |
|---|---|---|
| | | refer to provisions under LR83.2.12 regarding appearance of other counsel to ensure compliance with this rule. A motion to enroll as co-counsel or to substitute counsel (signed by the current counsel of record) is required to remedy this situation. Please also refer to LR5.7.08 regarding electronic filing of documents requiring signatures of more than one party. (crt,Thomas, T) (Entered: 01/27/2023) |
| 01/27/2023 | [190](#) | MOTION to Withdraw D. John Sauer as Attorney by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 1/27/2023. (Attachments: # [1](#) Proposed order Order)(aty,Sauer, Dean) (Entered: 01/27/2023), (QC'ed on 01/27/2023, by Thomas , T) |
| 01/30/2023 | [191](#) | ORDER granting [190](#) Motion to Withdraw as Attorney. Attorney Dean John Sauer terminated. Signed by Magistrate Judge Kayla D McClusky on 1/30/2023. (crt,Leday, A) (Entered: 01/30/2023) |
| 01/31/2023 | [192](#) | MOTION for Tracy Short to Enroll as Counsel by State of Louisiana. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 1/31/2023. (Attachments: # [1](#) Proposed order)(aty,Short, Tracy) (Entered: 01/31/2023), (QC'ed on 01/31/2023, by Thomas , T) |
| 02/01/2023 | [193](#) | MOTION for D. John Sauer to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5443205) by State of Louisiana. Motion Ripe Deadline set for 2/1/2023. (Attachments: # [1](#) Certificate of good standing, # [2](#) Proposed order)(aty,Murrill, Elizabeth) (Entered: 02/01/2023), (QC'ed on 02/01/2023, by Thomas , T) |
| 02/01/2023 | [194](#) | ORDER granting [192](#) Motion to Enroll as Counsel. Added as additional counsel Tracy L Short for State of Louisiana. Signed by Magistrate Judge Kayla D McClusky on 2/1/2023. (crt,Leday, A) (Entered: 02/01/2023) |
| 02/02/2023 | [195](#) | ORDER granting [193](#) Motion to Appear Pro Hac Vice for appearance of Dean John Sauer for State of Louisiana. Signed by Magistrate Judge Kayla D McClusky on 2/2/2023. (crt,Leday, A) (Entered: 02/02/2023) |
| 02/06/2023 | [196](#) | STATEMENT OF FACTS by Kimberly D Hogan. (Attachments: # [1](#) Envelope) (crt,Thomas, T) (Entered: 02/07/2023) |
| 02/08/2023 | [197](#) | Consent MOTION for Leave to File Excess Pages *as to Reply on Motion to Dismiss* by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 2/8/2023. (Attachments: # [1](#) Proposed order)(aty,Sur, Indraneel) (Entered: 02/08/2023), (QC'ed on 02/08/2023, by Thomas , T) |

| 02/08/2023 | | Motions Transferred regarding 197 Consent MOTION for Leave to File Excess Pages *as to Reply on Motion to Dismiss*. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 02/08/2023) |
|---|---|---|
| 02/08/2023 | 198 | ORDER granting 197 Motion for Leave to File Reply Brief in Excess of Page Limit. Signed by Judge Terry A Doughty on 2/8/2023. (crt,Crawford, A) (Entered: 02/08/2023) |
| 02/08/2023 | 199 | REPLY to Response to Motion re 128 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim Plaintiffs' Second Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (aty,Snow, Kyla) (Entered: 02/08/2023), (QC'ed on 02/09/2023, by Thomas , T) |
| 02/09/2023 | 200 | Statement of Facts by Kimberly D Hogan (Attachments: # 1 Envelope)(crt,Bunting, M) (Entered: 02/09/2023) |
| 02/22/2023 | 201 | Consent MOTION for Extension of Time to File Supplemental Preliminary-Injunction Brief with consent by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 2/22/2023. (Attachments: # 1 Proposed order)(aty,Sauer, Dean) Modified on 2/23/2023 (Thomas, T). (Entered: 02/22/2023), (QC'ed on 02/23/2023, by Thomas , T) |
| 02/22/2023 | | Motions Transferred regarding 201 Consent MOTION for Extension of Time to File Supplemental Preliminary-Injunction Brief with consent . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 02/23/2023) |
| 02/23/2023 | 202 | ORDER granting 201 Motion for Extension of Time to File Supplemental Response/Reply re 10 MOTION for Preliminary Injunction Replies due by 3/6/2023. Signed by Judge Terry A Doughty on 2/23/2023. (crt,Leday, A) (Entered: 02/23/2023) |
| 02/24/2023 | 203 | NOTICE of USCA JUDGMENT/MANDATE that under Fed. R. App. P. 42(b), the case is dismissed as of February 24, 2023, pursuant to petitioners motion. (USCA #22-30697) (crt,WalkerSld, B) Modified text on 2/24/2023 (WalkerSld, B). (Entered: 02/24/2023) |
| 03/03/2023 | 204 | NOTICE of Filing Deposition Transcript and Exhibits of Elvis Chan by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri (Attachments: # 1 Deposition Transcript, # 2 Deposition Exhibit 1, # 3 Deposition Exhibit 2, # 4 Deposition Exhibit 6, # 5 Deposition Exhibit 8, # 6 Deposition Exhibit 9, # 7 Deposition Exhibit 13, # 8 Deposition Exhibit 15, # 9 Deposition Exhibit 23)(aty,Short, Tracy) (Entered: 03/03/2023), (QC'ed on 03/03/2023, by Thomas , T) |

| 03/03/2023 | 205 | NOTICE of Filing Deposition Transcript and Exhibits of Carol Crawford by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri (Attachments: # 1 Deposition Transcript, # 2 Deposition Exhibit 1, # 3 Deposition Exhibit 2, # 4 Deposition Exhibit 3, # 5 Deposition Exhibit 4, # 6 Deposition Exhibit 5, # 7 Deposition Exhibit 6, # 8 Deposition Exhibit 7, # 9 Deposition Exhibit 8, # 10 Deposition Exhibit 9, # 11 Deposition Exhibit 10, # 12 Deposition Exhibit 11, # 13 Deposition Exhibit 12, # 14 Deposition Exhibit 13, # 15 Deposition Exhibit 14, # 16 Deposition Exhibit 15, # 17 Deposition Exhibit 16, # 18 Deposition Exhibit 17, # 19 Deposition Exhibit 18, # 20 Deposition Exhibit 19, # 21 Deposition Exhibit 20, # 22 Deposition Exhibit 21, # 23 Deposition Exhibit 22, # 24 Deposition Exhibit 23, # 25 Deposition Exhibit 24, # 26 Deposition Exhibit 26, # 27 Deposition Exhibit 27, # 28 Deposition Exhibit 28, # 29 Deposition Exhibit 29, # 30 Deposition Exhibit 30, # 31 Deposition Exhibit 31, # 32 Deposition Exhibit 32, # 33 Deposition Exhibit 33, # 34 Deposition Exhibit 34, # 35 Deposition Exhibit 35, # 36 Deposition Exhibit 36, # 37 Deposition Exhibit 37, # 38 Deposition Exhibit 38, # 39 Deposition Exhibit 39, # 40 Deposition Exhibit 40, # 41 Deposition Exhibit 41, # 42 Deposition Exhibit 42, # 43 Deposition Exhibit 43, # 44 Deposition Exhibit 44)(aty,Short, Tracy) (Entered: 03/03/2023), (QC'ed on 03/03/2023, by Thomas , T) |
| 03/04/2023 | 206 | NOTICE of Filing Deposition Transcript and Exhibits of Dr. Anthony Fauci by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri (Attachments: # 1 Fauci Deposition Transcript, # 2 Fauci Exhibit 1, # 3 Fauci Exhibit 2, # 4 Fauci Exhibit 3, # 5 Fauci Exhibit 4, # 6 Fauci Exhibit 5, # 7 Fauci Exhibit 6, # 8 Fauci Exhibit 7, # 9 Fauci Exhibit 8, # 10 Fauci Exhibit 9, # 11 Fauci Exhibit 10, # 12 Fauci Exhibit 11, # 13 Fauci Exhibit 12, # 14 Fauci Exhibit 13, # 15 Fauci Exhibit 14, # 16 Fauci Exhibit 15, # 17 Fauci Exhibit 16, # 18 Fauci Exhibit 17, # 19 Fauci Exhibit 18, # 20 Fauci Exhibit 19, # 21 Fauci Exhibit 20, # 22 Fauci Exhibit 21, # 23 Fauci Exhibit 22, # 24 Fauci Exhibit 23, # 25 Fauci Exhibit 24, # 26 Fauci Exhibit 25, # 27 Fauci Exhibit 26, # 28 Fauci Exhibit 27, # 29 Fauci Exhibit 28, # 30 Fauci Exhibit 29, # 31 Fauci Exhibit 30, # 32 Fauci Exhibit 31, # 33 Fauci Exhibit 32, # 34 Fauci Exhibit 33, # 35 Fauci Exhibit 34, # 36 Fauci Exhibit 35)(aty,Short, Tracy) (Entered: 03/04/2023), (QC'ed on 03/06/2023, by Thomas , T) |
| 03/04/2023 | 207 | EXHIBIT re 206 Notice (Other),,,, by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 Fauci Exhibit 37, # 2 Fauci Exhibit 38, # 3 Fauci Exhibit 39, # 4 Fauci Exhibit 40, # 5 Fauci Exhibit 41, # 6 Fauci Exhibit 42, # 7 Fauci Exhibit 43, # 8 Fauci Exhibit 44, # 9 Fauci Exhibit 45, # 10 Fauci Exhibit 46, # 11 Fauci Exhibit 47, # 12 Fauci Exhibit 48, # 13 Fauci Exhibit 49, # 14 Fauci Exhibit 50, # 15 Fauci Exhibit 51, # 16 Fauci Exhibit 52, # 17 Fauci Exhibit 53, # 18 Fauci Exhibit 54, # 19 Fauci Exhibit 55, # 20 Fauci Exhibit 56, # 21 Fauci Exhibit 57, # 22 Fauci Exhibit 58, # 23 Fauci Exhibit 59, # 24 Fauci Exhibit 60, # 25 Fauci Exhibit 61, # 26 Fauci Exhibit 62, # 27 Fauci Exhibit 63)(aty,Short, Tracy) (Entered: 03/04/2023), (QC'ed on 03/06/2023, by Thomas , T) |
| 03/04/2023 | 208 | NOTICE of Filing Deposition Transcript and Exhibits of Daniel Kimmage by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri (Attachments: # 1 Kimmage Deposition Transcript, # 2 Kimmage Exhibit 1, # 3 Kimmage Exhibit 2, # 4 Kimmage Exhibit 3, # 5 Kimmage Exhibit 4, # 6 Kimmage Exhibit 5, # 7 Kimmage Exhibit 6, # 8 Kimmage Exhibit 7, # 9 Kimmage Exhibit 8, # 10 Kimmage Exhibit 9, # 11 Kimmage Exhibit 10, # 12 Kimmage Exhibit 11, # 13 Kimmage Exhibit 12, # 14 Kimmage Exhibit 13, # 15 Kimmage Exhibit 14, # 16 Kimmage Exhibit 15, # 17 Kimmage Exhibit 16)(aty,Short, Tracy) (Entered: 03/04/2023), (QC'ed on 03/06/2023, by Thomas , T) |

| 03/04/2023 | 209 | NOTICE of Filing Deposition Transcript and Exhibits of Brian Scully by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri (Attachments: # 1 Scully Deposition Transcript, # 2 Scully Exhibit 1, # 3 Scully Exhibit 2, # 4 Scully Exhibit 6, # 5 Scully Exhibit 7, # 6 Scully Exhibit 9, # 7 Scully Exhibit 10, # 8 Scully Exhibit 11, # 9 Scully Exhibit 12, # 10 Scully Exhibit 13, # 11 Scully Exhibit 14, # 12 Scully Exhibit 15, # 13 Scully Exhibit 16, # 14 Scully Exhibit 17, # 15 Scully Exhibit 18, # 16 Scully Exhibit 19, # 17 Scully Exhibit 21, # 18 Scully Exhibit 23, # 19 Scully Exhibit 24, # 20 Scully Exhibit 27, # 21 Scully Exhibit 28, # 22 Scully Exhibit 29, # 23 Scully Exhibit 30, # 24 Scully Exhibit 31, # 25 Scully Exhibit 46, # 26 Scully Exhibit 49, # 27 Scully Exhibit 52, # 28 Scully Exhibit 59, # 29 Scully Exhibit 61, # 30 Scully Exhibit 62)(aty,Short, Tracy) (Entered: 03/04/2023), (QC'ed on 03/06/2023, by Thomas , T) |
| 03/04/2023 | 210 | NOTICE of Filing Deposition Transcript of Eric Waldo by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri (Attachments: # 1 Waldo Deposition Transcript, # 2 Waldo Exhibit 1, # 3 Waldo Exhibit 2, # 4 Waldo Exhibit 3, # 5 Waldo Exhibit 4, # 6 Waldo Exhibit 5, # 7 Waldo Exhibit 6, # 8 Waldo Exhibit 7, # 9 Waldo Exhibit 8, # 10 Waldo Exhibit 9, # 11 Waldo Exhibit 10, # 12 Waldo Exhibit 11, # 13 Waldo Exhibit 12, # 14 Waldo Exhibit 14, # 15 Waldo Exhibit 16, # 16 Waldo Exhibit 17, # 17 Waldo Exhibit 18, # 18 Waldo Exhibit 19, # 19 Waldo Exhibit 21, # 20 Waldo Exhibit 22, # 21 Waldo Exhibit 24, # 22 Waldo Exhibit 25, # 23 Waldo Exhibit 27, # 24 Waldo Exhibit 28, # 25 Waldo Exhibit 30, # 26 Waldo Exhibit 31, # 27 Waldo Exhibit 32, # 28 Waldo Exhibit 33, # 29 Waldo Exhibit 35, # 30 Waldo Exhibit 36, # 31 Waldo Exhibit 37, # 32 Waldo Exhibit 38, # 33 Waldo Exhibit 39, # 34 Waldo Exhibit 41, # 35 Waldo Exhibit 42, # 36 Waldo Exhibit 44, # 37 Waldo Exhibit 45, # 38 Waldo Exhibit 46, # 39 Waldo Exhibit 47, # 40 Waldo Exhibit 48, # 41 Waldo Exhibit 49, # 42 Waldo Exhibit 50, # 43 Waldo Exhibit 51, # 44 Waldo Exhibit 52, # 45 Waldo Exhibit 53, # 46 Waldo Exhibit 54)(aty,Short, Tracy) (Entered: 03/04/2023), (QC'ed on 03/06/2023, by Thomas , T) |
| 03/06/2023 | 211 | MINUTE ENTRY: re 10 MOTION for Preliminary Injunction filed by State of Louisiana, State of Missouri. The parties shall send an email to the deputy clerk with available dates for oral arugment. Signed by Judge Terry A Doughty on 3/6/2023. (crt,Crawford, A) (Entered: 03/06/2023) |
| 03/06/2023 | 212 | Consent MOTION for Leave to File Excess Pages by Jayanta Bhattacharya, Charlene Bollinger, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 3/6/2023. (Attachments: # 1 Proposed order, # 2 Proposed pleading Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction, # 3 Ex. 1-Plaintiffs' Proposed Findings of Fact, # 4 Ex. 2-Declaration of Jasimiel Jones, # 5 Jones Declaration Ex. A, # 6 Jones Declaration Ex. B, # 7 Jones Declaration Ex. C, # 8 Jones Declaration Ex. D, # 9 Jones Declaration Ex. E, # 10 Jones Declaration Ex. F, # 11 Sealed Jones Declaration Ex. G, # 12 Sealed Jones Declaration Ex. H, # 13 Jones Declaration Ex. I, # 14 Jones Declaration Ex. J, # 15 Sealed Jones Declaration Ex. K, # 16 Jones Declaration Ex. L, # 17 Jones Declaration Ex. M, # 18 Jones Declaration Ex. N, # 19 Jones Declaration Ex. O, # 20 Jones Declaration Ex. P, # 21 Jones Declaration Ex. Q, # 22 Jones Declaration Ex. R, # 23 Sealed Jones Declaration Ex. S, # 24 Sealed Jones Declaration Ex. T, # 25 Sealed Jones Declaration Ex. U, # 26 Sealed Jones Declaration Ex. V, # 27 Sealed Jones Declaration Ex. W, # 28 Jones Declaration Ex. X, # 29 Jones Declaration Ex. Y, # 30 Jones Declaration Ex. Z, # 31 Jones Declaration Ex. AA, # 32 Jones Declaration Ex. BB, # 33 Jones Declaration Ex. CC, # 34 Jones Declaration Ex. DD, # 35 Jones Declaration Ex. EE, # 36 Sealed Jones Declaration Ex. FF, # 37 Jones Declaration Ex. GG, # 38 Jones Declaration Ex. HH)(aty,Sauer, Dean) Modified on 3/8/2023 to indicate which |

| | | |
|---|---|---|
| | | attachments were sealed (Crawford, A). (Entered: 03/06/2023), (QC'ed on 03/07/2023, by Thomas , T) |
| 03/06/2023 | | Motions Transferred regarding 212 Consent MOTION for Leave to File Excess Pages . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 03/07/2023) |
| 03/07/2023 | 213 | ORDER granting 212 Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 3/7/2023. (crt,Crawford, A) (Entered: 03/07/2023) |
| 03/07/2023 | 214 | SUPPLEMENTAL MEMORANDUM in Support re 10 MOTION for Preliminary Injunction , filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 Ex. 1-Plaintiffs' Proposed Findings of Fact, # 2 Ex. 2-Declaration of Jasimiel Jones, # 3 Jones Declaration Ex. A, # 4 Jones Declaration Ex. B, # 5 Jones Declaration Ex. C, # 6 Jones Declaration Ex. D, # 7 Jones Declaration Ex. E, # 8 Jones Declaration Ex. F, # 9 Sealed Jones Declaration Ex. G, # 10 Sealed Jones Declaration Ex. H, # 11 Jones Declaration Ex. I, # 12 Jones Declaration Ex. J, # 13 Sealed Jones Declaration Ex. K, # 14 Jones Declaration Ex. L, # 15 Jones Declaration Ex. M, # 16 Jones Declaration Ex. N, # 17 Jones Declaration Ex. O, # 18 Jones Declaration Ex. P, # 19 Jones Declaration Ex.Q, # 20 Jones Declaration Ex. R, # 21 Jones Declaration Ex. S, # 22 Sealed Jones Declaration Ex. T, # 23 Sealed Jones Declaration Ex. U, # 24 Sealed Jones Declaration Ex. V, # 25 Sealed Jones Declaration Ex. W, # 26 Jones Declaration Ex. X, # 27 Jones Declaration Ex. Y, # 28 Jones Declaration Ex. Z, # 29 Jones Declaration Ex. AA, # 30 Jones Declaration Ex. BB, # 31 Jones Declaration Ex. CC, # 32 Jones Declaration Ex. DD, # 33 Jones Declaration Ex. EE, # 34 Sealed Jones Declaration Ex. FF, # 35 Jones Declaration Ex. GG, # 36 Jones Declaration Ex. HH - Notice of Manual Attachment)(crt,Crawford, A) (Attachment 2 replaced on 3/7/2023) (Crawford, A). (Attachment 36 replaced on 3/7/2023) (Crawford, A). Modified on 3/7/2023 to correct text (Crawford, A). Modified on 3/8/2023 to indicate which exhibits were sealed (Crawford, A). (Entered: 03/07/2023) |
| 03/07/2023 | 215 | MANUAL ATTACHMENT received from Dean John Sauer on behalf of Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri regarding 214 Supplememntal Memorandum in Support of Motion. The original manual attachments will be maintained in the division of the presiding judge, until expiration of appeal delays. (crt,Miletello, A) (Entered: 03/07/2023) |
| 03/07/2023 | 216 | Consent MOTION to Seal Previously Filed Document re: 214 Memorandum in Support of Motion,,,,,, 212 Consent MOTION for Leave to File Excess Pages by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 3/7/2023. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Proposed order) (aty,Sauer, Dean) (Entered: 03/07/2023), (QC'ed on 03/08/2023, by Thomas , T) |
| 03/07/2023 | | Motions Transferred regarding 216 Consent MOTION to Seal Previously Filed Document re: 214 Memorandum in Support of Motion,,,,,, 212 Consent MOTION for Leave to File Excess Pages . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 03/08/2023) |
| 03/08/2023 | 217 | ORDER granting 216 Motion to Seal Exhibits attached to 212 Consent MOTION for Leave to File Excess Pages and 214 Memorandum in Support of Motion, and Replace with redacted copies. Signed by Judge Terry A Doughty on 3/8/2023. (crt,Crawford, A) (Entered: 03/08/2023) |
| 03/08/2023 | 218 | REDACTED EXHIBIT G re 214 Memorandum in Support of 10 Motion for Preliminary Injunction by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 REDACTED Exhibit |

| | | |
|---|---|---|
| | | H, # 2 REDACTED Exhibit K, # 3 REDACTED Exhibit S, # 4 REDACTED Exhibit T, # 5 REDACTED Exhibit U, # 6 REDACTED Exhibit V, # 7 REDACTED Exhibit W, # 8 REDACTED Exhibit FF)(crt,Crawford, A) (Entered: 03/08/2023) |
| 03/09/2023 | 219 | MOTION to Strike *Plaintiffs' Proposed Findings of Fact or in the Alternative, for Other Appropriate Relief* by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 3/9/2023. (Attachments: # 1 Proposed order)(aty,Snow, Kyla) (Entered: 03/09/2023), (QC'ed on 03/09/2023, by Miletello , A) |
| 03/09/2023 | 220 | MINUTE ENTRY: re 219 MOTION to Strike *Plaintiffs' Proposed Findings of Fact or in the Alternative, for Other Appropriate Relief*. Plaintiffs' Response is due by 3/13/2023. Defendants may reply by 3/14/2023. Signed by Judge Terry A Doughty on 3/9/2023. (crt,Crawford, A) (Entered: 03/09/2023) |
| 03/13/2023 | 221 | MEMORANDUM in Opposition re 219 MOTION to Strike *Plaintiffs' Proposed Findings of Fact or in the Alternative, for Other Appropriate Relief* filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (aty,Sauer, Dean) (Entered: 03/13/2023), (QC'ed on 03/13/2023, by Thomas , T) |
| 03/14/2023 | 222 | REPLY to Response to Motion re 219 MOTION to Strike *Plaintiffs' Proposed Findings of Fact or in the Alternative, for Other Appropriate Relief* filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (aty,Snow, Kyla) (Entered: 03/14/2023), (QC'ed on 03/14/2023, by Thomas , T) |

| 03/15/2023 | 223 | MEMORANDUM ORDER denying 219 Motion to Strike *Plaintiffs' Proposed Findings of Fact attached to 214 Memorandum in Support of Motion for Preliminary Injunction; granting in part defendants request for extension of time to respond to 214 Memorandum in Support of 10 Motion for Preliminary Injunction. Defendants shall respond by 4/25/23 and Plaintiffs may reply fifteen days thereafter. It Is Further Ordered that oral arguments will be held on 5/12/23 at 9:00 a.m. in Monroe, Second Floor Courtroom. Signed by Judge Terry A Doughty on 3/15/2023.* (crt,Crawford, A) (Entered: 03/15/2023) |
| --- | --- | --- |
| 03/15/2023 | | Set/Reset Deadlines as to 10 MOTION for Preliminary Injunction . Responses due by 4/25/2023. Oral Argument will be held on 5/12/2023 at 9:00 AM in Monroe, 2nd floor before Judge Terry A Doughty. (crt,Crawford, A) (Entered: 03/15/2023) |
| 03/20/2023 | 224 | MEMORANDUM RULING re 128 MOTION to Dismiss. Signed by Judge Terry A Doughty on 3/20/2023. (crt,Crawford, A) (Entered: 03/20/2023) |
| 03/20/2023 | 225 | ORDER granting in part and denying in part 128 Motion to Dismiss. Signed by Judge Terry A Doughty on 3/20/2023. (crt,Crawford, A) (Entered: 03/20/2023) |
| 03/20/2023 | 226 | MOTION to Withdraw Michael E. Talent as Attorney by State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 3/20/2023. (Attachments: # 1 Proposed order)(aty,Murrill, Elizabeth) (Entered: 03/20/2023), (QC'ed on 03/20/2023, by Bunting , M) |
| 03/20/2023 | 227 | MOTION to Amend/Correct 84 Amended Complaint, with opposition *and for Class Certification* by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 3/20/2023. (Attachments: # 1 Memorandum / Brief Memorandum in Support of Motion for Leave to Amend and for Class Certification, # 2 Exhibit 1 CISA Flagging Emails, # 3 Exhibit 2 Vecchione Decl., # 4 Exhibit 3 Burns Decl., # 5 Exhibit 4 Bhattacharya Decl., # 6 Exhibit 5 Kulldorff Decl., # 7 Exhibit 6 Kheriaty Decl., # 8 Exhibit 7 Hoft Decl., # 9 Exhibit 8 Hines, # 10 Proposed pleading Proposed Third Amended Complaint, # 11 Proposed order)(Attorney Charles F Capps added to party Jayanta Bhattacharya(pty:pla), Attorney Charles F Capps added to party Jill Hines(pty:pla), Attorney Charles F Capps added to party Jim Hoft(pty:pla), Attorney Charles F Capps added to party Aaron Kheriaty(pty:pla), Attorney Charles F Capps added to party Martin Kulldorff(pty:pla), Attorney Charles F Capps added to party State of Louisiana(pty:pla))(aty,Capps, Charles) (Entered: 03/20/2023), (QC'ed on 03/21/2023, by Chavis , J) |
| 03/21/2023 | 228 | ELECTRONIC MINUTE ENTRY: Oral Argument as to 10 MOTION for Preliminary Injunction filed by State of Louisiana, State of Missouri reset for 5/26/2023 at 9:00 AM in Monroe, 2nd floor before Judge Terry A Doughty. Signed by Judge Terry A Doughty on 3/21/2023. (crt,Crawford, A) (Entered: 03/21/2023) |
| 03/21/2023 | 229 | NOTICE of Motion Setting regarding: 227 MOTION to Amend/Correct 84 Amended Complaint, with opposition *and for Class Certification*. Motions referred to Magistrate Judge Kayla D McClusky. Responses due by 4/11/2023 (crt,Chavis, J) (Entered: 03/21/2023) |
| 03/22/2023 | 230 | ORDER granting 226 Motion to Withdraw as Attorney. Attorney Michael E Talent terminated. Signed by Magistrate Judge Kayla D McClusky on 3/22/2023. (crt,Leday, A) (Entered: 03/22/2023) |
| 03/28/2023 | 231 | NOTICE of Change of Address by Kimberly D Hogan. (Attachments: # 1 Envelope) (crt,Thomas, T) (Entered: 03/28/2023) |
| 03/29/2023 | 232 | MINUTE ENTRY: re 10 MOTION for Preliminary Injunction filed by State of Louisiana, State of Missouri. Defendant's response due by 5/2/2023. Plaintiff's may file a reply 15 |

|  |  |  |
|---|---|---|
|  |  | days thereafter. Signed by Judge Terry A Doughty on 3/29/2023. (crt,Crawford, A) (Entered: 03/29/2023) |
| 03/29/2023 | 233 | MOTION to Stay *April 3, 2023 Answer Deadline Pending Resolution of Motions for Preliminary Injunction, to Amend Complaint, and for Class Certification* by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 3/29/2023. (Attachments: # 1 Text of proposed order)(aty,Snow, Kyla) (Entered: 03/29/2023), (QC'ed on 03/29/2023, by Thomas , T) |
| 03/29/2023 |  | Motions Transferred regarding 233 MOTION to Stay *April 3, 2023 Answer Deadline Pending Resolution of Motions for Preliminary Injunction, to Amend Complaint, and for Class Certification*. Motions referred to Judge Terry A Doughty. (crt,Leday, A) (Entered: 03/29/2023) |
| 03/30/2023 | 234 | ORDER granting 233 Motion to Stay Defendants' deadline to respond to Second Amended Complaint, pending resolution of the Motion for Preliminary Injunction. Signed by Judge Terry A Doughty on 3/30/2023. (crt,Crawford, A) (Entered: 03/30/2023) |
| 03/30/2023 | 235 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426 Arlington, VA 22204, re: 223 Order on Motion to Strike, returned marked: Return to Sender; Not Deliverable as Addressed; Unable to Forward. (crt,Thomas, T) (Entered: 03/30/2023) |
| 03/31/2023 | 237 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426 Arlington, VA 22204, re: 220 Minute Entry, returned marked: Return to Sender; Not Deliverable as Addressed; Unable to Forward. (crt,Thomas, T) (Entered: 04/03/2023) |
| 04/01/2023 | 236 | MOTION to Consolidate Case with Case Number 3:23-cv-00381 with opposition by Robert F Kennedy, Jr. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/1/2023. (Attachments: # 1 Memorandum / Brief in Support of Motion to Consolidate, # 2 Proposed order on Motion to Consolidate, # 3 Certificate re efforts to resolve-LR 37.1, # 4 Exhibit Complaint in Kennedy, et al v. Biden, et al)(aty,Maturin, Glynn) (Entered: 04/01/2023), (QC'ed on 04/03/2023, by Thomas , T) |
| 04/03/2023 |  | Motions Transferred regarding 236 MOTION to Consolidate Case with Case Number 3:23-cv-00381 with opposition . Motions referred to Judge Terry A Doughty. (crt,Crawford, A) (Entered: 04/03/2023) |
| 04/04/2023 | 238 | RESPONSE to Motion re 236 MOTION to Consolidate Case with Case Number 3:23-cv-00381 with opposition filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, |

| | | |
|---|---|---|
| | | U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (Attachments: # 1 Exhibit 1 - March 28, 2023 email)(aty,Snow, Kyla) (Entered: 04/04/2023) (QC'ed on 04/04/2023, by Thomas , T) |
| 04/04/2023 | 239 | MOTION for John C. Burns to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5517073) by Jim Hoft. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/4/2023. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Murrill, Elizabeth) (Entered: 04/04/2023), (QC'ed on 04/04/2023, by Thomas , T) |
| 04/05/2023 | 240 | MEMORANDUM ORDER deferring ruling on 236 Motion to Consolidate Cases. Signed by Judge Terry A Doughty on 4/5/2023. (crt,Crawford, A) (Entered: 04/05/2023) |
| 04/05/2023 | 241 | ORDER granting 239 Motion to Appear Pro Hac Vice for appearance of John C Burns for Jim Hoft. Signed by Magistrate Judge Kayla D McClusky on 4/5/2023. (crt,Leday, A) (Entered: 04/05/2023) |
| 04/10/2023 | 242 | MOTION to Withdraw Charles F. Capps as Attorney by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/10/2023. (Attachments: # 1 Proposed order)(aty,Capps, Charles) (Entered: 04/10/2023), (QC'ed on 04/10/2023, by Miletello , A) |
| 04/11/2023 | 243 | MOTION to Withdraw Jenin Younes as Attorney by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/11/2023. (Attachments: # 1 Proposed order)(aty,Younes, Jenin) (Entered: 04/11/2023), (QC'ed on 04/11/2023, by Thomas , T) |
| 04/11/2023 | 244 | MEMORANDUM in Opposition re 227 MOTION to Amend/Correct 84 Amended Complaint, with opposition *and for Class Certification* filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, |

| | | |
|---|---|---|
| | | Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (aty,Cholera, Kuntal) (Entered: 04/11/2023), (QC'ed on 04/11/2023, by Bunting , M) |
| 04/12/2023 | 245 | ORDER granting 242 Motion to Withdraw as Attorney. Attorney Charles F Capps terminated. Signed by Magistrate Judge Kayla D McClusky on 4/12/2023. (crt,Leday, A) Modified on 4/12/2023 to edit text (Leday, A). (Entered: 04/12/2023) |
| 04/12/2023 | 246 | ORDER granting 243 Motion to Withdraw as Attorney. Attorney Jenin Younes terminated. Signed by Magistrate Judge Kayla D McClusky on 4/12/2023. (crt,Leday, A) (Entered: 04/12/2023) |
| 04/18/2023 | 247 | MOTION for Travis Christopher Barham to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5529988) by Alliance Defending Freedom. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/18/2023. (Attachments: # 1 Proposed order Pro Hac Vice - Barham, # 2 Exhibit Certificate Good Standing - Barham)(Attorney Brian Wade Arabie added to party Alliance Defending Freedom(pty:mov))(aty,Arabie, Brian) (Entered: 04/18/2023), (QC'ed on 04/18/2023, by Thomas , T) |
| 04/18/2023 | 248 | MOTION for Tyson Charles Langhofer to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5530083) by Alliance Defending Freedom. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/18/2023. (Attachments: # 1 Proposed order Pro Hac Vice - Langhofer, # 2 Exhibit Certificate Good Standing - Langhofer) (aty,Arabie, Brian) (Entered: 04/18/2023), (QC'ed on 04/18/2023, by Thomas , T) |
| 04/18/2023 | 249 | Unopposed MOTION for Leave to File Amicus Brief with consent by Alliance Defending Freedom. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/18/2023. (Attachments: # 1 Proposed Brief, # 2 Proposed order Exhibit 2 - Order) (aty,Arabie, Brian) Modified on 4/18/2023 (Thomas, T). (Entered: 04/18/2023), (QC'ed on 04/18/2023, by Thomas , T) |
| 04/18/2023 | | Motions Transferred regarding 249 Unopposed MOTION for Leave to File Amicus Brief with consent . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 04/18/2023) |
| 04/18/2023 | 250 | REPLY to Response to Motion re 227 MOTION to Amend/Correct 84 Amended Complaint, with opposition *and for Class Certification* filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (aty,Sauer, Dean) (Entered: 04/18/2023), (QC'ed on 04/18/2023, by Thomas , T) |
| 04/18/2023 | 251 | ORDER granting 249 Motion for Leave to File Brief of Amicus Curiae. Signed by Judge Terry A Doughty on 4/18/2023. (crt,Crawford, A) (Entered: 04/18/2023) |
| 04/18/2023 | 252 | AMICUS CURIAE BRIEF In Support of 10 MOTION for Preliminary Injunction filed by Alliance Defending Freedom. (crt,Crawford, A) (Entered: 04/18/2023) |
| 04/18/2023 | 253 | MOTION for Jay R. Carson to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5530644) by The Buckeye Institute. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/18/2023. (Attachments: # 1 Exhibit cert of good standing, # 2 Proposed order)(Attorney Ben E Clayton added to party The Buckeye Institute(pty:am))(aty,Clayton, Ben) Modified on 4/19/2023 (Thomas, T). (Entered: 04/18/2023), (QC'ed on 04/19/2023, by Thomas , T) |
| 04/18/2023 | 254 | MOTION for Leave to File Amicus Curiae Brief with consent by The Buckeye Institute. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/18/2023. (Attachments: # 1 Proposed order, # 2 Propsed Amicus Curiae Brief)(aty,Clayton, Ben) |

| | | |
|---|---|---|
| | | Modified on 4/19/2023 (Thomas, T). (Entered: 04/18/2023), (QC'ed on 04/19/2023, by Thomas , T) |
| 04/19/2023 | | Motions Transferred regarding 254 MOTION for Leave to File Amicus Curiae Brief with consent . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 04/19/2023) |
| 04/19/2023 | 255 | ORDER granting 254 Motion for Leave to File Amicus Curiae Brief. Signed by Judge Terry A Doughty on 4/19/2023. (crt,Miletello, A) (Entered: 04/19/2023) |
| 04/19/2023 | 256 | AMICUS CURIAE BRIEF in Support re 10 MOTION for Preliminary Injunction filed by Buckeye Institute. (crt,Miletello, A) (Entered: 04/19/2023) |
| 04/19/2023 | 257 | ORDER granting 247 Motion to Appear Pro Hac Vice for appearance of Travis Christopher Barham for Alliance Defending Freedom. Signed by Magistrate Judge Kayla D McClusky on 4/19/2023. (crt,Thomas, T) (Entered: 04/20/2023) |
| 04/19/2023 | 258 | ORDER granting 248 Motion to Appear Pro Hac Vice for appearance of Tyson Charles Langhofer for Alliance Defending Freedom. Signed by Magistrate Judge Kayla D McClusky on 4/19/2023. (crt,Thomas, T) (Entered: 04/20/2023) |
| 04/19/2023 | 259 | ORDER granting 253 Motion to Appear Pro Hac Vice for appearance of Jay R Carson for Buckeye Institute. Signed by Magistrate Judge Kayla D McClusky on 4/19/2023. (crt,Thomas, T) (Entered: 04/20/2023) |
| 04/25/2023 | 260 | MOTION for Leave to File Amicus Brief in Support of Plaintiff's Motion for Preliminary Injunction with consent by Childrens Health Defense. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/25/2023. (Attachments: # 1 Proposed Brief in Support of Plaintiff's Motion for Preliminary Injunction, # 2 Proposed order)(Attorney Glynn Shelly Maturin, II added to party Childrens Health Defense(pty:am))(aty,Maturin, Glynn) Modified on 4/25/2023 (Thomas, T). (Entered: 04/25/2023), (QC'ed on 04/25/2023, by Thomas , T) |
| 04/25/2023 | | Motions Transferred regarding 260 MOTION for Leave to File Amicus Brief in Support of Plaintiff's Motion for Preliminary Injunction with consent . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 04/25/2023) |
| 04/26/2023 | 261 | ORDER granting 260 Motion for Leave to File *Amicus Curiae* Brief. Signed by Judge Terry A Doughty on 4/26/2023. (crt,Crawford, A) (Entered: 04/26/2023) |
| 04/26/2023 | 262 | BRIEF *AMICUS CURIAE* in Support re 10 MOTION for Preliminary Injunction , filed by Children's Health Defense. (crt,Crawford, A) (Entered: 04/26/2023) |
| 04/26/2023 | | Motions Transferred regarding 227 MOTION to Amend/Correct 84 Amended Complaint, *with opposition and for Class Certification*. Motions referred to Judge Terry A Doughty. (crt,Crawford, A) (Entered: 04/26/2023) |
| 05/01/2023 | 263 | NOTICE of Substitution of Official-Capacity Defendants by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, |

| | | |
|---|---|---|
| | | Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman (Attachments: # 1 Exhibit A)(aty,Snow, Kyla) (Entered: 05/01/2023), (QC'ed on 05/02/2023, by Miletello , A) |
| 05/02/2023 | 264 | Consent MOTION for Leave to File Excess Pages by All Defendants. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 5/2/2023. (Attachments: # 1 Proposed Overlength Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction, # 2 Proposed Appendix Exhibit List, # 3 Proposed Exhibit Exs. 1-7, # 4 Proposed Exhibit Exs. 8-43, # 5 Proposed Exhibit Exs. 44-69, # 6 Proposed Exhibit Exs. 70-128, # 7 Proposed Exhibit Exs. 129-176, # 8 Proposed Exhibit Exs. 177-187, # 9 Proposed Exhibit Defendants' Responses to Plaintiffs' Proposed Findings of Fact, # 10 Proposed order on Motion for Extension of Pages, # 11 Proposed order on Motion for Preliminary Injunction)(aty,Snow, Kyla) Modified on 5/3/2023 (Thomas, T). (Entered: 05/02/2023), (QC'ed on 05/03/2023, by Thomas , T) |
| 05/02/2023 | | Motions Transferred regarding 264 Consent MOTION for Leave to File Excess Pages . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 05/03/2023) |
| 05/03/2023 | 265 | ORDER granting 264 Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 5/3/2023. (crt,Crawford, A) (Entered: 05/03/2023) |
| 05/03/2023 | 266 | MEMORANDUM in Opposition re 10 MOTION for Preliminary Injunction filed by Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (Attachments: # 1 Appendix Exhibit List, # 2 Exhibits 1-7, # 3 Exhibits 8-43, # 4 Exhibits 44-69, # 5 Exhibits 70-128, # 6 Exhibits 129-176, # 7 Exhibits 177-187, # 8 Defendants' Responses to Plaintiffs' Proposed Finding of Facts, # 9 Proposed order)(crt,Crawford, A) (Entered: 05/03/2023) |
| 05/05/2023 | 267 | MEMORANDUM ORDER granting 227 Motion to Amend Complaint to Add Class Allegations and for Class Certification. Signed by Judge Terry A Doughty on 5/4/2023. (crt,Crawford, A) (Entered: 05/05/2023) |
| 05/05/2023 | 268 | THIRD AMENDED COMPLAINT with Class Allegations against Wally Adeyemo, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug |

|  |  | Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman, Hugh Auchincloss, filed by Martin Kulldorff, Jayanta Bhattacharya, State of Louisiana, State of Missouri, Aaron Kheriaty, Jill Hines, Jim Hoft. (crt,Crawford, A) Modified on 5/5/2023 (Thomas, T). (Entered: 05/05/2023) |
|---|---|---|
| 05/05/2023 | 269 | SUMMONS ISSUED as to Hugh Auchincloss. (crt,Crawford, A) (Entered: 05/05/2023) |
| 05/16/2023 | 270 | MOTION for Extension of Time to File Response/Reply as to 10 MOTION for Preliminary Injunction with opposition by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 5/16/2023. (Attachments: # 1 Proposed order)(aty,Sauer, Dean) (Entered: 05/16/2023), (QC'ed on 05/16/2023, by Thomas , T) |
| 05/16/2023 |  | Motions Transferred regarding 270 MOTION for Extension of Time to File Response/Reply as to 10 MOTION for Preliminary Injunction with opposition . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 05/16/2023) |
| 05/16/2023 | 271 | MEMORANDUM in Opposition re 270 MOTION for Extension of Time to File Response/Reply as to 10 MOTION for Preliminary Injunction with opposition filed by Wally Adeyemo, Hugh Auchincloss, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (Attachments: # 1 Proposed order)(aty,Cholera, Kuntal) (Entered: 05/16/2023), (QC'ed on 05/16/2023, by Thomas , T) |
| 05/16/2023 | 272 | ORDER granting in part 270 Motion for Extension of Time to File Response as to 10 MOTION for Preliminary Injunction . Replies due by 5/20/2023. Signed by Judge Terry A Doughty on 5/16/2023. (crt,Crawford, A) (Entered: 05/16/2023) |
| 05/17/2023 | 273 | MINUTE ENTRY: re 10 MOTION for Preliminary Injunction filed by State of Louisiana, State of Missouri. Oral arguments scheduled for 5/26/23 at 9:00 a.m. Signed by Judge Terry A Doughty on 5/17/2023. (crt,Crawford, A) (Entered: 05/17/2023) |

| 05/20/2023 | 274 | Consent MOTION for Leave to File Excess Pages *FOR REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION* by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 5/20/2023. (Attachments: # 1 Proposed Reply in Support of Preliminary Injunction, # 2 Proposed Exhibit 1 to Reply_Decl. of Glenn, # 3 Proposed Exhibit 2 to Reply_Decl. of Hines, # 4 Proposed Exhibit 3 to Rely_Decl. of Hoft, # 5 Proposed order)(aty,Sauer, Dean) Modified on 5/22/2023 (Thomas, T). (Entered: 05/20/2023), (QC'ed on 05/22/2023, by Thomas , T) |
|---|---|---|
| 05/22/2023 | | Motions Transferred regarding 274 Consent MOTION for Leave to File Excess Pages *FOR REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION*. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 05/22/2023) |
| 05/22/2023 | 275 | ORDER granting 274 Motion for Leave to File Excess Pages. Signed by Judge Terry A Doughty on 5/22/2023. (crt,Crawford, A) (Entered: 05/22/2023) |
| 05/22/2023 | 276 | REPLY to Response to 10 MOTION for Preliminary Injunction filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 Exhibit 1 to Reply_Decl. of Glenn, # 2 Exhibit 2 to Reply_Decl. of Hines, # 3 Exhibit 3 to Rely_Decl. of Hoft)(crt,Crawford, A) (Entered: 05/22/2023) |
| 05/22/2023 | 277 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426 Arlington, VA 22204, re: 265 Order on Motion for Leave to File Excess Pages returned marked: Return to Sender; Not Deliverable as Addressed; Unable to Forward. (crt,Thomas, T) (Entered: 05/23/2023) |
| 05/26/2023 | 278 | MINUTES for proceedings held before Judge Terry A Doughty: MOTION HEARING held on 5/26/2023 re 10 MOTION for Preliminary Injunction filed by State of Louisiana, State of Missouri. (Court Reporter: Debbie Lowery) (crt,Crawford, A) (Entered: 05/26/2023) |
| 05/30/2023 | 279 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426, Arlington, VA 22204, re: 267 Order on Motion to Amend/Correct returned marked: Unknown. (crt,Bunting, M) (Entered: 05/30/2023) |
| 05/30/2023 | 280 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426, Arlington, VA 22204, re: 269 Summons Issued - All returned marked: Unknown. (crt,Bunting, M) (Entered: 05/30/2023) |
| 05/31/2023 | 281 | FILED IN ERROR. MOTION for Zhonette M. Brown to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-5575045) by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 5/31/2023. (Attachments: # 1 Certificate of good standing, # 2 Certificate of good standing, # 3 Proposed order)(aty,Short, Tracy) Modified on 5/31/2023 to reflect filed in error and counsel is to resubmit (Miletello, A). (Entered: 05/31/2023), (QC'ed on 05/31/2023, by Miletello , A) |
| 05/31/2023 | 282 | MOTION for Zhonette M. Brown to Appear Pro Hac Vice filed by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. (Attachments: # 1 Certificate of good standing, # 2 Certificate of good standing, # 3 Proposed order)(aty,Murrill, Elizabeth) Modified on 5/31/2023 to capture motion event and modify docket text (Miletello, A). (Entered: 05/31/2023), (QC'ed on 05/31/2023, by Miletello , A) |
| 05/31/2023 | | Motions Transferred regarding 282 Motion to Appear Pro Hac Vice. Motion Ripe Deadline set for 5/31/2023. Motions referred to Magistrate Judge Kayla D McClusky. (crt,Miletello, A) (Entered: 05/31/2023) |

| | | |
|---|---|---|
| 06/01/2023 | 283 | ORDER granting 282 Motion to Appear Pro Hac Vice for appearance of Zhonette M Brown for Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Signed by Magistrate Judge Kayla D McClusky on 6/1/2023. (crt,Leday, A) (Entered: 06/01/2023) |
| 06/02/2023 | 284 | MOTION to Withdraw Kenneth C. Capps as Attorney by State of Missouri. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 6/2/2023. (Attachments: # 1 Proposed order)(aty,Capps, Kenneth) (Entered: 06/02/2023), (QC'ed on 06/02/2023, by Thomas , T) |
| 06/05/2023 | 285 | ORDER granting 284 Motion to Withdraw as Attorney. Attorney Kenneth C Capps terminated. Signed by Magistrate Judge Kayla D McClusky on 6/5/2023. (crt,Leday, A) (Entered: 06/05/2023) |
| 06/08/2023 | 286 | NOTICE of Statement of Facts by Kimberly D Hogan. (Attachments: # 1 Envelope) (crt,Thomas, T) (Entered: 06/08/2023) |
| 06/16/2023 | 287 | NOTICE of Regarding Rob Flaherty by Wally Adeyemo, Hugh Auchincloss, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman (aty,Cholera, Kuntal) (Entered: 06/16/2023), (QC'ed on 06/16/2023, by Thomas , T) |
| 06/21/2023 | 288 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings for Motion Hearing held on 5/26/2023 before Judge Terry A Doughty. Court Reporter/Transcriber Debbie Lowery, Telephone number (318)654-6489. Total pages: 190. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date,it may be obtained through PACER or the Court Reporter. Redaction Request due 7/17/2023. Redacted Transcript Deadline set for 7/27/2023. Release of Transcript Restriction set for 9/22/2023. (crt,Lowery, D) (Entered: 06/21/2023), (QC'ed on 06/23/2023, by Taylor , L) |
| 06/26/2023 | 289 | NOTICE of Supplemental Authority by Wally Adeyemo, Hugh Auchincloss, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, |

| | | Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman (Attorney Kyla Snow added to party Hugh Auchincloss(pty:dft)) (Attachments: # 1 Exhibit 1 - United States v. Texas, # 2 Exhibit 2 - Haaland v. Brackeen)(aty,Snow, Kyla) (Entered: 06/26/2023) (QC'ed on 06/26/2023, by Thomas , T) |
|---|---|---|
| 06/26/2023 | 290 | MINUTE ENTRY: re 289 Notice of Supplemental Authority, filed by Defendants. Plaintiffs may file a response by 6/28/23. Defendants may file a reply one day thereafter. Signed by Judge Terry A Doughty on 6/26/2023. (crt,Crawford, A) (Entered: 06/26/2023) |
| 06/28/2023 | 291 | RESPONSE *to Defendants' Notice of Supplemental Authority Regarding Recent Supreme Court Decisions* by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri re 289 Notice (Other),,,,,, . (Attachments: # 1 Exhibit A - Slip Opinion, # 2 Exhibit B - Subcommittee Report)(aty,Sauer, Dean) (Entered: 06/28/2023) (QC'ed on 06/29/2023, by Thomas , T) |
| 06/29/2023 | 292 | RESPONSE */Reply in Support of Defendants' Notice of Supplemental Authority* by Wally Adeyemo, Hugh Auchincloss, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Childrens Health Defense, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman re 289 Notice (Other),,,,,, . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(aty,Snow, Kyla) (Entered: 06/29/2023) (QC'ed on 06/30/2023, by Thomas , T) |
| 07/04/2023 | 293 | MEMORANDUM RULING re 10 MOTION for Preliminary Injunction filed by State of Louisiana, State of Missouri. Signed by Judge Terry A Doughty on 7/4/2023. (crt,Crawford, A) (Entered: 07/04/2023) |
| 07/04/2023 | 294 | JUDGMENT granting in part and denying in part 10 Motion for Preliminary Injunction; denying Plaintiffs' request for class action certification. Signed by Judge Terry A Doughty on 7/4/2023. (crt,Crawford, A) (Entered: 07/04/2023) |
| 07/05/2023 | 295 | MINUTE ENTRY: Responses as to 236 MOTION to Consolidate Case with Case Number 3:23-cv-00381, (filed in 3:22-cv-1213), filed by Robert F Kennedy, Jr, are due by 7/19/2023. Replies are due by 7/26/2023. Signed by Judge Terry A Doughty on 7/5/2023. (crt,Crawford, A) (Entered: 07/05/2023) |
| 07/05/2023 | 296 | NOTICE OF APPEAL as to 294 Order on Motion for Preliminary Injunction by Wally Adeyemo, Hugh Auchincloss, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura |

| | | |
|---|---|---|
| | | Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (Filed on behalf of USA - Filing Fee not required) (aty,Chuzi, Amanda) (Entered: 07/05/2023) (QC'ed on 07/06/2023, by WalkerSld , B) |
| 07/06/2023 | | NOTICE of Appeal Transcript Order Requirement regarding 296 Notice of Appeal. Pursuant to FRAP 10(b), the Appellant must file the transcript order form regardless of whether transcripts are necessary. Access the 5th Circuit site by clicking here. Hover over the Forms Fees & Guides tab, Forms, Court Reporter Forms, Transcript Order Form.<br><br>In following the instructions on the form, please note manual notification to the court reporter and the 5th Circuit Court of Appeals is STILL REQUIRED. (crt,WalkerSld, B) (Entered: 07/06/2023) |
| 07/06/2023 | 297 | MOTION to Stay re 294 Order on Motion for Preliminary Injunction by All Defendants. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 7/6/2023. (Attachments: # 1 Memorandum / Brief, # 2 Proposed order)(aty,Snow, Kyla) (Entered: 07/06/2023), (QC'ed on 07/07/2023, by Thomas , T) |
| 07/06/2023 | | Motions Transferred regarding 297 MOTION to Stay re 294 Order on Motion for Preliminary Injunction . Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 07/07/2023) |
| 07/07/2023 | 298 | MINUTE ENTRY: Plaintiffs' response as to 297 MOTION to Stay 294 Order on Motion for Preliminary Injunction is due by 7/10/23 at 8:00 a.m. Signed by Judge Terry A Doughty on 7/7/2023. (crt,Crawford, A) (Entered: 07/07/2023) |
| 07/07/2023 | | USCA Case Number 23-30445 for 296 Notice of Appeal, filed by Robert Silvers, U S Dept of Justice, Clarke Humphrey, Timothy W Manning, Rob Flaherty, U S Dept of Commerce, Laura Dehmlow, Daniel Kimmage, Centers for Disease Control & Prevention, Vivek H Murthy, U S Dept of State, Joseph R Biden, Jr, Alejandro Mayorkas, Christy Choi, Kristin Galemore, Jay Dempsey, Elvis M Chan, Kristen Muthig, Laura Rosenberger, Yolanda Byrd, Andrew Slavitt, Nina Jankowicz, Eric Waldo, Brian Scully, Alexis Frisbie, National Institute of Allergy & Infectious Diseases, Wally Adeyemo, U S Election Assistance Commission, Brad Kimberly, Samaruddin K Stewart, Leah Bray, Dori Salcido, Jennifer Shopkorn, Kate Galatas, Tericka Lambert, Joshua Peck, Allison Snell, Gina McCarthy, Subhan Cheema, Lauren Protentis, Jen Easterly, Michael Murray, Courtney Rowe, Dept of Homeland Security, Zachary Henry Schwartz, Lorena Molina-Irizarry, Federal Bureau of Investigation, Anthony Fauci, Benjamin Wakana, Carol Crawford, Dana Remus, Cybersecurity & Infrastructure Security Agency, Geoffrey Hale, Aisha Shah, Samantha Vinograd, Janell Muhammed, Erica Jefferson, Hugh Auchincloss, Kim Wyman, Mark A Robbins, U S Census Bureau, Mina Hsiang, U S Food & Drug Administration, Karine Jean-Pierre, Matthew Masterson, U S Dept of Treasury, Dept of Health & Human Services, Xavier Becerra, Jennifer Rene Psaki. (crt,WalkerSld, B) (Entered: 07/07/2023) |

| 07/07/2023 | | Set Deadline for Clerk re 296 Notice of Appeal: Certify Appeal Record (23-30445) by Clerk to COA 7/24/2023. (crt,WalkerSld, B) (Entered: 07/07/2023) |
|---|---|---|
| 07/09/2023 | 299 | MEMORANDUM in Opposition re 297 MOTION to Stay re 294 Order on Motion for Preliminary Injunction filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (aty,Sauer, Dean) Modified to reflect deficiency on 7/10/2023 (Thomas, T). See doc 303 for table of contents/authorities (Thomas, T). (Entered: 07/09/2023), (QC'ed on 07/10/2023, by Thomas , T) |
| 07/10/2023 | 300 | NOTICE of Deficiency to Dean John Sauer on behalf of Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff regarding 299 Memorandum in Opposition to Motion. Reason: A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. Please see LR7.8 for specific requirements regarding table of contents. (crt,Thomas, T) (Entered: 07/10/2023) |
| 07/10/2023 | 301 | MEMORANDUM RULING re 297 MOTION to Stay 294 Order on Motion for Preliminary Injunction. Signed by Judge Terry A Doughty on 7/10/2023. (crt,Crawford, A) (Entered: 07/10/2023) |
| 07/10/2023 | 302 | JUDGMENT denying 297 Motion to Stay. Signed by Judge Terry A Doughty on 7/10/2023. (crt,Crawford, A) (Entered: 07/10/2023) |
| 07/10/2023 | 303 | CORRECTIVE DOCUMENT entitled Plaintiffs' MIO to Defendants' Motion to Stay filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri regarding 299 Memorandum in Opposition to Motion, . (aty,Sauer, Dean) (Entered: 07/10/2023), (QC'ed on 07/10/2023, by Thomas , T) |
| 07/11/2023 | 304 | TRANSCRIPT REQUEST by Wally Adeyemo, Hugh Auchincloss, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Childrens Health Defense, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman for proceedings held on 5/26/23 before Judge Terry A Doughty to Court Reporter: Transcript Not Required. (aty,Snow, Kyla) (Entered: 07/11/2023), (QC'ed on 07/11/2023, by Thomas , T) |
| 07/17/2023 | 306 | MOTION to Intervene by Jon F Turpin. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 7/17/2023. (Attachments: # 1 Self-Represented Information Sheet, # 2 Civil cover sheet, # 3 Exhibit 1, # 4 Envelope 2, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6)(crt,Bunting, M) (Entered: 07/19/2023) |
| 07/17/2023 | 312 | REQUEST from Jeff King for copy of decision. Clerk mailed docket sheet and copy work letter on 07/21/2023. (Public entry, but no electronic notice.) (Attachments: # 1 Envelope, # 2 Copy work letter) (crt,Bowman, A) (Entered: 07/21/2023) |

| | | |
|---|---|---|
| 07/18/2023 | | ELECTRONICALLY CERTIFIED Record on Appeal to US Court of Appeals re [296](#) Notice of Appeal, is now available to Appellate Counsel via the 5th Circuit Court of Appeals website. See Instructions for Access and Use of the Electronic Record Download Feature of CM/ECF by clicking [here](#). (USCA #23-30445)<br><br>If you do not have access to the Electronic Download Feature of CM/ECF, please submit your request for the certified record on appeal to the District Court.<br><br>After obtaining permission from COA for sealed/restricted filings, please request access via the District Courts CM/ECF system. In addition to this electronic record, there are non-electronic manual attachment exhibits. (crt,WalkerSld, B) (Entered: 07/18/2023) |
| 07/18/2023 | 305 | *Joint* STATUS REPORT *re Proposed Deadline for Responding to Complaint* by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri, Wally Adeyemo, Hugh Auchincloss, Xavier Becerra, Joseph R Biden, Jr, Leah Bray, Yolanda Byrd, U S Census Bureau, Elvis M Chan, Subhan Cheema, Childrens Health Defense, Christy Choi, U S Dept of Commerce, Carol Crawford, Cybersecurity & Infrastructure Security Agency, Laura Dehmlow, Jay Dempsey, Centers for Disease Control & Prevention, Jen Easterly, U S Election Assistance Commission, Anthony Fauci, Federal Bureau of Investigation, Rob Flaherty, U S Food & Drug Administration, Alexis Frisbie, Kate Galatas, Kristin Galemore, Geoffrey Hale, Dept of Health & Human Services, Dept of Homeland Security, Mina Hsiang, Clarke Humphrey, Nina Jankowicz, Karine Jean-Pierre, Erica Jefferson, U S Dept of Justice, Brad Kimberly, Daniel Kimmage, Tericka Lambert, Timothy W Manning, Matthew Masterson, Alejandro Mayorkas, Gina McCarthy, Lorena Molina-Irizarry, Janell Muhammed, Michael Murray, Vivek H Murthy, Kristen Muthig, National Institute of Allergy & Infectious Diseases, Joshua Peck, Lauren Protentis, Jennifer Rene Psaki, Dana Remus, Mark A Robbins, Laura Rosenberger, Courtney Rowe, Dori Salcido, Zachary Henry Schwartz, Brian Scully, Aisha Shah, Jennifer Shopkorn, Robert Silvers, Andrew Slavitt, Allison Snell, U S Dept of State, Samaruddin K Stewart, U S Dept of Treasury, Samantha Vinograd, Benjamin Wakana, Eric Waldo, Kim Wyman. (Attachments: # 1 Exhibit 1 - DOJ-Plaintiffs Emails) (aty,Sauer, Dean) Modified to add filers on 7/18/2023 (Thomas, T). (Entered: 07/18/2023), (QC'ed on 07/18/2023, by Thomas , T) |
| 07/19/2023 | | Motions Transferred regarding [306](#) MOTION to Intervene. Motions referred to Judge Terry A Doughty. (crt,Bunting, M) (Entered: 07/19/2023) |
| 07/19/2023 | 307 | MEMORANDUM ORDER denying [306](#) Motion to Intervene. Signed by Judge Terry A Doughty on 7/19/2023. (crt,Crawford, A) (Entered: 07/19/2023) |
| 07/19/2023 | 308 | NOTICE of Appearance by Catherine Yang on behalf of All Defendants (Attorney Catherine Yang added to party All Defendants(pty:dft)) (aty,Yang, Catherine) (Entered: 07/19/2023), (QC'ed on 07/19/2023, by Thomas , T) |
| 07/19/2023 | 309 | RESPONSE to Motion re [236](#) MOTION to Consolidate Case with Case Number 3:23-cv-00381 with opposition filed by All Defendants. (aty,Yang, Catherine) (Entered: 07/19/2023), (QC'ed on 07/19/2023, by Thomas , T) |
| 07/19/2023 | 310 | NOTICE of Non-Opposition to the Motion to Consolidate of Robert F. Kennedy Jr., et al. by State of Louisiana, State of Missouri (aty,Sauer, Dean) (Entered: 07/19/2023), (QC'ed on 07/19/2023, by Thomas , T) |
| 07/19/2023 | 311 | MEMORANDUM in Opposition re [236](#) MOTION to Consolidate Case with Case Number 3:23-cv-00381 with opposition filed by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. (aty,Vecchione, John) (Entered: 07/19/2023), (QC'ed on 07/19/2023, by Thomas , T) |

| 07/20/2023 | 313 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426, Arlington, VA 22204, re: 298 Minute Entry, returned marked: Return to Sender - Not Deliverable as Addressed - Unable to forward. (crt,Alexander, E) (Entered: 07/21/2023) |
| --- | --- | --- |
| 07/20/2023 | 315 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426, Arlington, VA 22204, re: 301 Memorandum Ruling returned marked: Return to Sender - Not Deliverable as Addressed - Unable to Forward. (crt,WalkerSld, B) (Entered: 07/24/2023) |
| 07/22/2023 | 314 | REPLY to Response to Motion re 236 MOTION to Consolidate Case with Case Number 3:23-cv-00381 with opposition filed by Robert F Kennedy, Jr. (aty,Maturin, Glynn) (Entered: 07/22/2023), (QC'ed on 07/24/2023, by Thomas , T) |
| 07/24/2023 | 316 | MEMORANDUM ORDER granting 236 Motion to Consolidate Cases. Lead Case Number: 3:22-CV-1213. Member Case Number(s): 3:23-cv-0381. Signed by Judge Terry A Doughty on 7/24/2023. (crt,Thomas, T) (Entered: 07/24/2023) |
| 07/25/2023 | 317 | NOTICE of Consolidation by Clerk. (crt,Thomas, T) (Entered: 07/25/2023) |
| 07/26/2023 | 318 | MOTION to Withdraw Amanda K. Chuzi as Attorney by All Defendants. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 7/26/2023. (Attachments: # 1 Proposed order)(aty,Chuzi, Amanda) (Entered: 07/26/2023), (QC'ed on 07/26/2023, by Thomas , T) |
| 07/26/2023 | 319 | MOTION for Documents by Jon F Turpin. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 7/26/2023. (crt,Thomas, T) (Entered: 07/27/2023), (QC'ed on 07/27/2023, by Thomas , T) |
| 07/26/2023 | | Motions Transferred regarding 319 MOTION for Documents. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 07/27/2023) |
| 07/27/2023 | 320 | ORDER denying 319 Motion for documents. Signed by Judge Terry A Doughty on 7/27/2023. (crt,Keifer, K) (Entered: 07/27/2023) |
| 07/27/2023 | 321 | ELECTRONIC ORDER granting 318 Motion to Withdraw as Attorney. Attorney Amanda Chuzi terminated. Signed by Magistrate Judge Kayla D McClusky on 7/27/2023. (jud,McClusky, Kayla) (Entered: 07/27/2023), (QC'ed on 07/28/2023, by Leday , A) |
| 07/31/2023 | 322 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426 Arlington, TX 22204, re: 300 Notice of Deficiency, returned marked: Return to Sender, Vacant, Unable to Forward. (crt,Thomas, T) (Entered: 07/31/2023) |
| 08/07/2023 | 323 | NOTICE of of Claims/Lien by Judson Witham (crt,Chavis, J) (Main Document 323 replaced on 8/11/2023) (Chavis, J). (Additional attachment(s) added on 8/11/2023: # 1 Envelope) (Chavis, J). (Entered: 08/11/2023) |
| 08/11/2023 | 324 | MEMORANDUM ORDER of USCA as to 296 Notice of Appeal, filed by Robert Silvers, U S Dept of Justice, Clarke Humphrey, Timothy W Manning, Rob Flaherty, U S Dept of Commerce, Laura Dehmlow, Daniel Kimmage, Centers for Disease Control & Prevention, Vivek H Murthy, U S Dept of State, Joseph R Biden, Jr, Alejandro Mayorkas, Christy Choi, Kristin Galemore, Jay Dempsey, Elvis M Chan, Kristen Muthig, Laura Rosenberger, Yolanda Byrd, Andrew Slavitt, Nina Jankowicz, Eric Waldo, Brian Scully, Alexis Frisbie, National Institute of Allergy & Infectious Diseases, Wally Adeyemo, U S Election Assistance Commission, Brad Kimberly, Samaruddin K Stewart, Leah Bray, Dori Salcido, Jennifer Shopkorn, Kate Galatas, Tericka Lambert, Joshua Peck, Allison Snell, Gina McCarthy, Subhan Cheema, Lauren Protentis, Jen Easterly, Michael Murray, Courtney Rowe, Dept of Homeland Security, Zachary Henry Schwartz, Lorena Molina-Irizarry, Federal Bureau of Investigation, Anthony Fauci, Benjamin Wakana, Carol |

| | | |
|---|---|---|
| | | Crawford, Dana Remus, Cybersecurity & Infrastructure Security Agency, Geoffrey Hale, Aisha Shah, Samantha Vinograd, Janell Muhammed, Erica Jefferson, Hugh Auchincloss, Kim Wyman, Mark A Robbins, U S Census Bureau, Mina Hsiang, U S Food & Drug Administration, Karine Jean-Pierre, Matthew Masterson, U S Dept of Treasury, Dept of Health & Human Services, Xavier Becerra, Jennifer Rene Psaki that the unopposed motion of Leland Stanford Junior University, Alex Stamos and Renee DiResta, to file an amicus brief, in support of the appellants, is GRANTED. (crt,WalkerSld, B) (Entered: 08/14/2023) |
| 08/16/2023 | 325 | MOTION for Leave to Proceed under Pseudonym by Brandon Q Doe. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 8/16/2023. (Attachments: # 1 Redacted Exhibit, # 2 Proposed Motion for Leave to Intervene, # 3 Letter, # 4 Proposed order)(crt,Miletello, A) (Additional attachment(s) added on 8/16/2023: # 5 Envelope) (Miletello, A). (Entered: 08/16/2023), (QC'ed on 08/16/2023, by Miletello , A) |
| 08/16/2023 | 326 | MOTION to Seal Attached Document by Brandon Q Doe. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 8/16/2023. (Attachments: # 1 Proposed order, # 2 SEALED Proposed exhibit, # 3 Envelope)(crt,Miletello, A) (Entered: 08/16/2023), (QC'ed on 08/16/2023, by Miletello , A) |
| 08/16/2023 | | Motions Transferred regarding 325 MOTION for Leave to Proceed under Pseudonym, 326 MOTION to Seal Attached Document. Motions referred to Judge Terry A Doughty. (crt,Miletello, A) (Entered: 08/16/2023) |
| 08/18/2023 | 327 | MEMORANDUM ORDER denying 325 Motion for Leave to Proceed under Pseudonym; denying 326 Motion to Seal Attached Document. Signed by Judge Terry A Doughty on 8/17/2023. (crt,Crawford, A) (Entered: 08/18/2023) |
| 08/18/2023 | 328 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426 Arlington, VA 22204, re: 317 Notice of Consolidation, 316 Order on Motion to Consolidate Cases returned marked: Return to Sender, Not Deliverable as Addressed, Unable to Forward. (Attachments: # 1 Return Document #317) (crt,Thomas, T) (Entered: 08/18/2023) |
| 08/25/2023 | 329 | MOTION for Reconsideration re 327 Memorandum Order by Brandon Q Doe. Motions referred to Magistrate Judge Kayla D McClusky. (Attachments: # 1 Supplements to Motion, # 2 Letter, # 3 Proposed order, # 4 Envelope)(crt,Miletello, A) (Entered: 08/25/2023), (QC'ed on 08/25/2023, by Miletello , A) |
| 08/25/2023 | | Motions Transferred regarding 329 MOTION for Reconsideration re 327 Memorandum Order. Motion Ripe Deadline set for 8/25/2023. Motions referred to Judge Terry A Doughty. (crt,Miletello, A) (Entered: 08/25/2023) |
| 08/26/2023 | 330 | ELECTRONIC ORDER denying 329 Motion for Reconsideration re 329 MOTION for Reconsideration re 327 Memorandum Order filed by Brandon Q Doe. Signed by Judge Terry A Doughty on 8/26/2023. (jud,Doughty, Terry) (Entered: 08/26/2023), (QC'ed on 08/28/2023, by Crawford , A) |
| 09/11/2023 | 331 | USCA JUDGMENT/MANDATE (certified copy) as to 296 Notice of Appeal, filed by Robert Silvers, U S Dept of Justice, Clarke Humphrey, Timothy W Manning, Rob Flaherty, U S Dept of Commerce, Laura Dehmlow, Daniel Kimmage, Centers for Disease Control & Prevention, Vivek H Murthy, U S Dept of State, Joseph R Biden, Jr, Alejandro Mayorkas, Christy Choi, Kristin Galemore, Jay Dempsey, Elvis M Chan, Kristen Muthig, Laura Rosenberger, Yolanda Byrd, Andrew Slavitt, Nina Jankowicz, Eric Waldo, Brian Scully, Alexis Frisbie, National Institute of Allergy & Infectious Diseases, Wally Adeyemo, U S Election Assistance Commission, Brad Kimberly, Samaruddin K Stewart, Leah Bray, Dori Salcido, Jennifer Shopkorn, Kate Galatas, Tericka Lambert, Joshua Peck, |

| | | |
|---|---|---|
| | | Allison Snell, Gina McCarthy, Subhan Cheema, Lauren Protentis, Jen Easterly, Michael Murray, Courtney Rowe, Dept of Homeland Security, Zachary Henry Schwartz, Lorena Molina-Irizarry, Federal Bureau of Investigation, Anthony Fauci, Benjamin Wakana, Carol Crawford, Dana Remus, Cybersecurity & Infrastructure Security Agency, Geoffrey Hale, Aisha Shah, Samantha Vinograd, Janell Muhammed, Erica Jefferson, Hugh Auchincloss, Kim Wyman, Mark A Robbins, U S Census Bureau, Mina Hsiang, U S Food & Drug Administration, Karine Jean-Pierre, Matthew Masterson, U S Dept of Treasury, Dept of Health & Human Services, Xavier Becerra, Jennifer Rene Psaki. (USCA #23-30445) <br><br> IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED with respect to the White House, the surgeon General, the CDC, and the FBI, and REVERSED as to all other officials. The preliminary injunction is VACATED except for prohibition number six, which is MODIFIED as set forth herein. The Appellants motion for a stay pending appeal is DENIED as moot. The Appellants request to extend the administrative stay for ten days following the date hereof pending an application to the Supreme Court of the United States is GRANTED, and the matter is STAYED. <br><br> IT IS FURTHER ORDERED that each party to bear own costs pay to the costs on appeal to be taxed by the Clerk of this Court. <br><br> (crt,WalkerSld, B) (Entered: 09/12/2023) |
| 09/13/2023 | 332 | MAIL RETURNED as Undeliverable: Mail sent to Mike Webb, 955 S Columbus St #426, Arlington, VA 22204, re: 330 Order, returned marked: Return to Sender; Not Deliverable as Addressed; Unable to Forward. (crt,Miletello, A) (Entered: 09/14/2023) |
| 09/14/2023 | 333 | NOTICE of Supreme Court of the United States (SCOTUS) Order that the preliminary injunction issued on July 4, 2023, by the United States District Court for the Western District of Louisiana, case No. 3:22-cv-01213, is hereby administratively stayed until 11:59 p.m. (EDT) on Friday, September 22, 2023. (USCA #23-30445) (SCOTUS #23A243) <br><br> IT IS FURTHER ORDERED that any response to the application be filed on or before Wednesday, September 20, 2023, by 4 p.m. (EDT). <br><br> (crt,WalkerSld, B) (Entered: 09/14/2023) |
| 09/22/2023 | 334 | MOTION to Withdraw Adam Kirschner as Attorney by All Defendants. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 9/22/2023. (Attachments: # 1 Text of proposed order)(Attorney Adam Kirschner added to party All Defendants(pty:dft), Attorney Adam Kirschner added to party Hugh Auchincloss(pty:dft))(aty,Kirschner, Adam) (Entered: 09/22/2023), (QC'ed on 09/22/2023, by Thomas , T) |
| 09/25/2023 | 335 | MEMORANDUM ORDER of USCA as to 296 Notice of Appeal, filed by Robert Silvers, U S Dept of Justice, Clarke Humphrey, Timothy W Manning, Rob Flaherty, U S Dept of Commerce, Laura Dehmlow, Daniel Kimmage, Centers for Disease Control & Prevention, Vivek H Murthy, U S Dept of State, Joseph R Biden, Jr, Alejandro Mayorkas, Christy Choi, Kristin Galemore, Jay Dempsey, Elvis M Chan, Kristen Muthig, Laura Rosenberger, Yolanda Byrd, Andrew Slavitt, Nina Jankowicz, Eric Waldo, Brian Scully, Alexis Frisbie, National Institute of Allergy & Infectious Diseases, Wally Adeyemo, U S Election Assistance Commission, Brad Kimberly, Samaruddin K Stewart, Leah Bray, Dori Salcido, Jennifer Shopkorn, Kate Galatas, Tericka Lambert, Joshua Peck, Allison Snell, Gina McCarthy, Subhan Cheema, Lauren Protentis, Jen Easterly, Michael Murray, Courtney Rowe, Dept of Homeland Security, Zachary Henry Schwartz, Lorena Molina-Irizarry, Federal Bureau of Investigation, Anthony Fauci, Benjamin Wakana, Carol |

| | | |
|---|---|---|
| | | Crawford, Dana Remus, Cybersecurity & Infrastructure Security Agency, Geoffrey Hale, Aisha Shah, Samantha Vinograd, Janell Muhammed, Erica Jefferson, Hugh Auchincloss, Kim Wyman, Mark A Robbins, U S Census Bureau, Mina Hsiang, U S Food & Drug Administration, Karine Jean-Pierre, Matthew Masterson, U S Dept of Treasury, Dept of Health & Human Services, Xavier Becerra, Jennifer Rene Psaki that the petition for rehearing is GRANTED. (crt,WalkerSld, B) (Entered: 09/25/2023) |
| 09/26/2023 | 336 | MEMORANDUM ORDER of USCA as to 296 Notice of Appeal, filed by Robert Silvers, U S Dept of Justice, Clarke Humphrey, Timothy W Manning, Rob Flaherty, U S Dept of Commerce, Laura Dehmlow, Daniel Kimmage, Centers for Disease Control & Prevention, Vivek H Murthy, U S Dept of State, Joseph R Biden, Jr, Alejandro Mayorkas, Christy Choi, Kristin Galemore, Jay Dempsey, Elvis M Chan, Kristen Muthig, Laura Rosenberger, Yolanda Byrd, Andrew Slavitt, Nina Jankowicz, Eric Waldo, Brian Scully, Alexis Frisbie, National Institute of Allergy & Infectious Diseases, Wally Adeyemo, U S Election Assistance Commission, Brad Kimberly, Samaruddin K Stewart, Leah Bray, Dori Salcido, Jennifer Shopkorn, Kate Galatas, Tericka Lambert, Joshua Peck, Allison Snell, Gina McCarthy, Subhan Cheema, Lauren Protentis, Jen Easterly, Michael Murray, Courtney Rowe, Dept of Homeland Security, Zachary Henry Schwartz, Lorena Molina-Irizarry, Federal Bureau of Investigation, Anthony Fauci, Benjamin Wakana, Carol Crawford, Dana Remus, Cybersecurity & Infrastructure Security Agency, Geoffrey Hale, Aisha Shah, Samantha Vinograd, Janell Muhammed, Erica Jefferson, Hugh Auchincloss, Kim Wyman, Mark A Robbins, U S Census Bureau, Mina Hsiang, U S Food & Drug Administration, Karine Jean-Pierre, Matthew Masterson, U S Dept of Treasury, Dept of Health & Human Services, Xavier Becerra, Jennifer Rene Psaki that the court order entered on September 25, 2023, is withdrawn.<br><br>IT IS FURTHER ORDERED that the mandate issued forthwith, on September 11, 2023, is recalled.<br><br>IT IS FURTHER ORDERED that the Appellants are directed to file a response to the petition for rehearing by September 28, 2023, at 12:00 p.m.<br><br>IT IS FURTHER ORDERED that the preliminary injunction issued on July 4, 2023, by the United States District Court for the Western District of Louisiana will remain STAYED pending resolution of Appellees' petition for panel rehearing.<br><br>(crt,WalkerSld, B) (Entered: 09/26/2023) |
| 09/27/2023 | 337 | ORDER granting 334 Motion to Withdraw as Attorney. Attorney Adam Kirschner terminated. Signed by Magistrate Judge Kayla D McClusky on 9/27/2023. (crt,Leday, A) (Entered: 09/27/2023) |
| 09/29/2023 | 338 | LETTER from Jon F D Turpin to Judge Doughty and Magistrate Judge McClusky. (crt,Thomas, T) (Main Document 338 replaced on 10/2/2023) (Thomas, T). (Additional attachment(s) added on 10/2/2023: # 1 Certificate of Marriage) (Thomas, T). (Entered: 10/02/2023) |
| 10/03/2023 | 339 | USCA JUDGMENT/MANDATE (certified copy) as to 296 Notice of Appeal, filed by Robert Silvers, U S Dept of Justice, Clarke Humphrey, Timothy W Manning, Rob Flaherty, U S Dept of Commerce, Laura Dehmlow, Daniel Kimmage, Centers for Disease Control & Prevention, Vivek H Murthy, U S Dept of State, Joseph R Biden, Jr, Alejandro Mayorkas, Christy Choi, Kristin Galemore, Jay Dempsey, Elvis M Chan, Kristen Muthig, Laura Rosenberger, Yolanda Byrd, Andrew Slavitt, Nina Jankowicz, Eric Waldo, Brian Scully, Alexis Frisbie, National Institute of Allergy & Infectious Diseases, Wally Adeyemo, U S Election Assistance Commission, Brad Kimberly, Samaruddin K Stewart, Leah Bray, Dori Salcido, Jennifer Shopkorn, Kate Galatas, Tericka Lambert, Joshua Peck, |

|  |  | Allison Snell, Gina McCarthy, Subhan Cheema, Lauren Protentis, Jen Easterly, Michael Murray, Courtney Rowe, Dept of Homeland Security, Zachary Henry Schwartz, Lorena Molina-Irizarry, Federal Bureau of Investigation, Anthony Fauci, Benjamin Wakana, Carol Crawford, Dana Remus, Cybersecurity & Infrastructure Security Agency, Geoffrey Hale, Aisha Shah, Samantha Vinograd, Janell Muhammed, Erica Jefferson, Hugh Auchincloss, Kim Wyman, Mark A Robbins, U S Census Bureau, Mina Hsiang, U S Food & Drug Administration, Karine Jean-Pierre, Matthew Masterson, U S Dept of Treasury, Dept of Health & Human Services, Xavier Becerra, Jennifer Rene Psaki:

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED with respect to the White House, the Surgeon General, the CDC, the FBI, and CISA and REVERSED as to all other officials. The preliminary injunction is VACATED except for prohibition number six, which is MODIFIED as set forth herein. The preliminary injunction is STAYED for ten days following the date hereof. (USCA #23-30445)

(crt,WalkerSld, B) (Entered: 10/03/2023) |
| 10/10/2023 | [340](#) | MAIL RETURNED as Undeliverable: Mail sent to Brandon Q Doe, 500 Parker Rd Paducah, KY 42003, re: [337](#) Order on Motion to Withdraw as Attorney returned marked: Return to Sender, Not Deliverable as Addressed, Unable to Forward. (crt,Thomas, T) (Entered: 10/11/2023) |
| 10/16/2023 | [341](#) | MOTION to Seal Attached Document by Jon F Turpin. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 10/16/2023. (Attachments: # [1](#) Proposed SEALED pleading, # [2](#) Proposed SEALED exhibit)(crt,Miletello, A) (Entered: 10/17/2023), (QC'ed on 10/17/2023, by Miletello , A) |
| 10/16/2023 |  | Motions Transferred regarding [341](#) MOTION to Seal Attached Document. Motions referred to Judge Terry A Doughty. (crt,Miletello, A) (Entered: 10/17/2023) |
| 10/17/2023 | [342](#) | ORDER denying [341](#) Motion to Seal Attached Document. Signed by Judge Terry A Doughty on 10/17/2023. (crt,Crawford, A) (Entered: 10/17/2023) |
| 10/26/2023 | [343](#) | MOTION for Reconsideration by Jon F Turpin. Motions referred to Magistrate Judge Kayla D McClusky. (Attachments: # [1](#) Exhibit, # [2](#) Exhibit, # [3](#) Exhibit, # [4](#) Exhibit, # [5](#) Exhibit, # [6](#) Exhibit, # [7](#) Exhibit)(crt,Miletello, A) (Entered: 10/31/2023), (QC'ed on 10/31/2023, by Miletello , A) |
| 10/26/2023 |  | Motions Transferred regarding [343](#) MOTION for Reconsideration. Motion Ripe Deadline set for 10/26/2023. Motions referred to Judge Terry A Doughty. (crt,Miletello, A) (Entered: 10/31/2023) |
| 11/01/2023 | [344](#) | ORDER denying [343](#) Motion for Reconsideration as to [307](#) Order on Motion to Intervene. Signed by Judge Terry A Doughty on 11/1/2023. (crt,Crawford, A) (Entered: 11/01/2023) |
| 12/01/2023 | [345](#) | APPEAL REMARK re [296](#) Notice of Appeal: Supreme Court Opinion received granting petition for writ of certiorari filed by Appellants Mr. Xavier Becerra, Mr. Joseph R. Biden, Jr., Mr. Vivek H. Murthy, Department of Health & Human Services and Mr. Anthony Fauci. (USCA #23-30445) (crt,WalkerSld, B) (Entered: 12/05/2023) |
| 12/13/2023 | [346](#) | MINUTE ENTRY: Defendants in this matter shall file a brief by 12/20/23. Plaintiffs in the member case 3:23-cv-0381, shall respond 7 days thereafter. Signed by Judge Terry A Doughty on 12/13/2023. (crt,Crawford, A) (Entered: 12/13/2023) |
| 02/05/2024 | [347](#) | LETTER from United States Court of Appeals 5th Circuit No. USCA #23-30445. By copy of this letter, the Clerk of the United States District Court for the Western District of |

| | | Louisiana is directed to transmit their record to the United States Supreme Court. (crt,WalkerSld, B) (Entered: 02/22/2024) |
|---|---|---|
| 04/24/2024 | 348 | MEMORANDUM ORDER of USCA that Appellants' unopposed motion to hold this appeal in abeyance pending the Supreme Courts disposition of Murthy v. Missouri, No. 23-411 (U.S.) is GRANTED. (crt,WalkerSld, B) (Entered: 04/24/2024) |
| 04/25/2024 | 349 | MOTION for Discovery by Childrens Health Defense, Robert F Kennedy, Jr, Connie Sampognaro. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 4/25/2024. (Attachments: # 1 Memorandum / Brief, # 2 Exhibit Mary Holland Declaration, # 3 Exhibit G. Shelly Maturin, II Declaration with Exhibits, # 4 Proposed order)(aty,Maturin, Glynn) (Entered: 04/25/2024), (QC'ed on 04/25/2024, by Thomas , T) |
| 04/26/2024 | 350 | NOTICE of Motion Setting regarding: 349 MOTION for Discovery . Motions referred to Magistrate Judge Kayla D McClusky. (crt,Leday, A) (Entered: 04/26/2024) |
| 05/03/2024 | 351 | MEMORANDUM in Opposition re 349 MOTION for Discovery filed by All Defendants. (aty,Sur, Indraneel) (Entered: 05/03/2024), (QC'ed on 05/03/2024, by Thomas , T) |
| 05/21/2024 | 352 | MEMORANDUM ORDER denying 349 Motion for Discovery. Signed by Magistrate Judge Kayla D McClusky on 5/21/2024. (crt,Leday, A) (Entered: 05/21/2024) |
| 06/21/2024 | 353 | MOTION for Jenin Younes to Re-Enroll as Counsel by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 6/21/2024. (Attachments: # 1 Certificate of good standing, # 2 Proposed order)(aty,Murrill, Elizabeth) (Entered: 06/21/2024), (QC'ed on 06/21/2024, by Miletello , A) |
| 06/21/2024 | 354 | First MOTION for Leave to serve third-party subpoenas prior to a Rule 26(f) conference by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 6/21/2024. (Attachments: # 1 Memorandum in Support, # 2 Proposed order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9) (aty,Younes, Jenin) Modified on 6/24/2024 (Thomas, T). (Entered: 06/21/2024), (QC'ed on 06/24/2024, by Thomas , T) |
| 06/25/2024 | 355 | ORDER granting 353 Motion to Enroll as Counsel. Added as counsel Jenin Younes for Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. Signed by Magistrate Judge Kayla D McClusky on 6/24/2024. (crt,Leday, A) (Entered: 06/25/2024) |
| 06/25/2024 | 356 | NOTICE of Motion Setting regarding: 354 First MOTION for Leave to serve third-party subpoenas prior to a Rule 26(f) conference. Any response to the motion is due within 14 days. Motions referred to Magistrate Judge Kayla D McClusky. (crt,Leday, A) (Entered: 06/25/2024) |
| 06/26/2024 | | Motions Transferred regarding 354 First MOTION for Leave to serve third-party subpoenas prior to a Rule 26(f) conference. Motions referred to Judge Terry A Doughty. (crt,Crawford, A) (Entered: 06/26/2024) |
| 06/27/2024 | 357 | ORDER denying at this time 354 Motion for Leave to serve third-party subpoenas prior to a Rule 26(f) conference. Signed by Judge Terry A Doughty on 6/27/2024. (crt,Crawford, A) (Entered: 06/27/2024) |
| 06/27/2024 | 358 | NOTICE of Supreme Court Opinion by All Defendants *in No. 23-411 (U.S.)* (Attorney Indraneel Sur added to party All Defendants(pty:dft)) (aty,Sur, Indraneel) (Entered: 06/27/2024), (QC'ed on 06/27/2024, by Thomas , T) |
| 06/28/2024 | 359 | NOTICE of Kennedy Plaintiffs' Notice of Supreme Court Opinion and Effective Date of Injunction by Childrens Health Defense, Robert F Kennedy, Jr, Connie Sampognaro |

| | | (aty,Maturin, Glynn) (Entered: 06/28/2024), <span style="color:green">(QC'ed on 07/01/2024, by Thomas , T)</span> |
|---|---|---|
| 07/01/2024 | 360 | MOTION for Extension of stay of preliminary injunction as to Kennedy Plaintiffs, MOTION for Clarification with opposition by All Defendants. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 7/1/2024. (Attachments: # 1 Text of proposed order)(aty,Sur, Indraneel). Modified to add motion event on 7/1/2024 (Thomas, T). (Entered: 07/01/2024), <span style="color:green">(QC'ed on 07/01/2024, by Thomas , T)</span> |
| 07/01/2024 | | Motions Transferred regarding 360 MOTION for Extension of stay of preliminary injunction as to Kennedy Plaintiffs with opposition *motion for clarification* MOTION for Clarification. Motions referred to Judge Terry A Doughty. (crt,Thomas, T) (Entered: 07/01/2024) |
| 07/02/2024 | 361 | MINUTE ENTRY: re 360 MOTION for Extension of stay of preliminary injunction as to Kennedy Plaintiffs with opposition and MOTION for Clarification filed by All Defendants. Kennedy Plaintiffs' response due by 7/16/2024. Defendants may file a reply seven days thereafter. Signed by Judge Terry A Doughty on 7/2/2024. (crt,Crawford, A) (Entered: 07/02/2024) |
| 07/02/2024 | 362 | MINUTE ENTRY: re 360 MOTION for Extension of stay of preliminary injunction as to Kennedy Plaintiffs with opposition and MOTION for Clarification filed by All Defendants The 361 Minute Entry is vacated and new briefing deadlines are set. Kennedy Plaintiffs Response is due by 7/9/2024. Defendants may file a reply three days thereafter. Signed by Judge Terry A Doughty on 7/2/2024. (crt,Crawford, A) (Entered: 07/02/2024) |
| 07/06/2024 | 363 | MEMORANDUM in Opposition re 360 MOTION for Extension of stay of preliminary injunction as to Kennedy Plaintiffs with opposition *motion for clarification* MOTION for Clarification filed by Childrens Health Defense, Robert F Kennedy, Jr, Connie Sampognaro. (aty,Maturin, Glynn) (Entered: 07/06/2024), <span style="color:green">(QC'ed on 07/08/2024, by Bunting , M)</span> |
| 07/08/2024 | 364 | MOTION for an Indicative Ruling that the Court Would Dissolve the Preliminary Injunction or, in the Alternative, for a Stay Pending Appeal *of the Kennedy Plaintiffs' Preliminary Injunction* by All Defendants. Motions referred to Kayla D McClusky. Motion Ripe Deadline set for 7/8/2024. (Attachments: # 1 Proposed order) Attorney Alexander William Resar added to party All Defendants(pty:dft) Modified docket text on 7/9/2024 (Bunting, M). (Entered: 07/08/2024), <span style="color:green">(QC'ed on 07/09/2024, by Bunting , M)</span> |
| 07/09/2024 | | Motions Transferred regarding 364 MOTION for an Indicative Ruling that the Court Would Dissolve the Preliminary Injunction or, in the Alternative, for a Stay Pending Appeal *of the Kennedy Plaintiffs' Preliminary Injunction*. Motions referred to Judge Terry A Doughty. (crt,Bunting, M) (Entered: 07/09/2024) |
| 07/09/2024 | 365 | MEMORANDUM ORDER denying 360 Motion for Clarification of Duration of Stay or Alternatively, for 26-Day Extension; denying 364 Motion for Indicative Ruling. Signed by Judge Terry A Doughty on 7/9/2024. (crt,Keifer, K) (Entered: 07/09/2024) |
| 07/17/2024 | 366 | MOTION to Substitute Attorney Zachary Faircloth in place of Elizabeth Baker Murrill with consent(Motion Ripe Deadline set for 7/17/2024.) by All Plaintiffs. Motions referred to Kayla D McClusky. (Attachments: # 1 Proposed order)(Attorney Zachary Faircloth added to party Jayanta Bhattacharya(pty:pla), Attorney Zachary Faircloth added to party Jill Hines(pty:pla), Attorney Zachary Faircloth added to party Jim Hoft(pty:pla), Attorney Zachary Faircloth added to party Aaron Kheriaty(pty:pla), Attorney Zachary Faircloth added to party Martin Kulldorff(pty:pla), Attorney Zachary Faircloth added to party State of Louisiana(pty:pla), Attorney Zachary Faircloth added to party State of Missouri(pty:pla))(aty,Faircloth, Zachary) Modified to edit text and remove erroneous |

| | | |
|---|---|---|
| | | motion relief selected on 7/17/2024 (Chavis, J). (Entered: 07/17/2024), (QC'ed on 07/17/2024, by Chavis , J) |
| 07/17/2024 | | NOTICE of Corrective Action to Zachary Faircloth on behalf of Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri regarding Action taken: Modified entry to remove extra motion relief which was not applicable to the pleading filed. (crt,Chavis, J) (Entered: 07/17/2024) |
| 07/18/2024 | 368 | MOTION for Civil Investigative Matter by Dept of Treasury, House Judiciary Committee & House Oversight Committee by Jon F Turpin. Motions referred to Magistrate Judge Kayla D McClusky. Motion Ripe Deadline set for 7/18/2024. (Attachments: # 1 Exhibit) (crt,Miletello, A) (Entered: 07/22/2024), (QC'ed on 07/22/2024, by Miletello , A) |
| 07/18/2024 | 369 | SEALED DOCUMENT: Exhibit by Jon F Turpin re 368 MOTION for Civil Investigative Matter by Dept of Treasury, House Judiciary Committee & House Oversight Committee. (crt,Miletello, A) (Entered: 07/22/2024) |
| 07/18/2024 | | Motions Transferred regarding 368 MOTION for Civil Investigative Matter by Dept of Treasury, House Judiciary Committee & House Oversight Committee. Motions referred to Judge Terry A Doughty. (crt,Miletello, A) (Entered: 07/22/2024) |
| 07/18/2024 | 370 | NOTICE OF APPEAL as to 365 Memorandum Order filed by Jon F Turpin, pro se. FEE STATUS: NOT PAID (crt,WalkerSld, B) (Entered: 07/22/2024) |
| 07/19/2024 | 367 | ORDER granting 366 Motion to Substitute Attorney. Added attorney Zachary Faircloth for Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. Attorney Elizabeth Baker Murrill terminated. Signed by Magistrate Judge Kayla D McClusky on 7/19/2024. (crt,Leday, A) (Entered: 07/19/2024) |
| 07/22/2024 | 371 | ORDER denying 368 Motion for Civil Investigative Matter. Signed by Judge Terry A Doughty on 7/22/2024. (crt,Crawford, A) (Entered: 07/22/2024) |