

# United States District Court
OFFICE OF THE CLERK
**Western District of Louisiana**

July 22, 2024

*Tom Stagg United States Court House*
*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*318-676-4273*

Jon F Turpin
2421 S Plum St
Yorktown, IN 47396


Re:    Missouri et al v. Biden et al
        USDC#    3:22-cv-1213-TAD-KDM

Dear Mr. Turpin:

    Your Notice of Appeal in this matter was filed on July 18, 2024. To perfect this notice of appeal under Federal Rules of Appellate Procedures 3(c), fees in the sum of SIX HUNDRED FIVE & NO/100 ($605.00) DOLLARS, payable to DANIEL J. McCOY, CLERK OF COURT, are due immediately. Please remit the fee or the attached IFP application if applicable immediately so that no risk of dismissal is incurred.

    Sincerely,

    DANIEL J. McCOY, Clerk of Court

    BY: s/BW
        Deputy Clerk

bw