*(Rev. 12/6/12)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

| | | |
|---|---|---|
| State of Missouri et al | Civil Action No. | 3:22-cv-1213 |
| Plaintiff | | |
| VS. | Judge | Doughty |
| Joseph R Biden, Jr et al | Magistrate Judge | McClusky |
| Defendant | | |

**APPLICATION TO PROCEED *IN FORMA PAUPERIS*
UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

1. Full Name  _____

2. Address  _____
   (Street Address or P.O. Box)

   _____
   (City)         (State)   (Zip Code)

3. Marital Status:   Single ☐   Married ☐   Separated ☐
                     Divorced ☐   Widowed ☐

4. Are you presently employed?   Yes ☐   No ☐

   If the answer is "Yes," give your occupation, the name and address of your employer and the gross and net amount of your salary.

   _____
   (Occupation)      (Gross Salary)      (Net Salary)

   _____
   (Name and Address of Your Employer)

5. If you are not presently employed, state the date of your last employment, the name and address of your employer and your salary.

   _____
   (Date Last Employed)              (Salary)

   _____
   (Name and Address of Your Last Employer)

*(Rev. 12/6/12)*

6. If you are married and if your spouse is employed, state his/her name, occupation, employer, address of employer and salary.

    _____
        (Name of Spouse)         (Occupation)         (Salary)

7. Approximately how much money have you received in the past twelve months from the following sources:

    as wages, salary, commissions or earned income of any kind?  _____

    as workman's compensation or disability insurance?  _____

    as rent payments, interest, dividends?  _____

    as pensions, annuities or life insurance payments?  _____

    from social security, unemployment compensation or welfare payments?  _____

    as gifts or inheritance?  _____

    from other sources?  _____

8. How much money do you own or have in any checking or savings account?  _____

9. Do you own or have any interest in any real estate, automobiles or other vehicles, boats, stocks, bonds, notes, or any other valuable property (excluding ordinary household furnishings and clothing)?   Yes [ ]   No [ ]

    If "Yes," give a description of the property and its estimated value.  _____

    _____

    _____

    _____

*(Rev. 12/6/12)*

10. Is anyone dependent on you for support?   Yes ☐   No ☐
    If "Yes," give names, ages, relationship to you, and the amount you contribute toward their support. _____

    _____

    _____

    _____

    _____

11. List any debts you have and the amount owed.

    | Creditor | Amount Owed |
    |---|---|
    | | |
    | | |
    | | |
    | | |

12. List your monthly living expenses.

    | | |
    |---|---|
    | | |
    | | |
    | | |
    | | |
    | | |

I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

_____     _____
(Date)                                                  (Signature of Applicant)

Page 3 of 3