RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 30 2024  *IFP (Appeals)*

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

State of Missouri et al

Plaintiff

VS.

Joseph R Biden, Jr et al

Defendant

Civil Action No. **3:22-cv-1213**

Judge **Doughty**

Magistrate Judge **McClusky**

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*
## UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964

1. Full Name **Jon Frederick "Dismas" Turpin**

2. Address **8421 S. Plum St. / 10455 Cletus Dr.**
   **473961**
   (Street Address or P.O. Box)

   **Yorktown / Baton Rouge  IN/LA  70815**
   (City)                                      (State)   (Zip Code)

3. Marital Status:  Single [ ]   Married [✓]   Separated [ ]
   Divorced [ ]   Widowed [ ]

4. Are you presently employed?  Yes [ ]   No [✓]

   If the answer is "Yes," give your occupation, the name and address of your employer
   and the gross and net amount of your salary.

   **Wrongfully Terminated       $103,000   ~ $86,000**
   (Occupation)                        (Gross Salary)        (Net Salary)

   **Direct Employers Assc. 7602 Woodland Dr., Indianapolis,**
   (Name and Address of Your Employer) **IN, 46278**

5. If you are not presently employed, state the date of your last employment, the name and
   address of your employer and your salary.

   **6/14/23                              $103,000**
   (Date Last Employed)                     (Salary)

   **FBI InfraGard IN + LA / Fritz Technology LLC**
   (Name and Address of Your Last Employer)

*(Rev. 12/6/12)*

6. If you are married and if your spouse is employed, state his/her name, occupation, employer, address of employer and salary.

<u>Erin Rita Golden      Unemployed      $.00</u>

(Name of Spouse)                    (Occupation)                    (Salary)

7. Approximately how much money have you received in the past twelve months from the following sources:

as wages, salary, commissions or earned income of any kind?  <u>**None**</u>

as workman's compensation or disability insurance?  <u>**None**</u>

as rent payments, interest, dividends?  <u>**Negligible... $ 2.00 ?**</u>

as pensions, annuities or life insurance payments?  <u>**None**</u>

from social security, unemployment compensation or welfare payments?  <u>**None**</u>

as gifts or inheritance?  <u>**None, ~$10,000,000 defrauded**</u>
**◼ from maternal grandmother, uncle, me, my wife**

from other sources?  _____

8. How much money do you own or have in any checking or savings account?  ◼◼◼
**$3,466, with $6,000+ debt after being blacklisted.**

9. Do you own or have any interest in any real estate, automobiles or other vehicles, boats, stocks, bonds, notes, or any other valuable property (excluding ordinary household furnishings and clothing)?   Yes [✓]   No [ ]

If "Yes," give a description of the property and its estimated value.  **Homestead.**
**$143,000 with $90,000 loan.**
**Jeep that had to be purchased while**
**transporting evidence to FBI in KY.**
**$8,000 with $18,000 loan. Basically bankrupt**

*(Rev. 12/6/12)*

10. Is anyone dependent on you for support?   Yes ☑  No ☐
   If "Yes," give names, ages, relationship to you, and the amount you contribute toward their support. **Wife/Spouse: Erin Rita Golden**
   **Cats: Maylynn Turpin, Ritz Turpin,**
   **B.C. Luna Golden-Turpin.**

   **Everything God has Blessed me with.**

11. List any debts you have and the amount owed.

| Creditor | Amount Owed |
| --- | --- |
| Slate Edge | $2,708.31 |
| Sapphire Reserve | $550.00 |
| Prime Visa | $3,083.18 |
| PayPal | $154.33 |

12. List your monthly living expenses.

| | |
| --- | --- |
| Mortgage | ~ $900 |
| Car Payment | ~ $300 |
| Food (Including Pets) | ~ $400 |
| Gas | ~ $100 |
| Internet + Utilities | ~ $400 |
| Insurance and Misc. | ~ $400 |

I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

**7/27/2024**
_____
(Date)

_____
(Signature of Applicant)

*Erin Golden*

Page 3 of 3