## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Jon F Turpin
2421 S Plum St
Yorktown, IN 47396

Case: 3:22-cv-01213 #373
6 pages printed: Mon, 22 Jul 2024 13:41:07

### YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

U.S. District Court

Western District of Louisiana

Notice of Electronic Filing

The following transaction was entered on 7/22/2024 at 1:23 PM CDT and filed on 7/22/2024

Case Name: Missouri et al v. Biden et al

Case Number: 3:22-cv-01213-TAD-KDM

Filer: Jon F Turpin

Document Number: 373

Docket Text:
FEE LETTER requesting payment of appeal filing fee sent to Jon F Turpin re [370] Notice of Appeal. (Attachments: # (1) Application to Proceed In Forma Pauperis)(crt,WalkerSld, B)



**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

July 22, 2024

*Tom Stagg United States Court House*
*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*318-676-4273*

Jon F Turpin
2421 S Plum St
Yorktown, IN 47396

Re:   Missouri et al v. Biden et al
      USDC#     3:22-cv-1213-TAD-KDM

Dear Mr. Turpin:

Your Notice of Appeal in this matter was filed on July 18, 2024. To perfect this notice of appeal under Federal Rules of Appellate Procedures 3(c), fees in the sum of SIX HUNDRED FIVE & NO/100 ($605.00) DOLLARS, payable to DANIEL J. McCOY, CLERK OF COURT, are due immediately. Please remit the fee or the attached IFP application if applicable immediately so that no risk of dismissal is incurred.

Sincerely,

DANIEL J. McCOY, Clerk of Court

BY: s/BW
    Deputy Clerk

bw