PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PM
ANDERSON, IN 46011
JUL 27, 2024

71101        $14.40

RDC 03    0 Lb 2.50 Oz    R2304M110997-55

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

## PRIORITY ★ MAIL ★

FROM: Jon F. "A" Turpin
2421 S. Plum St.,
Yorktown, IN 47396

TO: ATTN: Hon. Daniel J. McCoy
Hon. Tom Stagg
300 Fannin St., ST. 1167,
Shreveport, LA 71101

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 30 2024
DANIEL J. McCOY, CLERK

X-RAYED

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

EXPECTED DELIVERY DAY: 07/30/24

USPS SIGNATURE® TRACKING #

9510 8108 5772 4209 7993 80