UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**STATE OF MISSOURI ET AL**          **CASE NO. 3:22-CV-01213 LEAD**

**VERSUS**          **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**          **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering the application to proceed *in forma pauperis* by State of Missouri, IT IS HEREBY:

☐ GRANTED          ☐ DENIED

THUS DONE in Chambers on this _____ day of _____, 2024.

_____
Terry A. Doughty
United States District Judge