RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 3 0 2024

DANIEL J. McCOY, CLERK
BY: _____

In The
Western District of Louisiana

Robert F. Kennedy, Jr., et al )
[Jon F. "D." Turpin & POA ERG, et al] )
Plaintiffs )
) Case Nos.
) 1:23-CV-01059, 3:22-CV-01213, 3:23-CV-00381
v. )
)
) Interlocutory Case Nos.
Joseph R. Biden, Jr., et al, ) 23A-PO-2872, 24-EX-1398, 24-EX-1399
[Kamala Devi Harris, et al] )
Defendants )

**MOTION FOR LEAVE TO SUPPLEMENT MOTION TO IMPEACH KAMALA DEVI HARRIS**

May it please the Court,

We hereby motion for leave to supplement transcript of "Kamala Harris Should Never Be Commander in Chief" Tulsi Gabbard: YouTube - Jul, 24, 2024 1:30AM

https://www.youtube.com/watch?v=v7W_753q_z0

to "Motion to Impeach Kamala Devi Harris for high crimes and misdemeanors against our Constitutional Republic Democracy, the United States of America."

In God We Trust,

*[signatures]*