

Former Congresswoman, Tulsi Gabbard: It is about 1:30 in the morning, wrapping up my trip here to Rome where I came out here to participate in a dialogue with, uh, leaders from different countries about peace security and prosperity in the Western Hemisphere and Europe. Uh, obviously there's been a lot of breaking news given President Biden announced he's not running for reelection Kamala Harris has now gathered the support not only of President Biden but the Clintons and leaders in Congress and many others.

I fully expect her to be the Democratic nominee so it's, it's worthy for us to have a discussion of what does a president Kamala Harris look like; a commander-in-chief Kamala Harris? And what are some of the things from her record that we as voters should be examining as we go through this next three months of this election? So I jotted down a few notes that I think are worthy of, of our examination uh and our discussion. Uh, first of all let's be clear about why this decision was made by the Democrat Elite: They don't care about Joe Biden, frankly they don't care about Kamala Harris they don't care about any, any certain individual all they care really is about power, how do they stay in power.

So, they've put, uh, Joe Biden and his horse out to pasture, they've brought in a semi new horse in Kamala Harris this is very predictable. But we should not be mistaken or distracted by this Switcheroo that's just taking place, uh, because nothing's going to change. The policies are not going to change, uh, the elitist cabal of warmongers that are in control of the democratic party led by the queen of warmongers herself Hillary Clinton, uh, will



Kamala Harris Should Never Be Commander in Chief

Tulsi Gabbard ⊘    Subscribe    🖒 16K   🖓   ⤴ Share   ⬇ Downloaded   ✂ Clip   ☰+ Save   ⋯

remain in charge. This is one of the main reasons why left the Democratic party Kamala Harris will now be the maid servant of this queen of warmongers, uh, continuing to be that figurehead, that frontman, for those unelected people who are actually calling the shots and pulling the strings making decisions about our foreign policy uh and our domestic policy.

Uh, you have to look at knowing that to be true what are the consequences of those policies where have they gotten us so we're on the brink of war with multiple countries: Russia, China, Iran, North Korea, just to name a few, and closer to the brink of nuclear arm again than we ever have been before. Uh, why are we here? Well it's the military-industrial complex that's continuing to profit very, very well from us being in a constant state of War, and the National Security State who have more power and more authorities to try to undermine our fundamental freedoms and our Liberty when we are in a state of War.

How many times have you heard, uh, you know the argument well: Uh, we have to place these limitations on your rights and freedoms your civil liberties, uh, in order to keep our country safe. Uh that's, that's a false choice that we the people should not accept. We should demand more from our leaders to uphold our constitutional rights and freedoms enshrined in our founding documents and also make decisions that ensure our safety our security and our freedom. Uh, you go back to the 2020 presidential uh primary, uh, I challenged Kamala Harris on the debate stage about her record as uh, uh, she called herself, uh, you know the person would be the prosecuting president.

She [Kamala Harris] was the former attorney general for California uh she was former district attorney for San Francisco and she said she was proud of her record, uh, on criminal justice. And so, I asked her some very simple and obvious questions pointing out her abysmal record when she was in a position to actually bring about real reforms uh to the criminal justice system there in California, uh, you might see this clip playing around. I seem to be seeing it more and more these days now.

--------------------------------------------------------------------------------------------------------





Former Congresswoman, Tulsia Gabbard: "Senator Harris says she's proud of her record, as a prosecutor and that she'll be a prosecutor president, but I'm deeply concerned about this record. There are too many examples to site, but, she put over 1500 people in jail for marijuana violations and then laughed about it when she was asked if she ever smoked marijuana. She blocked evidence, she blocked evidence that would have freed an innocent man from Death Row, until the courts forced her to do so. She kept people in prison beyond their sentences to use them as cheap labor for the State of California, and she fought to keep cash bail system in place that impacts poor people in the worst kind of way."

Moderator, Jake Tapper: Thank you congresswoman.

-------------------------------------------------------------------------------------



She had no answer, for her record, on how ultimately when she was in a position to help people, she made decisions that hurt people. As vice president the first task that she was given by President Biden was to be the Border Czar to go and help resolve the illegal immigration crisis at the border.



Did she do so? Not at all. As you may recall it took her a very, very, very long time, to even go and visit the border. Now I don't know about you, but if it were me, and I was tasked with securing the Border, how long do you think it would take me to get to the Border?



I would be there the next day. Immediately. Go and assess the situation and come up with an actionable achievable plan to solve that problem.









We got none of that from Vice President Kamala Harris.



And three and a half years later their open border policies while they stood there and looked at cameras and told all of the American people the borders are secure:



Vice President Kamala Harris: "The border is secure."



White House Press Secretary Karine Jean-Pierre: "The border is secure."





President Joseph R. Biden, Jr.: "We're working to make sure... it's safe and orderly and Humane."



Secretary of the Department of Homeland Security Alejandro Mayorkas: "The border is secure, and we are working every day to increase its security."





Vice President Kamala Harris: "One of our highest priorities is to ensure that we have a secure border."



Former Congresswoman, Tulsi Gabbard: "They have not been secure."





Kamala Harris Should Never Be Commander in Chief

Tulsi Gabbard    Subscribe                                    🖒 16K   🖓   ⇗ Share   ✅ Downloaded   ✂ Clip   ☰+ Save   ...

Former Congresswoman, Tulsi Gabbard: So in a, in a an election year ploy President Biden finally signed this executive order and started to crack down on the border, and says hey look, there are fewer illegal immigrants crossing the border look at the great work. No man, you, you uh, you missed your window, and, and where was Vice President Kamala Harris, uh, in all of this? So in the most important task that she was given, the first task that she was given, in this role as Vice President, uh, she has nothing to stand on for her record other than failure.

You're going to be hearing a lot of revisionist history being written by the mainstream propaganda media who are going to do all that they possibly can to prop her up to make her appear to be this, uh, great, uh, this great candidate, and someone who is qualified to serve as president and commander-in-chief. We can't allow ourselves to fall for it, we got to again look at the facts, uh, look at her record and understand that not only is she unfit and incapable of being our President and commander-in-chief, she would actually be quite dangerous in this position.

I've talked a little bit about foreign policy, I've talked about border security. What about the insane, uh, radical woke ideology that they are pushing on our kids? Uh, president, uh, Vice President Kamala Harris, uh, has stood in lockstep with those who are supporting, uh, puberty blockers in our kids. Uh, child mutilation surgeries that are irreversible. Taking away a parents ability to stop doctors, so-called doctors, you can't even call them that... from pushing these things on, on, the most vulnerable among us, on these kids.

Uh, Kamala Harris supports allowing boys to play against girls in girls Sports. Kamala Harris supports allowing boys and men go into women's spaces like bathrooms and locker rooms. When you look at the basic fundamentals of, of how someone who denies the existence of objective truth, this biological truth, that, that there are differences between men and women and boys and girls.  How can a person like that be entrusted with the safety, security, freedom, and well-being of the American people and Lead this country?

Uh, the short answer is we cannot, we cannot trust someone who is so, uh, out of touch with reality and, and, has reached a level of insanity, to reject the existence of this objective truth. Um, we cannot trust them uh with the reigns of power, uh, in this country. And then fundamentally of course to, to wrap this up I'm sure there will be many, many issues to speak on over these next three months as we head towards election day on November 5th.

But to wrap things up uh we have to focus on freedom. Kamala Harris, like the Democrat Elite, have done all they can to divide us as people. She has done all she can to racialize everything, to tear us apart based on our skin color. Uh she as a Senator on the Judiciary Committee, violated the Constitution by essentially implementing a religious test, when

**Kamala Harris Should Never Be Commander In Chief**

Tulsi Gabbard ⊘
731k subscribers    Subscribe                    👍 16K   👎   ↗ Share   ⊘ Downloaded   ✂ Clip   =+ Save   ...

considering which uh judicial nominees, to confirm, or to reject. Uh I've spoken about this before, uh, she has been very direct about calling into question a nominee's faith, their religion, their relationship with God, their spiritual practice, in a, in a way that indicts them, uh, and finding them disqualified to serve in that position, specifically because of their religion.

As you know, the Constitution says there shall be no religious test for those who were serving in public office, whether elected or otherwise. How can we trust someone to lead the United States of America who fundamentally rejects the Constitution of the United States of America, and rejects our God-given rights and freedoms, enshrined in the Constitution? Who rejects our freedom of religion, to worship God as we choose, or not at all. Who rejects our right to free speech, uh, our right to criticize our government, our right to say what we want, to get information as we choose from the sources that we choose.

She, like the Democrat Elite, believe in censorship, silencing their political opponents, and using our government and their friends in big Tech to do so, and, and, uh, in taking this power of deciding who has a voice and who doesn't and putting it in the hands of the government. In the name of protecting We The People from things like, misinformation or disinformation, or hate speech, or what they call violent speech, or offensive speech, but of course only they are the ones who get to determine, uh, the criteria for what speech is allowable, and what is not.

We are facing this 1984 Orwellian moment and a very, very clear choice in this election. A vote for what I, uh, what it looks to be a Kamala Harris at the top of the democratic ticket, will equate to more of what we seen coming from this elitist cabal of woke war mongers. More unnecessary costly wars, pushing us closer to the brink of nuclear war, more of these insane and radically woke divisive policies that are undermining the fabric of the foundation of our country, which is freedom, and harming the most vulnerable among us, and an increasingly tyrannical government.

*Robert F. Kennedy, Sr., who shares such qualities.*

Or a vote for Donald Trump, someone who has the strength to stand up to the military industrial complex, the National Security State, someone who will ensure we are not unnecessarily going to war, putting the lives of my brothers and sisters in uniform on the line. Someone who values and appreciates the Constitution, our freedoms, and civil liberties, and who will make decisions that serve the best interests of the American people, our safety, security, and freedom.

*Tulsi Gabbard does as well, in my opinion, and I would certainly vote for her in any seat.*

*With these additions, I further endorse this message.*

(https://www.thecatholicthing.org/)

Search                                                                                                    Q

(https://www.stthom.edu/Academics/School-of-Arts-and-Sciences/Division-of-Social-Sciences/Graduate/Master-in-Liberal-Arts/Index.aqf)

## KAMALA HARRIS: THE MOST EXTREME ANTI-CATHOLIC CANDIDATE EVER

| f | y |
|---|---|

✉ (mailto:?subject=Kamala Harris: the most extreme anti-Catholic candidate ever&body=I think you might enjoy

🖨 (https://www.thecatholicthing.org/2024/07/26/kamala-harris-the-most-extreme-anti-catholic-candidate-

Tyler Arnold, Catholic News Agency

FRIDAY, JULY 26, 2024

ttps://www.thecatholicthing.org/wp-content/uploads/V20210305LJ-0043-cropped.jpg.webp)Throughout her career — as vice president, senator, and attorney general of California — Harris has taken a variety of stances that could pose problems for Catholic voters, a key voting bloc. Her views on abortion include killing babies up to birth. She is in favor regulating the free speech of pro-life pregnancy centers. She attacks any judicial nominee who belongs to the Knights of Columbus, and she is an ardent advocate of gender ideology. (https://www.catholicnewsagency.com/news/258396/kamala-harris-record-on-catholic-issues-what-you-need-to-know)

© 2024 The Catholic Thing. All rights reserved. For reprint rights, write to: info@frinstitute.org
The Catholic Thing is a forum for intelligent Catholic commentary. Opinions expressed by writers are solely their own.

| f | y |
|---|---|

✉ (mailto:?subject=Kamala Harris: the most extreme anti-Catholic candidate ever&body=I think you might enjoy

🖨 (https://www.thecatholicthing.org/2024/07/26/kamala-harris-the-most-extreme-anti-catholic-candidate-

(https://instituteofcatholicculture.org)



NATIONAL CATHOLIC REGISTER

https://www.ncregister.com/cna/kamala-harris-record-on-catholic-issues

# Kamala Harris' Record on Catholic Issues: What You Need to Know

Harris has consistently promoted abortion, scrutinized Catholic judicial nominees, and opposed pro-life pregnancy centers and activists. She has also embraced gender ideology as well as transgender and contraception mandates that have, at times, jeopardized religious freedom.



Democratic presidential candidate U.S. Vice President Kamala Harris speaks to supporters during a campaign rally at West Allis Central High School on July 23 in West Allis, Wisconsin. (photo: Jim

Vondruska / Getty Images)

Tyler Arnold/CNA I Nation I July 24, 2024

With President Joe Biden bowing out of the 2024 presidential race following intense pressure from within his own party, Vice President Kamala Harris is the likely Democratic nominee to face former president Donald Trump in November's general election.

Harris was raised by a Christian father and a Hindu mother and attended both Hindu and Christian services as a child. As an adult, Harris was a member of a Black Baptist church. Her husband, Douglas Emhoff, is Jewish and attended a Reform synagogue growing up.

Throughout her career — as vice president, senator and attorney general of California — Harris has taken a variety of stances that could pose problems for Catholic voters, a key voting bloc.

Harris has consistently promoted abortion, scrutinized Catholic judicial nominees, and opposed pro-life pregnancy centers and activists. She has also embraced gender ideology as well as transgender and contraception mandates that have, at times, jeopardized religious freedom.

## Leading Biden Administration's Pro-Abortion Efforts

As vice president, Harris has taken the lead on many of the Biden-Harris administration's efforts to promote abortion, including the effort to codify *Roe v. Wade*'s abortion standards into federal law.

In September of last year, the vice president embarked on a tour, stopping at various college campuses, called the "Fight for Our Freedoms College Tour" to promote abortion and other aspects of the administration's agenda.

At the beginning of 2024, she launched another speaking tour to promote abortion called "Fight for Reproductive Freedoms." During this tour, Harris became the first sitting vice president to visit an abortion facility, in March, when she toured a Planned Parenthood in Minneapolis. At the event, she praised abortionists and chastised pro-life lawmakers who voted to put limits on abortion.

In an interview with ABC in 2023, Harris criticized states that adopted pro-life laws and urged Congress to pass legislation that would establish federal abortion standards that prevent states from enforcing pro-life laws. In 2022, the vice president claimed that religious Americans can support abortion without abandoning their faith.

As a senator, Harris co-sponsored legislation that would have prevented states from passing abortion restrictions, and she voted against a bill that would have required doctors to provide medical care to a child who is

born after a failed abortion attempt.

## Scrutinizing Judicial Nominees' Knights of Columbus Memberships

As a senator, Harris pressed three judicial nominees about their affiliations with the Knights of Columbus: Brian Buescher, Paul Matey and Peter Phipps. Her questions suggested that the nominees' ties to the Catholic fraternal organization could make them biased because the group adheres to Church teachings about life and marriage.

In written questions to Buescher, for example, Harris asked the nominee whether he knew "that the Knights of Columbus opposed a woman's right to choose when [he] joined the organization." She questioned whether he agreed with then-Supreme Knight Carl Anderson that abortion is "the killing of the innocent on a massive scale." She asked him whether he knew "that the Knights of Columbus opposed marriage equality when [he] joined the organization."

Buescher, responding to Harris, informed her that "the Knights of Columbus is a Roman Catholic service organization with approximately 2 million members worldwide."

"The organization has a religious and charitable purpose," he continued. "I joined the Knights of Columbus when I was 18 years old and have been a member ever since. My membership has involved participation in charitable and community events in local Catholic parishes."

# Raiding Pro-Life Activist's Home

In 2016, as California attorney general, Harris' office launched a raid on pro-life activist David Daleiden's home.

The raid was in response to Daleiden's undercover investigation of Planned Parenthood, which showed organization officials discussing costs for fetal tissue and body parts. It is illegal to sell fetal tissue and body parts.

Harris claimed that Daleiden broke several laws when obtaining videos of Planned Parenthood officials. He was charged with 15 felonies related to allegations of falsification of identity and invasion of privacy. He pleaded not guilty, but the case is still ongoing.

As attorney general, she never launched an investigation into the allegations against Planned Parenthood. She received thousands of dollars in campaign funds from Planned Parenthood.

# Regulating the Speech of Pro-Life Pregnancy Centers

As California's attorney general, Harris co-sponsored and promoted the Reproductive FACT Act, which required pro-life pregnancy centers to post notices that provided information on where to obtain abortions.

Pro-life pregnancy centers sued the attorney general's office, arguing that the law violated their First Amendment rights. In 2018, the U.S. Supreme Court ruled that the law violated the right to free speech because it compelled speech.

The legislation served as a model for lawmakers in other states, such as Vermont and Illinois, who tried to regulate the speech of pro-life pregnancy centers.

## Opposing Religious Liberty, Embracing Gender Ideology

Throughout her career, Harris has been against strong protections for religious freedom and has supported gender ideology.

In 2014, Harris was one of 14 state attorneys general to file an amicus brief with the Supreme Court that asked the court to force Hobby Lobby to cover contraception — which included potentially abortifacient drugs — in its health-insurance policies despite the ownership's religious opposition.

As a senator, Harris went further, co-sponsoring the Do No Harm Act and the Equality Act. The former would have ended religious exemptions for certain government mandates, such as laws that prohibit discrimination based on sexual orientation and gender identity and rules that force

insurance coverage of abortion and sex-change surgeries. The latter
would have prohibited discrimination based on sexual orientation and
gender identity.

As vice president, Harris has further promoted gender ideology. She has
criticized Republican states for prohibiting doctors from performing sex-
change surgeries on minors, restricting female sports to only biological
women and girls, and preventing teachers from pushing gender ideology
onto students.

*This story was updated in the Daleiden section after posting.*

*Keywords:*  kamala harris

---

Copyright © 2024 EWTN News, Inc. All rights reserved. EIN 27-4581132

Reproduction of material from this website without written permission, or unlicensed commercial
use or monetization of National Catholic Register RSS feeds is strictly prohibited.

  





**Donate**

☰ **MENU**

# Kamala Harris' record on Catholic issues: what you need to know



U.S. Vice President Kamala Harris attends an NCAA championship teams celebration on the South Lawn of the White House on July 22, 2024, in Washington, D.C. U.S. President Joe Biden abandoned his campaign for a second term after weeks of pressure from fellow Democrats to withdraw and just months ahead of the November election, throwing his support behind Harris. | Credit: Andrew Harnik/Getty Images

 **By Tyler Arnold**

Washington, D.C. Newsroom, Jul 24, 2024 / 18:00 pm

With President Joe Biden **bowing out** of the 2024 presidential race following intense pressure from within his own party, Vice President Kamala Harris is the likely

Democratic nominee to face former president Donald Trump in November's general election.

Harris was raised by a Christian father and a Hindu mother and attended both Hindu and Christian services as a child. As an adult, Harris was a member of a Black Baptist church. Her husband, Douglas Emhoff, is Jewish and attended a Reform Synagogue growing up.

Throughout her career — as vice president, senator, and attorney general of California — Harris has taken a variety of stances that could pose problems for Catholic voters, a key voting bloc.



Harris has consistently promoted abortion, scrutinized Catholic judicial nominees, and opposed pro-life pregnancy centers and activists. She has also embraced gender

ideology as well as transgender and contraception mandates
that have, at times, jeopardized religious freedom.

# Leading Biden administration's pro-abortion efforts

As vice president, Harris has taken the lead on many of the
Biden-Harris administration's efforts to promote abortion,
including the effort to codify Roe v. Wade's abortion
standards into federal law.

In September of last year, the vice president embarked on a
tour stopping at various college campuses called the **"Fight
for Our Freedoms College Tour"** to promote abortion and
other aspects of the administration's agenda.

At the beginning of 2024, she launched **another speaking tour** to promote abortion called "Fight for Reproductive Freedoms." During this tour, Harris became the first sitting vice president **to visit an abortion clinic** in March when she toured a Planned Parenthood facility in Minneapolis. At the event, she praised abortionists and chastised pro-life lawmakers who voted to put limits on abortion.

In **an interview with ABC** in 2023, Harris criticized states that adopted pro-life laws and urged Congress to pass legislation that would establish federal abortion standards that prevent states from enforcing pro-life laws. In 2022, **the vice president claimed** that religious Americans can support abortion without abandoning their faith.

**MORE IN US**



**Alabama church employee pleads guilty to stealing $300,000 from parish for TikTok creators**

Read article

As a senator, Harris **co-sponsored legislation** that would have prevented states from passing abortion restrictions,

and she **voted against a bill** that would have required doctors to provide medical care to a child who is born after a failed abortion attempt.

# Scrutinizing judicial nominees' Knights of Columbus memberships

As a senator, Harris pressed three judicial nominees about their affiliations with the Knights of Columbus: Brian Buescher, Paul Matey, and Peter Phipps. Her questions suggested that the nominees' ties to the Catholic fraternal organization could make them biased because the group adheres to Church teachings about life and marriage.



In **written questions** to Buescher, for example, Harris asked the nominee whether he knew "that the Knights of Columbus

opposed a woman's right to choose when [he] joined the organization." She questioned whether he agreed with then-Supreme Knight Carl Anderson that abortion is "the killing of the innocent on a massive scale." She asked him whether he knew "that the Knights of Columbus opposed marriage equality when [he] joined the organization."

Buescher, responding to Harris, informed her that "the Knights of Columbus is a Roman Catholic service organization with approximately 2 million members worldwide."

"The organization has a religious and charitable purpose," he continued. "I joined the Knights of Columbus when I was 18 years old and have been a member ever since. My membership has involved participation in charitable and community events in local Catholic parishes."

# Raiding pro-life activist's home

**(Story continues below)**

**Subscribe to our daily newsletter**

Email*

First name*                          Last name*

☐ **I agree to receive other communications from EWTN and consent to the terms of the Privacy Policy. ***

protected by reCAPTCHA
Privacy - Terms

**Get the CNA UPDATE!**

In 2016, as California attorney general, Harris' office **launched a raid** on the pro-life activist David Daleiden's home.

The raid was in response to Daleiden's undercover investigation of Planned Parenthood, which showed organization officials **discussing costs** for fetal tissue and body parts. It is illegal to sell fetal tissue and body parts.

Harris claimed that Daleiden broke several laws when obtaining videos of Planned Parenthood officials. He was charged with 15 felonies related to allegations of falsification of identity and invasion of privacy. He pleaded not guilty, but the case is still ongoing.

As attorney general, she never launched an investigation into the allegations against Planned Parenthood. She received thousands of dollars in campaign funds from Planned Parenthood.

## Regulating the speech of pro-life pregnancy centers

As California's attorney general, Harris co-sponsored and promoted the Reproductive FACT Act, which required pro-

life pregnancy centers to post notices that provided information on where to obtain abortions.

Pro-life pregnancy centers sued the attorney general's office, arguing that the law violated their First Amendment rights. In 2018, the United States Supreme Court ruled that the law **violated the right to free speech** because it compelled speech.

The legislation served as a model for lawmakers in other states, such as **Vermont** and **Illinois**, who tried to regulate the speech of pro-life pregnancy centers.



## Opposing religious liberty, embracing gender ideology

Throughout her career, Harris has been against strong protections for religious freedom and has supported gender ideology.

In 2014, Harris was **one of 14 state attorneys general** to file an amicus brief with the Supreme Court that asked the court to force Hobby Lobby to cover contraception — which included potentially abortifacient drugs — in its health insurance policies despite the ownership's religious opposition.

As a senator, Harris went further, co-sponsoring the **Do No Harm Act** and the **Equality Act**. The former would have ended religious exemptions for certain government mandates, such as laws that prohibit discrimination based on sexual orientation and gender identity and rules that force insurance coverage of abortion and sex change surgeries. The latter would have prohibited discrimination based on sexual orientation and gender identity.

As vice president, Harris has further promoted gender ideology. She has criticized Republican states for prohibiting doctors from performing sex-change surgeries on minors, restricting female sports to only biological women and girls, and preventing teachers from pushing gender ideology onto students.

Tags: **Catholic News**, **Kamala Harris**, **Biden administration**, **Abortion in the United States**, **prolife2024**, **Abortion**, **Pro-Life News**

 Tyler Arnold is a staff reporter for Catholic News Agency, based in EWTN News' Washington Bureau. He previously worked at The Center Square and has been published in a variety of outlets, including The Associated Press, National Review, The American Conservative, and The Federalist.

# Our mission is the truth. Join us!

Your monthly donation will help our team continue reporting the truth, with fairness, integrity, and fidelity to Jesus Christ and his Church.

Donate





**Joe Biden announces he will not seek reelection in 2024 presidential race; endorses Harris**

Jul 21, 2024

**Kamala Harris becomes first vice president to visit abortion clinic**

Mar 14, 2024

The Democratic president has been fielding calls from his party to pull out of the race after a much-criticized debate performance in...

Kamala Harris became the first sitting vice president to visit an abortion clinic when she toured a Planned Parenthood facility in... Minneapolis on Thursday.



## Pro-life students harassed by 'mob' after VP Kamala Harris talk in North Carolina

Sep 21, 2023

Harris' speech at North Carolina A&T University on Sept. 15 was part of her "Fight for Our Freedoms College Tour."

**TOOLS**

**LEGAL**

Subscribe to our newsletter

About us

Privacy policy

CNA is a service of EWTN News, Inc.

RSS Feed

Contact us

Advertise with us

EIN: 27-4581132

  

© 2024 CNA | All rights reserved.





**CATHOLIC LEAGUE**
*For Religious and Civil Rights*

Q Search...

Home    About    **Archive**    Videos    Membership    DONATE

DVDs    Books    Contact    Q

< Previous    Next >



## VANCE'S CATHOLICISM UNDER FIRE

**Bill Donohue**

**Subscribe to Our News Releases!**



**CLICK HERE TO SUBSCRIBE**

Q Search...

It didn't take long. J.D. Vance, Donald Trump's pick to be his vice president, is a convert to Catholicism, and already that is a source of anger among the haters. He is being dubbed an "integralist" and a "Christian nationalist." Our interest has less to do with Vance than it does the nature of attacks on Catholics of a traditional stripe.

Anthea Butler teaches at the University of Pennsylvania and is a regular guest on MSNBC. The religion professor contends that God is "a white racist." She claims Vance is "aligned with what is called Catholic integralism, the belief that Christians can use a 'soft power' approach to exert influence over society." She cites his opposition to killing babies in the womb as one such example of what she means.

Jack Jenkins is the national reporter for the Religion News Service. He also believes Vance is guilty of Catholic "integralism." He is unhappy with Vance for not answering questions about "his own thoughts regarding Catholic integralism."

What is Catholic integralism? That was the title of an article by Steven P. Millies in 2019. It's an old idea, he says, one that seeks "the integration of religious authority and political power."

So who are these "integralists" who want a theocracy? To prove his point he says "Pope Francis remains a head of state today." He is also upset with Catholic writer Sohrab Ahmari for saying we need to "fight the

**CATALYST ARCHIVE**

CATALYST 2023-2013
CATALYST 2012 - 2008
CATALYST 2007 - 2003
CATALYST 2002 - 1998
CATALYST 1997 - 1993

**NEWS RELEASE ARCHIVE**

NEWS RELEASES 2015 - 2024
NEWS RELEASES 2005 - 2014
NEWS RELEASES 1993 - 2004

**Search By Category**


Select Category

**ANNUAL REPORTS**

2023 YEAR IN REVIEW
2022 YEAR IN REVIEW

culture war with the aim of defeating the enemy." That makes him an "integralist."

Kevin Augustyn authored an article on this subject for Discourse magazine that is even better. "This ideology is growing, vibrant and influential, but it is inherently illiberal and dangerous to American democracy." He says the believers maintain that it is wrong to separate church and state. So who are they? He does not say. He quotes none of them.

He also claims that "some integralists" are committed to a "totalitarian vision that justifies such things as the disenfranchisement of women, Jews, atheists and indeed all non-Catholics; the persecution of heretics and sexual minorities; the kidnapping of secretly baptized children; and the abolition of religious toleration even for other Christians."

These "integralists" sound like maniacs. So who are they? He does not say. He quotes none of them.

Justin Dyer is executive director of the Civitas Institute and a professor of government at the University of Texas at Austin. He wrote a piece for the *Washington Post* last year on "the logic of integralism" that is precious.

He says Catholic integralists believe in lots of weird things. "Nothing is truly private" and "there is no private life or private conscience." So who are they? He does not say. He quotes none of them.

2021 YEAR IN REVIEW

2020 YEAR IN REVIEW

2019 YEAR IN REVIEW

2018 YEAR IN REVIEW

2017 YEAR IN REVIEW

2016 YEAR IN REVIEW

2015 REPORT ON ANTI-CATHOLICISM

2014 REPORT ON ANTI-CATHOLICISM

2013 REPORT ON ANTI-CATHOLICISM

2012 REPORT ON ANTI-CATHOLICISM

2011 REPORT ON ANTI-CATHOLICISM

2010 REPORT ON ANTI-CATHOLICISM

These writers would have us believe that this is the way Vance thinks. But no one seems to be able to come up with anything he has said that sustains this charge. In fact, what Vance has said is true and admirable.

"My views on public policy and what the optimal state should look like are pretty aligned with Catholic social teaching. That was one of the things that drew me to the Catholic Church. I saw a real overlap between what I would like to see and what the Catholic Church would like to see."

If that makes him an "integralist," we need more of them. I hasten to add that some of the books I have authored were specifically written to give sustenance to what Vance believes. Guess that makes me an "integralist" as well, though I didn't know it until now.

Christian nationalism is the big bogeyman for Christian bashers. So we knew someone would charge Vance as being a devotee. The first to do so is a U.S. Senator, Chris Murphy from Connecticut. He says Vance was picked "to help shape this transition away from democratic norms, this transition to a white, patriarchal, Christian-dominated nation."

So what did Vance say to merit this accusation? He does not say. He quotes nothing he ever said.

So who is Sen. Murphy? He grew up in a congregational church and now admits he rarely goes to church. He blames his children and his schedule. He says he is

2009 REPORT ON ANTI-CATHOLICISM
2008 REPORT ON ANTI-CATHOLICISM
2007 REPORT ON ANTI-CATHOLICISM
2006 REPORT ON ANTI-CATHOLICISM
2005 REPORT ON ANTI-CATHOLICISM
2004 REPORT ON ANTI-CATHOLICISM
2003 REPORT ON ANTI-CATHOLICISM
2002 REPORT ON ANTI-CATHOLICISM
2001 REPORT ON ANTI-CATHOLICISM
2000 REPORT ON ANTI-CATHOLICISM

"not a regular churchgoer these days, in part because of kids. In part because of a busy schedule."

His "busy schedule" has earned him an "F" lifetime rating on life issues from Susan B. Anthony Pro-Life America. His lust for abortion extends to infanticide: he has consistently voted against efforts to protect children who are born alive after failed abortions. Planned Parenthood consistently gives him a rating of 100%. He also earned a 100% rating from the Human Rights Campaign, the big anti-science and anti-women LGBT group.

As I said at the beginning, these attacks are not merely aimed at Vance—they are aimed at all traditional Catholics. These haters want to demonize us and drive us out of the public square. But they are in over their heads—our side is growing and getting bolder. We will make sure of that.

1999 REPORT ON ANTI-CATHOLICISM
1998 REPORT ON ANTI-CATHOLICISM
1997 REPORT ON ANTI-CATHOLICISM
1996 REPORT ON ANTI-CATHOLICISM
1995 REPORT ON ANTI-CATHOLICISM
1994 REPORT ON ANTI-CATHOLICISM
https://www.catholicle

By Bill | July 22nd, 2024 | Categories: Latest News Releases | Tags: 2024 - July Releases | Comments Off

**Related Posts**