

**USPS PRIORITY MAIL FLAT RATE ENVELOPE**

Postage label:
PM ANDERSON, IN 46011
JUL 27, 2024
71101
1 Lb 8.20 Oz
$14.40
R2304M110997-55
RDC 03

FROM:
Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396

ATTN: Hon Daniel J. McCoy
TO: Hon Tom Stagg
300 Fannin St., Suite 1167,
Shreveport, LA 71101

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 3 0 2024
DANIEL J. McCOY, CLERK
BY: _____

**X-RAYED**

EXPECTED DELIVERY DAY: 07/30/24
USPS SIGNATURE® TRACKING #
9510 8108 5772 4209 7994 03