RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 3 0 2024 ( m. )

DANIEL J. McCOY, CLERK
BY: _____Cw_____

In The
Western District of Louisiana

| | | |
|---|---|---|
| Robert F. Kennedy, Jr., et al ) | | |
| [Jon F. "D." Turpin & POA ERG, et al]) | | |
| Plaintiffs ) | Case Nos. | |
| ) | ✓1:23-CV-01059, 3:22-CV-01213, 3:23-CV-00381 | |
| v. ) | | |
| ) | Interlocutory Case Nos. | |
| Joseph R. Biden, Jr., et al, ) | 23A-PO-2872, 24-EX-1398, 24-EX-1399 | |
| [Kamala Devi Harris, et al] ) | | |
| Defendants ) | | |

**MOTION FOR LEAVE TO SUPPLEMENT MOTION TO IMPEACH KAMALA DEVI HARRIS**

May it please the Court,

We hereby motion for leave to supplement transcript of "Rod Blagojevich: 'They've committed fraud on Democratic voters'" Fox News: YouTube - Jul, 24, 2024

https://www.youtube.com/watch?v=WbULrlXEi0c

to "Motion to Impeach Kamala Devi Harris for high crimes and misdemeanors against our Constitutional Republic Democracy, the United States of America."

In God We Trust,

*[signatures]*  Erin Holden