SEAL



**Kelvis Watson**
1d · ⊘

Kamala Harris DID NOT raise $100 Million on her own. Biden donors threatened to freeze/froze $90+ Mil of his campaign funds unless he steps down. Once this threat happened, he steps down and then proceeds to transfer those funds to Kamala. I guess to still get access to it.. Now they are currently under investigation for possibly violating Campaign Finance Laws. Democrat Extremist use a Non-Profit organization called Act Blue to set up their donation site to collect funds. Act Blue in the past has been fined for facilitating Illegal contributions. Data also shows that Act Blue has been using untraceable unemployed donors leading up to possible Money Laundering Operation.

**Washington Examiner**

**Trump team files FEC complaint over Biden transferring funds to Harris: Report**

Donald Trump's campaign alleges the nearly $100 million in campaign funds transferred from Joe Biden to Kamala Harris violated campaign finance laws

**POLITICS**

**Kamala Harris' campaign says it raised more than $100 million after launch**

By Melissa Quinn
Updated on: July 23, 2024 / 10:52 AM EDT / CBS News

**DAILY REPORT**

have informed Future Forward, the largest pro-Biden super PAC, that approximately $90 million in pledged donations is now on hold if President Joe Biden remains the candidate, according to *The New York Times* report.

**for Facilitating Nearly $44,000 in Illegal Contributions**

**+6**

OPEN APP

FEC headquarters / Getty Images

⭕⭕👍 10                                    2 comments  21 shares

👍 Like              ⭕ Comment              ↷ Share

Most relevant ▾

Comment as Erin Golden

**William Touchton**
Nefarious! ⭕
1d  Like  Reply

**Cheryl Bob Perry**
Put them all in prison and lock them up.
15h  Like  Reply



**Washington Examiner**

TEXT MICHIGAN TO 88022

# Trump team files FEC complaint over Biden transferring funds to Harris: Report

Donald Trump's campaign alleges the nearly $100 million in campaign funds transferred from Joe Biden to Kamala Harris violated campaign finance laws.

# ⊙CBS NEWS

s    **HealthWatch**    **MoneyWatch**    **Entertainment**    **Crime**    **Sports**    **Essentials**

POLITICS

# Kamala Harris' campaign says it raised more than $100 million after launch

By **Melissa Quinn**
Updated on: July 23, 2024 / 10:10 AM EDT / CBS News



⊙CBS NEWS 24/7

ᵀᴴᴱ**DAILY REPORT**
with JOHN DICKERSON

cbsnews.com

**BIDEN** EXITS RACE

**VP HARRIS SPEAKS TO CAMPAIGN STAFF, TAKING THE REINS FROM BIDEN WHO VOWS TO HELP HARRIS' PRESIDENTIAL CAMPAIGN**

►► FOLLOW US FOR LIVE NEWS ALERTS @CBSNews

Several major Democratic donors have informed Future Forward, the largest pro-Biden super PAC, that approximately $90 million in pledged donations is now on hold if President Joe Biden remains the candidate, according to *The New York Times* report.



OPEN APP



DEMOCRATS

# ActBlue Fined for Facilitating Nearly $44,000 in Illegal Contributions

FEC headquarters / Getty Images

APR 12, 2023 | PRESS RELEASES

## RUBIO DEMANDS ANSWERS FROM FEC ON POTENTIAL ACTBLUE FRAUDULENT DONATIONS

ActBlue, a major fundraiser for the Democratic Party, has purportedly engaged in thousands of dollars in campaign donations through small donors, including senior citizens, via illegal contributions, without those donors' consent or awareness. Further, unlike nearly every other individual political campaign and political action committee, ActBlue does not require a card verification value (CVV) number as a requirement for donating. Requiring a CVV number as a condition of making an online transaction is standard practice across the e-commerce industry to reduce fraud and prevent unlawful foreign transactions. ActBlue must be held accountable for its apparent lack of security protocols.

U.S. Senator Marco Rubio (R-FL) sent a letter to the Federal Election Commission's Chairwoman and Vice Chairman, Dara Lindenbaum and Sean J. Cooksey, to demand answers on the platform's schemes to garner illegal campaign donations.

"It should come as no surprise that ActBlue serves as a vessel for fraud, considering the intentional lack of security engrained within their donation processes and systems." – **Senator Marco Rubio (R-FL)**

## HOUSE OF REPRESENTATIVES

# House Administration Committee probes Democrat fundraiser ActBlue over reports of illicit cash flows

Rep Bryan Steil says ActBlue's donor verification standards were 'lenient'
By **Elizabeth Elkind** · **Fox News**

Published November 2, 2023 8:00am EDT



2020 PRESIDENTIAL ELECTION

# Exclusive: Data shows that half of 2019 donations to ActBlue came from untraceable 'unemployed' donors

A Take Back Action Fund analysis of $400M in donations to liberal causes raises red flags of possible foreign involvement

By Hollie McKay · **Fox News**

Published September 12, 2020 10:48am EDT










POLITICS   Biden administration   The Fix

# Democrats donated more than $700 million in 2019 through ActBlue, officials say



**Monterey County Republican Party**
1d · 🌐

Go with me here-
Kamala Harris dropped out of the race in 2019
because she couldn't raise any money.
"Most unlikable candidate in history"

But 5 years later-

after years of doing absolutely nothing..
she smashes the fundraising record in 24 hours??

Nahhhh.
Not buying it.

James O'Keefe showed how ACTBLUE
is a Democrat money laundering scheme from billionaires.

Using common people's names and addresses..
without their permission or knowledge

to 'making donations'

Whoever is behind the scenes..
thinks we're dumb.

👍 5                                                                1 share

👍 Like              💬 Comment              ↪ Share



**Liz Troup**
1d · ⊘

This is how Kamala Harris raised $81 million in two days. Act blue is laundering money illegally by making donations and other peoples names that had previously made small donations.

10:37 ⊕ 79°                                    ⓥ ✳ ⊙ ♥ ⊿ ∎

← **Post**

James O'Keefe 'OMG' Featured A Citizen Journalist Video Exposing ActBlue Money Laundering

Phoenix, Arizona, resident had 20+ donations made in her name to ActBlue. She did not recognize the donations

"There's no way I could afford that"

Donors denying high volumes contributions. This is a criminal enterprise setup by Democrats.

Donor: and I would recognize it if it was like "Oh my God."

Post your reply                                ⊡

▶ 0:07 / 0:25

👍 Like                    💬 Comment                    ↪ Share

**Pasco Watch**
2d · 🌐                                                                                    ...

Is someone a Conservative if they donate to Kamala Harris?

What about if they donate to Mayor Pete?

Act blue better never show up on my bank statement.

Nick Fiorentino do you still support Kamala Harris?  Mayor Pete?

### Source information

| | |
|---|---|
| Name | FIORENTINO, NICHOLAS |
| City, state and ZIP code | SEMINOLE, FL 33772 |
| Occupation | ATTORNEY |
| Employer | CIARCIAGLINO, GELL & FIORENTINO, P.A. |
| Year to date | $50.00 |

### Receipt information

| | |
|---|---|
| Amount | $50.00 |
| Receipt date | January 21, 2019 |
| Report year | 2019 |
| Memo | EARMARKED FOR KAMALA HARRIS FOR THE PEOPLE (C00694455) |
| Reported on | Form 3X on line 11AI |
| Election type | |

### Source information

| | |
|---|---|
| Name | FIORENTINO, NICHOLAS |
| City, state and ZIP code | SEMINOLE, FL 33772 |
| Occupation | ATTORNEY |
| Employer | CIARCIAGLINO, GELL & FIORENTINO, P.A. |
| Year to date | $100.00 |

### Receipt information

| | |
|---|---|
| Amount | $100.00 |
| Receipt date | March 21, 2019 |
| Report year | 2019 |
| Memo | EARMARKED FOR PETE FOR AMERICA, INC (C00697441) |
| Reported on | Form 3X on line 11AI |
| Election type | |



**People who shared this**                                    ✕

Keith StJohn
1d · ⊘                                                         • • •

Show Attachment

👍 1                                                           1 ●

          👍 Like                          ⤸ Share

Pasco Watch · Follow
I can tell you i don't want anyone that thinks Kamala is
someone to support, serving as a Judge in Pasco County.
1d   Like   Reply

 ZeroHedge

# Accused Of "MASSIVE Money Laundering Operation" As Trump Files FEC Complaint Over $91M Transfer To Kamala

BY TYLER DURDEN



THURSDAY, JUL 25, 2024 - 05:11 AM

Democrat donation platform ActBlue has been accused of a engaging in a "MASSIVE money laundering operation," by which contributions from large donors are being funneled through **hundreds of thousands of small donations** made in the name of people who have no clue they've donated.

I'm told Harris campaign is already using ActBlue money laundering scheme, $20 million from Johann Georg Wyss known as Hansjörg Wyss, born 19 September 1935, a Swiss billionaire, and was broken down into over 1,600,000 donations across 400,000 donors. Dirty! Dirty! Dirty!

For example, it took us no time at all to find a New Orleans resident named Cornelius Maneaux who's listed as "not employed" but nevertheless donated to ActBlue some 847 times between January 4, 2021 and December 31, 2022 in amounts ranging from $1 to $100 for a total of $18,276.54.

And here's the house listed as the address on those donations. We found it by looking up the address on Google Maps.







 **The Western Journal** ✓
9h · ⊙

···

Border Patrol agents were instructed to clean up the border and put on a "show" for Vice President Kamala Harris' first trip to the border, according to a new report.
Despite being given broad license at and beyond the border as the so-called "border czar," Harris' first and only visit to the border came in June 2021.

Now it's becoming clear that even this brief visit did not give the vice president a true look at the crisis sill unfolding at the border.

To read the full story, click HERE: http://w-j.co/s/46410



**BORDER PATROL AGENTS ORDERED TO PUT ON A 'SHOW,' CLEAR STREETS OF MIGRANTS BEFORE KAMALA HARRIS' FIRST TRIP TO THE BORDER**



**Washington Examiner** ✓
3d · 🌐

#BREAKING Rep. Andy Ogles (R-TN) introduced articles of impeachment against Vice President Kamala Harris Tuesday over her role in immigration law and for allegedly misleading the public on President Joe Biden's condition.

DETAILS: https://tinyurl.com/vh8vycsj

#KamalaHarris #impeachment #HouseOfRepresentatives #AndyOgles #GOP #Republicans #Democrats #news #politics #usa #trending #explorepage #explore #viral



*Washington ⚜ Examiner*

**BREAKING**

# House Republican files articles of impeachment against Kamala Harris

Rep. Andy Ogles (R-TN) has introduced articles of impeachment against the vice president for high crimes and misdemeanors.

👍😍💙 4.8K      3.3K comments   1.1K shares

 Like     Comment     Share