

**PRESS FIRMLY TO SEAL**            **PRESS FIRMLY TO SEAL**

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**

EXPECTED DELIVERY DAY: 07/30/24

USPS SIGNATURE® TRACKING #

9510 8108 5772 4209 7994 03

---

PM
ANDERSON, IN 46011
JUL 27, 2024
71101                $14.40
RDC 03   1 Lb 8.20 Oz   R2304M110997-55

**PRIORITY MAIL**   UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396

TO: ATTN: Hon Daniel J. McCoy
Hon Tom Stagg
300 Fannin St., Suite 1167,
Shreveport, LA 71101

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 30 2024
DANIEL J. McCOY, CLERK
BY: _____

**X-RAYED**

Label 228, March 2016         FOR DOMESTIC AND INTERNATIONAL USE