RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 3 0 2024

DANIEL J. McCOY, CLERK
BY:_____

In The
Western District of Louisiana

| | | |
|---|---|---|
| Robert F. Kennedy, Jr., et al | ) | |
| [Jon F. "D." Turpin & POA ERG, et al] | ) | |
| Plaintiffs | ) | Case Nos. |
| | ) | 1:23-CV-01059, 3:22-CV-01213, 3:23-CV-00381 |
| v. | ) | |
| | ) | Interlocutory Case Nos. |
| Joseph R. Biden, Jr., et al, | ) | 23A-PO-2872, 24-EX-1398, 24-EX-1399 |
| [Kamala Devi Harris, et al] | ) | |
| Defendants | ) | |

**MOTION FOR LEAVE TO SUPPLEMENT MOTION TO IMPEACH KAMALA DEVI HARRIS**

May it please the Court,

We hereby motion for leave to supplement transcript of "Tulsi Gabbard rips Kamala Harris' record on criminal prosecutions" – CNN Jul 31, 2019

https://www.youtube.com/watch?v=Y4fjA0K2EeE

to "Motion to Impeach Kamala Devi Harris for high crimes and misdemeanors against our Constitutional Republic Democracy, the United States of America."

In God We Trust,

*[signatures]*