

Tulsi Gabbard rips Kamala Harris' record on criminal prosecutions

CNN Subscribe                                    72K      Share    Download    Save

5,427,027 views Jul 31, 2019
During CNN's Democratic presidential debate, Rep. Tulsi Gabbard (D-HI) tears into Sen. Kamala Harris' record when she served as an attorney general and district attorney.

Moderator, Jake Tapper: Senator Harris, you have also been quite critical of Vice President Biden's policies, um, on race, specifically on the issue of bussing in the 1970s having benefitted from bussing, uh, when you were, uh, young child. Vice President Biden says that your current position on bussing, you're opposed to federally mandated bussing. That that position is the same as his position, is he right?

Then Senator, Kamala Devi Harris: That is simply false, and let's be very clear about this. When Vice President Biden was in the United States Senate working with segregationists to oppose bussing which was the vehicle by which we would integrate America's public schools. Had I been in the United States Senate at that time I would have been completely on the other side of the aisle, and let's be clear about this, had those segregationists their way I would not be a member of the United States Senate, Corey Booker would not be a member of the United States Senate, and Barack Obama would not have been in the position to have nominate him to the title he know holds. And so, on that issue, we could not be more apart, which is that the Vice President has still failed to acknowledge that it was wrong to take the position that he took at that time. Now I would like to also talk about this conversation about Erick Garner, because I too met with his mother, and, one of the things that we've gotta be clear about, is that this President of the United States, Donald Trump, while he has been in office has quietly been allowing the United States Department of Justice to shut down consent decrees, to stop pattern and practice investigations, on that case we also know that –

Moderator, Jake Tapper: Thank you, Senator.
Then Senator, Kamala Devi Harris:

- The civil rights division (points at moderator and overrides moderator) THIS IS IMPORTANT! The civil rights division of the United States Department of Justice said charges should have been filed, but this United States Department of Justice, usurped, and I believe it is because that President did not want those charges to go forward, and they overrode a decision by the civil rights division –

Moderator, Jake Tapper: Thank you, Senator.
Then Senator, Kamala Devi Harris:

- Of the United States Department of Justice (points at self and overrides the moderator) under my administration –

Moderator, Jake Tapper: Thank you, Senator.
Then Senator, Kamala Devi Harris:



Tulsi Gabbard rips Kamala Harris' record on criminal prosecutions

CNN ⊘    Subscribe

👍 72K   👎   ⤴ Share   ⬇ Download   ☰+ Save   •••

5,427,027 views  Jul 31, 2019  #CNN #News
During CNN's Democratic presidential debate, Rep. Tulsi Gabbard (D-HI) tears into Sen. Kamala Harris' record when she served as an attorney general and district attorney. #CNN #News

- (points at moderator and overrides the moderator) the civil rights division will rein and there will be independent investigations.

Moderator, Jake Tapper: Vice President, Biden, Vice President, Biden, I wanna like, give you a chance to respond to what Senator Harris just said.

Then Vice President Joseph R. Biden, Jr. (Calmly has finger pointed upward asking for time): When Senator Harris was the Attorney General for eight years in the State of California, there were two of the most segregated in the country, in Los Angelos, and in San Francisco. And she did not, like, I didn't see a single solitary time she brought a case against them to desegregate them. Secondly, she also was in a situation where, she had a police department when she was there, that in fact was abusing people's rights and the fact was that she in fact was told by her own people that, her own staff, that she should something about and disclose to defense attorneys like me, that you in fact have been... the police officer did something that did not give you the information would exculpate, your, your, your, uh, client. She didn't do that, she never did it, and so, what happened? Along came a federal judge and said, "Enough! Enough!" and he freed a THOUSAND of these people. If you doubt me, Google: "A Thousand Prisoners Freed Kamala Harris."



POLITIFACT
The Poynter Institute

Joe Biden
stated on July 31, 2019 in a Democratic presidential primary debate



Says Kamala Harris oversaw a police department that was "abusing people's rights" and that she did not "disclose to defense attorneys" when there was exculpatory evidence: "She didn't do that. She never did it. And so, what happened? Along came a federal judge and said enough, enough, and he freed 1,000 of these people."

NATIONAL    CRIMINAL JUSTICE    DEBATES    A JOE BIDEN

### What happened



A June report from the Wall Street Journal said that in 2005, when Harris was district attorney, her staff encouraged her to adopt a "Brady policy" requiring her office's prosecutors to inform defendants of past misconduct by police and other law enforcement in accordance with Supreme Court precedent.

Brady policies are named after a 1963 Supreme Court ruling that said prosecutors must turn over all evidence that could potentially exonerate the defendant.

Harris did not institute such a policy, and in 2010, a crime lab technician in San Francisco was caught stealing drug evidence from the lab for personal use. That meant some lab results had been jeopardized, and more than 1,000 drug cases were dismissed or dropped, according to the Associated Press.

## Kamala Harris Didn't Act for 5 Years on Policy to Help Ensure Fair Trials

Memos show the Democratic presidential candidate, advised in 2005 to adopt progressive policy as San Francisco district attorney, delayed before backtracking amid setback

By Zusha Elinson [Follow] and Alejandro Lazo [Follow]
June 10, 2019 8:05 pm ET

https://www.wsj.com/articles/kamala-harriss-balancing-act-demands-of-law-enforcement-and-reformers-11560194725?mod=hp_lead_pos7



Tulsi Gabbard rips Kamala Harris' record on criminal prosecutions

CNN ⊙    Subscribe                                    👍 72K   👎    ↱ Share   ↓ Download   ≡+ Save   •••

5,427,027 views  Jul 31, 2019  #CNN #News
During CNN's Democratic presidential debate, Rep. Tulsi Gabbard (D-HI) tears into Sen. Kamala Harris' record when she served as an attorney general and district attorney.  #CNN #News

Moderator, Jake Tapper: Thank you, uh, Vice President, Biden, and Senator Harris, your response?

Then Senator Kamala Devi Harris: That is, is, is, simply, not, true, and, as Attorney General of California where I ran the second largest Department of Justice in the United States second only to the United States Department of Justice, I am proud of the work we did, work that has received national recognition, for what has been the important work of reforming a criminal justice system, and, cleaning up the consequences of the bills that you passed when you were in the United States Senate for decades. It was the work of creating one of the first in the nation initiatives around reentering former offenders and getting them jobs and counseling -

Moderator, Jake Tapper: Thank you, Senator.

- Then Senator Kamala Devi Harris: (points at moderator and overrides moderator) I did the work as Attorney General of putting –

Moderator, Jake Tapper: Thank you, Senator.

- Then Senator Kamala Devi Harris: Body cameras on special agents

Moderator, Jake Tapper: I wanna bring in Congresswoman G-

- Then Senator Kamala Devi Harris: (overrides the moderator) In the State of California and I'm proud of that work.



Moderator, Jake Tapper: I, uh, I wanna bring in Congresswoman Gabbard, Congresswoman Gabbard, you took issue with Senator Harris confronting Vice President Biden at the last debate, you called it a quote "false accusation that Joe Biden is a racist" what's your response?



Then Congresswoman, Tulsi Gabbard: I wanna bring the conversation back to the broken criminal justice system, that is, disproportionally, negatively impacting black and brown people all across this country TODAY. Senator Harris says she's proud of her record as a prosecutor and that she'll be a prosecutor President, but I'm deeply concerned about this record. There are too many examples to cite, but, she put over 1500 people in jail over marijuana violations, then laughed about it when she was asked if she ever smoked marijuana (crowd roars). She blocked evidence that would have freed an innocent man from death row until the courts forced her to do so. She kept people in prison beyond their sentences to use them as cheap labor for the State of California, and she fought to keep –

Moderator, Jake Tapper: Thank you, Congresswoman.

-   Then Senator Kamala Devi Harris: (overrides moderator) Cash bail system in place that impacts poor people in the worst kind of way.

Moderator, Jake Tapper: Thank you, Congresswoman (crowd roars), uh Senator Harris, your response?

Then Senator Kamala Devi Harris: As the elected Attorney General of California I did the work of, significantly reforming the criminal justice system of a state of 40 million people, which became a national model for the work that needs to be done. And I am proud of that



Tulsi Gabbard rips Kamala Harris' record on criminal prosecutions

CNN ☉    Subscribe                                          👍 72K   👎    ↗ Share    ↓ Download    ☰+ Save    ⋯

5,427,027 views  Jul 31, 2019  #CNN #News
During CNN's Democratic presidential debate, Rep. Tulsi Gabbard (D-HI) tears into Sen. Kamala Harris' record when she served as an attorney general and district attorney. #CNN #News

work. And I am proud of, making a decision to not just give fancy speeches, or be in a legislative body and give speeches on a floor but, actually doing the work. Of being in the position, to use the power that I had to reform a system that is badly in need of reform. That is why, we created initiatives that were about reentering former offenders and getting them counseling –

Moderator, Jake Tapper: Thank you.

- Then Senator Kamala Devi Harris: (overrides moderator and points at self) it is why and because I know that criminal justice system

Moderator, Jake Tapper: Thank you, Senator.

- Then Senator Kamala Devi Harris: is so broken that I am an advocate for what

Moderator, Jake Tapper: Thank you, Senator, your your, time is up, uh...

- Then Senator Kamala Devi Harris: we need to do to not only decriminalize, but legalize marijuana in the United States.

Moderator, Jake Tapper: I wanna, I wanna, bring, uh, Congresswoman, uh, Gabbard back in your response, ma'am?

Then Congresswoman, Tulsi Gabbard: The bottom line is, Senator Harris, when you were in the position, to make a difference and an impact in these people's lives, you did not, and worse yet, in the case of those that were on death row. Innocent people, you actually blocked evidence from being revealed that would have freed them, until you were forced to do so, there is no excuse for that, and the people who suffered under your reign as prosecutor, oh, you owe them an apology.

Moderator, Jake Tapper: Senator Harris?

Then Senator Kamala Devi Harris: My entire career, I have been opposed, personally opposed to the death penalty, and that has never changed, and I dare anybody who is in a position to make that decision, to face, the people I have faced to say "I will not seek the death penalty" that is my background, that is my work. I am proud of it. I think you can judge people by when they are under fire and it's not about some fancy opinion on a stage, but when they're in the position to actually make a decision, what do they do? When I was in the position, of having to decide whether or not to seek a death penalty on cases I prosecuted. I made a very difficult decision that was not popular, to not seek the death penalty. History shows that, and I am proud of those decisions.



Tulsi Gabbard rips Kamala Harris' record on criminal prosecutions

CNN ⊘
16.6M subscribers   Subscribe

👍 72K   👎   ↗ Share   ⬇ Download   ➕ Save   ...

5,427,027 views  Jul 31, 2019  #CNN #News
During CNN's Democratic presidential debate, Rep. Tulsi Gabbard (D-HI) tears into Sen. Kamala Harris' record when she served as an attorney general and district attorney. #CNN #News

Then Moderator, Don Lemon: Senator Bennet, a question for you: Why are you the best candidate to heal the racial divide that exists in this country today, which has been stoked, by the President's racist rhetoric?

Senator Michael Bennet: Yeah, first of all, the President's racist rhetoric should be enough grounds for everybody in this country to vote him out of office, that one thing alone should be enough (crowd roars). Second, Don, I, I, I wanna answer your question by tagging on the conversation we were just having. This is the fourth debate that we have had, and the tw, second time that we have been debating what people did 50 years ago with bussing. When our schools are as segregated today as they were, 50 years ago (crowd roars)! We need a conversation about what's happening now! And when there's a group of kids in this country that don't get preschool through no fault of their own, and another group does, equal is not equal. And we've got a group of K-12 schools, that are good because families can spend a million bucks, and you've the Detroit public schools and that are as segregated as they were, equal is not equal (crowd roars)! And let me tell you something else, Don, I believe you can draw a straight line from slavery, through jim crow, through the banking and the red lining, and the mass incarceration that we were talking about on this stage a few minutes ago, but you know what other line I can draw? 88 percent of the people in our prisons dropped outta high school! Let's fix our school system and maybe we could

Then Moderator, Don Lemon: Senator.

Senator, Michael Bennet: Fix the prison pipeline that we have (crowd roars)!

Then Moderator, Don Lemon: Thank you, Senator.



https://www.youtube.com/watch?v=Y4fjA0K2EeE

# Catholics warn of Kamala Harris' record of 'anti-Catholic bigotry'



*Vice President Kamala Harris waves as she boards Air Force Two following a campaign event, in Milwaukee, Wis., Tuesday, July 23, 2024. (Kevin*

*Mohatt/Pool via AP) Vice President Kamala Harris waves as ... more >*

By Valerie Richardson
*The Washington Times*
*Tuesday, July 23, 2024*

Vice President Kamala Harris' pro-abortion views and "anti-Catholic bigotry" are ringing warning bells for advocates of the faith, which has about 71 million members in the U.S.

No sooner had President Biden dropped out of the race Sunday than traditional Catholics sounded the alarm on what CatholicVote called Ms. Harris' history of "anti-Catholic bigotry," citing incidents that date to her days as California attorney general and U.S. senator.

With Mr. Biden's exit, Ms. Harris emerged as the presumptive 2024 Democratic presidential nomination, teeing up a race against former President Donald Trump, the Republican nominee.

"Since the day she stepped into public life, Kamala Harris has epitomized gross incompetence, corruption and shameless bigotry that have become the mark of hard-left politicians," CatholicVote President Brian Burch said. "She

has specifically targeted people of faith and pro-life citizens for their beliefs and defense of the most defenseless in our society."

One memorable example: Her 2018 quizzing of federal judiciary nominee Brian Buescher about his membership in the Knights of Columbus, a men's Catholic fraternal organization with 2 million members known for its pancake breakfasts and charitable work.

Ms. Harris, who at the time was a senator on the Judiciary Committee, asked Mr. Buescher if he knew that the group "opposed a woman's right to choose" and if he had "ever, in any way, assisted with or contributed to advocacy against women's reproductive rights."

She and Democratic Sen. Mazie Hirono of Hawaii, who asked if he would quit the Knights if confirmed, were accused of imposing a religious litmus test on federal judicial nominees in violation of Article VI of the Constitution. Mr. Buescher was ultimately confirmed.

## MY TIMES                                                    VIEW ALL ⊕

**China executes 'slow-motion genocide' in Tibet, Xinjiang, conference told**
**Kamala Harris enjoys unparalleled momentum, but her critics doubt it will last**
**Vance snaps back at Harris: "What the hell have you done?"**

"Not only has Harris characterized Catholic Church teachings as 'extreme' and disqualifying for the federal judiciary, but she has also helped lead an administration that sought to weaponize the government against their political opponents," Mr. Burch said.

Last week, she declared at the NAACP National Convention that supporting abortion access "does not require anyone to abandon their faith or their beliefs," a statement blasted as "outrageous" by Ed Whelan, distinguished senior fellow at the Ethics and Public Policy Center.

"Kamala Harris has no business using her government position to tell Americans how their faith should inform their views on legal protections for the unborn," he told the Catholic News Agency.

Kenneth Craycraft, professor of moral theology at Mount St. Mary's Seminary and School of Theology, said Ms. Harris' "anti-Catholic bigotry" has been on display for years.

"Kamala Harris has not hidden her intention to institute policies against the Catholic Church, and against individuals, organizations, and institutions whose beliefs, positions, and policies are consistent with the moral theology of the Church," Mr. Craycraft wrote on X.



**CatholicVote** ✅
@CatholicVote · **Follow**

Kamala Harris has a history of anti-Catholic bigotry.

11:51 AM · Jul 22, 2024

❤ **2.4K**     💬 **Reply**     ↑ **Share**

**Read 122 replies**

Examples of where Ms. Harris has clashed with conservative Catholics and Christians often — but not always — involve her support for unfettered abortion access. They include:

· As California attorney general, she backed a 2015 state law requiring pro-life pregnancy centers to offer abortion referrals. The U.S. Supreme Court struck down the law on free-speech grounds;

She also authorized a 2015 raid on the home of pro-life activist David Daleiden over his hidden-camera probe into Planned Parenthood affiliates selling fetal tissue from abortions for research. Pro-life groups accused her of a conflict of interest based on her campaign support from Planned Parenthood;

• In the Senate, she sponsored the 2019 Do No Harm Act, which would have overridden religious objections to providing birth control in employer insurance plans and performing abortions and gender-transition procedures at Catholic hospitals;

• She cosponsored the 2017 Equality Act, which would ban discrimination based on gender identity, allowing biological males who identify as female to access girls' and women's facilities. The bill also exempts itself from the Religious Freedom Restoration Act;

• During her failed 2019 presidential campaign, she suggested that states should be required to obtain pre-clearance from the Justice Department before passing abortion restrictions.

Last year, Ms. Harris was mocked for her speech on abortion rights in which she said the Declaration of Independence guaranteed the right to "liberty and the pursuit of happiness" without mentioning life.

"Kamala Harris is a left-wing demagogue who is even more aggressive in promoting abortion, and even more extreme in her hostility to religious freedom rights, than Joe Biden," said C.J. Doyle, Catholic Action League executive director.

The Washington Times reached out to the Harris campaign for comment.

Ms. Harris defended her record on religious freedom during the 2020 vice presidential debate after Vice President Mike Pence accused her of attacking judicial nominees over their beliefs.

"Joe Biden and I are both people of faith, and it's insulting to suggest that we would knock anyone for their faith," Ms. Harris said. "And, in fact, Joe, if elected, will be only the second practicing Catholic as President of the United States."

Guthrie Graves-Fitzsimmons, author of "Just Faith: Reclaiming Progressive Christianity," praised her in a Monday op-ed for MSNBC, saying that she "embodies our nation's founding ideal of religious freedom and models a Christian commitment to religious pluralism."



**Jeremy Wayne Tate** ✔
@JeremyTate41 · **Follow**

𝕏

In 2018 Kamala tried to use membership in the
Knights of Columbus as disqualifying someone from
serving as a judge.

There is no place for anti-Catholic bigotry in
America.

4:53 PM · Jul 21, 2024                                              ⓘ

♥ **4.5K**        💬 **Reply**      ⬆ **Share**

**Read 73 replies**

Conservative Catholics decried Mr. Biden's veer to the left
as president, but the Democrat had an ace in the hole: He's
a lifelong Catholic. Ms. Harris, a Baptist who attended

Baptist and Hindu services growing up, has no such card.

Despite his well-known Catholic faith, Mr. Biden won just 52% of the Catholic vote in 2000, barely topping Mr. Trump, a non-Catholic who captured 47%, according to Edison Research exit polling.

Another wrinkle: Mr. Trump's running mate, Ohio Sen. J.D. Vance, converted to Catholicism in 2019 and has been outspoken about his Catholic faith.

"Harris should be concerned about the impact CatholicVote's galvanizing of Catholic voters — who boast a heavy presence in numerous key swing states like Pennsylvania, Wisconsin and Michigan — could have on her 2024 ambitions," Mr. Burch said.

• *Valerie Richardson can be reached at vrichardson@washingtontimes.com.*

Copyright © 2024 The Washington Times, LLC. Click here for reprint permission.

**Please read our comment policy before commenting.**





# CATHOLIC LEAGUE
### For Religious and Civil Rights

Q Search...

| Home | About | **Archive** | Videos | Membership | DONATE |
| | | DVDs | Books | Contact | Q |

< Previous   Next >



## KAMALA HARRIS IS NOT RELIGION-FRIENDLY

**Bill Donohue**

## Subscribe to Our News Releases!



## CLICK HERE TO SUBSCRIBE

Q Search...

In assessing her candidacy for president of the United States, it is instructive to consider the positions taken by Vice President Kamala Harris on several issues of interest to Catholics.

She is a passionate defender of abortion rights. Indeed, there is no record of her opposing abortion at any time during gestation or for any reason whatsoever. She has also tried to force states that restrict abortions to obtain federal approval from the Department of Justice before implementing them.

When Harris was California's attorney general, she bludgeoned pro-life activist David Daleiden. He used undercover videos to expose how abortion operatives harvest and sell aborted fetal organs. She authorized her office to raid his home: they seized his camera equipment and copies of revealing videos that implicated many of those who work in the abortion industry.

In her role as California AG she also sought to cripple crisis pregnancy centers with draconian regulations. Specifically, she supported a bill that would force these centers to inform clients where they could obtain an abortion. She was sued and lost in the Supreme Court three years later.

Like many other Democrats, Harris is not content to sanction child abuse in the womb. Even when they are born, she is okay with letting those who survive an abortion die.

**CATALYST ARCHIVE**

CATALYST 2023-2013
CATALYST 2012 - 2008
CATALYST 2007 - 2003
CATALYST 2002 - 1998
CATALYST 1997 - 1993

**NEWS RELEASE ARCHIVE**

NEWS RELEASES 2015 - 2024
NEWS RELEASES 2005 - 2014
NEWS RELEASES 1993 - 2004

Search By Category


Select Category

**ANNUAL REPORTS**

2023 YEAR IN REVIEW
2022 YEAR IN REVIEW

To be specific, on February 25, 2020, Sen. Harris voted against the Born-Alive Abortion Survivors Protection Act, a bill that would "prohibit a health care practitioner from failing to exercise the proper degree of care in the case of a child who survives an abortion or attempted abortion." That's called infanticide.

Harris' record on abortion and infanticide is at odds with her opposition to the death penalty. When it comes to convicted serial rapists and mass shooters, she wants to spare their lives. In 2019, she was explicitly asked if she opposed the death penalty for acts of treason. She said she did.

There we have it. Harris says that those who endanger the safety of all Americans by attempting a violent overthrow of the government, or spying on the military for a foreign enemy, should have their lives spared, but innocent children who are moments away from being born are not entitled to have their lives spared. And children who survive an abortion, but are in need of medical attention, can be left to die on the table, and no one will be held accountable.

The Democratic Party is the proud party of homosexual activists and transgender radicals.

Harris is so happy to see two people of the same sex "marry" that she actually performed "marriages" between gay couples in 2004. She also opposed Proposition 8, the California initiative barring gay marriage. The people spoke—they voted for it—but she

2021 YEAR IN REVIEW
2020 YEAR IN REVIEW
2019 YEAR IN REVIEW
2018 YEAR IN REVIEW
2017 YEAR IN REVIEW
2016 YEAR IN REVIEW
2015 REPORT ON ANTI-CATHOLICISM
2014 REPORT ON ANTI-CATHOLICISM
2013 REPORT ON ANTI-CATHOLICISM
2012 REPORT ON ANTI-CATHOLICISM
2011 REPORT ON ANTI-CATHOLICISM
2010 REPORT ON ANTI-CATHOLICISM

does not believe in "power to the people": she believes in power to the ruling class (which won in the Supreme Court).

When Florida Gov. Ron DeSantis supported a bill that would prohibit teachers in the early grades, K-3rd grade, from being indoctrinated with gay and transgender propaganda, she opposed it. In doing so she also showed her contempt for parental rights; the bill prohibited efforts to undermine them.

Harris' enthusiasm for transgender rights includes allowing females who claim to be men to join the military and males who claim to be female to compete against girls and women in sports.

Religious liberty is a First Amendment right, but her deeds suggest she is not supportive of it. As a U.S. senator, she co-sponsored the "Do No Harm Act" that would force religious institutions to violate their doctrinal prerogatives.

Harris even co-sponsored the most anti-religious liberty bill ever introduced, the Equality Act. It would coerce Catholic doctors and hospitals to perform abortions and to mutilate the genitals of young people seeking to transition to the opposite sex. This bill would sideline the Religious Freedom Restoration Act, a 1993 bill that ensures that the government does not encroach on religious rights.

2009 REPORT ON ANTI-CATHOLICISM
2008 REPORT ON ANTI-CATHOLICISM
2007 REPORT ON ANTI-CATHOLICISM
2006 REPORT ON ANTI-CATHOLICISM
2005 REPORT ON ANTI-CATHOLICISM
2004 REPORT ON ANTI-CATHOLICISM
2003 REPORT ON ANTI-CATHOLICISM
2002 REPORT ON ANTI-CATHOLICISM
2001 REPORT ON ANTI-CATHOLICISM
2000 REPORT ON ANTI-CATHOLICISM

In 2018, the Catholic League was among the first organizations in the nation to protest her attack on a Catholic nominee for a federal district judge post. She badgered Brian Buescher at a hearing, simply because he was a member of the Knights of Columbus, a male entity.

As I pointed out at the time, Harris has never objected to Jewish women groups or the League of Women Voters. Just a Catholic male group. What really got her goat is Buescher's membership in a Catholic organization that is pro-life and pro-marriage, rightly understood. In other words, she was invoking a religious test for public office, which is unconstitutional.

The one incident where Harris proved to be religion-friendly was a stunt she pulled that violated separation of church and state. In 2021, she created a video to be played in Virginia black churches urging everyone to vote for Democratic gubernatorial candidate Terry McAuliffe. The video aired in 300 churches for several weeks. Harris starred in it, beckoning congregants to vote for him.

Harris' record on life, marriage, gender ideology and religion are deeply troubling. There are no signs that she is about to change.

1999 REPORT ON ANTI-CATHOLICISM
1998 REPORT ON ANTI-CATHOLICISM
1997 REPORT ON ANTI-CATHOLICISM
1996 REPORT ON ANTI-CATHOLICISM
1995 REPORT ON ANTI-CATHOLICISM
1994 REPORT ON ANTI-CATHOLICISM
https://www.catholicle

By Bill | July 24th, 2024 | Categories: Latest News Releases | Tags: 2024 - July





# CATHOLIC LEAGUE
### For Religious and Civil Rights

Q Search...

Home    About    **Archive**    Videos    Membership    DONATE

DVDs    Books    Contact    Q

< Previous    Next >



## SPINNING DEI FOR KAMALA

**Bill Donohue**

# Subscribe to Our News Releases!



## CLICK HERE TO SUBSCRIBE

Q Search...

Is diversity, equity and inclusion (DEI) a good thing or a bad thing? We have been told by its supporters that it is a good thing, but now that it is being used against Kamala Harris, it is now a bad thing.

MSNBC commentator Joy Reid says, "DEI is actually a good thing," but hastens to add that it is racist to say that Harris is a DEI hire. Wouldn't that suggest that DEI is itself racist? By contrast, no one would say that merit is a good thing, but it is racist to say that those hired on this basis are racists.

University of Tennessee law professor Glenn H. Reynolds notes that "Diversity is code for specified hiring and promotion quotas based on race, gender, sexuality and similar factors. In practice, it boils down to discrimination." Everyone knows this is true, yet there is pushback against those who say Harris is a DEI hire. There shouldn't be.

When he was running for president four years ago, Joe Biden said in March 2020 that he was going to pick a woman for his vice president if he were to win the nomination. That's a quota—it automatically eliminates roughly half the adult population from consideration *because of their sex*. In July, when he was the presumptive nominee, he said he was considering four black women to be his running mate. Now 94 percent of the population was eliminated from consideration.

In other words, Harris was chosen because she is a black woman. So why are DEI fans upset when this is

**CATALYST ARCHIVE**

CATALYST 2023-2013
CATALYST 2012 - 2008
CATALYST 2007 - 2003
CATALYST 2002 - 1998
CATALYST 1997 - 1993

**NEWS RELEASE ARCHIVE**

NEWS RELEASES 2015 - 2024
NEWS RELEASES 2005 - 2014
NEWS RELEASES 1993 - 2004

Search By Category



Select Category

ANNUAL REPORTS

2023 YEAR IN REVIEW
2022 YEAR IN REVIEW

pointed out? Susan Rice, the former UN ambassador, said it was "incredibly insulting" to say Harris is a "DEI hire." Similarly, Maxwell Frost, a Democratic congressman, said, "Whenever you hear DEI, I want you to think about the N-word."

Do these people really think Harris was chosen because she was the best candidate? New York State Attorney General Letitia James seems to think so. She called her "an overachiever." She did not say what she has achieved. We do know that she came from a privileged background yet failed her first bar exam. That put her in a special category: more than 72 percent of those who took it passed.

It didn't matter in the end. Even though she flunked the test, she was hired as a deputy district attorney in Alameda County. How many white people are hired for such a job after they fail the bar?

Before the Supreme Court struck down quotas, DEI was called affirmative action. Michelle Obama knows all about this. She was 32nd in her high school class. It didn't matter in the end. She was admitted to Princeton University. One of her classmates finished 7th but she was rejected by all of the Ivy League schools she applied to. She was white.

If a baseball player who broke a major league record were to defend taking performance-enhancing drugs, but took umbrage at those who mocked his achievement, we would laugh him off the stage. Ditto

2021 YEAR IN REVIEW
2020 YEAR IN REVIEW
2019 YEAR IN REVIEW
2018 YEAR IN REVIEW
2017 YEAR IN REVIEW
2016 YEAR IN REVIEW
2015 REPORT ON ANTI-CATHOLICISM
2014 REPORT ON ANTI-CATHOLICISM
2013 REPORT ON ANTI-CATHOLICISM
2012 REPORT ON ANTI-CATHOLICISM
2011 REPORT ON ANTI-CATHOLICISM
2010 REPORT ON ANTI-CATHOLICISM

for the conflicted champions of DEI. It's too late to spin it.

By Bill | July 25th, 2024 | Categories: Latest News Releases | Tags: 2024 - July Releases | Comments Off

## Related Posts



### SECRET SERVICE'S CORRUPT CULTURE
July 15th, 2024



### KAMALA HARRIS IS NOT RELIGION-FRIENDLY
July 24th, 2024

2009 REPORT ON ANTI-CATHOLICISM
2008 REPORT ON ANTI-CATHOLICISM
2007 REPORT ON ANTI-CATHOLICISM
2006 REPORT ON ANTI-CATHOLICISM
2005 REPORT ON ANTI-CATHOLICISM
2004 REPORT ON ANTI-CATHOLICISM
2003 REPORT ON ANTI-CATHOLICISM
2002 REPORT ON ANTI-CATHOLICISM
2001 REPORT ON ANTI-CATHOLICISM
2000 REPORT ON ANTI-CATHOLICISM