

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EXPECTED DELIVERY DAY: 07/30/24

USPS SIGNATURE® TRACKING #

9510 8108 5772 4209 7994 03

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

PM ANDERSON, IN 46011
JUL 27, 2024
71101
$14.40
RDC 03   1 Lb 8.20 Oz   R2304M110997-55

PRIORITY MAIL

FROM: Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396

ATTN: Hon Daniel J. McCoy
TO: Hon Tom Stagg
300 Fannin St., Suite 1167,
Shreveport, LA 71101

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 30 2024
DANIEL J. McCOY, CLERK
BY: _____

X-RAYED

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE