UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Motions for Leave to Supplement Motion to Impeach Kamala Devi Harris [Doc. Nos. 376, 377, 378] filed by Jon F. Turpin ("Turpin"),

**IT IS ORDERED** that the Motions are **DENIED** as Turpin is not a party in this matter.

MONROE, LOUISIANA, this 1st day of August, 2024.

_____
Terry A. Doughty
United States District Judge