UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**STATE OF MISSOURI ET AL**              **CASE NO. 3:22-CV-01213 LEAD**

**VERSUS**                                **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**               **MAG. JUDGE KAYLA D. MCCLUSKY**

### ORDER

Considering the application to proceed *in forma pauperis* by Jon F. Turpin, IT IS HEREBY:

☐ GRANTED            ☑ DENIED

THUS DONE in Chambers on this 1st day of August, 2024.

_____
Terry A. Doughty
United States District Judge