UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT F. KENNEDY, JR. ET AL.,** | **CASE NO. 23-cv-0381 (CONSOLIDATED)** |
| | **CIVIL ACTION NO. 22-cv-01213 (LEAD)** |
| v. | |
| | **JUDGE: TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN, ET AL.,** | **MAG. JUDGE: KAYLA D. McCLUSKY** |

## ORDER

IT IS ORDERED that <u>Jed Rubenfeld</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Plaintiffs, Robert F. Kennedy, Jr., Children's Health Defense and Connie Sampognaro</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge