**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ROBERT F. KENNEDY, JR. ET AL.,** | **CASE NO. 23-cv-0381 (CONSOLIDATED)** |
| | **CIVIL ACTION NO. 22-cv-01213 (LEAD)** |
| **v.** | |
| | **JUDGE: TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN, ET AL.,** | **MAG. JUDGE: KAYLA D. McCLUSKY** |

**ORDER**

IT IS ORDERED that Jed Rubenfeld be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs, Robert F. Kennedy, Jr., Children's Health Defense and Connie Sampognaro in the above described action.

SO ORDERED on this, the 8th day of August, 2024.

_____
U.S. Magistrate Judge