

US POSTAGE PAID
$14.40
Origin: 47396
08/06/24
1797240822-21

PRIORITY MAIL®
0 Lb 3.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/09/24
C020

SHIP TO:
STE 1167
300 FANNIN ST
SHREVEPORT LA 71101-3122

USPS SIGNATURE® TRACKING #
9510 8103 7571 4219 5464 95


PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

FROM:
Jon F. "D." Turpin
2421 S. Plum St.,
Yorktown, IN 47396

TO:
Honorable Tom Stagg
300 Fannin St., Suite 1167
Shreveport, LA 71101

X-RAYED

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE