# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

August 26, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-30445    State of Missouri v. Biden  
                        USDC No. 3:22-CV-1213

The court has taken the following action:

The Court has re-issued the opinion for publication in the above case.


                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               /s/ Whitney M. Jett  
    By: _____  
        Whitney M. Jett, Deputy Clerk  
        504-310-7772

Mr. Travis Christopher Barham  
Mr. John B. Bellinger III  
Mr. Simon Christopher Brewer  
Mr. Brennan Tyler Brooks  
Mr. Jonathon Christian Burns  
Mr. Jay R. Carson  
Mr. David Anthony Dalia  
Mr. Joshua M. Divine  
Mr. Christopher A. Ferrara  
Mr. Leonid Goldstein  
Mr. Jon Marshall Greenbaum  
Mr. David A. Greene  
Mr. Gene Patrick Hamilton  
Mr. R. Stanton Jones  
Mr. Glynn Shelly Maturin II  
Mr. Daniel J. McCoy  
Mr. Christopher Ernest Mills  
Ms. Elizabeth Baker Murrill  
Mr. William Jeffrey Olson  
Mr. Dean John Sauer  
Mr. Todd Scott  
Mr. Jay A. Sekulow  
Mr. Eric Arthur Sell  
Mr. Tracy Short  
Mr. Daniel Bentele Hahs Tenny

```
Ms. Elisabeth S. Theodore
Mr. Peter Martin Torstensen Jr.
Ms. Judith Vale
Mr. John Julian Vecchione
Mr. Henry Charles Whitaker
Mr. Daniel Winik
Mr. Scott L. Winkelman
Mr. Stephen K. Wirth
Ms. Jenin Younes
Ms. Grace Zhou
```