# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 10, 2024
Lyle W. Cayce
Clerk

No. 24-30252

─────────────

STATE OF MISSOURI

*Plaintiff,*

*versus*

JOSEPH R. BIDEN, JR.

*Defendant,*

─────────────────────────────

ROBERT F. KENNEDY; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR.; KARINE JEAN-PIERRE; VIVEK H. MURTHY; XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Et al.*,

*Defendants—Appellants,*

Case 3:22-cv-01213-TAD-KDM Document 390 Filed 09/10/24 Page 2 of 3 PageID #: 29464
Case: 24-30252 Document: 91 Page: 2 Date Filed: 09/10/2024

No. 24-30252

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-381
USDC No. 3:22-CV-1213
_____

ORDER:

      IT IS ORDERED that a temporary administrative stay is issued until further order of the court. IT IS FURTHER ORDERED that Appellants' opposed renewed motion for stay pending appeal is CARRIED WITH THE CASE.

      LYLE W. CAYCE, CLERK
      United States Court of Appeals
        for the Fifth Circuit
      <u>/s/ Lyle W. Cayce</u>

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

September 10, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30252   Kennedy v. Biden  
                    USDC No. 3:23-CV-381  
                    USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____  
                Roeshawn Johnson, Deputy Clerk  
                504-310-7998

Mr. Simon Christopher Brewer  
Mr. Glynn Shelly Maturin II  
Mr. Daniel J. McCoy  
Mr. Jed Rubenfeld  
Mr. Michael Shih  
Mr. Daniel Bentele Hahs Tenny  
Mr. Daniel Winik  
Ms. Catherine M. Yang