# Exhibit 3

| | |
|---|---|
| Date: | Sun, 26 Apr 2020 11:46:46 AM -0400 |
| Sent: | Sun, 26 Apr 2020 11:46:45 AM -0400 |
| Subject: | Re: PLEASE READ -- Re: Please read and acknowledge receipt -- Actions needed regarding 2R01AI110964-06 |
| From: | David Morens ████@gmail.com> |
| To: | Peter Daszak ████@ecohealthalliance.org>; ████@bu.edu; |

Jerry and Peter,

This is sent from my gmail account. Please send all replies here To gmail

I have let Tony know but have not spoken to him directly. There are things I can't say except Tony is aware and I have learned that there are ongoing efforts within NIH to steer through this with minimal damage to you, Peter, and colleagues, and to nih and niaid. No guarantees, but let us hope. I imagine this will be handled at the level of Francis and Tony, within nih, and I don't expect to be in the loop.

I don't have any insight into what happened or how it happened, but the fact that your termination letter came from "Building 1", that is, the NIH directors office, and not from NIAID, is telling

Whatever is going on, I very much doubt that Tony or any of our niaid leadership would willfully throw you under the bus, or any grantee, for that matter. Indeed, I expect we would do everything possible to protect you. I have reason to believe that there are already efforts going on to protect you

What I said on the phone last night stands. I urge you to meet asap with this guy Lauer and with Eric and Emily. Lauer may well decline to meet with you, but I think you should press him. You have a right to demand a face to face explanation for such an unprecedented action. If your grant is from DMID Virology you may also want to meet with Virology Branch Chief Mark Challberg, and of course with Cristina, who is Emily's deputy and a respiratory virologist. These DMID folks will be your advocates. If any part of the grant goes through Columbia, or UNC (isn't that where Ralph is?), or any University, they may be able to apply pressure too.

If you can get down here, these meetings should be in person, although of course many nih folks are working from home, so that may not be possible.

In the meantime I would NOT go to the press. The first step is to find out in detail what happened and what your rights are. But I would line up advocates, as I suggested and Jerry as well. The press may find out about this in any case, but I think if so it is better to let friends defend you than for you to fight on your own. At least for now. Of course, however this plays out in the short term, it will end up in the public domain and the truth will come out. So hold on to that certainty, small comfort now, I know

Finally, I am so sorry you and your colleagues are going through this. You don't deserve it; if anything you deserve a medal. Please hang in there and press ahead firmly but collegiality

As a coda, Tony knows about your work. Sometime around 1 Feb I sent him an email outlining your work over recent years, and why it was so important to science. This was mostly because I anticipated new money, but also in the back of my mind was the possibility that something really dark like this could happen

Again, whatever role NIH might be playing in these events, I truly expect that we will be doing what is possible to protect you and your research over the long haul

I think I need another Scotch, and it's only 1145 am
David


Sent from my iPhone