# Exhibit 4

| **Date:** | Wed, 1 Dec 2021 5:13:48 PM -0500 |
| **Sent:** | Wed, 1 Dec 2021 5:12:28 PM -0500 |
| **Subject:** | RE: Wpost: NIH director: 'Conspiracies are winning here' |
| **From:** | Peter Daszak ▓▓▓@ecohealthalliance.org> |
| **To:** | Keusch, Gerald T ▓▓▓@bu.edu>; David Morens ▓▓▓@gmail.com>; |
| **CC:** | Aleksei Chmura ▓▓▓@ecohealthalliance.org>; |
| **Attachments:** | image001.gif; image002.jpg; image003.jpg; image004.jpg; image005.jpg |

Dear David,

Hope all's well – Jerry forwarded me a response to him. Please start cc'ing me back in – I'll be extremely careful to only use your gmail account.

Great to hear the news about this vaccine commentary paper – please let me know when it's coming out and in which journal so I can get ready…

Cheers,

Peter

**Peter Daszak**
*President*

EcoHealth Alliance
520 Eighth Avenue, Suite 1200
New York, NY 10018-6507
USA

Tel.: ▓▓▓
Website: www.ecohealthalliance.org
Twitter: @PeterDaszak

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation*

**From:** David Morens ▓▓▓@gmail.com>
**Sent:** Friday, November 19, 2021 5:05 PM
**To:** Keusch, Gerald T ▓▓▓@bu.edu>
**Subject:** Re: Wpost: NIH director: 'Conspiracies are winning here'

Good news, keep it up.

I had a long off the record chat with PBS Newshours's Nick Schifrin this morning.  The craziness is receding at least a bit.

I forgot to clarify in my email yesterday that BOTH my gmail and phone calls are now safe.  Text is NOT, as it can be FOIA'd, as can my govt email.

So you and Peter and others should be able to email me on gmail only, with the caveat that no other govt. employee is copied at a govt address, as all govt emails are potentially FOIA'able.

MORENS_SUBPOENA_023134

I think Tony has calmed down a little about his attacks. In our recent meetings he has been relaxed and curious about the science. The corona vaccine commentary paper he asked me to write and which I sent him the final yesterday, with Jeff Taubenberger as a coauthor (since he and I are working on coronavirus vaccines), has a section that says that before we start making next generations vaccines we need to characterize the sarbecovirus universe and essentially work together with China and the SEA countries to study bats, animals, humans esp. in various occupations, all; the stuff that Peter has been doing. he seemed to like that and his name will be on it.

david

David M. Morens, MD



@gmail.com
(work)
(cell)

**IMPORTANT: My gmail frequently sends incoming messages to Trash, which is apparently not correctable. If you don 't hear from me in a reasonable time, please try again, call, or use my NIH email address**

**IMPORTANT: For US Government-related email, please also reply to my NIAID address**

On Fri, Nov 19, 2021 at 2:32 PM Keusch, Gerald T   @bu.edu> wrote:

How utterly ironic.

I did follow up with Peter regarding your new secure cyber connections.

And when the Washington Post rejected my Opinion piece I got a lead into Science from Jon Cohen and today I reworked it and submitted it to them a short while ago. Jon says to expect rejection and plan for the next submission in line. He suggested Michael Hiltzig at the LA Times. Its big and influential enough to garner attention in Building One. There is The Hill and Politico still to be considered. Its really a lot easier to get fake news and junk published than it is to shed light and truth.

Jerry

**From:** Morens, David (NIH/NIAID) [E]   @niaid.nih.gov>
**Sent:** Friday, November 19, 2021 9:09 AM
**To:** Keusch, Gerald T   @bu.edu>
**Subject:** FW: Wpost: NIH director: 'Conspiracies are winning here'

David

MORENS_SUBPOENA_023135