# Exhibit 6

**Date:**    Thu, 18 Nov 2021 5:06:31 PM -0500

**Subject:**  Re: Opinion for WaPo

**From:**    David Morens ███████@gmail.com>

**To:**      Keusch, Gerald T ███████@bu.edu>;

---

Jerry,

I am updating you on my computer and gag order situation.

With the help of our IT folks, I went over the whole computer and phone situation. They loaded some ant-hacking software on my phone and discussed the situation with me.

Basically, my gmail is now safe from FOIA and hacking on all of my devices, including government computer and phone, and my private computer and iPad.

Thus it should be safe to communicate safely with you, Peter, and others, as long as we use my private gmail.

You may have noticed that I have intentionally forwarded you news clips I get daily, sent from my govt email, but that is ok as long as you don't reply to that email. I have done this because this should not show up in a FOIA, is innocuous as it's just forwarding a third party item already in the public domain, and because it saves me forwarding to my own gmail and then on to you.

Please pass this on to Peter and I ask you both that NOTHING gets sent to me except to my gmail, and make sure that what gets sent to my gmail doesn't have a cc to another government employee who could be FOIA'd.

Today is day 2 of the Trop Med meetings and Peter gave a great if pre-recorded talk. I congratulated him on the talk with my name signed in the chat session associated with his talk.

On Tuesday and again today I had face to face meetings with Tony to discuss science issues. He seems much less alarmed and even a bit philosophical about the whole thing. He asked how Peter was doing, as he often does, and seemed to commiserate with him to a degree.

You may be amused at the following aside that was a big surprise to me. He was asking my opinion about what is wrong with CDC and in the process said, out of the blue, that it was HE who got Rochelle Wolensky her job as CDC director by lobbying for her to Ron Klain. Well, she does wear a skirt.... I poured a little cold water on her but he was undeterred in thinking she is the cat's pajamas....

His main interest at the moment is making "universal" coronavirus vaccines, the COVID-19 end game, and things related to COVID immunity. He's asked me to co-write with him 2 or 3 papers on these subjects, this being in the context of giving him ideas to communicate in his weekly WH press conferences and meeting with Biden's higher ups on a

regular basis, plus being on TV.

Please give my best wishes to you-know-who
david
David M. Morens, MD





@gmail.com
(work)
(cell)

IMPORTANT: My gmail frequently sends incoming messages to Trash, which
is apparently not correctable. If you don't hear from me in a
reasonable time, please try again, call, or use my NIH email address

IMPORTANT: For US Government-related email, please also reply to my
NIAID address

On Fri, Nov 12, 2021 at 11:24 PM Keusch, Gerald T        @bu.edu> wrote:
>
> Hi David,
>
>
>
> On the basis of the Holden Thorpe piece in Science you sent I revised my last version of the Opinion and
didn't mind going over the suggested word count by 125 words. I figured if what I wrote was compelling
enough they would allow the small change increase in words.
>
>
>
> So although it was my intention I didn't work with the edited version you spent time on. My thanks for doing
it, but with the Science editorial I felt the window to submit was closing as there would be other follow up
editorials and letters etc. I also felt I couldn't let EHA off the hook entirely, as Thorpe points out there were
missteps on the part of both EHA and NIH. But my focus was squarely on NIH, Collins and Tabak. And
besides, NIH dealt in misinformation, and EHA was not in front of the inevitable attacks they could and should
have anticipated, or as Thorpe says "a self-inflicted wound" but not arising from the deception NIH was
engaged in.
>
>
>
> I sent it on to WaPo this afternoon. I will let you know what, if anything they say.
>
>
>
> Jerry

MORENS_SUBPOENA_000220