# Exhibit 7

**Date:**    Wed, 24 Feb 2021 2:11:47 PM -0500
**Sent:**    Wed, 24 Feb 2021 2:11:45 PM -0500
**Subject:**    RE: Briefing Tony
**From:**    "Keusch, Gerald T" <██████@bu.edu>
**To:**    Peter Daszak <██████@ecohealthalliance.org>; David Morens <██████@gmail.com>;

Trash stuff. Any news outlet with a heading for Patriots on their banner is one I would normally avoid. I think this, and the republicans gambit mentioned in the article (which of course is full of innuendo, hyperbole, and out of context associations), make it even more important to brief Tony on the WHO team visit to China.

Before there is a knee jerk response to the provocation, it would be wise to think more carefully about any next step to take.

Jerry

**From:** Peter Daszak <██████@ecohealthalliance.org>
**Sent:** Wednesday, February 24, 2021 1:53 PM
**To:** David Morens <██████@gmail.com>
**Cc:** Keusch, Gerald T <██████@bu.edu>
**Subject:** Re: Briefing Tony

Apologies - here's the story: https://dailycaller.com/2021/02/23/gop- lawmakers-demand-nih-investigation-wuhan/

Cheers,

Peter


Peter Daszak
(Sent from my iPhone)

President
EcoHealth Alliance

460 West 34th Street, New York, NY 10001, USA

www.EcoHealthAlliance.org

> On Feb 24, 2021, at 1:14 PM, Peter Daszak <██████@ecohealthalliance.org> wrote:

> Here's the latest bullshit from the Republicans. My problem is that the White House says "no plans to continue funding". It's very disappointing. I mean there is actually still NO evidence that the virus escaped from the lab, for F's sake!

> Cheers,

> Peter


> Peter Daszak
> (Sent from my iPhone)

> President

MORENS_SUBPOENA_012512

EcoHealth Alliance

460 West 34th Street, New York, NY 10001, USA

www.EcoHealthAlliance.org

On Feb 24, 2021, at 9:21 AM, David Morens <███████@gmail.com> wrote:

You are right, i need to be more careful. However, as i mentioned once before, i learned from our foia lady here how to make emails disappear after i am foia'd but before the search starts, so i think we are all safe. Plus i deleted most of those earlier emails after sending them to gmail.  D

Sent from my iPhone
David M Morens
OD, NIAID, NIH

On Feb 23, 2021, at 21:53, Keusch, Gerald T <██████@bu.edu> wrote:

We need you alive and well, so pay attention to the email address you use.  If you get FOIA'ed and have to respond it will have Peter and, of lesser importance, me on the correspondence.  The less we provide the enemy the better.

That said, thanks for planting the seed for this conversation to be.  It will provide Tony with insights and it will be Peter who provides them - pointing out how amazingly connected (and important) he, Peter, is. Tony too.

Jerry


Gerald T. Keusch, M.D.
Professor of Medicine
Associate Director
National Emerging Infectious Diseases Laboratory
Boston University, Boston MA 02118

-----Original Message-----
From: Morens, David (NIH/NIAID) [E] <██████@gmail.com>
Sent: Tuesday, February 23, 2021 2:36 PM
To: Keusch, Gerald T <██████@bu.edu>
Cc: Peter Daszak (██████@ecohealthalliance.org) <██████@ecohealthalliance.org>
Subject: Re: Briefing Tony

Thanks for reminding me, but I am pretty sure it is OK now to use my NIH email because 1) I haven't been a bad boy, and 2) the brown shirts have left town, and 3) it is no loger a cardinal sin to know Dr. Daszak!

However, your point is well taken, as I often do say subversive things without realizing it.....