IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *ex rel.* ANDREW BAILEY, Attorney General, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States, *et al.* <br><br> *Defendants*. | No. 3:22-cv-1213 |

**PROPOSED ORDER GRANTING PLAINTIFFS' REQUEST FOR DISCOVERY AND LEAVE TO AMEND THEIR COMPLAINT**

The Court, having reviewed the supplemental submissions of the parties filed pursuant to an Order of this Court, s*ee* Aug. 27, 2024 Order, ECF 389, and the entire record herein, hereby ORDERS that the parties complete their Rule 26(f) conference by_____, and that discovery should commence and the parties shall submit an agreed-upon schedule for discovery by _____. It is further ORDERED that no second motion for dismissal shall be entertained and to the extent such a request has been made, it is DENIED. The Court further GRANTS Plaintiffs' request to amend their Complaint

as stated in their brief filed pursuant to this Court's Order, ECF 389.  Plaintiffs are ORDERED to amend their Complaint by _____.

*It is so ordered.*

Dated:_____ Signed:_____