# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | |
| *Plaintiffs*, | No. 22-cv-1213 |
| v. | *Consolidated with No. 23-cv-381* |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, | Judge Terry A. Doughty<br>Mag. Judge Kayla D. McClusky |
| *Defendants*. | |

## **CONSENT MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT**

Defendants respectfully request leave, unopposed, to file a brief of up to FORTY (40) pages in response to (1) the Order of this Court (Dkt. 389) ("Briefing Order"), which directed briefs "on whether further jurisdictional discovery limited to the issue of standing could aid this court's evaluation of its continuing jurisdiction over this case, or alternatively, whether dismissal is appropriate," and (2) Plaintiffs' brief in response to the Briefing Order (Dkt. 391). Good cause supports this motion to exceed the page limit in Local Rule 7.8.

The Briefing Order is based on the remand from the U.S. Court of Appeals for the Fifth Circuit (Dkt. 386), which in turn is based on the remand from the U.S. Supreme Court in *Murthy v. Missouri*, 144 S. Ct. 1972 (2024). Plaintiffs' brief in response to the Briefing Order presents contentions regarding the effect of the Opinion of the U.S. Supreme Court in *Missouri*, and draws upon, *inter alia*, supplemental declarations from two individual plaintiffs—one from Plaintiff Hines containing 25 numbered paragraphs (Dkt. 391-10), and the other from Plaintiff Bhattacharya containing 12 numbered paragraphs (Dkt. 391-11).

Defendants respectfully submit that a brief of up to 40 pages is necessary to adequately address the contentions in Plaintiffs' brief in response to the Briefing Order, the supplemental declarations from the two individual plaintiffs that response draws upon, and the Opinion of the U.S. Supreme Court in *Missouri*.

Plaintiffs do not oppose this Motion. A proposed order is attached.

Dated: October 4, 2024                Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

JOSHUA E. GARDNER
*Special Counsel, Federal Programs Branch*

JOSEPH E. BORSON
*Assistant Director, Federal Programs Branch*

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar No. 978017)
*Senior Counsel*
ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
CATHERINE M. YANG (N.Y. Bar No. 5319736)
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington D.C. 20005
Tel: (202) 616-8488
indraneel.sur@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

In accordance with the Local Rules of this Court, counsel for Defendants contacted Plaintiffs' counsel to request consent for the filing and granting of this motion. Plaintiffs' counsel informed counsel for Defendants that Plaintiffs do not oppose this motion.

*/s/ Indraneel Sur*