UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI, ET AL.** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Consent Motion for Leave to File Brief in Excess of Page Limit filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**.

Defendants are granted leave to file a brief of up to FORTY (40) pages in response to this Court's Order of August 27, 2024 (Dkt. 389).

**THUS, DONE AND SIGNED IN MONROE, LOUISIANA**, this 7th day of October 2024**.**

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**