**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**STATE OF MISSOURI, ET AL.**　　　　　　**CASE NO.  3:22-CV-01213**

**VERSUS**　　　　　　　　　　　　　　**JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR., ET AL.**　　　　　**MAG. JUDGE KAYLA D. MCCLUSKY**

**[PROPOSED] ORDER**

　　　Upon consideration of the submissions of the parties in response to this Court's Order of

August 27, 2024 (Dkt. 389), and the entire record in this action, it is hereby

　　　**ORDERED** that this action is **DISMISSED** without prejudice for lack of subject-matter

jurisdiction.

　　　**THUS, DONE AND SIGNED IN MONROE, LOUISIANA**, this _____ day of _____

2024.

　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　**TERRY A. DOUGHTY**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**