IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PRESIDENT JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *et. al.*, <br><br> *Defendants*. | Civil Action No. 3:22-cv-1213 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully request a 7-day extension to respond to Defendants' supplemental brief in response to the Court's order of August 27, 2024, making their response due October 29, 2024. All parties have agreed to this extension. In support of this motion, Plaintiffs state as follows:

1. Defendants filed their 37-page response brief on October 8, 2024.

2. According to the Court's briefing schedule, Plaintiffs' reply is due October 22, 2024.

3. The attorney for individual Plaintiffs Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, and Martin Kulldorff is the primary drafter of the reply brief.

4. She and her family fell ill with Covid-19 last week, impeding her ability to work on the reply brief during that time.

1

5. In order to adequately address Defendants' lengthy arguments, which by consent is an oversized brief, and to accommodate the schedules of all co-counsel to review the brief, Plaintiffs request a 7-day extension of time.

6. Accordingly, Plaintiffs respectfully request that the Court grant this motion.

Dated: October 15, 2024                                        Respectfully submitted,

/s/ Jenin Younes

JENIN YOUNES *

*Litigation Counsel*
JOHN J. VECCHIONE *
*Senior Litigation Counsel*
ZHONETTE BROWN*
*Senior Litigation Counsel*
New Civil Liberties Alliance
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Main: (202) 869-5210
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,
Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

ELIZABETH B. MURRILL                         ANDREW BAILEY
*Louisiana Attorney General*                 *Missouri Attorney General*

/s/ Zachary Faircloth                        /s/ Josh M. Divine
ZACHARY FAIRCLOTH                            JOSH M. DIVINE
*Principal Deputy Solicitor General*         *Solicitor General*
TRACY SHORT                                  TODD A. SCOTT
*Ass't Attorney General*                     *Senior Counsel*
D. JOHN SAUER                                207 W. High St.
*Sp. Ass't Attorney General*                 P.O. Box 899
1885 N. Third St.                            Jefferson City, MO 65102
Baton Rouge, LA 70802                        (573) 751-8870
(225) 326-6766                               Joshua.Divine@ago.mo.gov
MurrillE@ag.louisiana.gov                    *Counsel for Missouri*
*Counsel for Louisiana*

/s/ John C. Burns
JOHN C. BURNS *
Burns Law Firm

P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*
*\*Admitted pro hac vice*