IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *ex rel.* ANDREW BAILEY, Attorney General, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States, *et al.* <br><br> *Defendants*. | No. 3:22-cv-1213 |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME

It is hereby ORDERED that Plaintiffs' 7-day motion for an extension of time to file their Reply Memorandum Opposing Dismissal of the Case and Supporting Discovery, pursuant to the Court's August 27, 2024 Order, is GRANTED. Plaintiffs' Reply Memorandum is now due October 29, 2024.

*It is so ordered.*

Dated:_____ Signed:_____