UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering Plaintiffs' Motion for an Extension to file their Reply (R. Doc. 395),

It is ORDERED that the Motion is GRANTED. Plaintiffs' Reply Memorandum is now due October 29, 2024.

MONROE, LOUISIANA, this 15th day of October, 2024.

_____
Terry A. Doughty
United States District Judge