# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PRESIDENT JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *et. al.,* <br><br> *Defendants*. | Civil Action No. 3:22-cv-1213 |

## MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT

Plaintiffs respectfully request leave, unopposed, to file a reply brief of up to 25 pages in response to the Order of this Court, (ECF 389), directing the parties to brief whether further jurisdictional discovery is warranted, or alternatively, whether dismissal is appropriate.

Defendants (with Plaintiffs' consent and by Order of this Court) filed a brief of 37 pages, 12 pages in excess of the page limit delineated in Local Rule 7.8 unless by the Court's permission. In order to adequately address Defendants' lengthy arguments, Plaintiffs need these extra pages. A proposed order is attached.

Dated: October 22, 2024                                          Respectfully submitted,

*/s/ Jenin Younes*

JENIN YOUNES *

*Litigation Counsel*
JOHN J. VECCHIONE *
*Senior Litigation Counsel*
ZHONETTE BROWN*
*Senior Litigation Counsel*
New Civil Liberties Alliance
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Main: (202) 869-5210
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya, Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

| | |
|---|---|
| ELIZABETH B. MURRILL | ANDREW BAILEY |
| *Louisiana Attorney General* | *Missouri Attorney General* |
| | |
| */s/ Zachary Faircloth* | */s/ Josh M. Divine* |
| ZACHARY FAIRCLOTH | JOSH M. DIVINE |
| *Principal Deputy Solicitor General* | *Solicitor General* |
| TRACY SHORT | TODD A. SCOTT |
| *Ass't Attorney General* | *Senior Counsel* |
| D. JOHN SAUER | 207 W. High St. |
| *Sp. Ass't Attorney General* | P.O. Box 899 |
| 1885 N. Third St. | Jefferson City, MO 65102 |
| Baton Rouge, LA 70802 | (573) 751-8870 |
| (225) 326-6766 | Joshua.Divine@ago.mo.gov |
| MurrillE@ag.louisiana.gov | *Counsel for Missouri* |
| *Counsel for Louisiana* | |

*/s/ John C. Burns*
JOHN C. BURNS *
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*
*\*Admitted pro hac vice*