IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF MISSOURI, *ex rel.*
ANDREW BAILEY, Attorney
General, *et al.*

       *Plaintiffs*,

       v.

JOSEPH R. BIDEN, Jr.,
in his official capacity as President of
the United States,
*et al.*

       *Defendants*.

No.  3:22-cv-1213

## [PROPOSED] ORDER

Considering the foregoing Consent Motion for Leave to File Brief in Excess of

Page Limit filed by Plaintiffs,

**IT IS ORDERED** that the motion is **GRANTED**.

Plaintiffs are granted leave to file a reply brief of up to TWENTY-FIVE (25)

pages in response to the Court's Order of August 27, 2024 (Dkt. 389).

**THUS, DONE AND SIGNED IN MONROE, LOUISIANA,** this \_\_\_\_

day of October 2024.


Dated:_____ Signed:_____