# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Consent Motion for Leave to File Brief in Excess of Page Limit filed by Plaintiffs (R. Doc. 397),

IT IS ORDERED that the motion is GRANTED. Plaintiffs are granted leave to file a reply brief of up to TWENTY-FIVE (25) pages in response to the Court's Order of August 27, 2024 (Dkt. 389).

MONROE, LOUISIANA, this 22nd day of October, 2024.

_____
Terry A. Doughty
United States District Judge