# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI, ET AL.** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## [PROPOSED] ORDER

Considering the foregoing motion to strike or, in the alternative, for leave to file surreply in further response to the Court's Order of August 27, 2024 filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**.

The declarations filed by Plaintiffs on October 29, 2024 at Docket Numbers 399-1, 399-2, and 399-3 of the record in this action are hereby stricken, and shall not be considered.

**THUS, DONE AND SIGNED IN MONROE, LOUISIANA**, this _____ day of November 2024**.**

 

 

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**