# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing alternative motion for leave to file surreply (R. Doc. 400),

IT IS ORDERED that the Motion is GRANTED. The Clerk is directed to file Defendants' surreply (R. Doc. 400-1) into the record.

MONROE, LOUISIANA, this 5th day of November, 2024.

Terry A. Doughty
United States District Judge