*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION


State of Missouri et al.
_____
Plaintiff

VS.

Joseph R. Biden et al.
_____
Defendant

Case No.    3:22-cv-01213

Judge    Terry A. Doughty
Magistrate Judge    Kayla D. McClusky


**ORDER**


    IT IS ORDERED that J. Michael Patton be and is hereby admitted to the bar of this Court

pro hac vice on behalf of the State of Missouri in the above described action.

    SO ORDERED on this, the _____ day of _____, 20_____.


_____
U.S. Magistrate Judge