(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| State of Missouri et al. | Case No. | 3:22-cv-01213 |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | Terry A. Doughty |
| Joseph R. Biden et al. | Magistrate Judge | Kayla D. McClusky |
| Defendant | | |

**ORDER**

IT IS ORDERED that J. Michael Patton be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Missouri in the above described action.

SO ORDERED on this, the 21st day of November, 2024.

_____
U.S. Magistrate Judge