# United States Court of Appeals
# for the Fifth Circuit

––––––––––––

No. 24-30252

––––––––––––

United States Court of Appeals
Fifth Circuit

**FILED**

November 20, 2024

Lyle W. Cayce
Clerk

STATE OF MISSOURI

*Plaintiff*,

*versus*

JOSEPH R. BIDEN, JR.

*Defendant*,

–––––––––––––––––––––––––––

ROBERT F. KENNEDY, ; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees*,

*versus*

JOSEPH R. BIDEN, JR.; KARINE JEAN-PIERRE; VIVEK H. MURTHY; XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Et al.*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-381
USDC No. 3:22-CV-1213

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT