IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *ex rel.* ANDREW BAILEY, Attorney General, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States, *et al.* <br><br> *Defendants*. | No. 3:22-cv-1213 |

## PROPOSED ORDER GRANTING PLAINTIFFS' PROPOSED DISCOVERY AND DISCOVERY SCHEDULE

The Court, having reviewed the supplemental submissions of the parties filed pursuant to an Order of this Court, s*ee* November 8, 2024 Order, ECF 404, hereby ORDERS that Plaintiffs are to serve their proposed interrogatories and requests for documents within fourteen (14) days of this Order. Plaintiffs are to complete all proposed depositions by the 31st day of March, 2025.

*It is so ordered.*

Dated:_____  Signed:_____