# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**STATE OF MISSOURI, ET AL.**  　　　　　　**CASE NO. 3:22-CV-01213**

**VERSUS**  　　　　　　**JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR., ET AL.**  　　　　　　**MAG. JUDGE KAYLA D. MCCLUSKY**

## [PROPOSED] ORDER

Considering the foregoing unopposed Motion filed by Defendants for extension of time to respond to the Plaintiffs' Proposed Jurisdictional Discovery Plan,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants shall respond to the Proposed Jurisdictional Discovery Plan by December 13, 2024.

**THUS, DONE AND SIGNED IN MONROE, LOUISIANA**, this _____ day of November 2024**.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**TERRY A. DOUGHTY**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**