# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 26, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30252   Kennedy v. Biden
                  USDC No. 3:23-CV-381
                  USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Christy Combel*
                By: _____
                Christy M. Combel, Deputy Clerk
                504-310-7651

Mr. Simon Christopher Brewer
Mr. David Anthony Dalia
Mr. Glynn Shelly Maturin II
Mr. Daniel J. McCoy
Mr. William Jeffrey Olson
Mr. Jed Rubenfeld
Mr. Michael Shih
Mr. Daniel Bentele Hahs Tenny
Mr. Daniel Winik
Ms. Catherine M. Yang

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 26, 2024
Lyle W. Cayce
Clerk

No. 24-30252

STATE OF MISSOURI

*Plaintiff,*

*versus*

JOSEPH R. BIDEN, JR.

*Defendant,*

_____

ROBERT F. KENNEDY, ; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR.; KARINE JEAN-PIERRE; VIVEK H. MURTHY; XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Et al.*,

*Defendants—Appellants.*

Case 3:22-cv-01213-TAD-KDM Document 391-2 Filed 11/26/24 Page 2 of 2 PageID #: 29724
Case: 24-30252 Document: 410 Page: 2 Date Filed: 11/26/2024

No. 24-30252

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-381
USDC No. 3:22-CV-1213

_____

ORDER:

      IT IS ORDERED that the unopposed motion of The Free Speech Foundation, d/b/a America's Frontline Doctors, and Dr. Simone Gold, M.D., J.D., to file a brief amicus curiae in support of the Appellees' petition for rehearing en banc is GRANTED.

                                        /s/ Catharina Haynes
                                        CATHARINA HAYNES
                                        *United States Circuit Judge*