UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering Defendants unopposed Motion (R. Doc. 409) for extension of time to respond to the Plaintiffs' Proposed Jurisdictional Discovery Plan,

IT IS ORDERED that the Motion is GRANTED. Defendants shall respond to the Proposed Jurisdictional Discovery Plan by December 13, 2024.

MONROE, LOUISIANA, this 27th day of November, 2024.

Terry A. Doughty
United States District Judge