# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 26, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30252   Kennedy v. Biden
                  USDC No. 3:23-CV-381
                  USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. Simon Christopher Brewer
Mr. David Anthony Dalia
Mr. Glynn Shelly Maturin II
Mr. Daniel J. McCoy
Mr. William Jeffrey Olson
Mr. Jed Rubenfeld
Mr. Michael Shih
Mr. Daniel Bentele Hahs Tenny
Mr. Daniel Winik
Ms. Catherine M. Yang

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 26, 2024
Lyle W. Cayce
Clerk

_____

No. 24-30252

_____

STATE OF MISSOURI

*Plaintiff*,

*versus*

JOSEPH R. BIDEN, JR.

*Defendant*,

_____

ROBERT F. KENNEDY, ; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees*,

*versus*

JOSEPH R. BIDEN, JR.; KARINE JEAN-PIERRE; VIVEK H. MURTHY; XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Et al.*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-381
USDC No. 3:22-CV-1213

_____

ORDER:

     IT IS ORDERED that the unopposed motion of Lt. General Michael Flynn (USA-ret.), America's Future, Free Speech Coalition, Free Speech Defense and Education Fund, Gun Owners of America, Gun Owners Foundation, Gun Owners of California, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund to file a brief amicus curiae in support of the Appellees' petition for rehearing en banc is GRANTED.

                                               /s/ *Catharina Haynes*
                                               CATHARINA HAYNES
                                               *United States Circuit Judge*