IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,<br><br>    *Defendants*. | No. 22-cv-1213<br><br>*Consolidated with No. 23-cv-381*<br><br>Judge Terry A. Doughty<br>Mag. Judge Kayla D. McClusky |

**CONSENT MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF PAGE LIMIT**

Defendants respectfully request leave, unopposed, to file a brief of up to THIRTY-FIVE (35) pages in response to Plaintiffs' Proposed Jurisdictional Discovery Plan ("Proposed Plan") (Dkt. 408). Defendants' response is due on December 13, 2024.

Good cause supports this motion to exceed the page limit in Local Rule 7.8.

Plaintiffs filed their Proposed Plan after this Court entered its Order of November 8, 2024 (Dkt. 404), following the remand from the U.S. Court of Appeals for the Fifth Circuit (Dkt. 386), which in turn is based on the remand from the U.S. Supreme Court in *Murthy v. Missouri*, 603 U.S. 43 (2024).

Defendants respectfully submit that a brief of up to 35 pages is necessary to adequately address the various components of the Proposed Plan, the proposals for discovery outlined in that Plan as to the parties and as to nonparties, and how they relate to the Supreme Court's opinion in *Missouri*.

Plaintiffs do not oppose this Motion. A proposed order is attached.

| | |
|---|---|
| Dated: December 11, 2024 | Respectfully submitted, |

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

JOSHUA E. GARDNER
*Special Counsel, Federal Programs Branch*

JOSEPH E. BORSON
*Assistant Director, Federal Programs Branch*

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar No. 978017)
*Senior Counsel*
ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
CATHERINE M. YANG (N.Y. Bar No. 5319736)
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington D.C. 20005
Tel: (202) 616-8488
indraneel.sur@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

In accordance with the Local Rules of this Court, counsel for Defendants contacted Plaintiffs' counsel to request consent for the filing and granting of this motion. Plaintiffs' counsel informed counsel for Defendants that Plaintiffs do not oppose this motion.

*/s/ Indraneel Sur*