UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI, ET AL.** | **CASE NO. 3:22-CV-01213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### [PROPOSED] ORDER

Considering the foregoing Consent Motion for Leave to File Response in Excess of Page Limit filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**.

Defendants are granted leave to file a brief of up to THIRTY-FIVE (35) pages in response to Plaintiffs' Proposed Jurisdictional Discovery Plan (Dkt. 408).

**THUS, DONE AND SIGNED IN MONROE, LOUISIANA**, this \_\_\_\_ day of December 2024**.**

　

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**