# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO.  3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JOSEPH R. BIDEN JR ET AL** | **MAG. JUDGE MCCLUSKY** |

## ORDER

Considering the foregoing Motion for Leave (R. Doc. 413),

**IT IS ORDERED** that the Motion is **GRANTED.**  Defendants are granted leave to file a brief of up to **THIRTY-FIVE** (35) pages in response to Plaintiffs' Proposed Jurisdictional Discovery Plan (R. Doc. 408).

**MONROE, LOUISIANA**, this 11th day of December, 2024.

_____
Terry A. Doughty
United States District Judge