# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2024
Lyle W. Cayce
Clerk

No. 24-30252

STATE OF MISSOURI

*Plaintiff,*

*versus*

JOSEPH R. BIDEN, JR.

*Defendant,*

―――――――――――――――

ROBERT F. KENNEDY, ; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR.; KARINE JEAN-PIERRE; VIVEK H. MURTHY; XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Et al.*,

*Defendants—Appellants.*

Case 3:22-cv-01213-KDM Document 150-1 Filed 12/12/24 PageID #: 29734
Case 24-30252 Document 115 Page 2 Date Filed: 12/12/2024

No. 24-30252

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-381
USDC No. 3:22-CV-1213

_____

ORDER:

IT IS ORDERED that Appellees' unopposed motion to file a reply to the response of the petition for rehearing en banc is GRANTED.

/s/ Catharina Haynes
CATHARINA HAYNES
*United States Circuit Judge*

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 12, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30252   Kennedy v. Biden
                     USDC No. 3:23-CV-381
                     USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Christy Combel*
                    By: _____
                    Christy M. Combel, Deputy Clerk
                    504-310-7651

Mr. Simon Christopher Brewer
Mr. David Anthony Dalia
Mr. Glynn Shelly Maturin II
Mr. Daniel J. McCoy
Mr. William Jeffrey Olson
Mr. Jed Rubenfeld
Mr. Michael Shih
Mr. Daniel Bentele Hahs Tenny
Mr. Daniel Winik
Ms. Catherine M. Yang