# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 13, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30463   Kennedy v. Biden  
                   USDC No. 3:22-CV-1213  
                   USDC No. 3:23-CV-381

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____  
Christy M. Combel, Deputy Clerk  
504-310-7651

Mr. Glynn Shelly Maturin II  
Mr. Daniel J. McCoy  
Mr. Jon F. Turpin

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 13, 2024
Lyle W. Cayce
Clerk

No. 24-30463

STATE OF MISSOURI,

                                          Plaintiff,

*versus*

JOSEPH R. BIDEN, JR.

                                          Defendant,

_____

ROBERT F. KENNEDY, ; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

                                          Plaintiffs—Appellees,

*versus*

JOSEPH R. BIDEN, JR.,

                                          Defendant,

No. 24-30463

Jon F. Turpin, *also known as* Jon F. D. Turpin,

Movant—Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CV-1213
USDC No. 3:23-CV-381

_____

ORDER:

On November 14, 2024, the Clerk provided Appellant Jon F. Turpin fourteen days to correct deficiencies in the brief filed on November 7, 2024. The directed corrections have not been made. Appellant is provided seven additional days, or until December 20, 2024, to return a sufficient brief. If the appellant fails to correct the deficiencies and return the brief within the provided time, the clerk is directed to strike the brief and dismiss the appeal for failure to prosecute under 5th Cir. R. 42.3.

_____
Cory T. Wilson
*United States Circuit Judge*

2