# EXHIBIT

May 18, 2022

U.S. Department of Homeland Security
Washington, DC 20528

Dear Secretary Mayorkas,

This letter is to inform you of my intention to resign the position of Executive Director of the Disinformation Governance Board within the Office of Strategy, Policy, and Plans at the Department of Homeland Security effective May 18, 2022. This resignation is due to the pause of the Disinformation Governance Board. It has been an honor to serve you and the American people in executing our mission at the Department of Homeland Security. I wish the Department conviction as it continues its vital work in responding to disinformation that affects the homeland. I will continue this mission in the public sphere.

My forwarding mailing address, email address, and contact phone number are furnished below:

(b)(6)

Sincerely,
(b)(6)

Nina Jankowicz