IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

THE STATE OF MISSOURI, *et al.*,

    *Plaintiffs*,

v.

PRESIDENT JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *et. al.,*

    *Defendants*.

Civil Action No. 3:22-cv-1213

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT AND FOR EXTENSION OF TIME

Plaintiffs respectfully request leave, unopposed, to file a reply brief of up to 15 pages in response to Defendants' objections to Plaintiffs' proposed discovery requests. Defendants (with Plaintiffs' consent and by Order of this Court), filed a brief of 30 pages, 5 pages in excess of the limit delineated in Local Rule 7.8. In order to adequately address Defendants' arguments, Plaintiffs need these extra pages.

Likewise, Plaintiffs respectfully request a time-limit extension of four days (two business days), unopposed, making their reply brief due December 24, 2024. Defendants made a variety of lengthy, in-depth arguments to which Plaintiffs need additional time to effectively respond. A proposed order

is attached.

Dated: December 16, 2024                    Respectfully submitted,

/s/ Jenin Younes

JENIN YOUNES *

*Litigation Counsel*
JOHN J. VECCHIONE *
*Senior Litigation Counsel*
ZHONETTE BROWN*
*Senior Litigation Counsel*
New Civil Liberties Alliance
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Main: (202) 869-5210
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya, Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

| ELIZABETH B. MURRILL | ANDREW BAILEY |
|---|---|
| *Louisiana Attorney General* | *Missouri Attorney General* |
| /s/Zachary Faircloth | /s/Josh M. Divine |
| ZACHARY FAIRCLOTH | JOSH M. DIVINE |
| *Principal Deputy Solicitor General* | *Solicitor General* |
| TRACY SHORT | TODD A. SCOTT |
| *Ass't Attorney General* | *Senior Counsel* |
| 1885 N. Third St. | 207 W. High St. |
| Baton Rouge, LA 70802 | P.O. Box 899 |
| (225) 326-6766 | Jefferson City, MO 65102 |
| MurrillE@ag.louisiana.gov | (573) 751-8870 |
| *Counsel for Louisiana* | Joshua.Divine@ago.mo.gov |
| | *Counsel for Missouri* |

/s/ John C. Burns
JOHN C. BURNS *
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*
*Admitted pro hac vice