IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*,<br><br>　*Plaintiffs*,<br><br>v.<br><br>PRESIDENT JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *et. al.,*<br><br>　*Defendants.* | Civil Action No.: 3:22-cv-1213 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME AND UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT FOR THEIR REPLY TO DEFENDANTS' OBJECTIONS TO DISCOVERY REQUESTS**

　　Before the Court is Plaintiffs' Unopposed Motion for an Extension of Time and Extension of Page Limit to reply to Defendants' Objections to Discovery Requests. After considering the Motion, the Court finds it should be granted and extends Plaintiffs' time to respond to Defendants' Objections from December 20, 2024, to December 24, 2024, and extends the page limit for the reply brief from 10 pages to 15 pages.

　　It is hereby **ORDERED** that Plaintiffs' Unopposed Motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiffs reply to Defendants' Objections to Discovery Requests by December 24, 2024, and that Plaintiffs do so in a brief no longer than 15 pages.

　　*It is so ordered.*

DATED:_____　　　　SIGNED:_____