# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JOSEPH R. BIDEN JR ET AL** | **MAG. JUDGE MCCLUSKY** |

## ORDER

Considering Plaintiffs' Unopposed Motion for an Extension of Time and Extension of Page Limit (R. Doc. 418),

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs shall file their reply in support of their Proposed Discovery Plan (R. Doc. 408) by December 24, 2024, in a brief no longer than 15 pages.

**MONROE, LOUISIANA**, this 18th day of December, 2024.

_____
Terry A. Doughty
United States District Judge