**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

---

The State of Missouri, *et al.*,

    *Plaintiffs*,

        v.

President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et al.,*

    *Defendants*.

Civil Action No. 22-cv-1213

---

## <u>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS</u>

In accordance with Local Rule 83.2.11, the undersigned counsel, Kyla M. Snow, respectfully moves to withdraw her appearance as counsel for Defendants, as her last day of employment with the U.S. Department of Justice will be January 24, 2025. Defendants will continue to be represented by the remaining counsel of record.

Dated: January 17, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director, Federal Programs Branch

*/s/ Kyla M. Snow*
KYLA M. SNOW (Ohio Bar No. 96662)
ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
Trial Attorneys
INDRANEEL SUR (D.C. Bar No. 978017)
Senior Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington D.C. 20005
Tel: (202) 514-3259
Kyla.snow@usdoj.gov
*Attorneys for Defendants*