UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Civil Action No. 22-cv-1213 |

**[PROPOSED] ORDER**

Considering the foregoing Motion to Withdraw as Counsel for Defendants, ECF No. 421, it is hereby ORDERED that the Motion is GRANTED.

MONROE, LOUISIANA, this ___ day of January 2025.

_____
Terry A. Doughty
United States District Judge

1