# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 22-cv-1213 |

## ORDER

Upon consideration,

IT IS ORDERED that the Motion to Withdraw as Counsel for Defendants, ECF No. 421 is GRANTED, and Kyla Snow is allowed to withdraw.

MONROE, LOUISIANA, this 21st day of January 2025.

Kayla Dye McClusky
United States Magistrate Judge

1