# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2025

Mr. Daniel J. McCoy
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 24-30463   Kennedy v. Biden
                         USDC No. 3:22-CV-1213
                         USDC No. 3:23-CV-381

Dear Mr. McCoy,

Enclosed is a copy of the judgment issued as the mandate.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 */s/ Shea E. Pertuit*
                             By: _____
                                 Shea E. Pertuit, Deputy Clerk
                                 504-310-7666

cc w/encl:
    Mr. Glynn Shelly Maturin II
    Mr. Jon F. Turpin

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 21, 2025
Lyle W. Cayce
Clerk

_____

No. 24-30463
_____

STATE OF MISSOURI,

*Plaintiff,*

*versus*

JOSEPH R. BIDEN, JR.

*Defendant,*

_____

ROBERT F. KENNEDY, ; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR.,

*Defendant,*

JON F. TURPIN, *also known as* JON F. D. TURPIN,

*Movant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CV-1213
USDC No. 3:23-CV-381

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 21, 2025, for want of prosecution. The appellant failed to timely file an appellant's brief.

The brief also remains insufficient as noted in this court's letter dated November 14, 2024. If appellant moves to reopen the appeal, a sufficient brief must accompany any motion to reopen this appeal.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT