IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | No. 22-cv-1213 |
| *Plaintiffs*, | |
| v. | *Consolidated with No. 23-cv-381* |
| DONALD J. TRUMP., in his official capacity as President of the United States of America, *et al.*,[1] | Judge Terry A. Doughty<br>Mag. Judge Kayla D. McClusky |
| *Defendants*. | |

### NOTICE OF SUPPLEMENTAL AUTHORITY
### IN ANTICIPATION OF FURTHER SUBMISSIONS

President Trump issued on January 20, 2025 an executive order, titled "Restoring Freedom of Speech and Ending Federal Censorship," 2025 WL 244197 (copy attached) ("EO"). The EO provides, among other things, in § 3(a), that "[n]o Federal department, agency, entity, officer, employee, or agent may act or use any Federal resources in a manner contrary to" § 2 of the EO, which provides in turn, among other things, in § 2(c), that "[i]t is the policy of the United States" to "ensure that no taxpayer resources are used to engage in or facilitate any conduct that would unconstitutionally abridge the free speech of any American citizen."

Defendants are assessing the effect of the EO on this action, including on Plaintiffs' pending request for authorization of their Proposed Jurisdictional Discovery Plan (Dkt. 408). That assessment will require consultation with officials of the new Administration in the U.S. Department of Justice and Agency Defendants. Accordingly, (1) Defendants will file, within 28 days of the instant notice, a statement describing their position regarding the effect of the EO on this action, and (2) Defendants submit that it would be appropriate for Plaintiffs to file a response

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), President Donald J. Trump is automatically substituted for former President Joseph R. Biden, Jr.

to that statement within 28 days of its filing. Plaintiffs have stated, through counsel, that they have no opposition to Defendants' proposed schedule for those two submissions.

Dated: January 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General, Civil Division

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director, Federal Programs Branch

*/s/ Alexander W. Resar*
INDRANEEL SUR (D.C. Bar No. 978017)
Senior Counsel
ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington D.C. 20005
Tel: (202) 616-8188
alexander.w.resar@usdoj.gov

*Attorneys for Defendants*