UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri and the State of Louisiana, *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> The President of the United States of America, in his official capacity, *et. al.,* <br><br> *Defendants*. | Civil Action No. 22-cv-1213 |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

In accordance with Local Rule 83.2.11, the undersigned counsel, Kuntal Cholera, respectfully moves to withdraw his appearance as counsel for Defendants, as he will soon be departing from the U.S. Department of Justice. Defendants will continue to be represented by the remaining counsel of record. Undersigned counsel has conferred with counsel for Plaintiffs, and they do not oppose this motion.

Dated: January 30, 2025         Respectfully submitted,

/s/ Kuntal Cholera
KUNTAL CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri and the State of Louisiana, *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> The President of the United States of America, in his official capacity, *et. al.,* <br><br> *Defendants*. | Civil Action No. 22-cv-1213 |

### [PROPOSED] ORDER

Considering the foregoing Motion to Withdraw as Counsel for Defendants, it is hereby ORDERED that the Motion is GRANTED.

MONROE, LOUISIANA, this ___ day of January 2025.

                                                                                          _____
                                                                                          Terry A. Doughty
                                                                                         United States District Judge