# United States Court of Appeals
# for the Fifth Circuit

───────────

No. 24-30252

───────────

United States Court of Appeals
Fifth Circuit
**FILED**
January 30, 2025
Lyle W. Cayce
Clerk

STATE OF MISSOURI

*Plaintiff,*

*versus*

JOSEPH R. BIDEN, JR.

*Defendant,*

───────────

ROBERT F. KENNEDY, JR.; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR.; KARINE JEAN-PIERRE; VIVEK H. MURTHY; XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Et al.*,

*Defendants—Appellants.*

───────────

Appeal from the United States District Court
for the Western District of Louisiana
USDC Nos. 3:22-CV-1213, 3:23-CV-381

───────────

## ON PETITION FOR REHEARING EN BANC

Before Higginbotham, Stewart, and Haynes, *Circuit Judges*.

Per Curiam:[*]

Treating the petition for rehearing en banc as a petition for panel rehearing, we GRANT the petition in part and DENY it in part.[1]

In light of the change in administrations and the January 20, 2025 executive order titled "Restoring Freedom of Speech and Ending Federal Censorship,"[2] we VACATE our prior opinion and ORDER a LIMITED REMAND for the district court to consider mootness in the first instance. *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987) ("Whether an appeal is moot is a jurisdictional matter, since it implicates the Article III requirement that there be a live case or controversy.  In the absence of its being raised by a party, this court is obligated to raise the subject of mootness sua sponte." (italics omitted)).  We otherwise deny the petition for panel rehearing and note that our decision to vacate the opinion is not an endorsement of any arguments raised in that petition.

After the district court rules on mootness (obviously, if the district court concludes the case is moot, the preliminary injunction should be withdrawn and the case dismissed according to the district court although we will review it), the clerk of the district court shall promptly supplement the appellate record with copies of the new filings below and the district court's

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

[1] To avoid confusion, the caption on this order still reflects the defendants sued in their official capacity from the previous administration. *But see* Fed. R. App. P. 43(c). Ironically, Plaintiff Robert F. Kennedy Jr. has been nominated to serve as the Secretary of Health and Human Services, a defendant in this case.

[2] The government submitted that executive order to us via 5th Cir. R. 28(j) letter.

opinion on mootness and forward the supplemental record to this court. The district court's ruling in this case will be returned to this panel for further proceedings, and we retain jurisdiction over the entire case as this is a limited remand.

3

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 30, 2025

Mr. Daniel J. McCoy  
Western District of Louisiana, Monroe  
United States District Court  
300 Fannin Street  
Suite 1167  
Shreveport, LA 71101-0000

    No. 24-30252   Kennedy v. Biden  
                           USDC No. 3:23-CV-381  
                           USDC No. 3:22-CV-1213

Dear Mr. McCoy,

Enclosed is an opinion entered in this case. The case has been placed in abeyance pending disposition of the remand proceedings stated within the opinion.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____  
                                       Melissa B. Courseault, Deputy Clerk  
                                       504-310-7701

Enclosure(s)

cc:  
     Mr. Simon Christopher Brewer  
     Mr. David Anthony Dalia  
     Mr. Glynn Shelly Maturin II  
     Mr. William Jeffrey Olson  
     Mr. Jed Rubenfeld  
     Mr. Michael Shih  
     Mr. Daniel Bentele Hahs Tenny  
     Mr. Daniel Winik  
     Ms. Catherine M. Yang