UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Missouri and the State of Louisiana, *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> The President of the United States of America, in his official capacity, *et. al.,* <br><br> *Defendants*. | Civil Action No. 22-cv-1213 |

### ORDER

Considering the foregoing Motion to Withdraw Kuntal Cholera as Counsel for Defendants, it is hereby ORDERED that the Motion is GRANTED.

MONROE, LOUISIANA, this 31st day of January 2025.

Kayla Dye McClusky
United States Magistrate Judge