IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | No. 22-cv-1213 |
| *Plaintiffs*, | |
| v. | *Consolidated with No. 23-cv-381* |
| DONALD J. TRUMP., in his official capacity as President of the United States of America, *et al.*, | Judge Terry A. Doughty<br>Mag. Judge Kayla D. McClusky |
| *Defendants*. | |

**JOINT MOTION TO STAY DISCOVERY**

In light of Defendants' Notice of Supplemental Authority in Anticipation of Further Submissions, ECF No. 425, the parties respectfully request that this Court stay discovery, including the deadlines set forth in this Court's January 27, 2025 Memorandum Order, ECF No. 426, pending the parties' submission of statements regarding the effect of a recent executive order on this action and a subsequent conferral between the parties. Good cause supports this request:

1. As explained in Defendants' Notice, on January 20, 2025, the President of the United States issued Executive Order 14149, "Restoring Freedom of Speech and Ending Federal Censorship," 90 Fed. Reg. 8,243 (Jan. 20, 2025), which reflects the position of the United States and provides that, among other things, "[n]o Federal department, agency, entity, officer, employee, or agent may act or use any Federal resources in a manner contrary to" § 2 of the EO, which provides in turn, among other things, in § 2(c), that "[i]t is the policy of the United States" to "ensure that no taxpayer resources are used to engage in or facilitate any conduct that would unconstitutionally abridge the free speech of any American citizen."

2. In light of that executive order, the parties require additional time to evaluate their positions in this case and to determine how best to proceed. The parties respectfully contend that

the most efficient use of party and judicial resources is for the parties to submit statements regarding that executive order and its implications for this action before proceeding with discovery.

   3. Accordingly, the Parties respectfully request that the Court stay the deadlines set forth in this Court's January 27, 2025 Memorandum Opinion, ECF No. 426, pending: (1) submission of Defendants by February 20, 2025, of a statement describing their position regarding the effect of the executive order on this action, and Plaintiffs' response to that statement by March 20, 2025; (2) any order issued by this Court on relief sought in those statements, in the event that either or both parties seek relief; and (3) a joint status report to be filed by the earlier of either April 25, 2025, or 14 days after any order this Court issues pursuant to the statements regarding the executive order. The joint status report would include proposed revised dates for the discovery submissions set forth in this Court's January 27, 2025 Order, should such discovery still be necessary. A proposed order is attached.

Dated: January 31, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General, Civil Division

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director, Federal Programs Branch

*/s/ Alexander W. Resar*
INDRANEEL SUR (D.C. Bar No. 978017)
Senior Counsel
ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington D.C. 20005
Tel: 202-616-8188
alexander.w.resar@usdoj.gov

*Attorneys for Defendants*

/s/ Jenin Younes
Jenin Younes *
*Litigation Counsel*

John J. Vecchione *
*Senior Litigation Counsel*
Zhonette Brown*
*Senior Litigation Counsel*
New Civil Liberties Alliance
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Main: (202) 869-5210
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,
Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

| Elizabeth B. Murrill | Andrew Bailey |
|---|---|
| *Louisiana Attorney General* | *Missouri Attorney General* |
| /s/Zachary Faircloth | /s/Joshua M. Divine |
| Zachary Faircloth | Joshua M. Divine |
| *Principal Deputy Solicitor General* | *Solicitor General* |
| Tracy Short | Michael Patton |
| *Ass't Attorney General* | *Deputy Solicitor General** |
| 1885 N. Third St. | Todd A. Scott |
| Baton Rouge, LA 70802 | *Senior Counsel* |
| (225) 326-6766 | 207 W. High St. |
| MurrillE@ag.louisiana.gov | P.O. Box 899 |
| *Counsel for Louisiana* | Jefferson City, MO 65102 |
| | (573) 751-8870 |
| | Josh.Divine@ago.mo.gov |
| | *Counsel for Missouri* |

/s/ John C. Burns
John C. Burns *
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*
**Admitted pro hac vice*

3