IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP., in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | No. 22-cv-1213 <br><br> *Consolidated with No. 23-cv-381* <br><br> Judge Terry A. Doughty <br> Mag. Judge Kayla D. McClusky |

**PROPOSED ORDER**

Considering the parties Joint Motion to Stay Discovery,

**IT IS ORDERED** that the Joint Motion is **GRANTED**.

The deadlines set forth in this Court's January 27, 2025 Memorandum Opinion, ECF No. 426, are hereby stayed pending: (1) submission of Defendants by February 20, 2025, of a statement describing their position regarding the effect of the executive order on this action, and Plaintiffs' response to that statement by March 20, 2025; (2) any order issued by this Court on relief sought in those statements; and (3) a joint status report to be filed by the earlier of either April 25, 2025, or 14 days after any order this Court issues pursuant to the statements regarding the executive order.

MONROE, LOUISIANA, this _____ day of February 2025

_____<br>
Honorable Terry A. Doughty<br>
United States District Judge