# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE MCCLUSKY** |

## ORDER

Considering the parties' Joint Motion to Stay Discovery (R. Doc. 431),

**IT IS ORDERED** that the Motion is **GRANTED.** The deadlines set forth in this Court's January 27, 2025 Memorandum Order, R. Doc. 426, are hereby **STAYED** pending: (1) submission of Defendants by February 20, 2025, of a statement describing their position regarding the effect of the executive order on this action, and Plaintiffs' response to that statement by March 20, 2025; (2) any order issued by this Court on relief sought in those statements; and (3) a joint status report to be filed by the earlier of either April 25, 2025, or 14 days after any order this Court issues pursuant to the statements regarding the executive order.

**MONROE, LOUISIANA**, this 3rd day of February, 2025.

_____
Terry A. Doughty
United States District Judge