# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE MCCLUSKY** |

## ORDER

Considering Defendants' Motion for 45-Day Stay (R. Doc. 433),

**IT IS ORDERED** that the Motion is **GRANTED**. The deadlines set forth in this Court's February 3, 2025 Order, R. Doc. 432, and any and all other deadlines in this matter, are hereby **STAYED** for 45 days. The deadline, currently set for February 20, 2025, for Defendants' submission describing their position regarding the effect of the executive order on this action is hereby **EXTENDED** to April 7, 2025. Plaintiffs' response is now due 30 days later, on May 7, 2025. The deadline for the parties to file a joint status report is now the earlier of either June 9, 2025, or 14 days after any order that this Court issues pursuant to the statements regarding the executive order.

**MONROE, LOUISIANA**, this 11th day of February, 2025.

_____
Terry A. Doughty
United States District Judge