# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | No. 22-cv-1213 |
| *Plaintiffs*, | |
| v. | *Consolidated with No. 23-cv-381* |
| DONALD J. TRUMP., in his official capacity as President of the United States of America, *et al.*, | Judge Terry A. Doughty<br>Mag. Judge Kayla D. McClusky |
| *Defendants*. | |

**PROPOSED ORDER**

Considering Defendants' Consent Motion for Three-Month Stay of All Deadlines,

**IT IS ORDERED** that the Motion is **GRANTED**.

The deadlines set forth in this Court's February 11, 2025 Order, ECF No. 434, and any and all other deadlines in this matter, are hereby stayed for three months. The deadline, currently set for April 7, 2025, for Defendants' submission describing their position regarding the effect of the executive order on this action is hereby extended to July 7, 2025. Plaintiffs' response is now due 30 days later on August 6, 2025. The deadline for the parties to file a joint status report is now the earlier of either September 8, 2025, or 14 days after any order this Court issues pursuant to the statements regarding the executive order.

MONROE, LOUISIANA, this _____ day of March 2025

_____<br>
Honorable Terry A. Doughty<br>
United States District Judge