## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE MCCLUSKY** |

### ORDER

Considering Defendants' Motion for Stay of Deadlines (R. Doc. 435),

**IT IS ORDERED** that the Motion is **GRANTED**. The deadlines set forth in this Court's February 11, 2025, Order, R. Doc. 434, and any and all other deadlines in this matter, are hereby **STAYED** for three months. The deadline, currently set for April 7, 2025, for Defendants' submission describing their position regarding the effect of the executive order on this action is hereby **EXTENDED** to July 7, 2025. Plaintiffs' response is now due 30 days later on August 6, 2025. The deadline for the parties to file a joint status report is now the earlier of either September 8, 2025, or 14 days after any order this Court issues pursuant to the statements regarding the executive order.

**MONROE, LOUISIANA**, this 26th day of March, 2025.

_____
Terry A. Doughty
United States District Judge