IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *ex rel.* ANDREW BAILEY, Attorney General, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, Jr., in his official capacity as President of the United States, *et al.* <br><br> *Defendants*. | No. 3:22-cv-1213 |

**PROPOSED ORDER GRANTING**
**PLAINTIFF JAYANTA BHATTACHARYA'S MOTION TO WITHDRAW AS**
**PLAINTIFF**

Before the Court is Jayanta Bhattacharya's Motion to Withdraw as a Plaintiff in this case. Having considered said Motion, the Court hereby GRANTS Plaintiff's requested relief.

*It is so ordered.*

Dated:_____    Signed:_____