UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**STATE OF MISSOURI ET AL**            **CASE NO. 3:22-CV-01213 LEAD**

**VERSUS**                              **JUDGE DOUGHTY**

**JOSEPH R BIDEN JR ET AL**            **MAG. JUDGE MCCLUSKY**

**J U D G M E N T**

Considering Jayanta Battacharya's *Motion to Withdraw as Plaintiff* (ECF No. 439),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**. Battacharya is no longer a party to this action, and the claims of Battacharya against Defendants are accordingly **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(a)(2).

**MONROE, LOUISIANA**, this 17th day of April, 2025.

_____
Terry A. Doughty
United States District Judge