IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | |
| *Plaintiffs*, | No. 22-cv-1213 |
| v. | *Consolidated with No. 23-cv-381* |
| DONALD J. TRUMP., in his official capacity as President of the United States of America, *et al.*, | Judge Terry A. Doughty<br>Mag. Judge Kyla D. McClusky |
| *Defendants*. | |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Joshua E. Gardner and moves to withdraw as counsel for Defendants. Good cause exists as Mr. Gardner is leaving the Department of Justice. In addition, Defendants are represented by other attorneys from the Department of Justice and will not be prejudiced by this withdrawal.

Dated: May 15, 2025         Respectfully submitted,

YAAKOV M, ROTH
Acting Assistant Attorney General

JOSHUA GARDNER (FL Bar No. 302820)
Special Counsel, Federal Programs Branch
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 305-7583
joshua.e.gardner@usdoj.gov

1