**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

STATE OF MISSOURI, *et al.*,

    *Plaintiffs*,

        v.

DONALD J. TRUMP, in his official capacity
as President of the United States of America,
*et al.*,

    *Defendants*.

No. 22-cv-1213

*Consolidated with No. 23-cv-381*

Chief Judge Terry A. Doughty
Magistrate Judge Kayla D. McClusky

## ORDER

Before the Court is a Motion to Withdraw Joshua E. Gardner as counsel for Defendants.

The Court hereby **GRANTS** the Motion. Accordingly, it is ORDERED that Joshua E. Gardner is

withdrawn from the case.

Dated:  5/19/2025

Kayla D. McClusky
United States Magistrate Judge