# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE MCCLUSKY** |

## ORDER

Considering Defendants' Consent Motion for Three-Month Stay of All Deadlines (ECF No. 447),

**IT IS ORDERED** that the Motion is **GRANTED**. The deadlines set forth in this Court's March 26, 2025 Order, ECF No. 436, and any and all other deadlines in this matter, are hereby stayed for three months. The deadline, currently set for July 7, 2025, for Defendants' submission describing their position regarding the effect of the executive order on this action is hereby extended to October 7, 2025. Plaintiffs' response is now due 30 days later on November 6, 2025. The deadline for the parties to file a joint status report is now the earlier of either December 8, 2025, or 14 days after any order this Court issues pursuant to the statements regarding the executive order.

**MONROE, LOUISIANA**, this 3rd day of July, 2025.

_____
Terry A. Doughty
United States District Judge