UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:22-cv-01213 |
| ) | |
| JOSEPH R. BIDEN, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

Solicitor General Joshua M. Divine, hereby respectfully submits this motion to withdraw as counsel for Plaintiff State of Missouri. Withdrawal can be accomplished without material adverse effect on the interests of Plaintiff because Plaintiff State of Missouri continues to be represented by counsel already entered in the case. Good cause exists because the undersigned is leaving the employment of the Office of Missouri Attorney General.

WHEREFORE, counsel prays this Court grant this Motion to Withdraw as Counsel of Record.

Dated: July 24, 2025                                   Respectfully submitted,

                                      **ANDREW BAILEY**
                                      Missouri Attorney General

                                      */s/ Joshua M. Divine*
                                      Joshua M. Divine, #69875 MO
                                          *Solicitor General*
                                      Office of the Missouri Attorney General
                                      Post Office Box 899
                                      Jefferson City, MO 65102
                                      Tel: (573) 751-8870
                                      Fax: (573) 751-0774
                                      Josh.Divine@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, the foregoing Motion to Withdraw was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

                                                        */s/ Joshua M. Divine*
                                                        Solicitor General