*(Rev. 6/14/2022)*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| *Plaintiffs,* | ) |
| -vs- | ) No. 3:22-CV-01213-TAD-KDM |
| JOSEPH R. BIDEN, et al., | ) |
| *Defendants.* | ) |

**ORDER**

IT IS ORDERED that <u>William J. Seidleck</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Missouri</u> in the above described action.

SO ORDERED on this, the _____ day of <u>September</u>, 20<u>25</u>.

_____
U.S. Magistrate Judge