**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | |
| *Plaintiffs*, | No. 22-cv-1213 |
| v. | *Consolidated with No. 23-cv-381* |
| DONALD J. TRUMP., in his official capacity as President of the United States of America, *et al.,* | Chief Judge Terry A. Doughty Mag. Judge Kayla D. McClusky |
| *Defendants*. | |

**CONSENT MOTION FOR A STAY OF DEFENDANTS' DEADLINES**
**IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants respectfully move for a stay of their October 7, 2025 deadline for their submission describing their position regarding the effect of Executive Order 14149 on this action and all subsequent deadlines.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.  The same is true for the majority of other Executive agencies, including many of the Federal Defendants in this action.  The Department does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and employees of many of the Federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of the October 7, 2025 deadline and all subsequent deadlines until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  Defendants request that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—*i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5.  Undersigned counsel contacted counsel for Plaintiffs regarding the relief sought in this motion.  Counsel for Plaintiffs consent to the requested relief.

6.  Accordingly, although we greatly regret any disruption caused to the Court and the other litigants, Defendants hereby move for a stay of the October 7, 2025 deadline and all subsequent deadlines in this action until Department of Justice attorneys are permitted to resume their usual civil litigation functions.  A proposed order is attached.

Dated: October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

JOSEPH E. BORSON
Assistant Director, Federal Programs Branch

*/s/ Indraneel Sur*
INDRANEEL SUR (D.C. Bar No. 978017)
Senior Counsel
ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington D.C. 20005
Tel: (202) 616-8488
indraneel.sur@usdoj.gov

*Attorneys for Defendants*