# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP., in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | No. 22-cv-1213 <br><br> *Consolidated with No. 23-cv-381* <br><br> Chief Judge Terry A. Doughty <br> Mag. Judge Kayla D. McClusky |

## ORDER

Considering Defendants' consent motion for a stay of their October 7, 2025 deadline for their submission describing their position regarding the effect of Executive Order 14149 on this action and all subsequent deadlines,

**IT IS ORDERED** that the motion is **GRANTED**.

The deadline, currently set for October 7, 2025, for Defendants' submission describing their position regarding the effect of the executive order on this action, and all subsequent deadlines, are hereby stayed pending further order of the Court. Counsel for Defendants will promptly notify the Court when the lapse in appropriations described in the motion has ended.

MONROE, LOUISIANA, this 6th day of October 2025

Honorable Terry A. Doughty
Chief United States District Judge