# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:22-cv-01213 |
| ) | |
| JOSEPH R. BIDEN, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

Plaintiff State of Missouri, by and through the undersigned counsel, respectfully submits this motion to withdraw Todd A. Scott as counsel for Plaintiff State of Missouri. Withdrawal can be accomplished without material adverse effect on the interests of Plaintiff because Plaintiff State of Missouri continues to be represented by counsel already entered in the case. Good cause exists as Mr. Scott has left employment with the Office of Missouri Attorney General.

WHEREFORE, counsel prays this Court grant this Motion to Withdraw as Counsel of Record.

Dated: October 20, 2025　　　　Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ William J. Seidleck*
William J. Seidleck #77794
 *Principal Deputy Solicitor*
815 Olive Street, Suite #200
St. Louis, Missouri 63101
(573) 301-5359 Phone
(573) 751-0774 Fax
William.Seidleck@ago.mo.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2025, the foregoing Motion to Withdraw was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

*/s/ William J. Seidleck*