# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the Consent Motion for Twenty-Eight Day Stay of All Deadlines [Doc. No. 466],

**IT IS ORDERED** that the Motion is **GRANTED**. The deadlines in this matter are hereby stayed for twenty-eight (28) days. The deadline, currently stayed, for Defendants' response to the Children's Health Defense Plaintiffs' briefing confined to the issue of Article III mootness is hereby extended to February 16, 2026.

MONROE, LOUISIANA, this 16th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE