# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the Consent Motion for Twenty-Eight Day Stay of All Deadlines [Doc. No. 469],

**IT IS ORDERED** that the Motion is **GRANTED**. The deadline, currently stayed, for Defendants' submission describing their position regarding the effect of the executive order on this action, is hereby extended to March 13, 2026, and all other deadlines are stayed pending further Order of the Court.

MONROE, LOUISIANA, this 13th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE