### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP., in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | No. 22-cv-1213 <br><br> *Consolidated with No. 23-cv-381* <br><br> Judge Terry A. Doughty <br> Mag. Judge Kayla D. McClusky |

**CONSENT MOTION FOR TWENTY-EIGHT DAY STAY OF ALL DEADLINES**

Defendants respectfully move for a 28-day stay of all deadlines in *Children's Health Defense v. Trump*, 3:23-cv-381 ("*Children's Health Defense*"). This stay would extend by twenty-eight days the deadlines Defendants' response to the *Children's Health Defense* Plaintiffs' briefing confined to the issue of Article III mootness set forth in this Court's March 26, 2025 Order, ECF No. 76. In particular, Defendants seek to extend to March 16, 2026, the currently-stayed deadline for their submission describing their position regarding the effect of the executive order on this action. Good cause supports this request:

1. As explained in Defendants' Notice filed in the consolidation action *Missouri v. Trump*, No. 22-cv-1213 ("*Missouri*"), ECF No. 425, on January 20, 2025, the President issued Executive Order 14149, "Restoring Freedom of Speech and Ending Federal Censorship," 90 Fed. Reg. 8,243 (Jan. 20, 2025) (the "EO"), which reflects the position of the United States and provides that, among other things, "[n]o Federal department, agency, entity, officer, employee, or agent may act or use any Federal resources in a manner contrary to" § 2 of the EO, which provides in turn, among other things, in § 2(c), that "[i]t is the policy of the United States" to "ensure that no taxpayer resources are used to engage in or facilitate any conduct that would unconstitutionally abridge the free speech of any American citizen." Additionally, § 3(b) of that EO directs the Attorney General,

"in consultation with the heads of executive departments and agencies," to "investigate the activities of the Federal Government over the last 4 years that are inconsistent with the purposes and policies of this order and prepare a report to be submitted to the President . . . with recommendations for appropriate remedial actions to be taken based on the findings of the report."

    2. Because the Attorney General's report has not yet been submitted and because the parties are now engaged in settlement discussions that may resolve this action without further submissions, Defendants seek to extend by 28 days the deadline for their submission to the Court, should the parties not be able to resolve this action. The requested extensions will provide more time for the Attorney General to complete her investigation and report prior to Defendants' submission, and provide the parties more time to attempt to resolve this action.

    3. Undersigned counsel contacted counsel for Plaintiffs regarding the relief sought in this motion. Counsel for Plaintiffs consent to the requested relief.

    4. Accordingly, Defendants respectfully request that this Court stay all deadlines in this action for 28-days. A proposed order is attached.

Dated: February 13, 2026                Respectfully submitted,

                                                  BRETT A. SHUMATE
Assistant Attorney General, Civil Division

/s/ *Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Assistant Director, Federal Programs Branch

ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington D.C. 20005
Tel: (202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*