# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**STATE OF MISSOURI ET AL**             **CASE NO.  3:22-CV-01213 LEAD**

**VERSUS**                              **JUDGE TERRY A. DOUGHTY**

**JOSEPH R BIDEN JR ET AL**             **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering the Consent Motion for Twenty-Eight Day Stay of All Deadlines [Doc. No. 471],

**IT IS ORDERED** that the Motion is **GRANTED**. The deadline, currently stayed, for Defendants' response to the *Children's Health Defense* Plaintiffs' briefing confined to the issue of Article III mootness is hereby extended to March 16, 2026.

MONROE, LOUISIANA, this 17th day of February 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE