IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.*, <br><br> ***Plaintiffs*,** <br><br> v. <br><br> **President Joseph R. Biden, Jr., in his official capacity as President of the United States of America, *et. al.*,** <br><br> ***Defendants.*** | Civil Action No. 3:22-cv-1213 |

## CONSENT MOTION TO DISMISS PLAINTIFF MARTIN KULLDORFF PURSUANT TO FEDERAL R. CIV. P. 41(a)(2).

Pursuant to Federal R. Civ. P. 41(a)(2), Plaintiff Dr. Martin Kulldorff moves to voluntarily be dismissed from this suit as a plaintiff. This voluntary withdrawal is appropriate because he is now an appointee at Health and Human Services. Removing him from this suit will obviate any conflicts or disputes that may arise from his new position and the positions taken in this lawsuit.

Dr. Kulldorff's departure from the lawsuit will not prejudice any of the other parties involved in this action. In addition, it is undersigned counsel's belief that a swift grant of this motion may speed a resolution of this matter. All parties consent to this motion. A form of order is attached.

Dated: March 12, 2025

Respectfully submitted,
*/s/ John J. Vecchione*
John J. Vecchione
Senior Litigation Counsel
4250 Fairfax Drive, Suite 300
Arlington, Virginia 22203
tel.: (202) 869-5210
john.vecchione@ncla.legal
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, an electronic copy of the foregoing motion was filed with the Clerk of the Court using the CM/EFC filing system and that service will be accomplished using the CM/ECF system.

*/s/John J. Vecchione*