# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO.  3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT OF DISMISSAL

Considering the Consent Motion to Dismiss Plaintiff Martin Kulldorff Pursuant to Federal R. Civ. P. 41(a)(2) [Doc. No. 473],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Martin Kulldorff is **DISMISSED** as a Plaintiff in this action.

MONROE, LOUISIANA, this 12th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE