# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF MISSOURI ET AL** | **CASE NO. 3:22-CV-01213 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the Defendants' Consent Motion for Fourteen-Day Stay of All Deadlines [Doc. No. 475],

**IT IS ORDERED** that the Motion is **GRANTED**. The deadline, currently stayed, for Defendants' submission describing their position regarding the effect of the executive order on this action is hereby extended to March 27, 2026, and all other deadlines are stayed pending further order of the Court.

MONROE, LOUISIANA, this 16th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE