**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA**

STATE OF MISSOURI, *et al.*,

    *Plaintiffs*,

    v.

DONALD J. TRUMP., in his official capacity as
President of the United States of America, *et al.,*

    *Defendants*.

No. 22-cv-1213

*Consolidated with No. 23-cv-381*

Chief Judge Terry A. Doughty
Mag. Judge Kayla D. McClusky

**CONSENT MOTION TO ENTER CONSENT DECREE**

Plaintiffs respectfully file this motion, on consent, to request that the Court grant the Consent Decree agreed to by the parties, attached as Exhibit A.

1.    The parties have reached an agreement resolving all claims in this action without the need for further litigation.

2.    The terms of the agreement are set forth in the proposed Consent Decree attached hereto as Exhibit A.

3.    The parties agree that entry of the Consent Decree is fair, reasonable, and consistent with applicable law.

4.    The parties respectfully request that the Court approve and enter the Consent Decree as an order of the Court.

Dated: March 24, 2026

Respectfully submitted,

/s/ Louis J. Capozzi, III
Catherine L. Hanaway
Attorney General
Louis J. Capozzi, III
Solicitor General
Office of the Missouri Attorney General
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102
For Plaintiff the State of Missouri

/s/ Zachary Faircloth
Liz Murrill
Attorney General
J. Benjamin Aguiñaga
Solicitor General
Zachary Faircloth
Principal Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
For Plaintiff the State of Louisiana

/s/ John J. Vecchione
John J. Vecchione
Senior Litigation Counsel
New Civil Liberties Alliance
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
For Plaintiffs Jill Hines
And Aaron Kheriaty

/s/ John C. Burns
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, MO 63119
For Plaintiff Jim Hoft