## *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 07, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-30252   Kennedy v. Biden
                 USDC No. 3:23-CV-381
                 USDC No. 3:22-CV-1213

Enclosed is an order entered in this case.

            Sincerely,

            LYLE W. CAYCE, Clerk

            *Amanda M. Duroncelet*
            By: _____
            Amanda M. Duroncelet, Deputy Clerk
            504-310-7636

Mr. David Anthony Dalia
Mr. Glynn Shelly Maturin II
Mr. Daniel J. McCoy
Mr. William Jeffrey Olson
Mr. Jed Rubenfeld
Mr. Michael Shih
Mr. Daniel Bentele Hahs Tenny
Mr. Daniel Winik
Ms. Catherine M. Yang

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 7, 2026

Lyle W. Cayce
Clerk

_____

No. 24-30252

_____

STATE OF MISSOURI

*Plaintiff*,

*versus*

JOSEPH R. BIDEN, JR.

*Defendant*,

_____

ROBERT F. KENNEDY, ; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees*,

*versus*

JOSEPH R. BIDEN, JR.; KARINE JEAN-PIERRE; VIVEK H. MURTHY; XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *Et al.*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-381
USDC No. 3:22-CV-1213

_____

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of April 07, 2026, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Amanda M. Duroncelet*

By: _____

Amanda M. Duroncelet, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2